# United States Bankruptcy Court
## Northern District of Indiana

IN RE:                                                              Case No. _____

Auburn Foundry, Inc. _____                Chapter **11** _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Omnisource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | | Metal | | 2,936,561.56 |
| Auburn City Utilities<br>PO Box 506<br>Auburn, IN 46706 | | Utility | | 1,719,373.85 |
| Bank Of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | | Money loaned | | 13,678,104.27<br>Collateral:<br>23,306,310.42<br>Unsecured:<br>1,541,768.54 |
| GMAC Business Credit, LLC<br>300 Galleria Officentre, Ste 110<br>Southfield, MI 48034 | Gwen Julin<br>(248) 356-4622 | Money loaned | | 12,575,454.78<br>Collateral:<br>23,306,310.42<br>Unsecured:<br>1,417,480.09 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | | Money loaned | | 1,000,000.00<br>Collateral:<br>0.00<br>Unsecured:<br>1,000,000.00 |
| DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 | | Personal Property Taxes | | 850,000.00 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | | Trade debt | | 592,015.31 |
| Dauber Company Inc<br>577 North 18th Road<br>Tonica, IL 61370 | | Trade debt | | 344,478.71 |
| UNIMIN Corporation<br>809 Myers Road<br>Archbold, OH 43502 | | Trade debt | | 271,814.13 |
| DISA Industries Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 | | Trade debt | | 205,128.40 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | | Trade debt | | 177,857.74 |
| R I Lampus Co<br>816 Railroad St<br>Springdale, PA 15144 | | Trade debt | | 169,154.16 |

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | | |
|---|---|---|
| XRI Testing - Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI  48084 | Trade debt | 161,858.70 |
| Fairmount Minerals<br>P O Box 400<br>Bridgeman, MI  49106 | Trade debt | 146,008.83 |
| MP Steel Indiana, LLC<br>PO Box 876<br>Kendallville, IN  46755 | Trade debt | 133,225.89 |
| Ashland Chemical Co<br>P O Box 395<br>Columbus, OH  43216-0395 | Trade debt | 129,552.40 |
| Complete Drives Inc<br>1542 W. Auburn Drive<br>Auburn, IN  46706 | Trade debt | 124,871.35 |
| Fire Protection Inc<br>750 W North St Suite C<br>Auburn, IN  46706 | Trade debt | 120,516.63 |
| Motion Industries Inc<br>3333 East Washington Blvd.<br>Ft Wayne, IN  46862-2149 | Trade debt | 115,840.17 |
| Inductotherm Corp<br>10 Indel Ave<br>Rancocas, NJ  08073 | Trade debt | 107,202.02 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: February 7, 2004        Signature: _____

                            **Dennis Maude, Assistant Treasurer**
                            (Print Name and Title)

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS