# United States Bankruptcy Court
# Northern District of Indiana

IN RE:                                                                                      Case No. _____

Auburn Foundry, Inc. _____                          Chapter **11** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 7, 2004** _____    Signature: _____
                                              **Dennis Maude, Assistant Treasurer**                          Debtor


Date: _____    Signature: _____
                                                                                                  Joint Debtor, if any

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX