3M Valley
600 E. Meigs
Valley, NE  68064-0368


A-1 Janitorial Service
PO Box 241
Waterloo, IN  46793


A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN  46706


ABB Metallurgy Inc
1460 Livingston Ave
North Brunswick, NJ  08902


ABF Freight System Inc.
3320 N. Wells St.
Fort Wayne, IN  46808


Acordia
P.O. Box 885
Ft Wayne, IN  46801-0885


Addis Inc
3721 Lee Road
Cleveland, OH  44120


Admetco
7625 Vicksburg Pike
Fort Wayne, IN  46850


Aero-Motive Manufacturing
5688 East ML Ave
Kalamazoo, MI  49001

Air Products and Chemicals
PO Box 25745
Lehigh Valley, PA  18002-5742

Air Technics Inc.
2652 Merrimont Drive
Troy, OH  45373

Airborne Express
P.O. Box 91001
Seattle, WA  98111

Airtech Environmental Services
601A Country Club Drive
Bensenville, IL  60106

ALFA Financial Corporation
56 Colonial Park Drive Suite 200
Roswell, GA  30075

Allen Pattern Works Inc.
616 East Wallace Street
P.O. Box 10540
Fort Wayne, IN  46803

Alro Steel Corporation
PO Box 10360
Ft Wayne, IN  46851-0360

American Bio Medica Corporation
122 Smith Road
Kinderhook, NY  12106

American Wire Rope And Sling
3122 Engle Road
Fort Wayne, IN  46809

Ametek Inc.
900 Greenbank Road
Wilmington, DE  19808


Applied Metals & Machine Works
1036 St. Marys Avenue
Fort Wayne, IN  46808


Arab Pest Control
1130 Pion Rd
Fort Wayne, IN  46825


Arrow Fence Company, Inc.
318 Edgewood Avenue
Fort Wayne, IN  46805


Arrow Services Inc
4121 Northrup
Ft Wayne, IN  46805


Ashland Chemical Co
P O Box 395
Columbus, OH  43216-0395


Auburn City Utilities
PO Box 506
Auburn, IN  46706


Auburn Inn
225 Touring Drive
Auburn, IN  46706


Austin Petroleum Inc.
99 E. Joe Street
Huntington, IN  46750

Auto Electric
709 E Washington
Ft Wayne, IN   46802

Automatic Data Processing
Of Indianapolis Inc
P.O. Box 80419
Indianapolis, IN   46280-0419

Aztec Millennium Supply, I
8411 Mayhew Road
Fort Wayne, IN   46835

B-P Industrial Division
8432 Central Ave., Suite 3
Sylvania, OH   43560

Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN   46804

Bank Of America
231 S. LaSalle Street, 16th Floor
Chicago, IL   60697

Bassett Office Supply Inc
509 South Main Street
Auburn, IN   46706

Bayard Advertising Agency
902 Broadway, 10th Floor
New York, NY   10010

BBC Pump And Equipment Co., Inc.
1125 West 16th St
PO Box 22098
Indianapolis, IN  46222


Beardsley And Piper, LLC
751 Shoreline Drive
Aurora, IL  60504


Belcon Corp.
P.O. Box 4763
Oak Brook, IL  60522-4763


BGR Inc
25703 Springfield Center Road
Harlan, IN  46743


Bisbee Infared Services
1304 W Michigan
Jackson, MI  49204


Bliss Clearing Niagra, Inc.
683 Northland Avenue
Buffalo, NY  14211


Blue Flame Of Waterloo
P.O. Box 428
Waterloo, IN  46793


Bobcat Financial Services
8001 Ridgepoint Drive
Irving, TX  75063


Bobcat Of Fort Wayne
3630 Goshen Road
Fort Wayne, IN  46818

Bohl Crane Inc
1930 Lakeview Drive
Ft Wayne, IN  46808


Bohren Logistics, Inc.
325 N. Taylor Road
Garrett, IN  46738


Bohren-Mercer Warehouse And Distribution
325 N. Taylor Rd
Garrett, IN  46738


Bostwick-Braun Company
St Rd 4 I69
Ashley, IN  46705


BPC - Bell Packaging Corporation
PO Box 3333
Marion, IN  46953-0333


Brake Materials & Parts Inc
800 Sherman At Pape
Fort Wayne, IN  46808


Bread Basket
115 North Main Street
Auburn, IN  46706


Brechbuhler Scales
3306 Cavalier Drive
Fort Wayne, IN  46808


Brehob Electric Equipment Inc.
1334 South Meridian Stret
Indianapolis, IN  46225

Brian's Automotive Center
1110 South Grandstaff Drive
Auburn, IN  46706


Bristal Metal Products, Inc
3000 Lebanon Church Road
West Mifflin, PA  15122


Business Impressions
509 S Main St
Auburn, IN  46706


Butler & Butler Construction
1803 Grandstaff Drive South
Auburn, IN  46706


C A Picard Surface Engineer
Surface Engineering Division, Inc.
689 Sugar Lane
Elyria, OH  44035


C Miller & Sons Inc
6707 Gabion Way
Ft Wayne, IN  46818


Calar Inc
1010 C West Seventh Street
Auburn, IN  46706


CAMS, Inc.
495 Village Park Drive
Powell, OH  43065


Camway Transportation Corp
7846 West Central Avenue
Toledo, OH  43617

Canteen
2715 American Way
Fort Wayne, IN  46809


Carpenter Brothers Inc.
6120 Norton Center Drive
Muskegon, MI  49441


Carper Farm Supply Inc
PO Box 159
Ashley, IN  46705


Carrier Vibrating Equipment
P.O. Box 37070
Louisville, KY  40233-7070


Cascade Pattern Company
5191 Ternes Avenue
Elyria, OH  44035


CC Metals and Alloys Inc
University Corporate Centre
300 Corporate Parkway - 216N
Amherst, NY  14226


Certanium Alloys & Research
6510 Northpark Blvd.
Charlotte, NC  28216


Certified Reducer Rebuilders
32079 Milton
Madison Heights, MI  48071

Cincinnati Plus
Parts Division
4701 Marburg Avenue
Cincinnati, OH  45209


Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN  46202


City Of Auburn
% Rebecca Fuller
P.O.Box 506
Auburn, IN  46706


Classic City Automotive Inc
503 Michigan Avenue
Auburn, IN  46706


Clean Conveyor Solutions
Division of CVP Group, Inc.
P.O. Box 67
Willow Springs, IL  60480-0067


Complete Drives Inc
1542 W. Auburn Drive
Auburn, IN  46706


Complete Maintenance & Sta
5405 Hursh Road
Fort Wayne, IN  46845


Comtronix Corporation
2213 East 45th Street
Indianapolis, IN  46205-2297

Consolidated Industries
6228 Holly Oak Drive
Fort Wayne, IN  46818


Copelco Capital, Inc.
P.O. Box 728
Park Ridge, NJ  07656


Copper And Brass Sales Inc.
530 Northfield Drive
Brownsburg, IN  46112


Core Tech Inc
6000 Old Maumee Rd
Ft Wayne, IN  46803


Cotterman Company
130 Seltzer Road
Croswell, MI  48422


Covert Manufacturing Inc.
328 South East Street
Galion, OH  44833


Covington Box
3514 US 6
Waterloo, IN  46793


Crosible Inc.
P.O. Box 271
Moravia, NY  13118


Crystal Clean
c/o Petroleum Management
7901 West Morris St.
Indianapolis, IN  46231

Current Inc
2120 E. Washington
Ft Wayne, IN   46803-1329

Curtis 1000
PO Box 11271
Ft Wayne, IN   46856

Custom Engineering & Fabrication
2471 CR 64
Auburn, IN   46706

D.A.S. Services, Inc.
2310 West 175 North
Angola, IN   46703

Dauber Company Inc
577 North 18th Road
Tonica, IL   61370

David B. Fink
P.O. Box 72
Auburn, IN   46706

David J. Joseph Company
659 Van Meter Street, Suite 530
Cincinnati, OH   45202

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN   46706

DeKalb Engineering
700 E Quincy Street
Garrett, IN   46738

DeKalb Memorial Hospital
PO Box 542
Auburn, IN  46706


Dell Financial Services, L.P.
14050 Summit Drive, Bldg. A, Suite 101
Austin, TX  78758


Diamond Power Specialty Co
2520 East Main Street
Lancaster, OH  43130-0787


Dictating & Time Systems
2212 South Calhoun Street
Fort Wayne, IN  46802


Dietert Foundry Testing Inc
9190 Rose Lawn Ave.
Detroit, MI  48204


Digital Communication Prod
3720 South Calhoun Street
Ft Wayne, IN  46862-2107


Digital Reprographics, Inc.
105 Chambeau Road
Fort Wayne, IN  46805


Disa Goff, Inc.
1 Pleasant Grove Road
Seminole, OK  74868


DISA Industries Inc.
80 Kendall Point Drive
Oswego, IL  60543

DISA Industries, Inc.
80 Kendall POint Drive
Oswego, IL  60543

Diversified Pattern & Eng
100 Progress Way
Avilla, IN  46710-0230

Doall South Bend Co Inc
802 S. Beiger St.
Mishawaka, IN  46544

Don R Fruchey Inc
5608 Old Maumee Road
Ft Wayne, IN  46803

Dorsch Tool & Eng Co
3419 Georgetown Rd
Indianapolis, IN  46224

DR Lubricants Inc
4611 Newaygo Road, Suite D
Ft Wayne, IN  46825

Duca Manufacturing Inc
761 Mcclurg Road
Boardman, OH  44512

Duffy Office Products
7712 Lima Road
Fort Wayne, IN  46818

Duraflo Equipment Company, Inc.
1737 Massachusetts Avenue
Indianapolis, IN  46201

E-Filliate Inc.
11321 White Rock Rd
Rancho Cordova, CA  95742


Eagle Fountain Works, Inc.
8 Winchester Road
Ormond Beach, FL  32174


Eastern Engineering Supply
2810 North Wheeling
Muncie, IN  47303


Eclectric Company
18315 Richey Lane
Huntertown, IN  46748


Edglo Laboratories Inc
2107 East Washington Blvd
Ft Wayne, IN  46803


EDS
PO Box 4582
Postal Station A
Toronto, ON  M5W 4W4


Edwards Medical
495 Woodcreek Drive
Bolingbrook, IL  60440


Eirich Machines Inc
4033 Ryan Rd
Gurnee, IL  60031


Eleventh Street Capital, LLC
635 West Eleventh Street
Auburn, IN  46706

Elkem Metals Inc.
P O Box 266
Pittsburgh, PA  15230-0266


Ely Crane & Hoist
1247 East 222nd Street
Euclid, OH  44117


Emed Company Inc.
P.O. Box 369
Buffalo, NY  14240-0369


Emergency Radio Service
4410 Earth Drive
Fort Wayne, IN  46809


Empire Refractory Sales Inc
3525 Metro Drive
Fort Wayne, IN  46818


Employer's Security Inc
PO Box 1045
Elkhart, IN  46515


Enco Mfg Co
400 Nevada Pacific Highway
Fernley, NV  89408


Engineered Tooling
P.O. Box 48
Albion, IN  46701


Enviro Control Metals
650 Chestnut Street S.W.
Grand Rapids, MI  49503

Epic Machine
201 Industrial Way
Fenton, MI   48430


Ernst and Young LLP
PO Box 710884
Cincinnati, OH   45271-0884


Ewald Enterprises Inc
PO Box 80165
Ft Wayne, IN   46898-0165


Executone Information Systems
ATTN:   LCR DEPARTMENT
P.O. Box 52843
Phoenix, AZ   85072-2843


Fairmount Minerals
P O Box 400
Bridgeman, MI   49106


Falcon Foundry Co
PO Box 301
Lowellville, OH   44436-0301


Fargo Wear Inc
1801 Caniff Avenue
Detroit, MI   48212-2917


Fire Protection Inc
750 W North St Suite C
Auburn, IN   46706


Flex-Pac, Inc.
7113 South Mayflower Park
Zionsville, IN   46077

FMThur
8408 Manor Drive
Fort Wayne, IN  46825


Foseco Inc
20200 Sheldon Road
Brook Park, OH  44142


Fox Contractors Corp.
5430 Ferguson Road
Fort Wayne, IN  46809


Frank H Gill Company
2859 Bernice Road
Lansing, IL  60438


Franklin Capital Financial Services, LLC
112 North Grant Street
North Aurora, IL  60542


Freeman Mfg & Supply Company
27655 Groesbeck Hwy
Roseville, MI  48066


Friskney Gear & Machine Corp
350 North Bridge Street
Corunna, IN  46730


Ft Wayne Orthopaedics
P.O. Box 2526
Fort Wayne, IN  46801


General Kinematics Corp
777-T Lake Zurich Road
Barrington, IL  60010

George E Booth Company
8202 W 10th St
Indianapolis, IN  46214-2432


GMAC Business Credit, LLC
300 Galleria Officentre, Ste 110
Southfield, MI  48034


Goeglein's
7311 Maysville Road
Fort Wayne, IN  46815-8199


Golden Rule Sanitation, Inc.
9905 Kress Road
Roanoke, IN  46783


Grainger Inc
5002 Speedway Drive
Ft Wayne, IN  46825


Graycraft Signs Plus Inc.
434 West 7th Street
Auburn, IN  46706


Great Lakes Carbon Corp
Four Greenspoint Plaza,Suite 2200
16945 Northchase Drive
Houston, TX  77060-2133


Groholski Manufacturing So
PO Box 15742
Fort Wayne, IN  46885


H E C O Inc
3509 S Burdick St
Kalamazoo, MI  49001

H.A. Smolen Company Inc.
PO Box 9055
Highland, IN  46322


Haney's Glass Of Auburn
930 West 15th Street
Auburn, IN  46706


Harbor Metal, Inc
PO Box 644
Benton Harbor, MI  49023


Hartley Controls Corp.
2400 Holly Road
Neenah, WI  54956


Heraeus Electro-Nite Company
Instrument Lab
1418 East 86th Place
Merrillville, IN  46410


Hickman Williams & Company
Commerce Plaza
2015 Spring Road
Oak Brook, IL  60521


Hill And Griffith Co.
3637 Farnsworth
Indianapolis, IN  46241


Hipsher Tool & Die, Inc.
1593 S. State Road 115
Wabash, IN  46992

Hook Industrial Sales Inc.
2731 Brooklyn Ave.
PO Box 9177
Fort Wayne, IN   46899

Hoosier Trailer & Truck Eq
4830 Todd Drive
Fort Wayne, IN   46803

Hot Crews Inc
PO Box 13094
Ft Wayne, IN   46803

Hydronic & Steam Equip Co
8950 Bash Street
Indianapolis, IN   46256

IBM Credit Corporation
1 North Castle Drive
Armonk, NY   10504-2575

IBM Credit LLC
1 North Castle Drive
Armonk, NY   10504-2575

Indiana Refractories Inc.
1624 Simons Street
Ft. Wayne, IN   46803

Inductotherm Corp
10 Indel Ave
Rancocas, NJ   08073

Industrial Ceramic Product
14401 Suntra Way
Marysville, OH   43040

Industrial Marketing Inc.
114 W. Toledo Street
Fremont, IN  46737


Industrial Specialities
9621 White Hill Drive
Fort Wayne, IN  46804-5953


Industrial Tool Service Inc.
612 Hayden Street
Fort Wayne, IN  46802


Industrial Tube & Steel Co
P.O. Box 640137
Cincinnati, OH  45264-0137


Industron Corporation
2044 Valleydale Terrace
Birmingham, AL  35244


Ingersoll-Rand Co
Air Compressor Group
2516-I Industrial Park Drive
Goshen, IN  46526


Inovis
ATTN:  BILLING
2425 N. Central Expressway
Richardson, TX  75080


Interlube Corporation
4646 Baker Avenue
Cincinnati, OH  45212-2594