Intermec Technology Corp.
9290 LeSaint Drive
Fairfield, OH  45014-5454


International Quality
521 Cleveland
Lincoln Park, MI  48146


International Surface Prep
1606 Executive Dr
Lagrange, GA  30241


Ircon Inc
7300 N. Natchez Ave.
Niles, IL  60714


Ivy Tech
3800 North Anthony Blvd
Fort Wayne, IN  46805


J & K Communications Inc.
222 S. Tower View Drive
Columbia City, IN  46725


J & L Industrial Supply
PO Box 3359
Livonia, MI  48151-3359


J-Lenco Inc
664 N High Street
LaRue, OH  43332


J/E Bearing and Machine Ltd.
68 Spruce Street
Tillsonburg, ON  N4G 4H8

Jackson-Hirsh Inc
700 Anthony Trail
Northbrook, IL  60062-2542


Janet F. Borden
P.O. Box 770570
Steamboat Springs, CO  80477


JET Express Inc.
4518 Webster Street
Dayton, OH  45414


John A. Fink
271 N. McClellan Street, #106
P.O. Box 757
Auburn, IN  46706


K M H Systems
7020 State Route 930 East
Ft Wayne, IN  46803


Kaltenbach, Inc.
6775 Inwood Drive
Columbus, IN  47202


Keibler Thompson Corp
Route 66 RR #2r
Export, PA  15632


Kendall Electric Inc
PO Box 46
Auburn, IN  46706-0046

Kendallville Iron & Metal Inc.
243 E. Lisbon Road
PO Box 69
Kendallville, IN  46755


Keramida Environmental Inc
330 N College Ave
Indianapolis, IN  46202


Key Equipment Finance
66 South Pearl Street
Albany, NY  12207


KMH Systems, Inc.
7020 SR 930 East
Fort Wayne, IN  46803


Kone Inc
433 Fernhill Ave
Fort Wayne, IN  46805-1039


Korte Bros Inc
620 W Cook Rd
Ft Wayne, IN  46825-3324


Korte Paper Co.
1819 South Calhoun
Fort Wayne, IN  46857


Kroger Food Stores
1001 West Seventh Street
Auburn, IN  46706


Kustom Machining Inc.
P.O. Box 39
Leo, IN  46765

L & D Industries
201 South Fulton
Auburn, IN  46706


Lab Safety Supply Inc.
PO Box 1368
Janesville, WI  53547-1368


LBH Chemical & Industrial
PO Box 8460
Ft Wayne, IN  46808-8460


LDM, Loading Dock Maintenance
14819 Mill Road
Fort Wayne, IN  46816


Leco Corporation
3000 Lakeview Avenue
St. Joseph, MI  49085-2396


LMI Technologies (USA), Inc
21455 Suite 22 Melrose Ave
Southfield, MI  48075


Lougheed & Associates, Inc.
1017 S. Hadley Road
Fort Wayne, IN  46804


Louis Padnos Iron & Metal Co.
P.O. Box 1979
Holland, MI  49422-1979


Lyman Steel Co.
P.O. Box 28340
Cleveland, OH  44128

MacAllister Machinery Co Inc
2418 Coliseum Blvd W
Fort Wayne, IN  46808-3648


MacDonald Machinery Co Inc.
3911 Limestone Drive
Fort Wayne, IN  46809


Magma Foundry Technologies
2340 South Arlington Heights Road
Arlington Heig, IL  60005


Magneco/Metrel Inc
PO Box 176
Negley, OH  44441


Mail-Well Envelope
4500 Tiedman Road
Cleveland, OH  44144


Marjo Plastics
1081 Cherry Street
Plymouth, MI  48170


Marlin Leasing Corp.
124 Gaither Drive Suite 170
Mount Laurel, NJ  08054


Marlin Leasing Corp.
PO Box 13604
Philadelphia, PA  19101-3604


Marposs Corporation
3300 Cross Creek Parkway
Auburn Hills, MI  48326

Martin Graphics
P.O. Box 525
Auburn, IN  46706


Master Gage & Tool Co.
112 Maplewood Street
Danville, VA  24540


Materials Handling Equip C
7433 US 30 East
Ft Wayne, IN  46803


McLean Midwest Corporation
11611 Business Park Blvd. N.
Champlin, MN  55316


McMahon Tire
1712 South Wayne Street
Auburn, IN  46706


McMaster Carr Supply Company
200 Aurora Industrial Pkwy
Aurora, OH  44202


McNichols Company
1951 Lively Blvd.
Elk Grove Village, IL  60007


Mellon Consultants
Two Pennsylvania Plaza
New York, NY  10121


Met-Pak Specialities, Inc.
2701 S. Coliseum Blvd., Suite 1172
Fort Wayne, IN  46803

Metaltec Steel Abrasive Co
41155 Joy Road
Canton, MI   48187


Meyer Industrial Service
616 W Maplewood Drive
Ossian, IN   46777


Michael Barstow
Consultant Metallurgist
1152 Southvale Road
Pittsburgh, PA   15237-4241


Michiana Door
PO Box 45
Stroh, IN   46789-0045


Mid-State Chemical & Supply Co.
2100 Greenbrier Lane
Indianapolis, IN   46218


Midwest Air Filter, Inc.
3630 N. Wells Street
Fort Wayne, IN   46808


Midwest Instrument Co Inc
541 Industrial Dr
Hartland, WI   53029-0080


Midwest Pipe & Steel Inc
PO Box 11558
Fort Wayne, IN   46859


Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL   60018

Modern Equipment Company
336 South Spring Street
Port Washington, WI  53074


Monitor Technologies LLC
Drawer AL-44W320
Elburn, IL  60119


Motion Industries Inc
3333 East Washington Blvd.
Ft Wayne, IN  46862-2149


MP Steel Indiana, LLC
PO Box 876
Kendallville, IN  46755


MPB Industries
505 East 31st Street
Anderson, IN  46016


MSC Industrial Supply Co
P.O. Box 9072
Melville, NY  11747


MSS Software
5 Great Vallen Parkway
Malvern, PA  19355


Nadapro Inc
5020 Nob Road
Ft Wayne, IN  46825


National City Leasing Corp.
101 South Fifth Street
Louisville, KY  40202

National Material Trading
1965 Pratt Blvd
Elk Grove Village, IL  60007


Neff Engineering Co Inc
7114 Innovation Blvd
Ft Wayne, IN  46898


NES Rentals
8855 Byron Commerce
Byron Center, MI  49315


Newark InOne
4410 Executive Blvd, Suite A
Ft Wayne, IN  46808


NMHG Financial Services Inc
7020 Hwy 30 East
Fort Wayne, IN  46803


NMHG Financial Services Inc.
44 Old Ridgebury Road
Danbury, CT  06810


Northstar Imaging, Inc.
953 Westgate Drive
St. Paul, MN  55114


O C Tanner
1930 South State Street
Salt Lake City, UT  84115


OFC Capital
Dept GA00010
PO Box 530101
Atlanta, GA  30353-0101

Old Fort Supply Co., Inc.
Old Fort Way At 2000 Wayne Trace
Fort Wayne, IN  46803


Omega Engineering Inc.
One Omega Drive
P.O. Box 4047
Stamford, CT  06907-0047


Omnisource Corp-Tusco
2453 Hill Avenue
Toledo, OH  43607


Ossola Industrials Inc.
1740 W. Seventh Street
Granite City, IL  62040


Paaso General Equipment
PO Box 868
Brighton, MI  48116


Pangborn Company
580 Pangborn Blvd.
Hagerstown, MD  21742-0380


Parker Glove & Supply, Inc
East 4th Street
Avilla, IN  46710


Peerless Metals Powders & Abrasives
P.O. Box 09254
Detroit, MI  48209


Perfection Servo Hydraulic
1010 West Republic Drive
Addison, IL  60101

Perkins Septic And Drain Service
0375 CR 11
Hudson, IN   46747


Pflaumer Brothers Inc
398 Clarksville Road
Princeton Jct., NJ   08550


PHC Industries Inc.
3115 Pittsburg Street
Fort Wayne, IN   46825


Powered Equipment And Repair
600 Voorhees
PO Box 147
Terre Haute, IN   47808-0147


Pranger Enterprises Inc
PO Box 366
Ashley, IN   46705


Precision Calibration Company
7656 Milliner Court
Plainfield, IN   46168


Precision Steel Services
4334 Earth Drive
Ft. Wayne, IN   46809


Project Management Services
P.O. Box 398
McDonald, OH   44437-0398


Proxtronics Dosimetry LLC
7200 Fullerton Road
Springfield, VA   22150

PWC Fabrication
2121 Wayne Haven Avenue
Fort Wayne, IN  46803

QHG of Ft Wayne, Inc/Redim
315 East Cook Road
Fort Wayne, IN  46825

QMS-Customer Service
300 Galleria Officenter, Suite 110
Southfield, MI  48034

Quality Calibration Service
10205 West Greenfield Avenue
West Allis, WI  53214

R I Lampus Co
816 Railroad St
Springdale, PA  15144

RA Mueller Inc.
11270 Cornell Park Drive
Cincinnati, OH  45242

Radio Shack
1025 W 7th St
Auburn, IN  46706

Redimed DeKalb, LLC
AMIC
500 S. Grandstaff Suite G
Auburn, IN  46706

Refco Inc
PO Box 12867
Pittsburgh, PA  15241

Reilley Trucking
7431 Bent Willow Drive
Fort Wayne, IN  46815


Reliable Corporation
1001 West Van Buren Street
Chicago, IL  60607


Renco Machine Co Inc
1421 Eastman Ave
Green Bay, WI  54302


Reno Refractories, Inc.
PO Box 201
Morris, AL  35116


Richard Squier Pallets Inc
3992 CR24
Waterloo, IN  46793


Rudd Equipment Company
P.O. Box 32427
Louisville, KY  40232


Rumford Industrial Group Inc.
PO Box 752288
Dayton, OH  45475


Rytec Corporation
PO Box 403
Jackson, WI  53037


S & S Oil Co Inc
821 Lakeshore Avenue
Auburn, IN  46706

S & S Tire Co Inc.
1100 West 7th Street
Auburn, IN  46706


S D Myers
180 South Avenue
Tallmadge, OH  44278


Safety - Kleen Corp
PO Box 12349
Columbia, SC  29211-2349


Schenkel & Sons Inc
1120 St Mary's Avenue
Ft Wayne, IN  46808


Schust Engineering Inc.
701 North Street
Auburn, IN  46706


Scioto Valley Packaging, LLC
5151 Reed Road NE, Suite 210A
Columbus, OH  43220


Scott Industrial Systems Inc.
521 N Airport Office Park
Ft Wayne, IN  46825


Security Locknut Inc
9650 West Foster Avenue
Chicago, IL  60656


Sentinel Fluid Controls
7114 Innovation Boulevard
Fort Wayne, IN  46818

SES LLC Technical Group
PO Box 8413
Fort Wayne, IN  46898


Shambaugh & Sons Inc
PO Box 1287
Ft Wayne, IN  46801


Shells Inc.
502 Old U.S. Hwy 30 East
Bourbon, IN  46504


Sherry Laboratories
2203 South Madison
Muncie, IN  47307


Simplicity Engineering Inc.
212 S. Oak
Durand, MI  48429-0257


Spectro Analytical Instruments, Inc.
160 Authority Drive
Fitchburg, MA  01420


Spectrum Engineering Corp
17420 Tonkel Road
Leo, IN  46765-9779


Spraying Systems Company
c/o Harriman Ave
P.O. Box 348
Auburn, IN  46706


Sprinkling Can
233 South Main Street-
Auburn, IN  46706

Staclean Diffuser Company
PO Box 1147
Salisbury, NC  28144


STAG Iron And Metal Corp
7820 West 60th Place
Summit, IL  60501


States Engineering Corp
10216 Airport Drive
Fort Wayne, IN  46819


Stericycle Inc
1301 E Alexis Road
Toledo, OH  43612


Struers Inc
24766 Detroit Road
WestLake, OH  44145


Sturgis Iron & Metal
70675 Centerville Road
Sturgis, MI  49091-0579


Superior Business Solution
PO Box 8040
Ft Wayne, IN  46898-8040


System Clean Inc.
50602 North Michigan Road
South Bend, IN  46637-1532


T & L Sharpening Inc
2663 S Freeman Road
Monticello, IN  47960

T & M Equipment Co Inc
2880 East 83rd Place
Merrillville, IN  46410


T.T.G. Pattern
5443 Keystone Drive
Fort Wayne, IN  46825


Taylor Rental Auburn
2224 State Road 8 West
Auburn, IN  46706


Tec-Hackett, Inc.
P.O. Box 8830
Fort Wayne, IN  46898-8830


Telemotive Industrial Controls
175 Wall Street
Glendale Heights, IL  60139-1985


Thomas E. Keller Trucking Inc.
1160 Carpenter Road
Defiance, OH  43512


Time Industrial Inc
6422 Lima Road
Fort Wayne, IN  46818


Timothy S. Borden
P.O. Box 770570
Steamboat Springs, CO  80477


Tooling & Equipment International
12550 Tech Center Drive
Livonia, MI  48150-2193

TPC Wire & Cable
7061 East Pleasant Valley Road
Independence, OH  44131

Trane Company
Rohan Trane Service Agency, Inc.
6602 Innovation Blvd.
Fort Wayne, IN  46818-1389

Tri State Compressed Air Systems, Inc.
1608 Eishenhower Drive South
Goshen, IN  46526-5360

Tri-State Instrument Service
3024 Wayne Trace
P.O. Box 6068
Fort Wayne, IN  46896

Trojan Heat Treat
809 S. Byron St
Homer, MI  49245

UNIMIN Corporation
809 Myers Road
Archbold, OH  43502

United Parcel Service
P.O. Box 505820
The Lakes, NV  88905-5820

US Cargo Management Inc.
Philadelphia International Airport
P.O. Box 277
Essington, PA  19029

US Inspection Services
705 Albany Street
Dayton, OH  45408


US Pattern Company Inc
PO Box 220
Richmond, MI  48062


Van Dyne Crotty, Inc.
3115 Independence Drive
Fort Wayne, IN  46808


Vesuvius USA Corp.
661 Willet Road
Buffalo, NY  14218


Vibes Technologies Inc.
7125 Northland Terrace North, Suite 400
Brooklyn Park, MN  55428


VWR International, Inc.
PO Box 66929, O'Hare AMF
Chicago, IL  60666


Walman Optical Co
PO Box 9440
Minneapolis, MN  55440


Warsaw Engineering & Fabricating
2780 E. Durbin Street
Warsaw, IN  46581-1043


Water Sciences
PO Box 15489
Ft Wayne, IN  46885

Wayne Fasteners Inc
2725 Independence Drive
Ft Wayne, IN   46808


Wayne Pipe & Supply Inc
1815 South Anthony Blvd
Ft Wayne, IN   46803


Welder Services Inc
1725 Edsall Avenue
Ft Wayne, IN   46896


Westport Hardness & Gaging
510 Montauk Hwy
West Islip, NY   11795


Weyerhaeuser Co.
2626 CR 71
Butler, IN   46721


Wheelabrator Abrasives Inc
1 Abrasive Ave
Bedford, VA   24523


Wheelabrator Canada Inc.
401 Wheelabrator Way
Milton, Ontario,     L9T487


Wiese Planning & Eng., Inc.
2725 Independence Drive
Fort Wayne, IN   46808


William C Weber & Assoc In
Constitution Hill Office Park
6201 Constitution Drive
Ft Wayne, IN   46804

William E. Fink
P.O. Box 826
Auburn, IN  46706


Wise International Ideal Lease
2807 Goshen Road
Fort Wayne, IN  46808


XRI Testing
8327 Reliable Parkway
Chicago, IL  60686-0083


XRI Testing - Troy
MobileX, LLC
1961 Thunderbird
Troy, MI  48084