IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 04-10427 |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 363
AUTHORIZING THE CONTINUATION OF
<u>WORKERS' COMPENSATION PROGRAM</u>**

Upon the Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing the Continuation of Workers' Compensation Program (the "Motion") dated February 8, 2004, filed by Auburn Foundry, Inc. ("AFI" or the "Debtor"), the debtor-in-possession, by counsel, such Motion having been heard on _____, 2004, and this Court, having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and notice of the Motion having been provided as set forth in the Motion; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, the Debtor's creditors, all parties-in-interest, and the Debtor's estate; and after due deliberation, sufficient cause appearing therefore; accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and it hereby is, granted, to the extent set forth herein; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED**, that the Debtor is authorized to continue its present workers' compensation program, as defined and described in the Motion.

FWIMAN1 323287v1

Dated this _____ day of _____, 2004.

                                        _____
                                        HONORABLE ROBERT E. GRANT
                                        UNITED STATES BANKRUPTCY JUDGE