IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 04-10427 |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 363
AUTHORIZING (I) THE MAINTENANCE OF THE DEBTOR'S EXISTING
CASH MANAGEMENT SYSTEM; (II) THE MAINTENANCE OF BANK
ACCOUNTS; AND (III) THE CONTINUED USE OF EXISTING BUSINESS FORMS**

Upon the Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing

(I) Maintenance of the Debtor's Existing Cash Management System; (II) the Maintenance of

Bank Accounts and (III) the Continued Use of Existing Business Forms (the "Motion") dated

February 8, 2004, filed by Auburn Foundry, Inc. ("AFI" or the "Debtor"), the debtor-in-

possession, by counsel, such Motion having been heard on _____, 2004, and this

Court, having jurisdiction to consider the Motion and the relief requested therein pursuant to 28

U.S.C. §§ 157 and 1334, and notice of the Motion having been provided as set forth in the

Motion; and the Court having determined that the relief sought in the Motion is in the best

interest of the Debtor, the Debtor's creditors, all parties-in-interest, and the Debtor's estate; and

after due deliberation, sufficient cause appearing therefore; accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion be, and it hereby

is, granted, to the extent set forth herein; and it is

**FURTHER ORDERED**, that all capitalized terms not otherwise defined herein

shall have the meanings ascribed to such terms in the Motion; and it is

FWIMAN1 323286v1

2

**FURTHER ORDERED, ADJUDGED AND DECREED**, that the Debtor is authorized to continue its customary accounting and cash management procedures in the ordinary course; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED**, that the Debtor is authorized and empowered to: (a) designate, maintain and continue to use any and all bank accounts with the same account number, including, without limitation, the accounts identified in Exhibits "A" and "B" annexed to the Motion (collectively, the "Bank Accounts"); and (b) treat the Bank Accounts for all purposes as accounts of the Debtor; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED**, that the Banks at which all Bank Accounts are maintained, are authorized to continue to service and administer the Bank Accounts as accounts of the Debtor; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED**, that the Debtor is authorized to continue to use its existing business forms and stationery without alteration or change; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED**, that notwithstanding anything contained in the decretal paragraphs of this Order to the contrary, to the extent this Order is inconsistent with any term or provision of any Court approved debtor-in-possession financing and/or use of cash collateral or any future order in respect of the same, such other documents or orders shall govern and control in all respects.

Dated this _____ day of _____, 2004.

_____
HONORABLE ROBERT E. GRANT
UNITED STATES BANKRUPTCY JUDGE

2