IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ORDER AUTHORIZING DEBTOR TO PAY PREPETITION WAGES

Upon the Motion for Authority to Pay Prepetition Wages and Request for Emergency Hearing (the "Motion") dated February 8, 2004, filed by Auburn Foundry, Inc. ("AFI" or the "Debtor"), by counsel, such Motion having been heard on _____, 2004, and this Court, having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and notice having been given as set forth in the Motion, and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, the Debtor's creditors, all parties-in-interest, the Debtor's estates, and after due deliberation, sufficient cause appearing therefore, accordingly it is hereby:

ORDERED, ADJUDGED AND DECREED that the Debtor is authorized to meet its prepetition wages and benefits in accordance with the Motion, provided, however, that the total amount of prepetition wages paid to any employee shall not exceed $4,650.00. In the event the case is converted to a case under chapter 7 of the Bankruptcy Code, the payments authorized herein, to the extent such payments are for prepetition claims, shall be setoff against the claims of such employees for prepetition wages in this case.

FWIMAN1 323283v1

2

DATED this _____ day of _____, 2004, Fort Wayne, Indiana.

_____
HONORABLE ROBERT E. GRANT
UNITED STATES BANKRUPTCY JUDGE