**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| AUBURN FOUNDRY ) | Case No. 04-10427 |
| Debtor. ) | |

**APPEARANCE**

To the Clerk:

    Please enter our appearance as counsel for Bank of America, a creditor in the above-captioned case.

    Shipley & Associates

    /s/ Grant F. Shipley
    Grant F. Shipley
    233 West Baker Street
    Fort Wayne, IN 46802-3413
    Phone: (260) 422-2700
    Attorney for Shelby County Bank

**CERTIFICATE OF SERVICE**

    I certify that on the 9th day of February, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

    United States Trustee
    John R. Burns
    Mark Werling

    /s/ Grant F. Shipley
    Grant F. Shipley