UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO. 04-10427 |
| ) | CHAPTER 11 |
| Debtor ) | |

### APPEARANCE

Ellen L. Triebold, Trial Attorney, hereby appears on behalf of the United States Trustee and requests to be added to the electronic service matrix for all pleadings and documents filed in this Chapter 11 case. My email address is: Ellen.L.Triebold@usdoj.gov.

    Respectfully submitted,

    NANCY GARGULA
    United States Trustee

    By: ____/s/ Ellen L. Triebold _____
    Trial Attorney
    Ind. Bar No. 22627-71
    WI Bar No. 01020155

Office of the United States Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601
Tel: (574) 236-8105, ext. 118
Fax: (574) 236-8163