UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**ORDER AUTHORIZING NUNC PRO TUNC RETENTION
OF BAKER & DANIELS AS ATTORNEYS FOR DEBTOR IN
POSSESSION AND APPROVING SECURITY RETAINER**

Upon the Application, dated February 9, 2004 (the "Application"), of the above-captioned debtor-in-possession ("AFI" or the "Debtor"), for entry of an order, pursuant to sections 327(a), 328 and 1107(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to retain the firm of Baker & Daniels, under a general retainer, as its attorneys in its chapter 11 case; and upon the affidavit of John R Burns III, a member of Baker & Daniels (the "Affidavit"), which is annexed to the Application, and notice having been given to the parties identified in the Application; and it appearing that no other or further notice is required or necessary; and the Court being satisfied that Baker & Daniels does not hold or represent an interest adverse to the Debtor's estate and that Baker & Daniels is a "disinterested person" as such term is defined under section 101(14), as modified by section 1107(b), of the Bankruptcy Code, and that the employment of Baker & Daniels as attorneys for the Debtor is necessary and in the best interests of the Debtor and its estate, creditors and interest holders; and after due deliberation and sufficient cause appearing therefore,

FWIMAN1 307402v1

**FINDS THAT**

a. Baker & Daniels and each of its members and associates represent no interest adverse to the Debtor's estate such that would disqualify Baker & Daniels from representation of the Debtor in this chapter 11 case;

b. Baker & Daniels and each of its members and associates is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code; and

c. The retention of Baker & Daniels as the Debtor's counsel is in the best interests of the Debtor and its estate, creditors, and interest holders; and it is therefore

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, the Debtor is authorized to retain Baker & Daniels *nunc pro tunc* to February 8, 2004 as its counsel to perform the services set forth in the Application.

2. Baker & Daniels shall be compensated in accordance with the Affidavit, annexed to the Application, subject to sections 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure as may be applicable from time to time, the rules of this Court and such procedures as may be fixed by order of this Court.

3. The Security Retainer, as defined in the Application, is hereby approved.

4. Baker & Daniels shall provide such additional disclosure as set forth in the Application and as it necessary or appropriate.

Dated: _____, 2004 at Fort Wayne, Indiana.

_____
HONORABLE ROBERT E. GRANT
UNITED STATES BANKRUPTCY JUDGE

FWIMAN1 307402v1