IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                         )
                                          )
AUBURN FOUNDRY, INC.                      )          Chapter 11
                                          )
                    Debtor.               )          BK Case No. 04-10427

## CERTIFICATE OF SERVICE

I certify that a copy of the following motion:

**Application to Employ and Retain Baker & Daniels as Counsel for Debtor-In-Possession and Approving Security Retainer**

is being served by electronic mail or by first-class United States mail, postage prepaid, this 9th

day of February, 2004, upon the following counsel or parties:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Donald F. Baty, Jr.
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, IN 46204-5198

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Auburn City Utilities
P.O. Box 506
Auburn, IN 46706

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
300 Galleria Officentre, Suite 110
Southfield, MI 48034

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

FWIMAN1 323313v1

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

UNIMIN Corporation
809 Myers Road
Archbold, OH 43502

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
230 West Main Street
Fort Wayne, IN  46802

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Fairmount Minerals
P.O. Box 400
Bridgeman, MI 49106

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

**/s/** Mark A. Werling