UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE

Sommer Barnard Ackerson Attorneys, PC (the "Firm"), by and through the attorneys listed below, hereby files its Notice Of Appearance as counsel for AFI Lending Group, LLC ("AFI"):

Jerald I. Ancel (Bar No. 2390-49)
Marlene Reich (Bar No. 6482-49)
Sommer Barnard Ackerson Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
Email: mreich@sbalawyers.com

Neither the Firm's appearance on behalf of AFI, nor later appearance, pleading, claim or suit shall waive: (1) the right of AFI to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) the right of AFI to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the right of AFI to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions,

1

or defenses which AFI is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions or defenses AFI expressly reserves.

                                        Respectfully submitted,

                                        AFI LENDING GROUP, LLC

                                        /s/ Jerald I. Ancel  
                                        Jerald I. Ancel, One Of Its Counsel  
                                        Attorney No. 2390-49

                                        /s/ Marlene Reich  
                                        Marlene Reich, One Of Its Counsel  
                                        Attorney No. 6482-49

Sommer Barnard Ackerson Attorneys, PC  
One Indiana Square, Suite 3500  
Indianapolis, IN 46204  
Telephone: (317) 713-3500  
Facsimile: (317) 713-3699  
E-mail: mreich@sbalawyers.com

128895