**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| AUBURN FOUNDRY | ) | Case No. 04-10427 |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE TO OBJECTION OF BANK OF AMERICA, N.A.,
TO DEBTOR'S EMERGENCY MOTION SEEKING A PRELIMINARY ORDER
AUTHORIZING THE USE OF THE CASH COLLATERAL**

I certify that on the 9th day of February, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

| | |
|---|---|
| United States Trustee | Mark Werling |
| Ellen Triebold | Marlene Reich |
| John R. Burns | |

                                                                                      /s/ Grant F. Shipley
                                                                                      Grant F. Shipley