UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice Of Appearance, attached hereto as Exhibit "A", was served via electronic mail on the following: John R. Burns, Nancy J. Gargula, Grant F. Shipley, Ellen L. Triebold, Mark Werling and the United States Trustee, and served via United States Mail, postage prepaid, to the parties listed on the attached Distribution List this 9th day of February, 2004.

Respectfully submitted,

AFI LENDING GROUP, LLC

/s/ Marlene Reich
Marlene Reich, One Of Its Counsel
Attorney No. 6482-49

Sommer Barnard Ackerson Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
E-mail: mreich@sbalawyers.com

128958

**DISTRIBUTION:**

| | | |
|---|---|---|
| Auburn Foundry, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | Omni Source Corp.<br>2453 Hill Avenue<br>Toledo, OH 43607 | Auburn City Utilities<br>P.O. Box 506<br>Auburn, IN 46706 |
| Bank of America<br>231 S. LaSalle 16th Floor<br>Chicago, IL 60697 | GMAC/Gwen Julin<br>300 Galleria Officentre #110<br>Southfield, MI 48034 | A.F. Europe, Inc.<br>635 W. 11th<br>Auburn, IN 46706 |
| DeKalb County, Indiana<br>100 S. Main Street<br>Auburn, IN 46706 | Citizens Gas & Coke Utility<br>2020 N. Meridian<br>Indianapolis, IN 46202 | Dauber Co., Inc.<br>577 N. 18th<br>Tonica, IL 61370 |
| UNIM Corp.<br>809 Myers Road<br>Archbold, OH 43502 | DISA Industries<br>80 Kendall Point Drive<br>Oswego, IL 60543 | Miller & Co.<br>6400 Shafer Court #500<br>Rosemont, IL 60018 |
| R.I. Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 | XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Fairmount Minerals<br>PO Box 400<br>Bridgeman, MI 49106 |
| MP Steel Indiana<br>PO Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>PO Box 395<br>Columbus, OH 43216 | Complete Drives, Inc.<br>1542 W. Auburn<br>Auburn, IN 46706 |
| Fire Protection, Inc.<br>750 W. North Street Suite C<br>Auburn, IN 46706 | Motion Industries, Inc.<br>3333 E. Washington Boulevard<br>Fort Wayne, IN 46882-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | |
| Debtor. ) | |

### NOTICE OF APPEARANCE

Sommer Barnard Ackerson Attorneys, PC (the "Firm"), by and through the attorneys listed below, hereby files its Notice Of Appearance as counsel for AFI Lending Group, LLC ("AFI"):

> Jerald I. Ancel (Bar No. 2390-49)
> Marlene Reich (Bar No. 6482-49)
> Sommer Barnard Ackerson Attorneys, PC
> One Indiana Square, Suite 3500
> Indianapolis, Indiana 46204
> Telephone: (317) 713-3500
> Facsimile: (317) 713-3699
> Email: mreich@sbalawyers.com

Neither the Firm's appearance on behalf of AFI, nor later appearance, pleading, claim or suit shall waive: (1) the right of AFI to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) the right of AFI to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) the right of AFI to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions,

1

EXHIBIT A

or defenses which AFI is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions or defenses AFI expressly reserves.

Respectfully submitted,

AFI LENDING GROUP, LLC

_____
Jerald I. Ancel, One Of Its Counsel
Attorney No. 2390-49

_____
Marlene Reich, One Of Its Counsel
Attorney No. 6482-49

Sommer Barnard Ackerson Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
E-mail: mreich@sbalawyers.com

128895

2