UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/tp |
| | ) | |
| Debtor(s) | | |

**ORDER**

At Fort Wayne, Indiana, on February 10, 2004.

A hearing with regard to issues raised by Debtor's motion for order authorizing the continuation of workers compensation program was held in Fort Wayne, Indiana, on February 9, 2004 with John Burns and Mark Werling, counsel for debtor, Jerald Ancel and Marlene Reich, counsel for AFI Lending Group, Grant Shipley, Josef Athanas and Caroline Reckler, counsel for Bank of America, present in person and Ellen Triebold, counsel for the United States Trustee, present telephonically.

For the reasons stated in open court, the motion is GRANTED.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court