# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Fort Wayne Division

In Re: Debtor(s) (name(s) and address)     )
Auburn Foundry, Inc.         )
35–0154360           )
635 W. Eleventh Street        ) Case Number: 04–10427–reg –reg
Auburn, IN 46706         )
                  )
                  )
                  )
                  ) Chapter: 11
                  )
                  )
                  )
                  )

## ORDER APPOINTING CHAPTER 11
## DEBTOR–IN–POSSESSION

At Fort Wayne , Indiana on February 9, 2004 .

A petition for relief under Chapter 11 of the United States Bankruptcy Code having been filed in this case and an order for relief having been entered, now therefore,

IT IS ORDERED that the debtor(s) hereby is/are appointed Debtor in Possession of all property of the bankruptcy estate and is/are authorized to continue operations and to manage the property of the bankruptcy estate, in the ordinary course of business, until further order of this court.

IT IS FURTHER ORDERED that the Debtor in Possession:

1. *SHALL FILE* on or before 6/7/04 ,
   a. a proposed plan and disclosure statement; or,
   b. a verified report which describes all steps taken toward the formulation of the plan of reorganization, any matters which must be resolved before a plan can be proposed and an estimated date by which a plan will be filed. The report shall summarize all financial activities since the commencement of the case, indicating the profit or loss from operations and all unpaid post–petition debts, including but not limited to taxes. Additional reports, containing the information required by this paragraph, shall also be filed quarterly thereafter until such time as a proposed plan and disclosure statement have been filed by the debtor in possession.

2. *SHALL NOT TRANSFER* or dispose of any property of the bankruptcy estate, other than in the ordinary course of business, without court approval.

3. *SHALL NOT INCUR* any secured debt, pledge or encumber any property of the bankruptcy estate without court approval.

4. *SHALL NOT USE* cash collateral, as defined by 11 U.S.C. §363(a), without court approval or the creditors' consent. All cash collateral shall be placed into a segregated account pending its disposition.

Document No. 16

5. *SHALL* close the books and records of the debtor, as of the day before the filing of the petition for relief, and *SHALL* open new books and records for the debtor in possession, which shall reflect all earnings, expenses, receipts and disbursements commencing with the date the petition for relief was filed.

6. *SHALL* close all accounts of the debtor and *SHALL* open new accounts in the name of the debtor in possession. During the dependency of the case all receipts *SHALL* be deposited into and all disbursements *SHALL* be made from these accounts. All disbursements shall be made by pre–numbered checks or electronic fund transfer specifically authorized by the debtor in possession.

7. SHALL FILE, on a monthly basis, a verified monthly report of operations under Chapter 11. At a minimum, this report shall include:

   a. a summary of all income and expenses for the reporting period;

   b. a statement of the use of reductions and additions to raw materials and inventory, crops, livestock or other items held or produced for sale;

   c. a statement of the collection of and addition to accounts receivable;

   d. a reconciliation of all income and expenses while operating under Chapter 11;

   e. an itemized statement of all unpaid post–petition obligations;

   f. a statement of insurance coverage;

   g. proof or certification of payment of all post–petition taxes due, including taxes withheld or collected from others; and,

   h. copies of all state and federal tax returns filed during the reporting period, including verification of tax deposits.

   These reports shall be filed no later than the fifteenth day of each month following the date of the petition. They may be in any appropriate form or format containing the minimum information required.

8. *SHALL MAINTAIN* casualty and liability insurance on all property and activities of the bankruptcy estate which is sufficient to protect against any risk or loss from any cause.

9. *SHALL FILE* all federal, state and local tax returns and SHALL PAY all federal, state and local taxes on account of the operations of the debtor in possession as and when due.

10. *SHALL* segregate and PAY as and when due any and all taxes withheld from employees or collected from other under any federal, state or local law.

11. *SHALL PAY* as and when due all debts incurred, in the ordinary course of business, by the debtor in possession.

12. *SHALL NOT PAY* any debtor or obligation incurred prior to the date of the petition except as may be authorized by a confirmed plan of the court.

13. *SHALL NOT INCUR* any debt, other than in the ordinary course of business, without court approval.

14. *SHALL NOT* employ, retain or pay any attorney, accountant or other professional without court approval.

15. *SHALL COOPERATE* with the United States Trustee as required by N.D. Ind. L.B.R. B–4002–1(a).

16. If the debtor is not a natural person, *SHALL NOT* compensate any insider until the "Statement of Insider Compensation" required by local bankruptcy rule B–1007–3 has been filed.

IT IS FURTHER ORDERED that this order shall remain in full force and effect as long as the case is open and pending.

The obligations imposed by this order are in addition to the duties imposed upon the debtor in possession by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and any other applicable law.

THE FAILURE TO COMPLY WITH THE REQUIREMENTS OF THIS ORDER MAY RESULT IN THE CONVERSION OR DISMISSAL OF THE CASE, THE APPOINTMENT OF A TRUSTEE, OR OTHER APPROPRIATE SANCTIONS, UPON NO LESS THAN 24 HOURS WRITTEN NOTICE.

Robert E. Grant

_____
Judge, United States Bankruptcy Court

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Feb 09, 2004
Case: 04-10427             Form ID: 278           Total Served: 1

The following entities were served by first class mail on Feb 11, 2004.
db        Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2004**              **Signature:**