**FORM B9F** (Chapter 11 Corporation/Partnership Asset Case) (12/03)  Case Number **04–10427–reg**

### UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 2/8/04 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN 46706

All Other Names used by the Debtor(s) in the last 6 years (including married, maiden, and trade names):

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 04–10427–reg | 35–0154360 |

Attorney for Debtor (name and address):
Mark Werling
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802
Telephone number: (260) 424–8000

### Meeting of Creditors:

Date: **March 19, 2004**    Time: **10:30 AM**    Note: **Professional Dress Required!**
**Photo ID Required!**
**Proof of SSN Required!**

Location: **Room 1194, 1300 South Harrison Street, , Fort Wayne, IN 46802**

### Deadlines to File a Proof of Claim:

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **6/17/04**    For a governmental unit: **8/6/04**

**Claims and Attachments must be filed in duplicate on Official Form 10.**

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| FORT WAYNE DIVISION<br>1300 South Harrison Street<br>P.O. Box 2547<br>Fort Wayne, Indiana 46801–2547<br>   Telephone Number: (260) 420–5100 | Clerk of the Bankruptcy Court:<br>Christopher M. DeToro |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 2/9/04 |

## EXPLANATIONS

FORM B9F (Alt.) (9/97)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− Refer to Other Side for Important Deadlines and Notices −−

**FORM B10** (Official Form 10)(12/03)

| United States Bankruptcy Court<br>Northern District of Indiana | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Auburn Foundry, Inc. | Case Number<br>04-10427-reg | |

| | | |
|---|---|---|
| **NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503. | | |
| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| Name and Address where notices should be sent: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 04-10427 |
| Telephone Number: | | This Space is for Court Use Only |
| Account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim ☐ amends     a previously filed claim, dated:_____ | |

| 1. **Basis for Claim**<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>     Last four digits of SS #: _____<br>     Unpaid compensation for services performed<br>     from _____ to _____<br>            (date)                  (date) |
|---|---|
| 2. Date debt was incurred: | 3. If court judgment, date obtained: |

4. Total Amount of Claim at Time Case Filed:   $_____   _____   _____   _____
                                                          (unsecured)      (secured)         (priority)            (Total)

  If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
  ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>  Brief Description of Collateral:<br>  ☐ Real Estate  ☐ Motor Vehicle<br>     ☐ Other_____<br><br>  Value of Collateral:   $_____<br><br>  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____<br><br>6. **Unsecured Nonpriority Claim** $_____<br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | 7. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br><br>  Amount entitled to priority $_____<br>  Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>9. **Supporting Documents:**   *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>10. **Date-Stamped Copy:**       To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FORM Bl0** (Official Form l0)(12/03)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

6. **Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

7. **Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

8. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

9. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 5              Date Rcvd: Feb 09, 2004
Case: 04-10427               Form ID: b9f            Total Served: 373


The following entities were served by first class mail on Feb 11, 2004.
db         Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN 46706
7148416    0 C TANNER,    1930 SOUTH STATE STREET,    SALT LAKE CITY, UT 84115
7148177    3M VALLEY,    600 E. MEIGS,    VALLEY, NE 68064-0368
7148178    A-1 JANITORIAL SERVICE,    PO BOX 241,    WATERLOO, IN 46793
7148179    A.F. EUROPE, INC.,    635 W. ELEVENTH STREET,    AUBURN, IN 46706
7148180    ABB METALLURGY INC,    1460 LIVINGSTON AVE,    NORTH BRUNSWICK, NJ 08902
7148181    ABF FREIGHT SYSTEM INC.,    3320 N. WELLS ST.,    FORT WAYNE, IN 46808
7148182    ACORDIA,    P.O. BOX 885,    FT WAYNE, IN 46801-0885
7148183    ADDIS INC,    3721 LEE ROAD,    CLEVELAND, OH 44120
7148184    ADMETCO,    7625 VICKSBURG PIKE,    FORT WAYNE, IN 46850
7148185    AERO-MOTIVE MANUFACTURING,    5688 EAST ML AVE,    KALAMAZOO, MI 49001
7148186    AIR PRODUCTS AND CHEMICALS,    PO BOX 25745,    LEHIGH VALLEY, PA 18002-5742
7148187    AIR TECHNICS INC.,    2652 MERRIMONT DRIVE,    TROY, OH 45373
7148188    AIRBORNE EXPRESS,    P.O. BOX 91001,    SEATTLE, WA 98111
7148189    AIRTECH ENVIRONMENTAL SERVICES,    601A COUNTRY CLUB DRIVE,    BENSENVILLE, IL 60106
7148190    ALFA FINANCIAL CORPORATION,    56 COLONIAL PARK DRIVE SUITE 200,    ROSWELL, GA 30075
7148191    ALLEN PATTERN WORKS INC.,    616 EAST WALLACE STREET,    P.O. BOX 10540,    FORT WAYNE, IN 46803
7148192    ALRO STEEL CORPORATION,    PO BOX 10360,    FT WAYNE, IN 46851-0360
7148193    AMERICAN BIO MEDICA CORPORATION,    122 SMITH ROAD,    KINDERHOOK, NY 12106
7148194    AMERICAN WIRE ROPE AND SLING,    3122 ENGLE ROAD,    FORT WAYNE, IN 46809
7148195    AMETEK INC.,    900 GREENBANK ROAD,    WILMINGTON, DE 19808
7148196    APPLIED METALS & MACHINE WORKS,    1036 ST. MARYS AVENUE,    FORT WAYNE, IN 46808
7148197    ARAB PEST CONTROL,    1130 PION RD,    FORT WAYNE, IN 46825
7148198    ARROW FENCE COMPANY, INC.,    318 EDGEWOOD AVENUE,    FORT WAYNE, IN 46805
7148199    ARROW SERVICES INC,    4121 NORTHRUP,    FT WAYNE, IN 46805
7148200    ASHLAND CHEMICAL CO,    P 0 BOX 395,    COLUMBUS, OH 43216-0395
7148201    AUBURN CITY UTILITIES,    PO BOX 506,    AUBURN, IN 46706
7148202    AUBURN INN,    225 TOURING DRIVE,    AUBURN, IN 46706
7148203    AUSTIN PETROLEUM INC.,    99 E. JOE STREET,    HUNTINQTON, IN 46750
7148204    AUTO ELECTRIC,    709 E WASHINGTON,    FT WAYNE, IN 46802
7148205    AUTOMATIC DATA PROCESSING,    OF INDIANAPOLIS INC,    P.O. BOX 80419,    INDIANAPOLIS, IN 46280-0419
7148206    AZTEC MILLENNIUM SUPPLY, I,    8411 MAYHEW ROAD,    FORT WAYNE, IN 46835
7148207    B-P INDUSTRIAL DIVISION,    8432 CENTRAL AVE., SUITE 3,    SYLVANIA, OH 43560
7148208    BADEN, GAGE & SCHROEDER, LLC,    6920 POINTE INVERNESS WAY, SUITE 300,    FORT WAYNE, IN 46804
7148209    BANK OF AMERICA,    231 S. LASALLE STREET, 16TH FLOOR,    CHICAGO, IL 60697
7148210    BASSETT OFFICE SUPPLY INC,    509 SOUTH MAIN STREET,    AUBURN, IN 46706
7148211    BAYARD ADVERTISING AGENCY,    902 BROADWAY, 10TH FLOOR,    NEW YORK, NY 10010
7148212    BBC PUMP AND EQUIPMENT CO., INC.,    1125 WEST 16TH ST,    PO BOX 22098,    INDIANAPOLIS, IN 46222
7148213    BEARDSLEY AND PIPER, LLC,    751 SHORELINE DRIVE,    AURORA, IL 60504
7148214    BELCON CORP.,    P.O. BOX 4763,    OAK BROOK, IL 60522-4763
7148215    BGR INC,    25703 SPRINGFIELD CENTER ROAD,    HARLAN, IN 46743
7148216    BISBEE INFARED SERVICES,    1304 W MICHIGAN,    JACKSON, MI 49204
7148217    BLISS CLEARING NIAGRA, INC.,    683 NORTHLAND AVENUE,    BUFFALO, NY 14211
7148218    BLUE FLAME OF WATERLOO,    P.O. BOX 428,    WATERLOO, IN 46793
7148219    BOBCAT FINANCIAL SERVICES,    8001 RIDGEPOINT DRIVE,    IRVING, TX 75063
7148220    BOBCAT OF FORT WAYNE,    3630 GOSHEN ROAD,    FORT WAYNE, IN 46818
7148221    BOHL CRANE INC,    1930 LAKEVIEW DRIVE,    FT WAYNE, IN 46808
7148222    BOHREN LOGISTICS, INC.,    325 N. TAYLOR ROAD,    GARRETT, IN 46738
7148223    BOHREN-MERCER WAREHOUSE AND DISTRIBUTION,    325 N. TAYLOR RD,    GARRETT, IN 46738
7148224    BOSTWICK-BRAUN COMPANY,    ST RD 4 169,    ASHLEY, IN 46705
7148225    BPC - BELL PACKAGING CORPORATION,    PO BOX 3333,    MARION, IN 46953-0333
7148226    BRAKE MATERIALS & PARTS INC,    800 SHERMAN AT PAPE,    FORT WAYNE, IN 46808
7148227    BREAD BASKET,    115 NORTH MAIN STREET,    AUBURN, IN 46706
7148228    BRECHBUHLER SCALES,    3306 CAVALIER DRIVE,    FORT WAYNE, IN 46808
7148229    BREHOB ELECTRIC EQUIPMENT INC.,    1334 SOUTH MERIDIAN STRET,    INDIANAPOLIS, IN 46225
7148230    BRIAN S AUTOMOTIVE CENTER,    1110 SOUTH GRANDSTAFF DRIVE,    AUBURN, IN 46706
7148231    BRISTAL METAL PRODUCTS, INC,    3000 LEBANON CHURCH ROAD,    WEST MIFFLIN, PA 15122
7148232    BUSINESS IMPRESSIONS,    509 S MAIN ST,    AUBURN, IN 46706
7148233    BUTLER & BUTLER CONSTRUCTION,    1803 GRANDSTAFF DRIVE SOUTH,    AUBURN, IN 46706
7148234    C A PICARD SURFACE ENGINEER,    SURFACE ENGINEERING DIVISION, INC.,    689 SUGAR LANE,
           ELYRIA, OH 44035
7148235    C MILLER & SONS INC,    6707 GABION WAY,    FT WAYNE, IN 46818
7148236    CALAR INC,    1010 C WEST SEVENTH STREET,    AUBURN, IN 46706
7148237    CAMS, INC.,    495 VILLAGE PARK DRIVE,    POWELL, OH 43065
7148238    CAMWAY TRANSPORTATION CORP,    7846 WEST CENTRAL AVENUE,    TOLEDO. OH 43617
7148239    CANTEEN,    2715 AMERICAN WAY,    FORT WAYNE, IN 46809
7148240    CARPENTER BROTHERS INC.,    6120 NORTON CENTER DRIVE,    MUSKEGON, MI 49441
7148241    CARPER FARM SUPPLY INC,    PO BOX 159,    ASHLEY, IN 46705
7148242    CARRIER VIBRATING EQUIPMENT,    P.O. BOX 37070,    LOUISVILLE, KY 40233-7070
7148243    CASCADE PATTERN COMPANY,    5191 TERNES AVENUE,    ELYRIA, OH 44035
7148244    CC METALS AND ALLOYS INC,    UNIVERSITY CORPORATE CENTRE,    300 CORPORATE PARKWAY - 216N,
           AMHERST, NY 14226
7148245    CERTANIUM. ALLOYS & RESEARCH,    6510 NORTHPARK BLVD.,    CHARLOTTE, NC 28216
7148246    CERTIFIED REDUCER REBUILDERS,    32079 MILTON,    MADISON HEIGHTS, MI 48071
7148247    CINCINNATI PLUS,    PARTS DIVISION,    4701 MARBURG AVENUE,    CINCINNATI, OH 45209
7148248    CITIZENS GAS & COKE UTILITIES,    2020 NORTH MERIDIAN STREET,    INDIANAPOLIS, IN 46202
7148249    CITY OF AUBURN,    % REBECCA FULLER,    P.O.BOX 506,    AUBURN, IN 46706
7148250    CLASSIC CITY AUTOMOTIVE INC,    503 MICHIGAN AVENUE,    AUBURN, IN 46706
7148251    CLEAN CONVEYOR SOLUTIONS,    DIVISION OF CVP GROUP, INC.,    P.O. BOX 67,
           WILLOW SPRINGS, IL 60480-0067
7148252    COMPLETE DRIVES INC,    1542 W. AUBURN DRIVE,    AUBURN, IN 46706
7148253    COMPLETE MAINTENANCE & STA,    5405 HURSH ROAD,    FORT WAYNE, IN 46845
7148254    COMTRONIX CORPORATION,    2213 EAST 45TH STREET,    INDIANAPOLIS, IN 46205-2297
```

```
District/off: 0755-1           User: mjc                  Page 2 of 5              Date Rcvd: Feb 09, 2004
Case: 04-10427                 Form ID: b9f               Total Served: 373

7148255     CONSOLIDATED INDUSTRIES,    6228 HOLLY OAK DRIVE,    FORT WAYNE, IN 46818
7148256     COPELCO CAPITAL, INC.,    P.O. BOX 728,    PARK RIDGE, NJ 07656
7148257     COPPER AND BRASS SALES INC.,    530 NORTHFIELD DRIVE,    BROWNSBURG, IN 46112
7148258     CORE TECH INC,    6000 OLD MAUMEE RD,    FT WAYNE, IN 46803
7148259     COTTERMAN COMPANY,    130 SELTZER ROAD,    CROSWELL, MI 48422
7148260     COVERT MANUFACTURING INC.,    328 SOUTH EAST STREET,    GALION, OH 44833
7148261     COVINGTON BOX,    3514 US 6,    WATERLOO, IN 46793
7148262     CROSIBLE INC.,    P.O. BOX 271,    MORAVIA, NY 13118
7148263     CRYSTAL CLEAN,    C O PETROLEUM MANAGEMENT,    7901 WEST MORRIS ST.,    INDIANAPOLIS, IN 46231
7148264     CURRENT INC,    2120 E. WASHINGTON,    FT WAYNE, IN 46803-1329
7148265     CURTIS 1000,    PO BOX 11271,    FT WAYNE, IN 46856
7148266     CUSTOM ENGINEERING & FABRICATION,    2471 CR 64,    AUBURN, IN 46706
7148267     D.A.S. SERVICES, INC.,    2310 WEST 175 NORTH,    ANGOLA, IN 46703
7148268     DAUBER COMPANY INC,    577 NORTH 18TH ROAD,    TONICA, IL 61370
7148269     DAVID B. FINK,    P.O. BOX 72,    AUBURN, IN 46706
7148270     DAVID J. JOSEPH COMPANY,    659 VAN METER STREET, SUITE 530,    CINCINNATI, OH 45202
7148471     DEKALB COUNTY TREASURER,    COURTHOUSE,    AUBURN, IN 46706
7148271     DEKALB COUNTY, INDIANA,    DEKALB COUNTY ASSESSOR, COURT HOUSE,    100 SOUTH MAIN STREET,
              AUBURN, IN 46706
7148272     DEKALB ENGINEERING,    700 E QUINCY STREET,    GARRETT, IN 46738
7148273     DEKALB MEMORIAL HOSPITAL,    PO BOX 542,    AUBURN, IN 46706
7148274     DELL FINANCIAL SERVICES, L.P.,    14050 SUMMIT DRIVE, BLDG. A, SUITE 101,    AUSTIN, TX 78758
7148275     DIAMOND POWER SPECIALTY CO,    2520 EAST MAIN STREET,    LANCASTER, OH 43130-0787
7148276     DICTATING & TIME SYSTEMS,    2212 SOUTH CALHOUN STREET,    FORT WAYNE, IN 46802
7148277     DIETERT FOUNDRY TESTING INC,    9190 ROSE LAWN AVE.,    DETROIT, MI 48204
7148278     DIGITAL COMMUNICATION PROD,    3720 SOUTH CALHOUN STREET,    FT WAYNE, IN 46862-2107
7148279     DIGITAL REPROGRAPHICS, INC.,    105 CHAMBEAU ROAD,    FORT WAYNE, IN 46805
7148280     DISA GOFF, INC.,    I PLEASANT GROVE ROAD,    SEMINOLE, OK 74868
7148281     DISA INDUSTRIES INC.,    80 KENDALL POINT DRIVE,    OSWEQO, IL 60543
7148282     DISA INDUSTRIES, INC.,    80 KENDALL POINT DRIVE,    OSWEGO, IL 60543
7148283     DIVERSIFIED PATTERN & ENG,    100 PROGRESS WAY,    AVILLA, IN 46710-0230
7148284     DOALL SOUTH BEND CO INC,    802 S. BEIGER ST.,    MISHAWAKA, IN 46544
7148285     DON R FRUCHEY INC,    5608 OLD MAUMEE ROAD,    FT WAYNE, IN 46803
7148286     DORSCH TOOL & ENG CO,    3419 GEORGETOWN RD,    INDIANAPOLIS, IN 46224
7148287     DR LUBRICANTS INC,    4611 NEWAYGO ROAD, SUITE D,    FT WAYNE, IN 46825
7148288     DUCA MANUFACTURING INC,    761 MCCLURG ROAD,    BOARDMAN, OH 44512
7148289     DUFFY OFFICE PRODUCTS,    7712 LIMA ROAD,    FORT WAYNE, IN 46818
7148290     DURAFLO EQUIPMENT COMPANY, INC.,    1737 MASSACHUSETTS AVENUE,    INDIANAPOLIS, IN 46201
7148291     E-FILLIATE INC.,    11321 WHITE ROCK RD,    RANCHO CORDOVA, CA 95742
7148292     EAGLE FOUNTAIN WORKS, INC.,    8 WINCHESTER ROAD,    ORMOND BEACH, FL 32174
7148293     EASTERN ENGINEERING SUPPLY,    2810 NORTH WHEELING,    MUNCIE, IN 47303
7148294     ECLECTRIC COMPANY,    18315 RICHEY LANE,    HUNTERTOWN, IN 46748
7148295     EDGLO LABORATORIES INC,    2107 EAST WASHINGTON BLVD,    FT WAYNE, IN 46803
7148296     EDS,    PO BOX 4582,    POSTAL STATION A,    TORONTO, ON M5W 4W4
7148297     EDWARDS MEDICAL,    495 WOODCREEK DRIVE,    BOLINGBROOK, IL 60440
7148298     EIRICH MACHINES INC,    4033 RYAN RD,    GURNEE, IL 60031
7148299     ELEVENTH STREET CAPITAL, LL,    635 WEST ELEVENTH STREET,    AUBURN, IN 46706
7148300     ELKEM METALS INC.,    P 0 BOX 266,    PITTSBURGH, PA 15230-0266
7148301     ELY CRANE & HOIST,    1247 EAST 222ND STREET,    EUCLID, OH 44117
7148302     EMED COMPANY INC.,    P.O. BOX 369,    BUFFALO, NY 14240-0369
7148303     EMERGENCY RADIO SERVICE,    4410 EARTH DRIVE,    FORT WAYNE, IN 46809
7148304     EMPIRE REFRACTORY SALES INC,    3525 METRO DRIVE,    FORT WAYNE, IN 46818
7148305     EMPLOYER S SECURITY INC,    PO BOX 1045,    ELKHART, IN 46515
7148306     ENCO MFG CO,    400 NEVADA PACIFIC HIGHWAY,    FERNLEY, NV 89408
7148307     ENGINEERED TOOLING,    P.O. BOX 48,    ALBION, IN 46701
7148308     ENVIRO CONTROL METALS,    650 CHESTNUT STREET S.W,    GRAND RAPIDS, MI 49503
7148309     EPIC MACHINE,    201 INDUSTRIAL WAY,    FENTON, MI 48430
7148310     ERNST AND YOUNG LLP,    PO BOX 710884,    CINCINNATI, OH 45271-0884
7148311     EWALD ENTERPRISES INC,    PO BOX 80165,    FT WAYNE, IN 46898-0165
7148312     EXECUTONE INFORMATION SYSTEMS,    ATTN LCR DEPARTMENT,    P.O. BOX 52843,    PHOENIX, AZ 85072-2843
7148313     FAIRMOUNT MINERALS,    P 0 BOX 400,    BRIDGEMAN, MI 49106
7148314     FALCON FOUNDRY CO,    PO BOX 301,    LOWELLVILLE, OH 44436-0301
7148315     FARGO WEAR INC,    1801 CANIFF AVENUE,    DETROIT, MI 48212-2917
7148316     FIRE PROTECTION INC,    750 W NORTH ST SUITE C,    AUBURN, IN 46706
7148317     FLEX-PAC, INC.,    7113 SOUTH MAYFLOWER PARK,    ZIONSVILLE. IN 46077
7148318     FMTHUR,    8408 MANOR DRIVE,    FORT WAYNE, IN 46825
7148319     FOSECO INC,    20200 SHELDON ROAD,    BROOK PARK, OH 44142
7148320     FOX CONTRACTORS CORP.,    5430 FERGUSON ROAD,    FORT WAYNE, IN 46809
7148321     FRANK H GILL COMPANY,    2859 BERNICE ROAD,    LANSING, IL 60438
7148322     FRANKLIN CAPITAL FINANCIAL SERVICES, LLC,    112 NORTH GRANT STREET,    NORTH AURORA, IL 60542
7148323     FREEMAN MFG & SUPPLY COMPANY,    27655 GROESBECK HWY,    ROSEVILLE, MI 48066
7148324     FRISKNEY GEAR & MACHINE CORP,    350 NORTH BRIDGE STREET,    CORUNNA, IN 46730
7148325     FT WAYNE ORTHOPAEDICS,    P.O. BOX 2526,    FORT WAYNE, IN 46801
7148326     GENERAL KINEMATICS CORP,    777-T LAKE ZURICH ROAD,    BARRINGTON, IL 60010
7148327     GEORGE E BOOTH COMPANY,    8202 W 10TH ST,    INDIANAPOLIS, IN 46214-2432
7148328     GMAC BUSINESS CREDIT, LLC,    300 GALLERIA OFFICENTRE, STE 110,    SOUTHFIELD, MI 48034
7148329     GOEGLEIN I S,    7311 MAYSVILLE ROAD,    FORT WAYNE, IN 46815-8199
7148330     GOLDEN RULE SANITATION, IN,    9905 KRESS ROAD,    ROANOKE, IN 46783
7148331     GRAINGER INC,    5002 SPEEDWAY DRIVE,    FT WAYNE, IN 46825
7148332     GRAYCRAFT SIGNS PLUS INC,    434 WEST 7TH STREET,    AUBURN, IN 46706
7148333     GREAT LAKES CARBON CORP,    FOUR GREENSPOINT PLAZA,SUITE 2200,    16945 NORTHCHASE DRIVE,
              HOUSTON, TX 77060-2133
7148334     GROHOLSKI MANUFACTURING SO,    PO BOX 15742,    FORT WAYNE, IN 46885
7148335     H E C 0 INC,    3509 S BURDICK ST,    KALAMAZOO, MI 49001
```

```
District/off: 0755-1           User: mjc                    Page 3 of 5                   Date Rcvd: Feb 09, 2004
Case: 04-10427                 Form ID: b9f                 Total Served: 373

7148336     H.A. SMOLEN COMPANY INC.,   PO BOX 9055,   HIGHLAND, IN 46322
7148337     HANEY S GLASS OF AUBURN,   930 WEST 15TH STREET,   AUBURN, IN 46706
7148338     HARBOR METAL, INC,   PO BOX 644,   BENTON HARBOR, MI 49023
7148339     HARTLEY CONTROLS CORP.,   2400 HOLLY ROAD,   NEENAH, WI 54956
7148340     HERAEUS ELECTRO-NITE COMPANY,   INSTRUMENT LAB,   1418 EAST 86TH PLACE,   MERRILLVILLE, IN 46410
7148341     HICKMAN WILLIAMS & COMPANY,   COMMERCE PLAZA,   2015 SPRING ROAD,   OAK BROOK, IL 60521
7148342     HILL AND GRIFFITH CO.,   3637 FARNSWORTH,   INDIANAPOLIS, IN 46241
7148343     HIPSHER TOOL & DIE, INC.,   1593 S. STATE ROAD 115,   WABASH, IN 46992
7148344     HOOK INDUSTRIAL SALES INC.,   2731 BROOKLYN AVE.,   PO BOX 9177,   FORT WAYNE, IN 46899
7148345     HOOSIER TRAILER & TRUCK EQ,   4830 TODD DRIVE,   FORT WAYNE, IN 46803
7148346     HOT CREWS INC,   PO BOX 13094,   FT WAYNE, IN 46803
7148347     HYDRONIC & STEAM EQUIP CO,   8950 BASH STREET,   INDIANAPOLIS, IN 46256
7148473     I.R.S.,   230 S. DEARBORNE, ROOM 2560,   5014 CHI,   CHICAGO, IL 60604
7148348     IBM CREDIT CORPORATION,   I NORTH CASTLE DRIVE,   ARMONK, NY 10504-2575
7148349     IBM CREDIT LLC,   1 NORTH CASTLE DRIVE,   ARMONK, NY 10504-2575
7148472     INDIANA DEPARTMENT OF REVENUE,   100 NORTH SENATE,   ROOM N203,   INDIANAPOLIS, IN  46204-2217
7148350     INDIANA REFRACTORIES INC.,   1624 SIMONS STREET,   FT. WAYNE, IN 46803
7148351     INDUCTOTHERM CORP,   10 INDEL AVE.,   RANCOCAS, NJ 08073
7148352     INDUSTRIAL CERAMIC PRODUCT,   14401 SUNTRA WAY,   MARYSVILLE, OH 43040
7148353     INDUSTRIAL MARKETING INC.,   114 W. TOLEDO STREET,   FREMONT, IN 46737
7148354     INDUSTRIAL SPECIALITIES,   9621 WHITE HILL DRIVE,   FORT WAYNE, IN 46804-5953
7148355     INDUSTRIAL TOOL SERVICE INC.,   612 HAYDEN STREET,   FORT WAYNE, IN 46802
7148356     INDUSTRIAL TUBE & STEEL CO,   P.O. BOX 640137,   CINCINNATI, OH 45264-0137
7148357     INDUSTRON CORPORATION,   2044 VALLEYDALE TERRACE,   BIRMINGHAM, AL 35244
7148358     INGERSOLL-RAND CO,   AIR COMPRESSOR GROUP,   2516-1 INDUSTRIAL PARK DRIVE,   GOSHEN, IN 46526
7148359     INOVIS,   ATTN BILLING,   2425 N. CENTRAL EXPRESSWAY,   RICHARDSON, TX 75080
7148360     INTERLUBE CORPORATION,   4646 BAKER AVENUE,   CINCINNATI, OH 45212-2594
7148361     INTERMEC TECHNOLOGY CORP.,   9290 LESAINT DRIVE,   FAIRFIELD, OH 45014-5454
7148362     INTERNATIONAL QUALITY,   521 CLEVELAND,   LINCOLN PARK, MI 48146
7148363     INTERNATIONAL SURFACE PREP,   1606 EXECUTIVE DR,   LAGRANGE, GA 30241
7148364     IRCON INC,   7300 N. NATCHEZ AVE.,   NILES, IL 60714
7148365     IVY TECH,   3800 NORTH ANTHONY BLVD,   FORT WAYNE, IN 46805
7148551     Internal Revenue Service,   230 South Dearborn, Room 2560,   5014 CHI,   Chicago, IL 60604
7148366     J & K COMMUNICATIONS INC.,   222 S. TOWER VIEW DRIVE,   COLUMBIA CITY, IN 46725
7148367     J & L INDUSTRIAL SUPPLY,   PO BOX 3359,   LIVONIA, MI
7148369     J E BEARING AND MACHINE LTD.,   68 SPRUCE STREET,   TILLSONBURG, ON N4G 4H8
7148368     J-LENCO INC,   664 N HIGH STREET,   LARUE, CH 43332
7148370     JACKSON-HIRSH INC,   700 ANTHONY TRAIL,   NORTHBROOK, IL 60062-2542
7148371     JANET F. BORDEN,   P.O. BOX 770570,   STEAMBOAT SPRINGS, CO 80477
7148372     JET EXPRESS INC.,   4518 WEBSTER STREET,   DAYTON, OH 45414
7148373     JOHN A. FINK,   271 N. MCCLELLAN STREET, #106,   P.O. BOX 757,   AUBURN, IN 46706
7148374     K M H SYSTEMS,   7020 STATE ROUTE 930 EAST,   FT WAYNE, IN 46803
7148375     KALTENBACH, INC.,   6775 INWOOD DRIVE,   COLUMBUS, IN 47202
7148376     KEIBLER THOMPSON CORP,   ROUTE 66 RR #2R,   EXPORT, PA 15632
7148377     KENDALL ELECTRIC INC,   PO BOX 46,   AUBURN, IN 46706-0046
7148381     KERAMIDA ENVIRONMENTAL INC,   330 N COLLEGE AVE,   INDIANAPOLIS, IN 46202
7148382     KEY EQUIPMENT FINANCE,   66 SOUTH PEARL STREET,   ALBANY, NY 12207
7148383     KMH SYSTEMS, INC.,   7020 SR 930 EAST,   FORT WAYNE, IN 46803
7148384     KONE INC,   433 FERNHILL AVE,   FORT WAYNE, IN 46805-1039
7148385     KORTE BROS INC,   620 W COOK RD,   FT WAYNE, IN 46825-3324
7148386     KORTE PAPER CO.,   1819 SOUTH CALHOUN,   FORT WAYNE, IN 46857
7148387     KROGER FOOD STORES,   1001 WEST SEVENTH STREET,   AUBURN, IN 46706
7148388     KUSTOM MACHINING INC.,   P.O. BOX 39,   LEO, IN 46765
7148389     L & D INDUSTRIES,   201 SOUTH FULTON,   AUBURN, IN 46706
7148390     LAB SAFETY SUPPLY INC.,   PO BOX 1368,   JANESVILLE, WI 53547-1368
7148391     LBH CHEMICAL & INDUSTRIAL,   PO BOX 8460,   FT WAYNE, IN 46808-8460
7148392     LDM, LOADING DOCK MAINTENANCE,   14819 MILL ROAD,   FORT WAYNE, IN 46816
7148393     LECO CORPORATION,   3000 LAKEVIEW AVENUE,   ST. JOSEPH, MI 49085-2396
7148394     LMI TECHNOLOGIES (USA), INC,   21455 SUITE 22 MELROSE AVE,   SOUTHFIELD, MI 48075
7148395     LOUGHEED & ASSOCIATES, INC.,   1017 S. HADLEY ROAD,   FORT WAYNE, IN 46804
7148396     LOUIS PADNOS IRON & METAL CO.,   P.O. BOX 1979,   HOLLAND, MI 49422-1979
7148397     LYMAN STEEL CO.,   P.O. BOX 28340,   CLEVELAND, OH 44128
7148398     MACALLISTER MACHINERY CO INC,   2418 COLISEUM BLVD W,   FORT WAYNE, IN 46808-3648
7148399     MACDONALD MACHINERY CO INC.,   3911 LIMESTONE DRIVE,   FORT WAYNE, IN 46809
7148400     MAGMA FOUNDRY TECHNOLOGIES,   2340 SOUTH ARLINGTON HEIGHTS ROAD,   ARLINGTON HEIG, IL 60005
7148401     MAGNECO METREL INC,   PO BOX 176,   NEGLEY, OH 44441
7148402     MAIL-WELL ENVELOPE,   4500 TIEDMAN ROAD,   CLEVELAND, OH 44144
7148403     MARJO PLASTICS,   1081 CHERRY STREET,   PLYMOUTH, MI 48170
7148404     MARLIN LEASING CORP.,   124 GAITHER DRIVE SUITE 170,   MOUNT LAUREL, NJ 08054
7148405     MARLIN LEASING CORP.,   PO BOX 13604,   PHILADELPHIA, PA 19101-3604
7148406     MARPOSS CORPORATION,   3300 CROSS CREEK PARKWAY,   AUBURN HILLS, MI 48326
7148407     MARTIN GRAPHICS,   P.O. BOX 525,   AUBURN, IN 46706
7148474     MASTER GAGE & TOOL CO.,   112 MAPLEWOOD STREET,   DANVILLE, VA 24540
7148475     MATERIALS HANDLING EQUIP C,   7433 US 30 EAST,   FT WAYNE, IN 46803
7148476     MCLEAN MIDWEST CORPORATION,   11611 BUSINESS PARK BLVD. N.,   CHAMPLIN, MN 55316
7148477     MCMAHON TIRE,   1712 SOUTH WAYNE STREET,   AUBURN, IN 46706
7148478     MCMASTER CARR SUPPLY COMPANY,   200 AURORA INDUSTRIAL PKWY,   AURORA, OH 44202
7148479     MCNICHOLS COMPANY,   1951 LIVELY BLVD.,   ELK GROVE VILLAGE, IL 60007
7148480     MELLON CONSULTANTS,   TWO PENNSYLVANIA PLAZA,   NEW YORK, NY 10121
7148481     MET-PAK SPECIALITIES, INC.,   2701 S. COLISEUM BLVD., SUITE 117,   FORT WAYNE, IN 46803
7148482     METALTEC STEEL ABRASIVE CO,   41155 JOY ROAD,   CANTON, MI 48187
7148483     MEYER INDUSTRIAL SERVICE,   616 W MAPLEWOOD DRIVE,   OSSIAN, IN 46777
7148484     MICHAEL BARSTOW,   CONSULTANT METALLURGIST,   1152 SOUTHVALE ROAD,   PITTSBURGH, PA 15237-4241
7148485     MICHIANA DOOR,   PO BOX 45,   STROH, IN 46789-0045
```

```
District/off: 0755-1           User: mjc                   Page 4 of 5                  Date Rcvd: Feb 09, 2004
Case: 04-10427                 Form ID: b9f                Total Served: 373

7148486     MID-STATE CHEMICAL & SUPPLY CO.,    2100 GREENBRIER LANE,    INDIANAPOLIS, IN 46218
7148487     MIDWEST AIR FILTER, INC.,    3630 N. WELLS STREET,    FORT WAYNE, IN 46808
7148488     MIDWEST INSTRUMENT CO INC,    541 INDUSTRIAL DR,    HARTLAND, WI 53029-0080
7148489     MIDWEST PIPE & STEEL INC,    PO BOX 11558,    FORT WAYNE, IN 46859
7148490     MILLER AND COMPANY,    6400 SHAFER COURT, SUITE 500,    ROSEMONT, IL 60018
7148491     MODERN EQUIPMENT COMPANY,    336 SOUTH SPRING STREET,    PORT WASHINGTON, WI 53074
7148492     MONITOR TECHNOLOGIES LLC,    DRAWER AL-44W320,    ELBURN, IL 60119
7148493     MOTION INDUSTRIES INC,    3333 EAST WASHINGTON BLVD,    FT WAYNE, IN 46862-2149
7148494     MP STEEL INDIANA, LLC,    PO BOX 876,    KENDALLVILLE, IN 46755
7148495     MPB INDUSTRIES,    505 EAST 31ST STREET,    ANDERSON, IN 46016
7148496     MSC INDUSTRIAL SUPPLY CO,    P.O. BOX 9072,    MELVILLE, NY 11747
7148497     MSS SOFTWARE,    5 GREAT VALLEN PARKWAY,    MALVERN, PA 19355
7148498     NADAPRO INC,    5020 NOB ROAD,    FT WAYNE, IN 46825
7148408     NATIONAL CITY LEASING CORP.,    101 SOUTH FIFTH STREET,    LOUISVILLE, KY 40202
7148409     NATIONAL MATERIAL TRADING,    1965 PRATT BLVD,    ELK GROVE VILLAGE, IL 60007
7148410     NEFF ENGINEERING CO INC,    7114 INNOVATION BLVD,    FT WAYNE, IN 46898
7148411     NES RENTALS,    8855 BYRON COMMERCE,    BYRON CENTER, MI 49315
7148412     NEWARK INONE,    4410 EXECUTIVE BLVD, SUITE A,    FT WAYNE, IN 46808
7148413     NMHG FINANCIAL SERVICES INC,    7020 HWY 30 EAST,    FORT WAYNE, IN 46803
7148414     NMHG FINANCIAL SERVICES INC.,    44 OLD RIDGEBURY ROAD,    DANBURY, CT 06810
7148415     NORTHSTAR IMAGING, INC.,    953 WESTGATE DRIVE,    ST. PAUL, MN 55114
7148417     OFC CAPITAL,    DEPT GA00010,    PO BOX 530101,    ATLANTA, GA 30353-0101
7148418     OLD FORT SUPPLY CO., INC.,    OLD FORT WAY AT 2000 WAYNE TRACE,    FORT WAYNE, IN 46803
7148419     OMEGA ENGINEERING INC.,    ONE OMEGA DRIVE,    P.O. BOX 4047,    STAMFORD, CT 06907-0047
7148420     OMNISOURCE CORP-TUSCO,    2453 HILL AVENUE,    TOLEDO, OH 43607
7148421     OSSOLA INDUSTRIALS INC.,    1740 W. SEVENTH STREET,    GRANITE CITY, IL 62040
7148422     PAASO GENERAL EQUIPMENT,    PO BOX 868,    BRIGHTON, MI 48116
7148423     PANGBORN COMPANY,    580 PANGBORN BLVD.,    HAGERSTOWN, MD 21742-0380
7148424     PARKER GLOVE & SUPPLY, INC,    EAST 4TH STREET,    AVILLA, IN 46710
7148425     PEERLESS METALS POWDERS & ABRASIVES,    P.O. BOX 09254,    DETROIT, MI 48209
7148426     PERFECTION SERVO HYDRAULIC,    1010 WEST REPUBLIC DRIVE,    ADDISON, IL 60101
7148427     PERKINS SEPTIC AND DRAIN SERVICE,    0375 CR 11,    HUDSON, IN 46747
7148428     PFLAUMER BROTHERS INC,    398 CLARKSVILLE ROAD,    PRINCETON JCT., NJ 08550
7148429     PHC INDUSTRIES INC.,    3115 PITTSBURG STREET,    FORT WAYNE, IN 46825
7148430     POWERED EQUIPMENT AND REPAIR,    600 VOORHEES,    PO BOX 147,    TERRE HAUTE, IN 47808-0147
7148431     PRANGER ENTERPRISES INC,    PO BOX 366,    ASHLEY, IN 46705
7148432     PRECISION CALIBRATION COMPANY,    7656 MILLINER COURT,    PLAINFIELD, IN 46168
7148499     PRECISION STEEL SERVICES,    4334 EARTH DRIVE,    FT. WAYNE, IN 46809
7148500     PROJECT MANAGEMENT SERVICES,    P.O. BOX 398,    MCDONALD, OH 44437-0398
7148501     PROXTRONICS DOSIMETRY LLC,    7200 FULLERTON ROAD,    SPRINGFIELD, VA 22150
7148502     PWC FABRICATION,    2121 WAYNE HAVEN AVENUE,    FORT WAYNE, IN 46803
7148503     QHG OF FT WAYNE, INC REDIM,    315 EAST COOK ROAD,    FORT WAYNE, IN 46825
7148504     QMS-CUSTOMER SERVICE,    300 GALLERIA OFFICENTER, S,    SOUTHFIELD, MI 48034
7148505     QUALITY CALIBRATION SERVICE,    10205 WEST GREENFIELD AVENUE,    WEST ALLIS, WI 53214
7148506     R I LAMPUS CO,    816 RAILROAD ST,    SPRINGDALE, PA 15144
7148507     RA MUELLER INC.,    11270 CORNELL PARK DRIVE,    CINCINNATI, OH 45242
7148508     RADIO SHACK,    1025 W 7TH ST,    AUBURN, IN 46706
7148509     REDIMED DEKALB, LLC,    AMIC,    500 S. GRANDSTAFF SUITE G,    AUBURN, IN 46706
7148510     REFCO INC,    PO BOX 12867,    PITTSBURAH, PA 15241
7148511     REILLEY TRUCKING,    7431 BENT WILLOW DRIVE,    FORT WAYNE, IN 46815
7148512     RELIABLE CORPORATION,    1001 WEST VAN BUREN STREET,    CHICAGO, IL 60607
7148513     RENCO MACHINE CO INC,    1421 EASTMAN AVE,    GREEN BAY, WI 54302
7148514     RENO REFRACTORIES, INC.,    PO BOX 201,    MORRIS, AL 35116
7148515     RICHARD SQUIER PALLETS INC,    3992 CR24,    WATERLOO, IN 46793
7148516     RUDD EQUIPMENT COMPANY,    P.O. BOX 32427,    LOUISVILLE, KY 40232
7148517     RUMFORD INDUSTRIAL GROUP INC.,    PO BOX 752288,    DAYTON, OH 45475
7148518     RYTEC CORPORATION,    PO BOX 403,    JACKSON, WI 53037
7148520     S & S TIRE CO INC.,    1100 WEST 7TH STREET,    AUBURN, IN 46706
7148519     S &SOILCO INC,    821 LAKESHORE AVENUE,    AUBURN, IN 46706
7148521     S D MYERS,    180 SOUTH AVENUE,    TALLMADGE, OH 44278
7148522     SAFETY - KLEEN CORP,    PO BOX 12349,    COLUMBIA, SC 29211-2349
7148523     SCHENKEL & SONS INC,    1120 ST MARY S AVENUE,    FT WAYNE, IN 46808
7148524     SCHUST ENGINEERING INC.,    701 NORTH STREET,    AUBURN, IN 46706
7148433     SCIOTO VALLEY PACKAGING, LLC,    5151 REED ROAD NE, SUITE 210A,    COLUMBUS, OH 43220
7148434     SCOTT INDUSTRIAL SYSTEMS INC,    521 N AIRPORT OFFICE PARK,    FT WAYNE, IN 46825
7148435     SECURITY LOCKNUT INC,    9650 WEST FOSTER AVENUE,    CHICAGO, IL 60656
7148436     SENTINEL FLUID CONTROLS,    7114 INNOVATION BOULEVARD,    FORT WAYNE, IN 46818
7148437     SES LLC TECHNICAL GROUP,    PO BOX 8413,    FORT WAYNE, IN 46898
7148438     SHAMBAUGH & SONS INC,    P0 BOX 1287,    FT WAYNE, IN 46801
7148439     SHELLS INC.,    502 OLD U.S. HWY 30 EAST,    BOURBON, IN 46504
7148440     SHERRY LABORATORIES,    2203 SOUTH MADISON,    MUNCIE, IN 47307
7148441     SIMPLICITY ENGINEERING IN,    212 S. OAK,    DURAND, MI 48429-0257
7148442     SPECTRO ANALYTICAL INSTRUMENTS, INC.,    160 AUTHORITY DRIVE,    FITCHBURG, MA 01420
7148443     SPECTRUM ENGINEERING CORP,    17420 TONKEL ROAD,    LEO, IN 46765-9779
7148444     SPRAYING SYSTEMS COMPANY,    C O HARRIMAN AVE,    P.O. BOX 348,    AUBURN, IN 46706
7148445     SPRINKLING CAN,    233 SOUTH MAIN STREET-,    AUBURN, IN 46706
7148446     STACLEAN DIFFUSER COMPANY,    PO BOX 1147,    SALISBURY, NC 28144
7148447     STAG IRON AND METAL CORP,    7820 WEST 60TH PLACE,    SUMMIT, IL 60501
7148448     STATES ENGINEERING CORP,    10216 AIRPORT DRIVE,    FORT WAYNE, IN 46819
7148449     STERICYCLE INC,    1301 E ALEXIS ROAD,    TOLEDO, OH 43612
7148450     STRUERS INC,    24766 DETROIT ROAD,    WESTLAKE, OH 44145
7148451     STURGIS IRON & METAL,    70675 CENTERVILLE ROAD,    STURGIS, MI 49091-0579
7148452     SUPERIOR BUSINESS SOLUTION,    PO BOX 8040,    FT WAYNE, IN 46898-8040
7148453     SYSTEM CLEAN INC.,    50602 NORTH MICHIGAN ROAD,    SOUTH BEND, IN 46637-1532
```

```
District/off: 0755-1          User: mjc              Page 5 of 5             Date Rcvd: Feb 09, 2004
Case: 04-10427                Form ID: b9f           Total Served: 373

 7148550     Secretary of Treasury,    15th & Pennsylvania Avenue,    Washington DC 20220
 7148548     Securities & Exchange Commission,    Bankruptcy Section,    175 W. Jackson Blvd., Suite 900,
              Chicago IL 60604
 7148454     T & L SHARPENING INC,    2663 S FREEMAN ROAD,    MONTICELLO, IN 47960
 7148455     T & M EQUIPMENT CO INC,    2880 EAST 83RD PLACE,    MERRILLVILLE, IN 46410
 7148456     T.T.G. PATTERN,    5443 KEYSTONE DRIVE,    FORT WAYNE, IN 46825
 7148457     TAYLOR RENTAL AUBURN,    2224 STATE ROAD 8 WEST,    AUBURN, IN 46706
 7148458     TEC-HACKETT, INC.,    P.O. BOX 8830,    FORT WAYNE, IN 46898-8830
 7148525     TELEMOTIVE INDUSTRIAL CONTROLS,    175 WALL STREET,    GLENDALE HEIGHTS, IL 60139-1985
 7148526     THOMAS E. KELLER TRUCKING INC.,    1160 CARPENTER ROAD,    DEFIANCE, OH 43512
 7148527     TIME INDUSTRIAL INC,    6422 LIMA ROAD,    FORT WAYNE, IN 46818
 7148528     TIMOTHY S. BORDEN,    P.O. BOX 770570,    STEAMBOAT SPRINGS, CO 80477
 7148529     TOOLING & EQUIPMENT INTERNATIONAL,    12550 TECH CENTER DRIVE,    LIVONIA. MI 48150-2193
 7148530     TPC WIRE & CABLE,    7061 EAST PLEASANT VALLEY ROAD,    INDEPENDENCE, OH 44131
 7148531     TRANE COMPANY,    ROHAN TRANE SERVICE AGENCY, INC.,    6602 INNOVATION BLVD.,
              FORT WAYNE, IN 46818-1389
 7148532     TRI STATE COMPRESSED AIR SYSTEMS, IN,    1608 EISHENHOWER DRIVE SOUTH,    GOSHEN, IN 46526-5360
 7148533     TRI-STATE INSTRUMENT SERVICE,    3024 WAYNE TRACE,    P.O. BOX 6068,    FORT WAYNE, IN 46896
 7148534     TROJAN HEAT TREAT,    809 S. BYRON ST,    HOMER, MI 49245
 7148549     U.S. Attorney Office,    3128 Federal Building,    1300 South Harrison Street,    Fort Wayne IN 46802
 7148535     UNIMIN CORPORATION,    809 MYERS ROAD,    ARCHBOLD, OH 43502
 7148536     UNITED PARCEL SERVICE,    P.O. BOX 505820,    THE LAKES, NV 88905-5820
 7148537     US CARGO MANAGEMENT INC.,    PHILADELPHIA INTERNATIONAL AIRPORT,    P.O. BOX 277,
              ESSINGTON, PA 19029
 7148538     US INSPECTION SERVICES,    705 ALBANY STREET,    DAYTON, OH 45408
 7148539     US PATTERN COMPANY INC,    P0 BOX 220,    RICHMOND, MI 48062
 7148540     VAN DYNE CROTTY, INC.,    3115 INDEPENDENCE DRIVE,    FORT WAYNE, IN 46808
 7148541     VESUVIUS USA CORP.,    661 WILLET ROAD,    BUFFALO, NY 14218
 7148542     VIBES TECHNOLOGIES INC.,    7125 NORTHLAND TERRACE NORTH, SUITE 400,    BROOKLYN PARK, MN 55428
 7148543     VWR INTERNATIONAL, INC.,    PO BOX 66929, O HARE AMF,    CHICAGO, IL 60666
 7148544     WALMAN OPTICAL CO,    PO BOX 9440,    MINNEAPOLIS, MN 55440
 7148545     WARSAW ENGINEERING & FABRICATING,    2780 E. DURBIN STREET,    WARSAW, IN 46581-1043
 7148546     WATER SCIENCES,    PO BOX 15489,    FT WAYNE, IN 46885
 7148547     WAYNE FASTENERS INC,    2725 INDEPENDENCE DRIVE,    FT WAYNE, IN 46808
 7148459     WAYNE PIPE & SUPPLY INC,    1815 SOUTH ANTHONY BLVD,    FT WAYNE, IN 46803
 7148460     WELDER SERVICES INC,    1725 EDSALL AVENUE,    FT WAYNE, IN 46896
 7148461     WESTPORT HARDNESS & GAGING,    510 MONTAUK HWY,    WEST ISLIP, NY 11795
 7148462     WEYERHAEUSER CO.,    2626 CR 71,    BUTLER, IN 46721
 7148463     WHEELABRATOR ABRASIVES INC,    1 ABRASIVE AVE,    BEDFORD, VA 24523
 7148464     WHEELABRATOR CANADA INC.,    401 WHEELABRATOR WAY,    MILTON, ONTARIO,    L9T487
 7148465     WIESE PLANNING & ENG., INC.,    2725 INDEPENDENCE DRIVE,    FORT WAYNE, IN 46808
 7148466     WILLIAM C WEBER & ASSOC IN,    CONSTITUTION HILL OFFICE PARK,    6201 CONSTITUTION DRIVE,
              FT WAYNE, IN 46804
 7148467     WILLIAM E. FINK,    P.O. BOX 826,    AUBURN, IN 46706
 7148468     WISE INTERNATIONAL IDEAL LEAS,    2807 GOSHEN ROAD,    FORT WAYNE, IN 46808
 7148469     XRI TESTING,    8327 RELIABLE PARKWAY,    CHICAGO, IL 60686-0083
 7148470     XRI TESTING - TROY,    MOBILEX, LLC,    1961 THUNDERBIRD,    TROY, MI 48084
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 7148378     KENDALLVILLE IRON & METAL INC,    243 E. LISBON ROAD
 7148380     KENDALLVILLE, IN 46755
 7148379     PO BOX 69
                                                                                                 TOTALS: 3, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2004**          **Signature:** *Joseph Speetjens*