UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor(s) | ) | |

O R D E R

At Fort Wayne, Indiana, on February 9, 2004.

On the 8 day of February , 2004, a Voluntary Petition was electronically filed on behalf of Auburn Foundry, Inc.. This document does not indicate that it has been signed by counsel as required by paragraph 11(a) of the court's order authorizing electronic case filing.

Counsel shall, within eight (8) days of this date, file an amended document that properly indicates counsel's signature. The failure to do so will result in the current filing being stricken without further notice, and the court will take no action with regard thereto or as a result thereof, and any time limited associated therewith shall not begin to run, until this order has been complied with.

SO ORDERED.

/s/ ROBERT E. GRANT
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1            User: mjc               Page 1 of 1                 Date Rcvd: Feb 09, 2004
Case: 04-10427                  Form ID: pdf004         Total Served: 1

The following entities were served by first class mail on Feb 11, 2004.
db          Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2004**          **Signature:**    _Joseph Speetjens_