UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| AUBURN FOUNDRY, INC. | ) | CASE NO. 04-10427 |
| | ) | |
| Debtor(s) | ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
UNSECURED CREDITORS' COMMITTEE**

The United States Trustee (UST), Nancy J. Gargula, by counsel, Ellen L. Triebold, pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1102, hereby files this Appointment and Notice of Appointment of Unsecured Creditors' Committee:

Jack Randinelli - Acting Chairman
Auburn City Utilities
210 East 9th Street
P.O. Box 506
Auburn, IN 46706
Tel: (260) 925-1899
Fax: (260) 925-8265

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203
Tel: (317) 264-8803
Fax: (317) 264-8803

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557
Tel: (815) 433-2449, ext. 325
Fax: (815) 433-9501

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543
Tel: (630) 820-3000
Fax: (630) 820-9672

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street
Auburn, IN 46706
Tel: (260) 925-8040
Fax: (260) 925-8044

THE OFFICE OF THE UNITED STATES TRUSTEE RESERVES THE RIGHT TO ALTER THE SIZE AND STRUCTURE OF THE COMMITTEE TO INSURE FAIR AND ADEQUATE REPRESENTATION OF THE DIFFERENT KINDS OF CREDITORS OR INTERESTS SERVED BY THE COMMITTEE, AS THE CIRCUMSTANCES OF THE CASE MAY REQUIRE.

          Respectfully submitted,

          NANCY J. GARGULA
          UNITED STATES TRUSTEE

By:  /s/ Ellen L. Triebold
      Trial Attorney
      Ind. Bar No. 22627-71
      WI Bar # 1020155

Office of the U.S. Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601
(574) 236-8105, ext. 118
Ellen.L.Triebold@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served by the Bankruptcy Clerk's ECF Email System or by First Class United States Mail upon the following, on **February 12, 2004**.

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, suite 800
Fort Wayne, IN 46802-2603

Grant Shipley
230 West Main Street
Fort Wayne, IN 46802

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, IN 46204-5198

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Jack Randinelli
Auburn City Utilities
210 East 9th Street
P.O. Box 506
Auburn, IN 46706

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street
Auburn, IN 46706

By: /s/ Ellen L. Triebold