**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

------------------------------------------------------- x

IN THE MATTER OF

AUBURN FOUNDRY, INC.

       Debtor.

CASE NO. 04-10427

CHAPTER 11

------------------------------------------------------- x

## MOTION FOR THE ADMISSION OF COUNSEL PRO HAC VICE

Grant F. Shipley, an attorney and a member of the bar of the United States District Court for the Northern District of Indiana, moves for the admission pro hac vice of Josef S. Athanas and Caroline A. Reckler, (collectively, the "Admittees") to act as co-counsel for and on behalf of Bank of America, N.A., a secured creditor in the above-captioned case.

An Affidavit for each Admittee accompanies this motion.

Wherefore, Grant F. Shipley prays that Josef S. Athanas and Caroline A. Reckler be admitted to practice pro hac vice pursuant to local Bankruptcy Rule B-9010-1, as co-counsel for Bank of America, N.A., a secured creditor in the above-captioned case.

SHIPLEY & ASSOCIATES

/s/    Grant F. Shipley
Grant F. Shipley (126-02)
233 West Baker Street
Fort Wayne, IN 46802-3413
Phone (219) 422-2700
Fax (219) 424-2960
ATTORNEYS FOR BANK OF AMERICA, N.A.

CH\665932.1