IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

------------------------------------------------------- x

IN THE MATTER OF

AUBURN FOUNDRY, INC.

Debtor.

------------------------------------------------------- x

CASE NO. 04-10427

CHAPTER 11

## AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR THE ADMISSION OF COUNSEL PRO HAC VICE

Comes now Caroline A. Reckler, and being first duly sworn upon his/her oath, deposes and says:

1. I am Caroline A. Reckler, and I am an attorney duly admitted to practice law in the State of Illinois, as attorney No. 6275746. I am an associate with the firm of Latham & Watkins LLP practicing law at 233 S. Wacker Dr., Ste. 5800, Chicago, IL 60606. My firm and I have represented Bank of America, N.A. in various matters, including certain negotiations with the Debtor and Debtor-in-Possession in the above-captioned case.

2. I am a member in good standing of the Bar of the State of Illinois and I am admitted to practice in the United States District Court for the Northern District of Illinois.

3. My license to practice law is not under suspension, nor is there presently pending any proceeding against me which might result in the loss of my license to practice law.

4. I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit and the local rules of the United States District Court for the Northern District of

CH\665929.1

Indiana as well as the United States Bankruptcy Court for the Northern District of Indiana, and I shall abide by them in all cases in this court.

 I swear or affirm under the penalties for perjury that the above and foregoing statements are true.

FURTHER AFFIANT SAYETH NOT.

*/s/ [signature]*

STATE OF ILLINOIS  )
          ) SS:
COUNTY OF COOK   )

 SUBSCRIBED AND SWORN to before me, a Notary Public, in and for said county and state, this 12 day of February, 2004.

*/s/ Krystyna M. Olszewska*
Notary Public

I am a resident of Will County, Illinois
My commission expires: 6/6/2004

"OFFICIAL SEAL"
KRYSTYNA M. OLSZEWSKA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/6/2004

CH\665929.1