## Certificate of Service

I certify that on the 12th day of February, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

| | |
|---|---|
| Office of US Trustee | Mark Werling |
| Ellen Triebold | Marlene Reich |
| John R. Burns | Nancy Gargula |

And by depositing same in the United States Mail in envelopes properly addressed and with sufficient first class postage affixed to:

Omnisource Corp - Tusco
2453 Hill Avenue
Toledo, OH 43607

DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Auburn City Utilities
P.O. Box 506
Auburn, IN 46706

Miller and Company
6400 Shafer Court, Ste. 500
Rosemont, IL 60018

GMAC Business Credit, LLC
300 Galleria Officentre, Ste. 110
Southfield, MI 48034

RI Lampus Co.
816 Railroad St.
Springdale, PA 15144

A.F. Europe, Inc.
635 W. Eleventh St.
Auburn, IN 46706

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

DeKalb County, Indiana
DeKalb County Assessor, Courthouse
100 South Main St.
Auburn, IN 46706

Fairmount Minerals
P.O. Box 400
Bridgeman, MI 49106

Citizens Gas & Coke Utilities
2020 N. Meridian St.
Indianapolis, IN 46202

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Dauber Company, Inc.
577 N. 18th Rd.
Tonica, IL 61370

Ashland Chemical Company
P.O. Box 395
Columbus, OH 43216-0395

UNIMIN Corporation
809 Myers Road
Archbold, OH 43502

Complete Drives Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Fire Protection Company  
750 W. North St., Ste. C  
Auburn, IN 46706  

Motion Industries, Inc.  
3333 E. Washington Blvd.  
Fort Wayne, IN 46862-2149  

Inductotherm Corp  
10 Indel Ave.  
Rancocas, NJ 08073  

                                           */s/ Grant F. Shipley*  
                                           Grant F. Shipley