UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

### MOTION FOR LEAVE TO GIVE NOTICE AND TO SET HEARING

Comes now Bank of America, National Association, a creditor and party in interest, by counsel, pursuant to Local Bankruptcy Rule B-2002-2(e) and moves to authorize Bank of America, National Association to give expedited notice to parties in interest, and to set a prompt hearing on the emergency motion of Bank of America, National Association for appointment of a Chapter 11 Trustee or, in the alternative, for conversion of Chapter 7.  Title 11 U.S.C. §1104(a) authorizes a party in interest to request the appointment of a Trustee "after notice and a hearing,", bankruptcy rule 2007.1(a) indicates that such a motion is made in accordance with Rule 9014, and is therefore a contested matter, and under said Rule "reasonable notice and opportunity for hearing shall be afforded the party against whom relief is sought."  Local Bankruptcy Rule B-2002-2-1 does not identify a motion for appointment of a Trustee in Chapter 11 as being a motion specifically subject to its provisions.  There is some ambiguity in treating such a motion  as simply a contested matter between the debtor-in-possession and the movant (compare Rules 2007.1 and 9014(a), and 11 U.S.C. §1104(a) and 11 U.S.C. §102(1) which leaves to the Court the determination of what "notice. . . is appropriate in the particular circumstances, and such opportunity for a hearing as is appropriate in the particular circumstances.").

Pursuant to Bankruptcy Rule 9007, this court retains general authority to regulate notices and the setting the time for responses to such notices and motions.  Bank of America, National

Association respectfully requests that the Court exercise its power to regulate such notices and to set a time for response to the emergency motion of Bank of America, National Association for appointment of a Chapter 11 Trustee or, alternatively, for conversion of the case. Conversion of a case under 11 U.S.C. §1112(b) is likewise subject to the requirement that the request be entertained only "after notice and a hearing." The alternative relief requested by Bank of America, National Association should be subject to the same notification and response requirements as the request for appointment of Chapter 11 Trustee. There is presently a hearing set for February 27, 2004 which could be used as the time to receive evidence on the emergency motion for appointment of a trustee, as well.

WHEREFORE, Bank of America, National Association prays that the Court authorize notice and establish a bar date for response to the request for the motion for appointment of a Chapter 11 Trustee or, alternatively, to convert the case to a case under Chapter 7, designating the parties in interest entitled to notice thereof, and designating a time for responses thereto.

Respectfully submitted,

_/s/ Grant F. Shipley_
Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413
Phone: (260) 422-2700
Counsel for Bank of America, N.A.