UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    04-10427 |
| | ) | CHAPTER    11 |
| AUBURN FOUNDRY INC. | ) | REG/tp |
| | ) | |
| Debtor(s) | | |

## **ORDER**

At Fort Wayne, Indiana, on February 10, 2004.

A hearing with regard to issues raised by Debtor's motion for authority to pay pre-petition wages was held in Fort Wayne, Indiana, on February 9, 2004 with John Burns and Mark Werling, counsel for debtor, Jerald Ancel and Marlene Reich, counsel for AFI Lending Group, Grant Shipley, Josef Athanas and Caroline Reckler, counsel for Bank of America, present in person and Ellen Triebold, counsel for the United States Trustee, present telephonically.

For the reasons stated in open court, the motion is GRANTED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: mjc              Page 1 of 1              Date Rcvd: Feb 10, 2004
Case: 04-10427                 Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Feb 12, 2004.
db          Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN   46706

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2004**          **Signature:** *Joseph Speetjens*