IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          )
                                           )        Case No. 04-10427
AUBURN FOUNDRY, INC.                       )        Chapter 11
                                           )
                  Debtor.                  )


## CERTIFICATE OF SERVICE

I certify that a copy of the

**Interim Order (I) Authorizing Debtor to Obtain Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363. and 364 and (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c)**, entered on February 10, 2004,

and a copy of the

**Agreed Interim Order (I) Authorizing Interim Use of Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Providing Adequate Protection Regarding Use of Cash Collateral; and (III) Scheduling Preliminary and Final Hearing Pursuant to Bankruptcy Rule 4001(b)**, entered on February 10, 2004,

was, except as modified below, sent by facsimile on February 10, 2004 to the following counsel or parties. OmniSource Corp. received its fax on February 11, 2004. XRI Testing received both fax and personal service on February 12, 2004. Senior Lenders' and DIP Financing' counsel received service by electronic mail on February 11, 2004. Each party or counsel below was also served with copies of the Orders via overnight delivery, postage prepaid, on February 12, 2004, 15 days in advance of the final hearings on February 27, 2004.

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Auburn City Utilities
P.O. Box 506
Auburn, IN 46706

GMAC Business Credit, LLC
300 Galleria Officentre, Suite 110
Southfield, MI 48034

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

FWIMAN1 323630v1

UNIMIN Corporation
809 Myers Road
Archbold, OH 43502

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, IN 46802

DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Fairmount Minerals
P.O. Box 400
Bridgeman, MI 49106

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, IN 46204-5198


/s/ Mark A. Werling