# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on March 8, 2004 at 3:30 p.m. to consider and act upon the following:

**Motion for appointment of chapter 11 trustee or convert to chapter 7 filed by Bank of America on February 12, 2004**

   A copy of this request is available for your inspection at the Office of the Clerk, United States Bankruptcy Court, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana.

   Pursuant to Northern District of Indiana Local Bankruptcy Rule B−9014−1(b), any party desiring to oppose the relief requested must file and serve a written objection no later than seven (7) days prior to the hearing.

   No sworn testimony will be taken by the court at this hearing. Therefore, the parties will not need to bring witnesses. Counsel, however, will be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.

   Dated at Fort Wayne , Indiana on February 13, 2004 .


                                        Christopher M. DeToro
                                        _____
                                        Clerk, United States Bankruptcy Court
                                         Federal Building, Room 1188
                                         1300 South Harrison Street
                                         Fort Wayne, Indiana 46802


Document No. 56 – 47