UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **AUBURN FOUNDRY, INC.** | ) | **Case No. 04-10427-REG** |
| | ) | |
| **Debtor.** | ) | |

## APPLICATION TO INTERVENE GENERALLY

The Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 (collectively "Union"), by counsel, move for leave to intervene generally in this action, to receive copies of all notices, the service of all documents required to be served and to be placed upon the Clerk's official distribution list. The Union requests that all such pleadings, documents and notices be mailed to Richard J. Swanson, the Union's attorney of record, and be addressed as follows:

>   Richard J. Swanson
>   Macey Swanson and Allman
>   445 N. Pennsylvania Street
>   Suite 401
>   Indianapolis, IN 46204-1800
>   (317)637-2345

In support of this request, the Union states:

1. the Union is a major creditor herein and will be affected by various matters that have arisen and possibly will arise in this case; and

2. the Union needs to be advised of the proceedings in this case in order to protect its interests and the interests of its members.

WHEREFORE, the Union requests that the Court enter an order:

(1)   granting the Union leave to intervene generally in this case;

(2)   designating Richard J. Swanson, counsel for the Union, to receive all notices and service of all pleadings and other documents required to be served in this case; and

(3)   placing the Union on the Clerk's official distribution list.

Respectfully submitted,

MACEY SWANSON AND ALLMAN

Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345

2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been duly served upon the following counsel of record by United States first class mail, postage prepaid this 13th day of February, 2004:

John R. Burns
111 East Wayne Street
Fort Wayne, IN 46802

Mark Werling
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Nancy J. Gargula
U. S. Trustee
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square
Suite 555
100 East Wayne Street
South Bend, IN 46601

Marlene Reich
Sommer, Barnard and Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802

/s/ Richard J. Swanson
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345