UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

## ORDER APPROVING APPLICATION TO INTERVENE GENERALLY

The Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322, by counsel, have filed their Application to Intervene Generally in this case. The Court, having considered the Application and being duly advised, hereby GRANTS the Application.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

(1) that the Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 are granted leave to intervene generally in this case;

(2) that Richard J. Swanson, counsel for the Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322, shall receive all notices and service of all pleadings and other documents required to be served in this case; and

(3) that the Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 shall be placed on the Clerk's official distribution list.

SO ORDERED this ___ day of _____, 2004.

                                                            Judge, United States Bankruptcy Court
                                                            Northern District of Indiana
                                                            Fort Wayne Division

Distribution to:

Richard J. Swanson, Macey Swanson and Allman, 445 N. Pennsylvania Street, Suite 401, Indianapolis, IN 46204-1800

John R. Burns, 111 East Wayne Street, Fort Wayne, IN 46802

Mark Werling, 111 East Wayne Street, Suite 800, Fort Wayne, IN 46802

Nancy J. Gargula, U. S. Trustee, One Michiana Square, 5th Floor, 100 East Wayne Street, South Bend, IN 46601

Ellen L. Triebold, Office of the United States Trustee, One Michiana Square, Suite 555, 100 East Wayne Street, South Bend, IN 46601

Marlene Reich, Sommer, Barnard and Ackerson, P.C., 4000 Bank One Tower, 111 Monument Circle, Indianapolis, IN 46204

Grant F. Shipley, 233 West Baker Street, Fort Wayne, IN 46802