# Exhibit 1
## Credit Agreement
(Exhibit List Tabs 1-3)

PDF Documents:

1. Credit Agreement_Pages 1-16.pdf
2. Credit Agreement_Pages 17-27.pdf
3. Credit Agreement_Pages 28-38.pdf
4. Credit Agreement_Pages 39-47.pdf
5. Credit Agreement_Pages 48-57.pdf
6. Credit Agreement_Pages 58-67.pdf
7. Credit Agreement_Pages 68-77.pdf
8. Credit Agreement_Pages 78-88.pdf
9. Credit Agreement_Pages 89-98.pdf
10. Credit Agreement_Pages 99-108.pdf
11. Credit Agreement_Pages 109-118.pdf