# BANK OF AMERICA/AUBURN FOUNDRY, INC.
## April 10, 2000 through June 30, 2003

| LOAN DOCUMENTS | | |
|---|---|---|
| **Date** | **Document Title** | **Tab** |
| 04/10/2000 | Financing and Security Agreement ("Credit Agreement") | 1 |
| 04/10/2000 | Schedules to Credit Agreement | 2 |
| 04/10/2000 | Exhibits to Credit Agreement | 3 |
| 09/11/2000 | Amendment No. 1 to Credit Agreement | 4 |
| 09/11/2000 | GMAC Business Credit Assignment and Acceptance Agreement | 5 |
| 12/13/2001 | Forbearance and Second Amendment Agreement | 6 |
| 12/13/2001 | Subordination Agreement by and among Bank of America, Auburn, GMAC Business Credit, the Initial Subordinated Creditors and the Subordinated Agent (collectively, the "Subordinated Individuals") | 7 |
| 07/19/2002 | Second Forbearance and Third Amendment Agreement | 8 |
| 10/22/2002 | Amended and Restated Subordination Agreement by and among Bank of America, GMAC Business Credit and the Subordinated Individuals | 9 |
| 12/20/2002 | Third Forbearance and Fourth Amendment Agreement | 10 |
| 12/20/2002 | Subordination Agreement by and among Bank of America, Auburn, GMAC Business Credit and the Subordinated Individuals | 11 |
| 04/11/2003 | First Amendment to Third Forbearance and Fourth Amendment Agreement | 12 |
| 05/12/2003 | Second Amendment to Third Forbearance and Fourth Amendment Agreement | 13 |
| 06/10/2003 | Third Amendment to Third Forbearance and Fourth Amendment Agreement | 14 |
| 06/26/2003 | Fourth Forbearance and Fifth Amendment Agreement | 15 |
| 06/26/2003 | Equity Appreciation Rights Agreement | 16 |
| 06/26/2003 | Subordination Agreement by and among Bank of America, GMAC Business Credit, Auburn and Eleventh Street Capital | 17 |
| 06/30/2003 | Resolutions of the Board of Directors of Auburn Foundry, Inc. approving Fourth Forbearance and Related Transactions | 18 |
| 04/10/2000 | Initial Term Loan Note A (Bank of America) | 19 |
| 04/10/2000 | Initial Term Loan Note B (Bank of America) | 20 |
| 09/12/2000 | Cancelled Initial Term Loan Notes A and B (Bank of America) | 21 |
| 09/11/2000 | New Term Loan Note A (Bank of America) | 22 |
| 09/11/2000 | New Term Loan Note A (GMAC) | 23 |
| 09/11/2000 | New Term Loan Note B (Bank of America) | 24 |
| 09/11/2000 | New Term Loan Note B (GMAC) | 25 |
| 01/02/2004 | Fifth Forbearance and Sixth Amendment Agreement | 26 |

616801v1