UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                )
                                      )   CHAPTER 11
AUBURN FOUNDRY, INC.     )   CASE NO. 04-10427
                                      )
        Debtor(s)             )

**FIRST AMENDED
APPOINTMENT AND NOTICE OF APPOINTMENT OF
UNSECURED CREDITORS' COMMITTEE**

The United States Trustee (UST), Nancy J. Gargula, by counsel, Ellen L. Triebold, pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1102, hereby files this **FIRST AMENDED** Appointment and Notice of Appointment of Unsecured Creditors' Committee (which is amended to remove Auburn City Utilities from the Committee and to add Miller and Company LLC to the Committee):

Michael McGauhey - Acting Chairman
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203
Tel: (317) 264-8803
Fax: (317) 264-8803

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557
Tel: (815) 433-2449, ext. 325
Fax: (815) 433-9501

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543
Tel: (630) 820-3000
Fax: (630) 820-9672

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street
Auburn, IN 46706
Tel: (260) 925-8040
Fax: (260) 925-8044

Robert Overman
Miller and Company LLC
9700 W. Higgins Road, suite 1000
Rosemont, IL 60018
Tel: (847) 696-2511
Fax: (847) 696-2408

THE OFFICE OF THE UNITED STATES TRUSTEE RESERVES THE RIGHT TO ALTER THE SIZE AND STRUCTURE OF THE COMMITTEE TO INSURE FAIR AND ADEQUATE REPRESENTATION OF THE DIFFERENT KINDS OF CREDITORS OR INTERESTS SERVED BY THE COMMITTEE, AS THE CIRCUMSTANCES OF THE CASE MAY REQUIRE.

                Respectfully submitted,

                NANCY J. GARGULA
                UNITED STATES TRUSTEE

           By:  /s/ Ellen L. Triebold
             Trial Attorney
             Ind. Bar No. 22627-71
             WI Bar # 1020155

Office of the U.S. Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601
(574) 236-8105, ext. 118
Ellen.L.Triebold@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served by the Bankruptcy Clerk's ECF Email System or by First Class United States Mail upon the following, on **February 19, 2004**.

| | |
|---|---|
| John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, suite 800<br>Fort Wayne, IN 46802-2603 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| Grant Shipley<br>230 West Main Street<br>Fort Wayne, IN 46802 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, IN 46204-5198 | Jack Randinelli<br>Auburn City Utilities<br>210 East 9th Street<br>P.O. Box 506<br>Auburn, IN 46706 |
| Robert Overman<br>Miller and Company LLC<br>9700 W. Higgins Road, suite 1000<br>Rosemont, IL 60018 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street<br>Auburn, IN 46706 |

By:   /s/ Ellen L. Triebold