# Proof of Claim
# Exhibit
(Exhibit List Tabs 4-8)

PDF Documents

1. Amendment No. 1 to Credit Agreement.pdf
2. Forebearance and Second Amendment Agreement.pdf
3. Subordination Agreement dated 123101_pages 1-8.pdf
4. Subordination Agreement dated 123101_pages 9-16.pdf
5. Second Forebearance and Third Amendment Agreement.pdf