# Proof of Claim
## Exhibits
(Exhibit List Tabs 9-14)

PDF Documents

1. Amended and Restated Subordination Agreement_pages 1-8.pdf
2. Amended and Restated Subordination Agreement_pages 9-16.pdf
3. Third Forbearance and Fourth Amendment Agreement.pdf
4. Subordination Agreement dated 12/20/02_pages 1-6.pdf
5. Subordination Agreement dated 12/20/02_pages 7-13.pdf
6. First Amendment to Third Forbearance and Fourth Amendment Agreement.pdf
7. Second Amendment to Third Forbearance and Fourth Amendment Agreement.pdf
8. Third Amendment to Third Forbearance and Fourth Amendment Agreement.pdf