# Proof of Claim
# Exhibits
(Exhibit List Tabs 15-18)

PDF Documents

1. Fourth Forbearance and Fifth Amendment Agreement.pdf
2. Equity Appreciation Rights Agreement_pages 1-10.pdf
3. Equity Appreciation Rights Agreement_pages 11-20.pdf
4. Subordination Agreement dated 06/26/03_pages 1-8.pdf
5. Subordination Agreement dated 06/26/03_pages 9-16.pdf
6. Resolutions of the Board of Directors of Auburn Foundry.pdf