# RESOLUTIONS of the
## BOARD OF DIRECTORS
of
## AUBURN FOUNDRY, INC.

The following resolutions were adopted at a meeting of the Board of Directors (the "Board") of Auburn Foundry Inc., an Indiana corporation (the "Corporation"), held on June 30, 2003 by telephone conference call. All members were present for the call. They included Tim Borden, David Hunter, William Fink, John Fink and David Fink. The following resolutions were discussed and unanimously approved by the Board.

## Approval of Fourth Forbearance and Fifth Amendment Agreement

WHEREAS, the Corporation is a party to that certain Financing and Security Agreement, dated as of April 10, 2000 (as amended, the "Credit Agreement"), by and among Bank of America, National Association ("Bank of America"), as Agent and a Lender, GMAC Business Credit, LLC ("GMAC"), as Co-Agent and a Lender, and the other financial institutions signatory to the Credit Agreement as Lenders from time to time.

WHEREAS, there has been presented to the Board a form of the Fourth Forbearance and Fifth Amendment Agreement to be entered into among the Corporation, Bank of America and GMAC (the "Fourth Forbearance and Fifth Amendment"), which, among other things, would amend certain terms and provisions of the Credit Agreement;

NOW, THEREFORE, BE IT RESOLVED, that the Board hereby approves, ratifies and confirms the execution and delivery of the Fourth Forbearance and Fifth Amendment by the Corporation and authorizes and approves the performance by the Corporation of its respective obligations thereunder;

FURTHER RESOLVED, that each of the officers of the Corporation is hereby authorized, empowered and directed to execute and deliver any and all documents, certificates and instruments (including, without limitation, any amendments to the Fourth Forbearance and Fifth Amendment) to be executed and delivered by the Corporation, and to take any actions, in each case as may be necessary or desirable to effect the consummation of the transactions contemplated by the Fourth Forbearance and Fifth Amendment or any of such documents, certificates or instruments, as such officer shall deem necessary or appropriate, the approval of which shall be conclusively established by the execution and delivery thereof by the Corporation.

## Approval of Subordination Agreement

WHEREAS, in connection with the consummation of the transactions contemplated by the Fourth Forbearance and Fifth Amendment, there has been presented to the Board a form of the Subordination Agreement to be entered into among the Corporation, Bank of America, GMAC and Eleventh Street Capital, LLC, an Indiana limited liability company (the "Subordination Agreement").

CH\614161.2

NOW, THEREFORE, BE IT RESOLVED, that the Board hereby approves, ratifies and confirms the execution and delivery of the Subordination Agreement by the Corporation and authorizes and approves the performance by the Corporation of its respective obligations thereunder;

FURTHER RESOLVED, that each of the officers of the Corporation is hereby authorized, empowered and directed to execute and deliver any and all documents, certificates and instruments (including, without limitation, any amendments to the Subordination Agreement) to be executed and delivered by the Corporation, and to take any actions, in each case as may be necessary or desirable to effect the consummation of the transactions contemplated by the Subordination Agreement or any of such documents, certificates or instruments, as such officer shall deem necessary or appropriate, the approval of which shall be conclusively established by the execution and delivery thereof by the Corporation.

## Approval of Equity Appreciation Rights Agreement

WHEREAS, in connection with the consummation of the transactions contemplated by the Fourth Forbearance and Fifth Amendment, there has been presented to the Board a form of the Equity Appreciation Rights Agreement to be entered into among the Corporation, Bank of America and GMAC (the "Equity Appreciation Rights Agreement").

NOW, THEREFORE, BE IT RESOLVED, that the Board hereby approves, ratifies and confirms the execution and delivery of the Equity Appreciation Rights Agreement by the Corporation and authorizes and approves the performance by the Corporation of its respective obligations thereunder;

FURTHER RESOLVED, that each of the officers of the Corporation is hereby authorized, empowered and directed to execute and deliver any and all documents, certificates and instruments (including, without limitation, any amendments to the Equity Appreciation Rights Agreement) to be executed and delivered by the Corporation, and to take any actions, in each case as may be necessary or desirable to effect the consummation of the transactions contemplated by the Equity Appreciation Rights Agreement or any of such documents, certificates or instruments, as such officer shall deem necessary or appropriate, the approval of which shall be conclusively established by the execution and delivery thereof by the Corporation.

## General Resolutions

FURTHER RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized and directed, in the name and on behalf of the Corporation to negotiate, execute, acknowledge and deliver any and all documents and instruments and to take any and all such actions as such officer may deem necessary or desirable in order to carry out the intent and purposes of the foregoing resolutions, the execution and delivery of such documents or instruments or the taking of such action to be conclusive evidence that such execution and delivery or the taking of such action was authorized by these resolutions;

CH\614161.2

FURTHER RESOLVED, that any actions heretofore taken by any director or officer of the Corporation in good faith and in furtherance of the business of the Corporation be, and each of them is hereby, ratified, confirmed and approved for all purposes and in all respects.

The undersigned as Secretary of Corporation certifies that this is a true and accurate copy of the resolutions approved by the Board of Directors.

John Fink , Secretary

June 30, 2003

Date

CH\614161.2