# Proof of Claim
# Exhibits
(Exhibit List Tabs 19-26)

PDF Documents

1. Initial Term Loan Note A_Bank of America.pdf
2. Initial Term Loan Note B_Bank of America.pdf
3. Cancelled Initial Term Loan Notes A and B_Bank of America.pdf
4. New Term Loan Note A_Bank of America.pdf
5. New Term Loan Note A_GMAC.pdf
6. New Term Loan Note B_Bank of America.pdf
7. New Term Loan Note B_GMAC.pdf
8. Fifth Forbearance and Sixth Amendment Agreement.pdf