# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35−0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04−10427−reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

Dated at Fort Wayne , Indiana on February 17, 2004 .

Richard J. Swanson , counsel for Glass, Molders, Pottery, Plastics and Allied Workers International Union , has filed a(n) Application to Intervene Generally without having "first file[d] a formal written appearance," as required by N.D. Ind. L.B.R. B−9010−2(a). That filing will be stricken, without further notice, unless, within fourteen (14) days of this date, counsel files a written appearance, as required by the local rules of this court, and, unless counsel is already a member of the bar of the United States District Court for the Northern District of Indiana, a motion to appear "pro hac vice" , in accordance with N.D. Ind. LR 83.5(c), (g). The court will take no further action with regard to counsel's filing and any time limits associated with it, e.g. 11 U.S.C. §362(e), shall not begin to run until this order is complied with.

SO ORDERED.

Robert E. Grant<br>
Judge, United States Bankruptcy Court

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc             Page 1 of 1              Date Rcvd: Feb 17, 2004
Case: 04-10427              Form ID: 317          Total Served: 2

The following entities were served by first class mail on Feb 19, 2004.
db          Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN  46706
aty         Richard J. Swanson,   445 N. Pennsylvania Street,   Suite 401,   Indianapolis, IN  46204-1800

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2004**                    Signature:    *Joseph Speetjens*