IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On or about February 20, 2004, Auburn Foundry, Inc. ("AFI" or "Debtor-In-Possession"), filed an Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession (the "Application") and a proposed Order for entry by the Court. The Application seeks approval to make interim professional fee payments to Baker & Daniels equal to 80% of fees and 20% of expenses on a monthly basis, all without prejudice to the rights of any party in interest to object to the interim or final allowance of fees and expenses to Baker & Daniels. A copy of the Application is attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Application, then **within 21 days from the date of this Notice**, you or your attorney must:

1. File a written objection to the Application, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

FWIMAN1 325019v1

2.   You must also mail a copy of your objection to:

> John R Burns III
> Baker & Daniels
> 111 E. Wayne Street, #800
> Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  February 23, 2004

> BAKER & DANIELS
>
> By:  /s/ Mark A. Werling
>     John R Burns (#3016-02)
>     Mark A. Werling (#20426-02)
>     111 East Wayne Street, Suite 800
>     Fort Wayne, Indiana 46802
>     Telephone:  (260) 420-8000
>     Facsimile:  (260) 460-1700
>
> ATTORNEYS FOR THE DEBTOR,
> AUBURN FOUNDRY, INC.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Motion and Opportunity to Object is being served by electronic mail or by first-class United States mail, postage prepaid, this 23rd day of February, 2004, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas | Donald F. Baty, Jr. |
| Latham & Watkins | Honigman, Miller, Schwartz & Cohn, LLP |
| Sears Tower, Suite 5800 | 2290 First National Building |
| 233 South Wacker Drive | 660 Woodward Avenue |
| Chicago, IL 60606 | Detroit, MI 48226 |

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, IN 46204-5198

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

UNIMIN Corporation
809 Myers Road
Archbold, OH 43502

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Auburn City Utilities
P.O. Box 506
Auburn, IN 46706

GMAC Business Credit, LLC
300 Galleria Officentre, Suite 110
Southfield, MI 48034

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Fairmount Minerals
P.O. Box 400
Bridgman, MI 49106

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

FWIMAN1 325019v1                              3

| | |
|---|---|
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>230 West Main Street<br>Fort Wayne, IN  46802 | Edmund P. Kos<br>Kos & Associates<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802-2374 |

/**s**/ Mark A. Werling