IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On or about February 9, 2004, the Debtor filed an **Application to Employ Baker & Daniels as Counsel for Debtor-in-Possession and Approving Security Retainer**, and an Affidavit in support thereof (collectively, the "Application"). The Application seeks to employ Baker & Daniels as general counsel to the Debtor and to approve a pre-petition retainer in the amount of $122,783, which Baker & Daniels intends to apply to post-petition fees and expenses allowed by this Court. A copy of the Application is attached hereto.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the Application, then on or before March 2, 2004, you or your attorney must:

1. File a written objection to the Application, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

    Office of the Clerk
    United States Bankruptcy Court
    1300 S. Harrison Street
    Post Office Box 2547
    Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

    John R Burns, III
    Baker & Daniels
    111 E. Wayne Street, #800
    Fort Wayne, IN 46802

FWIMAN1 325065v1

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  February 23, 2004

                      BAKER & DANIELS

              By:  /s/ Mark A. Werling
                   John R Burns (#3016-02)
                   Mark A. Werling (#20426-02)
                   111 East Wayne Street, Suite 800
                   Fort Wayne, Indiana 46802
                   Telephone:  (260) 420-8000
                   Facsimile:  (260) 460-1700

            ATTORNEYS FOR THE DEBTOR,
            AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Motion and Opportunity to Object is being served by electronic mail or by first-class United States mail, postage prepaid, this 23rd day of February, 2004, upon the following counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Donald F. Baty, Jr.<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, IN 46204-5198 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Auburn City Utilities<br>P.O. Box 506<br>Auburn, IN 46706 |

FWIMAN1 325065v1                     2

| | |
|---|---|
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>300 Galleria Officentre, Suite 110<br>Southfield, MI 48034 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>809 Myers Road<br>Archbold, OH 43502 | DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Fairmount Minerals<br>P.O. Box 400<br>Bridgman, MI 49106 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>230 West Main Street<br>Fort Wayne, IN 46802 | Edmund P. Kos<br>Kos & Associates<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802-2374 |

/s/ Mark A. Werling