UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES A
THROUGH H, ATTORNEY FEE DISCLOSURE, STATEMENT OF
<u>INSIDER COMPENSATION AND STATEMENT OF FINANCIAL AFFAIRS</u>**

COMES NOW the Debtor, Auburn Foundry, Inc. (the "Debtor"), by counsel, and moves the Court for an extension of time to file Schedules A – H, the Attorney Fee Disclosure, the Statement of Insider Compensation and Statement of Financial Affairs in the above-captioned bankruptcy case.

The Debtor has not yet closed its pre-petition books and records, as required to complete the above-referenced filings. The Debtor expects to complete these filings on or before March 15, 2004.

WHEREFORE, the Debtor respectfully requests an extension of time to submit the above referenced filings until March 15, 2004.

                                          BAKER & DANIELS

                                          By:  <u>/s/ John R Burns</u>
                                                John R Burns (#3016-02)
                                                Mark A. Werling (#20426-02)
                                                111 East Wayne Street, Suite 800
                                                Fort Wayne, Indiana 46802
                                                Telephone:  (260) 420-8000
                                                Facsimile:  (260) 460-1700
                                                john.burns@bakerd.com
                                                mark.werling@bakerd.com

                                          ATTORNEYS FOR THE DEBTOR,
                                          AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to File Schedules A Through H, Attorney Fee Disclosure, Statement of Insider Compensation And Statement of Financial Affairs, was served on the following individuals electronically or by first-class U.S. mail, postage prepaid, this 23rd day of February, 2004:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Donald F. Baty, Jr.<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, IN 46204-5198 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Auburn City Utilities<br>P.O. Box 506<br>Auburn, IN 46706 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>300 Galleria Officentre, Suite 110<br>Southfield, MI 48034 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>809 Myers Road<br>Archbold, OH 43502 | DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |

FWIMAN1 324343v1

| | |
|---|---|
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Fairmount Minerals<br>P.O. Box 400<br>Bridgman, MI 49106 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>230 West Main Street<br>Fort Wayne, IN  46802 | Edmund P. Kos<br>Kos & Associates<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802-2374 |

/s/ Mark A. Werling

FWIMAN1 324343v1