UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES A
THROUGH H, ATTORNEY FEE DISCLOSURE, STATEMENT OF
<u>INSIDER COMPENSATION AND STATEMENT OF FINANCIAL AFFAIRS</u>**

At Fort Wayne, Indiana, on _____, 2004.

The Debtor, Auburn Foundry, Inc., having moved for an extension of time to file its Schedules A – H, Attorney Fee Disclosure, Statement of Insider Compensation, and Statement of Financial Affairs, and the Court being fully apprised of the reasons and justifications for said Motion, now grants said Motion. The above-referenced filings are now due on or before March 15, 2004.

SO ORDERED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 324347v1