**Auburn Foundry**
**Cash Use Analysis First 3 Weeks of Bankruptcy**
**As of Feb 21, 2004**

|  |  |  | Actual 2/14/04 |  | Actual 2/21/2004 |  | Plan to |
|---|---|---|---|---|---|---|---|
| Week ending dates |  | Week 1 | Week 1 | Week 2 | Week 2 | Total | Date |
|  |  |  |  | $0.34 |  |  |  |
| **Sales for week** |  |  |  |  |  |  |  |
| Pounds |  | 4,000 | 6,124 | 4,000 | 4,782 | 14,124 | 8,000 |
| Dollars |  | $1,360 | $2,119 | $1,360 | $1,615 | $4,839 | $2,720 |
| **Collections** | A/R | $1,300 | $1,811 | $1,350 | $1,438 | $4,461 | $2,650 |
|  | Other |  | 58 |  | 4 |  | 0 |
| **Mandatory payments** |  |  |  |  |  |  |  |
| Scrap - COD |  | 557 | 742 | 557 | 423 | 1,855 | 1,113 |
| Hourly payroll |  | 320 | 349 | 275 | 310 | 944 | 595 |
| Salary payroll |  | 240 | 238 |  |  | 240 | 240 |
| Payroll taxes |  | 100 |  |  | 101 | 100 | 100 |
| Insurance |  | 100 | 107 | 100 | 118 | 307 | 200 |
| Utilities |  | 150 | 220 | 150 | 150 | 520 | 300 |
| Must mails - payroll w/h etc |  | 40 | 49 | 40 | 30 | 129 | 80 |
| Prior Trust Money |  |  | 8 |  |  |  | 0 |
| **Key Ingredient Supplier - Paid on COD** |  |  |  |  |  |  |  |
| Miller & Co - Chemicals |  | 9 | 19 | 9 | 44 | 37 | 18 |
| Dauber - Silicon Carbide |  | 39 | 45 | 39 |  | 123 | 78 |
| Great Lakes Carbon - Carbon |  | 9 | 12 | 9 | 8 | 30 | 18 |
| Unimin - Bond |  | 31 | 100 | 31 |  | 162 | 62 |
| Elkem - Supercede |  |  |  | 16 |  | 16 | 16 |
| Fairmont Minerals - Sand |  | 11 | 21 | 11 | 24 | 43 | 22 |
| Ashland - Chemicals |  | 8 | 9 | 8 |  | 25 | 16 |
| Wheelabrator - Shot |  | 8 | 12 |  |  | 20 | 8 |
| Metaltech - Shot |  | 8 |  | 8 | 11 | 16 | 16 |
| CC Metals - FeSi |  | 12 |  |  |  | 12 | 12 |
| Indiana Refractory - Repair materials |  | 8 |  | 8 |  | 16 | 16 |
| Empire Refractory - Repair materials |  | 4 |  | 4 |  | 8 | 8 |
| Refco - Repair materials |  |  |  | 9 |  | 9 | 9 |
| Vesuvius - Stopper rods |  |  |  |  | 4 | 0 | 0 |
| Midwest Instrument - Temp probes |  | 3 | 3 | 3 |  | 9 | 6 |
| Heraes - Temp probes |  |  |  |  | 4 | 0 | 0 |
| MP Steel Processing |  |  |  |  | 18 |  | 0 |
| Estimated new needs for other vendors - freight etc. |  | 50 | 61 | 50 | 61 | 161 | 100 |
| **Total payments** |  | 1,707 | 1,995 | 1,327 | 1,305 | #REF! | 3,033 |
| **Net cash proceeds** |  | ($407) | ($126) | $24 | $137 |  | ($383) |
| **Cummulative Cash** |  | ($407) | ($126) | ($383) | $137 |  |  |

**Impact on borrowing base - normal calculations**

|  |  | Week 1 | Week 1 | Week 2 | Week 2 |  | Plan to Date |
|---|---|---|---|---|---|---|---|
| Sales |  | $1,360 | $2,119 | $1,360 | $1,615 |  | $2,720 |
| Less receipts |  | ($1,300) | ($1,811) | ($1,350) | ($1,438) |  | -$2,650 |
| Net change in A/R |  | $60 | $308 | $10 | $177 |  | $70 |
| Cummulative change in A/R |  | $60 | $308 | $70 | $177 |  |  |

**Assumptions:**
1. Salary to include severence payments
2. Assumes no price increase from other vendors

| Actual 2/21/2004 To Date | Week 3 | |
|---|---|---|
| 10,906 | 4,000 | |
| $3,734 | $1,360 | |
| $3,249 | $1,500 | |
| 62 | | |
| 1,165 | 557 | |
| 659 | 275 | |
| 238 | 240 | |
| 101 | | |
| 225 | 100 | |
| 370 | 175 | |
| 79 | 40 | |
| 8 | | |
| 63 | 9 | |
| 45 | 39 | |
| 20 | 9 | |
| 100 | 31 | |
| 0 | 0 | |
| 45 | 11 | |
| 9 | 8 | |
| 12 | 8 | |
| 11 | 8 | |
| 0 | | |
| 0 | 8 | |
| 0 | 4 | |
| 0 | | |
| 4 | 6 | |
| 3 | 3 | |
| 4 | 2 | |
| 18 | | |
| 122 | 50 | |
| 3,300 | 1,583 | # |
| $11 | ($83) | # |
| | ($466) | # |
| $3,734 | $1,360 | |
| -$3,249 | ($1,500) | |
| $485 | ($140) | |
| | ($70) | |