UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No.: 04-10427 |
| ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Henry A. Efroymson of the firm of Ice Miller, pursuant to Fed.R.Bankr.P. 9010 and L.B.R. B-9010-2, hereby enters his appearance on behalf of Unsecured Creditors Committee, a duly organized and formed Committee in this case, and requests that all notices, pleadings and documents filed in this case be served upon:

> Henry A. Efroymson (Ind. Atty. No. 6427-47)
> Ben T. Caughey (Ind. Atty No. 22920-53)
> ICE MILLER
> One American Square, Box 82001
> Indianapolis, IN  46282-0002
> Telephone:  (317) 236-2100
> Facsimile:  (317) 236-2219

Respectfully submitted,

ICE MILLER


By: /s/ Henry A. Efroymson
    Henry A. Efroymson (Atty. No. 6427-47)


Henry A. Efroymson
ICE MILLER
Once American Square, Box 82001
Indianapolis, IN 46282-0002
(317) 236-2185
(317) 592-4883 Fax
E-mail: henry.efromson@icemiller.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. mail, first class postage prepaid, on the 25th day of February, 2004, addressed to:

| | |
|---|---|
| Office of the United States Trustee<br>100 E. Wayne Street, Suite 555<br>South Bend, Indiana 46601 | John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802-2603 |
| Grant Shipley<br>230 West Main Street<br>Fort Wayne, Indiana 46802 | Josef S. Athanas<br>Lathan & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, Indiana 46204-5198 | Robert Overman<br>Miller and Company LLC<br>9700 W. Higgins Road, suite 1000<br>Rosemont, Illinois 60018 |
| Michelle Pezanoski<br>Fairmont Minerals<br>P.O. Box 177<br>Wedron, Illinois 60557 | Curt Howard<br>Tim Howard<br>Fir Protection, Inc.<br>750 W. North Street<br>Auburn, Indiana 46706 |
| Randall Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, Illinois 60543 | |

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

INDY 1324452v1

2