UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No.: 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## APPLICATION FOR ORDER AUTHORIZING THE UNSECURED CREDITORS COMMITTEE TO EMPLOY ICE MILLER AS COUNSEL

The Unsecured Creditors Committee ("Committee"), for its *Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* ("Application"), respectfully states the following:

### Factual Background and Jurisdiction

1. The Debtor filed its voluntary Petition for Relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") on February 8, 2004.

2. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is continuing to operate its business and manage its assets as a Debtor-in-Possession.

3. Pursuant to the *First Amended Appointment and Notice of Appointment of Unsecured Creditors' Committee* filed herein on February 19, 2004, the Committee has been duly organized and formed, with Michael McGauhey serving as Acting Chairman.

4. This Motion is a "core proceeding" as defined in 28 U.S.C. § 157 and this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The relief sought herein is requested pursuant to Section 327 and 328 of the Bankruptcy Code.

### Request for Authority to Employ Ice Miller as Counsel

5. By this Application, the Committee respectfully requests that this Court enter an Order authorizing and approving the employment of Ice Miller, which maintains offices at One

American Square, Box 82001, Indianapolis, Indiana 46282-0002, as counsel for the Committee in this case.

6. The Committee has selected Ice Miller as counsel because Ice Miller has had considerable experience in matters of this legal character and in representing creditors committees' in chapter 11 proceedings. Accordingly, the Committee believes that Ice Miller is well qualified to represent it in this chapter 11 case.

7. The Committee expects to require its counsel to render the following services:

   (a) Advise the Committee with respect to its duties, responsibilities, and powers in this case;

   (b) Attend and participate in meetings and negotiations with the Debtor, the Debtor's secured lenders, and other parties in interest and advise and consult on the conduct of the case, including all appropriate legal and administrative requirements of the Chapter 11 process;

   (c) Assist the Committee in investigating and monitoring the acts, conduct, assets, liabilities, and financial condition of the Debtor;

   (d) Advise the Committee with respect to any Plans or proposed Plans which may be filed by the Debtor, as well as the Debtor's proposals with respect to the prosecution of claims against third parties, and all other matters relevant to the case or to the formulation of a Plan;

   (e) Advise the Committee, if appropriate, with respect to the appointment of a trustee or examiner or any other legal proceeding involving interests represented by the Committee; and

   (f) Perform such other legal services as the Committee may require.

8. To the best of the Committee's knowledge and as disclosed by Ice Miller in the *Affidavit, Pursuant to Bankruptcy Rule 2014, of Henry A. Efroymson in Support of Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* filed contemporaneously herein, Ice Miller and its partners and associates do not hold or represent any interest that is materially adverse to the interests represented by the Committee and Ice Miller

and its partners and associates are disinterested persons within the meaning of Section 101 of the Bankruptcy Code.

9. Subject to this Court's approval and in accordance with Section 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the rules of this district, the Committee requests that Ice Miller be compensated on an hourly basis, plus reimbursement of actual and necessary expenses incurred by Ice Miller, and that all allowances of fees and expenses be paid as an administrative expense of the estate as may be allowed by the Court.

10. The Committee has been informed that the normal hourly billing rates of professionals employed by Ice Miller ranges from $160 - $270 per hour for associates and of counsel (Ben T. Caughey - $210 per hour) and from $285 - $395 per hour for partners (Henry A. Efroymson - $355 per hour). In addition to the aforementioned fees, the Committee has been advised that Ice Miller intends to utilize, from time to time and as appropriate, clerks and paraprofessionals at rates usual and customary for the types of services to be performed and below that charged for junior associates. The Committee has been informed that the fees to be charged by Ice Miller are usual and customary for the work to be performed and are squarely in-line with the fees routinely allowed in cases in the Seventh Circuit.

## Notice

11. Notice of this Motion has been given to the Debtors, the Office of the United States Trustee, and all intervening parties and counsel of record. In light of the nature of the relief requested, the Committee submits that no further notice is required.

- 4 -

WHEREFORE, the Committee respectfully requests that this Court enter an Order authorizing the Committee to retain and employ Ice Miller as its counsel as of February 19, 2004, with compensation and reimbursement of expenses to be paid as an administrative expense of the estate, and for all other appropriate relief under the circumstances.

Date: 2/24/04

By: _____
Michael McGauhey
Acting Chairman, Unsecured Creditors Committee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served via electronic mail or U.S. Mail, postage prepaid, on the 25th day of February, 2004, addressed to:

Office of the United States Trustee
100 E. Wayne Street, Suite 555
South Bend, Indiana 46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603

Grant Shipley
230 West Main Street
Fort Wayne, Indiana 46802

Josef S. Athanas
Lathan & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, Indiana 46204-5198

Robert Overman
Miller and Company LLC
9700 W. Higgins Road, suite 1000
Rosemont, Illinois 60018

Michelle Pezanoski
Fairmont Minerals
P.O. Box 177
Wedron, Illinois 60557

Curt Howard
Tim Howard
Fir Protection, Inc.
750 W. North Street
Auburn, Indiana 46706

Randall Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, Illinois 60543

_____
Ben T. Caughey

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100