UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No.: 04-10427 |
| ) | Chapter 11 |
| Debtor. ) | |

**AFFIDAVIT, PURSUANT TO BANKRUPTCY RULE 2014, OF
HENRY A. EFROYMSON IN SUPPORT OF APPLICATION FOR
ORDERAUTHORIZING THE UNSECURED CREDITORS
COMMITTEE TO EMPLOY ICE MILLER AS COUNSEL**

Henry A. Efroymson, having first been duly sworn, says as follows:

1. I am an attorney, admitted to practice before the United States District Court for the Northern and Southern Districts of Indiana, with the firm of Ice Miller (the "Firm"), which maintains an office at One American Square, Box 82001, Indianapolis, Indiana 46282-0002.

2. The Unsecured Creditors Committee ("Committee"), duly organized herein, has requested that Ice Miller represent the Committee in the above captioned chapter 11 proceeding.

3. Based upon the extensive experience of Ice Miller in bankruptcy, insolvency, and corporate reorganization law, including expertise representing creditors' committees in Chapter 11 bankruptcy cases including heavy manufacturing and heavy metal operations, Ice Miller is well qualified to represent the Committee in this case.

4. I have advised the Committee that, to the best of my knowledge, neither I nor any partner, associate or professional employee of Ice Miller own or represent any interests materially adverse to the interests represented by the Committee and that Ice Miller and its partners and associates are disinterested persons within the meaning of 11 U.S.C. 101.

5.     Ice Miller has represented and continues to represent Citizens Gas and Coke Utility, an unsecured creditor in this case and member of the Committee, in certain business transactions, general litigation cases, and other matters. However, Ice Miller is not representing Citizens Gas and Coke Utility in this bankruptcy proceeding, nor has it represented Citizens Gas and Coke Utility in the past with respect to matters involving this Debtor.

6.     During the period of its employment as counsel to the Committee, Ice Miller will not hold any interest adverse to the interests represented by the Committee and will not cease to be a disinterested person as defined in 11 U.S.C. § 101. In addition, Ice Miller will supplement the disclosures made herein in the event relationships with additional parties in interest are discovered.

7.     Subject to this Court's approval and in accordance with Section 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the rules of this district, the Committee and Ice Miller have agreed that Ice Miller shall be compensated on an hourly basis, plus reimbursement of actual and necessary expenses incurred by Ice Miller and that all allowances of fees and expenses be paid as an administrative expense of the estate as may be allowed by the Court.

8.     The normal hourly billing rates of professionals employed by Ice Miller ranges from $160 - $270 per hour for associates and of counsel (Ben T. Caughey - $210 per hour) and from $285 - $395 per hour for partners (Henry A. Efroymson - $355 per hour). In addition to the aforementioned fees, Ice Miller intends to utilize, from time to time and as appropriate, clerks and paraprofessionals at rates usual and customary for these type of services to be performed and below that charged for junior associates.

- 3 -

9.   I have advised the Committee of the willingness of Ice Miller to serve as the Committee's counsel in connection with this case based upon Ice Miller's standard hourly billing charges for similar services. I have also shared with the Committee all of the matters set forth above.

10.   By reason of the foregoing, I believe that Ice Miller is eligible for employment and retention by the Committee pursuant to Sections 327 (as modified by Section 1107(b)) and 328 of the Bankruptcy Code and the applicable Bankruptcy Rules).

Further Affiant sayeth not.

Date:   February 25, 2004                              /s/ Henry A. Efroymson
                                                                                                     Henry A. Efroymson

I AFFIRM, UNDER PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

                                                                                                          /s/ Henry A. Efroymson
                                                                                                          Henry A. Efroymson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served via electronic mail or U.S. Mail, postage prepaid, on the 25th day of February, 2004, addressed to:

Office of the United States Trustee
100 E. Wayne Street, Suite 555
South Bend, Indiana 46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603

Grant Shipley
230 West Main Street
Fort Wayne, Indiana 46802

Josef S. Athanas
Lathan & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, Indiana 46204-5198

Robert Overman
Miller and Company LLC
9700 W. Higgins Road, suite 1000
Rosemont, Illinois 60018

Michelle Pezanoski
Fairmont Minerals
P.O. Box 177
Wedron, Illinois 60557

Curt Howard
Tim Howard
Fir Protection, Inc.
750 W. North Street
Auburn, Indiana 46706

Randall Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, Illinois 60543


    /s/ Henry A. Efroymson
    Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

INDY 1321618v1