UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No.: 04-10427 |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER AUTHORIZING UNSECURED CREDITORS COMMITTEE**
**TO EMPLOY ICE MILLER AS COUNSEL**

This matter comes before the Court upon the *Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* (the "Application") filed herein by the Unsecured Creditors Committee (the "Committee") and upon the *Affidavit, Pursuant to Bankruptcy Rule 2014, of Henry A. Efroymson in Support of Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* ("Affidavit") filed herein by Ice Miller, and the Court, having reviewed the Application and the Affidavit and being satisfied that Ice Miller is a disinterested person as such term is defined under Section 101(14), as modified by Section 1007(b) of the Bankruptcy Code, having noted that adequate notice has been given, and being duly advised in the premises now finds that the relief requested in the Application should be, and hereby is, granted.

IT IS THEREFORE ORDERED that the Committee is authorized to retain Henry A. Efroymson and the law firm of Ice Miller as its counsel in this bankruptcy case, as of February 19, 2004, with all fees and expenses to be granted administrative priority as allowed by the Court.

DATED:_____     _____
Judge, United States Bankruptcy Court

- 2 -

DISTRIBUTION:

| | |
|---|---|
| Office of the United States Trustee<br>100 E. Wayne Street, Suite 555<br>South Bend, Indiana 46601 | John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802-2603 |
| Grant Shipley<br>230 West Main Street<br>Fort Wayne, Indiana 46802 | Josef S. Athanas<br>Lathan & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, Indiana 46204-5198 | Robert Overman<br>Miller and Company LLC<br>9700 W. Higgins Road, suite 1000<br>Rosemont, Illinois 60018 |
| Michelle Pezanoski<br>Fairmont Minerals<br>P.O. Box 177<br>Wedron, Illinois 60557 | Curt Howard<br>Tim Howard<br>Fir Protection, Inc.<br>750 W. North Street<br>Auburn, Indiana 46706 |
| Randall Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, Illinois 60543 | Michael McGauhey<br>Citizens Gas and Coke Utility<br>2950 Prospect Street<br>Indianapolis, Indiana 46203 |
| Henry A. Efroymson<br>Ben T. Caughey<br>ICE MILLER<br>One American Square, Box 82001<br>Indianapolis, Indiana 46282 | John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802-2603 |

- 2 -