UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES A
THROUGH H, ATTORNEY FEE DISCLOSURE, STATEMENT OF
<u>INSIDER COMPENSATION AND STATEMENT OF FINANCIAL AFFAIRS</u>**

At Fort Wayne, Indiana, on February 25, 2004.

The Debtor, Auburn Foundry, Inc., having moved for an extension of time to file its Schedules A – H, Attorney Fee Disclosure, Statement of Insider Compensation, and Statement of Financial Affairs, and the Court being fully apprised of the reasons and justifications for said Motion, now grants said Motion / *in part*  The above-referenced filings are now due on or before March 12, 2004.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court