UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

2004 FEB 25 AM 11: 12

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

In Re:                                    Case No. 04-10427

**AUBURN FOUNDRY, INC.**                  Chapter 11

    Debtor.                           Honorable Robert E. Grant
_____/

## PROOF OF SERVICE

The undersigned hereby certifies and declares that she served copies as follows:

1. Documents Served:   Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix and Proof of Service.

2. Served Upon:        See attached Service List

3. Method of Service:  Via U.S. Mail

4. Date Served:        February 24, 2004

I certify and declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Brenda E. Lundberg
Brenda E. Lundberg, Legal Assistant
Honigman Miller Schwartz And Cohn LLP
2290 First National Building
Detroit, MI 48226

Dated: February 24, 2004

DET_C\607103.1

| | |
|---|---|
| John R. Burns, Esq.<br>Mark A. Werling, Esq.<br>Baker & Daniels<br>111 E. Wayne Street, Suite 800<br>Fort Wayne, IN 46802 | Nancy J. Gargula, Esq.<br>United States Trustee<br>1 Michiana Square, 5th Floor<br>100 E. Wayne Street<br>South Bend, IN 46601 |
| Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>PO Box 506<br>Auburn, IN 46707 | Ellen L. Triebold, Esq.<br>Office of the U.S. Trustee<br>1 Michiana Square, Suite 555<br>100 E. Wayne Street<br>South Bend, IN 46601 |
| Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 | Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 |
| Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street<br>Auburn, IN 46706 | Michelle Pezanoski<br>Fairmount Minerals<br>PO Box 177<br>Wedron, IL 60557 |

DET_C\607135.1