IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

---------------------------------------------------------- x
| 
IN THE MATTER OF | 
| CASE NO. 04-10427
AUBURN FOUNDRY, INC. | 
| CHAPTER 11
Debtor. | 
| 
---------------------------------------------------------- x

## MOTION FOR THE ADMISSION OF COUNSEL PRO HAC VICE

Grant F. Shipley, an attorney and a member of the bar of the United States District Court for the Northern District of Indiana, moves for the admission pro hac vice of David S. Heller, (collectively, the "Admittee") to act as co-counsel for and on behalf of Bank of America, N.A., a secured creditor in the above-captioned case.

An Affidavit for each Admittee accompanies this motion.

Wherefore, Grant F. Shipley prays that David S. Heller be admitted to practice pro hac vice pursuant to local Bankruptcy Rule B-9010-1, as co-counsel for Bank of America, N.A., a secured creditor in the above-captioned case.

SHIPLEY & ASSOCIATES

/s/    Grant F. Shipley
Grant F. Shipley (126-02)
233 West Baker Street
Fort Wayne, IN 46802-3413
Phone (219) 422-2700
Fax (219) 424-2960
ATTORNEYS FOR BANK OF AMERICA, N.A.

CH\668702.1

## Certificate of Service

I certify that on the 26th day of February, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

| | |
|---|---|
| Office of US Trustee | Mark Werling |
| Ellen Triebold | Marlene Reich |
| John R. Burns | Nancy Gargula |

And by depositing same in the United States Mail in envelopes properly addressed and with sufficient first class postage affixed to:

Omnisource Corp - Tusco
2453 Hill Avenue
Toledo, OH 43607

DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Auburn City Utilities
P.O. Box 506
Auburn, IN 46706

Miller and Company
6400 Shafer Court, Ste. 500
Rosemont, IL 60018

GMAC Commercial Finance
3000 Town Center, Ste. 280
Southfield, MI 48075

RI Lampus Co.
816 Railroad St.
Springdale, PA 15144

A.F. Europe, Inc.
635 W. Eleventh St.
Auburn, IN 46706

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

DeKalb County, Indiana
DeKalb County Assessor, Courthouse
100 South Main St.
Auburn, IN 46706

Fairmount Minerals
P.O. Box 400
Bridgeman, MI 49106

Citizens Gas & Coke Utilities
2020 N. Meridian St.
Indianapolis, IN 46202

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Dauber Company, Inc.
577 N. 18th Rd.
Tonica, IL 61370

Ashland Chemical Company
P.O. Box 395
Columbus, OH 43216-0395

UNIMIN Corporation
809 Myers Road
Archbold, OH 43502

Complete Drives Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Fire Protection Company
750 W. North St., Ste. C
Auburn, IN 46706

Motion Industries, Inc.
3333 E. Washington Blvd.
Fort Wayne, IN 46862-2149

Inductotherm Corp
10 Indel Ave.
Rancocas, NJ 08073

Richard J. Swanson
445 N. Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

Henry A. Efroymson
Ice Miller
One American Square, Box 82001
Indianapolis, IN 46282-0002

           */s/ Grant F. Shipley*
           Grant F. Shipley