**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

```
-------------------------------------------------------- x
                                                         |
                                                         |
IN THE MATTER OF                                         |
                                                         |
AUBURN FOUNDRY, INC.                                     |     CASE NO. 04-10427
                                                         |
          Debtor.                                        |        CHAPTER 11
                                                         |
                                                         |
                                                         |
-------------------------------------------------------- x
```

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR
THE ADMISSION OF COUNSEL PRO HAC VICE**

Comes now David S. Heller, and being first duly sworn upon his/her oath, deposes and says:

1.     I am David S. Heller, and I am an attorney duly admitted to practice law in the State of Illinois, as attorney No. 3121796. I am an associate with the firm of Latham & Watkins LLP practicing law at 233 S. Wacker Dr., Ste. 5800, Chicago, IL 60606. My firm and I have represented Bank of America, N.A. in various matters, including certain negotiations with the Debtor and Debtor-in-Possession in the above-captioned case.

2.     I am a member in good standing of the Bar of the State of Illinois and I am admitted to practice in the United States District Court for the Northern District of Illinois.

3.     My license to practice law is not under suspension, nor is there presently pending any proceeding against me which might result in the loss of my license to practice law.

4.     I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit and the local rules of the United States District Court for the Northern District of

Indiana as well as the United States Bankruptcy Court for the Northern District of Indiana, and I shall abide by them in all cases in this court.

I swear or affirm under the penalties for perjury that the above and foregoing statements are true.

FURTHER AFFIANT SAYETH NOT.

_____

STATE OF ~Illinois~              )
                                ) SS:
COUNTY OF *Cook*                 )

SUBSCRIBED AND SWORN to before me, a Notary Public, in and for said county and state, this 26th day of February, 2004.

_____
Notary Public

I am a resident of *Cook* County, ~Illinois~
My commission expires: _____8/11/05_____

> "OFFICIAL SEAL"
> KIMBERLY J. PLANK
> Notary Public, State of Illinois
> My Commission Expires 08/11/2005

2