UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**JOINT REQUEST FOR TWO HOUR CONTINUANCE OF
FINAL HEARINGS ON AUBURN FOUNDRY'S MOTIONS
FOR USE OF CASH COLLATERAL AND DIP FINANCING**

The Debtor, Auburn Foundry, Inc. ("AFI" or "Auburn Foundry" or the "Debtor"), and Bank of America, National Association ("BofA"), acting as collateral agent for itself and GMAC Commercial Finance, LLC (collectively, the "Senior Lenders"), hereby jointly request that the final hearings on AFI's motions to use cash collateral and obtain DIP financing be postponed until 11:00 a.m. on February 27, 2004 (or 1:00 p.m., if that time is more convenient for the Court), on grounds that the parties are negotiating a potential resolution of issues and fully expect that each matter can be tried, if necessary, during the balance of the day. The parties, some of whom are presently en route to Fort Wayne, have been negotiating throughout the day and evening of February 26 and are making progress toward a consensual resolution.

WHEREFORE, the parties respectfully request that a two hour continuance be granted for the final hearings, and for all other just and proper relief.

/s/ John R Burns III
John R Burns III
Mark A. Werling
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802
Telephone:  (260) 424-8000

ATTORNEYS FOR
AUBURN FOUNDRY, INC.

/s/ Josef S. Athanas
Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

ATTORNEYS FOR
THE SENIOR LENDERS

FWIMAN1 325708v1

## CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing **JOINT REQUEST FOR TWO HOUR CONTINUANCE OF FINAL HEARING ON AUBURN FOUNDRY'S MOTION FOR USE OF CASH COLLATERAL AND DIP FINANCING** was served by electronic mail or by first-class United States mail, postage prepaid, this 27th day of February, 2004, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, IN 46204-5198 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>P.O. Box 506<br>Auburn, IN 46707 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>300 Galleria Officentre, Suite 110<br>Southfield, MI 48034 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |

FWIMAN1 325708v1

| | |
|---|---|
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>230 West Main Street<br>Fort Wayne, IN  46802 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | |

/s/ Mark A. Werling