UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**ORDER FOR CONTINUANCE OF FINAL HEARINGS
ON AUBURN FOUNDRY'S MOTIONS FOR PERMISSION
TO USE CASH COLLATERAL AND OBTAIN DIP FINANCING**

At Fort Wayne, Indiana, on February 27, 2004.

The Debtor, Auburn Foundry, Inc., and Bank of America, National Association ("BofA"), having jointly requested a two hour continuance for the final hearings on Auburn Foundry's Motions for Permission to Use Cash Collateral and Obtain DIP Financing, and the Court being fully apprised of the reasons and justifications for said Motion, now grants said Motion.  The above-referenced hearings will be continued until _____ on February 27, 2004.

SO ORDERED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 325710v1