IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

## APPLICATION TO APPROVE MONTHLY PROVISIONAL PAYMENTS TO COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

The Unsecured Creditors' Committee, by counsel, for its Application to Approve Monthly Provisional Payments to Counsel for Unsecured Creditors' Committee, states as follows:

1. On February 8, 2004, The Debtor filed its voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code, and since that date, has continued in possession of its property and management of its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Unsecured Creditors' Committee formed in this case has filed an Application with the Court to employ Ice Miller as the Committee's counsel.

3. On or about February 20, 2004, the Debtor filed its Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession, requesting authority to pay Debtor's counsel for services pursuant to the procedure outlined in the Application.

4. It is appropriate for the Debtor to treat the fees and expenses of counsel for the Unsecured Creditors' Committee in the same manner as the treatment of fees and expenses of counsel for the Debtor proposed in the Debtor's Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession.  Accordingly, the Unsecured Creditors'

-2-

Committee requests that the Debtor be authorized and directed to pay for the services of counsel for the Unsecured Creditors' Committee under the same process and procedure set forth in the Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession.

WHEREFORE, the Unsecured Creditors' Committee requests that the Court enter an order authorizing the Debtor to pay counsel for the Unsecured Creditors' Committee on a monthly basis and authorizing counsel for the Unsecured Creditors' Committee to apply any funds received from the Debtor for payment of fees and expenses in accordance with the procedure outlined in the Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession, and for all other appropriate relief under the circumstances.

                Respectfully submitted,

                ICE MILLER

                /s/ Henry A. Efroymson
                Henry A. Efroymson
                Ben T. Caughey

                Counsel for the Unsecured Creditors' Committee

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. mail, first class postage prepaid, on the 26th day of February, 2004, addressed to:

Nancy J. Gargula
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603

Grant Shipley
230 West Main Street
Fort Wayne, Indiana 46802

Josef S. Athanas
Lathan & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, Indiana 46204-5198

Robert Overman
Miller and Company LLC
9700 West Higgins Road, Suite 1000
Rosemont, Illinois 60018

Michelle Pezanoski
Fairmont Minerals
P.O. Box 177
Wedron, Illinois 60557

Curt Howard
Tim Howard
Fir Protection, Inc.
750 West North Street
Auburn, Indiana 46706

Randall Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, Illinois 60543

Michael McGauhey
Citizens Gas and Coke Utility
2950 Prospect Street
Indianapolis, Indiana 4620

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100