UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES A
THROUGH H, ATTORNEY FEE DISCLOSURE, STATEMENT OF
<u>INSIDER COMPENSATION AND STATEMENT OF FINANCIAL AFFAIRS</u>**

At Fort Wayne, Indiana, on February 25, 2004.

The Debtor, Auburn Foundry, Inc., having moved for an extension of time to file its Schedules A – H, Attorney Fee Disclosure, Statement of Insider Compensation, and Statement of Financial Affairs, and the Court being fully apprised of the reasons and justifications for said Motion, now grants said Motion / in part  The above-referenced filings are now due on or before March 12, 2004.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1           Date Rcvd: Feb 25, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 1
```

The following entities were served by first class mail on Feb 27, 2004.
db          Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN   46706

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2004**                    Signature:      _Joseph Speetjens_