

3630 Goshen Road
Fort Wayne, IN 46818
219-489-5511
Fax 219-489-5513

**United States Bankruptcy Court**  02/24/04
**Federal Building Room #1188**
**1300 South Harrison Street**
**Fort Wayne, In. 46802**

**To Whom This May Concern:**

Bobcat of Fort Wayne, Inc. would like it to be known that we are making an objection to the Auburn Foundry, Inc. to convert to a Chapter 7 bankruptcy filed by Bank of America on February 12, 2004. Bobcat of Fort Wayne rendered services to Auburn Foundry, incurred their debt and carried Auburn Foundry on our receivables. Our loss will make an impact on our operating capital.

Thank you for your consideration,

*[signature]*

**Wyatt Akers, President**
**Sherry Akers, Sec/Tres.**
**Bobcat of Fort Wayne, Inc.**