**IBM**
Two Lincon Centre
Oakbrook Terrace,
Illinois  60181

Phone:  630/568-1514
FAX:  845/491-3275
email:bhshide@us.ibm.com

**United States Bankruptcy Court**

**Northern District of Indiana**

In Re:   Auburn Foundry, Inc.
         Chapter 11
         Case Number  04-10427

### Notice of Appearance and Request For All Documents

Please take notice that IBM Corporation, a creditor and party-in-interest herein, hereby appears in the Chapter 11 Case, and requests that pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

Dated:       February 24, 2004

                             IBM Corporation

                             By:_____
                             Beverly H. Shideler, BS8399
                             Two Lincoln Centre
                             Oakbrook Terrace, Illinois  60181

To:   Christopher M. DeToro, Clerk of the Court
      1188 Federal Building
      1300 South Harrison Street
      Fort Wayne, Indiana  46801