UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

2004 FEB 27  AM 10: 55

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Macey Swanson and Allman (the "Firm"), by and through the attorney listed below, hereby files its Notice of Appearance as counsel for Glass, Molders, Pottery, Plastics and Allied Workers International Union ("Union"):

>Richard J. Swanson
>MACEY SWANSON AND ALLMAN
>445 N. Pennsylvania Street
>Suite 401
>Indianapolis, IN 46204-1800
>Telephone: (317)637-2345
>Facsimile: (317) 637-2369
>Email: rswanson@maceylaw.com

>Respectfully submitted,
>MACEY SWANSON AND ALLMAN
>
>_____
>Richard J. Swanson, Attorney No. 1605-49
>Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been duly served upon the following counsel of record by United States first class mail, postage prepaid this 24th day of February, 2004:

John R. Burns
111 East Wayne Street
Fort Wayne, IN 46802

Mark Werling
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Nancy J. Gargula
U. S. Trustee
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square
Suite 555
100 East Wayne Street
South Bend, IN 46601

Marlene Reich
Sommer, Barnard and Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802

_____
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345