UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
<u>FORT WAYNE DIVISION</u>

IN RE:                                )
                                      )         CASE NO. 04-10427
AUBURN FOUNDRY, INC. )                          Chapter 11

# **APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, the below-signed, state that I have read the *Standards for Professional Conduct within the Seventh Federal Judicial Circuit* and the local rules of this Court pursuant to N.D. Ind. L.R. 83.5(g) and will faithfully adhere to them in all cases in this Court. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for:  **Shambaugh & Son, L.P.**

| March 1, 2004 | /s/  Stephen L. Fink |
|---|---|
| Date | Signature |

Stephen L. Fink
Printed Name  (sfink@btlaw.com)

BARNES & THORNBURG
600 One Summit Square
Fort Wayne, IN  46802
Telephone:  (260) 423-9440

FWDS01 SLF 180550_1