UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No.: 04-10427 |
| ) | Chapter 11 |
| Debtor. ) | |

**SUPPLEMENTAL AFFIDAVIT OF HENRY A. EFROYMSON IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING THE UNSECURED CREDITORS' COMMITTEE TO EMPLOY ICE MILLER AS COUNSEL**

Henry A. Efroymson, having first been duly sworn, say as follows:

1. I am an attorney, admitted to practice before the United States District Court for the Northern and Southern Districts of Indiana, with the firm of Ice Miller, which maintains an office at One American Square, Box 82001, Indianapolis, Indiana 46282-0002.

2. As disclosed in the *Affidavit of Henry A. Efroymson, Pursuant to Bankruptcy Rule 2014, in Support of Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel*, filed herein on February 25, 2004, Ice Miller has represented and continues to represent Citizens Gas and Coke Utility, an unsecured creditor in this case and member of the Committee, in certain unrelated matters.

3. Upon further investigation and inquiry, Ice Miller has confirmed that it also represents certain additional creditors and parties in interest herein in business transactions, general litigation matters, or other legal matters. The parties with which Ice Miller maintains a current representation include the following:

      (a)    Air Products and Chemicals;

      (b)    Automatic Data Processing;

      (c)    Bank of America;

- 2 -

    (d)    Brehob Electrical Equipment, Inc.;

    (e)    City of Auburn, Indiana;

    (f)    Employer's Security, Inc.;

    (g)    Great Lakes Carbon Corp.;

    (h)    Ingersoll-Rand Co.;

    (i)    Ivy Tech;

    (j)    United Parcel Service; and

    (k)    Weyerhaeuser Co.

4.    Ice Miller's representation of each of the above referenced parties involves matters unrelated to this proceeding. In addition, Ice Miler is not representing any of the above referenced parties in this bankruptcy proceeding and has not represented any of the above referenced parties in the past with respect to matters involving this Debtor.

5.    During the period of its employment as counsel to the Committee, Ice Miller will not hold any interest adverse to the interests represented by the Committee and will not cease to be a disinterested person as defined in 11 U.S.C. § 101. In addition, Ice Miller will further supplement the disclosures made herein in the event relationships with additional parties in interest are discovered.

6.    By reason of the foregoing, I believe that Ice Miller is eligible for employment and retention by the Committee pursuant to Sections 327 (as modified by Section 1107(b)) and 328 of the Bankruptcy Code and the applicable Bankruptcy Rules).

- 3 -

Further Affiant sayeth not.

Date:  March 1, 2004                                              /s/ Henry A. Efroymson
                                                                  Henry A. Efroymson


I AFFIRM, UNDER PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

                                                                  /s/ Henry A. Efroymson
                                                                  Henry A. Efroymson

- 4 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served via electronic mail or U.S. Mail, postage prepaid, on the 1st day of March, 2004, addressed to:

| | |
|---|---|
| Office of the United States Trustee<br>100 E. Wayne Street, Suite 555<br>South Bend, Indiana 46601 | John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802-2603 |
| Grant Shipley<br>230 West Main Street<br>Fort Wayne, Indiana 46802 | Josef S. Athanas<br>Lathan & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, Indiana 46204-5198 | Robert Overman<br>Miller and Company LLC<br>9700 W. Higgins Road, suite 1000<br>Rosemont, Illinois 60018 |
| Michelle Pezanoski<br>Fairmont Minerals<br>P.O. Box 177<br>Wedron, Illinois 60557 | Curt Howard<br>Tim Howard<br>Fir Protection, Inc.<br>750 W. North Street<br>Auburn, Indiana 46706 |
| Randall Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, Illinois 60543 | |

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

- 4 -

INDY 1326758v1