UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc | |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| Debtor(s) | | | |

O R D E R

At Fort Wayne, Indiana, on March 1, 2004.

The Clerk's Office received Objection, in the form of a letter, from Bobcat of Fort Wayne, Inc., on February 27, 2004. The document will be stricken unless, within eight days of this date, it is:

1. refiled <u>through counsel</u> as required by N.D. Ind. L.B.R. B-9010-1(h);

2. <u>served</u> upon the entities required by N.D. Ind. L.B.R. B-9013-2(c); and,

3. accompanied by a proper certificate of service, in accordance with N.D. Ind. L.B.R. B-9013-4.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court