UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | | |

O R D E R

At Fort Wayne, Indiana, on March 1, 2004.

The Clerk's Office received Objection, in the form of a letter, from Bobcat of Fort Wayne, Inc., on February 27, 2004.  The document will be stricken unless, within eight days of this date, it is:

1. refiled <u>through counsel</u> as required by N.D. Ind. L.B.R. B-9010-1(h);

2. <u>served</u> upon the entities required by N.D. Ind. L.B.R. B-9013-2(c); and,

3. accompanied by a proper certificate of service, in accordance with N.D. Ind. L.B.R. B-9013-4.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Mar 01, 2004
Case: 04-10427              Form ID: pdf004        Total Served: 2

The following entities were served by first class mail on Mar 03, 2004.
db         Auburn Foundry, Inc.,  635 W. Eleventh Street,   Auburn, IN  46706
           Bobcat of Fort Wayne, Inc,  3630 Goshen Road,  Fort Wayne, IN  46818

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2004**                    **Signature:**   _Joseph Speetjens_