**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

---------------------------------------------------------- x
                                  |

IN THE MATTER OF                 |

AUBURN FOUNDRY, INC.         |  CASE NO. 04-10427

          Debtor.              |  CHAPTER 11

---------------------------------------------------------- x

## <u>MOTION FOR THE ADMISSION OF COUNSEL PRO HAC VICE</u>

Grant F. Shipley, an attorney and a member of the bar of the United States District Court for the Northern District of Indiana, moves for the admission pro hac vice of Kevin C. May, (the "Admittee") to act as co-counsel for and on behalf of Bank of America, N.A., a secured creditor in the above-captioned case.

An Affidavit for the Admittee accompanies this motion.

Wherefore, Grant F. Shipley prays that Kevin C. May be admitted to practice pro hac vice pursuant to local Bankruptcy Rule B-9010-1, as co-counsel for Bank of America, N.A., a secured creditor in the above-captioned case.

SHIPLEY & ASSOCIATES


/s/     Grant F. Shipley
Grant F. Shipley (126-02)
233 West Baker Street
Fort Wayne, IN 46802-3413
Phone (219) 422-2700
Fax (219) 424-2960
ATTORNEYS FOR BANK OF AMERICA, N.A.

CH\670087.1

## CERTIFICATE OF SERVICE

I certify that on the 5TH day of March, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

John R. Burns                    Henry A. Efroymson
Mark Werling                     Stephen L. Fink
Ellen Triebold                   Marlene Reich


And by depositing same in the United States Mail in envelopes properly addressed and with sufficient first class postage affixed to:

Auburn Foundry, Inc.             Honigman Miller Schwartz & Cohn, LLP
635 W. Eleventh St.              2290 First National Building
Auburn, IN 46706                 660 Woodward Ave.
                                 Detroit, MI 48226
Michael McGauhey, Chairman
Citizens Gas & Coke Utility      Richard J. Swanson
2950 Prospect Street             445 N. Pennsylvania St., Ste. 401
Indianapolis, IN 46203           Indianapolis, IN 46204-1800


    _/s/ Grant F. Shipley_____
    Grant F. Shipley