**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

---------------------------------------------------------- x

IN THE MATTER OF

AUBURN FOUNDRY, INC.          |  CASE NO. 04-10427

Debtor.          |  CHAPTER 11

---------------------------------------------------------- x

### ORDER AUTHORIZING ADMISSION PRO HAC VICE

At Fort Wayne, Indiana, _____ 2004.

On motion of Grant F. Shipley, a member of the bar of the United States District Court for the Northern District of Indiana, moving the admission pro hac vice of Kevin C. May of the firm of Latham & Watkins LLP, 233 South Wacker Dr., Ste. 5800, Chicago, Illinois 60606, and the Court having examined the motion, the accompanying Affidavit of Kevin C. May, and being duly advised in the premises, and being further advised that the fee required by Local Rule B-9010-1(c) has been tendered, it is now therefore

ORDERED that Kevin C. May of the firm of Latham & Watkins LLP, 233 South Wacker Dr., Ste. 5800, Chicago, Illinois 60606 is granted leave to appear pro hac vice as co-counsel for Bank of America, N.A., a secured creditor in the above-captioned case.

SO ORDERED.

_____
United States Bankruptcy Judge

copies to:
Grant F. Shipley, 233 West Baker St., Fort Wayne, IN 46802
U.S. Trustee, One Michiana Sq. 100 East Wayne Street, Room 555, South Bend, IN 46601
John R. Burns, 111 E. Wayne Street, Ste. 800, Fort Wayne, IN 46802

CH\670086.1