UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No.  04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**MOTION FOR LEAVE TO WITHDRAW EMERGENCY MOTION OF BANK OF AMERICA, NATIONAL ASSOCIATION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, FOR CONVERSION TO CHAPTER 7**

Comes now Bank of America, National Association, as agent for the pre-petition secured lenders, Creditors, and move that its Emergency Motion of Bank of America, National Association for Appointment of a Chapter 11 Trustee or, in the Alternative, for Conversion to Chapter 7 filed February 12, 2004 be withdrawn, without prejudice, for reason that negotiations and discussion with other parties in interest in the above-captioned case have disclosed that the motion is perhaps premature and that other avenues for the protection of creditors may be available.

Bank of America, National Association requests that this motion be withdrawn without prejudice for reason that the parties are actively engaged in negotiations.

WHEREFORE, Bank of America, National Association prays that its Emergency Motion of Bank of America, National Association for Appointment of a Chapter 11 Trustee or, in the Alternative, for Conversion to Chapter 7 filed February 12, 2004 be withdrawn without prejudice.

Respectfully submitted,

 /s/ Grant F. Shipley
Grant Shipley
SHIPLEY & ASSOCIATES
233 West Baker Street
Fort Wayne, Indiana  46802
(260) 422-2700

    and

    Josef S. Athanas
    Caroline A. Reckler
    LATHAM & WATKINS, LLP
    233 South Wacker Drive
    Sears Tower, Suite 5800
    Chicago, Illinois 60606
    Telephone: (312) 876-7700
    Facsimile: (312) 993-9767
    Attorneys of Bank of America, N.A. as agent for the
    Pre-Petition Secured Lenders

## CERTIFICATE OF SERVICE

I certify that on the 5TH day of March, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

| | |
|---|---|
| John R. Burns | Henry A. Efroymson |
| Mark Werling | Stephen L. Fink |
| Ellen Triebold | Marlene Reich |

And by depositing same in the United States Mail in envelopes properly addressed and with sufficient first class postage affixed to:

| | |
|---|---|
| Auburn Foundry, Inc.<br>635 W. Eleventh St.<br>Auburn, IN 46706 | Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Ave.<br>Detroit, MI 48226 |
| Michael McGauhey, Chairman<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>445 N. Pennsylvania St., Ste. 401<br>Indianapolis, IN 46204-1800 |

                                                                    */s/ Grant F. Shipley*
                                                                    Grant F. Shipley