UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. 04-10427 |
| AUBURN FOUNDRY, INC., ) | CHAPTER 11 |
| ) | |
| DEBTOR. ) | |

### APPEARANCE OF STEPHEN E. LEWIS OF HALLER & COLVIN, P.C. FOR FOX CONTRACTORS CORP.

**TO THE CLERK OF COURT:**

Please record the appearance of Stephen E. Lewis of Haller & Colvin, P.C. for Fox Contractors Corp. in the above-captioned bankruptcy proceeding.

**Respectfully submitted,**

**HALLER & COLVIN, P.C.**
**ATTORNEYS FOR FOX CONTRACTORS**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**Email: slewis@hallercolvin.com**

**BY: /s/ Stephen E. Lewis**
　　　STEPHEN E. LEWIS
　　　I.D. #8822-02

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Appearance of Stephen E. Lewis of Haller & Colvin, P.C. for Fox Contractors Corp. has been sent by mail, postage prepaid, or electronically by the Court's electronic filing system, this 5th day of March, 2004, to:

>Mark A. Werling, Esq.
>John R. Burns, Esq,
>111 East Wayne Street, Suite 800
>Fort Wayne, Indiana 46802

>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601

>/s/ Stephen E. Lewis
>**STEPHEN E. LEWIS**