**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

  On March 5, 2004, Bank of America, National Association, filed a Motion of Bank of America, N.A., to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §361 and 363(e), asking the court to enter an order pursuant to sections 361 and 363(e) of the Bankruptcy Code requiring the Debtor to provide the Lenders with adequate protection for the diminution in the value of the Fixed Assets. In support of the relief requested, the motion requests that the Debtor-in-Possession be required to provide Bank of America, National Association, as agent for the pre-petition secured lenders, with adequate protection for the diminution for the value of the Debtor's machinery, equipment, parts, inventory and real property pledged to said lenders. The motion suggests the Debtor-in-Possession may provide for such adequate protection through periodic payments, granting additional or replacement liens, or granting such other relief as will result in the realization of the indubitable equivalent of the lender's interest in such property. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

  If you do not want the court to grant the motion, then **March 22, 2004** you or your attorney must:

  1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    1300 South Harrison Street, P.O. Box 2547, Fort Wayne, IN 46801-2547

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

  2.  You must also mail a copy of your objection to:

    Grant F. Shipley, 233 West Baker Street, Fort Wayne, IN 46802-3413
  Ellen L. Triebold, U. S. Trustee's Office, 100 East Wayne Street, Suite 555, South Bend IN 46601
    John R. Burns III, Baker & Daniels, 111 E Wayne, Ste. 800, Fort Wayne, IN 46802

  If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

  Date: <u>March 5, 2004</u>      <u>    /s/ Grant F. Shipley    </u>
                 Grant F. Shipley
                 233 West Baker Street
                 Fort Wayne, IN 46802-34
                 Phone: (260) 422-2700
                 Attorney for Bank of America, N.A.