UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

This will certify that on the 5TH day of March, 2004, a true and complete copy of the attached Notice was deposited in the United States Mail first class postage prepaid and addressed to each of the creditors and parties in interest listed below:

John R. Burns III
Baker & Daniels
Courthouse Box 061

Mark Werling
Baker & Daniels
Courthouse Box 61

Ellen L. Triebold
U. S. Trustee's Office
100 East Wayne Street, Suite 555
South Bend IN 46601

Auburn Foundry, Inc.
635 W. Eleventh St.
Auburn, IN 46706

Michael McGauhey, Chairman
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Henry A. Efroymson
Ice Miller
One American Square, Box 82001
Indianapolis, IN 46282-0002

Stephen L. Fink
Barnes & Thornburg
Courthouse Mail 079

Marlene Reich
Sommer Barnard Ackerson, PC
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226

Richard J. Swanson
445 N. Pennsylvania St., Ste. 401
Indianapolis, IN 46204-1800

_/s/ Grant F. Shipley_
Grant F. Shipley