**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **AUBURN FOUNDRY, INC.,** | ) | No. 04 - 10427 |
| | ) | |
| Debtor. | ) | |

**ORDER**

At Fort Wayne, Indiana, _____, 2004.

THIS MATTER came before the Court on the Motion (the "Motion") of Bank of America, National Association for an Order Requiring the Debtor to Provide Adequate Protection, due notice of the Motion having been served under the circumstances of this case and the relief requested, and the Court being advised in the premises, **IT IS HEREBY ORDERED** that:

1. Bank of America, National Association's Motion is granted.

2. Auburn Foundry, Inc. shall provide Bank of America, N.A., for the benefit of the Lenders, cash payments of $_____ per week.

SO ORDERED.

_____
UNITED STATES BANKRUPTCY JUDGE

1