UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )   CASE NO.  04-10427 |
| | ) |
| DEBTOR | ) |

### O R D E R

At Fort Wayne, Indiana, on March 8, 2004.

The motion to intervene and receive notices filed on behalf of The Glass, Molders, Pottery, Plastics and Allied Workers International Union on February 13, 2004 is DENIED, for the reasons set forth below:

1. As a creditor of the debtor, movant is already a party to this proceeding and neither it nor its counsel needs the court's permission to participate in it or to receive copies of the notices the Bankruptcy Rules already require to be served on all creditors.

2. To the extent that counsel seeks to be included on the matrix of creditors and to receive copies of the various orders and notices that are otherwise served on all creditors and parties in interest, the motion is unnecessary.  Pursuant to N.D. Ind. L.B.R. B-9010-2(d), counsel need only file an appearance to be added to the matrix of creditors.

**3.** To the extent that counsel would like to receive or be served with copies of all documents filed in the case, counsel should register with the court as a user of the court's Electronic Case Filing (ECF) System.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court