UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    04-10427 |
| | ) | CHAPTER    11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | | |

## O R D E R

At Fort Wayne, Indiana, on March 9, 2004.

This matter came before the Court on the motion of Kevin C. May for an order authorizing his appearance for Bank of America National Association, <u>pro hac vice</u> in this cause and the Court finding the same well taken, it is

ORDERED that counsel is hereby authorized to appear in this cause provided, however, that no later than thirty (30) days from this date, counsel shall become a registered ECF user or associate with local counsel who is and, after doing so, all of counsel's filings shall be made electronically through the court's ECF system.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court