UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )   CASE NO.  04-10427 |
| | ) |
| DEBTOR | ) |

## **O R D E R**

At Fort Wayne, Indiana, on March 8, 2004.

The motion to intervene and receive notices filed on behalf of The Glass, Molders, Pottery, Plastics and Allied Workers International Union on February 13, 2004 is DENIED, for the reasons set forth below:

1. As a creditor of the debtor, movant is already a party to this proceeding and neither it nor its counsel needs the court's permission to participate in it or to receive copies of the notices the Bankruptcy Rules already require to be served on all creditors.

2. To the extent that counsel seeks to be included on the matrix of creditors and to receive copies of the various orders and notices that are otherwise served on all creditors and parties in interest, the motion is unnecessary. Pursuant to N.D. Ind. L.B.R. B-9010-2(d), counsel need only file an appearance to be added to the matrix of creditors.

**3.** To the extent that counsel would like to receive or be served with copies of all documents filed in the case, counsel should register with the court as a user of the court's Electronic Case Filing (ECF) System.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Mar 08, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 2

The following entities were served by first class mail on Mar 10, 2004.
db          Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN   46706
aty         Richard J. Swanson,   445 N. Pennsylvania Street,   Suite 401,   Indianapolis, IN   46204-1800

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2004**                          **Signature:**    _Joseph Speetjens_