UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )    Case No. 04-10427 |
| Debtor | )    Chapter 11 |

### APPEARANCE

Comes now W. Erik Weber the of Mefford and Weber, P.C., and enters an appearance on behalf of the Creditor herein, City of Auburn, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

Respectfully submitted,

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
Auburn, IN 46706-1839
PH: 260/925-2300
E-mail: Erik@lawmw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Appearance has been electronically mailed to the U.S. Trustee at ustpregion10.so.ecf@usdoj.gov and deposited in the U.S. mail addressed to Mark Werling, 111 East Wayne Street, Suite 800, Fort Wayne, IN 46802 on this _11th_ day of _March_, 2004.

W. Erik Weber
Attorney No. 20694-02

430.011