UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | CASE NO. | 04-10427 |
| ) | CHAPTER | 11 |
| AUBURN FOUNDRY, INC. ) | REG/mc | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| Debtor(s) | | |

## O R D E R

At Fort Wayne, Indiana, on March 9, 2004.

This matter came before the Court on the motion of Kevin C. May for an order authorizing his appearance for Bank of America National Association, pro hac vice in this cause and the Court finding the same well taken, it is

ORDERED that counsel is hereby authorized to appear in this cause provided, however, that no later than thirty (30) days from this date, counsel shall become a registered ECF user or associate with local counsel who is and, after doing so, all of counsel's filings shall be made electronically through the court's ECF system.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc                 Page 1 of 1               Date Rcvd: Mar 09, 2004
Case: 04-10427                Form ID: pdf004           Total Served: 1

The following entities were served by first class mail on Mar 11, 2004.
db          Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN   46706

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2004**                           **Signature:**     _Joseph Speetjens_