2004 MAR 11  AM 11: 25

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427 |
| | ) | |
| Debtor. | ) | Judge Robert E. Grant |
| | ) | |

NOTICE OF REQUEST ON BEHALF OF
BENDIX COMMERICAL VEHICLE SYSTEMS LLC
FOR SERVICE OF NOTICES AND PAPERS

Please take notice that Bendix Commercial Vehicle Systems LLC ("Bendix"), a party in interest, hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the address, facsimile number or e-mail address indicated:

Lawrence S. Crowther, Esq.
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH  44131
Telephone:  (216) 642-3342
Facsimile:  (216) 642-8826
E-Mail:  lscrowther@wegmanlaw.com

Bendix further hereby requests to be added to the appropriate lists and matrixes in this case care of Lawrence S. Crowther, Esq., at the address listed herein.

L:\DOCS\020201\Auburn\MOT SPD Notice of Request for Service of Notices.doc

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

_____
Lawrence S. Crowther (Ohio Bar Registration No. 0015490)
WEGMAN, HESSLER & VANDERBURG
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131
(216) 642-3342
Attorney for Bendix Commercial Vehicle Systems LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2004, I caused one copy of the foregoing to be served upon the following by first class United States Mail, postage prepaid, unless otherwise indicated.

John R. Burns, Esq.
Mark A. Werling, Esq.
111 East Wayne Street
Fort Wayne, Indiana 46802
Counsel for Debtor

Ellen L. Triebold, Esq.
Office of the United States Trustee
One Michiana Square, Suite 555
South Bend, Indiana 46601

Henry A. Efroymson, Esq.
Ice Miller
One American Square
Box 82001
Indianapolis, Indiana 46282
Counsel for Unsecured Creditors
 Committee

Grant F. Shipley, Esq.
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802
Attorney for Bank of America, N.A.

Josef S. Athanas, Esq.
Carolina A. Reckler, Esq.
Latham & Watkins, LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Attorneys for Bank of America, N.A.

_____
Lawrence S. Crowther (Ohio Bar Registration
 No. 0015490)
WEGMAN, HESSLER & VANDERBURG
Attorney for Bendix Commercial Vehicle Systems LLC

3