IN RE Auburn Foundry, Inc.                                      Case No. 04-10427
                        Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.
    Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.
    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America, Account # 3751512941**<br>**National City Bank, Account #1000643** | | 149,592.07<br>1,950.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prepaid Insurance** | | 113,940.76 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Accounts Receivable** | | 12,304,630.37 |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Prepaid Equipment Leases**<br>**Prepaid Maintenance Contract**<br>**Prepayments to Vendors** | | 3,602.57<br>43,616.75<br>8,517.65 |

SCHEDULE B - PERSONAL PROPERTY

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc.     Case No. 04-10427
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1986 Melroe Bobcat Skid Steer Loader | | 5,000.00 |
| | | 1987 Fruehauf 42' 2-Axle Van Trailer | | 3,500.00 |
| | | 1987 Melroe Bobcat Skid Steer Loader | | 5,500.00 |
| | | 1991 O & K Trojan Articulating Rubber Tired Loader | | 20,000.00 |
| | | 1992 Case Model 850E Crawler Dozer | | 27,500.00 |
| | | 1993 Ford F250 4x4 Pickup Truck | | 7,250.00 |
| | | 1993 Mack model RB690SX 4x2 Truck | | 9,000.00 |
| | | 1995 Ford F450 Super Duty Chassis and Cab Truck | | 6,500.00 |
| | | 1997 Chevrolet 1500 4x2 Pickup Truck | | 6,000.00 |
| | | 1997 Chrysler Concorde LX 4-Door Sedan | | 5,500.00 |
| | | 1997 Pontiac Transport 4x2 Mini Passenger Van | | 5,500.00 |
| | | 1998 Samsung Articulating Rubber Tired Loader | | 35,000.00 |
| | | 2000 International Model 2674SBA 6x4 Truck | | 15,000.00 |
| | | Bobcat C-Series Model 753 Skid Steer Loader | | 8,000.00 |
| | | John Deere Model Gator 4x2 ATV | | 3,000.00 |
| | | Yale 2000 Lb. Capacity Walking Style Fork Lift Truck | | 2,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Data Processing Equipment | | 30,000.00 |
| | | Executive and General Office Furniture and Business Machines | | 47,500.00 |
| | | Laboratory, Office equipment Lot | | 8,000.00 |
| | | Plant #1 Support Equipment and Accessories | | 200,000.00 |
| | | Plant 1, Office Furniture Lot | | 7,500.00 |
| | | Plant 2 Data Processing Equipment | | 12,500.00 |
| | | Plant 2 Office Furnishings and Equipment | | 10,000.00 |
| | | Plant 2 Support Equipment and Accessories | | 40,000.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Equipment used in product manufacturing/handling | | 5,890,250.00 |

SCHEDULE B - PERSONAL PROPERTY

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc.   Case No. 04-10427
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Inventory. | | Castings | | 1,776,379.79 |
| | | Raw Materials | | 652,593.58 |
| | | Spare Parts (for maintenance of equipment) | | 4,557,276.34 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | Unbilled Customer Tooling | | 93,045.00 |
| | | Workmen's Compensation Trust | | 606,947.36 |
| | | | TOTAL | 26,722,592.24 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

__0__ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only