IN RE Auburn Foundry, Inc.        Case No. 04-10427
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**A.F. Europe, Inc.**<br>**635 W. Eleventh Street**<br>**Auburn, IN 46706** | | | 12/13/2001. UCC Filing #200100009757849, Indiana SofS. (William E. Fink, as Agent) All tangible and non-tangible personal property.<br>Mortgage on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **1,000,000.00** |
| Account No.<br>**Anne Meeks Davis Trust**<br>**C/O Old National Trust Company**<br>**Muncie, IN** | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent) All tangible and non-tangible personal property.<br>Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **62,455.05** |
| Account No.<br>**Bank Of America**<br>**231 S. LaSalle Street, 16th Floor**<br>**Chicago, IL 60697** | | | 03/31/00. UCC Filing #2315220, Indiana SofS. (William E. Fink, as Agent) All tangible and non-tangible personal property, together with the Real Estate covered by the Mortgage(s).<br>Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, page 251, and Record 354, page 252. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **13,678,104.27** |
| Account No.<br>**Christy Davis Trust**<br>**C/O Old National Trust Company**<br>**Muncie, IN** | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent) All tangible and non-tangible personal property.<br>Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **47,144.47** |
| Account No.<br>**David B. Fink**<br>**P.O. Box 72**<br>**Auburn, IN 46706** | | | 12/14/2001. UCC Filing #200100009757950, Indiana SofS. (William E. Fink, as Agent) All tangible and non-tangible personal property.<br>Mortgage on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 252. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **887,470.80** |

_5_ Continuation Sheets attached

Subtotal (Total of this page) **15,675,174.59**

(Complete only on last sheet of Schedule D) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc. _____  Case No. 04-10427 _____
                                         Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br> David M. Meeks, Jr. Trust <br> C/O Old National Trust Compan <br> Muncie, IN | | | 12/14/2001.  UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS.  (William E. Fink, as Agent)   All tangible and non-tangible personal property. <br> Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252.  (William E. Fink, as Agent) <br> Value $ 33,171,732.24 | | | | 62,455.05 |
| Account No. <br> DISA Industries, Inc. <br> 80 Kendall POint Drive <br> Oswego, IL  60543 | | | 08/08/2002, UCC Number 200200007153393, Indiana SofS.  (William E. Fink, as Agent) Automatic Core Setter, Left Hand retrofit to Machine Serial #86.2415 <br> Value $ | | | | unknown |
| Account No. <br> GMAC Business Credit, LLC <br> 3000 Town Center, Suite 280 <br> Southfield, MI  48075 | | | 09/11/00.  47.9% of the claim created by UCC Filing #2315220, Indiana SofS, was assigned by Bank of America, NA and accepted by GMAC Business Credit, LLC.   All tangible and non-tangible personal property, together with the Real Estate covered by the | | | | 12,575,454.78 |
| Account No. | | | Mortgage(s). <br> Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252.  (William E. Fink, as Agent) <br> Value $ 33,171,732.24 | | | | |
| Account No. <br> IBM Credit Corporation <br> 1 North Castle Drive <br> Armonk, NY  10504-2575 | | | 11/22/2002.  UCC Filing Number 200200010924393, Indiana SofS.  Equipment and software (all as more fully described on IBM Credit Supplement(s) #127096)  IBM Equipment Type DELL DESKTOP DELL NOTEBOOK/LAPTOP. <br> 02/26/2003.  UCC Filing Number 200300001750422, Indiana SofS.  Equipment and software (all as more fully described on IBM Credit Supplement(s) #156211)  IBM | | | | unknown |
| Account No. | | | Equipment Type DELL DESKTOP <br> 03/28/2003.  UCC Filing Number 200300002857724, Indiana SofS.  Equipment and software (all as more fully described on IBM Credit Supplement(s) #163409)  IBM Equipment Type DELL NOTEBOOK/LAPTOP <br> 04/01/2003.  UCC Filing Number 200300002981196, Indiana SofS.  Equipment and software (all as more fully described on IBM Credit Supplement(s) #165533)  IBM | | | | |
| Account No. | | | Equipment Type DELL DESKTOP <br> 03/28/2003.  UCC Filing Number 200300002857724, Indiana SofS.  Equipment and software (all as more fully described on IBM Credit Supplement(s) #163409)  IBM Equipment Type DELL NOTEBOOK/LAPTOP <br> 04/01/2003.  UCC Filing Number 200300002981196, Indiana <br> Value $ | | | | |

Sheet _____1__ of _____5__ Continuation Sheets attached to Schedule D

Subtotal (Total of this page)  12,637,909.83

(Complete only on last sheet of Schedule D)  TOTAL

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**            Case No. **04-10427**
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**IBM Credit LLC**<br>**1 North Castle Drive**<br>**Armonk, NY 10504-2575** | | | 08/14/2003. UCC Filing Number 200300007470770, Indiana SofS. Equipment and software (all as more fully described on IBM Credit Supplement(s) #193970) IBM Equipment Type DELL DESKTOP DELL NOTEBOOK/LAPTOP | | | | **unknown** | |
| Account No. | | | 09/19/2003. UCC Filing Number 200300008637271, Indiana SofS. Equipment and software (all as more fully described on IBM Credit Supplement(s) #B06681) IBM Equipment Type DELL NOTEBOOK/LAPTOP<br>Value $ | | | | | |
| Account No.<br>**Janet F. Borden**<br>**P.O. Box 770570**<br>**Steamboat Springs, CO 80477** | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property.<br>Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **935,031.32** | |
| Account No.<br>**John A. Fink**<br>**271 N. McClellan Street, #106**<br>**P.O. Box 757**<br>**Auburn, IN 46706** | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing #200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property. Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>7/30/2003. UCC Filing Number 200300007026090, Indiana | | | | **1,976,217.97** | |
| Account No. | | | SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property, together with the real estate covered by the Mortgage.<br>Mortgage on Plant #1 and Plant #2 (See Schedule A) recorded as Document #20308611. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | | |
| Account No.<br>**John A. Urbaska Revocable Trust**<br>**C/O Old National Trust Company**<br>**Muncie, IN** | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property.<br>Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **47,144.47** | |
| Account No.<br>**Katie Urbaska Revocable Trust**<br>**C/O Old National Trust Company**<br>**Muncie, IN** | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property.<br>Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $ **33,171,732.24** | | | | **47,144.47** | |

Sheet ___**2**___ of ___**5**___ Continuation Sheets attached to Schedule D

Subtotal (Total of this page)    **3,005,538.23**

(Complete only on last sheet of Schedule D) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                                                              Case No. **04-10427**
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **Key Equipment Finance** 66 South Pearl Street Albany, NY 12207 | | | 11/08/2002. UCC Filing Number 200200010459437, Indiana SofS. (1) Radiographic System  Value $ | | | | 2,412.00 / 2,412.00 |
| Account No. **KMH Systems, Inc.** 7020 SR 930 East Fort Wayne, IN 46803 | | | 08/20/2001. UCC Filing #200100005301072, Indiana SofS. (2) GLC060TGNUAE084 Yale Forklift Truck, serial numbers E187V16378Y and E187V16327Y  Value $ | | | | unknown |
| Account No. **Maile M. Urbaska Revocable Trust** C/O Old National Trust Company Muncie, IN | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent) All tangible and non-tangible personal property. Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)  Value $ 33,171,732.24 | | | | 62,758.24 |
| Account No. **Malia Davis Megorden Trust** C/O Old National Trust Company Muncie, IN | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent) All tangible and non-tangible personal property. Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)  Value $ 33,171,732.24 | | | | 47,144.47 |
| Account No. **Marlin Leasing Corp.** PO Box 13604 Philadelphia, PA 19101-3604 | | | 11/21/2002. UCC Filing Statement # 200200010872052, Indiana SofS. (1) ISOvolt HS225KV X-Ray system including: (1) 225 KV High Voltage Generator, Serial #22210-38.  Value $ | | | | unknown |
| Account No. **National City Leasing Corp.** 101 South Fifth Street Louisville, KY 40202 | | | 11/14/2001. UCC Filing Number 200100008904973, Indiana SofS. (1) Bridgeport EZ Path II Lathe; (1) Cincinnati Sabre 1250  Value $ | | | | unknown |
| Account No. **NMHG Financial Services Inc.** 44 Old Ridgebury Road Danbury, CT 06810 | | | 12/06/2002. UCC Number 200200011332357, Indiana SofS. 4120494-002  NMHG Cost Center 08A23 12/06/2002. UCC Number 200200011332468, Indiana SofS. 4120494-005  NMHG Cost Center 08A23 12/06/2002  UCC Number 200200011332680, Indiana SofS. 4120494-006  NMHG Cost Center 08A23 12/06/2002  UCC Number 200200011332802, Indiana SofS. 4120494-007  NMHG Cost Center 08A23 12/06/2002  UCC Number 200200011333045, Indiana SofS. 4120494-008  NMHG Cost Center 08A23 | | | | unknown |

Sheet ____**3**____ of ____**5**____ Continuation Sheets attached to Schedule D

Subtotal (Total of this page) **112,314.71**

(Complete only on last sheet of Schedule D) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Auburn Foundry, Inc.                                       Case No. 04-10427
                      Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/06/2002  UCC Number 200200011333267, Indiana SofS. 4120494-009  NMHG Cost Center 08A23<br>09/14/2001  UCC Number 200100006668049, Indiana SofS 4120494-001<br>07/22/2002  UCC Number 2000200006575431, Indiana SofS 4120494-004   NMHGFS Cost Center 08A23<br>07/22/2002  UCC Number 2000200006577140, Indiana SofS 4120494-003   NMHGFS Cost Center 08A | | | | |
| Account No. | | | 12/06/2002  UCC Number 200200011333267, Indiana SofS. 4120494-009  NMHG Cost Center 08A23<br>09/14/2001  UCC Number 200100006668049, Indiana SofS 4120494-001<br>07/22/2002  UCC Number 2000200006575431, Indiana SofS 4120494-004   NMHGFS Cost Center 08A23<br>07/22/2002  UCC Number 2000200006577140, Indiana SofS<br>Value $ | | | | |
| Account No.<br>NMHG Financial Services Inc.<br>44 Old Ridgebury Road<br>Danbury, CT  06810 | | | 03/10/99.  UCC Filing #2244305, Indiana SofS.  (1) New Yale Forklift ERC060 w. 3 batteries and 1 charger.<br><br>Value $ | | | | 0.00 |
| Account No.<br>Rudd Equipment Company<br>P.O. Box 32427<br>Louisville, KY  40232 | | | 11/23/98  UCC Filing #2225462, Indiana SofS. One Volvo A25 Articulated Hauler, serial number A25V5640<br><br>Value $ | | | | unknown |
| Account No.<br>Sheela B. Davis Trust<br>C/O Old National Trust Company<br>Muncie, IN | | | 12/14/2001.  UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property. Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $   33,171,732.24 | | | | 60,484.40 |
| Account No.<br>Timothy S. Borden<br>P.O. Box 770570<br>Steamboat Springs, CO  80477 | | | 12/14/2001.  UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property. Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $   33,171,732.24 | | | | 41,186.77 |
| Account No.<br>Trevor Meeks Agency<br>C/O Old National Trust Company<br>Muncie, IN | | | 12/14/2001.  UCC Filing #200100009757849 and UCC Filing # 200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property. Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent)<br>Value $   33,171,732.24 | | | | 47,144.47 |

Sheet  4  of  5  Continuation Sheets attached to Schedule D

Subtotal (Total of this page)  148,815.64

(Complete only on last sheet of Schedule D)  TOTAL

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE Auburn Foundry, Inc.  
Debtor(s)

Case No. 04-10427

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **William E. Fink** P.O. Box 826 Auburn, IN 46706 | | | 12/14/2001. UCC Filing #200100009757849 and UCC Filing #200100009757950, Indiana SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property. Mortgages on Plant #1 and Plant #2 (See Schedule A) recorded in Record 354, Page 251, and Record 354, Page 252. (William E. Fink, as Agent) | | | | 1,976,217.97 | |
| | | | 7/30/2003. UCC Filing Number 200300007026090, Indiana | | | | | 381,826.73 |
| Account No. | | | SofS. (William E. Fink, as Agent)   All tangible and non-tangible personal property, together with the real estate covered by the Mortgage. Mortgage on Plant #1 and Plant #2 (See Schedule A) recorded as Document #20308611. (William E. Fink, as Agent) Value $ 33,171,732.24 | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  5  of  5  Continuation Sheets attached to Schedule D

Subtotal (Total of this page): **1,976,217.97**

(Complete only on last sheet of Schedule D)  TOTAL: **33,555,970.97**

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only