IN RE <u>Auburn Foundry, Inc.</u>                                                  Case No. <u>04-10427</u>
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **6** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

IN RE Auburn Foundry, Inc. _____  Case No. 04-10427 _____
                          Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **401-K Loan Deductions** | | | | | | | 2,503.75 / 2,503.75 |
| Account No. **Accrued Personal Days** | | | | | | | 35,625.00 / 35,625.00 |
| Account No. **Accrued Vacation Pay** | | | | | | | 370,585.69 / 370,585.69 |
| Account No. **Child Support Withheld** | | | | | | | 16,303.13 / 16,303.13 |
| Account No. **Credit Union Withheld** | | | | | | | 16,084.00 / 16,084.00 |
| Account No. **Deferred Compensation** | | | | | | | 11,538.50 / 11,538.50 |

Sheet _____ **1** of _____ **6** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)   452,640.07

(Complete only on last sheet of Schedule E)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                    Case No. **04-10427**
                                   Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Garnishment Deductions** | | | | | | | 12,884.30<br><br>12,884.30 |
| Account No.<br>**Hourly Employees** | | | **02/07/04 -- Hourly Employee Payroll** | | | | 251,519.97<br><br>251,519.97 |
| Account No.<br>**Long Term Care Withheld** | | | | | | | 150.20<br><br>150.20 |
| Account No.<br>**Salaried Employees** | | | **02/07/04   Payroll of Salaried Employees** | | | | 168,134.32<br><br>168,134.32 |
| Account No.<br>**Union Dues Withheld** | | | | | | | 11,158.90<br><br>11,158.90 |
| Account No.<br> | | | | | | | |

Sheet _____ **2** of _____ **6** Continuation Sheets attached to Schedule E

| | |
|---|---|
| Subtotal (Total of this page) | **443,847.69** |
| (Complete only on last sheet of Schedule E)  **TOTAL** | |

(Report total also on Summary of Schedules)

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                          Case No. **04-10427**
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **401K Withholdings** | | | | | | | 21,069.54 / 21,069.54 |
| Account No. **Accrued Worker's Compensation** | | | | | | | 501,909.61 / 501,909.61 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **3** of _____ **6** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)                **522,979.15**

(Complete only on last sheet of Schedule E)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____    Case No. **04-10427**
_____

Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Personal Property Taxes** | | | | |
| **DeKalb County, Indiana** **DeKalb County Assessor, Court House** **100 South Main Street** **Auburn, IN  46706** | | | | | | | **850,000.00** / **850,000.00** |
| Account No. | | | **State Withholding** | | | | |
| **Indiana Department Of Revenue** **100 North Senate** **Indianapolis, IN  46204-2253** | | | | | | | **104,756.98** / **104,756.98** |
| Account No. | | | | | | | |
| **Indiana Department Of Revenue** **County Tax** **100 North Senate** **Indianapolis, IN  46204-2253** | | | | | | | **36,116.69** / **36,116.69** |
| Account No. | | | **FICA** | | | | |
| **Internal Revenue Service** **230 South Dearborn, Room 2560** **5014 CHI** **Chicago, IL  60604** | | | | | | | **37,905.25** / **37,905.25** |
| Account No. | | | **Medicare Withholding** | | | | |
| **Internal Revenue Service** **230 South Dearborn, Room 2560** **5014 CHI** **Chicago, IL  60604** | | | | | | | **8,892.94** / **8,892.94** |
| Account No. | | | **Federal Withholding** | | | | |
| **Internal Revenue Service** **230 South Dearborn, Room 2560** **5014 CHI** **Chicago, IL  60604** | | | | | | | **73,994.59** / **73,994.59** |

Sheet _____**4** of _____**6** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)    **1,111,666.45**

(Complete only on last sheet of Schedule E)  **TOTAL**    _____

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. | | | FUTA | | | | |
| **Internal Revenue Service** **230 South Dearborn, Room 2560** **5014 CHI** **Chicago, IL  60604** | | | | | | | 4,178.00 |
| | | | | | | | 4,178.00 |
| Account No. | | | | | | | |
| **Michigan Department Of Treasury** **P.O. Box 30059** **Lansing, MI  48909** | | | | | | | 2,424.22 |
| | | | | | | | 2,424.22 |
| Account No. | | | | | | | |
| **Michigan Dept. Of Treasury** **P.O. Box 30059** **Lansing, MI  48909** | | | | | | | 291,250.00 |
| | | | | | | | 291,250.00 |
| Account No. | | | | | | | |
| **Sales Tax** | | | | | | | 1,492.29 |
| | | | | | | | 1,492.29 |
| Account No. | | | | | | | |
| **SUTA** | | | | | | | 21,405.00 |
| | | | | | | | 21,405.00 |
| Account No. | | | School Tax | | | | |
| **Various Ohio Cities** | | | | | | | 620.14 |
| | | | | | | | 620.14 |

Sheet _____**5**_ of _____**6** Continuation Sheets attached to Schedule E

Subtotal
(Total of this page)                **321,369.65**

(Complete only on last sheet of Schedule E)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                    Case No. **04-10427**

Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **Various Ohio Cities** | | | | | | | 5,338.96 / 5,338.96 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **6** of _____ **6** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)    **5,338.96**

(Complete only on last sheet of Schedule E)  **TOTAL**    **2,857,841.97**

(Report total also on Summary of Schedules)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only