IN RE <u>Auburn Foundry, Inc.</u>                                      Case No. <u>04-10427</u>

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**3M Valley**<br>**600 E. Meigs**<br>**Valley, NE  68064-0368** | | | | | | | **155.40** |
| Account No.<br>**A T & T**<br>**P.O. Box 9001309**<br>**Louisville, KY  40290-1309** | | | | | | | **80.74** |
| Account No.<br>**A-1 Janitorial Service**<br>**PO Box 241**<br>**Waterloo, IN  46793** | | | | | | | **23,926.00** |
| Account No.<br>**ABB Metallurgy Inc**<br>**1460 Livingston Ave**<br>**North Brunswick, NJ  08902** | | | | | | | **63,997.89** |
| Account No.<br>**ABF Freight System Inc.**<br>**3320 N. Wells St.**<br>**Fort Wayne, IN  46808** | | | | | | | **115.86** |

<u>    62  </u> Continuation Sheets attached

|  | Subtotal (Total of this page) | **88,275.89** |
|---|---|---|
| Complete only on last sheet of Schedule F) **TOTAL** | | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc. _____ Case No. 04-10427
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Accrued Group Health Claims** | | | | | | | 449,652.00 |
| Account No. **Accrued Personal Days** | | | | | | | 73,471.00 |
| Account No. **Accrued Vacation Pay** | | | | | | | 617,642.81 |
| Account No. **Accrued Worker's Compensation** | | | | | | | 501,909.61 |
| Account No. **Acordia** P.O. Box 885 Ft Wayne, IN 46801-0885 | | | | | | | 5,327.00 |
| Account No. **Addis Inc** 3721 Lee Road Cleveland, OH 44120 | | | | | | | 1,999.51 |
| Account No. **Admetco** 7625 Vicksburg Pike Fort Wayne, IN 46850 | | | | | | | 42,480.00 |

Sheet _____ **1** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | 1,692,481.93

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**            Case No. **04-10427**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Aero-Motive Manufacturing** **5688 East ML Ave** **Kalamazoo, MI 49001** | | | | | | | 1,993.70 |
| Account No. | | | | | | | |
| **Air Products and Chemicals** **PO Box 25745** **Lehigh Valley, PA 18002-5742** | | | | | | | 4,528.90 |
| Account No. | | | | | | | |
| **Air Technics Inc.** **2652 Merrimont Drive** **Troy, OH 45373** | | | | | | | 792.56 |
| Account No. | | | | | | | |
| **Airborne Express** **P.O. Box 91001** **Seattle, WA 98111** | | | | | | | 319.58 |
| Account No. | | | | | | | |
| **Airtech Environmental Services** **601A Country Club Drive** **Bensenville, IL 60106** | | | | | | | 3,250.00 |
| Account No. | | | | | | | |
| **Allen Pattern Works Inc.** **616 East Wallace Street** **P.O. Box 10540** **Fort Wayne, IN 46803** | | | | | | | 3,000.00 |
| Account No. | | | | | | | |
| **Alro Steel Corporation** **PO Box 10360** **Ft Wayne, IN 46851-0360** | | | | | | | 16,100.80 |

Sheet _____**2** of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **29,985.54**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **American Arbitration Association** <br> **13455 Noel Road, Suite 1750** <br> **Dallas, TX  75240** | | | | | | | 175.00 |
| Account No. <br> **American Bio Medica Corporation** <br> **122 Smith Road** <br> **Kinderhook, NY  12106** | | | | | | | 1,005.13 |
| Account No. <br> **American Foundry Society** <br> **Northeast Indiana Chapter** | | | | | | | 140.00 |
| Account No. <br> **American Wire Rope And Sling** <br> **3122 Engle Road** <br> **Fort Wayne, IN  46809** | | | | | | | 7,830.63 |
| Account No. <br> **Ametek Inc.** <br> **900 Greenbank Road** <br> **Wilmington, DE  19808** | | | | | | | 589.39 |
| Account No. <br> **Antibus Scales And Systems** <br> **4809 Illinois Road** <br> **Fort Wayne, IN  46804** | | | | | | | 2,821.85 |
| Account No. <br> **Applied Metals & Machine Works** <br> **1036 St. Marys Avenue** <br> **Fort Wayne, IN  46808** | | | | | | | 3,725.00 |

Sheet _____ **3** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **16,287.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Arab Pest Control** **1130 Pion Rd** **Fort Wayne, IN  46825** | | | | | | | 70.00 |
| Account No. | | | | | | | |
| **Arch Wireless** **ATTN:  Division 19** **11570 Mosteller Road** **Cincinnati, OH  45241** | | | | | | | 214.27 |
| Account No. | | | | | | | |
| **Arrow Fence Company, Inc.** **318 Edgewood Avenue** **Fort Wayne, IN  46805** | | | | | | | 3,950.00 |
| Account No. | | | | | | | |
| **Arrow Services Inc** **4121 Northrup** **Ft Wayne, IN  46805** | | | | | | | 231.00 |
| Account No. | | | | | | | |
| **Ashland Inc.** **Collection Dept.** **P.O. Box 2219** **Columbus, OH  43216** | | | | | | | 140,538.05 |
| Account No. | | | | | | | |
| **Auburn Chrysler, Dodge, & Jeep, Inc.** **507 South Grandstaff Drive** **Auburn, IN  46706** | | | | | | | 935.48 |
| Account No. | | | | | | | |
| **Auburn City Utilities** **PO Box 506** **Auburn, IN  46706** | | | | | | | 2,456,440.86 |

Sheet _____**4** of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **2,602,379.66**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                      Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Auburn Inn** 225 Touring Drive Auburn, IN 46706 | | | | | | | 76.59 |
| Account No. **Austin Petroleum Inc.** 99 E. Joe Street Huntington, IN 46750 | | | | | | | 6,256.80 |
| Account No. **Auto Electric** 709 E Washington Ft Wayne, IN 46802 | | | | | | | 923.01 |
| Account No. **Automatic Data Processing Of Indianapolis Inc** P.O. Box 80419 Indianapolis, IN 46280-0419 | | | | | | | 2,786.02 |
| Account No. **Aztec Millennium Supply, I** 8411 Mayhew Road Fort Wayne, IN 46835 | | | | | | | 347.05 |
| Account No. **B-P Industrial Division** 8432 Central Ave., Suite 3 Sylvania, OH 43560 | | | | | | | 1,458.00 |
| Account No. **Baden, Gage & Schroeder, LLC** 6920 Pointe Inverness Way, Suite 300 Fort Wayne, IN 46804 | | | | | | | 8,425.30 |

Sheet _____ 5 of _____ 62 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)          20,272.77

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                              Case No. **04-10427**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bassett Office Supply Inc** 509 South Main Street Auburn, IN 46706 | | | | | | | 1,258.35 |
| Account No. **Bayard Advertising Agency** 902 Broadway, 10th Floor New York, NY 10010 | | | | | | | 2,622.85 |
| Account No. **BBC Pump And Equipment Co., Inc.** 777 N. Tibbs Avenue PO Box 22098 Indianapolis, IN 46222 | | | | | | | 480.06 |
| Account No. **Beardsley And Piper, LLC** 751 Shoreline Drive Aurora, IL 60504 | | | | | | | 35,899.97 |
| Account No. **Belcon Corp.** P.O. Box 4763 Oak Brook, IL 60522-4763 | | | | | | | 2,153.13 |
| Account No. **BGR Inc** 25703 Springfield Center Road Harlan, IN 46743 | | | | | | | 5,357.43 |
| Account No. **Bisbee Infared Services** 1304 W Michigan Jackson, MI 49204 | | | | | | | 1,200.00 |

Sheet _____**6** of _____**62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  48,971.79

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>  Case No. <u>04-10427</u>

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Bliss Clearing Niagra, Inc.** <br> **683 Northland Avenue** <br> **Buffalo, NY  14211** | | | | | | | 2,845.71 |
| Account No. <br> **Blue Flame Of Waterloo** <br> **P.O. Box 428** <br> **Waterloo, IN  46793** | | | | | | | 3,673.84 |
| Account No. <br> **Bobcat Of Fort Wayne** <br> **3630 Goshen Road** <br> **Fort Wayne, IN  46818** | | | | | | | 2,000.94 |
| Account No. <br> **Bohl Crane Inc** <br> **1930 Lakeview Drive** <br> **Ft Wayne, IN  46808** | | | | | | | 20,240.00 |
| Account No. <br> **Bohren Logistics, Inc.** <br> **325 N. Taylor Road** <br> **Garrett, IN  46738** | | | | | | | 35,412.00 |
| Account No. <br> **Bostwick-Braun Company** <br> **1946 North 13th Street** <br> **Toledo, OH  43624** | | | | | | | 11,872.88 |
| Account No. <br> **BPC - Bell Packaging Corporation** <br> **PO Box 3333** <br> **Marion, IN  46953-0333** | | | | | | | 1,282.50 |

Sheet _____ **7** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) — 77,327.87

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                                    Case No. **04-10427**
                                      Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Brake Materials & Parts Inc** <br> **800 Sherman At Pape** <br> **Fort Wayne, IN  46808** | | | | | | | 1,165.50 |
| Account No. <br> **Bread Basket** <br> **115 North Main Street** <br> **Auburn, IN  46706** | | | | | | | 407.86 |
| Account No. <br> **Brechbuhler Scales** <br> **3306 Cavalier Drive** <br> **Fort Wayne, IN  46808** | | | | | | | 599.00 |
| Account No. <br> **Brehob Electric Equipment Inc.** <br> **P.O. Box 2023** <br> **Indianapolis, IN  46225** | | | | | | | 786.50 |
| Account No. <br> **Brian's Automotive Center** <br> **1110 South Grandstaff Drive** <br> **Auburn, IN  46706** | | | | | | | 263.70 |
| Account No. <br> **Bristal Metal Products, Inc** <br> **3000 Lebanon Church Road** <br> **West Mifflin, PA  15122** | | | | | | | 7,966.25 |
| Account No. <br> **Business Impressions** <br> **509 S Main St** <br> **Auburn, IN  46706** | | | | | | | 801.36 |

Sheet _____ **8** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                11,990.17

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Auburn Foundry, Inc.__ _____ Case No. __04-10427__
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Butler & Butler Construction** 1803 Grandstaff Drive South Auburn, IN 46706 | | | | | | | 612.00 |
| Account No. **C A Picard Surface Engineer** Surface Engineering Division, Inc. 689 Sugar Lane Elyria, OH 44035 | | | | | | | 38,120.51 |
| Account No. **C Miller & Sons Inc** 6707 Gabion Way Ft Wayne, IN 46818 | | | | | | | 17,244.00 |
| Account No. **Calar Inc** 1010 C West Seventh Street Auburn, IN 46706 | | | | | | | 733.59 |
| Account No. **CAMS, Inc.** 495 Village Park Drive Powell, OH 43065 | | | | | | | 1,899.00 |
| Account No. **Camway Transportation Corp** 7846 West Central Avenue Toledo, OH 43617 | | | | | | | 1,602.00 |
| Account No. **Canteen** 2715 American Way Fort Wayne, IN 46809 | | | | | | | 393.35 |

Sheet _____ **9** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **60,604.45**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carolyn D. Honer<br>C/O Keaton And Keaton<br>P.O. Box 11208<br>Fort Wayne, IN 46856-1208** | | | | X | | X | **unknown** |
| Account No.<br><br>**Carpenter Brothers Inc.<br>6120 Norton Center Drive<br>Muskegon, MI 49441** | | | | | | | **2,389.92** |
| Account No.<br><br>**Carper Farm Supply Inc<br>PO Box 159<br>Ashley, IN 46705** | | | | | | | **677.04** |
| Account No.<br><br>**Carrier Vibrating Equipment<br>P.O. Box 37070<br>Louisville, KY 40233-7070** | | | | | | | **2,476.82** |
| Account No.<br><br>**Cascade Pattern Company<br>5191 Ternes Avenue<br>Elyria, OH 44035** | | | | | | | **35,640.00** |
| Account No.<br><br>**CC Metals and Alloys Inc<br>University Corporate Centre<br>300 Corporate Parkway - 216N<br>Amherst, NY 14226** | | | | | | | **16,225.44** |
| Account No.<br><br>**Centennial Wireless<br>421 Fernhill Avenue<br>Fort Wayne, IN 46805** | | | | | | | **2,031.81** |

Sheet _____**10** of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **59,441.03**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc. _____ Case No. 04-10427
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Certanium Alloys & Research 6510 Northpark Blvd. Charlotte, NC 28216 | | | | | | | 347.64 |
| Account No. Certified Reducer Rebuilders 32079 Milton Madison Heights, MI 48071 | | | | | | | 2,553.35 |
| Account No. Ceruti's Catering 615 Professional Way Kendallville, IN 46755 | | | | | | | 135.62 |
| Account No. Charles Fell Address Unknown | | | Workmen's Compensation Claim   07/24/02 | X | X | | unknown |
| Account No. Cincinnati Plus Parts Division 4701 Marburg Avenue Cincinnati, OH 45209 | | | | | | | 531.69 |
| Account No. Citizens Gas & Coke Utilities 2020 North Meridian Street Indianapolis, IN 46202 | | | | | | | 600,254.99 |
| Account No. City Of Auburn % Rebecca Fuller P.O.Box 506 Auburn, IN 46706 | | | | | | | 100.00 |

Sheet ____11___ of _____62 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)     603,923.29

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____    Case No. **04-10427** _____
<br>Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Classic City Automotive Inc**<br>**503 Michigan Avenue**<br>**Auburn, IN  46706** | | | | | | | 2,636.21 |
| Account No.<br>**Clean Conveyor Solutions**<br>**Division of CVP Group, Inc.**<br>**P.O. Box 67**<br>**Willow Springs, IL  60480-0067** | | | | | | | 2,877.83 |
| Account No.<br>**Commissioner Of Labor/IOSHA**<br>**402 W. Washington Street, Rm W-195**<br>**Indianapolis, IN  46204** | | | | X | X | X | 161,875.00 |
| Account No.<br>**Complete Drives Inc**<br>**6419 Discount Drive**<br>**Fort Wayne, IN  46818** | | | | | | | 129,091.93 |
| Account No.<br>**Complete Maintenance & Staffing** | | | | | | | 14,293.76 |
| Account No.<br>**Comtronix Corporation**<br>**2213 East 45th Street**<br>**Indianapolis, IN  46205-2297** | | | | | | | 2,735.96 |
| Account No.<br>**Consolidated Industries**<br>**6228 Holly Oak Drive**<br>**Fort Wayne, IN  46818** | | | | | | | 1,683.00 |

Sheet _____**12**___ of _____**62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **315,193.69**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____ Case No. **04-10427** _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Copper And Brass Sales Inc.** 530 Northfield Drive Brownsburg, IN 46112 | | | | | | | 250.26 |
| Account No. **Core Tech Inc** 6000 Old Maumee Rd Ft Wayne, IN 46803 | | | | | | | 26,174.08 |
| Account No. **Corporate Benefit Strategy** 5181 Plainfield AVE NE, Suite D Grand Rapids, MI 49535 | | | | | | | 2,050.00 |
| Account No. **Cotterman Company** 130 Seltzer Road Croswell, MI 48422 | | | | | | | 58.69 |
| Account No. **Covert Manufacturing Inc.** 328 South East Street Galion, OH 44833 | | | | | | | 307.42 |
| Account No. **Covington Box** 3514 US 6 Waterloo, IN 46793 | | | | | | | 3,990.00 |
| Account No. **Crosible Inc.** P.O. Box 271 Moravia, NY 13118 | | | | | | | 2,349.49 |

Sheet _____ **13** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) — 35,179.94

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Crown Equipment Corporation** 1919 Research Drive Fort Wayne, IN 46808 | | | | | | | 1,420.44 |
| Account No. **Crystal Clean** c/o Petroleum Management 7901 West Morris St. Indianapolis, IN 46231 | | | | | | | 285.15 |
| Account No. **Current Inc** 2120 E. Washington Ft Wayne, IN 46803-1329 | | | | | | | 18,863.44 |
| Account No. **Curtis 1000** PO Box 11271 Ft Wayne, IN 46856 | | | | | | | 1,609.94 |
| Account No. **Custom Engineering & Fabrication** 1631 East Pontiac Street Fort Wayne, IN 46803 | | | | | | | 8,365.00 |
| Account No. **D.A.S. Services, Inc.** 2310 West 175 North Angola, IN 46703 | | | | | | | 24,800.00 |
| Account No. **Damion Cryer** Address Unknown | | | Workmen's Compensation Claim   08/12/03 | | X | X | unknown |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____**14**___ of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    55,343.97

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Daniel T. March**<br>**C/O John C. Grimm**<br>**P.O. Box 31**<br>**Auburn, IN  46706** | | | | X | X | | **unknown** |
| Account No.<br>**Darian Reese**<br>**Address Unknown** | | | **Workmen's Compensation Claim  09/23/03** | X | X | | **0.00** |
| Account No.<br>**Dauber Company Inc**<br>**577 North 18th Road**<br>**Tonica, IL  61370** | | | | | | | **344,483.58** |
| Account No.<br>**David B. Fink**<br>**P.O. Box 72**<br>**Auburn, IN  46706** | | | **12/20/2002.  Unsecured Loan** | | | | **118,973.64** |
| Account No.<br>**David Hunter**<br>**5206 N. Manitou Trail**<br>**Leland, MI  49654** | | | | | | | **496.30** |
| Account No.<br>**David J. Joseph Company**<br>**659 Van Meter Street, Suite 530**<br>**Cincinnati, OH  45202** | | | | | | | **116.17** |
| Account No.<br>**David Weber**<br>**4213 Arkwey Ct**<br>**Fort Wayne, IN  46814** | | | | | | | **234.50** |

Sheet ____<u>15</u>___ of _____<u>62</u> Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)      **464,304.19**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                      Case No. <u>04-10427</u>
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br>**Dayton Freight**<br>**PO Box 340**<br>**Vandalia, OH  45377** | | | | | | | **966.88** |
| Account No. <br>**Deferred Compensation** | | | | | | | **95,065.06** |
| Account No. <br>**DeKalb Co. Nuisance Animal Control**<br>**4107 CR 35**<br>**Auburn, IN  46706** | | | | | | | **315.00** |
| Account No. <br>**DeKalb Engineering**<br>**700 E Quincy Street**<br>**Garrett, IN  46738** | | | | | | | **1,066.50** |
| Account No. <br>**DeKalb Memorial Hospital**<br>**PO Box 542**<br>**Auburn, IN  46706** | | | | | | | **175.50** |
| Account No. <br>**Dell Financial Services**<br>**P.O. Box 99200**<br>**Chicago, IL  60693** | | | | | | | **1,367.71** |
| Account No. <br>**Dell Financial Services, L.P.**<br>**14050 Summit Drive, Bldg. A, Suite 101**<br>**Austin, TX  78758** | | | **06/07/99.  UCC Filing #2261412, Indiana SofS.  Computer equipment and peripherals leased to debtor pursuant to Master Lease Agreement #3301651 dtd 11/19/97.** | | | | **unknown** |

Sheet _____<u>16</u>_____ of _____<u>62</u> Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **98,956.65**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____ Case No. **04-10427**
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Detrick L. Franklin** **C/O Christopher C. Myers** **809 S. Calhoun St., Ste 400** **Fort Wayne, IN  46802** | | | | X | | X | **unknown** |
| Account No. **Diamond Power Specialty Co** **2520 East Main Street** **Lancaster, OH  43130-0787** | | | | | | | **57.81** |
| Account No. **Dick Taylor Consulting** **635 Lane 425** **Jimmerson Lake** **Fremont, IN  46737** | | | | | | | **7,055.45** |
| Account No. **Dictating & Time Systems** **2212 South Calhoun Street** **Fort Wayne, IN  46802** | | | | | | | **601.40** |
| Account No. **Dietert Foundry Testing Inc** **9190 Rose Lawn Ave.** **Detroit, MI  48204** | | | | | | | **1,090.45** |
| Account No. **Digital Communication Prod** **3720 South Calhoun Street** **Ft Wayne, IN  46862-2107** | | | | | | | **3,009.73** |
| Account No. **Digital Reprographics, Inc.** **105 Chambeau Road** **Fort Wayne, IN  46805** | | | | | | | **271.61** |

Sheet _____**17**___ of _____**62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **12,086.45**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____    Case No. **04-10427** _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Disa Goff, Inc.**<br>**P.O. Box 1607**<br>**Seminole, OK 74818** | | | | | | | 1,338.56 |
| Account No.<br>**DISA Industries Inc.**<br>**80 Kendall Point Drive**<br>**Oswego, IL 60543** | | | | | | | 210,642.37 |
| Account No.<br>**Diversified Pattern & Eng**<br>**100 Progress Way**<br>**Avilla, IN 46710-0230** | | | | | | | 61,725.00 |
| Account No.<br>**Doall South Bend Co Inc**<br>**802 S. Beiger St.**<br>**Mishawaka, IN 46544** | | | | | | | 30,614.67 |
| Account No.<br>**Don R Fruchey Inc**<br>**5608 Old Maumee Road**<br>**Ft Wayne, IN 46803** | | | | | | | 65,881.45 |
| Account No.<br>**Dorsch Tool & Eng Co**<br>**3419 Georgetown Rd**<br>**Indianapolis, IN 46224** | | | | | | | 3,302.20 |
| Account No.<br>**DR Lubricants Inc**<br>**4611 Newaygo Road, Suite D**<br>**Ft Wayne, IN 46825** | | | | | | | 12,859.69 |

Sheet _____ **18** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    386,363.94

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____ Case No. **04-10427** _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Duca Manufacturing Inc** **761 Mcclurg Road** **Boardman, OH  44512** | | | | | | | 67,287.00 |
| Account No. **Duffy Office Products** **7712 Lima Road** **Fort Wayne, IN  46818** | | | | | | | 482.58 |
| Account No. **Duraflo Equipment Company, Inc.** **3910-B Culligan Avenue** **Indianapolis, IN  46218** | | | | | | | 2,882.74 |
| Account No. **E-Filliate Inc.** **11321 White Rock Rd** **Rancho Cordova, CA  95742** | | | | | | | 285.36 |
| Account No. **Eagle Fountain Works, Inc.** **8 Winchester Road** **Ormond Beach, FL  32174** | | | | | | | 815.94 |
| Account No. **Eastern Engineering Supply** **2810 North Wheeling** **Muncie, IN  47303** | | | | | | | 118.21 |
| Account No. **Eclectric Company** **18315 Richey Lane** **Huntertown, IN  46748** | | | | | | | 1,451.75 |

Sheet ____ **19** of ____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **73,323.58**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**

Debtor(s)

Case No. **04-10427**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Edglo Laboratories Inc 2121 East Washington Blvd Ft Wayne, IN 46803 | | | | | | | 34,373.00 |
| Account No. EDS PO Box 4582 Postal Station A Toronto, ON M5W 4W4 | | | | | | | 36.70 |
| Account No. Edwards Medical 495 Woodcreek Drive Bolingbrook, IL 60440 | | | | | | | 594.12 |
| Account No. Edwin P And Mary K. Rosebrock C/O Patrick Procter, Eilbacher Scott 110 W. Berry St, Ste 2202 Fort Wayne, IN 46802 | | | | X | X | | unknown |
| Account No. Eirich Machines Inc 4033 Ryan Rd Gurnee, IL 60031 | | | | | | | 38,958.47 |
| Account No. Elhandi Mohamed Address Unknown | | | Workmen's Compensation Claim  02/13/03 | X | X | | unknown |
| Account No. Elkem Metals Inc. P O Box 266 Pittsburgh, PA 15230-0266 | | | | | | | 106,890.00 |

Sheet _____**20** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | **180,852.29**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                    Case No. **04-10427**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Elliott Transport System, Inc.** | | | | | | | 840.48 |
| Account No. <br> **Ely Crane & Hoist** <br> **1247 East 222nd Street** <br> **Euclid, OH  44117** | | | | | | | 9,256.72 |
| Account No. <br> **Emed Company Inc.** <br> **P.O. Box 369** <br> **Buffalo, NY  14240-0369** | | | | | | | 833.81 |
| Account No. <br> **Emergency Radio Service** <br> **4410 Earth Drive** <br> **Fort Wayne, IN  46809** | | | | | | | 14.50 |
| Account No. <br> **Empire Refractory Sales Inc** <br> **3525 Metro Drive** <br> **Fort Wayne, IN  46818** | | | | | | | 21,798.24 |
| Account No. <br> **Employer's Security Inc** <br> **PO Box 1045** <br> **Elkhart, IN  46515** | | | | | | | 51,385.49 |
| Account No. <br> **Enco Mfg Co** <br> **P.O. Box 357** <br> **Farmingdale, NY  11735** | | | | | | | 826.88 |

Sheet _____ **21** of _____ **62** Continuation Sheets attached to Schedule F

| | Subtotal <br> (Total of this page) | 84,956.12 |
|---|---|---|

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Auburn Foundry, Inc.__ _____    Case No. __04-10427__
                       Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Engineered Tooling** P.O. Box 48 Albion, IN 46701 | | | | | | | 3,240.00 |
| Account No. **Enviro Control Metals** 650 Chestnut Street S.W. Grand Rapids, MI 49503 | | | | | | | 88,396.60 |
| Account No. **Epic Machine** 201 Industrial Way Fenton, MI 48430 | | | | | | | 2,380.38 |
| Account No. **Eric Davis** | | | | | | | 225.07 |
| Account No. **Ernst and Young LLP** PO Box 710884 Cincinnati, OH 45271-0884 | | | | | | | 8,722.00 |
| Account No. **Ewald Enterprises Inc** PO Box 80165 Ft Wayne, IN 46898-0165 | | | | | | | 4,718.19 |
| Account No. **Executone Information Systems** ATTN: LCR DEPARTMENT P.O. Box 52843 Phoenix, AZ 85072-2843 | | | | | | | 742.00 |

Sheet ____ __22__ of _____ __62__ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **108,424.24**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc.                                          Case No. 04-10427
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Fairmount Minerals**<br>**P O Box 400**<br>**Bridgeman, MI  49106** | | | | | | | 112,225.69 |
| Account No.<br>**Falcon Foundry Co**<br>**PO Box 301**<br>**Lowellville, OH  44436-0301** | | | | | | | 1,965.00 |
| Account No.<br>**Fargo Wear Inc**<br>**1801 Caniff Avenue**<br>**Detroit, MI  48212-2917** | | | | | | | 955.14 |
| Account No.<br>**Fastenal Company**<br>**923 Cardinal Court**<br>**Auburn, IN  46706** | | | | | | | 143.04 |
| Account No.<br>**Fire Protection Inc**<br>**750 W North St Suite C**<br>**Auburn, IN  46706** | | | | | | | 130,260.71 |
| Account No.<br>**First Insurance Funding Corp.**<br>**450 Skokie Blvd., Ste 1000**<br>**P.O. Box 3306**<br>**Northbrook, IL  60065-3306** | | | | | | | 1,726.35 |
| Account No.<br>**Flex-Pac, Inc.**<br>**7113 South Mayflower Park**<br>**Zionsville, IN  46077** | | | | | | | 7,970.86 |

Sheet _____ 23 of _____ 62 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  255,246.79

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                    Case No. **04-10427**
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Flexible Spending (Withheld)** | | | | | | | 4,212.06 |
| Account No.<br>**FMThur**<br>**8408 Manor Drive**<br>**Fort Wayne, IN  46825** | | | | | | | 1,060.00 |
| Account No.<br>**Foseco Inc**<br>**20200 Sheldon Road**<br>**Brook Park, OH  44142** | | | | | | | 10,631.67 |
| Account No.<br>**Fox Contractors Corp.**<br>**5430 Ferguson Road**<br>**Fort Wayne, IN  46809** | | | | | | | 39,700.00 |
| Account No.<br>**Frank H Gill Company**<br>**P.O. Box 703**<br>**Lansing, IL  60438-0703** | | | | | | | 452.88 |
| Account No.<br>**Franklin Capital Financial Services, LLC**<br>**112 North Grant Street**<br>**North Aurora, IL  60542** | | | | | | | 4,334.00 |
| Account No.<br>**Freeman Mfg & Supply Company**<br>**27655 Groesbeck Hwy**<br>**Roseville, MI  48066** | | | | | | | 1,779.83 |

Sheet _____**24** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **62,170.44**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                    Case No. <u>04-10427</u>
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Friskney Gear & Machine Corp**<br>**350 North Bridge Street**<br>**Corunna, IN  46730** | | | | | | | 1,217.00 |
| Account No.<br>**Ft Wayne Orthopaedics**<br>**P.O. Box 2526**<br>**Fort Wayne, IN  46801** | | | | | | | 730.00 |
| Account No.<br>**Gary G. Schock**<br>**C/O Randal S. Forbes**<br>**P.O. Box 374**<br>**Angola, IN  46703** | | | | X | X | | unknown |
| Account No.<br>**Gary Whonsetler**<br>**Address Unknown** | | | **Workmen's Compensation Claim   04/27/02** | X | X | | unknown |
| Account No.<br>**General Kinematics Corp**<br>**777-T Lake Zurich Road**<br>**Barrington, IL  60010** | | | | | | | 15,546.55 |
| Account No.<br>**George E Booth Company**<br>**8202 W 10th St**<br>**Indianapolis, IN  46214-2432** | | | | | | | 4,524.09 |
| Account No.<br>**Gerald Martin**<br>**C/O Christopher C. Myers**<br>**809 S. Calhouns T., Ste 400**<br>**Fort Wayne, IN  46802** | | | | X | X | | unknown |

Sheet _____ **25** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **22,017.64**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                Case No. <u>04-10427</u>
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GMP Local 322**<br>**C/O Richard J. Swanson**<br>**445 N. Pennsylvania Street, Suite 401**<br>**Indianapolis, IN  46204-1800** | | | | X | X | | **unknown** |
| Account No.<br><br>**Goeglein's**<br>**7311 Maysville Road**<br>**Fort Wayne, IN  46815-8199** | | | | | | | **97.04** |
| Account No.<br><br>**Golden Rule Sanitation, Inc.**<br>**9905 Kress Road**<br>**Roanoke, IN  46783** | | | | | | | **3,858.70** |
| Account No.<br><br>**Grainger Inc**<br>**5002 Speedway Drive**<br>**Ft Wayne, IN  46825** | | | | | | | **2,350.20** |
| Account No.<br><br>**Graycraft Signs Plus Inc.**<br>**434 West 7th Street**<br>**Auburn, IN  46706** | | | | | | | **12.72** |
| Account No.<br><br>**Great Lakes Carbon Corp**<br>**Four Greenspoint Plaza,Suite 2200**<br>**16945 Northchase Drive**<br>**Houston, TX  77060-2133** | | | | | | | **104,733.38** |
| Account No.<br><br>**Groholski Manufacturing So**<br>**PO Box 15742**<br>**Fort Wayne, IN  46885** | | | | | | | **3,079.89** |

Sheet _____**26** of _____**62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)      **114,131.93**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____    Case No. **04-10427** _____
_____ Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H E C O Inc** 3509 S Burdick St Kalamazoo, MI  49001 | | | | | | | 46,477.91 |
| Account No. **H.A. Smolen Company Inc.** PO Box 9055 Highland, IN  46322 | | | | | | | 3,599.21 |
| Account No. **Haney's Glass Of Auburn** 930 West 15th Street Auburn, IN  46706 | | | | | | | 709.78 |
| Account No. **Harbor Metal, Inc** PO Box 644 Benton Harbor, MI  49023 | | | | | | | 68.40 |
| Account No. **Hartley Controls Corp.** 2400 Holly Road Neenah, WI  54956 | | | | | | | 11,232.87 |
| Account No. **Heraeus Electro-Nite Company** One Summit Square 1st Floor Suite 100 Langhorne, PA  19047 | | | | | | | 15,790.89 |
| Account No. **Hi-Vac Corporation** 117 Industry Road Marietta, OH  45750 | | | | | | | 230.60 |

Sheet _____**27**___ of _____**62**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **78,109.66**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____ Case No. **04-10427** _____
_____ Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hickman Williams & Company Commerce Plaza 2015 Spring Road Oak Brook, IL  60521** | | | | | | | 50,225.54 |
| Account No. | | | | | | | |
| **Hill And Griffith Co. 3637 Farnsworth Indianapolis, IN  46241** | | | | | | | 1,457.73 |
| Account No. | | | | | | | |
| **Hipsher Tool & Die, Inc. 1593 S. State Road 115 Wabash, IN  46992** | | | | | | | 1,092.29 |
| Account No. | | | | | | | |
| **Hook Industrial Sales Inc. 2731 Brooklyn Ave. PO Box 9177 Fort Wayne, IN  46899** | | | | | | | 1,238.00 |
| Account No. | | | | | | | |
| **Hoosier Trailer & Truck Eq 4830 Todd Drive Fort Wayne, IN  46803** | | | | | | | 428.04 |
| Account No. | | | | | | | |
| **Hot Crews Inc PO Box 13094 Ft Wayne, IN  46803** | | | | | | | 10,490.50 |
| Account No. | | | | | | | |
| **Hydronic & Steam Equip Co 8950 Bash Street Indianapolis, IN  46256** | | | | | | | 3,833.97 |

Sheet _____ **28** of _____ **62** Continuation Sheets attached to Schedule **F**

Subtotal (Total of this page)  **68,766.07**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
                          Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**IBM Corporation**<br>**2707 Butterfield**<br>**Oak Brook, IL  60521** | | | | | | | 135.00 |
| Account No.<br>**IN Dept. Of Environmental Management**<br>**100 North Senate Avenue**<br>**P.O. Box 6015**<br>**Indianapolis, IN  46204** | | | | X | | | unknown |
| Account No.<br>**IN Dept. Of Environmental Management**<br>**100 North Senate Avenue**<br>**P.O. Box 6015**<br>**Indianapolis, IN  46204** | | | | | | | 5,993.20 |
| Account No.<br>**Indiana Department Of Revenue**<br>**100 North Senate**<br>**Indianapolis, IN  46204-2253** | | | | | | | 10.56 |
| Account No.<br>**Indiana Refractories Inc.**<br>**1624 Simons Street**<br>**Ft. Wayne, IN  46803** | | | | | | | 102,267.65 |
| Account No.<br>**Inductotherm Corp**<br>**10 Indel Ave**<br>**Rancocas, NJ  08073** | | | | | | | 108,648.61 |
| Account No.<br>**Industrial Ceramic Product**<br>**14401 Suntra Way**<br>**Marysville, OH  43040** | | | | | | | 9,090.00 |

Sheet _____ **29** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  226,145.02

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                      Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Industrial Marketing Inc.** <br>**114 W. Toledo Street** <br>**Fremont, IN  46737** | | | | | | | 3,193.94 |
| Account No. <br><br>**Industrial Specialities** <br>**9621 White Hill Drive** <br>**Fort Wayne, IN  46804-5953** | | | | | | | 672.25 |
| Account No. <br><br>**Industrial Tool Service Inc.** <br>**612 Hayden Street** <br>**Fort Wayne, IN  46802** | | | | | | | 56,512.61 |
| Account No. <br><br>**Industrial Tube & Steel Co** <br>**P.O. Box 640137** <br>**Cincinnati, OH  45264-0137** | | | | | | | 7,311.16 |
| Account No. <br><br>**Industron Corporation** <br>**2044 Valleydale Terrace** <br>**Birmingham, AL  35244** | | | | | | | 168.16 |
| Account No. <br><br>**Ingersoll-Rand Co** <br>**Air Compressor Group** <br>**2516-I Industrial Park Drive** <br>**Goshen, IN  46526** | | | | | | | 28,769.35 |
| Account No. <br><br>**Inovis** <br>**ATTN:  BILLING** <br>**2425 N. Central Expressway** <br>**Richardson, TX  75080** | | | | | | | 1,320.00 |

Sheet _____ **30** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)            **97,947.47**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Interlube Corporation <br>4646 Baker Avenue <br>Cincinnati, OH  45212-2594** | | | | | | | 612.00 |
| Account No. <br><br>**Intermec Technology Corp. <br>9290 LeSaint Drive <br>Fairfield, OH  45014-5454** | | | | | | | 5,581.51 |
| Account No. <br><br>**International Quality <br>521 Cleveland <br>Lincoln Park, MI  48146** | | | | | | | 32,006.50 |
| Account No. <br><br>**International Surface Prep <br>1606 Executive Dr <br>Lagrange, GA  30241** | | | | | | | 47,274.10 |
| Account No. <br><br>**Ircon Inc <br>7300 N. Natchez Ave. <br>Niles, IL  60714** | | | | | | | 543.46 |
| Account No. <br><br>**Ivy Tech <br>3800 North Anthony Blvd <br>Fort Wayne, IN  46805** | | | | | | | 3,746.60 |
| Account No. <br><br>**J & K Communications Inc. <br>222 S. Tower View Drive <br>Columbia City, IN  46725** | | | | | | | 3,873.03 |

Sheet _____**31** of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                            93,637.20

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only