IN RE <u>Auburn Foundry, Inc.</u>                                                    Case No. <u>04-10427</u>
                                   Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**J & L Industrial Supply**<br>**PO Box 3359**<br>**Livonia, MI  48151-3359** | | | | | | | **4,560.43** |
| Account No.<br>**J-Lenco Inc**<br>**664 N High Street**<br>**LaRue, OH  43332** | | | | | | | **994.72** |
| Account No.<br>**J/E Bearing and Machine Ltd.**<br>**68 Spruce Street**<br>**Tillsonburg, ON  N4G 4H8** | | | | | | | **21,107.75** |
| Account No.<br>**Jackson-Hirsh Inc**<br>**700 Anthony Trail**<br>**Northbrook, IL  60062-2542** | | | | | | | **76.49** |
| Account No.<br>**Janet F. Borden**<br>**P.O. Box 770570**<br>**Steamboat Springs, CO  80477** | | | **12/20/2002.  Unsecured Loan** | | | | **103,519.04** |
| Account No.<br>**JET Express Inc.**<br>**4518 Webster Street**<br>**Dayton, OH  45414** | | | | | | | **175.00** |
| Account No.<br>**Joe Harmon** | | | | | | | **390.83** |

Sheet _____**32** of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)      **130,824.26**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                                    Case No. <u>04-10427</u>
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**John A. Fink**<br>**271 N. McClellan Street, #106**<br>**P.O. Box 757**<br>**Auburn, IN  46706** | | | **12/20/2002.  Unsecured Loan** | | | | **118,973.64** |
| Account No.<br>**K M H Systems**<br>**7020 State Route 930 East**<br>**Ft Wayne, IN  46803** | | | | | | | **27,158.59** |
| Account No.<br>**Kaltenbach, Inc.**<br>**6775 Inwood Drive**<br>**Columbus, IN  47202** | | | | | | | **45,088.66** |
| Account No.<br>**Kasim Husidic**<br>**Address Unknown** | | | **Workmen's Compensation Claim (1)   10/05/99** | X | X | | **unknown** |
| Account No.<br>**Kasim Husidic**<br>**Address Unknown** | | | **Workmen's Compensation Claim (2)     09/08/00** | X | X | | **unknown** |
| Account No.<br>**Kendall Electric Inc**<br>**131 Grand Trunk Avenue**<br>**Battle Creek, MI  49016** | | | | | | | **67,679.18** |
| Account No.<br>**Kendallville Iron & Metal Inc.**<br>**243 E. Lisbon Road**<br>**PO Box 69**<br>**Kendallville, IN  46755** | | | | | | | **7,376.94** |

Sheet _____**33** of _____**62** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)     **266,277.01**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc. _____ Case No. 04-10427
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Keramida Environmental Inc 330 N College Ave Indianapolis, IN 46202 | | | | | | | 91,053.91 |
| Account No. Kerry L. Flory | | | | | | | 87.75 |
| Account No. Kimberly E. Parker C/O Christopher C. Myers 809 S. Calhoun St., Ste 400 Fort Wayne, IN 46802 | | | | X | | X | unknown |
| Account No. Kone Inc 433 Fernhill Ave Fort Wayne, IN 46805-1039 | | | | | | | 186.06 |
| Account No. Korte Bros Inc 620 W Cook Rd Ft Wayne, IN 46825-3324 | | | | | | | 2,983.42 |
| Account No. Korte Paper Co. 1819 South Calhoun Fort Wayne, IN 46857 | | | | | | | 92.80 |
| Account No. Kroger Food Stores 1001 West Seventh Street Auburn, IN 46706 | | | | | | | 47.17 |

Sheet ____34__ of _____62 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    94,451.11

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                         Case No. <u>04-10427</u>
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Kurt Hollenbeck** | | | | | | | **53.66** |
| Account No.<br>**Kustom Machining Inc.**<br>**P.O. Box 39**<br>**Leo, IN  46765** | | | | | | | **340.00** |
| Account No.<br>**L & D Industries**<br>**201 South Fulton**<br>**Auburn, IN  46706** | | | | | | | **280.00** |
| Account No.<br>**Lab Safety Supply Inc.**<br>**PO Box 1368**<br>**Janesville, WI  53547-1368** | | | | | | | **287.87** |
| Account No.<br>**Larry Armstrong**<br>**Address Unknown** | | | **Workmen's Compensation Claim   09/17/01** | X | X | | **unknown** |
| Account No.<br>**LBH Chemical & Industrial**<br>**PO Box 8460**<br>**Ft Wayne, IN  46808-8460** | | | | | | | **6,071.06** |
| Account No.<br>**LDM, Loading Dock Maintenance**<br>**14819 Mill Road**<br>**Fort Wayne, IN  46816** | | | | | | | **347.62** |

Sheet _____ **35** of _____ **62** Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | **7,380.21** |
|---|---|---|

(Complete only on last sheet of Schedule F)  **TOTAL**  | |
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                        Case No. <u>04-10427</u>
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Leco Corporation** <br> **3000 Lakeview Avenue** <br> **St. Joseph, MI  49085-2396** | | | | | | | 785.50 |
| Account No. <br> **LMI Technologies (USA), Inc** <br> **21455 Suite 22 Melrose Ave** <br> **Southfield, MI  48075** | | | | | | | 11,542.00 |
| Account No. <br> **Lougheed & Associates, Inc.** <br> **1017 S. Hadley Road** <br> **Fort Wayne, IN  46804** | | | | | | | 240.00 |
| Account No. <br> **Louis Padnos Iron & Metal Co.** <br> **P.O. Box 1979** <br> **Holland, MI  49422-1979** | | | | | | | 50,000.00 |
| Account No. <br> **Lyman Steel Co.** <br> **P.O. Box 28340** <br> **Cleveland, OH  44128** | | | | | | | 531.05 |
| Account No. <br> **MacAllister Machinery Co Inc** <br> **2418 Coliseum Blvd W** <br> **Fort Wayne, IN  46808-3648** | | | | | | | 333.75 |
| Account No. <br> **MacDonald Machinery Co Inc.** <br> **3911 Limestone Drive** <br> **Fort Wayne, IN  46809** | | | | | | | 173.75 |

Sheet _____ **36** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                     63,606.05

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                    Case No. **04-10427**
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Magma Foundry Technologies 2340 South Arlington Heights Road Arlington Heig, IL 60005 | | | | | | | 11,410.00 |
| Account No. Magneco/Metrel Inc PO Box 176 Negley, OH 44441 | | | | | | | 32,880.00 |
| Account No. Mail-Well Envelope 4500 Tiedman Road Cleveland, OH 44144 | | | | | | | 8,599.35 |
| Account No. Marjo Plastics 1081 Cherry Street Plymouth, MI 48170 | | | | | | | 7,569.12 |
| Account No. Mark A. Gorney C/O Christopher C. Myers 809 S. Calhoun St., Ste 400 Fort Wayne, IN 46802 | | | | | X | X | unknown |
| Account No. Marlin Leasing Corp. P.O. Box 13604 Philadelphia, PA 19101-3604 | | | | | | | 333.74 |
| Account No. Marposs Corporation 3300 Cross Creek Parkway Auburn Hills, MI 48326 | | | | | | | 2,055.07 |

Sheet ____**37**____ of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                        62,847.28

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>          Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Martin Graphics**<br>**P.O. Box 525**<br>**Auburn, IN 46706** | | | | | | | **140.98** |
| Account No.<br>**Mary K. Rosebrock**<br>**C/O Patrick Procter, Eilbacher Scott**<br>**110 W. Berry St, Ste 2202**<br>**Fort Wayne, IN 46802** | | | **Workmen's Compensation Claim   03/05/01** | | X | X | **unknown** |
| Account No.<br>**Master Gage & Tool Co.**<br>**112 Maplewood Street**<br>**Danville, VA 24540** | | | | | | | **1,960.00** |
| Account No.<br>**Materials Handling Equip C**<br>**7433 US 30 East**<br>**Ft Wayne, IN 46803** | | | | | | | **488.34** |
| Account No.<br>**McLean Midwest Corporation**<br>**11611 Business Park Blvd. N.**<br>**Champlin, MN 55316** | | | | | | | **226.45** |
| Account No.<br>**McMahon Tire**<br>**1712 South Wayne Street**<br>**Auburn, IN 46706** | | | | | | | **48.95** |
| Account No.<br>**McMaster Carr Supply Company**<br>**200 Aurora Industrial Pkwy**<br>**Aurora, OH 44202** | | | | | | | **6,115.70** |

Sheet \_\_\_\_**38** of \_\_\_\_**62** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)     **8,980.42**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                      Case No. **04-10427**
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **McNichols Company** <br> **P.O. Box 30300** <br> **Tampa, FL  33630-3300** | | | | | | | 1,824.80 |
| Account No. <br> **Medical Group Of Fort Wayne** <br> **Billing Office** <br> **P.O. Bxo 2505** <br> **Fort Wayne, IN  46801-2505** | | | | | | | 550.00 |
| Account No. <br> **Mellon Consultants** <br> **Two Pennsylvania Plaza** <br> **New York, NY  10121** | | | | | | | 12,000.00 |
| Account No. <br> **Met-Pak Specialities, Inc.** <br> **2701 S. Coliseum Blvd., Suite 1172** <br> **Fort Wayne, IN  46803** | | | | | | | 11,670.00 |
| Account No. <br> **Metal Management** <br> **4431 West 130th Street** <br> **Cleveland, OH** | | | | | | | 58,227.43 |
| Account No. <br> **Metaltec Steel Abrasive Co** <br> **41155 Joy Road** <br> **Canton, MI  48187** | | | | | | | 95,678.00 |
| Account No. <br> **Meyer Industrial Service** <br> **616 W Maplewood Drive** <br> **Ossian, IN  46777** | | | | | | | 5,200.00 |

Sheet _____**39** of _____**62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)          185,150.23

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                      Case No. <u>04-10427</u>
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Michael Barstow**<br>**Consultant Metallurgist**<br>**1152 Southvale Road**<br>**Pittsburgh, PA  15237-4241** | | | | | | | 4,288.35 |
| Account No.<br>**Michael Polich**<br>**7822 Ladue Court**<br>**Fort Wayne, IN  46804** | | | | | | | 438.83 |
| Account No.<br>**Michiana Door**<br>**PO Box 45**<br>**Stroh, IN  46789-0045** | | | | | | | 10,578.80 |
| Account No.<br>**Mid-State Chemical & Supply Co.**<br>**2100 Greenbrier Lane**<br>**Indianapolis, IN  46218** | | | | | | | 1,930.00 |
| Account No.<br>**Midwest Air Filter, Inc.**<br>**3630 N. Wells Street**<br>**Fort Wayne, IN  46808** | | | | | | | 2,165.85 |
| Account No.<br>**Midwest Instrument Co Inc**<br>**541 Industrial Dr**<br>**Hartland, WI  53029-0080** | | | | | | | 5,716.50 |
| Account No.<br>**Midwest Pipe & Steel Inc**<br>**PO Box 11558**<br>**Fort Wayne, IN  46859** | | | | | | | 7,237.40 |

Sheet _____ **40** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                              32,355.73

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**          Case No. **04-10427**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Miller and Company**<br>**6400 Shafer Court, Suite 500**<br>**Rosemont, IL  60018** | | | | | | | 235,213.80 |
| Account No.<br>**Modern Equipment Company**<br>**336 South Spring Street**<br>**Port Washington, WI  53074** | | | | | | | 3,355.20 |
| Account No.<br>**Monitor Technologies LLC**<br>**Drawer AL-44W320**<br>**Elburn, IL  60119** | | | | | | | 106.39 |
| Account No.<br>**Moore Medical Corporation** | | | | | | | 290.96 |
| Account No.<br>**Motion Industries Inc**<br>**3333 East Washington Blvd.**<br>**Ft Wayne, IN  46862-2149** | | | | | | | 135,653.17 |
| Account No.<br>**MP Steel Indiana, LLC**<br>**PO Box 876**<br>**Kendallville, IN  46755** | | | | | | | 154,743.05 |
| Account No.<br>**MPB Industries**<br>**505 East 31st Street**<br>**Anderson, IN  46016** | | | | | | | 39,558.38 |

Sheet _____ **41** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **568,920.95**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**MSC Industrial Supply Co<br>75 Maxess Road<br>Melville, NY  11747** | | | | | | | 13,769.86 |
| Account No.<br>**MSS Software<br>5 Great Vallen Parkway<br>Malvern, PA  19355** | | | | | | | 873.00 |
| Account No.<br>**Nadapro Inc<br>5020 Nob Road<br>Ft Wayne, IN  46825** | | | | | | | 4,437.37 |
| Account No.<br>**Nancy Morris<br>Address Unknown** | | | **Workmen's Compensation Claim   01/27/00** | X | X | | 0.00 |
| Account No.<br>**National Material Trading<br>1965 Pratt Blvd<br>Elk Grove Village, IL  60007** | | | | | | | 8,267.52 |
| Account No.<br>**National Serv-All** | | | | | | | 23,611.88 |
| Account No.<br>**National Serv-All** | | | | | | | 2,765.40 |

Sheet _____**42** of _____**62** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)   53,725.03

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Ned Donaldson** | | | | | | | 763.87 |
| Account No.<br>**Neff Engineering Co Inc**<br>**7114 Innovation Blvd**<br>**Ft Wayne, IN  46898** | | | | | | | 9,850.44 |
| Account No.<br>**NES Rentals**<br>**8855 Byron Commerce**<br>**Byron Center, MI  49315** | | | | | | | 7,563.31 |
| Account No.<br>**Newark InOne**<br>**4410 Executive Blvd, Suite A**<br>**Ft Wayne, IN  46808** | | | | | | | 4,285.50 |
| Account No.<br>**Newcourt Leasing Corp/CIT** | | | | | | | 150.70 |
| Account No.<br>**Nickie L. Hutcherson** | | | | | | | 73.00 |
| Account No.<br>**NMHG Financial Services Inc**<br>**7020 Hwy 30 East**<br>**Fort Wayne, IN  46803** | | | | | | | 10,192.29 |

Sheet _____ **43** of _____ **62** Continuation Sheets attached to Schedule F

| | Subtotal<br>(Total of this page) | 32,879.11 |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |
| | (Report total also on Summary of Schedules) | |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                Case No. **04-10427**

                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Northern Indiana Trading Company**<br>**P.O. Box 526**<br>**Auburn, IN  46706** | | | | | | | 314,625.12 |
| Account No.<br>**Northstar Imaging, Inc.**<br>**953 Westgate Drive**<br>**St. Paul, MN  55114** | | | | | | | 335.00 |
| Account No.<br>**O C Tanner**<br>**1930 South State Street**<br>**Salt Lake City, UT  84115** | | | | | | | 2,003.74 |
| Account No.<br>**OFC Capital**<br>**Dept GA00010**<br>**PO Box 530101**<br>**Atlanta, GA  30353-0101** | | | | | | | 2,571.00 |
| Account No.<br>**Old Fort Supply Co., Inc.**<br>**Old Fort Way At 2000 Wayne Trace**<br>**Fort Wayne, IN  46803** | | | | | | | 628.40 |
| Account No.<br>**Omega Engineering Inc.**<br>**One Omega Drive**<br>**P.O. Box 4047**<br>**Stamford, CT  06907-0047** | | | | | | | 969.93 |
| Account No.<br>**Omnisource Corp-Tusco**<br>**2453 Hill Avenue**<br>**Toledo, OH  43607** | | | | | | | 2,907,563.68 |

Sheet _____ **44** of _____ **62** Continuation Sheets attached to Schedule F

|  |  |
|---|---|
| Subtotal (Total of this page) | 3,228,696.87 |
| (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                           Case No. <u>04-10427</u>
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Ossola Industrials Inc.**<br>**1740 W. Seventh Street**<br>**Granite City, IL  62040** | | | | | | | **15,518.40** |
| Account No.<br>**Overnight Transportation**<br>**P.O. Bxo 1216**<br>**Richmond, VA  23209-1216** | | | | | | | **72.80** |
| Account No.<br>**Paaso General Equipment**<br>**PO Box 868**<br>**Brighton, MI  48116** | | | | | | | **7,106.89** |
| Account No.<br>**Pangborn Company**<br>**580 Pangborn Blvd.**<br>**Hagerstown, MD  21742-0380** | | | | | | | **27,134.00** |
| Account No.<br>**Parker Glove & Supply, Inc**<br>**East 4th Street**<br>**Avilla, IN  46710** | | | | | | | **2,966.16** |
| Account No.<br>**Parkview Occupational Health** | | | | | | | **28.00** |
| Account No.<br>**Peerless Metals Powders & Abrasives**<br>**P.O. Box 09254**<br>**Detroit, MI  48209** | | | | | | | **1,152.00** |

Sheet _____ **45** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)     **53,978.25**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                        Case No. **04-10427**
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Perfection Servo Hydraulic** 1010 West Republic Drive Addison, IL  60101 | | | | | | | 2,161.09 |
| Account No. **Perkins Septic And Drain Service** 0375 CR 11 Hudson, IN  46747 | | | | | | | 725.00 |
| Account No. **Pflaumer Brothers Inc** 398 Clarksville Road Princeton Jct., NJ  08550 | | | | | | | 2,637.80 |
| Account No. **PHC Industries Inc.** 3115 Pittsburg Street Fort Wayne, IN  46825 | | | | | | | 1,245.00 |
| Account No. **Powered Equipment And Repair** 600 Voorhees PO Box 147 Terre Haute, IN  47808-0147 | | | | | | | 4,328.11 |
| Account No. **Pranger Enterprises Inc** PO Box 366 Ashley, IN  46705 | | | | | | | 23,535.00 |
| Account No. **Precision Calibration Company** 7656 Milliner Court Plainfield, IN  46168 | | | | | | | 1,360.00 |

Sheet _____ **46** of _____ **62** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 35,992.00 |
|---|---|---|

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.** _____ Case No. **04-10427** _____
                      Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Precision Steel Services**<br>**4334 Earth Drive**<br>**Ft. Wayne, IN  46809** | | | | | | | 1,629.26 |
| Account No.<br>**Project Management Services**<br>**P.O. Box 398**<br>**McDonald, OH  44437-0398** | | | | | | | 32,367.50 |
| Account No.<br>**Proxtronics Dosimetry LLC**<br>**7200 Fullerton Road**<br>**Springfield, VA  22150** | | | | | | | 121.42 |
| Account No.<br>**PSA Quality Systems, Inc.**<br>**5615 Enterprise Drive**<br>**Lansing, MI  48911** | | | | | | | 3,002.45 |
| Account No.<br>**PWC Fabrication**<br>**2121 Wayne Haven Avenue**<br>**Fort Wayne, IN  46803** | | | | | | | 2,250.00 |
| Account No.<br>**QHG of Ft Wayne, Inc/Redim**<br>**315 East Cook Road**<br>**Fort Wayne, IN  46825** | | | | | | | 90.50 |
| Account No.<br>**QMS-Customer Service**<br>**300 Galleria Officenter, Suite 110**<br>**Southfield, MI  48034** | | | | | | | 5,659.61 |

Sheet _____**47** of _____**62** Continuation Sheets attached to Schedule F

|  | Subtotal<br>(Total of this page) | 45,120.74 |
|---|---|---|

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                    Case No. <u>04-10427</u>
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Quality Calibration Service** <br> **10205 West Greenfield Avenue** <br> **West Allis, WI  53214** | | | | | | | 82.02 |
| Account No. <br> **R I Lampus Co** <br> **816 Railroad St** <br> **Springdale, PA  15144** | | | | | | | 169,154.16 |
| Account No. <br> **R.S. Corcoran Company** <br> **500 N. Vine Street** <br> **P.O. Box 429** <br> **New Lenox, IL  60451-0429** | | | | | | | 2,758.00 |
| Account No. <br> **RA Mueller Inc.** <br> **11270 Cornell Park Drive** <br> **Cincinnati, OH  45242** | | | | | | | 2,362.07 |
| Account No. <br> **Radio Shack** <br> **1025 W 7th St** <br> **Auburn, IN  46706** | | | | | | | 58.28 |
| Account No. <br> **Rainelli's Bakery** | | | | | | | 37.00 |
| Account No. <br> **Redimed DeKalb, LLC** <br> **AMIC** <br> **500 S. Grandstaff Suite G** <br> **Auburn, IN  46706** | | | | | | | 474.00 |

Sheet _____ **48** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)        174,925.53

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                    Case No. **04-10427**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Refco Inc**<br>**PO Box 12867**<br>**Pittsburgh, PA  15241** | | | | | | | 16,335.13 |
| Account No.<br>**Reilley Trucking**<br>**7431 Bent Willow Drive**<br>**Fort Wayne, IN  46815** | | | | | | | 19,110.00 |
| Account No.<br>**Reliable Corporation**<br>**1001 West Van Buren Street**<br>**Chicago, IL  60607** | | | | | | | 1,164.42 |
| Account No.<br>**Renco Machine Co Inc**<br>**1421 Eastman Ave**<br>**Green Bay, WI  54302** | | | | | | | 29,072.00 |
| Account No.<br>**Reno Refractories, Inc.**<br>**PO Box 201**<br>**Morris, AL  35116** | | | | | | | 10,641.60 |
| Account No.<br>**Richard Squier Pallets Inc**<br>**3992 CR24**<br>**Waterloo, IN  46793** | | | | | | | 79,095.10 |
| Account No.<br>**Ron Uffelman** | | | | | | | 48.75 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ **49** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                            **155,467.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Auburn Foundry, Inc.** _____ Case No. **04-10427**
                         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Ronald Burns** <br> **Address Unknown** | | | **Workmen's Compensation Claim (1)  07/30/01** | X | X | | <br><br>**unknown** |
| Account No. <br> **Ronald Burns** <br> **Address Unknown** | | | **Workmen's Compensation Claim (2)  01/27/02** | X | X | | <br><br>**unknown** |
| Account No. <br> **Ronald J. Osbun** <br> **C/O Christopher C. Myers** <br> **809 S. Calhoun St., Ste 400** <br> **Fort Wayne, IN  46802** | | | | X | X | | <br><br>**unknown** |
| Account No. <br> **Rumford Industrial Group Inc.** <br> **PO Box 752288** <br> **Dayton, OH  45475** | | | | | | | <br><br>**1,086.00** |
| Account No. <br> **Rytec Corporation** <br> **PO Box 403** <br> **Jackson, WI  53037** | | | | | | | <br><br>**663.28** |
| Account No. <br> **S & S Oil Co Inc** <br> **821 Lakeshore Avenue** <br> **Auburn, IN  46706** | | | | | | | <br><br>**17,896.74** |
| Account No. <br> **S & S Tire Co Inc.** <br> **1100 West 7th Street** <br> **Auburn, IN  46706** | | | | | | | <br><br>**153.11** |

Sheet _____ **50** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **19,799.13**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                          Case No. <u>04-10427</u>
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **S D Myers** **180 South Avenue** **Tallmadge, OH 44278** | | | | | | | 860.00 |
| Account No. **Safety - Kleen System, Inc.** **5400 Legacy Drive** **Cluster II, Bldg. 3** **Plano, TX 75024** | | | | | | | 100,623.22 |
| Account No. **Schenkel & Sons Inc** **1120 St Mary's Avenue** **Ft Wayne, IN 46808** | | | | | | | 11,658.91 |
| Account No. **Schust Engineering Inc.** **701 North Street** **Auburn, IN 46706** | | | | | | | 54,833.80 |
| Account No. **Scioto Valley Packaging, LLC** **5151 Reed Road NE, Suite 210A** **Columbus, OH 43220** | | | | | | | 1,550.10 |
| Account No. **Scott Huff** | | | | | | | 13.66 |
| Account No. **Scott Industrial Systems Inc.** **521 N Airport Office Park** **Ft Wayne, IN 46825** | | | | | | | 946.66 |

Sheet _____**51** of _____**62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                    170,486.35

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Auburn Foundry, Inc.                                    Case No. 04-10427
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Scott Stellhorn** | | | | | | | 260.20 |
| Account No.<br>**Security Locknut Inc**<br>9650 West Foster Avenue<br>Chicago, IL 60656 | | | | | | | 933.99 |
| Account No.<br>**Sentinel Fluid Controls**<br>5702 Opportunity Drive<br>Toledo, OH 43612 | | | | | | | 194.51 |
| Account No.<br>**SES LLC Technical Group**<br>PO Box 8413<br>Fort Wayne, IN 46898 | | | | | | | 3,075.00 |
| Account No.<br>**Shambaugh & Sons Inc**<br>PO Box 1287<br>Ft Wayne, IN 46801 | | | | | | | 69,201.16 |
| Account No.<br>**Shelia Gage**<br>Address Unknown | | | **Workmen's Compensation Claim 09/16/99** | X | X | | unknown |
| Account No.<br>**Shells Inc.**<br>502 Old U.S. Hwy 30 East<br>Bourbon, IN 46504 | | | | | | | 3,994.60 |

Sheet ___52___ of ___62___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  77,659.46

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Auburn Foundry, Inc.**                                                      Case No. **04-10427**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sherry Laboratories**<br>**2203 South Madison**<br>**Muncie, IN  47307** | | | | | | | 5,302.50 |
| Account No.<br>**Signature Embroidery, Inc.**<br>**7720 E 300 N**<br>**Mongo, IN  46771** | | | | | | | 45.05 |
| Account No.<br>**Simplicity Engineering Inc.**<br>**212 S. Oak**<br>**Durand, MI  48429-0257** | | | | | | | 2,017.86 |
| Account No.<br>**Spectro Analytical Instruments, Inc.**<br>**160 Authority Drive**<br>**Fitchburg, MA  01420** | | | | | | | 1,668.79 |
| Account No.<br>**Spectrum Engineering Corp**<br>**5524 North County Line Road**<br>**Auburn, IN  46706-9302** | | | | | | | 8,671.50 |
| Account No.<br>**Spraying Systems Company**<br>**c/o Harriman Ave**<br>**P.O. Box 348**<br>**Auburn, IN  46706** | | | | | | | 982.69 |
| Account No.<br>**Sprinkling Can**<br>**233 South Main Street**<br>**Auburn, IN  46706** | | | | | | | 317.66 |

Sheet _____**53** of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **19,006.05**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                              Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Staclean Diffuser Company**<br>**PO Box 1147**<br>**Salisbury, NC  28144** | | | | | | | 1,030.23 |
| Account No.<br>**Staffing Partners, Inc.** | | | | | | | 222.90 |
| Account No.<br>**STAG Iron And Metal Corp**<br>**7820 West 60th Place**<br>**Summit, IL  60501** | | | | | | | 36,100.37 |
| Account No.<br>**States Engineering Corp**<br>**10216 Airport Drive**<br>**Fort Wayne, IN  46819** | | | | | | | 845.00 |
| Account No.<br>**Stericycle Inc**<br>**1301 E Alexis Road**<br>**Toledo, OH  43612** | | | | | | | 190.76 |
| Account No.<br>**Steve McCreery** | | | | | | | 183.70 |
| Account No.<br>**Stewart Arnold**<br>**Address Unknown** | | | **Workmen's Compensation Claim   10/07/02** | X | X | | unknown |

Sheet \_\_\_\_**54**\_\_\_ of \_\_\_\_\_**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          38,572.96

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Struers Inc** <br> **24766 Detroit Road** <br> **WestLake, OH  44145** | | | | | | | 5,292.80 |
| Account No. <br> **Sturgis Iron & Metal** <br> **70675 Centerville Road** <br> **Sturgis, MI  49091-0579** | | | | | | | 64,006.49 |
| Account No. <br> **Superior Business Solution** <br> **PO Box 8040** <br> **Ft Wayne, IN  46898-8040** | | | | | | | 4,506.22 |
| Account No. <br> **System Clean Inc.** <br> **50602 North Michigan Road** <br> **South Bend, IN  46637-1532** | | | | | | | 938.21 |
| Account No. <br> **T & L Sharpening Inc** <br> **2663 S Freeman Road** <br> **Monticello, IN  47960** | | | | | | | 9,124.56 |
| Account No. <br> **T & M Equipment Co Inc** <br> **2880 East 83rd Place** <br> **Merrillville, IN  46410** | | | | | | | 40,357.57 |
| Account No. <br> **T.T.G. Pattern** <br> **5443 Keystone Drive** <br> **Fort Wayne, IN  46825** | | | | | | | 10,100.00 |

Sheet _____ **55** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **134,325.85**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                         Case No. **04-10427**
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Taylor Rental Auburn**<br>**2224 State Road 8 West**<br>**Auburn, IN  46706** | | | | | | | 5,400.00 |
| Account No.<br>**Tec-Hackett, Inc.**<br>**P.O. Box 8830**<br>**Fort Wayne, IN  46898-8830** | | | | | | | 785.63 |
| Account No.<br>**Telemotive Industrial Controls**<br>**175 Wall Street**<br>**Glendale Heights, IL  60139-1985** | | | | | | | 1,393.54 |
| Account No.<br>**The New Keibler Thompson Co.**<br>**Route 66 RR #27, Box 264A**<br>**Export, PA  15632** | | | | | | | 2,950.00 |
| Account No.<br>**Thomas E. Keller Trucking Inc.**<br>**1160 Carpenter Road**<br>**Defiance, OH  43512** | | | | | | | 1,133.09 |
| Account No.<br>**Three Star Electric**<br>**5640b Twin Branch Drive**<br>**P.O. Box 1088**<br>**Mishawaka, IN  46546** | | | | | | | 495.00 |
| Account No.<br>**Time Industrial Inc**<br>**6422 Lima Road**<br>**Fort Wayne, IN  46818** | | | | | | | 39,294.52 |

Sheet _____**56**__ of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **51,451.78**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                                    Case No. **04-10427**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Timothy S. Borden**<br>**P.O. Box 770570**<br>**Steamboat Springs, CO  80477** | | | **12/20/2002.  Unsecured Loan** | | | | **4,560.04** |
| Account No.<br>**Tooling & Equipment International**<br>**12550 Tech Center Drive**<br>**Livonia, MI  48150-2193** | | | | | | | **776.49** |
| Account No.<br>**TPC Wire & Cable**<br>**7061 East Pleasant Valley Road**<br>**Independence, OH  44131** | | | | | | | **1,524.26** |
| Account No.<br>**Trane Company**<br>**Rohan Trane Service Agency, Inc.**<br>**6602 Innovation Blvd.**<br>**Fort Wayne, IN  46818-1389** | | | | | | | **7,856.05** |
| Account No.<br>**Tri State Compressed Air Systems, Inc.**<br>**1608 Eishenhower Drive South**<br>**Goshen, IN  46526-5360** | | | | | | | **5,854.55** |
| Account No.<br>**Tri-State Instrument Service**<br>**3024 Wayne Trace**<br>**P.O. Box 6068**<br>**Fort Wayne, IN  46896** | | | | | | | **333.80** |
| Account No.<br>**Trojan Heat Treat**<br>**809 S. Byron St**<br>**Homer, MI  49245** | | | | | | | **5,013.74** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____**57** of _____**62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                    **25,918.93**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Auburn Foundry, Inc.** _____ Case No. **04-10427** _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Uniform Deduction (Withheld)** | | | | | | | 4,461.79 |
| Account No.<br>**UNIMIN Corporation**<br>**809 Myers Road**<br>**Archbold, OH  43502** | | | | | | | 399,157.35 |
| Account No.<br>**United Parcel Service**<br>**P.O. Box 505820**<br>**The Lakes, NV  88905-5820** | | | | | | | 335.74 |
| Account No.<br>**United Way (Withheld)** | | | | | | | 1,798.58 |
| Account No.<br>**Universal Am-Can Ltd**<br>**PO Box 80**<br>**Warren, MI  48090** | | | | | | | 3,239.50 |
| Account No.<br>**US Cargo Management Inc.**<br>**Philadelphia International Airport**<br>**P.O. Box 277**<br>**Essington, PA  19029** | | | | | | | 1,170.50 |
| Account No.<br>**US Inspection Services**<br>**705 Albany Street**<br>**Dayton, OH  45408** | | | | | | | 4,447.59 |

Sheet ____**58**____ of ____**62**____ Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)    <b>414,611.05</b>

(Complete only on last sheet of Schedule F)  <b>TOTAL</b>

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                      Case No. **04-10427**
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Pattern Company Inc**<br>**PO Box 220**<br>**Richmond, MI  48062** | | | | | | | 4,220.00 |
| Account No.<br><br>**USF Holland, Inc.**<br>**750 East 40th Street**<br>**Holland, MI  49423** | | | | | | | 220.96 |
| Account No.<br><br>**Van Dyne Crotty, Inc.**<br>**3115 Independence Drive**<br>**Fort Wayne, IN  46808** | | | | | | | 499.62 |
| Account No.<br><br>**Vericore** | | | | | | | 10,249.75 |
| Account No.<br><br>**Vesuvius USA Corp.**<br>**661 Willet Road**<br>**Buffalo, NY  14218** | | | | | | | 24,103.39 |
| Account No.<br><br>**Vibes Technologies Inc.**<br>**7125 Northland Terrace North, Suite 400**<br>**Brooklyn Park, MN  55428** | | | | | | | 65.00 |
| Account No.<br><br>**Vomac Truck Sales & Service**<br>**5810 Moeller Road**<br>**Fort Wayne, IN  46806** | | | | | | | 79.02 |

Sheet ____**59**____ of ____**62**____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **39,437.74**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Auburn Foundry, Inc.**                                                    Case No. **04-10427**
<br>Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **VWR International, Inc.** <br> **PO Box 66929, O'Hare AMF** <br> **Chicago, IL  60666** | | | | | | | 204.61 |
| Account No. <br> **Walman Optical Co** <br> **PO Box 9440** <br> **Minneapolis, MN  55440** | | | | | | | 2,084.00 |
| Account No. <br> **Warsaw Engineering & Fabricating** <br> **2780 E. Durbin Street** <br> **Warsaw, IN  46581-1043** | | | | | | | 52,236.00 |
| Account No. <br> **Water Sciences** <br> **PO Box 15489** <br> **Ft Wayne, IN  46885** | | | | | | | 13,405.56 |
| Account No. <br> **Wayne Fasteners Inc** <br> **2725 Independence Drive** <br> **Ft Wayne, IN  46808** | | | | | | | 8,629.68 |
| Account No. <br> **Wayne Pipe & Supply Inc** <br> **1815 South Anthony Blvd** <br> **Ft Wayne, IN  46803** | | | | | | | 9,409.15 |
| Account No. <br> **Welder Services Inc** <br> **1725 Edsall Avenue** <br> **Ft Wayne, IN  46896** | | | | | | | 21,194.18 |

Sheet _____**60** of _____**62** Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)          107,163.18

(Complete only on last sheet of Schedule F)  **TOTAL**
<br>(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                                    Case No. <u>04-10427</u>
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Westport Hardness & Gaging**<br>**510 Montauk Hwy**<br>**West Islip, NY 11795** | | | | | | | 794.17 |
| Account No.<br>**Weyerhaeuser Co.**<br>**2626 CR 71**<br>**Butler, IN 46721** | | | | | | | 5,427.20 |
| Account No.<br>**Wheelabrator Abrasives Inc**<br>**1 Abrasive Ave**<br>**Bedford, VA 24523** | | | | | | | 80,694.00 |
| Account No.<br>**Wheelabrator Air Pollution**<br>**441 Smithfield**<br>**Pittsburgh, PA 15222** | | | | | | | 146.32 |
| Account No.<br>**Wheelabrator Canada Inc.**<br>**401 Wheelabrator Way**<br>**Milton, Ontario, L9T487** | | | | | | | 1,741.20 |
| Account No.<br>**Wiese Planning & Eng., Inc.**<br>**2725 Independence Drive**<br>**Fort Wayne, IN 46808** | | | | | | | 2,350.00 |
| Account No.<br>**William C Weber & Assoc In**<br>**Constitution Hill Office Park**<br>**6201 Constitution Drive**<br>**Ft Wayne, IN 46804** | | | | | | | 11,067.56 |

Sheet _____ **61** of _____ **62** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    102,220.45

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Auburn Foundry, Inc.</u>                                    Case No. <u>04-10427</u>
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **William E. Fink** <br> **P.O. Box 826** <br> **Auburn, IN  46706** | | | **12/20/2002.  Unsecured Loan** | | | | **118,973.64** |
| Account No. <br> **William Walsh** <br> **Address Unknown** | | | **Workmen's Compensation Claim   05/12/00** | | X | X | **unknown** |
| Account No. <br> **Wise International Ideal Lease** <br> **2807 Goshen Road** <br> **Fort Wayne, IN  46808** | | | | | | | **242.90** |
| Account No. <br> **XRI Testing** <br> **8327 Reliable Parkway** <br> **Chicago, IL  60686-0083** | | | | | | | **380.00** |
| Account No. <br> **XRI Testing - Troy** <br> **MobileX, LLC** <br> **1961 Thunderbird** <br> **Troy, MI  48084** | | | | | | | **161,858.70** |
| Account No. <br> **Yaskawa Electric** <br> **1067 Johnson Drive** <br> **Buffalo Grove, IL  60089** | | | | | | | **1,767.92** |
| Account No. | | | | | | | |

Sheet _____ **62** of _____ **62** Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | **283,223.16** |
|---|---|---|
| (Complete only on last sheet of Schedule F) | **TOTAL** | **14,830,552.54** |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only