IN RE Auburn Foundry, Inc.                                              Case No. 04-10427
                          Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Copelco Capital, Inc.<br>P.O. Box 728<br>Park Ridge, NJ 07656 | Equipment Lease |
| IBM Credit Corporation<br>1 North Castle Drive<br>Armonk, NY 10504-2575 | Equipment Lease |
| IBM Credit LLC<br>1 North Castle Drive<br>Armonk, NY 10504-2575 | Equipment Lease |
| Key Equipment Finance<br>66 South Pearl Street<br>Albany, NY 12207 | Equipment Lease |
| Marlin Leasing Corp.<br>124 Gaither Drive Suite 170<br>Mount Laurel, NJ 08054 | Equipment Lease |
| National City Leasing Corp.<br>101 South Fifth Street<br>Louisville, KY 40202 | Equipment Lease |
| NMHG Financial Services Inc.<br>44 Old Ridgebury Road<br>Danbury, CT 06810 | Equipment Lease |
| Rudd Equipment Company<br>P.O. Box 32427<br>Louisville, KY 40232 | Equipment Lease |
| Dell Financial Services, L.P.<br>14050 Summit Drive, Bldg. A, Suite 101<br>Austin, TX 78758 | Equipment Lease |
| KMH Systems, Inc.<br>7020 SR 930 East<br>Fort Wayne, IN 46803 | Equipment Lease |
| ALFA Financial Corporation<br>56 Colonial Park Drive Suite 200<br>Roswell, GA 30075 | Equipment Lease |
| Bobcat Financial Services<br>8001 Ridgepoint Drive<br>Irving, TX 75063 | Equipment Lease |
| DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 | Equipment Lease |
| Garrett Warehouse<br>301 N. Taylor Road<br>Garrett, IN | Storage Facility |
| Bohren-Mercer Warehouse And Distribution<br>325 N. Taylor Rd<br>Garrett, IN 46738 | Warehouse Facility |

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only