## United States Bankruptcy Court
## Northern District of Indiana

IN RE:                                                                    Case No. **04-10427**

**Auburn Foundry, Inc.** _____    Chapter **11** _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| 245,814,763.00 | **Operation of the Debtor's Business** | |
| | **Calendar Year Ending 12/31/2002** | 125,898,111.00 |
| | **Calendar Year Ending 12/31/2003** | 110,868,546.00 |
| | **Year to date of filing 2004** | 9,048,106.00 |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 6,500.00 | **Rental Income from Property at 1506 West Auburn Drive  (02/01/02 - 01/31/04)** |
| 10,800.00 | **Rental Income from Property at 1510 West Auburn Drive  (02/01/02 - 01/31/04)** |
| 11,751.00 | **Rental Income from Property at 1518 West Auburn Drive  (02/01/02 - 01/31/04)** |
| 9,000.00 | **Rental Income from Property at 1522 West Auburn Drive  (02/01/02 - 01/31/04)** |
| 12,600.00 | **Rental Income from Property at 1912 Diehl Drive  (02/01/02 - 01/31/04)** |
| 10,274.00 | **Rental Income from Property at 5074 County Road 23  (02/01/02 - 01/31/04)** |
| 699.16 | **Rental Income from Property at 1514 West Auburn Drive (02/01/02 - 03/31/02)  Property burned down in 04 /02.** |
| 99,634.00 | **Insurance Settlement on North Ajax** |
| 33,000.00 | **Insurance settlement on fire damage to rental property** |
| 351,302.00 | **Insurance settlement on North Ajax explosion** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

95,000.00  Sale of Muller equipment

**3. Payments to creditors**

None ☐  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED EXHIBIT 3a | | 0.00 | 0.00 |

None ☐  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Eleventh Street Capital, LLC<br>635 West Eleventh Street<br>Auburn, IN  46706 | 8/1/03<br>9/1/03<br>10/1/03 | 75,000.00 | 0.00 |
| Interest on loan of $2,000,000, dated July 1, 2003 | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Detrick L. Franklin and Khela J. Franklin v. Auburn Foundry<br>1:02CV106 | Employment Discrimination | U.S. District Court<br>Fort Wayne, Indiana | Pending as to Detrick Franklin, dismissed as to Khela |
| Gary G. Schock v. Auburn Foundry, Inc.<br>1:01CV0335 | Employment Discrimination | U.S. District Court<br>Fort Wayne, Indiana | Pending |
| Carolyn D. Honer v. Auburn Foundry, Inc.<br>1:03CV032 | Employment Discrimination | U.S. District Court<br>Fort Wayne, Indiana | Pending |
| Daniel T. March v. Steven Mark Smith, Donald McKean III, Auburn Foundry, Inc., Glass, Molders, Pottery, Plastics and Allied Workers International Union and Glass, Molders, Pottery, Plastics and Allied Workers International Union (GMP) Local 322<br>17C01-0109-CV-018 | Tort/Breach of Contract Claim | DeKalb Circuit Court<br>Auburn, Indiana | Pending |
| Kasim Husidic v. Auburn Foundry, Inc.<br>1:02CV0191 | Employment Discrimination | U.S. District Court<br>Fort Wayne, Indiana | Settled |
| Ronald J. Osbun v. Auburn Foundry, Inc.<br>1:03CV063 | ERISA Claim for Benefits | U.S. District Court<br>Fort Wayne, Indiana | Pending |
| IDEM Notice of Violation<br>(May 21, 2001) | Administrative Proceeding | IDEM<br>Indianapolis, Indiana | Pending |
| IDEM Notice of Violation<br>(May 23, 2001) | Admininstrative Proceeding | IDEM<br>Indianapolis, IN | Pending |
| IDEM Notice of Violation<br>(October 31, 2001) | Administrative Proceeding | IDEM<br>Indianapolis, IN | Pending |
| IDEM Notice of Violation<br>(December 13, 2001) | Administrative Proceeding | IDEM<br>Indianapolis, IN | Pending |
| Edwin P. Rosebrock and Mary K. | Hybrid § 301 breach of duty of | U.S. District Court | Pending |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Rosebrock v. Auburn Foundry, Inc. and Glass, Molders, Pottery, Plastics & Allied Workers Union, Local 322, and Matthey McCarty, President of Local 322 1:03CV0337 | fair representation/breach of labor agreement | Fort Wayne, Indiana | |
| Commissioner of Labor/IOSHA v. Auburn Foundry, Inc., IOSHA Docket Numbers 97-118, 97-140, 98-23, 98-34, 98-90, 98-153, 99-12, 99-16, 99-54, 99-67, 99-69, and 99-105 | Administrative Proceeding | IOSHA Indianapolis, IN | Pending |
| Adam S. Moussa v. Auburn Foundry, Inc. 1:03CV0297 | Employment Discrimination | U.S. District Court Fort Wayne, Indiana | Settled |
| Detrick L. Franklin EEO #24DA300290 | Administrative Proceeding | EEOC | Pending |
| Michael McCoy EEO #24D200300359 | Administrative Proceeding | EEOC | Dismissed with right to sue |
| Kim Parker EEO #240200303541 | Administrative Proceeding | EEOC | Dismissed with right to sue |
| Gerald Martin EEO #240A301353 | Administrative Proceeding | EEOC | Dismissed with right to sue |
| Phobsouk Mahachanh EEO #24DA300254 | Administrative Proceeding | EEOC | Settled -- Voluntary withdrawal of charges |
| Carolyn Honer EEO #24DA200415 | Administrative Proceeding | EEOC | Dismissed |
| Patricia Jemison EEO #24DA200495 | Administrative Proceeding | EEOC | Dismissed |
| Wilfred E. Banks EEO #24DA300054 | Administrative Proceeding | EEOC | Dismissed |
| Mary Rosebrock EEO #240A301031 | Administrative Proceeding | EEOC | Dismissed |
| John F. Peters EEO #240A301631 | Administrative Proceeding | EEOC | Dismissed |
| Brian Pifer AAA #523000034002 | Arbitration | Collective Bargaining Agreement | Closed |
| John Peters AAA #523000017803 | Arbitration | Collective Bargaining Agreement | Closed |
| Harvey Thompson | Arbitration | Collective Bargaining Agreement | Settled |
| Charles Gingery | Arbitration | Collective Bargaining Agreement | Closed |
| John Michel | Arbitration | Collective Bargaining Agreement | Settled |
| Frank Burden | Arbitration | Collective Bargaining Agreement | Settled |
| Theodore Bowser | Arbitration | Collective Bargaining Agreement | Settled |
| Khela J. Franklin | Arbitration | Collective Bargaining Agreement | Closed |
| GMP Local 322 No. 25CA28871 | Unfair Labor Practice Charge | NLRB | Deferred to arbitration |
| Gorney v. Auburn Foundry Inc. 1:03-cv-387 | FMLA | U.S. District Court Fort Wayne, IN | Pending |
| Parker v. Auburn Foundry Inc. 1:04-cv-00003 | Employment Discrimination | U.S. District Court Fort Wayne, IN | Pending |
| Martin v. Auburn Foundry Inc. 1:03-cv-400 | Americans with Disabilities Act | U.s. District Court Fort Wayne, Indiana | Pending |
| GMP Local 322 | Arbitration | Retiree Benefit grievance | Pending |
| Darian Reese | Administrative Proceeding | Workmen's Compensation | Pending |
| Charles Fell | Administrative Proceeding | Workmen's Compensation | Pending |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Camion Cryer | Administrative Proceeding | Workmen's Compensation | Pending |
| Gary Whonsetler | Administrative Proceeding | Workmen's Compensation | Pending |
| Shelia Gage | Administrative Proceeding | Workmen's Compensation | Pending |
| Kasim Husidic | Administrative Proceeding | Workmen's Compensation | Pending |
| Kasim Husidic | Administrative Proceeding | Workmen's Compensation | Pending |
| William Walsh | Administrative Proceeding | Workmen's Compensation | Pending |
| Elhandi Mohamed | Administrative Proceeding | Workmen's Compensation | Pending |
| Nancy Morris | Administrative Proceeding | Workmen's Compensation | Pending |
| Ronald Burns | Administrative Proceeding | Workmen's Compensation | Pending |
| Ronald Burns | Administrative Proceeding | Workmen's Compensation | Pending |
| Mary Rosebrock | Administrative Proceeding | Workmen's Compensation | Pending |
| Stewart Arnold | Administrative Proceeding | Workmen's Compensation | Pending |
| Larry Armstrong | Administrative Proceeding | Workmen's Compensation | Pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Murphy Noell Capital, LLC<br>280 N. Westlake Blvd, Ste 200<br>Westlake Village, CA  91362 | 3/14/2003 | 25,000.00 |
| Murphy Noell Capital, LLC | 5/14/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 5/21/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 5/28/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 6/4/03 | 17,325.00 |

STATEMENT OF FINANCIAL AFFAIRS

| | | |
|---|---|---|
| Murphy Noell Capital, LLC | 6/11/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 6/18/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 6/25/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 07/02/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 07/09/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 07/16/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 07/23/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 07/30/03 | 17,325.00 |
| Murphy Noell Capital, LLC | 08/06/03 | 17,325.00 |
| Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, IN  46802 | 12/29/03 | 42,789.50 |
| Baker & Daniels | 1/13/2004 | 1,970.51 |
| Baker & Daniels | 1/16/04 | 18,000.00 |
| Baker & Daniels | 1/23/04 | 20,774.25 |
| Baker & Daniels | 02/05/04 | 16,013.00 |
| Baker & Daniels | 02/05/04 | 8,490.74 |
| Baker & Daniels | 10/03/03 | 1,462.50 |
| Baker & Daniels | 10/13/03 | 34,937.62 |
| Baker & Daniels | 11/21/03 | 55,228.97 |
| Baker & Daniels | 11/24/03 | 3,049.13 |
| Baker & Daniels | 12/19/03 | 10,698.71 |

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER                    DESCRIPTION AND VALUE OF PROPERTY        LOCATION OF PROPERTY
**SEE ATTACHED EXHIBIT 14**

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☐  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied
☑  during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☐  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑  Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of
the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑  potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law.

None ☐  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
☑  the governmental unit to which the notice was sent and the date of the notice.

None ☐  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
☐  is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS
OF GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION
**See Attached Exhibit 17C**

**18. Nature, location and name of business**

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
☑  of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship,
or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned
5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately
preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates
of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

None ☐  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within
the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more
than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise
self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six
years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the
signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐  keeping of books of account and records of the debtor.

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dennis Maude**<br>**1623 Willistead Place**<br>**Fort Wayne, IN  46845** | **03/27/03 - Present** |
| **Jerry Sprouse**<br>**812 Park Place**<br>**Auburn, IN  46706** | **02/09/02 - Present** |
| **Mike Miller**<br>**8309 Deer Brook Place**<br>**Fort Wayne, IN  46825** | **02/09/02 - Present** |
| **Thomas Walsh**<br>**2802 Baywood Trail**<br>**Fort Wayne, IN  46845** | **02/09/02 - 03/27/03** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ernst & Young**<br>**2300 National City Building**<br>**110 W. Berry**<br>**Fort Wayne, IN  46802** | **End of FY 98 to Present** |
| **Bank Of America**<br>**Business Credit Internal Audit**<br>**231 South LaSalle**<br>**Chicago, IL  60604** | **January 2002 to present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Dennis Maude**
**Chief Financial Officer**
**635 W. Eleventh Street**
**Auburn, IN  46706**

None ☐ d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank Of America**<br>**Business Credit**<br>**231 South LaSalle**<br>**Chicago, IL  60604** | |
| **GMAC Commercial Finance**<br>**500 W. Madison Suite 3130**<br>**Chicago, IL  60661** | |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| **01/04/04** | **Jerry Sprouse** | **$1,820,359 Castings @ Standard Cost** |
| **9/13/03** | **Jerry Sprouse** | **$4,328,047 Castings @ Standard Cost** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **01/04/04** | **Michael Miller**<br>**635 W. Eleventh Street**<br>**Auburn, IN  46706** |
| **09/13/03** | **Michael Miller** |

**STATEMENT OF FINANCIAL AFFAIRS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

635 W Eleventh St
Auburn, IN 46706

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| David D. Hunter<br>5206 N. Manitou Trail<br>P.O. Box 844<br>Leland, MI 49654 | Director | |
| Michael L. Polich<br>7822 Ladue Court<br>Fort Wayne, IN 46804 | Vice Pres. - Marketing | |
| Dennis Maude<br>1623 Willistead Place<br>Fort Wayne, IN 46845 | Chief Financial Officer | |
| David K. Weber<br>4213 Arkney Court<br>Fort Wayne, IN 46804 | Vice Pres. - Technology | |
| Tom Woehlke<br>1375 Courtyard Pl<br>Centerville, OH 45458 | President | |
| William E. Fink<br>P.O. Box 826<br>Auburn, IN 46706 | Director | 20.3% of Stock |
| David B. Fink<br>P.O. Box 72<br>Auburn, IN 46706 | Director | 20.3 % of Stock |
| John A. Fink<br>271 N. McClellan Street, #106<br>P.O. Box 757<br>Auburn, IN 46706 | Director | 20.3 % of Stock |
| Janet F. Borden<br>P.O. Box 770570<br>Steamboat Springs, CO 80477 | Stockholder | 17.7% of Stock |
| Jerry Sprouse<br>812 Park Place<br>Auburn, IN 46706 | Assistant Secretary | |
| Tim Borden<br>P.O. Box 770570<br>Steamboat Springs, CO 80477 | Director | |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Thomas Walsh<br>2802 Baywood Trail<br>Fort Wayne, IN 46845 | Chief Financial Officer | 3/27/03 |

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| David Fink<br>PO Box 72<br>Auburn, IN 46706<br>Director | Salary, Expense Reimbursement | 77,667.39 |
| David Hunter<br>5206 N. Manitou Trail<br>Leland, MI 49654<br>Director | Salary, Expense Reimbursement | 276,502.49 |
| Tom Woehlke<br>1375 Courtyard Pl<br>Centerville, OH 45458<br>President | Salary, Expense Reimbursement, Relocation Expenses | 209,210.80 |
| Michael Polich<br>7822 Ladue Court<br>Fort Wayne, IN 46804<br>VP - Marketing | Salary, Expense Reimbursement | 206,910.86 |
| David Weber<br>4213 Arkwey Ct<br>Fort Wayne, IN 46814<br>VP - Technology | Salary, Expense Reimbursement | 179,399.32 |
| Thomas Walsh<br>2802 Baywood Trail<br>Fort Wayne, IN 46845<br>Former Chief Financial Officer | Salary, Expense Reimbursement, Benefit Payment (non-qualified defered compensation program), Severance | 166,593.35 |
| Dennis Maude<br>1623 Willistead Pl<br>Fort Wayne, IN 46845<br>Chief Financial Officer | Salary, Expense Reimbursement | 87,129.40 |
| Jerry Sprouse<br>812 Park Place<br>Auburn, IN 46706<br>Assistant Secretary | Salary, Expense Reimbursement | 106,356.53 |
| Tim Borden<br>PO Box 770570<br>Steamboat Springs, CO 80477<br>Director | Salary | 25,000.04 |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| Auburn Foundry, Inc. Retirement Income Plan | 35-0154360 |
| Auburn Foundry, Inc. Salaried Employees' Retirement Plan | 35-0154360 |
| Auburn Foundry, Inc. Hourly 401(k) Plan | 35-0154360 |
| Auburn Foundry, Inc. Salaried 401(k) Plan | 35-0154360 |

STATEMENT OF FINANCIAL AFFAIRS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 13, 2004**                    Signature: _____

**Dennis Maude, Assistant Treasurer**
<span style="font-size:smaller">Print Name and Title</span>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS