# STATEMENT OF FINANCIAL AFFAIRS

# EXHIBIT 3a

| AUBURN FOUNDRY, INC. | |
|---|---|
| Vendors Paid over $600.00 | |
| within 90 days of February 8, 2004 | |
| Vendor Name | Check Amount |
| A-1 Janitorial Service | 36,136.36 |
| Acordia | 69,621.00 |
| Addis Inc | 679.82 |
| Admetco | 55,200.00 |
| Aero-Motive Manufacturing Co | 1,024.40 |
| Air Products and Chemicals Inc | 58,040.27 |
| Airborne Express | 1,177.52 |
| Allen Circuit/Superior Court | 14,859.32 |
| Alliance Industrial Supply Inc | 2,397.03 |
| Alro Steel Corporation | 14,679.41 |
| American Foundry Society Inc | 5,500.00 |
| American Wire Rope And Sling | 3,556.73 |
| Antibus Scales & Systems | 16,040.45 |
| Applied Refractory Services | 1,200.00 |
| Arch Wireless | 656.21 |
| Ashland Chemical Co | 177,748.86 |
| Auburn Chrysler, Dodge, & Jeep, Inc. | 12,994.73 |
| Auburn City Utilities | 874,286.80 |
| Austin Petroleum Inc. | 3,180.00 |
| Auto Electric | 1,730.00 |
| Automatic Data Processing Inc. | 3,320.22 |
| Available Shippers | 600.00 |
| Aztec Millennium Supply, Inc | 956.68 |
| ABB Metallurgy Inc | 23,218.55 |
| B & L Information Systems Inc | 16,505.00 |
| Baker & Daniels | 262,072.52 |
| Baseline Tool | 4,200.00 |
| Bassett Office Supply Inc | 1,307.02 |
| Beardsley And Piper, LLC | 8,284.78 |
| Best Access Systems | 756.99 |
| Blue Flame Of Waterloo | 894.38 |
| Bobcat of Fort Wayne, Inc. | 5,539.17 |
| Bohl Crane Inc | 5,490.00 |
| Bohren Logistics, Inc. | 109,304.71 |
| Bohren/Mercer Warehouse | 3,615.74 |
| Boltswitch | 654.59 |
| Bostwick-Braun Company | 5,374.41 |
| Boyd Machine & Repair Co Inc | 7,274.00 |
| Brake Materials & Parts Inc | 810.10 |
| Brian Miller | 1,203.89 |
| Bristal Metal Products, Inc. | 9,187.50 |
| Bureau Of Motor Vehicles | 1,749.50 |
| BGR Inc | 9,097.02 |
| BPC - Bell Packaging Corporation | 3,790.05 |
| C A Picard Surface Engineering, Inc. | 17,220.56 |

| AUBURN FOUNDRY, INC. | |
|---|---|
| Vendors Paid over $600.00 | |
| within 90 days of February 8, 2004 | |
| Vendor Name | Check Amount |
| C Miller & Sons Inc | 10,059.00 |
| Calar Inc | 2,307.44 |
| Camway Transportation Corp | 4,969.00 |
| Carlin Construction, Inc. | 4,430.00 |
| Carpenter Brothers Inc. | 2,369.10 |
| Cascade Pattern Company | 26,770.00 |
| Castrol Industrial N. America Inc. | 2,063.00 |
| Centennial Wireless | 3,619.51 |
| Century Business Products | 1,669.71 |
| Citizens Gas & Coke Utility | 294,374.17 |
| City Of Auburn | 1,075.00 |
| Classic City Automotive Inc | 4,096.91 |
| Complete Drives Inc | 120,440.00 |
| Complete Maintenance & Staffing, Inc. | 13,400.00 |
| Comtronix Corporation | 5,482.17 |
| Con-Way Transportation Services, Inc. | 3,368.72 |
| Consolidated Industries | 3,638.00 |
| Core Tech Inc | 14,332.30 |
| Corporate Benefit Strategy | 950.00 |
| Covington Box | 1,330.00 |
| Crystal Clean | 690.89 |
| Current Inc | 11,025.66 |
| Curtis 1000 | 4,283.98 |
| CWTS Inc | 600.00 |
| D.A.S. Services, Inc. | 29,267.00 |
| Dan Johnston | 3,138.46 |
| Dauber Company Inc | 481,354.99 |
| David Garrison | 1,061.20 |
| David Hunter | 5,816.16 |
| David J. Joseph Company | 188,624.98 |
| Dayton Freight | 8,707.23 |
| Dayton Industrial Drum | 900.00 |
| De Lage Landen Financial Services | 3,848.70 |
| Dell Financial Services LP | 5,578.86 |
| Dexter Axle Company | 383,016.22 |
| DeKalb Co. Nuisance Animal Control | 630.00 |
| DeKalb Financial Credit Union | 103,335.00 |
| DeKalb Superior Court | 5,102.85 |
| Diamond Power Specialty Company | 1,275.00 |
| Dick Taylor | 26,080.76 |
| Digital Communication Products, Inc. | 737.98 |
| Dike-O-Seal | 1,468.68 |
| Disa Goff, Inc | 1,337.79 |
| Diversified Pattern & Eng Co Inc. | 24,273.00 |
| Doall South Bend Co Inc | 14,445.78 |

| AUBURN FOUNDRY, INC. | |
|---|---|
| Vendors Paid over $600.00 | |
| within 90 days of February 8, 2004 | |
| Vendor Name | Check Amount |
| Don R Fruchey Inc | 32,920.22 |
| Dorsch Tool & Eng Co | 822.10 |
| Duca Manufacturing Inc | 33,220.00 |
| DISA Industries Inc. | 61,286.87 |
| DR Lubricants Inc | 10,843.31 |
| Earth Tech | 1,711.92 |
| Eclectric Company | 1,620.74 |
| Edglo Laboratories Inc | 12,145.50 |
| Eirich Machines Inc | 21,803.46 |
| Elkem Metals Inc. | 221,910.00 |
| Elliott H. Goldstein, Esq | 2,178.66 |
| Ely Crane & Hoist | 10,569.77 |
| Empire Refractory Sales Inc | 54,460.25 |
| Employer's Security Inc | 44,972.09 |
| Enco Mfg Co | 4,126.01 |
| Engineered Tooling Inc | 3,240.00 |
| Enviro Control Metals | 145,920.60 |
| Environmental Resourse Center | 999.00 |
| Envision Graphics, Inc. | 2,570.77 |
| Ernst and Young LLP | 8,722.00 |
| Ewald Enterprises Inc | 4,709.51 |
| ETA Engineering Inc | 630.00 |
| Fairmount Minerals | 201,700.14 |
| Fargo Wear Inc | 5,967.74 |
| FedEx Freight East | 785.26 |
| Fire Protection Inc | 142,663.09 |
| First Insurance Funding Corp. | 113,188.00 |
| Flex-Pac, Inc. | 18,392.20 |
| Fort Wayne Diesel Service | 1,028.78 |
| Foseco Inc | 3,907.90 |
| Four Seasons Lawnscape | 21,957.70 |
| Franklin Capital Financial Services, LLC | 3,145.50 |
| Freeman Mfg & Supply Company | 3,892.89 |
| FMThur | 980.00 |
| Garin, LLC | 4,192.86 |
| General Kinematics Corp | 24,105.15 |
| George E Booth Company | 6,123.33 |
| Global Equipment Company | 646.06 |
| Grainger Inc | 1,594.35 |
| Great Lakes Carbon Corp | 71,334.01 |
| GMP International | 16,484.00 |
| GMP Local 322 | 7,510.60 |
| H E C O Inc | 70,000.67 |
| Hanson Aggregates Midwest Inc. | 5,353.63 |
| Hartley Controls Corp. | 2,063.36 |

| AUBURN FOUNDRY, INC. ||
| Vendors Paid over $600.00 ||
| within 90 days of February 8, 2004 ||
| Vendor Name | Check Amount |
| --- | --- |
| Heraeus Electro-Nite Company | 16,270.90 |
| Hi-Vac Corporation | 903.50 |
| Hickman Williams & Company | 101,091.19 |
| Hot Crews Inc | 1,890.00 |
| Hydraserve Inc | 12,108.80 |
| Hydronic & Steam Equip Co Inc | 969.86 |
| Illinois State Disbursement Unit | 772.68 |
| Indiana Dept of Labor | 850.00 |
| Indiana Dept Of Revenue | 13,347.01 |
| Indiana Refractories Inc. | 94,554.32 |
| Inductotherm Corp | 2,557.91 |
| Industrial Ceramic Products | 1,495.30 |
| Industrial Tool Service Inc | 49,686.68 |
| Industrial Tube & Steel Corp | 6,085.10 |
| Ingersoll-Rand Co | 40,609.69 |
| Ingersoll-Rand Financial Services | 3,092.04 |
| Inovis | 7,590.00 |
| Intermec Technology Corp. | 2,142.52 |
| Internal Revenue Service | 1,514.50 |
| International Quality | 16,736.50 |
| International Surface Preparation | 12,801.81 |
| Ircon Inc | 943.12 |
| J. Brokerage | 8,384.80 |
| J.W. Lemmens, Inc. | 610.00 |
| J-Lenco Inc | 1,521.40 |
| J/E Bearing and Machine Ltd. | 4,003.10 |
| Jerry Sprouse | 1,645.50 |
| Joe Harmon | 1,334.96 |
| K M H Systems | 25,289.21 |
| Kaltenbach, Inc. | 42,089.88 |
| Kendall Electric Inc | 46,809.05 |
| Kendallville Iron & Metal Inc | 75,935.09 |
| Keramida Environmental Inc | 33,478.75 |
| Key Equipment Finance (ELS) | 7,236.00 |
| Kloss Management LLC | 675.00 |
| Kustom Machining Inc. | 1,199.20 |
| L & D Industries | 1,370.00 |
| L & J Engineering | 637.28 |
| Leco Corporation | 894.29 |
| Lee Excavating, Inc | 1,200.00 |
| Lewis Salvage Corporation | 34,737.71 |
| Ligonier Pallet | 994.50 |
| Lindsay Franklin | 1,433.46 |
| Louis Padnos Iron & Metal Co | 2,769,041.30 |
| Ludeca | 5,255.89 |

| AUBURN FOUNDRY, INC. | |
|---|---|
| Vendors Paid over $600.00 | |
| within 90 days of February 8, 2004 | |
| Vendor Name | Check Amount |
| LBH Chemical & Industrial Supply | 17,857.15 |
| LDM, Loading Dock Maintenance, LLC | 695.24 |
| LMI Technologies (USA), Inc. | 26,394.17 |
| Magneco/Metrel Inc | 38,000.00 |
| Mail-Well Envelope | 7,878.36 |
| Manual Check | 2,049.70 |
| Marion County Clerk | 724.00 |
| Marjo Plastics | 6,784.06 |
| Marlin Leasing Corp | 4,449.90 |
| McMahon Tire | 3,604.09 |
| McMaster Carr Supply Company | 3,984.84 |
| Mellon Consultants | 3,852.00 |
| Metal Management | 391,130.07 |
| Metaltec Steel Abrasive Co | 107,716.00 |
| Meyer Industrial Service | 1,625.00 |
| Michigan Dept. of Treasury | 5,130.29 |
| Mid-State Chemical & Supply Co. | 1,930.00 |
| Midwest Instrument Co Inc | 53,779.89 |
| Midwest Pipe & Steel Inc | 27,796.36 |
| Miller and Company | 380,400.53 |
| Millwright Services | 1,310.00 |
| MiSDU | 5,392.92 |
| Modern Equipment Company | 1,088.38 |
| Moore Medical Corporation | 1,058.06 |
| Motion Industries Inc | 183,101.06 |
| MP Steel % Huntington National Bank | 120,286.47 |
| MPB Industries | 34,617.59 |
| MSC Industrial Supply Co | 1,258.43 |
| MSS Software | 865.00 |
| MT System | 8,068.70 |
| Nadapro Inc | 4,793.68 |
| National City Bank | 212,676.79 |
| National City Bank-Trust Dept | 125,000.00 |
| National Material Trading | 72,318.67 |
| National Serv-All | 52,479.87 |
| National Serv-All | 13,805.82 |
| Ned Donaldson | 1,123.89 |
| Neff Engineering Co Inc | 1,855.11 |
| New Jersey Family Support | 900.00 |
| Noble County Clerk | 2,496.53 |
| Northern Ind Trading Co Inc | 345,421.50 |
| NES Rentals | 1,762.08 |
| NMHG Financial Services Inc | 55,132.77 |
| NW Calibration Inspection | 3,400.00 |
| Ohio Child Support | 1,672.08 |

| AUBURN FOUNDRY, INC. | |
|---|---|
| Vendors Paid over $600.00 | |
| within 90 days of February 8, 2004 | |
| Vendor Name | Check Amount |
| Ohio School District Income Tax | 1,342.51 |
| Oilgear | 1,878.36 |
| Omnisource Corp-Tusco | 153,624.51 |
| Open Universal Software | 1,497.00 |
| Optio Software, Inc. | 1,819.10 |
| Overnite Transportation Co | 3,767.42 |
| OFC Capital | 5,142.00 |
| Paaso General Equipment | 2,384.00 |
| Pain Enterprises Inc. | 1,400.25 |
| Pangborn Company | 17,701.95 |
| Parker Glove & Supply, Inc. | 2,968.97 |
| Perfection Servo Hydraulics | 5,508.14 |
| Pflaumer Brothers Inc | 3,956.70 |
| Postmaster | 4,511.00 |
| Pranger Enterprises Inc | 28,196.00 |
| Precision Steel Services | 1,034.54 |
| Print Shop | 2,950.37 |
| Project Management Services | 25,974.50 |
| R I Lampus Co | 77,795.40 |
| Refco Inc | 25,092.23 |
| Reilley Trucking | 19,240.00 |
| Renco Machine Co Inc | 3,920.00 |
| Reno Refractories, Inc. | 10,641.60 |
| Richard J Bagan Company Inc | 1,065.00 |
| Richard Squier Pallets Inc | 75,433.98 |
| Rumford Industrial Group Inc | 1,211.00 |
| RA Mueller Inc. | 3,518.00 |
| S & S Oil Co Inc | 52,790.43 |
| S & S Tire Co Inc | 861.36 |
| S. Cohn & Son Inc. | 7,228.46 |
| Safety - Kleen Corp | 64,765.90 |
| Safety Solutions | 2,114.38 |
| Schenck AccuRate Inc. | 1,409.00 |
| Schust Engineering Inc. | 43,915.35 |
| Scott Industrial Systems Inc | 821.17 |
| Scott Stellhorn | 2,331.67 |
| Security Locknut Inc | 1,470.91 |
| ServIT | 4,596.23 |
| Shells Inc. | 9,587.00 |
| Sherry Laboratories | 7,992.50 |
| Shoun Trucking Company, Inc. | 608.02 |
| Simpson Technologies Corporation | 3,160.58 |
| SolidWorks Corporation | 2,745.40 |
| Spraying Systems Company | 1,083.40 |
| Sprint | 7,107.35 |

| AUBURN FOUNDRY, INC. ||
| Vendors Paid over $600.00 ||
| within 90 days of February 8, 2004 ||
|  |  |
| Vendor Name | Check Amount |
|  |  |
| Sprint Data Svcs | 3,119.94 |
| State of Ohio Dept of Taxation | 4,768.72 |
| Steve McCreery | 638.87 |
| Struers Inc | 4,049.04 |
| Sturgis Iron & Metal | 1,135,214.65 |
| Superior Business Solutions | 2,716.34 |
| SBC | 4,569.50 |
| SES LLC Technical Group | 1,650.00 |
| STAG Iron & Metal Corp | 504,330.44 |
| T & L Sharpening Inc | 672.99 |
| T & M Equipment Co Inc | 14,222.23 |
| T.E.A.M. Transit, Inc. | 748.38 |
| Taylor Rental Auburn | 2,530.95 |
| Thomas E Keller Trucking Inc | 3,239.75 |
| Thomas Walsh | 914.72 |
| Tim Eastom | 7,890.00 |
| Treasurer Of State Of Ohio | 6,366.20 |
| Tri State Compressed Air Sys., Inc. | 1,204.05 |
| Triangle Sales Company | 1,077.28 |
| Triple M Manufacturing | 46,053.05 |
| Trojan Heat Treat | 3,218.99 |
| United Parcel Service | 1,043.47 |
| United States Treasury | 2,506.33 |
| United Way of DeKalb County Inc | 2,408.95 |
| Universal Am-Can Ltd | 62,553.25 |
| UNIMIN Corporation | 1,045,158.14 |
| UNUM Life Insurance Company | 1,487.25 |
| US Cargo Management Inc | 1,647.00 |
| US Pattern Company Inc | 29,150.00 |
| USF Holland Inc | 1,663.41 |
| Van Dyne Crotty, Inc. | 23,653.54 |
| Vesuvius USA Corp. | 16,000.32 |
| VWR International, Inc. | 1,133.78 |
| Walman Optical Co | 1,021.00 |
| Warsaw Engineering & Fabricating | 20,272.00 |
| Water Sciences | 34,489.79 |
| Wayne Fasteners Inc | 4,851.28 |
| Wayne Pipe & Supply Inc | 7,840.05 |
| Welder Services Inc | 12,427.22 |
| Weyerhaeuser Co | 10,792.96 |
| Wheelabrator Abrasives Inc | 65,186.00 |
| Wheelabrator Canada Inc. | 649.59 |
| Winebrenner Construction | 2,283.36 |
| Xerox Corporation | 9,758.88 |
| Xerox/Park Ridge | 1,836.00 |