# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 14

| | | |
|---|---|---|
| 14A | Coresetter Catalogs | 2 Pages |
| 14B | Coreboxes not owned by Auburn Foundry | 2 Pages |
| 14C(1) | Active Pattern Location Catalog | 10 Pages |
| 14C(2) | In-Active Pattern Location Catalog | 9 Pages |
| 14C(3) | Obsolete Pattern Catalog | 13 Pages |

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| Bendix | T-110453 | NO | 1 | 11053 | 4  8/13/01 | "B" PLATE | F-16 | Co-33 | RAISED | Active |
| Bendix | T-111865 | NO | 1 | T-111865 | 3  12/11/98 | "B" PLATE | L-03 | CO-54 | RAISED | Active |
| Bendix | T-112512 | NO | 1 | 112512 | 2  8/13/01 | "B" PLATE | Q-11 | Co-60 | RAISED | Active |
| BRISTOL | 001040 | NO | 2-3 | 1040 | (T) 3/9/99 | "B" PLATE | J-11 | CO-17 | RAISED | Active |
| BRISTOL | 001043 | NO | 14-16 | 1043 | (L) 1/4/00 | "B" PLATE | Q-22 | CO-18 | RAISED | Active |
| BRISTOL | 001043 | Back-up tooling (hold rack) | 8-10 | 1043 | (L) 1/4/00 | "B" PLATE | V-19 | CO-18 | RAISED | Active |
| BRISTOL | 001027 | NO | 5-6 | 1027 | (T3) 2/29/00 | "A" PLATE | U-03 | CO-19 |  | In-Active |
| BRISTOL | 001044-46 | NO | 20-22 | 001044-46 | (N) 3/22/99 | "A" PLATE | O-20 | CO-25 | RAISED | Active |
| BRISTOL | 001044-46 | NO | 23-25 | 001044-46 | (N) 3/22/99 | "A" PLATE | U-17 | CO-32 | RAISED | Active |
| BRISTOL | 001051-53 | NO | 1-2 | D0010204-06 | (B) 7/23/01 | "A" PLATE | P-28 | CO-45 | RAISED | Active |
| BRISTOL | 001044-46 | NO | 17-19 | 001044-46 | (N) 3/22/99 | "A" PLATE | C-02 | CO-53 | RAISED | Active |
| DELCO | 1988095 | NO | 3-4 | 1988095 | (23) 3/13/97 | "A" PLATE | U-05 | CO-51 |  | In-Active |
| DELCO | 1985337 | NO | 5-8 | 11985337 | (29) 3/13/97 | "B" PLATE | K-06 | CO-54 |  | In-Active |
| DEXTER | 070-006-00 | NO | 1 | 70-6 | (G) 5/1/97 | "B" PLATE | J-01 | CO-20 |  | Active |
| GM | 18018121 | NO | 1-2 | 18018121 | 001; C 5/3/95 | "B" PLATE | J-08 | CO-59 |  | Active |
| GM | 8642209 | NO | 12-16 | 8642209 | 000;C  8/3/98 | "B" PLATE | J-05 | CO-61 |  | Active |
| GM | 24207225 | NO | 5-8 | 24207225 | (0) 9/30/96 | "B" PLATE | J-09 | CO-66 |  | Active |
| GM | 24202616 |  | 1-4 | 24202616 | 000; A  8/28/95 | "B" PLATE | J-04 | CO-67 |  | Active |
| GM | 8642209 | NO | 7-10 | 8642209 | (AR) 1/19/96 | "A" PLATE | A-25 | CO-68 |  | Active |
| HAYES LEMMERZ | 43285R | No | 1-2 | 432895R | (D) 2/24/98 | "B" PLATE | F-10 | CO-31 |  | Active |
| HAYES LEMMERZ | 43122R | No | 2 | 43122R | (D) 2/24/98 | "B" PLATE | L-15 | NO |  | Active |
| HILLSDALE | 381934 | NO | 13-14 | RFF4DP-7G168-BA | (0) 7/19/93 | "A" PLATE | T-09 | CO-43 |  | In-Active |
| HILLSDALE | 114910 | NO | 1-8 | F0DE-6316-BA | (B) 3/7/89 | "A" PLATE | U-21 | CO-46 | RECESSED | Active |
| HILLSDALE | 501875 |  | 1-2 | 501875 | (B3) 6/2/95 | "A" PLATE | D-11 HOLD | CO-48 |  | Active |
| HILLSDALE | 301337 |  | 4-9 | 301337 | N/A | "B" PLATE | B-14 | NO |  | In-Active |
| LINAMAR | 4729-6210 | NO | 1-6 | 4729-6210 | (C4) 10/1/98 | "A" PLATE | M-01 | CO-50 |  | Active |
| METALDYNE | 6A311-1 | NO | 9-12 | 6A311-1 | (D1) 5/18/98 | "B" PLATE | F-07 | CO-23 |  | Active |
| METALDYNE | P00203-WT | NO | 1-6 | P00203-WT | (F1) 8/24/84 | "A" PLATE | U-15 | CO-26 |  | Active |
| METALDYNE | D9TE-6316AB-HT | NO | 3-4 | D9TE-6316AB-HT | (D) 4/4/78 | "A" PLATE | T-07 | CO-63 | RAISED | Active |
| METALDYNE | 3922556-RT | NO | 1-2 | 3922556 | N/A | "B" PLATE |  | MIA |  | In-Active |
| TIECHON | 8929728 | NO | 3-4 | 8929728 | (TBD) | "A" PLATE |  |  |  | Active |
| TIECHON | 8929728 | NO | 1-2 | 8929728 | (TBD) | "A" PLATE | U-12 | CO-24 |  | Active |
| TORRINGTON | T40242 | NO | 7-14 | T40242 | (E) 1/13/97 | "A" PLATE | U-07 | CO-36 |  | Active |
| TORRINGTON | T40244 | NO | 1-6 | T40244 | (D) 816/91 | "A" PLATE | U-09 | CO-37 |  | Active |
| TORRINGTON | T30365 | NO | 1-12 | T30365 | (U) 7/9/93 | "B" PLATE | J-03 | CO-38 |  | Active |
| TORRINGTON | T40245 | NO | 1-6 | T40245 | (D) 8/16/91 | "A" PLATE | U-10 | CO-39 |  | Active |
| TORRINGTON | T40243 | NO | 1-6 | T40243 | (F) 8/28/96 | "A" PLATE | U-08 | CO-40 |  | Active |
| TORRINGTON | T40241 | NO | 1-8 | T40241 | (D) 8/16/91 | "A" PLATE | U-06 | CO-41 |  | Active |

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/ In- Active |
|---|---|---|---|---|---|---|---|---|---|---|
| YSK | 7800-6210 | NO | 15-20 | SD7H15 | (A1) 2/18/99 | "A" PLATE | G-10 | CO-55 | | Active |

Auburn Foundry, Inc.
Schedule of Coreboxes not owned by AF
As of 10/17/03

| Customer Number | Customer Name | Part Number | Cavity Number | Machine | Active | Inactive | Obsolete |
|---|---|---|---|---|---|---|---|
| 1171 | Bristol | 001027 | | U-180 | | | |
| 1171 | Bristol | 001027 | | CB-18 | | | X |
| 1171 | Bristol | 001027 | 15-20 | CB-18 | | | X |
| 1171 | Bristol | 001029-31 | | CB-18 | | | X |
| 1171 | Bristol | 001032-34 | | CB-18 | | | X |
| 1171 | Bristol | 001040 | 1-6 | CB-18 | | X | |
| 1171 | Bristol | 001040 | 7-12 | CB-18 | X | | |
| 1171 | Bristol | 001043 | | CB-18 | | | X |
| 1171 | Bristol | 001043 | 33-41 | CB-18 | X | | |
| 1171 | Bristol | 001044 | 18-26 | CB-18 | | | X |
| 1171 | Bristol | 001044-46 | 27-35 | CB-18 | | X | |
| 1171 | Bristol | 001044-46 | 56-64 | CB-18 | | X | |
| 1171 | Bristol | 001046 | 36-55 | CB-50 | | X | |
| 1171 | Bristol | 001053 | 1-9 | CB-18 | X | | |
| 1171 | Bristol | 001053 | 10-18 | CB-18 | X | | |
| 1171 | Bristol | 001059 | 1-9 | CB-18 | X | | |
| 1620 | Bendix | T-111865 | 1 | U-180 | X | | |
| 1620 | Bendix | T-111865 | 2 | U-180 | X | | |
| 1620 | Bendix | T-112512 | 1-4 | CB-18 | X | | |
| 1620 | Bendix | T-110453 | 1-4 | CB-18 | X | | |
| 1360 | Delco Remy | 1985337&1987631 | 12-20 | CB-18 | | | X |
| 2550 | Dexter Axle | 70-6 | 1-2 | CB-18 | X | | |
| 1750 | Eagle Picher | 302121 | 22-27 | U-180 | X | | |
| 1750 | Eagle Picher | 304590 | 1-7 | U-180 | X | | |
| 1750 | Eagle Picher | 305979 | 1-6 | U-180 | X | | |
| 1750 | Eagle Picher | 307076 | 1-12 | CB-18 | X | | |
| 1640 | GM - Delphi | 18018121 | 1-9 | CB-50 | X | | |
| 1640 | GM - Delphi | 18018096 | 38-46 | CB-50 | | | X |
| 1640 | GM - Delphi | 18018096 | 56-64 | CB-50 | X | | |
| 1640 | GM - Delphi | 18018096 | 65-73 | CB-50 | | X | |
| 1640 | GM - Delphi | 18018096 | 74-76 | CB-18 | X | | |
| 1641 | GM - Powertrain | 24202616 | 1-7 | Disa Combi-Core | | | X |
| 1641 | GM - Powertrain | 24202616 | 8-14 | Disa Combi-Core | | | X |
| 1641 | GM - Powertrain | 24207225 | 28-46 | Disa Combi-Core | X | | |
| 1641 | GM - Powertrain | 8642209 | 1-25 | CB-50 | X | | |
| 1641 | GM - Powertrain | 8642209 | 67-91 | CB-50 | X | | |
| 1641 | GM - Powertrain | 69720282 | 1 | ???? | | | X |
| 1602 | Hayes International | 43164-R | 1-2 | CB-18 | X | | |
| 1602 | Hayes International | 43180-R | 1-2 | CB-18 | X | | |
| 1602 | Hayes International | 43285-R | 1-9 | CB-50 | X | | |
| 1603 | Hayes - Homer | 43124-R | 1-5 | CB-50 | | X | |
| 1603 | Hayes - Homer | 43124-R | 6-10 | CB-50 | | X | |
| 1603 | Hayes - Homer | 43145-R | 1-9 | CB-50 | | X | |
| 1603 | Hayes - Homer | 43145-R | 10-18 | CB-50 | X | | |

| Auburn Foundry, Inc. ||||||||
| :---: | :---: | :---: | :---: | :---: | :---: | :---: | :---: |
| Schedule of Coreboxes not owned by AF ||||||||
| As of 10/17/03 ||||||||
| Customer Number | Customer Name | Part Number | Cavity Number | Machine | Active | Inactive | Obsolete |
| 1603 | Hayes - Homer | 43336-R | 10-18 | CB-50 | X | | |
| 1603 | Hayes - Homer | 43336-R | 19-27 | CB-50 | X | | |
| 1945 | Kiriu USA Corp. | 40206-3Z7 | 1-9 | CB-50 | | X | |
| 1945 | Kiriu USA Corp. | 40206-7Y30 | 1-2 | CB-18 | | X | |
| 1945 | Kiriu USA Corp. | 40206-7Y30 | 3-4 | CB-18 | | X | |
| 1950 | Ledford Marketing | 8929728 | 4-6 | CB-18 | X | | |
| 2970 | Timken US Corp. | T-30365 | 1-5 | U-180 | X | | |
| 2970 | Timken US Corp. | T-40241 | 1-3 | U-180 | X | | |
| 2970 | Timken US Corp. | T-40242 | 1-3 | U-180 | X | | |
| 2970 | Timken US Corp. | T-40243 | 1-4 | U-180 | X | | |
| 2965 | Toth Industries, Inc. | 21000 | 1-2 | U-180 | X | | |

## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| AF | 20/11 ADAPTOR | NO | N/A | N/A | N/A | "B" PLATE | S-26 | | | Active |
| AF | AF Slag Spoon/1 | NO | N/A | N/A | N/A | "A" PLATE | T-20 | | | Active |
| AF | PLANT2 PLAQUE | NO | N/A | BOOK-ENDS | N/A | "B" PLATE | R-22 | | | Active |
| AF | START-UP PLATES | NO | N/A | N/A | N/A | "A" PLATE | G-08 | | | Active |
| AF | Pour Cup Patterns | NO | N/A | N/A | N/A | "A" PLATE | D-18 | | | Active |
| Bendix | T-112512 | NO | 1 | 112512 | 2  8/13/01 | "B" PLATE | L-17 | Co-60 | W-3/4"   Raised   YD | Active |
| Bendix | T-110453 | NO | 1 | 11053 | 4  8/13/01 | "B" PLATE | F-16 | Co-33 | Y   Raised   YD | Active |
| Bendix | T-111865 | NO | 1 | T-111865 | 3  12/11/98 | "B" PLATE | L-03 | CO-54 | Y   Raised   YD | Active |
| BRISTOL | 001043 | back-up tooling | 8-10 | 1043 | (N) 9/26/02 | "B" PLATE | V-19 | CO-18 | W-3/4"   Recessed   YD | Active |
| BRISTOL | 001044-46 | NO | 20-22 | 001044-46 | (U) 9/27/02 | "A" PLATE | D-10 | OB-01 | W-3/4"   Recessed   YD | Active |
| BRISTOL | 001044-46 | NO | 23-25 | 001044-46 | (U) 9/27/02 | "B" PLATE | U-17 | OB-01 | W-3/4"   Recessed   YD | Active |
| BRISTOL | 001051-53 | NO | 1-3 | 001051-53 | (D) 2/21/03 | "A" PLATE | P-28 | CO-45 | W-3/4"   Recessed   YD | Active |
| BRISTOL | 001057 | NO | 1-3 | 001057 | | "A" PLATE | D-11 | | G   Recessed   YD | Active |
| Cont. Conveyor | MD553 | NO | 1-2 | MD553 | (2) 3/1/88 | "B" PLATE | E-13 HOLD | | W-3/4"   Raised   NYD | Active |
| Cont. Conveyor | MD641 | NO | 2 | MD641 | (3) 6/1/98 | "B" PLATE | E-18 HOLD | | W-3/4"   Raised   YD | Active |
| DAIKIN | UPO2195001 | P00174 CAV 6 | 1-2 | UPO2195001 | (0) 6/4/92 | "A" PLATE | H-25 | | | Active |
| DAIKIN | UPO2204070 | NO | 1-4 | UPO2204070 | (D2) 2/27/89 | "B" PLATE | K-19 | | W-3/4"   Raised   YD | Active |
| DAIKIN | UPO2210020 | NO | 1-4 | UPO22010020 | (0) 3/17/92 | "A" PLATE | F-23 | | W-3/4"   Raised   YD | Active |
| DAIKIN | UPO2213000 | P00174 CAV 5 | 1-2 | UPO 2213000 | (0) 4/30/91 | "A" PLATE | H-19 | | W-3/4"   Recessed   YD | Active |
| DAIKIN | UPO2255031 | NO | 1-2 | UPO2255031 | (0) 7/24/91 | "B" PLATE | T-11 | | W-3/4"   Recessed   NYD | Active |
| DAIKIN | UPO2761000 | NO | 1-2 | UPO2761000 | (A2) 7/1/91 | "A" PLATE | T-16 | | W-3/4"   Recessed   NYD | Active |
| DAIKIN | UPO2765000 | NO | 1-2 | UPO2765000 | (D2) 6/9/89 | "A" PLATE | T-12 | | W-3/4"   Recessed   NYD | Active |
| DAIKIN | UPO2794022 | NO  70338371/9-10 | 5-6 | UPO2794022 | (B1) 8/13/01 | "A" PLATE | P-05 | | W-3/4"   Recessed   YD | Active |
| DAIKIN | UPO2798050 | NO | 1-2 | UPO2798050 | (A1) 9/9/97 | "A" PLATE | C-25 | | W-3/4"   Recessed   YD | Active |
| DAIKIN | UPO2810023 | NO | 3-4 | UPO2810023 | (B6) 2/11/98 | "A" PLATE | T-13 | | W-3/4"   Raised   YD | Active |
| DAIKIN | UPO2824001 | NO | 1-2 | UPO2824001 | (A) 3/10/97 | "A" PLATE | G-25 | | W-3/4"   Raised   YD | Active |
| DAIKIN | UPO2836010 | NO | 3-4 | UPO2836010 | (B2) 2/13/89 | "A" PLATE | H-23 | | W-3/4"   Recessed   YD | Active |
| DAIKIN | UPO2988001 | NO | 1-2 | UPO2988001 | (A1) 2/2/93 | "A" PLATE | D-20 HOLD | | W-3/4"   Recessed   YD | Active |

G:\Product Engineering\Pattern Catalog\PatternCatalog(8-7-02).xls          1          3/12/2004

## Active Pattern Location Catalog



| Customer | Product Number | Rider Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|
| DAIKIN | UP02992010 | NO | UP02992010 | (A2) 11/15/93 | "A" PLATE | H-09 | | W-1/2"  Raised   YD | Active |
| DAIKIN | UP02A86000 | NO | UP02A86000 | (D) 1/4/99 | "A" PLATE | T-24 | | W-3/4"  Recessed  YD | Active |
| DAIKIN | UP02A95000 | NO | UP02A95000 | (A3) 5/18/98 | "A" PLATE | B-10 | | W-3/4"  Recessed  YD | Active |
| DAIKIN | UP02B02000 | NO | UP02N02000 | (B) 1/13/99 | "A" PLATE | I-27 | | W-3/4"  Recessed  YD | Active |
| DAIKIN | UP27056001 | NO | UP27056001 | (C1) 6/13/97 | "A" PLATE | H-20 | | W-3/4"  Raised   YD | Active |
| DAIKIN | UP27059000 | NO | UP27059000 | (C1) 6/13/97 | "A" PLATE | D-26 | | W-3/4"  Recessed  YD | Active |
| DAIKIN | UP27080000 | NO | XR3R-6375-CB | (B) 9/7/99 | "B" PLATE | E-04 | | W-3/4"  Recessed  YD | Active |
| DAIKIN | UP27097000 | NO | XR3R-6375-CB | (A5) 1/18/99 | "A" PLATE | M-14 | | W-3/4"  Recessed  YD | Active |
| DAIKIN | UP27104000 | NO | UP27104000 | (B1) 10/18/99 | "A" PLATE | B-12 | | W-3/4"  Recessed  YD | Active |
| DEXTER | 008-219-00 | | | | "B" PLATE | Q-12 | | | |
| DEXTER | 008-247-00 | 008-256-00 / 6 | 008-247-00 | (W5) 1/9/01 | "B" PLATE | L-02 | | W-3/4"  Raised   YD | Active |
| DEXTER | 008-247-00 | DEXTER 8-248 /4 | 008-249 | (W5) 1/9/01 | "A" PLATE | P-23 | | Y  Raised  YD | Active |
| DEXTER | 008-248-00 | NO | 008-248-00 | (F2) 12/19/94 | "A" PLATE | O-12 | | W-3/4"  Raised  NYD | Active |
| DEXTER | 008-249-00 | 008-256-00 / 4 | 008-249-00 | (N3) 3/11/02 | "B" PLATE | L-19 | | Y  Raised  YD | Active |
| DEXTER | 008-250-00 | NO | XD1940 | (L2) 8/4/97 | "A" PLATE | P-21 | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-256-00 | NO | 008-256-00 | (F2) 12/19/94 | "A" PLATE | H-26 | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-256-00 | 008-247-00 / 10 | 008-256-00 | (F2) 12/19/94 | "B" PLATE | L-02(r) | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-257-00 | NO | 008-257-00 | (K2) 11/26/02 | "A" PLATE | P-11 | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-258-00 | NO | 008-258-00 | (K) 11/15/00 | "A" PLATE | O-01 | | Y  Raised  YD | Active |
| DEXTER | 008-259-00 | NO | 008-259-00 | (H) 12/1/00 | "A" PLATE | O-13 | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-261-00 | NO | 008-255-00 | (J2) 3/4/96 | "A" PLATE | P-24 | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-283-00 | NO | 008-283-00 | (D5) 12/3/96 | "A" PLATE | D-25 | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-314-00 | N/a | 008-314-00 | (F2) 9/30/91 | "B" PLATE | E-01 | | W-3/4"  Raised  YD | Active |
| DEXTER | 008-091-00 | NO | 008-91A-00 | (Y) 10-12-01 | "A PLATE | P-13 | | G  Recessed  YD | Active |
| DEXTER | 070-006-00 | NO | 70-6 | (G) 5/1/97 | "B" PLATE | J-01 | CO-20 | NONE | Active |
| Eagle Picher | 302121 | NO | 302121 | (REL) 9/9/03 | "B" PLATE | F-01 | CO-52 | Y  Raised  YD | Active |
| Eagle Picher | 302139 | NO | 302139 | (03) 9/11/02 | "A" PLATE | C-11 | CO-58 | G  Recessed  YD | Active |
| Eagle Picher | 302244 | NO | 302244 | (B) | "B" PLATE | K-10 | CO-53 | W-3/4"  Recessed  YD | Active |

## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| Eagle Picher | 302953 | NO | 1-6 | 302953 | (A) 2/4/02 | "B" PLATE | K-20 | CO-47 | W-1/2" Raised NYD | Active |
| Eagle Picher | 302961 | NO | 1-6 | 302961 | (B) 8/15/02 | "B" PLATE | E-11 | CO-65 | W-3/4" Raised NYD | Active |
| Eagle Picher | 304590 | NO | 1-4 | 304590 | (B) 6/30/00 | "A" PLATE | C-04 | CO-44 | W-3/4" Recessed Red YD | Active |
| Eagle Picher | 305979 | NO | 1-6 | 305979 | (B) 9/27/01 | "B" PLATE | E-02 | CO-51 | W-3/4" Recessed Red YD | Active |
| Eagle Picher | 307076 | NO | 1-6 | 307076 | (C1) 7/23/03 | "B" PLATE | K-21 | CO-32 | Red Recessed NYD | Active |
| Eagle Picher | 381829 | NO | 1-4 | 381829 | (C ) 6/5/01 | "A" PLATE | C-12 | | Red Recessed YD | Active |
| Eagle Picher | 382142 | NO | 1-6 | 382142 | (D) | "B" PLATE | E-06 | | Red Recessed YD | Active |
| Eagle Picher | 382392 | NO | 1-4 | 382392 | (G) 2/8/95 | "A" PLATE | C-30 | | Y Raised YD | Active |
| Eagle Picher | 382465 | NO | 1-8 | 382465 | (B3) 8/26/99 | "B" PLATE | E-07 | | Red Recessed YD | Active |
| Eagle Picher | 382798 | NO | 1-8 | 382798 | (L4) | "B" PLATE | E-05 | | Red Recessed YD | Active |
| Eagle Picher | 383035 | NO | 1-4 | 383035 | (B) 6/19/00 | "A" PLATE | C-19 | | Red Recessed YD | Active |
| EATON | 113C152C | NO | 4 | 113C151C | (S) 5/30/02 | "B" PLATE | L-04 | | W-3/4" Recessed YD | Active |
| EATON | C113C209 | NO | 1 | 113C209 | (Q) 10/17/02 | "B" PLATE | K-09 | | W-3/4" Recessed YD | Active |
| EATON | 124C78C | NO | 13-18 | 124C78C | (AE) 10/18/99 | "B" PLATE | K-03 | | W-3/4" Recessed YD | Active |
| EATON | 124C96C | NO | 6-10 | 124C96 | (AM) 7/19/00 | "A" PLATE | M-16 | | W-3/4" Recessed YD | Active |
| EATON | 170C429C | NO | 3 | 170C429C | (W) 2/9/01 | "A" PLATE | I-28 | | W-3/4" Raised YD | Active |
| EATON | 170C442C | NO | 1 | 170C442C | (R) 9/20/93 | "A" PLATE | H-14 | | W-3/4" Raised YD | Active |
| EATON | 170C504C | NO | 1 | 170C504C | (S) 11/24/98 | "A" PLATE | H-24 | | W-3/4" Recessed YD | Active |
| EATON | 170C519C | NO | 1 | 170C518C | (M) 1/21/02 | "A" PLATE | I-16 | | W-3/4" Raised YD | Active |
| EATON | 170C520C | NO | 1 | 170C520C | (T) 7/27/01 | "A" PLATE | M-28 | | W-3/4" Raised YD | Active |
| EATON | 170C526C | NO | 2 | 170C526C | (AC) 6/22/01 | "B" PLATE | K-02 | | W-3/4" Recessed YD | Active |
| EATON | 170C529C | NO | 1 | 170C529C | (G) 10/21/98 | "B" PLATE | L-10 | | W-3/4" Recessed YD | Active |
| EATON | C170C537 | No | 2 | 170c537 | (P) 6/22/01 | "B" PLATE | J-07 | | W-3/4" Recessed YD | Active |
| EATON | C170C537 | N/A | 1 | 170c537 | (P) 6/22/01 | "B" PLATE | E-20 | | W-3/4" Recessed YD | Active |
| EATON | 170C70C | NO | 9 | 170C70C | (R ) 4/25/01 | "A" PLATE | S-20 | | W-3/4" Recessed YD | Active |
| EATON | 195C60C | NO | 5-6 | 195c60 | (B11) 12/1/97 | "B" PLATE | E-12 | | W-3/4" Recessed YD | Active |
| EATON | 195C68C | NO | 5 | 195C68 | (W) 8/8/01 | "A" PLATE | H-04 | | W-3/4" Raised NYD | Active |
| EATON | 195C68C | NO | 6 | 195C69 | (W) 8/8/01 | "A" PLATE | N/A | | W-3/4" Raised NYD | Active |

## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| EATON | 195C91C | NO | 3-4 | 195C91 | (N) 7/22/99 | "B" PLATE | L-20 | | W-3/4"  Raised  YD | Active |
| EATON | 195C96C | NO | 2 | 195C95C | (AH) 3/30/02 | "A" PLATE | G-19 | | W-3/4"  Recessed  YD | Active |
| EATON | C195C98 | NO | 1-2 | 195C98 | (L) 8/19/89 | "B" PLATE | J-21 | | W-3/4"  Recessed  YD | Active |
| EATON | 197C130 | NO | 1 | 197C129 | (DM) 1/23/98 | "A" PLATE | M-18 | | W-3/4"  Raised  YD | Active |
| EATON | 197C256 | NO | 1 | 197C256 | (BY) 1/30/98 | "B" PLATE | L-12 | | W-3/4"  Raised  YD | Active |
| EATON | 197C283C | NO | 3 | 197C283C | (R) 8/16/00 | "B" PLATE | F-04 | | W-3/4"  Raised  YD | Active |
| EATON | C197C371 | NO | 1 | C197C371 | (C) 10/18/02 | "B" PLATE | R-14 | | Y  Raised  YD | Active |
| EATON | 197C79C | NO | 11 | 197C78 | (EW) 8/22/01 | "A" PLATE | O-27 | | W-3/4"  Recessed  YD | Active |
| EATON | 197C90C | NO | 2 | 197C85 | AE(GS)4/10/01 | "B" PLATE | L-07 | | W-3/4"  Raised  YD | Active |
| EATON | 242C106C | NO | 11-16 | 242C106 | (M) 3/8/01 | "B" PLATE | K-08 | | W-3/4"  Recessed  YD | Active |
| EATON | 242C172C | NO | 7-12 | 242C172 | (T) 3/7/00 | "B" PLATE | R-18 | | W-1/2"  Recessed  NYD | Active |
| EATON | 242C176R | NO | 1-6 | 242C176R | (E) 6/20/01 | "B" PLATE | F-20 | | W-3/4"  Recessed  NYD | Active |
| EATON | 242C79C | | 1-4 | 242C79 | (AD) 7/16/97 | "A" PLATE | U-24 | | W-3/4"  Raised  NYD | Active |
| FREUDENBURG | 10154 | NO | 1-4 | N/A | N/A | "B" PLATE | D-17 | | W-1/2"  Raised  NYD | Active |
| FRUEDENBURG | 70007371 | N/A | 1-6 | 70007371 | (D4) 5/25/93 | "B" PLATE | E-15 HOLD | | W-3/4"  Raised  NYD | Active |
| FREUDENBERG | 70069703 | NO | 1-8 | 70069703 | (0) 11/11/94 | "A" PLATE | D-24 HOLD | | W-3/4"  Raised  NYD | Active |
| FREUDENBURG | 70170371 | NO | 1-6 | 70170371 | (B) 2/2/00 | "B" PLATE | I-01 | | W-3/4"  Raised  NYD | Active |
| FREUDENBURG | 70170381 | NO | 1-4 | 70170381 | (A) 12/28/99 | "B" PLATE | J-19 | | W-3/4"  Raised  NYD | Active |
| FREUDENBERG | 70338371 | NO | 1-8 | 70338371 | (B) 12/11/98 | "A" PLATE | T-02 | | W-1/2"  Recessed  NYD | Active |
| FREUDENBERG | 70338381 | NO | 1-6 | 70338381 | (B) 12/11/98 | "A" PLATE | G-20 | | W-3/4"  Raised  NYD | Active |
| FREUDENBURG | 70365381 | N/A | 12-15 | 70365381 | (C1) 7/13/01 | "B" PLATE | F-19 | | W-3/4"  Recessed  NYD | Active |
| FREUDENBURG | 70365381 | NO | 9-11 | 70365381 | (C1) 7/13/01 | "A" PLATE | I-15 | | W-3/4"  Recessed  NYD | Active |
| FREUDENBERG | 70764371 | NO | 1-6 | 70764371 | (A3) 3/3/96 | "B" PLATE | L-05 | | W-3/4"  Recessed  YD | Active |
| GM | 8642209 | NO | 17-20 | 8642209 | 000,C 10/5/01 | "B" frame | F-07 | CO-68 | W-1/2"  Raised  NYD | Active |
| GM | 8642209 | NO | 12-16 | 8642209 | 000;C 10/5/01 | "B" PLATE | J-05 | CO-61 | W-1/2"  Raised  NYD | Active |
| GM | 18018096 | 13-14 | 13-14 | | 006,A 4/30/02 | "B" PLATE | E-17 Hold | | W-3/4"  Raised  YD | Active |
| GM | 18018096 | | 17-18 | | | "B" PLATE | Q-08 | | | |
| GM | 18021353 | | 5-6 | | | "B" PLATE | Q-14 | | | |

# Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/Inactive |
|---|---|---|---|---|---|---|---|---|---|---|
| GM | 18021353 | | 7-8 | | | "B" PLATE | Q-10 | | | |
| GM | 18021353 | | 9 | | | "B" PLATE | Q-15 | | | |
| GM | 18022480 | | 3-4 | | | "B" PLATE | Q-09 | | | |
| GM | 18022480 | | 1-2 | | | "B" PLATE | R-05 | | | |
| GM | 24202616 | NO | 1-4 | 2402616 | 000; A 5/12/00 | "B" PLATE | J-04 | CO-67 | W-3/4"  Recessed  NYD | Active |
| GM | 24207225 | NO | 5-8 | 24207225 | (REL) 11/2/01 | "B" PLATE | J-09 | CO-66 | W-3/4"  Recessed  YD | Active |
| Hayes-Lemmerz | 43122R | No | 2 | 43122R | (F) 10/16/02 | "B" PLATE | L-15 | NO | W-3/4"  Recessed  YD | Active |
| Hayes-Lemmerz | 43122R | NO | 3 | 43122R | (G) 10/16/02 | "B" frame | F-14 | | G  Recessed  YD | Active |
| Hayes-Lemmerz | 43122R | NO | 4 | 43122R | (F) 10/16/02 | "A" PLATE | sample hold rack | | W-1/2"  Recessed  YD | Active |
| Hayes-Lemmerz | 43145R | | 1-2 | | | "B" PLATE | R-02 | | | |
| Hayes-Lemmerz | 43164R | NO | 2 | 43164R | (B2) 4/24/03 | "A" PLATE | P-03 | CO-26 | Y  Raised  YD | Active |
| Hayes-Lemmerz | 43235R | No | 1 | 43235R | (B) 1/22/02 | "B" PLATE | L-16 | | W-3/4"  Recessed  YD | Active |
| Hayes-Lemmerz | 43285R | No | 1-2 | 432895R | (REL) 11/11/01 | "B" PLATE | F-10 | CO-31 | W-3/4"  Recessed  YD | Active |
| Hayes-Lemmerz | 43318R | NO | 1-2 | 43318R | (A) 10/8/02 | "B" PLATE | J-20 | | G  Recessed  YD | Active |
| Ill Auto | L-1302 | NO | 1 | L-1302 | none 9/1/95 | "A" PLATE | S-07 | | NONE | Active |
| Ill Auto | L-1308 | NO | 1 | L-1308 | (2) 2/26/97 | "A" PLATE | A-17 | | NONE | Active |
| Ill Auto | L-1321 | NO | 1 | L-1321 | none 3/31/95 | "B" PLATE | F-22 | | NONE | Active |
| Ill Auto | L-1400 | NO | 2 | L-1400 | (3) 12/3/84 | "A" PLATE | N-13 | | NONE | Active |
| Ill Auto | L-1480 | NO | 1 | L-1480 | none 2/24/98 | "A" PLATE | M-24 | | W-3/4"  Recessed  NYD | Active |
| Ill Auto | YH-1300 | NO | 1 | YH-1300 | (0) 5/11/94 | "A" PLATE | N-09 | | NONE | Active |
| Ill Auto | YM-1530 | NO | 1 | YM-1530 | ("-") 6/5/01 | "B" PLATE | K-15 | | W-3/4"  Recessed  YD | Active |
| Ill Auto | YM-1714 | NO | 1 | Ym-1714 | none 3/12/02 | "A" PLATE | A-21 | | NONE | Active |
| Ill Auto | YS-1412 | NO | 1 | S-1412 | (4) 1/5/90 | "B" PLATE | K-17 | | W-3/4"  Raised  YD | Active |
| Ill Auto | YS-1414 | NO | 1 | S-1414 | (3) 6/12/95 | "A" PLATE | S-09 | | NONE | Active |
| Ill Auto | YS-1418 | NO | 1 | YS-1418 | none 5/15/95 | "B" PLATE | F-11 | | G  Recessed  YD | Active |
| Ill Auto | YS-1427 | NO | 1 | YS-1427 | none 9/27/02 | "A" PLATE | S-25 | | W-3/4"  Raised  NYD | Active |
| Ill Auto | YS-1429 | NO | 1 | S-1429 | (1) 6/13/85 | "A" PLATE | A-18 | | NONE | Active |
| Ill Auto | YS-1506 | NO | 1 | S-1506 | (2) 10/18/84 | "B" PLATE | E-10 | | W-3/4"  Recessed  YD | Active |

## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| Ill Auto | YS-1528 | NO | 1 | S-1528 | (1) 9/18/85 | "B" PLATE | L-13 | | W-3/4" Recessed YD | Active |
| Ill Auto | YS-3101 | NO | 1 | YS-3101 | (3) 9/27/02 | "A" PLATE | B-06 | | W-3/4" Recessed YD | Active |
| Ill Auto | YS-3501 | NO | 1 | YS-3501 | (REL) 6/30/99 | "A" PLATE | I-24 | | W-3/4" Recessed YD | Active |
| Ill Auto | YSK-1300 | NO | 1 | SK-1300 | (3) 1/30/84 | "A" PLATE | D-04 | | W-3/4" Recessed NYD | Active |
| Jonesville | JTM-D-1000-4C | NO | 1-4 | JTM-D-1000-4C | (REL) 5/7/03 | "A" PLATE | U-21 | | G Recessed YD | Active |
| KIRIU | 40206 3Z7 | | 3-4 | | | | R-01 | | | |
| KIRIU | 43206 3Z6 | | 4-5 | | | | R-03 | | | |
| LINAMAR | 4729-6210 | NO | 1-6 | 4729-6210 | (D1) 11/22/02 | "A" PLATE | M-01 | CO-50 | W-3/4" Recessed YD | Active |
| LINAMAR | 7800-6210 | NO | 15-20 | SD7H15 | (A1) 3/20/02 | "A" PLATE | G-10 | CO-55 | W-3/4" Recessed YD | Active |
| LINAMAR | 7800-6210 | NO | 21-26 | SD7H15 | | "A" PLATE | D-12 | | G Recessed YD | Active |
| LUK | 1-202-751-00 | NO | 1 | 1-202-751-00 | (C) 1/26/94 | "A" PLATE | I-33 | | W-3/4" Raised YD | Active |
| LUK | 1-202-755-00 | Changeable Tags | 2 | 1-202-755-00 | (B) 5/24/02 | "A" PLATE | C-15 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-759-00 | NO | 1 | 1-202-759-00 | (D) 7/02/97 | "A" PLATE | U-01 | | W-1/2" Recessed YD | Active |
| LUK | 1-202-761-02 | NO | 1 | 1-202-761-00 | (D) 4/25/97 | "A" PLATE | G-12 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-762-00 | NO | 3-4 | 1-202-762-00 | (F) 3/4/97 | "A" PLATE | H-03 | | W-1/2" Recessed YD | Active |
| LUK | 1-202-763-00 | NO | 1 | 1-202-756-00 | (E) 1/16/01 | "A" PLATE | G-11 | | W-3/4" Recessed NYD | Active |
| LUK | 1-202-764-00 | NO | 1-2 | 1-202-764-00 | (K) 8/29/02 | "A" PLATE | G-24 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-765-00 | 114715 CAV 7-8 | 1-2 | 1-202-765 | (G) 9/10/97 | "A" PLATE | B-09 | | W-3/4" Raised YD | Active |
| LUK | 1-202-773-00 | NO | 1 | 1-202-773-00 | (B) 10/2/00 | "B" PLATE | S-08 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-774-03 | NO | 1-2 | 1-202-774-03 | (C) 9/12/97 | "A" PLATE | J-15 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-785-00 | NO | 3-4 | 1-202-785-00 | (B) 6/17/99 | "B" PLATE | T-25 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-787-00 | Changeable Tags | 2 | 1-202-787-00 | (B) 5/24/02 | "A" PLATE | C-15 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-788-00 | NO | 1 | 1-202-788-00 | (C) 3/31/00 | "A" PLATE | D-05 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-788-00 | NO | 2 | 1-202-788-00 | (C) 3/31/00 | "A" PLATE | M-06 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-789-01 | NO | 1-2 | 1-202-789-01 | (B) 6/11/97 | "B" PLATE | J-24 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-790-01 | NO | 1 | 1-202-790-01 | (A) 9/9/99 | "A" PLATE | S-13 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-793-00 | NO | 2 | 1-202-793-00 | (A) 2/1/01 | "A" PLATE | B-19 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-795-01 | NO | 2 | 1-202-795-01 | (B) 6/19/01 | "A" PLATE | P-01 | | W-1/2" Recessed YD | Active |

## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| LUK | 1-202-797-01 | NO | 1-2 | 1-202-797-00 | (A) 4/7/98 | "B" PLATE | K-26 | | W-1/2" Recessed YD | Active |
| LUK | 1-202-798-01 | NO | 1-2 | 1-202-798-01 | (A) 7/1/99 | "A" PLATE | H-07 | | W-1/2" Recessed YD | Active |
| LUK | 1-202-799-00 | NO | 1 | 1-202-799-00 | (E) 3/9/99 | "A" PLATE | I-23 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-801-03 | NO | 2-3 | 1-202-801-03 | (A) 6/10/02 | "A" PLATE | M-25 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-805-01 | NO | 1 | 1-202-805-01 | (B) 12/18/00 | "A" PLATE | I-03 | | W-1/2" Recessed YD | Active |
| LUK | 1-202-806-00 | NO | 1-2 | 1-202-806-00 | (D) 10/22/98 | "A" PLATE | C-01 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-807-02 | NO | 3-4 | 1-202-807-02 | (A) 6/27/00 | "B" PLATE | J-16 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-952-00 | NO | 3-4 | 1-202-952-00 | (E) 7/11/01 | "A" PLATE | S-04 | | W-3/4" Raised NYD | Active |
| LUK | 1-202-955-00 | NO | 4 | 1-202-955-00 | (H) 4/17/00 | "A" PLATE | T-17 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-975-00 | NO | 3-4 | 1-202-975-00 | (M) 10/15/02 | "A" PLATE | M-17 | | W-1/2" Recessed YD | Active |
| LUK | 1-202-978-02 | NO | 3-4 | 1-202-978-02 | (E) 2/24/98 | "A" PLATE | H-22 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-978-02 | NO | 1-2 | 1-202-978-02 | (E) 7/2/97 | "B" PLATE | K-22 | | W-3/4" Raised YD | Active |
| LUK | 1-202-981-00 | NO | 3 | 1-202-981-00 | (G) 2/21/00 | "A" PLATE | S-02 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-982-01 | NO | 2 | 1-202-982-01 | (B) 10/27/99 | "A" PLATE | S-01 | | W-1/2" Recessed YD | Active |
| LUK | 1-202-985-00 | NO | 1-2 | 1-202-985-00 | ('C) 8/14/96 | "A" PLATE | G-18 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-989-00 | NO | 2 | 1-202-989-00 | (F) 1/29/01 | "B" PLATE | H-08 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-T03-01 | NO | 1 | 1-202-T03-01 | (A) 10/8/02 | "A" PLATE | O-02 | | G Recessed YD | Active |
| LUK | 1-202-T08-00 | NO | 1-2 | 1-202-T08-00 | (C) 11/27/00 | "B" PLATE | C-08 | | W-3/4" Recessed YD | Active |
| Luk | 1-202-T13-00 | NO | 1-2 | 1-202-T13-00 | (C) 4/10/01 | "A" PLATE | M-07 | | W-1/2" Raised NYD | Active |
| LUK | 1-202-T18-00 | NO | 5-6 | 1-202-T18-00 | (B) 1/13/03 | "B" PLATE | J-02 | | W-3/4" Recessed YD | Active |
| LUK | 1-202-T29-00 | NO | 1 | 1-202-T29-00 | ('C) 3/7/03 | "A" PLATE | H-01 | | G Recessed YD | Active |
| LUK | 1-203-257-01 | NO | 1-2 | 1-203-257-01 | (J) 9/9/83 | "B" PLATE | K-18 | | W-3/4" Recessed YD | Active |
| LUK | 1-203-525-02 | NO | 2 | 1-203-525-02 | (F) 10/1/01 | "A" PLATE | P-14 | | W-3/4" Recessed YD | Active |
| LUK | 1-203-543-01 | NO | 2 | 1-203-543-01 | (D) 7/19/89 | "A" PLATE | H-18 | | W-3/4" Recessed NYD | Active |
| LUK | 1-203-956-00 | NO | 2 | 1-203-956-00 | (P) 10/4/00 | "A" PLATE | S-10 | | W-3/4" Recessed YD | Active |
| LUK | 1-203-970-00 | NO | 1 | 1-203-970-00 | (C) 7/18/97 | "A" PLATE | M-12 | | W-3/4" Recessed YD | Active |
| LUK | 1-203-983-04 | NO | 3-4 | 1-203-983-04 | (D) 1/29/99 | "B" PLATE | K-14 | | W-1/2" Recessed YD | Active |
| LUK | 1-203-985-03 | NO | 1-2 | 1-203-985-03 | (C) 6/11/97 | "A" PLATE | T-08 | | W-3/4" Recessed NYD | Active |

## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| LUK | 9-204-951-03 | NO | 1 | 9-204-951-03 | (A) 6/27/02 | "B" PLATE | L-09 | | W-3/4" Recessed YD | Active |
| LUK | 1-204-954-02 | NO | 2-3 | 1-204-954-02 | (A) 9/5/01 | "B" PLATE | L-26 | | G Recessed YD | Active |
| LUK | 1-204-955-00 | NO | 1 | 1-204-955-00 | (F) 6/20/97 | "A" PLATE | P-19 | | W-3/4" Recessed YD | Active |
| LUK | 1-204-956-00 | | 1 | 1-204-956-00 | (G) 6/11/97 | "A" PLATE | U-26 | | W-3/4" Recessed YD | Active |
| LUK | 9-204-957-02 | NO | 1 | 9-204-957-01 | (B) 4/30/03 | "B" PLATE | L-25 | | G Recessed YD | Active |
| METRO | 359698 | NO | 1-6 | 359698 | (E) 4/29/83 | "A" PLATE | A-10 | | W-3/4" Raised NYD | Active |
| OMEGA | 3064582 | NO | 1-16 | 3064582 | (A1) 11/10/00 | "A" PLATE | G-04 | | W-3/4" Recessed YD | Active |
| OMEGA | 3064583 | NO | 1-16 | 3064583 | (REL)10/19/00 | "A" PLATE | S-12 | | W-3/4" Recessed YD | Active |
| OMEGA | 3895830 | Changeable Tags | 1-16 | 3895830 | (A1) 11/10/00 | "A" PLATE | N-08 | | W-3/4" Recessed YD | Active |
| OMEGA | 3895831 | Changeable Tags | 1-16 | 3895831 | (A1) 11/10/00 | "A" PLATE | N-08 | | W-3/4" Recessed YD | Active |
| RASSEY | 257445 | NO | 1-5 | 257445 | (B) 11/8/02 | "A" PLATE | C-22 | | W-3/4" Recessed YD | Active |
| RASSEY | 257449 | NO | 1-6 | 257449 | (D) 1/9/01 | "A" PLATE | N-16 | | W-3/4" Recessed YD | Active |
| RASSEY | 257800 | NO | 1-12 | 257077KO | (REL) 9/3/91 | "A" PLATE | M-13 | | NONE | Active |
| RASSEY | 257805 | NO | 1-6 | 257805 | (A) 1/10/96 | "B" PLATE | L-06 | | NONE | Active |
| SEQUOIA | 8633188 | NO | 13-17 | 8633188 | (E1) 11/3/00 | "A" PLATE | C-18 | | W-3/4" Recessed YD | Active |
| Teves | 10.2125-0118.9 | No | 1-4 | 10.2125-0118.9 | (REL) 6/10/92 | "A" PLATE | A-04 | | Y Raised YD | Active |
| TIECHON | 2264598 | NO | 1 | 2264598 | (M) 7/2/70 | "B" PLATE | L-23 | | W-3/4" Raised YD | Active |
| TIECHON | 3236259 | NO | 1 | 3236259 | (C) 8/17/81 | "B" PLATE | N-25 | | W-3/4" Raised YD | Active |
| TIECHON | 8929728 | NO | 3-4 | 8929728 | (1) 2/26/03 | "A" PLATE | U-12 | CO-24 | Y Raised YD | Active |
| TIECHON | 8933002504 | NO | 1 | 8933002504 | (REL) 1/19/98 | "A" PLATE | A-23 | | W-3/4" Recessed YD | Active |
| TIMKEN | T30365 | NO | 1-12 | T30365 | (23) 7/16/01 | "B" PLATE | J-03 | CO-38 | W-3/4" Recessed NYD | Active |
| TIMKEN | T40130 | NO | 1-6 | T40130 | (A) 5/12/95 | "A" PLATE | D-28 HOLD | | NONE | Active |
| TIMKEN | T40140 | NO | 1-12 | T40140 | (O8) 7/16/01 | "A" PLATE | A-06 | | NONE | Active |
| TIMKEN | T40219 | NO | 1-18 | T40219 | (J) 10/17/94 | "A" PLATE | I-12 | | NONE | Active |
| TIMKEN | T40221 | NO | 1-12 | T40221 | (L) 2/7/97 | "A" PLATE | A-02 | | NONE | Active |
| TIMKEN | T40222 | NO | 1-12 | T40222 | (J) 10/17/94 | "A" PLATE | A-03 | | NONE | Active |
| TIMKEN | T40223 | NO | 9-16 | T40223 | (REL) 9/27/99 | "A" PLATE | G-30 | | W-3/4" Recessed YD | Active |
| TIMKEN | T40224 | NO | 1-8 | T40224 | (H) 1/31/95 | "A" PLATE | D-29 HOLD | | NONE | Active |



## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMKEN | T40225 | NO | 1-6 | T40226 | (H) 1/31/95 | "A" PLATE | D-30 HOLD | | NONE | Active |
| TIMKEN | T40226 | NO | 1-6 | T40226 | (J) 1/31/95 | "A" PLATE | D-31 HOLD | | W-3/4" Raised YD | Active |
| TIMKEN | T40227 | NO | 1-4 | T40227 | (H) 1/31/95 | "A" PLATE | N-20 | | NONE | Active |
| TIMKEN | T40229 | NO | 1-12 | T40229 | (H) 11/9/94 | "A" PLATE | P-18 | | W-3/4" Raised YD | Active |
| TIMKEN | T40230 | NO | 1-8 | T40230 | (H) 11/9/94 | "A" PLATE | C-03 | | W-3/4" Raised YD | Active |
| TIMKEN | T40231 | NO | 1-6 | T40231 | (J) 11/9/94 | "A" PLATE | N-27 | | W-3/4" Recessed YD | Active |
| TIMKEN | T40232 | NO | 7-12 | T40232 | (L2) 3/11/02 | "A" PLATE | H-30 | | W-3/4" Recessed YD | Active |
| TIMKEN | T40233 | NO | 1-5 | T40233 | (H) 11/9/94 | "A" PLATE | C-05 | | W-3/4" Recessed YD | Active |
| TIMKEN | T40234 | NO | 1-5 | T40234 | (J) 7/3/97 | "A" PLATE | P-17 | | W-3/4" Recessed YD | Active |
| TIMKEN | T40235 | NO | 1-4 | T40235 | (F) 11/9/94 | "A" PLATE | C-06 | | W-3/4" Recessed YD | Active |
| TIMKEN | T40236 | NO | 1-4 | T40236 | (H) 1/23/97 | "B" PLATE | L-21 | | W-3/4" Raised YD | Active |
| TIMKEN | T40237 | NO | 1-2 | T40237 | (07) 3/2/02 | "A" PLATE | C-10 | | W-3/4" Recessed YD | Active |
| TIMKEN | T40241 | NO | 1-8 | T40241 | (07) 7/16/01 | "A" PLATE | U-06 | CO-41 | W-3/4" Raised NYD | Active |
| TIMKEN | T40242 | NO | 7-14 | T40242 | (07) 7/16/01 | "A" PLATE | U-07 | CO-36 | W-1/2" Raised NYD | Active |
| TIMKEN | T40243 | NO | 1-6 | T40243 | (F) 10/6/00 | "A" PLATE | U-08 | CO-40 | W-3/4" Raised NYD | Active |
| TIMKEN | T40244 | NO | 1-6 | T40244 | (07) 4/23/02 | "A" PLATE | U-09 | CO-37 | W-3/4" Raised NYD | Active |
| TIMKEN | T40245 | NO | 1-6 | T40245 | (D) 4/20/99 | "A" PLATE | U-10 | CO-39 | W-3/4" Raised YD | Active |
| VALEO | 079206 | NO | 3-4 | 396485 | (A) 3/25/97 | "A" PLATE | I-11 | | W-3/4" Recessed YD | Active |
| VALEO | 079240 | NO | 2 | 079240 | (REL) 7/15/02 | "A" PLATE | I-08 | | W-3/4" Recessed YD | Active |
| VALEO | 168605 | NO | 1-3 | 168605 | (I) 12/4/00 | "B" PLATE | F-21 | | W-3/4" Raised NYD | Active |
| VALEO | 168633 | NO | 1 | 168633 | (C) 1/6/00 | "B" PLATE | F-02 | | W-3/4" Recessed YD | Active |
| VALEO | 340698 | NO | 1 | 340698 | (A) 10/17/02 | "A" PLATE | I-26 | | G Recessed YD | Active |
| VALEO | 339331 | NO | 1 | 339331 | (C) 5/8/00 | "A" PLATE | N-15 | | W-3/4" Recessed YD | Active |
| VALEO | 340342 | NO | 1 | 340342 | (B) 3/29/99 | "B" PLATE | X-20 | | W-1/2" Recessed YD | Active |
| VALEO | 340465 | NO | 1 | 340465 | (B2) 6/26/01 | "B" PLATE | K-25 | | W-3/4" Recessed YD | Active |
| VALEO | 340514 | NO | 1 | 340514 | (B) 1/16/01 | "A" PLATE | I-14 | | W-3/4" Recessed YD | Active |
| VALEO | 340542 | NO | 1 | 340542 | (C) 6/6/02 | "A" PLATE | P-02 | | W-3/4" Recessed YD | Active |
| VALEO | 340574 | No | 1 | 340574 | (A) 12/3/01 | "B" PLATE | Q-20 | | W-3/4" Recessed YD | Active |



## Active Pattern Location Catalog

| Customer | Product Number | Rider Number | Cavity Number | Pattern Number | Revision Level/Date | Plate Size | Rack Location | Core Setter Location | Date/Year Codes: Raised or Recessed Lettering | Patterns Active/In-Active |
|---|---|---|---|---|---|---|---|---|---|---|
| VALEO | 340596 | NO | 1 | 340596 | (A) 4/30/02 | "B" PLATE | R-17 | | W-3/4"  Recessed  YD | Active |
| VALEO | 339714LO | NO | 1 | 339714LO | (A) 3/19/93 | "B" PLATE | L-14 | | W-3/4"  Recessed  YD | Active |
| VALEO | 339945BO | NO | 1 | 339945BO | (D) 11/21/94 | "B" PLATE | K-04 | | W-3/4"  Recessed  YD | Active |
| VALEO | 382964G | NO | 1 | 382964G | (C') 4/28/99 | "A" PLATE | H-10 | | W-3/4"  Recessed  YD | Active |
| Whirlpool | 62503 | No | 54-57 | 62503 | (AM) 9/7/01 | "B" PLATE | L-11 | | W-3/4"  Raised  YD | Active |
| Whirlpool | 62503 | 3948575 / 66,67 | 50-51 | 62503 | (AM) 3/17/01 | "A" PLATE | P-25 | | W-3/4"  Raised  YD | Active |
| Whirlpool | 62503 | 3948575 / 65,68 | 48-49 | 62503 | (AM) 3/17/01 | "A" PLATE | P-29 | | W-3/4"  Raised  YD | Active |
| Whirlpool | 3948575 | NO | 69-76 | 3948575 | (C3) 4/14/03 | "A" PLATE | B-03 | | W-3/4"  Recessed  YD | Active |
| Whirlpool | 3948575 | 62503 / 50-51 | 66-67 | 3948575 | (C3) 4/14/03 | "A" PLATE | P-25 (R) | | W-3/4"  Raised  GYD | Active |
| Whirlpool | 3948575 | 62503 / 58-60 | 49-51 | 3948575 | (C3) 4/14/03 | "B" PLATE | | | W-3/4"  Recessed  YD | Active |
| Whirlpool | 3948576 | 62504 / 48-49 | 65,68 | 3948575 | (C3) 4/14/03 | "A" PLATE | P-29 | | W-3/4"  Raised  GYD | Active |