auburn foundry, inc.

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| ? | 527379 | 1-2 | | WAREHOUSE - SKID - 6 | | | |
| ? | 9790841 | 1-2 | | WAREHOUSE - SKID - 6 | | | |
| BRISTOL | 1027 | 5-6 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| BRISTOL | 1027 | 3-4 | COREMASK | BACK ROOM - 0C-21 | | | |
| BRISTOL | 1040 | 2-3 | COREMASK | BACK ROOM - 0B-5-6 | | | |
| BRISTOL | 1040 | 2-3 | 1040 | OB-08 | | | |
| BRISTOL | 1043 | 11-13 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| BRISTOL | 1043 | 11-13 | PATTERN | BACK ROOM - FLOOR | | | |
| BRISTOL | 001027 | 9-10 | 1027 | HOLD | | | |
| BRISTOL | 001037-38 | ? | COREMASK | BACK ROOM - 0B-5-6 | | | |
| BRISTOL | 001044-46 | 20-22 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| BRISTOL | D0010201 | ? | COREMASK | BACK ROOM - 0B-3-4 | | | |
| BRISTOL | D0010201 | 1 | PATTERN | BACK ROOM - 0C-9 | | | |
| CELS | M11500 | 1 | | WAREHOUSE - SKID - 3 | | | |
| DAIKIN | CU0149010 | 1-1 | PATTERN | BACK ROOM - 0A-13 | | | |
| DAIKIN | UP02197000 | 1-2 | | WAREHOUSE - SKID - 11 | | | |
| DAIKIN | UP02673001 | 1-4 | | WAREHOUSE - SKID - 4 | | | |
| DAIKIN | UP02794022 | 3-4 | PATTERN | BACK ROOM - 0A-3 | | | |
| DAIKIN | UP02810023 | 1-2 | PATTERN | BACK ROOM - 0C-6 | | | |
| DAIKIN | UP02812000 | 1-2 | PATTERN | BACK ROOM - 0C-17 | | | |
| DAIKIN | UP02836010 | 1-2 | PATTERN | BACK ROOM - 0C-19 | | | |
| DAIKIN | 060A0000 | | PATTERN | WAREHOUSE -SKID -11 | | | |
| DAIKIN | 061A0000 | | PATTERN | WAREHOUSE -SKID -11 | | | |
| DAIKIN | UP27052000 | 1 | | WAREHOUSE - SKID - 11 | | | |
| DAIKIN | UP27059000 | 1 | | WAREHOUSE - SKID - 11 | | | |

auburn foundry, inc.

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| DAIKIN | UP2764000 | 1-2 | | WAREHOUSE - SKID - 11 | | | |
| DAIKIN | UP2773001 | 1-2 | | WAREHOUSE - SKID - 11 | | | |
| DANA | 242C142 | 1-4 | | WAREHOUSE - SKID - 6 | | | |
| DELCO | 1985337 | 5-8 | 11985337 | K-06 | | | |
| DELCO | 1988095 | 3-4 | 1988095 | U-05 | | | |
| DEXTER | 008-248-00 | 11-13 | 008-248-00 | On Skids | | | |
| DEXTER | 008-257-00 | 2-3 | 008-257-00 | OA-6 | | | |
| DEXTER | 008-258-00 | 5-9 | 008-258-00 | On Skids | | | |
| DEXTER | 008-283-00 | 2 | 008-283-00 | On Skids | | | |
| DEXTER | 008-386-00 | 1 | 008-386-00 | On Skids | | | |
| DEXTER | 8-091-00 | 5-10 | PATTERN | BACK ROOM - FLOOR | | | |
| DEXTER | 8-155 | 1 | PATTERN | WAREHOUSE - SKID - 2 | | | |
| DEXTER | 8-247 | 9 | PATTERN | BACK ROOM - FLOOR | | | |
| DEXTER | 8-257 | 2-3 | PATTERN | BACK ROOM - 0A-6 | | | |
| DEXTER | 8-258 | 5-9 | PATTERN | BACK ROOM - 0C-12 | | | |
| DEXTER | 8-283-00 | 2 | | WAREHOUSE - SKID - 5 | | | |
| DEXTER | | 9-20 | | WAREHOUSE -SKID - 1 | | | |
| EAGLE PICHER | 302121 | 5-8 | Patt.&C'sett | D-13 | | | |
| EAGLE PICHER | 302121 | 1-2 | | D-14 | | | |
| EAGLE PICHER | 381829 | 5-6 | 381829 | upstairs  skid | | | |
| EAGLE PICHER | 382142 | empty "A" plate | 382142 | upstairs  skid | | | |
| EAGLE PICHER | 382392 | 5-6 | 382392 | upstairs  skid | | | |
| EAGLE PICHER | 383035 | 5-6 | 383035 | upstairs  skid | | | |
| EATON | 5192 | 2 | | WAREHOUSE -SKID - 2 | | TOT accessed YD | |
| EATON | 113C152 | 2 | | Sample Hold Rack | | | |
| EATON | 113C172 | 2 | 113C151 | WAREHOUSE - SKID - 3 | | | |

Master Pattern Catalog.xls

3/12/2004

auburn foundry, inc.

# In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| EATON | 113C49 | 3 | PATTERN | BACK ROOM - 0B-3-4 | | | |
| EATON | 113C71 | 4 | PATTERN | WAREHOUSE - SKID - 3 | | | |
| EATON | 170C431C | 1 | 170C430C | H-11 | | | |
| EATON | 170C431C | 1 | 170C430C | H-11 | | | |
| EATON | 170C435C | 1 | 170C434C | B-18 | | | |
| EATON | 170C526 | 1 | PATTERN | BACK ROOM - 0C-3 | | | |
| EATON | 170C526 | 1 | PATTERN | BACK ROOM - 0C-4 | | | |
| EATON | 195C22C | 1 | | WAREHOUSE - SKID - 11 | | | |
| EATON | 195C60 | cavity missing from plate | PATTERN | BACK ROOM - FLOOR | | | |
| EATON | 195C96 | cavity missing from plate | PATTERN | BACK ROOM - FLOOR | | | |
| EATON | 197C170 | 1 | 197C171 | On Skids | | | |
| EATON | 197C170 | | 197C170 | WAREHOUSE - SKID - 4 | | | |
| EATON | 242C142 | 1-4 | 242C142 | On Skids | | | |
| FREUDENBERG | 458653 | 1-4 | | WAREHOUSE - SKID - 10 | | | |
| FREUDENBERG | 630266 | 1-4 | 630266 | On Skids | | | |
| FREUDENBERG | 630266 | 1-6 | 630266 | On Skids | | | |
| FREUDENBERG | 630266 | 7-10 (RIDERS) | | WAREHOUSE - SKID - 10 | | | |
| FREUDENBERG | 630266 | 1-6 | | WAREHOUSE - SKID - 8 | | | |
| FREUDENBERG | 630283 | 1-4 | 630283 | On Skids | | | |
| FREUDENBERG | 630283 | 1-3 | | WAREHOUSE - SKID - 10 | | | |
| FREUDENBERG | 630341 | 1-3 | | WAREHOUSE - SKID - 4 | | | |
| FREUDENBERG | 630343 | 1-2 | 630343 | On Skids | | | |
| FREUDENBERG | 630343 | 1-2 | | WAREHOUSE -SKID - 1 | | | |
| FREUDENBERG | 70342381 | 13-18 | 70342381 | ? | | | |
| FREUDENBERG | 70342381 | 13-18 | PATTERN | BACK ROOM - FLOOR | | | |
| FREUDENBERG | 70361371 | 1-8 | 70361371 | ? | | | |

**auburn foundry, inc.**

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| FREUDENBERG | 70361371 | 9-14 | 70361371 | ? | | | |
| FREUDENBERG | 70361381 | 1-5 | 70361381 | ? | | | |
| FREUDENBERG | 70361381 | 12-17 | 70361381 | ? | | | |
| FREUDENBERG | 70361381 | 24-28 | 70361381 | ? | | | |
| FREUDENBERG | 70363381 | 1-4 | PATTERN | BACK ROOM - 0D-6 | | | |
| FREUDENBERG | 70363381 | 1-4 | 115592 | OD-06 | | | |
| FREUDENBERG | 70764381 | 1-4 | PATTERN | BACK ROOM - 0A-9 | | | |
| FREUDENBERG | 70891381 | 1-4 | PATTERN | BACK ROOM - FLOOR | | | |
| FREUDENBERG | 70891381 | 1-4 | 70891381 | bk room | | | |
| FREUDENBERG | 700511214 | 7001937I | PROTOTYPE | BACK ROOM - 0D-1 | | | |
| FREUDENBERG | 044-005500100 | 1-6 | | WAREHOUSE - SKID - 8 | | | |
| GM | 8633187 | 1-3 | 8633187 | On Skids | | | |
| GM | 8633187 | 1-3 | | WAREHOUSE - SKID - 7 | | | |
| GM | 8633188 | 1-5 | PATTERN | BACK ROOM - 0C-14 | | | |
| GM | 8633188 | 8-12 | PATTERN | BACK ROOM - 0D-4 | | | |
| GM | 8642209 | 1-5 | PATTERN | BACK ROOM - 0A-10 | | | |
| GM | 8642209 | 7-10 | PATTERN | BACK ROOM - FLOOR | | | |
| GM | 8678032 | 1-4 | COREMASK | BACK ROOM - 0B-7-8 | | | |
| GM | 8678547 | 1-2 | 8678547 | O-16 | | | |
| GM | 18018096 | 2 | COREMASK | BACK ROOM - 0B-3-4 | | | |
| GM | 18018096 | 23-24 | PATTERN | BACK ROOM - FLOOR | | | |
| GM | 18018121 | 1-2 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| GM | 18018121 | 1-2 | | WAREHOUSE - SKID - 4 | | | |
| GM | 18021014 | ? | COREMASK | BACK ROOM - 0B-7-8 | | | |
| GM | 18021353 | from plate | PATTERN | BACK ROOM - FLOOR | | | |
| GM | 18023040 | ? | COREMASK | BACK ROOM - 0B-7-8 | | | |

Master Pattern Catalog.xls

4

3/12/2004

auburn foundry, inc.

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| GM | 24206967 | 1-3 | PATTERN | BACK ROOM - 0C-2 | | | |
| GM | 18023040 | 1 | PATTERN | BACK ROOM - 0A-8 | | | |
| GM | 18041913-DA | 1-2 | PATTERN | BACK ROOM - 0A-12 | | | |
| HAYES LEMMERZ | 43124 | 2-3 | PATTERN | BACK ROOM - FLOOR | | | |
| HAYES LEMMERZ | (65422) KHX13538100 | 1 | PATTERN | BACK ROOM - FLOOR | | | |
| HAYES LEMMERZ | 43122R | EMPTY "B" PLATE | | BACK ROOM - FLOOR | | | |
| HAYES LEMMERZ | 43124R | 2-3 | COREMASK | BACK ROOM - 0B-7-8 | | | |
| HAYES LEMMERZ | 43124R | 1 | 43124R | BackRoom 0B-01 | | | |
| HAYES LEMMERZ | 43255R | 2-3 | PATTERN | BACK ROOM - FLOOR | | | |
| HILLSDALE | 300284 | 1-4 | 300284 | On Skids | | | |
| HILLSDALE | 370835 | 5-8 | 370835 | On Skids | | | |
| HILLSDALE | 381934 | 15-16 | 381934 | D-06 Hold | | | |
| HILLSDALE | 390569 | 1-3 | 25517530 | A-19 | | | |
| HILLSDALE | 520101 | 1-4 | 520101 | B-08 | | | |
| HT | 112569 | 1-4 | | WAREHOUSE - SKID -6 | | | |
| HT | 112721 | 1-6 | PATTERN | BACK ROOM - FLOOR | | | |
| HT | 302210 | 13-18 | COREMASK | BACK ROOM - 0C-13 | | | |
| HT | 302210 | 13-18 | PATTERN | BACK ROOM - FLOOR | | | |
| HT | 590312 | 8-10 | | WAREHOUSE -SKID - 1 | | | |
| HT | 9L9311 | | CORE BOX | BACK ROOM - FLOOR | | | |
| Ill Auto | FW-121 | 1 | FW-121 | M-11 | | | |
| ILL. AUTO | S-1506 | ? | PATTERN | BACK ROOM - 0D-12 | | | |
| ILL. AUTO | S-1529 | ? | PATTERN | BACK ROOM - 0D-8 | | | |
| Ill Auto | YM-1550 | 1 | M-1550 | R-20 | | | |
| Ill Auto | FW-121 | 1 | FW-121 | M-11 | | | |
| KIRIU | 40206 7Y030 | 4 | c'box insert | BACK-ROOM - FLOOR | | | |

Master Pattern Catalog.xls

3/12/2004

5

**auburn foundry, inc.**

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| KIRIU | 43206-626 | EMPTY "B" PLATE | PATTERN | BACK ROOM - FLOOR | | | |
| KIRIU | 43206 3Z6 | 2 | | D-15 | | | |
| LINAMAR | SAG01047 | 1-6 | PATTERN | BACK ROOM - 0C-10 | | | |
| LINAMAR | SD7H15 | 9-14 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| LUK | 1-202-795-01 | 1 | PATTERN | BACK-ROOM - FLOOR | | | |
| LUK | 1-202-803-00 | 1 | 1-202-803-00 | On Skids | | | |
| LUK | 1-202-952-00 | 1-2 | PATTERN | BACK ROOM - 0C-8 | | | |
| LUK | 1-202-T06-00 | 1 | PATTERN | BACK ROOM - 0C-11 | | | |
| LUK | 1-202-T09-00 | 1 | PATTERN | BACK ROOM - FLOOR | | | |
| LUK | 1-203-956-00 | 1 | PATTERN | BACK ROOM - 0A-1 | | | |
| LUK | EMPTY PLATES | | PLATES | BACK ROOM - 0C-15 | | | |
| LUK | EMPTY PLATES | | PLATES | BACK ROOM - 0C-16 | | | |
| METALDYNE | 461337 | 21-25 | 461337 | E-19 | | | |
| METALDYNE | 3903102 | 1-4 | 3903102 | On Skids | | | |
| METALDYNE | 3903103 | 1-4 | 3903103 | On Skids | | | |
| METALDYNE | 4667772 | 1-3 | 4667772 | On Skids | | | |
| METALDYNE | 53041013 | 1-3 | 5304103 | On Skids | | | |
| METALDYNE | 893300920 | 4-7 | | WAREHOUSE - SKID - 2 | | | |
| METALDYNE | 10101160-H | 1-4 | 10101160-H | On Skids | | | |
| METALDYNE | 177058-H | 1-6 | P00204H | On Skids | | | |
| METALDYNE | 3922556-RT | 1-2 | 3922556 | | | | |
| METALDYNE | 4448886-HT | 6-10 | PATTERN | BACK ROOM - 0A-11 | | | |
| METALDYNE | 4448886-RT | 18-21 | PATTERN | BACK ROOM - FLOOR | | | |
| METALDYNE | 4792-460-HT | 1-2 | PATTERN | BACK ROOM - 0A-2 | | | |
| METALDYNE | 53010477-HT | 53010477-RT | PROTOTYPE | BACK ROOM - 0D-3 | | | |
| METALDYNE | 93205946-RT | 1-4 | 93205949-RT | On Skids | | | |

auburn foundry, inc.

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| METALDYNE | C2DE-6314A2A-RT | 1-6 | C2DE-6314A2A-RT | On Skids | x | | |
| METALDYNE | E3TE-6316-BA-RT | 2-4 | E3TE-6316-BA | On Skids | x | | |
| METALDYNE | EF-3242885-R | 1-3 | EF-324885-R | On Skids | | | |
| METALDYNE | F1AE-6316-RT | 8-12 | PATTERN | BACK ROOM - 0D-10 | | | |
| METALDYNE | P00332-RT | 1-4 | P00332-RT | J-18 | | | |
| METALDYNE | P00480 | 1-4 | P00480 | Back Room Floor | | RAISED | Active |
| METALDYNE | SPN007636 | 1-12 | PATTERN | BACK ROOM - 0C-5 | | | |
| METRO | 356136 | 1-8 | 356136 | C-07 | | | |
| NULL | 23482-007C | 1 | 23482-007 | F-18 | | | |
| OPEN | | | PATTERN | BACK ROOM - 0A-4 | | | |
| OPEN | | | | BACK ROOM - 0C-1 | | | |
| RAPID CUT | 30-0618 | 3-8 | PATTERN | BACK ROOM - 0B-5-6 | | | |
| SIMPSON | 3903102 | 1-4 | | WAREHOUSE - SKID - 5 | | | |
| SIMPSON | 3921510 | 1-8 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | 3921511 | 1-8 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | 4573589 | 5-7 | | WAREHOUSE - SKID - 2 | | | |
| SIMPSON | 4667772 | 1-3 | | WAREHOUSE - SKID - 9 | | | |
| SIMPSON | 10146862 | 1-4 | | WAREHOUSE - SKID - 9 | | | |
| SIMPSON | 53041013 | 1-3 | | WAREHOUSE - SKID - 6 | | | |
| SIMPSON | 10101160-H | 1-4 | | WAREHOUSE - SKID - 7 | | | |
| SIMPSON | 3903103(3920315) | 1-4 | | WAREHOUSE - SKID - 6 | | | |
| SIMPSON | 463553-RT | 1-3 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | 88DA-6316AAHT | 1-6 | | WAREHOUSE - SKID - 10 | | | |
| SIMPSON | 88DA-6316AART | 1-4 | | WAREHOUSE - SKID - 10 | | | |
| SIMPSON | D2AF-2B877-AA | 1-2 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | D5AE-6316(110779) | 1-4 | | WAREHOUSE - SKID - 6 | | | |

Master Pattern Catalog.xls

7

3/12/2004

**auburn foundry, inc.**

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|---|---|---|---|---|---|---|---|
| SIMPSON | F23E-8A528BB | 1-12 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | F3DE-6316-RT | 1-6 | | WAREHOUSE - SKID - 10 | | | |
| SIMPSON | FS11-11-401-H | 1-6 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | N-3899 | 3-7 | | WAREHOUSE - SKID - 10 | | | |
| TIECHON | 8929728 | 1-2 | PATTERN | BACK ROOM - 0C-20 | | | |
| TIECHON | 53010344 | 1 | PATTERN | BACK ROOM - FLOOR | | | |
| TIECHON | 893002504 | 2 | PATTERN | BACK ROOM - FLOOR | | | |
| TIECHON | 893002674 | 1 | | On Skids | | | |
| TIECHON | 893002674 | 1 | 8933002674 | WAREHOUSE - SKID - 7 | | | |
| UNIQUE | H-1062 | 1-4 | H-1062 | N-05 | | | |
| VALEO | 79240 | 1 | PATTERN | BACK ROOM - 0C-18 | | | |
| VALEO | 221529 | 1 | PATTERN | BACK ROOM - 0A-5 | | | |
| VALEO | 221529 | 3 | 170628 | LOOSE | | YD | |
| VALEO | 257381 | ? | COREMASK | BACK ROOM - 0B-3-4 | | | |
| VALEO | 339632 | 1 | PATTERN | BACK ROOM - 0D-9 | | | |
| VALEO | 340417 | 1 | PATTERNS | BACK ROOM - 0D-2 | | | |
| VALEO | EMPTY PLATES | | | BACK ROOM - FLOOR | | | |
| VALEO | ST83557 | ? | PATTERN | BACK ROOM - 0B-3-4 | | | |
| WHIRLPOOL | 62503 | EMPTY PLATES | | BACK ROOM - FLOOR | | | |
| WHIRLPOOL | 62503 | 52,61 | PATTERN | BACK ROOM - FLOOR | | | |
| WHIRLPOOL | 62503 | 44-47 | PATTERN | BACK-ROOM - FLOOR | | | |
| WHIRLPOOL | 3948575 | 53-56 | PATTERN | BACK ROOM - 0A-7 | | | |
| WHIRLPOOL | 3948575 | 57-64 | PATTERN | BACK ROOM - 0D-5 | | | |
| Whirlpool | 3948575 | 57-64 | 3948575 | OD-05 | | | |
| | | | | | | | |
| | | | | | | | |

**auburn foundry, inc.**

## In-Active Pattern Location Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Rider | Rider Number | Hold Form |
|----------|---------------|---------------|----------------|------------------------------|-------|--------------|-----------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

3/12/2004

9

Master Pattern Catalog.xls