**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| ? | 527379 | 1-2 | | WAREHOUSE - SKID - 6 | | | |
| ? | 9790841 | 1-2 | | WAREHOUSE - SKID - 6 | | | |
| BRISTOL | 1027 | 5-6 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| BRISTOL | 1027 | 3-4 | COREMASK | BACK ROOM - 0C-21 | | | |
| BRISTOL | 1040 | 2-3 | COREMASK | BACK ROOM - 0B-5-6 | | | |
| BRISTOL | 1043 | 11-13 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| BRISTOL | 1043 | 11-13 | PATTERN | BACK ROOM - FLOOR | | | |
| BRISTOL | 001037-38 | ? | COREMASK | BACK ROOM - 0B-5-6 | | | |
| BRISTOL | 001044-46 | 20-22 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| BRISTOL | 001044-46 | 17-19 | COREMASK | BACK-ROOM -0B-7-8 | | | |
| BRISTOL | D0010201 | ? | COREMASK | BACK ROOM - 0B-3-4 | | | |
| BRISTOL | D0010201 | 1 | PATTERN | BACK ROOM - 0C-9 | | | |
| CELS | M11500 | 1 | | WAREHOUSE - SKID - 3 | | | |
| DAIKIN | CU0149010 | 1-1 | PATTERN | BACK ROOM - 0A-13 | | | |
| DAIKIN | UP02197000 | 1-2 | | WAREHOUSE - SKID - 11 | | | |
| DAIKIN | UP02673001 | 1-4 | | WAREHOUSE - SKID - 4 | | | |
| DAIKIN | UP02794022 | 3-4 | PATTERN | BACK ROOM - 0A-3 | | | |
| DAIKIN | UP02810023 | 1-2 | PATTERN | BACK ROOM - 0C-6 | | | |
| DAIKIN | UP02812000 | 1-2 | PATTERN | BACK ROOM - 0C-17 | | | |
| DAIKIN | UP02836010 | 1-2 | PATTERN | BACK ROOM - 0C-19 | | | |
| DAIKIN | UP27052000 | 1 | | WAREHOUSE - SKID - 11 | | | |
| DAIKIN | UP27059000 | 1 | | WAREHOUSE - SKID - 11 | | | |

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Tooling Exit | | |
|---|---|---|---|---|---|---|---|
| | | | | | AF Shipper # | Ship Date | Shipped to |
| DAIKIN | UP2764000 | 1-2 | | WAREHOUSE - SKID - 11 | | | |
| DAIKIN | UP2773001 | 1-2 | | WAREHOUSE - SKID - 11 | | | |
| DANA | 242C142 | 1-4 | | WAREHOUSE - SKID - 6 | | | |
| DANA | 242C142 | 1-4 | CORESETTER | BACK ROOM - OB-3-4 | | | |
| DEXTER | 8-091-00 | 5-10 | PATTERN | BACK ROOM - FLOOR | | | |
| DEXTER | 8-155 | 1 | | WAREHOUSE - SKID - 2 | | | |
| DEXTER | 8-247 | 9 | PATTERN | BACK ROOM - FLOOR | | | |
| DEXTER | 8-257 | 2-3 | PATTERN | BACK ROOM - 0A-6 | | | |
| DEXTER | 8-258 | 5-9 | PATTERN | BACK ROOM - 0C-12 | | | |
| DEXTER | 8-265 | 3 | | WAREHOUSE - SKID - 3 | | | |
| DEXTER | 8-283-00 | 2 | | WAREHOUSE - SKID - 5 | | | |
| DEXTER | | 9-20 | | WAREHOUSE - SKID - 1 | | | |
| EATON | 5192 | 2 | | WAREHOUSE - SKID - 2 | | | |
| EATON | 113C172 | 2 | | WAREHOUSE - SKID - 3 | | | |
| EATON | 113C49 | 3 | PATTERN | BACK ROOM - 0B-3-4 | | | |
| EATON | 113C71 | 4 | | WAREHOUSE - SKID - 3 | | | |
| EATON | 170C526 | 1 | PATTERN | BACK ROOM - 0C-3 | | | |
| EATON | 170C526 | 1 | PATTERN | BACK ROOM - 0C-4 | | | |
| EATON | 195C22C | 1 | | WAREHOUSE - SKID - 11 | | | |
| EATON | 195C60 | 6 Cav. 5 Missing from plate | PATTERN | BACK ROOM - FLOOR | | | |
| EATON | 195C96 | 4 Cav. 2 Missing from plate | PATTERN | BACK ROOM - FLOOR | | | |

**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Tooling Exit AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| EATON | 197C170 | | | WAREHOUSE - SKID - 4 | | | |
| FREUDENBERG | 458653 | 1-4 | | WAREHOUSE - SKID - 10 | | | |
| FREUDENBERG | 630266 | 7-10 (RIDERS) | | WAREHOUSE - SKID - 10 | | | |
| FREUDENBERG | 630266 | 1-6 | | WAREHOUSE - SKID - 8 | | | |
| FREUDENBERG | 630283 | 1-3 | | WAREHOUSE - SKID - 10 | | | |
| FREUDENBERG | 630341 | 1-3 | | WAREHOUSE - SKID - 4 | | | |
| FREUDENBERG | 630343 | 1-2 | | WAREHOUSE - SKID - 1 | | | |
| FREUDENBERG | 70342381 | 13-18 | PATTERN | BACK ROOM - FLOOR | | | |
| FREUDENBERG | 70363381 | 1-4 | PATTERN | BACK ROOM - 0D-6 | | | |
| FREUDENBERG | 70764381 | 1-4 | PATTERN | BACK ROOM - 0A-9 | | | |
| FREUDENBERG | 70891381 | 1-4 | PATTERN | BACK ROOM - FLOOR | | | |
| FREUDENBERG | 700511214 | 70019371 | PROTOTYPE | BACK ROOM - 0D-1 | | | |
| FREUDENBERG | 044-005500100 | 1-6 | | WAREHOUSE - SKID - 8 | | | |
| GM | 8633187 | 1-3 | | WAREHOUSE - SKID - 7 | | | |
| GM | 8633188 | 1-5 | PATTERN | BACK ROOM - 0C-14 | | | |
| GM | 8633188 | 8-12 | PATTERN | BACK ROOM - 0D-4 | | | |
| GM | 8642209 | 1-5 | PATTERN | BACK ROOM - 0A-10 | | | |
| GM | 8642209 | 7-10 | PATTERN | BACK ROOM - FLOOR | | | |
| GM | 8678032 | 1-4 | COREMASK | BACK ROOM - 0B-7-8 | | | |
| GM | 18018096 | 2 | COREMASK | BACK ROOM - 0B-3-4 | | | |
| GM | 18018096 | 23-24 | PATTERN | BACK ROOM - FLOOR | | | |
| GM | 18018121 | 1-2 | COREMASK | BACK ROOM - 0B-1-2 | | | |

## Obsolete Pattern Catalog

auburn foundry, inc.

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| GM | 18018121 | 1-2 | | WAREHOUSE - SKID - 4 | | | |
| GM | 18021014 | ? | COREMASK | BACK ROOM - 0B-7-8 | | | |
| GM | 18021353 | 9-10 Cav. 10 Missing from plate | PATTERN | BACK ROOM - FLOOR | | | |
| GM | 18023040 | ? | COREMASK | BACK ROOM - 0B-7-8 | | | |
| GM | 24206967 | 1-3 | PATTERN | BACK ROOM - 0C-2 | | | |
| GM | 18023040 | 1 | PATTERN | BACK ROOM - 0A-8 | | | |
| GM | 18041913-DA | 1-2 | PATTERN | BACK ROOM - 0A-12 | | | |
| HAYES LEMMERZ | 43124 | 2-3 | PATTERN | BACK ROOM - FLOOR | | | |
| HAYES LEMMERZ | (65422) KHX13538100 | 1 | PATTERN | BACK ROOM - FLOOR | | | |
| HAYES LEMMERZ | 43122R | EMPTY "B" PLATE | | BACK ROOM - FLOOR | | | |
| HAYES LEMMERZ | 43124R | 2-3 | COREMASK | BACK ROOM - 0B-7-8 | | | |
| HAYES LEMMERZ | 43255R | 2-3 | PATTERN | BACK ROOM - FLOOR | | | |
| HT | 112569 | 1-4 | | WAREHOUSE - SKID -6 | | | |
| HT | 112721 | 1-6 | PATTERN | BACK ROOM - FLOOR | | | |
| HT | 302210 | 13-18 | COREMASK | BACK ROOM - 0C-13 | | | |
| HT | 302210 | 13-18 | PATTERN | BACK ROOM - FLOOR | | | |
| HT | 590312 | 8-10 | | WAREHOUSE -SKID - 1 | | | |
| HT | 9L9311 | | CORE BOX | BACK ROOM - FLOOR | | | |
| ILL AUTO | S-1506 | ? | PATTERN | BACK ROOM - 0D-12 | | | |
| KIRIU | 43206-626 | EMPTY B PLATE | PATTERN | BACK ROOM - FLOOR | | | |

**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Tooling Exit | | |
|---|---|---|---|---|---|---|---|
| | | | | | AF Shipper # | Ship Date | Shipped to |
| LINAMAR | SAG01047 | 1-6 | PATTERN | BACK ROOM - 0C-10 | | | |
| LINAMAR | SD7H15 | 9-14 | COREMASK | BACK ROOM - 0B-1-2 | | | |
| LUK | 1-202-952-00 | 1-2 | PATTERN | BACK ROOM - 0C-8 | | | |
| LUK | 1-202-T06-00 | 1 | PATTERN | BACK ROOM - 0C-11 | | | |
| LUK | 1-202-T09-00 | 1 | PATTERN | BACK ROOM - FLOOR | | | |
| LUK | 1-203-257-01 | 1-2 | PATTERN | Sent to Luk ( 8/03 ) | | | |
| LUK | 1-203-291-00 | 6-7 | PATTERN | Sent to Luk ( 8/03 ) | | | |
| LUK | 1-203-543-01 | 5-6 | PATTERN | Sent to Luk ( 8/03 ) | | | |
| LUK | 1-203-956-00 | 1 | PATTERN | BACK ROOM - 0A-1 | | | |
| LUK | EMPTY PLATES | | PATTERN PLATES | BACK ROOM - 0C-15 | | | |
| LUK | EMPTY PLATES | | PATTERN PLATES | BACK ROOM - 0C-16 | | | |
| METALDYNE | 352153 | 1-3 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 364720 | 25-29 | | | F-03994 | 2/28/2003 | |
| METALDYNE | 1254811 | 1-4 | | | F03991 | 2/21/2003 | |
| METALDYNE | 1628498 | 1-12 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 1628498 | 1-12 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 3225201 | 1-4 | | | F-03993 | 2/28/2003 | |
| METALDYNE | 3884522 | 1-4 | | | F-03993 | 2/28/2003 | |
| METALDYNE | 3911422 | 1-1 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 3911422 | 1-2 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 3917602 | 1-4 | | | F-03993 | 2/28/2003 | |
| METALDYNE | 3918999 | 1-2 | | | F-03997 | 3/7/2003 | |

**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| | | | | | **Tooling Exit** | | |
| METALDYNE | 4095220 | 1-2 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 4095526 | 1-3 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 4173443 | 15-20 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 4173443 | 9-14 | | | F03987 | 2/14/2003 | |
| METALDYNE | 4384520 | 1-6 | | | F-03997 | 3/7/2003 | |
| METALDYNE | 4511008 | 1-4 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 22531373 | 11-14 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 25522578 | 1-8 | | | F03991 | 2/21/2003 | |
| METALDYNE | 25525964 | 1-10 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 26019919 | 5-8 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 391125401 | 1-2 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 391125401 | 1-2 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 893300920 | 4-7 | | WAREHOUSE - SKID - 2 | | | |
| METALDYNE | 10042861-RT | 1-4 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 10083143-HT | 1-6 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 10101159-R | 1-3 | | | F-03994 | 2/28/2003 | |
| METALDYNE | 10216338-HT | 5-8 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 10216452-HT | 1-4 | | | F03991 | 2/21/2003 | |
| METALDYNE | 10227165R | 1-3 | | | F03987 | 2/14/2003 | |
| METALDYNE | 10227166R | 1-3 | | | F03987 | 2/14/2003 | |
| METALDYNE | 12553423-HT | 1-4 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 14022671-RT | 1-3 | | | F-03986 | 2/7/2002 | |

![auburn foundry, inc.]

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| | | | | | Tooling Exit | | |
| METALDYNE | 1635539R | 7-10 | | | F-03995 | 3/7/2003 | |
| METALDYNE | 1635539R | 4-6 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 198424-HT | 1-7 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 198424-RT | 1-5 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 22545438-RT | 1-5 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 260054231-HT | 1-12 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 260054231-HT | 1-12 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 26039793-HT | 1-15 | | | F03991 | 2/21/2003 | |
| METALDYNE | 26039793-RT | 1-8 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 2658457RT | 1-4 | | | F-03997 | 3/7/2003 | |
| METALDYNE | 2658457-RT2 | 5-8 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 2658457-RT2 | 9-11 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 283046-C94-RT | 6-7 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 3230131-RT | 1-3 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 364722-RT2 | 1-3 | | | F-03993 | 2/28/2003 | |
| METALDYNE | 3788428-RT | 1-4 | | | F-03993 | 2/28/2003 | |
| METALDYNE | 3830480-HT | 1-4 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 3859935-RT2 | 1-3 | | | F03991 | 2/21/2003 | |
| METALDYNE | 3870332-S | 3-4 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 3870332-S | 1-2 | | | F-03995 | 3/7/2003 | |
| METALDYNE | 3922556RT | 1-2 | | | F-03997 | 3/7/2003 | |
| METALDYNE | 39802030-RT1 | 1-2 | | | F03991 | 2/21/2003 | |