**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| | | | | | | Tooling Exit | |
| METALDYNE | 4023965-R | 1-2 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 4095087-HT3 | 1-4 | | | F03987 | 2/14/2003 | |
| METALDYNE | 4179655-RT | 1-3 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 4448886-RT | 18-21 | PATTERN | BACK ROOM - FLOOR | | | |
| METALDYNE | 477234-S | 5-8 | | | F-03993 | 2/28/2003 | |
| METALDYNE | 4792-460-HT | 1-2 | PATTERN | BACK ROOM - 0A-2 | | | |
| METALDYNE | 489228-C93-HT | 4-7 | | | F-03990 | 2/21/2003 | |
| METALDYNE | 5245110-H | 1-6 | | | F-04024 | 3/28/2003 | |
| METALDYNE | 5245110-R | 1-4 | | | F-04024 | 3/28/2003 | |
| METALDYNE | 53010477-HT | 53010477-RT | PROTOTYPE | BACK ROOM - 0D-3 | | | |
| METALDYNE | 5D5H14-4505-6210 | 1-6 | | | F-03996 | 3/7/2003 | |
| METALDYNE | 6A311 | 13-15 | | | F03991 | 2/21/2003 | |
| METALDYNE | 7829137-H | 1-12 | | | F-03983 | 1/24/2003 | |
| METALDYNE | 7845095-H | 13-24 | | | F-03983 | 1/24/2003 | |
| METALDYNE | 7845095-R | 16-21 | | | F-03983 | 1/24/2003 | |
| METALDYNE | 7845095-R | 9-14 | | | F-03983 | 1/24/2003 | |
| METALDYNE | 8933002920-HT | 1-6 | | | F03987 | 2/14/2003 | |
| METALDYNE | 90DA-6316AA-HT | 1-5,7 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 90DA-6316AA-RT | 1-3 | | | F-03986 | 2/7/2002 | |
| METALDYNE | 93226505-HT | 1-8 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 93226505-RT | 1-6 | | | F-04025 | 3/21/2003 | |
| METALDYNE | 94DA-6316AA-H | 1-2 & 4-6 | | | F-03995 | 3/7/2003 | |

**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Tooling Exit ||| |
|---|---|---|---|---|---|---|---|
| | | | | | AF Shipper # | Ship Date | Shipped to |
| METALDYNE | 94DA-6316AA-R | 1-3 | | | F-03995 | 3/7/2003 | |
| METALDYNE | C2DE-6314A2A-RT | 1-6 | C2DE-6314A2A-RT | On Skids | | | |
| METALDYNE | C2DE-6314A2A-RT | 1-6 | | | F03987 | 2/14/2003 | |
| METALDYNE | C4TE-6314-A2 | 5-7 | | | F-04024 | 3/28/2003 | |
| METALDYNE | D0OE-6316BC-HT | 1-6 | | | F-03993 | 2/28/2003 | |
| METALDYNE | D20E-6316-A2A | 1-4 | | | F-04024 | 3/28/2003 | |
| METALDYNE | D2AE-631-A2A-RT | 1-4 | | | F-04024 | 3/28/2003 | |
| METALDYNE | D9HT-2884-AA-P | 1-2 | | | F03987 | 2/14/2003 | |
| METALDYNE | D9TE-6316AB-HT | 1-6 | | | F-03993 | 2/28/2003 | |
| METALDYNE | D9TE-6316AB-HT | 3-4 | PATTERN | | F-03993 | 2/28/2003 | |
| METALDYNE | D9TE-6316AB-HT | 3-4 | CORESETTER | | F-03993 | 2/28/2003 | |
| METALDYNE | D9TE-6316AB-RT | 1-3 | | | F-03993 | 2/28/2003 | |
| METALDYNE | D9TE-6359AA-1 | 1-8 | | | F-03995 | 3/7/2003 | |
| METALDYNE | DPN007436 | 1-4 | | | F-03983 | 1/24/2003 | |
| METALDYNE | E3TE-6316-BA-HT | 11-16 | | | F-04024 | 3/28/2003 | |
| METALDYNE | E3TE-6316BA-RT | 2-4 | | | F-03995 | 3/7/2003 | |
| METALDYNE | E3TE-6316-BA-RT | 2-4 | E3TE-6316-BA | On Skids | | | |
| METALDYNE | E6JE-6316-AA | 1-4 | | | F-03986 | 2/7/2002 | |
| METALDYNE | E7TE-6316BB-R | 3-8 | | | F-03995 | 3/7/2003 | |
| METALDYNE | E85E-6316-EA | 7-12 | | | F-03994 | 2/28/2003 | |
| METALDYNE | E95E-6316-EA | 1-6 | | | F-03995 | 3/7/2003 | |
| METALDYNE | EF-3237723 | 1-3 | | | F-03993 | 2/28/2003 | |

auburn foundry, inc.

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location – Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| METALDYNE | EF-3242885-H | 1-4 | | | F-03990 | 2/21/2003 | |
| METALDYNE | EF-3242886-R | 1-3 | | | F-03993 | 2/28/2003 | |
| METALDYNE | EF-324885R | 1-3 | | | F-03997 | 3/7/2003 | |
| METALDYNE | F12E-6316AA-RT | 1-6 | | | F-03995 | 3/7/2003 | |
| METALDYNE | F1AE-6316-RT | 8-12 | PATTERN | BACK ROOM - 0D-10 | | | |
| METALDYNE | F23E-6316BA-HT | 1-6 | | | F-03995 | 3/7/2003 | |
| METALDYNE | F23E-6316BA-RT | 1-6 | | | F-03995 | 3/7/2003 | |
| METALDYNE | F2LE-6316AE-RT | 1-4 | | | F-04024 | 3/28/2003 | |
| METALDYNE | F511-11-401R | 1-4 | | | F03987 | 2/14/2003 | |
| METALDYNE | F5OE-6316AA-RT | 1-4 | | | F-03986 | 2/7/2002 | |
| METALDYNE | F68E-6316AB-RT | 2-4 | | | F-03995 | 3/7/2003 | |
| METALDYNE | F7AE-6316BA-HT | 1-6 | | | F03987 | 2/14/2003 | |
| METALDYNE | FIAE-6316-AE-R | 1-4 | | | F-03986 | 2/7/2002 | |
| METALDYNE | P00174 | 1-4 | | | F-03990 | 2/21/2003 | |
| METALDYNE | P00203-WT | 1-6 | PATTERN | | F-03990 | 2/21/2003 | |
| METALDYNE | P00203-WT | 1-6 | CORESETTER | | F-03990 | 2/21/2003 | |
| METALDYNE | P00203-WT | 1-5 | CORE BOX | | F-03990 | 2/21/2003 | |
| METALDYNE | P00204 | 1-6 | | | F-03996 | 3/7/2003 | |
| METALDYNE | P00204 | 1-6 | | | F-03996 | 3/7/2003 | |
| METALDYNE | P00211 | 1-4 | | | F03991 | 2/21/2003 | |
| METALDYNE | P00378 | 1-4 | | | F-04024 | 3/28/2003 | |
| METALDYNE | P00387 | 1-6 | | | F03987 | 2/14/2003 | |

## Obsolete Pattern Catalog

auburn foundry, inc.

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| METALDYNE | P00388 | 1-6 | | | F-03996 | 3/7/2003 | |
| METALDYNE | P00388 | 1-6 | | | F-03996 | 3/7/2003 | |
| METALDYNE | P00393 | 1-3 | | | F-03993 | 2/28/2003 | |
| METALDYNE | P00429 | 5-8 | | | F-03995 | 3/7/2003 | |
| METALDYNE | P00441 | 1-4 | | | F03987 | 2/14/2003 | |
| METALDYNE | P00452 | 1-4 | | | F-03994 | 2/28/2003 | |
| METALDYNE | P00472 | 1-6 | | | F-03986 | 2/7/2002 | |
| METALDYNE | P00473 | 1-12 | | | F-03986 | 2/7/2002 | |
| METALDYNE | P00486 | 1-3 | | | F-03995 | 3/7/2003 | |
| METALDYNE | P00489 | 1-3 | | | F03991 | 2/21/2003 | |
| METALDYNE | RE-12820-HT | 3-5 | | | F-03993 | 2/28/2003 | |
| METALDYNE | RE-30950A-HT | 3-5 | | | F-03993 | 2/28/2003 | |
| METALDYNE | SD5H14 4505-6210 | 1-6 | | | F-03996 | 3/7/2003 | |
| METALDYNE | SP-1042 | 1-8 | | | F-03990 | 2/21/2003 | |
| METALDYNE | SPN003835 | 1-3 | | | F-03995 | 3/7/2003 | |
| METALDYNE | SPN003913 | 1-4 | | | F-03995 | 3/7/2003 | |
| METALDYNE | SPN007468 | 1-4 | | | F-03983 | 1/24/2003 | |
| OPEN | SPN007636 | 1-12 | PATTERN | BACK ROOM - 0C-5 | | | |
| OPEN | | | PATTERN | BACK ROOM - 0A-4 | | | |
| RAPID CUT | | | | BACK ROOM - 0C-1 | | | |
| SIMPSON | 3903102 | 1-4 | | WAREHOUSE - SKID - 5 | | | |
| SIMPSON | 3903102 | 1-4 | COREMASK | BACK-ROOM - OB-3-4 | | | |

**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | AF Shipper # | Ship Date | Shipped to |
|---|---|---|---|---|---|---|---|
| | | | | | | Tooling Exit | |
| SIMPSON | 3921510 | 1-8 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | 3921511 | 1-8 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | 4573589 | 5-7 | | WAREHOUSE - SKID - 2 | | | |
| SIMPSON | 4667772 | 1-3 | | WAREHOUSE - SKID - 9 | | | |
| SIMPSON | 10146862 | 1-4 | | WAREHOUSE - SKID - 9 | | | |
| SIMPSON | 53041013 | 1-3 | | WAREHOUSE - SKID - 6 | | | |
| SIMPSON | 10101160-H | 1-4 | | WAREHOUSE - SKID - 7 | | | |
| SIMPSON | 30-0618 | 3-8 | PATTERN | BACK ROOM - 0B-5-6 | | | |
| SIMPSON | 3903103(3920315) | 1-4 | | WAREHOUSE - SKID - 6 | | | |
| SIMPSON | 3903103/3920315 | 1-4 | COREMASK | BACK-ROOM - OB-3-4 | | | |
| SIMPSON | 4663533-RT | 1-3 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | 88DA-6316AAHT | 1-6 | | WAREHOUSE - SKID - 10 | | | |
| SIMPSON | 88DA-6316AART | 1-4 | | WAREHOUSE - SKID - 10 | | | |
| SIMPSON | D2AF-2B877-AA | 1-2 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | D5AE-6316(110779) | 1-4 | | WAREHOUSE - SKID - 6 | | | |
| SIMPSON | F23E-8A528BB | 1-12 | | WAREHOUSE - SKID - 8 | | | |
| SIMPSON | F3DE-6316-RT | 1-6 | | WAREHOUSE - SKID - 10 | | | |
| SIMPSON | FS11-11-401-H | 1-6 | | WAREHOUSE - SKID - 8 | | | |
| TIECHON | 8929728 | 1-2 | PATTERN | BACK ROOM - 0C-20 | | | |
| TIECHON | 53010344 | 1 | PATTERN | BACK ROOM - FLOOR | | | |
| TIECHON | 8933002504 | 2 | PATTERN | BACK ROOM - FLOOR | | | |
| TIECHON | N-3899 | 3-7 | | WAREHOUSE - SKID - 10 | | | |

**auburn foundry, inc.**

## Obsolete Pattern Catalog

| Customer | Product Number | Cavity Number | Pattern Number | Location - Rack, Skid, Floor | Tooling Exit | | |
|---|---|---|---|---|---|---|---|
| | | | | | AF Shipper # | Ship Date | Shipped to |
| VALEO | 79240 | 1 | PATTERN | BACK ROOM - 0C-18 | | | |
| VALEO | 221529 | 1 | PATTERN | BACK ROOM - 0A-5 | | | |
| VALEO | 257381 | ? | COREMASK | BACK ROOM - 0B-3-4 | | | |
| VALEO | 339632 | 1 | PATTERN | BACK ROOM - 0D-9 | | | |
| VALEO | 340417 | 1 | PATTERNS | BACK ROOM - 0D-2 | | | |
| VALEO | 8933002674 | 1 | | WAREHOUSE - SKID - 7 | | | |
| VALEO | EMPTY PLATES | EMPTY PLATES | | BACK ROOM - FLOOR | | | |
| WHIRLPOOL | 62503 | 52,61 | PATTERN | BACK ROOM - FLOOR | | | |
| WHIRLPOOL | 62503 | 53-56 | PATTERN | BACK ROOM - FLOOR | | | |
| WHIRLPOOL | 3948575 | ? | PATTERN | BACK ROOM - 0A-7 | | | |
| WHIRLPOOL | ST83557 | 57-64 | PATTERN | BACK ROOM - 0B-3-4 | | | |
| | 3948575 | | PATTERN | BACK ROOM - 0D-5 | | | |