# STATEMENT OF FINANCIAL AFFAIRS

# EXHIBIT 17c

**Response to 17c: Judicial and Administrative Proceedings Auburn Foundry, Inc ("Debtor")**

1. Consent Decree, No. N-187 between debtor and Indiana Department of Environmental Management, 100 North Senate Avenue, PO Box 6015, Indianapolis, Indiana ("IDEM"), dated 9/24/86 re: closure of C.R. 48 Landfill; (Related matters: Final Order, Cause No. 89-S-J-115, dated 6/26/90, issued to debtor by Indiana Environmental Management Board concluding that issue whether C.R. 48 Landfill was a hazardous waste facility was resolved in Cause No. N-187); 2/3/94 letter from IDEM: Debtor has achieved compliance with Cause No. N-187.

2. Notice of Violation ("NOV") from IDEM to debtor dated 8/1/90, Cause No. H-10533 (subsequently a/k/a Cause No. 92-S-E 642) re: compliance with hazardous waste requirements @ C.R. 48 Landfill; Agreed Order in Cause No. 92-S-E642, H-10533 between debtor and IDEM dated 10/15/93; 6/8/94 letter from IDEM: Debtor has achieved compliance with Cause No. 92-S-E642, H-10533.

3. NOV from IDEM to debtor dated 5/14/96, Cause No. H-12526, re: compliance with hazardous waste requirements @ C.R. 48 Landfill; Agreed Order in Cause No. H-12526 between debtor and IDEM effective October 26, 1998; Cause No. 17C01-0006-CP-083, <u>IDEM v Auburn Foundry,</u> (to enforce certain provisions of AO Cause No. H- 12526); Cause No. 17C01-0006-CP-083 resolved pursuant to Final Judgment entered by DeKalb Circuit Court, January 8, 2001.

4. After the Fact Department of the Army Permit, Permit No. 89-117-8-8901, issued by Detroit District Corps of Engineers, November 13, 1991, requiring the creation of 4.6 additional acres of mitigation wetlands

5. NOV from U.S. Environmental Protection Agency, Region V, Chicago, Illinois, No. EPA-5-98-37, dated September 30, 1998, with respect to alleged construction of core machines at Plant 1 without an air permit. No further federal action.

6. NOV from IDEM to debtor dated 11/16/00, Cases No. 2000-9782-W and 2000-9783-W) with respect to alleged violations of general NPDES permit rules at Plants 1 and 2. Individual NPDES permits No. IN0061255 issued by IDEM May 29, 2002 for Plant 1; NPDES Permit No. IN0061263 issued by IDEM May 29, 2002 for Plant 2.

7. Amended NOV from IDEM to debtor dated 5/23/01(Case No. 2000-9724-A) with respect to debtor's Plant 1 that alleged violations of various Indiana administrative regulations regarding air quality. This NOV amends and replaces the NOV dated December 12, 2000 for similar alleged violations.

8. Amended NOV from IDEM to debtor dated 5/23/01 (Case No. 2000-9671-A) with respect to debtor's Plant 2 that alleged violations of various Indiana administrative regulations regarding air quality. This NOV amends and replaces the NOV dated November 16, 2000 for similar alleged violations.

9. NOV from IDEM to debtor dated 10/31/01 (Case Nos. 2001-10924-W & 2001-10926-W) with respect to debtor's Plants 1 and 2 that alleged violations of various Indiana administrative regulations regarding water quality (the "IDEM NOV"). On November 8, 2001 debtor and the City of Auburn, Indiana entered into an Administrative Order, No. 2001-001 (the "City AO") that addresses the matters set forth in the IDEM NOV. Debtor has complied with the terms of the City AO.

10. NOV from IDEM to debtor dated 12/31/01 (Case Nos. 2001-10936-H;20001-10937-H;2001-10961-S and 2001-11041-S) with respect to debtor's Type III solid waste landfill (C.R. 50) that alleged violations of various Indiana administrative regulations regarding the solid waste landfill.