# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF NONCOMPLIANCE

NOTICE IS HEREBY GIVEN that the following documents have not been filed as required:

Disclosure of Compensation of Attorney for Debtor – Federal Rule of Bankruptcy Procedure 2016(b)

Statement of Insider Compensation – Northern District of Indiana Local Bankruptcy Rule B–1007–3

The court will take no action as a result of this failure to comply with the applicable rules of procedure absent a motion from an appropriate party.

Dated at Fort Wayne, Indiana, on March 15, 2004 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 153