UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    04-10427 |
| | ) | CHAPTER    11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | | |

O R D E R

At Fort Wayne, Indiana, on March 17, 2004.

Upon the application of Auburn Foundry, Inc., Debtor-In-Possession, praying for authority to employ and appoint Baker & Daniels as counsel to represent the Debtor-In-Possession herein, and no adverse interest being represented, it is

ORDERED that the Debtor-In-Possession be, and it hereby is, authorized to employ Baker & Daniels as counsel to represent the Debtor-In-Possession.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court