## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA

In Re                                    Chapter 11

AUBURN FOUNDRY, INC.                     Case No. 04-10427

     Debtor.                          Hon. Robert E. Grant

_____/

### JOINT MOTION FOR ADMISSION PRO HAC VICE

Applicants, Robert B. Weiss and Tricia A. Sherick of Honigman Miller Schwartz and Cohn LLP, respectfully request permission to appear pro hac vice on behalf of General Motors Corporation in the above referenced case and, in support of this Joint Motion for Admission Pro Hac Vice, certify and represent to the Court as follows:

1.      Robert B. Weiss and Tricia A. Sherick are partners with the law firm of Honigman Miller Schwartz and Cohn LLP with a business address at 2290 First National Building, 660 Woodward Avenue, Detroit, Michigan 48226, telephone number 313-465-7000, and their respective residence addresses are at Southfield and Birmingham, Michigan.

2.      Robert B. Weiss states that he is a member in good standing of the Bar of a United States Court and the highest court of the State of Michigan and neither resides nor maintains an office for the practice of law within the State of Indiana.  Mr. Weiss states that he has been admitted to practice before the following courts:

       a.      The district, circuit, and courts of appeal of the State of Michigan, and the Michigan Supreme Court;

       b.      The United States District and Bankruptcy Courts of the Eastern District of Michigan;

     c.      The United States District and Bankruptcy Courts of the Western District of Michigan;

     d.      The district, circuit, and courts of appeal of the State of Ohio, and the Ohio Supreme Court; and

     e.      The United States Court of Appeals for the Sixth Circuit.

3.      Tricia A. Sherick states that she is a member in good standing of the Bar of a United States Court and the highest court of the State of Michigan and neither resides nor maintains an office for the practice of law within the State of Indiana.  Ms. Sherick states that she has been admitted to practice before the following courts:

     a.      The district, circuit, and courts of appeal of the State of Michigan and the Michigan Supreme Court in 1999;

     b.      The United States District and Bankruptcy Courts of the Eastern District of Michigan in 1999;

     c.      The United States District and Bankruptcy Courts of the Northern District of Ohio in 2000;

     d      The United States District and Bankruptcy Courts of the Western District of Michigan in 2000;

     e.      The district, circuit, and courts of appeal of the State of Ohio, and the Ohio Supreme Court in 1997; and

     f.      The United States Court of Appeals for the Sixth Circuit in 1999.

4.      Mr. Weiss and Ms. Sherick are each familiar with the Federal Rules of Civil Procedure and the Bankruptcy Rules .

2

5.     Mr. Weiss and Ms. Sherick each desire to appear in this case for the purpose of representing the interests of General Motors Corporation.

WHEREFORE, Applicants request that this Court permit them to appear on behalf of General Motors Corporation, pro hac vice, and enter its Order Approving Admission Pro Hac Vice in the form attached hereto as Exhibit A.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for General Motors Corporation

By:   /s/ Tricia A. Sherick
         Robert B. Weiss (P28249)
         Tricia A. Sherick (P60384)
      2290 First National Building
      660 Woodward Avenue
      Detroit, MI  48226-3583
      (313) 465-7000

Dated: March 17, 2004

DET_C.611298.1

3

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| In Re | Chapter 11 |
| AUBURN FOUNDRY, INC. | Case No. 04-10427 |
| Debtor. | Hon. Robert E. Grant |
| _____/ | |

**ORDER APPROVING ADMISSION PRO HAC VICE**

Upon Motion of Robert B. Weiss and Tricia A. Sherick ("Applicants") of Honigman Miller Schwartz and Cohn LLP to be admitted pro hac vice as counsel for General Motors Corporation, and based upon the matters presented and it appearing from the record that good cause exists to grant such motion:

IT IS ORDERED that the Motion is granted and Robert B. Weiss and Tricia A. Sherick of Honigman Miller Schwartz and Cohn LLP are hereby admitted to appear before this Court to represent General Motors Corporation in the above captioned case pro hac vice.

Dated:  March ___, 2004

_____
United States Bankruptcy Judge

Fort Wayne, Indiana

DET_C.611298.1

4