UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No.: 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER AUTHORIZING UNSECURED CREDITORS COMMITTEE**
**TO EMPLOY ICE MILLER AS COUNSEL**

This matter comes before the Court upon the *Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* (the "Application") filed herein by the Unsecured Creditors Committee (the "Committee") and upon the *Affidavit, Pursuant to Bankruptcy Rule 2014, of Henry A. Efroymson in Support of Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* ("Affidavit") filed herein by Ice Miller, and the Court, having reviewed the Application and the Affidavit and being satisfied that Ice Miller is a disinterested person as such term is defined under Section 101(14), as modified by Section 1007(b) of the Bankruptcy Code, having noted that adequate notice has been given, and being duly advised in the premises now finds that the relief requested in the Application should be, and hereby is, granted.

IT IS THEREFORE ORDERED that the Committee is authorized to retain Henry A. Efroymson and the law firm of Ice Miller as its counsel in this bankruptcy case, as of February 19, 2004, with all fees and expenses to be granted administrative priority as allowed by the Court.

DATED: March 17, 2004         /s/ Robert E. Grant
                              Judge, United States Bankruptcy Court