IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**<u>JOINT MOTION TO SHORTEN NOTICE FOR APPROVAL
OF INTERIM ORDER FOR POST-PETITION FINANCING</u>**

   The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), the DIP Lender, the Senior Lenders, and the Unsecured Creditors Committee (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to shorten the period for notice and opportunity to object to the proposed interim order for Post-Petition Financing filed contemporaneously herewith (the "Motion") and in support thereof state as follows:

   1.  The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

   2.  On or about March 8, 2004, the Court entered an interim order  (the "Agreed Post-Petition Financing Order") permitting AFI to utilize post-petition financing in accordance with the terms thereof, with the final hearing to be held on March 25, 2004.

   3.  The Moving Parties have reached agreement on an additional interim order for post-petition financing entitled Second Amended Interim Order (I) Authorizing Debtor to Obtain Financing Pursuant to 11 U.S.C. § 105, 361, 362, 363, and 364 and (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c) (the "Proposed Post-Petition Financing Order"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference.

The Proposed Post-Petition Financing Order permits the Debtor to utilize post-petition financing in accordance with the terms thereof, with a final hearing to be held at 9:00 a.m. on April 19, 2004, or such other date and time not later than April 23, 2004 which are more convenient to the Court and agreeable to the Moving Parties.

4.      The Moving Parties have filed contemporaneously herewith a motion to approve the Proposed Post-Petition Financing Order.

5.      Motions to approve post-petition financing can be approved on 15-days notice pursuant to General Order 99-1(b) of the United States Bankruptcy Court for the Northern District of Indiana.

6.      The Moving Parties seek to shorten the period for notice and opportunity to object from fifteen (15) to five (5) days on grounds that (1) the final hearing is scheduled on March 25, 2004 (ten days from the date this Motion is filed); and (2) the Moving Parties must each prepare for the final hearing if the Proposed Post-Petition Financing Order is not approved before that date.  In other words, the Moving Parties would not simply presume that the Court will approve the Proposed Post-Petition Financing Order at the final hearing and dispense with trial preparation.   Accordingly, they wish to avoid the mutual time and expense of preparing for trial and the attendant cost to the estate.

7.      The Moving Parties propose that the Debtor use expedited means of service (both fax and overnight delivery) to serve notice of the Proposed Post-Petition Order and opportunity to object on all parties entitled thereto under Rule 4001.

WHEREFORE, the Moving Parties respectfully request that the Court enter an Order shortening the period for notice and opportunity to object to the contemporaneously filed

motion to approve the Proposed Post-Petition Financing Order from fifteen (15) to five (5) days,

provided the Debtor utilizes expedited means of service, and for all other just and proper relief.

BAKER & DANIELS

By: /s/ John R Burns, III
     John R Burns, III (#3016-02)
     Mark A. Werling (#20426-02)
     111 East Wayne Street, Suite 800
     Fort Wayne, Indiana 46802
     Telephone: (260) 420-8000
     Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.


SHIPLEY & ASSOCIATES

By: /s/ Grant F. Shipley
     Grant F. Shipley
     233 West Baker Street
     Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS


ICE MILLER

By: /s/ Henry A. Efroymson
     Henry A. Efroymson
     One American Square
     Box 82001
     Indianapolis, IN 46282-0002

ATTORNEYS FOR THE UNSECURED
CREDITORS

SOMMER BARNARD ACKERSON, PC

By:  /s/ Jerald I. Ancel
        Jerald I. Ancel
        One Indiana Square, Suite 3500
        Indianapolis, IN 46204

ATTORNEYS FOR THE DIP LENDER

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Motion to Shorten Notice for Approval of

Interim Order for Use of Cash Collateral is being served by electronic mail or by first-class

United States mail, postage prepaid, this 17th day of March, 2004, upon the following persons or

counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Ackerson, PC<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>P.O. Box 506<br>Auburn, IN 46707 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 |

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

/s/ John R Burns