IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**<u>ORDER</u>**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Joint Motion of the Debtor, the DIP Lender, the Senior Lenders, and the Unsecured Creditors Committee to Shorten Notice for Approval of Interim Order for DIP Financing, and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Judge, United States Bankruptcy Court