UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**STIPULATED AND AGREED SCHEDULING ORDER**

The Debtor, Auburn Foundry, Inc. ("AFI" or the "Debtor"), and Bank of America, National Association ("BofA"), acting as collateral agent for itself and GMAC Commercial Finance, LLC (collectively, the "Senior Lenders" and together with the Debtor, the "Parties"), hereby stipulate and agree to this scheduling order (the "Scheduling Order") with regard to (i) the final hearing on the Debtor's motion for permission to use cash collateral (the "Cash Collateral Motion") and the Senior Lenders' objections thereto (the "Cash Collateral Objections") and (ii) the final hearing on the Debtor's motion for approval of post-petition financing (the "DIP Financing Motion") and the Senior Lenders' objection thereto (the "DIP Financing Objection").

A.  Hearing

1.  Contemporaneously herewith, the Debtors and Senior Lenders have filed (i) a motion seeking entry of an agreed order for interim use of cash collateral (the "Cash Collateral Motion") and proposed form of order, (ii) a motion seeking approval of interim DIP financing (the "DIP Motion") and proposed form of order, and (iii) motions and proposed forms of order to shorten notice for each of the above-referenced motions.  The final hearings on the DIP Motion and Cash Collateral Motions are currently scheduled for March 25, 2004.  The Parties respectfully requested, in the above-referenced motions, that the final hearings for each be scheduled for April 19, 2004 or a date and time not later than April 23, 2004 more convenient to the Court's calendar and agreeable to the Parties.

CH\671407.4

B.  Document Production for the Hearing

2. Subject to any objections available under the Federal Rules of Civil Procedure, the Debtor shall (i) produce or make available all documents responsive to the Senior Lenders' document requests, and a privilege log, and (ii) answer the interrogatories served by the Senior Lenders on the Debtor, so that they are received in hand by Latham & Watkins, LLP, counsel for the Senior Lenders, by 4:00 p.m. EST on March 26, 2004.

3. Subject to any objections available under the Federal Rules of Civil Procedure, the Senior Lenders shall produce or make available all documents responsive to the Debtor's document requests, and a privilege log, by 4:00 p.m. EST March 26, 2004.

C.  Depositions for the Hearing

4. Unless otherwise consented to by each of the Debtor and the Senior Lenders, which consent shall not be unreasonably withheld, the deposition schedule shall be as follows:

- Dennis Maude—April 6, 2004
- Graham Moffitt—April 7, 2004
- Debra Rathberger—April 7, 2004
- Michael Starshack—April 8, 2004
- Representative of BBK—April 8, 2004

5. Unless otherwise agreed to by each of the Senior Lenders and the Debtor, all depositions shall take place in Chicago, Illinois.

CH\671407.4

D.      <u>Miscellaneous</u>

6.      Nothing contained herein shall limit the parties from seeking additional discovery for the Hearing or thereafter.

CONSENTED TO AND ENTRY REQUESTED:

| | |
|---|---|
| <u>/s/ Mark A. Werling</u> | <u>/s/ Josef S. Athanas</u> |
| John R Burns III | Josef S. Athanas |
| Mark A. Werling | Latham & Watkins |
| 111 East Wayne Street, Suite 800 | Sears Tower, Suite 5800 |
| Fort Wayne, IN  46802 | 233 South Wacker Drive |
| Telephone:  (260) 424-8000 | Chicago, IL  60606 |
| | |
| ATTORNEYS FOR | ATTORNEYS FOR |
| AUBURN FOUNDRY, INC. | THE SENIOR LENDERS |

SO ORDERED this ____ day of _____, 2004.

_____
United States Bankruptcy Judge

CH\671407.4