IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**JOINT MOTION TO APPROVE INTERIM
ORDER FOR POST-PETITION FINANCING**

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), the DIP Lender, the Senior Lenders, and the Unsecured Creditor Committee (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to approve the proposed interim order for Post-Petition Financing filed contemporaneously herewith (the "Motion") and in support thereof state as follows:

1. The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On or about March 8, 2004, the Court entered an interim order (the "Agreed Post-Petition Financing Order") permitting AFI to utilize post-petition financing in accordance with the terms described therein, with a final hearing to be held on March 25, 2004.

3. The Moving Parties have reached agreement on an additional interim order for post-petition financing (the "Proposed Post-Petition Financing"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference. The Post-Petition Financing Order permits the Debtor to utilize post-petition financing in accordance with the terms thereof, with a final hearing to be held at 9:00 a.m. on April 19, 2004 or such other date and time not later than April 23, 2004 which are more convenient to the Court and agreeable to the Moving Parties.

FWIMAN1 328198v1

4.       The Moving Parties have filed contemporaneously herewith a motion to shorten the period for notice and opportunity to object to this Motion to permit approval thereof prior to the final hearing presently scheduled on March 25, 2004.

WHEREFORE, the Moving Parties respectfully request that the Court approve the Proposed Post-Petition Financing Order, schedule a final hearing on post-petition financing on or about April 19, 2004, and grant all other just and proper relief.

BAKER & DANIELS

By: /s/ John R Burns, III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 420-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

SHIPLEY & ASSOCIATES

By: /s/ Grant F. Shipley
    Grant F. Shipley
    233 West Baker Street
    Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS

ICE MILLER

By: /s/ Henry A. Efroymson
    Henry A. Efroymson
    One American Square
    Box 82001
    Indianapolis, IN 46282-0002

ATTORNEYS FOR THE UNSECURED
CREDITORS

SOMMER BARNARD ACKERSON, PC

By: /s/ Jerald I. Ancel
    Jerald I. Ancel
    One Indiana Square, Suite 3500
    Indianapolis, IN 46204

ATTORNEYS FOR THE DIP LENDER

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Motion to Approve Interim Order for Use of Cash Collateral is being served by electronic mail or by first-class United States mail, postage prepaid, this 17th day of March, 2004, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

FWIMAN1 328198v1        3

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

FWIMAN1 328198v1                         4

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

<u>/s/ John R Burns</u>