IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### JOINT MOTION TO SHORTEN NOTICE FOR APPROVAL
### OF INTERIM ORDER FOR USE OF CASH COLLATERAL

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"),

the Senior Lenders, and the Unsecured Creditors Committee (collectively, the "Moving Parties"),

by counsel, hereby jointly move the Court to shorten the period for notice and opportunity to

object to the proposed interim order for use of cash collateral filed contemporaneously herewith

(the "Motion") and in support thereof state as follows:

1.       The Debtor filed a voluntary petition for relief under chapter 11 of the

Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its

property and management of its business as debtor-in-possession pursuant to sections 1107 and

1108 of the Bankruptcy Code.

2.       On or about February 27, 2004, the Court entered an interim order  (the

"Agreed Cash Use Order") permitting AFI to use cash collateral through March 29, 2004 in

accordance with the terms thereof, with the final hearing to be held on March 25, 2004.

3.       The Moving Parties have reached agreement on an additional interim

order for use of cash collateral (the "Proposed Cash Use Order"), a copy of which is attached

hereto as Exhibit A and incorporated herein by reference.  The Proposed Cash Use Order permits

the Debtor to use cash collateral through April 23, 2004 in accordance with the terms thereof,

with a final hearing to be held at 9:00 a.m. on April 19, 2004, or such other date and time not

FWIMAN1 328170v1

later than April 23, 2004 which are more convenient to the Court and agreeable to the Moving

Parties.

4.      The Debtor and the Senior Lenders have filed contemporaneously

herewith a motion to approve the Proposed Cash Use Order.

5.      Motions to approve cash use can be approved on 15-days notice pursuant

to General Order 99-1(b) of the United States Bankruptcy Court for the Northern District of

Indiana.

6.      The Moving Parties seek to shorten the period for notice and opportunity

to object from fifteen (15) to five (5) days on grounds that (1) the final hearing is scheduled on

March 25, 2004 (ten days from the date this Motion is filed); and (2) the Moving Parties must

each prepare for the final hearing, and submit a Pre-Trial Order due March 24, 2004, if the

Proposed Cash Use Order is not approved before that date.  In other words, the Moving Parties

would not simply presume that the Court will approve the Proposed Cash Use Order at the final

hearing and dispense with trial preparation and the Pre-Trial Order.   Accordingly, they wish to

avoid the mutual time and expense of preparing for trial and the attendant cost to the estate.

7.      The Moving Parties propose that the Debtor use expedited means of

service (both fax and overnight delivery) to serve notice of the Proposed Cash Use Order and

opportunity to object on all parties entitled thereto under Rule 4001.

WHEREFORE, the Moving Parties respectfully request that the Court enter an

Order shortening the period for notice and opportunity to object to the contemporaneously filed

motion to approve the Proposed Cash Use Order from fifteen (15) to five (5) days, provided the

Debtor utilizes expedited means of service, and for all other just and proper relief.

BAKER & DANIELS

By:  /s/ John R Burns, III
       John R Burns, III (#3016-02)
       Mark A. Werling (#20426-02)
       111 East Wayne Street, Suite 800
       Fort Wayne, Indiana 46802
       Telephone:  (260) 420-8000
       Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.


SHIPLEY & ASSOCIATES

By:  /s/ Grant F. Shipley
       Grant F. Shipley
       233 West Baker Street
       Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS


ICE MILLER

By:  /s/ Henry A. Efroymson
       Henry A. Efroymson
       One American Square
       Box 82001
       Indianapolis, IN 46282-0002

ATTORNEYS FOR THE UNSECURED
CREDITORS


**CERTIFICATE OF SERVICE**

     I certify that a copy of the foregoing Joint Motion to Shorten Notice for Approval of

Interim Order for Use of Cash Collateral is being served by electronic mail or by first-class

United States mail, postage prepaid, this 17th day of March, 2004, upon the following persons or

counsel:

FWIMAN1 328170v1                                   3

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

FWIMAN1 328170v1

4

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

/s/ John R. Burns, III