# Weekly/Monthly Cash Flow Analysis
## March

| Week ending dates | Cumulative 02/27/04 Plan | Cumulative 02/27/04 Actual | Plan 3/5/2004 | Actual 3/5/2004 | Cumulative 03/05/04 Plan | Cumulative 03/05/04 Actual | 3/12/2004 | 3/19/2004 | 3/26/2004 |
|---|---|---|---|---|---|---|---|---|---|
| **Sales for week** | | | | | | | | | |
| Pounds | 12,000 | 15,602 | 4,550 | 5,029 | 16,550 | 20,631 | 4,550 | 4,550 | 4,550 |
| Dollars - Note 1 and 2 | 4,080 | 5,344 | $1,547 | $1,766 | 5,627 | 7,110 | $1,602 | $1,602 | $1,602 |
| **Collections** | 4,150 | $4,462 | $2,000 | $1,504 | 6,150 | 5,966 | $1,700 | $1,500 | $1,500 |
| Non A/R | | 386 | | 5 | 0 | 391 | | | |
| **Total payroll, taxes, and benefits** | 1,870 | 1,994 | 440 | 334 | 2,310 | 2,328 | 680 | 605 | 680 |
| Prior Trust Replaced Funds | | 12 | | 159 | 0 | 171 | | | |
| **Total purchase of materials** | 2,272 | 2,666 | 878 | 1196 | 5460 | 5868 | 906 | 870 | 912 |
| **Utilities** | 475 | 520 | 150 | 150 | 625 | 670 | 150 | 150 | 200 |
| **Total payments** | 4,617 | 5,192 | 1,468 | 1346 | 6085 | 6538 | 1,736 | 1,625 | 1,792 |
| **Cash Flow from Operations** | ($467) | ($344) | $532 | 163 | 65 | (181) | ($36) | ($125) | ($292) |
| **Professional/Bankruptcy Costs** | | | | | | | | | |
| Debtor Counsel | | | | | | | | | |
| Debtor Financial Advisor | | | | | | | | | |
| Other | | | | | | | | | 0 |
| Creditor Committee | | | | | | | 0 | | |
| US Trustee | | | | | | | | | |
| Renew Liability Insurance | | | | | | | | | |
| **Total Professional/Bankruptcy Costs** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total cash inflow ( outflow )** | ($467) | ($344) | $532 | $163 | $65 | ($181) | ($36) | ($125) | ($292) |
| **Cumulative Cash Flow** | | | $65 | ($344) | | ($380) | ($36) | ($504) | ($796) |
| **Cumulative Impact on Receivables** | | | | | ($523) | | $1,046 | $948 | $1,049 |
| **DIP Line Drawn/Needed** | | | $450 | $800 | $450 | $800 | $800 | $800 | $800 |

**Special Notes**
1. The sales estimates have the potential to increase with new business especially Arvin Meritor - 50,000 # daily increase equate to $ 85,000 revenue increase and in six weeks a collateral increase of $510,000.
2. The revenue assumption does not reflect the negotiations presently underway to move all customers to the current method for billing surcharges
3. The company intends to pay the vacation amounts due in early July in accordance with bankruptcy rules. The company will seek court approval to pay the additional vacation pay amounts over a 90 day period beginning in August

EXHIBIT A

| Week ending dates | 4/2/2004 | 4/9/2004 | 4/16/2004 | April 4/23/2004 | 4/30/2004 | Total April |
|---|---|---|---|---|---|---|
| Sales for week | | | | | | |
| Pounds | 4,550 | 4,550 | 4,550 | 4,550 | 4,550 | 22,750 |
| Dollars - Note 1 and 2 | $1,602 | $1,602 | $1,602 | $1,652 | $1,602 | $8,058 |
| Collections | | | | | | |
| Non A/R | $1,900 | $1,600 | $1,700 | $1,700 | $1,600 | $8,500 |
| Total payroll, taxes, and benefits | 440 | 640 | 570 | 640 | 430 | 2720 |
| Prior Trust Replaced Funds | | | | | | |
| Total purchase of materials | 869 | 907 | 875 | 906 | 876 | 4,431 |
| Utilities | 150 | 150 | 150 | 200 | 150 | 800 |
| Total payments | 1,459 | 1,697 | 1,595 | 1,746 # | 1,456 | 7,951 |
| Cash Flow from Operations | $441 | ($97) | $105 | ($46) | $144 | $549 |
| Professional/Bankruptcy Costs | | | | | | |
| Debtor Counsel | | 25 | 25 | 25 | | 75 |
| Debtor Financial Advisor | 25 | | | | | 25 |
| Other | | | 0 | | | 0 |
| Creditor Committee | | | 0 | 0 | 25 | 25 |
| US Trustee | | | 10 | | | 10 |
| Total Professional/Bankruptcy Costs | $25 | $25 | $285 | $25 | $25 | $385 |
| Renew Liability Insurance | | | 250 | | | 250 |
| Total cash inflow (outflow) | $416 | ($122) | ($180) | ($71) | $119 | $164 |
| Cumulative Cash Flow | ($379) | ($501) | ($680) | ($751) | ($631) | ($631) |
| Cumulative Impact on Receivables | $751 | $752 | $654 | $606 | $607 | $607 |
| DIP Line Drawn/Needed | $800 | $800 | $800 | $800 | $800 | $800 |

**Special Notes**
1. The sales estimates have the potential to inc[rease]
    and in six weeks a collateral increase of $
2. The revenue assumption does not reflect the
3. The company intends to pay the vacation am[ounts]
    the additional vacation pay amounts over a $

Week ending dates

Sales for week
   Pounds
   Dollars - Note 1 and 2

Collections
   Non A/R

Total payroll, taxes, and benefits
   Prior Trust Replaced Funds

Total purchase of materials

Utilities

Total payments

Cash Flow from Operations

Professional/Bankruptcy Costs
   Debtor Counsel
   Debtor Financial Advisor
   Other
   Creditor Committee
   US Trustee

Renew Liability Insurance

Total Professional/Bankruptcy Costs

Total cash inflow ( outflow )

Cumulative Cash Flow

Cumulative Impact on Receivables

DIP Line Drawn/Needed

**Special Notes**
1. The sales estimates have the potential to incr and in six weeks a collateral increase of $
2. The revenue assumption does not reflect the
3. The company intends to pay the vacation am the additional vacation pay amounts over a $

Auburn Foundry Inc

| | Date: 2/11/2004 | Today | Bankruptcy to Date |
|---|---|---:|---:|
| | **Accounts Receivable** | | |
| 1 | Beginning Balance | | $11,998,627 |
| 2 | Sales | 318,792 | 4,092,932 |
| 3 | Cash receipts | 469,639 | 3,649,864 |
| 4 | Gross accounts receivable | -150,847 | 12,441,695 |
| 5 | Less ineligibles | | (1,433,511) |
| 6 | Net accounts receivable | -150,847 | 11,008,184 |
| | **Inventory** | | |
| 7 | Beginning inventory | | $2,304,443 |
| 8 | Inventory change | | (420,000) |
| 9 | Gross inventory | | $1,884,443 |
| 10 | Less ineligibles | | (111,929) |
| 11 | Net Inventory | | $1,772,514 |
| | **Cash** | | |
| 12 | Beginning cash | | $302,065 |
| 13 | Cash receipts | | |
| 13 a | Collect accounts receivable | | 3,649,864 |
| 13 b | Other cash collections | | 77,277 |
| 13 c | DIP Loan | | 450,000 |
| | | | 4,479,206 |
| 14 | Cash disbursements | | 4,066,573 |
| 15 | Ending cash | | 412,633 |
| | **Collateral** | | |
| | **Beginning** | | |
| 16 | Cash | | $302,065 |
| 17 | Accounts receivable - Gross | | 11,998,627 |
| 18 | Inventory - Gross | | $2,304,443 |
| | | | 14,605,135 |
| 19 | Overadvance of borrowing base | | 441,000 |
| | **Ending** | | |
| 19 | Cash | | $412,633 |
| 20 | Accounts receivable - Gross | 0 | 12,441,695 |
| 21 | Inventory - Gross | 0 | $1,884,443 |
| | | 0 | 14,738,771 |


Ex B