**UNITED STATES BANKRUPTCY COURT**
Northern District of Indiana
Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF NONCOMPLIANCE

NOTICE IS HEREBY GIVEN that the following documents have not been filed as required:

Disclosure of Compensation of Attorney for Debtor – Federal Rule of Bankruptcy Procedure 2016(b)

Statement of Insider Compensation – Northern District of Indiana Local Bankruptcy Rule B–1007–3

The court will take no action as a result of this failure to comply with the applicable rules of procedure absent a motion from an appropriate party.

Dated at Fort Wayne, Indiana, on March 15, 2004 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 153

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Mar 15, 2004
Case: 04-10427                Form ID: 335           Total Served: 1

The following entities were served by first class mail on Mar 17, 2004.
db          Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN   46706

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2004**                    **Signature:**    *Joseph Speetjens*