UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**STATEMENT OF INSIDER COMPENSATION**

Comes now Auburn Foundry, ("Debtor") by counsel, and files its Statement of Insider Compensation, pursuant to L.B.R. B-1007-3, and states:

1. Debtor currently employs or has employed within the last year twelve (12) persons who are insiders as defined in 11 U.S.C. § 101 (31). These persons are:

>   David D. Hunter
>   Michael L. Polich
>   Dennis Maude
>   David K. Weber
>   Thomas Walsh
>   Tom Woehlke
>   Tim Borden
>   David B. Fink
>   Jerry Sprouse
>   William E. Fink
>   John A. Fink

2. David D. Hunter performed the functions of Chief Executive Officer and President of Auburn Foundry and Member of the Board of Directors. For these services, Mr. Hunter was compensated by $254,225.36 in salary.

3. The amount, terms and/or conditions have been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief. Said changes took effect on April 1, 2003, and consisted of Mr. Hunter's relinquishment of the position of Chief Operating Officer of Debtor.

FWIMAN1 306893v2

4.  On March 1, 2004, Mr. Hunter relinquished the positions of CEO and President of Auburn Foundry.  Debtor intends to employ David Hunter as a member of the Board of Directors during the course of this case.  The amount of his compensation is expected to be approximately $1,500.00 bi-weekly.

5.  Michael Polich performs the functions of Vice President for Marketing for Auburn Foundry.  For these services, Mr. Polich was compensated by $200,000.06 in salary.

6.  The amount, terms and/or conditions have not been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief.

7.  Debtor intends to employ Michael Polich as Vice President for Marketing during the course of this case.  The scope of his duties will include managing sales and marketing for the Debtor.  The amount of his compensation shall be $7,692.31 bi-weekly.

8.  Dennis Maude performs the functions of Chief Financial Officer and Assistant Treasurer for Auburn Foundry.  For these services, Mr. Maude was compensated by $85,730.80 in salary.

9.  The Debtor hired Mr. Maude on March 23, 2003..

10. Debtor intends to employ Dennis Maude as Chief Financial Officer and Assistant Treasurer during the course of this case.  The scope of his duties will include managing Debtor's financial affairs.  The amount of his compensation shall be $5,384.62 bi-weekly.

11. David Weber performs the functions of Vice President for  Technology for Auburn Foundry.  For these services, Mr. Weber was compensated by $175,999.98 in salary.

12. The amount, terms and/or conditions have not been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief.

13. Debtor intends to employ David Weber as Vice President for Technology during the course of this case. The scope of his duties will include managing the engineering, environmental and information technology functions of the Debtor. The amount of his compensation shall be $6,769.23 bi-weekly.

14. Thomas Walsh performed the functions of Chief Financial Officer for Auburn Foundry. For these services, Mr. Walsh was compensated by $104,812.76 in salary (including severance) and $60,660.25 in non-qualified deferred compensation.

15. The amount, terms and/or conditions have been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief. Said changes took effect on March 27, 2003, and consisted of Mr. Walsh's resignation.

16. Tom Woehlke performs the functions of President for Auburn Foundry. For these services, Mr. Woehlke was compensated by $163,846.20 in salary and $35,434.23 in relocation costs.

17. The Debtor hired Mr. Woehlke on April 1, 2003.

18. Debtor intends to employ Tom Woehlke as President during the course of this case. The scope of his duties will include overall executive management of the Debtor. The amount of his compensation shall be $7,692.31 bi-weekly.

19. Tim Borden performs the functions of Chairman of the Board of Directors for Auburn Foundry. For these services, Mr. Borden was compensated by $25,000.04 in salary.

20. The amount, terms and/or conditions have not been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief.

21.     Debtor intends to employ Tim Borden as Chairman of the Board during the course of this case. The scope of his duties will include chairing and managing meetings of the Board of Directors and serving as a member of the Board of Directors. The amount of his compensation shall be $961.54 bi-weekly.

22.     David Fink performed the functions of engineer and Director for Auburn Foundry. For these services, Mr. Fink was compensated by $75,000.12 in salary and $2,548.00 in benefits.

23.     The amount, terms and/or conditions have not been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief.

24.     Mr. Fink resigned his position as an engineer for the Debtor in February, 2004. Debtor intends to continue to employ David Fink as a member of the Board of Directors during the course of this case, for which he will accept no compensation.

25.     Jerry Sprouse performs the functions of Assistant Secretary for Auburn Foundry. For these services, Mr. Sprouse was compensated by $95,000.00 in salary.

26.     The amount, terms and/or conditions have been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief. Said changes took effect in May, 2003, and consisted of his assumption of the duties of Assistant Secretary of the Debtor.

27.     Mr. Sprouse has submitted his resignation to Auburn Foundry. His last date of employment shall be March 17, 2004.

28.     William E. Fink performs the functions of Treasurer and member of the Board of Directors for the Debtor. For these services, Mr. Fink has accepted no compensation.

29.   The amount, terms and/or conditions have not been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief.

30.   Debtor intends to employ William E. Fink as a member of the Board of Directors during the course of this case, for which he will accept no compensation.

31.   John A. Fink performs the functions of Secretary and Member of the Board of Directors for the Debtor. For these services, Mr. Fink has accepted no compensation.

32.   The amount, terms and/or conditions have not been altered or changed in the 12-month period prior to filing the Voluntary Petition for Relief.

33.   Debtor intends to employ John Fink as a member of the Board of Directors during the course of this case, for which he will accept no compensation.

34.   I verify that the foregoing information is complete and accurate to the best of my knowledge.

3/18/04
Date

Dennis Maude, Chief Financial Officer

FWIMAN1 306893v2

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Statement of Insider Compensation was served by electronic mail or by first-class United States mail, postage prepaid, this 18th day of March, 2004, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Ackerson, PC<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>P.O. Box 506<br>Auburn, IN 46707 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |

| | |
|---|---|
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN 46706 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |

/s/ John R Burns