UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No.: 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER AUTHORIZING UNSECURED CREDITORS COMMITTEE TO EMPLOY ICE MILLER AS COUNSEL

This matter comes before the Court upon the *Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* (the "Application") filed herein by the Unsecured Creditors Committee (the "Committee") and upon the *Affidavit, Pursuant to Bankruptcy Rule 2014, of Henry A. Efroymson in Support of Application for Order Authorizing the Unsecured Creditors Committee to Employ Ice Miller as Counsel* ("Affidavit") filed herein by Ice Miller, and the Court, having reviewed the Application and the Affidavit and being satisfied that Ice Miller is a disinterested person as such term is defined under Section 101(14), as modified by Section 1007(b) of the Bankruptcy Code, having noted that adequate notice has been given, and being duly advised in the premises now finds that the relief requested in the Application should be, and hereby is, granted.

IT IS THEREFORE ORDERED that the Committee is authorized to retain Henry A. Efroymson and the law firm of Ice Miller as its counsel in this bankruptcy case, as of February 19, 2004, with all fees and expenses to be granted administrative priority as allowed by the Court.

DATED: March 17, 2004        /s/ Robert E. Grant
                             Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Mar 17, 2004
Case: 04-10427              Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Mar 19, 2004.
db          Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN   46706

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2004**                    Signature:    *Joseph Speetjens*