UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.  04-10427 |
| | ) | |
| DEBTOR | ) | |

**O R D E R**

At Fort Wayne, Indiana, on March 24, 2004.

The motion for admission pro hac vice, filed by Robert B. Weiss and Tricia A. Sherick on March 17, 2004, is denied, without prejudice to resubmission, due to the failure to comply with the certification requirements of N.D. Ind. L.R. 83.5(g), which are made applicable to proceedings in the bankruptcy court by N.D. Ind. L.B.R. B-9010-1(g).

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court