IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION TO REJECT EXECUTORY CONTRACT**

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits this Motion to Reject Executory Contract (the "Motion") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor and General Motors Corporation ("GM") are parties to certain executory supply contracts (the "Supply Contracts") whereby AFI agrees to produce, and GM agrees to purchase, certain products. Attached hereto as Exhibit A and incorporated herein by reference is a copy of the Supply Contracts.

3. The Debtor seeks to reject the Supply Contracts and to enter into a post-petition supply contract in accordance with its contemporaneously filed Motion to Approve Compromise.

4. The Debtor believes the rejection described herein is in the best interests of creditors and the estate. Such rejection, and the accompanying post-petition agreement, will

FWIMAN1 327361v2

facilitate a longer-term supply relationship with GM and help facilitate the Debtor's Plan of Reorganization.

      5.      The Agreement is conditioned upon the Court's approval of this Motion and the contemporaneously filed Motion to Approve Compromise and Motion to Approve Post-Petition Loan.

WHEREFORE, Debtor, by counsel, respectfully requests that the Court approve its Motion to Reject Executory Contract as described more fully herein.

BAKER & DANIELS

By: /s/ John R Burns, II
    John R Burns (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 420-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.