IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## MOTION TO APPROVE POST-PETITION FINANCING

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits this Motion to Approve Post-Petition Financing (the "Motion") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor and General Motors Corporation ("GM") are parties to certain executory supply contracts (the "Supply Contracts") whereby AFI agrees to produce, and GM agrees to purchase, certain products. Attached hereto as Exhibit A and incorporated herein by reference is a copy of the Supply Contracts.

3. The Debtor seeks to reject the Supply Contracts through a contemporaneously filed Motion to Reject Executory Contract and to enter into a post-petition supply contract mutually agreeable to AFI and GM, in accordance with the contemporaneously filed Motion to Approve Compromise.

4. The rejection by AFI described herein will create rejection damages in favor of GM.

5. The Debtor is owed pre-petition amounts from GM and GM asserts defenses to the payment of the pre-petition amounts.

6. AFI and the Debtor have agreed to compromise and settle their mutual obligations pursuant to the agreement (the "Agreement") attached hereto as Exhibit B and incorporated herein by reference. The Agreement provides, in pertinent part, that (1) AFI will reject the Supply Contracts and GM shall set off $150,000 in rejection damages against pre-petition obligations owed to the Debtor; (2) GM and AFI will enter into a mutually agreeable post-petition supply contract for the period April 1, 2004 through December 31, 2004 as set forth more fully in the Agreement, subject to the terms and conditions therein; and (3) GM will loan $100,000 to AFI (the "Post-Petition Loan") contemporaneously with the set off described above and entry of the Order approving the Post-Petition Loan, as described more fully in the Agreement.

7. Under the terms of the Post-Petition Loan, the loan and all accrued interest shall have super-priority administrative expense status pursuant to § 364(c)(1) of the Code and shall be repaid in one installment of $25,000.00 and the balance, ratably thereafter, in twelve equal monthly installments with the first $25,000 installment being due thirty (30) days after the effective date of Auburn Foundry's Plan of Reorganization or September 1, 2004, whichever shall occur first.

8. The Debtor is unable to obtain financing on terms more favorable than those described herein.

9. The Debtor believes the Post-Petition Loan is in the best interest of creditors and the estate.

10. The Agreement is conditioned upon this Court's approval of this Motion and the contemporaneously filed Motion to Reject Executory Contract and Motion to Approve Compromise.

WHEREFORE, Debtor, by counsel, respectfully requests that the Court approve its Post-Petition Loan from GM as described more fully herein.

BAKER & DANIELS

By: /s/ John R Burns, II
    John R Burns, II (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 420-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.