# CONTRACT HEADER

## General Motors Corporation



**SUPPLIER NAME AND ADDRESS INFORMATION:**

**DUNS Number:**   00005070685
AUBURN FOUNDRY INC
635-639 W 11TH ST
AUBURN,IN 467062140
UNITED STATES

**Mailing Address Information:**
635 West Eleventh Street
Auburn,IN 46706
UNITED STATES

| Contract Header Number: | 8WT00 |
|---|---|

This contract sets forth the exclusive terms and conditions under which seller shall sell and buyer shall purchase the goods or services described in the line item detail of this contract for the period(s) specified therein. Terms and conditions proposed by seller which are different from or in addition to the provisions of this contract are unacceptable to buyer, are expressly rejected by buyer, and shall not become a part of this contract. Any modification of this contract shall be made only in accordance with the provisions of paragraph 31 of the contract terms and conditions.

APPROVED
BY: Brian M[illegible]
DATE: 8/22/01
COMMENTS:

| | | | |
|---|---|---|---|
| Contract Line Item Page: | 1 of 4 | Issue Date: | 27-Jul-2001 |
| Standard Blanket Contract Number: 8WT00002 | | Amendment Number: | 004 |
| | | Part Number: | 000000024207225 |

# LINE ITEM DETAIL



## General Motors Corporation

| This Line Item is effective from | 01-Aug-1998 | through | 01-Aug-2004 |
|---|---|---|---|

**Part Description:** SUPPORT-CTR (CSTG)
**Amendment Reason:** Long Term Contract

**Manufacturing DUNS Number:**
00005070685

**Supplier Name and Manufacturing Address:**
AUBURN FOUNDRY INC
635-639 W 11TH ST
AUBURN, IN 467062140
UNITED STATES

**Buyer Name:**
Aepelbacher, Daniel
**Buyer Code:** X08
**Phone:** 248-857-0596
**Fax:** 248-857-0068

**Drawing Date:** 11-22-94
**Hazardous Material Indicator:** N

**Line Item Notes:**
Contract amendment to implement Long-Term Contract.DJA.

**Terms and Conditions:**
Contract Longterm Agreement

| This Period effective from | 01-Aug-1998 | through | 31-Jul-2001 |
|---|---|---|---|

**Freight Terms:** Collect
**Payment Terms:** (07) 25th Prox
**Delivery Terms:** Free on Board (FOB) - Origin
**Delivery DUNS:** 00005070685
**Ship From DUNS:** 00005070685
**Daily Capacity:** 13,200
**Hours Per Day:** 24
**Price Type:** Returnable

| | |
|---|---|
| Contract Line Item Page: 2 of 4 | Issue Date: 27-Jul-2001 |
| Standard Blanket Contract Number: 8WT00002 | Amendment Number: 004 |
| | Part Number: 000000024207225 |

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    **USD**

**Base Price:**                                                                                              3.850000

| | |
|---|---|
| **Total Price:** | 3.850000 |
| **UOM:** EACH | |

**Receiving Plants and Plant Percentage**
As scheduled                                                      100 %

**Terms & Conditions:**
  Right to Audit
 C4

| This Period effective from | 01-Aug-2001 | through | 31-Jul-2002 |
|---|---|---|---|

**Freight Terms:**       Collect
**Payment Terms:**    (07) 25th Prox
**Delivery Terms:**    Free on Board (FOB) - Origin
**Delivery DUNS:**    00005070685
**Ship From DUNS:**  00005070685
**Daily Capacity:**    13,200
**Hours Per Day:**     24
**Price Type**            Returnable

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    **USD**

**Base Price:**                                                                                              3.450000

| | | |
|---|---|---|
| Contract Line Item Page: 3 of 4 | | Issue Date: 27-Jul-2001 |
| Standard Blanket Contract Number: 8WT00002 | Amendment Number: | 004 |
| | Part Number: | 000000024207225 |

| | |
|---|---:|
| **Total Price:** | 3.450000 ✓ |
| **UOM:** EACH | |

**Receiving Plants and Plant Percentage**
As scheduled                                                                100 %

**Terms & Conditions:**
 Right to Audit
C4
Schedule
TTOP

| | | | |
|---|---|---|---|
| This Period effective from | 01-Aug-2002 | through | 31-Jul-2003 |

| | |
|---|---|
| **Freight Terms:** | Collect |
| **Payment Terms:** | (07) 25th Prox |
| **Delivery Terms:** | Free on Board (FOB) - Origin |
| **Delivery DUNS:** | 00005070685 |
| **Ship From DUNS:** | 00005070685 |
| **Daily Capacity:** | 13,200 |
| **Hours Per Day:** | 24 |
| **Price Type** | Returnable |

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    **USD**

**Base Price:**                                                                3.381000

| | | |
|---|---|---:|
| **Total Price:** | | 3.381000 ✓ |
| **UOM:** | EACH | |

**Receiving Plants and Plant Percentage**
As scheduled                                                                100 %

**Terms & Conditions:**
 Right to Audit
C4
Schedule
TTOP

| | | | |
|---|---|---|---|
| This Period effective from | 01-Aug-2003 | through | 01-Aug-2004 |

**Freight Terms:**          Collect

| | | | |
|---|---|---|---|
| Contract Line Item Page: | 4 of 4 | Issue Date: | 27-Jul-2001 |
| Standard Blanket Contract Number: 8WT00002 | | Amendment Number: | 004 |
| | | Part Number: | 000000024207225 |

**Payment Terms:** (07) 25th Prox
**Delivery Terms:** Free on Board (FOB) - Origin
**Delivery DUNS:** 00005070685
**Ship From DUNS:** 00005070685
**Daily Capacity:** 13,200
**Hours Per Day:** 24
**Price Type** Returnable

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    *USD*

**Base Price:**                                                                 3.313400

| | |
|---|---|
| **Total Price:** | 3.313400 ✓ |
| **UOM:** EACH | |

**Receiving Plants and Plant Percentage**
As scheduled                                                                100 %

**Terms & Conditions:**
 Right to Audit
 C4
 Schedule
 TTOP

# CONTRACT ATTACHMENT

## General Motors Corporation



**Contract Header Number:** 8WT00

The attachments in this section apply to the standard terms and conditions associated with the GM legal business entity and the terms and conditions associated with the line item details for contract number.

**Contract Terms & Conditions:** **Detailed Description**
**Short Description**

**Contract Longterm Agreement**

The term of this contract is for the period(s) of purchase indicated in the Line Item Notes on the face of this Contract.

The price(s) for the goods are set forth in the Line Item Notes of this contract. No adjustments will be made for increases in Seller's Costs, including increases in the costs for labor, material or overhead

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) Savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award (iii.) If the price of the Product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, Sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 18 months of the Contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under Paragraph 13 ('Termination') of this Contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this Contract and purchase from another supplier without liability to Seller.

**GM Right To Material Resale**

Where Buyer and Seller agree to place selected parts in Buyer's Material Resale programs, Seller shall utilize only materials obtained through the Material Resale Programs for its production of goods for Buyer. Failure to comply with any of the requirements of the Material Resale Programs, including the right to evaluate and the option to purchase offal from the production of these goods, shall be a breach of Seller's obligations under this contract

**Schedule**

Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule.

**TTOP**

Title Transfer Our Plant (TTOP):
'Title to goods shall transfer from seller to buyer upon arrival at General Motor's consuming plant (or otherwise stated destination).'

# CONTRACT HEADER

*General Motors Corporation*



## SUPPLIER NAME AND ADDRESS INFORMATION:

**DUNS Number:**        00005070685
AUBURN FOUNDRY INC
635-639 W 11TH ST
AUBURN,IN 467062140
UNITED STATES

**Mailing Address Information:**
635 West Eleventh Street
Auburn,IN 46706
UNITED STATES

**Contract Header Number:**        8WT00

This contract sets forth the exclusive terms and conditions under which seller shall sell and buyer shall purchase the goods or services described in the line item detail of this contract for the period(s) specified therein. Terms and conditions proposed by seller which are different from or in addition to the provisions of this contract are unacceptable to buyer, are expressly rejected by buyer, and shall not become a part of this contract. Any modification of this contract shall be made only in accordance with the provisions of paragraph 31 of the contract terms and conditions.

Case 04-10427-reg    Doc 176-1    Filed 03/24/04    Page 8 of 12

Contract Line Item Page:           1  of  4                              Issue Date:   27-Jul-2001
Standard Blanket Contract Number:   8WT00003              Amendment Number:   004
                                                          Part Number:       000000008642209

# LINE ITEM DETAIL



## General Motors Corporation

| This Line Item is effective from | 01-Aug-1998 | through | 01-Aug-2004 |

**Part Description:** CARRIER-REACTION (CSTG)
**Amendment Reason:** Long Term Contract

**Manufacturing DUNS Number:**
00005070685

**Supplier Name and Manufacturing Address:**
AUBURN FOUNDRY INC
635-639 W 11TH ST
AUBURN,IN 467062140
UNITED STATES

**Buyer Name:**
Aepelbacher, Daniel
**Buyer Code:**   X08
**Phone:**        248-857-0596
**Fax:**          248-857-0068

**Drawing Date:**                   11-22-94
**Hazardous Material Indicator:**   N

**Line Item Notes:**
Contract amendment to implement Long-Term Contract.DJA.

**Terms and Conditions:**
 Contract Longterm Agreement

| This Period effective from | 01-Aug-1998 | through | 31-Jul-2001 |

**Freight Terms:**      Collect
**Payment Terms:**      (07) 25th Prox
**Delivery Terms:**     Free on Board (FOB) - Origin
**Delivery DUNS:**      00005070685
**Ship From DUNS:**     00005070685
**Daily Capacity:**     17,600
**Hours Per Day:**      24
**Price Type**          Returnable

Case 04-10427-reg    Doc 176-1    Filed 03/24/04    Page 9 of 12

| | | | |
|---|---|---|---|
| Contract Line Item Page: | 2 of 4 | Issue Date: | 27-Jul-2001 |
| Standard Blanket Contract Number: | 8WT00003 | Amendment Number: | 004 |
| | | Part Number: | 000000008642209 |

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    **USD**

**Base Price:**                                                                                     2.060000

| | |
|---|---|
| **Total Price:** | 2.060000 |
| **UOM:**    EACH | |

**Receiving Plants and Plant Percentage**
As scheduled                                                                       100 %

**Terms & Conditions:**
Right to Audit
C4

| | | | | |
|---|---|---|---|---|
| This Period effective from | 01-Aug-2001 | through | 31-Jul-2002 | |

**Freight Terms:**      Collect
**Payment Terms:**   (07) 25th Prox
**Delivery Terms:**    Free on Board (FOB) - Origin
**Delivery DUNS:**    00005070685
**Ship From DUNS:**  00005070685
**Daily Capacity:**     17,600
**Hours Per Day:**     24
**Price Type**           Returnable

**Price Composition:**

The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    **USD**

**Base Price:**                                                                                     2.010000 ✓

| | | | |
|---|---|---|---|
| Contract Line Item Page: | 3 of 4 | Issue Date: | 27-Jul-2001 |
| Standard Blanket Contract Number: 8WT00003 | | Amendment Number: | 004 |
| | | Part Number: | 000000008642209 |

---

**Total Price:** 2.010000
**UOM:** EACH

**Receiving Plants and Plant Percentage**
As scheduled                                                                 100 %

**Terms & Conditions:**
  Right to Audit
C4
Schedule
TTOP

---

This Period effective from    01-Aug-2002    through    31-Jul-2003

---

**Freight Terms:**       Collect
**Payment Terms:**       (07) 25th Prox
**Delivery Terms:**      Free on Board (FOB) - Origin
**Delivery DUNS:**       00005070685
**Ship From DUNS:**      00005070685
**Daily Capacity:**      17,600
**Hours Per Day:**       24
**Price Type**           Returnable

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    **USD**

**Base Price:**                                                              1.969800

---

**Total Price:**                                                             1.969800
**UOM:**    EACH

**Receiving Plants and Plant Percentage**
As scheduled                                                                 100 %

**Terms & Conditions:**
  Right to Audit
C4
Schedule
TTOP

---

This Period effective from    01-Aug-2003    through    01-Aug-2004

---

**Freight Terms:**       Collect

| | | | |
|---|---|---|---|
| Contract Line Item Page: | 4 of 4 | Issue Date: | 27-Jul-2001 |
| Standard Blanket Contract Number: 8WT00003 | | Amendment Number: | 004 |
| | | Part Number: | 000000008642209 |

**Payment Terms:** (07) 25th Prox
**Delivery Terms:** Free on Board (FOB) - Origin
**Delivery DUNS:** 00005070685
**Ship From DUNS:** 00005070685
**Daily Capacity:** 17,600
**Hours Per Day:** 24
**Price Type:** Returnable

**Price Composition:**
The Total Price is composed of Base Price plus any Base Material costs, Price Component costs and any applicable taxes.

All Prices are expressed in    **USD**

**Base Price:**                                                                                                    1.930400

| | |
|---|---|
| **Total Price:** | 1.930400 |
| **UOM:** EACH | |

**Receiving Plants and Plant Percentage**
As scheduled                                                                   100 %

**Terms & Conditions:**
  Right to Audit
C4
Schedule
TTOP

Contract Attachment Page:    1 of 1

# CONTRACT ATTACHMENT

## General Motors Corporation



**Contract Header Number:**    8WT00

The attachments in this section apply to the standard terms and conditions associated with the GM legal business entity and the terms and conditions associated with the line item details for contract number.

**Contract Terms & Conditions:**              **Detailed Description**
   **Short Description**

**Contract Longterm Agreement**

The term of this contract is for the period(s) of purchase indicated in the Line Item Notes on the face of this Contract.

The price(s) for the goods are set forth in the Line Item Notes of this contract. No adjustments will be made for increases in Seller's Costs, including increases in the costs for labor, material or overhead

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) Savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer  (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award  (III.) If the price of the Product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, Sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 18 months of the Contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under Paragraph 13 ("Termination") of this Contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this Contract and purchase from another supplier without liability to Seller.

**GM Right To Material Resale**

Where Buyer and Seller agree to place selected parts in Buyer's Material Resale programs, Seller shall utilize only materials obtained through the Material Resale Programs for its production of goods for Buyer. Failure to comply with any of the requirements of the Material Resale Programs, including the right to evaluate and the option to purchase offal from the production of these goods, shall be a breach of Seller's obligations under this contract

**Schedule**

Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule.

**TTOP**

Title Transfer Our Plant (TTOP):
"Title to goods shall transfer from seller to buyer upon arrival at General Motor's consuming plant (or otherwise stated destination).'