IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## MOTION TO APPROVE COMPROMISE

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits this Motion to Approve Compromise (the "Motion") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor and General Motors Corporation ("GM") are parties to certain executory supply contracts (the "Supply Contracts") whereby AFI agrees to produce, and GM agrees to purchase, certain products. Attached hereto as Exhibit A and incorporated herein by reference is a copy of the Supply Contracts.

3. The Debtor seeks to reject the Supply Contracts through a contemporaneously filed Motion to Reject Executory Contract and to enter into a post-petition supply contract mutually agreeable to AFI and GM.

4. The rejection by AFI described herein will create rejection damages in favor of GM.

FWIMAN1 328747v2

5.   The Debtor is owed pre-petition amounts from GM and GM asserts defenses to the payment of the pre-petition amounts.

6.   AFI and the Debtor have agreed to compromise and settle their mutual obligations pursuant to the agreement (the "Agreement") attached hereto as Exhibit B and incorporated herein by reference.  The Agreement provides, in pertinent part, that (1) AFI will reject the Supply Contracts and GM shall set off $150,000 in rejection damages against pre-petition obligations owed to the Debtor; (2) GM and AFI will enter into a mutually agreeable post-petition supply contract for the period April 1, 2004 through December 31, 2004 as set forth more fully in the Agreement, subject to the terms and conditions therein; and (3) GM will loan $100,000 to AFI (the "Post-Petition Loan") contemporaneously with the set off described above and entry of the Order approving the Post-Petition Loan, as described more fully in the Agreement.  Interest shall accrue on the Post-Petition Loan upon the effective date thereof.

7.   The Agreement is conditioned upon this Court's approval of this Motion and the contemporaneously filed Motion to Reject Executory Contract and Motion to Approve Post-Petition Loan (collectively, the "Supply Contract Motions").

8.   Notwithstanding any provision of the Agreement to the contrary, the Agreement shall be effective on the date of entry of the Order approving the Agreement, with each of its provisions applied retroactively to a date ten (10) days prior thereto.

WHEREFORE, Debtor, by counsel, respectfully requests that the Court approve its compromise with GM as described more fully herein.

        BAKER & DANIELS

By:  /s/ John R Burns, II
       John R Burns, II (#3016-02)
       Mark A. Werling (#20426-02)
       111 East Wayne Street, Suite 800
       Fort Wayne, Indiana 46802
       Telephone:  (260) 420-8000
       Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.