IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On or about February 27, 2004, the Unsecured Creditors' Committee ("Committee"), by counsel, filed an *Application to Approve Monthly Provisional Payments to Counsel for Unsecured Creditors' Committee* ("Application") and a proposed Order for entry by the Court. The Application seeks approval to make interim professional fee payments to counsel for the Committee equal to 80% of fees and 20% of expenses on a monthly basis, without prejudice to the rights of any party in interest to object to counsel for the Committee's request for interim or final allowance of fees and expenses.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion then, **on or before twenty-one (21) days from the date of this Notice,** you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> United States Bankruptcy Court
> Northern District of Indiana
> Post Office Box 2547
> Fort Wayne, Indiana  46801-2547

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

-2-

2.     You must also mail a copy of your objection to:

        Henry A. Efroymson
        Ben T. Caughey
        ICE MILLER
        One American Square, Box 82001
        Indianapolis, IN  46282-0002

        John R. Burns III
        Baker & Daniels
        111 E. Wayne Street, #800
        Fort Wayne, IN 46802

        Office of the United States Trustee
        555 One Michiana Square Bldg,
        100 E. Wayne Street
        South Bend, IN  46601

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date: March 25, 2004                /s/ Henry A. Efroymson
                                            Henry A. Efroymson (Atty No.: 6427-47)
                                            Ben T. Caughey (Atty No.: 22920-53)
                                            ICE MILLER
                                            One American Square, Box 82001
                                            Indianapolis, IN  46282-0002
                                            (317) 236-2100

                                            Counsel for the Unsecured Creditors'
                                            Committee

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing is being served by electronic mail or by first-class U.S. mail, first class postage prepaid, on the 25th day of March, 2004, addressed to:

| | |
|---|---|
| Nancy J. Gargula<br>Office of the United States Trustee<br>100 East Wayne Street, Suite 555<br>South Bend, Indiana 46601 | Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802 |
| John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802-2603 | Robert Overman<br>Miller and Company LLC<br>9700 West Higgins Road, Suite 1000<br>Rosemont, Illinois 60018 |
| Grant Shipley<br>230 West Main Street<br>Fort Wayne, Indiana 46802 | Michael McGauhey<br>Citizens Gas and Coke Utility<br>2950 Prospect Street<br>Indianapolis, Indiana 46204 |
| Josef S. Athanas<br>Lathan & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606 | Richard J. Swanson<br>MACEY SWANSON AND ALLMAN<br>445 N. Pennsylvania Street<br>Suite 401<br>Indianapolis, IN 46204 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, Indiana 46204-5198 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, Indiana 46802 |

                                                                      /s/ Henry A. Efroymson
                                                                      Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100