UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## CERTIFICATE OF SERVICE

I certify that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, a copy of the Motion to Approve Compromise and Notice of Motion and Opportunity to Object was served first-class United States mail, postage prepaid, on March 24, 2004, upon the following parties or counsel:

3M Valley
600 E. Meigs
P.O. Box 368
Valley, NE  68064-0368

A-1 Janitorial Service
PO Box 241
Waterloo, IN  46793

ABB Metallurgy Inc
1460 Livingston Ave
North Brunswick, NJ  8902

Acordia
PO Box 885
Ft Wayne, IN  46801-0885

Addis Inc
3721 Lee Road
Cleveland, OH  44120

Admetco
7625 Vicksburg Pike
Fort Wayne, IN  46850

Aero-Motive Manufacturing Co
5688 East ML Ave
PO Box 2678
Kalamazoo, MI  49001

Air Products and Chemicals Inc.
PO Box 25745
Lehigh Valley, PA  18002-5742

Air Technics Inc
2652 Merrimont Drive
Troy, OH  45373

Airtech Environmental Services
601A Country Club Drive
Bensenville, IL  60106

Allen Pattern Works Inc
616 East Wallace Street
PO Box 10540
Fort Wayne, IN  46803

Alro Steel Corporation
PO Box 10360
2211 Freeman
Ft Wayne, IN  46851-0360

American Bio Medica Corporation
122 Smith Road
Kinderhook, NY  12106

American Wire Rope And Sling
3122 Engle Road
Ft Wayne, IN  46809

FWIMAN1 329198v1

Antibus Scales & Systems
4809 Illinois Road
Ft Wayne, IN  46804

Applied Metals & Machine Works
1036 St Marys Ave
Ft Wayne, IN  46808

Arab Pest Control
1130 Pion Road
Fort Wayne, IN  46825

Arrow Fence Company Inc
318 Edgewood Avenue
Ft Wayne, IN  46805

Arrow Services Inc
4121 Northrup
Ft Wayne, IN  46805

Ashland Chemical Company
P O Box 395
Columbus, OH  43216-0395

Auburn City Utilities
PO Box 506
Auburn, IN  46706

Auburn Cord Duesenberg Museum
1600 South Wayne Street
Auburn, IN  46706-0271

Auburn Inn
225 Touring Drive
Auburn, IN  46706

Austin Petroleum Inc.
99 E. Joe Street
Huntington, IN  46750

Auto Electric
709 E Washington
Ft Wayne, IN  46802

Automatic Data Processing
Of Indianapolis Inc
P O Box 80419
Indianapolis, IN  46280-0419

Aztec Millennium Supply, Inc
8411 Mayhew Road
Fort Wayne, IN  46835

Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way
Suite 300
Fort Wayne, IN  46804

Bassett Office Supply Inc
509 South Main Street
PO Box 665
Auburn, IN  46706

Bayard Advertising
902 Broadway, 10th Floor
New York, NY  10010

BBC Pump And Equipment Co Inc
1125 West 16th St
PO Box 22098
Indianapolis, IN  46222

Beardsley And Piper
751 Shoreline Drive
Aurora, IL  60504

Belcon Corp.
P.O. Box 4763
Oak Brook, IL  60522-4763

BGR Inc
25703 Springfield Center Road
Harlan, IN  46743

Bisbee Infrared Services
1304 W Michigan
Box 51
Jackson, MI  49204

Bliss Clearing Niagra, Inc
683 Northland Avenue
Buffalo, NY  14211

Blue Flame Of Waterloo
US 6 East
PO Box 428
Waterloo, IN  46793

Bobcat of Fort Wayne, Inc.
3630 Goshen Road
Ft Wayne, IN  46818

Bohl Crane Inc
1930 Lakeview Drive
Ft Wayne, IN  46808

Bohren Logistics, Inc.
325 N. Taylor Road
Garrett, IN  46738

| | | |
|---|---|---|
| Bostwick-Braun Company<br>St Rd 4 I69<br>Ashley, IN  46705 | B-P Industrial Division<br>8432 Central Ave<br>Suite 3<br>Sylvania, OH  43560 | BPC - Bell Packaging Corporation<br>PO Box 3333<br>Marion, IN  46953-0333 |
| Brake Materials & Parts Inc<br>800 Sherman At Pape<br>Ft Wayne, IN  46808 | Bread Basket<br>115 North Main Street<br>Auburn, IN  46706 | Brechbuhler Scales<br>3306 Cavalier Drive<br>Fort Wayne, IN  46808 |
| Brehob Electric Equipment Inc<br>1334 South Meridian Street<br>Indianapolis, IN  46225 | Brian's Automotive Center<br>1110 South Grandstaff Drive<br>Auburn, IN  46706 | Bristal Metal Products, Inc.<br>3000 Lebanon Church Road<br>West Mifflin, PA  15122 |
| Business Impressions<br>509 S Main St<br>P O Box 959<br>Auburn, IN  46706 | C Miller & Sons Inc<br>6707 Gabion Way<br>Ft Wayne, IN  46818 | C.A. Picard International<br>Surface Engineering Division, Inc.<br>689 Sugar Lane<br>Elyria, OH  44035 |
| Calar Ace Hardware<br>1010 C West Seventh Street<br>Auburn, IN  46706 | CAMS, Inc<br>495 Village Park Drive<br>Powell, OH  43065 | Canteen<br>2715 American Way<br>Fort Wayne, IN  46809 |
| Carpenter Brothers Inc.<br>6120 Norton Center Dr.<br>Muskegon, MI  49441 | Carper Farm Supply Inc<br>PO Box 159<br>Ashley, IN  46705 | Carrier Vibrating Equipment Inc.<br>P.O. Box 37070<br>Louisville, KY  40233-7070 |
| Cascade Pattern Company<br>5191 Ternes Avenue<br>Elyria, OH  44035 | CC Metals And Alloys Inc<br>University Corporate Centre<br>300 Corporate Parkway - 216N<br>Amherst, NY  14226 | Certanium Alloys and Research<br>6510 Northpark Blvd.<br>Charlotte, NC  28216 |
| Certified Reducer Rebuilders<br>32079 Milton<br>Madison Heights, MI  48071 | Ceruti's Catering<br>615 Professional Way<br>Kendallville, IN  46755 | Cincinnati Plus<br>Parts Division<br>4701 Marburg Avenue<br>Cincinnati, OH  45209 |
| Citizens Gas & Coke<br>2020 North Meridian Street<br>Indianapolis, IN  46202 | City Of Auburn<br>c/o Rebecca Fuller<br>P O Box 506<br>Auburn, IN  46706 | Classic City Automotive Inc<br>503 Michigan Avenue<br>Auburn, IN  46706 |

| | | |
|---|---|---|
| Clean Conveyor Solutions<br>Division of CVP Group, Inc.<br>PO Box 67<br>Willow Springs, IL  60480-0067 | Complete Drives Inc<br>1542 W. Auburn Drive<br>Auburn, IN  46706 | Complete Maintenance &<br>Staffing,Inc<br>5405 Hursh Road<br>Fort Wayne, IN  46845 |
| Comtronix Corporation<br>2213 East 45th Street<br>Indianapolis, IN  46205-2297 | Consolidated Industries<br>6228 Holly Oak Dr<br>Ft Wayne, IN  46818 | Copper And Brass Sales Inc<br>530 Northfield Dr<br>Brownsburg, IN  46112 |
| Core Tech Inc<br>6000 Old Maumee Rd<br>Ft Wayne, IN  46803 | Cotterman Company<br>130 Seltzer Road<br>Croswell, MI  48422 | Covington Box<br>3514 US 6<br>Waterloo, IN  46793 |
| Crosible Inc<br>P.O. Box 271<br>Moravia, NY  13118 | Crouse Cartage Co<br>PO Box 586<br>Carroll, IA  51401-0586 | Crown Group<br>4301 Engle Road<br>Fort Wayne, IN  46804 |
| Crown Lift Trucks<br>1919 Research Drive<br>Fort Wayne, IN  46808 | Crystal Clean<br>c/o Petroleum Management<br>7901 West Morris St<br>Indianapolis, IN  46231 | Current Inc<br>2120 E. Washington<br>Suite A<br>Ft Wayne, IN  46803-1329 |
| Curtis 1000 Inc<br>PO Box 11271<br>Ft Wayne, IN  46856 | Custom Engineering &<br>Fabrication<br>1631 East Pontiac Street<br>Fort Wayne, IN  46803 | D.A.S. Services, Inc.<br>2310 West 175 North<br>Angola, IN  46703 |
| Dauber Company Inc<br>577 North 18th Road<br>Tonica, IL  61370 | David J. Joseph Company<br>659 Van Meter Street<br>Suite 530<br>Cincinnati, OH  45202 | DeKalb Engineering<br>700 E Quincy Street<br>Garrett, IN  46738 |
| Diamond Power Specialty Company<br>2520 East Main Street<br>PO Box 787<br>Lancaster, OH  43130-0787 | Dictating & Time Systems<br>2212 South Calhoun Street<br>Ft Wayne, IN  46802 | Dietert Foundry Testing Inc<br>9190 Rose Lawn Ave.<br>Detroit, MI  48204 |
| Digital Communication Products,Inc.<br>3720 South Calhoun Street<br>PO Box 12107<br>Ft Wayne, IN  46862-2107 | Digital Reprographics, Inc.<br>105 Chambeau Road<br>Ft Wayne, IN  46805 | DISA Industries Inc.<br>80 Kendall Point Drive<br>Oswego, IL  60543 |

| | | |
|---|---|---|
| Diversified Pattern & Eng Co Inc<br>100 Progress Way<br>PO Box 230<br>Avilla, IN  46710-0230 | Doall South Bend Co Inc<br>802 S. Beiger St.<br>Mishawaka, IN  46544 | Don R Fruchey Inc<br>5608 Old Maumee Road<br>Ft Wayne, IN  46803 |
| Dorsch Tool & Eng Co<br>3419 Georgetown Rd<br>Indianapolis, IN  46224 | DR Lubricants Inc<br>4611 Newaygo Road<br>Suite D<br>Ft Wayne, IN  46825 | Duca Manufacturing Inc<br>761 Mcclurg Road<br>Boardman, OH  44512 |
| Duffy Office Products<br>7712 Lima Road<br>Fort Wayne, IN  46818 | Duraflo Equipment Company, Inc.<br>1737 Massachusetts Ave<br>Indianapolis, IN  46201 | Eagle Fountain Works, Inc.<br>8 Winchester Road<br>Ormond Beach, FL  32174 |
| Eastern Engineering Supply Inc<br>2810 North Wheeling<br>Muncie, IN  47303 | Eclectric Company<br>18315 Richey Lane<br>Huntertown, IN  46748 | Edglo Laboratories Inc<br>2107 East Washington Blvd<br>Ft Wayne, IN  46803 |
| Edwards Medical<br>495 Woodcreek Drive<br>Bolingbrook, IL  60440 | E-Filliate<br>11321 White Rock Road<br>Rancho Cordova, CA  95742 | Eirich Machines Inc<br>4033 Ryan Rd<br>Gurnee, IL  60031 |
| Elkem Metals Inc.<br>P O Box 266<br>Pittsburgh, PA  15230-0266 | Ely Crane & Hoist<br>1247 East 222nd Street<br>Euclid, OH  44117 | Emed Company Inc<br>PO Box 369<br>Buffalo, NY  14240-0369 |
| Emergency Radio Service<br>4410 Earth Drive<br>Fort Wayne, IN  46809 | Empire Refractory Sales Inc<br>3525 Metro Drive<br>Ft Wayne, IN  46818 | Employer's Security Inc<br>PO Box 1045<br>Elkhart, IN  46515 |
| Enco Mfg Co<br>400 Nevada Pacific Highway<br>Fernley, NV  89408 | Engineered Tooling Inc<br>PO Box 48<br>Albion, IN  46701 | Enviro Control Metals<br>650 Chestnut Street S.W.<br>Grand Rapids, MI  49503 |
| Epic Machine<br>201 Industrial Way<br>Fenton, MI  48430 | Ernst and Young LLP<br>PO Box 710884<br>Cincinnati, OH  45271-0884 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft Wayne, IN  46898-0165 |

| | | |
|---|---|---|
| Executone Information Systems, Inc.<br>ATTN:  LCR DEPARTMENT<br>P.O. Box 52843<br>Phoenix, AZ  85072-2843 | Fairmount Minerals<br>P.O. Box 400<br>Bridgeman, MI  49106 | Falcon Foundry Co<br>PO Box 301<br>6th & Water Streets<br>Lowellville, OH  44436-0301 |
| Fargo Wear Inc<br>1801 Caniff Avenue<br>Detroit, MI  48212-2917 | Fire Protection Inc<br>750 W North St Suite C<br>PO Box 327<br>Auburn, IN  46706 | First Insurance Funding Corp.<br>450 Skokie Blvd.<br>Ste 1000, P.O. Box 3306<br>Northbrook, IL  60065-3306 |
| Flex-Pac, Inc.<br>7113 South Mayflower Park<br>Zionsville, IN  46077 | Franklin Capital Financial Services<br>112 North Grant Street<br>North Aurora, IL  60542 | Foseco Inc<br>20200 Sheldon Road<br>Brook Park, OH  44142 |
| Four Seasons Lawnscape<br>1695 North Main Street<br>Auburn, IN  46706 | Fox Contractors Corp.<br>5430 Ferguson Road<br>Fort Wayne, IN  46809 | Frank H Gill Company<br>2859 Bernice Road<br>PO Box 703<br>Lansing, IL  60438 |
| FMThur<br>8408 Manor Drive<br>Fort Wayne, IN  46825 | Freeman Mfg & Supply Company<br>27655 Groesbeck Hwy<br>Roseville, MI  48066 | Friskney Gear & Machine Corp<br>350 North Bridge Street<br>Corunna, IN  46730 |
| Ft Wayne Orthopaedics, LLC<br>PO Box 2526<br>Fort Wayne, IN  46801 | General Kinematics Corporation<br>5050 Rickert Road<br>Crystal Lake, IL  60014 | George E Booth Company<br>8202 W 10th St<br>Indianapolis, IN  46214-2432 |
| Goeglein's<br>7311 Maysville Road<br>Fort Wayne, IN  46815-8199 | Golden Rule Sanitation, Inc<br>9905 Kress Road<br>Roanoke, IN  46783 | Grainger Inc<br>5002 Speedway Drive<br>Ft Wayne, IN  46825 |
| Graycraft Signs Plus Inc<br>434 West 7th St<br>Auburn, IN  46706 | Great Lakes Carbon Corp<br>Four Greenspoint Plaza, # 2200<br>16945 Northchase Drive<br>Houston, TX  77060-2133 | Groholski Manufacturing Solutions<br>PO Box 15742<br>Fort Wayne, IN  46885 |
| H A Smolen Company Inc<br>PO Box 9055<br>Highland, IN  46322 | H E C O Inc<br>3509 S Burdick St<br>Kalamazoo, MI  49001 | Haney's Glass Of Auburn<br>930 West 15th Street<br>Auburn, IN  46706 |

| | | |
|---|---|---|
| Harbor Metal, Inc<br>PO Box 644<br>Benton Harbor, MI 49023 | Hartley Eng Control Systems<br>2400 Holly Road<br>Neenah, WI 54956 | Heraeus Electro-Nite Company<br>One Summit Square<br>1st Floor, Suite 100<br>Langhorne, PA 19047 |
| Hickman Williams & Company<br>Commerce Plaza<br>2015 Spring Road<br>Oak Brook, IL 60521 | Hill and Griffith Co/Indy<br>3637 Farnsworth<br>Indianapolis, IN 46241 | Hipsher Tool & Die, Inc<br>1593 S. State Road 115<br>Wabash, IN 46992 |
| Hook Industrial Sales Inc<br>2731 Brooklyn Ave.<br>PO Box 9177<br>Ft Wayne, IN 46899 | Hoosier Trailer & Truck Equip. Co.<br>4830 Todd Drive<br>Fort Wayne, IN 46803 | Hot Crews Inc<br>PO Box 13094<br>1615 South Monroe<br>Ft Wayne, IN 46803 |
| Hydronic & Steam Equip Co Inc<br>8950 Bash Street<br>Indianapolis, IN 46256 | Indiana Refractories Inc.<br>1624 Simons Street<br>Ft. Wayne, IN 46803 | Inductotherm Corp<br>10 Indel Ave<br>Rancocas, NJ 8073 |
| Industrial Ceramic Products<br>14401 Suntra Way<br>Marysville, OH 43040 | Industrial Marketing Inc.<br>114 W. Toledo Street<br>Fremont, IN 46737 | Industrial Specialties<br>9621 White Hill Drive<br>Ft Wayne, IN 46804-5953 |
| Industrial Tool Service Inc<br>612 Hayden Street<br>Fort Wayne, IN 46802 | Industrial Tube & Steel Corp<br>9911 Cresecent Park Drive<br>West Chester, OH 45069 | Industron Corporation<br>2044 Valleydale Terrace<br>Birmingham, AL 35244 |
| Ingersoll-Rand Air Center<br>Air Compressor Group<br>2516-I Industrial Park Drive<br>Goshen, IN 46526 | Inovis<br>Attn: Billing<br>2425 N. Central Expway #900<br>Richardson, TX 75080 | Interlube Corporation<br>4646 Baker Avenue<br>Cincinnati, OH 45212-2594 |
| Intermec Media Products<br>9290 LeSaint Drive<br>Fairfield, OH 45014-5454 | International Quality<br>521 Cleveland<br>Lincoln Park, MI 48146 | International Surface Preparation<br>1606 Executive Dr<br>Lagrange, GA 30241 |
| Ircon Inc<br>7300 N. Natchez Ave.<br>Niles, IL 60714 | Ivy Tech<br>3800 North Anthony Blvd<br>Fort Wayne, IN 46805 | J & K Communications Inc.<br>222 S. Tower View Drive<br>Columbia City, IN 46725 |

| | | |
|---|---|---|
| J & L Industrial Supply<br>PO Box 3359<br>Livonia, MI  48151-3359 | J/E Bearing and Machine Ltd.<br>68 Spruce Street<br>P.O. Box 95<br>Tillsonburg, ON  N4G4H8 | Jackson-Hirsh Inc<br>700 Anthony Trail<br>Northbrook, IL  60062-2542 |
| J-Lenco Inc<br>664 N High Street<br>LaRue, OH  43332 | K M H Systems<br>7020 State Route 930 East<br>Ft Wayne, IN  46803 | Kaltenbach, Inc.<br>6775 Inwood Drive<br>Columbus, IN  47202 |
| Keibler Thompson Corporation<br>Route 66 RR #2r<br>Box 264A<br>Export, PA  15632 | Kendall Electric Inc<br>PO Box 46<br>1200 S. Grandstaff<br>Auburn, IN  46706-0046 | Kendallville Iron & Metal Inc<br>243 E Lisbon Road<br>PO Box 69<br>Kendallville, IN  46755 |
| Keramida Environmental Inc<br>330 N College Ave<br>Indianapolis, IN  46202 | Kone Inc.<br>433 Fernhill Ave<br>Ft Wayne, IN  46805-1039 | Korte Bros Inc<br>620 W Cook Rd<br>Ft Wayne, IN  46825-3324 |
| Korte Paper Co<br>1819 South Calhoun<br>Ft Wayne, IN  46857 | Kroger Food Stores<br>1001 West Seventh Street<br>Auburn, IN  46706 | Kustom Machining Inc.<br>P.O. Box 39<br>Leo, IN  46765 |
| L & D Industries<br>201 South Fulton<br>Auburn, IN  46706 | Lab Safety Supply Inc<br>PO Box 1368<br>Janesville, WI  53547-1368 | LBH Chemical & Industrial Supply<br>PO Box 8460<br>3009 Cannongate Drive<br>Ft Wayne, IN  46808-8460 |
| LDM, Loading Dock<br>Maintenance,LLC<br>14819 Mill Road<br>Fort Wayne, IN  46816 | Leco Corporation<br>3000 Lakeview Avenue<br>St Joseph, MI  49085-2396 | LMI Technologies (USA), Inc.<br>21455 Suite 22 Melrose Ave.<br>Southfield, MI  48075 |
| Lougheed & Associates Inc<br>1017 S. Hadley Road<br>Ft Wayne, IN  46804 | Louis Padnos Iron & Metal Co<br>PO Box 1979<br>Holland, MI  49422-1979 | Lyman Steel Co<br>PO Box 28340<br>Cleveland, OH  44128 |
| MacAllister Machinery Co Inc<br>2418 Coliseum Blvd W<br>Ft Wayne, IN  46808-3648 | MacDonald Machinery Co Inc<br>3911 Limestone Drive<br>Fort Wayne, IN  46809 | Magma Foundry Technologies<br>2340 South Arlington Heights Road<br>Arlington Heights, IL  60005 |

| | | |
|---|---|---|
| Magneco/Metrel Inc<br>PO Box 176<br>51365 State Route 154<br>Negley, OH  44441 | Mail-Well Envelope<br>Attn: Patty<br>4500 Tiedman Road<br>Cleveland, OH  44144 | Marjo Plastics<br>1081 Cherry Street<br>Plymouth, MI  48170 |
| Marposs<br>3300 Cross Creek Parkway<br>Auburn Hills, MI  48326 | Master Gage & Tool Co.<br>112 Maplewood Street<br>P.O. Box 3305<br>Danville, VA  24540 | Materials Handling Equip/Ft W<br>7433 US 30 East<br>Ft Wayne, IN  46803 |
| McLean Midwest Corporation<br>11611 Business Park Blvd. N.<br>Champlin, MN  55316 | McMahon Tire<br>1712 South Wayne Street<br>Auburn, IN  46706 | McMaster Carr Supply Company<br>200 Aurora Industrial PKWY<br>Aurora, OH  44202 |
| McNichols Company<br>1951 Lively Blvd.<br>Elk Grove Village, IL  60007 | Mellon Consultants<br>Two Pennsylvania Plaza<br>New York, NY  10121 | Metal Management<br>4431 West 130th Street<br>Cleveland, OH |
| Metaltec Steel Abrasive Co<br>41155 Joy Road<br>Canton, MI  48187 | Met-Pak Specialties, Inc<br>2701 S. Coliseum Blvd.<br>Suite 1172<br>Fort Wayne, IN  46803 | Metric and Multi-Standard Comp Corp<br>120 Old Saw Mill River Rd<br>Hawthorne, NY  10532-1599 |
| Meyer Industrial Service<br>616 W Maplewood Drive<br>Ossian, IN  46777 | Michiana Door<br>PO Box 45<br>Stroh, IN  46789-0045 | Mid-State Chemical & Supply Co.<br>2100 Greenbrier Lane<br>Indianapolis, IN  46218 |
| Midwest Air Filter, Inc.<br>3630 N. Wells Street<br>Fort Wayne, IN  46808 | Midwest Instrument Co Inc<br>541 Industrial Dr<br>Hartland, WI  53029-0080 | Midwest Pipe & Steel Inc<br>PO Box 11558<br>Fort Wayne, IN  46859 |
| Miller and Company<br>9700 West Higgins Road<br>Suite 1000<br>Rosemont, IL  60018 | Modern Equipment Company<br>336 South Spring Street<br>PO Box 266<br>Port Washington, WI  53074 | Monitor Mfg<br>Drawer AL-44W320<br>Keslinger Rd<br>Elburn, IL  60119 |
| Motion Industries Inc<br>3333 East Washington Blvd.<br>PO Box 12149<br>Ft Wayne, IN  46862-2149 | MP Steel Indiana, LLC<br>PO Box 876<br>Kendallville, IN  46755 | MPB Industries<br>505 East 31st Street<br>Anderson, IN  46016 |

| | | |
|---|---|---|
| MSC Industrial Supply Co<br>28551 Laura Ct<br>Elkhart, IN  46517 | Nadapro Inc<br>5020 Nob Road<br>Ft Wayne, IN  46825 | National Material Trading<br>1965 Pratt Blvd.<br>Elk Grove Village, IL  60007 |
| Neff Engineering Company Inc<br>7114 Innovation Blvd<br>Ft Wayne, IN  46898 | NES<br>8855 Byron Commerce<br>Byron Center, MI  49315 | Newark InOne<br>4410 Executive Blvd<br>Suite A<br>Ft Wayne, IN  46808 |
| Northstar Imaging, Inc<br>953 Westgate Drive<br>St. Paul, MN  55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT  84115 | Old Fort Supply Co Inc<br>Old Fort Way At 2000 Wayne Tr<br>Ft Wayne, IN  46803 |
| Omega Engineering Inc<br>One Omega Drive<br>PO Box 4047<br>Stamford, CT  06907-0047 | Omnisource Corporation<br>2453 Hill Avenue<br>Toledo, OH  43607 | Ossola Industrials Inc.<br>1740 W. Seventh Street<br>Granite City, IL  62040 |
| Paaso General Equipment<br>PO Box 868<br>Brighton, MI  48116 | Pain Enterprises Inc.<br>101 Daniels Way<br>Bloomington, IN  47404 | Pangborn Company<br>580 Pangborn Blvd.<br>PO Box 0380<br>Hagerstown, MD  21742-0380 |
| Parker Glove & Supply, Inc.<br>East 4th Street<br>P.O. Box 400<br>Avilla, IN  46710 | Peerless Metal Powders &<br>Abrasive<br>P.O. Box 09254<br>Detroit, MI  48209 | Perfection Servo Hydraulics<br>1290 Lyon Road<br>Batvia, IL  60510 |
| Perkins Septic & Drain Service<br>0375 CR11<br>Hudson, IN  46747 | Pflaumer Brothers Inc<br>398 Clarksville Road<br>Princeton Jct., NJ  8550 | PHC Industries Inc<br>3115 Pittsburg St.<br>Ft Wayne, IN  46825 |
| Pizza Hut<br>1116 W 7th Street<br>Auburn, IN  46706 | Powered Equipment And Repair<br>600 Voorhees<br>PO Box 147<br>Terre Haute, IN  47808-0147 | Pranger Enterprises Inc<br>PO Box 366<br>2820 West 800 South<br>Ashley, IN  46705 |
| Precision Calibration Company<br>7656 Milliner Court<br>Plainfield, IN  46168 | Precision Steel Services Inc.<br>4334 Earth Drive<br>Ft. Wayne, IN  46809 | Project Management Services<br>P.O. Box 398<br>McDonald, OH  44437-0398 |

| | | |
|---|---|---|
| Proxtronics, Inc<br>7200 Fullerton Road<br>Springfield, VA  22150 | PWC Fabrication<br>2121 Wayne Haven Avenue<br>Ft Wayne, IN  46803 | QHG of Ft Wayne, Inc/Redimed<br>315 East Cook Road<br>Fort Wayne, IN  46825 |
| QMS-Customer Service<br>300 Galleria Officenter<br>Suite 110<br>Southfield, MI  48034 | Quality Calibration Service, Inc.<br>10205 West Greenfield Avenue<br>West Allis, WI  53214 | R I Lampus Company<br>816 Railroad St<br>Springdale, PA  15144 |
| RA Mueller Inc.<br>11270 Cornell Park Drive<br>Cincinnati, OH  45242 | Radio Shack<br>1025 W 7th St<br>Auburn, IN  46706 | Redimed DeKalb, LLC<br>AMIC<br>500 S. Grandstaff Suite G<br>Auburn, IN  46706 |
| Refco<br>PO Box 12867<br>Pittsburgh, PA  15241 | Reilley Trucking<br>7431 Bent Willow Dr<br>Ft Wayne, IN  46815 | Renco Machine Co Inc<br>1421 Eastman Ave<br>Green Bay, WI  54302 |
| Reno Refractories<br>PO Box 201<br>Morris, AL  35116 | Richard Squier Pallets Inc<br>3992 CR24<br>Waterloo, IN  46793 | Rumford Industrial Group Inc<br>PO Box 752288<br>Dayton, OH  45475 |
| Rytec Corporation<br>PO Box 403<br>Jackson, WI  53037 | S & S Oil Co Inc<br>821 Lakeshore Avenue<br>Auburn, IN  46706 | S & S Tire Co Inc<br>1100 West 7th Street<br>Auburn, IN  46706 |
| S D Myers<br>180 South Avenue<br>Tallmadge, OH  44278 | Safety - Kleen Corp<br>PO Box 12349<br>Columbia, SC  29211-2349 | Schenkel & Sons Inc<br>1120 St Mary's Avenue<br>Ft Wayne, IN  46808 |
| Schust Engineering Inc<br>701 North Street<br>Auburn, IN  46706 | Scioto Valley Packaging,LLC<br>5151 Reed Road ne<br>Suite 210A<br>Columbus, OH  43220 | Scott Industrial Systems Inc<br>521 N Airport Office Park<br>Ft Wayne, IN  46825 |
| Security Locknut Inc<br>9650 West Foster Avenue<br>Chicago, IL  60656 | Sentinel Fluid Controls<br>7114 Innovation Boulevard<br>Fort Wayne, IN  46818 | SES LLC Technical Group<br>PO Box 8413<br>Fort Wayne, IN  46898 |

| | | |
|---|---|---|
| Shambaugh & Sons Inc<br>PO Box 1287<br>Ft Wayne, IN  46801 | Shells Inc Of Indiana<br>502 Old U.S. Hwy 30 East<br>Bourbon, IN  46504 | Sherry Laboratories<br>2203 South Madison<br>Muncie, IN  47307 |
| Signature Embroidery, Inc<br>7720 E 300 N<br>Mongo, IN  46771 | Spectro Analytical<br>Instruments,Inc.<br>160 Authority Drive<br>Fitchburg, MA  1420 | Spectrum Engineering Corp<br>17420 Tonkel Road<br>Leo, IN  46765-9779 |
| Spraying Systems Company<br>c/o Harriman Ave<br>PO Box 348<br>Auburn, IN  46706 | Sprinkling Can<br>233 South Main Street<br>Auburn, IN  46706 | Staclean Diffuser<br>PO Box 1147<br>Salisbury, NC  28144 |
| STAG Iron & Metal Corp<br>7820 West 60th Place<br>Summit, IL  60501 | States Engineering Corp<br>10216 Airport Drive<br>Ft Wayne, IN  46819 | Stericycle Inc<br>1301 E Alexis Road<br>Toledo, OH  43612 |
| Struers Inc<br>24766 Detroit Road<br>WestLake, OH  44145 | Sturgis Iron & Metal<br>70675 Centerville Road<br>Sturgis, MI  49091-0579 | Superior Business Solutions<br>PO Box 8040<br>Ft Wayne, IN  46898-8040 |
| System Clean Inc.<br>50602 North Michigan Road<br>South Bend, IN  46637-1532 | T & L Sharpening Inc<br>2663 S Freeman Road<br>Monticello, IN  47960 | T & M Equipment Co Inc<br>2880 East 83rd Place<br>Merrillville, IN  46410 |
| T.T.G. Pattern<br>5443 Keystone Drive<br>Fort Wayne, IN  46825 | Taylor Rental Auburn<br>2224 State Road 8 West<br>Auburn, IN  46706 | Tec-Hackett Inc<br>P.O. Box 8830<br>Ft Wayne, IN  46898-8830 |
| Telemotive Industrial Controls<br>175 Wall Street<br>Glendale Heights, IL  60139-1985 | Time Industrial Inc<br>6422 Lima Road<br>Fort Wayne, IN  46818 | Tooling & Equipment Intern'l<br>12550 Tech Center Drive<br>Livonia, MI  48150-2193 |
| TPC Wire & Cable<br>7061 East Pleasant Valley Road<br>Independence, OH  44131 | Trane Company<br>Rohan Trane Service Agency<br>6602 Innovation Blvd<br>Fort Wayne, IN  46818-1389 | Tri State Compressed Air Sys<br>1608 Eishenhower Drive South<br>Goshen, IN  46526-5360 |

| | | |
|---|---|---|
| Tri-State Instrument Service<br>P.O. Box 6068<br>3024 Wayne Trace<br>Ft Wayne, IN  46896 | Trojan Heat Treat<br>809 S. Byron St<br>PO Box 97<br>Homer, MI  49245 | UNIMIN Corporation<br>809 Myers Road<br>Archbold, OH  43502 |
| US Inspection Services<br>8740 Boehring<br>Indianapolis, IN  46219 | US Pattern Company Inc<br>PO Box 220<br>Richmond, MI  48062 | Vesuvius Foundry Group<br>661 Willet Road<br>Buffalo, NY  14218 |
| Vibes Technologies Inc.<br>7125 Northland Terrace North<br>Suite 400<br>Brooklyn Park, MN  55428 | VWR International, Inc.<br>PO Box 66929<br>O'Hare AMF<br>Chicago, IL  60666 | Walman Optical Co<br>PO Box 9440<br>Minneapolis, MN  55440 |
| Warsaw Engineering & Fabricating<br>2780 E. Durbin Street<br>P.O. Box 1043<br>Warsaw, IN  46581-1043 | Water Sciences<br>PO Box 15489<br>Ft Wayne, IN  46885 | Wayne Fasteners Inc<br>2725 Independence Drive<br>Ft Wayne, IN  46808 |
| Wayne Pipe & Supply Inc<br>1815 South Anthony Blvd<br>Ft Wayne, IN  46803 | Welder Services Inc<br>1725 Edsall Avenue<br>PO Box 6178<br>Ft Wayne, IN  46896 | Westport Corporation<br>510 Montauk Hwy<br>West Islip, NY  11795 |
| Wheelabrator Abrasives Inc<br>1 Abrasive Ave<br>PO Box 804<br>Bedford, VA  24523 | Wheelabrator Canada Inc.<br>401 Wheelabrator Way<br>Milton Ontario Canada,  L9T 487 | Wiese Planning and Engineering, Inc.<br>2725 Independence Drive<br>Fort Wayne, IN  46808 |
| William C Weber & Assoc Inc<br>Constitution Hill Office Park<br>6201 Constitution Drive<br>Ft Wayne, IN  46804 | Wise International Ideal Lease<br>2807 Goshen Road<br>Fort Wayne, IN  46808 | X R I Testing<br>8327 Reliable Pkwy<br>Chicago, IL  60686-0083 |

X R I Testing - Troy
1961 Thunderbird
Troy, MI  48084

                        BAKER & DANIELS

                    By: <u>/s/ John R Burns, II</u>
                        John R Burns, II (#3016-02)
                        Mark A. Werling (#20426-02)
                        111 East Wayne Street, Suite 800
                        Fort Wayne, Indiana 46802
                        Telephone:  (260) 420-8000
                        Facsimile:  (260) 460-1700

                  ATTORNEYS FOR THE DEBTOR,
                  AUBURN FOUNDRY, INC.