UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## CERTIFICATE OF SERVICE

I certify that pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure, a copy of the Motion to Approve Post-Petition Financing and Notice of Motion and Opportunity to Object was served first-class United States mail, postage prepaid, on March 24, 2004, upon the following parties or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

FWIMAN1 329527v1

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

3

| | |
|---|---|
| Stephen E. Lewis | Lawrence S. Crowther |
| Haller & Colvin, P.C. | Wegman, Hessler & Vanderburg |
| 444 East Main Street | 6055 Rockside Woods Blvd., Suite 200 |
| Fort Wayne, IN 46802 | Cleveland, OH 44131 |

/s/ John R Burns
_____

FWIMAN1 329527v1                                    3