UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. 04-10427 |
| | ) | |
| DEBTOR | ) | |

**O R D E R**

At Fort Wayne, Indiana, on March 26, 2004.

The court will take no action on the debtor-in-possession's Application to Approve Monthly Provisional Payments, filed on February 20, 2004, until such time as notice of the opportunity to object to the application has been served upon all creditors and parties in interest.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court