UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY INC.   ) | CASE NO.  04-10427 |
| ) | |
| DEBTOR     ) | |

**O R D E R**

At Fort Wayne, Indiana, on March 26, 2004.

A pre-trial conference was held March 23, 2004 on Bank of America's motion for adequate protection with John Burns and Mark Werling, attorneys for debtor, Grant Shipley, attorney for Bank of America, present in person, and David Heller, attorney for Bank of America, and Henry Efroymson, attorney for the Unsecured Creditors Committee, present telephonically.

Trial of the issues raised by Bank of America's motion for adequate protection is scheduled for **April 19, 2004 at 9:00 a.m.** in the Federal Building, Room 2127, 1300 S. Harrison Street, Fort Wayne, Indiana.  The court has set aside one day on its calendar for this matter.

The parties shall jointly file appropriate stipulations of fact, witness and exhibit lists no later than seven (7) days prior to the scheduled trial.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court