IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF SUBMISSION OF INVOICES OF COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE

**YOU ARE HEREBY NOTIFIED THAT** on March 26, 2004, Ice Miller, counsel for the Unsecured Creditors Committee herein, delivered for payment their invoices for services consistent with and pursuant to the procedures set forth in the Order Establishing Procedures for Interim Compensation entered herein.  A copy of the invoices submitted by Ice Miller is available upon request to counsel for the Committee.

**YOU ARE HEREBY NOTIFIED THAT** Ice Miller requests payment of fees in the aggregate amount of $18,182.50 for services rendered between February 18, 2004 and March 24, 2004 and reimbursement of expenses in the aggregate amount of $311.43 for expenses incurred between February 3, 2004 and March 26, 2004.

Date: March 26, 2004

/s/ Henry A. Efroymson
Henry A. Efroymson (Atty No.: 6427-47)
Ben T. Caughey (Atty No.: 22920-53)
ICE MILLER
One American Square, Box 82001
Indianapolis, IN  46282-0002
(317) 236-2100

Counsel for the Unsecured Creditors'
Committee

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing is being served by electronic mail or by first-class U.S. mail, first class postage prepaid, on the 26th day of March, 2004, addressed to:

Nancy J. Gargula
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603

Grant Shipley
230 West Main Street
Fort Wayne, Indiana 46802

Josef S. Athanas
Lathan & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, Indiana 46204-5198

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802

Robert Overman
Miller and Company LLC
9700 West Higgins Road, Suite 1000
Rosemont, Illinois 60018

Michael McGauhey
Citizens Gas and Coke Utility
2950 Prospect Street
Indianapolis, Indiana 46204

Richard J. Swanson
MACEY SWANSON AND ALLMAN
445 N. Pennsylvania Street
Suite 401
Indianapolis, IN 46204

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, Indiana 46802


/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100


INDY 1342765v1