UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                        )
                                         )
AUBURN FOUNDRY, INC.                     )          CASE NO.  04-10427
                                         )
        DEBTOR                           )

**O R D E R**

At Fort Wayne, Indiana, on March 26, 2004.

The court will take no action on the debtor-in-possession's Application to Approve Monthly

Provisional Payments, filed on February 20, 2004, until such time as notice of the opportunity to object

to the application has been served upon all creditors and parties in interest.

SO ORDERED.

/s/ Robert E. Grant_____
Judge, United States Bankruptcy Court

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Mar 26, 2004
Case: 04-10427             Form ID: pdf004         Total Served: 1
```

```
The following entities were served by first class mail on Mar 28, 2004.
db          Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2004**                    **Signature:**        *Joseph Speetjens*