UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY INC. | )  CASE NO.  04-10427 |
| | ) |
| DEBTOR | ) |

**O R D E R**

At Fort Wayne, Indiana, on March 26, 2004.

A pre-trial conference was held March 23, 2004 on Bank of America's motion for adequate protection with John Burns and Mark Werling, attorneys for debtor, Grant Shipley, attorney for Bank of America, present in person, and David Heller, attorney for Bank of America, and Henry Efroymson, attorney for the Unsecured Creditors Committee, present telephonically.

Trial of the issues raised by Bank of America's motion for adequate protection is scheduled for **April 19, 2004 at 9:00 a.m.** in the Federal Building, Room 2127, 1300 S. Harrison Street, Fort Wayne, Indiana. The court has set aside one day on its calendar for this matter.

The parties shall jointly file appropriate stipulations of fact, witness and exhibit lists no later than seven (7) days prior to the scheduled trial.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: mjc              Page 1 of 1             Date Rcvd: Mar 26, 2004
Case: 04-10427               Form ID: pdf004        Total Served: 1
```

The following entities were served by first class mail on Mar 28, 2004.
db          Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2004**                    Signature:    *Joseph Speetjens*