UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc | |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| Debtor(s) | | | |

ORDER TO SEEK ADMISSION PRO HAC VICE

At Fort Wayne, Indiana, on April 2, 2004.

It has come to the court's attention that Robert B. Weis & Tricia Sherick, who has filed an appearance as counsel for General Motors Corporation, has not been admitted to practice before the United States District Court for the Northern District of Indiana. See N.D. Ind. L.B.R. B-9010-1(a), (c). Counsel's appearance will be stricken, without further notice, unless, within fourteen (14) days of this date, counsel seeks admission to practice pro hac vice, in accordance with N.D. Ind. L.R. 83.5(c), (g) and N.D. Ind. L.B.R. B-9010-1(c), (g). The court will take no further action with regard to any request for relief (and any time limits associated therewith, e.g. 11 U.S.C. § 362(e), shall not begin to run) or objection counsel may have filed, until this order is complied with.

SO ORDERED.



Judge, United States Bankruptcy Court    DMO1