UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | | |

ORDER TO SEEK ADMISSION PRO HAC VICE

At Fort Wayne, Indiana, on April 2, 2004.

It has come to the court's attention that Robert B. Weis & Tricia Sherick, who has filed an appearance as counsel for General Motors Corporation, has not been admitted to practice before the United States District Court for the Northern District of Indiana. See N.D. Ind. L.B.R. B-9010-1(a), (c). Counsel's appearance will be stricken, without further notice, unless, within fourteen (14) days of this date, counsel seeks admission to practice pro hac vice, in accordance with N.D. Ind. L.R. 83.5(c), (g) and N.D. Ind. L.B.R. B-9010-1(c), (g). The court will take no further action with regard to any request for relief (and any time limits associated therewith, e.g. 11 U.S.C. § 362(e), shall not begin to run) or objection counsel may have filed, until this order is complied with.

SO ORDERED.



Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1            User: mjc              Page 1 of 1              Date Rcvd: Apr 02, 2004
Case: 04-10427                  Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Apr 04, 2004.
db          Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2004**                          Signature:   _Joseph Speetjens_