IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on _____.

The Debtor's Motion to Approve Insurance Premium Finance Agreement is GRANTED and debtor may enter into such agreement in accordance with the terms set forth therein.

SO ORDERED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 330240v1