AUBURNIN0001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA, FORT WAYNE DIVISION
IN RE: AUBURN FOUNDRY INCORPORATED : CHAPTER: 11
                                    :
                                    :
                                    :  BANKRUPTCY NO: 04-10427-REG


REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1.  This request is filed pursuant to Bankruptcy Rule 2002(g)

for the purpose of ensuring that the creditors listed below

receives all notices required to be mailed under Bankruptcy Rule 2002

at the address below.

   2.  The address to which all such notices should be sent

appears below.

   3.  The address below should be substituted for that of

the creditor named below.


                    American Express Travel Related Svcs Co Inc Corp Card
                    Becket and Lee LLP, Attorneys/Agent
                    c/o Becket and Lee, LLP
                    P.O. Box 3001
                    Malvern, PA 19355-0701


            By:    /s/Thomas A. Lee III
                   _____

                   Thomas A. Lee III



                   (610) 644-7800

            Date:   April 12, 2004


PET: 02/08/2004


AMC