UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | | |

O R D E R

At Fort Wayne, Indiana, on April 14, 2004.

Bobcat of Fort Wayne, Inc.'s Objection to Conversion to Chapter 7 filed on February 27, 2004 is stricken due to the failure to comply with the court's order of March 1, 2004.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court