UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

In Re

AUBURN FOUNDRY, INC.

Debtor.

_____/

Chapter 11

Case No. 04-10427

Hon. Robert E. Grant

## JOINT MOTION FOR ADMISSION PRO HAC VICE

Applicants, Robert B. Weiss and Tricia A. Sherick of Honigman Miller Schwartz and Cohn LLP, respectfully request permission to appear pro hac vice on behalf of General Motors Corporation in the above referenced case and, in support of this Joint Motion for Admission Pro Hac Vice, certify and represent to the Court as follows:

1. Robert B. Weiss and Tricia A. Sherick are partners with the law firm of Honigman Miller Schwartz and Cohn LLP with a business address at 2290 First National Building, 660 Woodward Avenue, Detroit, Michigan 48226, telephone number 313-465-7000, and their respective residence addresses are at Southfield and Birmingham, Michigan.

2. Robert B. Weiss states that he is a member in good standing of the Bar of a United States Court and the highest court of the State of Michigan and neither resides nor maintains an office for the practice of law within the State of Indiana. Mr. Weiss states that he has been admitted to practice before the following courts:

    a. The district, circuit, and courts of appeal of the State of Michigan, and the Michigan Supreme Court;

    b. The United States District and Bankruptcy Courts of the Eastern District of Michigan;

    c.    The United States District and Bankruptcy Courts of the Western District of Michigan;

    d.    The district, circuit, and courts of appeal of the State of Ohio, and the Ohio Supreme Court; and

    e.    The United States Court of Appeals for the Sixth Circuit.

3.    Tricia A. Sherick states that she is a member in good standing of the Bar of a United States Court and the highest court of the State of Michigan and neither resides nor maintains an office for the practice of law within the State of Indiana. Ms. Sherick states that she has been admitted to practice before the following courts:

    a.    The district, circuit, and courts of appeal of the State of Michigan and the Michigan Supreme Court in 1999;

    b.    The United States District and Bankruptcy Courts of the Eastern District of Michigan in 1999;

    c.    The United States District and Bankruptcy Courts of the Northern District of Ohio in 2000;

    d    The United States District and Bankruptcy Courts of the Western District of Michigan in 2000;

    e.    The district, circuit, and courts of appeal of the State of Ohio, and the Ohio Supreme Court in 1997; and

    f.    The United States Court of Appeals for the Sixth Circuit in 1999.

4.    Mr. Weiss and Ms. Sherick are each familiar with the Federal Rules of Civil Procedure and the Bankruptcy Rules and have read the Standards for Professional Conduct with the Seventh Federal Judicial Circuit and the local rules of the United States District Court for the

Northern District of Indiana as well as the United States Bankruptcy Court for the Northern District of Indiana. Please see the Affidavits attached as Exhibits B and C.

5.  Mr. Weiss and Ms. Sherick each desire to appear in this case for the purpose of representing the interests of General Motors Corporation.

WHEREFORE, Applicants request that this Court permit them to appear on behalf of General Motors Corporation, pro hac vice, and enter its Order Approving Admission Pro Hac Vice in the form attached hereto as Exhibit A.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for General Motors Corporation

By: /s/ Tricia A. Sherick
    Robert B. Weiss (P28249)
    Tricia A. Sherick (P60384)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
(313) 465-7000

Dated: April 14, 2004

DET_C.611298.1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re | Chapter 11 |
| AUBURN FOUNDRY, INC. | Case No. 04-10427 |
| Debtor. _____/ | Hon. Robert E. Grant |

## ORDER APPROVING ADMISSION PRO HAC VICE

Upon Motion of Robert B. Weiss and Tricia A. Sherick ("Applicants") of Honigman Miller Schwartz and Cohn LLP to be admitted pro hac vice as counsel for General Motors Corporation, and based upon the matters presented and it appearing from the record that good cause exists to grant such motion:

IT IS ORDERED that the Motion is granted and Robert B. Weiss and Tricia A. Sherick of Honigman Miller Schwartz and Cohn LLP are hereby admitted to appear before this Court to represent General Motors Corporation in the above captioned case pro hac vice.

Dated: April 14, 2004

_____
United States Bankruptcy Judge

Fort Wayne, Indiana

DET_C.611298.1

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

In Re                                           Chapter 11

AUBURN FOUNDRY, INC.                            Case No. 04-10427

    Debtor.                                    Hon. Robert E. Grant
_____/

## AFFIDAVIT OF ROBERT B. WEISS
## IN SUPPORT OF JOINT MOTION FOR ADMISSION PRO HAC VICE

    Now comes Robert B. Weiss of Honigman Miller Schwartz and Cohn LLP and being first duly sworn upon his oath, deposes and says:

    1.    I am Robert B. Weiss and I am an attorney duly admitted to practice law in the State of Michigan. I am a partner with the law firm of Honigman Miller Schwartz and Cohn LLP with a business address at 2290 First National Building, 660 Woodward Avenue, Detroit, Michigan 48226, telephone number 313-465-7000, and my residence address is at Southfield, Michigan. My firm represents General Motors Corporation in various matters, including certain negotiations with the Debtor in the above-captioned case.

    2.    I am a member in good standing of the Michigan bar and I am admitted to practice in the United States District Court for the Eastern and Western Districts of Michigan and in the United States Court of Appeals for the Sixth Circuit.

    3.    My license to practice law is not under suspension, nor is there presently pending any proceeding against me which might result in the loss of my license to practice law.

    4.    I have read the Standards for Professional Conduct with the Seventh Federal Judicial Circuit and the local rules of the United States District Court for the Northern District of

Indiana as well as the United States Bankruptcy Court for the Northern District of Indiana, and I shall abide by them in all cases in this court.

I swear or affirm under the penalties for perjury that the above and foregoing statements are true.

FURTHER AFFIANT SAYETH NOT.

                                              Robert B. Weiss

State of Michigan  )
                    ) ss
County of Wayne  )

Subscribed and sworn to before me this ___ day of April, 2004.

_____
Notary Public, WAYNE County, MI
My Commission expires: 12/5/07

                      JoAnn E. Baka
            Notary Public, Wayne County, Michigan
          My Commission Expires: December 05, 2007

DET_C.616433.1

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re | Chapter 11 |
| AUBURN FOUNDRY, INC. | Case No. 04-10427 |
| Debtor. | Hon. Robert E. Grant |
| _____/ | |

**AFFIDAVIT OF TRICIA A. SHERICK**
**IN SUPPORT OF JOINT MOTION FOR ADMISSION PRO HAC VICE**

Now comes Tricia A. Sherick of Honigman Miller Schwartz and Cohn LLP and being first duly sworn upon her oath, deposes and says:

1. I am Tricia A. Sherick and I am an attorney duly admitted to practice law in the States of Michigan and Ohio. I am a partner with the law firm of Honigman Miller Schwartz and Cohn LLP with a business address at 2290 First National Building, 660 Woodward Avenue, Detroit, Michigan 48226, telephone number 313-465-7000, and my residence address is at Birmingham, Michigan. My firm represents General Motors Corporation in various matters, including certain negotiations with the Debtor in the above-captioned case.

2. I am a member in good standing of the Michigan and Ohio bars and I am admitted to practice in the United States District Court for the Eastern and Western Districts of Michigan and the Northern District of Ohio.

3. My license to practice law is not under suspension, nor is there presently pending any proceeding against me which might result in the loss of my license to practice law.

4. I have read the Standards for Professional Conduct with the Seventh Federal Judicial Circuit and the local rules of the United States District Court for the Northern District of

Indiana as well as the United States Bankruptcy Court for the Northern District of Indiana, and I shall abide by them in all cases in this court.

I swear or affirm under the penalties for perjury that the above and foregoing statements are true.

FURTHER AFFIANT SAYETH NOT.

_____
Tricia A. Sherick

State of Michigan )
                  ) ss
County of Wayne   )

Subscribed and sworn to before me this 14th day of April, 2004.

_____
Notary Public, Monroe County, MI
My Commission expires: _____
Acting in Wayne

ELIZABETH M. SMITH
Notary Public, Monroe County, Michigan
My Commission Expires January 29, 2005

DET_C.616411.1

2