IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**<u>JOINT MOTION PURSUANT TO RULE 4001(C) TO APPROVE
INTERIM ORDER CONCERNING SENIOR DIP FINANCING</u>**

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), and the Senior Lenders (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to approve an interim order concerning senior DIP financing (the "Motion") and in support thereof state as follows:

1.   The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.   On or about February 10, 2004, the Court entered an Order permitting AFI to utilize post-petition financing (the "Subordinate Post-Petition Financing").  Thereafter, the Court entered an Amended Interim Order and a Second Interim Order permitting post-petition financing through April 23, 2004, with a final hearing to be held on April 19, 2004.

3.   The Moving Parties have reached agreement on senior post-petition financing (the "Agreed Order), a copy of which is attached hereto as Exhibit A and incorporated herein by reference.  The Agreed Order would permit the Debtor to utilize post-petition financing in accordance with the terms thereof, with a final hearing to be held on fifteen days

notice pursuant to Rule 4001(c)(2) at a date convenient to the Court and mutually agreement to the Moving Parties.

4. Pursuant to Rule 4001(c)(2), the Moving Parties request approval of the Agreed Order on an interim basis at a hearing on April 19, 2004 on grounds that such financing is necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

5. The Debtor is unable to obtain unsecured financing on terms more favorable than those contained in the Agreement.

6. The Moving Parties have filed contemporaneously herewith a Motion to Approve Agreed Order Concerning Use of Cash Collateral. Each of these motions seeks approval for the same attached Agreement (the "Agreement"), which Agreement is entered into by and among AFI, the Senior Lenders, and AFI Lending Group, LLC. This Motion pertains to the senior DIP financing terms contained therein, while the other pertains to cash collateral terms. The Debtor will also present to the Court on April 19 an agreed interim order to continue its present subordinate DIP financing.

WHEREFORE, the Moving Parties respectfully request that the Court approve the Agreed Order on an interim basis on April 19, 2004, schedule a final hearing for approval thereof, and grant all other just and proper relief.

BAKER & DANIELS

By: /s/ John R Burns, III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 420-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.


SHIPLEY & ASSOCIATES

By: /s/ Grant F. Shipley
    Grant F. Shipley
    233 West Baker Street
    Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS