**Auburn Foundry, Inc.**
**Cash Flow and Collateral Forecast**
**Actual through April 9th and forecast through August 2004 - $(000's)**

| | Filing 2/8/04 | Actual 7 W/E 3/26/04 | Actual 4/2/04 | Actual 4/9/04 | 4/16/04 | 4/23/04 | 4/30/04 | 4 W/E 5/28/04 | 4 W/E 6/25/04 | 5 W/E 7/30/04 | 5 W/E 9/3/04 | Forecast Total 112 | Filing Total 147 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # of Shipping Days | | 35 | 5 | 4 | 5 | 5 | 5 | 19 | 20 | 24 | 25 | | |
| Sales (955K lbs/day through May) | | 35,299 | 5,214 | 4,300 | 4,775 | 4,775 | 4,775 | 18,145 | 18,100 | 22,045 | 22,200 | 104,329 | 139,628 |
| Sales $ @ .362/lb after 4/2/04 | | $ 12,341 | $ 2,005 | $ 1,583 | $ 1,729 | $ 1,729 | $ 1,729 | $ 6,568 | $ 6,552 | $ 7,980 | $ 8,036 | $ 37,911 | $ 50,252 |
| Cash - Beginning Balance | $ 302 | $ 302 | $ 419 | $ 318 | $ 333 | $ 95 | $ (218) | $ (446) | $ (1,021) | $ (1,184) | $ (1,485) | $ 419 | $ 302 |
| DIP Loan Funding | | 800 | | 50 | | | | | | | | 50 | 850 |
| A/R Collections | | $ 11,408 | $ 1,770 | $ 1,367 | $ 1,600 | $ 1,550 | $ 1,550 | $ 6,551 | $ 6,586 | $ 8,211 | $ 8,190 | $ 37,375 | $ 48,783 |
| GM Setoff ($150) and Loan $100 | | | | | (50) | | | | | | | (50) | (50) |
| Miscellaneous Receipts | | 107 | 16 | 12 | | | | | | | | 28 | 135 |
| Debit Memos | | | | | (25) | (25) | (25) | (100) | (100) | (125) | (125) | (525) | (525) |
| Net Cash Available | | 12,617 | 2,205 | 1,747 | 1,858 | 1,620 | 1,307 | 6,005 | 5,465 | 6,902 | 6,580 | 37,297 | 49,495 |
| Variable Costs: | | | | | | | | | | | | | |
| Hourly Payroll & Benefits | | 3,503 | 468 | 348 | 475 | 475 | 475 | 1,900 | 1,800 | 2,284 | 2,208 | 10,434 | 13,937 |
| Unemployment/Personal Days/Vacation | | | | | | | 225 | 125 | 100 | 500 | 150 | 1,100 | 1,100 |
| | | | | | | | (75) a | b | | (125) c | c | (200) | (200) |
| Materials & Supplies | | 5,413 | 770 | 616 | 770 | 770 | 770 | 2,926 | 2,919 | 3,555 | 3,580 | 16,675 | 22,088 |
| Other Vendors | | 1,015 | 449 | 42 | 83 | 83 | 83 | 315 | 315 | 383 | 386 | 2,139 | 3,154 |
| Fixed Costs: | | | | | | | | | | | | | |
| Salary Payroll | | 918 | - | 213 | - | 210 | - | 420 | 420 | 630 | 420 | 2,313 | 3,231 |
| Utilities | | 1,349 | 150 | 150 | 225 | 200 | 150 | 655 | 735 | 800 | 825 | 3,890 | 5,239 |
| Capex/Cust Tooling | | | | | | | | 125 | 50 | 25 | 25 | 225 | 225 |
| Transformer | | | | | | | | 250 | | | | 250 | 250 |
| Professional Fees | | | | | | | | | | | | | |
| Debtor Counsel | | - | - | - | 25 | 50 | 50 | 50 | 50 | 25 | 50 | 300 | 300 |
| Debtor Financial Advisor | | | | | | | | | | | | - | - |
| Other | | | | | | | | | | | | - | - |
| Creditor Committee | | | | | | | 25 | 10 | 10 | 10 | 10 | 65 | 65 |
| US Trustee | | | | | 10 | | | 10 | 10 | 10 | 10 | 50 | 50 |
| Insurance Renewal | | | | | 125 | | | 40 | 40 | 40 | 40 | 285 | 285 |
| Other Vendor Fixed Costs | | - | 50 | 45 | 50 | 50 | 50 | 200 | 200 | 250 | 250 | 1,145 | 1,145 |
| Cash Disbursements | | 12,198 | 1,887 | 1,414 | 1,763 | 1,838 | 1,753 | 7,026 | 6,649 | 8,387 | 7,954 | 38,671 | 50,869 |
| Operating Cash Increase (Decrease) - No DIP | | $ (683) | $ (101) | $ (35) | $ (238) | $ (313) | $ (228) | $ (575) | $ (163) | $ (302) | $ 111 | $ (1,871) | $ (2,526) |
| Cumulative Operating Net Cash Flow | | | (784) | (819) | (1,057) | (1,370) | (1,598) | (2,173) | (2,336) | (2,637) | (2,526) | | |
| Cumulative Cash Flow - Ending Balance - W/DIP | $ 302 | $ 419 | $ 318 | $ 333 | $ 95 | $ (218) | $ (446) | $ (1,021) | $ (1,184) | $ (1,485) | $ (1,374) | $ (1,452) | $ (1,424) |
| Cumulative Impact on A/R: | | | | | | | | | | | | | |
| Beginning Balance - Gross A/R | $ 11,999 | $ 12,039 | $ 13,043 | $ 13,278 | $ 13,494 | $ 13,597 | $ 13,751 | $ 13,904 | $ 13,822 | $ 13,688 | $ 13,332 | $ 13,043 | |
| Add: Sales | | 12,341 | 2,005 | 1,583 | 1,729 | 1,729 | 1,729 | 6,568 | 6,552 | 7,980 | 8,036 | 37,911 | |
| Less: Cash Receipts | | 11,408 | 1,770 | 1,367 | 1,600 | 1,550 | 1,550 # | 6,551 | 6,586 | 8,211 | 8,190 | 37,375 | |
| Less: Debit Memos | | - | - | - | 25 | 25 | 25 | 100 | 100 | 125 | 125 | 525 | |
| Less: Dexter Rebate and Pre-Petition Debits | 0 | - | | | | | | | | | | - | |
| Adjustments - see below | 40 | 71 | | | | | | | | | | - | |
| Less: GM Pre-Petition Offset | 0 | - | | | | | | | | | | - | |
| Ending Balance - Gross A/R | $ 12,039 | $ 13,043 | $ 13,278 | $ 13,494 | $ 13,597 | $ 13,751 | $ 13,904 | $ 13,822 | $ 13,688 | $ 13,332 | $ 13,054 | $ 13,054 | |
| Inventory - Gross | $ 2,304 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | $ 2,373 | |
| Total Collateral - Excluding Cash | $ 14,343 | $ 15,416 | $ 15,651 | $ 15,867 | $ 15,970 | $ 16,124 | $ 16,277 | $ 16,195 | $ 16,061 | $ 15,705 | $ 15,427 | $ 15,427 | |

Adjustments
a. Estimated amount of prepetition unemployment payment for 2004
b. Estimated amount of personal days - all paid

c. Estimated amount of prepetition vacation days. Total yearly payment of $1,000 equals $83 per mo times 3.75 months are prepetition remainder is post petition