IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**JOINT MOTION PURSUANT TO RULE 4001(B) TO APPROVE
INTERIM ORDER CONCERNING USE OF CASH COLLATERAL**

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), and the Senior Lenders (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to approve an interim order concerning use of cash collateral (the "Motion") and in support thereof state as follows:

1.      The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      On or about February 10, 2004, the Moving Parties entered into an Interim Order for use of cash collateral.  Thereafter, the Court entered an Amended Interim Order on February 17, 2004 and a Second Interim Order dated March 25, 2004, authorizing use of cash collateral through April 23, 2004, with a final hearing to be held on April 19, 2004.

3.      The Moving Parties have reached agreement on continued use of cash collateral (the "Agreed Order"), a copy of which is attached hereto as Exhibit A and incorporated herein by reference.  The Agreed Order permits the Debtor to use cash collateral in accordance with the terms thereof, with a final hearing to be held on fifteen days notice pursuant to Rule 4001(b)(2) at a date convenient to the Court and mutually agreeable to the Moving Parties.

4.      Pursuant to Rule 4001(b)(2), the Moving Parties request approval of the Agreed Order on an interim basis at a hearing on April 19, 2004 on grounds that approval is necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

5.      The Moving Parties have filed contemporaneously herewith a Motion to Approve Agreed Order Concerning Senior DIP Financing.  Each of these motions seeks approval for the same attached agreement (the "Agreement"), which Agreement is entered into by and among AFI, the Senior Lenders, and AFI Lending Group, LLC.  This Motion pertains to the cash collateral terms contained therein, while the other pertains to senior DIP financing terms.  The Debtor will also present to the Court on April 19 and an agreed interim order to continue its present subordinate DIP financing.

WHEREFORE, the Moving Parties respectfully request that the Court approve the Agreed Order on an interim basis on April 19, 2004, schedule a final hearing for approval thereof, and grant all other just and proper relief.

BAKER & DANIELS

By:  /s/ John R Burns, III
        John R Burns, III (#3016-02)
        Mark A. Werling (#20426-02)
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802
        Telephone:  (260) 420-8000
        Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

SHIPLEY & ASSOCIATES

By:  /s/ Grant F. Shipley
        Grant F. Shipley
        233 West Baker Street
        Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS