IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                )
                                )
AUBURN FOUNDRY, INC.         )         Chapter 11
                                )
        Debtor.            )         BK Case No. 04-10427

## JOINT MOTION TO APPROVE THIRD INTERIM ORDER FOR POST-PETITION FINANCING

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), AFI Lending Group, LLC ("AFI Lending" or "DIP Lender"), and the Senior Lenders (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to approve the proposed interim order for Post-Petition Financing filed contemporaneously herewith (the "Motion") and in support thereof state as follows:

1.      The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      On or about February 10, 2004, the Court entered an Order permitting AFI to utilize post-petition financing with a final hearing to be held on February 27, 2004 (the "Agreed Post-Petition Financing Order").  On or about March 8, 2004, the Court entered an amended interim order permitting post-petition financing in accordance with the terms described therein, with a final hearing to be held on March 25, 2004.  Thereafter, the Court entered a second interim order permitting post-petition financing through April 23, 2004, with a final hearing to be held on April 19, 2004.

3.      The Moving Parties have reached agreement on an additional interim order for post-petition financing (the "Proposed Post-Petition Financing Order"), a copy of which

FWIMAN1 332355v1

is attached hereto as Exhibit A and incorporated herein by reference.  The Proposed Post-Petition

Financing Order permits the Debtor to utilize post-petition financing in accordance with the

terms thereof, with a final hearing to be held on fifteen days notice.

4.      The Third Interim Order is substantially similar to prior financing orders

entered in this case with the exception that the principal amount of the Note shall be amended to

be $1,300,000 and the commitment under the Note shall be increased from $800,000 to

$1,300,000.  A copy of the Note and the first Allonge thereto are attached hereto as Exhibits B

and C, respectively.

5.      Pursuant to Rule 4001(c)(2), the Moving Parties request approval of the

Third Interim Order on an interim basis at a hearing on April 19, 2004 on grounds that approval

is necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

WHEREFORE, the Moving Parties respectfully request that the Court approve

the Proposed Post-Petition Financing Order, schedule a final hearing on post-petition financing

on fifteen days notice, and grant all other just and proper relief.

BAKER & DANIELS

By:  /s/ John R Burns, III
     John R Burns, III (#3016-02)
     Mark A. Werling (#20426-02)
     111 East Wayne Street, Suite 800
     Fort Wayne, Indiana 46802
     Telephone:  (260) 420-8000
     Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

SHIPLEY & ASSOCIATES

By:  /s/ Grant F. Shipley
     Grant F. Shipley
     233 West Baker Street
     Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS


SOMMER BARNARD ACKERSON, PC

By:  /s/ Jerald I. Ancel
     Jerald I. Ancel
     One Indiana Square, Suite 3500
     Indianapolis, IN 46204

ATTORNEYS FOR THE DIP LENDER


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Motion to Approve Third Interim Order for

Post-Petition Financing is being served by electronic mail or by first-class United States mail,

postage prepaid, this 19th day of April, 2004, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Ackerson, PC<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>P.O. Box 506<br>Auburn, IN 46707 |

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

/s/ John R Burns, III

FWIMAN1 332355v1                                    5