IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**AMENDED JOINT MOTION TO APPROVE THIRD
INTERIM ORDER FOR POST-PETITION FINANCING**

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), AFI Lending Group, LLC ("AFI Lending" or "DIP Lender"), and the Senior Lenders (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to approve the proposed interim order for Post-Petition Financing filed contemporaneously herewith (the "Motion") and in support thereof state as follows:

    1.  The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

    2.  On or about February 10, 2004, the Court entered an Order permitting AFI to utilize post-petition financing with a final hearing to be held on February 27, 2004 (the "Agreed Post-Petition Financing Order"). On or about March 8, 2004, the Court entered an amended interim order permitting post-petition financing in accordance with the terms described therein, with a final hearing to be held on March 25, 2004. Thereafter, the Court entered a second interim order permitting post-petition financing through April 23, 2004, with a final hearing to be held on April 19, 2004.

    3.  The Moving Parties have reached agreement on an additional interim order for post-petition financing (the "Proposed Post-Petition Financing Order"), a copy of which

FWIMAN1 332355v1

is attached hereto as Exhibit A and incorporated herein by reference. The Proposed Post-Petition Financing Order permits the Debtor to utilize post-petition financing in accordance with the terms thereof, with a final hearing to be held on fifteen days notice.

4. The Third Interim Order is substantially similar to prior financing orders entered in this case with the exception that the principal amount of the Note shall be amended to be $1,300,000 and the commitment under the Note shall be increased from $800,000 to $1,300,000. A copy of the Note and the first Allonge thereto are attached hereto as Exhibits B and C, respectively.

5. Pursuant to Rule 4001(c)(2), the Moving Parties request approval of the Third Interim Order on an interim basis at a hearing on April 19, 2004 on grounds that approval is necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

WHEREFORE, the Moving Parties respectfully request that the Court approve the Proposed Post-Petition Financing Order, schedule a final hearing on post-petition financing on fifteen days notice, and grant all other just and proper relief.

                BAKER & DANIELS

                By: /s/ John R Burns, III
                    John R Burns, III (#3016-02)
                    Mark A. Werling (#20426-02)
                    111 East Wayne Street, Suite 800
                    Fort Wayne, Indiana 46802
                    Telephone: (260) 420-8000
                    Facsimile: (260) 460-1700

                ATTORNEYS FOR THE DEBTOR,
                AUBURN FOUNDRY, INC.

SHIPLEY & ASSOCIATES

By: /s/ Grant F. Shipley
    Grant F. Shipley
    233 West Baker Street
    Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS


SOMMER BARNARD ACKERSON, PC

By: /s/ Jerald I. Ancel
    Jerald I. Ancel
    One Indiana Square, Suite 3500
    Indianapolis, IN 46204

ATTORNEYS FOR THE DIP LENDER


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Amended Joint Motion to Approve Third Interim Order for Post-Petition Financing is being served by electronic mail or by first-class United States mail, postage prepaid, this 19th day of April, 2004, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

| | |
|---|---|
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |

| | |
|---|---|
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN 46706 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |

/**s**/ John R Burns, III