**FIRST ALLONGE TO PROMISSORY NOTE**

This First Allonge is attached to and made a part of that certain Promissory Note (the "Note") dated as of the 8th day of February, 2004, in the original principal amount of Two Million Dollars ($2,000,000.00) issued by Auburn Foundry, Inc., Debtor in Possession, an Indiana corporation ("Borrower") to AFI Lending Group, LLC, an Indiana limited liability company.

The Note is hereby amended and modified as follows:

1.   The principal amount of the Note shall be reduced to One Million Three Hundred Dollars ($1,300,000.00) and wherever the amount stated in the Note, whether in words or figures, currently reads "Two Million Dollars ($2,000,000.00)", such amount shall be replaced with the words and figures  " One Million Three Hundred Thousand Dollars ($1,300,000.00)."

2.    In the third paragraph of the Note the following phrase shall be deleted: "subject to the following limitation: Advances which would cause the unpaid principal balance of this Note to exceed $800,000.00 or which are requested after the principal balance of this Note exceeds $800,000.00 shall be at the sole discretion of the Lender and may be declined by the Lender without cause and without liability or obligation."

3.   The Lender acknowledges and confirms its commitment to make advances under and pursuant to the Note to Borrower prior to the maturity of the Note and so long as there is no Event of Default; provided, that Lender shall have no obligation to make any principal advance which would cause the unpaid principal balance of the Note to exceed $1,300,000.

4.   All other terms, covenants, conditions and agreements contained in the Note remain in full force and effect.

IN WITNESS WHEREOF, the Borrower has executed and delivered this First Allonge dated as of the ____ day of April, 2004.

"BORROWER"
AUBURN FOUNDRY, INC., Debtor in Possession


By_____
Printed Name_____
Title_____

Accepted:

AFI LENDING GROUP, LLC

FWIMAN1 332984v1

By_____
Printed_____
Title_____

**142034**