UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| AUBURN FOUNDRY, INC. | ) | REG/tp | |
| | ) | | |
| Debtor(s) | | | |

## NOTICE OF STATUS CONFERENCE

At Fort Wayne, Indiana, on April 19, 2004.

A hearing with regard to issues raised by Bank of America's motion for adequate protection was held in Fort Wayne, Indiana, on April 19, 2004 with John Burns and Mark Werling, counsel for debtor, Jerald Ancel and Marlene Reich, counsel for AFI Lending Group, David Heller and Caroline Reckler, counsel for Bank of America, and Henry Efroymson, counsel for the Unsecured Creditors Committee, present.

The court will hold a status conference with regard to the motion on **May 12, 2004 at 1:00 p.m.**, in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana

                                                       /s/ Robert E. Grant
                                                       Judge, United States Bankruptcy Court