IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FOR WAYNE DIVISION

IN RE:                                                              CASE NO. 04-10427 reg

    AUBURN FOUNDRY, INC.                                CHAPTER 11
                                            )
        Debtor.                                                     )      JUDGE ROBERT GRANT
                                            )

**REQUEST OF CREDITOR PURSUANT TO
BANKRUPTCY RULE 2002(g) PROVIDING ADDRESS
FOR SERVICE OF NOTICES TO THE CLERK AND TRUSTEE**

1.     This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of insuring that the creditor, Cascade Pattern Company receives all notices required to be mailed under Bankruptcy Rule 2002 at the address contained herein.

2.     The address to which all such notices should be sent appears below and it is address for the attorney/agent for the creditor.

3.     The address below should be substituted for that of the creditor named below.

4.     A copy of the request is being mailed this date, by first class mail, postage prepaid, to the persons, if any whose names and addresses appear below.

                                                       Respectfully submitted,

                                                       BRIAN GREEN (0063921)
                                                     SHAPERO, GREEN & MICHEL LLC
                                                     Signature Square II, Suite 220
                                                     25101 Chagrin Blvd.
                                                     Cleveland, Ohio 44122
                                                     (216) 831-5100
                                                     *Attorney for Cascade Pattern Company*

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served via U.S. Mail this 16th day of April 2004 upon the following:

John R. Burns II, Esq.
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
*Attorney for Debtor*

Lawrence S. Crowther
6055 Rockside Woods Blvd, Suite 200
Cleveland, OH 44131
*Attorney for Bendix Commercial Vehicle Systems, LLC*

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282
*Attorney for Unsecured Creditors' Committee*

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802
*Attorney for Shambaugh & Son, L.P.*

Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
**Attorney for General Motors Corporation**

Stephen E. Lewis
444 E. Main St.
Fort Wayne, IN 46802
*Attorney for Fox Contractors Corp*

Marlene Reich(DKW)
Sommer, Barnard and Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204
*Attorney for AFI Lending Group, LLC*

2

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413
*Attorney for Bank of America*

Richard J. Swanson
Macey, Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
*Attorney for Glass, Molders, Pottery and Allied Workers International Union*

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

								_____
								BRIAN GREEN (0063921)
								SHAPERO, GREEN & MICHEL LLC

P:\Brian\Cascade\Auburn\Rule2002