UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**CERTIFICATE OF SERVICE**

      I certify that a copy of the Notice of Motion and Opportunity to Object to Motion for Approval of Insurance Finance Agreement with Security Interest, Adequate Protection, and Modification of the Automatic Stay, together with attachments, was served first-class United States mail, postage prepaid, on April 20, 2004, upon the following parties or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

FWIMAN1 331442v1

| | |
|---|---|
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

BAKER & DANIELS

By:  /s/ John R Burns, II
    John R Burns, II (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone:  (260) 420-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.