IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on _____.

The Debtor's Motion to Approve Insurance Premium Finance Agreement with Security Interest, Adequate Protection, and Modification of the Automatic Stay is GRANTED and debtor may enter into such agreement in accordance with the terms set forth therein.

SO ORDERED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 330240v1