UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                )        CASE NO.    04-10427
                                 )        CHAPTER    11
AUBURN FOUNDRY, INC.             )        REG/tp
                                 )
        Debtor(s)

**NOTICE OF STATUS CONFERENCE**

At Fort Wayne, Indiana, on April 19, 2004.

A hearing with regard to issues raised by Bank of America's motion for adequate protection was held in Fort Wayne, Indiana, on April 19, 2004 with John Burns and Mark Werling, counsel for debtor, Jerald Ancel and Marlene Reich, counsel for AFI Lending Group, David Heller and Caroline Reckler, counsel for Bank of America, and Henry Efroymson, counsel for the Unsecured Creditors Committee, present.

The court will hold a status conference with regard to the motion on **May 12, 2004 at 1:00 p.m.**, in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana

          /s/ Robert E. Grant
        Judge, United States Bankruptcy Court

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Apr 19, 2004
Case: 04-10427               Form ID: pdf004         Total Served: 1
```

```
The following entities were served by first class mail on Apr 21, 2004.
dbpos      Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN  46706
```

```
The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2004**                **Signature:**        *Joseph Speetjens*