UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | BK Case No. 04-10427 |

### CERTIFICATE OF SERVICE

I certify that pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure, a copy of the **Interim Order Approving Joint Motion Pursuant to Rule 4001(c) to Approve Agreement Concerning Senior DIP Financing** approved by this Court on April 19, 2004, was served first-class United States mail, postage prepaid, on April 22, 2004, upon the following parties or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, IN 46204-5198 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>P.O. Box 506<br>Auburn, IN 46707 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>300 Galleria Officentre, Suite 110<br>Southfield, MI 48034 |

FWIMAN1 333638v1

| | |
|---|---|
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |

FWIMAN1 333638v1                                2

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

BAKER & DANIELS

By: /s/ John R Burns, III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 420-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.