IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the *Application to Approve Monthly Provisional Payments to Counsel for Unsecured Creditors' Committee* and *Notice of Motion and Opportunity to Object* were served first-class United States mail, postage prepaid, on April 22, 2004, upon the parties and counsel of record listed on Exhibit A attached hereto.

Date: April 22, 2004

/s/ Henry A. Efroymson
Henry A. Efroymson (Atty No.: 6427-47)
Ben T. Caughey (Atty No.: 22920-53)
ICE MILLER
One American Square, Box 82001
Indianapolis, IN  46282-0002
(317) 236-2100

Counsel for the Unsecured Creditors' Committee

1356041.1

```
Label Matrix for USBC              0 C TANNER                        3M VALLEY
Northern District of Indiana       1930 SOUTH STATE STREET           600 E. MEIGS
Case 04-10427-reg                  SALT LAKE CITY, UT 84115          VALLEY, NE 68064-0368
Thu Apr 22 10:52:52 EDT 2004


A-1 JANITORIAL SERVICE             A.F. EUROPE, INC.                 ABB Inc.
PO BOX 241                         635 W. ELEVENTH STREET            9000 Regency Park
WATERLOO, IN 46793                 AUBURN, IN 46706                  Suite 300
                                                                     Cary, NC 27511


ABB METALLURGY INC                 ABF FREIGHT SYSTEM INC.           ACORDIA
1460 LIVINGSTON AVE                3320 N. WELLS ST.                 P.O. BOX 885
NORTH BRUNSWICK, NJ 08902          FORT WAYNE, IN 46808              FT WAYNE, IN 46801-0885


ADDIS INC                          ADMETCO                           AERO-MOTIVE MANUFACTURING
3721 LEE ROAD                      7625 VICKSBURG PIKE               5688 EAST ML AVE
CLEVELAND, OH 44120                FORT WAYNE, IN 46850              KALAMAZOO, MI 49001


AIR PRODUCTS AND CHEMICALS         AIR TECHNICS INC.                 AIRBORNE EXPRESS
PO BOX 25745                       2652 MERRIMONT DRIVE              P.O. BOX 91001
LEHIGH VALLEY, PA 18002-5742       TROY, OH 45373                    SEATTLE, WA 98111


AIRTECH ENVIRONMENTAL SERVICES     ALFA FINANCIAL CORPORATION        ALLEN PATTERN WORKS INC.
601A COUNTRY CLUB DRIVE            56 COLONIAL PARK DRIVE SUITE 200  616 EAST WALLACE STREET
BENSENVILLE, IL 60106              ROSWELL, GA 30075                 P.O. BOX 10540
                                                                     FORT WAYNE, IN 46803


ALRO STEEL CORPORATION             AMERICAN BIO MEDICA CORPORATION   AMERICAN WIRE ROPE AND SLING
PO BOX 10360                       122 SMITH ROAD                    3122 ENGLE ROAD
FT WAYNE, IN 46851-0360            KINDERHOOK, NY 12106              FORT WAYNE, IN 46809


AMETEK INC.                        APPLIED METALS & MACHINE WORKS    ARAB PEST CONTROL
900 GREENBANK ROAD                 1036 ST. MARYS AVENUE             1130 PION RD
WILMINGTON, DE 19808               FORT WAYNE, IN 46808              FORT WAYNE, IN 46825


ARROW FENCE COMPANY, INC.          ARROW SERVICES INC                ASHLAND CHEMICAL CO
318 EDGEWOOD AVENUE                4121 NORTHRUP                     P O BOX 395
FORT WAYNE, IN 46805               FT WAYNE, IN 46805                COLUMBUS, OH 43216-0395


AUBURN CITY UTILITIES              AUBURN INN                        AUSTIN PETROLEUM INC.
PO BOX 506                         225 TOURING DRIVE                 99 E. JOE STREET
AUBURN, IN 46706                   AUBURN, IN 46706                  HUNTINGTON, IN 46750
```

AUTO ELECTRIC
709 E WASHINGTON
FT WAYNE, IN 46802

AUTOMATIC DATA PROCESSING
OF INDIANAPOLIS INC
P.O. BOX 80419
INDIANAPOLIS, IN 46280-0419

AZTEC MILLENNIUM SUPPLY, I
8411 MAYHEW ROAD
FORT WAYNE, IN 46835

Air Products and Chemicals
Tom Jacob A6313
7201 Hamilton Blvd.
Allentown, PA 18195

American Express Travel Related SVCS CO Inc. Corp
c/o Becket & Lee LLP
PO Box 3001, Dept AC
Malvern, PA 19355-0701

American Express Travel Related Svcs Co Inc Co
Becket and Lee LLP, Attorneys/Agent
P.O. Box 3001
Malvern, PA 19355-0701

American Express Travel Related Svcs Co Inc Corp C
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Ashland Incorporated
Ashland Inc.
Collection Dept.  DS3
PO Box 2219
Columbus, OH 43216

Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN 46706

B-P INDUSTRIAL DIVISION
8432 CENTRAL AVE., SUITE 3
SYLVANIA, OH 43560

BADEN, GAGE & SCHROEDER, LLC
6920 POINTE INVERNESS WAY, SUITE 300
FORT WAYNE, IN 46804

BANK OF AMERICA
231 S. LASALLE STREET, 16TH FLOOR
CHICAGO, IL 60697

BASSETT OFFICE SUPPLY INC
509 SOUTH MAIN STREET
AUBURN, IN 46706

BAYARD ADVERTISING AGENCY
902 BROADWAY, 10TH FLOOR
NEW YORK, NY 10010

BBC PUMP AND EQUIPMENT CO., INC.
1125 WEST 16TH ST
PO BOX 22098
INDIANAPOLIS, IN 46222

BBC Pump and Equipment Co., Inc.
777 N. Tibbs Ave.
PO Box 22098
Indianapolis, IN 46222

BEARDSLEY AND PIPER, LLC
751 SHORELINE DRIVE
AURORA, IL 60504

BELCON CORP.
P.O. BOX 4763
OAK BROOK, IL 60522-4763

BGR INC
25703 SPRINGFIELD CENTER ROAD
HARLAN, IN 46743

BISBEE INFARED SERVICES
1304 W MICHIGAN
JACKSON, MI 49204

BLISS CLEARING NIAGRA, INC.
683 NORTHLAND AVENUE
BUFFALO, NY 14211

BLUE FLAME OF WATERLOO
P.O. BOX 428
WATERLOO, IN 46793

BOBCAT FINANCIAL SERVICES
8001 RIDGEPOINT DRIVE
IRVING, TX 75063

BOBCAT OF FORT WAYNE
3630 GOSHEN ROAD
FORT WAYNE, IN 46818

BOHL CRANE INC
1930 LAKEVIEW DRIVE
FT WAYNE, IN 46808

BOHREN LOGISTICS, INC.
325 N. TAYLOR ROAD
GARRETT, IN 46738

BOHREN-MERCER WAREHOUSE AND DISTRIBUTION
325 N. TAYLOR RD
GARRETT, IN 46738

BOSTWICK-BRAUN COMPANY
ST RD 4 169
ASHLEY, IN 46705

BPC - BELL PACKAGING CORPORATION
PO BOX 3333
MARION, IN 46953-0333

BPC - Bell Packaging Corporation
PO Box 3006
Marion, IN 46953-0333

BRAKE MATERIALS & PARTS INC
800 SHERMAN AT PAPE
FORT WAYNE, IN 46808

BREAD BASKET
115 NORTH MAIN STREET
AUBURN, IN 46706

BRECHBUHLER SCALES
3306 CAVALIER DRIVE
FORT WAYNE, IN 46808

BREHOB ELECTRIC EQUIPMENT INC.
1334 SOUTH MERIDIAN STRET
INDIANAPOLIS, IN 46225

BRIAN S AUTOMOTIVE CENTER
1110 SOUTH GRANDSTAFF DRIVE
AUBURN, IN 46706

BRISTAL METAL PRODUCTS, INC
3000 LEBANON CHURCH ROAD
WEST MIFFLIN, PA 15122

BUSINESS IMPRESSIONS
509 S MAIN ST
AUBURN, IN 46706

BUTLER & BUTLER CONSTRUCTION
1803 GRANDSTAFF DRIVE SOUTH
AUBURN, IN 46706

Bank of America, National Association
231 S. LaSalle, 16th Floor
Chicago, IL 60697

Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

Becket & Lee, LLP
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Bobcat of Fort Wayne, Inc.
3630 Goshen Road
Fort Wayne, IN 46818

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH 43612

Bostwick-Braun
1946 N. 13th Street
Toledo, OH 43624

Brehob Corp.
P O Box 2023
Indianapolis IN  46206-2023

John R. Burns(DM)
111 East Wayne Street
Fort Wayne, IN 46802

C A PICARD SURFACE ENGINEER
SURFACE ENGINEERING DIVISION, INC.
689 SUGAR LANE
ELYRIA, OH 44035

C MILLER & SONS INC
6707 GABION WAY
FT WAYNE, IN 46818

CALAR INC
1010 C WEST SEVENTH STREET
AUBURN, IN 46706

CAMS, INC.
495 VILLAGE PARK DRIVE
POWELL, OH 43065

CAMWAY TRANSPORTATION CORP
7846 WEST CENTRAL AVENUE
TOLEDO. OH 43617

CANTEEN
2715 AMERICAN WAY
FORT WAYNE, IN 46809

CARPENTER BROTHERS INC.
6120 NORTON CENTER DRIVE
MUSKEGON, MI 49441

CARPER FARM SUPPLY INC
PO BOX 159
ASHLEY, IN 46705

CARRIER VIBRATING EQUIPMENT
P.O. BOX 37070
LOUISVILLE, KY 40233-7070

CASCADE PATTERN COMPANY
5191 TERNES AVENUE
ELYRIA, OH 44035

CC METALS AND ALLOYS INC
UNIVERSITY CORPORATE CENTRE
300 CORPORATE PARKWAY - 216N
AMHERST, NY 14226

CERTANIUM. ALLOYS & RESEARCH
6510 NORTHPARK BLVD.
CHARLOTTE, NC 28216

CERTIFIED REDUCER REBUILDERS
32079 MILTON
MADISON HEIGHTS, MI 48071

CINCINNATI PLUS
PARTS DIVISION
4701 MARBURG AVENUE
CINCINNATI, OH 45209

CITIZENS GAS & COKE UTILITIES
2020 NORTH MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITY OF AUBURN
% REBECCA FULLER
P.O.BOX 506
AUBURN, IN 46706

CLASSIC CITY AUTOMOTIVE INC
503 MICHIGAN AVENUE
AUBURN, IN 46706

CLEAN CONVEYOR SOLUTIONS
DIVISION OF CVP GROUP, INC.
P.O. BOX 67
WILLOW SPRINGS, IL 60480-0067

COMPLETE DRIVES INC
1542 W. AUBURN DRIVE
AUBURN, IN 46706

COMPLETE MAINTENANCE & STA
5405 HURSH ROAD
FORT WAYNE, IN 46845

COMTRONIX CORPORATION
2213 EAST 45TH STREET
INDIANAPOLIS, IN 46205-2297

CONSOLIDATED INDUSTRIES
6228 HOLLY OAK DRIVE
FORT WAYNE, IN 46818

COPELCO CAPITAL, INC.
P.O. BOX 728
PARK RIDGE, NJ 07656

COPPER AND BRASS SALES INC.
530 NORTHFIELD DRIVE
BROWNSBURG, IN 46112

CORE TECH INC
6000 OLD MAUMEE RD
FT WAYNE, IN 46803

COTTERMAN COMPANY
130 SELTZER ROAD
CROSWELL, MI 48422

COVERT MANUFACTURING INC.
328 SOUTH EAST STREET
GALION, OH 44833

COVINGTON BOX
3514 US 6
WATERLOO, IN 46793

CROSIBLE INC.
P.O. BOX 271
MORAVIA, NY 13118

CRYSTAL CLEAN
C O PETROLEUM MANAGEMENT
7901 WEST MORRIS ST.
INDIANAPOLIS, IN 46231

CURRENT INC
2120 E. WASHINGTON
FT WAYNE, IN 46803-1329

CURTIS 1000
PO BOX 11271
FT WAYNE, IN 46856

CUSTOM ENGINEERING & FABRICATION
2471 CR 64
AUBURN, IN 46706

Calar Inc.
PO Box 458
Syracuse, IN 46567

Cascade Pattern Company
Shapero, Green & Michel LLC
Signature Square II, Suite 220
25101 Chagrin Blvd.
Cleveland, OH 44122

Citizens Gas & Coke Utility
Michael McGauhey
2950 Propect Street
Indianapolis, IN 46203

City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706

City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706-1839

Complete Drives Inc.
6419 Discount Dr.
Fort Wayne, IN 46818

Covington Box & Packaging, Inc.
c/o Beckman Lawson, LLP
Attn: Howard B. Sandler, Esq.
PO Box 800
Fort Wayne, IN 46801-0800

Lawrence S. Crowther
6055 Rockside Woods Blvd, Suite 200
Cleveland, OH 44131

Custom Engineering & Fabrication
1631 East Pontiac St.
Fort Wayne, IN 46803

D.A.S. SERVICES, INC.
2310 WEST 175 NORTH
ANGOLA, IN 46703

DAUBER COMPANY INC
577 NORTH 18TH ROAD
TONICA, IL 61370

| | | |
|---|---|---|
| DAVID B. FINK<br>P.O. BOX 72<br>AUBURN, IN 46706 | DAVID J. JOSEPH COMPANY<br>659 VAN METER STREET, SUITE 530<br>CINCINNATI, OH 45202 | DEKALB COUNTY TREASURER<br>COURTHOUSE<br>AUBURN, IN 46706 |
| DEKALB COUNTY, INDIANA<br>DEKALB COUNTY ASSESSOR, COURT HOUSE<br>100 SOUTH MAIN STREET<br>AUBURN, IN 46706 | DEKALB ENGINEERING<br>700 E QUINCY STREET<br>GARRETT, IN 46738 | DEKALB MEMORIAL HOSPITAL<br>PO BOX 542<br>AUBURN, IN 46706 |
| DELL FINANCIAL SERVICES, L.P.<br>14050 SUMMIT DRIVE, BLDG. A, SUITE 101<br>AUSTIN, TX 78758 | DIAMOND POWER SPECIALTY CO<br>2520 EAST MAIN STREET<br>LANCASTER, OH 43130-0787 | DICTATING & TIME SYSTEMS<br>2212 SOUTH CALHOUN STREET<br>FORT WAYNE, IN 46802 |
| DIETERT FOUNDRY TESTING INC<br>9190 ROSE LAWN AVE.<br>DETROIT, MI 48204 | DIGITAL COMMUNICATION PROD<br>3720 SOUTH CALHOUN STREET<br>FT WAYNE, IN 46862-2107 | DIGITAL REPROGRAPHICS, INC.<br>105 CHAMBEAU ROAD<br>FORT WAYNE, IN 46805 |
| DISA GOFF, INC.<br>I PLEASANT GROVE ROAD<br>SEMINOLE, OK 74868 | DISA INDUSTRIES INC.<br>80 KENDALL POINT DRIVE<br>OSWEGO, IL 60543 | DISA INDUSTRIES, INC.<br>80 KENDALL POINT DRIVE<br>OSWEGO, IL 60543 |
| DISA Industrie, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL 60543 | DIVERSIFIED PATTERN & ENG<br>100 PROGRESS WAY<br>AVILLA, IN 46710-0230 | DOALL SOUTH BEND CO INC<br>802 S. BEIGER ST.<br>MISHAWAKA, IN 46544 |
| DON R FRUCHEY INC<br>5608 OLD MAUMEE ROAD<br>FT WAYNE, IN 46803 | DORSCH TOOL & ENG CO<br>3419 GEORGETOWN RD<br>INDIANAPOLIS, IN 46224 | DR LUBRICANTS INC<br>4611 NEWAYGO ROAD, SUITE D<br>FT WAYNE, IN 46825 |
| DUCA MANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512 | DUFFY OFFICE PRODUCTS<br>7712 LIMA ROAD<br>FORT WAYNE, IN 46818 | DURAFLO EQUIPMENT COMPANY, INC.<br>1737 MASSACHUSETTS AVENUE<br>INDIANAPOLIS, IN 46201 |
| Dayton Freight Lines Inc<br>6450 Poe Ave. Ste 311<br>Dayton, Ohio 45414 | Digital Communication Prod.<br>3720 South Calhoun Street<br>Fort Wayne, IN 46807 | Disa Goff, Inc.<br>PO Box 1607<br>Seminole, OK 74818 |
| Don R. Fruchey, Inc.<br>Kent C. Litchin<br>Grossman & Litchin LLP<br>1600 Lincoln Tower<br>Fort Wayne, Indiana 46802 | Duraflo Equipment Company, Inc.<br>3910-B Culligan Avenue<br>Indianapolis, IN 46218 | E-FILLIATE INC.<br>11321 WHITE ROCK RD<br>RANCHO CORDOVA, CA 95742 |

| | | |
|---|---|---|
| EAGLE FOUNTAIN WORKS, INC.<br>8 WINCHESTER ROAD<br>ORMOND BEACH, FL 32174 | EASTERN ENGINEERING SUPPLY<br>2810 NORTH WHEELING<br>MUNCIE, IN 47303 | ECLECTRIC COMPANY<br>18315 RICHEY LANE<br>HUNTERTOWN, IN 46748 |
| EDGLO LABORATORIES INC<br>2107 EAST WASHINGTON BLVD<br>FT WAYNE, IN 46803 | EDS<br>PO BOX 4582<br>POSTAL STATION A<br>TORONTO, ON M5W 4W4 | EDWARDS MEDICAL<br>495 WOODCREEK DRIVE<br>BOLINGBROOK, IL 60440 |
| EIRICH MACHINES INC<br>4033 RYAN RD<br>GURNEE, IL 60031 | ELEVENTH STREET CAPITAL, LL<br>635 WEST ELEVENTH STREET<br>AUBURN, IN 46706 | ELKEM METALS INC.<br>P O BOX 266<br>PITTSBURGH, PA 15230-0266 |
| ELY CRANE & HOIST<br>1247 EAST 222ND STREET<br>EUCLID, OH 44117 | EMED COMPANY INC.<br>P.O. BOX 369<br>BUFFALO, NY 14240-0369 | EMERGENCY RADIO SERVICE<br>4410 EARTH DRIVE<br>FORT WAYNE, IN 46809 |
| EMPIRE REFRACTORY SALES INC<br>3525 METRO DRIVE<br>FORT WAYNE, IN 46818 | EMPLOYER S SECURITY INC<br>PO BOX 1045<br>ELKHART, IN 46515 | ENCO MFG CO<br>400 NEVADA PACIFIC HIGHWAY<br>FERNLEY, NV 89408 |
| ENGINEERED TOOLING<br>P.O. BOX 48<br>ALBION, IN 46701 | ENVIRO CONTROL METALS<br>650 CHESTNUT STREET S.W<br>GRAND RAPIDS, MI 49503 | EPIC MACHINE<br>201 INDUSTRIAL WAY<br>FENTON, MI 48430 |
| ERNST AND YOUNG LLP<br>PO BOX 710884<br>CINCINNATI, OH 45271-0884 | EWALD ENTERPRISES INC<br>PO BOX 80165<br>FT WAYNE, IN 46898-0165 | EXECUTONE INFORMATION SYSTEMS<br>ATTN  LCR DEPARTMENT<br>P.O. BOX 52843<br>PHOENIX, AZ 85072-2843 |
| Edglo Laboratories Inc.<br>2121 E. Washington Blvd.<br>Fort Wayne, IN 46803 | Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282 |
| Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald | FAIRMOUNT MINERALS<br>P O BOX 400<br>BRIDGEMAN, MI 49106 |
| FALCON FOUNDRY CO<br>PO BOX 301<br>LOWELLVILLE, OH 44436-0301 | FARGO WEAR INC<br>1801 CANIFF AVENUE<br>DETROIT, MI 48212-2917 | FIRE PROTECTION INC<br>750 W NORTH ST SUITE C<br>AUBURN, IN 46706 |

| | | |
|---|---|---|
| FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 | FMTHUR<br>8408 MANOR DRIVE<br>FORT WAYNE, IN 46825 | FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 |
| FOX CONTRACTORS CORP.<br>5430 FERGUSON ROAD<br>FORT WAYNE, IN 46809 | FRANK H GILL COMPANY<br>2859 BERNICE ROAD<br>LANSING, IL 60438 | FRANKLIN CAPITAL FINANCIAL SERVICES, LLC<br>112 NORTH GRANT STREET<br>NORTH AURORA, IL 60542 |
| FREEMAN MFG & SUPPLY COMPANY<br>27655 GROESBECK HWY<br>ROSEVILLE, MI 48066 | FRISKNEY GEAR & MACHINE CORP<br>350 NORTH BRIDGE STREET<br>CORUNNA, IN 46730 | FT WAYNE ORTHOPAEDICS<br>P.O. BOX 2526<br>FORT WAYNE, IN 46801 |
| Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 |
| Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802 | Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 |
| GENERAL KINEMATICS CORP<br>777-T LAKE ZURICH ROAD<br>BARRINGTON, IL 60010 | GEORGE E BOOTH COMPANY<br>8202 W 10TH ST<br>INDIANAPOLIS, IN 46214-2432 | GMAC BUSINESS CREDIT, LLC<br>300 GALLERIA OFFICENTRE, STE 110<br>SOUTHFIELD, MI 48034 |
| GOEGLEIN I S<br>7311 MAYSVILLE ROAD<br>FORT WAYNE, IN 46815-8199 | GOLDEN RULE SANITATION, IN<br>9905 KRESS ROAD<br>ROANOKE, IN 46783 | GRAINGER INC<br>5002 SPEEDWAY DRIVE<br>FT WAYNE, IN 46825 |
| GRAYCRAFT SIGNS PLUS INC<br>434 WEST 7TH STREET<br>AUBURN, IN 46706 | GREAT LAKES CARBON CORP<br>FOUR GREENSPOINT PLAZA,SUITE 2200<br>16945 NORTHCHASE DRIVE<br>HOUSTON, TX 77060-2133 | GROHOLSKI MANUFACTURING SO<br>PO BOX 15742<br>FORT WAYNE, IN 46885 |
| Nancy J. Gargula<br>One Michiana Square<br>5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 | General Kinematics Corp<br>5050 Rickert Road<br>Crystal Lake, IL 60014-7333 | Goeglein's Inc.<br>7311 Maysville Road<br>Fort Wayne, IN 46815-8199 |
| H E C 0 INC<br>3509 S BURDICK ST<br>KALAMAZOO, MI 49001 | H.A. SMOLEN COMPANY INC.<br>PO BOX 9055<br>HIGHLAND, IN 46322 | HANEY S GLASS OF AUBURN<br>930 WEST 15TH STREET<br>AUBURN, IN 46706 |

| | | |
|---|---|---|
| HARBOR METAL, INC<br>PO BOX 644<br>BENTON HARBOR, MI 49023 | HARTLEY CONTROLS CORP.<br>2400 HOLLY ROAD<br>NEENAH, WI 54956 | HERAEUS ELECTRO-NITE COMPANY<br>INSTRUMENT LAB<br>1418 EAST 86TH PLACE<br>MERRILLVILLE, IN 46410 |
| HICKMAN WILLIAMS & COMPANY<br>COMMERCE PLAZA<br>2015 SPRING ROAD<br>OAK BROOK, IL 60521 | HILL AND GRIFFITH CO.<br>3637 FARNSWORTH<br>INDIANAPOLIS, IN 46241 | HIPSHER TOOL & DIE, INC.<br>1593 S. STATE ROAD 115<br>WABASH, IN 46992 |
| HOOK INDUSTRIAL SALES INC.<br>2731 BROOKLYN AVE.<br>PO BOX 9177<br>FORT WAYNE, IN 46899 | HOOSIER TRAILER & TRUCK EQ<br>4830 TODD DRIVE<br>FORT WAYNE, IN 46803 | HOT CREWS INC<br>PO BOX 13094<br>FT WAYNE, IN 46803 |
| HYDRONIC & STEAM EQUIP CO<br>8950 BASH STREET<br>INDIANAPOLIS, IN 46256 | Harbor Metal Treating Co. of Indiana<br>PO Box 644<br>Benton Harbor, MI 49023 | Heraeus Electro_Nite Co.<br>One Summit Square 1st Floor<br>Suite 100<br>Langhorne PA 19047 |
| Hickman, Williams & Company<br>PO Box 538<br>Cincinnati, OH 45201<br>Attention: T. L. Meadors | Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | I.R.S.<br>230 S. DEARBORNE, ROOM 2560<br>5014 CHI<br>CHICAGO, IL 60604 |
| IBM CREDIT CORPORATION<br>I NORTH CASTLE DRIVE<br>ARMONK, NY 10504-2575 | IBM CREDIT LLC<br>1 NORTH CASTLE DRIVE<br>ARMONK, NY 10504-2575 | IBM Corporation<br>Beverly H. Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 |
| IBM Credit LLC<br>Beverly Shideler<br>Two Lincoln Centre<br>Oakbrook, IL 60181 | INDIANA DEPARTMENT OF REVENUE<br>100 NORTH SENATE<br>ROOM N203<br>INDIANAPOLIS, IN 46204-2217 | INDIANA REFRACTORIES INC.<br>1624 SIMONS STREET<br>FT. WAYNE, IN 46803 |
| INDUCTOTHERM CORP<br>10 INDEL AVE<br>RANCOCAS, NJ 08073 | INDUSTRIAL CERAMIC PRODUCT<br>14401 SUNTRA WAY<br>MARYSVILLE, OH 43040 | INDUSTRIAL MARKETING INC.<br>114 W. TOLEDO STREET<br>FREMONT, IN 46737 |
| INDUSTRIAL SPECIALITIES<br>9621 WHITE HILL DRIVE<br>FORT WAYNE, IN 46804-5953 | INDUSTRIAL TOOL SERVICE INC.<br>612 HAYDEN STREET<br>FORT WAYNE, IN 46802 | INDUSTRIAL TUBE & STEEL CO<br>P.O. BOX 640137<br>CINCINNATI, OH 45264-0137 |
| INDUSTRON CORPORATION<br>2044 VALLEYDALE TERRACE<br>BIRMINGHAM, AL 35244 | INGERSOLL-RAND CO<br>AIR COMPRESSOR GROUP<br>2516-1 INDUSTRIAL PARK DRIVE<br>GOSHEN, IN 46526 | INOVIS<br>ATTN BILLING<br>2425 N. CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080 |

| | | |
|---|---|---|
| INTERLUBE CORPORATION<br>4646 BAKER AVENUE<br>CINCINNATI, OH 45212-2594 | INTERMEC TECHNOLOGY CORP.<br>9290 LESAINT DRIVE<br>FAIRFIELD, OH 45014-5454 | INTERNATIONAL QUALITY<br>521 CLEVELAND<br>LINCOLN PARK, MI 48146 |
| INTERNATIONAL SURFACE PREP<br>1606 EXECUTIVE DR<br>LAGRANGE, GA 30241 | IRCON INC<br>7300 N. NATCHEZ AVE.<br>NILES, IL 60714 | IVY TECH<br>3800 NORTH ANTHONY BLVD<br>FORT WAYNE, IN 46805 |
| Indiana Department of Revenue<br>Bankruptcy Section, Room N-203<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | Indiana Department of Workforce Development<br>Beverly Korobkin<br>10 North Senate Avenue, SE200<br>Indianapolis, IN 46204-2277 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204 |
| Industrial Specialties<br>9621 White Hill Ct.<br>Fort Wayne, IN  46804-5953 | Internal Revenue Service<br>230 South Dearborn, Room 2560<br>5014 CHI<br>Chicago, IL 60604 | J & K COMMUNICATIONS INC.<br>222 S. TOWER VIEW DRIVE<br>COLUMBIA CITY, IN 46725 |
| J & L INDUSTRIAL SUPPLY<br>PO BOX 3359<br>LIVONIA, MI | J E BEARING AND MACHINE LTD.<br>68 SPRUCE STREET<br>TILLSONBURG, ON N4G 4H8 | J-LENCO INC<br>664 N HIGH STREET<br>LARUE, CH 43332 |
| JACKSON-HIRSH INC<br>700 ANTHONY TRAIL<br>NORTHBROOK, IL 60062-2542 | JANET F. BORDEN<br>P.O. BOX 770570<br>STEAMBOAT SPRINGS, CO 80477 | JET EXPRESS INC.<br>4518 WEBSTER STREET<br>DAYTON, OH 45414 |
| JOHN A. FINK<br>271 N. MCCLELLAN STREET, #106<br>P.O. BOX 757<br>AUBURN, IN 46706 | K M H SYSTEMS<br>7020 STATE ROUTE 930 EAST<br>FT WAYNE, IN 46803 | KALTENBACH, INC.<br>6775 INWOOD DRIVE<br>COLUMBUS, IN 47202 |
| KEIBLER THOMPSON CORP<br>ROUTE 66 RR #2R<br>EXPORT, PA 15632 | KENDALL ELECTRIC INC<br>PO BOX 46<br>AUBURN, IN 46706-0046 | KENDALLVILLE IRON & METAL INC<br>243 E. LISBON ROAD<br>P O BOX 69<br>KENDALLVILLE IN  46755 |
| KERAMIDA ENVIRONMENTAL INC<br>330 N COLLEGE AVE<br>INDIANAPOLIS, IN 46202 | KEY EQUIPMENT FINANCE<br>66 SOUTH PEARL STREET<br>ALBANY, NY 12207 | KMH SYSTEMS, INC.<br>7020 SR 930 EAST<br>FORT WAYNE, IN 46803 |
| KONE INC<br>433 FERNHILL AVE<br>FORT WAYNE, IN 46805-1039 | KORTE BROS INC<br>620 W COOK RD<br>FT WAYNE, IN 46825-3324 | KORTE PAPER CO.<br>1819 SOUTH CALHOUN<br>FORT WAYNE, IN 46857 |

| | | |
|---|---|---|
| KROGER FOOD STORES<br>1001 WEST SEVENTH STREET<br>AUBURN, IN 46706 | KUSTOM MACHINING INC.<br>P.O. BOX 39<br>LEO, IN 46765 | Kendall Electric Inc.<br>131 Grand Truck Ave.<br>Battle Creek, MI 49016 |
| Key Equipment Finance, a division of Key Corporate Capital, Inc. assignee for Adirondack Leasing Association<br>Attn: Sal Boscia<br>1000 South McCaslin Boulevard<br>Louisville, CO 80027 | L & D INDUSTRIES<br>201 SOUTH FULTON<br>AUBURN, IN 46706 | LAB SAFETY SUPPLY INC.<br>PO BOX 1368<br>JANESVILLE, WI 53547-1368 |
| LBH CHEMICAL & INDUSTRIAL<br>PO BOX 8460<br>FT WAYNE, IN 46808-8460 | LDM, LOADING DOCK MAINTENANCE<br>14819 MILL ROAD<br>FORT WAYNE, IN 46816 | LECO CORPORATION<br>3000 LAKEVIEW AVENUE<br>ST. JOSEPH, MI 49085-2396 |
| LMI TECHNOLOGIES (USA), INC<br>21455 SUITE 22 MELROSE AVE<br>SOUTHFIELD, MI 48075 | LOUGHEED & ASSOCIATES, INC.<br>1017 S. HADLEY ROAD<br>FORT WAYNE, IN 46804 | LOUIS PADNOS IRON & METAL CO.<br>P.O. BOX 1979<br>HOLLAND, MI 49422-1979 |
| LYMAN STEEL CO.<br>P.O. BOX 28340<br>CLEVELAND, OH 44128 | Stephen E. Lewis<br>444 E. Main St.<br>Fort Wayne, IN 46802 | MACALLISTER MACHINERY CO INC<br>2418 COLISEUM BLVD W<br>FORT WAYNE, IN 46808-3648 |
| MACDONALD MACHINERY CO INC.<br>3911 LIMESTONE DRIVE<br>FORT WAYNE, IN 46809 | MAGMA FOUNDRY TECHNOLOGIES<br>2340 SOUTH ARLINGTON HEIGHTS ROAD<br>ARLINGTON HEIG, IL 60005 | MAGNECO METREL INC<br>PO BOX 176<br>NEGLEY, OH 44441 |
| MAIL-WELL ENVELOPE<br>4500 TIEDMAN ROAD<br>CLEVELAND, OH 44144 | MARJO PLASTICS<br>1081 CHERRY STREET<br>PLYMOUTH, MI 48170 | MARLIN LEASING CORP.<br>124 GAITHER DRIVE SUITE 170<br>MOUNT LAUREL, NJ 08054 |
| MARLIN LEASING CORP.<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | MARPOSS CORPORATION<br>3300 CROSS CREEK PARKWAY<br>AUBURN HILLS, MI 48326 | MARTIN GRAPHICS<br>P.O. BOX 525<br>AUBURN, IN 46706 |
| MASTER GAGE & TOOL CO.<br>112 MAPLEWOOD STREET<br>DANVILLE, VA 24540 | MATERIALS HANDLING EQUIP C<br>7433 US 30 EAST<br>FT WAYNE, IN 46803 | MCLEAN MIDWEST CORPORATION<br>11611 BUSINESS PARK BLVD. N.<br>CHAMPLIN, MN 55316 |
| MCMAHON TIRE<br>1712 SOUTH WAYNE STREET<br>AUBURN, IN 46706 | MCMASTER CARR SUPPLY COMPANY<br>200 AURORA INDUSTRIAL PKWY<br>AURORA, OH 44202 | MCNICHOLS COMPANY<br>1951 LIVELY BLVD.<br>ELK GROVE VILLAGE, IL 60007 |

| | | |
|---|---|---|
| MELLON CONSULTANTS<br>TWO PENNSYLVANIA PLAZA<br>NEW YORK, NY 10121 | MET-PAK SPECIALITIES, INC.<br>2701 S. COLISEUM BLVD., SUITE 117<br>FORT WAYNE, IN 46803 | METALTEC STEEL ABRASIVE CO<br>41155 JOY ROAD<br>CANTON, MI 48187 |
| MEYER INDUSTRIAL SERVICE<br>616 W MAPLEWOOD DRIVE<br>OSSIAN, IN 46777 | MICHAEL BARSTOW<br>CONSULTANT METALLURGIST<br>1152 SOUTHVALE ROAD<br>PITTSBURGH, PA 15237-4241 | MICHIANA DOOR<br>PO BOX 45<br>STROH, IN 46789-0045 |
| MID-STATE CHEMICAL & SUPPLY CO.<br>2100 GREENBRIER LANE<br>INDIANAPOLIS, IN 46218 | MIDWEST AIR FILTER, INC.<br>3630 N. WELLS STREET<br>FORT WAYNE, IN 46808 | MIDWEST INSTRUMENT CO INC<br>541 INDUSTRIAL DR<br>HARTLAND, WI 53029-0080 |
| MIDWEST PIPE & STEEL INC<br>PO BOX 11558<br>FORT WAYNE, IN 46859 | MILLER AND COMPANY<br>6400 SHAFER COURT, SUITE 500<br>ROSEMONT, IL 60018 | MODERN EQUIPMENT COMPANY<br>336 SOUTH SPRING STREET<br>PORT WASHINGTON, WI 53074 |
| MONITOR TECHNOLOGIES LLC<br>DRAWER AL-44W320<br>ELBURN, IL 60119 | MOTION INDUSTRIES INC<br>3333 EAST WASHINGTON BLVD<br>FT WAYNE, IN 46862-2149 | MP STEEL INDIANA, LLC<br>PO BOX 876<br>KENDALLVILLE, IN 46755 |
| MPB INDUSTRIES<br>505 EAST 31ST STREET<br>ANDERSON, IN 46016 | MSC INDUSTRIAL SUPPLY CO<br>P.O. BOX 9072<br>MELVILLE, NY 11747 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 |
| MSS SOFTWARE<br>5 GREAT VALLEN PARKWAY<br>MALVERN, PA 19355 | Magneco Metrel Inc.<br>223 Interstate Road<br>Addison, IL 60101 | Marlin Leasing Corp.<br>Kelly McCarthy, Bankruptcy Administrator<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ 08054 |
| McNichols Company<br>Attn: Dwight Glisson<br>PO Box 30300<br>Tampa, FL 33630-3300 | Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | Miller and Company LLC<br>Robert E. Overman II<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 |
| Motion Industries, Inc<br>1605 Alton Road<br>Birmingham, AL 35210 | NADAPRO INC<br>5020 NOB ROAD<br>FT WAYNE, IN 46825 | NATIONAL CITY LEASING CORP.<br>101 SOUTH FIFTH STREET<br>LOUISVILLE, KY 40202 |
| NATIONAL MATERIAL TRADING<br>1965 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | NEFF ENGINEERING CO INC<br>7114 INNOVATION BLVD<br>FT WAYNE, IN 46898 | NES RENTALS<br>8855 BYRON COMMERCE<br>BYRON CENTER, MI 49315 |

| | | |
|---|---|---|
| NEWARK INONE<br>4410 EXECUTIVE BLVD, SUITE A<br>FT WAYNE, IN 46808 | NMHG FINANCIAL SERVICES INC<br>7020 HWY 30 EAST<br>FORT WAYNE, IN 46803 | NMHG FINANCIAL SERVICES INC.<br>44 OLD RIDGEBURY ROAD<br>DANBURY, CT 06810 |
| NORTHSTAR IMAGING, INC.<br>953 WESTGATE DRIVE<br>ST. PAUL, MN 55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT 84115 | OFC CAPITAL<br>DEPT GA00010<br>PO BOX 530101<br>ATLANTA, GA 30353-0101 |
| OLD FORT SUPPLY CO., INC.<br>OLD FORT WAY AT 2000 WAYNE TRACE<br>FORT WAYNE, IN 46803 | OMEGA ENGINEERING INC.<br>ONE OMEGA DRIVE<br>P.O. BOX 4047<br>STAMFORD, CT 06907-0047 | OMNISOURCE CORP-TUSCO<br>2453 HILL AVENUE<br>TOLEDO, OH 43607 |
| OSSOLA INDUSTRIALS INC.<br>1740 W. SEVENTH STREET<br>GRANITE CITY, IL 62040 | OmniSource Corporation<br>C/O Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 | PAASO GENERAL EQUIPMENT<br>PO BOX 868<br>BRIGHTON, MI 48116 |
| PANGBORN COMPANY<br>580 PANGBORN BLVD.<br>HAGERSTOWN, MD 21742-0380 | PARKER GLOVE & SUPPLY, INC<br>EAST 4TH STREET<br>AVILLA, IN 46710 | PEERLESS METALS POWDERS & ABRASIVES<br>P.O. BOX 09254<br>DETROIT, MI 48209 |
| PERFECTION SERVO HYDRAULIC<br>1010 WEST REPUBLIC DRIVE<br>ADDISON, IL 60101 | PERKINS SEPTIC AND DRAIN SERVICE<br>0375 CR 11<br>HUDSON, IN 46747 | PFLAUMER BROTHERS INC<br>398 CLARKSVILLE ROAD<br>PRINCETON JCT., NJ 08550 |
| PHC INDUSTRIES INC.<br>3115 PITTSBURG STREET<br>FORT WAYNE, IN 46825 | PHC Industries Inc.<br>PO Box 11225<br>Fort Wyane, IN 46856-1225 | POWERED EQUIPMENT AND REPAIR<br>600 VOORHEES<br>PO BOX 147<br>TERRE HAUTE, IN 47808-0147 |
| PRANGER ENTERPRISES INC<br>PO BOX 366<br>ASHLEY, IN 46705 | PRECISION CALIBRATION COMPANY<br>7656 MILLINER COURT<br>PLAINFIELD, IN 46168 | PRECISION STEEL SERVICES<br>4334 EARTH DRIVE<br>FT. WAYNE, IN 46809 |
| PROJECT MANAGEMENT SERVICES<br>P.O. BOX 398<br>MCDONALD, OH 44437-0398 | PROXTRONICS DOSIMETRY LLC<br>7200 FULLERTON ROAD<br>SPRINGFIELD, VA 22150 | PWC FABRICATION<br>2121 WAYNE HAVEN AVENUE<br>FORT WAYNE, IN 46803 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | QHG OF FT WAYNE, INC REDIM<br>315 EAST COOK ROAD<br>FORT WAYNE, IN 46825 |

| | | |
|---|---|---|
| QMS-CUSTOMER SERVICE<br>300 GALLERIA OFFICENTER, S<br>SOUTHFIELD, MI 48034 | QUALITY CALIBRATION SERVICE<br>10205 WEST GREENFIELD AVENUE<br>WEST ALLIS, WI 53214 | R I LAMPUS CO<br>816 RAILROAD ST<br>SPRINGDALE, PA 15144 |
| R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 | RA MUELLER INC.<br>11270 CORNELL PARK DRIVE<br>CINCINNATI, OH 45242 | RADIO SHACK<br>1025 W 7TH ST<br>AUBURN, IN 46706 |
| REDIMED DEKALB, LLC<br>AMIC<br>500 S. GRANDSTAFF SUITE G<br>AUBURN, IN 46706 | REFCO INC<br>PO BOX 12867<br>PITTSBURAH, PA 15241 | REILLEY TRUCKING<br>7431 BENT WILLOW DRIVE<br>FORT WAYNE, IN 46815 |
| RELIABLE CORPORATION<br>1001 WEST VAN BUREN STREET<br>CHICAGO, IL 60607 | RENCO MACHINE CO INC<br>1421 EASTMAN AVE<br>GREEN BAY, WI 54302 | RENO REFRACTORIES, INC.<br>PO BOX 201<br>MORRIS, AL 35116 |
| RICHARD SQUIER PALLETS INC<br>3992 CR24<br>WATERLOO, IN 46793 | RUDD EQUIPMENT COMPANY<br>P.O. BOX 32427<br>LOUISVILLE, KY 40232 | RUMFORD INDUSTRIAL GROUP INC.<br>PO BOX 752288<br>DAYTON, OH 45475 |
| RYTEC CORPORATION<br>PO BOX 403<br>JACKSON, WI 53037 | RadioShack Credit Services<br>Attn: Judy Wong<br>300 RadioShack Circle Mail Stop 5018<br>PO Box 961090<br>Fort Worth TX  76161-5018 | Marlene Reich(DKW)<br>Sommer, Barnard and Ackerson, P.C.<br>4000 Bank One Tower<br>111 Monument Circle<br>Indianapolis, IN 46204 |
| S & S TIRE CO INC.<br>1100 WEST 7TH STREET<br>AUBURN, IN 46706 | S &SOILCO INC<br>821 LAKESHORE AVENUE<br>AUBURN. IN 46706 | S D MYERS<br>180 SOUTH AVENUE<br>TALLMADGE, OH 44278 |
| SAFETY - KLEEN CORP<br>PO BOX 12349<br>COLUMBIA, SC 29211-2349 | SAFETY-KLEEN SYTEM, INC.<br>5400 LEGACY DR.<br>CLUSTEN II BLDG 3<br>PLANO TX 75024 | SCHENKEL & SONS INC<br>1120 ST MARY S AVENUE<br>FT WAYNE, IN 46808 |
| SCHUST ENGINEERING INC.<br>701 NORTH STREET<br>AUBURN, IN 46706 | SCIOTO VALLEY PACKAGING, LLC<br>5151 REED ROAD NE, SUITE 210A<br>COLUMBUS, OH 43220 | SCOTT INDUSTRIAL SYSTEMS INC<br>521 N AIRPORT OFFICE PARK<br>FT WAYNE, IN 46825 |
| SECURITY LOCKNUT INC<br>9650 WEST FOSTER AVENUE<br>CHICAGO, IL 60656 | SENTINEL FLUID CONTROLS<br>7114 INNOVATION BOULEVARD<br>FORT WAYNE, IN 46818 | SES LLC TECHNICAL GROUP<br>PO BOX 8413<br>FORT WAYNE, IN 46898 |

| | | |
|---|---|---|
| SHAMBAUGH & SONS INC<br>PO BOX 1287<br>FT WAYNE, IN 46801 | SHELLS INC.<br>502 OLD U.S. HWY 30 EAST<br>BOURBON, IN 46504 | SHERRY LABORATORIES<br>2203 SOUTH MADISON<br>MUNCIE, IN 47307 |
| SIMPLICITY ENGINEERING IN<br>212 S. OAK<br>DURAND, MI 48429-0257 | SPECTRO ANALYTICAL INSTRUMENTS, INC.<br>160 AUTHORITY DRIVE<br>FITCHBURG, MA 01420 | SPECTRUM ENGINEERING CORP<br>17420 TONKEL ROAD<br>LEO, IN 46765-9779 |
| SPRAYING SYSTEMS COMPANY<br>C O HARRIMAN AVE<br>P.O. BOX 348<br>AUBURN, IN 46706 | SPRINKLING CAN<br>233 SOUTH MAIN STREET-<br>AUBURN, IN 46706 | STACLEAN DIFFUSER COMPANY<br>PO BOX 1147<br>SALISBURY, NC 28144 |
| STAG IRON AND METAL CORP<br>7820 WEST 60TH PLACE<br>SUMMIT, IL 60501 | STATES ENGINEERING CORP<br>10216 AIRPORT DRIVE<br>FORT WAYNE, IN 46819 | STERICYCLE INC<br>1301 E ALEXIS ROAD<br>TOLEDO, OH 43612 |
| STRUERS INC<br>24766 DETROIT ROAD<br>WESTLAKE, OH 44145 | STURGIS IRON & METAL<br>70675 CENTERVILLE ROAD<br>STURGIS, MI 49091-0579 | SUPERIOR BUSINESS SOLUTION<br>PO BOX 8040<br>FT WAYNE, IN 46898-8040 |
| SYSTEM CLEAN INC.<br>50602 NORTH MICHIGAN ROAD<br>SOUTH BEND, IN 46637-1532 | Schenkel & Sons Inc<br>Brian J. Lange, Esquire<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802 | Secretary of Treasury<br>15th & Pennsylvania Avenue<br>Washington DC 20220 |
| Securities & Exchange Commission<br>Bankruptcy Section<br>175 W. Jackson Blvd., Suite 900<br>Chicago IL 60604 | Sentinel Fluid Controls<br>5702 Opportunity Drive<br>Toledo, OH 43612 | Shambaugh & Son, L.P.<br>7614 Opportunity Drive<br>Post Office Box 1287<br>Fort Wayne |
| Shambaugh & Son, L.P.<br>Post Office Box 1287<br>Fort Wayne, Indiana 46801 | Tricia A. Sherick<br>Honigman, Miller, Schwartz and Cohn LLP<br>2290 First National Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226 | Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 |
| Spectrum Engineering Corp<br>5524 North County Line Road<br>Auburn, IN 46706-9302 | Steel Equipment Specialists LLC<br>P.O. box 2148<br>1507 Beeson St.<br>Alliance, OH 44601 | Stericycle Inc.<br>13975 Polo Trail Dr #201<br>Lake Forest IL 60045 |
| Richard J. Swanson<br>Macey, Swanson & Allman<br>445 North Pennsylvania Street<br>Suite 401<br>Indianapolis, IN 46204-1800 | T & L SHARPENING INC<br>2663 S FREEMAN ROAD<br>MONTICELLO, IN 47960 | T & M EQUIPMENT CO INC<br>2880 EAST 83RD PLACE<br>MERRILLVILLE, IN 46410 |

| | | |
|---|---|---|
| T.T.G. PATTERN<br>5443 KEYSTONE DRIVE<br>FORT WAYNE, IN 46825 | TAYLOR RENTAL AUBURN<br>2224 STATE ROAD 8 WEST<br>AUBURN, IN 46706 | TEC-HACKETT, INC.<br>P.O. BOX 8830<br>FORT WAYNE, IN 46898-8830 |
| TELEMOTIVE INDUSTRIAL CONTROLS<br>175 WALL STREET<br>GLENDALE HEIGHTS, IL 60139-1985 | THOMAS E. KELLER TRUCKING INC.<br>1160 CARPENTER ROAD<br>DEFIANCE, OH 43512 | TIME INDUSTRIAL INC<br>6422 LIMA ROAD<br>FORT WAYNE, IN 46818 |
| TIMOTHY S. BORDEN<br>P.O. BOX 770570<br>STEAMBOAT SPRINGS, CO 80477 | TOOLING & EQUIPMENT INTERNATIONAL<br>12550 TECH CENTER DRIVE<br>LIVONIA. MI 48150-2193 | TPC WIRE & CABLE<br>7061 EAST PLEASANT VALLEY ROAD<br>INDEPENDENCE, OH 44131 |
| TRANE COMPANY<br>ROHAN TRANE SERVICE AGENCY, INC.<br>6602 INNOVATION BLVD.<br>FORT WAYNE, IN 46818-1389 | TRI STATE COMPRESSED AIR SYSTEMS, IN<br>1608 EISHENHOWER DRIVE SOUTH<br>GOSHEN, IN 46526-5360 | TRI-STATE INSTRUMENT SERVICE<br>3024 WAYNE TRACE<br>P.O. BOX 6068<br>FORT WAYNE, IN 46896 |
| TROJAN HEAT TREAT<br>809 S. BYRON ST<br>HOMER, MI 49245 | The New Keibler Thompson Co.<br>Route 66 RR#2<br>Box264A<br>Export, PA 15632 | Ellen L. Triebold<br>Office of the United States Trustee<br>One Michiana Square, Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601 |
| U.S. Attorney Office<br>3128 Federal Building<br>1300 South Harrison Street<br>Fort Wayne IN 46802 | UNIMIN CORPORATION<br>809 MYERS ROAD<br>ARCHBOLD, OH 43502 | UNITED PARCEL SERVICE<br>P.O. BOX 505820<br>THE LAKES, NV 88905-5820 |
| US CARGO MANAGEMENT INC.<br>PHILADELPHIA INTERNATIONAL AIRPORT<br>P.O. BOX 277<br>ESSINGTON, PA 19029 | US INSPECTION SERVICES<br>705 ALBANY STREET<br>DAYTON, OH 45408 | US PATTERN COMPANY INC<br>PO BOX 220<br>RICHMOND, MI 48062 |
| USF Holland, Inc<br>750 E. 40th Street<br>Holland, MI 49423 | VAN DYNE CROTTY, INC.<br>3115 INDEPENDENCE DRIVE<br>FORT WAYNE, IN 46808 | VESUVIUS USA CORP.<br>661 WILLET ROAD<br>BUFFALO, NY 14218 |
| VIBES TECHNOLOGIES INC.<br>7125 NORTHLAND TERRACE NORTH, SUITE 400<br>BROOKLYN PARK, MN 55428 | VWR INTERNATIONAL, INC.<br>PO BOX 66929, O HARE AMF<br>CHICAGO, IL 60666 | VWR International, Inc.<br>1230 Kennestone Circle<br>Marietta, GA 30066 |
| Van Dyne Crotty Inc.<br>3233 Newmark Dr.<br>Miamisburg, OH 45342 | Vericore L.L,C.<br>1200 W. Causeway Approach<br>Mandevill, CA 70471 | Vesuvius USA Corporation<br>Steven Del Cotto, Esquire<br>27 Noblestown Road<br>Carnegie, PA 15106 |

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>7300 N MELVINA AVE M530<br>NILES IL 60714-3998 | WALMAN OPTICAL CO<br>PO BOX 9440<br>MINNEAPOLIS, MN 55440 | WARSAW ENGINEERING & FABRICATING<br>2780 E. DURBIN STREET<br>WARSAW, IN 46581-1043 |
| WATER SCIENCES<br>PO BOX 15489<br>FT WAYNE, IN 46885 | WAYNE FASTENERS INC<br>2725 INDEPENDENCE DRIVE<br>FT WAYNE, IN 46808 | WAYNE PIPE & SUPPLY INC<br>1815 SOUTH ANTHONY BLVD<br>FT WAYNE, IN 46803 |
| WELDER SERVICES INC<br>1725 EDSALL AVENUE<br>FT WAYNE, IN 46896 | WESTPORT HARDNESS & GAGING<br>510 MONTAUK HWY<br>WEST ISLIP, NY 11795 | WEYERHAEUSER CO.<br>2626 CR 71<br>BUTLER, IN 46721 |
| WHEELABRATOR ABRASIVES INC<br>1 ABRASIVE AVE<br>BEDFORD, VA 24523 | WHEELABRATOR CANADA INC.<br>401 WHEELABRATOR WAY<br>MILTON, ONTARIO,   L9T487 | WIESE PLANNING & ENG., INC.<br>2725 INDEPENDENCE DRIVE<br>FORT WAYNE, IN 46808 |
| WILLIAM C WEBER & ASSOC IN<br>CONSTITUTION HILL OFFICE PARK<br>6201 CONSTITUTION DRIVE<br>FT WAYNE, IN 46804 | WILLIAM E. FINK<br>P.O. BOX 826<br>AUBURN, IN 46706 | WISE INTERNATIONAL IDEAL LEAS<br>2807 GOSHEN ROAD<br>FORT WAYNE, IN 46808 |
| Warsaw Engineering & Fabricating<br>c/o Scott R. Leisz<br>Bingham McHale LLP<br>10 W. Market, #2700<br>Indianapolis, IN 46204 | Mark A. Werling(TW)<br>111 East Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802 | William C. Weber & Associates, Inc<br>William/Suzanne Weber<br>6201 Constitution Dr.<br>Fort Wayne, IN 46804 |
| XRI TESTING<br>8327 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0083 | XRI TESTING - TROY<br>MOBILEX, LLC<br>1961 THUNDERBIRD<br>TROY, MI 48084 | plant<br>2222 west<br>naumee |