IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

### AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT
[Re: Docket Entry 179]

On or about February 27, 2004, the Unsecured Creditors' Committee ("Committee"), by counsel, filed an *Application to Approve Monthly Provisional Payments to Counsel for Unsecured Creditors' Committee* ("Application") and a proposed Order for entry by the Court. The Application seeks approval to make interim professional fee payments to counsel for the Committee equal to 80% of fees and 20% of expenses on a monthly basis, without prejudice to the rights of any party in interest to object to counsel for the Committee's request for interim or final allowance of fees and expenses. A copy of the Application is attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have any attorney, you may wish to consult one.**

If you do not want the Court to grant the Application, then **within 20 days from the date of this Notice,** you or your attorney must:

1. File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

>   United States Bankruptcy Court
>   Northern District of Indiana
>   Post Office Box 2547
>   Fort Wayne, Indiana  46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be **received** by the date it is due.

2.  You must also mail a copy of your objection to:

>   Henry A. Efroymson
>   Ben T. Caughey
>   ICE MILLER
>   One American Square, Box 82001
>   Indianapolis, IN  46282-0002
>
>   John R. Burns III
>   Baker & Daniels
>   111 E. Wayne Street, #800
>   Fort Wayne, IN  46802
>
>   Office of the United States Trustee
>   555 One Michiana Square Bldg.
>   100 E. Wayne Street
>   South Bend, IN  46601

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  April 22, 2004

/s/ Henry A. Efroymson
Henry A. Efroymson (Atty No.: 6427-47)
Ben T. Caughey (Atty No.: 22920-53)
ICE MILLER
One American Square, Box 82001
Indianapolis, IN  46282-0002
(317) 236-2100

Counsel for the Unsecured Creditors' Committee

IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

### APPLICATION TO APPROVE MONTHLY PROVISIONAL PAYMENTS TO COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

The Unsecured Creditors' Committee, by counsel, for its Application to Approve Monthly Provisional Payments to Counsel for Unsecured Creditors' Committee, states as follows:

1. On February 8, 2004, The Debtor filed its voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code, and since that date, has continued in possession of its property and management of its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Unsecured Creditors' Committee formed in this case has filed an Application with the Court to employ Ice Miller as the Committee's counsel.

3. On or about February 20, 2004, the Debtor filed its Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession, requesting authority to pay Debtor's counsel for services pursuant to the procedure outlined in the Application.

4. It is appropriate for the Debtor to treat the fees and expenses of counsel for the Unsecured Creditors' Committee in the same manner as the treatment of fees and expenses of counsel for the Debtor proposed in the Debtor's Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession. Accordingly, the Unsecured Creditors'

Committee requests that the Debtor be authorized and directed to pay for the services of counsel for the Unsecured Creditors' Committee under the same process and procedure set forth in the Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession.

WHEREFORE, the Unsecured Creditors' Committee requests that the Court enter an order authorizing the Debtor to pay counsel for the Unsecured Creditors' Committee on a monthly basis and authorizing counsel for the Unsecured Creditors' Committee to apply any funds received from the Debtor for payment of fees and expenses in accordance with the procedure outlined in the Application to Approve Monthly Provisional Payments to Counsel for Debtor-in-Possession, and for all other appropriate relief under the circumstances.

>                    Respectfully submitted,
>
>                    ICE MILLER
>
>                    /s/ Henry A. Efroymson
>                    Henry A. Efroymson
>                    Ben T. Caughey
>
>                    Counsel for the Unsecured Creditors' Committee

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

1325064.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. mail, first class postage prepaid, on the 26th day of February, 2004, addressed to:

Nancy J. Gargula
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603

Grant Shipley
230 West Main Street
Fort Wayne, Indiana 46802

Josef S. Athanas
Lathan & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

Jerald I. Ancel
Sommer & Barnard, PC
111 Monument Square, Suite 4000
Indianapolis, Indiana 46204-5198

Robert Overman
Miller and Company LLC
9700 West Higgins Road, Suite 1000
Rosemont, Illinois 60018

Michelle Pezanoski
Fairmont Minerals
P.O. Box 177
Wedron, Illinois 60557

Curt Howard
Tim Howard
Fir Protection, Inc.
750 West North Street
Auburn, Indiana 46706

Randall Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, Illinois 60543

Michael McGauhey
Citizens Gas and Coke Utility
2950 Prospect Street
Indianapolis, Indiana 4620

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

-3-

1325064.1