UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO. 04-10427 |
| ) | |
| DEBTOR ) | |

**O R D E R**

At Fort Wayne, Indiana, on April 23, 2004.

The court will not consider debtor's application to employ Mellon Consulting, Inc. nunc pro tunc until such time as notice of the application and the opportunity to object thereto has been served upon all creditors and parties interest, as required by N.D. Ind. L.B.R. B-2014-1(d) and B-2002-2.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court