| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
|---|---|---|---|---|
| AUBURN FOUNDRY | | | | |
| Counsel List | | | | |
| Burns, J. R. | Partner | $355.00 | 259.8 | $92,229.00 |
| Claffey, S. A. | Partner | $390.00 | 106.4 | $41,496.00 |
| Powers, D. D. | Partner | $270.00 | 31.5 | $8,505.00 |
| Bomberger, J. A. | Partner | $300.00 | 0.2 | $60.00 |
| Jaffe, J. | Partner | $350.00 | 0.3 | $105.00 |
| Carr, J. M. | Partner | $410.00 | 0.4 | $164.00 |
| Froehle, T. C. | Partner | $375.00 | 8.3 | $3,112.50 |
| Dale, G. N. | Partner | $305.00 | 1.0 | $305.00 |
| Purcell, J. W. | Partner | $390.00 | 3.0 | $1,170.00 |
| McGrath, M. F. | Of Counsel | $305.00 | 2.0 | $610.00 |
| Werling, M. A. | Associate | $220.00 | 204.2 | $44,924.00 |
| Tempel, J. T. | Associate | $210.00 | 21.7 | $4,557.00 |
| Gottfried, J. R. | Associate | $140.00 | 9.7 | $1,358.00 |
| Gery, J. V. | Associate | $230.00 | 5.0 | $1,150.00 |
| Lemert, M. M. | Associate | $220.00 | 6.8 | $1,496.00 |
| Busby, A. F. | Associate | $180.00 | 0.6 | $108.00 |
| Burns, M. S. | Associate | $180.00 | 1.8 | $324.00 |
| O'Donnell, L. C. | Associate | $230.00 | 0.2 | $46.00 |
| McMeen, D. S. | Paralegal | $105.00 | 132.5 | $13,912.50 |
| Harber, J. E. | Paralegal | $145.00 | 12.7 | $1,841.50 |
| Trivers, H. E. | Librarian | $100.00 | 0.8 | $80.00 |
| | | | | $217,553.50 |

| AUBURN FOUNDRY ||||
| Charge Allocation ||||
| Category | Feb-04 | Mar-04 | Total |
|---|---|---|---|
| Filing, First Day Motions, and Administration | $46,446.50 | $35,758.50 | $82,205.00 |
| Financing, Cash Use, and DIP | $58,117.00 | $32,555.00 | $90,672.00 |
| Labor and Employment | $3,656.50 | $9,013.00 | $12,669.50 |
| Environmental | $440.00 | $901.00 | $1,341.00 |
| Plan and Disclosure Statement | $5,633.00 | $7,988.00 | $13,621.00 |
| Customer and Vendor Issues | $3,712.00 | $13,333.00 | $17,045.00 |
| TOTAL FEES | $118,005.00 | $99,548.50 | $217,553.50 |
| 20% Held Pending Fee Application | | | ($43,510.70) |
| Payable per Order (80%) | | | $174,042.80 |
| Disbursements (100%) | | | $9,828.52 |
| TOTAL NOW PAYABLE | | | $183,871.32 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

April 23, 2004
Invoice Number 1166938

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0000100    Employment Matters

    Total Services...........................$        855.00
    Total Disbursements..................$         70.85

    Total This Matter......................................$        925.85

Total This Invoice.............................................................$        925.85

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of March 31, 2004
Invoice Number 1166938

0080031    Auburn Foundry, Inc.
 0000100    Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/02/04 | Draft Memorandum to Employees re possible WARN Notice extension; conference with T. Eastom re extension of WARN Notices; research of WARN regulations re extension of WARN Notices | MML | 1.30 | 286.00 |
| 03/10/04 | Telephone call re IOSHA/Worker's Comp listing of liability issues for bankruptcy and capital outlay issues for air quality | GND | .30 | 91.50 |
| 03/11/04 | Phone conference with T. Eastom re WARN Notice; research extending WARN Notice | MML | .50 | 110.00 |
| 03/11/04 | Telephone call re capital improvements to plant safety/air quality in bankruptcy plan or reorganization; client's informal conference commitment | GND | .40 | 122.00 |
| 03/12/04 | Phone conference with T. Eastom re WARN cancellation; receipt and revision of WARN cancellation notice | MML | .70 | 154.00 |
| 03/23/04 | Conference re budgeting/IOSHA cases/WARN matters; provide materials regarding same | GND | .30 | 91.50 |
| | Total Services..................................................................... Hours | | 3.50 | 855.00 |

| Date | Disbursements | | Total |
|---|---|---|---|
| 03/15/04 | Computerized Research | Westlaw | 26.88 |
| 03/15/04 | Computerized Research | Westlaw | 40.31 |
| | Total For Computerized Research | | 67.19 |
| 03/02/04 | Caller: N/A : 260 925-7993 | | 0.66 |
| 03/02/04 | Caller: N/A : 260 925-7993 | | 0.81 |
| 03/02/04 | Caller: N/A : 260 925-7993 | | 0.88 |
| 03/02/04 | Caller: N/A : 260 925-7993 | | 1.31 |

## Baker & Daniels

| | |
|---|---:|
| Total For Long Distance Telephone | 3.66 |
| Total Disbursements..........................................................................$ | 70.85 |
| Total Services And Disbursements.....................................................$ | 925.85 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #        0080031
Invoice #       1166938
Invoice Date    04/23/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000100 | 855.00 | 70.85 | 925.85 |
| Total Invoice | 855.00 | 70.85 | 925.85 |

REMITTANCE COPY

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

April 23, 2004
Invoice Number 1166935

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0004423    Intermittent Work Stoppage ULPC

    Total Services..............................$         154.00
    Total Disbursements...................$           1.43

    Total This Matter......................................................$         155.43

Total This Invoice............................................................................$         155.43

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of March 31, 2004
Invoice Number 1166935

0080031  Auburn Foundry, Inc.
0004423  Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|---|---|---|---|---|
| 03/08/04 | Receipt and review of Notice of Right to Sue letter; phone conference with T. Eastom re bargaining notes from 1996; email re 1996 negotiations and proposal information | MML | .70 | |
| | Total Services............................................................................ Hours | | 0.70 | 154.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 03/23/04 | Caller: N/A : 260 925-2698 | | | 1.13 |
| | Total For Long Distance Telephone | | | 1.13 |
| | COPYING COSTS | | | 0.30 |
| | Total Disbursements......................................................................$ | | | 1.43 |
| | Total Services And Disbursements.................................................$ | | | 155.43 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #      0080031
Invoice #     1166935
Invoice Date  04/23/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004423 | 154.00 | 1.43 | 155.43 |
| Total Invoice | 154.00 | 1.43 | 155.43 |

REMITTANCE COPY

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

April 23, 2004
Invoice Number 1166934

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0004387   Franklin, Detrick L.

    Total Services..............................$         100.00
    Total Disbursements...................$             0.00

    Total This Matter.....................................................$         100.00

Total This Invoice............................................................................$         100.00

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of March 31, 2004
Invoice Number 1166934

0080031   Auburn Foundry, Inc.
0004387   Franklin, Detrick L.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/16/04 | Analyze correspondence from EEOC and position statement re latest Franklin charge | DDP | .20 | 54.00 |
| 03/18/04 | Review/process letter from E. Vance re: EEOC's position on bankruptcy | LCO | .20 | 46.00 |
| | Total Services............................................................... Hours | | 0.40 | 100.00 |
| | Total Services And Disbursements....................................................$ | | | 100.00 |

# BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #        0080031
Invoice #       1166934
Invoice Date    04/23/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004387 | 100.00 | 0.00 | 100.00 |
| Total Invoice | 100.00 | 0.00 | 100.00 |

REMITTANCE COPY