**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

April 23, 2004
Invoice Number 1166933

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0004388   March Complaint

| | |
|---|---|
| Total Services.............................$ | 243.00 |
| Total Disbursements..................$ | 16.07 |
| Total This Matter....................................................$ | 259.07 |
| Total This Invoice..........................................................$ | 259.07 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of March 31, 2004
Invoice Number 1166933

0080031    Auburn Foundry, Inc.
0004388    March Complaint

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/01/04 | Telephone conference J. Allman (GMP counsel) re mediation; draft, file and serve suggestion of bankruptcy | DDP | .50 | 135.00 |
| 03/08/04 | Telephone conference re cancellation of mediation on account of AF bankruptcy | DDP | .20 | 54.00 |
| 03/09/04 | Analyze correspondence from union re status of litigation | DDP | .20 | 54.00 |
| | Total Services................................................................ Hours | | 0.90 | 243.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 03/16/04 | Postage/Air/Express Delivery | | | 5.62 |
| | Total For Postage/Air/Express Delivery | | | 5.62 |
| 03/01/04 | Telecopy | | | 7.60 |
| | Total For Telecopy | | | 7.60 |
| | COPYING COSTS | | | 2.85 |
| | Total Disbursements..............................................$ | | | 16.07 |
| | Total Services And Disbursements..............................................$ | | | 259.07 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #      0080031
Invoice #     1166933
Invoice Date  04/23/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004388 | 243.00 | 16.07 | 259.07 |
| Total Invoice | 243.00 | 16.07 | 259.07 |

REMITTANCE COPY

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

April 23, 2004
Invoice Number 1166931

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0004396   Employee Benefits

| | |
|---|---|
| Total Services..............$ | 1,170.00 |
| Total Disbursements...........$ | 0.00 |
| Total This Matter.....................$ | 1,170.00 |
| Total This Invoice..............................$ | 1,170.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of March 31, 2004
Invoice Number 1166931

0080031    Auburn Foundry, Inc.
 0004396        Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/04/04 | E-mails with D.D. Powers; review and revision of memo regarding SERP plan treatment in bankruptcy | JWP | 1.40 | 546.00 |
| 03/05/04 | D.D. Powers e-mail regarding supplemental executive plan in bankruptcy | JWP | 1.60 | 624.00 |
|  | Total Services............................................................................. Hours |  | 3.00 | 1,170.00 |
|  | Total Services And Disbursements.....................................................$ |  |  | 1,170.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #         0080031
Invoice #        1166931
Invoice Date     04/23/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004396 | 1,170.00 | 0.00 | 1,170.00 |
| Total Invoice | 1,170.00 | 0.00 | 1,170.00 |

REMITTANCE COPY

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

April 23, 2004
Invoice Number 1166930

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0004406   Honer, Carolyn D.

| | |
|---|---|
| Total Services..............................$ | 594.00 |
| Total Disbursements..................$ | 0.00 |
| Total This Matter.........................................$ | 594.00 |
| Total This Invoice........................................................$ | 594.00 |

**BAKER & DANIELS**

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of March 31, 2004
Invoice Number  1166930

0080031    Auburn Foundry, Inc.
0004406    Honer, Carolyn D.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/08/04 | Telephone conference M. Kittaka re upcoming status conference with court in light of AF bankruptcy; office conference re preparation for same | DDP | .50 | 135.00 |
| 03/09/04 | Office conference re preparation for hearing; telephone conference J. Burns re same | DDP | .30 | 81.00 |
| 03/09/04 | Conference regarding strategy for status conference; participate in status conference in District Court | MSB | 1.80 | 324.00 |
| 03/10/04 | Analyze order from court re stay | DDP | .20 | 54.00 |
| | Total Services................................................................Hours | | 2.80 | 594.00 |
| | Total Services And Disbursements................................................$ | | | 594.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #      0080031
Invoice #     1166930
Invoice Date  04/23/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004406 | 594.00 | 0.00 | 594.00 |
| Total Invoice | 594.00 | 0.00 | 594.00 |

REMITTANCE COPY

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

April 23, 2004
Invoice Number 1166925

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0004426    Potential Chapter 11

    Total Services............................$    213,565.00
    Total Disbursements..................$     10,772.80

    Total This Matter...................................................$    224,337.80

Total This Invoice.............................................................$    224,337.80