**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of March 31, 2004
Invoice Number 1166925

0080031    Auburn Foundry, Inc.
0004426    Potential Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 01/27/04 | Review e-mail re potential for chapter 11 filing (.2) | MAW | .20 | 49.00 |
| 02/02/04 | Participate in telephonic board meeting (1.2); office conferences re preparation for case filing | MAW | 1.50 | N/C |
| 02/02/04 | Prepare to meet service requirements for filing | DSM | 1.00 | 125.00 |
| 02/03/04 | Prepare service list for 20 Largest Creditors | DSM | .70 | 87.50 |
| 02/04/04 | Prepare for imminent chapter 11 filing including review and update checklist, schedules, and motions in preparation for same | MAW | .50 | 122.50 |
| 02/04/04 | Worked on first day motions drafts | DSM | 3.00 | 375.00 |
| 02/05/04 | Worked on updated schedules and first day motions; update chapter 11 checklist re same (1.0); begin examination of comparable plan provisions for anticipated plan; (1.0) extensive review and assemble pleadings and schedules for imminent filing (2.0); follow-up legal research re adequate protection, cash use issues (.5) | MAW | 4.50 | 1,102.50 |
| 02/05/04 | Worked on first day motions (1.5); initial prep of schedules in anticipation of filing (2.1) | DSM | 3.60 | 450.00 |
| 02/06/04 | Update payables; update forms for bankruptcy filing; check accuracy of creditor amounts | DSM | 5.50 | 687.50 |
| 02/07/04 | Revise and finalize chapter 11 filings, first day motions and orders, with emphasis on cash use, debtor-in-possession financing | MAW | 4.00 | 980.00 |
| 02/08/04 | Continue work on first day motions subsequent to chapter 11 filing, emphasizing cash collateral and DIP financing | MAW | 2.00 | 490.00 |
| 02/08/04 | Finalize and attend to filing of chapter 11 case commencement, initial first day pleadings | MAW | 8.00 | 1,960.00 |
| 02/09/04 | Call from J.Ancel regarding adequate protection lien to Bank | SAC | 1.80 | 702.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | of America and GMAC in cash and issues related to control, disbursement and liens in excess cash (0.2); conference with J.Burns regarding J.Ancel concerns and respecting language to be obtained from the Court and the structuring of borrowing base certificate to identify and separately classify excess cash (0.2); review language of cash collateral use motion and order and suggest future changes to be requested from the Court to resolve and clarify cash lien held by Bank of America (0.3); review and respond to emails respecting potential disqualification of OmniSource as a member of the Official Creditors' Committee (0.1); calls from D.McKenzie, former final financial consultant of Auburn Foundry regarding their potential assistance (0.1); assembly and prepare for distribution a contact and distribution list for officers, directors and counsel of each of the interested parties in the Chapter 11 case (0.3); conference with D.McGrath regarding prepetition IDEM demands regarding Auburn Foundry landfills, respecting the affect of the automatic stay on these demands, and respecting our enlisting IDEM support for reorganization of Auburn Foundry and its support in opposition to efforts by Bank of America for appointment of a trustee or for liquidation (0.2); conference with D.Maude regarding termination of McDonald Investments engagement and respecting cash use issues, including specifically structure and calculation of borrowing base (0.4). | | | |
| 02/09/04 | Office conference regarding status of assignment of Eleventh Street Capital financing to J. and Wm. Fink | JEH | .20 | 29.00 |
| 02/09/04 | Prepare for First Day Motion hearings; complete drafting; negotiations with bank counsel; telephone call with GM counsel, R. Weiss; conferences with J. Ancel in preparation for hearings; conference with D. Maude re First Day Motion issues and operational issues | JRB | 8.00 | 2,840.00 |
| 02/09/04 | Court appearance with clients and obtain orders approving use of cash collateral and DIP financing; follow-up conferences with client and J. Ancel on behalf of DIP lenders; negotiations with bank counsel; meet with G. Shipley | JRB | 3.00 | 1,065.00 |
| 02/09/04 | Office conference D. Maude et al. re details of filing; gather information re schedules; attend hearing | DDP | 2.20 | 594.00 |
| 02/09/04 | Revise and file first day motions and certificates of service; draft appearance for M. Werling; telephone call to court; prepare notebooks for hearing; prepare file copies of document set; prepare documents for service to interested | DSM | 10.50 | 1,102.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | parties; review statement of financial affairs | | | |
| 02/09/04 | Finalize cash use and DIP financing pleadings (5.0); legal research re feasibility of approving avoidance action liens under Section 364 in DIP motion (1.0); prepare for and participate in first day hearings (3.0); extensive office conferences, conferences with debtor's CFO, and Sub Debt holders re first day issues (1.0); begin work on research re adequate protection for 2-13 preliminary hearing (1.0) | MAW | 11.00 | 2,420.00 |
| 02/10/04 | Attention to conceptualization of Plan of Reorganization and conversion of Auburn Foundry into limited liability company (0.6); check McDonald Investment contract regarding entitlement of Auburn Foundry to terminate without cause on notice and prepare draft termination letter for Auburn Foundry (0.6); review and consider issues and claims being raised by Bank of America in connection with cash use and consider implication of inadvertent disclosure by Bank of America counsel that Bank of America has loan participants in its credit facility which it has not identified to Auburn Foundry (0.3); review and give attention to WARN Act issues, including recent federal case which determines that shareholders would have personal liability for failure to comply with WARN Act, and undertake to determine applicability of case law developments to Auburn Foundry (0.4); attention to failure of Bank of America to release Auburn Foundry deposited funds (0.4); teleconferences with D.Maude regarding Bank of America refusal/failure to release funds of the debtor and respecting potential check float issues and impact on cash use planning and respecting borrowing base calculation issues respecting excess cash and respecting the proper identification of causes for emergency WARN Act notice and respecting preparation of testimony for preliminary hearing of cash use (1.1); review and revise special WARN Act notice for emergency layoff, including consultation with D.Maude to confirm each of the primary factors resulting in emergency layoff notice (i.e., unforeseen business circumstances) and redrafting of initial draft notice to clarify disclosures, update information set forth therein, and comprehensively identify primary factors for emergency notice (2.0); work on plan preparation with D.Maude (0.4). | SAC | 5.80 | 2,262.00 |
| 02/10/04 | Advise client re obligation and rights as DIP | JRB | 1.00 | 355.00 |
| 02/10/04 | Telephone call with D. Maude and follow-up re cash use problems, including exchange of correspondence with bank's | JRB | 1.00 | 355.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | counsel | | | |
| 02/10/04 | Prepare for further hearings on use of cash collateral | JRB | 1.50 | 532.50 |
| 02/10/04 | Consideration of Plan concepts and provisions | JRB | 1.00 | 355.00 |
| 02/10/04 | Telephone call from J. Burns concerning cash use difficulties experienced by Auburn Foundry as a result of collateral auditors and receive assignment to review remedy provisions of loan documents (.2) | JTT | .20 | N/C |
| 02/10/04 | Prepare information re bankruptcy schedules; office conference J. Burns re notice of automatic stay in pending litigation | DDP | .80 | 216.00 |
| 02/10/04 | Review title searches on residential properties; telephone conference with DeKalb County Treasurer's office regarding assessed values of residential lots; confer with G. Albin at Northeast Indiana Title requesting review of tax information provided on title searches; review survey issue with J. Bomberger | JEH | 2.00 | 290.00 |
| 02/10/04 | Obtain phone/fax numbers for 20 largest creditors; docket review; in order to meet deadlines and relevant bankruptcy rules; in providing fax orders to 20 largest creditors | DSM | 6.10 | 640.50 |
| 02/10/04 | Office conference regarding real estate issues | JAB | .20 | 60.00 |
| 02/10/04 | Work on cash use issues based on court's order | JRB | 1.00 | 355.00 |
| 02/10/04 | Telephone call with R. Weiss re GM and its response and understanding of the Auburn Foundry bankruptcy | JRB | .40 | 142.00 |
| 02/10/04 | Follow-up re issues raised by GM counsel | JRB | .60 | 213.00 |
| 02/10/04 | Telephone call with B. Barnes of Motion Industries re reclamation issue | JRB | .30 | 106.50 |
| 02/10/04 | Office conferences re first day hearings, pending deadlines, hearing re preliminary use of cash collateral (.5); work on provisional fee payment filing (1.0); legal research re interim cash use orders, evidentiary standards in support of 2/13 hearing on same (3.5); work on testimony outline re same (.5); interoffice e-mail re scope of proposed employment (.2); respond to UST request for contact information re creditors committee membership (.1); telephone conference with Marcia Sheridan re initial interview; and e-mail J. Burns re same (.3) | MAW | 6.10 | 1,342.00 |
| 02/10/04 | Research reclamation issues and remedies as applicable under Section 364 | JRB | .70 | 248.50 |
| 02/11/04 | Review correspondence from N. Fierek; correspondence S. Claffey | TCF | .30 | 112.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
| --- | --- | --- | --- | --- |
| 02/11/04 | Prepare for hearing on use of cash collateral | JRB | 2.00 | 710.00 |
| 02/11/04 | Respond to Bank of America actions to restrict access to cash collateral | JRB | 1.20 | 426.00 |
| 02/11/04 | Receive and respond to J. Athanas correspondence on use of cash collateral | JRB | .90 | 319.50 |
| 02/11/04 | Prepare for and telephone call with R. Swanson re union issues | JRB | .60 | 213.00 |
| 02/11/04 | Prepare for hearing on cash use, including work on joint PTO; telephone call with G. Shipley re same | JRB | 1.10 | 390.50 |
| 02/11/04 | Telephone call on behalf of GM re cash use and DIP issues as affecting GM production needs; follow-up re issues raised | JRB | 1.10 | 390.50 |
| 02/11/04 | Review potential testimony of Alvarez & Marcell respecting cash use issues at preliminary hearing and arrange for participation by Alvarez & Marcell CPA (0.4); conference with J.Burns and M.Werling respecting details of plan of reorganization to be drafted by M.Werling, including mechanics for establishment of a new llc and mechanics for funding of environmental liability clean up expenses (1.5); review and respond to emails from D.Maude regarding Banks continued and additional blockage of cash use (0.2); final attention to completion of emergency WARN Act notice, including review and approval of final revisions to text and conference with G.Dale respecting lay off timing and relationship to the date of giving of the notice (0.4); conference with J.Burns regarding testimony to be presented at preliminary hearing on cash use and economic and financial performance points to be supported by testimony (0.3); review revised borrowing base certificate respecting credit for cash collateral and identification of excess cash which may be utilized by the debtor; email reminder to D.Maude respecting information requested by Worker's Compensation Board and respecting the need for an updated balance sheet to be used for preparation of plan of reorganization (0.1); email to T.Froehle respecting trust agreement tendered by Worker's Compensation Board, finalization of arrangements with Worker's Compensation Board, and treatment of prepetition workers compensation claims (0.3); conference with D.Maude regarding numerous Chapter 11 issues related to use of cash, Arlington Capital proposals and potential involvement with Auburn Foundry Funding Group, Bank demands respecting daily accounting and pre-review of corporate records prior to release of cash and related to plan of reorganization | SAC | 7.30 | 2,847.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | development and finalization, and respecting issues being raised by Eaton (0.4); conference with J.Burns regarding Bank of America expressed intention to seek appointment of trustee and respecting preparation of brief in opposition to same (0.3); assign research respecting trustee appointment grounds and preparation of memorandum in support of Auburn Foundry's position on same (0.3); conference with J.Ancel respecting the status of his negotiations with Arlington Capital and Congressional Finance, respecting Bank of America threat to seek appointment of trustee; and respecting the potential structuring of a takeout of the prepetition line of credit of Bank of America by a new DIP facility (0.3); conference with J.Burns and then D.Maude regarding delaying a decision on the termination of McDonald Investments engagement (0.3); conference with D.Maude and J.Burns respecting preparation of testimony and witnesses for preliminary hearing on cash use and respecting new demands of Bank of America for reporting by Auburn Foundry before it will release Auburn Foundry's funds, and conference with D.Maude regarding structure of proposed plan of reorganization (0.6); review balance sheet of Auburn Foundry for purposes of identification and classification of claims in various classes for proposed plant reorganization (0.4); conference with J.Burns and D.Maude regarding identification of creditor claims and classification of claims in various classes (1.5). | | | |
| 02/11/04 | Prepare information for schedules re litigation | DDP | .30 | 81.00 |
| 02/11/04 | Telephone call from J. Burns and S. Claffey concerning research related to potential motion to be filed by Bank of America for a conversion to Chapter 7 and appointment of a trustee for liquidation (.3); review provisions in existing loan documents related to remedies of secured parties upon a default and ability to engage an auditor to audit borrowing base (.4); research and review cases discussing when a Chapter 11 bankruptcy can be converted into a Chapter 7 bankruptcy inside the Seventh Circuit (3.5); expand research to include case law outside the Seventh Circuit and consult additional secondary sources (3.1) | JTT | 7.30 | 1,533.00 |
| 02/11/04 | Prepare list of fax numbers for 20 largest creditors, telephone call to client; fax list to US Trustee; e-mail signed copies of orders to opposing counsel; check of PACER; prepare monthly operating report (UST) form for use by client | DSM | 2.50 | 262.50 |
| 02/11/04 | Draft memo to D. McMeen and J. Burns regarding title search | JEH | .70 | 101.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | and residential rental property value issues | | | |
| 02/11/04 | Telephone call with D. Maude re cash use issues; review information re Eagle-Pitcher and possible testimony by K. White | JRB | .60 | 213.00 |
| 02/11/04 | Telephone call with J. Ancel re DIP financing issues and cash use | JRB | .30 | 106.50 |
| 02/11/04 | Office conferences with J. Burns, S. Claffey, D. Maude of AFI re preparation of plan of reorganization and related issues (2.5); begin work on plan formulation (2.5); continue research re legal and evidentiary standards for preliminary cash use hearing (2.0); prepare joint petition for preliminary hearing (1.6); e-mail paralegal re additional filing and service needs (.2); review e-mail to, from bank counsel re cash use issues (.2); review and consider e-mail re workers compensation trust issues (.2) | MAW | 9.20 | 2,024.00 |
| 02/11/04 | Work on employment related matters, including WARN Act and Worker's compensation | JRB | .40 | 142.00 |
| 02/11/04 | Work on Plan concepts and issues | JRB | 2.00 | 710.00 |
| 02/12/04 | Preparation for trial on preliminary use of cash collateral and objection of Bank of America thereto | JRB | 3.50 | 1,242.50 |
| 02/12/04 | Call from W.Ponader, counsel for Kerimeda, respecting intention of Auburn Foundry to continue to utilize Kerimeda's services and arrangements to be made for payment (0.1); call T.Woelke to confirm City of Auburn's participation through its Mayor in preliminary hearing on cash use (0.2); finalize contact and distribution list (0.2); review and respond to emails respecting to continuing cash use issues and continuing squabbles respecting the bank's right to withhold release of funds until it has received reports required under loan agreement until it has completed its independent audit of daily receipts and disbursements (0.3); review new emails from auburn foundry respecting "slow walking" handling of cash release by Bank of America and potential need to ask for court action respecting same (0.2); meeting with M.Starshak and J.Ancel respecting obtaining replacement DIP financing which is large enough to replace the Bank of America line of credit; respecting Arlington Capital participation as DIP lender and under plan of reorganization, and respecting M.Starshak's engagement post-petition (0.7); follow up calls from M.Starshak respecting engagement terms (0.2); teleconference with D.Powlen respecting McDonald Investments communications errors and respecting potential terms for its | SAC | 1.90 | 741.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | reengagement terms by Chapter 11 debtor. | | | |
| 02/12/04 | Review and consider reclamation requests and other creditor communications | JRB | 1.00 | 355.00 |
| 02/12/04 | Meet with S. Thompson to prepare for testimony in trial of preliminary cash use objection by Bank of America | JRB | 1.00 | 355.00 |
| 02/12/04 | Review Westlaw headnotes for cases discussing factors considered by courts when determining whether to convert Chapter 7 bankruptcy to a Chapter 11 bankruptcy and appoint a trustee (2.1) | JTT | 2.10 | 441.00 |
| 02/12/04 | Meeting with D. Maude and T. Woehlke of Auburn Foundry to prepare for testimony at trial on preliminary use of cash collateral | JRB | 2.50 | 887.50 |
| 02/12/04 | Work on cross examination of D. Rathberger of Bank of America | JRB | 1.00 | 355.00 |
| 02/12/04 | Assemble and analyze information re pending litigation for bankruptcy schedules; draft form of notice of bankruptcy for use in pending litigation | DDP | 2.20 | 594.00 |
| 02/12/04 | Work on witness outlines and argument for trial on preliminary use of cash collateral | JRB | 2.00 | 710.00 |
| 02/12/04 | Review and finalize draft pre-trial order (4.0); work with paralegal on service issues (.5); telephone conference with Michigan counsel re personal service on one creditor (.2); conference with D. Maude, T. Woehlke re evidence, strategy for contested cash use hearing (2.0); prepare trial outline and assemble exhibits for same (4.5) | MAW | 11.20 | 2,464.00 |
| 02/13/04 | Evaluate potential strategies for replacement of existing debtor in possession financing with expanded financing which would eliminate cash use issues with Bank of America by replacing Bank of America line of credit (0.3); calls to Auburn Foundry regarding rescheduling of Board of Directors meeting and modifications of agenda to address outcome of preliminary hearing on cash use (0.3); conference with J.Burns regarding outcome of preliminary hearing on cash use and to evaluate strategies and opportunities for company in relation to its reorganization intentions (0.4). | SAC | 1.00 | 390.00 |
| 02/13/04 | Prepare for and represent Auburn Foundry at preliminary evidentiary hearing on the use of cash collateral and obtain favorable ruling granting use of cash collateral and follow-up conferences with D. Maude and T. Woehlke re operational issues | JRB | 11.00 | 3,905.00 |
| 02/13/04 | Office conferences regarding real estate and value issues; | JEH | 2.50 | 362.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | confer with G. Albin at Northeast Indiana Title Company regarding status of verification of tax information on residential sites | | | |
| 02/13/04 | Finalize trial preparations for participation in contested cash use hearing | MAW | 8.00 | 1,760.00 |
| 02/13/04 | Finalize reclamation response letters (.5); review correspondence from UST analyst re initial meeting (.1); review recent e-mail re cash use developments (.1); review transcript of 2/13 ruling in preparation for 2/17 final hearing (.2); review objection to final cash use and begin work on Response to same (1.6) | MAW | 2.50 | 550.00 |
| 02/13/04 | Work on Schedule A; draft inter-office memorandum regarding residential properties | DSM | 3.00 | 315.00 |
| 02/14/04 | Participate in Board of Directors meeting, including assisting Board in development of resolutions addressing Chapter 11 processes and engagement of professionals, namely Alvarez & Marsel and in considering additional strategies and opportunities with respect to issues being raised by and contest being brought by Bank of America (1.2) | SAC | 1.20 | 468.00 |
| 02/14/04 | Prepare for and participate in Board of Directors' meeting | JRB | 1.30 | 461.50 |
| 02/15/04 | Consideration of impact of Judge Grant ruling approving preliminary use of cash collateral on company's reporting and cash management process | JRB | 1.00 | 355.00 |
| 02/15/04 | Review notice of hearing re motion for appointment of trustee (.1); interoffice e-mail re same (.1); review deadlines for upcoming case filings (.2); continue work on schedules, with emphasis on real estate schedule (.2) | MAW | .60 | 132.00 |
| 02/16/04 | Telephone call to L. McKenna re status | JRB | .20 | 71.00 |
| 02/16/04 | Review communications re financing from CPT and CSG Investments | JRB | .50 | 177.50 |
| 02/16/04 | Work on schedules and related filings | JRB | .50 | 177.50 |
| 02/16/04 | Review real estate holdings and values and consideration of best means to accurately value smaller parcels | JRB | .50 | 177.50 |
| 02/16/04 | Office conference regarding real estate issues; review appraisal of Plant 2; telephone conference with MEI Consultants regarding 2003 appraisal issues; office conference regarding real estate values | JEH | 1.40 | 203.00 |
| 02/16/04 | Consideration of OmniSource position and possible participation on creditors committee | JRB | .40 | 142.00 |
| 02/16/04 | Legal research re propriety of Bank's post-petition honoring of | MAW | 3.70 | 814.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | pre-petition checks under Barnhill decision, Bankruptcy Code (2.0); e-mail of summary results re same to J. Burns (.5); telephone conferences with D. Maude of Auburn Foundry re initial UST interview (.2); review Bank Motion to convert case or appoint trustee (.5); office conferences re extension of time to file schedules, pleadings re same (.2); telephone conference with Attorney Yoder on behalf of OmniSource re case status issues, e-mail J. Burns re results of same (.3) | | | |
| 02/16/04 | Work on schedules; telephone call to D. Ewing regarding needed information; review recent bills for Attorney Fee Disclosure; office conference regarding appraisal of 07/03; inter-office e-mail regarding possible request for extension of time to file schedules; draft motion, proposed order and notice of motion regarding extension of time; entry of information into Case Management | DSM | 5.90 | 619.50 |
| 02/16/04 | Work on Plan issues | JRB | 1.20 | 426.00 |
| 02/16/04 | Work on cash use issues | JRB | 1.10 | 390.50 |
| 02/16/04 | Telephone call with D. Maude re returned checks | JRB | .30 | 106.50 |
| 02/16/04 | Review employee expense reports and follow-up re same | JRB | .40 | 142.00 |
| 02/16/04 | Extended telephone call with D. Maude re various financial matters and cash use issues | JRB | .50 | 177.50 |
| 02/16/04 | Call from W. Ponader regarding Karimeda claims and regarding its post-petition providing of environmental engineering services and respecting its support of proposed plan (0.4); review and revise draft Board of Directors' Minutes for meeting held on February 14, 2004 (0.4); review and respond to emails with M. Starshak of Alvarez & Marsal regarding payment of post-petition fees, additional engagement services and timing of support required for final hearing on cash use (0.3); call to J. Ancel regarding Alvarez & Marsal fees and obligation of AF Europe with respect thereto and regarding progress in obtaining additional funds to support DIP credit facility (0.3). | SAC | 1.40 | 546.00 |
| 02/17/04 | Conference J. Burns and J. Harber re bankruptcy matters and recording of Eleventh Street Capital mortgage assignment | DAS | .50 | N/C |
| 02/17/04 | Review and respond to emails regarding AF Europe payments of Alvarez & Marsal billings (0.2); receive and respond to call from M. Starshak of Alvarez & Marsal respecting fees and respecting new engagement by Auburn Foundry, debtor in possession, to support expansion of DIP facility, to identify exit financing, and to redo plan and cash flow projections to | SAC | 2.80 | 1,092.00 |