## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | support cash use motion and to support applications for exit financing (0.5); call from D.Powlen of McDonald Investments respecting its interest in assisting in the search for new investment capital and its proposed terms of engagement (0.4); conference with D.Maude, T.Wohelke and J.Burns regarding specific terms to be included in plan of reorganization and respecting strategies to be utilized to deal with Bank of America posturing and Bank of America demands (1.0); review pleadings and court's order on preliminary hearing on cash use (0.3); conference with J.Burns regarding failure of Bank of America to initiate negotiations with respect to final cash use order, respecting financial reporting demands of Bank of America vs. the expectations of the court; respecting the importance of engaging Alvarez & Marsal to provide testimonial support at final hearing on cash use; and respecting actions to be taken to address unmeritorious demand by Bank of America for appointment of a trustee (0.4). | | | |
| 02/17/04 | Telephone call with Mary at US Pattern Company re Bankruptcy Court notice indicating Auburn Foundry filed a Chapter 7 rather than a Chapter 11 | JRB | .30 | 106.50 |
| 02/17/04 | Telephone calls to Clerk's Office and review orders in an effort to get correction issued | JRB | .80 | 284.00 |
| 02/17/04 | Continue work on obtaining correction of notice from Clerk's office indicating Auburn Foundry filed Chapter 7 and determining how best to communicate correction to concerned customers | JRB | 1.10 | 390.50 |
| 02/17/04 | Telephone call from Korte Bros. re erroneous notice and corrected information | JRB | .20 | 71.00 |
| 02/17/04 | Work on cash use issues and creditor concerns re erroneous notice from Clerk's Office | JRB | .70 | 248.50 |
| 02/17/04 | Work on preparation for final cash use hearing and telephone call with D. Maude re same | JRB | .80 | 284.00 |
| 02/17/04 | Prepare for final hearing | JRB | .50 | 177.50 |
| 02/17/04 | Extended telephone call with D. Maude, T. Woehlke and S. Claffey re cash use and financial issues | JRB | 1.00 | 355.00 |
| 02/17/04 | Review environmental issues for schedules and related disclosures | JRB | .40 | 142.00 |
| 02/17/04 | Telephone conference with D. Ewing at Auburn Foundry regarding tax parcel issue; telephone conference with Dennis Maude regarding assignment of Eleventh Street Capital mortgage; office conference regarding status of real estate | JEH | .50 | 72.50 |

## Baker & Daniels

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | matters | | | |
| 02/17/04 | Prepare notice of bankruptcy for filing in pending litigation matters (.2); multiple office conferences, telephone conferences with Bankruptcy Clerk re corrective notice of case filing to indicate Chapter 11, not Chapter 7, case, telephone conference with creditor re same (1.2); telephone conference with committee counsel re notice issue, DIP motion; other pending matters (.3); follow-up telephone conference with M. Sheridan re UST interview, e-mail D. Maude of Auburn Foundry re same (.3); review miscellaneous e-mail re case developments (.2); begin work on plan development issues (2.0) | MAW | 4.20 | 924.00 |
| 02/17/04 | Update schedules; office conference regarding property evaluation; check PACER for recent filings; review of creditor information regarding Statement of Financial Affairs; telephone call to M. McGrath regarding environmental issues, fax questions to M. McGrath regarding same; work on Statement of Financial Affairs | DSM | 3.60 | 378.00 |
| 02/18/04 | Review and respond to emails from D.Maude, J.Burns and D.Hunter respecting cash use issues (0.2); receive and respond to calls from M.Starshak of Alvarez & Marsal respecting scheduling of its review of cash flow and plan projections and respecting additional engagement services to be accomplished (0.1); call to D.Maude regarding his need for further support in the preparation of cash use projections and respecting numerous questions raised by this four separate emails related to treatment of miscellaneous employee benefit, prepetition offset claims and similar matters (0.3); teleconference with J.Burns regarding inquiry by Bank of America counsel related to simplification of final hearing on cash use and possibly reaching stipulated terms for ongoing cash use, with an analysis of the potential benefits to Auburn Foundry through an agreed stipulated order and analysis of the terms which Auburn Foundry should be prepared to include in such an order (0.5); teleconference with D.Maude regarding possible agreed stipulation with Bank of America on continued use of cash collateral, regarding Alvarez & Marsal engagement terms and scope of services; and regarding error by clerk of the bankruptcy court in notices to creditors respecting the type of filing made by the company (the notice referring to the filing as a Chapter 7) (0.4). | SAC | 1.60 | 624.00 |
| 02/18/04 | Review and consideration of transcript of Court order granting | JRB | .40 | 142.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | use of cash collateral | | | |
| 02/18/04 | Correspondence to customers re Court order | JRB | .30 | 106.50 |
| 02/18/04 | Review financial performance and projections | JRB | .40 | 142.00 |
| 02/18/04 | Telephone counsel for Eaton re customer issue | JRB | .30 | 106.50 |
| 02/18/04 | Correspondence to Eaton's counsel re Court ruling on use of cash collateral | JRB | .20 | 71.00 |
| 02/18/04 | Telephone call with G. Dale re IOSHA issues and follow-up re same | JRB | .40 | 142.00 |
| 02/18/04 | Conference with R. Drummund re proposal to provide logistic and systems support | JRB | .30 | 106.50 |
| 02/18/04 | Work on cash use issues for final hearing | JRB | .80 | 284.00 |
| 02/18/04 | Extended telephone call with J. Athanas re cash use issues | JRB | .40 | 142.00 |
| 02/18/04 | Consideration of possible changes in language and potential language for final order on cash use | JRB | .90 | 319.50 |
| 02/18/04 | Telephone call with J. Ancel re DIP Lender considerations | JRB | .30 | 106.50 |
| 02/18/04 | Consideration of response to reclamation notices from suppliers | JRB | .60 | 213.00 |
| 02/18/04 | Review letter to vendors and revise | JRB | .40 | 142.00 |
| 02/18/04 | Telephone conference with D. Maude regarding real estate issues | JEH | .40 | 58.00 |
| 02/18/04 | Telephone call with T. Woehlke re customer and vendor reactions | JRB | .30 | 106.50 |
| 02/18/04 | Telephone conference with creditor re corrective notice from the court re chapter 11 filing (.2); office conference re transcript from preliminary cash use hearing (.1); office conference with M. Lemmert re issues raised by notice of bankruptcy, pending litigation (.3); office conferences re additions to creditor matrix for pending litigation claims, characterization of same on schedules (.3); review 2/13 hearing transcript and prepare for final cash use hearing (1.0); review additional reclamation claim correspondence (.2); review miscellaneous e-mail re case developments (.2); work with paralegal on schedules (.4); office conferences re final hearing on cash use issues (.3); review docket, recent case filings (.3); continue work on plan and disclosure statement development (1.5) | MAW | 4.80 | 1,056.00 |
| 02/18/04 | E-mail from D. Maude re Union's request for information; respond to same; draft notice of bankruptcy stay in pending law suits; phone conference with attorney P. Proctor re effect | MML | .70 | 154.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | of bankruptcy on depositions | | | |
| 02/18/04 | Conference with consultant prospect | JRB | .30 | 106.50 |
| 02/18/04 | Update Claims Register; check PACER for recent filings; telephone call to S. Cowan regarding transcript request; telephone call from M. McGrath regarding entries on Statement of Financial Affairs; work on Statement of Financial Affairs; add litigants to creditor matrix | DSM | 4.00 | 420.00 |
| 02/18/04 | Consideration of employee benefit issues | JRB | .50 | 177.50 |
| 02/19/04 | Inter-office conference regarding review of motion for extension of time and associated pleadings; inter-office conference regarding litigation status; inter-office conference regarding land values of property owned by Auburn Foundry; work on Question 9 of SFA, work on disclosure statement | DSM | 4.30 | 451.50 |
| 02/19/04 | Work on revisions to cash use order and responding to issues raised by Senior Lender's counsel | JRB | 1.00 | 355.00 |
| 02/19/04 | Consideration of terms of longer term cash use order and strategy in presenting same | JRB | 1.20 | 426.00 |
| 02/19/04 | Extended telephone call with D. Maude re responding to bank request for modification of order re use of cash collateral | JRB | .80 | 284.00 |
| 02/19/04 | Office conference regarding 2003 appraisal and land value issues; telephone conference with P. Della Valle of M.E.I. Corporation regarding appraisal issues | JEH | 1.40 | 203.00 |
| 02/19/04 | Prepare for call with bank counsel re their proposal for modification of Court's Order re use of cash collateral and potential for longer term order if changes are made | JRB | .90 | 319.50 |
| 02/19/04 | Consideration of recoupment or set-off issues | JRB | .70 | 248.50 |
| 02/19/04 | Review UST checklist materials and assess open items re same (.3); telephone conference with M. Lemmert re inquiry concerning notice of bankruptcy by plaintiff's counsel, e-mail re same (.3); office conferences re schedules, additions to same (.3); work on mechanics of service and drafting additional pleadings for 2/17 final cash use hearing (4.0); office conferences, review e-mail re next cash use stipulation, strategy for final hearing (.7); review recent case filings, Bank proof of claim (.3); follow-up with UST, D. Maude re initial debtor interview (.3); review additional e-mail queries from D. Maude (.2); office conference with L. O'Donnell re pending EEOC claims, effect of automatic stay on same (.2); telephone conference with additional creditor re notice from Clerk's office (.2) | MAW | 6.80 | 1,496.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/19/04 | Extended telephone call with T. Woehlke, M. Polich and D. Maude w/BBK on behalf of GM in reviewing debtor's operations, projections and exit strategy | JRB | .60 | 213.00 |
| 02/19/04 | Conference re status of Auburn Foundry litigation and EEOC claims; research status of claims; review of bankruptcy listing for accuracy | MML | .90 | 198.00 |
| 02/19/04 | Follow-up re issues raised | JRB | .50 | 177.50 |
| 02/19/04 | Telephone call with J. Athanas re bank's position on continued use of cash collateral | JRB | .30 | 106.50 |
| 02/19/04 | Attend to administrative issues (Trustee interview, employee benefits, compensation, permits and financial professionals) in case and work on completion of filings | JRB | 1.50 | 532.50 |
| 02/19/04 | Prepare for and extended telephone call with GM representatives about case issues and company financial performance and projections | JRB | 1.10 | 390.50 |
| 02/19/04 | Conference with D.Maude regarding terms proposed by Auburn Foundry for Agreed Stipulation for Cash Use, alternative terms proposed by Bank of America and problems presented thereby, and respecting financial and collateral performance/maintenance covenants which might be acceptable to the Company, and respecting debtor-in-possession loan issues and respecting pre-petition/post-petition offset - recruitment issues (0.8); attention to proposed cash use order presented by Latham & Watkins, including analysis of modifications necessary to make proposal acceptable to Auburn Foundry (0.8); work on proposed terms for "Newco" as part of the Company's plan of reorganization and to provide sufficient economic incentive to generate additional DIP financing support, and consider positions to be taken in negotiations with Bank of America, and review proposed financing proposal from Congress Financial and evaluate problems associated with this exit financing proposal (0.5); work with J.Burns on Cash Use Stipulation and revisions to be made thereto and revisions being requested by J.Athanas of Latham & Watkins to correct prior error in description of replacement lien collateral (0.8); call with D.Maude regarding Omnisource and Arlington Capital inquiries and perspective investment interests (0.5); conference with J.Ancel regarding Arlington Capital/Omnisource tandem investment opportunity (0.3); revise Amended Interim Cash Use Order language describing replacement collateral and limited lien in post-petition cash (0.3); conference with J.Burns regarding revised | SAC | 4.20 | 1,638.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | Amended Interim Cash Use Order language (0.2). | | | |
| 02/20/04 | Work on claims register; work on Disclosure of Compensation for Attorney; work on schedules | DSM | 5.90 | 619.50 |
| 02/20/04 | Participate in Board of Directors' meeting respecting Chapter 11 matters and related corporate governance and financing matters (1.3). | SAC | 1.30 | 507.00 |
| 02/20/04 | Prepare for and participate in conference call with J. Rose of Mellon re pension issues | JRB | .50 | 177.50 |
| 02/20/04 | Telephone call with D. Maude re collections and financial performance to budget | JRB | .30 | 106.50 |
| 02/20/04 | Telephone call with C. Heiny re MP Steel's desire for critical vendor status and issues in attempting to do so | JRB | .40 | 142.00 |
| 02/20/04 | Brief research re update on critical vendor issue | JRB | .60 | 213.00 |
| 02/20/04 | Telephone call with D. Maude re Eaton issues and follow-up re same | JRB | .40 | 142.00 |
| 02/20/04 | Telephone call with H. Efroymson re Creditor Committee engagement | JRB | .20 | 71.00 |
| 02/20/04 | Receive and review discovery requests from Bank of America and consider appropriate reply that requests are not proper and there is too little time to complete fair and reciprocal discovery | JRB | .70 | 248.50 |
| 02/20/04 | Prepare for final cash use hearing | JRB | 1.20 | 426.00 |
| 02/20/04 | Receive and review email from J. Athanas re bank's position and consider response | JRB | .30 | 106.50 |
| 02/20/04 | Telephone call with H. Efroymson re Creditor Committee issues | JRB | .30 | 106.50 |
| 02/20/04 | Correspondence to H. Efroymson re cash use issues and prospects for continued successful operations | JRB | .40 | 142.00 |
| 02/20/04 | Review Bank of America position on cash use and J. Athanas correspondence re same | JRB | .30 | 106.50 |
| 02/20/04 | Participate in telephonic Board meeting re bankruptcy and operation issues | JRB | 1.30 | 461.50 |
| 02/20/04 | Review Bank of America position on cash use and J. Athanas correspondence re same | JRB | .30 | 106.50 |
| 02/20/04 | Analysis of latest proposal from J. Athanas and consideration of appropriate response to same | JRB | .70 | 248.50 |
| 02/20/04 | Review additional e-mails, office conferences re cash use developments (.5); research bank's entitlement to expedited discovery and e-mail J. Burns re same (.7); work on pleadings | MAW | 4.20 | 924.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | re extension of time to file schedules (.5); finalize fee payment motion (.5); review reclamation response letters (1.0); interoffice e-mail re mechanic's lien issues(.2); work with paralegal on attorney fee disclosure statement (.3); review and assess recent case filings (.5) | | | |
| 02/20/04 | Draft memo to J. Burns and D. McMeen regarding real estate and market value issues | JEH | 3.00 | 435.00 |
| 02/21/04 | Prepare for contested cash use hearing | JRB | 1.50 | 532.50 |
| 02/21/04 | Telephone call from M. Werling concerning Objection to Cash Use Order filed by Bank of America and review of cases cited in its brief (.2) | JTT | .20 | 42.00 |
| 02/22/04 | Prepare for contested cash use hearing | JRB | 1.00 | 355.00 |
| 02/22/04 | Review memo re schedule of deadlines and assess planning needs re same (.2); review additional claims (.2); continue work on response to Bank of America cash use, DIP objections (.5) | MAW | .90 | 198.00 |
| 02/23/04 | Call and confer with R.Wynne of City Securities respecting prospective investors in Auburn Foundry under reorganization plan (0.6); confer with G.Dale regarding IOSHA claims and pending liability obligations and potential treatment of these obligations under plan of reorganization (0.3); emails with D.Maude and T.Woelhke and subsequent emails with D.Hunter respecting Bank of America cash use proposal (0.2); confer with J.Burns respecting cash use hearing and regarding Bank of America proposal (0.3); review Bank of America proposal respecting settlement of cash use and related issues and confer with J.Burns regarding acceptability and deficiencies of Bank of America's proposal and terms to be included in an appropriate response (0.8); confer with J.Burns regarding providing information to H.Efroymson, counsel for Creditors' Committee (0.1). | SAC | 2.30 | 897.00 |
| 02/23/04 | Telephone call with S. Berlin re DIP and exit financing | JRB | .30 | 106.50 |
| 02/23/04 | Telephone call with D. Maude re vendor surcharge and need to reverse | JRB | .30 | 106.50 |
| 02/23/04 | Work on response to Senior Lenders' objection and their failure to disclose Circuit reversal of key authority | JRB | 1.20 | 426.00 |
| 02/23/04 | Receive and review inquiry from D. Maude re creditor payment issues | JRB | .30 | 106.50 |
| 02/23/04 | Consideration of response and draft same re creditor payment issues | JRB | .40 | 142.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/23/04 | Review offers of DIP financing and email to J. Ancel re same | JRB | .40 | 142.00 |
| 02/23/04 | Continue work on response to objections on cash use | JRB | .80 | 284.00 |
| 02/23/04 | Prepare for final hearing on cash use and DIP financing | JRB | 2.00 | 710.00 |
| 02/23/04 | Receive and review cash use proposal from Senior Lenders and consideration of response to same | JRB | 2.00 | 710.00 |
| 02/23/04 | Work on response to J. Athanas re latest proposal on use of cash collateral | JRB | 1.10 | 390.50 |
| 02/23/04 | Telephone conference with B. Bash to get background information on potential consultants | JJ | .30 | 105.00 |
| 02/23/04 | Work on claims register; print copy of all schedules and SFA; draft letter and send DIP Monthly Operating Report forms to D. Maude | DSM | 2.20 | 231.00 |
| 02/23/04 | Conduct research re pension issues re bankruptcy and relationship of same to collective bargaining agreement | DDP | 1.10 | 297.00 |
| 02/23/04 | Review and consider Senior Lenders' objections and appropriate responses | JRB | .50 | 177.50 |
| 02/23/04 | Consideration of pension issues | JRB | .50 | 177.50 |
| 02/23/04 | Telephone call with J. Wickes of First Insurance Funding re earned premiums and future insurance | JRB | .20 | 71.00 |
| 02/23/04 | Finalize and attend to delivery of reclamation letters (.3); telephone conference with D. Maude re time to file schedules on extension (.1); finalize pleadings re same (.2); finalize and attend to filing of Notices re attorney fee applications (.4); work on preliminary structure or reorganization plan, with emphasis on classification of pension-related and deferred compensation claims (2.5); extensively draft response brief re final cash use (8.0) | MAW | 11.50 | 2,530.00 |
| 02/23/04 | Consideration of issues raised | JRB | .20 | 71.00 |
| 02/24/04 | Call from J.Ancel regarding DIP financing issues and progress in obtaining funds for recapitalization of NEWCO (0.3); conference with H.Efroymson and J.Ancel regarding numerous issues related to cash use and to conduct of Bank of America and expenses being generated by Bank of America (0.8); emails with D.Maude and D.Hunter respecting cash use reports and review of same (0.3); advise J.Burns of J.Andel positions on cash use and on DIP financing (0.3); review and revise proposed response letter to J.Athanas respecting cash use issues and confer with J.Burns regarding revisions made to same (1.0); confer with J.Ancel regarding breakdown in negotiations and respecting personnel issues for consideration | SAC | 2.90 | 1,131.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | by T.Borden (0.2) | | | |
| 02/24/04 | Work on claims register; PACER check for additional claims; work on Statement of Financial Affairs | DSM | 1.10 | 115.50 |
| 02/24/04 | Work on response to Bank of America objections | JRB | 1.20 | 426.00 |
| 02/24/04 | Work on response to proposal by Bank of America for consensual use of cash collateral | JRB | .70 | 248.50 |
| 02/24/04 | Analyze pension issues as they relate to bankruptcy and potential takeover of pension plans by PBGC | DDP | 2.30 | 621.00 |
| 02/24/04 | Prepare for hearing on continued use of cash collateral | JRB | .90 | 319.50 |
| 02/24/04 | Work on response to Bank of America objections | JRB | .60 | 213.00 |
| 02/24/04 | Telephone call with D. Maude re projections; prepare for final hearing on use of cash collateral | JRB | 2.40 | 852.00 |
| 02/24/04 | Extended telephone call with J. Athanas re cash use issues and possible resolution by a consensual order; draft letter to J. Athanas re Debtor's response to bank's cash use proposal | JRB | 1.00 | 355.00 |
| 02/24/04 | Office conferences, telephone conferences with D. Maude re cash use, budget issues, recent developments re same (.8); review recent e-mail re case developments (.2); finalize and attend to filing of brief responding to final cash use objection and research in support of same (4.0); begin work on response to DIP motion objection (.5) | MAW | 5.50 | 1,210.00 |
| 02/24/04 | Conference re negotiations and bankruptcy status | MML | .20 | 44.00 |
| 02/24/04 | Work on response to cash use objections by Bank of America | JRB | 1.20 | 426.00 |
| 02/24/04 | Work on lengthy letter to J. Athanas re debtor's position on use of cash collateral | JRB | 3.50 | 1,242.50 |
| 02/25/04 | Confer with D.Maude and emails with D.Maude regarding reporting, both daily and weekly to Bank of America (0.2); confer with D.Maude and T.Woehkle regarding different reporting form to be used in providing collateral information to Bank of America and regarding new potential issues related to cash projections (0.9); advise J.Burns of new potential issues and cash projections (0.2); teleconference with J.Burns and J.Athanas respecting potential resolution of cash use issues without a hearing and determine that Bank of America is not prepared to negotiate a long term cash use arrangement (0.4); call J.Ancel to advise him of Bank of America's position and to obtain additional information regarding progress being made by AFI Lending Group, LLC (0.3); participate in Board of Directors' meeting (0.9); work with J.Burns regarding a cash issues and respecting Board Decisions on personal | SAC | 4.60 | 1,794.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
|  | matters and in the development of strategies for presentation of evidence and the Company's position at the cash use hearing to be held on February 27 (0.2); further calls to J.Athanas (0.1); conference with J.Ancel regarding M.Reich regarding Arlington Capital positions and alternative approaches to be used by AFI Lending Group (0.3); further work with J.Burns and preparation for cash use hearing (0.2); telenegotiations with J.Athanas on cash use (0.3); review recoupment research and email analysis to J.Burns regarding the improved value of post-petition accounts receivable vs. pre-petition accounts receivable by reason of the unavailability of recoupment (0.3); assign additional recoupment research (0.1); review objection to cash use filed by Bank of America (0.2). |  |  |  |
| 02/25/04 | Telephone call T. Woehlke re corporate governance issues | JRB | .30 | 106.50 |
| 02/25/04 | Telephone call J. Athanas re cash use issue | JRB | .30 | 106.50 |
| 02/25/04 | Prepare for hearing on cash use and DIP financing | JRB | 2.00 | 710.00 |
| 02/25/04 | Receive correspondence from R. Weiss' office re status update and responded to same | JRB | .30 | 106.50 |
| 02/25/04 | Receive and review correspondence from J. Athanas seeking last minute discovery re cash use | JRB | .20 | 71.00 |
| 02/25/04 | Consider reply and draft same re discovery re cash use | JRB | .30 | 106.50 |
| 02/25/04 | Consideration of recoupment potential and review authority showing recoupment not appropriate by post-petition customers | JRB | .50 | 177.50 |
| 02/25/04 | Conference call with J. Athanas re cash use issues | JRB | .20 | 71.00 |
| 02/25/04 | Prepare for hearing on cash use and DIP financing | JRB | 1.20 | 426.00 |
| 02/25/04 | Research re requirements of Section 363(o) of Bankruptcy Code and cash collateral | JRG | 2.20 | 308.00 |
| 02/25/04 | Research re Section 364 and inability to secure lending | JRG | .90 | 126.00 |
| 02/25/04 | Work on Claims Register; discuss environmental report for Statement of Financial Affairs with M. McGrath; check PACER regarding extension of time to file schedules | DSM | 1.00 | 105.00 |
| 02/25/04 | Prepare for and participate in conference call with Mellon Consultants re pension plan issues | JRB | 1.20 | 426.00 |
| 02/25/04 | Telephone call with J. Ancel re DIP Lenders reporting requirements | JRB | .30 | 106.50 |
| 02/25/04 | Telephone call with S. Claffey re budget issues and preparation for hearing on use of cash collateral | JRB | .40 | 142.00 |