## Baker & Daniels

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/25/04 | Consideration of budget impact of increased production and consequences for cash use | JRB | .60 | 213.00 |
| 02/25/04 | Conduct research re pension issues; participate in telephone conference with D. Maude, T. Woehlke, L. Wenino, T. Eastom, J. Burns, J. Rose and N. Fowlkes re same and impact of PBGC involvement; telephone conference N. Fowlkes re same | DDP | 2.70 | 729.00 |
| 02/25/04 | Analysis of cash use and budget issues | JRB | .60 | 213.00 |
| 02/25/04 | Telephone call with D. Maude re cash use and budget issues | JRB | .30 | 106.50 |
| 02/25/04 | Telephone call with T. Woehlke re surcharge issue and cash use | JRB | .30 | 106.50 |
| 02/25/04 | Follow-up re potential exit financing | JRB | .20 | 71.00 |
| 02/25/04 | Office conference with J. Gottfried re research needs (.2); follow-up legal research re contentions in PTO for cash use, DIP motion, response to lenders' DIP motion objections, with emphasis on "market value" approach to cash collateral (4.2); e-mail to and from J. Burns, D. Maude re case developments, preparation for final hearing (.6); begin work on PTO for final hearing (1.0) | MAW | 6.00 | 1,320.00 |
| 02/25/04 | Telephone call with D. Maude re bank's debiting of account for prepetition analysis fees | JRB | .30 | 106.50 |
| 02/25/04 | Exchange of correspondence with bank's counsel and D. Maude in effort to resolve | JRB | .60 | 213.00 |
| 02/25/04 | Consideration of issues from Board re cash use and exit strategy | JRB | .40 | 142.00 |
| 02/25/04 | Telephone call with J. Ancel re DIP financing | JRB | .30 | 106.50 |
| 02/26/04 | Conference with J.Burns regarding decision by Bank of America not to pursue further negotiations on cash use and regarding the evidence and testimony to be presented at cash use hearing, especially evidence with respect to the value of post-petition operations vs. shutdown and respecting the witnesses and testimony best presented to develop those points (0.3); further review of Congress Financial refinancing proposal to determine its viability and its potential admissibility at cash use hearing (0.3); conferences with D.Maude regarding new projections, Congress financial proposal and his testimony for Friday (0.5); conference with J.Burns regarding "control group" issue and implications relating to pension plan deficiencies (0.3); advise J.Tempel regarding recoupment issue facts and angles to enable his further research (0.2); review and respond to D.Hunter email | SAC | 4.90 | 1,911.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | on cash forecast and analysis (0.2); review recoupment case and advise J.Burns of the outcome of research on recoupment(0.3); call from R.Wynne of City Securities, respecting the potential interest of a third party in a capitalization or recapitalization of Auburn Foundry (0.2); confer with J.Burns regarding new Bank of America proposal for short term extension of cash use hearing and implications to the Company and its relationships with customers and lenders (0.4); review emails from D.Hunter on a variety of general corporate operating and personnel issues related to reorganization (0.3); confer with J.Burns and J.Athanas regarding offer of Bank One for short term extension (0.3); conference with J.Burns and D.Maude regarding cash reporting and status of cash use analysis (0.2); review new projections prepared by D.Maude (0.3); telenegotiations with D.Batty of GMAC respecting cash use and potential extension of cash use hearing (0.8); confer with J.Burns regarding best and most effective positions to be taken respecting GMAC proposal and respecting hearing testimony and evidence to be presented (0.4). | | | |
| 02/26/04 | Work on DIP motion response to objection | JRB | .50 | 177.50 |
| 02/26/04 | Review case law for cases discussing asserted recoupment of rejection damages claims against amounts owed for post-petition sales with the debtor-in-possession (2.1); telephone call with M. Werling concerning preparation of Brief to oppose Motion to appoint trustee or convert case to Chapter 7 bankruptcy (.2) | JTT | 2.30 | 483.00 |
| 02/26/04 | Work on cash use budget | JRB | .50 | 177.50 |
| 02/26/04 | Prepare for final hearing on use of cash collateral, including preparation for examination of witnesses in connection with same | JRB | .30 | 106.50 |
| 02/26/04 | Extended telephone call with D. Maude to consider strategy and prepare for final hearing on use of cash collateral | JRB | .80 | 284.00 |
| 02/26/04 | Review K Mart decision from 7th Circuit | JRB | .40 | 142.00 |
| 02/26/04 | Telephone call with C. Heiny re MP Steel and critical vendor issue in light of 7th Circuit affirmance of District Court decision in K Mart | JRB | .30 | 106.50 |
| 02/26/04 | Work on PTO | JRB | 1.00 | 355.00 |
| 02/26/04 | Continue work on cash use budget | JRB | .50 | 177.50 |
| 02/26/04 | Meeting with T. Woehlke and D. Maude to prepare for final cash use hearing | JRB | 1.50 | 532.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/26/04 | Prepare for final hearing on use of cash collateral, including work on PTO and exchange of email with Senior Lender counsel re same | JRB | 1.50 | 532.50 |
| 02/26/04 | Extensively work on preparations for final hearings on cash collateral, DIP motions with emphasis on pretrial orders, final proposed orders, and legal research in support of contentions in same (8.0); office conference with client re final hearing strategy (1.0); prepare and file response to DIP motion objection (2.0); review and assess reply to response re cash collateral motion (.5) | MAW | 11.50 | 2,530.00 |
| 02/26/04 | Negotiations with D. Baty (GMAC) in an effort to reach agreement on cash use, including agreement on requesting delay of trial from 9:00 a.m. to 11:00 a.m. to complete negotiations on long term use of cash collateral | JRB | 1.20 | 426.00 |
| 02/26/04 | Consideration of issues raised | JRB | .80 | 284.00 |
| 02/26/04 | Telephone call to client; telephone call to court; work on claims register; electronically file motion for continuance | DSM | 2.50 | 262.50 |
| 02/26/04 | Telephone call with H. Efroymson re Creditor Committee position in support of cash use by debtor | JRB | .30 | 106.50 |
| 02/26/04 | Extended telephone call with D. Baty of GMAC re his client's intervention in attempt to reach agreement on cash use | JRB | .40 | 142.00 |
| 02/27/04 | Travel to Ft. Wayne to participate in negotiations respecting cash use and respecting potential consensual plan (2.0); participate in pre-meetings with J.Burns, D.Maude, T.Woehlke and J.Ancel (0.5); participate in cash use hearing and 2 hour negotiations at the court house with Bank of American and GMAC respecting cash use and related matters (2.2); post-negotiating meetings with J.Ancel, T.Woehkle, D.Maude and J.Burns to determine next step to be taken by Company and to begin development of evidence and testimony to support proposed plan and continued use of cash collateral (0.8); confer with J.Burns and J.Ancel with respect to creditor committee issues related to DIP financing and resolution of same (0.3); confer with R.Rynne of City Securities and the CFO of Harrison Steel Castings respecting potential interest in contribution to capital of NEWCO (as created in reorganization) (0.4); conference with J.Ancel planning next steps to be taken in prosecuting plan of reorganization and obtaining additional funding of DIP financing (0.8); participate in Auburn Board meeting to report of outcome of court hearing and to discuss strategies and | SAC | 7.50 | 2,925.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | options available to the Company (0.5). | | | |
| 02/27/04 | Worked on reorganization structure and requirements | JRG | 4.50 | 630.00 |
| 02/27/04 | Research: Locate cases from opposing brief for J. Temple | HET | .80 | 80.00 |
| 02/27/04 | Conference with D. Maude and T. Woehlke re Plan and finance issues | JRB | .80 | 284.00 |
| 02/27/04 | Prepare for scheduled conference call with Senior Lenders re possible cash use resolution | JRB | .80 | 284.00 |
| 02/27/04 | Receive late voice mail from Heller indicating that Heller would not participate in planned conference call, but would start final hearing on Use of Cash Collateral and on the Emergency Motion for Order authorizing Debtor to Obtain Financing and attempting to get one week continuance and withdraw appropriate response | JRB | .30 | 106.50 |
| 02/27/04 | Finalize preparations for final hearing on cash use, DIP motion (1.5); attend hearing and negotiations re same (2.5); follow-up conference with Bank counsel re resolution of drafting issues (1.0); office conference with D. Powers re pension, plan issues (.3); telephone conference with J. Tempel re motion to convert or appoint trustee (0.2); e-mail client re utility payment documentation (.1), interoffice e-mail re same (.2); telephone conference with D. Maude re same (.1); review recent claims (.1); interoffice e-mail re service and notice issues for next cash use hearing (.2) | MAW | 6.00 | 1,320.00 |
| 02/27/04 | Review Emergency Motion of Bank of America for appointment of a Chapter 11 Trustee or In the Alternative for Conversion to Chapter 7 (.7); begin review of transcript of February 13, 2004 hearing in preparation for drafting response brief opposing Motion (1.2) | JTT | 1.90 | 399.00 |
| 02/27/04 | Contact Chambers re hearing commencement and deviation by Bank of America from agreed motion for continuance and assembling witnesses at court for hearing | JRB | .50 | 177.50 |
| 02/27/04 | Negotiation with bank counsel regarding one month continued Use of Cash Collateral and dismissal of motion to appoint Chapter 11 Trustee | JRB | 1.50 | 532.50 |
| 02/27/04 | Final hearing on Use of Cash Collateral and on the Emergency Motion for Order authorizing Debtor to Obtain Financing including related discussions with bank counsel and creditors committee counsel | JRB | 1.10 | 390.50 |
| 02/27/04 | Electronically file documents for hearing; telephone call regarding ECF questions; work on claims register; trip to court; PACER search regarding form of disclosure statement | DSM | 3.50 | 367.50 |

## Baker & Daniels

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/27/04 | Work on language of Agreed Order for Interim Cash Use | JRB | .60 | 213.00 |
| 02/28/04 | Emails to and from T.Woehkle regarding state guaranty request and mistaken impressions of Dept. of Commerce representative respecting timing of guaranties (0.3). | SAC | .30 | 117.00 |
| 02/29/04 | Worked on reorganization structure and requirements | JRG | 2.10 | 294.00 |
| 02/29/04 | Consideration re financial and operational issues | JRB | .60 | 213.00 |
| 03/01/04 | Confer with representatives of GE Capital respecting exit financing opportunity and financial and operating background of company to support exist financing interest (0.4); advise D.Maude of contacts from GE Capital and respecting information provided to them (0.2); confer with D.Maude regarding preparing for meeting with Bank of America (information needed, presentation format, and information to be provided)and respecting Hayes Lemerz contract issues and GM issues respecting surcharge request and remaining life in outstanding GM contracts and purchase orders and respecting corporate governance issues, including compensation to senior officers (0.5); review emails regarding issues and strategies and respecting surcharge for various customers (0.2); prepare email to D.Maude and T.Woehlke respecting Harrison Steel Castings interest (0.2); prepare confidentiality agreement for Harrison Steel Castings (0.4); call from M.Reich respecting confidentiality agreement and its acceptability (0.1); prepare emails and respond to emails with T.Woehlke respecting Harrison Steel Castings (0.1); email draft confidentiality agreement to R.Wynne, together with instructions on its execution (0.2). | SAC | 2.30 | 897.00 |
| 03/01/04 | Work on cash use issues in preparation for meeting with Bank of America to resolve or alternatively for hearing on continued cash use | JRB | 2.00 | 710.00 |
| 03/01/04 | Work on General Motors' contract issues and consideration of potential for renegotiation or rejection | JRB | 1.50 | 532.50 |
| 03/01/04 | Review drafts of proposed DIP order and consideration of comments on same | JRB | .80 | 284.00 |
| 03/01/04 | Telephone call with T. Woehlke re General Motor issues and follow-up re same | JRB | .40 | 142.00 |
| 03/01/04 | Review additional e-mail re agreed DIP order | MAW | .20 | 44.00 |
| 03/01/04 | Exchange of correspondence with D. Maude and T. Woehlke re operations issues | JRB | .30 | 106.50 |
| 03/01/04 | Locate and make copies of sample Disclosure Statements and Plans of Reorganization; check on claims register; research | DSM | 2.50 | 262.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | bankruptcy rules regarding notice of hearing; draft inter-office memorandum regarding same; check Pacer for claims and filings | | | |
| 03/01/04 | Telephone call with M. Powers of Vericore re nature of claim and request for administrative status | JRB | .30 | 106.50 |
| 03/01/04 | Correspond with DeKalb County Recorder regarding transmittal of Assignment of Mortgage for recording; assemble enclosures | JEH | .40 | 58.00 |
| 03/01/04 | Review basis of claim considered proper classification | JRB | .30 | 106.50 |
| 03/01/04 | Telephone call with D. Maude re BBK interview and other GM related issues | JRB | .30 | 106.50 |
| 03/01/04 | Research re reorganization plan requirements and forms | JRG | 3.10 | N/C |
| 03/01/04 | Consideration of General Motors' contract issues and potential for rejection, impact on Auburn Foundry | JRB | .80 | 284.00 |
| 03/02/04 | Confer with D.Maude, T.Woehlke, D.Hunter, J.Ancel and J.Burns regarding current financial performance of Auburn Foundry, preparation for Bank of America/GMAC meeting and negotiations and respecting issues to be addressed at meeting and development of acceptable agenda before meeting (1.8); review T.Woehlke email regarding D.Hunter compensation, continuing role, and excess pension payment liability, and respond to same (0.3); review D.Maude email regarding rejection of equipment leases and respond to same (0.3); call from R.Wynne regarding Harrison Steel Castings interest in capital contribution (0.2); evaluate best approaches for plan of reorganization and respecting special provisions for pension plan obligations (0.3); attention to arranging meeting with Harrison steel Castings (0.2); review D.Maude emails regarding lease rejection and need to delay same and regarding new issues on cash use and collateral maintenance (0.3); conference with J.Burns regarding need to communicate with GM counsel to attempt to obtain amiable resolution of GM demands, and respecting D.Hunter compensation and corporate governance issues (0.3). | SAC | 3.70 | 1,443.00 |
| 03/02/04 | Extended conference call with company management re cash use, GM contract, and Plan development matters | JRB | 1.90 | 674.50 |
| 03/02/04 | Work on utility and operations issues | JRB | .50 | 177.50 |
| 03/02/04 | Review successive DIP loan order drafts, consideration of issues raised and responded re same | JRB | .40 | 142.00 |
| 03/02/04 | Review additional e-mail re case status issues, including negotiation of agreed DIP order (.3); telephone conferences | MAW | 3.70 | 814.00 |

Case 04-10427-reg    Doc 237-5    Filed 04/23/04    Page 7 of 10

Page 27

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | with client, UST re initial debtor interview (.3); research re method and time periods for rejecting executory contracts for personal property; e-mail J. Burns summary re same (.7); e-mail re UST's disqualification of municipality from committee; legal research re basis for same (.7); review recent case filings (.2); continue work on plan development (1.5) | | | |
| 03/02/04 | Telephone call with D. Heller re resolving remaining DIP issues | JRB | .30 | 106.50 |
| 03/02/04 | Pacer search; office conference regarding notice of hearing; work on claims register | DSM | 1.00 | 105.00 |
| 03/02/04 | Correspondence with bank counsel re dismissal of motion for appointment of Chapter 11 Trustee and follow-up re dismissal of same | JRB | .40 | 142.00 |
| 03/02/04 | Review rejection cases and research and consideration of rejection issues as applied to GM contract | JRB | 1.20 | 426.00 |
| 03/02/04 | Consideration of Section 362 issues raised by bank counsel as to fixed assets | JRB | .40 | 142.00 |
| 03/02/04 | Exchange correspondence with bank counsel re same | JRB | .30 | 106.50 |
| 03/02/04 | Work on budget and financial performance issues and telephone call to D. Maude re same | JRB | .60 | 213.00 |
| 03/02/04 | Consideration of equipment lease rejection issues and telephone call with D. Maude re same | JRB | .50 | 177.50 |
| 03/02/04 | Review financial information and correspondence in preparation for conference call with management | JRB | .50 | 177.50 |
| 03/03/04 | Review emails regarding adjustment to cash use performance numbers to reflect prepaid scrap and prepaid sand (0.1); review GE Capital confidentiality agreement and determine revisions to be made for it to be acceptable to Auburn Foundry and advise D.Maude of same (0.3); review email from J.Burns regarding GM attorney offer of price increase, in lieu of surcharge, and respecting rejection of existing outstanding GM contracts and purchase orders (0.2); confer with J.Burns regarding Auburn Foundry positions and respecting GM claim of entitlement to take offset by reason of "anticipatory repudiation" (0.2); confer with T.Woehlke and D.Maude regarding GM payment breach and regarding GM offset claim and regarding price increases needed in order to achieve break-even on GM business (0.9); call from R.Wynne respecting Harrison Steel Casting and call from T.VanderMullen regarding Source Capital interest in investment (0.2); teleconference with J.Burns regarding lien | SAC | 3.80 | 1,482.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | rights in patterns which may be asserted by Auburn Foundry if accounts receivable are not paid (0.2); confer with J.Burns regarding vender negotiations and options, including negotiations respecting GM surcharge (0.3); confer with D.Maude and T.Woehlke regarding impact of GM holdback of $402,000 and respecting advisability of new GM pricing proposals and demands for administrative expense claims and other accommodations in exchange for payment of amounts owed and review with them terms of settlement now in discussion with GM (1.0); confer with D.Maudel regarding new plan of reorganization and how to reflect it properly in revised cash projections and pro forma projections, also regarding cash loss issues (failure to accommodate for initial $150,000 paid to non-hourly employees on date of petition and respecting Bank issues related to its failure to credit Auburn Foundry with $600,000 cash held in cash account and not applied against debt prior to filing and respecting a plant to operation only plan (0.4). | | | |
| 03/03/04 | Exchange correspondence with D. Heller re cash use issues | JRB | .20 | 71.00 |
| 03/03/04 | Review and consider financial results and issues related to same | JRB | .50 | 177.50 |
| 03/03/04 | Consideration of GM contract and potential rejection and/or renegotiation to terms acceptable to Auburn Foundry | JRB | 1.20 | 426.00 |
| 03/03/04 | Telephone call with T. Woehlke re GM receivable and strategy in possible renegotiation of GM contract | JRB | .60 | 213.00 |
| 03/03/04 | Follow-up telephone call re Bushling scrap prices | JRB | .30 | 106.50 |
| 03/03/04 | Prepare for and extended telephone call with R. Weiss and T. Sherick re possible rejection and renegotiation of requirement contract with GM | JRB | .60 | 213.00 |
| 03/03/04 | Extended telephone call with R. Weiss re terms of possible renegotiated contract | JRB | .50 | 177.50 |
| 03/03/04 | Continue work on terms of renegotiated contract and lien issues re same | JRB | .60 | 213.00 |
| 03/03/04 | Travel to, from Auburn and participate in initial UST interview (3.0); follow-up e-mail to J. Burns re same (.1); check docket re status of attorney employment application (.1); review miscellaneous case e-mail, correspondence, and case filings (.3); continue work on plan development, with emphasis on proper classification of claims (1.0); locate and summarize die mold lien statutes and e-mail J. Burns re same (.7) | MAW | 5.20 | 1,144.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/03/04 | Telephone call with M. Polich and T. Woehlke re GM supply and pricing issues | JRB | .40 | 142.00 |
| 03/03/04 | Telephone call with D. Maude re payroll check issues and financial issues | JRB | .40 | 142.00 |
| 03/03/04 | Work on GM re output and surcharge issues and payment of existing pre-petition account receivables | JRB | .50 | 177.50 |
| 03/03/04 | Review GM contract provision and account information | JRB | .50 | 177.50 |
| 03/03/04 | E-mail Monthly Operating Report forms to client; work on claims register | DSM | 1.50 | 157.50 |
| 03/03/04 | Review latest DIP draft and correspondence re same | JRB | .40 | 142.00 |
| 03/03/04 | Review draft Term Sheet and consideration of counter-proposals | JRB | .50 | 177.50 |
| 03/03/04 | Draft counter offer on terms for renegotiated GM requirement contract | JRB | .70 | 248.50 |
| 03/03/04 | Research and analysis of executive compensation and nonqualified supplemental retirement plan including bankruptcy issues and PBGC implications on defined benefit plan underfunded status and termination options | DDP | 4.00 | 1,080.00 |
| 03/03/04 | Legal research and analysis of applicable authority re rejection and stay violation issues | JRB | .70 | 248.50 |
| 03/04/04 | Conference with D.Maude regarding plan elements and assumptions to be built into new pro formas for presentation to Bank of America and GMAC and regarding GM settlement elements and importance of resolution of GM claims, given its large percentage of business (direct and indirect) (0.4); conference with D.Maude regarding confidentiality agreement for GE Capital (0.1); call from D.Torgove of Stairway Capital regarding its interest in providing recapitalization equity (0.2); conference with M.Reich respecting cash availability changes and respecting GM claims and threatened offset (0.2); conference with J.Burns regarding options to be pursued in negotiations with GM (0.3); emails with J.Burns regarding BBK presenting itself as a dual representative of GM and Bank of America (0.3); review repudiation research with J.Tempel (0.2). | SAC | 1.70 | 663.00 |
| 03/04/04 | Analysis and consideration of Auburn Foundry Benefits Restoration Plan and its relevance to the bankruptcy | DDP | 3.60 | 972.00 |
| 03/04/04 | Work on discovery issues and evaluation of requests from Bank of America's counsel | JRB | .50 | 177.50 |
| 03/04/04 | Continue work on terms of agreement with General Motors' | JRB | .80 | 284.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | counsel re possible rejection and execution of new contract | | | |
| 03/04/04 | Telephone call with C. Lindsey re reclamation claim by Unimin Corporation | JRB | .20 | 71.00 |
| 03/04/04 | Work on reclamation issues generally | JRB | .40 | 142.00 |
| 03/04/04 | Review final DIP Order language | JRB | .20 | 71.00 |
| 03/04/04 | Follow-up correspondence re final DIP Order language | JRB | .20 | 71.00 |
| 03/04/04 | Telephone call with R. Weiss re set-off/recoupment issues and follow-up re issues raised | JRB | .50 | 177.50 |
| 03/04/04 | Work on terms of agreement with General Motors for price increase and new contract | JRB | .70 | 248.50 |
| 03/04/04 | Legal research re and consideration of mold and die lien issues | JRB | 1.00 | 355.00 |
| 03/04/04 | Work on Term Sheet for agreement with General Motors to provide price increase and longer term contract | JRB | 1.00 | 355.00 |
| 03/04/04 | Re GM: research setoff issues and e-mail J. Burns summaries re same (1.5); follow-up research re tool and die liens and e-mail J. Burns re same (1.5) review miscellaneous case e-mail and correspondence (.2); review materials furnished to UST by D. Maude (.2); review notes and open items from UST meeting (.2); review utility letter re security deposit (.1); continue extensive work on plan development issues (.7) research GM contentions re anticipatory repudiation and e-mail J. Burns results re same (.6) | MAW | 5.00 | 1,100.00 |
| 03/04/04 | Teleconference with R. Weiss re General Motors' agreement and consideration of issues raised | JRB | .50 | 177.50 |
| 03/04/04 | Telephone call with D. Maude and T. Woehlke re General Motors agreement issues with strategy re approaching same | JRB | .50 | 177.50 |
| 03/04/04 | Research whether the filing of a Motion to Reject an Executory Contract constitutes repudiation under the UCC; telephone calls with S. Claffey and J. Burns concerning same (1.4) | JTT | 1.40 | 294.00 |
| 03/04/04 | Prepare for meeting with Bank of America re cash use | JRB | .50 | 177.50 |
| 03/04/04 | Consideration of General Motors' proposal and potential counter-offer | JRB | .50 | 177.50 |
| 03/04/04 | Telephone call with D. Maude re pricing issues and ramp-up for greater production requirements | JRB | .40 | 142.00 |
| 03/04/04 | Update addresses of creditors for Schedule F; telephone call to Stephen Fink's office regarding Shambaugh & Son (left voice mail); update claims register | DSM | 1.00 | 105.00 |
| 03/04/04 | Telephone call with T. Woehlke re steel pricing projections | JRB | .30 | 106.50 |