## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/04/04 | Telephone call with R. Weiss | JRB | .20 | 71.00 |
| 03/04/04 | Telephone call with D. Maude and T. Woehlke re pricing issues | JRB | .40 | 142.00 |
| 03/04/04 | Follow-up re issues raised concerning pricing and General Motors' contract issues | JRB | .70 | 248.50 |
| 03/05/04 | Review and revise Term Sheet regarding settlement with GM on its offset claims and its repudiation claim and provide those revisions to J.Burns (0.4); review D.Heller meeting agenda and provide response to D.Heller with new items for agenda and request for a different focus at the meeting (0.9); review emails from D.Maude regarding plan of reorganization and cash issues related thereto and respond (0.3); review H.Efroymson emails to Bank of America disputing its need or the reasonableness of its charges for onsite auditing (0.2); review and pursue potential new sources of funding for Auburn Foundry, including Citizens Gas (0.3); email from D.Heller respecting upcoming meeting (0.1); conference with D.Maude4 regarding final pro formas for 2004 and 2005 plan years and make refinements to same for Bank meeting (0.3). | SAC | 2.50 | 975.00 |
| 03/05/04 | Revise proposed agreement with General Motors and transmit same to General Motors' counsel | JRB | .70 | 248.50 |
| 03/05/04 | Amend 20 Largest Creditor Matrix; draft Notice of Amendment; review correspondence regarding proof of claim of Shambaugh & Son; inter-office correspondence regarding same; work on creditor issues; research of mechanic's liens | DSM | 5.20 | 546.00 |
| 03/05/04 | Telephone call with T. Woehlke re General Motors production issues | JRB | .30 | 106.50 |
| 03/05/04 | Office conference re GM resolution (.1); review miscellaneous case e-mail, correspondence (.2) | MAW | .30 | 66.00 |
| 03/05/04 | Telephone call with T. Sherick re General Motors' agreement provisions and consideration of issues raised | JRB | .40 | 142.00 |
| 03/05/04 | Research re and consideration of Benefit Restoration Plan and treatment in bankruptcy | DDP | 1.20 | 324.00 |
| 03/05/04 | Telephone call with R. Weiss re General Motors' agreement issues and consideration of issues raised | JRB | .40 | 142.00 |
| 03/05/04 | Work on revisions to the proposed General Motors' Agreement | JRB | 1.00 | 355.00 |
| 03/05/04 | Consideration and analysis of pension issues | JRB | .40 | 142.00 |
| 03/05/04 | Work on Plan issues | JRB | .80 | 284.00 |
| 03/05/04 | Review agenda for meeting with Bank of America; | JRB | 1.50 | 532.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | consideration of issues raised and preparation for meeting | | | |
| 03/05/04 | Telephone call with D. Maude re finance status and short-term impact of not receiving General Motors' payment | JRB | .30 | 106.50 |
| 03/05/04 | Consideration of options to induce prompt payment re General Motors | JRB | .30 | 106.50 |
| 03/05/04 | Continue negotiations regarding and revisions to proposed agreement with General Motors | JRB | 1.50 | 532.50 |
| 03/05/04 | Telephone conference with D. Maude and T. Woehlke re General Motors' agreement negotiations and strategy re same | JRB | .70 | 248.50 |
| 03/05/04 | Receive and review correspondence from General Motors' counsel and respond to same | JRB | .30 | 106.50 |
| 03/05/04 | Telephone call with General Motors' counsel to confirm wire transfer of $402,000 of pre-petition payable to Auburn Foundry and follow-up to confirm | JRB | .30 | 106.50 |
| 03/06/04 | Prepare for Bank of America/GMAC meeting in Chicago, including review of new projections and documents to be provided by Auburn Foundry to the senior lenders at the meeting (0.4). | SAC | .40 | 156.00 |
| 03/06/04 | Review UST correspondence re request for documents (.1); review and assess secured creditors' adequate protection motion (.3); review agreed DIP order and compute notice requirements re 15-day period prior to final hearing (.2) | MAW | .90 | 198.00 |
| 03/06/04 | Complete work on General Motors' agreement and transmit same to General Motors' counsel | JRB | .40 | 142.00 |
| 03/06/04 | Prepare for meeting with Bank of America and counsel in Chicago re cash use and plan for future operations | JRB | 1.10 | 390.50 |
| 03/07/04 | Travel to Chicago and participate in pre-meeting planning and conferences with Auburn Foundry officers (travel 3.0) (4.3). | SAC | 4.30 | 1,677.00 |
| 03/07/04 | Legal research in support of plan, emphasizing treatment of pension issues | MAW | 1.00 | 220.00 |
| 03/07/04 | Travel with T. Woehlke to Chicago and prepare for meeting with Bank of America and its counsel re cash use and financial performance issues | JRB | 3.50 | 1,242.50 |
| 03/07/04 | Prepare for meeting with Bank of America and its counsel re cash use and financial performance issues | JRB | 1.00 | 355.00 |
| 03/07/04 | Prepare for meeting in Chicago with Bank of America's counsel | JRB | 1.50 | 532.50 |
| 03/08/04 | Pre-meeting with T. Woehlke, D. Maude, J. Ancel and J. Burns to prepare for negotiations with Bank of America and | SAC | 7.20 | 2,808.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | GEMAC Business Finance (1.0); meeting and negotiations with Bank of America and GEMAC Business Credit and their respective attorneys, such negotiations relating to extension of cash use order, DIP financing, support of plan of reorganization and post-confirmation financing (5.5); post-meeting conference with J. Ancel regarding next steps and regarding strategies related to negotiations with Bank of America and GEMAC Business Credit and teleconference with D. Batty, counsel for GEMAC Business Credit (0.7). | | | |
| 03/08/04 | Participate in meeting with Bank of America and its counsel re cash use and financial performance issues | JRB | 5.00 | 1,775.00 |
| 03/08/04 | Analyze file and respond to inquiry re potential damages in March v. Auburn Foundry case; conduct research and respond to inquiry about potential damages in Martin ERISA Sec. 510 claim | DDP | .90 | 243.00 |
| 03/08/04 | Complete draft of letter requesting production of documents and revise to reflect additional e-mail correspondence provided by J. Burns (1.4) | JTT | 1.40 | 294.00 |
| 03/08/04 | Return travel to Fort Wayne with T. Woelhke and confer re cash use, financial performance and plan development issues | JRB | 3.50 | 1,242.50 |
| 03/08/04 | Prepare for meeting with Bank of America and its counsel re cash use and financial performance issues | JRB | 1.50 | 532.50 |
| 03/08/04 | Office conference with D. Powers re application to engage pension professionals (.1); continue extensive work on plan drafting and development (6.0); attend hearing on Bank of America conversion motion (.2); telephone conference with Attorney Shipley in advance of same (.1); review final DIP order, office conference re service of same per Order (.2); follow-up office conferences with paralegal re updates to schedules (.3); telephone conference with creditor re question re proof of claim (.1) | MAW | 7.00 | 1,540.00 |
| 03/08/04 | Work on Claims register; research mechanic's liens; work on litigation report for Statement of Financial Affairs; talk with D. Ewing regarding creditor; work on creditor matrix; work on Creditor Information | DSM | 5.60 | 588.00 |
| 03/08/04 | Phone conference re status of pending litigation matters and potential cost exposure on each; email to client re costs; research laws to determine potential costs of pending litigation | MML | 1.80 | 396.00 |
| 03/09/04 | Call from M. Starshak regarding subpoena for testimony (0.1); call from D. Maude regarding M.Starshak and regarding his preliminary negotiations with GE Capital, and respecting | SAC | .50 | 195.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | potential changes to equity credits in plan of reorganization to reflect benefits received from normalization of credit relationships post-confirmation (0.2); provide direction and explanations to J. Tempel respecting scope of document production and document review to be conducted in Chicago (i.e., types of documents to be found, evidence being sought and issues on which evidence is being sought) (0.2). | | | |
| 03/09/04 | Office conference re pension issues re development of plan of reorganization; conduct research re same; telephone conference J. Rose of Mellon re same | DDP | 1.00 | 270.00 |
| 03/09/04 | Work on discovery responses and consideration of discovery needs prior to final cash use hearing | JRB | .50 | 177.50 |
| 03/09/04 | Review budget and projections and determination of potential error in spreadsheet cells | JRB | .50 | 177.50 |
| 03/09/04 | Correspondence to D. Maude re potential error and follow-up re same in spreadsheet | JRB | .30 | 106.50 |
| 03/09/04 | Correspondence to Bank of America's counsel re error in cell structure of budget program and follow-up re same | JRB | .40 | 142.00 |
| 03/09/04 | Work on budget projections and financial issues related thereto | JRB | .90 | 319.50 |
| 03/09/04 | Review court order and e-mail D. Heller re same | JRB | .30 | 106.50 |
| 03/09/04 | Correspondence from D. Maude re BBK information request and consideration of scheduling and priority issues in preparing bankruptcy court filings | JRB | .40 | 142.00 |
| 03/09/04 | Telephone call with D. Maude re cash use and required filings | JRB | .30 | 106.50 |
| 03/09/04 | Analysis of BBK information request | JRB | .40 | 142.00 |
| 03/09/04 | Prepare for continued hearing on cash use | JRB | 1.30 | 461.50 |
| 03/09/04 | Participate in Board Meeting and consideration of issues raised | JRB | 1.30 | 461.50 |
| 03/09/04 | Work on projections | JRB | .40 | 142.00 |
| 03/09/04 | Telephone calls with J. Burns concerning discovery request letter (.2) | JTT | .20 | 42.00 |
| 03/09/04 | Telephone call with D. Maude re budget projections, including analysis of current draft through April | JRB | .80 | 284.00 |
| 03/09/04 | Draft correspondence to Bank of America counsel | JRB | .30 | 106.50 |
| 03/09/04 | Work on claims register; aged payables; telephone conference with Becket & Lee regarding American Express Proof of Claim; research regarding mechanic's liens | DSM | 5.60 | 588.00 |
| 03/09/04 | Telephone conferences re appointment of pension | MAW | 6.00 | 1,320.00 |

## Baker & Daniels

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | professionals (.2); draft discovery responses, objections re Bank of America interrogatories, requests for production of documents (1.0); review miscellaneous case e-mail (.2); telephone conference with D. Maude re pension issues (.2); follow-up office conference with D. Powers re same (.2); continue legal research re proper treatment of pension issues in proposed plan (2.0); continue drafting work on plan development (2.2) | | | |
| 03/10/04 | Analyze exposure on IOSHA matters in connection with bankruptcy schedules; office conference D. McMeen re same; telephone conference G. Dale re status and strategy re same; analyze email inquiry from D. Maude re workers compensation issues in bankruptcy; conduct research re same; telephone conference D. Maude re same and pension issues re bankruptcy | DDP | 1.50 | 405.00 |
| 03/10/04 | Prepare for final hearing on cash use | JRB | .70 | 248.50 |
| 03/10/04 | Exchange signature pages with General Motors' counsel | JRB | .20 | 71.00 |
| 03/10/04 | Consideration of motion to approve | JRB | .20 | 71.00 |
| 03/10/04 | Exchange correspondence with D. Heller re cash use issues | JRB | .50 | 177.50 |
| 03/10/04 | Analysis and consideration of Bank of America's motion for adequate protection and appropriate response to same | JRB | .80 | 284.00 |
| 03/10/04 | Exchange of correspondence with D. Heller re same | JRB | .20 | 71.00 |
| 03/10/04 | Evaluation of financial performance information and comparison to budget projections | JRB | .70 | 248.50 |
| 03/10/04 | PACER search regarding pension plan termination; iManage search regarding Plan of Reorganization; acquire and e-mail form to client | DSM | 4.10 | 430.50 |
| 03/10/04 | Prepare for final hearing on cash use and discovery related to same | JRB | 1.30 | 461.50 |
| 03/10/04 | Work on Plan issues | JRB | .50 | 177.50 |
| 03/10/04 | Review miscellaneous case e-mail re discovery, cash use issues (.3); review and revise discovery responses (.3); re plan, review research on section 1113 collective bargaining agreements and assess same in light of plan provisions (1.0); continue work on plan and disclosure statement (1.5); office conferences with paralegal, e-mail D. Maude re development of schedules and SOFA (.6); office conference re potential engagement of professional claims agent (.1); telephone conference, e-mail D. Maude re compliance with UST follow-up requests (.2); continue work on examination of discovery | MAW | 4.30 | 946.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | requests, draft objections to same (.3) | | | |
| 03/10/04 | Exchange correspondence with D. Heller re PTO issue and possible continuance of final hearing | JRB | .60 | 213.00 |
| 03/11/04 | Office conference J. Burns re need for lift of stay in Osbun case and incorporating resolution of IOSHA cases into plan or reorganization; telephone conference G. Dale re IOSHA issues; office conference T. Eastom re same; office conference J. Sprouse re financial issues | DDP | 1.60 | 432.00 |
| 03/11/04 | Extended telephone call with D. Maude re budget and financial performance issues | JRB | .40 | 142.00 |
| 03/11/04 | Consideration of and response to issues raised | JRB | .30 | 106.50 |
| 03/11/04 | Prepare for final hearing on cash use and consideration of witnesses and exhibits for same | JRB | .80 | 284.00 |
| 03/11/04 | Telephone call with D. Heller re depositions and potential for extending interim cash use | JRB | .30 | 106.50 |
| 03/11/04 | Work on discovery issues and timing | JRB | .30 | 106.50 |
| 03/11/04 | Telephone call with D. Maude re BBK's request to bring foundry expert and other issues re cash use | JRB | .30 | 106.50 |
| 03/11/04 | Correspondence regarding and review of agreements with Tisamatic | JRB | .40 | 142.00 |
| 03/11/04 | Several exchanges of correspondence with bank counsel re depositions and document discovery related to cash use and potential for extending interim use of cash collateral and continuing hearing date | JRB | .50 | 177.50 |
| 03/11/04 | Work on Schedules and Statement of Affairs | JRB | .40 | 142.00 |
| 03/11/04 | Work on discovery responses | JRB | .30 | 106.50 |
| 03/11/04 | Work on rentention issues | JRB | .30 | 106.50 |
| 03/11/04 | Research whether grievance proceedings and EEOC preliminary investigations are stayed by the automatic stay under Section 362 of the Code (2.1) | JTT | 2.10 | 441.00 |
| 03/11/04 | Work on schedule issues and additional information needed | JRB | .60 | 213.00 |
| 03/11/04 | Work on schedules and statement of affairs for 3/12 filing, e-mail and telephone conference with D. Maude re same (2.0); review additional case e-mail re discovery, case development issues (.2); finalize and attend to delivery of discovery responses (.3); office conference, interoffice e-mail to J. Burns re same (.2); interoffice e-mail re retention issues for conflicts counsel (.2); office conference re retention issues re actuarial advisors (.1) | MAW | 3.00 | 660.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/11/04 | Check of claims register and docket; respond to e-mail from client; update claims register; telephone call to client regarding Lindsay Franklin; review of e-mail from client; work on Statement of Financial Affairs | DSM | 2.20 | 231.00 |
| 03/11/04 | Telephone call with M. Starshack re possible testimony and potential informal discussions with bank counsel | JRB | .30 | 106.50 |
| 03/11/04 | Consideration of issues re retaining Conflict Counsel | JRB | .30 | 106.50 |
| 03/11/04 | Consideration of IOSHA issues and appropriate response | JRB | .50 | 177.50 |
| 03/12/04 | Correspondence from D. Heller re cash use and respond to same | JRB | .30 | 106.50 |
| 03/12/04 | Revise Statement of Financial Affairs; telephone call with client; inter-office conference report on American Express claim; review mail; work on schedules | DSM | 11.30 | 1,186.50 |
| 03/12/04 | Collect and transmit to D. McMeen information re 401(k) plans in connection with bankruptcy schedules | DDP | .30 | 81.00 |
| 03/12/04 | Preparation for Final Hearing on use of cash collateral and DIP financing | JRB | 1.30 | 461.50 |
| 03/12/04 | Work on responses to Senior Lenders' discovery requests | JRB | .30 | 106.50 |
| 03/12/04 | Telephone call to M. McGrath re environmental issues | JRB | .30 | 106.50 |
| 03/12/04 | Office conference regarding land values for preparation of schedules to bankruptcy petition | JEH | .20 | 29.00 |
| 03/12/04 | Office conferences re schedules and SOFA, continue preparation work on same (1.8); interoffice e-mail re shortening notice for approval of cash use, DIP stipulations, legal research re standard for obtaining same; begin work on pleadings re same (1.5); begin drafting pleadings re approval of GM agreement (.4); continue attention to CBA, pension issues and effect of same on classification of claims in plan (1.5); review case e-mail re cash use, discovery issues (.3) | MAW | 5.50 | 1,210.00 |
| 03/12/04 | Conference call with J. Burns and M. Hinds concerning nature of documents to be identified in connection with discovery to be conducted at the offices of Latham and Watkins in Chicago, Illinois (0.4) | JTT | .40 | 84.00 |
| 03/12/04 | Follow-up re environmental issues | JRB | .30 | 106.50 |
| 03/12/04 | Consideration of and exchange correspondence with D. Heller re extension of Cash Collateral use and extension of DIP Order | JRB | .70 | 248.50 |
| 03/12/04 | Conference call with M. Hines and J. Temple to prepare for document inspection | JRB | .40 | 142.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/12/04 | Correspondence to D. Heller re necessary motions and notices | JRB | .20 | 71.00 |
| 03/12/04 | Continue work on necessary motions and notices | JRB | .20 | 71.00 |
| 03/12/04 | Correspondence from D. Heller confirming desire to continue cash collateral use and DIP facility until after a 4/19 Final hearing | JRB | .20 | 71.00 |
| 03/12/04 | Follow-up with other counsel involved and begin preparation of necessary motions and notices | JRB | .50 | 177.50 |
| 03/12/04 | Review inquiry from J. Athanas re discovery issues | JRB | .20 | 71.00 |
| 03/12/04 | Follow-up re timing and nature of production | JRB | .20 | 71.00 |
| 03/12/04 | Cancel our scheduled document review in Chicago | JRB | .20 | 71.00 |
| 03/12/04 | Respond regarding timing of production | JRB | .20 | 71.00 |
| 03/12/04 | Work on new interim cash use agreement | JRB | .40 | 142.00 |
| 03/13/04 | Work on continued DIP financing and pleadings related to continuation of hearing | JRB | .60 | 213.00 |
| 03/13/04 | Revise schedules; file same | DSM | 4.40 | 462.00 |
| 03/13/04 | Work on and consideration of Plan issues | JRB | .50 | 177.50 |
| 03/13/04 | Exchange correspondence with Senior Lender counsel re continued cash collateral use and related pleadings | JRB | .30 | 106.50 |
| 03/13/04 | Finalize work on schedules and statement of financial affairs with D. McMeen (2.5); revise and finalize filings for approval of cash use, DIP orders, motions to shorten notice re same (1.5) | MAW | 4.00 | 880.00 |
| 03/13/04 | Work on SOFA and schedules | JRB | .60 | 213.00 |
| 03/13/04 | Analysis and consideration of budget and financial performance issues | JRB | .50 | 177.50 |
| 03/13/04 | Work on pleadings re continued cash collateral use | JRB | .60 | 213.00 |
| 03/14/04 | Confirm SOFA filing and follow-up re same | JRB | .20 | 71.00 |
| 03/14/04 | Consideration of revised discovery schedule and necessary depositions | JRB | .30 | 106.50 |
| 03/15/04 | Address conflict counsel issues and determine appropriateness of timing for retention of conflict counsel by Auburn Foundry (0.5); review emails from D.Heller, H.Efroymson and D.Maude and respond to same (0.5); confer with J.Jenkins respecting conflict counsel issues (0.4); confer with J.Ancel regarding cash needs of Auburn Foundry and AF Lending Group's willingness to increase committed funds and respecting issues related to cash use and development of a reorganization plan (0.3); review Latham & Watkins revisions | SAC | 2.20 | 858.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | to Orders for DIP financing and cash use extensions and confer with M.Werling regarding these changes (0.5). | | | |
| 03/15/04 | Telephone conferences, e-mail client re responses to Bank of America discovery requests (.5); continue work on cash use, DIP pleadings, exchange e-mail revision with other counsel re same (1.0); review miscellaneous case e-mail (.2); e-mail Bank counsel re discovery issues (.2); interoffice e-mail, telephone conference with S. Claffey re discovery, cash use status (.3); work on statement of insider compensation, attorney fee disclosure (.5) | MAW | 2.70 | 594.00 |
| 03/15/04 | Draft Statement of Insider Compensation; work on claims register; update Creditor Matrix; update A/P spreadsheet to reflect payments over $600 within 90 days of bankruptcy filing | DSM | 6.70 | 703.50 |
| 03/16/04 | Review and respond to emails from T.Woehlke and D.Maude (0.3); teleconference with D.Maude regarding value of and proposed rejection of contracts with AF Mex/Tisamatic and with AF Europe (0.5); conference with J.Ancel regarding DIP financing issues (0.1); attention to discovery demands of Bank of America and coordination of responses to same, including approval by Auburn Foundry to produce all corporate documents excluding privileged documents (0.4); attention to GMAC communications, including conference with J.Ancel respecting his discussions with D.Batty and confer with J.Ancel regarding cash issues (0.3); confer with M.Werling regarding timing and status of responses from Bank of America respecting proposed orders for extension of cash use and DIP financing (0.2); emails to and from D.Heller (0.3); teleconferences with J.Burns and M.Werling regarding timing of discovery, including specifically timing of document production and the extent of documents to be produced (with a focus toward full production with limited, if any, objections) (0.7); call to M.Werling to provide direction to him in framing document request response (0.1); participate in Auburn Foundry Board of Directors meeting (1.1); confer with J.Ancel regarding new money, Stairway Capital and issues related to rejection of Tisamatic consulting agreement (0.3); evaluate conflict of interest issues as related to certain creditors of Auburn Foundry and their counsel (0.2). | SAC | 4.50 | 1,755.00 |
| 03/16/04 | Review Monthly Operating Report for February 2004; check claims docket; telephone phone call from client; prepare e-mail requesting additional addresses | DSM | 1.80 | 189.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/16/04 | Additional extensive e-mail re cash use, DIP orders; review and revise same accordingly (2.0); telephone conferences with Bank counsel re same (.3); e-mail, telephone conference with client re discovery issues (.2); e-mail to and from Bank counsel re discovery schedule issues (.4); office conference with S. Claffey, J. Burns re strategy for final hearing, review discovery requests in light of same (.8); review and comment on debtor's proposed scheduling order, additional revisions re same (.5) | MAW | 4.20 | 924.00 |
| 03/16/04 | Consideration of discovery demands raised by Bank of America and attempt to link same to cash use | JRB | 1.30 | 461.50 |
| 03/17/04 | Review new draft of Accommodation Agreement received from Latham & Watkins and confer with T.Woehlke regarding his views on this agreement (0.4); conference with D.Heller respecting normalization of relationship (0.2); conference with D.Heller and J.Ancel regarding Bank of America and GMAC position on normalizing lender-debtor relationship (1.3). | SAC | 1.90 | 741.00 |
| 03/17/04 | Extensive e-mail to and from counsel re finalization of cash use pleadings; finalize same for filing (2.5); telephone conferences re same (.3); office conference with D. Powers re application of the automatic stay to disability matter pending in district court (.2); review and approve discovery scheduling order (.3); review professional appointment orders, e-mail to and from creditors counsel re same (.3); review D. Maude e-mail re monthly operating reports (.2) | MAW | 3.80 | 836.00 |
| 03/17/04 | Work on claims register; claims questions | DSM | 1.40 | 147.00 |
| 03/18/04 | Prepare emails to M.Werling regarding actions to be taken with respect to interim orders, and filings given positive negotiations with D.Heller respecting cash use and plan of reorganization (0.3). | SAC | .30 | 117.00 |
| 03/18/04 | Reviewing Monthly Operating Reports, draft Statement of Insider Compensation; obtain samples of said Statement; review of same; telephone call to D. Maude; work on revising Statement of Insider Compensation, telephone call and e-mail of same to D. Maude; file same | DSM | 3.50 | 367.50 |
| 03/18/04 | Review decision and order denying motions to shorten notice, e-mail to and from affected parties before and after same (1.0); office conference re status of statement of insider compensation (.1); telephone conference with GM counsel re supply contract pleadings (.1) | MAW | 1.40 | 308.00 |
| 03/19/04 | Revise creditor addresses; check claim register | DSM | .70 | 73.50 |