## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/19/04 | Prepare for and attend first meeting of creditors (2.0); finalize statement of insider compensation (.3); e-mail report to J. Burns, S. Claffey re same (.1); follow-up examination of issues raised re potential amendments to schedules (1.0); follow-up telephone conference with GM counsel re supply contract pleadings (.1) | MAW | 3.70 | 814.00 |
| 03/20/04 | Correspondence from and respond to H. Efroymson re cash use issues | JRB | .20 | 71.00 |
| 03/20/04 | Review status of financial performance and operational performance | JRB | .30 | 106.50 |
| 03/20/04 | Review correspondence re cash use hearing and respond to same | JRB | .20 | 71.00 |
| 03/22/04 | Claims register; letter to creditor regarding proof of claim | DSM | .60 | 63.00 |
| 03/22/04 | Work on Plan issues and development | JRB | .80 | 284.00 |
| 03/22/04 | Telephone call with D. Powers concerning Osbun case and research of Bankruptcy Code provisions related to priority for health plan contribution claims and related matters (.4) | JTT | .40 | 84.00 |
| 03/22/04 | Telephone conference with Bank counsel re adequate protection pre-trial conference (.2); review motion and assess potential response to same (.5); finalize pleadings re approval of GM supply contracts and deliver same to GM counsel (.5); review e-mail re case developments (.2) | MAW | 1.50 | 330.00 |
| 03/22/04 | Work on supply contract issues | JRB | .40 | 142.00 |
| 03/22/04 | Work on General Motors' contract issues and pleadings re same | JRB | .60 | 213.00 |
| 03/22/04 | Analysis of correspondence re Senior Lender's position and consideration of same | JRB | .40 | 142.00 |
| 03/22/04 | Consideration of grievance and employee relation issues affecting DIP | JRB | .40 | 142.00 |
| 03/22/04 | Telephone call with D. Maude re financial performance and collateral position | JRB | .30 | 106.50 |
| 03/22/04 | Prepare for interim cash use hearing | JRB | 1.30 | 461.50 |
| 03/22/04 | Emails with D.Maude and T.Woehlke respecting financial performance, cash collateral use issues and general bankruptcy reorganization issues and strategies (0.3); email to D.Heller respecting objections to BBK QS audit (0.4); email between J.Burns and myself regarding questions being raised respecting compensation to T.Borden (0.2); email from D.Heller respecting GM deal and prepare response to Mr. Heller respecting this settlement (0.5). | SAC | 1.40 | 546.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/23/04 | Prepare for and extended telephone conference call with D. Maude regarding cash use, operations, DIP financing and potential Plan issues | JRB | 1.20 | 426.00 |
| 03/23/04 | Confer with J.Burns regarding identification and formerly of documents required for production by Bank of America and GMAC Business Credit and respecting D.Heller offer of informal production/or formal production, if desired and respecting Heller offer regarding continued cash use and regarding Heller flap respecting General Motors attack on company and settlement of GM claims (0.4); conference with T.Woelkhe and D.Maude regarding numerous corporate and reorganization issues, including terms of long term cash use order and financial reporting required to senior lenders and regarding document disclosure matters (1.8); prepare email to D.Heller regarding terms of General Motors deal (0.3); confer with G.Dale regarding IOSHA issues respecting air quality and impact on reorganization efforts (0.3); email with D.Battey regarding Hongniman Miller Chinese Wall (0.1); participate in Board meeting (1.1); prepare outline of stipulated terms for extended cash use order and circulate for comments to D.Maude, T.Wohelke, D.Hunter and J.Burns (0.7). | SAC | 5.70 | 2,223.00 |
| 03/23/04 | Prepare for hearing on continued cash use | JRB | .70 | 248.50 |
| 03/23/04 | Telephone call with T. Woehlke re General Motors' contract and other operational issues | JRB | .30 | 106.50 |
| 03/23/04 | Telephone call with S. Berlin re DIP and Exit Financing | JRB | .30 | 106.50 |
| 03/23/04 | Follow-up and consideration of opportunities for replacement financing | JRB | .30 | 106.50 |
| 03/23/04 | Prepare for and attend pre-trial conference re motion for adequate protection filed by Bank of America | JRB | .90 | 319.50 |
| 03/23/04 | Work on Conflict Counsel issues and retention | JRB | .40 | 142.00 |
| 03/23/04 | Prepare for and participate in Board of Directors' call re operational results and bankruptcy status | JRB | 1.20 | 426.00 |
| 03/23/04 | Review correspondence re financing issues | JRB | .20 | 71.00 |
| 03/23/04 | Work on proposal to Senior Lenders for final cash use order | JRB | .40 | 142.00 |
| 03/23/04 | Participate in Board of Directors conference call | JRB | 1.00 | 355.00 |
| 03/23/04 | Prepare for and participate in pre-trial conference on adequate protection issues (.7); review e-mail from GM counsel re supply contracts, finalize pleadings re same (.5); begin work on formal discovery responses for 3/26 deadline (.5); | MAW | 3.00 | 660.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | telephone conference with Bank counsel re same (.1); resume work on plan development (1.2) | | | |
| 03/23/04 | Work on claims register | DSM | .30 | 31.50 |
| 03/23/04 | Attend pre-trial conference re motion for adequate protection filed by Bank of America | JRB | 1.50 | 532.50 |
| 03/23/04 | Research special priority rules for health care plan contribution claims under Section 562(a)(4) of the Code and cases interpreting same (.6) | JTT | .60 | 126.00 |
| 03/24/04 | Conference with M.McGrath regarding ongoing environmental compliance obligations and licensing/permit obligations to be satisfied by Auburn Foundry, debtor in possession (0.2); call from R.Wynne of City Securities respecting potential new investor (0.1); emails from T.Woehlke and J.Burns regarding proposed terms for extension of cash use order (0.3); calls to J.Ancel respecting expansion of DIP facility and potential participation by GMAC indepth financing and respecting related issues pertinent to conversion of DIP financing into Newco equity (0.4). | SAC | 1.00 | 390.00 |
| 03/24/04 | Analysis and consideration of priority of claim against employer medical plan | JMC | .40 | 164.00 |
| 03/24/04 | Work on General Motors' Agreement issues and pleadings re same | JRB | .80 | 284.00 |
| 03/24/04 | Finalize negotiations re GM supply contract motions, related e-mail, office conferences concerning same (1.8); review docket, status of provisional fee payment motions (.2) | MAW | 2.00 | 440.00 |
| 03/24/04 | Follow-up re financing issues and exchange correspondence with T. Woehlke re same | JRB | .30 | 106.50 |
| 03/24/04 | Preparation for cash Use hearing | JRB | .80 | 284.00 |
| 03/24/04 | Consideration of Plan issues re Senior Lender issues | JRB | .30 | 106.50 |
| 03/24/04 | Research and review bankruptcy cases discussing when claims for contributions of an ERISA plan are accorded special priority under the Code and any constraints placed upon the debtor in settling such claims (1.2) | JTT | 1.20 | 252.00 |
| 03/24/04 | Work on General Motors' account issues and agreement re same | JRB | .50 | 177.50 |
| 03/25/04 | Analyze pension issues and consideration of options for dealing with same in reorganization | DDP | 3.20 | 864.00 |
| 03/25/04 | Consideration of potential objections by Bank of America to General Motors' Agreement and analysis of appropriate | JRB | .80 | 284.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | response to same | | | |
| 03/25/04 | Call from J.Ancel regarding GMAC participation in DIP financing (0.1); call from D.Maude regarding DIP financing issues (0.2); emails from T.Woehlke regarding accommodation agreement shortcomings and respecting scheduling of GM work demands (0.2). | SAC | .50 | 195.00 |
| 03/25/04 | Prepare for and represent Auburn Foundry at hearing on cash collateral and DIP financing | JRB | .90 | 319.50 |
| 03/25/04 | Work on budget and cash use issues | JRB | .50 | 177.50 |
| 03/25/04 | Review correspondence from J. Athanas re Bank of America concerns with General Motors' agreement and consideration of appropriate response | JRB | .50 | 177.50 |
| 03/25/04 | Prepare for and attend cash use hearing (1.0); office conference with D. Powers re pension issues (.3); office conferences re GM, plan issues, review e-mail re same (.3); telephone conference with case administrator, office conference re provisional fee payment motion (.1); review miscellaneous case correspondence (.3); work on notice for GM filings, office conferences re same (.3) | MAW | 2.30 | 506.00 |
| 03/25/04 | Review correspondence from H. Efroymson re Creditors' Committee concerns with General Motors' Agreement and respond to same | JRB | .50 | 177.50 |
| 03/25/04 | Check claims register | DSM | 1.00 | 105.00 |
| 03/25/04 | Telephone call with D. Maude re cash and operational issues | JRB | .30 | 106.50 |
| 03/25/04 | Consideration of issues raised and memo to J. Athanas | JRB | .30 | 106.50 |
| 03/25/04 | Telephone call with D. Maude re discovery and Cash Use hearing issues | JRB | .40 | 142.00 |
| 03/25/04 | Prepare e-mail to J. Burns and D. Powers posing follow-up questions with respect to Osbun research (.2) | JTT | .20 | 42.00 |
| 03/25/04 | Work on General Motors Agreement issues raised by Bank of America | JRB | .40 | 142.00 |
| 03/25/04 | Follow-up re employee compensation issues | JRB | .30 | 106.50 |
| 03/26/04 | Telephone call with D. Maude re BBK issues, discovery and General Motors' Agreement approval process | JRB | .30 | 106.50 |
| 03/26/04 | Check PACER for newly filed claims; addition of same to claims register | DSM | .50 | 52.50 |
| 03/26/04 | Consideration of and follow-up re issues raised by D. Maude | JRB | .40 | 142.00 |
| 03/26/04 | Prepare for and participate in extended telephone call with S. Berlin re potential DIP and Exit Financing | JRB | .50 | 177.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/26/04 | Work on cash use issues for final hearing and analysis of company financial information relevant to same | JRB | 1.10 | 390.50 |
| 03/26/04 | Work on professional fee issue and notice requirements for same | JRB | .40 | 142.00 |
| 03/26/04 | Work on appointment pleadings for Mellon, telephone conference with J. Rose re same (1.0); review order on provisional fees, telephone conference with case administrator, office conference with J. Burns re same, follow-up research re same (1.2); work on formal discovery responses, telephone conferences with D. Maude, C. Reckler re same (1.0); review e-mail re GM issues (.2); research D. Maude expense reimbursement question and follow-up with D. Maude re same (.8) | MAW | 4.20 | 924.00 |
| 03/27/04 | Continue work on formal discovery responses | MAW | .50 | 110.00 |
| 03/27/04 | Receive and review correspondence from J. Athanas re General Motors' Agreement, consider appropriate response and reply to issues raised | JRB | .40 | 142.00 |
| 03/28/04 | Work on Plan issues | JRB | .40 | 142.00 |
| 03/28/04 | Consideration of cash and budget issues | JRB | .30 | 106.50 |
| 03/28/04 | Work on amended creditor matrix to include newly discovered creditors, assess proper classification of debts to IOSHA, IDEM (.5); continue resumption of work on plan development (1.0) | MAW | 1.50 | 330.00 |
| 03/29/04 | Analysis of insurance renewal issues and consideration of proper means to handle | JRB | .40 | 142.00 |
| 03/29/04 | Check of claims register; update register maintained in office; work on creditor mailing listing | DSM | 2.50 | 262.50 |
| 03/29/04 | Complete interrogatory, request for production responses, e-mail, telephone conference with D. Maude re same (1.2); edit Mellon actuarial filings (.5); check rules re provisional fee pleadings and prepare Notice re same (.6); review case e-mail re property tax liabilities, related issues (.2); finalize attorney fee disclosure statement, office conference with paralegal re same (.4); review insurance materials, assess need for motion under section 364, e-mail J. Burns re same (1.5) | MAW | 4.40 | 968.00 |
| 03/29/04 | Work on interim payment notice issues | JRB | .30 | 106.50 |
| 03/29/04 | Telephone call to G. Shipley re interim payment notice issues | JRB | .20 | 71.00 |
| 03/29/04 | Telephone call with M. Preston re asset disposition services and company's lack of interest | JRB | .20 | 71.00 |
| 03/29/04 | Legal research re post-petition setoffs | JVG | 1.50 | 345.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/29/04 | Telephone call with J. Athanas re General Motors | JRB | .20 | 71.00 |
| 03/29/04 | Correspondence from D. Maude concerning discovery issues and consideration of issues raised therein | JRB | .40 | 142.00 |
| 03/29/04 | Correspondence from T. Woelhke re scrap prices and consideration of impact on General Motors' Agreement | JRB | .40 | 142.00 |
| 03/30/04 | Analyze pension issues and Osbun claim issues; office conference re same | DDP | .50 | 135.00 |
| 03/30/04 | Conference with J.Ancel regarding changes in cash flow projections, both by D.Maude and BBK and respecting BBK's reconciliation with D.Maude numbers and in particular with respect to the impact on debtor-in-possession financing needs and fulfillments (0.3); participate in Board of Directors' meeting (0.8); prepare email to J.Ancel respecting draft proposed terms for extension of cash use order (0.3); prepare email to T.Woehlke respecting response to be made to shareholder request for valuation of outstanding stock (0.2); email to D.Maude requesting copies of new cash flows which have been provided to Bank of America and BBK (0.1). | SAC | 1.80 | 702.00 |
| 03/30/04 | Follow-up e-mail, analysis re insurance-related motion (.8); participate in telephone conference with potential investment advisor (.5); finalize Mellon appointment pleadings for filing, check rule re proper notice for same (.3); continue edits to discovery responses (.2) | MAW | 1.70 | 374.00 |
| 03/30/04 | Extended telephone call with A. Chidester and E. McBride re DIP and Exit Financing | JRB | .40 | 142.00 |
| 03/30/04 | Update claims register; work on creditor mailing list | DSM | 1.30 | 136.50 |
| 03/30/04 | Evaluation of potential financing issues | JRB | .30 | 106.50 |
| 03/30/04 | Telephone call with J. Ancel re financing issues | JRB | .30 | 106.50 |
| 03/30/04 | Telephone call with D. Maude re Insurance Premium Financing Agreement | JRB | .30 | 106.50 |
| 03/30/04 | Analysis of Insurance Premium Financing documents and necessary changes to tendered forms | JRB | .40 | 142.00 |
| 03/30/04 | Follow-up telephone call with D. Maude re same | JRB | .20 | 71.00 |
| 03/30/04 | Legal research re post-petition contract issues and setoffs of same | JVG | 2.50 | 575.00 |
| 03/30/04 | Review weekly financial report | JRB | .20 | 71.00 |
| 03/30/04 | Review fee application by Creditors' Committee counsel | JRB | .30 | 106.50 |
| 03/30/04 | Telephone call with D. Maude re General Motor payments and requirement that all post-petition be paid while motion | JRB | .40 | 142.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | pending | | | |
| 03/31/04 | Work on final cash use issues and proposal to Bank of America re same | JRB | .70 | 248.50 |
| 03/31/04 | Exchange correspondence with M. Starshack re final hearing testimony | JRB | .30 | 106.50 |
| 03/31/04 | Revise and finalize written discovery responses (.5); review interoffice e-mail re case developments (.2); locate cash use stipulation and e-mail J. Burns re same (.4); e-mail to, from GM counsel re adequate protection motion (.2); prepare and deliver to D. Maude revised insurance policy pleadings (.7); follow-up e-mail re same (.2) | MAW | 2.20 | 484.00 |
| 03/31/04 | Telephone call with D. Maude re tax issue and reporting | JRB | .20 | 71.00 |
| 03/31/04 | Follow-up re inquiry re tax issues | JRB | .20 | 71.00 |
| 03/31/04 | Follow-up re financing issues | JRB | .30 | 106.50 |
| 03/31/04 | Work on cash use issues for final hearing | JRB | .50 | 177.50 |
| 03/31/04 | Review latest version of BBK and consideration of implications of same for cash use and Plan development | JRB | .50 | 177.50 |
| 03/31/04 | Draft portion of proposal to Senior Lenders for final cash use order | JRB | .30 | 106.50 |
| 03/31/04 | Correspondence exchange re proposal | JRB | .20 | 71.00 |
| 03/31/04 | Review correspondence regarding bank's request for document support of sales and consideration of issues raised | JRB | .40 | 142.00 |
| 03/31/04 | Legal research re post-petition supply contracts and breach thereof | JVG | 1.00 | 230.00 |
| 03/31/04 | Review latest cash flow and budget worksheets | JRB | .30 | 106.50 |
| 03/31/04 | Consideration of cash use and Plan development issues | JRB | .30 | 106.50 |
| 03/31/04 | Review claims register; update same | DSM | 1.10 | 115.50 |
| 03/31/04 | Analyze draft Form 5330 tax return prepared by Mellon; conduct research re relevant IRS sections re same; office conference J. Burns re implications of bankruptcy on potential tax liability arising out of under funding of pension plan | DDP | 1.10 | 297.00 |
| 03/31/04 | Call from J.Ancel regarding status of negotiations with GMAC for its participation in DIP financing and to review implications of current projections to DIP financing and to reorganization plan, and to review shortcomings in BBK financial analysis (0.9); conference with J.Burns regarding developments, GM motion objections and BBK evaluation issues and respecting timing of communication of proposed cash use order terms to D.Heller (0.3); conference with | SAC | 1.70 | 663.00 |

## Baker & Daniels

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | D.Maude regarding errors in BBK's projections and regarding the mechanics of a borrowing base formula in a cash use order, as requested by Bank of America (0.5). | | | |
| 03/31/04 | Analysis of BBK report and consideration of implications for final cash use hearing and Plan development | JRB | .60 | 213.00 |
| | Total Services..................................................................Hours | | 806.60 | 213,565.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 02/08/04 | Miscellaneous - Firm Mastercard Charge - Electronic Filings | | | 839.00 |
| | Total For  Miscellaneous | | | 839.00 |
| 03/05/04 | Copying Charge -  Bankruptcy Court - Vendor:Deb McMeen | | | 18.50 |
| | Total For  Copying Charge | | | 18.50 |
| 03/01/04 | Filing, Recording Fee - - Vendor:DeKalb County Recorder | | | 12.00 |
| | Total For  Filing, Recording Fee | | | 12.00 |
| 02/23/04 | Postage/Air/Express Delivery - - Vendor:United Parcel Service | | | 254.84 |
| 03/10/04 | Postage/Air/Express Delivery - - Vendor:United Parcel Service | | | 10.87 |
| | Total For  Postage/Air/Express Delivery | | | 265.71 |
| 03/08/04 | Travel/Lodging -  S. Claffey travel expense to attend meeting with Bank of America and GEMAC Business Credit | | | 11.20 |
| 03/08/04 | Travel/Lodging -  S. Claffey expenses in Chicago to attend meeting and negotiations with Bank of America and GEMAC Business Credit | | | 213.69 |
| | Total For  Travel/Lodging | | | 224.89 |
| 02/27/04 | Meals/Entertainment - - Reimb. for food for Auburn Foundry Vendor:Terri Wiley | | | 41.20 |
| | Total For  Meals/Entertainment | | | 41.20 |
| 03/08/04 | Mileage -  S. Claffey travel to/from Chicago to attend meeting and negotiations with Bank of America and GEMAC Business Credit | | | 123.75 |
| 03/09/04 | Mileage to Chicago for meetings regarding Auburn Foundry, Inc. bankruptcy - - Vendor:John R. Burns | | | 197.64 |
| | Total For  Mileage | | | 321.39 |

## Baker & Daniels

| Date | Description | Amount |
|---|---|---:|
| 01/30/04 | Computerized Research   Westlaw | 24.85 |
| 02/13/04 | Computerized Research   Westlaw | 35.17 |
| 02/13/04 | Computerized Research   Westlaw | 457.33 |
| 02/13/04 | Computerized Research   Westlaw | 62.60 |
| 02/13/04 | Computerized Research   Westlaw | 34.13 |
| 02/27/04 | Computerized Research   Westlaw | 764.07 |
| 02/27/04 | Computerized Research   Westlaw | 239.81 |
| 02/27/04 | Computerized Research   Westlaw | 24.98 |
| 02/27/04 | Computerized Research   Westlaw | 34.30 |
| 03/15/04 | Computerized Research   Westlaw | 34.91 |
| 03/15/04 | Computerized Research   Westlaw | 551.71 |
| 03/15/04 | Computerized Research   Westlaw | 66.36 |
| 03/15/04 | Computerized Research   Westlaw | 2.18 |
| 03/15/04 | Computerized Research   Westlaw | 59.89 |
| 03/31/04 | Computerized Research   Westlaw | 528.08 |
| 03/31/04 | Computerized Research   Westlaw | 90.47 |
| Total For | Computerized Research | 3,010.84 |
| 01/12/04 | Computerized Research   PACER | 240.87 |
| 03/31/04 | Computerized Research accessIndiana/CivicNet | 3.00 |
| Total For | Computerized Research - Other | 243.87 |
| 01/12/04 | Caller: N/A :  317 826-0883 | 6.98 |
| 01/30/04 | Caller: N/A :  260 925-4717 | 2.67 |
| 02/02/04 | Caller: N/A :  260 925-4575 | 0.76 |
| 02/04/04 | Caller: N/A :  317 826-0883 | 2.34 |
| 02/04/04 | Caller: N/A :  317 826-0883 | 2.12 |
| 02/05/04 | Caller: N/A :  317 713-3560 | 1.16 |
| 02/05/04 | Caller: N/A :  260 925-7978 | 1.74 |
| 02/05/04 | Caller: N/A :  260 925-2757 | 1.18 |
| 02/06/04 | Caller: N/A :  260 925-2757 | 0.40 |
| 02/06/04 | Caller: N/A :  260 925-2757 | 1.31 |
| 02/07/04 | Caller: N/A :  317 776-0446 | 0.68 |
| 02/08/04 | Caller: N/A :  630 942-9148 | 0.50 |
| 02/09/04 | Caller: N/A :  574 236-8105 | 1.97 |
| 02/09/04 | Caller: N/A :  313 465-7596 | 2.19 |

Case 04-10427-reg    Doc 237-7    Filed 04/23/04    Page 10 of 10

Page 50

BAKER & DANIELS

| | | |
|---|---|---|
| 02/10/04 | Caller: N/A : 937 298-2818 | 0.35 |
| 02/10/04 | Caller: N/A : 248 524-1444 | 0.38 |
| 02/10/04 | Caller: N/A : 630 820-9672 | 0.38 |
| 02/10/04 | Caller: N/A : 260 925-7978 | 0.40 |
| 02/10/04 | Caller: N/A : 260 925-8228 | 0.40 |
| 02/10/04 | Caller: N/A : 937 298-2818 | 0.43 |
| 02/10/04 | Caller: N/A : 609 267-5705 | 0.55 |
| 02/10/04 | Caller: N/A : 260 925-7978 | 0.60 |
| 02/10/04 | Caller: N/A : 260 925-7944 | 0.78 |
| 02/10/04 | Caller: N/A : 260 925-8044 | 0.86 |
| 02/10/04 | Caller: N/A : 260 925-7944 | 1.26 |
| 02/10/04 | Caller: N/A : 260 925-2712 | 1.01 |
| 02/11/04 | Caller: N/A : 260 925-7978 | 0.38 |
| 02/11/04 | Caller: N/A : 260 925-7978 | 2.32 |
| 02/11/04 | Caller: N/A : 260 925-7978 | 2.67 |
| 02/11/04 | Caller: N/A : 317 713-3560 | 2.34 |
| 02/11/04 | Caller: N/A : 317 826-0883 | 5.17 |
| 02/12/04 | Caller: N/A : 317 432-1596 | 0.43 |
| 02/12/04 | Caller: N/A : 248 244-1547 | 0.33 |
| 02/12/04 | Caller: N/A : 260 925-7943 | 0.66 |
| 02/12/04 | Caller: N/A : 313 465-7596 | 0.81 |
| 02/13/04 | Caller: N/A : 260 925-2757 | 2.75 |
| 02/16/04 | Caller: N/A : 260 925-7943 | 2.80 |
| 02/16/04 | Caller: N/A : 260 908-3930 | 2.57 |
| 02/16/04 | Caller: N/A : 260 925-7978 | 3.02 |
| 02/16/04 | Caller: N/A : 260 925-0900 | 5.54 |
| 02/17/04 | Caller: N/A : 260 925-7978 | 0.60 |
| 02/17/04 | Caller: N/A : 260 925-7978 | 1.01 |
| 02/17/04 | Caller: N/A : 260 925-2611 | 1.21 |
| 02/17/04 | Caller: N/A : 260 925-7978 | 1.51 |
| 02/17/04 | Caller: N/A : 260 925-7978 | 1.16 |
| 02/18/04 | Caller: N/A : 260 925-7978 | 1.26 |
| 02/18/04 | Caller: N/A : 260 925-7972 | 1.56 |
| 02/18/04 | Caller: N/A : 317 713-3500 | 1.81 |
| 02/19/04 | Caller: N/A : 312 876-7608 | 0.88 |