BAKER & DANIELS

| 02/19/04 | Caller: N/A : 260 925-7978 | 1.16 |
| 02/19/04 | Caller: N/A : 260 925-0900 | 1.18 |
| 02/19/04 | Caller: N/A : 312 876-7663 | 1.49 |
| 02/19/04 | Caller: N/A : 469 916-7117 | 2.29 |
| 02/20/04 | Caller: N/A : 260 925-0900 | 0.53 |
| 02/23/04 | Caller: N/A : 317 432-1596 | 1.29 |
| 02/24/04 | Caller: N/A : 260 925-7944 | 0.53 |
| 02/24/04 | Caller: N/A : 260 925-7978 | 2.49 |
| 02/25/04 | Caller: N/A : 260 925-7972 | 0.73 |
| 02/25/04 | Caller: N/A : 317 713-3560 | 2.12 |
| 02/25/04 | Caller: N/A : 317 826-0883 | 6.90 |
| 02/26/04 | Caller: N/A : 317 236-2397 | 0.83 |
| 02/26/04 | Caller: N/A : 260 925-7972 | 0.98 |
| 02/26/04 | Caller: N/A : 260 925-7978 | 1.54 |
| 02/26/04 | Caller: N/A : 313 465-7314 | 1.61 |
| 02/26/04 | Caller: N/A : 317 432-1596 | 1.97 |
| 02/26/04 | Caller: N/A : 260 925-0900 | 2.02 |
| 02/26/04 | Caller: N/A : 313 465-7314 | 2.82 |
| 02/26/04 | Caller: N/A : 260 925-7978 | 6.70 |
| 02/27/04 | Caller: N/A : 313 465-7314 | 0.40 |
| 03/01/04 | Caller: N/A : 260 925-7972 | 1.89 |
| 03/02/04 | Caller: N/A : 260 925-7978 | 1.99 |
| 03/02/04 | Caller: N/A : 312 876-7670 | 3.65 |
| 03/03/04 | Caller: N/A : 260 490-2319 | 3.05 |
| 03/03/04 | Caller: N/A : 260 497-9989 | 5.52 |
| 03/03/04 | Caller: N/A : 313 465-7596 | 0.40 |
| 03/03/04 | Caller: N/A : 260 908-3930 | 1.01 |
| 03/03/04 | Caller: N/A : 260 925-0900 | 1.08 |
| 03/03/04 | Caller: N/A : 317 713-3562 | 1.44 |
| 03/03/04 | Caller: N/A : 260 925-7972 | 1.49 |
| 03/03/04 | Caller: N/A : 313 465-7596 | 2.07 |
| 03/03/04 | Caller: N/A : 260 908-3930 | 5.17 |
| 03/04/04 | Caller: N/A : 260 925-7978 | 2.95 |
| 03/04/04 | Caller: N/A : 260 925-7972 | 0.66 |
| 03/04/04 | Caller: N/A : 260 925-7972 | 1.13 |

## BAKER & DANIELS

| | | |
|---|---|---:|
| 03/04/04 | Caller: N/A :  260 925-7978 | 3.50 |
| 03/04/04 | Caller: N/A :  313 465-7596 | 3.60 |
| 03/04/04 | Caller: N/A :  260 925-7972 | 6.63 |
| 03/05/04 | Caller: N/A :  313 465-7596 | 0.40 |
| 03/05/04 | Caller: N/A :  610 644-7800 | 0.58 |
| 03/05/04 | Caller: N/A :  317 713-3500 | 0.91 |
| 03/05/04 | Caller: N/A :  260 925-7972 | 1.11 |
| 03/08/04 | Caller: N/A :  260 925-7943 | 0.58 |
| 03/09/04 | Caller: N/A :  317 713-3500 | 0.43 |
| 03/09/04 | Caller: N/A :  610 644-7800 | 0.48 |
| 03/09/04 | Caller: N/A :  260 908-3930 | 2.47 |
| 03/09/04 | Caller: N/A :  260 925-7978 | 4.01 |
| 03/10/04 | Caller: N/A :  260 925-0900 | 2.32 |
| 03/11/04 | Caller: N/A :  260 925-0900 | 0.53 |
| 03/11/04 | Caller: N/A :  312 601-4231 | 1.39 |
| 03/11/04 | Caller: N/A :  260 925-7943 | 1.89 |
| 03/11/04 | Caller: N/A :  260 925-7978 | 2.09 |
| 03/12/04 | Caller: N/A :  260 925-7978 | 0.40 |
| 03/12/04 | Caller: N/A :  260 925-7978 | 0.60 |
| 03/12/04 | Caller: N/A :  260 925-0900 | 0.63 |
| 03/12/04 | Caller: N/A :  260 908-3739 | 1.06 |
| 03/12/04 | Caller: N/A :  260 925-7978 | 1.89 |
| 03/18/04 | Caller: N/A :  260 925-7943 | 0.78 |
| 03/18/04 | Caller: N/A :  260 925-7978 | 2.22 |
| 03/22/04 | Caller: N/A :  260 908-3930 | 2.82 |
| 03/23/04 | Caller: N/A :  317 443-5859 | 1.29 |
| 03/25/04 | Caller: N/A :  260 925-7943 | 0.40 |
| Total For | Long Distance Telephone | 194.28 |
| | | |
| 03/05/04 | Other Copying Expenses   Misc Copies | 6.25 |
| Total For | Other Copying Expenses | 6.25 |
| | | |
| 03/16/04 | Postage/Air/Express Delivery | 22.41 |
| Total For | Postage/Air/Express Delivery | 22.41 |
| | | |
| 02/10/04 | Telecopy | 3.80 |

## BAKER & DANIELS

| | | | |
|---|---|---|---|
| 02/10/04 | Telecopy | | 19.00 |
| 02/10/04 | Telecopy | | 93.10 |
| 02/10/04 | Telecopy | | 119.70 |
| 02/11/04 | Telecopy | | 13.30 |
| 02/11/04 | Telecopy | | 2.85 |
| 02/12/04 | Telecopy | | 12.35 |
| 02/18/04 | Telecopy | | 1.90 |
| 02/24/04 | Telecopy | | 1.90 |
| 02/24/04 | Telecopy | | 5.70 |
| 03/04/04 | Telecopy | | 3.80 |
| 03/05/04 | Telecopy | | 1.90 |
| 03/09/04 | Telecopy | | 6.65 |
| 03/10/04 | Telecopy | | 13.30 |
| 03/18/04 | Telecopy | | 8.55 |
| Total For | Telecopy | | 307.80 |
| | | | |
| 01/30/04 | Telephone | (260) 908-3930 - 12/31/03 | 2.24 |
| 01/30/04 | Telephone | (260) 925-7978 - 01/12/04 | 0.58 |
| 01/30/04 | Telephone | (260) 925-7975 - 01/12/04 | 0.64 |
| 01/30/04 | Telephone | (260) 760-4454 - 01/12/04 | 0.58 |
| 01/30/04 | Telephone | (231) 256-9575 - 01/12/04 | 0.51 |
| 01/30/04 | Telephone | (260) 760-4454 - 01/12/04 | 0.58 |
| 01/30/04 | Telephone | (260) 925-7978 - 01/20/04 | 0.65 |
| 01/30/04 | Telephone | (847) 945-0767 - 01/21/04 | 0.65 |
| 01/30/04 | Telephone | (260) 672-1278 - 01/26/04 | 3.43 |
| 01/30/04 | Telephone | (312) 961-3441 - 01/27/04 | 0.83 |
| 01/30/04 | Telephone | TeleSpan - Teleconference - 01/29/04 | 81.24 |
| 02/29/04 | Telephone | TelSpan - Teleconference - 02/04/04 | 41.05 |
| 02/29/04 | Telephone | TelSpan - Teleconference - 02/06/04 | 38.22 |
| 02/29/04 | Telephone | TelSpan - Teleconference - 02/07/04 | 96.99 |
| 02/29/04 | Telephone | TelSpan - Teleconference - 02/25/04 | 2.67 |
| Total For | Telephone | | 270.86 |
| | | | |
| 02/10/04 | Tabs | | 0.96 |
| 02/26/04 | Tabs | | 1.68 |
| 02/26/04 | Tabs | | 9.72 |

## BAKER & DANIELS

| | | | |
|---|---|---|---|
| 02/26/04 | Tabs | | 3.00 |
| 03/31/04 | Tabs | | 3.00 |
| 03/31/04 | Tabs | | 3.00 |
| 03/31/04 | Tabs | | 0.12 |
| 03/31/04 | Tabs | | 0.72 |
| 03/31/04 | Tabs | | 3.00 |
| Total For | Tabs | | 25.20 |

COPYING COSTS          3                    4,968.60

Total Disbursements..............................................................$          10,772.80

Total Services And Disbursements.....................................................$          224,337.80

# BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1166925 |
| Invoice Date | 04/23/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004426 | 213,565.00 | 10,772.80 | 224,337.80 |
| Total Invoice | 213,565.00 | 10,772.80 | 224,337.80 |

REMITTANCE COPY

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

April 23, 2004
Invoice Number 1166927

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0004427  Rowe, Sue Ann

Total Services............................$       108.00
Total Disbursements..................$        0.00

Total This Matter....................................................$     108.00

Total This Invoice...........................................................$      108.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

## BAKER & DANIELS
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  March 31, 2004
Invoice Number  1166927

0080031    Auburn Foundry, Inc.
0004427    Rowe, Sue Ann

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.0. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 03/31/04 | Confer with K. Plotner and K. Toner re: Bono's inquiry re: Auburn Foundry in anticipation of trial; confer with J. Ferber re: same | AFB | .60 | 108.00 |
| | Total Services.............................................................Hours | | 0.60 | 108.00 |
| | Total Services And Disbursements.....................................................$ | | | 108.00 |

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1166927 |
| Invoice Date | 04/23/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004427 | 108.00 | 0.00 | 108.00 |
| Total Invoice | 108.00 | 0.00 | 108.00 |

REMITTANCE COPY

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

April 23, 2004
Invoice Number 1166908

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2004 and not reflected on a prior bill:

0000060  IDEM

Total Services............................$        610.00
Total Disbursements..................$          8.72

Total This Matter...................................................$        618.72

Total This Invoice............................................................$        618.72

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  March 31, 2004
Invoice Number  1166908

0080031   Auburn Foundry, Inc.
0000060   IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/05/04 | Follow up with J. Brunson regarding status of records search regarding wetlands issue; prepare revised response to 17c | MFM | .90 | 274.50 |
| 03/08/04 | Telephone calls with D. McMeen regarding environmental cost estimates; e-mail confirmation | MFM | .30 | 91.50 |
| 03/12/04 | Review D. Weber email; telephone conference with J. Burns; telephone message to S. Claffey regarding issue | MFM | .60 | 183.00 |
| 03/24/04 | Conference with S. Claffey regarding environmental obligations | MFM | .20 | 61.00 |
| | Total Services............................................................ Hours | | 2.00 | 610.00 |

| Date | Disbursements | Total |
|---|---|---|
| 02/19/04 | Caller: N/A :  260 925-7939 | 1.11 |
| 03/05/04 | Caller: N/A :  260 925-7939 | 1.61 |
| | Total For  Long Distance Telephone | 2.72 |
| | COPYING COSTS | 6.00 |
| | Total Disbursements...........................................................$ | 8.72 |
| | Total Services And Disbursements...................................................$ | 618.72 |

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #        0080031
Invoice #       1166908
Invoice Date    04/23/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000060 | 610.00 | 8.72 | 618.72 |
| Total Invoice | 610.00 | 8.72 | 618.72 |



REMITTANCE COPY