IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on April 22, 2004.

The Debtor's application to approve monthly provisional payments to counsel for debtor-in-possession is GRANTED and debtor may make payments to the law firm of Baker & Daniels in accordance with the terms set forth therein.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1            Date Rcvd: Apr 22, 2004
Case: 04-10427              Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Apr 24, 2004.
dbpos       Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2004**              **Signature:**  _/s/ Joseph Speetjens_