UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.  04-10427 |
| | ) | |
| DEBTOR | ) | |

**O R D E R**

At Fort Wayne, Indiana, on April 23, 2004.

The court will not consider debtor's application to employ Mellon Consulting, Inc. nunc pro tunc until such time as notice of the application and the opportunity to object thereto has been served upon all creditors and parties interest, as required by N.D. Ind. L.B.R. B-2014-1(d) and B-2002-2.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Apr 23, 2004
Case: 04-10427              Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Apr 25, 2004.
dbpos      Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2004**          **Signature:**    _Joseph Speetjens_