# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>) |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on May 19, 2004 at 11:00 AM to consider and act upon the following:

Motion to reject executory contracts, Motion to approve post petition financing, and Motion to approve compromise filed by Debtor on March 24, 2004 and objection thereto filed by Bank of America

and such other business as may properly come before the court. You should be present in person or by counsel if you wish to be heard with regard thereto.

This matter has been scheduled on the court's miscellaneous calendar. No oral testimony will be received.

Dated at Fort Wayne , Indiana on April 27, 2004 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
1300 S. Harrison St.
P.O. Box 2547
Fort Wayne, Indiana 46801–2547

Document No. 241 – 175, 176, 177