IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**<u>ORDER</u>**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Motion to Approve Post-Petition Financing, and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, incorporating by reference as Exhibit "A" an amended and superceded Agreement between the Debtor and General Motors, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 335167v1