# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Fort Wayne Division

In Re: Debtor(s) (name(s) and address)          )
Auburn Foundry, Inc.                    )
35–0154360                            )
635 W. Eleventh Street                ) Case Number: 04–10427–reg –reg
Auburn, IN 46706                  )
)
)
)
)
)
) Chapter: 11
)
)
)
)
)
)

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in this case will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on May 19, 2004 at 11:00 AM to consider and act upon the following:

  Motion to reject executory contracts, Motion to approve post petition financing, and Motion to approve compromise filed by Debtor on March 24, 2004 and objection thereto filed by Bank of America

and such other business as may properly come before the court. You should be present in person or by counsel if you wish to be heard with regard thereto.

   This matter has been scheduled on the court's miscellaneous calendar. No oral testimony will be received.

Dated at Fort Wayne , Indiana on April 27, 2004 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
1300 S. Harrison St.
P.O. Box 2547
Fort Wayne, Indiana 46801–2547

Document No. 241 – 175, 176, 177

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: tlp              Page 1 of 1            Date Rcvd: Apr 27, 2004
Case: 04-10427               Form ID: 452            Total Served: 2


The following entities were served by first class mail on Apr 29, 2004.
dbpos     Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN  46706
crcmch    Citizens Gas & Coke Utility,   Michael McGauhey,   2950 Propect Street,   Indianapolis, IN  46203

The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2004                      Signature:     _Joseph Speetjens_