IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF PARTIAL WITHDRAWAL OF LIMITED OBJECTION**

Bank of America, National Association, as agent for the pre-petition secured lenders ("BofA"), by counsel, has no objection to the revised agreement (the "Revised Agreement") between Auburn Foundry, Inc. and General Motors Corporation ("GM") that the Debtor filed with the Court of April 29, 2004, which supersedes, amends and restates in its entirety the agreement for which the Debtor originally sought Court approval (the "Original Agreement"). Therefore, BofA hereby withdraws its limited objection dated April 14, 2004 to the Debtor's Motion to Approve Compromise and Motion to Reject Executory Contract. BofA understands that no post-petition financing is being sought from GM and thus does not withdraw its objection to the Debtor's Motion to Approve Post-Petition Financing which the Debtor should withdraw. BofA has no objection to the entry of proposed Orders filed by the Debtor on April 29, 2004 granting the Debtor's Motion to Approve Compromise and Motion to Reject Executory Contract and approving the Revised Agreement instead of the Original Agreement.

        SHIPLEY & ASSOCIATES

        By: */s/ Grant F. Shipley*
        Grant F. Shipley
        233 West Baker Street
        Fort Wayne, Indiana 46802-3413
        ATTORNEYS FOR THE SENIOR LENDERS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Withdrawal of Limited Objection was served by electronic mail or by first-class United States mail, postage prepaid, this 30th day of April, 2004, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

| | |
|---|---|
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| John R Burns, III<br>Mark A. Werling<br>Baker & Daniels<br>111 E. Wayne Street, #800<br>Fort Wayne, IN 46802 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN 46706 |

| | |
|---|---|
| Stephen E. Lewis | Lawrence S. Crowther |
| Haller & Colvin, P.C. | Wegman, Hessler & Vanderburg |
| 444 East Main Street | 6055 Rockside Woods Blvd., Suite 200 |
| Fort Wayne, IN 46802 | Cleveland, OH 44131 |

<u>**/s/** Grant F. Shipley</u>