IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          )
                                           )
AUBURN FOUNDRY, INC.                       )          Chapter 11
                                           )
              Debtor.                      )          BK Case No. 04-10427

## MOTION FOR AUTHORITY TO REJECT EXECUTORY CONTRACT FOR LEASE OF X-RAY EQUIPMENT

To the Honorable Robert E. Grant, Judge, United States Bankruptcy Court:

Comes now Auburn Foundry, Inc. ("AFI" or the "Debtor"), Debtor and Debtor-in-Possession, and now files its Motion for Authority to Reject Executory Contract for Lease of X-Ray Equipment with Marlin Leasing, OFC Capital Leasing, and Key Equipment Finance. In support hereof, the Debtor would show that:

1.      On February 8, 2004, the Debtor filed its voluntary petition under chapter 11.

2.      Since the filing of the petition, the Debtor has remained as Debtor-in-Possession, and has continued to operate its business.

3.      The Debtor is a party to certain leases with respect to various components of X-ray equipment, all as attached hereto collectively as Exhibit A and incorporated herein by reference (the "Contract").

4.      It is the business judgment of the Debtor that the Contract is not beneficial to this bankruptcy estate and is, accordingly, burdensome.

**WHEREFORE,** the Debtor prays for an Order granting its Motion to Reject Executory Contract for Lease of X-Ray Equipment, and for all other proper relief.

Respectfully submitted,

BAKER & DANIELS

By: /s/ John R Burns
       John R Burns (#3016-02)
       Mark A. Werling (#20426-02)
       111 East Wayne Street, Suite 800
       Fort Wayne, Indiana 46802
       Telephone:  (260) 420-8000
       Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Authority to Reject Executory Contract

for Lease of X-Ray Equipment was served by electronic mail or by first-class United States mail,

postage prepaid, this 30th day of April, 2004, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Marlin Leasing
Northeastern Division
124 Gaither Drive, Suite 170
Mount Laurel, NJ 08054

Adirondack Leasing Associates, Ltd.
620 Washington Avenue
Rensselaer, NY 12144

OFC Capital Leasing
A Division of ALFA Financial Corporation
Dept GA00010
PO Box 530101
Atlanta, GA  30353-0101

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Key Equipment Finance
66 So. Pearl Street
Albany, NY 12207

First Lake Capital and Funding Group, LLC
P.O. Box 71356
Marietta, GA 30002

Lake Union Leasing
2317 South Tacoma Way
Tacoma, WA 98409

**/s/** John R Burns