## PURCHASE ORDER



**auburn foundry, inc.**

635 WEST ELEVENTH STREET • AUBURN, INDIANA 46706-2199
(260) 925-0900 • FAX (260) 925-5197

**Our order number must appear on all correspondence, invoices, shipping papers, and packages.**

| | |
|---|---|
| ORDER NUMBER | 2049P2 |
| DATE | 8/27/02 |
| VENDOR NO. | 3920 |
| TERMS | On Receipt |
| SHIP VIA | |
| F.O.B. | |

Confirming
Do Not Duplicate

**Vendor must work towards 100% on time delivery**

TO
First Lake Capitol and Funding
Group, LLC
P.O. Box 71356
Marietta GA 30007

VENDOR MUST REPORT TO AUBURN FOUNDRY ANY FREIGHT THAT IS IN EXCESS OF NORMAL FREIGHT CHARGES.

PLEASE FURNISH THE FOLLOWING AS INSTRUCTED BELOW AND ACCORDING TO TERMS AND CONDITIONS SPECIFIED ON THE BACK OF THIS ORDER AND TO SPECIFICATIONS, DRAWINGS AND ADDITIONAL TERMS AND CONDITIONS REFERENCED HEREIN AND/OR ATTACHED HERETO.

| ITEM | DESCRIPTION | ACCOUNT NO. | QUANTITY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | Ship Entire Purchase Order to: | | | | | |
| | Auburn Foundry, Inc | | | | | |
| | 1537 West Auburn Drive | | | | | |
| | Auburn IN 46706 | | | | | |
| 1 | List of Equipment/Dp419 Radioscopic Imaging Chain. Imaging chain consists of the following components: *VistaLux 9/3 Image Intensifier and Camera. *9" Dual field high performance image intensifier *Integrated power supply *High resolution CCD camera with lens and mount *Vista Plus III Image Processing System. *Windows based operating | 40002 | 34 | MO | 2571.0000 | 87414.00 |

**SEND ACKNOWLEDGEMENT**

### IMPORTANT INSTRUCTIONS

◊ RENDER INVOICE IN DUPLICATE.
◊ WE RESERVE THE RIGHT TO CANCEL ORDER IF NOT FILLED AS REQUESTED.
◊ MATERIAL SAFETY DATA SHEET(S) MUST BE PROVIDED FOR ALL ITEMS LISTED ON THIS ORDER.
◊ PLEASE SUPPLY THE FOLLOWING AT PRICES NOT TO EXCEED THOSE LAST CHARGED OR QUOTED UNLESS PRICE IS SHOWN HEREON.
◊ PLEASE FURNISH IN ACCORDANCE WITH INSTRUCTIONS AND CONDITIONS ON BACK.
◊ TESTING OR INSPECTION LABORATORIES; 'COMMERCIAL INDEPENDENT CALIBRATION FACILITIES SHALL BE

*auburn foundry, inc.*

BY _____
PURCHASING AGENT

SEE BACKER COPY FOR TERMS AND CONDITIONS

## PURCHASE ORDER



**auburn foundry, inc.**
635 WEST ELEVENTH STREET • AUBURN, INDIANA 46706-2199
(260) 925-0900 • FAX (260) 925-8137

### Vendor must work towards 100% on time delivery

**Our order number must appear on all correspondence, invoices, shipping papers, and packages.**

| | |
|---|---|
| ORDER NUMBER | 2049P2 |
| DATE | 8/27/02 |
| VENDOR NO. | 3920 |
| TERMS | On Receipt |
| SHIP VIA | |
| F.O.B. | Confirming Do Not Duplicate |

TO

First Lake Capitol and Funding
Group, LLC
P.O. Box 71356
Marietta GA 30007

VENDOR MUST REPORT TO AUBURN FOUNDRY ANY FREIGHT THAT IS IN EXCESS OF NORMAL FREIGHT CHARGES.

PLEASE FURNISH THE FOLLOWING AS INSTRUCTED BELOW AND ACCORDING TO TERMS AND CONDITIONS SPECIFIED ON THE BACK OF THIS ORDER AND TO SPECIFICATIONS, DRAWINGS AND ADDITIONAL TERMS AND CONDITIONS REFERENCED HEREIN AND/OR ATTACHED HERETO.

| ITEM | DESCRIPTION | ACCOUNT NO. | QUANTITY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | system *Tools for image enhancement analysis and archival *19"UXGA high-resolution monitor. *Double Slit Diaphragm *Motorized two axis collimator for the image intensifier. | | | | | |
| | : 8/27/02    34.00 | | | | | |
| 2 | 10% Buy-Out at End of Lease | 40002 | 1 | LT | 7500.0000 | 7500.00 |
| | : 8/27/02    1.00 | | | | | |
| | ********************* Dave Weber                sc Cost of Equipment: $75,000.00 Monthly Payments:   $ 2,571.00 Lease Deposit:      $ 5,142.00 One-Time Document.:$   200.00 Site Inspection:   $   200.00 TOTAL DEPOSIT:     $ 5,542.00 | | | | | |

**SEND ACKNOWLEDGEMENT**

**auburn foundry, inc.**

BY

PURCHASING AGENT

**IMPORTANT INSTRUCTIONS**

① RENDER INVOICE IN DUPLICATE.
② WE RESERVE THE RIGHT TO CANCEL ORDER IF NOT FILLED AS REQUESTED.
③ MATERIAL SAFETY DATA SHEET(S) MUST BE PROVIDED FOR ALL ITEMS LISTED ON THIS ORDER.
④ PLEASE SUPPLY THE FOLLOWING AT PRICES NOT TO EXCEED THOSE LAST CHARGED OR QUOTED UNLESS PRICE IS SHOWN HEREON.
⑤ PLEASE FURNISH IN ACCORDANCE WITH INSTRUCTIONS AND CONDITIONS ON BACK.
⑥ TESTING OR INSPECTION LABORATORIES:

SEE BACKER COPY FOR TERMS AND CONDITIONS

# PURCHASE ORDER

 **auburn foundry, inc.**

635 WEST ELEVENTH STREET • AUBURN, INDIANA 46706-2199
(260) 925-0900 • FAX (260) 925-5137

## Vendor must work towards 100% on time delivery

**Our order number must appear on all correspondence, invoices, shipping papers, and packages.**

| | |
|---|---|
| ORDER NUMBER | 2Q49P2 |
| DATE | 8/27/02 |
| VENDOR NO. | 3920 |
| TERMS | On Receipt |
| SHIP VIA | |
| F.O.B. | |

Confirming
Do Not Duplicate

**TO**

First Lake Capitol and Funding
Group, LLC
P.O. Box 71356
Marietta GA 30007

VENDOR MUST REPORT TO AUBURN FOUNDRY ANY FREIGHT THAT IS IN EXCESS OF NORMAL FREIGHT CHARGES.

PLEASE FURNISH THE FOLLOWING AS INSTRUCTED BELOW AND ACCORDING TO TERMS AND CONDITIONS SPECIFIED ON THE BACK OF THIS ORDER AND TO SPECIFICATIONS, DRAWINGS AND ADDITIONAL TERMS AND CONDITIONS REFERENCED HEREIN AND/OR ATTACHED HERETO.

| ITEM | DESCRIPTION | ACCOUNT NO. | QUANTITY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | Project # 27-736 | | | | | |
| | ***************** | | | | | |
| | U.S. Dollars - General | | | | | |
| | TOTAL | | | | | 94914.00 |

**SEND ACKNOWLEDGEMENT**

*auburn foundry, inc.*

BY _Pam Anspaugh_
PURCHASING AGENT

## IMPORTANT INSTRUCTIONS

1) RENDER INVOICE IN DUPLICATE.
2) WE RESERVE THE RIGHT TO CANCEL ORDER IF NOT FILLED AS REQUESTED.
3) MATERIAL SAFETY DATA SHEET(S) MUST BE PROVIDED FOR ALL ITEMS LISTED ON THIS ORDER.
3) PLEASE SUPPLY THE FOLLOWING AT PRICES NOT TO EXCEED THOSE LAST CHARGED OR QUOTED UNLESS PRICE IS SHOWN HEREON.
3) PLEASE FURNISH IN ACCORDANCE WITH INSTRUCTIONS AND CONDITIONS ON BACK.
3) TESTING OR INSPECTION LABORATORIES:

SEE BACKER COPY FOR TERMS AND CONDITIONS

First Lake Capitol and Funding Group, LLC
P.O. Box 71356
Marietta, GA 30007

August 23 ,2002

Mr. Thomas B Walsh
Auburn Foundry Inc
635 W 11ᵗʰ Street
Auburn, IN 46706

Dear Mr Walsh,

Enclosed are the lease documents for completion. We have highlighted the
areas to be completed. Please sign where indicated and return these to me in
the enclosed overnight package . If you have any questions please give me a
call.

Please return the following items with the documents.

1. A check made payable to First Lake Capitol in the amount of $ 5542.00
   for the advance rentals and documentation fee.
2. Copy of all signors drivers license.
3. Name, address and telephone number of insurance company.


If you have any question please do not hesitate to give us a call at
   800-803-2189.

Sincerely,
Dave Pitman
First Lake Capitol and Funding Group



**** INVOICE ****

Invoice Number: 36732

| | |
|---|---|
| **SOLD TO** 1st Lake Capital and Funding Group<br>3430 Chartley Lane<br>Roswell, GA 30075 | **SHIP TO** Auburn Foundry<br>1537 West Auburn Rd.<br>Auburn, IN 46706 |

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8/22/02 | | | 50% down, balance on delivery |

| PURCHASE ORDER NUMBER | | SHIP DATE | SALESPERSON | OTHER | OUR ORDER NUMBER |
|---|---|---|---|---|---|

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM NUMBER | UNIT OF MEASURE | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | | MISC | EA | DF419 Radioscopic Imaging Chain<br>Imaging chain consists of the following components:<br><br>VistaLux 9/3 Image Intensifier and Camera<br>• 9" Dual field high performance image intensifier<br><br>• Windows based operating system<br>• Tools for image enhancement and analysis<br><br>Double Slit Diaphragm | | $75,000.00 |

INVOICE

| | Total | $75,000.00 |
|---|---|---|

Thank you

**To:**    **Auburn Foundry Inc.**

**From:**    **First Lake Capitol and Funding Group, LLC**

**Date:**    **August 23, 2002**

**Pages:**    **1**


## PURCHASE AGREEMENT

This Agreement relates to the equipment (or any replacements or substitutions thereof) described on the Lease Agreement No.    dated between First Lake Capitol and Funding Group, LLC as Lessor and Auburn Foundry Inc. as Lessee.  Capitalized terms not otherwise defined herein shall have the meanings provided in the Equipment Schedule and Lease described above.

Lessee and Lessor agree that effective as of the expiration of the original term of the Lease,  Lessee will purchase the Equipment, as a whole and not in part, on an AS-IS, WHERE-IS BASIS, for the sum of $ 7500.00 plus all unpaid rentals, any applicable taxes, and any other amounts owing to the Lessor.  Lessee shall pay for the Equipment within five (5) days after the expiration of the original Lease term.

It is agreed that no modification of this agreement shall be binding upon the parties or either of them unless such modification shall be in writing and executed by the parties hereto.

This agreement shall be governed by and construed in accordance with the laws of the State of _IN_ .  This agreement shall be binding upon the parties, their successors, legal representatives, and assigns.


LESSEE: Auburn Foundry Inc.
By:    _____

    **Thomas B Walsh**
Title:    **VP Finance**

# CONSENT AND WAIVER

WHEREAS, X _Auburn Foundry_

of X _Michael Foundry_ (the "Undersigned") is the Owner/Landlord or

Mortgagee of certain real property known as Auburn Foundry Inc.

_____, located at 1537 West Auburn Rd Auburn IN 46706 ("The Premises");

WHEREAS, all or part of the Premises is now occupied by _Auburn Foundry Inc._ ("Occupant"); and

WHEREAS, the Occupant has leased from First Lake Capitol and Funding Group LLC ("Lessor") certain personal property described on Addendum "A", attached hereto and made a part hereof (the "Equipment") which may be affixed to or placed on the Premises.

NOW THEREFORE, intending to be legally bound, the Undersigned hereby agrees as follows:

1. The Undersigned agrees that the Equipment may be located onto Premises and that the equipment shall remain personal property notwithstanding the manner in which it is affixed to the Premises and that title thereto shall remain in the Lessor, its legal representatives, successors, agents or assigns.

2. This Agreement shall apply to any of the Equipment which is already on the Premises, or which is hereafter delivered or installed thereon.

3. The Undersigned waives each and every right which the Undersigned now has or may hereafter have under the laws of the State of _____ or any other state or by the terms of any real estate lease or mortgage now in effect or hereafter executed by the Undersigned or said Occupant to levy or distrain upon for rent, in arrears, in advance or both, or to claim or assert title to or any interest in the Equipment.

4. The Undersigned recognizes and acknowledges that any claim or claims that lessor has or may hereafter have against the Equipment is superior to any lien or claim or any nature which the Undersigned now has or may hereafter have to the Equipment by statute, agreement or otherwise.

5. It is further agreed that Lessor or its successors, assigns or agent may remove the Equipment form the Premises whenever Lessor feels it is necessary to do so to protect its interest and without liability or accountability to the Undersigned therefore; provided, however, that Lessor shall repair any physical damage caused to the Premises by such removal.

6. Lessor may, without affecting the validity of this Consent and Waiver, extend the times of payment of any indebtedness of Occupant to Lessor or alter this performance of any of the terms and conditions of their agreement, without the consent of the Undersigned and without giving notice to the Undersigned.

7. This Consent and Waiver shall run with the Premises and shall inure to the benefit of the successors and assigns of Lessor and shall be binding upon the heirs, personal representatives, successors and assigns of the Undersigned.

IN WITNESS WHEREOF, the Undersigned has set his hand and seal, or caused its seal to be affixed this X _____ day of X _August 27_, 20 _02_.

SWORN TO AND SUBSCRIBED BEFORE ME THIS X _27th_ DAY OF X _August_, 20 _02_

NOTARY: X _Sandra K Aschleman_

BY: X _Thomas O'Neil_

TITLE: X _Vice President Manu_

Direct Debit
Master Lease

# OFC CAPITAL
A division of ALFA Financial Corporation

Master Lease Agreement dated _____,2001
Addendum No. _____ to Lease Schedule No. ____(the "Lease")
Direct Debit Rider

Lessee acknowledges and agrees that Lessor's agreement to enter into the Lease is expressly conditioned upon Lessee's agreement that Lease Payments may be made by direct debit from an account designated by Lessee. Contemporaneously herewith, Lessee has executed and delivered to Lessor a direct debit authorization (in the form attached hereto), expressly authorizing Lessor to debit an account designated by Lessee for all Lease Payments due hereunder. Although Lessee may revoke such authorization upon written notice to Lessor, Lessee acknowledges and agrees that any such revocation shall constitute an Event of Default under the Lease unless Lessee provides a substitute direct debit authorization form (in the form attached hereto) to Lessor not later than thirty (30) days prior to the next Lease Payment date under the Lease.

This Addendum is hereby incorporated in its entirely into the foregoing Lease. Capitalized terms used herein without definition have the meanings set forth in the Lease.

Auburn Foundry Inc.
Lessee's Name

By:      Thomas B Walsh

Title:   VP Finance

Date:   8-23-01

## SECRETARY'S CERTIFICATE RELATING TO
## INCUMBENCY AND CORPORATE RESOLUTIONS

The undersigned, X  _Paul B Douglas  Chairman_

(~~Secretary or Assistant Secretary~~) Chairman

(Assistant) Secretary of __Auburn Foundry Inc.__

a __IN.__ corporation (herein the "Corporation") hereby certifies:
(State)

1. I am the duly elected, qualified and acting (Assistant) Secretary of the Corporation and have the custody of the corporate records, minutes and corporate seal.

2. The following person(s) has/have been properly elected or appointed to the office in the Corporation as indicated below, such person(s) hold(s) such office at this time, and the specimen signature appearing beside the name of each such officer is his/her genuine signature:

| NAME | TITLE | SPECIMEN SIGNATURE |
|------|-------|--------------------|
| Thomas B Walsh | VP Finance | X _Thomas B Walsh_ |
| | | X |
| | | X |

3. The following resolutions were adopted within the last 30 days (but in no event later than the lease agreement(s) described below) either:

A. At a duly called and conducted meeting of the directors of the Corporation at which a quorum was present and voting throughout;

-OR-

B. By the unanimous written consent of the directors of the Corporation, the original written consent has been placed with the records of meetings of said directors:

RESOLVED, that each of the officers of the Corporation whose name appears above together with each duly elected or appointed successor in office to any of them (each, an "Officer"), be and hereby is (acting alone or with one or more other Officers) authorized and directed to enter into, execute and deliver in the name and on behalf of the Corporation all lease agreements and schedules between the Corporation as Lessee and __First Lake Capitol and Funding Group, LLC__ , as Lessor ("Lessor"), providing for the leasing to the Corporation of various items of equipment, upon such terms and conditions as the Officer in his/her discretion may deem necessary or desirable, the execution and delivery of such lease agreements and/or schedules to be conclusive evidence that the same shall have been authorized hereby by the Board of Directors of the Corporation;

RESOLVED, that if the initial lease agreement entered into by the Corporation is a master lease Agreement, these resolutions shall constitute continuing resolutions which shall permit the officers, from time to time after the date hereof,, to execute and deliver to lessor one or more schedules to be attached to such Master Lease Agreement and to constitute separate lease transactions governed by the general terms of such Master Lease Agreement;

RESOLVED, that each officer is hereby authorized to execute and deliver such further documents and to do and perform all other acts and deeds in the name and on behalf of the Corporation as she/he, in his/her discretion, deem necessary or desirable in connection with any of the foregoing, the execution and delivery of any such document and the doing or performing of any such act or deed to be conclusive evidence that the same shall have been authorized hereby; and

RESOLVED, that the Lessor or any assignee of the Lessor is authorized to rely upon these resolutions until receipt by it at its principal offices of written notice of any change herein.

4. I am the duly elected (Assistant) Secretary of the Corporation to make certificates on its behalf and I have caused this certificate to be executed and the seal of the corporation to be hereunto appended this __27th__ day of __AUGUST__, 20__02__

(CORPORATE SEAL)

X  _Paul B Douglas_

(~~Secretary or Assistant Secretary~~)
Chairman

# First Lake Capitol And Funding Group, LLC

## LEASE AGREEMENT

**TO OUR CUSTOMER:** For your convenience, this Lease Agreement (this "Lease") has been written in a "plain English" format. When the words you and your are used in this Lease, they mean you, our customer, the Lessee indicated below. When the words we, us, and our are used in this Lease, they mean First Lake Capital And Funding Group, LLC

| CUSTOMER INFORMATION | | |
|---|---|---|
| Auburn Foundry Inc | | 269-925-0909 |
| Lessee Name | | Phone # |
| 635 W. 11th Street Auburn Dekalb IN 46706 | | |
| Billing Street Address/City/County/State/Zip | | Lease No. |
| 1537 West Auburn Rd Auburn Dekalb in 46706 | 35-0184360 | |
| Equipment Location Address (if different from above) | Tax ID No. | Customer No. |

| INFORMATION | |
|---|---|
| North Star Imaging Inc | |
| Supplier Name | |

**EQUIPMENT DESCRIPTION**

AS DESCRIBED ON SUPPLIER'S INVOICE(S) ATTACHED AS EXHIBIT "A" HERETO AND INCORPORATED HEREIN BY REFERENCE (and you have expressly authorized us to attach such invoice(s) upon receipt).

**TERM AND LEASE PAYMENT SCHEDULE**

| Lease Term (Months) | Lease Payment | PAYMENT TERMS |
|---|---|---|
| 36 (Months) | $ 2871.00 | You agree to pay at the time you sign this Lease: |

Additional Provisions:

| | | |
|---|---|---|
| A. Total Advance Lease Payment: 2 (Mos.) | $ | 5142.00 |
| B. Sales/Use Tax on Advance Lease Payment | $ | exempt |
| C. One-Time Documentation | $ | 200.00 |
| D. Additional Fees   Site Inspection | $ | 200.00 |
| E. Total of A + B + C + D | $ | 5542.00 |

If more than one Lease Payment is required in advance, the (Amounts are plus applicable taxes)   additional amount will be applied at the end of the original term.

**INSURANCE AND TAXES**

You are required to provide and maintain insurance related to the Equipment, and to pay any property, use and other taxes related to this Lease or the Equipment. (See Sections 4 and 6 on the back of this Lease.) If you are tax exempt, you agree to furnish us with satisfactory evidence of your exemption.

**CREDIT INFORMATION**

You authorize us or any of our affiliates or assignees to obtain credit bureau reports, and make any other credit inquiries that we feel are necessary. Upon written request, we will inform you whether we have requested a consumer credit report and the name and address of any consumer credit reporting agency that furnished a report. We acknowledge that without further notice we may use or request additional credit bureau reports to update your information so long as your obligations to us are outstanding.

**TERMS AND CONDITIONS**

BY SIGNING THIS LEASE: (I) YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS ON THE FRONT AND BACK OF THIS LEASE, (II) YOU AGREE THAT THIS LEASE IS A NET LEASE THAT YOU CANNOT TERMINATE OR CANCEL, YOU HAVE AN UNCONDITIONAL OBLIGATION TO MAKE ALL PAYMENTS DUE UNDER THIS LEASE, AND YOU CANNOT WITHHOLD, SET OFF OR REDUCE SUCH PAYMENTS FOR ANY REASON, (III) YOU WILL USE THE EQUIPMENT ONLY FOR BUSINESS PURPOSES, (IV) YOU WARRANT THAT THE PERSON SIGNING THIS LEASE FOR YOU HAS THE AUTHORITY TO DO SO AND TO GRANT THE POWER OF ATTORNEY SET FORTH IN SECTION "7" OF THIS LEASE, (V) YOU CONFIRM THAT YOU DECIDED TO ENTER INTO THIS LEASE RATHER THAN PURCHASE THE EQUIPMENT FOR THE TOTAL CASH PRICE, AND (VI) YOU AGREE THAT THIS LEASE WILL BE GOVERNED BY THE LAWS OF THE STATE OF GEORGIA, NOTWITHSTANDING CHOICE OF LAW OR OTHER RULES.

First Lake Capitol And Funding Group, LLC , Lessor

Auburn Foundry Inc                                          Lessee

X _Thomas B Walsh_ (signature)

| | | |
|---|---|---|
| Authorized Signature | | |
| Print Name | Title | Date |

Authorized Signature
Thomas B Walsh
Print Name          VP Finance          8-23-02

## UNCONDITIONAL GUARANTY

In consideration of First Lake Capitol And Funding Group, LLC ("Lessor") entering into the above Lease, the undersigned (jointly and severally if more than one guarantor) guarantee the Lessee unconditionally and absolutely guarantee to Lessor, its successors and assigns, prompt payment and performance of all obligations of the Lessee identified above under the Lease (the "Obligations"). The undersigned agrees: (a) that the undersigned has read and understands all of the terms and conditions of the Lease; (b) that this Guaranty is of payment and not of collection and shall not be affected by any unenforceability or invalidity of the Obligations or any amendment, extension, waiver or release hereof (whether or not the undersigned has notice of such event), and that Lessor may proceed directly against the undersigned without taking any action with respect to the Lease, the Equipment or any security for the Lessor's obligations; (c) that the undersigned's obligations hereunder shall not be discharged by reason of any incompetency, or by the dissolution or liquidation of the Lessee; (d) that this Guaranty shall be governed by the Laws of the State of Georgia and that the undersigned consents to the jurisdiction of, and agrees to any state or federal court located within the State of Georgia; (e) to pay all of Lessor's costs of enforcement and collection of the Obligations of this Guaranty, including reasonable attorney's fees; and (f) that the undersigned has waived the right to notices under O.C.G.A. 10-7-24. The undersigned also authorizes Lessor, its affiliates and assignees to obtain credit bureau reports and other bank and trade references with respect to the undersigned.

| | | Date of Execution |
|---|---|---|
| X Signature (No Title) | X Signature | |
| Print Name Without Title | Date | Print Name Without Title | Date |
| Home Street Address | City, State Zip | Home Street Address | City, State Zip |
| Telephone Number | | |

## DELIVERY AND ACCEPTANCE ACKNOWLEDGMENT

By executing and delivering this Delivery and Acceptance Acknowledgment, the undersigned Lessee ("we" or "us") certifies that: (i) we have inspected the Equipment, and have determined that the Equipment is installed and in good working condition; (ii) we have accepted the Equipment and instructed First Lake Capitol And Funding Group, LLC to purchase the Equipment from the Supplier; (iii) our obligations to perform all the terms and conditions under the Lease have begun; and (iv) we will unconditionally and absolutely pay Lease Payments to First Lake Capitol And Funding Group, LLC at the location and in the amount stated in the Lease.

No Acknowledgment is executed and delivered in connection with Lease No. _____ between First Lake Capitol And Funding Group, LLC and us (the "Lessee"). Capitalized terms used in this Acknowledgment without definition have the meanings set forth in the Lease.

Auburn Foundry Inc. , Lessee

X _Thomas B Walsh_ (signature)          Date of Execution:  8-23-02

Thomas B Walsh

# PURCHASE ORDER



**auburn foundry, inc.**

635 WEST ELEVENTH STREET • AUBURN, INDIANA 46706-2199
(260) 925-0900 • FAX (260) 925-5137

### Vendor must work towards 100% on time delivery

**Our order number must appear on all correspondence, invoices, shipping papers, and packages**

| | |
|---|---|
| ORDER NUMBER | 2039PZ |
| DATE | 8/23/02 |
| VENDOR NO. | 3918 |
| TERMS | On Receipt |
| SHIP VIA | |
| F.O.B. | |

Confirming
Do Not Duplicate

**TO**

Lake Union Leasing
2317 South Tacoma Way

Tacoma WA 98409

VENDOR MUST REPORT TO AUBURN FOUNDRY ANY FREIGHT THAT IS IN EXCESS OF NORMAL FREIGHT CHARGES.

PLEASE FURNISH THE FOLLOWING AS INSTRUCTED BELOW AND ACCORDING TO TERMS AND CONDITIONS SPECIFIED ON THE BACK OF THIS ORDER AND TO SPECIFICATIONS, DRAWINGS AND ADDITIONAL TERMS AND CONDITIONS REFERENCED HEREIN AND/OR ATTACHED HERETO.

| ITEM | DESCRIPTION | ACCOUNT NO. | QUANTITY | UM | UNIT PRICE | TOTAL PRICE |
|------|-------------|-------------|----------|-----|------------|-------------|
| | Ship Entire Purchase Order to: | | | | | |
| | Auburn Foundry, Inc | | | | | |
| | 1537 West Auburn Drive | | | | | |
| | Auburn IN 46706 | | | | | |
| 1 | Isovolt HS225kV X-Ray System. Consisting of the following: 225K V High Voltage Generator 225k V Metal Ceramic X-Ray   Tube with a 0.2mm Focal Spot Isovolt HS Control Module 5 Meter High Voltage Cable Closed Loop Water Cooler with   Flowk Temperature Interlocks All Necessary interconnect   Cables and Hoses. X-Ray Beam Shuitters. | 40002 | 34 | MO | 2224.9500 | 75648.30 |
| | 8/23/02        34.00 | | | | | |

## SEND ACKNOWLEDGEMENT

**auburn foundry, inc.**

BY _____

PURCHASING AGENT

SEE BACKER COPY FOR TERMS AND CONDITIONS

### ▼ IMPORTANT INSTRUCTIONS ▼

① RENDER INVOICE IN DUPLICATE.
② WE RESERVE THE RIGHT TO CANCEL ORDER IF NOT FILLED AS REQUESTED.
③ MATERIAL SAFETY DATA SHEET(S) MUST BE PROVIDED FOR ALL ITEMS LISTED ON THIS ORDER.
④ PLEASE SUPPLY THE FOLLOWING AT PRICES NOT TO EXCEED THOSE LAST CHARGED OR QUOTED UNLESS PRICE IS SHOWN HEREON.
⑤ PLEASE FURNISH THE FOLLOWING IN ACCORDANCE WITH INSTRUCTIONS AND CONDITIONS ON BACK.
⑥ TESTING OR INSPECTION LABORATORIES:



## PURCHASE ORDER

 **auburn foundry, inc.**
635 WEST ELEVENTH STREET • AUBURN, INDIANA 46706-2199
(260) 925-0900 • FAX (260) 925-5137

**Our order number must appear on all correspondence, invoices, shipping papers, and packages.**

| ORDER NUMBER | 2039P2 |
|---|---|
| DATE | 8/23/02 |
| VENDOR NO. | 3918 |
| TERMS | On Receipt |
| SHIP VIA | |
| F.O.B. | |

Confirming
Do Not Duplicate

### Vendor must work towards 100% on time delivery

TO
Lake Union Leasing
2317 South Tacoma Way

Tacoma WA 98409

VENDOR MUST REPORT TO AUBURN FOUNDRY ANY FREIGHT THAT IS IN EXCESS OF NORMAL FREIGHT CHARGES.

PLEASE FURNISH THE FOLLOWING AS INSTRUCTED BELOW AND ACCORDING TO TERMS AND CONDITIONS SPECIFIED ON THE BACK OF THIS ORDER AND TO SPECIFICATIONS, DRAWINGS AND ADDITIONAL TERMS AND CONDITIONS REFERENCED HEREIN AND/OR ATTACHED HERETO.

| ITEM | DESCRIPTION | ACCOUNT NO. | QUANTITY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 2. | 10% Buy-Out at End of Lease | 40002 | 1 | LT | 6500.0000 | 6500.00 |
| | 8/26/02    1.00 | | | | | |
| | ******************* | | | | | |
| | Dave Weber              SC | | | | | |
| | Cost of Equipment $65000.00 | | | | | |
| | Monthly Payments: $2224.95 | | | | | |
| | Lease Deposit: $4449.90 | | | | | |
| | Documentation Fees: $150.00 | | | | | |
| | Total Deposit: $4599.90 | | | | | |
| | Project: 27-735 | | | | | |
| | ******************* | | | | | |
| | | | | | | |
| | U.S. Dollars - General | | | | | |
| | | | | | | |
| | TOTAL | | | | | 82148.3 |

### SEND ACKNOWLEDGEMENT

**▼ IMPORTANT INSTRUCTIONS ▼**

① RENDER INVOICE IN DUPLICATE.
② WE RESERVE THE RIGHT TO CANCEL ORDER IF NOT FILLED AS REQUESTED.
③ MATERIAL SAFETY DATA SHEET(S) MUST BE PROVIDED FOR ALL ITEMS LISTED ON THIS ORDER.
④ PLEASE SUPPLY THE FOLLOWING AT PRICES NOT TO EXCEED THOSE LAST CHARGED OR QUOTED UNLESS PRICE IS SHOWN HEREON.
⑤ PLEASE FURNISH IN ACCORDANCE WITH INSTRUCTIONS AND CONDITIONS ON BACK.
⑥ TESTING OR INSPECTION LABORATORIES:

*auburn foundry, inc.*

BY _____
PURCHASING AGENT

**SEE BACKER COPY FOR TERMS AND CONDITIONS**



Mr. Dan Cory
Auburn Foundry
635 West 11th Street
Auburn, Indiana 46706

August 22, 2002

Dear Mr. Cory:

Please pay close attention to the following requirements before returning the lease documents.

- Please sign and date each agreement for your equipment lease.

- **Make sure that all dates are the same throughout all the paperwork.**

- Make a check payable to **Lake Union Leasing** for the total amount of: ~~$4,822.40~~. *#4599.90*

    This amount equals two payments for $4,449.90, $222.50 (5.0% sales tax),
    plus a $150.00 document processing fee standard on all transactions.
    If, Auburn Foundry is sales tax exempt please provide us with the appropriate certificate.

    ### * IMPORTANT*

        *4449.90*
        *150.00*
- **This check must be written from the business account.** *Auburn Foundry* *#4599.90*

- Please provide your Federal Tax ID#: *35-0154360*

- Copy of Mr. Tom Walsh's Drivers License for signature verification:

Please fax the signed documents along with the drivers license copy to us at 253-284-0058 to expedite your equipment then overnight all original documentation and the business check to <u>Lake Union Leasing, Inc.</u> using our Fed Ex account number 2191-0835-4 to our office at 2317 South Tacoma Way, Tacoma, Washington 98409.

Any questions call (888) 300-8832

Sincerely,

Guy Reim

| Lake Union Leasing | EQUIPMENT LEASE CONTRACT |
|---|---|
| Leasing Company: "Lessor", "We", "Us" | |

**Leasing Customer ("You"):**

Company Name (Exact business name): __Auburn Foundry__

Address: __635 West 11th Street__    __Auburn__    __0__    __Indiana__    __46706__
Street    City    County    State    Zip

Phone: __260-925-7918__    Fax: __260-925-5137__    Business Type: __Corporation__

Equipment Location:    __635 West 11th Street, Auburn, In. 46706__

Vendor:    __North Star Imaging, Inc.__    Address:    __953 Westgate Drive, St. Paul, Mn 55114__

Description of Leased Equipment (This should include make, model, serial number):
See Attached Schedule A
0

**Payment Schedule:**

| 36 | 36 | $2,224.95 | $4,449.90 | Monthly |
|---|---|---|---|---|
| Lease Term (months) | Total # of Pmts. | Amount of Each Pmt. (plus applicable taxes) | Security Deposit | Pmt. Frequency |

**Terms of Lease**

1. REQUEST FOR US TO ACQUIRE EQUIPMENT FOR YOU. You (the Leasing Customer identified above) wish to acquire certain equipment from the equipment vendor identified above. Rather than purchasing it yourself, you have come to us the Lessor identified above and asked us to purchase it and then lease it back to you. In exchange for our agreement to do this, you have agreed to the terms in the lease agreement (the "Lease"). We have given you an opportunity to discuss and negotiate these terms with us, and the following is the final version of our contract. If there is any information deleted from the above boxes, you give us permission to fill it in.

2. THE EQUIPMENT. We agree to lease to you, and you agree to lease from us, the equipment identified above and on any schedule(s) attached to this Lease. This Lease also covers any and all replacement equipment, add-ons, substitutions or accessories (collectively referred to as the "Equipment"). The other details of the Lease such as the rental amount, the Lease period (term) and other matters are set forth in the boxes above.

3. YOUR SELECTION OF THE EQUIPMENT VENDOR AND THE EQUIPMENT. You hereby acknowledge and agree that:
(a) YOU SELECTED THE EQUIPMENT VENDOR AND THE EQUIPMENT BASED ON YOUR OWN SKILL AND KNOWLEDGE.
(b) WE DID NOT SELECT OR INSPECT THE EQUIPMENT, HAVE NEVER SEEN THE EQUIPMENT AND HAVE NO EXPERT KNOWLEDGE REGARDING IT.
(c) YOU AGREE THAT THIS LEASE IS A FINANCE LEASE AS DEFINED IN ARTICLE 2A OF THE UNIFORM COMMERCIAL CODE. IT IS ALSO A "TRUE LEASE," MEANING THAT IT IS NOT A "LEASE INTENDED AS SECURITY," A CONDITIONAL SALE, A LOAN OR A SIMILAR ARRANGEMENT.
(d) PRIOR TO EXECUTING THE LEASE, YOU RECEIVED AND APPROVED THE SUPPLY CONTRACT (IF ANY) BETWEEN US AND THE EQUIPMENT VENDOR, AND YOU HAVE BEEN ADVISED IN WRITING (OR ARE NOW ADVISED HEREBY) THAT YOU MAY HAVE RIGHTS AGAINST THE VENDOR UNDER THE SUPPLY CONTRACT (IF ANY) AND THAT YOU MAY CONTACT THE VENDOR FOR INFORMATION ABOUT WHAT YOUR RIGHTS AGAINST THE VENDOR ARE (IF ANY).

4. NO RIGHT TO CANCEL; OTHER IMPORTANT TERMS OF THE LEASE. YOU AGREE AS FOLLOWS:
(a) LEASE CANNOT BE REVOKED; NO "TEST PERIOD." BECAUSE WE ARE PURCHASING THE EQUIPMENT FOR YOU AT YOUR REQUEST AND CANNOT GET A REFUND, THIS LEASE CANNOT BE CANCELLED OR REVOKED BY YOU FOR ANY REASON AT ANY TIME, INCLUDING BUT NOT LIMITED TO EQUIPMENT FAILURE OR DEFECTS, DAMAGE OR LOSS. OTHER LEASE CANNOT BE CANCELLED WITHOUT

OUR PRIOR WRITTEN PERMISSION ON TERMS ACCEPTABLE TO US. THERE IS NO "TEST PERIOD" FOR THE EQUIPMENT.
(b) LESSOR IS NOT RELATED TO MANUFACTURER OR VENDOR; NO CLAIMS TO BE MADE AGAINST LESSOR. WE ARE NOT RELATED IN ANY WAY TO THE EQUIPMENT MANUFACTURER OR VENDOR. NEITHER THE VENDOR NOR ANYONE ELSE IS AN AGENT OF OURS, AND NO STATEMENT, REPRESENTATION, GUARANTEE OR WARRANTY MADE BY THE VENDOR OR OTHER PERSON IS BINDING ON US OR WILL AFFECT YOUR OBLIGATIONS TO US. ONLY AN EXECUTIVE OFFICER OF LESSOR IS AUTHORIZED TO WAIVE OR ALTER ANY OF THE TERMS OF THIS LEASE, AND THEN ONLY IN WRITING. IF THE EQUIPMENT FAILS TO OPERATE PROPERLY, OR THE VENDOR OR ANY OTHER PERSON FAILS TO PROVIDE ANY MAINTENANCE OR OTHER SERVICE, YOU WILL MAKE ANY COMPLAINT ONLY AGAINST THE VENDOR OR OTHER PERSON AND NOT AGAINST US (EITHER BY WAY OF A CLAIM, COUNTERCLAIM, DEFENSE OR EXCUSE TO PAYMENT).
(c) LESSOR MAKES NO WARRANTIES. THE EQUIPMENT IS LEASED BY US TO YOU "AS IS," "WHERE IS" AND WITH ANY AND ALL FAULTS. WE HAVE MADE NO STATEMENT, REPRESENTATION, WARRANTY (EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE) REGARDING THE EQUIPMENT. WE DISCLAIM ALL SUCH WARRANTIES OR GUARANTEES OF ANY KIND. WE SHALL TRANSFER TO YOU ALL EXPRESS WARRANTIES, IF ANY, MADE BY THE EQUIPMENT VENDOR TO US, BUT THIS DOES NOT IMPLY THAT THERE ARE ANY SUCH WARRANTIES.
(d) BARGAINED FOR WAIVER OF RIGHTS. YOU WAIVE ANY AND ALL RIGHTS AND REMEDIES YOU HAVE UNDER ARTICLE 2A OF THE UNIFORM COMMERCIAL CODE, SECTIONS 508 THROUGH 522.
(e) DISCLAIMER OF LIABILITY. WE ARE NOT LIABLE FOR ANY LOSS, DAMAGE (INCLUDING LOST PROFITS, SPECIAL DAMAGES OR INCIDENTAL OR CONSEQUENTIAL DAMAGES) OR INJURY TO YOU, YOUR EMPLOYEES OR ANY OTHER PERSON OR PROPERTY CAUSED BY THE EQUIPMENT.

5. RENTAL AMOUNT. The monthly or other periodic rent you have agreed to pay is stated above. The rental amount is based on the estimated cost of all the Equipment and it may be adjusted higher or lower if the actual cost of the Equipment is higher or lower than the estimate. You also agree to pay a partial (pro rated) rental payment covering the period between the delivery date and the date the first regular payment is due. If all or any part of a payment is late, you agree to pay a late charge equal to $20.00 or 15% of the amount that is late, whichever is greater. (Agreement continues on reverse side)

---

**Acceptance of Lease Agreement**    This is a binding contract. It cannot be canceled. Read it carefully before signing, and call us if you have any questions.
X _Thomas Arnold_

| Signature of Leasing Customer | Print Name of Signer | Title | __8-23-02__ Date |
|---|---|---|---|
| X | | | |

**Accepted and Signed by LESSOR**
X _____    Print Name of Signer    Title    Date

**Personal Guaranty**
IN CONSIDERATION OF MY RECEIVING BENEFIT AND VALUE FROM THE ABOVE LEASE, I (OR WE, IF THERE IS MORE THAN ONE OF US, INDIVIDUALLY, JOINTLY AND SEVERALLY) HEREBY PERSONALLY AND UNCONDITIONALLY GUARANTEE ALL AMOUNTS OWED BY THE LEASING CUSTOMER UNDER THIS LEASE, AND I ALSO AGREE TO PAY THE LEASING COMPANY'S LEGAL FEES AND COSTS INCURRED IN ENFORCING THE LEASE AND THIS PERSONAL GUARANTY. I WAIVE NOTICE OF ACCELERATION, DEFAULT, RENEWALS, EXTENSIONS, TRANSFERS, AMENDMENTS AND OTHER CHANGES IN THE TERMS OF THIS PERSONAL GUARANTY AND AGREE THAT I WILL BE BOUND BY ANY AND ALL SUCH CHANGES. I AGREE THE LEASING COMPANY MAY PROCEED AGAINST ME SEPARATELY FROM THE LEASING CUSTOMER. I CONSENT TO PERSONAL JURISDICTION AND SUIT IN NEW JERSEY COURTS AND THE COURTS OF THE STATE IN WHICH OUR ASSIGNEE HAS ITS PLACE OF BUSINESS. I AGREE THAT THIS PERSONAL GUARANTY WILL BE BINDING UPON MY HEIRS AND PERSONAL REPRESENTATIVES.

GUARANTOR #1 (Print Name)    GUARANTOR #2 (Print Name)
0    0
X    X

| Signature (Individually, No Titles) | Date | Signature (Individually, No Titles) | Date |
|---|---|---|---|

**Acceptance of Delivery**
I AM AUTHORIZED TO SIGN THIS CERTIFICATE ON BEHALF OF THE LEASING CUSTOMER. I CERTIFY TO THE LEASING COMPANY THAT THE EQUIPMENT HAS BEEN DELIVERED AND FULLY INSTALLED AND WORKING PERFECTLY. I AUTHORIZE YOU TO PAY THE VENDOR AND COMMENCE THE LEASE.

will continue for the full term identified above. The monthly (or other periodic) due date will be established by us. The due date for the first regular rental payment will also be established by us; however, it will not be greater than 30 days from the date on which the Equipment was delivered to you.

**7.** ADVANCE PAYMENTS AND/OR SECURITY DEPOSIT. You have paid us one or more advance payments and/or a security deposit in the amount(s) indicated above. If the Lessee does not commence for reasons other than our own negligence, we may retain such monies to compensate us for our credit and other administrative costs. If any part of a security deposit remains at the end of the term of the Lease, we will return the remainder to you, without interest, provided however you are not then in default under the Lease.

**8.** EQUIPMENT DELIVERY. You understand and agree that we are not responsible for packaging, delivery, installation or repair of the Equipment. You (and/or the Vendor, if you have made such arrangements with the Vendor) are responsible for all such matters. You agree that you will not have any complaint against us if the Vendor or any other person improperly packages the equipment or delays in delivering or installing it.

**9.** USE OF THE EQUIPMENT. YOU REPRESENT TO US THAT THE EQUIPMENT WILL BE USED ONLY FOR COMMERCIAL, BUSINESS OR AGRICULTURAL PURPOSES, AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES. In addition, you agree not to attach the equipment to any realty or otherwise permit to become a "fixture" to real estate or a structure thereon, nor will you trade it in, make alterations to it, sell or dispose of it without our prior written permission. You shall not allow any liens or encumbrances (for example, a mechanic's lien) to be placed on the Equipment. You agree not to move the location of the equipment to any place other than the address stated above without our prior written permission.

**10.** MAINTENANCE AND SERVICE. You agree that we are not responsible for maintenance, repairs or service to the Equipment. You agree to use the Equipment strictly in the manner for which it is intended by the manufacturer, and you shall maintain the Equipment in good operating order. At the end of the term of the Lease, unless you have been given a written option to purchase the Equipment and you make the purchase, you will be liable for all damage or distress to the Equipment beyond "ordinary wear and tear."

**11.** LEASE ASSIGNMENT; SUBLEASE OF EQUIPMENT. THIS LEASE WAS MADE TO YOU BASED ON YOUR OWN CREDIT. THEREFORE YOU AGREE THAT YOU MAY NOT ASSIGN, TRANSFER OR SELL ANY OF YOUR RIGHTS OR INTERESTS UNDER THE LEASE TO ANY OTHER PERSON OR ENTITY, NOR MAY YOU SUBLEASE OR RENT ANY OF THE EQUIPMENT TO ANY OTHER PERSON OR ENTITY. HOWEVER, YOU AGREE THAT WE MAY ASSIGN, TRANSFER, SELL, PLEDGE OR OTHERWISE ENCUMBER ANY OR ALL OF OUR RIGHTS AND INTERESTS UNDER THE LEASE (INCLUDING OUR RIGHTS AND INTERESTS IN THE EQUIPMENT) TO ANY OTHER PERSON OR ENTITY (INCLUDING A BANK OR OTHER SECURED PARTY OR A BUYER) (COLLECTIVELY, A "THIRD PARTY") WITHOUT PRIOR NOTICE TO YOU. SUCH THIRD PARTY MAY ALSO ASSIGN, TRANSFER, SELL, PLEDGE OR OTHERWISE ENCUMBER ITS RIGHTS AND INTERESTS. IN THIS EVENT, YOU AGREE THAT SUCH THIRD PARTY, OR ITS ASSIGNEE OR TRANSFEREE, WILL RECEIVE ALL THE RIGHTS AND INTERESTS WE HAD UNDER THE LEASE BUT NONE OF OUR OBLIGATIONS OR LIABILITIES, IF ANY. WE WILL CONTINUE TO BE RESPONSIBLE FOR ALL SUCH LIABILITIES AND WILL RETAIN AND HONOR ALL SUCH OBLIGATIONS. YOU PROMISE AND AGREE THAT YOU WILL NOT ASSERT ANY CLAIMS, COUNTERCLAIMS, DEFENSES OR SETOFFS AGAINST SUCH THIRD PARTY. YOU HEREBY ACKNOWLEDGE THAT ANY TRANSFER OF OUR RIGHTS AND/OR INTERESTS TO A THIRD PARTY WOULD NOT MATERIALLY CHANGE YOUR OBLIGATIONS UNDER THE LEASE OR INCREASE YOUR RISKS.

**12.** DAMAGE TO EQUIPMENT; RISK OF LOSS OF EQUIPMENT; INSURANCE. You agree that we are not liable or responsible for any damage to the Equipment, or any loss of or casualty to the Equipment from any cause whatsoever. NO SUCH DAMAGE, CASUALTY OR LOSS WILL AFFECT YOUR RESPONSIBILITIES AND OBLIGATIONS UNDER THE LEASE. You agree to keep insurance on the Equipment insuring against all risks of property damage, casualty or loss in an amount at least equal to the replacement cost. You agree to list us as the "loss payee" with respect to such insurance. At our option, we may also require you to have public liability insurance listing us as "additional insured." The amount of such property and/or liability insurance coverage must be reasonably acceptable to us. You are required to send us written proof of this insurance. IF YOU DO NOT PROVIDE SUCH PROOF TO US WITHIN 15 DAYS AFTER THE LEASE COMMENCES, WE WILL HAVE THE RIGHT (BUT NOT THE OBLIGATION) TO OBTAIN SUCH INSURANCE NAMING US AS THE SOLE LOSS PAYEE, ADDITIONAL INSURED OR SOLE INSURED PARTY, AS MAY BE APPROPRIATE. IN THIS EVENT, YOU AGREE TO PAY OUR REASONABLE COSTS AND A REASONABLE ADMINISTRATIVE FEE.

**13.** TAXES AND OTHER FEES RELATING TO THE LEASE OF THE EQUIPMENT. You agree and understand that the amounts we are charging you to rent the Equipment do NOT cover taxes, governmental fees and similar types of costs. Accordingly, you agree to pay us upon demand for all taxes (including but not limited to sales, property, use and other taxes) and other charges and fees of any type that a third party may charge to you or us relating to this Lease or to the use or ownership of the Equipment.

**14.** TITLE TO THE EQUIPMENT. You agree that the Equipment is and will remain throughout the term of the Lease solely our property. We will have title to the Equipment throughout the term, and this is a "true lease." If this Lease is ever adjudicated by a court or otherwise determined to be a transaction other than a "true lease," you hereby grant us a security interest in the Equipment relating back to date we purchased it. YOU HEREBY APPOINT US AND OUR AGENTS AS YOUR ATTORNEY-IN-FACT AND GRANT US AND OUR AGENTS POWER OF ATTORNEY IN YOUR NAME TO SIGN AND FILE UNIFORM COMMERCIAL CODE FINANCING STATEMENTS RECORDING SUCH A

PROCESSING FEES.

**15.** YOUR REPRESENTATIONS TO US. The person signing this Lease on behalf of the lessee (you, the leasing customer) hereby represents and warrants to us that: This Lease has been authorized by any and all action required of the corporation, partnership, limited liability company or other form of business (whichever applies in your case), and no consent of any other person or entity is necessary; the lessor entity has complete power to enter into this Lease, and the person signing on behalf of the lessee has been authorized to do so; the Lease is a legal, valid and binding obligation of the lessee entity, and enforceable against the lessee in accordance with its terms; all factual statements made in this Lease and all other information supplied to us by the lessee entity or your representatives, is accurate and complete in all material respects.

**16.** DEFAULT DEFINED. You will be in default under this Lease if any of the following events occur: (a) you fail to make any rental or other payment within a period of fifteen (15) days after the due date; (b) you fail to comply with any other term or condition of this Lease or any other agreement between us; or fail to perform any obligation imposed upon you relating to this Lease or any such other agreement; (c) you become deceased (if the lessee entity under this Lease is one or more natural persons), go out of business, admit your inability to pay your debts as they fall due, become insolvent, make an assignment for the benefit of your creditors, file (or have filed against you) a petition in bankruptcy, a trustee or receiver of your business assets is appointed, or you sell all or substantially all of such assets.

**17.** OUR REMEDIES UPON DEFAULT. In the event you default under this Lease, as defined above, we will have the right to take ANY OR ALL of the following actions, in addition to any and all other remedies that may be available to us under law:

(a) terminate the Lease without prior notice or warning to you;

(b) directly debit (charge) your bank account(s) and/or file a lawsuit against you to collect all past due rent AND ALL RENT THAT WILL BECOME DUE IN THE FUTURE DURING THE UNEXPIRED TERM, plus the "residual value" of the Equipment as determined by us in our sole but reasonable judgment, plus all other fees, charges or amounts that are then due. You agree to pay all of our reasonable legal costs, including but not limited to reasonable attorney's fees, reasonable overhead for employee time spent on preparing for suit or attempting to collect payments and mitigate our damages.

(c) repossess the Equipment or apply to a court for an order allowing repossession. In this event, you agree that, after the Equipment is repossessed, you will have no further rights in the Equipment, and you agree we may resell, re-lease or otherwise remarket the Equipment without notice to you. You agree (and you waive any rights that may provide to the contrary) that we will NOT be required to repossess, resell, re-lease or otherwise remarket the Equipment at any time, and that our failure to do so will not affect our other rights of collection and other rights under this Lease or under law.

**18.** PERSONAL JURISDICTION OVER YOU IN NEW JERSEY, AND PLACE FOR ANY LAWSUIT. YOU AGREE THAT THIS LEASE WILL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW JERSEY. YOU HEREBY CONSENT TO PERSONAL JURISDICTION IN THE STATE OF NEW JERSEY, AND YOU AGREE THAT ANY LAWSUIT RELATING TO THIS LEASE, WHETHER IT IS BROUGHT BY YOU OR US, MUST BE BROUGHT ONLY IN THE COURTS OF NEW JERSEY, UNLESS WE CONSENT IN WRITING OTHERWISE. YOU ALSO HEREBY WAIVE TRIAL BY JURY. IN THE EVENT WE SELL OR ASSIGN THIS LEASE TO A THIRD PARTY, YOU AGREE THE LEASE WILL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE IN WHICH SUCH THIRD PARTY MAINTAINS ITS PRINCIPAL PLACE OF BUSINESS, AND YOU CONSENT TO PERSONAL JURISDICTION IN SUCH STATE.

**19.** TAX BENEFITS BELONG TO LESSOR. The following applies to this Lease UNLESS, as the commencement of this Lease, we execute and deliver to you a document signed by an executive officer of Lessor giving you the option at the end of the Lease to purchase the Equipment for One Dollar ($1.00): For all rents, federal and local tax purposes, Lessor and its successors and assigns is/are the sole owner of the Equipment and is entitled to all tax benefits relating to the Equipment, including but not limited to tax credits, depreciation and deductions. You agree not to do anything that is inconsistent with Lessor's ownership of the Equipment. You agree not to claim to be the owner of the Equipment on your state, federal or local tax returns or in any other document or for any other purpose. IF YOU DO ANYTHING OR FILE ANYTHING THAT CAUSES US TO LOSE ANY SUCH TAX BENEFIT CONTEMPLATED ABOVE, OR IF WE SUFFER ANY HARM, DAMAGE, COST, LOSS, LIABILITY (FOR EXAMPLE, IF INTEREST OR TAX PENALTIES ARE IMPOSED AGAINST US), OR IF ANY SUIT OR PROCEEDING IS BROUGHT AGAINST US, ARISING OUT OF YOUR BREACH OF ANY OF THE AGREEMENTS YOU HAVE MADE IN THIS SECTION, YOU AGREE TO HOLD US HARMLESS, DEFEND US AND INDEMNIFY (REIMBURSE OR PAY) US WITH RESPECT TO THE AMOUNT OF SUCH LOST BENEFITS OR OTHER DAMAGE, LOSS, COST (INCLUDING REASONABLE ATTORNEYS FEES) OR LIABILITY. THIS DUTY TO INDEMNIFY US SHALL SURVIVE THE TERMINATION OF THIS LEASE.

**20.** OTHER INDEMNIFICATION. You understand that we have no control over your use of the Equipment and, in any event, for the amount of rent we are charging we cannot agree to accept any financial, liability or other risks relating to the use or ownership of the Equipment. Accordingly, you agree to hold us harmless, indemnify (pay or reimburse) and defend us against all claims, liabilities, losses, suits, proceedings, damages, costs (including reasonable legal fees) relating to this Lease or to the use or ownership of the Equipment, including but not limited to claims for death or injury to persons and claims for property damage. This duty to indemnify shall survive the termination of this Lease.

**21.** RETURN OF THE EQUIPMENT. No more than 180 days and no less than 90 days prior to the end of the Lease, you shall give us written notice of your intention to either return the Equipment to us or purchase the Equipment by exercising the purchase option we may have given you. Provided you have given such timely notice, you shall, at your cost, return the Equipment to us in good working condition in a manner and to a location designated by us or recruit the purchase option. You agree to reimburse us for any cost we incur to refurbish the Equipment. If you fail to so notify us or, having notified us, you fail to return the Equipment as provided herein, or fail to remit the purchase option, the Lease shall automatically renew for another 12-month period under the same terms and conditions described herein.

AS A CONVENIENCE TO YOU (THE LEASING CUSTOMER) AND TO FURTHER EXPEDITE THIS TRANSACTION FOR YOU, WE BOTH HAVE AGREED THAT A PHOTOCOPY OR FACSIMILE OF THIS LEASE WHICH INCLUDES A PHOTOCOPY OR A FACSIMILE OF THE SIGNATURES OF BOTH PARTIES SHALL BE AS VALID, AUTHENTIC AND LEGALLY BINDING AS THE ORIGINAL VERSION OF ALL PURPOSE AND SHALL BE ADMISSIBLE IN COURT AS FINAL AND CONCLUSIVE EVIDENCE OF THIS TRANSACTION AND OF THE EXECUTION OF THE DOCUMENT,

M2210-0601        Page 2 of 2.

# *SCHEDULE "A" TO LEASE — EQUIPMENT DESCRIPTION*

**Lease Application No.:**    181736                     Page   1   of   1

**Leasing Customer:**    Auburn Foundry

**Vendor Name:**    North Star Imaging, Inc.

**Lessor:**    Lake Union Leasing

This Schedule "A" is attached to and a part of the equipment lease agreement by and between the above leasing customer and Lessor relating to the lease transaction referenced above. The following is a full and complete description of the leased equipment:

| *Quantity* | *Equipment Type* | *Serial #* |
|---|---|---|
| 1 | Isovolt HS225kV X-ray System consisting of: | |
| 1 | 225kV High Voltage Generator | |
| 1 | 225kV Metal Ceramic X-ray Tube with 0.2mm Focal Spot | |
| 1 | Isovolt HS Control Module | |
| 1 | 5 Meter High Voltage Cable | |
| 1 | Closed Loop Water Cooler with Flow and Temperature Control | |
|  | All necessary interconnect cables and hoses | |
| 1 | X-ray Beam Shutter Housing | |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

This lease also covers any and all  present and future replacement equipment, substituted equipment, additional equipment, trade-ups and add-ons without requiring a separate agreement.  (However, the leasing customer understands that Lessor's consent will be required for any of these things.)

The leasing customer agrees that a facsimile of this document or the signature shall be as valid and binding as the original and will be admissible in court as conclusive evidence of this document.

_Thomas Shadd_  8-23-02

**Signature of Leasing Customer    Date**        **Accepted by Lessor        Date**

# PURCHASE ORDER



**auburn foundry, inc.**

635 WEST ELEVENTH STREET • AUBURN, INDIANA 46706-2199
(260) 925-0900 • FAX (260) 925-5137

**Our order number must appear on all correspondence, invoices, shipping papers, and packages.**

| | |
|---|---|
| **ORDER NUMBER** | 2048P2 |
| **DATE** | 8/27/02 |
| **VENDOR NO.** | 3921 |
| **TERMS** | On Receipt... |
| **SHIP VIA** | |
| **F.O.B.** | |

**Vendor must work towards 100% on time delivery**

**TO**

Adirondack Leasing Associates,
Ltd17700
620 Washington Avenue
Rensselaer NY 12144

Confirming
Do Not Duplicate

VENDOR MUST REPORT TO AUBURN FOUNDRY ANY FREIGHT THAT IS IN EXCESS OF NORMAL FREIGHT CHARGES.

PLEASE FURNISH THE FOLLOWING AS INSTRUCTED BELOW AND ACCORDING TO TERMS AND CONDITIONS SPECIFIED ON THE BACK OF THIS ORDER AND TO SPECIFICATIONS, DRAWINGS AND ADDITIONAL TERMS AND CONDITIONS REFERENCED HEREIN AND/OR ATTACHED HERETO.

| ITEM | DESCRIPTION | ACCOUNT NO. | QUANTITY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | Ship Entire Purchase Order to: | | | | | |
| | Auburn Foundry, Inc | | | | | |
| | 1537 West Auburn Drive | | | | | |
| | Auburn IN 46706 | | | | | |
| 1 | DP419 Radiographic System; Including the following: *DP419P Programmable Object & Manipulator. *DP419 Radiation Sheilded Enclosure. *Installation & Training. | 40002 | 34 | MO | 2412.0000 | 82008.00 |
| | : 8/27/02    34.00 | | | | | |
| 2 | 10% Buy-Out at End of Lease | 40002 | 1 | LT | 7500.0000 | 7500.00 |
| | : 8/27/02    1.00 | | | | | |

## SEND ACKNOWLEDGEMENT

*auburn foundry, inc.*

**IMPORTANT INSTRUCTIONS**

RENDER INVOICE IN DUPLICATE.
WE RESERVE THE RIGHT TO CANCEL ORDER IF NOT FILLED AS REQUESTED.
ATERIAL SAFETY DATA SHEET(S) MUST BE PROVIDED FOR ALL EMS LISTED ON THIS ORDER.
EASE SUPPLY THE FOLLOWING AT PRICES NOT TO EXCEED THOSE IT CHARGED OR QUOTED UNLESS PRICE IS SHOWN HEREON.
ASE FURNISH IN ACCORDANCE WITH INSTRUCTIONS AND CONDITIONS ON BACK.
ING OR INSPECTION LABORATORIES:

BY

PURCHASING AGENT

SEE BACKER COPY FOR TERMS AND CONDITIONS

# PURCHASE ORDER

**Our order number must appear on all correspondence, invoices, shipping papers, and packages.**

## auburn foundry, inc.

635 WEST ELEVENTH STREET • AUBURN, INDIANA 46706-2199
(260) 925-0900 • FAX (260) 925-5137

| | |
|---|---|
| ORDER NUMBER | 2048P2 |
| DATE | 8/27/02 |
| VENDOR NO. | 3921 |
| TERMS | On Receipt of Inv. |
| SHIP VIA | |
| F.O.B. | |

Confirming
Do Not Duplicate

### Vendor must work towards 100% on time delivery

**TO**
Adirondack Leasing Associates,
Ltd17700
620 Washington Avenue
Rensselaer NY 12144

VENDOR MUST REPORT TO AUBURN FOUNDRY ANY FREIGHT THAT IS IN EXCESS OF NORMAL FREIGHT CHARGES.

PLEASE FURNISH THE FOLLOWING AS INSTRUCTED BELOW AND ACCORDING TO TERMS AND CONDITIONS SPECIFIED ON THE BACK OF THIS ORDER AND TO SPECIFICATIONS, DRAWINGS AND ADDITIONAL TERMS AND CONDITIONS REFERENCED HEREIN AND/OR ATTACHED HERETO.

| ITEM | DESCRIPTION | ACCOUNT NO. | QUANTITY | UM | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | * * * * * * * * * * * * * * * * * | | | | | |
| | Dave Weber                sc | | | | | |
| | Cost of Equipment: $75,000.00 | | | | | |
| | Monthly Payments:  $ 2,412.00 | | | | | |
| | Lease Deposit:     $ 5,019.00 | | | | | |
| | (This deposit includes | | | | | |
| | advance rentals & documenta- | | | | | |
| | tion fee.) | | | | | |
| | Project #27-735 | | | | | |
| | * * * * * * * * * * * * * * * * * | | | | | |
| | | | | | | |
| | U.S. Dollars - General | | | | | |
| | | | | | | |
| | TOTAL | | | | | 89508.00 |

## SEND ACKNOWLEDGEMENT

### IMPORTANT INSTRUCTIONS

1) RENDER INVOICE IN DUPLICATE.
2) WE RESERVE THE RIGHT TO CANCEL ORDER IF NOT FILLED AS REQUESTED.
3) MATERIAL SAFETY DATA SHEET(S) MUST BE PROVIDED FOR ALL ITEMS LISTED ON THIS ORDER.
4) PLEASE SUPPLY THE FOLLOWING AT PRICES NOT TO EXCEED THOSE LAST CHARGED OR QUOTED UNLESS PRICE IS SHOWN HEREON.
5) PLEASE FURNISH IN ACCORDANCE WITH INSTRUCTIONS AND CONDITIONS ON BACK.
6) TESTING OR INSPECTION LABORATORIES:
   *COMMERCIAL/INDEPENDENT CALIBRATION FACILITIES SHALL BE

## auburn foundry, inc.

BY _____
PURCHASING AGENT

SEE BACKER COPY FOR TERMS AND CONDITIONS

# AF PURCHASING REQUISITION FORM

**The Generator of the request for Purchase is responsible for securing approvals for purchase.**
**All information on this form must be completed before Purchasing Department will place order.**

**Plant 1** ☐    **Plant 2** ☒    **Current Vendor** ☐    **New Vendor** ☒    **Mail** ☐    **Do not Mail** ☒    **Fax** ☐

| | | |
|---|---|---|
| Vendor Name: Adirondack Leasing | Remit To: | **P.O.#** 32048 PA |
| Vendor Contact:: Associates,Ltd17700 | # 3921 | To be completed only by Purchasing Dept |
| Vendor Address: 620 washigton Ave | Address: | Work Order# |
| Rensselaer , New York 12144 | | Capitol |
| Phone#:518-463-5557 ext. | | Project# 27-935 |
| Fax #: 518-463-0144 | *To be completed only if New Vendor* | |

| Quantity | Identification | Item Description | Price Each | Price Line Total | Account No. |
|---|---|---|---|---|---|
| 34 | Lease Payments | list of Equipment- DP419 Radiograghic System | $2,412.00 | $82,008.00 | |
| | | including DP419P Programmable Object & | | $0.00 | |
| | | Manipulator,Dp419 Radiation Sheilded Enclosure | | $0.00 | |
| | | Installation & Training. Cost of Equip.$75000.00 | | $0.00 | |
| | | 36 Monthly installments of $2412.00 , first month | | $0.00 | |
| | | and last month payment as advance rent of $4824.00 | | $0.00 | |
| | | 34 installments -$82,008.00 | | $0.00 | |
| | | Advance  $~~4824.00~~ 3619.00 | | $0.00 | |
| | | Total  $86832.00 | | $0.00 | |
| 1 | | 10% Buyout At End of Lease  4000 2 | | $0.00 | |
| | | $7500.00 | | $0.00 | |
| | | TAX (☐)  NON TAX (☒) | | $82,008.00 | |

**Capital** ☒  or  **Expense** ☐

~~7500.00~~
$89500.00

**Authorizations/Routing**

| | | |
|---|---|---|
| Requestor:  Dave Weber | **Levels** | Date:  08/26/02 |
| Dept Mgr:_____ | $0 - $250 | Date:_____ |
| Plant Mgr:_____ | $250 - $2,500 | Date:_____ |
| Dept VP:_____ | $2,500-$5,000 | Date:_____ |
| VP Finance/CFO:_____ | $500 and above  Date:_____ | |
| President & CEO:_____ | $10,000 and above Date:_____ | |
| Purchasing Dept:_____ | Date:_____ | |

**Comments:**  See attached CPR signature page for authorization . Cut advanced rent check for $~~4824.00~~ 3619.00

$150.00 Check for Origination fees
to ........ at .......

(Purchasing, Plant 1 & 2) FOD-0392; 10/05/01

APR-22-04 10:33 FROM:AUBURN FOUNDRY INC    ID:12803257944

**First Lake Capitol and Funding Group, LLC**
P.O. Box 71356
Marietta, GA 30007

August 23 ,2002

Mr. Thomas B Walsh
Auburn Foundry Inc
635 W 11th Street
Auburn, IN 46706

Dear Mr Walsh,

Enclosed are the lease documents for completion. We have highlighted the areas to be completed. Please sign where indicated and return these to me in the enclosed overnight package . If you have any questions please give me a call.

Please return the following items with the documents.

1. A check made payable to Adirondack Leasing Associates in the amount of $ 5019.00 for the advance rentals and documentation fee.
2. Copy of all signors drivers license.
3. A check made payable to First Lake Capitol in the amount of $150.00 for origination fees..

If you have any question please do not hesitate to give us a call at **800-803-2189.**

Sincerely,
Dave Pitman
First Lake Capitol and Funding Group

**AUBURN FOUNDRY, INC.**
635 West Eleventh Street
AUBURN, INDIANA 46706

BANK OF AMERICA CUSTOMER CONNECTION
BANK OF AMERICA
ATLANTA, DEKALB COUNTY, GEORGIA

64-1228
611

027962

DATE August 28, 2002

PAY

TO THE ORDER OF

FIRST LAKE CAPITOL
PO BOX 71356
MARIETTA GA    30007

AUBURN 8-02
FOUNDRY INC.    *150 DOLS 00 CTS

DOLLARS $ 150.00

VOID AFTER 120 DAYS

AUTHORIZED SIGNATURE

⑈027962⑈  ⑆0611127880⑆  329 488 5178⑈

PO #2048P2
ORIGINATION FEES                          27735                    150.00

SC-11-3
PRINTED IN U.S.A.

AUBURN FOUNDRY, INC., 635 West Eleventh Street, Auburn, Indiana 46706



AUBURN FOUNDRY, INC.
635 West Eleventh Street
Auburn, Indiana 46706

BANK OF AMERICA CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
ATLANTA, DEKALB COUNTY, GEORGIA

64-128
611
027963

DATE  August 28, 2002

PAY

DOLLARS $5,019.00

VOID AFTER 120 DAYS

TO THE ORDER OF

ADIRONDACK LEASING ASSOCIATES LTD
626 WASHINGTON AVE
RENSSELAER NY   12144

AUTHORIZED SIGNATURE

PO #2048P2
DOWNPAYMENT LEASE

(SEE RECEIVER)

27735

195.00
4824.00
5019.00

SC-1143
PRINTED IN U.S.A.

AUBURN FOUNDRY, INC. 635 West Eleventh Street, Auburn, Indiana 46706

First Lake Capitol and Funding Group, LLC
P.O. Box 71356
Marietta, GA 30007

August 23 ,2002

Mr. Thomas B Walsh
Auburn Foundry Inc
635 W 11th Street
Auburn, IN 46706

Dear Mr Walsh,

Enclosed are the lease documents for completion.  We have highlighted the
areas to be completed. Please sign where indicated and return these to me in
the enclosed overnight package . If you have any questions please give me a
call.

Please return the following items with the documents.

1. A check made payable to Adirondack Leasing Associates in the amount
   of $ 5019.00 for the advance rentals and documentation fee.
2. Copy of all signors drivers license.
3. A check made payable to First Lake Capitol in the amount of $150.00 for
   origination fees..

If you have any question please do not hesitate to give us a call at
800-803-2189.

Sincerely,
Dave Pitman
First Lake Capitol and Funding Group

### Adirondack Leasing Associates, Ltd17790
620 Washington Avenue
Rensselaer, NY 12144
518-463-5557  518-463-0144 Fax

**BUSINESS**

| BUSINESS NAME/LESSEE | | | | | | | TELEPHONE 219-925-0900 EXT |
|---|---|---|---|---|---|---|---|
| Auburn Foundry Inc | | | | | | | |
| ADDRESS (STREET) 635 - 639 W 11th Street | | (CITY) Auburn | | | (STATE) IN | | (FAX Number) | (ZIP CODE) 46706 |
| TYPE OF BUSINESS Manufacturing | | | | (SIC Code) | | Start Date 3/14/1932 | FED. TAX NO. |
| LOCATION OF EQUIPMENT (STREET) 635 - 639 W 11th Street | | (CITY) Auburn | | (STATE) IN | | (COUNTY) DeKalb | (ZIP CODE) 46706 |

| # Of Employees: | | Gross Sales: $ | | | |
|---|---|---|---|---|---|
| Business Structure  Corporation | | Business Contact: | | Current Ownership: KEY EQUIP | |

**OWNERSHIP**

| PRINCIPAL'S NAME | TITLE | (Owner %) | HOME PHONE NO. | SOC. SEC. NO. |
|---|---|---|---|---|
| HOME ADDRESS (STREET)        (CITY)        (STATE) | | (ZIP CODE) | | |
| PRINCIPAL'S NAME | TITLE | (Owner %) | HOME PHONE NO. | SOC. SEC. NO. |
| HOME ADDRESS (STREET)        (CITY)        (STATE) | | (ZIP CODE) | | |
| PRINCIPAL'S NAME | TITLE | (Owner %) | HOME PHONE NO. | SOC. SEC. NO. |
| HOME ADDRESS (STREET)        (CITY)        (STATE) | | (ZIP CODE) | | |

**BANKS**

| BANK Bank America | Contact Rene Tipton | | | TELEPHONE 206-585-4444 |
|---|---|---|---|---|
| ACCOUNT UNDER NAME OF SAME | CHECKING ACCT. NO. | | FAX 900552467 | |
| BANK | Contact | | | TELEPHONE |
| ACCOUNT UNDER NAME OF | CHECKING ACCT. NO. | | FAX | |

**TRADES**

| COMPANY NAME | ACCOUNT NO. | TELEPHONE NO. | CONTACT PERSON |
|---|---|---|---|
| Bank America | | 206-585-4444 | Rene Tipton |
| | | | |
| | | | |

**EQUIPMENT**

| VENDOR North Star Imaging Inc | | | Contact | | Telephone Number 651-645-6684 |
|---|---|---|---|---|---|
| ADDRESS (STREET) 953 Westgate Suite 109 | (CITY) St. Paul | | (STATE) MN | (ZIP CODE) 55114 | Federal ID Number |
| EQUIPMENT TO BE LEASED DP419 Radiographic System incl: DP419P Programmable Object & Manipulator DP419 Radiation Shielded Encl + Install & Trng | | | | | |
| COST OF EQUIPMENT $ 75,000.00 | Down Payment/Trade-In | Amount to Finance 75,000.00 | Lease Term 36 | | Purchase Option 10% |

If your application for business credit is denied, you have the right to a written statement of the reason(s) for the denial. This request must be in writing and within 30 days of denial. I verify the accuracy of the above information and authorize the Leasing Company to investigate my credit. The undersigned individual who is either a principal, a personal guarantor or a sole proprietorship of the credit applicant, recognizing that his or her individual credit history may be a factor in the evaluation of the credit history of the applicant, hereby consents and authorizes Adirondack Leasing Associates Ltd. or is designee the use of a consumer credit report on the undersigned, from time to time as may be needed. A fax or photocopy of this authorization shall be valid as the original. The above application information is true and correct.

| AUTHORIZED SIGNATURE X _Thomas Brell_ | TITLE: Vice Pres | DATE: 8-23-02 |
|---|---|---|
| AUTHORIZED SIGNATURE X _____ | TITLE: _____ | DATE: _____ |
| AUTHORIZED SIGNATURE X _____ | TITLE: _____ | DATE: _____ |

**Key Equipment Finance**

**LESSEE INFORMATION**

| | |
|---|---|
| **Lessee Name** | Auburn Foundry Inc |
| **Street Address** | 635-639 W 11th Street |
| **City** | Auburn |
| **County** | |
| **State** | IN |
| **Zip** | 46706 |

Please read this Lease Agreement ("Lease") carefully and feel free to ask us any questions you may have about it. The words "you" and "your" refer to the "Lessee" and the words "we", "us" and "our" refer to Key Equipment Finance, a Division of Key Corporate Capital Inc., the "Lessor" of the Equipment.

**EQUIPMENT DESCRIPTION**

☐ See attached Schedule A (or list equipment below)

▶ DP419 Radiographic system incl: DP419P Programmable Object & Manipulator

| Quantity | Model | Equipment Description |
|---|---|---|
| ▶ DP419 | Radiation Shielded Enclosure + installation & training | |

| Quantity | Model | Equipment Description |
|---|---|---|
| | | |

Installation address (if different from above)

| Monthly Lease Payment | No. of Lease Payments: | Advance Rent |
|---|---|---|
| $2412.00 | 36 | $4824.00 |

**End of Lease Options:** ☐ Purchase for Fair Market Value ☐ Purchase for $1.00

☐ Purchase for 10% ☐ Other _____

• If the payment amount shown above includes a service or maintenance payment, you acknowledge that we collect these payments as an accommodation to you and we are not responsible for performance under any agreement for same. • All amounts shown are exclusive of applicable sales tax. • Advance Rent, if any, is earned by us immediately upon our receipt thereof, shall be applied immediately to satisfy your obligations to make such payments hereunder and shall not be refundable to you under any circumstances. • This Lease will automatically renew from month-to-month (the "Renewal") at the Monthly Lease Payment unless you have given us at least ninety (90) but not more than one hundred eighty (180) days prior written notice by certified mail of your election to (1) return the Equipment to us in accordance with Section 6 of this Lease or (2) purchase the Equipment for the amount you have selected above. • If this Lease goes into Renewal, it will continue to renew from month-to-month at the same Monthly Lease Payment set forth above, subject to the right of either of us to terminate the Lease upon ninety (90) days prior written notice, and any such termination will take effect only upon your satisfaction of all of your obligations under the Lease.

**1. LEASE;** ENTIRE AGREEMENT. This Agreement establishes the terms and conditions under which we are financing all items of software, services and equipment identified in this Lease for you (the equipment and any receivables related to software and service fees are hereinafter referred to as the "Equipment"). ANY PROVISION OF THIS LEASE WHICH FOR ANY REASON MAY BE HELD UNENFORCEABLE IN ANY JURISDICTION SHALL, AS TO SUCH JURISDICTION, BE INEFFECTIVE WITHOUT INVALIDATING THE REMAINING PROVISIONS OF THIS LEASE. You agree to all of the terms and conditions on both the front and back of this Lease, and you acknowledge that you have read and agreed to all the terms and conditions. THIS LEASE CONTAINS THE ENTIRE AGREEMENT AND UNDERSTANDING OF THE PARTIES. NO AGREEMENTS, UNDERSTANDINGS OR AMENDMENTS TO THE LEASE ARE BINDING ON THE PARTIES UNLESS SET FORTH IN WRITING AND SIGNED BY BOTH PARTIES.

**2. TERM.** This Agreement shall become effective, and the term of the Lease begins, when it is signed or otherwise accepted by us and shall remain in effect until the Lease term has expired. The first Lease Payment is due on the date we accept the Lease or any later date designated by us. Subsequent Lease Payments will be due as invoiced by us for successive months until the balance of the Lease Payments and any additional Lease Payments or increases chargeable to you under the Lease are paid in full. YOUR OBLIGATION TO PAY THE LEASE PAYMENTS AND YOUR OTHER LEASE OBLIGATIONS ARE ABSOLUTE AND UNCONDITIONAL AND ARE NOT SUBJECT TO CANCELLATION, REDUCTION, SETOFF OR COUNTERCLAIM FOR ANY REASON WHATSOEVER INCLUDING, WITHOUT LIMITATION, THE FAILURE OR ALLEGED FAILURE TO PERFORM BY ANY PARTY ENGAGED BY YOU TO SERVICE OR MAINTAIN THE EQUIPMENT. All payments will be made to us at as set forth herein or any other place we indicate in writing. The amount of each Lease Payment is based on the supplier's best estimate of the Equipment cost including (if applicable) any installation and other related costs. You must also pay all extra under you tax. The Lease Payments will be adjusted proportionately upward or downward if the actual total cost of the Equipment is more or less than the estimate. In that event, you authorize us to adjust the Lease Payments by up to fifteen percent (15%) by written notice to you of such adjustment. In the event a Lease is not accepted by us within thirty (30) days of your signing of the Lease, you authorize us to increase the Lease Payments to reflect any Lease rate increase applicable in the Lease.

**3. DELIVERY AND ACCEPTANCE.** You are responsible, at your own cost, to arrange for the delivery and installation of the Equipment (unless such costs are included in the cost of the Equipment to us). You agree to accept the Equipment when it is delivered and to sign an equipment acceptance form if requested by us, and (ii) that Equipment will be deemed to you to be accepted if we do not receive your written notice of rejection within 10 days of delivery.

If you fax a signed copy of this Lease to us, it will bind you. However, we will not be bound until we accept it by manually signing it or by lending the Lease, whichever occurs first. You waive notice of our acceptance of the Lease, but a copy of this Lease as accepted by us will be provided to you at your request. You agree that in any court or proceeding we may produce a copy of this Lease or other documents related to the Lease transmitted to us by facsimile transmission and such copy shall be deemed to be the original of the Lease. You acknowledge that we are relying on your representation that this agreement has not been changed, and that your signature below is authorized to execute the lease on your behalf. YOU WARRANT AND REPRESENT THAT THE EQUIPMENT WILL BE USED SOLELY FOR COMMERCIAL AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

I have read, and understand, all terms on the FRONT and BACK of this Lease.

**LESSEE SIGNATURE (MUST ALSO SIGN ON PAGE TWO (BACK OF THIS LEASE))**

X _Thomas Walsh_
Signature

THOMAS B. WALSH
_____

Title _____

**FOR KEF USE ONLY**
LESSOR SIGNATURE Key Equipment Finance, a Division of Key Corporate Capital Inc.

X _____
Signature

Title _____ Date _____

KEF01-100.202

**LEASE GUARANTY:** To induce us to enter this Lease the undersigned unconditionally guarantees the prompt payment of all of Lessee's obligations under the Lease. We are not required to proceed against the Lessee or the Equipment or to enforce other remedies before proceeding against the undersigned. The undersigned waives all notices or demands of any kind to which the undersigned may be entitled, consents to any extension or modification granted to the Lessee and the release and/or compromise of any obligations of the Lessee or any other guarantors without reducing the undersigned from these obligations. This is a continuing guarantee and will remain in effect in the event of the death of the undersigned and will bind the heirs, subadministrators, representatives, successors and assigns of undersigned and may be enforced by or for the benefit of our successors and assigns. This guaranty is governed by and construed in accordance with the internal laws of the State of New York. The undersigned waives all defenses available to it; Lessee or any other guarantor, with respect to its obligations hereunder, other than the defense that the Lessee's obligations have been fully and finally performed and irrevocably paid.

**GUARANTOR SIGNATURE**

X _____
Signature

Print Name _____

Title _____ Date _____

**GUARANTOR SIGNATURE**

X _____
Signature

Print Name _____

Title _____ Date _____

4.USE, REPAIR, SUPPLIER AND WARRANTIES. You shall use the Equipment lawfully and only in the manner for which it was designed and intended and so as to subject it only to ordinary wear and tear. You shall comply with all applicable laws. You have selected the Equipment and the Equipment supplier and acknowledge that we are not the manufacturer of the Equipment and that we are leasing the Equipment to you "AS IS." WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR WITH RESPECT TO PATENT OR COPYRIGHT INFRINGEMENT IN CONNECTION WITH THIS LEASE. We transfer to you for the term of the Lease all warranties, if any, made by the manufacturer. YOU ACKNOWLEDGE THAT NO ONE IS AUTHORIZED TO WAIVE OR CHANGE ANY TERM, PROVISION OR CONDITION OF THIS LEASE AND EXCEPT FOR THE MANUFACTURER WARRANTIES, TO MAKE ANY REPRESENTATION OR WARRANTY ABOUT THE LEASE OR THE EQUIPMENT. WE SHALL NOT BE LIABLE FOR ANY DELAYS IN MAKING DELIVERIES OR REPAIRS NOR IN ANY EVENT FOR SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR LOSS OF PROFIT OCCASIONED BY ANY BREACH OF WARRANTY OR REPRESENTATION, OR RESULTING FROM THE USE OR PERFORMANCE OF THE EQUIPMENT. YOUR OBLIGATION TO PAY IN FULL ANY AMOUNT DUE UNDER THE LEASE WILL NOT BE AFFECTED BY ANY DISPUTE, CLAIM, COUNTERCLAIM, DEFENSE OR OTHER RIGHT WHICH YOU MAY HAVE OR ASSERT AGAINST THE EQUIPMENT SUPPLIER OR MANUFACTURER.

5.PERSONAL PROPERTY, LOCATION AND INSPECTION. You have the right to use the Equipment for the full Lease term provided you comply with the terms and conditions of this Lease. Although the Equipment may become attached to real estate, it remains personal property and you agree not to permit a lien to be placed upon the Equipment, remove the Equipment or move it to a new location without our prior written consent. If we feel it is necessary, you agree to provide us with waivers of interest or liens, from anyone claiming any interest in the real estate on which any item of Equipment is located. We also have the right, at reasonable times, to inspect the Equipment.

6.MAINTENANCE. You are required, at your own cost and expense, to keep the Equipment in good repair, condition and working order, except for ordinary wear and tear, in compliance with the manufacturer's specifications and your standard practices (but with respect to the latter, in no event less than industry practices) and you will repair and supply all parts and servicing required. You shall maintain the Equipment under such a program so that the Equipment will qualify for the manufacturer's standard maintenance agreement upon Lease expiration and return of the Equipment to us. All replacement parts used or installed and repairs made to the Equipment will become our property. Such replacement parts shall immediately and without further act, be deemed to constitute an item of Equipment and be fully subject to this Lease as if originally leased hereunder, and shall be free and clear of all liens. You may with our prior written consent, make modifications to the Equipment provided such modifications do not reduce the current or future value or usefulness of the Equipment or result in the loss of any warranty or any certification necessary for the maintenance of the Equipment and such modifications must be easily removable without causing damage to the Equipment. Before returning the Equipment, you agree to remove such modifications and restore the Equipment to its original condition. If you fail to remove such modifications, we are deemed the owner of such modifications. IF THE LEASE PAYMENTS INCLUDE THE COST OF MAINTENANCE AND/OR SERVICE BEING PROVIDED FOR THE EQUIPMENT, YOU WILL MAKE ALL CLAIMS FOR SERVICE AND MAINTENANCE SOLELY TO THE SUPPLIER OF SUCH SERVICE OR MAINTENANCE. SUCH CLAIMS WILL NOT AFFECT YOUR OBLIGATION TO MAKE ALL REQUIRED LEASE PAYMENTS TO US, AND YOU HEREBY CONFIRM THAT YOU HAVE ADEQUATE REMEDIES AGAINST SUCH SUPPLIER IN THE EVENT OF A BREACH OF YOUR AGREEMENT BY THE SUPPLIER.

7.ASSIGNMENT. YOU AGREE NOT TO TRANSFER, SELL, SUBLEASE, ASSIGN, PLEDGE OR ENCUMBER EITHER THE EQUIPMENT OR ANY RIGHTS UNDER THE LEASE WITHOUT OUR PRIOR WRITTEN CONSENT. You agree that we may sell, assign or transfer the Lease and if we do, the new owner will have the same rights and benefits that we now have, but will not have to perform any of our obligations and that the rights of the new owner will not be subject to any claims, defenses, or set-offs that you may have against us.

8.RETURN OF EQUIPMENT. If you are required to do so by the terms of this Lease (including without limitation upon termination or default), you will return the Equipment to us, freight and insurance prepaid, in good repair, condition and working order, ordinary wear and tear excepted, in a condition as specified in Section 6 and in a manner and to a location designated by us.

9.LOSS OR DAMAGE. You are responsible for the risk of loss or destruction of, or damage to the Equipment. No such loss or damage relieves you from any obligation under the Lease. You agree to promptly notify us in writing of any loss or destruction or damage to the Equipment and you will, at our option, do one of the following: (a) repair the Equipment to good condition and working order, (b) replace the Equipment with like Equipment in good repair, condition and working order, acceptable to us and transfer clear title to such replacement Equipment to us, such Equipment shall be subject to the Lease and be deemed to be the Equipment, or (c) pay to us the present value of the total of all unpaid Lease Payments for the full Lease term, plus the estimated fair market value of the Equipment at the end of the originally scheduled Lease term, all discounted at three percent (3%) per year whereupon the Lease shall terminate. All proceeds of insurance received by us as a result of such loss or damage will be applied, where applicable, toward the replacement or repair of the Equipment or the payment of your obligations.

10.INDEMNITY. We are not responsible for any losses or injuries caused by the installation or use of the Equipment. You agree to reimburse us for and to defend us against any claim for losses or injuries caused by the Equipment. This indemnity will continue even after the termination or expiration of the Lease.

11.TAXES. You agree to pay all license and registration fees, documentary, sale and use taxes, personal property taxes and all other taxes and charges relating to the ownership, leasing, rental, sale, purchase, possession or use of the Equipment as part of the Lease Payment or as billed by us. You agree that if we pay any taxes or charges on your behalf, you will reimburse us for all such payments and will pay us interest and a late charge (as calculated in Section 14) on such payments with the next Lease Payment, plus reasonable costs incurred in collecting and administering any taxes, assessments or fees and remitting them to the appropriate authorities.

12.INSURANCE. You will keep the Equipment insured against all risks of loss or damage in an amount not less than the replacement cost of the Equipment, without deductible and without co-insurance. You will also obtain and maintain for the term of the Lease, comprehensive public liability insurance covering both personal injury and property damage of at least $100,000 per person and $300,000 per occurrence for bodily injury and $[illegible] for property damage. "KeyCorp and its subsidiaries and affiliated companies, including Key Corporate Capital Inc." will be the sole named loss payee on the property insurance and named as an additional insured on the public liability insurance. You will pay all premiums for such insurance and must deliver proof of insurance coverage satisfactory to us. If you do not provide such insurance, you agree that we have the right, but not the obligation, to obtain such insurance and to charge you for all costs.

13.DEFAULT. You are in default of the Lease if: (a) You fail to pay any Lease Payment or other sum when due; (b) You breach any warranty or other obligation under this Lease, or any other agreement with us or any of our parent, subsidiary or affiliate companies; (c) You, any partner or any guarantor dies, you become insolvent or unable to pay your debts when due; you stop doing business as a going concern; you merge, consolidate, transfer all or substantially all of your assets; you make an assignment for the benefit of creditors or you undergo a substantial deterioration in your financial condition, or (d) You, any guarantor or any partner, voluntarily file or have filed against you or it involuntarily, a petition for liquidation, reorganization, adjustment of debt or similar relief under the Federal Bankruptcy Code or any other present or future federal or state bankruptcy or insolvency law, or a trustee, receiver or liquidator is appointed for you, any guarantor or any partner or for a substantial part of the assets of you, any guarantor or any partner.

14.REMEDIES. We have the following remedies if a default should occur: (a) declare the entire balance of the unpaid Lease Payments for the full term of the Lease immediately due and payable, sue for and receive all Lease Payments and any other payments then accrued or accelerated under the Lease plus the estimated fair market value of the Equipment at the end of the originally scheduled term of the Lease with all the accelerated Lease Payments and the estimated fair market value of the Equipment discounted to the date of the default at three percent (3%) per year, but only to the extent permitted by law; (b) Charge you interest on all monies due us at the rate of eighteen percent (18%) per year from the date of acceleration until paid, but in no event more than the maximum rate permitted by law; (c) Charge you a return check or non-sufficient funds charge ("NSF Charge") to reimburse us for the time and expense incurred with respect to a check that is returned for any reason including non-sufficient or uncollected funds, such NSF Charge is stipulated and liquidated at $25.00; and (d) Require that you return the Equipment to us and in the event you fail to return the Equipment, enter upon the premises peaceably with or without legal process where the Equipment is located and repossess the Equipment. Such return or repossession of the Equipment will not constitute a termination of the Lease unless we expressly notify you in writing. In the event the Equipment is returned or repossessed by us, we may sell or re-rent the Equipment to any persons with any terms we determine, at one or more public or private sales, with or without notice to you (but if notice is required by applicable law, you agree that ten (10) days prior notice to you of (A) any public sale or (B) the time after which a private sale may be negotiated shall be conclusively deemed reasonable and, to the extent permitted by applicable law, you waive all rights and defenses with respect to such disposition of the Equipment), and apply the net proceeds deducting the costs and expenses of such sale or re-rent, to your obligations with you remaining liable for any deficiency on the Lease and with any excess being retained by us. The credit for any sums to be received by us from any such resale shall be discounted to the date of the agreement at three percent (3%) per year. In the event that actions must be taken by us to enforce this Lease, you agree to pay (i) all expenses incurred by us in connection with the enforcement of any remedies, including all expenses of collection agency and repossessing, storing, shipping, repairing and selling the Equipment, and (ii) reasonable attorneys' fees and court costs (including allocated costs for in-house counsel), whether suit be brought or not, and through all appellate, post judgment and/or bankruptcy proceedings. Whenever any Lease Payment is not made when due, you agree to pay us, within one month, a late charge of fifteen percent (15%) of such delayed payment, with a minimum of $10.00 as compensation for our internal operating expenses arising as a result of each delayed payment, but only to the extent permitted by law. This amount is payable in addition to all amounts payable by you as a result of the exercise of any other remedies. You agree that any delay or failure to enforce our rights under this Lease does not prevent us from enforcing any rights at a later time.

15.UCC FILINGS AND FINANCIAL STATEMENTS. You authorize us to file financing statement(s) with respect to the Lease and the Equipment, and shall pay us a $50 documentation fee in connection therewith. The filing of a financing statement on a true Lease is not to be construed as evidence that any security interest was intended to be created, but only to give public notice of our ownership of the Equipment. If a Lease is deemed at any time to be one intended as security then you grant us a security interest in the Equipment and the proceeds from the sale, rent or other disposition of the Equipment. If we feel it is necessary you agree to submit financial statements (audited if applicable) on a quarterly basis.

16.NOTICE. All notices shall be in writing and shall be addressed (a) if to you, to your address above or at any other address you notify us of in writing or (b) if to us, at 66 South Pearl Street, PO Box 1339, Albany NY 12201-1339 or at any other address we may notify you of in writing and will be deemed to have been given: (i) when delivered personally or by overnight courier; (ii) when sent by telecopy and confirmed by answer-back telecopy; or (iii) five (5) days after deposit in the U.S. Mail, postage prepaid.

17.UCC – ARTICLE 2A PROVISIONS. You agree this is a Finance Lease as that term is defined in Article 2A of the Uniform Commercial Code ("UCC"), and acknowledge that we have given you the name of the supplier of the Equipment. We hereby notify you that you may have rights under the contract with the supplier and you may contact the supplier for a description of any rights or warranties that you may have under the supply contract. You also waive any and all rights and remedies granted you under Sections 2A-508 through 2A-522 of the UCC.

18.CHOICE OF LAW. THIS LEASE WAS MADE IN THE STATE OF NEW YORK BY US HAVING ACCEPTED IT IN ALBANY, NEW YORK AND IT IS TO BE PERFORMED IN THE STATE OF NEW YORK BY REASON OF THE LEASE PAYMENTS YOU ARE REQUIRED TO PAY US IN NEW YORK. THIS LEASE SHALL IN ALL RESPECTS BE INTERPRETED AND GOVERNED BY THE INTERNAL LAWS OF THE STATE OF NEW YORK. YOU CONSENT TO AND AGREE THAT PERSONAL JURISDICTION OVER YOU AND SUBJECT MATTER JURISDICTION OVER THE EQUIPMENT SHALL BE WITH THE COURTS OF THE STATE OF NEW YORK OR THE FEDERAL DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK SOLELY AT OUR OPTION WITH RESPECT TO ANY PROVISION OF THIS LEASE. YOU HEREBY WAIVE YOUR RIGHT TO A TRIAL BY JURY.

19.MORE THAN ONE LESSEE. If more than one person or entity executes this Lease as "Lessee," the obligations of "Lessee" contained herein shall be deemed joint and several and all references to "Lessee" shall apply both individually and jointly.

By signing below, you confirm that you have read, and understand, all terms on the FRONT and BACK of this Lease.

X [signature] Print Name: THOMAS B. WALSH

KEF01-100.292