IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            )
                                 )
AUBURN FOUNDRY, INC.         )         Chapter 11
                                 )
           Debtor.         )         BK Case No. 04-10427

### JOINT STIPULATION TO WITHDRAW MOTION TO APPROVE POST-PETITION FINANCING AND APPROVE MOTION TO REJECT EXECUTORY CONTRACT AND MOTION TO APPROVE COMPROMISE

The debtor, Auburn Foundry, Inc. ("AFI" or the "Debtor"), by its counsel, hereby withdraws its Motion to Approve Post-Petition Financing filed herein on March 24, 2004 (the "GM Financing Motion"). Bank of America, as agent for the Debtor's pre-petition secured lenders ("BofA"), by its counsel, hereby withdraws its limited objection to the Debtor's Motion to Reject Executory Contract (the "Rejection Motion") and Motion to Approve Compromise dated March 24, 2004 (the "Compromise Motion"). By these actions, the Debtor and BofA have resolved the only objection to entry of an order approving the Rejection Motion and the Compromise Motion.

The Rejection Motion and the Compromise Motion relate to the rejection of the Debtor's pre-petition supply contracts with General Motors Corporation ("General Motors") and the formation of a new supply contract with substantial price increases accruing to the estate. BofA objected to the Rejection Motion, the Compromise Motion and the GM Financing Motion, but now withdraws its objection to the Rejection Motion and the Compromise Motion based on the creation of a revised supply contract with General Motors, a copy of which is attached hereto as Exhibit A and incorporated herein by reference. Because the new supply contract, as revised,

FWIMAN1 335544v1

does not include post-petition financing, the Debtor has withdrawn its Motion for Post-Petition Financing.

The Debtor's new supply contract with General Motors will result in approximately $4,000 per day in increased sales revenue once it is approved by the Court. The price increases become effective retroactively ten days from the date of such approval. Thus, upon this Court's approval of the new supply contract, the Debtor will immediately begin charging increased prices to General Motors.

BofA has no objection to the entry of proposed Orders filed by the Debtor herein on April 29, 2004 to approve the Rejection Motion (Docket Entry No. 244) and the Compromise Motion (Docket Entry No. 246). Attached to these proposed Orders is an amended, revised, and superceded agreement between the Debtor and General Motors (the same exhibit attached hereto as Exhibit A). Because the changes to the revised agreement have no material effect on any creditor or party in interest (other than the Debtor and BofA), the Debtor and BofA submit, as they previously indicated in open Court, that no further notice is required prior to entry of the above-referenced Orders.

A hearing has been scheduled to consider the Rejection Motion, the Compromise Motion and the GM Financing Motion on May 19, 2004. However, the Debtor and BofA respectfully submit that such hearing is no longer necessary. This Stipulation is intended to resolve all issues raised by BofA's limited objection and the issues presently scheduled for a hearing before this Court on May 19. Entry of the order now, rather than on May 19, will provide a benefit to Debtor, its estate and BofA. Entry of the order now will not prejudice the rights of any party because only BofA objected to the original request.

2

Respectfully submitted,

BAKER & DANIELS

By:  /s/ John R Burns
      John R Burns (#3016-02)
      Mark A. Werling (#20426-02)
      111 East Wayne Street, Suite 800
      Fort Wayne, Indiana 46802
      Telephone:  (260) 420-8000
      Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.


By:  /s/ Grant F. Shipley
      Grant F. Shipley
      233 West Baker Street
      Fort Wayne, Indiana 46802-3413
      Telephone:  (260) 422-2700
      Facsimile:  (260) 424-2960

ATTORNEYS FOR BANK OF AMERICA

FWIMAN1 335544v1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Joint Stipulation to Withdraw Motion to Approve Post-Petition Financing and Approve Motion to Reject Executory Contract and Motion to Approve Compromise** was served by electronic mail or by first-class United States mail, postage prepaid, this 3rd day of May, 2004, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Ackerson, PC<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>P.O. Box 506<br>Auburn, IN 46707 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |

4

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

5

FWIMAN1 335544v1

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Marlin Leasing
Northeastern Division
124 Gaither Drive, Suite 170
Mount Laurel, NJ 08054

Adirondack Leasing Associates, Ltd.
620 Washington Avenue
Rensselaer, NY 12144

OFC Capital Leasing
A Division of ALFA Financial Corporation
Dept GA00010
PO Box 530101
Atlanta, GA  30353-0101

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Key Equipment Finance
66 So. Pearl Street
Albany, NY 12207

First Lake Capital and Funding Group, LLC
P.O. Box 71356
Marietta, GA 30002

Lake Union Leasing
2317 South Tacoma Way
Tacoma, WA 98409

**/s/** John R Burns

FWIMAN1 335544v1

EXHIBIT A

FWIMAN1 335544v1