**IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF SUBMISSION OF INVOICES OF COUNSEL FOR THE
UNSECURED CREDITORS' COMMITTEE**

    **YOU ARE HEREBY NOTIFIED THAT** on May 3, 2004, Ice Miller, counsel for the Unsecured Creditors Committee herein, delivered for payment their invoices for services consistent with and pursuant to the procedures set forth in the Order Establishing Procedures for Interim Compensation entered herein.  A copy of the invoices submitted by Ice Miller is available upon request to counsel for the Committee.

    **YOU ARE HEREBY NOTIFIED THAT** Ice Miller requests payment of fees in the aggregate amount of $12,222.50 for services rendered between March 25, 2004 and April 30, 2004 and reimbursement of expenses in the aggregate amount of $1,695.62 for expenses incurred between March 25, 2004 and April 30, 2004.

Date: May 3, 2004

/s/ Henry A. Efroymson
Henry A. Efroymson (Atty No.: 6427-47)
Ben T. Caughey (Atty No.: 22920-53)
ICE MILLER
One American Square, Box 82001
Indianapolis, IN  46282-0002
(317) 236-2100

Counsel for the Unsecured Creditors'
Committee

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing is being served by electronic mail or by first-class U.S. mail, first class postage prepaid, on the 3rd day of May, 2004, addressed to:

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com, skrhoads@bakerd.com
tlwiley@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana  46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana  46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
Auburn, Indiana  46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

-3-

| | |
|---|---|
| Marlene Reich<br>Jerald I. Ancel<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana  46204-2023<br>(317) 713-3562<br>(317) 713-3699 Fax<br>mreich@sbalawyers.com, jancel@sbalawyers.com<br>*(For AFI Lending Group)* | Grant F. Shipley<br>Shipley & Associates<br>233 West Baker Street<br>Fort Wayne, Indiana  46802-3413<br>gfs@gshipley.com<br>(260) 422-2711<br>*(For Shelby County Bank/Bank of America)* |
| Robert A. Weiss<br>Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>600 Woodward Avenue<br>Detroit, Michigan  48226<br>tsherick@honigman.com<br>(313) 465-7662<br>(313) 465-7663 Fax<br>*(For General Motors Corporation)* | Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois  60606<br>Josef.athanas@lw.com<br>(312) 876-7700<br>(312) 993-9767 Fax<br>*(For GMAC Commercial Finance, LLC – Senior Lenders)* |
| Brian Green<br>Shapero Green & Michel, LLC<br>Signature Square II, Suite 220<br>25101 Chagrin Boulevard<br>Cleveland, Ohio  44122<br>(216) 831-5100<br>*(For Cascade Pattern Company)* | Lawrence S. Crowther<br>6055 Rockside Woods Boulevard, Suite 200<br>Cleveland, Ohio  44131<br>*(For Bendix Commercial Vehicle Systems, LLC)* |

        /s/ Henry A. Efroymson  
        Henry A. Efroymson

ICE MILLER  
One American Square  
Box 82001  
Indianapolis, Indiana  46282-0002  
(317) 236-2100

INDY 1342765v1