UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                                              CASE NO. 04-10427
AUBURN FOUNDRY, INC.,                                          Chapter 11
    Debtor.

APPEARANCE AND REQUEST FOR NOTICES

       Comes now Gary D. Boyn of Warrick & Boyn, LLP, 121 W. Franklin St., Suite 400, Elkhart, Indiana 46516, Chapter 7 Trustee of the Estate of David Burr Fink, Case No. 03-15247, pending in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division, and enters his appearance on behalf of said estate, and further requests service of copies of all pleadings, filings and notices filed or issued in this bankruptcy proceeding at his address.

       Further, that any interest or disbursement David B. Fink is entitled to in this proceeding is property of his bankruptcy estate and must be turned over to the Trustee, Gary D. Boyn.

DATED:  May 7, 2004                                           /s/ Gary D. Boyn
                                                                                    Gary D. Boyn, Trustee
                                                                                    121 W. Franklin St., Suite 400
                                                                                    Elkhart, IN  46516
                                                                                    (574) 294-7491

Certificate of Service

       The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 7th day of May, 2004:

| | |
|---|---|
| Marlene Reich<br>4000 Bank One Tower<br>111 Monument Circle<br>Indianapolis, IN  46204 | Becket & Lee<br>PO Box 3001<br>Malvern, PA  19355 |
| John R. Burns<br>111 E. Wayne St.<br>Ft. Wayne, IN  46802 | Grant F. Shipley<br>233 W. Baker St.<br>Ft. Wayne, IN  46802 |
| Lawrence S. Crowther<br>6055 Rockside Woods Blvd.<br>Suite 200<br>Cleveland, OH  44131 | Stephen E. Lewis<br>444 E. Main St.<br>Ft. Wayne, IN  46802 |

Ellen L. Triebold
U.S. Trustee's Office
555 One Michiana Sq.
100 E. Wayne St.
South Bend, IN  46601

Richard J. Swanson
445 N. Pennsylvania St.
Suite 401
Indianapolis, IN  46204

Henry A. Efroymson
Box 82001
Indianapolis, IN  46282

Tricia A. Sherick
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI  48226

Stephen L. Fink
600 One Summit Sq.
Ft. Wayne, IN  46802

/s/ Gary D. Boyn