IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on May 7, 2004.

This matter is before the Court upon the Motion to Approve Compromise, and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, incorporating by reference as Exhibit "A" an amended and superceded Agreement between the Debtor and General Motors, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.


    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: May 07, 2004
Case: 04-10427              Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on May 09, 2004.
dbpos      Auburn Foundry, Inc.,  635 W. Eleventh Street,  Auburn, IN  46706

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2004**          Signature:       _Joseph Speetjens_