## IN THE UNITED STATES BANKURPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING MONTHLY PROVISIONAL PAYMENTS TO COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

The Application to Approve Monthly Provisional Payments to Counsel for Unsecured Creditors' Committee having come before the Court for consideration, notice and opportunity for hearing having been provided to all creditors and parties-in-interest, no objection or request for hearing having been filed,

And the Court, being duly advised in the premises, now finds that the relief requested through the Application should be approved.  Accordingly, it is hereby

ORDERED that the Debtor be, and same hereby is authorized to pay Ice Miller for its services to the Unsecured Creditors' Committee, based upon the normal and usual hourly billing rates of its partners and associates, at the time the services are rendered on behalf of the Unsecured Creditors' Committee, and it is

FURTHER ORDRED that Ice Miller shall file with the Court as early as the 10th day of each month an itemized statement of attorney's fees and expenses incurred by Ice Miller in representing the Unsecured Creditors' Committee during any prior calendar month for which no statement of attorney's fees and expenses have been filed by Ice Miller, and shall serve by mail a copy of the statement upon counsel of record and the United States Trustee, and it is

-2-

FURTHER ORDERED that the Debtor shall be authorized and is directed to pay Ice Miller 80% of such fees and 100% of such expenses incurred by Ice Miller as reflected in the Statement, except as to such amounts as may have been specifically objected to within ten (10) days of service of such statement, and it is

FURTHER ORDERED that Ice Miller shall incorporate its statements into interim fee applications, which may be filed with the Court for review, hearing and approval in accordance with Section 331 of the Bankruptcy Code, and any payment on a monthly basis to Ice Miller or the lack of an objection to the monthly statements shall not affect the rights of any parties-in-interest to object to the interim or final allowance of fees and expenses to Ice Miller.

Dated: May 17, 2004                             /s/ Robert E. Grant
                                                Judge, United States Bankruptcy Court