UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )  CASE NO.  04-10427 |
| | ) |
| DEBTOR | ) |

**NOTICE OF HEARING**

At Fort Wayne, Indiana, on May 21, 2004.

The court will hold a hearing on **May 25, 2004 at 12:00 noon** in the Federal Building, Room 2127, 1300 S. Harrison Street, Fort Wayne, Indiana, to consider debtor's request to approve its amended motion for approval of insurance finance agreement, filed on May 20, 2004, without further notice. You should be present in person or by counsel if you wish to be heard with regard thereto.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court