IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

    At Fort Wayne, Indiana, on May 25, 2004.

    The Debtor's Motion for Authority to Reject Executory Contract for Lease of X-Ray Equipment is GRANTED, it appearing to the Court that the Motion is made for good cause.

    Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

    SO ORDERED.

                                               /s/ Robert E. Grant
                                             Judge, United States Bankruptcy Court

FWIMAN1 335322v1