UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/tp |
| | ) | |
| Debtor(s) | | |

## ORDER

At Fort Wayne, Indiana, on May 26, 2004.

A hearing with regard to issues raised by Debtor's amended motion for approval of insurance finance agreement was held in Fort Wayne, Indiana, on May 25, 2004 with Mark Werling, counsel for debtor, and Grant Shipley, counsel for Bank of America, present in person. Jerald Ancel, counsel for AFI Lending Group, and Henry Efroymson, counsel for the Unsecured Creditors' Committee, present telephonically.

For the reasons stated in open court, the amended motion is PRELIMINARILY GRANTED pending final approval following twenty (20) days notice to creditors, proof of which shall be filed within seven (7) days.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court