IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On or about May 26, 2004, Auburn Foundry, Inc. ("AFI" or "Debtor-In-Possession"), filed an Amended Motion for Approval of Insurance Finance Agreement with Security Interest, Adequate Protection, and Modification of the Automatic Stay with the Court.  The Amended Motion seeks to approve an insurance finance agreement, a copy of which is attached thereto as Exhibit A, by which the Debtor would pay premiums in installments and grant a financing company a lien on excess premiums, and certain rights respecting adequate protection and relief from the automatic stay in the event of default under the agreement.  The Court provisionally approved the Amended Motion, subject to subsequent notice to all creditors and parties in interest and an opportunity to object to the relief requested therein.  A copy of the Motion and Exhibit A is attached hereto.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Motion, then **within 20 days from the date of this Notice**, you or your attorney must:

1. File a written objection to the Motion, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

FWIMAN1 339210v1

   If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

  2. You must also mail a copy of your objection to:

   John R Burns III
   Baker & Daniels
   111 E. Wayne Street, #800
   Fort Wayne, IN 46802

  If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Motion for hearing, which you or your attorney will be expected to attend.

Date: May 26, 2004

          BAKER & DANIELS

          By: /s/ John R Burns, II
            John R Burns (#3016-02)
            Mark A. Werling (#20426-02)
            111 East Wayne Street, Suite 800
            Fort Wayne, Indiana 46802
            Telephone: (260) 420-8000
            Facsimile: (260) 460-1700

          ATTORNEYS FOR THE DEBTOR,
          AUBURN FOUNDRY, INC.