| AUBURN FOUNDRY | | |
|---|---|---|
| Charge Allocation | | |
| Category | April, 2004 | Total |
| General Administration | $9,637.50 | $9,637.50 |
| Financing, Cash Use, and DIP | $66,874.50 | $66,874.50 |
| Labor and Employment | $11,247.50 | $11,247.50 |
| Environmental | $6,284.50 | $6,284.50 |
| Plan and Disclosure Statement | $28,862.50 | $28,862.50 |
| Customer and Vendor Issues | $10,458.50 | $10,458.50 |
| TOTAL FEES | $133,365.00 | $133,365.00 |
| Payable per Order (80%) | $106,692.00 | $106,692.00 |
| Disbursements (100%) | $4,778.96 | $4,778.96 |
| **TOTAL NOW PAYABLE** | | **$111,470.96** |

| AUBURN FOUNDRY | | | | |
|---|---|---|---|---|
| Counsel List | | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Bennett, D. P. | Partner | $375.00 | 6.5 | $2,437.50 |
| Burns, J. R. | Partner | $355.00 | 161.5 | $57,332.50 |
| Claffey, S. A. | Partner | $390.00 | 62.3 | $24,297.00 |
| Powers, D. D. | Partner | $270.00 | 12.7 | $3,429.00 |
| Jaffe, J. | Partner | $350.00 | 0.2 | $70.00 |
| Froehle, T. C. | Partner | $375.00 | 0.2 | $75.00 |
| Purcell, J. W. | Partner | $390.00 | 0.7 | $273.00 |
| McGrath, M. F. | Of Counsel | $305.00 | 4.9 | $1,494.50 |
| Fleming, J.F.W. | Associate | $140.00 | 14.5 | $2,030.00 |
| Gery, J. V. | Associate | $230.00 | 40.5 | $9,315.00 |
| Lemmert, M. M. | Associate | $220.00 | 9.6 | $2,112.00 |
| O'Donnell, L. C. | Associate | $230.00 | 1.3 | $299.00 |
| Hinds, M.M. | Associate | $140.00 | 14.2 | $1,988.00 |
| Werling, M. A. | Associate | $220.00 | 113.3 | $24,926.00 |
| McMeen, D. S. | Paralegal | $105.00 | 31.3 | $3,286.50 |
| | | | | $133,365.00 |

| NAME | TITLE | HOURLY RATE | NUMBER HOURS ||||||  | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | | |
| AUBURN FOUNDRY — Counsel List |||||||||||
| Bennett, D. P. | Partner | $375.00 | | | | | 6.5 | | 6.5 | $2,437.50 |
| Burns, J. R. | Partner | $355.00 | 10.6 | 103.3 | 2.7 | 0.6 | 24.4 | 19.9 | 161.5 | $57,332.50 |
| Claffey, S. A. | Partner | $390.00 | 2.1 | 43.9 | 0.4 | | 15.3 | 0.6 | 62.3 | $24,297.00 |
| Froehle, T. C. | Partner | $375.00 | | | 0.2 | | | | 0.2 | $75.00 |
| Jaffe, J. | Partner | $350.00 | | | | | 0.2 | | 0.2 | $70.00 |
| Powers, D. D. | Partner | $270.00 | | | 12.5 | 0.2 | | | 12.7 | $3,429.00 |
| Purcell, J. W. | Partner | $390.00 | | | 0.7 | | | | 0.7 | $273.00 |
| McGrath, M. F. | Of Counsel | $305.00 | | | | 4.9 | | | 4.9 | $1,494.50 |
| Fleming, J.F.W. | Associate | $140.00 | | 14.5 | | | | | 14.5 | $2,030.00 |
| Gery, J. V. | Associate | $230.00 | | | 17.1 | 18.9 | | 4.5 | 40.5 | $9,315.00 |
| Hinds, M.M. | Associate | $140.00 | | 14.2 | | | | | 14.2 | $1,988.00 |
| Lemmert, M. M. | Associate | $220.00 | | | 9.6 | | | | 9.6 | $2,112.00 |
| O'Donnell, L. C. | Associate | $230.00 | | | 1.3 | | | | 1.3 | $299.00 |
| Werling, M. A. | Associate | $220.00 | 8.9 | 41.2 | 0.3 | 0.8 | 53.3 | 8.8 | 113.3 | $24,926.00 |
| McMeen, D. S. | Paralegal | $105.00 | 29.5 | | | | | 1.8 | 31.3 | $3,286.50 |
| | | | | | | | | | | $133,365.00 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

May 26, 2004
Invoice Number 1172502

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 11, 2004 and not reflected on a prior bill:

0004426   Chapter 11

    Total Services............................$     128,997.50
    Total Disbursements..................$       4,153.33

    Total This Matter...................................................$     133,150.83

Total This Invoice..........................................................................$     133,150.83

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

# BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

As Of May 11, 2004
Invoice Number 1172502

0080031   Auburn Foundry, Inc.
0004426   Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/01/04 | Telephone conference L. Wenino re damage issue in Osbun case (.3); telephone conference L. Wenino re impact of bankruptcy on dispute re debtor-ordered medical examination re FMLA claim (.3); office conference re same (.2) | DDP | .80 | 216.00 |
| 04/01/04 | Emails with D.Heller regarding BBK reports and possible adjustments to be made to same (0.2); emails with J.Ancel regarding urgency of increased debtor in possession financing loan commitment (0.1); emails with J.Burns regarding new investment banker prospect and regarding engagement of conflict counsel (0.2); finalize term sheet for extended use of cash collateral and circulation for approval by company and DIP lender (0.5); conference with J.Ancel and D.Maude regarding current company calculations of cash requirements and conflict in company calculations with BBK calculations (1.0). | SAC | 2.00 | 780.00 |
| 04/01/04 | Initial draft of letter to creditors regarding Proofs of Claim (.6); finalizing letter, and copy to Kaltenbach, Inc.(.4); current UCC search(.5); review of schedule E to Petition(.7) | DSM | 2.20 | 231.00 |
| 04/01/04 | Work on pleadings to retain Conflict Counsel and consideration of potential conflict issues regarding same | JRB | .60 | 213.00 |
| 04/01/04 | Consideration of and work on terms for proposal for final cash use order | JRB | .90 | 319.50 |
| 04/01/04 | Telephone call with J. Ancel regarding employee vacation issues | JRB | .20 | 71.00 |
| 04/01/04 | Analysis of employee tax issues | JRB | .30 | 106.50 |
| 04/01/04 | Follow-up telephone call with J. Ancel regarding employee tax issues | JRB | .10 | 35.50 |
| 04/01/04 | Review correspondence regarding and consideration of DIP | JRB | .50 | 177.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | finance issues and options for dealing with same | | | |
| 04/01/04 | Receive and review conflict disclosure form from counsel for Ernst & Young and work on same | JRB | .50 | 177.50 |
| 04/01/04 | Review and consider request for disclosures by Latham Watkins on behalf of Ernst & Young (.2); follow-up information requested (.3) | JRB | .50 | 177.50 |
| 04/01/04 | Review and consideration of revised Term Sheet | JRB | .40 | 142.00 |
| 04/01/04 | Further consideration of and work on tax issues inquiry from D. Maude | JRB | .40 | 142.00 |
| 04/01/04 | Telephone call with D. Maude re tax issues and cash flow (.3); consideration of tax issues raised (.4) | JRB | .70 | 248.50 |
| 04/01/04 | Legal research re post-petition setoff issue; draft memo | JVG | 2.10 | N/C |
| 04/01/04 | Extensively work on drafts of plan and disclosure statement (7.0); research responsible party tax inquiry and analysis re same (1.5) | MAW | 8.50 | 1,870.00 |
| 04/02/04 | Review D.Maude email regarding changes to cash use extension proposal and respond with comments and suggestions (0.3); emails with T.Wohelke regarding environmental compliance issues and expenditures and regarding potential elimination of prepetition employee liabilities from post-petition cash use plan (0.2); conference with J.Ancel regarding cash issues and AFI Group lending position on post-petition management of cash requirements and funding of additional cash requirements (0.3); conference with J.Burns regarding developments and importance of completing first draft of proposed plan of reorganization (0.2). | SAC | 1.00 | 390.00 |
| 04/02/04 | Extended telephone call with D. Maude regarding Bank of America's contact with General Motors regarding "accommodation agreement" and potential impact on debtor's favorable agreement to enter into new contract with higher scrap prices | JRB | .60 | 213.00 |
| 04/02/04 | Consideration of options for dealing with General Motors on "accommodation agreement" and options for dealing with same | JRB | .50 | 177.50 |
| 04/02/04 | Consideration of funding issues for DIP and potential for additional capital when and if needed | JRB | .70 | 248.50 |
| 04/02/04 | Work on Claims Register (1.0); creditor listing (for mailing) (2.0) | DSM | 3.00 | 315.00 |
| 04/02/04 | Legal research re setoff and preference of post-petition claims (1.5); legal research re IDEM invoice issue (1.0) | JVG | 2.50 | 575.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/02/04 | Work on tax issues | JRB | .30 | 106.50 |
| 04/02/04 | Extensively work on plan drafting (3.0); follow-up legal research re responsible party tax issues; prepare e-mail summary re same (2.5); office conference with M. McGrath, J. Gery re environmental research needs (.3); review related e-mail re same (.2) | MAW | 6.00 | 1,320.00 |
| 04/03/04 | Work on employment tax issues (.3); work on cash use issues (.4) | JRB | .70 | 248.50 |
| 04/03/04 | Consideration of environmental issues | JRB | .30 | 106.50 |
| 04/03/04 | Follow-up re premium finance issues | JRB | .20 | 71.00 |
| 04/03/04 | Work extensively on plan development and drafting issues | MAW | 5.00 | 1,100.00 |
| 04/04/04 | Legal research and analysis of IDEM issue | JVG | 1.00 | 230.00 |
| 04/04/04 | Continue extensive work on plan development and drafting issues | MAW | 4.00 | 880.00 |
| 04/04/04 | Work on cash use issues | JRB | .40 | 142.00 |
| 04/05/04 | Office conference J. Burns re pension-related bankruptcy issues (.2); telephone conference S. Claffey and J. Ancel re same (.4); conduct research re controlled group issues and potential PGBC liability of sister corporations of debtor (3.3) | DDP | 3.90 | 1,053.00 |
| 04/05/04 | Evaluate ERISA "control group" implications with respect to Auburn Foundry foreign affiliates and their respective holding companies and effect of this potential liability on third parties on re-organization plan and additional equity funding (0.4); e-mails to and from D. Heller respecting meeting to further negotiations on cash use and respecting terms to be considered for extension of cash use order and respecting deficiencies found in BBK financial review and report (0.4); conference with J. Ancel and then with J. Ancel, T. Woehlke, and D. Maude respecting cash needs, employee obligations and pre-petition/post-petition classification of those outstanding obligations, regarding union issues and collective bargaining assumption and amendment considerations to be evaluated and pursued and regarding expansion of the committed portion of the existing debtor and possession financing facility (1.0); revise and issue to Auburn Foundry officers a proposed term sheet for cash use extension order (0.4); review new budgeted numbers from D. Maude and evaluate how these new projections impact proposed cash use terms and conditions (0.4); confer with J. Ancel and D. Maude regarding revised budget numbers, potential transformer expenditure and ERISA control group issues (0.7); further review of company | SAC | 4.50 | 1,755.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | projections and prepare a lengthy e-mail to D. Heller respecting those projections and submitting to him a term sheet for extension of the court's order authorizing use of cash collateral (1.2) | | | |
| 04/05/04 | Update Claim Register (.4); analysis of benefit of using mailing service provider (1.1); inter-office correspondence regarding same (.2); draft letter to creditors with priority claims (.8) | DSM | 2.50 | 262.50 |
| 04/05/04 | Consideration of Pension Plan issues and options for dealing with them in the Plan (.8); analysis of PBGC issues and concerns for dealing with same (.4); telephone call with D. Maude regarding pension issues (.2) | JRB | 1.40 | 497.00 |
| 04/05/04 | Telephone call with C. Reckler regarding Bank of America document responses (.3); plan for document production and Chicago depositions | JRB | .70 | 248.50 |
| 04/05/04 | Work on discovery (.4); telephone call with C. Reckler regarding same (.2) | JRB | .60 | 213.00 |
| 04/05/04 | Telephone call with T. Sherick regarding Bank of America's request for "accommodation agreement" and General Motors' position regarding same (.4); work on issue of accommodation agreement and impact on relationship with General Motors (.3) | JRB | .70 | 248.50 |
| 04/05/04 | Consideration of property tax issues and potential advantages of retaining a professional regarding same | JRB | .50 | 177.50 |
| 04/05/04 | Review latest financial analysis and revision to same | JRB | .40 | 142.00 |
| 04/05/04 | Prepare for depositions in Chicago of BBK and Bank of America employees (1.5); correspondence to C. Reckler regarding same (.20) | JRB | 1.70 | 603.50 |
| 04/05/04 | Review and consider BBK/Maude financial analysis comparison | JRB | .40 | 142.00 |
| 04/05/04 | Analysis of post-petition setoff issues (1.0); IDEM research (environmental claims) including phone conference with M. McGrath re IDEM permit and legal research re priority of IDEM's claims and contingent claims (3.0) | JVG | 4.00 | 920.00 |
| 04/05/04 | Worked on environmental research and effect of same on plan of reorganization (.2); continue work on plan drafting (2.0); telephone conference with Baden Consultants' counsel re proposed engagement, e-mail to and from D. Maude re same (.3) | MAW | 2.50 | 550.00 |
| 04/06/04 | Review D. Heller e-mail respecting "show stopper" issues | SAC | 3.30 | 1,287.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | presented by Auburn Foundry term sheet and prepare a proposed response and circulate same with Auburn Foundry officers for their review and approval (0.8); confer with D. Maude and T. Woehlke respecting proposed response to D. Heller (0.5); confer with J. Ancel regarding snags in negotiations regarding extension of cash collateral use order and respecting steps to be taken to engage a qualified investment banker to pursue exit equity injection (0.5); e-mails with Auburn Foundry officers respecting numerous issues related to open negotiation items (0.2); participate in Auburn Foundry board of directors meeting (0.7); confer with D. Maude following board of directors meeting respecting issues raised by the directors and to be addressed by CFO (0.2); call D. Powlen at McDonald Investments to determine McDonald's availability to assist in equity raising (0.4) | | | |
| 04/06/04 | Work on interrogatory and document production responses | JRB | .70 | 248.50 |
| 04/06/04 | Analysis of company financial information and comparison with BBK evaluation | JRB | .80 | 284.00 |
| 04/06/04 | Evaluation of bank response to cash use proposal and consideration of appropriate response | JRB | .40 | 142.00 |
| 04/06/04 | Work on pension issues and consideration of dealing with same | JRB | .60 | 213.00 |
| 04/06/04 | Telephone call with D. Maude regarding financial performance and issues relating to same (.3); follow-up re Bank of America issue on continued use of cash collateral and its concern about Auburn Foundry finances (.6) | JRB | .90 | 319.50 |
| 04/06/04 | Further work on premium finance issues (.3); work on insurance coverage issues | JRB | .60 | 213.00 |
| 04/06/04 | Work on Auburn Foundry responses to Bank of America discovery requests | JRB | .60 | 213.00 |
| 04/06/04 | Prepare for and participate in Auburn Foundry Board call | JRB | 1.30 | 461.50 |
| 04/06/04 | Prepare for next cash use hearing and for depositions related to same | JRB | 1.60 | 568.00 |
| 04/06/04 | Conduct research re exposure of foreign corporation and/or domestic corporation with exclusively foreign assets re PBGC ability to assert claim against member of controlled group for pension plan underfunding liability (3.4); telephone conference J. Ancel re same (.3); office conference J. Burns re same and related bankruptcy issues (.2) | DDP | 3.90 | 1,053.00 |
| 04/06/04 | Draft and revise memo re setoff; draft and revise memo re IDEM claims | JVG | 1.00 | 230.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/06/04 | Check claim register (.6); work on creditor mailing labels (1.5); return call from D. Ewing (.4) | DSM | 2.50 | 262.50 |
| 04/06/04 | Office conference re final discovery responses, forward same to D. Maude for signature and delivery to B of A (.2); e-mail to and from D. Maude re same (.2); additional e-mail to, from D. Maude re Premium Finance issues (.2); continue plan drafting (2.0) | MAW | 2.60 | 572.00 |
| 04/06/04 | Consideration of discovery issues and scheduling | JRB | .40 | 142.00 |
| 04/07/04 | Review and react to e-mails from D. Heller regarding further proposals and issues being raised by Bank of America respecting the extension of cash use (0.3); confer with J. Burns regarding D. Heller's responses on cash collateral use proposals and regarding alternative covenants of financial performance being proposed by Bank of America and their potential acceptability to the court, and regarding restructure options given control group issues and PBGC issues on under funding of pension plan, and regarding collective bargaining agreement rejection issues and alternative options available to Auburn Foundry to address conversion of pension plan to a 401K plan (0.8); review new proposal from Bank of America respecting initiation of a DIP financing in lieu of extended cash collateral use (0.4); participate in a lengthy conference call with Bank of American and its counsel, GMAC and its counsel, Auburn Foundry officers, J. Ancel and Baker & Daniels lawyers, all respecting new financing proposal tendered by Bank of America in lieu of an extended cash use stipulation (0.8); post-telephone conference discussions with Auburn Foundry officers, and G. Ancel respecting new DIP financing proposal from Bank of America (1.0); call to D. Heller with G. Ancel and J. Burns to discuss concerns related to Bank of America financing proposal and in particular with respect to presentation of a DIP financing proposal in response to a motion and notice for a hearing on extension of cash collateral use (0.2) | SAC | 3.50 | 1,365.00 |
| 04/07/04 | Analysis of bank response to cash use proposal and consideration of appropriate reply | JRB | .90 | 319.50 |
| 04/07/04 | Prepare for document production by Bank of America | JRB | .40 | 142.00 |
| 04/07/04 | Correspondence to H. Efroymson regarding status of Senior Lender Agreement | JRB | .20 | 71.00 |
| 04/07/04 | Telephone call with D. Maude regarding potential sale of gating (.3); consideration of sale requirements and potential | JRB | .70 | 248.50 |