| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | collateral interests (.4) | | | |
| 04/07/04 | Prepare for and participate in conference call with Lenders regarding their response to company proposal for cash use | JRB | 1.50 | 532.50 |
| 04/07/04 | Telephone conference D. Maude re pension issues (.2); conduct research re same (.5) | DDP | .70 | 189.00 |
| 04/07/04 | Review proposals regarding claims agent services (.2); responding to request by D. Ewing regarding Proof of Claim form (.2); check claims register for recently filed claims (.1); draft balloting spreadsheet (.7) | DSM | 1.20 | 126.00 |
| 04/07/04 | Call with M. Hinds and J. Burns to discuss due diligence document review | JFWF | .50 | 70.00 |
| 04/07/04 | Work on final cash use hearing issues in anticipation of need for full hearing on April 19, 2004 | JRB | 2.50 | 887.50 |
| 04/07/04 | Work on Plan capitalization of debt and other potential Plan terms | JRB | 1.10 | 390.50 |
| 04/07/04 | Continue extensive work on plan drafting (3.0); finalize and attend to filing of premium insurance motion (.3) | MAW | 3.30 | 726.00 |
| 04/07/04 | Review Senior Lender response and consideration of same | JRB | .40 | 142.00 |
| 04/07/04 | Consideration of EEOC issue | JRB | .30 | 106.50 |
| 04/08/04 | Telephone conference with T. Woehlke, D. Maude, G. Ancel and J. Burns regarding numerous issues and concerns related to Bank of American/GMAC DIP financing proposal as a cash collateral use settlement option and determine action plan for responding to the senior lenders on this proposal (1.3); call to D. Heller to discuss new proposal and attempt to obtain clarification of positions (0.3); calls with Auburn Foundry officers respecting new proposal and additional concerns identified by them (0.3); conference with D. Heller, J. Athanas and J. Burns regarding DIP financing proposal and issues related thereto (0.7); brief checking with J. Carr respecting his evaluation of DIP financing proposal in lieu of extended cash collateral use order (0.2) | SAC | 2.80 | 1,092.00 |
| 04/08/04 | Work on claims register and list of vendors paid less than $600 in 90 day prior to filing | DSM | 3.50 | 367.50 |
| 04/08/04 | Extended conference call with D. Maude, T. Woehlke, and J. Ancel regarding cash use issues and potential for settlement with Bank of America | JRB | 1.50 | 532.50 |
| 04/08/04 | Legal research re post petition of prepetition charges setoff and draft memo re same (1.5); legal research re environmental issues (.7); phone conference with M. McGrath re | JVG | 3.90 | 897.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | environmental issues (.3); conference with J. Burns re rejection of collective bargaining agreement and damages (.3); legal research re rejection damages (1.1) | | | |
| 04/08/04 | Prepare for and participate in extended telephone call with J. Athanas and D. Heller regarding cash use and related issues | JRB | 1.20 | 426.00 |
| 04/08/04 | Travel to Lathan & Watkins for document review | JFWF | 4.00 | 560.00 |
| 04/08/04 | Due diligence review of discovery documents | JFWF | 10.00 | 1,400.00 |
| 04/08/04 | Consideration of proposals and issues raised by Bank of America attorneys and implications for Auburn Foundry (.4); telephone call with D. Maude regarding same | JRB | .70 | 248.50 |
| 04/08/04 | Legal research regarding and consideration of propriety of post-petition set-off attempts by vendors and defenses thereto | JRB | .60 | 213.00 |
| 04/08/04 | Work on PBGC issue and consideration of alternatives for dealing pension plans | JRB | .40 | 142.00 |
| 04/08/04 | Revise and finalize draft plan, with emphasis on treatment of unsecured creditors, issuance of new LLC units, and related provisions (8.5); office conference with J. Gery re IDEM issues and effect of same on plan (.3); e-mail to, from D. Maude re status of insurance motion (.1); review e-mail re PGBC payment issue (.1) | MAW | 9.00 | 1,980.00 |
| 04/08/04 | Travel to and from Chicago for document review; reviewed documents (14.0) | MMH | 14.00 | 1,960.00 |
| 04/08/04 | Conduct research re pension and PBGC issues (1.1); analyze email re PBGC premium issue (.2); telephone conference D. Maude re strategic considerations (.2); telephone conference J. Purcell re PBGC issues (.3); office conference J. Gery re IDEM issues (.2) | DDP | 2.00 | 540.00 |
| 04/08/04 | Correspondence to J. Athanas regarding possible sale of gating | JRB | .20 | 71.00 |
| 04/08/04 | Prepare for depositions of BBK and Bank of America people in connection with long-term use of cash collateral | JRB | 1.70 | 603.50 |
| 04/08/04 | Consideration of initial Plan draft | JRB | .50 | 177.50 |
| 04/09/04 | Participate in group telephone conference negotiation (with senior lenders, Latham and Watkins, J. Ancel, Auburn Foundry officers, BBK and Baker & Daniels participating) to negotiate and resolve issues related to proposed DIP financing in lieu of extended cash collateral use order (1.3); post-negotiation conferences with D. Maude and T. Woehlke respecting serious issues still remaining and inability to close on proposal tendered by senior lenders (0.3); confer with J. Burns and D. Maude regarding problems with the projections, | SAC | 4.90 | 1,911.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | both of Auburn Foundry and of Bank of America, respecting the impact of the Bank of America DIP financing proposal and explore with D. Maude his confidence in Auburn Foundry projections and budget (1.2); prepare proposed response for D. Maude reflecting his comments and concerns related to Bank of America's calculations and analysis of availability and work with D. Maude in his evaluation of the proposal and his analysis of availability (1.0); review Auburn Foundry budget and projections for the period from March 26 through September 3 in an effort to identify disconnect between Auburn Foundry calculations and Bank of America calculations (0.5); conference with J. Ancel respecting D. Maude's lack of confidence in Bank of America's projections and analysis and respecting AFI Lending Group's position Bank of America's proposal for DIP financing (0.4); conference with D. Maude respecting his reconsidered conclusions respecting Bank of America's proposal (0.2) | | | |
| 04/09/04 | Preparation for depositions in support of hearing on Cash Collateral use | JRB | 2.50 | 887.50 |
| 04/09/04 | Consideration of pretrial order requirements for final cash collateral hearing | JRB | .40 | 142.00 |
| 04/09/04 | Consideration of D. Maude explanation of funds availability issues raised by Bank of America, including analysis of pro formas and exchange of email with D. Maude re same | JRB | .70 | 248.50 |
| 04/09/04 | Receive and review proposed cash use order from Senior Lender's counsel and consideration of issues raised by same | JRB | .70 | 248.50 |
| 04/09/04 | Review cash use work sheet from D. Maude | JRB | .30 | 106.50 |
| 04/09/04 | Make additional edits to draft plan (.2); office conference with J. Burns re same (.3); office conference with M. Lemmert re grievance, EEOC issues (.3); review miscellaneous case correspondence (.2); review cash use proposals (.3); check case docket for negative notice deadlines (.2); office conference, telephone conference with C. Reckler re PTO issues on final cash use hearings, e-mail (.2); begin work on same (.4) | MAW | 2.10 | 462.00 |
| 04/09/04 | Prepared documents for review (.2) | MMH | .20 | 28.00 |
| 04/09/04 | Review and analysis of loan documents and appraisals produced by Bank of America and consideration of use of same in cash use hearing | JRB | 1.50 | 532.50 |
| 04/09/04 | Receive and revise draft of terms from D. Rathberger of Bank of America | JRB | .40 | 142.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/09/04 | Prepare for and participate in conference call with Senior Lenders, their counsel, Sub-Debt and their counsel and company and counsel regarding long-term cash use and Plan issues | JRB | 1.40 | 497.00 |
| 04/09/04 | Legal research re rejection of collective bargaining agreement under Section 1113, available damages to union and its employees and standing to sue; draft memo re same | JVG | 9.30 | 2,139.00 |
| 04/10/04 | Analysis and consideration of Senior Lender proposed cash collateral use order and appropriate response to same | JRB | .70 | 248.50 |
| 04/10/04 | Review D. Maude analysis (.4) and correspondence to D. Heller regarding same (.2) | JRB | .60 | 213.00 |
| 04/11/04 | Preparation for Senior Lender depositions and defense of company depositions | JRB | 1.20 | 426.00 |
| 04/12/04 | E-mails to and from D. Maude respecting numerous issues and review of D. Maude's cash projections and cash reports (0.3); confer with J. Burns and D. Maude in an effort to develop a response to Bank of America to address Auburn Foundry concerns respecting DIP financing proposal (0.8); confer with D. Heller and T. Moynihan of BBK respecting calculation and evaluation disconnects on DIP financing proposal (0.6); confer with D. Maude respecting BBK's intention to talk with him and to attempt to identify and resolve disconnects any evaluation and analysis of DIP financing proposal (0.6); confer with J. Burns respecting need to proceed with the depositions and to prepare for presentation of debtor's case in support of continued use of cash collateral (0.4); conference with D. Batty, counsel for GEMAC, and G. Ancel respecting numerous open issues and concerns (0.5); conference with J. Burns and D. Maude respecting plan issues, cash use issues, DIP financing issues and changes in new cash budget prepared by D. Maude (0.8); respond to D. Heller e-mails and review newest projections from D. Maude related to proposal pending with Bank of America and GEMAC for DIP financing (0.4); participate in telephone conference with D. Cushing, D. Rathburger, D. Heller and J. Burns (0.9); telephone conference with J. Burns and D. Maude regarding revisions to be made to Auburn Foundry projections and budget to eliminate deficiencies found in those projections in the course of negotiation with Bank of America and to address other issues raised by Bank of America or identified in the course of negotiations (1.0); call to G. Ancel to discuss finalizing commitment of AFI Lending Group to its additional funding | SAC | 6.80 | 2,652.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | (0.2); conference with D. Maude regarding additional corrections and changes to be made to proposed budget (0.3) | | | |
| 04/12/04 | Work on obtaining documents and discovery responses from lenders | JRB | .40 | 142.00 |
| 04/12/04 | Prepare for depositions of Bank and BBK witnesses | JRB | 2.20 | 781.00 |
| 04/12/04 | Cash use negotiations with bank counsel and bank representatives and negotiations regarding changes in the latest draft cash use agreement tendered by the Senior Lenders | JRB | 1.90 | 674.50 |
| 04/12/04 | Review and revise Bank of America's proposed DIP financing order (1.6); work on pre-trial cash use order, preparation for 4/19 cash use hearing (.8); work on pre-trial order for adequate protection hearing (1.2); legal research in support of same (1.5) | MAW | 5.10 | 1,122.00 |
| 04/12/04 | Consideration and work on response to Bank proposal for cash use and possible additional DIP loan | JRB | 2.00 | 710.00 |
| 04/12/04 | Prepare for final cash use hearing | JRB | 1.70 | 603.50 |
| 04/13/04 | Review new cash budget and confer with D.Maude regarding structuring performance covenants to satisfy Bank of America (0.3); participate in conference call with senior lenders and their counsel and consultants and with senior officers of Auburn Foundry and G.Ancel, all to negotiate extended order for use of cash collateral and potential debtor in possession financing arrangement with senior lenders (0.9); study new BBK projections in contrast to Auburn Foundry projections (0.4); conference with G.Ancel, M.Reich and D.Maude regarding new projections from BBK and from Auburn Foundry and respecting AFI lending group expanded lending commitment and related issues (1.0); review and consider classification of personal day liability of Auburn Foundry as post-petition obligation (0.3); work with D.Maude development of new cash budget and conference with D.Maude regarding errors in budget and in calculation of availabilities and financial performance covenant compliance (0.3); confer with J.Burns regarding problems related to Auburn Foundry projection errors (0.2); further conferences with D.Maude respecting revisions to projections and development of new numbers based on probable arrangements in cash collateral use and DIP financing (0.5); confer with M.Reich regarding investment banker retention problem (0.2). | SAC | 4.10 | 1,599.00 |
| 04/13/04 | Participate in bank, client teleconference re cash use, DIP financing issues (.6); office conferences re various aspects of | MAW | 10.50 | 2,310.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | same (.5); review extensive e-mail related to same (.3); telephone conference with bank counsel re same (2.2); prepare pre-trial order for DIP, cash use (2.4); work extensively on new motions and orders for cash use, senior and subordinate DIP's (4.5) | | | |
| 04/13/04 | Prepare for and participate in Board of Directors call to consider bank proposal for cash use and DIP financing | JRB | 1.40 | 497.00 |
| 04/13/04 | Work on form of proposed orders for cash use and DIP financing, including consideration of requirements for expanded notice or use of interim orders as bridge to final order | JRB | 1.10 | 390.50 |
| 04/13/04 | Negotiation with Bank counsel regarding cash use and DIP financing, including drafting alternate language and discussion regarding same | JRB | 1.80 | 639.00 |
| 04/13/04 | Prepare for and negotiate terms of cash use and DIP order with Bank counsel | JRB | 3.00 | 1,065.00 |
| 04/13/04 | Prepare for and extended conference call with Bankers and their counsel to negotiate cash use issues | JRB | 1.80 | 639.00 |
| 04/13/04 | Work on noticing and logistics regarding final cash use motions | JRB | .40 | 142.00 |
| 04/13/04 | Telephone call with J. Ancel and M. Reich regarding increasing commitment from DIP lender | JRB | .30 | 106.50 |
| 04/13/04 | Exchange correspondence with H. Efroymson regarding cash use and DIP financing issues | JRB | .30 | 106.50 |
| 04/13/04 | Legal research re rejection damage cases (2.0); legal research re environmental cases (2.2) | JVG | 4.20 | 966.00 |
| 04/14/04 | Review emails from J.Burns, D.Maude and D.Heller (0.2); review redrafted Stipulation For Extension of Cash Collateral Use and debtor in possession financing (0.5); confer with J.Burns regarding Stipulation deficiencies and provide suggested changes to address Bank demands and to resolve those deficiencies (0.3); conference with J.Ancel and M.Reich regarding proposed Stipulation and its benefits and deficiencies and implications to AFI lending group (0.8); work on revisions to proposed Stipulation for Cash Use and DIP financing (0.8); prepare email to D.Heller regarding "Show Stoppers" and proposed Stipulation for Extension of Cash Collateral Use and DIP Financing (0.5); review new draft Stipulation received from C.Reckler and prepare suggested revisions and changes to this markup (0.7); conference with J.Burns regarding changes to be made to new draft of | SAC | 5.40 | 2,106.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | Stipulation (0.3); conference with J.Ancel, M.Reich and J.Burns regarding newest proposed Stipulation and issues related thereto (0.5); conference with J.Ancel, M.Reich and J.Burns regarding additional issues and problems related to proposed Stipulation and related to expansion of DIP financing by AFI lending group (0.6); teleconference with D.Heller related to Stipulation issues (0.2). | | | |
| 04/14/04 | Legal research and analysis of re rejection of collective bargaining agreement (4.4); legal research re environmental issues (2.0) | JVG | 6.40 | 1,472.00 |
| 04/14/04 | Conference with M. Werling regarding PBGC premium claim priority | J J | .20 | 70.00 |
| 04/14/04 | Exchange correspondence with D. Heller regarding cash use and DIP proposal, including evaluation of Bank's position on same | JRB | .40 | 142.00 |
| 04/14/04 | Telephone call with D. Heller regarding cash use issues (.3); telephone call with D. Maude regarding cash use proposals and options (.3); consideration of company concerns (.3) | JRB | .90 | 319.50 |
| 04/14/04 | Telephone call with J. Athanas regarding additional DIP lending from AFI group (.3); extended telephone call with J. Ancel and M. Reich regarding proposed cash use and DIP agreement and revisions in language (.6); work on proposed documents (.6) | JRB | 1.50 | 532.50 |
| 04/14/04 | Telephone conference with union counsel re tooling allowance, e-mail D. Maude re same (.3); telephone conference with DIP counsel re new orders (.2); legal research re PBGC issues, prepare memo summarizing same, follow-up telephone conferences, e-mail re same (2.8); work on PTOs, review latest cash use, DIP pleadings (4.0); review Bank of America's objection to GM agreement, docket status re same (.7); telephone conference with subordinate DIP counsel re pleadings (.2) | MAW | 8.20 | 1,804.00 |
| 04/14/04 | Prepare for depositions of Bank and BBK witnesses and defense of D. Maude deposition | JRB | 2.50 | 887.50 |
| 04/14/04 | Continue work on proposed language of cash use and DIP agreements, including review and evaluation of changes proposed by Senior Lenders and revising proposals to them | JRB | 2.50 | 887.50 |
| 04/15/04 | Participate in major group negotiation session (with senior lenders and their counsel and financial consultants, Auburn Foundry officers, J.Ancel and M.Reich) all to negotiate and resolve numerous issues and problems related to proposed | SAC | 3.80 | 1,482.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | Stipulation for Cash Collateral Use and DIP financing from senior lenders (1.4); post negotiation conferences with J.Ancel and M.Reich to address their continuing concerns and issues related to Cash Use Stipulation and subordination of AFI lending group liens and position (0.4); conference with J.Ancel and M.Reich regarding real estate tax priming issue and its impact on calculation of cash collateral burn and valuation of accounts receivable both at filing and at cash collateral burn calculation date and with respect to calculation of prior loan of $50,000 by AFI lending group, all related to resolving relationships between senior lenders and AFI lending group under new Stipulation (0.2); call to J.Burns, who was in Chicago at Latham & Watkins offices, to advise him of positions to be taken with D.Heller in negotiations, based on positions taking by AFI lending group's counsel (0.2); call M.Reich to further address her concerns on Stipulation (0.2); telenegotiations with D. Heller related to Stipulation issues between senior lenders and AFI lending group (0.5); negotiate with M.Reich and J.Ancel on Stipulation issues (0.4); conference with D.Heller, H.Efroymson and D.Cushing respecting resolution of Stipulation issues (0.3); further teleconferences with D.Heller and negotiations respecting trailing Stipulation issues (0.2). | | | |
| 04/15/04 | Extended meeting throughout the day with Bank of America and its counsel and Bank representatives to negotiate cash use and DIP financing terms | JRB | 10.00 | 3,550.00 |
| 04/15/04 | Conference with D. Maude to prepare for further negotiations with Bank of America deposition | JRB | 1.50 | 532.50 |
| 04/15/04 | Legal research re environmental issues | JVG | .50 | 115.00 |
| 04/15/04 | Telephone conference with T. Woehlke re GM issues, e-mail J. Burns re same (.3); review related case e-mail (.2); review revisions to AFI Lending Group pleadings, related note extension; e-mail J. Burns re same (.4); e-mail re PBGC payment issue (.1) | MAW | 1.00 | 220.00 |
| 04/15/04 | Travel to Chicago for negotiations with Bank of America and its counsel regarding cash use and DIP financing issues | JRB | 1.90 | 674.50 |
| 04/16/04 | Review and respond to Emails respecting cash collateral use, and debtor in possession loan issues, including emails from G.Ancel, D.Heller and J.Burns and D.Maude (0.3); conference call with AFI lending group members, J.Ancel and J.Burns and D.Maude, all respecting open issues related to proposed Stipulation for continued cash collateral use and DIP financing | SAC | 1.70 | 663.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | from senior lenders (0.9); conference with D.Maude respecting his evaluation of availabilities under senior lender borrowing base formulas (0.2); emails with D.Heller respecting open issues on Stipulation (0.3). | | | |
| 04/16/04 | Work on pre-trial orders for final hearings (.6); review and comment on revised agreement for cash use, senior DIP (1.2); follow-up e-mail re finalization and filing of PTOs (.2); telephone conference with J. Burns re status of issues raised by D. Maude (.2); follow-up telephone conference with T. Woehlke, e-mail J. Burns re status of GM agreement (.3); draft new motions and orders to approve cash use, senior DIP agreements and circulate same for comments (1.5) | MAW | 4.00 | 880.00 |
| 04/16/04 | Return travel to Fort Wayne from negotiations with Bank of America in Chicago | JRB | 2.00 | 710.00 |
| 04/16/04 | Legal research re environmental issue relating to non-dischargeability of civil penalties; review cases | JVG | 4.00 | 920.00 |
| 04/16/04 | Continue negotiations with Bank of America and counsel regarding cash use and DIP financing throughout the day, including conferences with Auburn Foundry executives during course of negotiations | JRB | 8.50 | 3,017.50 |
| 04/17/04 | Participate in conference call re DIP and cash collateral documents (1.3); review most recent drafts re same (.7) | MAW | 2.00 | 440.00 |
| 04/17/04 | Review final drafts of cash use, senior DIP pleadings (.8); telephone conference with C. Reckler re filing logistics (.2); review revised GM agreement and e-mail J. Burns summary re comparative terms in same (1.0) | MAW | 2.00 | 440.00 |
| 04/17/04 | Work on cash use and DIP documents following meetings in Chicago regarding same | JRB | 1.50 | 532.50 |
| 04/17/04 | Prepare for cash use and DIP hearing and proposed forms of orders for same | JRB | 1.50 | 532.50 |
| 04/18/04 | Exchange correspondence with T. Woehlke regarding hearing issues and probable agreement(.3); consideration of latest proposal regarding GM Agreement and work on possible revisions (.4); consultation with T. Woehlke regarding impact of proposal and issues of concern (.3) | JRB | 1.00 | 355.00 |
| 04/18/04 | Telephone call with D. Heller regarding possible problem with settlement and potential for contested hearing (.3); prepare for potential contested, but abbreviated hearing if Senior Lenders attempt to withdraw from agreement resolving cash use issues (1.6) | JRB | 1.90 | 674.50 |
| 04/18/04 | Extended conference call with Auburn Foundry Board to | JRB | 1.00 | 355.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | consider proposals for cash use and DIP financing in anticipation of later conference with lenders and counsel to complete negotiations | | | |
| 04/18/04 | Continue work on and consideration of GM Agreement and impact on current operations (.3); correspondence to T. Woehlke regarding document revisions and execution (.3) | JRB | .60 | 213.00 |
| 04/18/04 | Extended conference call with lenders and counsel to further negotiate cash use and DIP issues prior to scheduled final hearing (1.0); work on documents and proposed revisions (.5) | JRB | 1.50 | 532.50 |
| 04/18/04 | Review revised and finalized DIP cash use pleadings (.8); review e-mail to and from bank counsel re same (.3); coordinate, finalize and file pleadings re same, revise and finalize accompanying motions (2.0); telephone conferences with AFI Lending counsel re DIP motion and order, prepare final versions of pleadings re same (1.5); review revised GM agreement and e-mail comments re same to J. Burns (1.2); telephone conference with bank counsel re same (.2); assemble documents and prepare for 4/19 cash use and DIP hearings (2.0) | MAW | 8.00 | 1,760.00 |
| 04/19/04 | Correspondence Workers Compensation Board; conference S. Claffey | TCF | .20 | 75.00 |
| 04/19/04 | Prepare for and participate in hearings on cash use, DIP (3.5); office conference and e-mail with J. Burns regarding interim fee issues (.3); telehone conference with insurance agent (.2); follow-up examination of pleadings filed regarding same (.3); attend to filing of amended DIP motion (.2) | MAW | 4.80 | 1,056.00 |
| 04/19/04 | Entry of claims into claims register (.2); telephone call to client regarding Monthly Operating Reports (.2) | DSM | .40 | 42.00 |
| 04/19/04 | Legal research and analysis of environmental claims | JVG | 1.30 | 299.00 |
| 04/19/04 | Exchange correspondence with D. Heller regarding documents to submit to court and final changes regarding same | JRB | .60 | 213.00 |
| 04/19/04 | Prepare for and represent Auburn Foundry at hearing on use of cash collateral and DIP financing (2.0); follow-up conference with D. Maude re hearing issues and impact of approval on operations and bank relationship (.9) | JRB | 1.10 | 390.50 |
| 04/19/04 | Work on initial statement for services and compliance with Court orders regarding same | JRB | 1.50 | 532.50 |
| 04/19/04 | Work on GM Agreement provisions (.4); exchange correspondence with D. Maude re same (.3); consideration of options for dealing with Auburn Foundry concerns over potential GM setoffs (.4) | JRB | 1.10 | 390.50 |