BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/20/04 | E-mail to, from J. Burns re AFI checklist, consider needs re same (.2); review additional case e-mail (.2); follow-up telephone conference with D. Maude re status issues (.2) | MAW | .60 | 132.00 |
| 04/20/04 | Consideration of Plan issues and finance options | JRB | 1.00 | 355.00 |
| 04/20/04 | Work on plan components and consideration of issues relating to same | JRB | .90 | 319.50 |
| 04/20/04 | Telephone call with D. Maude regarding union inquiry on tooling allowance and consideration of issues raised by same | JRB | .50 | 177.50 |
| 04/20/04 | Continue work on Plan components, consideration of and outlining issues to be addressed | JRB | 1.30 | 461.50 |
| 04/20/04 | Correspondence from D. Maude regarding financial reporting and consider issues raised | JRB | .20 | 71.00 |
| 04/20/04 | Correspondence to T. Woehlke regarding GM issues and follow-up regarding issues raised | JRB | .40 | 142.00 |
| 04/20/04 | Checking docket regarding objections to provisional fee payments (.3); updating claims register (.5); classifying billing (1.0) | DSM | 1.80 | 189.00 |
| 04/21/04 | Conference with J.Ancel regarding engagement of new investment banker to assist in finding new mezzanine financing or equity for Auburn Foundry/Newco and respecting issues related to finalization of a plan of reorganization (0.3); emails with Auburn Foundry officers and J.Burns regarding plan issues (0.2); participate in conference with D.Maude and T.Wohekle regarding plan issues and structuring of reorganization and confer with J.Ancel regarding this as well (1.4); arrange comprehensive meeting for development of final terms of plan by senior officers of Auburn Foundry, Board of Directors and counsel for AFI lending group (0.3). | SAC | 2.20 | 858.00 |
| 04/21/04 | Consideration of Plan and financing issues and evaluation of options for dealing with same | JRB | 1.20 | 426.00 |
| 04/21/04 | Telephone call with D. Maude and T. Woehlke regarding GM Agreement and Plan structure issues | JRB | .40 | 142.00 |
| 04/21/04 | Prepare for and conference call with T. Woehlke and D. Maude regarding Plan issues, options and strategies | JRB | 2.20 | 781.00 |
| 04/21/04 | Follow-up regarding GM Agreement, including exchange email correspondence with GM counsel and consider options for completing agreement (.6); exchanges of correspondence with Bank of America counsel regarding GM issues (.3); consideration of professional fee issue (.4) | JRB | 1.30 | 461.50 |
| 04/21/04 | Follow-up regarding Mellon Consultants retention issue | JRB | .20 | 71.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/21/04 | Worked on environmental claims | JVG | 1.00 | 230.00 |
| 04/21/04 | Work on classifying time entries into categories for fee application | DSM | 4.00 | 420.00 |
| 04/21/04 | Additional case e-mail re finalization of GM agreement (.3); e-mail to, from D. Maude re status of Mellon appointment (.1) | MAW | .40 | 88.00 |
| 04/22/04 | Conference with Jerald Ancel regarding engagement of Alvarez & Marcel and respecting position of members of AFI Lending Group on the engagement of outside professionals to assist in finding and obtaining commitment for exit financing (.3); conference with Dennis Maude and e-mails with Dennis Maude respecting GM Agreement deficiencies (.2); e-mails and conferences with John Burns regarding deficiencies in General Motors Agreement, as negotiated by Lathem & Watkins (.3); follow-up regarding deadline for filing of reorganization plan and submission of early draft to Bank of America (.2); conference with Dennis Maude regarding working capital deficiencies, General Motors issues and reorganization plan provisions (.3); conferences with Don Bennett and Dennis Maude respecting pertinent information for analysis of tax impact of proposed sale and/or capitalization of New AFI (.3); review and respond to Alvarez & Marcel e-mails (.3); prepare e-mail to Krysten Lefter of the Indiana State Workers Compensation Board regarding Auburn Foundry performance and satisfaction of Workers Compensation claims and adequacy of existing trust funds (.4) | SAC | 2.30 | 897.00 |
| 04/22/04 | Work on allocation of charges for fee application | DSM | 3.00 | N/C |
| 04/22/04 | Telephone call with D. Maude regarding GM Agreement issues (.3); consideration of professional fee issue and impact on economics of transaction (.4); consideration of options for dealing with GM Agreement concerns (.4) | JRB | 1.10 | 390.50 |
| 04/22/04 | Telephone conferences with D. Maude re GM agreement, potential issues re same, review D. Maude detailed comments re same (.6); review extensive case e-mail re GM settlement; e-mail J. Burns comments re same based on review of purchase orders (1.0) | MAW | 1.60 | 352.00 |
| 04/22/04 | Correspondence from H. Efroymson regarding and review of Court order regarding fees for Committee counsel (.3); consideration of options and correspondence to H. Efroymson regarding same (.3) | JRB | .60 | 213.00 |
| 04/22/04 | Work on GM Agreement issues, including exchange of several email communications with T. Sherick (GM) and J. Athanas | JRB | 1.50 | 532.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | and D. Heller (Bank of America) regarding terms of the Agreement and possible modifications thereof | | | |
| 04/22/04 | Follow-up regarding executory leases of personal property | JRB | .40 | 142.00 |
| 04/22/04 | Review European Agreements and consider possible rejection | JRB | .40 | 142.00 |
| 04/22/04 | Work on Plan language and provisions | JRB | 1.20 | 426.00 |
| 04/22/04 | Work on Disclosure Statement and Plan issues | JRB | .60 | 213.00 |
| 04/22/04 | Telephone conference with S. Claffey; begin analysis of tax issues | DPB | 1.00 | 375.00 |
| 04/23/04 | Telephone call from Michael Starshak (.1); participate in Board of Directors meeting (.4); telephone call from Tim Borden regarding refinancing and new equity injection (.3) | SAC | .80 | 312.00 |
| 04/23/04 | Continue work on GM Agreement issues, including analysis of draft language and consideration of options (.4); telephone call with D. Maude regarding same | JRB | .70 | 248.50 |
| 04/23/04 | Review updated budget from D. Maude | JRB | .30 | 106.50 |
| 04/23/04 | Prepare for and participate in Board call regarding status of bankruptcy and strategy for reaching confirmation | JRB | .90 | 319.50 |
| 04/23/04 | Further exchange of email correspondence with GM counsel and Bank of America counsel regarding proposed GM Agreement and concerns with possible GM professional fees and consideration of options for dealing with it | JRB | .90 | 319.50 |
| 04/23/04 | Telephone conference with D. Maude re insurance financing issues (.2); review Mellon order, related Rules, research potential response re same and prepare amended order (.8); work on first itemized statement exhibit and summaries in support of same (.8); review e-mail re GM settlement (.3); review e-mail re x-ray lease rejection and work on same (.4) | MAW | 2.50 | 550.00 |
| 04/23/04 | Work on Interim Payment information (3.8); PACER research regarding provisional payments and regarding motions to reject executory contracts (1.2) | DSM | 5.00 | 525.00 |
| 04/24/04 | Review court order regarding Mellon Consultants and consider options for dealing with retention | JRB | .30 | 106.50 |
| 04/25/04 | Consideration of options for dealing with GM Agreement dispute | JRB | .40 | 142.00 |
| 04/25/04 | Work on Disclosure Statement | JRB | .50 | 177.50 |
| 04/25/04 | Continue work on disclosure statement | MAW | 2.00 | 440.00 |
| 04/25/04 | Consideration of Mellon Consultants retention issues and the Pension issues for which they would be retained | JRB | .40 | 142.00 |
| 04/26/04 | Telephone call with D. Heller regarding Plan and Disclosure | JRB | .30 | 106.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Statement (.3) | | | |
| 04/26/04 | Continue work on Plan and Disclosure Statement | JRB | .30 | 106.50 |
| 04/26/04 | Prepare for meeting regarding Plan and financing issues | JRB | .60 | 213.00 |
| 04/26/04 | Continue work on Disclosure Statement and Plan (1.7); correspondence to D. Heller transmitting preliminary draft of Disclosure Statement and Plan (.2) | JRB | 1.90 | 674.50 |
| 04/26/04 | Telephone conference with M. Seifert re appointment of Baden Consultants as ordinary course professionals (.2); prepare renewed motion to engage Mellon Consultants and check rules regarding service of same; office conferences, telephone conference with court clerk re same; telephone conference with D. Maude re same (.7); work on pleadings to reject executory contracts (.5); continue drafting disclosure statement (2.6) | MAW | 4.00 | 880.00 |
| 04/26/04 | Office conference re outstanding pension issues (.3) | DDP | .30 | 81.00 |
| 04/26/04 | Telephone call with D. Maude re GM issue and consequences of revised agreement (.3); consideration of options for dealing with remaining GM issues (.2) | JRB | .50 | 177.50 |
| 04/26/04 | Work on Plan and Disclosure Statement | JRB | 1.60 | 568.00 |
| 04/26/04 | Telephone call with D. Maude regarding Plan issues and request from Bank regarding same | JRB | .30 | 106.50 |
| 04/26/04 | Update claims register (.3); consideration of service issues for anticipated motions (1.0) | DSM | 1.30 | 136.50 |
| 04/26/04 | Legal research re priority of environmental claims | JVG | 4.00 | N/C |
| 04/26/04 | Telephone call with T. Sherick regarding GM desire to setoff professional fees and our opposition, because to do so would be to collect prepetition debt if contract rejected (.3); consideration of issues raised, including brief research re same (.8) | JRB | 1.10 | 390.50 |
| 04/27/04 | Meet with S. Claffey, J. Ancel, D. Maude and T. Woehlke in Indianapolis | JRB | 7.50 | 2,662.50 |
| 04/27/04 | Review current draft of plan of reorganization (1.0); meeting with Dennis Maude, Tom Woehlke, Jerald Ancel, James Strain, Jim Bordman, Don Bennett and others respecting terms of plan of reorganization and equity recapitalization, and structure of New AFI and related LLC real estate holding companies (7.0); prepare term sheet outline of plan of reorganization terms agreed upon by Auburn Foundry officers, AFI Lending Group, and counsel at meeting earlier in the day and e-mail this term sheet to company officers, AFI Lending | SAC | 10.50 | 4,095.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Group and its counsel, and Baker & Daniels' attorneys (2.5) | | | |
| 04/27/04 | Conference with D. Maude and T. Woehlke regarding Plan and finance issues during travel to Indianapolis for larger meeting regarding same | JRB | 2.00 | 710.00 |
| 04/27/04 | Conference with T. Woehlke and D. Maude concerning Plan concept implementation and finance issues during return travel to Fort Wayne | JRB | 2.00 | 710.00 |
| 04/27/04 | Review of March MOR (1.0); comparison to other reports to ensure that we include everything commonly filed (.9); telephone call to D. Ewing regarding employment of L. Franklin (.3); e-mail of MOR requirements to MAW (.3) | DSM | 2.50 | 262.50 |
| 04/27/04 | Re plan development, consider environmental claim issues and research regarding same (1.0); review recent docket entries (.2) | MAW | 1.20 | 264.00 |
| 04/27/04 | Legal research re potential for leaving Auburn Foundry landfills with debtor corporation upon plan confirmation | JVG | .30 | 69.00 |
| 04/27/04 | Tax research regarding plan of reorganization including alternatives to preserve basis of assets and avoid recognition of gain; meetings with working group | DPB | 5.50 | 2,062.50 |
| 04/28/04 | Telephone call to D. Ewing (.2); telephone call to R. Swanson (.2); telephone call to J. Lee (Sturgis Iron and Metal) (.1) | DSM | .50 | 52.50 |
| 04/28/04 | Telephone call with D. Heller regarding GM issues | JRB | .20 | 71.00 |
| 04/28/04 | Continue work on GM Agreement issues | JRB | .40 | 142.00 |
| 04/28/04 | Meet with D. Maude, T. Woehlke, D. Weber, T. Eastom and M. Lemmert regarding labor and employment issues to be dealt with in Plan and consideration of appropriate handling of such issues | JRB | 4.00 | 1,420.00 |
| 04/28/04 | Review term sheet and begin work on plan revisions (1.0); review additional e-mail regarding GM developments (.2); review x-ray lease detail for rejection; telephone conference with D. Maude regarding same; revise motion to reject regarding same (.5) | MAW | 1.70 | 374.00 |
| 04/28/04 | Telephone call from Michael Starshak of Alvarez & Marsal respecting new financing and new equity investment banking matters (.5); review and respond to e-mails from Dennis Maude and Tom Woehlke regarding new plan of reorganization term sheet and its approval by them (.2) | SAC | .70 | 273.00 |
| 04/29/04 | Office conference T. Maude re union negotiation notes | DDP | .20 | 54.00 |
| 04/29/04 | Work on Disclosure Statement and Plan drafting | JRB | 1.20 | 426.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/29/04 | Follow-up email correspondence with T. Sherick for GM and with Bank counsel re filing issues and professional fees GM wants to charge | JRB | .40 | 142.00 |
| 04/29/04 | Exchange correspondence with H. Efroymson regarding MOR and brief review | JRB | .30 | 106.50 |
| 04/29/04 | Review of recently filed claims | DSM | .10 | 10.50 |
| 04/29/04 | Consideration of options for resolving GM contract issues (.3); telephone call with J. Athanas regarding his discussions and opinions on resolution (.3); telephone call with D. Maude regarding GM contract issues and rejection options without agreement (.4) | JRB | 1.00 | 355.00 |
| 04/29/04 | Exchange correspondence with T. Woehlke regarding business issues affected by GM issues and options for resolving GM's professional fee demands without approving payments not authorized by Bankruptcy code and consideration of issues raised by T. Woehlke re same (.7) | JRB | .70 | 248.50 |
| 04/29/04 | Exchange of correspondence to T. Sherick regarding GM agreement and Auburn Foundry's view that the Agreement can not and does not permit GM to charge prepetition professional fees to post-petition AR and consideration of issues raised by T. Sherick re same (.8) | JRB | .80 | 284.00 |
| 04/29/04 | Exchange correspondence with bank counsel regarding filing of executed GM Agreement and need for withdrawal by bank of its objections and consideration of response regarding same | JRB | .60 | 213.00 |
| 04/29/04 | Work on proposed orders and consideration of best means to document withdrawal of objections | JRB | .50 | 177.50 |
| 04/29/04 | Continue work on plan revisions per new term sheet (6.5); review docket and GM agreement; office conferences regarding finalization; prepare revised orders for approval and withdrawal pleadings for Bank counsel; telephone conference with Bank's counsel regarding same (1.4); office conference regarding monthly operating reports (.1) | MAW | 8.00 | 1,760.00 |
| 04/30/04 | Exchange email correspondence with T. Sherick, G. Shipley and C. Reckler regarding GM Agreement and filing of same with Court | JRB | .40 | 142.00 |
| 04/30/04 | Work on resolution of GM issues and follow-up regarding entry of order regarding same | JRB | .40 | 142.00 |
| 04/30/04 | Consideration of decision by Court to defer order until after May 19 and options for presenting stipulation in effort to obtain earlier approval | JRB | .50 | 177.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/30/04 | Legal research re environmental cases | JVG | 1.10 | 253.00 |
| 04/30/04 | Review GM advise of payment and correspondence with D. Maude re same as it affects any potential setoffs by GM | JRB | .30 | 106.50 |
| 04/30/04 | Analyze correspondence from D. Kruse re Liddell | DDP | .20 | 54.00 |
| 04/30/04 | Telephone call with D. Maude re GM issues and financial performance | JRB | .30 | 106.50 |
| 04/30/04 | Review and attend to filing of monthly operating reports for February and March 2004 (.2); extensive additional office conferences; e-mail regarding final filing of GM agreement; prepare additional pleadings regarding same (1.8); finalize rejection pleadings for lease of x-ray equipment (.4); finalize and file attorney fee disclosure (.1); office conference and e-mail regarding revised plan (.2) | MAW | 2.70 | 594.00 |
| 04/30/04 | Telephone call from Tim Borden respecting new equity injection and exit financing (.3); conference with Dennis Maude regarding new numbers providing a proforma projection of performance under final plan of reorganization (.5); conference with Dennis Maude and e-mails with Dennis Maude respecting plan issues, refinancing issues, current cash developments and General Motors' disputes (.3); conference with Tim Borden and Alvarez & Marsal (.9) | SAC | 2.00 | 780.00 |
| 04/30/04 | Check Pacer docket (.1); preparing MORS to be filed (.2); revise Attorney Fee Disclosure (.4); work on claims register (.1) | DSM | .80 | 84.00 |

Total Services...........................................................................Hours      465.60   128,997.50

| Date | Disbursements | Total |
|---|---|---|
| 04/19/04 | Copying Charge for documents - - Vendor:Copy Corps of Illinois | 82.35 |
| Total For | Copying Charge | 82.35 |
| 04/08/04 | Travel/Lodging - - Travel expenses in Chicago, IL Vendor:John F.W. Fleming | 57.00 |
| 04/08/04 | Travel/Lodging -  IND-MDW-IND | 185.70 |
| 04/08/04 | Travel/Lodging -  IND-MDW-IND | 185.70 |
| 04/19/04 | Travel/Lodging - - Airfare to Chicago, IL for meeting with Bank of America's counsel re use of cash collateral Vendor:Grueninger Travel Service, Inc. | 244.69 |
| 04/19/04 | Travel/Lodging - - Travel to Chicago for meetings with Counsel for Bank of America regarding Auburn Foundry, Inc. bankruptcy Vendor:John R. Burns | 243.28 |
| Total For | Travel/Lodging | 916.37 |

## BAKER & DANIELS

| 04/08/04 | Meals/Entertainment - - Travel expenses in Chicago, IL Vendor:John F.W. Fleming | 8.71 |
|---|---|---|
| 04/27/04 | Meals/Entertainment - - Vendor: Jweg's Lunch | 92.22 |
| Total For | Meals/Entertainment | 100.93 |
| | | |
| 04/29/04 | Mileage to/from Indianapolis with Dennis Maude (Auburn Foundry) to discuss bankruptcy - - Vendor: John R. Burns | 90.00 |
| 04/29/04 | Mileage to/from Auburn with Marty Lemmert to Auburn Foundry to discuss labor matter - - Vendor: John R. Burns | 16.50 |
| Total For | Mileage | 106.50 |
| | | |
| 04/16/04 | Computerized Research    Westlaw | 229.98 |
| 04/16/04 | Computerized Research    Westlaw | 1,122.06 |
| 04/30/04 | Computerized Research    Westlaw | 227.19 |
| Total For | Computerized Research | 1,579.23 |
| | | |
| 01/12/04 | Computerized Research    PACER | 3.71 |
| 03/31/04 | Computerized Research    PACER | 372.18 |
| Total For | Computerized Research - Other | 375.89 |
| | | |
| 03/22/04 | Caller: N/A :  260 925-7977 | 3.91 |
| 03/25/04 | Caller: N/A :  260 925-0900 | 0.81 |
| 03/29/04 | Caller: N/A :  312 876-7700 | 4.16 |
| 03/30/04 | Caller: N/A :  260 925-7935 | 2.47 |
| 04/01/04 | Caller: N/A :  260 925-7978 | 3.15 |
| 04/01/04 | Caller: N/A :  260 925-0900 | 5.59 |
| 04/05/04 | Caller: N/A :  260 925-7978 | 0.30 |
| 04/05/04 | Caller: N/A :  260 925-7978 | 0.83 |
| 04/06/04 | Caller: N/A :  260 925-7943 | 0.53 |
| 04/06/04 | Caller: N/A :  317 826-0883 | 1.64 |
| 04/06/04 | Caller: N/A :  260 925-7978 | 3.30 |
| 04/07/04 | Caller: N/A :  312 876-7670 | 0.20 |
| 04/08/04 | Caller: N/A :  260 925-0900 | 0.86 |
| 04/09/04 | Caller: N/A :  260 908-3930 | 1.16 |
| 04/09/04 | Caller: N/A :  260 908-3930 | 1.44 |
| 04/09/04 | Caller: N/A :  260 908-3930 | 5.17 |

BAKER & DANIELS

| | | |
|---|---|---:|
| 04/12/04 | Caller: N/A : 312 876-7670 | 0.33 |
| 04/12/04 | Caller: N/A : 260 925-7978 | 0.66 |
| 04/12/04 | Caller: N/A : 312 876-7670 | 1.21 |
| 04/12/04 | Caller: N/A : 260 925-7978 | 2.12 |
| 04/12/04 | Caller: N/A : 312 876-7670 | 4.28 |
| 04/12/04 | Caller: N/A : 260 925-7978 | 4.31 |
| 04/14/04 | Caller: N/A : 260 925-7978 | 0.45 |
| 04/14/04 | Caller: N/A : 312 726-7500 | 0.76 |
| 04/14/04 | Caller: N/A : 312 876-7608 | 0.98 |
| 04/14/04 | Caller: N/A : 317 826-0882 | 1.69 |
| 04/14/04 | Caller: N/A : 317 826-0883 | 7.28 |
| 04/14/04 | Caller: N/A : 317 713-3500 | 16.28 |
| 04/19/04 | Caller: N/A : 260 925-7943 | 0.60 |
| 04/19/04 | Caller: N/A : 260 925-0900 | 1.41 |
| 04/22/04 | Caller: N/A : 260 925-0900 | 1.34 |
| 04/26/04 | Caller: N/A : 260 925-7943 | 0.73 |
| 04/26/04 | Caller: N/A : 260 925-7978 | 1.44 |
| 04/26/04 | Caller: N/A : 312 876-7700 | 1.74 |
| 04/27/04 | Caller: N/A : 260 925-7943 | 0.53 |
| 04/27/04 | Caller: N/A : 260 925-7943 | 1.16 |
| 04/28/04 | Caller: N/A : 260 925-0900 | 1.46 |
| 04/28/04 | Caller: N/A : 312 876-7670 | 1.13 |
| | Total For  Long Distance Telephone | 87.41 |
| | | |
| 04/19/04 | Postage/Air/Express Delivery | 1.94 |
| 04/30/04 | Postage/Air/Express Delivery | 741.36 |
| | Total For  Postage/Air/Express Delivery | 743.30 |
| | | |
| 04/19/04 | Telecopy | 7.60 |
| 04/29/04 | Telecopy | 9.50 |
| 04/30/04 | Telecopy | 9.50 |
| | Total For  Telecopy | 26.60 |
| | | |
| 03/31/04 | Telephone   (260) 925-7978 - 03/01/04 | 4.81 |
| 03/31/04 | Telephone   (260) 615-7486 - 03/16/04 | 0.60 |
| 03/31/04 | Telephone   (260) 925-7978 - 03/16/04 | 5.65 |

BAKER & DANIELS

| | | | |
|---|---|---|---:|
| 03/31/04 | Telephone | (312) 342-0051 - 03/28/04 | 0.53 |
| 03/31/04 | Telephone | TelSpan Teleconference - 03/04/04 | 18.00 |
| 03/31/04 | Telephone | TelSpan Teleconference - 03/29/04 | 0.84 |
| 03/31/04 | Telephone | (260) 925-7978 - 03/01/04 | 4.81 |
| 03/31/04 | Telephone | (260) 615-7486 - 03/16/04 | 0.60 |
| 03/31/04 | Telephone | (260) 925-7978 - 03/16/04 | 5.65 |
| 03/31/04 | Telephone | (312) 342-0051 - 03/28/04 | 0.53 |
| Total For | Telephone | | 42.02 |
| | | | |
| 04/26/04 | Tabs | | 2.28 |
| 04/26/04 | Tabs | | 3.00 |
| Total For | Tabs | | 5.28 |
| | | | |
| | COPYING COSTS | | 87.45 |

Total Disbursements..........................................................................$    4,153.33

Total Services And Disbursements...................................................$    133,150.83