**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1172502 |
| Invoice Date | 05/26/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004426 | 128,997.50 | 4,153.33 | 133,150.83 |
| Total Invoice | 128,997.50 | 4,153.33 | 133,150.83 |



**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

May 24, 2004
Invoice Number 1172120

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through April 30, 2004 and not reflected on a prior bill:

0004423    Intermittent Work Stoppage ULPC

    Total Services.............................$    1,144.00
    Total Disbursements..................$           7.51

    Total This Matter....................................................$    1,151.51

Total This Invoice...............................................................................$    1,151.51

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  April 30, 2004
Invoice Number  1172120

0080031    Auburn Foundry, Inc.
0004423    Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|---|---|---|---|---|
| 04/26/04 | Review of bargaining notes and grievance file in preparation for hearing | MML | .80 | |
| 04/27/04 | Phone conference with T. Eastom re witnesses and exhibits; review of file in preparation for arbitration | MML | .80 | |
| 04/29/04 | Review of bargaining notes in preparation for arbitration hearing; conference with T. Eastom re arbitration hearing; prepare witness subpoenas for hearing; letter to Arbitrator | MML | 1.80 | |
| 04/30/04 | Review of bargaining notes; draft information request to Union re bargaining notes | MML | 1.80 | |
| | Total Services.................................................................... Hours | | 5.20 | 1,144.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 04/27/04 | Caller: N/A :  260 925-7993 | | | 0.86 |
| | Total For  Long Distance Telephone | | | 0.86 |
| 04/29/04 | Telecopy | | | 4.75 |
| 04/30/04 | Telecopy | | | 1.90 |
| | Total For  Telecopy | | | 6.65 |

Total Disbursements...............................................................................$    7.51

Total Services And Disbursements........................................................$    1,151.51

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1172120 |
| Invoice Date | 05/24/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004423 | 1,144.00 | 7.51 | 1,151.51 |
| Total Invoice | 1,144.00 | 7.51 | 1,151.51 |



**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

May 24, 2004
Invoice Number 1172119

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through April 30, 2004 and not reflected on a prior bill:

0004387   Franklin, Detrick L.

| | |
|---|---|
| Total Services..............................$ | 380.00 |
| Total Disbursements..................$ | 0.00 |
| Total This Matter...................................................$ | 380.00 |
| Total This Invoice..............................................................$ | 380.00 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of April 30, 2004
Invoice Number 1172119

0080031  Auburn Foundry, Inc.
0004387  Franklin, Detrick L.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/06/04 | Telephone conference with E. Vance re: position statement and bankruptcy; review and analysis of cases re: EEOC's ability to pursue investigation of company which has declared bankruptcy | LCO | 1.30 | 299.00 |
| 04/07/04 | Telephone conference re status of EEOC complaint and need to submit position statement | DDP | .30 | 81.00 |
| | Total Services................................................................. Hours | | 1.60 | 380.00 |
| | Total Services And Disbursements......................................................$ | | | 380.00 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1172119 |
| Invoice Date | 05/24/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004387 | 380.00 | 0.00 | 380.00 |
| Total Invoice | 380.00 | 0.00 | 380.00 |



**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

May 24, 2004
Invoice Number 1172118

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through April 30, 2004 and not reflected on a prior bill:

0000100    Employment Matters

      Total Services............................$        968.00
      Total Disbursements..................$        608.58

      Total This Matter..................................................$        1,576.58

Total This Invoice........................................................................$        1,576.58

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of April 30, 2004
Invoice Number 1172118

0080031   Auburn Foundry, Inc.
 0000100      Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/16/04 | Receipt and review of e-mail from T. Eastom regarding union information requests; phone conference with T. Eastom regarding union information requests | MML | .80 | 176.00 |
| 04/27/04 | Conference re Auburn Foundry negotiations | MML | .10 | 22.00 |
| 04/28/04 | Conference with client re bankruptcy negotiations strategy and approaches | MML | 3.50 | 770.00 |
|  | Total Services............................................................................ Hours |  | 4.40 | 968.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 04/16/04 | Computerized Research   Westlaw | | | 608.58 |
|  | Total For  Computerized Research | | | 608.58 |

Total Disbursements................................................................................$    608.58

Total Services And Disbursements..........................................................$  1,576.58

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #        0080031
Invoice #       1172118
Invoice Date    05/24/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000100 | 968.00 | 608.58 | 1,576.58 |
| Total Invoice | 968.00 | 608.58 | 1,576.58 |

