**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

May 24, 2004
Invoice Number 1172117

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

---

For all professional services rendered and disbursements incurred on your behalf through April 30, 2004 and not reflected on a prior bill:

0004396   Employee Benefits

| | |
|---|---|
| Total Services..........................$ | 381.00 |
| Total Disbursements.................$ | 0.00 |

Total This Matter.................................................$   381.00

Total This Invoice...............................................................$   381.00

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of April 30, 2004
Invoice Number 1172117

0080031   Auburn Foundry, Inc.
0004396   Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/08/04 | Conference with D.D. Powers regarding PBGC claims and other pension plan issues in bankruptcy | JWP | .70 | 273.00 |
| 04/29/04 | Office conference L. Wenino re outstanding issues | DDP | .40 | 108.00 |
| | Total Services.................................................................... Hours | | 1.10 | 381.00 |
| | Total Services And Disbursements.................................................................$ | | | 381.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #       0080031
Invoice #      1172117
Invoice Date   05/24/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004396 | 381.00 | 0.00 | 381.00 |
| Total Invoice | 381.00 | 0.00 | 381.00 |



**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

May 24, 2004
Invoice Number 1172114

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

---

For all professional services rendered and disbursements incurred on your behalf through May 18, 2004 and not reflected on a prior bill:

0000060   IDEM

| | |
|---|---|
| Total Services..............................$ | 1,494.50 |
| Total Disbursements..................$ | 2.74 |
| Total This Matter....................................................$ | 1,497.24 |
| Total This Invoice............................................................$ | 1,497.24 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of May 18, 2004
Invoice Number 1172114

0080031  Auburn Foundry, Inc.
0000060  IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/02/04 | Telephone calls from J. Brunson and D. Maude regarding annual fee payment; research fee statutes and rules; prepare memo to D. Weber regarding recommendations | MFM | 1.50 | 457.50 |
| 04/05/04 | Respond to email regarding permit fee payment discussions | MFM | .20 | 61.00 |
| 04/06/04 | Review fee research and scheduling obligations; consider options; telephone call with D. Weber and J. Brunson regarding same | MFM | 1.50 | 457.50 |
| 04/08/04 | Telephone calls to IDEM regarding permit fees; review J. Brunson emails regarding air permits | MFM | .50 | 152.50 |
| 04/20/04 | Review emails to/from IDEM on permit applications | MFM | .20 | 61.00 |
| 04/22/04 | Send MACT standard to client; review IDEM emails on permit | MFM | .20 | 61.00 |
| 04/28/04 | Review and respond to email regarding permit fees; Plant 2 BACT | MFM | .30 | 91.50 |
| 04/30/04 | Telephone call to N. Sizemore at IDEM regarding shot blast units and PSD; telephone calls to J. Brunson and T. Rarick regarding same; review files | MFM | .50 | 152.50 |
| | Total Services................................................................ Hours | | 4.90 | 1,494.50 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 04/02/04 | Caller: N/A : 260 925-7939 | | | 2.24 |
| 04/07/04 | Caller: N/A : 260 925-7939 | | | 0.50 |
| | Total For  Long Distance Telephone | | | 2.74 |

BAKER & DANIELS

| | | |
|---|---|---:|
| Total Disbursements | $ | 2.74 |
| Total Services And Disbursements | $ | 1,497.24 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #       0080031
Invoice #      1172114
Invoice Date   05/24/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000060 | 1,494.50 | 2.74 | 1,497.24 |
| Total Invoice | 1,494.50 | 2.74 | 1,497.24 |



REMITTANCE COPY