UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
|  | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/tp |
|  | ) |  |
| Debtor(s) | | |

**ORDER**

At Fort Wayne, Indiana, on May 26, 2004.

A hearing with regard to issues raised by Debtor's amended motion for approval of insurance finance agreement was held in Fort Wayne, Indiana, on May 25, 2004 with Mark Werling, counsel for debtor, and Grant Shipley, counsel for Bank of America, present in person. Jerald Ancel, counsel for AFI Lending Group, and Henry Efroymson, counsel for the Unsecured Creditors' Committee, present telephonically.

For the reasons stated in open court, the amended motion is PRELIMINARILY GRANTED pending final approval following twenty (20) days notice to creditors, proof of which shall be filed within seven (7) days.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: May 26, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 1
```

The following entities were served by first class mail on May 28, 2004.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 28, 2004**                    Signature:      _Joseph Speetjens_