# United States Bankruptcy Court
Northern District of Indiana
Fort Wayne Division

## APPEARANCE

AUBURN FOUNDRY, INC.  Case No. 04-10427
*Debtor*  Chapter 11

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(b), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for ___Schenkel & Sons, Inc.___

_____6-3-04_____  _____[signature]_____
Date                 Signature

Brian J. Lange
*Print Name*
14725-02
*Indiana Attorney Registration Number*
520 South Calhoun Street
*Address*
Fort Wayne, IN 46802
*City           State           Zip Code*
(260) 424-1333
*Phone Number*
(260) 422-5242
*Fax Number*
brianjlange@netzero.net
*e-mail address*