# United States Bankruptcy Court
### Northern District of Indiana
### Fort Wayne Division

## AMENDED APPEARANCE

AUBURN FOUNDRY, INC.              Case No. 04-10427
*Debtor*                                        Chapter 11

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(b), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for     Schenkel & Sons, Inc.

_6-4-04_
*Date*

*Signature* _[signed]_

Brian J. Lange
*Print Name*
14725-02
*Indiana Attorney Registration Number*
520 South Calhoun Street
*Address*
Fort Wayne, IN 46802
*City                             State                     Zip Code*
(260) 424-1333
*Phone Number*
(260) 422-5242
*Fax Number*
chogan@choiceonemail.com
*e-mail address*