UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**AMENDED MOTION TO EXTEND EXCLUSIVITY PERIOD**

Auburn Foundry, Inc. ("AFI" or the "Debtor"), Debtor-in-Possession herein, by counsel, submits this Amended Motion to Extend Exclusivity Period (the "Motion"), pursuant to §§ 1121(b), (c), and (d) of the Bankruptcy Code. Since filing its original motion, the Debtor has obtained the consent of its Senior Lenders to a thirty (30) day extension of the exclusivity period, which is fifteen (15) days less than the time it initially requested. The Debtor respectfully requests an order extending such period by thirty (30) days, effective *nunc pro tunc* as of the filing date hereof, June 7, 2004, and in support thereof states as follows:

1. On February 8, 2004, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is operating its business and managing its financial affairs as Debtor-in-Possession.

3. The Debtor's exclusivity period (the "Exclusivity Period") for filing a Plan is set to expire on or about 120 days from the Petition Date, which is June 7, 2004. That time has not yet expired.

4. The Debtor is completing work on a proposed Plan and is completing negotiations with its Senior Lenders for exit financing. Debtor anticipates filing its Plan within the next thirty (30) days and has obtained consent from its Senior Lenders for a thirty (30) day

extension of the filing date requirement contained in the Cash Use/DIP Agreement.  Thus, the Debtor seeks to enlarge the exclusivity period for thirty (30) days from June 7, 2004 to July 7, 2004, within which to negotiate and file its Plan.

5. Since the Chapter 11 filing, the Debtor has consistently operated within the confines of its Court-approved cash use budgets.  It has met or exceeded its performance objectives.  It has also maintained strong relationships with vendors and customers, as evidenced by a long-term supply contract the Debtor entered into with General Motors Corporation, one of its major customers, which this Court approved.

6. Between May 12 and 13, 2004, the Court entered Final Orders regarding use of cash collateral, Senior DIP Financing and Junior DIP Financing.  Taken together, these orders grant the Debtor permission to use cash collateral through and including August 31, 2003.  They also provide the Debtor with sufficient DIP Financing to fund its operations, consistent with its budget, during the Plan confirmation process.  The Cash Use Agreement attached to the Final Orders, as amended by the parties thereto, requires, as a condition to further cash use, that a Plan and Disclosure Statement be filed not later than July 7, 2004.

7. The Debtor also requests that in the event any party objects to the relief requested herein, the Exclusivity Period be extended pending a hearing on such objections, and that, in any event, relief be entered *nunc pro tunc* effective June 7, 2004.

8. Cause exists for the extension sought herein.

9. Notice of this Amended Motion shall be given to the United States Trustee, and all creditors and parties in interest pursuant to Bankruptcy Rule 2002.

WHEREFORE, the Debtor respectfully requests that the exclusivity period for filing and soliciting a Plan be extended to and include July 7, 2004 and August 9, 2004, respectively, effective *nunc pro tunc* as of June 7, 2004, and for all other just and proper relief.

BAKER & DANIELS

By: /s/ John R Burns, II
    John R Burns, II (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    john.burns@bakerd.com
    mark.werling@bakerd.com
    Telephone: (260) 420-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the June 7, 2004, a copy of the foregoing Amended Motion to Extend Exclusivity Period served on the following counsel of record by electronic filing and/or first-class mail, postage prepaid:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Ackerson, PC<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

| | |
|---|---|
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN  46706 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |
| Marlin Leasing<br>Northeastern Division<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ 08054 | Key Equipment Finance<br>66 So. Pearl Street<br>Albany, NY 12207 |
| Adirondack Leasing Associates, Ltd.<br>620 Washington Avenue<br>Rensselaer, NY 12144 | First Lake Capital and Funding Group, LLC<br>P.O. Box 71356<br>Marietta, GA 30002 |
| OFC Capital Leasing<br>A Division of ALFA Financial Corporation<br>Dept GA00010<br>PO Box 530101<br>Atlanta, GA  30353-0101 | Lake Union Leasing<br>2317 South Tacoma Way<br>Tacoma, WA 98409 |

/s/ John R Burns, III