UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## NOTICE OF FIRST AMENDMENT

COMES NOW Debtor, Auburn Foundry ("Debtor"), by counsel, and provides Notice of Amendment of the Creditor Matrix (Exhibit A), and Amended Verification of Creditor Matrix, in accordance with L.B.R. B-1009-1.

The Creditor Matrix is amended to include creditors not included in the original filing of the Creditor Matrix (but included in the Schedules D, E, or F) and to update addresses for other creditors. These additions are indicated on the creditor matrix by interlineation.

                                            By:  /s/ Mark A. Werling
                                                John R Burns (#3016-02)
                                                Mark A. Werling (#20426-02)
                                                111 East Wayne Street, Suite 800
                                                Fort Wayne, Indiana 46802
                                                Telephone:  (260) 420-8000
                                                Facsimile:  (260) 460-1700
                                                john.burns@bakerd.com
                                                mark.werling@bakerd.com

                                            ATTORNEYS FOR THE DEBTOR,
                                            AUBURN FOUNDRY, INC.

FWIMAN1 326699v2

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of First Amendment was served first-class United States mail, postage prepaid, or by electronic means, on June 10, 2004, upon the following parties or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jack Randinellia<br>Auburn City Utilities<br>210 E. 9th Street<br>P.O. Box 506<br>Auburn, IN 46707 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 | Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, IN 46204-5198 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | GMAC Business Credit, LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 |
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 |

FWIMAN1 326699v2

| | |
|---|---|
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>P.O. Box 177<br>Wedron, IL 60557 |
| MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN 46706 |

BAKER & DANIELS

By: /s/ Mark A. Werling

FWIMAN1 326699v2