UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC., | )   CASE NO. 04-10427 |
| | )   CHAPTER 11 |
| Debtor. | ) |

**REVISED CREDITOR MATRIX**

COMES NOW the Debtor, Auburn Foundry, by counsel, and files a copy of the updated Creditor Matrix, to include new parties and/or addresses.

Dated: June 10, 2004

        BAKER & DANIELS

        By: /s/ Mark A. Werling
           John R Burns (#3016-02)
           Mark A. Werling (#20426-02)
           111 East Wayne Street, Suite 800
           Fort Wayne, Indiana 46802
           Telephone: (260) 420-8000
           Facsimile: (260) 460-1700

        ATTORNEYS FOR THE DEBTOR,
        AUBURN FOUNDRY, INC.

# United States Bankruptcy Court
# Northern District of Indiana

IN RE:

Auburn Foundry, Inc.
_____
Debtor(s)

Case No. 04-10427

Chapter 11

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: June 9, 2004          Signature: _____    Debtor
                                      Dennis Maude, Assistant Treasurer

Date: _____       Signature: _____    Joint Debtor, if any

AMENDED VERIFICATION OF CREDITOR MATRIX