3M Valley
600 E. Meigs
Valley, NE  68064-0368


<u>A T & T</u>
<u>P.O. Box 9001309</u>
<u>Louisville, KY  40290-1309</u>


A-1 Janitorial Service
PO Box 241
Waterloo, IN  46793


A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN  46706


ABB Metallurgy Inc
1460 Livingston Ave
North Brunswick, NJ  08902


ABF Freight System Inc.
3320 N. Wells St.
Fort Wayne, IN  46808


Acordia
P.O. Box 885
Ft Wayne, IN  46801-0885


Addis Inc
3721 Lee Road
Cleveland, OH  44120


Admetco
7625 Vicksburg Pike
Fort Wayne, IN  46850

Aero-Motive Manufacturing
5688 East ML Ave
Kalamazoo, MI  49001


Air Products and Chemicals
PO Box 25745
Lehigh Valley, PA  18002-5742


Air Technics Inc.
2652 Merrimont Drive
Troy, OH  45373


Airborne Express
P.O. Box 91001
Seattle, WA  98111


Airtech Environmental Services
601A Country Club Drive
Bensenville, IL  60106


ALFA Financial Corporation
56 Colonial Park Drive Suite 200
Roswell, GA  30075


Allen Pattern Works Inc.
616 East Wallace Street
P.O. Box 10540
Fort Wayne, IN  46803


Alro Steel Corporation
PO Box 10360
Ft Wayne, IN  46851-0360


American Arbitration Association
13455 Noel Road, Suite 1750
Dallas, TX  75240

American Bio Medica Corporation
122 Smith Road
Kinderhook, NY  12106


American Wire Rope And Sling
3122 Engle Road
Fort Wayne, IN  46809


Ametek Inc.
900 Greenbank Road
Wilmington, DE  19808


Antibus Scales And Systems
4809 Illinois Road
Fort Wayne, IN  46804


Applied Metals & Machine Works
1036 St. Marys Avenue
Fort Wayne, IN  46808


Arab Pest Control
1130 Pion Rd
Fort Wayne, IN  46825


Arch Wireless
ATTN:  Division 19
11570 Mosteller Road
Cincinnati, OH  45241


Arrow Fence Company, Inc.
318 Edgewood Avenue
Fort Wayne, IN  46805


Arrow Services Inc
4121 Northrup
Ft Wayne, IN  46805

Ashland Inc.
Collection Dept.
P.O. Box 2219
Columbus, OH  43216

Auburn Chrysler, Dodge, & Jeep, Inc.
507 South Grandstaff Drive
Auburn, IN  46706

Auburn City Utilities
PO Box 506
Auburn, IN  46706

Auburn Inn
225 Touring Drive
Auburn, IN  46706

Austin Petroleum Inc.
99 E. Joe Street
Huntington, IN  46750

Auto Electric
709 E Washington
Ft Wayne, IN  46802

Automatic Data Processing
Of Indianapolis Inc
P.O. Box 80419
Indianapolis, IN  46280-0419

Aztec Millennium Supply, I
8411 Mayhew Road
Fort Wayne, IN  46835

B-P Industrial Division
8432 Central Ave., Suite 3
Sylvania, OH   43560


Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN   46804


Bank Of America
231 S. LaSalle Street, 16th Floor
Chicago, IL   60697


Bassett Office Supply Inc
509 South Main Street
Auburn, IN   46706


Bayard Advertising Agency
902 Broadway, 10th Floor
New York, NY   10010


<u>BBC Pump And Equipment Co., Inc.</u>
<u>777 N. Tibbs Avenue</u>
<u>PO Box 22098</u>
<u>Indianapolis, IN   46222</u>


Beardsley And Piper, LLC
751 Shoreline Drive
Aurora, IL   60504


Belcon Corp.
P.O. Box 4763
Oak Brook, IL   60522-4763


BGR Inc
25703 Springfield Center Road
Harlan, IN   46743

Bisbee Infared Services
1304 W Michigan
Jackson, MI  49204


Bliss Clearing Niagra, Inc.
683 Northland Avenue
Buffalo, NY  14211


Blue Flame Of Waterloo
P.O. Box 428
Waterloo, IN  46793


Bobcat Financial Services
8001 Ridgepoint Drive
Irving, TX  75063


Bobcat Of Fort Wayne
3630 Goshen Road
Fort Wayne, IN  46818


Bohl Crane Inc
1930 Lakeview Drive
Ft Wayne, IN  46808


Bohren Logistics, Inc.
325 N. Taylor Road
Garrett, IN  46738


Bohren-Mercer Warehouse And Distribution
325 N. Taylor Rd
Garrett, IN  46738


Bostwick-Braun Company
1946 North 13th Street
Toledo, OH  43624

BPC - Bell Packaging Corporation
PO Box 3333
Marion, IN  46953-0333

Brake Materials & Parts Inc
800 Sherman At Pape
Fort Wayne, IN  46808

Bread Basket
115 North Main Street
Auburn, IN  46706

Brechbuhler Scales
3306 Cavalier Drive
Fort Wayne, IN  46808

Brehob Electric Equipment Inc.
P.O. Box 2023
Indianapolis, IN  46225

Brian's Automotive Center
1110 South Grandstaff Drive
Auburn, IN  46706

Bristal Metal Products, Inc
3000 Lebanon Church Road
West Mifflin, PA  15122

Business Impressions
509 S Main St
Auburn, IN  46706

Butler & Butler Construction
1803 Grandstaff Drive South
Auburn, IN  46706

C A Picard Surface Engineer  
Surface Engineering Division, Inc.  
689 Sugar Lane  
Elyria, OH  44035

C Miller & Sons Inc  
6707 Gabion Way  
Ft Wayne, IN  46818

Calar Inc  
1010 C West Seventh Street  
Auburn, IN  46706

CAMS, Inc.  
495 Village Park Drive  
Powell, OH  43065

Camway Transportation Corp  
7846 West Central Avenue  
Toledo, OH  43617

Canteen  
2715 American Way  
Fort Wayne, IN  46809

Carolyn D. Honer  
C/O Keaton And Keaton  
P.O. Box 11208  
Fort Wayne, IN  46856-1208

Carpenter Brothers Inc.  
6120 Norton Center Drive  
Muskegon, MI  49441

Carper Farm Supply Inc
PO Box 159
Ashley, IN  46705


Carrier Vibrating Equipment
P.O. Box 37070
Louisville, KY  40233-7070


Cascade Pattern Company
5191 Ternes Avenue
Elyria, OH  44035


CC Metals and Alloys Inc
University Corporate Centre
300 Corporate Parkway - 216N
Amherst, NY  14226


Centennial Wireless
421 Fernhill Avenue
Fort Wayne, IN  46805


Certanium Alloys & Research
6510 Northpark Blvd.
Charlotte, NC  28216


Certified Reducer Rebuilders
32079 Milton
Madison Heights, MI  48071


Ceruti's Catering
615 Professional Way
Kendallville, IN  46755

Cincinnati Plus
Parts Division
4701 Marburg Avenue
Cincinnati, OH  45209


Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN  46202


City Of Auburn
% Rebecca Fuller
P.O.Box 506
Auburn, IN  46706


Classic City Automotive Inc
503 Michigan Avenue
Auburn, IN  46706


Clean Conveyor Solutions
Division of CVP Group, Inc.
P.O. Box 67
Willow Springs, IL  60480-0067


Commissioner Of Labor/IOSHA
402 W. Washington Street, Rm W-195
Indianapolis, IN  46204


Complete Drives Inc
6419 Discount Drive
Fort Wayne, IN  46818


Comtronix Corporation
2213 East 45th Street
Indianapolis, IN  46205-2297