Consolidated Industries
6228 Holly Oak Drive
Fort Wayne, IN  46818


Copelco Capital, Inc.
P.O. Box 728
Park Ridge, NJ  07656


Copper And Brass Sales Inc.
530 Northfield Drive
Brownsburg, IN  46112


Core Tech Inc
6000 Old Maumee Rd
Ft Wayne, IN  46803


<u>Corporate Benefit Strategy</u>
<u>5181 Plainfield AVE NE, Suite D</u>
<u>Grand Rapids, MI  49535</u>


Cotterman Company
130 Seltzer Road
Croswell, MI  48422


Covert Manufacturing Inc.
328 South East Street
Galion, OH  44833


Covington Box
3514 US 6
Waterloo, IN  46793


Crosible Inc.
P.O. Box 271
Moravia, NY  13118

Crown Equipment Corporation
1919 Research Drive
Fort Wayne, IN  46808


Crystal Clean
c/o Petroleum Management
7901 West Morris St.
Indianapolis, IN  46231


Current Inc
2120 E. Washington
Ft Wayne, IN  46803-1329


Curtis 1000
PO Box 11271
Ft Wayne, IN  46856


Custom Engineering & Fabrication
1631 East Pontiac Street
Fort Wayne, IN  46803


D.A.S. Services, Inc.
2310 West 175 North
Angola, IN  46703


Daniel T. March
C/O John C. Grimm
P.O. Box 31
Auburn, IN  46706


Dauber Company Inc
577 North 18th Road
Tonica, IL  61370

David B. Fink
P.O. Box 72
Auburn, IN  46706


David Hunter
5206 N. Manitou Trail
Leland, MI  49654


David J. Joseph Company
659 Van Meter Street, Suite 530
Cincinnati, OH  45202


David Weber
4213 Arkwey Ct
Fort Wayne, IN  46814


Dayton Freight
PO Box 340
Vandalia, OH  45377


DeKalb Co. Nuisance Animal Control
4107 CR 35
Auburn, IN  46706


DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN  46706


DeKalb Engineering
700 E Quincy Street
Garrett, IN  46738


DeKalb Memorial Hospital
PO Box 542
Auburn, IN  46706

Dell Financial Services
P.O. Box 99200
Chicago, IL 60693

Dell Financial Services, L.P.
14050 Summit Drive, Bldg. A, Suite 101
Austin, TX 78758

Detrick L. Franklin
C/O Christopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

Diamond Power Specialty Co
2520 East Main Street
Lancaster, OH 43130-0787

Dick Taylor Consulting
635 Lane 425
Jimmerson Lake
Fremont, IN 46737

Dictating & Time Systems
2212 South Calhoun Street
Fort Wayne, IN 46802

Dietert Foundry Testing Inc
9190 Rose Lawn Ave.
Detroit, MI 48204

Digital Communication Prod
3720 South Calhoun Street
Ft Wayne, IN 46862-2107

Digital Reprographics, Inc.
105 Chambeau Road
Fort Wayne, IN  46805


Disa Goff, Inc.
P.O. Box 1607
Seminole, OK  74818


DISA Industries Inc.
80 Kendall Point Drive
Oswego, IL  60543


DISA Industries, Inc.
80 Kendall POint Drive
Oswego, IL  60543


DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL  60543


Diversified Pattern & Eng
100 Progress Way
Avilla, IN  46710-0230


Doall South Bend Co Inc
802 S. Beiger St.
Mishawaka, IN  46544


Don R Fruchey Inc
5608 Old Maumee Road
Ft Wayne, IN  46803


Dorsch Tool & Eng Co
3419 Georgetown Rd
Indianapolis, IN  46224

DR Lubricants Inc  
4611 Newaygo Road, Suite D  
Ft Wayne, IN   46825  


Duca Manufacturing Inc  
761 Mcclurg Road  
Boardman, OH   44512  


Duffy Office Products  
7712 Lima Road  
Fort Wayne, IN   46818  


Duraflo Equipment Company, Inc.  
3910-B Culligan Avenue  
Indianapolis, IN   46218  


E-Filliate Inc.  
11321 White Rock Rd  
Rancho Cordova, CA   95742  


Eagle Fountain Works, Inc.  
8 Winchester Road  
Ormond Beach, FL   32174  


Eastern Engineering Supply  
2810 North Wheeling  
Muncie, IN   47303  


Eclectric Company  
18315 Richey Lane  
Huntertown, IN   46748  


Edglo Laboratories Inc  
2121 East Washington Blvd  
Ft Wayne, IN   46803

EDS
PO Box 4582
Postal Station A
Toronto, ON   M5W 4W4


Edwards Medical
495 Woodcreek Drive
Bolingbrook, IL   60440


Edwin P And Mary K. Rosebrock
C/O Patrick Procter, Eilbacher Scott
110 W. Berry St, Ste 2202
Fort Wayne, IN   46802


Eirich Machines Inc
4033 Ryan Rd
Gurnee, IL   60031


Elkem Metals Inc.
P O Box 266
Pittsburgh, PA   15230-0266


Elliott Transport System, Inc.
MC 250424
4101 - 32nd Avenue, South
Moorhead, MN   56561-0366


Ely Crane & Hoist
1247 East 222nd Street
Euclid, OH   44117


Emed Company Inc.
P.O. Box 369
Buffalo, NY   14240-0369

Emergency Radio Service
4410 Earth Drive
Fort Wayne, IN  46809


Empire Refractory Sales Inc
3525 Metro Drive
Fort Wayne, IN  46818


Employer's Security Inc
PO Box 1045
Elkhart, IN  46515


Enco Mfg Co
P.O. Box 357
Farmingdale, NY  11735


Engineered Tooling
P.O. Box 48
Albion, IN  46701


Enviro Control Metals
650 Chestnut Street S.W.
Grand Rapids, MI  49503


Epic Machine
201 Industrial Way
Fenton, MI  48430


Eric Davis
1565 West Maumee Street
Angola, IN  46703


Ernst and Young LLP
PO Box 710884
Cincinnati, OH  45271-0884

Ewald Enterprises Inc
PO Box 80165
Ft Wayne, IN  46898-0165


Executone Information Systems
ATTN:  LCR DEPARTMENT
P.O. Box 52843
Phoenix, AZ  85072-2843


Fairmount Minerals
P O Box 400
Bridgeman, MI  49106


Falcon Foundry Co
PO Box 301
Lowellville, OH  44436-0301


Fargo Wear Inc
1801 Caniff Avenue
Detroit, MI  48212-2917


Fastenal Company
923 Cardinal Court
Auburn, IN  46706


Fire Protection Inc
750 W North St Suite C
Auburn, IN  46706


First Insurance Funding Corp.
450 Skokie Blvd., Ste 1000
P.O. Box 3306
Northbrook, IL  60065-3306

Flex-Pac, Inc.
7113 South Mayflower Park
Zionsville, IN  46077


FMThur
8408 Manor Drive
Fort Wayne, IN  46825


Foseco Inc
20200 Sheldon Road
Brook Park, OH  44142


Fox Contractors Corp.
5430 Ferguson Road
Fort Wayne, IN  46809


Frank H Gill Company
P.O. Box 703
Lansing, IL  60438-0703


Franklin Capital Financial Services, LLC
112 North Grant Street
North Aurora, IL  60542


Freeman Mfg & Supply Company
27655 Groesbeck Hwy
Roseville, MI  48066


Friskney Gear & Machine Corp
350 North Bridge Street
Corunna, IN  46730


Ft Wayne Orthopaedics
P.O. Box 2526
Fort Wayne, IN  46801