Gary G. Schock
C/O Randal S. Forbes
P.O. Box 374
Angola, IN   46703


General Kinematics Corp
777-T Lake Zurich Road
Barrington, IL   60010


George E Booth Company
8202 W 10th St
Indianapolis, IN   46214-2432


Gerald Martin
C/O Christopher C. Myers
809 S. Calhouns T., Ste 400
Fort Wayne, IN   46802


GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI   48075


GMP Local 322
C/O Richard J. Swanson
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN   46204-1800


Goeglein's
7311 Maysville Road
Fort Wayne, IN   46815-8199


Golden Rule Sanitation, Inc.
9905 Kress Road
Roanoke, IN   46783

Grainger Inc
5002 Speedway Drive
Ft Wayne, IN   46825


Graycraft Signs Plus Inc.
434 West 7th Street
Auburn, IN   46706


Great Lakes Carbon Corp
Four Greenspoint Plaza,Suite 2200
16945 Northchase Drive
Houston, TX   77060-2133


Groholski Manufacturing So
PO Box 15742
Fort Wayne, IN   46885


H E C O Inc
3509 S Burdick St
Kalamazoo, MI   49001


H.A. Smolen Company Inc.
PO Box 9055
Highland, IN   46322


Haney's Glass Of Auburn
930 West 15th Street
Auburn, IN   46706


Harbor Metal, Inc
PO Box 644
Benton Harbor, MI   49023


Hartley Controls Corp.
2400 Holly Road
Neenah, WI   54956

Heraeus Electro-Nite Company
One Summit Square 1st Floor
Suite 100
Langhorne, PA   19047

Hi-Vac Corporation
117 Industry Road
Marietta, OH   45750

Hickman Williams & Company
Commerce Plaza
2015 Spring Road
Oak Brook, IL   60521

Hill And Griffith Co.
3637 Farnsworth
Indianapolis, IN   46241

Hipsher Tool & Die, Inc.
1593 S. State Road 115
Wabash, IN   46992

Hook Industrial Sales Inc.
2731 Brooklyn Ave.
PO Box 9177
Fort Wayne, IN   46899

Hoosier Trailer & Truck Eq
4830 Todd Drive
Fort Wayne, IN   46803

Hot Crews Inc
PO Box 13094
Ft Wayne, IN   46803

Hydronic & Steam Equip Co
8950 Bash Street
Indianapolis, IN  46256


IBM Corporation
2707 Butterfield
Oak Brook, IL  60521


IBM Credit Corporation
1 North Castle Drive
Armonk, NY  10504-2575


IBM Credit LLC
1 North Castle Drive
Armonk, NY  10504-2575


IN Dept. Of Environmental Management
100 North Senate Avenue
P.O. Box 6015
Indianapolis, IN  46204


Indiana Department Of Revenue
100 North Senate
Indianapolis, IN  46204-2253


Indiana Department Of Revenue
County Tax
100 North Senate
Indianapolis, IN  46204-2253


Indiana Refractories Inc.
1624 Simons Street
Ft. Wayne, IN  46803

Inductotherm Corp
10 Indel Ave
Rancocas, NJ   08073


Industrial Ceramic Product
14401 Suntra Way
Marysville, OH   43040


Industrial Marketing Inc.
114 W. Toledo Street
Fremont, IN   46737


Industrial Specialities
9621 White Hill Drive
Fort Wayne, IN   46804-5953


Industrial Tool Service Inc.
612 Hayden Street
Fort Wayne, IN   46802


Industrial Tube & Steel Co
P.O. Box 640137
Cincinnati, OH   45264-0137


Industron Corporation
2044 Valleydale Terrace
Birmingham, AL   35244


Ingersoll-Rand Co
Air Compressor Group
2516-I Industrial Park Drive
Goshen, IN   46526

Inovis
ATTN:  BILLING
2425 N. Central Expressway
Richardson, TX  75080


Interlube Corporation
4646 Baker Avenue
Cincinnati, OH  45212-2594


Intermec Technology Corp.
9290 LeSaint Drive
Fairfield, OH  45014-5454


 Internal Revenue Service
 230 South Dearborn, Room 2560
 5014 CHI
 Chicago, IL  60604


International Quality
521 Cleveland
Lincoln Park, MI  48146


International Surface Prep
1606 Executive Dr
Lagrange, GA  30241


Ircon Inc
7300 N. Natchez Ave.
Niles, IL  60714


Ivy Tech
3800 North Anthony Blvd
Fort Wayne, IN  46805

J & K Communications Inc.
222 S. Tower View Drive
Columbia City, IN  46725


J & L Industrial Supply
PO Box 3359
Livonia, MI  48151-3359


J-Lenco Inc
664 N High Street
LaRue, OH  43332


J/E Bearing and Machine Ltd.
68 Spruce Street
Tillsonburg, ON  N4G 4H8


Jackson-Hirsh Inc
700 Anthony Trail
Northbrook, IL  60062-2542


Janet F. Borden
P.O. Box 770570
Steamboat Springs, CO  80477


JET Express Inc.
4518 Webster Street
Dayton, OH  45414


Joe Harmon
7004 Blackhawk Lane
Fort Wayne, IN  46815


John A. Fink
271 N. McClellan Street, #106
P.O. Box 757
Auburn, IN  46706

K M H Systems
7020 State Route 930 East
Ft Wayne, IN   46803


Kaltenbach, Inc.
6775 Inwood Drive
Columbus, IN   47202


Kendall Electric Inc
131 Grand Trunk Avenue
Battle Creek, MI   49016


Kendallville Iron & Metal Inc.
243 E. Lisbon Road
PO Box 69
Kendallville, IN   46755


Keramida Environmental Inc
330 N College Ave
Indianapolis, IN   46202


Kerry L. Flory
03469 County Road 9
Bryan, OH   43506


Key Equipment Finance
66 South Pearl Street
Albany, NY   12207


Kimberly E. Parker
C/O Christopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN   46802

KMH Systems, Inc.
7020 SR 930 East
Fort Wayne, IN  46803

Kone Inc
433 Fernhill Ave
Fort Wayne, IN  46805-1039

Korte Bros Inc
620 W Cook Rd
Ft Wayne, IN  46825-3324

Korte Paper Co.
1819 South Calhoun
Fort Wayne, IN  46857

Kroger Food Stores
1001 West Seventh Street
Auburn, IN  46706

Kurt Hollenbeck
2018 Sweet Cider Road
Fort Wayne, IN  46818

Kustom Machining Inc.
P.O. Box 39
Leo, IN  46765

L & D Industries
201 South Fulton
Auburn, IN  46706

Lab Safety Supply Inc.
PO Box 1368
Janesville, WI  53547-1368

LBH Chemical & Industrial
PO Box 8460
Ft Wayne, IN   46808-8460


LDM, Loading Dock Maintenance
14819 Mill Road
Fort Wayne, IN   46816


Leco Corporation
3000 Lakeview Avenue
St. Joseph, MI   49085-2396


LMI Technologies (USA), Inc
21455 Suite 22 Melrose Ave
Southfield, MI   48075


Lougheed & Associates, Inc.
1017 S. Hadley Road
Fort Wayne, IN   46804


Louis Padnos Iron & Metal Co.
P.O. Box 1979
Holland, MI   49422-1979


Lyman Steel Co.
P.O. Box 28340
Cleveland, OH   44128


MacAllister Machinery Co Inc
2418 Coliseum Blvd W
Fort Wayne, IN   46808-3648


MacDonald Machinery Co Inc.
3911 Limestone Drive
Fort Wayne, IN   46809