Magma Foundry Technologies
2340 South Arlington Heights Road
Arlington Heig, IL   60005


Magneco/Metrel Inc
PO Box 176
Negley, OH   44441


Mail-Well Envelope
4500 Tiedman Road
Cleveland, OH   44144


Marjo Plastics
1081 Cherry Street
Plymouth, MI   48170


Mark A. Gorney
C/O Christopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN   46802


Marlin Leasing Corp.
124 Gaither Drive Suite 170
Mount Laurel, NJ   08054


Marlin Leasing Corp.
PO Box 13604
Philadelphia, PA   19101-3604


Marlin Leasing Corp.
P.O. Box 13604
Philadelphia, PA   19101-3604


Marposs Corporation
3300 Cross Creek Parkway
Auburn Hills, MI   48326

Martin Graphics
P.O. Box 525
Auburn, IN  46706


Mary K. Rosebrock
C/O Patrick Procter, Eilbacher Scott
110 W. Berry St, Ste 2202
Fort Wayne, IN  46802


Master Gage & Tool Co.
112 Maplewood Street
Danville, VA  24540


Materials Handling Equip C
7433 US 30 East
Ft Wayne, IN  46803


McLean Midwest Corporation
11611 Business Park Blvd. N.
Champlin, MN  55316


McMahon Tire
1712 South Wayne Street
Auburn, IN  46706


McMaster Carr Supply Company
200 Aurora Industrial Pkwy
Aurora, OH  44202


McNichols Company
P.O. Box 30300
Tampa, FL  33630-3300

Medical Group Of Fort Wayne
Billing Office
P.O. Bxo 2505
Fort Wayne, IN   46801-2505


Mellon Consultants
Two Pennsylvania Plaza
New York, NY   10121


Met-Pak Specialities, Inc.
2701 S. Coliseum Blvd., Suite 1172
Fort Wayne, IN   46803


Metaltec Steel Abrasive Co
41155 Joy Road
Canton, MI   48187


Meyer Industrial Service
616 W Maplewood Drive
Ossian, IN   46777


Michael Barstow
Consultant Metallurgist
1152 Southvale Road
Pittsburgh, PA   15237-4241


Michael Polich
7822 Ladue Court
Fort Wayne, IN   46804


Michiana Door
PO Box 45
Stroh, IN   46789-0045

Michigan Department Of Treasury
P.O. Box 30059
Lansing, MI   48909


Michigan Dept. Of Treasury
P.O. Box 30059
Lansing, MI   48909


Mid-State Chemical & Supply Co.
2100 Greenbrier Lane
Indianapolis, IN   46218


Midwest Air Filter, Inc.
3630 N. Wells Street
Fort Wayne, IN   46808


Midwest Instrument Co Inc
541 Industrial Dr
Hartland, WI   53029-0080


Midwest Pipe & Steel Inc
PO Box 11558
Fort Wayne, IN   46859


Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL   60018


Modern Equipment Company
336 South Spring Street
Port Washington, WI   53074


Monitor Technologies LLC
Drawer AL-44W320
Elburn, IL   60119

Moore Medical Corporation
389 John Downey Drive
P.O. Box 2740
New Britain, CT   06050-2740


Motion Industries Inc
3333 East Washington Blvd.
Ft Wayne, IN   46862-2149


MP Steel Indiana, LLC
PO Box 876
Kendallville, IN   46755


MPB Industries
505 East 31st Street
Anderson, IN   46016


MSC Industrial Supply Co
75 Maxess Road
Melville, NY   11747


MSS Software
5 Great Vallen Parkway
Malvern, PA   19355


Nadapro Inc
5020 Nob Road
Ft Wayne, IN   46825


National City Leasing Corp.
101 South Fifth Street
Louisville, KY   40202


National Material Trading
1965 Pratt Blvd
Elk Grove Village, IL   60007

National Serv-All
5000 Smith Road
Fort Wayne, IN  46809


National Serv-All
Merritt/Hess
3907 CR 47
Auburn, IN  46706


Ned Donaldson
612 Valley Park Drive
Auburn, IN  46706


Neff Engineering Co Inc
7114 Innovation Blvd
Ft Wayne, IN  46898


NES Rentals
8855 Byron Commerce
Byron Center, MI  49315


Newark InOne
4410 Executive Blvd, Suite A
Ft Wayne, IN  46808


Newcourt Leasing Corp/CIT
21146 Network Place
Chicago, IL  60673-1211


Nickie L. Hutcherson
340 Lane 101
Long Beach Lake
Fremont, IN  46737

NMHG Financial Services Inc
7020 Hwy 30 East
Fort Wayne, IN  46803


NMHG Financial Services Inc.
44 Old Ridgebury Road
Danbury, CT  06810


Northbend Pattern Works
28080 Ziegler Blvd.
West Harrison, IN  47060


Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706


Northstar Imaging, Inc.
953 Westgate Drive
St. Paul, MN  55114


O C Tanner
1930 South State Street
Salt Lake City, UT  84115


OFC Capital
Dept GA00010
PO Box 530101
Atlanta, GA  30353-0101


Old Fort Supply Co., Inc.
Old Fort Way At 2000 Wayne Trace
Fort Wayne, IN  46803

Omega Engineering Inc.
One Omega Drive
P.O. Box 4047
Stamford, CT   06907-0047


Omnisource Corp-Tusco
2453 Hill Avenue
Toledo, OH   43607


Ossola Industrials Inc.
1740 W. Seventh Street
Granite City, IL   62040


Overnight Transportation
P.O. Bxo 1216
Richmond, VA   23209-1216


Paaso General Equipment
PO Box 868
Brighton, MI   48116


Pangborn Company
580 Pangborn Blvd.
Hagerstown, MD   21742-0380


Parker Glove & Supply, Inc
East 4th Street
Avilla, IN   46710


Parkview Occupational Health
3103 East State Street
Fort Wayne, IN   46805


Peerless Metals Powders & Abrasives
P.O. Box 09254
Detroit, MI   48209

Perfection Servo Hydraulic
1010 West Republic Drive
Addison, IL   60101


Perkins Septic And Drain Service
0375 CR 11
Hudson, IN   46747


Pflaumer Brothers Inc
398 Clarksville Road
Princeton Jct., NJ   08550


PHC Industries Inc.
3115 Pittsburg Street
Fort Wayne, IN   46825


Powered Equipment And Repair
600 Voorhees
PO Box 147
Terre Haute, IN   47808-0147


Pranger Enterprises Inc
PO Box 366
Ashley, IN   46705


Precision Calibration Company
7656 Milliner Court
Plainfield, IN   46168


Precision Steel Services
4334 Earth Drive
Ft. Wayne, IN   46809


Project Management Services
P.O. Box 398
McDonald, OH   44437-0398

Proxtronics Dosimetry LLC
7200 Fullerton Road
Springfield, VA   22150


PSA Quality Systems, Inc.
5615 Enterprise Drive
Lansing, MI   48911


PWC Fabrication
2121 Wayne Haven Avenue
Fort Wayne, IN   46803


QHG of Ft Wayne, Inc/Redim
315 East Cook Road
Fort Wayne, IN   46825


QMS-Customer Service
300 Galleria Officenter, Suite 110
Southfield, MI   48034


Quality Calibration Service
10205 West Greenfield Avenue
West Allis, WI   53214


R I Lampus Co
816 Railroad St
Springdale, PA   15144


R.S. Corcoran Company
500 N. Vine Street
P.O. Box 429
New Lenox, IL   60451-0429


RA Mueller Inc.
11270 Cornell Park Drive
Cincinnati, OH   45242