Radio Shack
1025 W 7th St
Auburn, IN  46706


<u>Rainelli's Bakery</u>
<u>5930 County Road 55</u>
<u>St. Joe, IN  46785</u>


Redimed DeKalb, LLC
AMIC
500 S. Grandstaff Suite G
Auburn, IN  46706


Refco Inc
PO Box 12867
Pittsburgh, PA  15241


Reilley Trucking
7431 Bent Willow Drive
Fort Wayne, IN  46815


Reliable Corporation
1001 West Van Buren Street
Chicago, IL  60607


Renco Machine Co Inc
1421 Eastman Ave
Green Bay, WI  54302


Reno Refractories, Inc.
PO Box 201
Morris, AL  35116


Richard Squier Pallets Inc
3992 CR24
Waterloo, IN  46793

Ron Uffelman
0464 South 75 East
Albion, IN  46704


Ronald J. Osbun
C/O Christopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN  46802


Rudd Equipment Company
P.O. Box 32427
Louisville, KY  40232


Rumford Industrial Group Inc.
PO Box 752288
Dayton, OH  45475


Rytec Corporation
PO Box 403
Jackson, WI  53037


S & S Oil Co Inc
821 Lakeshore Avenue
Auburn, IN  46706


S & S Tire Co Inc.
1100 West 7th Street
Auburn, IN  46706


S D Myers
180 South Avenue
Tallmadge, OH  44278

Safety - Kleen System, Inc.
5400 Legacy Drive
Cluster II, Bldg. 3
Plano, TX   75024


Schenkel & Sons Inc
1120 St Mary's Avenue
Ft Wayne, IN   46808


Schust Engineering Inc.
701 North Street
Auburn, IN   46706


Scioto Valley Packaging, LLC
5151 Reed Road NE, Suite 210A
Columbus, OH   43220


Scott Huff
155 Southland Drive
Waterloo, IN   46793


Scott Industrial Systems Inc.
521 N Airport Office Park
Ft Wayne, IN   46825


Scott Stellhorn
6711 Winnebago Drive
Fort Wayne, IN   46815


Security Locknut Inc
9650 West Foster Avenue
Chicago, IL   60656


Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH   43612

SES LLC Technical Group  
PO Box 8413  
Fort Wayne, IN  46898

Shambaugh & Sons Inc  
PO Box 1287  
Ft Wayne, IN  46801

Shells Inc.  
502 Old U.S. Hwy 30 East  
Bourbon, IN  46504

Sherry Laboratories  
2203 South Madison  
Muncie, IN  47307

Signature Embroidery, Inc.  
7720 E 300 N  
Mongo, IN  46771

Simplicity Engineering Inc.  
212 S. Oak  
Durand, MI  48429-0257

Spectro Analytical Instruments, Inc.  
160 Authority Drive  
Fitchburg, MA  01420

Spectrum Engineering Corp  
5524 North County Line Road  
Auburn, IN  46706-9302

Spraying Systems Company  
c/o Harriman Ave  
P.O. Box 348  
Auburn, IN  46706

Sprinkling Can
233 South Main Street
Auburn, IN  46706


Staclean Diffuser Company
PO Box 1147
Salisbury, NC  28144


Staffing Partners, Inc.
2829 Cleveland Road
Wooster, OH  44691


STAG Iron And Metal Corp
7820 West 60th Place
Summit, IL  60501


State Of Michigan
Workers' & Unemployment Compensation Tax
3024 W. Grand Blvd. Suite 11-500
Detroit, MI  48202


States Engineering Corp
10216 Airport Drive
Fort Wayne, IN  46819


Stericycle Inc
1301 E Alexis Road
Toledo, OH  43612


Steve McCreery
2258 East Northport Road
Rome City, IN  46784


Struers Inc
24766 Detroit Road
WestLake, OH  44145

Sturgis Iron & Metal
70675 Centerville Road
Sturgis, MI  49091-0579


Superior Business Solution
PO Box 8040
Ft Wayne, IN  46898-8040


System Clean Inc.
50602 North Michigan Road
South Bend, IN  46637-1532


T & L Sharpening Inc
2663 S Freeman Road
Monticello, IN  47960


T & M Equipment Co Inc
2880 East 83rd Place
Merrillville, IN  46410


T.T.G. Pattern
5443 Keystone Drive
Fort Wayne, IN  46825


Taylor Rental Auburn
2224 State Road 8 West
Auburn, IN  46706


Tec-Hackett, Inc.
P.O. Box 8830
Fort Wayne, IN  46898-8830


Telemotive Industrial Controls
175 Wall Street
Glendale Heights, IL  60139-1985

The New Keibler Thompson Co.
Route 66 RR #27, Box 264A
Export, PA  15632

Thomas E. Keller Trucking Inc.
1160 Carpenter Road
Defiance, OH  43512

Three Star Electric
5640b Twin Branch Drive
P.O. Box 1088
Mishawaka, IN  46546

Time Industrial Inc
6422 Lima Road
Fort Wayne, IN  46818

Timothy S. Borden
P.O. Box 770570
Steamboat Springs, CO  80477

Tooling & Equipment International
12550 Tech Center Drive
Livonia, MI  48150-2193

TPC Wire & Cable
7061 East Pleasant Valley Road
Independence, OH  44131

Trane Company
Rohan Trane Service Agency, Inc.
6602 Innovation Blvd.
Fort Wayne, IN  46818-1389

Tri State Compressed Air Systems, Inc.
1608 Eishenhower Drive South
Goshen, IN  46526-5360


Tri-State Instrument Service
3024 Wayne Trace
P.O. Box 6068
Fort Wayne, IN  46896


Trojan Heat Treat
809 S. Byron St
Homer, MI  49245


UNIMIN Corporation
809 Myers Road
Archbold, OH  43502


United Parcel Service
P.O. Box 505820
The Lakes, NV  88905-5820


Universal Am-Can Ltd
PO Box 80
Warren, MI  48090


US Cargo Management Inc.
Philadelphia International Airport
P.O. Box 277
Essington, PA  19029


US Inspection Services
705 Albany Street
Dayton, OH  45408

US Pattern Company Inc  
PO Box 220  
Richmond, MI  48062

USF Holland, Inc.  
750 East 40th Street  
Holland, MI  49423

Van Dyne Crotty, Inc.  
3115 Independence Drive  
Fort Wayne, IN  46808

Vericore  
1200 West Causeway Approach  
Mandeville, LA  70471

Vesuvius USA Corp.  
661 Willet Road  
Buffalo, NY  14218

Vibes Technologies Inc.  
7125 Northland Terrace North, Suite 400  
Brooklyn Park, MN  55428

Vomac Truck Sales & Service  
5810 Moeller Road  
Fort Wayne, IN  46806

VWR International, Inc.  
PO Box 66929, O'Hare AMF  
Chicago, IL  60666

Walman Optical Co  
PO Box 9440  
Minneapolis, MN  55440

Warsaw Engineering & Fabricating
2780 E. Durbin Street
Warsaw, IN  46581-1043


Water Sciences
PO Box 15489
Ft Wayne, IN  46885


Wayne Fasteners Inc
2725 Independence Drive
Ft Wayne, IN  46808


Wayne Pipe & Supply Inc
1815 South Anthony Blvd
Ft Wayne, IN  46803


Welder Services Inc
1725 Edsall Avenue
Ft Wayne, IN  46896


Westport Hardness & Gaging
510 Montauk Hwy
West Islip, NY  11795


Weyerhaeuser Co.
2626 CR 71
Butler, IN  46721


Wheelabrator Abrasives Inc
1 Abrasive Ave
Bedford, VA  24523


Wheelabrator Air Pollution
441 Smithfield
Pittsburgh, PA  15222

Wheelabrator Canada Inc.
401 Wheelabrator Way
Milton, Ontario,    L9T487

Wiese Planning & Eng., Inc.
2725 Independence Drive
Fort Wayne, IN  46808

William C Weber & Assoc In
Constitution Hill Office Park
6201 Constitution Drive
Ft Wayne, IN  46804

William E. Fink
P.O. Box 826
Auburn, IN  46706

Wise International Ideal Lease
2807 Goshen Road
Fort Wayne, IN  46808

XRI Testing
8327 Reliable Parkway
Chicago, IL  60686-0083

XRI Testing - Troy
MobileX, LLC
1961 Thunderbird
Troy, MI  48084

Yaskawa Electric
1067 Johnson Drive
Buffalo Grove, IL  60089