UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc | |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| Debtor(s) | | | |

ORDER AND NOTICE TO ADDITIONAL CREDITORS

An ORDER FOR RELIEF under Chapter 11 of the Bankruptcy Code having been entered on a petition filed by the above-captioned debtor(s) on February 8, 2004, schedules listing additional creditors having been filed on March 13, 2004, it is

ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The §341 meeting of creditors was set for March 19, 2004, in Room 1194, Federal Building.

2. Counsel for debtor shall forthwith serve a copy of this order on each additional creditor and make due proof of service thereof within fourteen (14) days of this date.

YOU ARE FURTHER NOTIFIED THAT:

As a result of the filing of the petition, certain acts and proceedings against the debtor(s) and his property are stayed as proved in 11 U.S.C. §362(a).

The debtor has filed a list of creditors and equity security holders pursuant to Rule 1007. Any creditor holding a listed claim which is not listed as disputed, contingent, or unliquidated as to the amount may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to the amount and who

desire to participate in the case or share in any distribution must file their proofs of claim. Any creditor who desires to rely on the list has the responsibility for determining that he is accurately listed. CLAIMS MUST BE FILED IN TRIPLICATE ON OFFICIAL FORM NO. 10 with the Clerk, United States Bankruptcy Court, Room 1188, Federal Building, 1300 South Harrison, Fort Wayne, IN 46802. The last day for filing claims for creditors other than governmental units is: **June 17, 2004**; for governmental units: **August 6, 2004**.

      Dated at Fort Wayne, Indiana, on June 10, 2004.

                                        Robert E. Grant
                                        Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Jun 10, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Jun 12, 2004.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2004**            **Signature:**     *Joseph Speetjens*