FILED

2004 JUN 17 AM 11:30

CHRISTOPHER M DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427-reg |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The Pension Benefit Guaranty Corporation ("PBGC"), certifies that on June 16, 2004, it served via U.S. Mail the attached six Proofs of Claim in the above-captioned case on:

Mark Werling, Esq.
Debtor's Counsel
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

*Brad Rogers*
Brad Rogers
Attorney
Pension Benefit Guaranty Corporation