IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### ITEMIZED STATEMENT

Baker & Daniels  ("B&D"), hereby files its Itemized Statement of attorneys' fees and expenses incurred by B&D in acting as counsel for Auburn Foundry, Inc., during the period beginning May 1, 2004, and ending May 31, 2004 attached hereto as Exhibit "A."

Contemporaneously herewith, B&D has served by mail a copy of the Itemized Statement upon counsel of record in this case and the United States Trustee.

Pursuant to the order of April 22, 2004 approving provisional monthly payment of fees and expenses, Debtor will, with respect to the period ending May 31, 2004 pay eighty percent (80%) of the attorneys' fees in the amount of $90,000.50 (80% being $72,000.40) and one hundred percent (100%) of the monthly expenses in the amount of $2,594.65 incurred by B&D as reflected in the Itemized Statement, except as to such amounts as may have been specifically objected to within ten (10) days of the service of the Itemized Statement.

B&D will incorporate its Statements into interim fee applications that shall be filed every 120 days with the court for review, hearing, and approval in accordance with § 331 of the Bankruptcy Code.

BAKER & DANIELS

By: /s/ John R Burns
     John R Burns (#3016-02)
     Mark A. Werling (#20426-02)
     111 East Wayne Street, Suite 800
     Fort Wayne, Indiana 46802
     john.burns@bakerd.com
     mark.werling@baker.com
     Telephone:  (260) 424-8000
     Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Itemized Statement was served by electronic mail or by first-class United States mail, postage prepaid, this 22nd day of June, 2004, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN  46516

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

Brad Rogers
1200 K Street, N.W.
Washington, DC  20005-4026

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN  46706

/s/ John R Burns