|  | AUBURN FOUNDRY | | |
|---|---|---|---|
|  | Charge Allocation - May 2004 | | |
|  |  |  |  |
| Task # | Category | # of Hours | Total |
| 1 | General Administration | 45.40 | $8,783.00 |
| 2 | Financing, Cash Use, and DIP | 60.80 | $19,781.50 |
| 3 | Labor and Employment | 42.20 | $9,738.50 |
| 4 | Environmental | 60.20 | $11,722.50 |
| 5 | Plan and Disclosure Statement | 124.20 | $36,677.50 |
| 6 | Customer and Vendor Issues | 13.90 | $3,297.50 |
|  |  |  |  |
|  | TOTAL HOURS | 346.70 |  |
|  | TOTAL FEES |  | $90,000.50 |
|  |  |  |  |
|  | Payable per Order  (80%) |  | $72,000.40 |
|  | Disbursements (100%) |  | $2,594.65 |
|  |  |  |  |
|  | **TOTAL NOW PAYABLE** |  | **$74,595.05** |

| AUBURN FOUNDRY | | | | |
|---|---|---|---|---|
| Counsel List | | | | |
| | | | | |
| **NAME** | **TITLE** | **HOURLY RATE** | **NUMBER HOURS** | **TOTAL** |
| | | | | |
| Bennett, D. P. | Partner | $375.00 | 6.9 | $2,587.50 |
| Burns, J. R. | Partner | $355.00 | 85.4 | $30,317.00 |
| Claffey, S. A. | Partner | $390.00 | 38.1 | $14,859.00 |
| Powers, D. D. | Partner | $270.00 | 5.7 | $1,539.00 |
| Purcell, J. W. | Partner | $390.00 | 2.9 | $1,131.00 |
| | | | | |
| McGrath, M. F. | Of Counsel | $305.00 | 7.5 | $2,287.50 |
| | | | | |
| Burns, M. S. | Associate | $180.00 | 6 | $1,080.00 |
| Fetrow, A. L. | Associate | $140.00 | 0.5 | $70.00 |
| Gery, J. V. | Associate | $230.00 | 15 | $3,450.00 |
| Lemert, M. M. | Associate | $220.00 | 21.9 | $4,818.00 |
| O'Donnell, L. C. | Associate | $230.00 | 6.5 | $1,495.00 |
| Taylor, D. W. | Associate | $140.00 | 32 | $4,480.00 |
| Werling, M. A. | Associate | $220.00 | 82.2 | $18,084.00 |
| | | | | |
| Harber, J. E. | Paralegal | $145.00 | 0.3 | $43.50 |
| McMeen, D. S. | Paralegal | $105.00 | 35.8 | $3,759.00 |
| | | | | |
| | | | 346.7 | $90,000.50 |

## AUBURN FOUNDRY
### Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | TOTAL HOURS | TOTAL $'s |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | | |
| Bennett, D. P. | Partner | $375.00 | | | | | 6.9 | | 6.9 | $2,587.50 |
| Burns, J. R. | Partner | $355.00 | 7.5 | 24.3 | 3.3 | 0.9 | 44.5 | 4.9 | 85.4 | $30,317.00 |
| Claffey, S. A. | Partner | $390.00 | 1.4 | 21.9 | 0.2 | 1.1 | 13.2 | 0.3 | 38.1 | $14,859.00 |
| Powers, D. D. | Partner | $270.00 | 0.6 | 0.0 | 3.8 | 0.0 | 1.1 | 0.2 | 5.7 | $1,539.00 |
| Purcell, J. W. | Partner | $390.00 | 2.9 | | | | | | 2.9 | $1,131.00 |
| | | | | | | | | | | |
| McGrath, M. F. | Of Counsel | $305.00 | | | | 7.5 | | | 7.5 | $2,287.50 |
| | | | | | | | | | | |
| Burns, M. S. | Associate | $180.00 | | | 6.0 | | | | 6.0 | $1,080.00 |
| Fetrow, A. L. | Associate | $140.00 | | | 0.5 | | | | 0.5 | $70.00 |
| Gery, J. V. | Associate | $230.00 | | 0.0 | 0.0 | 15.0 | 0.0 | 0.0 | 15.0 | $3,450.00 |
| Lemert, M. M. | Associate | $220.00 | | | 21.9 | | | | 21.9 | $4,818.00 |
| O'Donnell, L. C. | Associate | $230.00 | | | 6.5 | | | | 6.5 | $1,495.00 |
| Taylor, D. W. | Associate | $140.00 | | | | 32.0 | | | 32.0 | $4,480.00 |
| Werling, M. A. | Associate | $220.00 | 7.1 | 9.4 | 0.0 | 3.2 | 58.2 | 4.3 | 82.2 | $18,084.00 |
| | | | | | | | | | | |
| Harber, J. E. | Paralegal | $145.00 | | | | | 0.3 | | 0.3 | $43.50 |
| McMeen, D. S. | Paralegal | $105.00 | 25.9 | 5.2 | 0.0 | 0.5 | 0.0 | 4.2 | 35.8 | $3,759.00 |
| | | | | | | | | | | |
| | | | 45.4 | 60.8 | 42.2 | 60.2 | 124.2 | 13.9 | 346.7 | $90,000.50 |