## BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

May 26, 2004
Invoice Number 1172503

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 26, 2004 and not reflected on a prior bill:

0004426   Chapter 11

Total Services...........................$         29,580.50
Total Disbursements.................$            6.80

Total This Matter.................................................$         29,587.30

Total This Invoice..........................................................................$         29,587.30

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of May 26, 2004
Invoice Number 1172503

0080031   Auburn Foundry, Inc.
0004426       Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/01/04 | Review and work on Disclosure Statement and Plan | JRB | .60 | 213.00 |
| 05/03/04 | Telephone conference with Michael Starshak, Mark Thompson, Richard Reuben and Lee Strembler, all of Alvarez & Marcel, regarding refinancing and exit financing needs of Auburn Foundry and proposed new AFI (.4); telephone conference with Tim Borden regarding engagement of Alvarez & Marcel and financing requirements to be satisfied to implement proposed plan of reorganization (.2); telephone conference with Dennis Maude regarding new AFI balance sheet (proforma) and various modifications to be made to it to be consistent with draft reorganization plan (.4); e-mails to John Burns regarding Collective Bargaining Agreement issues (.2); conferences and e-mails with Dennis Maude regarding proposed reorganization plan issues (.3); e-mails to Madonna McGrath regarding transfer of air quality and other environmental permits and authorizations and work to be completed in advance of transfer of assets to new AFI to obtain transfer of environmental permits concurrent with sale (.3) | SAC | 1.80 | 702.00 |
| 05/03/04 | Filing Attorney Fee Disclosure (.3); update claims register (.3); check UCC filings regarding leased equipment (.5); research regarding priority claim, beginning to draft memo regarding same (2.3).; check of Pacer regarding recent filings (.3) | DSM | 3.70 | 388.50 |
| 05/03/04 | Work on GM Agreement issues and consideration of how best to obtain court approval without additional hearing | JRB | .40 | 142.00 |
| 05/03/04 | Telephone call with D. Maude regarding equipment lease rejection (.2); multiple exchange of email correspondence with H. Efroymson regarding rejection of lease for X-ray | JRB | .90 | 319.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | equipment (.4); review lease documents (.3) | | | |
| 05/03/04 | Review and consideration of proposed Disclosure Statement financial statements | JRB | .40 | 142.00 |
| 05/03/04 | Work on Disclosure Statement and Plan | JRB | .90 | 319.50 |
| 05/03/04 | Telephone call with M. Powers of Vericore regarding status of case | JRB | .20 | 71.00 |
| 05/03/04 | Review lease issues, UCC filings and consideration of rejection issues | JRB | .60 | 213.00 |
| 05/03/04 | Review temporary agency alleged priority claim and considered objection to same | JRB | .30 | 106.50 |
| 05/03/04 | Continue work on Disclosure Statement and Plan | JRB | .50 | 177.50 |
| 05/03/04 | Work on employment issues and CBA issues in consideration of potential Section 1113 action | JRB | .70 | 248.50 |
| 05/03/04 | Legal research and analysis of environmental issues | JVG | 6.80 | 1,564.00 |
| 05/03/04 | Prepare revised stipulation re GM agreements, office conference re same, telephone conference with bank counsel, court clerk re same, e-mail bank counsel re same (1.5); office conferences re plan revisions, development, continue work on same (1.0); review lease-related email and begin consideration of same (.5) | MAW | 3.00 | 660.00 |
| 05/04/04 | Conference with John Burns, Mark Werling, Jerald Ancel, James Strain and Dennis Maude regarding plan issues, Alvarez & Marcel engagement, and Creditor Committee issues (1.1); telephone conference with Jerald Ancel regarding decision of AFI Funding Group to fund additional equity called for under proposed plan of reorganization (.2); review new projections for post-reorganization performance (.3) | SAC | 1.60 | 624.00 |
| 05/04/04 | Work on pension and PBGC issues | JRB | .40 | 142.00 |
| 05/04/04 | Consideration of environmental issues and Plan provisions for same | JRB | .40 | 142.00 |
| 05/04/04 | Review updated Plan financial projections prepared by D. Maude | JRB | .40 | 142.00 |
| 05/04/04 | Prepare for and participate in extended conference call with J. Ancel and S. Claffey regarding Plan provisions and financial information relating to same | JRB | 1.30 | 461.50 |
| 05/04/04 | Work on PBGC issues, including legal research regarding same | JRB | .50 | 177.50 |
| 05/04/04 | Email concerning and consideration of issues regarding transition to Fleet and impact on bank relationship | JRB | .40 | 142.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/04/04 | Work on Plan, including analysis of financial projections for same | JRB | 1.50 | 532.50 |
| 05/04/04 | Telephone call with J. Ancel regarding Plan and finance issues (.3); consideration of financial issues regarding exit strategy (.3) | JRB | .60 | 213.00 |
| 05/04/04 | Finish draft of Memorandum regarding priority claim of temporary staffing provider | DSM | 1.90 | 199.50 |
| 05/04/04 | Legal research and analysis of environmental issues | JVG | 5.40 | 1,242.00 |
| 05/04/04 | Participate in conference call re plan issues (1.2); continue work on plan drafting as follow-up to same (3.6); telephone conference with case administrator re fee payment status (.1); review related case e-mail from bank counsel (.1); continue examination of plan-related issues, including pension underfunding payments, status of environmental claims (1.7) | MAW | 6.70 | 1,474.00 |
| 05/05/04 | Work on Plan and Disclosure Statement issues | JRB | .60 | 213.00 |
| 05/05/04 | Worked on memorandum re environmental issues in bankruptcy | JVG | 2.50 | 575.00 |
| 05/05/04 | Review claims register/docket report for new claim filings | DSM | .10 | 10.50 |
| 05/05/04 | Multiple correspondence regarding GM Agreement issues and entry of order regarding same | JRB | .50 | 177.50 |
| 05/05/04 | Telephone conference with D. Maude, T. Woehlke re plan; incorporate changes re same into draft document (1.0); interoffice e-mail re same (.2); review case status related e-mail from D. Maude (.2) | MAW | 1.40 | 308.00 |
| 05/05/04 | Review correspondence from Bank One regarding possible interest and reply to same | JRB | .30 | 106.50 |
| 05/06/04 | Office conference J. Rose re outstanding pension issues (.4); conduct research re same (.7); office conference M. Werling re status of plan of reorganization and pension issues therein (.2); telephone conference D. Maude re same (.3); telephone conference J. Purcell re same (.2) | DDP | 1.80 | 486.00 |
| 05/06/04 | Review draft #5 of proposed plan of reorganization (.3); confer with Dennis Maude regarding EBITDA calculations and comparison of EBITDA calculations under revised plan to initialize EBITDA calculations under initial plan prepared in February (.4); participate in conference with AFI Lending Group respecting its commitment to provide $2,000,000 of new equity to New AFI (1.0); participate in Board Meeting (1.0); work on plan revisions and modifications (1.5); confer with Madonna McGraff respecting IDEM demands related to | SAC | 4.40 | 1,716.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | landfill (.2) | | | |
| 05/06/04 | Prepare for and participate in Board call regarding Plan and emergence issues | JRB | 1.50 | 532.50 |
| 05/06/04 | Work on Plan revisions and additions | JRB | .70 | 248.50 |
| 05/06/04 | Office conference with S. Claffey, J. Burns re additional revisions to plan (1.0); begin work drafting same (2.0) | MAW | 3.00 | 660.00 |
| 05/06/04 | Receipt and review of list of negotiating items; e-mail to client regarding same | MML | .20 | 44.00 |
| 05/07/04 | Telephone calls to Dennis Maude regarding "excess cash flow" concept to be included in payment provisions for unsecured creditors and reorganization plan (.2); e-mails from Tom Woehlke regarding GM problems and negotiations (.1); listen to David Heller voicemail regarding FLEET philosophical changes and personnel changes (.1); conference with Dennis Maude respecting excess cash flow calculation, plan nuances and revisions and preparation of new projections to reflect changes in plan (1.0); work on revisions to reorganization plan (.4) | SAC | 1.80 | 702.00 |
| 05/07/04 | Extensively revise plan to incorporate new term sheet provisions, additional plan provisions and research issues pertinent to same (5.5); office conference with D. Powers re pension plan freeze and treatment of underfunded plan liabilities (.3); continue examination of environmental research memorandum, issues raised by same (.3); review GM motions, telephone conference with case administrator re same; follow-up telephone conferences with D. Maude, interoffice office conference re same; e-mail to and from GM counsel re same (.4); review status e-mail from D. Maude (.2) | MAW | 6.70 | 1,474.00 |
| 05/07/04 | Review correspondence from T. Sherick regarding GM and other issues and respond to same | JRB | .30 | 106.50 |
| 05/07/04 | Review correspondence from D. Maude regarding bank meeting and respond to same | JRB | .20 | 71.00 |
| 05/07/04 | Work on Plan | JRB | .40 | 142.00 |
| 05/07/04 | Conduct research re pension issues in plan of reorganization (1.7); office conference M. Werling re same (.3) | DDP | 2.00 | 540.00 |
| 05/08/04 | Work on Plan (.7); consideration of AF Europe contract issues (.4) | JRB | 1.10 | 390.50 |
| 05/08/04 | Continue work on updated disclosure statement | MAW | 1.50 | 330.00 |
| 05/09/04 | Continue to review and revise plan and disclosure statement, incorporating new term sheet provisions into same | MAW | 3.00 | 660.00 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/09/04 | Review and consideration of revised financials on Plan concepts | JRB | .50 | 177.50 |
| 05/09/04 | Work on Plan terms | JRB | .70 | 248.50 |
| 05/10/04 | Further work on development of revised terms for plan of reorganization and fitting of terms to projected EBITDA performance (.7); e-mails with Dennis Maude (.2); telephone call from Tim Borden regarding Boris Anderson engagement terms and qualifications (.2) | SAC | 1.10 | 429.00 |
| 05/10/04 | Review revised emergence financials | JRB | .40 | 142.00 |
| 05/10/04 | Work on Disclosure Statement and Plan issues | JRB | .70 | 248.50 |
| 05/10/04 | Telephone call with D. Maude regarding union contract issues (.3); consideration of issues raised (.3) | JRB | .60 | 213.00 |
| 05/10/04 | Work on Plan and Disclosure provisions | JRB | .60 | 213.00 |
| 05/10/04 | Conference with D. Powers re summary of legal research re environmental issues | JVG | .30 | 69.00 |
| 05/10/04 | Office conference re pension issues in plan of reorganization | DDP | .40 | 108.00 |
| 05/10/04 | Extensively work on plan, disclosure statement (6.0); telephone conference, e-mail with J. Athanus re same (.1); review final orders from C. Reckler and comment on same (.2) | MAW | 6.30 | 1,386.00 |
| 05/10/04 | Multiple exchange of correspondence with H. Efroymson regarding Plan and hearing issues | JRB | .30 | 106.50 |
| 05/10/04 | Work on Plan and Disclosure Statement revisions | JRB | 1.50 | 532.50 |
| 05/11/04 | Work on Plan | JRB | 4.30 | 1,526.50 |
| 05/11/04 | Telephone conferences, e-mail D. Maude re case status issues (.2); telephone conference with case administrator re financing motion (.1); work on final junior DIP order and e-mail counsel re same (.4); additional e-mail re plan related issues (.2); make additional plan and disclosure statement edits and revisions (1.6); review recently filed claims and correspondence (.2); prepare for final hearings on cash use, DIP (.5); telephone conference with Ernst & Young counsel re retention issues (.2); work on integration of employee benefit proposal into plan (.5); extensive office conference with J. Burns re plan development issues (1.5) | MAW | 5.40 | 1,188.00 |
| 05/11/04 | Work on Plan and Disclosure Statement | JRB | 1.30 | 461.50 |
| 05/11/04 | Consideration of potential stay violation by GM in charging professional fees on rejected contract and merits of bringing claim for damages | JRB | .90 | 319.50 |
| 05/11/04 | Telephone call with D. Maude regarding financial issues (.3); | JRB | .60 | 213.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | telephone call with J. Ancel regarding meeting with bank regarding Plan (.3) | | | |
| 05/11/04 | Update proof of claim listing (.2); prepare hearing notebooks (1.2) | DSM | 1.40 | 147.00 |
| 05/11/04 | Comprehensive review of most current draft of plan of reorganization, prepare numerous revisions and modifications and communicate same to John Burns (3.4); telephone call from Tim Borden respecting engagement of Morris-Anderson and clarify with Tim Borden all of the needs of Auburn Foundry and New AFI related to exit financing and potential mezzanine financing (.5); e-mails with Auburn Foundry officers respecting reorganization issues (.2) | SAC | 4.10 | 1,599.00 |

Total Services............................................................................ Hours    107.30    29,580.50

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/03/04 | Telecopy | 3.80 |
| Total For | Telecopy | 3.80 |
| | | |
| 05/03/04 | Tabs | 3.00 |
| Total For | Tabs | 3.00 |

Total Disbursements.............................................................................$    6.80

Total Services And Disbursements.......................................................$    29,587.30

# BAKER & DANIELS
## 111 EAST WAYNE STREET, SUITE 800
## FORT WAYNE, INDIANA 46802
## (260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #        0080031
Invoice #       1172503
Invoice Date    05/26/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004426 | 29,580.50 | 6.80 | 29,587.30 |
| Total Invoice | 29,580.50 | 6.80 | 29,587.30 |

SERVICE COPY

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

June 18, 2004
Invoice Number 1176534

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
May 31, 2004 and not reflected on a prior bill:

0004426   Chapter 11

Total Services.............................$      50,713.50
Total Disbursements..................$       2,444.63

Total This Matter....................................$      53,158.13

Total This Invoice...........................................................$       53,158.13

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

### BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  May 31, 2004
Invoice Number  1176534

0080031    Auburn Foundry, Inc.
  0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 05/04/04 | Conference with J. Burns regarding PBGC claims and strategies in Chapter 11 case | JWP | .50 | 195.00 |
| 05/06/04 | Conference with D.D. Powers; research Internal Revenue Service authorities regarding delinquent funding issues in bankruptcy proceeding; prepare summary for D.D. Powers | JWP | 2.40 | 936.00 |
| 05/12/04 | Telephone call from J. Ancel respecting commitment of AFI Lending Group to inject new equity and respecting formation of new proposed LLC's (.4); conference with John Burns regarding additional changes to proposed plan and respecting rescheduled meeting with senior lenders in Chicago, respecting refinancing issues and respecting new equity commitment of AFI Lending Group (.4) | SAC | .80 | 312.00 |
| 05/12/04 | Prepare for status conferences on pending motions | JRB | .90 | 319.50 |
| 05/12/04 | Prepare for and represent debtor at status conference on pending motions and follow-up conferences with Bank counsel after conference | JRB | 1.20 | 426.00 |
| 05/12/04 | Correspondence from D. Maude regarding union issues and consideration of issues raised | JRB | .40 | 142.00 |
| 05/12/04 | Consideration of strategy regarding exit financing and potential Plan provisions | JRB | 1.00 | 355.00 |
| 05/12/04 | Prepare for meeting with Senior Lenders and counsel | JRB | .80 | 284.00 |
| 05/12/04 | Prepare hearing notebooks (4.0); determine source of loan assignment among Fink family members (.8) | DSM | 4.80 | 504.00 |
| 05/12/04 | Exchange correspondence regarding meeting with lenders to discuss Plan proposals and options | JRB | .40 | 142.00 |
| 05/12/04 | Revise and finalize plan for circulation with bank and creditor counsel (6.0); prepare for and attend final hearings on cash use, DIP orders (.5) | MAW | 6.50 | 1,430.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/13/04 | Review and respond to general e-mails from D. Maude and T. Woehlke (.2); telephone call to D. Bennett to assure that he is preparing a tax impact memorandum respecting proposed sale to New AFI and provide D. Bennett with relevant statement of facts under currently conceived plan of reorganization for his preparation of this memo (.4); confer with D. Maude regarding calculation of excess cash flows and review Excel layout of excess cash flow calculation and work on calculation of the percentage of excess cash flow which should be dedicated to payment to unsecured creditors (.5); communicate changes in plan respecting allocation of excess cash flows to J. Burns for installation in draft plan (.3) | SAC | 1.40 | 546.00 |
| 05/13/04 | Work on Plan provisions and strategy regarding same | JRB | 2.10 | 745.50 |
| 05/13/04 | Work on Plan | JRB | 1.00 | 355.00 |
| 05/13/04 | Work on Plan revisions | JRB | 1.50 | 532.50 |
| 05/13/04 | Analysis of additional tax issues and strategy re same | DPB | 1.50 | 562.50 |
| 05/13/04 | Update claims register; coordinate paper file of documents for future hearings | DSM | .80 | N/C |
| 05/13/04 | Prepare amortization schedules to determine monthly payment amounts based on $1,000,000 at 6.5% interest amortized over 10 years versus 20 years | JEH | .30 | 43.50 |
| 05/13/04 | Extensively work on plan drafting, incorporation of revised plan terms into disclosure statement (7.5); telephone conference with J. Rose of Mellon, J. Cramer of Accordia re status issues (.2) | MAW | 7.70 | 1,694.00 |
| 05/13/04 | Work on Plan issues and strategy | JRB | .60 | 213.00 |
| 05/14/04 | Telephone call from Paul Count of National City Bank respecting its proposed meetings with Auburn Foundry to consider new financing of Auburn Foundry (.3); conference with Don Bennett regarding tax issues related to reorganization plan (.3) | SAC | .60 | 234.00 |
| 05/14/04 | Prepare for and participate in telephonic Board Meeting | JRB | 1.20 | 426.00 |
| 05/14/04 | Work on Disclosure Statement (.5); review correspondence from Bank's counsel regarding same response (.3); work on Disclosure Statement provisions (.4) | JRB | 1.20 | 426.00 |
| 05/14/04 | Work on environmental issues to be dealt with in Plan | JRB | .40 | 142.00 |
| 05/14/04 | Prepare spreadsheet regarding possible assignment of debt | DSM | 1.00 | 105.00 |
| 05/14/04 | Work on tax issues | DPB | 1.00 | 375.00 |
| 05/14/04 | Work on Plan issues and consideration of correspondence | JRB | 1.50 | 532.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | from D. Maude regarding same (.5); telephone call with D. Maude regarding Plan issues and strategy (.4); consideration of environmental issues regarding placement of real estate in Plan entities (.6) | | | |
| 05/14/04 | Analysis of revised financial information from D. Maude (.7); correspondence to Bank counsel regarding same (.2); work on Plan issues (.7) | JRB | 1.60 | 568.00 |
| 05/14/04 | Continue work on revised and finalized circulation draft of plan (2.0) begin work on conforming revised plan to the disclosure statement (1.5); e-mail among J. Burns, D. Maude re same (.3); telephone conference with C. Reckler re status of case (.1); e-mail D. Maude re insurance financing agreement (.1); telephone conferences, interoffice e-mail re wetland issues, impact of same on plan (.4) | MAW | 4.40 | 968.00 |
| 05/14/04 | Review revised financial information | JRB | .40 | 142.00 |
| 05/15/04 | Work on revised Disclosure Statement | JRB | .40 | 142.00 |
| 05/15/04 | Continue to revise disclosure statement to concur with circulation draft of plan; e-mail same to J. Burns | MAW | 1.50 | 330.00 |
| 05/16/04 | Continue work on revised Disclosure Statement (.4); prepare for meeting with Senior Lenders (.5) | JRB | .90 | 319.50 |
| 05/17/04 | Telephone conference with D. Kruse regarding quiet title issues; prepare and file Notice of Bankruptcy | DDP | .40 | 108.00 |
| 05/17/04 | Travel to Chicago and participate in day long meeting with Auburn Foundry officers, counsel for AFI Lending Group, LLC, David Heller, Latham & Watkins, counsel for senior lenders, and representatives of the senior lenders, and travel home, including conferences and negotiations with Jerald Ancel respecting terms of reorganization plan and conversion of existing and future financing by AFI Lending Group to equity and reorganized debtor (11.5) | SAC | 11.50 | 4,485.00 |
| 05/17/04 | Prepare for meeting with Senior Lenders and travel to Chicago at request of Senior Lenders' counsel to negotiate possible exit financing | JRB | 3.50 | 1,242.50 |
| 05/17/04 | Meet in Chicago with Senior Lenders and counsel regarding possible exit financing by Senior Lenders | JRB | 3.00 | 1,065.00 |
| 05/17/04 | Post-meeting conference with T. Woehlke, S. Claffey, D. Maude and J. Ancel regarding financing issues | JRB | 2.50 | 887.50 |
| 05/17/04 | Return travel to Fort Wayne and conference with T. Woehlke regarding financing and operational issues | JRB | 3.00 | 1,065.00 |
| 05/17/04 | Work on memo and related tax research | DPB | 3.00 | 1,125.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/17/04 | Review D. Maude comments re disclosure statement; incorporate same into revised draft (1.2); interoffice e-mail, e-mail bank counsel re same (.2) review docket and recent case entries (.2); assemble and e-mail Ernst & Young counsel information re retention (.2) | MAW | 1.80 | 396.00 |
| 05/17/04 | Consideration of environmental research needs | MAW | .20 | 44.00 |
| 05/18/04 | Conference with Don Bennett regarding tax issues related to reorganization plan and income recognition associated with various aspects of the plan (.2); evaluate possible plan alternatives, given position taken by senior lenders (.3); confer with Jerald Ancel regarding the possibility of a plant two only plan model and respecting other options available to Auburn Foundry, given position taken by senior lenders (.3); conference with Jerald Ancel and Howard Mullen regarding refinancing search and financing parameters (.4); conference with John Burns regarding revisions to proposed plan or reorganization to satisfy senior lender requirements (.4) | SAC | 1.60 | 624.00 |
| 05/18/04 | Review revised financial information and Plan model | JRB | .40 | 142.00 |
| 05/18/04 | Correspondence from T. Woehlke regarding Linamar pricing issues, review documents regarding same, and consideration of issues raised | JRB | .40 | 142.00 |
| 05/18/04 | Meet with B. Hall and other Bank One representatives regarding possible exit financing | JRB | 1.10 | 390.50 |
| 05/18/04 | Worked on tax issues | DPB | 1.00 | 375.00 |
| 05/18/04 | Work on Disclosure Statement and Plan issues | JRB | 1.20 | 426.00 |
| 05/18/04 | Telephone call with D. Maude regarding financing issues (.3); telephone call with J. Brown regarding Rosebrock domestic relations order and follow-up regarding issues raised (.6); prepare for and telephone call with R. Swanson regarding Union issues (.5) | JRB | 1.40 | 497.00 |
| 05/18/04 | Office conference re status of plan, disclosure statement developments (.1); review order on premium finance, check rules re same and follow-up e-mail J. Burns re same (1.2); analyze plan filing deadline, means of extending same, e-mail J. Burns conclusions re same (.8); prepare motions to extend exclusivity period (1.2); office conferences with paralegal re amended creditor matrix (.2) | MAW | 3.50 | 770.00 |
| 05/18/04 | Work on revised creditor matrix filing documents (2.0); review of Rules of Court regarding same (.3); telephone call to D. Ewing regarding Arch Wireless (.3); telephone call to D. Maude regarding Michigan Dept. of Unemployment (.2); | DSM | 3.80 | 399.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review of proforma (.7); update claims register (.3) | | | |
| 05/18/04 | Correspondence from H. Efroymson regarding payment of Creditors Committee counsel fees and confirm Court Order regarding same (.3); follow-up with company regarding payment and respond to H. Efroymson (.3) | JRB | .60 | 213.00 |
| 05/19/04 | Read e-mail from D. Maude; forward same to M. Werling; telephone call to D. Ewing regarding same (.2); update claims register (.1); copy claims of Kaltenbach for M. Werling; preparation of amended Schedule E and required pleadings (2) | DSM | 2.30 | 241.50 |
| 05/19/04 | Review new term sheet from Bank of America and confer with Dennis Maude regarding same (.8); participate in group conference with Jerald Ancel, Dennis Maude, Tom Woehlke and John Burns regarding terms proposed by senior lenders and modifications to those terms to make them acceptable to Auburn Foundry (1.3) | SAC | 2.10 | 819.00 |
| 05/19/04 | Work on Plan terms and finance issues (.5); exchange correspondence with H. Efroymson regarding Plan issues (.3); follow-up regarding Mellon retention issue and notice thereof (.4) | JRB | 1.20 | 426.00 |
| 05/19/04 | Several exchanges of correspondence with Senior Lenders' counsel regarding Plan filing issues | JRB | .70 | 248.50 |
| 05/19/04 | Work on fee application issues | JRB | .40 | 142.00 |
| 05/19/04 | Review GM and Linamar order issues and pricing, including T. Woehlke emails | JRB | .40 | 142.00 |
| 05/19/04 | Follow-up regarding environmental issues and claim status (.3); work on Premium finance issues | JRB | .60 | 213.00 |
| 05/19/04 | Review and consideration of Senior Lenders' proposal for exit financing (.4); conference call with Lenders and counsel regarding proposal for exit financing and follow-up conference with S. Claffey and J. Ancel re same (1.3) | JRB | 1.70 | 603.50 |
| 05/19/04 | Telephone conference with R. Hicks regarding tax issues | DPB | .40 | 150.00 |
| 05/19/04 | Telephone conference with D. Maude re lease issues (.2); telephone conference with Kaltenbach representative re same (.2); examine proofs of claim and PMSI issues re same (.3); telephone conference with case administrator re noticing of financing motion (.2); work on renewed motion pursuant to Rule 4001(d)(4) re same (2.0); telephone conference with D. Maude re same (.2); telephone conferences with lender counsel re same (.2) review case e-mail re exclusivity period (.1) | MAW | 3.40 | 748.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/19/04 | Receive assignment and discuss scope of research with M. Werling | DWT | .20 | 28.00 |
| 05/20/04 | Legal research re plan of reorganization's possible limits on IDEM and EPA abilities to recover landfill remediation costs from new corporation or from officers and directors of the former company; conference with J. Gery re legal research to avoid duplicity | DWT | 3.40 | 476.00 |
| 05/20/04 | Correspondence from H. Efroymson regarding Creditor Committee fee issues and follow-up with D. Maude regarding same | JRB | .30 | 106.50 |
| 05/20/04 | Conference call with T. Wochlke and M. Polack regarding customer account issues | JRB | .40 | 142.00 |
| 05/20/04 | Work on Plan Terms and correspondence with D. Maude and T. Wochlke regarding same | JRB | .50 | 177.50 |
| 05/20/04 | Revise senior lender term sheet and send out with e-mail letter to Auburn Foundry officers and Jerald Ancel (1.2) | SAC | 1.20 | 468.00 |
| 05/20/04 | Update claims register (.3); review of MORS for April '04 and copy same (.2); classify time entries on proforma (1) | DSM | 1.50 | 157.50 |
| 05/20/04 | Follow-up office conference with D. Taylor re environmental research needs (.1); finalize and file amended insurance motion; telephone conferences with Accordia, case administrator re same, e-mail to, from Committee counsel re same (.7) | MAW | .80 | 176.00 |
| 05/20/04 | Worked on pension issues | DDP | .50 | 135.00 |
| 05/20/04 | Work on Linamar pricing issue, including review of correspondence regarding same (.3); extended telephone call with T. Wochlke, M. Polack, D. Maude and J. Harmon regarding Linamar pricing issues and decide upon strategy re same (.5) | JRB | .80 | 284.00 |
| 05/20/04 | Review updated MOR and other company financial information | JRB | .30 | 106.50 |
| 05/21/04 | Work on Term Sheet revisions and consideration of exit financing issues | JRB | .50 | 177.50 |
| 05/21/04 | Prepare for and participate in Board Meeting teleconference | JRB | 1.20 | 426.00 |
| 05/21/04 | Review Dennis Maude changes to draft terms of refinancing and confer with Dennis Maude regarding those changes and prepare further revision to the proposed term sheet (.6) | SAC | .60 | 234.00 |
| 05/21/04 | Exchange correspondence among H. Efroymson and D. Maude regarding fees to Creditor Committee counsel | JRB | .40 | 142.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/21/04 | Legal research re whether EPA and IDEM post-petition claims be treated as unsecured creditors and handled according to the reorganization plan under bankruptcy law | DWT | 4.50 | 630.00 |
| 05/21/04 | Update claims register (.3); work on classifying proforma entries to meet Bankruptcy court requirements(5.7); file April MOR with court (.5) | DSM | 6.50 | 682.50 |
| 05/21/04 | Work on Plan issues | JRB | .50 | 177.50 |
| 05/21/04 | Examine status of committee fees and e-mail D. Maude re same (.3); review monthly operating report for April (.2); e-mail to, from D. Maude re premium finance status, examine order re same (.3) | MAW | .80 | 176.00 |
| 05/21/04 | Work on Plan and Disclosure Statement revisions | JRB | .60 | 213.00 |
| 05/21/04 | Follow-up regarding Premium Finance issues | JRB | .40 | 142.00 |
| 05/21/04 | Work on fee application issues | JRB | .50 | 177.50 |
| 05/21/04 | Review revised Term Sheet | JRB | .30 | 106.50 |
| 05/22/04 | Correspondence to D. Heller regarding revised Term Sheet (.1); receive, consider and reply to several emails from Senior Lender counsel regarding Plan filing date issues (.8) | JRB | .90 | 319.50 |
| 05/23/04 | Review case e-mail from J. Burns, Bank of America counsel re plan, status issues (.2); initial review of new plan term sheet (.2); assemble and e-mail Ernst & Young counsel re follow-up information for retention (.3) | MAW | .70 | 154.00 |
| 05/23/04 | Follow-up regarding E&Y retention for accounting services (.2); review, consider and respond to new email correspondence from Senior Lender's counsel regarding Plan filing date issues (.4); review Debtor financial information (.3); exchange correspondence regarding arbitration obligation (.2) | JRB | 1.10 | 390.50 |
| 05/24/04 | Receive and review Creditor Committee's Initial Plan comments | JRB | .30 | 106.50 |
| 05/24/04 | Review and respond to numerous e-mails from Dennis Maude, Tom Woehlke and Jerald Ancel (.5); review Joe Athanas e-mails claiming default by Auburn Foundry under terms of Dip financing and cash collateral use orders (.2); prepare e-mail to David Heller with respect to the Athanas default declaration (.3); prepare e-mail to Dennis Maude respecting new financial projections and qualifiers to include so as to avoid more optimistic projections being deemed an agreed new budget (.3); conferences with John Burns regarding my communications with David Heller respecting the Athanas | SAC | 1.60 | 624.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | default notice and respecting the importance of Auburn Foundry professionals not responding to the default claim (.3) | | | |
| 05/24/04 | Work on Plan filing requirements and exchange emails regarding same | JRB | .40 | 142.00 |
| 05/24/04 | Follow-up regarding lease rejection issues | JRB | .20 | 71.00 |
| 05/24/04 | Assist D. Taylor in researching EPA issues (.5); finalize analysis of proforma for April - mid May in accordance with Bankruptcy Court Interim Fee Order (3) | DSM | 3.50 | 367.50 |
| 05/24/04 | Complete legal research on status of IDEM and EPA claims in regards to plan of reorganization | DWT | 6.70 | 938.00 |
| 05/24/04 | Continue work on Term Sheet issues, including review proposed changes from Bank's counsel, make additional changes and respond to email | JRB | .60 | 213.00 |
| 05/24/04 | Work on Plan/Disclosure Statement issues and conform to modified Term Sheet proposal (.5); telephone call with D. Maude regarding possible exit financing opportunities (.3) | JRB | .80 | 284.00 |
| 05/24/04 | Review recently filed proofs of claim (.2); research lease rejection issue raised by D. Maude and e-mail results of same (1.7); office conferences re environmental research (.2); follow-up examination of findings on same (.6); prepare for hearing on amended motion for insurance financing agreement, review service rules re same; telephone conferences with D. Maude, committee counsel re same (1.0) | MAW | 3.70 | 814.00 |
| 05/24/04 | Continue exchange of correspondence with J. Athanas and D. Heller regarding Cash Use issues and consideration of response to issues raised | JRB | .60 | 213.00 |
| 05/24/04 | Follow-up regarding Premium Finance approval issues | JRB | .20 | 71.00 |
| 05/24/04 | Work on arbitration issues, including email exchange regarding same | JRB | .30 | 106.50 |
| 05/24/04 | Redraft and work on Waiver and Agreement, including follow-up regarding getting execution of same | JRB | .50 | 177.50 |
| 05/24/04 | Receive and review financial projections and bridge from D. Maude | JRB | .40 | 142.00 |
| 05/25/04 | Multiple exchange of correspondence with bank counsel regarding waiver and modification agreement (.3); edit agreement (.3) and follow-up regarding execution of same (.2); exchange correspondence with bank counsel regarding Plan and Disclosure Statement issues (.3) | JRB | 1.10 | 390.50 |
| 05/25/04 | E-mails from David Heller respecting Modification Agreement for filing date and attention to miscellaneous | SAC | .30 | 117.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
|  | coordination matters pertaining to revision of Plan of Reorganization (.3) |  |  |  |
| 05/25/04 | Correspondence from H. Efroymson regarding fee issues and follow-up regarding same | JRB | .30 | 106.50 |
| 05/25/04 | Prepare for and participate in hearing on premium finance motion, legal research in support of same, preparation of interim order re same (2.5); update J. Burns, D. Maude re results of same (.3); review and respond to e-mail re waiver and amendment agreement (.5); review plan, disclosure statement procedure in recent chapter 11 cases and e-mail J. Burns summary re same (1.2) | MAW | 4.50 | 990.00 |
| 05/25/04 | Draft memorandum on EPA/IDEM issues regarding plan for reorganization and successor liability | DWT | 8.30 | 1,162.00 |
| 05/25/04 | Prepare for hearing to consider debtor's request to approve its amended motion for approval of insurance finance agreement | JRB | .30 | 106.50 |
| 05/25/04 | Confirm motion procedure regarding Disclosure Statement approval and work on same | JRB | .60 | 213.00 |
| 05/26/04 | Revise April proforma analysis (3.0); updating claims register (.7) | DSM | 3.70 | 388.50 |
| 05/26/04 | Work on itemized fee statement; office conferences with paralegal re same (.6); review order re Premium Finance, telephone conference with D. Maude re same, office conferences re service of same (.3); review D. Taylor's environmental research findings and send follow-up questions re same (.6) | MAW | 1.50 | 330.00 |
| 05/26/04 | Review and consideration of environmental liability issues (.4); conference with John Burns regarding amendment of draft Plan of Reorganization and respecting status of negotiations with Latham & Watkins on filing date (.3) | SAC | .70 | 273.00 |
| 05/26/04 | Address follow-up issues based on the memorandum and its supporting research as requested by M. Werling | DWT | 1.30 | 182.00 |
| 05/26/04 | Work on General Motors' issues (.1); follow-up regarding Plan/Disclosure Statement issues (.2): review "bridge" projection by D. Maude (.2); follow-up regarding interim fee issues (.2) | JRB | .70 | 248.50 |
| 05/27/04 | Finalize itemized fee statement, follow-up office conference with paralegal re same (.4); continue work on new term sheet insertions into plan (1.5) | MAW | 1.90 | 418.00 |
| 05/27/04 | Complete revisions of April proforma (1.2); respond to e-mail from client and work on claims register (.2) | DSM | 1.40 | 147.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/27/04 | Conference with Jerald Ancel regarding environmental liability issues (.2); review and consider e-mails respecting GM setoff dispute (.2); conference with Dennis Maude regarding projection reconciliation to be prepared for Bank of America, including particularly language to be used respecting new plan profiling and analysis (.3) | SAC | .70 | 273.00 |
| 05/27/04 | Complete research on follow-up issues to EPA and IDEM issues associated with AFI's reorganization plan and draft response to M. Werling | DWT | 7.60 | 1,064.00 |
| 05/27/04 | Work on environmental issues for Plan | JRB | .20 | 71.00 |
| 05/27/04 | Telephone conference J. Aumann re status of March complaint and confirm ongoing applicability of bankruptcy automatic stay (.2); analyze correspondence from D. Kruse re Liddell quiet title issues and railroad right-of-way on client real estate (.2) | DDP | .40 | 108.00 |
| 05/28/04 | Update Claims Register | DSM | .20 | 21.00 |
| 05/28/04 | Conference with Jerald Ancel respecting open issues regarding Bank of America refinancing proposal (.2) | SAC | .20 | 78.00 |
| 05/28/04 | Analyze EEOC order re D. Franklin and draft email correspondence re same in light of automatic stay in bankruptcy | DDP | .20 | 54.00 |
| 05/29/04 | Follow-up regarding Plan issues and financial progress | JRB | .30 | 106.50 |
| 05/31/04 | Review recently filed proofs of claim (.1); review D. Taylor's supplemental environmental research findings, assess additional issues raised by same and e-mail response re same (1.2); review recent case pleadings, correspondence (.2); consider addition of successor liability provisions to plan (.4); addition of solicitation procedure provisions to plan, disclosure statement (.4) | MAW | 2.30 | 506.00 |
| 05/31/04 | Follow-up regarding Plan progress and financial performance | JRB | .30 | 106.50 |

Total Services.............................................................. Hours    198.00    50,713.50

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/17/04 | Travel/Lodging -  Travel for John Burns to Chicago for meetings with Bank of America representatives re Auburn Foundry - Vendor: Grueninger Travel Service, Inc. | 228.21 |
| 05/18/04 | Travel/Lodging - - Travel to Chicago, IL for discussions with Bank of America representatives regarding Auburn Foundry Vendor: John R. Burns | 181.20 |
| Total For | Travel/Lodging | 409.41 |

## BAKER & DANIELS

| | | |
|---|---|---:|
| 05/17/04 | Computerized Research   Westlaw | 44.60 |
| 05/17/04 | Computerized Research   Westlaw | 246.24 |
| Total For | Computerized Research | 290.84 |
| | | |
| 05/06/04 | Caller: N/A :  260 925-0900 | 6.53 |
| 05/07/04 | Caller: N/A :  260 925-7978 | 8.16 |
| 05/11/04 | Caller: N/A :  970 879-9690 | 3.15 |
| 05/13/04 | Caller: N/A :  260 925-7978 | 4.08 |
| 05/13/04 | Caller: N/A :  260 925-3365 | 0.38 |
| 05/18/04 | Caller: N/A :  260 925-7978 | 0.63 |
| 05/19/04 | Caller: N/A :  260 925-7978 | 0.73 |
| 05/19/04 | Caller: N/A :  260 925-7978 | 4.99 |
| 05/24/04 | Caller: N/A :  212 849-5509 | 1.74 |
| Total For | Long Distance Telephone | 30.39 |
| | | |
| 05/27/04 | Postage/Air/Express Delivery | 91.68 |
| Total For | Postage/Air/Express Delivery | 91.68 |
| | | |
| 05/24/04 | Telecopy | 10.45 |
| 05/24/04 | Telecopy | 3.80 |
| Total For | Telecopy | 14.25 |
| | | |
| 05/25/04 | Tabs | 9.36 |
| Total For | Tabs | 9.36 |
| | | |
| | COPYING COSTS                          1 | 1,598.70 |

Total Disbursements.............................................................................$  2,444.63

Total Services And Disbursements...................................................$  53,158.13

# BAKER & DANIELS
## 111 EAST WAYNE STREET, SUITE 800
## FORT WAYNE, INDIANA 46802
## (260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1176534 |
| Invoice Date | 06/18/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004426 | 50,713.50 | 2,444.63 | 53,158.13 |
| Total Invoice | 50,713.50 | 2,444.63 | 53,158.13 |

REMITTANCE COPY

## BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

June 21, 2004
Invoice Number 1176652

0080031    Auburn Foundry, Inc.

Thomas Wochlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 31, 2004 and not reflected on a prior bill:

0004423   Intermittent Work Stoppage ULPC

Total Services............................$        5,678.00
Total Disbursements..................$          104.31

Total This Matter...................................$        5,782.31

Total This Invoice...........................................................$        5,782.31

# BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  May 31, 2004
Invoice Number  1176652

0080031    Auburn Foundry, Inc.
0004423    Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|---|
| 05/03/04 | Review documents and bargaining notes in preparation for hearing; prepare exhibits for hearing | MML | 4.60 | |
| 05/04/04 | Phone conference with L. Wenino regarding documents and bargaining notes; review of notes and bargaining proposals in preparation for hearing | MML | 2.60 | |
| 05/07/04 | Review of files in preparation of testimony outlines for hearing | MML | 1.80 | |
| 05/08/04 | Prepare exhibits and testimony outlines for hearing | MML | 2.70 | |
| 05/10/04 | Preparation for arbitration hearing; prepare opening statement, testimony outlines, and exhibits | MML | 3.70 | |
| 05/10/04 | Review arbitrator listing; conference regarding same | MSB | .50 | |
| 05/11/04 | Prepare for and attend arbitration hearing | MML | 5.50 | |
| 05/11/04 | Meet with client regarding arbitration; conduct arbitration in Auburn | MSB | 5.50 | |
| | Total Services.......................................................................... Hours | | 26.90 | 5,678.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/04/04 | Caller: N/A :  260 925-7977 | 0.81 |
| Total For | Long Distance Telephone | 0.81 |
| | COPYING COSTS | 103.50 |
| | Total Disbursements..............................................................................$ | 104.31 |
| | Total Services And Disbursements...................................................................$ | 5,782.31 |

# BAKER & DANIELS
## 111 EAST WAYNE STREET, SUITE 800
## FORT WAYNE, INDIANA 46802
### (260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #          0080031
Invoice #         1176652
Invoice Date      06/21/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004423 | 5,678.00 | 104.31 | 5,782.31 |
| Total Invoice | 5,678.00 | 104.31 | 5,782.31 |

REMITTANCE COPY

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

June 21, 2004
Invoice Number 1176653

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 31, 2004 and not reflected on a prior bill:

0000060  IDEM

| | | |
|---|---|---|
| Total Services...........................$ | 2,287.50 | |
| Total Disbursements.................$ | 2.17 | |
| Total This Matter...................................$ | | 2,289.67 |
| Total This Invoice...........................................................$ | | 2,289.67 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of  May 31, 2004
Invoice Number  1176653

0080031    Auburn Foundry, Inc.
  0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/03/04 | Telephone call with T. Rarick regarding Plant 2 PSD/shot blast units; respond to S. Claffey regarding permit transfers | MFM | .70 | 213.50 |
| 05/04/04 | Respond to additional questions from S. Claffey regarding permit transfer | MFM | .30 | 91.50 |
| 05/06/04 | Telephone call from F. Robinson regarding groundwater sampling at C.R. 50; telephone call to S. Claffey | MFM | .30 | 91.50 |
| 05/07/04 | Review bankruptcy memo regarding environmental fees and J. Brunson email regarding C.R. 50; telephone conference with S. Claffey regarding IDEM issues | MFM | .60 | 183.00 |
| 05/10/04 | Provide advice regarding permit fee payments | MFM | .30 | 91.50 |
| 05/12/04 | Telephone conference with IDEM regarding permit fees; telephone conference with J. Brunson regarding same and status of air permits | MFM | .60 | 183.00 |
| 05/13/04 | Telephone call from IDEM regarding Plant 1 fee -- air permit; consider issue | MFM | .30 | 91.50 |
| 05/14/04 | Telephone calls with M. Werling regarding bankruptcy/environmental issues | MFM | .30 | 91.50 |
| 05/18/04 | Email regarding Plant 1 permit fee issue | MFM | .20 | 61.00 |
| 05/24/04 | Review D. Weber response on permit fees | MFM | .20 | 61.00 |
| 05/25/04 | Telephone call to J. Brunson regarding Plant 2 PSD; telephone call to T. Rarick regarding same | MFM | .30 | 91.50 |
| 05/27/04 | Review notice of violation regarding C.R. 48 | MFM | .50 | 152.50 |
| 05/28/04 | Telephone conference with S. Claffey and counsel for investors regarding environmental liability meeting; file review and identify all NOVs and IDEM orders regarding alleged air, water, waste and wetland violations; telephone conference with T. Rarick on Method 39 test and costs | MFM | 2.90 | 884.50 |

## BAKER & DANIELS

Total Services............................................................. Hours     7.50     2,287.50

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/12/04 | Caller: N/A : 260 925-7939 | 2.17 |
| Total For | Long Distance Telephone | 2.17 |

Total Disbursements.............................................................$     2.17

Total Services And Disbursements....................................................$     2,289.67

# BAKER & DANIELS
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Client # | 0080031 |
|---|---|
| Invoice # | 1176653 |
| Invoice Date | 06/21/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000060 | 2,287.50 | 2.17 | 2,289.67 |
| Total Invoice | 2,287.50 | 2.17 | 2,289.67 |

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

June 21, 2004
Invoice Number 1176654

0080031    Auburn Foundry, Inc.

Thomas Wochlkc
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 31, 2004 and not reflected on a prior bill:

0000100   Employment Matters

Total Services.............................$         246.00
Total Disbursements..................$          17.47

Total This Matter....................................$      263.47

Total This Invoice...........................................................$        263.47

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of  May 31, 2004
Invoice Number  1176654

0080031    Auburn Foundry, Inc.
  0000100      Employment Matters

Thomas Wochlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/10/04 | Phone conference with D. Maude re union request for information and bargaining | MML | .30 | 66.00 |
| 05/13/04 | Determine where criminal background check can be obtained in Dekalb County and at state level | ALF | .50 | 70.00 |
| 05/17/04 | Phone conference with T. Eastom re letters to employees | MML | .20 | 44.00 |
| 05/21/04 | Phone conference with T. Eastom re FMLA leave request for migraine headache and possible fraud | MML | .30 | 66.00 |
| | Total Services.............................................................. Hours | | 1.30 | 246.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 04/16/04 | Computerized Research   Westlaw | 16.99 |
| | Total For  Computerized Research | 16.99 |
| 05/17/04 | Caller: N/A :  260 925-7993 | 0.48 |
| | Total For  Long Distance Telephone | 0.48 |

Total Disbursements...............................................................$         17.47

Total Services And Disbursements....................................................$         263.47

# BAKER & DANIELS
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1176654 |
| Invoice Date | 06/21/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000100 | 246.00 | 17.47 | 263.47 |
| Total Invoice | 246.00 | 17.47 | 263.47 |

REMITTANCE COPY

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

June 21, 2004
Invoice Number 1176655

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
May 31, 2004 and not reflected on a prior bill:

0004387  Franklin, Detrick L.

Total Services...........................$         1,495.00
Total Disbursements.................$             19.27

Total This Matter..................................$         1,514.27

Total This Invoice...........................................................$         1,514.27

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  May 31, 2004
Invoice Number  1176655

0080031    Auburn Foundry, Inc.
  0004387      Franklin, Detrick L.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/16/04 | Work on position statement | LCO | 3.00 | 690.00 |
| 05/17/04 | Revise/finalize position statement and exhibits | LCO | 3.50 | 805.00 |
| | Total Services............................................................... Hours | | 6.50 | 1,495.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/26/04 | Postage/Air/Express Delivery - - Vendor: United Parcel Service | 9.87 |
| | Total For  Postage/Air/Express Delivery | 9.87 |
| 05/24/04 | Telecopy | 1.90 |
| | Total For  Telecopy | 1.90 |
| | COPYING COSTS | 7.50 |

Total Disbursements...........................................................................$            19.27

Total Services And Disbursements...................................................$         1,514.27

# BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #        0080031
Invoice #       1176655
Invoice Date    06/21/2004

| Matter # | Services | Disbursements | Total |
|----------|----------|---------------|-------|
| 0004387 | 1,495.00 | 19.27 | 1,514.27 |
| Total Invoice | 1,495.00 | 19.27 | 1,514.27 |