**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | Cause No. 01-10427 |
| Debtor. | ) | |

## OFFICIAL COURT NOTICE

NOTICE IS HEREBY GIVEN that Ice Miller, counsel for the Debtor, filed its *First Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* ("Application"), requesting allowance of fees in the amount of Thirty-Eight Thousand Two Hundred Thirty-Eight and 00/100 Dollars ($38,368.00) and reimbursement of expenses in the amount of Two Thousand One Hundred Forty-One and 85/100 Dollars ($2,141.85). The Application relates to services performed from February 18, 2004 through May 31, 2004.

A copy of the Application is available for inspection and copying at the Office of the Clerk, United States Bankruptcy Court, 46 East Ohio Street, Room 116, Indianapolis, Indiana 46204.

NOTICE IS HEREBY GIVEN that a hearing on the Application is scheduled for the ____ day of _____, 2004, at _____ o'clock ___.m. in Room _____, United States Courthouse, 1300 South Harrison Street, Fort Wayne, Indiana 46802. Objections to the Application must be in writing and filed in the Office of the Clerk, United States Bankruptcy Court, 1300 South Harrison Street, Fort Wayne, Indiana 46802, not later than three (3) business days prior to the hearing, with a copy of the objection served upon counsel for the Official Creditors' Committee, Henry A. Efroymson, Ice Miller, One American Square, Box 82001, Indianapolis, Indiana 46282-0002. If no objections are filed on or before said date, the Court may enter an order approving said First Application without further notice or hearing.

Dated:_____    _____
                                 Clerk, United States Bankruptcy Court

**Distribution to:**

Debtor
Debtors' Counsel
Counsel for the Official Creditors' Committee
Office of the United States Trustee
All Creditors and Parties-In-Interest