**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | Cause No. 01-10427 |
| Debtor. | ) | |

**FIRST APPLICATION OF ICE MILLER FOR INTERIM ALLOWANCES AS**
**COUNSEL FOR THE OFFICIAL CREDITORS' COMMITTEE AND FOR**
**REIMBURSEMENT OF EXPENSES**

TO THE HONORABLE ROBERT E. GRANT, UNITED STATES BANKRUPTCY JUDGE:

Ice Miller, for its *First Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* ("Application"), respectfully states the following:

### Factual Background and Jurisdiction

1.      On February 8, 2004 (the "Petition Date"), the Debtor commenced its case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as a Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. Shortly after the commencement of the proceedings, the Official Creditors' Committee of Auburn Foundries, Inc. (the "Committee") was appointed by the United States Trustee.

2.      Ice Miller is a law firm composed of attorneys duly licensed to practice law before the courts in the State of Indiana and the United States Bankruptcy Court. Ice Miller's principal offices are located at One American Square, Indianapolis, Indiana 46282.

3.      On February 25, 2004, the Committee filed an *Application for Order Authorizing the Official Unsecured Creditors' Committee to Employ Ice Miller as Counsel.*

4.      On March 17, 2004, this Court entered an *Order Authorizing the Official Unsecured Creditors' Committee to Employ Ice Miller as Counsel* ("Retention Order"), wherein the Court authorized the employment of Ice Miller and granted administrative expense priority, as allowed by the Court, to the fees and expenses incurred by Ice Miller in representing the Committee.

5.      Pursuant to the *Order Approving Monthly Provisional Payments to Counsel for the Unsecured Creditors' Committee* (the "Provisional Payments Order") dated May 17, 2004, monthly statements were prepared by Ice Miller and presented to the appropriate parties. The Order allows for 80% of fees and 100% of expenses to be paid to Ice Miller on a monthly basis for its representation of the Committee. Ice Miller submitted monthly statements covering the period of February 18, 2004, through May 31, 2004, in the total sum of $38,638.00 in fees and $2,141.85 in expenses. Ice Miller has received partial payment from the Debtor for fees of $30,910.40 and $2,141.85 in expenses, subject to the approval of this Court by this Application.

6.      This Court has jurisdiction over the Application pursuant to 28 U.S.C.§§ 157 and 1344(b), the resolution of the Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and this Court has the authority to grant the relief requested in the Application pursuant to 11 U.S.C. §§ 327(e), 330, and 331.

### Request for Compensation and Reimbursement of Fees and Expenses

7.      Ice Miller, acting as attorney for the Committee, makes this Application for an interim allowance of compensation, pursuant to Section 331 of the United States Bankruptcy Code, for legal services rendered and reimbursement of necessary expenses incurred from February 18, 2004 through May 31, 2004 (the "Fee Period")in connection with its representation of the Committee.

1378798.1

8.      During the Fee Period and pursuant to the Retention Order, Ice Miller has provided a variety of necessary services to the Committee, including, but not limited to, the following:

(a)      Reviewed, analyzed and discussed with the Committee all matters arising or continuing in this case, including hearing results, the Debtor's proposed Plan and Disclosure Statement, and motions to extend plan exclusivity, to reject contracts, to approve a compromise, to use cash collateral, and to institute an insurance finance agreement;

(b)      Monitored the bankruptcy docket in an effort to advise the Committee of the status of pending motions and orders related to the case;

(c)      Reviewed the Debtor's financial and operating reports, administrative fee requests, and applications for the employment of professionals;

(d)      Advised the Committee generally on matters related to the Debtor's ongoing operations;

(e)      Communicated on an ongoing basis with counsel for involved parties regarding notice and case administration issues, as well as kept the members of the Committee well informed and current as to the same; and

(f)      Reviewed and forwarded all statements, financial information and pertinent pleadings to the Committee.

The above descriptions serve as a general summary of the services provided by Ice Miller and are intended only to highlight areas of particular importance in this case.  A complete description

1378798.1

of all activities performed by the Ice Miller is found in Ice Miller's billing statements, attached hereto as **Exhibit A**[1].

9.      Since the Petition Date, and in accordance with the Provisional Payments Order, Ice Miller has requested and obtained compensation and reimbursement from the Debtors of the fees and expenses incurred by Ice Miller in its representation of the Committee on a monthly basis by submitting detailed periodic invoices to the Debtor, counsel for the Debtor, the United States Trustee, the chairmen for the Official Committee of Unsecured Creditors, and counsel for the Debtor's secured lenders and providing notice of the same to parties who have filed a Notice of Appearance and Request for Service of Papers pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

10.     Ice Miller's billing statements, attached hereto as **Exhibit A**, set forth in detail the nature of the legal services rendered by Ice Miller, the dates on which Ice Miller's personnel rendered such legal services, the identity of the Ice Miller attorneys and paralegals who performed such legal services, the time spent by each of Ice Miller's personnel in performing such legal services, and the amount of fees attributable to each such legal service performed by Ice Miller's attorneys and paralegals.  Ice Miller's billing statements provide the hours spent by the professionals for whom compensation is sought, reflect the hourly rate charged for each of the professionals, and comply with the United States Trustee's guidelines by breaking time and expenses out into matters related to well-defined categories of services.

11.     Ice Miller has expended a total of 114.20 hours from February 18, 2004 through May 31, 2004, in representation of the Committee.  The value of the services rendered to the

---

[1] Due to the voluminous nature of Ice Miller's billing statements, in an effort to minimize copying and postage expenses, Ice Miller is serving copies of **Exhibit A** only upon the United States Trustee, the Debtor, counsel for the Debtor, and the chairmen of Official Committee of Unsecured Creditors.  All other parties-in-interest will be provided with a copy of the same upon request made to Ice Miller.

Committee billed at rates normally charged by Ice Miller for comparable services performed for other clients is the sum of $38,638.00. The interim fees herein requested are reasonable under the circumstances, and reflect the expertise of counsel in representation of the Committee.

12.    The amount of fees incurred during the Fee Period totals Thirty-Eight Thousand Six Hundred Thirty-Eight and 00/100 Dollars ($38,638.00). All of the services performed by Ice Miller are set forth in **Exhibit A** and have been billed at the standard hourly rates established by Ice Miller by all denoted timekeepers.

13.    During the Fee Period, as itemized and summarized in **Exhibit A**, Ice Miller incurred expenses in connection with its representation of the Committees totaling Two Thousand One Hundred Forty-One and 85/100 Dollars ($2,141.85). Ice Miller submits that each expenditure was a necessary and reasonable cost incident to the performance of services for the Committee.

WHEREFORE, Ice Miller requests that the Court enter an Order:

(A)    Approving the Application;

(B)    Allowing interim compensation to Ice Miller in the sum of Thirty-Eight Thousand Six Hundred Thirty-Eight and 00/100 Dollars ($38,638.00), representing compensation for legal services rendered to the Committee during the Fee Period;

(C)    Allowing Ice Miller the sum of Two Thousand One Hundred Forty-One and 85/100 Dollars ($2,141.85) as reimbursement for out-of-pocket expenses incurred during the Fee Period as a result of its representation of the Committee;

(D)    Directing payment to Ice Miller of any outstanding and unpaid fees and expenses for the Fee Period; and

(E)    Granting such other relief as is just and proper.

1378798.1

Dated:  June 24, 2004                    Respectfully submitted,

                                         ICE MILLER


                                         By  /s/ Henry A. Efroymson
                                             Henry A. Efroymson
                                             Niquelle R. Allen
                                             Counsel for the Official Creditor's Committee
                                             of Auburn Foundries, Inc.

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

1378798.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by U.S. First-Class Mail, postage prepaid, this 24th day of June, 2004. Exhibit A is being provided only to the Court, Debtor's counsel, the Chairman of the Committee, and the United States Trustee. All other parties will received a copy of the Application without the exhibit, but Ice Miller will provide a copy of the exhibit to any intervenor upon request.

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com, skrhoads@bakerd.com
tlwiley@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied
Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562
(317) 713-3699 Fax
mreich@sbalawyers.com, jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802-3413
gfs@gshipley.com
(260) 422-2711
*(For Shelby County Bank/Bank of America)*

1378798.1

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan  48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio  44122
(216) 831-5100
*(For Cascade Pattern Company)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana  46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio  44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana  46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

-8-

# Exhibit A



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 487917    Page 1
June 7, 2004

FOR SERVICES RENDERED THROUGH May 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0002
Asset Analysis & Recovery
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

05/12/04    Investigated basis for liability of insiders (breach of
             fiduciary duties) (1.0).
        H. Efroymson         XVI          1.00 hrs.      355.00/hr  $      355.00

### Summary of Fees

|                |       | Hours | Rate/Hr | Dollars |
|----------------|-------|-------|---------|---------|
| H. Efroymson   |       | 1.00  | 355.00  | 355.00  |
|                | TOTAL | 1.00  | 355.00  | 355.00  |

TOTAL Fees for Professional Services ................................... $      355.00

TOTAL DUE FOR THIS MATTER ............................................. $      355.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      355.00

ACCOUNTS ARE DUE UPON RECEIPT

**ICE MILLER**
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 487921    Page 1
June 7, 2004

FOR SERVICES RENDERED THROUGH May 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

05/12/04    Communications with Committee regarding hearing results
           and Plan (.3).
      H. Efroymson        XVI                    .30 hrs.    355.00/hr  $      106.50

### Summary of Fees

|                |       | Hours | Rate/Hr | Dollars |
|----------------|-------|-------|---------|---------|
| H. Efroymson   |       | 0.30  | 355.00  | 106.50  |
|                | TOTAL | 0.30  | 355.00  | 106.50  |

TOTAL Fees for Professional Services ................................... $      106.50

TOTAL DUE FOR THIS MATTER ............................................ $      106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $      106.50

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn          Invoice 487920   **Page 1**
Foundry, Inc.                                                      June 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203


               FOR SERVICES RENDERED THROUGH May 31, 2004
                    Federal ID #35-0874357

               OUR MATTER # 21926.0005
               Case Administration
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


04/30/04    Attention to administrative fee requests (.2); reviewed
            financial reports from attorney for Debtor, and forwarded
            to Committee members (.3).
     H. Efroymson          XVI              .50 hrs.       355.00/hr    $        177.50

05/03/04    Attention to submission of invoices to Debtor and Notice
            of same to Court (.2); reviewed UCC search results (.2).
     H. Efroymson          XVI              .40 hrs.       355.00/hr    $        142.00

05/03/04    Reviewed Court filed Operating Reports for February and
            March, 2004 (.3); reviewed and analyzed Motion to Reject
            Contract (.3) communications with attorney for Debtor
            regarding same (.3).
     H. Efroymson          XVI              .90 hrs.       355.00/hr    $        319.50

05/04/04    Reviewed Statement filed by Baker & Daniels (.1); reviewed
            Joint Stipulation to Withdraw Motion to Approve Financing
            and Motion to Reject Content, and reviewed GM Contract
            (.5).
     H. Efroymson          XVI              .60 hrs.       355.00/hr    $        213.00

05/06/04    Attention to status of order (.1); telephone call from
            creditor regarding status of case (.1).
     H. Efroymson          XVI              .20 hrs.       355.00/hr    $         71.00

05/10/04    Reviewed Order Approving Compromise, Order Approving
            Rejection of Contracts, advice from Court regarding
            hearing on May 19, and Appearance filed by Estate of Fink
            (.6); telephone conference with attorney for Debtor
            regarding upcoming hearings (.2).
     H. Efroymson          XVI              .80 hrs.       355.00/hr    $        284.00

05/13/04    Prepared report to Committee regarding status of case
            (.2); telephone call from Dauber County counsel regarding
            status (.2); telephone call to attorney for Debtor
            regarding Plan (.1).
     H. Efroymson          XVI              .50 hrs.       355.00/hr    $        177.50

05/17/04    Reviewed Order from Court regarding Motion for Adequate
            Protection (.5).

Unsecured Creditors' Committee of Auburn                         Invoice 487920    Page 2
Foundry, Inc.


    H. Efroymson       XVI            .50 hrs.     355.00/hr  $     177.50

05/18/04    Reviewed Order from Court on provisional payment, and
           contacted counsel for Debtor regarding same (.2).
    H. Efroymson       XVI            .20 hrs.     355.00/hr  $      71.00

05/19/04    Reviewed Orders from Court (Insurance Finance Agreement
           and Administrative Payment) (.1).
    H. Efroymson       XVI            .10 hrs.     355.00/hr  $      35.50

05/20/04    Communications with attorney for Dettore regarding notice
           problems with insurance Motion, and reviewed and commented
           upon proposed Joint Motion (.3).
    H. Efroymson       XVI            .30 hrs.     355.00/hr  $     106.50

05/21/04    Reviewed Amended Motion on Insurance Financing filed by
           Debtor (.2).
    H. Efroymson       XVI            .20 hrs.     355.00/hr  $      71.00

05/24/04    Reviewed Amended Notice on Insurance Finance Motion, and
           dated up (.1); reviewed April Operating Report, and
           forwarded to Committee members (.2); telephone calls from
           attorney for Debtor and Court regarding hearing on
           Insurance Motion (.3).
    H. Efroymson       XVI            .60 hrs.     355.00/hr  $     213.00

05/25/04    Reviewed Notice of Corrective Entries of Hearing from
           Court (.2); reviewed Fink Appearance (.1); communications
           with attorney for Debtor regarding administrative expense
           (.1); participated in hearing on Insurance Finance Motion
           (.5).
    H. Efroymson       XVI            .90 hrs.     355.00/hr  $     319.50

05/26/04    Reviewed Order on Engagement of Actuarial Consultants
           (.1); reviewed Order on Contract Rejection (.1); telephone
           call from Kos regarding need for Committee waiver (.1).
    H. Efroymson       XVI            .30 hrs.     355.00/hr  $     106.50

05/27/04    Reviewed Order from Court (insurance financing), and
           Notice to creditors of final hearing (.2).
    H. Efroymson       XVI            .20 hrs.     355.00/hr  $      71.00


### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 7.20 | 355.00 | 2,556.00 |
| TOTAL | 7.20 | 355.00 | 2,556.00 |


TOTAL Fees for Professional Services ...................................$   2,556.00


TOTAL DUE FOR THIS MATTER .............................................$   2,556.00

Unsecured Creditors' Committee of Auburn                    Invoice 487920    Page 3
Foundry, Inc.


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$      2,556.00


ACCOUNTS ARE DUE UPON RECEIPT



LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 487919    Page 1
June 7, 2004

FOR SERVICES RENDERED THROUGH May 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

05/03/04    Prepared Notice of Submission of Ice Miller Invoices for
            filing with the Court, and letter to Burns, Athanas and
            Debtor forwarding invoices for payment (.5).
    J. Bolechala        I               .50 hrs.        115.00/hr   $        57.50

05/14/04    Investigated docket regarding status of Order Approving
            Monthly Payment of Fees (.2); telephone conference with
            bankruptcy clerk regarding status of Order Approving
            Application for Monthly Payment of Fees to Judge for
            approval and estimated date of entry (.2); assisted with
            analysis regarding anticipated date for entry of Order
            Approving Monthly Payment of Fees (.2).
    M. Wilson           VII              .60 hrs.        195.00/hr   $       117.00

### Summary of Fees

|              |       | Hours | Rate/Hr | Dollars |
|--------------|-------|-------|---------|---------|
| J. Bolechala |       | 0.50  | 115.00  | 57.50   |
| M. Wilson    |       | 0.60  | 195.00  | 117.00  |
|              | TOTAL | 1.10  | 158.64  | 174.50  |

TOTAL Fees for Professional Services ....................................$        174.50

TOTAL DUE FOR THIS MATTER ..............................................$        174.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...............................$        174.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn                      Invoice 487918    Page 1
Foundry, Inc.                                                            June 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


           FOR SERVICES RENDERED THROUGH May 31, 2004
                    Federal ID #35-0874357

           OUR MATTER # 21926.0009
           Fee/Employment Objections
           Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


05/28/04    Reviewed statements from attorneys for Debtor (.2).
      H. Efroymson        XVI              .20 hrs.      355.00/hr  $        71.00


                    Summary of Fees

                              Hours        Rate/Hr       Dollars

            H. Efroymson       0.20         355.00         71.00
                    TOTAL      0.20         355.00         71.00


TOTAL Fees for Professional Services ................................. $     71.00


TOTAL DUE FOR THIS MATTER ............................................ $     71.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $     71.00


                    ACCOUNTS ARE DUE UPON RECEIPT



LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn                    Invoice 487922    Page 1
Foundry, Inc.                                                              June 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


                    FOR SERVICES RENDERED THROUGH May 31, 2004
                          Federal ID #35-0874357

                    OUR MATTER # 21926.0010
                    Financing
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


05/03/04    Reviewed Bank of America's Partial Withdrawal of Objection
            to Financing (.2).
        H. Efroymson          XVI                .20 hrs.        355.00/hr  $        71.00

05/11/04    Conference with attorney for AF Funding Group regarding
            financing orders and hearing Wednesday (.2); telephone
            conference with attorney for Debtor regarding same (.2).
        H. Efroymson          XVI                .40 hrs.        355.00/hr  $       142.00

05/12/04    Reviewed files regarding matters set for hearing today
            (.3); attended hearings in Fort Wayne (1/2 charge for
            travel time) (5.5).
        H. Efroymson          XVI               5.80 hrs.        355.00/hr  $     2,059.00

05/14/04    Reviewed final financing and use of cash collateral order·
            from Court (.2).
        H. Efroymson          XVI                .20 hrs.        355.00/hr  $        71.00

05/17/04    Reviewed and analyzed proposed Plan, and created list of
            concerns (1.0).
        H. Efroymson          XVI               1.00 hrs.        355.00/hr  $       355.00


                          Summary of Fees

                              Hours        Rate/Hr        Dollars

        H. Efroymson           7.60         355.00        2,698.00
                    TOTAL      7.60         355.00        2,698.00


TOTAL Fees for Professional Services ................................... $     2,698.00


TOTAL DUE FOR THIS MATTER .............................................. $     2,698.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     2,698.00

Unsecured Creditors' Committee of Auburn                    Invoice 487922    Page 2
Foundry, Inc.

ACCOUNTS ARE DUE UPON RECEIPT



LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 487924    Page 1
June 7, 2004

FOR SERVICES RENDERED THROUGH May 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | | |
|---|---|---|---|---|---|
| 05/14/04 | Received and reviewed Debtors' proposed Plan and Disclosure Statement, and forwarded to Committee members (1.6); reviewed and revised version of Plan from attorney for Debtor, with redline of changes (.4). | | | | |
| | H. Efroymson | XVI | 2.00 hrs. | 355.00/hr $ | 710.00 |
| 05/19/04 | Reviewed Motion to Extend Plan Exclusivity, Notice and related documents, and dated up (.3); communications with attorney for Debtor regarding Plan proposal (.4); communications with Committee regarding Plan process and first draft of Plan (.3); multiple communications with attorney for Debtor and bank regarding Plan terms, and advised Committee regarding same (.6). | | | | |
| | H. Efroymson | XVI | 1.60 hrs. | 355.00/hr $ | 568.00 |
| 05/20/04 | Prepared list of concerns and issues over proposed Plan (1.4); telephone conference with Committee member regarding concerns over Plan (.2). | | | | |
| | H. Efroymson | XVI | 1.60 hrs. | 355.00/hr $ | 568.00 |
| 05/21/04 | Communications with attorney for Debtor regarding negotiations with bank (.2); prepared list of Plan concerns (1.0). | | | | |
| | H. Efroymson | XVI | 1.20 hrs. | 355.00/hr $ | 426.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Timekeeper | Hours | Ave. Rate | Amount |
| H. Efroymson | 6.40 | 355.00 | 2,272.00 |
| TOTAL | 6.40 | 355.00 | 2,272.00 |

TOTAL Fees for Professional Services ................................... $    2,272.00

TOTAL DUE FOR THIS MATTER .............................................. $    2,272.00

Unsecured Creditors' Committee of Auburn                    Invoice 487924    Page 2
Foundry, Inc.


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$        2,272.00


                    ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn                    Invoice 487923    Page 1
Foundry, Inc.                                                              June 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


                    FOR SERVICES RENDERED THROUGH May 31, 2004
                              Federal ID #35-0874357

                    OUR MATTER # 21926.0015
                    Costs
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case




ITEMIZED CHARGES:

05/04/04  E108  05/03/04   Postage Expense                      $         2.40
05/04/04  E108  05/03/04   Postage Expense                      $         4.70
05/05/04  E108  04/29/04   Postage Expense                      $         0.83
05/13/04        Travel Expenses - - Vendor:Henry A. Efroymson 5/12/04  $        91.00
                Travel expense for parking and mileage to Ft. Wayne, IN
                for hearings. 240 miles.
05/13/04        Travel Expenses - - Vendor:Henry A. Efroymson 5/12/04  $        92.60
                Travel expense for parking & mileage to Ft.Wayne, IN for
                hearings.  240 miles.
05/13/04        Reversal from Cancelled Voucher 135001          $       (91.00)
05/26/04  E108  5/24 Postage Expense                           $         4.15
                     Long Distance                              $         6.00
                     Photocopies                                $        24.12

TOTAL Itemized Charges ............................................ $       134.80


TOTAL DUE FOR THIS MATTER .......................................... $       134.80


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................. $       134.80


                    ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 484373    Page 1
April 30, 2004

FOR SERVICES RENDERED THROUGH April 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

03/26/04    Prepared letter to Committee with GM's Motion to Settle
(.2); telephone call from member of Committee regarding
same (.1).
H. Efroymson        XVI                .30 hrs.        355.00/hr  $        106.50

04/19/04    Communications with Committee regarding developments in
case (.3).
H. Efroymson        XVI                .30 hrs.        355.00/hr  $        106.50

### Summary of Fees

|                   | Hours | Rate/Hr | Dollars |
|-------------------|-------|---------|---------|
| H. Efroymson      | 0.60  | 355.00  | 213.00  |
| TOTAL             | 0.60  | 355.00  | 213.00  |

TOTAL Fees for Professional Services ................................... $        213.00

TOTAL DUE FOR THIS MATTER ............................................. $        213.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $        213.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square   Box 82001   Indianapolis, IN 46282-0002      P 317-236-2100      F 317-236-2219      www.icemiller.com
Indianapolis    Chicago    Washington, D.C.



**ICE MILLER**
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn                    Invoice 484374    Page 1
Foundry, Inc.                                                            April 30, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

                    FOR SERVICES RENDERED THROUGH April 30, 2004
                              Federal ID #35-0874357

                    OUR MATTER # 21926.0005
                    Case Administration
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


03/25/04    Reviewed Order on Pro Hac Vice Motion (.1); reviewed
            Motion to Reject Contract and proposed Order and exhibits
            (.5); reviewed related Motion to Approve Compromise,
            exhibits and Order (.6); telephone conference with
            attorney for Debtor regarding same (.2); prepared letter
            to Committee regarding same (.2); reviewed Motion to
            Approve Compromise, exhibits and Agreement (.5); attention
            to preparation of Request for Payment (.2); communications
            with attorney for Debtor regarding Motion to Approve
            Compromise (.3); telephone call from Dauber Company
            regarding status of case (.2); telephone call from Clerk's
            Office regarding Notice on Motion to be paid monthly, and
            attention to preparation of Notice (.2).
      H. Efroymson            XVI              3.00 hrs.      355.00/hr   $    1,065.00

03/26/04    Prepared letter to Debtor with invoices (.2).
      H. Efroymson            XVI               .20 hrs.      355.00/hr   $       71.00

03/27/04    Reviewed Orders from Court (monthly payments and resetting
            hearing on adequate protection), and dated up (.2);
            telephone call from attorney for Debtor to request to
            Court regarding hearing on notice (.1).
      H. Efroymson            XVI               .30 hrs.      355.00/hr   $      106.50

04/02/04    Reviewed Order from Court (.1).
      H. Efroymson            XVI               .10 hrs.      355.00/hr   $       35.50

04/05/04    Reviewed Application to Employ Mellon Consulting, Notice
            and proposed Order, and forwarded to Committee (.3).
      H. Efroymson            XVI               .30 hrs.      355.00/hr   $      106.50

04/06/04    Reviewed Notices from Court (.2).
      H. Efroymson            XVI               .20 hrs.      355.00/hr   $       71.00

04/07/04    Telephone call from Committee member regarding status, and
            communications with attorney for Debtor regarding same
            (.3).
      H. Efroymson            XVI               .30 hrs.      355.00/hr   $      106.50

04/08/04    Reviewed Debtor's Motion for Insurance Finance Agreement,

Unsecured Creditors' Committee of Auburn                                    Invoice 484374    Page 2
Foundry, Inc.

and Agreement and proposed Order (.3); communications with
Committee regarding same (.1).

|  |  |  |  |  |
|---|---|---|---|---|
| H. Efroymson | XVI | .40 hrs. | 355.00/hr $ | 142.00 |

04/09/04    Telephone conference with attorney for Debtor regarding
negotiations with bank (.2).

| H. Efroymson | XVI | .20 hrs. | 355.00/hr $ | 71.00 |
|---|---|---|---|---|

04/12/04    Investigated docket regarding status of Notice of Motion
to Approve Monthly Payments for Fees and Objection
Deadline (.3).

| M. Wilson | VII | .30 hrs. | 195.00/hr $ | 58.50 |
|---|---|---|---|---|

04/13/04    Communications with attorneys for Debtor, Bank and DIP
lender regarding status of negotiations over continued
case use and DIP lending (.5); prepared memorandum to
same, and communicated with Committee (.3).

| H. Efroymson | XVI | .80 hrs. | 355.00/hr $ | 284.00 |
|---|---|---|---|---|

04/14/04    Communications with attorney for bank regarding
depositions (.2); travel to Chicago for depositions and
meeting with bank (1/2) (2.0).

| H. Efroymson | XVI | 2.20 hrs. | 355.00/hr $ | 781.00 |
|---|---|---|---|---|

04/16/04    Reviewed Order on Motion to Strike (.1); reviewed Motion
filed by GM (.1); telephone call from attorney for Debtor
regarding Committee receipt of Notices of Hearing (.1);
reviewed file and telephone call back to attorney for
Debtor regarding same (.2); telephone call from attorney
for Union (.2).

| H. Efroymson | XVI | .70 hrs. | 355.00/hr $ | 248.50 |
|---|---|---|---|---|

04/19/04    Reviewed papers filed by Cascade Pattern Company (.1).

| H. Efroymson | XVI | .10 hrs. | 355.00/hr $ | 35.50 |
|---|---|---|---|---|

04/20/04    Telephone call from LSI regarding status of case (.2);
reviewed notices from Court (.1).

| H. Efroymson | XVI | .30 hrs. | 355.00/hr $ | 106.50 |
|---|---|---|---|---|

04/21/04    Reviewed Orders from Court (.1); prepared Notices of
Invoicing (.2); reviewed Notice from Court on Fee
Application (.1).

| H. Efroymson | XVI | .40 hrs. | 355.00/hr $ | 142.00 |
|---|---|---|---|---|

04/22/04    Reviewed Not Action Order from Court, and attention to
Amended Notice of Filing (.3); telephone conference with
attorney for Debtor regarding same (.1); reviewed Motion
for Approval of Insurance Finance Agreement, and Notice of
Same and dated up (.2).

| H. Efroymson | XVI | .60 hrs. | 355.00/hr $ | 213.00 |
|---|---|---|---|---|

04/23/04    Reviewed Order granting Debtor's request to be paid on a
monthly basis (.1).

| H. Efroymson | XVI | .10 hrs. | 355.00/hr $ | 35.50 |
|---|---|---|---|---|

04/26/04    Reviewed order from Court (Mellon Consulting) (.1).

| H. Efroymson | XVI | .10 hrs. | 355.00/hr $ | 35.50 |
|---|---|---|---|---|

Unsecured Creditors' Committee of Auburn          Invoice 484374    Page 3
Foundry, Inc.


04/28/04    Reviewed Notice of Hearings from Court, dated up, and
            forwarded to Committee (.2).
     H. Efroymson      XVI              .20 hrs.    355.00/hr  $      71.00

04/29/04    Communications with attorney for Debtor regarding
            financial reports, progress toward Plan (.2).
     H. Efroymson      XVI              .20 hrs.    355.00/hr  $      71.00

                        Summary of Fees

                              Hours      Rate/Hr      Dollars

        H. Efroymson           10.70      355.00     3,798.50
        M. Wilson               0.30      195.00        58.50
                  TOTAL        11.00      350.64     3,857.00


TOTAL Fees for Professional Services ................................. $    3,857.00


TOTAL DUE FOR THIS MATTER ............................................ $    3,857.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $    3,857.00


                    ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 484376    Page 1
April 30, 2004

FOR SERVICES RENDERED THROUGH April 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

03/25/04    Prepared and submitted Notice of Hearing on Application to
            Allow Interim Payments (.9).
    B. T. Caughey        VIII            .90 hrs.        210.00/hr  $        189.00

04/20/04    Investigated docket regarding entry of Order Approving
            Motion for Monthly Payment of Fees (.2); telephone to U.S.
            Bankruptcy Clerk requesting status of Order (.2).
    M. Wilson            VII             .40 hrs.        195.00/hr  $         78.00

04/22/04    Coordinated filing of revised Notice on Interim Payment
            Arrangement (.1).
    B. T. Caughey        VIII            .10 hrs.        210.00/hr  $         21.00

04/22/04    Investigated docket regarding Court Order Taking No Action
            on Application for Monthly Provisional Payments (.2);
            assisted with analysis of court's decision not to approve
            Application (.4); investigated Court's Order Taking No
            Action on Debtors' Counsel's Application for Monthly
            Provisional Payments (.2); telephone conference with Mike
            at U.S. Bankruptcy Court regarding noticing requirements
            (.3); prepared Amended Notice and Opportunity to Object
            (.5); prepared Notice to Court regarding distribution of
            Amended Notice to all creditors (.3); electronically filed
            Notice and Certificate with Court (.2).
    M. Wilson            VII            2.10 hrs.        195.00/hr  $        409.50

                        Summary of Fees

                            Hours         Rate/Hr        Dollars

    B. T. Caughey            1.00          210.00          210.00
    M. Wilson                2.50          195.00          487.50
                TOTAL        3.50          199.29          697.50


TOTAL Fees for Professional Services ................................... $     697.50


One American Square   Box 82001   Indianapolis, IN 46282-0002     P 317-236-2100     F 317-236-2219     www.icemiller.com
Indianapolis    Chicago    Washington, D.C.

Unsecured Creditors' Committee of Auburn                      Invoice 484376    Page 2
Foundry, Inc.


TOTAL DUE FOR THIS MATTER ............................................... $         697.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $         697.50


                        ACCOUNTS ARE DUE UPON RECEIPT



**ICE** MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 484377    Page 1
April 30, 2004

FOR SERVICES RENDERED THROUGH April 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0009
Fee/Employment Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

04/26/04    Reviewed and commented on Debtor's fee statement (with
            exhibits) (.2).
    H. Efroymson        XVI                .20 hrs.    355.00/hr  $       71.00

### Summary of Fees

|               |       | Hours | Rate/Hr | Dollars |
|---------------|-------|-------|---------|---------|
| H. Efroymson  |       | 0.20  | 355.00  | 71.00   |
|               | TOTAL | 0.20  | 355.00  | 71.00   |

TOTAL Fees for Professional Services ................................. $        71.00

TOTAL DUE FOR THIS MATTER ........................................... $        71.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .............................. $        71.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 484378    Page 1
April 30, 2004

FOR SERVICES RENDERED THROUGH April 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


03/25/04    Prepared for and participated in hearing on cash
            collateral and DIP financing (.6); advised Committee of
            same (.2).
      H. Efroymson        XVI              .80 hrs.        355.00/hr  $      284.00

03/26/04    Reviewed Second Amended Interim Orders from Court, and
            Order Setting Hearing (dated up) (.3).
      H. Efroymson        XVI              .30 hrs.        355.00/hr  $      106.50

03/27/04    Reviewed Notices on Final Hearings from Court and dated up
            (.2).
      H. Efroymson        XVI              .20 hrs.        355.00/hr  $       71.00

04/05/04    Reviewed Second Interim Financing Order from Court, and
            forwarded to Committee (.2).
      H. Efroymson        XVI              .20 hrs.        355.00/hr  $       71.00

04/15/04    Reviewed drafts of new DIP loan and cash collateral
            documents and budget (.8); reviewed e-mail comments on
            same (.2); attended meetings with bank, Debtor,
            consultants and DIP lender (5.8); returned to Indianapolis
            from Chicago (1/2) (2.0).
      H. Efroymson        XVI             8.80 hrs.        355.00/hr  $    3,124.00

04/16/04    Reviewed revised cash collateral and DIP loan documents
            from bank, and forwarded to client for comment (1.0);
            reviewed various objections to DIP financing, GM deal, and
            Trial Statement filed by bank (.6); negotiations with bank
            and Debtor (1.0).
      H. Efroymson        XVI             2.60 hrs.        355.00/hr  $      923.00

04/17/04    Reviewed new versions of DIP Lending Agreements, Cash
            Collateral Agreement, and Budget (1.0).
      H. Efroymson        XVI             1.00 hrs.        355.00/hr  $      355.00

04/19/04    Attended hearings on cash collateral and DIP, and met with
            Chair of Committee regarding same (5.0).
      H. Efroymson        XVI             5.00 hrs.        355.00/hr  $    1,775.00

04/20/04    Reviewed Interim Orders on cash use and financing entered

Unsecured Creditors' Committee of Auburn                          Invoice 484378      Page 2
Foundry, Inc.

        by Court (.3); reviewed Notices of Hearings and status
        conference (.1); reviewed Amended Motions to Approve Post-
        Petition Financing, and new note and allonge (1.0).
    H. Efroymson      XVI        1.40 hrs.     355.00/hr  $     497.00

04/22/04   Reviewed proposed agreements for long-term cash use and
        financing (.5).
    H. Efroymson      XVI       .50 hrs.     355.00/hr  $     177.50

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 20.80 | 355.00 | 7,384.00 |
| TOTAL | 20.80 | 355.00 | 7,384.00 |

TOTAL Fees for Professional Services ...................................... $    7,384.00

TOTAL DUE FOR THIS MATTER ............................................... $    7,384.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $    7,384.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn                 Invoice 484379    Page 1
Foundry, Inc.                                              April 30, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH April 30, 2004
                   Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

| 03/29/04 | E108 | 03/26/04 | Postage Expense | $ | 10.46 |
|---|---|---|---|---|---|
| 03/29/04 | E108 | 03/25/04 | Postage Expense | $ | 1.80 |
| 03/30/04 | E108 | 03/25/04 | Postage Expense | $ | 6.45 |
| 04/06/04 | E108 | 04/05/04 | Postage Expense | $ | 9.25 |
| 04/16/04 | | Travel Expenses - - Vendor:Henry A. Efroymson 4/15/04 Travel expense for mileage, parking, tolls, fuel surchage and lodging in Chicago, IL to attend meetings w/Debtor, Lender and Bank of Chicago.  365 miles. | | $ | 312.61 |
| 04/16/04 | | Other Expense - - Vendor:Pacer Service Center 3/31/04 Obtain pleadings and docket information from the Northern District of Indiana Bankruptcy Court website. | | $ | 7.63 |
| 04/19/04 | | Travel Expenses - - Vendor:Henry A. Efroymson 4/19/04 Travel expense for mileage to Fort Wayne, IN for hearing.  240 miles. | | $ | 90.00 |
| 04/22/04 | E108 | Postage Expense | | $ | 19.75 |
| 04/23/04 | E108 | 04/22/04   Postage Expense | | $ | 379.76 |
| 04/28/04 | E108 | 4/27 Postage Expense | | $ | 0.83 |
| | | Long Distance | | $ | 26.74 |
| | | Photocopies | | $ | 830.34 |

TOTAL Itemized Charges ...............................................$      1,695.62


TOTAL DUE FOR THIS MATTER ............................................$      1,695.62


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...............................$      1,695.62


               ACCOUNTS ARE DUE UPON RECEIPT

# ICEMILLER

LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 481168    Page 1
March 25, 2004

FOR SERVICES RENDERED THROUGH March 25, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0001
General Representation
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | | |
|---|---|---|---|---|---|
| 02/11/04 | Communications with Citizens Gas regarding Auburn Foundry bankruptcy filing, and reviewed bankruptcy petition and list of twenty largest creditors. | | | | |
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr $ | 106.50 |
| 02/13/04 | Telephone conferences with Citizens Gas and U.S. Trustee regarding Official Creditors' Committee in Auburn Foundry bankruptcy. | | | | |
| | H. Efroymson | XVI | .50 hrs. | 355.00/hr $ | 177.50 |
| 02/16/04 | Telephone conferences with Citizens Gas and Auburn City Utilities regarding representation of Committee and DIP financing. | | | | |
| | H. Efroymson | XVI | .50 hrs. | 355.00/hr $ | 177.50 |
| 02/20/04 | Reviewed research materials on Company (.2). | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr $ | 71.00 |
| 02/20/04 | Telephone conference with KOS regarding representation (.2) (No Charge). | | | | |
| | H. Efroymson | XVI | .00 hrs. | 0.00/hr $ | 0.00 |

### Summary of Fees

| | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson | | 1.50 | 355.00 | 532.50 |
| | TOTAL | 1.50 | 355.00 | 532.50 |

TOTAL Fees for Professional Services ....................................$    532.50

TOTAL DUE FOR THIS MATTER ..............................................$    532.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    532.50

# ICEMILLER

LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 481169    Page 1
March 25, 2004

FOR SERVICES RENDERED THROUGH March 25, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | | | Amount |
|------|-------------|---|---|---|---|--------|
| 02/17/04 | Telephone conference with chair of Official Creditors' Committee. | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 02/18/04 | Telephone conferences with Citizens Gas regarding Official Creditors' Committee, counsel (.2). | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 02/19/04 | Telephone conference with Citizens Gas regarding Official Creditors' Committee (.2). | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 02/20/04 | Telephone conference with chair of Committee regarding conference call Tuesday (.2). | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 02/24/04 | Prepared for and participated in conference call with Committee (1.2). | | | | | |
| | H. Efroymson | XVI | 1.20 hrs. | 355.00/hr | $ | 426.00 |
| 02/24/04 | Participated in conference call with committee regarding operation issues and strategies for protecting interests of unsecured creditors. | | | | | |
| | B. T. Caughey | VIII | .60 hrs. | 210.00/hr | $ | 126.00 |
| 03/03/04 | Telephone call from member of Committee regarding hearings (.2). | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 03/08/04 | Communications with Committee regarding recent developments, Bank request for adequate protection. | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 03/10/04 | Telephone call from member of Committee regarding status (Falcon) (.2); reviewed and responded to advice from attorney for Debtor regarding relationship with Bank, and reviewed financial information forwarded by attorney for Debtor (.8). | | | | | |
| | H. Efroymson | XVI | 1.00 hrs. | 355.00/hr | $ | 355.00 |

Unsecured Creditors' Committee of Auburn                Invoice 481169    Page 2
Foundry, Inc.

03/12/04    Telephone call to P. Suchuch at Falcoln Bridge requesting
            confirmation of valid e-mail address.
     M. Wilson           VII                  .20 hrs.      195.00/hr   $         39.00

03/15/04    Report to Committee regarding status of hearings, filing
            of financial reports, Schedules and Statement of Financial
            Affairs (.3); forwarded documents to Committee members
            (.1).
     H. Efroymson         XVI                 .40 hrs.      355.00/hr   $        142.00

03/17/04    Communications with Committee regarding recent
            developments (.2); telephone call from Committee member
            regarding hearings (.1).
     H. Efroymson         XVI                 .30 hrs.      355.00/hr   $        106.50


                        Summary of Fees

                                    Hours       Rate/Hr        Dollars

        B. T. Caughey               0.60        210.00         126.00
        H. Efroymson                4.10        355.00       1,455.50
        M. Wilson                   0.20        195.00          39.00
                    TOTAL           4.90        330.71       1,620.50

TOTAL Fees for Professional Services ...................................$      1,620.50


TOTAL DUE FOR THIS MATTER .............................................$      1,620.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      1,620.50


                ACCOUNTS ARE DUE UPON RECEIPT



ICEMILLER

LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 481170     Page 1
March 25, 2004

FOR SERVICES RENDERED THROUGH March 25, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

02/18/04    Reviewed pleadings, notices and orders issued in case
            (1.0).
    H. Efroymson        XVI             1.00 hrs.        355.00/hr   $       355.00

02/19/04    Reviewed pleadings and orders filed in Auburn Foundry
            case, and message from U.S. Trustee's Office regarding
            change in Official Creditors' Committee membership and
            chair (.4).
    H. Efroymson        XVI              .40 hrs.        355.00/hr   $       142.00

02/20/04    Telephone conference with attorney for Auburn Foundry
            regarding background on case (.3). Telephone conference
            from attorney for Bank of America regarding case (.3).
    H. Efroymson        XVI              .60 hrs.        355.00/hr   $       213.00

02/20/04    Reviewed notes on First Day Hearing (.3); spoke with
            committee chairman regarding case administrating issues
            and set-up conference call with Committee members (.4).
    B. T. Caughey       VIII             .70 hrs.        210.00/hr   $       147.00

02/23/04    Lengthy telephone conference with attorney for Bank of
            America regarding concerns over Chapter 11, and reviewed
            memorandum from same (.8).
    H. Efroymson        XVI              .80 hrs.        355.00/hr   $       284.00

02/24/04    Lengthy telephone conference with counsel for Debtor and
            DIP lenders regarding background on case and issues (.8).
    H. Efroymson        XVI              .80 hrs.        355.00/hr   $       284.00

02/25/04    Reviewed memorandum and letter from counsel for Debtor
            regarding proposal from bank (.3); prepared Application
            for Payments on Monthly Basis (.4).
    H. Efroymson        XVI              .70 hrs.        355.00/hr   $       248.50

02/26/04    Reviewed Notices of Corrected Entries from Court (.1);
            reviewed Order Extending Time to File Schedules, and dated
            up (.1); completed preparation of Application and Order on
            Monthly Fees (.3); prepared for hearings on cash use and
            financing (1.0).
    H. Efroymson        XVI             1.50 hrs.        355.00/hr   $       532.50

Unsecured Creditors' Committee of Auburn                    Invoice 481170    Page 2
Foundry, Inc.

02/27/04    Reviewed papers filed by GM (.1).
            H. Efroymson        XVI              1.00 hrs.      355.00/hr  $      355.00

03/02/04    Reviewed papers filed by Union (.1); reviewed Appearance
            filed by Shambaugh & Sons (.1).
            H. Efroymson        XVI               .20 hrs.      355.00/hr  $       71.00

03/05/04    Reviewed bank request for position and information from
            members of Committee, and responded (.3); telephone
            conference with attorneys for Debtor regarding same (.2).
            H. Efroymson        XVI               .50 hrs.      355.00/hr  $      177.50

03/08/04    Communications with attorneys for Debtor regarding need
            for business plan, financial data (.2); reviewed Bank's
            Withdrawal of Motion to Appoint Trustee (.1); reviewed
            Appearance filed by Fox Contractors (.1); reviewed
            adequate protection motion filed by Bank, and notice (.5).
            H. Efroymson        XVI               .90 hrs.      355.00/hr  $      319.50

03/09/04    Reviewed orders from court on Motion to Intervene, other
            procedural matters (.2); telephone call from attorney for
            Bank regarding various issues (.7); advised Committee of
            same (.1).
            H. Efroymson        XVI              1.00 hrs.      355.00/hr  $      355.00

03/11/04    Communications with counsel for Debtor regarding potential
            continuance of adequate protection hearing, BBK inquiries
            (.2); reviewed document production request, deposition
            notices and interrogatories from Bank, and telephone
            conference with attorney for Bank regarding same (.6).
            H. Efroymson        XVI               .80 hrs.      355.00/hr  $      284.00

03/12/04    Communications with attorney for Debtor regarding
            discovery by Bank (.2); reviewed Notice of Appearance from
            City of Auburn (.1); attention to deadline for filing
            Schedules and Statement of Financial Affairs (.1);
            Communications with attorneys for Bank and Debtor
            regarding continuance of cash collateral and financing
            hearings into April (.3); provided input on terms of
            extended cash collateral and financing orders (.1);
            reviewed papers filed by Bendix Commercial Vehicle Systems
            (.1).
            H. Efroymson        XVI               .90 hrs.      355.00/hr  $      319.50

03/13/04    Communications with attorneys for Debtor and Bank
            regarding discovery, hearings, bankruptcy issues.
            H. Efroymson        XVI               .30 hrs.      355.00/hr  $      106.50

03/15/04    Reviewed Schedules and Statement of Financial Affairs
            filed by the Debtor and prepared list of issues (1.2);
            reviewed proposed discovery procedures and scheduling
            order (.3).
            H. Efroymson        XVI              1.50 hrs.      355.00/hr  $      532.50

03/16/04    Reviewed Notice of Noncompliance from court.
            H. Efroymson        XVI               .10 hrs.      355.00/hr  $       35.50

Unsecured Creditors' Committee of Auburn                    Invoice 481170      Page 3
Foundry, Inc.


03/17/04      Investigated status of notices/hearings on applications to
              engage counsel, pay fees.
      H. Efroymson           XVI                .20 hrs.      355.00/hr  $       71.00

03/18/04      Communications from attorney for Debtor regarding status
              of notices and orders (.1); reviewed orders (.1); reviewed
              papers filed by General Motors (.1); communications with
              attorneys for Debtor and Bank regarding denial of Motion
              to Shorten Notice (.3).
      H. Efroymson           XVI                .60 hrs.      355.00/hr  $      213.00

03/19/04      Attention to impending deadline on Notice for Adequate
              Protection Motion (.1); additional discussions between
              counsel regarding hearings on amended Orders (.2);
              reviewed Order from Court denying Motion to Shorten Notice
              (.2); reviewed statements of compensation, and forwarded
              to Committee members for comment (.3); telephone call from
              attorney for Debtor regarding procedure on Agreed Entries
              (.2).
      H. Efroymson           XVI               1.00 hrs.      355.00/hr  $      355.00

03/22/04      Telephone call from counsel for bank regarding adequate
              protection hearing and other issues (.2).
      H. Efroymson           XVI                .20 hrs.      355.00/hr  $       71.00

03/23/04      Attention to report on 341 Meeting, and communications
              with Committee regarding same (.3); prepared for hearings
              (.6); participated in hearings on various matters (.8);
              conference with attorney for bank regarding BBK and
              auditor (.2).
      H. Efroymson           XVI               1.90 hrs.      355.00/hr  $      674.50

03/24/04      Reviewed Court docket entry on hearing (.1); attention to
              administrative expenses (.1); telephone call from creditor
              regarding Committee constituency (.2).
      H. Efroymson           XVI                .40 hrs.      355.00/hr  $      142.00


                         Summary of Fees

                              Hours       Rate/Hr       Dollars

          B. T. Caughey        0.70        210.00         147.00
          H. Efroymson        17.30        355.00       6,141.50
                     TOTAL    18.00        349.36       6,288.50


TOTAL Fees for Professional Services ...................................$     6,288.50


TOTAL DUE FOR THIS MATTER ..............................................$     6,288.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$     6,288.50



Unsecured Creditors' Committee of Auburn                    Invoice 481171    Page 1
Foundry, Inc.                                                      March 25, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203


             FOR SERVICES RENDERED THROUGH March 25, 2004
                    Federal ID #35-0874357

             OUR MATTER # 21926.0006
             Claims Administration & Objections
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


02/20/04    Reviewed pleadings, credit agreements and loan documents,
            and arranged for UCC search (1.4).
       H. Efroymson        XVI            1.40 hrs.       355.00/hr   $       497.00

02/23/04    Continued review of loan documents, Proofs of Claim,
            pleadings and orders (1.0).
       H. Efroymson        XVI            1.00 hrs.       355.00/hr   $       355.00

02/25/04    Reviewed bank loan documents and UCC search (1.3).
       H. Efroymson        XVI            1.30 hrs.       355.00/hr   $       461.50

03/01/04    Telephone call from creditor regarding filing Proof of
            Claim (.1); reviewed bank prepetition loan documents (.5).
       H. Efroymson        XVI             .60 hrs.       355.00/hr   $       213.00

03/16/04    Reviewed results of UCC search, and compared to loan
            documents.
       H. Efroymson        XVI             .80 hrs.       355.00/hr   $       284.00


                         Summary of Fees

                              Hours        Rate/Hr        Dollars

            H. Efroymson       5.10         355.00       1,810.50
                     TOTAL     5.10         355.00       1,810.50


TOTAL Fees for Professional Services ...................................$     1,810.50


TOTAL DUE FOR THIS MATTER .............................................$      1,810.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      1,810.50



                    ACCOUNTS ARE DUE UPON RECEIPT

# ICEMILLER

LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 481172      Page 1
March 25, 2004

FOR SERVICES RENDERED THROUGH March 25, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Name | | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 02/19/04 | Conference with Citizens Gas regarding employment (.1); attention to preparation of employment documents (.3). | | | | | | |
| | | H. Efroymson | XVI | .40 hrs. | 355.00/hr | $ | 142.00 |
| 02/20/04 | Prepared Application to Employ Committee counsel, Affidavit in Support thereof, and Order thereon. | | | | | | |
| | | B. T. Caughey | VIII | 1.90 hrs. | 210.00/hr | $ | 399.00 |
| 02/23/04 | Revised employment of counsel documents and communicated with Committee Chair regarding the same (.3). | | | | | | |
| | | B. T. Caughey | VIII | .30 hrs. | 210.00/hr | $ | 63.00 |
| 02/24/04 | Investigated procedures required by Judge Grant regarding filing Application to Employ (1). | | | | | | |
| | | M. Wilson | VII | 1.00 hrs. | 195.00/hr | $ | 195.00 |
| 02/25/04 | Finalized employment application filings and coordinated electronic filing of same (.7). | | | | | | |
| | | B. T. Caughey | VIII | .70 hrs. | 210.00/hr | $ | 147.00 |
| 02/25/04 | Telephone call to bankruptcy court confirming no requirements for noticing and hearing for fee applications (.2). | | | | | | |
| | | M. Wilson | VII | .20 hrs. | 195.00/hr | $ | 39.00 |
| 02/26/04 | Reviewed creditor lists for disclosure purposes (.5). | | | | | | |
| | | H. Efroymson | XVI | .50 hrs. | 355.00/hr | $ | 177.50 |
| 02/27/04 | Coordinated electronic filing of committee request for interim reimbursement of fees. | | | | | | |
| | | B. T. Caughey | VIII | .40 hrs. | 210.00/hr | $ | 84.00 |
| 03/01/04 | Prepared Supplemental Disclosure of Efroymsen and coordinated electronic filing of the same (.8). | | | | | | |
| | | B. T. Caughey | VIII | .80 hrs. | 210.00/hr | $ | 168.00 |
| 03/01/04 | Attention to preparation and submission of Supplemental Affidavit (.2). | | | | | | |
| | | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

One American Square   Box 82001   Indianapolis, IN 46282-0002   P 317-236-2100   F 317-236-2219   www.icemiller.com
Indianapolis · Chicago · Washington, D.C.

Unsecured Creditors' Committee of Auburn                        Invoice 481172    Page 2
Foundry, Inc.

03/02/04     Prepared letter to attorneys for bank regarding audit
             expense (.2); telephone call to attorney for Debtor
             regarding need for business plan (.2); reviewed
             communications between Debtor and bank regarding stay
             relief (.2); telephone conference with attorney for bank
             regarding prospects for reorganization (.2).

    H. Efroymson        XVI              .80 hrs.      355.00/hr   $      284.00

                           Summary of Fees

                                  Hours      Rate/Hr       Dollars

             B. T. Caughey          4.10       210.00        861.00
             H. Efroymson           1.90       355.00        674.50
             M. Wilson              1.20       195.00        234.00
                       TOTAL        7.20       245.76      1,769.50

TOTAL Fees for Professional Services ...................................$    1,769.50


TOTAL DUE FOR THIS MATTER .............................................$    1,769.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    1,769.50


                    ACCOUNTS ARE DUE UPON RECEIPT

# ICE**M**ILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn                          Invoice 481173    Page 1
Foundry, Inc.                                                       March 25, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH March 25, 2004
                      Federal ID #35-0874357

              OUR MATTER # 21926.0010
              Financing
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


02/20/04    Telephone conference with attorney for post-petition
            lenders regarding same (.2).
      H. Efroymson        XVI             .20 hrs.        355.00/hr  $        71.00

02/23/04    Communicated with counsel for DIP lender regarding post
            petition credit documents (.2).
      B. T. Caughey       VIII            .20 hrs.        210.00/hr  $        42.00

02/24/04    Reviewed and discussed communications from lenders and
            counsel for the debtors regarding DIP financing issues.
      B. T. Caughey       VIII            .20 hrs.        210.00/hr  $        42.00

02/24/04    Reviewed Bank of America's Objections to Final Cash
            Collateral and Borrowing Orders (.5); reviewed letter from
            attorney for Bank of America to Debtor and DIP lenders
            (.3); communications with attorney for bank regarding new
            proposal on cash use and borrowing (.3).
      H. Efroymson        XVI            1.10 hrs.        355.00/hr  $       390.50

02/25/04    Reviewed and commented on revisions to DIP package (.2).
      B. T. Caughey       VIII            .20 hrs.        210.00/hr  $        42.00

02/25/04    Forwarded communications to Committee (.1); prepared
            letter to attorney for AFI Lending regarding Borrowing
            Order concerns (.6); analyzed proposed Cash Collateral
            Order (.4); reviewed Debtor's Response to Bank's Cash
            Collateral Objection, and reviewed case law cited in
            Response (.6); reviewed letter from attorney for DIP
            lender (.2).
      H. Efroymson        XVI            1.90 hrs.        355.00/hr  $       674.50

02/26/04    Negotiations with Debtor, DIP lender and bank regarding
            cash collateral and financing issues (1.2); prepared
            letter to attorneys for DIP lender regarding evidence of
            ability to perform and fees for funds controlled by law
            firm (.2).
      H. Efroymson        XVI            1.40 hrs.        355.00/hr  $       497.00

02/27/04    Telephone conferences with attorneys for DIP lender and
            Debtor regarding hearing (.4); participated in hearings on

Unsecured Creditors' Committee of Auburn                    Invoice 481173    Page 2
Foundry, Inc.

cash collateral and financing (5.0); meetings with
attorneys for Debtor, DIP lender, Bank and Chair of
Committee regarding financing and cash collateral issues
(1.0); reviewed bank's reply to Debtor's Response to
Bank's Objection to Final Cash Collateral Motion (.2).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | 6.60 hrs. | 355.00/hr | $ | 2,343.00 |

03/01/04    Reviewed revised Interim Cash Collateral Order submitted
            by Debtor (.1); telephone conferences with attorneys for
            AFI Lending regarding Financing Order (.2); prepared
            letter to Committee members regarding same (.2);
            negotiations over new draft of Financing Order (.8).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | 1.30 hrs. | 355.00/hr | $ | 461.50 |

03/02/04    Reviewed memorandum from Debtor's counsel with revised DIP
            Financing Order, and responded (.3).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ | 106.50 |

03/04/04    Reviewed message from attorney for DIP Lender, with final
            Financing Order, and approved same; reviewed and responded
            to memorandum from bank counsel regarding daily audits.

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .80 hrs. | 355.00/hr | $ | 284.00 |

03/05/04    Communications with Committee and Bank regarding cash
            collateral issues, audit fees.

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .60 hrs. | 355.00/hr | $ | 213.00 |

03/09/04    Reviewed proposed Order on Bank's Adequate Protection
            Motion (.1); telephone conference with attorney for Debtor
            regarding same, DIP loan status (.2); reviewed Notice of
            Pretrial Conference on Adequate Protection Motion, and
            dated up (.1).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .40 hrs. | 355.00/hr | $ | 142.00 |

03/11/04    Reviewed signed Amended Interim Order on Financing from
            court.

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .10 hrs. | 355.00/hr | $ | 35.50 |

03/13/04    Prepared Objection to Bank Motion for Adequate Protection.

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .60 hrs. | 355.00/hr | $ | 213.00 |

03/15/04    Reviewed drafts of new Interim Cash Use Agreement and
            related papers, and communicated with attorneys for Bank
            and Debtor regarding same (.3); reviewed new Financing
            Order and commented on same (.2).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .50 hrs. | 355.00/hr | $ | 177.50 |

03/17/04    Reviewed final versions of financing and cash collateral
            orders and memoranda from attorney for Debtor (.8);
            communications with attorneys for Debtor and Bank
            regarding same (.2); reviewed new budget (.2).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | 1.20 hrs. | 355.00/hr | $ | 426.00 |

Unsecured Creditors' Committee of Auburn                    Invoice 481173    Page 3
Foundry, Inc.

### Summary of Fees

|                |        | Hours | Rate/Hr | Dollars  |
|----------------|--------|-------|---------|----------|
| B. T. Caughey  |        | 0.60  | 210.00  | 126.00   |
| H. Efroymson   |        | 17.00 | 355.00  | 6,035.00 |
|                | TOTAL  | 17.60 | 350.06  | 6,161.00 |

TOTAL Fees for Professional Services ...................................$    6,161.00

TOTAL DUE FOR THIS MATTER ..............................................$    6,161.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    6,161.00

ACCOUNTS ARE DUE UPON RECEIPT

# ICEMILLER

LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn                Invoice 481174    Page 1
Foundry, Inc.                                           March 25, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


          FOR SERVICES RENDERED THROUGH March 25, 2004
                   Federal ID #35-0874357

          OUR MATTER # 21926.0015
          Costs
          Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

| | | | | |
|---|---|---|---|---:|
| 02/27/04 | E108 | 02/26/04  Postage Expense | $ | 1.85 |
| 03/01/04 | | Travel Expenses - - Vendor:Henry A. Efroymson 2/27/04 Travel expense for mileage to Fort Wayne, IN for hearings.  255 miles. | $ | 95.63 |
| 03/12/04 | E108 | 03/01/04  Postage Expense | $ | 3.00 |
| 03/12/04 | E108 | 03/01/04  Postage Expense | $ | 2.59 |
| 03/24/04 | E108 | Postage Expense -2/26 | $ | 3.70 |
| 03/24/04 | E108 | Postage Expense -2/26 | $ | 2.22 |
| 03/24/04 | E108 | Postage Expense -2/25 | $ | 7.47 |
| 03/24/04 | E108 | Postage Expense -3/15 | $ | 19.75 |
| | | Fax Expense | $ | 9.00 |
| | | Long Distance | $ | 8.00 |
| | | Photocopies | $ | 158.22 |

TOTAL Itemized Charges ............................................. $      311.43


TOTAL DUE FOR THIS MATTER ......................................... $      311.43


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................ $      311.43


                    ACCOUNTS ARE DUE UPON RECEIPT

One American Square    Box 82001    Indianapolis, IN 46282-0002    P 317-236-2100    F 317-236-2219    www.icemiller.com
Indianapolis    Chicago    Washington, D.C.