UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC.    ) | CASE NO.    04-10427 |
| ) | |
| Debtor | |

**O R D E R**

At Fort Wayne, Indiana, on July 1, 2004.

The notice of motion and opportunity to object which debtor (hereinafter "movant") served in connection with its amended motion for approval of insurance finance agreement does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

a. The notice does not correctly state the date upon which the motion was filed. N.D. Ind. L.B.R. B-2002-2(c)(2) (the motion was filed on May 20, 2004 while the notice refers to a motion filed on May 26, 2004).

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file proof thereof within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court