UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**SECOND AMENDED MOTION TO EXTEND EXCLUSIVITY PERIOD**

Auburn Foundry, Inc. ("AFI" or the "Debtor"), Debtor-in-Possession herein, by counsel, submits this Second Amended Motion to Extend Exclusivity Period (the "Motion"), pursuant to §§ 1121(b), (c), and (d) of the Bankruptcy Code.  After filing its original motion, the Debtor obtained the consent of its Senior Lenders to a thirty (30) day extension of the exclusivity period, as reflected in an amended motion filed herein on June 7, 2004 seeking an extension of such period to July 7, 2004.  As of the date of this filing, the Senior Lenders have consented to an additional extension to and include July 12, 2004.  The Debtor respectfully seeks an order extending the exclusivity period until July 12, 2004, effective *nunc pro tunc* as of the date such period was originally set to expire, June 7, 2004, and in support thereof states as follows:

1. On February 8, 2004, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is operating its business and managing its financial affairs as Debtor-in-Possession.

3. The Debtor's exclusivity period (the "Exclusivity Period") for filing a Plan was originally set to expire on or about 120 days from the Petition Date, which was June 7, 2004. That time has expired, but the Debtor filed a timely motion, as amended, to extend the Exclusivity Period.

FWIMAN1 345034v1

4. The Debtor is completing work on a proposed Plan and is completing negotiations with its Senior Lenders for exit financing. The Debtor anticipates filing its Plan within the next five (5) days and has obtained consent from its Senior Lenders for an additional five (5) day extension of the filing date requirement contained in the Cash Use/DIP Agreement. Thus, the Debtor seeks to enlarge the exclusivity period for five (5) days to and include July 12, 2004, in addition to the thirty (30) days it requested in its amended motion, within which to file its Plan.

5. Since the Chapter 11 filing, the Debtor has consistently operated within the confines of its Court-approved cash use budgets. It has met or exceeded its performance objectives. It has also maintained strong relationships with vendors and customers, as evidenced by a long-term supply contract the Debtor entered into with General Motors Corporation, one of its major customers, which this Court approved.

6. Between May 12 and 13, 2004, the Court entered Final Orders regarding use of cash collateral, Senior DIP Financing and Junior DIP Financing. Taken together, these orders grant the Debtor permission to use cash collateral through and including August 31, 2003. They also provide the Debtor with sufficient DIP Financing to fund its operations, consistent with its budget, during the Plan confirmation process. The Cash Use Agreement attached to the Final Orders, as amended by the parties thereto, requires, as a condition to further cash use, that a Plan and Disclosure Statement be filed not later than July 7, 2004. The Senior Lenders have agreed to extend that date to July 12, 2004.

7. The Debtor also requests that in the event any party objects to the relief requested herein, the Exclusivity Period be extended pending a hearing on such objections, and that, in any event, relief be entered *nunc pro tunc* effective June 7, 2004.

8. Cause exists for the extension sought herein.

9. Notice of this Motion shall be given to the United States Trustee, and all creditors and parties in interest pursuant to Bankruptcy Rule 2002.

WHEREFORE, the Debtor respectfully requests that the exclusivity period for filing and soliciting a Plan be extended to and include July 12, 2004 and August 12, 2004, respectively, effective *nunc pro tunc* as of June 7, 2004, and for all other just and proper relief.

        BAKER & DANIELS

        By: /s/ John R Burns, III
          John R Burns, III (#3016-02)
          Mark A. Werling (#20426-02)
          111 East Wayne Street, Suite 800
          Fort Wayne, Indiana 46802
          john.burns@bakerd.com
          mark.werling@bakerd.com
          Telephone: (260) 424-8000
          Facsimile: (260) 460-1700

        ATTORNEYS FOR THE DEBTOR,
        AUBURN FOUNDRY, INC.