IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Second Amended Motion to Extend Exclusivity Period (the "Motion"), and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause. Effective June 7, 2004, *nunc pro tunc*, the Debtor's deadline for filing a Plan and soliciting acceptance thereof are extended to July 12, 2004 and August 12, 2004, respectively.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.


_____
Judge, United States Bankruptcy Court


FWIMAN1 345038v1