UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## CERTIFICATE OF SERVICE

I certify that a copy of the Amended Notice of Motion and Opportunity to Object to Amended Motion for Approval of Insurance Finance Agreement with Security Interest, Adequate Protection, and Modification of the Automatic Stay, along with the Court's Order preliminarily granting the amended motion pending final approval was served first-class United States mail, postage prepaid, on July 8, 2004 upon the following parties or counsel:

| | | |
|---|---|---|
| 3M Valley<br>600 E. Meigs<br>P.O. Box 368<br>Valley, NE  68064-0368 | A-1 Janitorial Service<br>PO Box 241<br>Waterloo, IN  46793 | ABB Inc.<br>9000 Regency Park, Suite 300<br>Cary, NC  27511 |
| Acordia<br>PO Box 885<br>Ft Wayne, IN  46801-0885 | Addis Inc<br>3721 Lee Road<br>Cleveland, OH  44120 | Admetco<br>7625 Vicksburg Pike<br>Fort Wayne, IN  46850 |
| Aero-Motive Manufacturing Co<br>5688 East ML Ave<br>PO Box 2678<br>Kalamazoo, MI  49001 | AFS Northeast Indiana Chapter<br>IN | Air Products and Chemicals Inc.<br>ATTN:  Tom Jacob   A6313<br>7201 Hamilton Blvd.<br>Allentown, PA  18195 |
| Air Technics Inc<br>2652 Merrimont Drive<br>Troy, OH  45373 | Airtech Environmental Services<br>601A Country Club Drive<br>Bensenville, IL  60106 | Allen Pattern Works Inc<br>616 East Wallace Street<br>PO Box 10540<br>Fort Wayne, IN  46803 |
| Alro Steel Corporation<br>PO Box 10360<br>2211 Freeman<br>Ft Wayne, IN  46851-0360 | American Bio Medica Corporation<br>122 Smith Road<br>Kinderhook, NY  12106 | American Wire Rope And Sling<br>3122 Engle Road<br>Ft Wayne, IN  46809 |

FWIMAN1 339196v1

| | | |
|---|---|---|
| Antibus Scales & Systems<br>4809 Illinois Road<br>Ft Wayne, IN  46804 | Applied Metals & Machine Works<br>1036 St Marys Ave<br>Ft Wayne, IN  46808 | Arab Pest Control<br>1130 Pion Road<br>Fort Wayne, IN  46825 |
| Arrow Fence Company Inc<br>318 Edgewood Avenue<br>Ft Wayne, IN  46805 | Arrow Services Inc<br>4121 Northrup<br>Ft Wayne, IN  46805 | Ashland Inc.<br>Collection Dept.   DS3<br>P.O. Box 2219<br>Columbus, OH  43216 |
| Auburn City Utilities<br>ATTN:  W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 | Auburn Cord Duesenberg<br>Museum<br>1600 South Wayne Street<br>Auburn, IN  46706-0271 | Auburn Inn<br>225 Touring Drive<br>Auburn, IN  46706 |
| Austin Petroleum Inc.<br>99 E. Joe Street<br>Huntington, IN  46750 | Auto Electric<br>709 E Washington<br>Ft Wayne, IN  46802 | Automatic Data Processing<br>Of Indianapolis Inc<br>P O Box 80419<br>Indianapolis, IN  46280-0419 |
| Aztec Millennium Supply, Inc<br>8411 Mayhew Road<br>Fort Wayne, IN  46835 | Baden, Gage & Schroeder, LLC<br>6920 Pointe Inverness Way<br>Suite 300<br>Fort Wayne, IN  46804 | Baker & Daniels<br>111 E Wayne Street<br>Suite 800<br>Ft Wayne, IN  46802 |
| Bassett Office Supply Inc<br>509 South Main Street<br>PO Box 665<br>Auburn, IN  46706 | Bayard Advertising<br>902 Broadway, 10th Floor<br>New York, NY  10010 | BBC Pump And Equipment Co Inc<br>777 N. Tibbs Ave.<br>PO Box 22098<br>Indianapolis, IN  46222 |
| Beardsley And Piper<br>751 Shoreline Drive<br>Aurora, IL  60504 | Belcon Corp.<br>P.O. Box 4763<br>Oak Brook, IL  60522-4763 | BGR Inc<br>25703 Springfield Center Road<br>Harlan, IN  46743 |
| Bisbee Infrared Services<br>1304 W Michigan<br>Box 51<br>Jackson, MI  49204 | Bliss Clearing Niagra, Inc<br>683 Northland Avenue<br>Buffalo, NY  14211 | Blue Flame Of Waterloo<br>US 6 East<br>PO Box 428<br>Waterloo, IN  46793 |
| Bobcat of Fort Wayne, Inc.<br>3630 Goshen Road<br>Ft Wayne, IN  46818 | Bohl Crane Inc<br>1930 Lakeview Drive<br>Ft Wayne, IN  46808 | Bohren Logistics, Inc.<br>325 N. Taylor Road<br>Garrett, IN  46738 |

| | | |
|---|---|---|
| Bostwick-Braun Company<br>1946 N. 13th Street<br>Toledo, OH  43624 | B-P Industrial Division<br>8432 Central Ave<br>Suite 3<br>Sylvania, OH  43560 | BPC - Bell Packaging Corporation<br>PO Box 3006<br>Marion, IN  46953-0333 |
| Brake Materials & Parts Inc<br>800 Sherman At Pape<br>Ft Wayne, IN  46808 | Bread Basket<br>115 North Main Street<br>Auburn, IN  46706 | Brechbuhler Scales<br>3306 Cavalier Drive<br>Fort Wayne, IN  46808 |
| Brehob Corporation<br>P.O. Box 2023<br>Indianapolis, IN  46225 | Brian's Automotive Center<br>1110 South Grandstaff Drive<br>Auburn, IN  46706 | Bristal Metal Products, Inc.<br>3000 Lebanon Church Road<br>West Mifflin, PA  15122 |
| Business Impressions<br>509 S Main St<br>P O Box 959<br>Auburn, IN  46706 | C Miller & Sons Inc<br>6707 Gabion Way<br>Ft Wayne, IN  46818 | C.A. Picard International<br>Surface Engineering Division<br>689 Sugar Lane<br>Elyria, OH  44035 |
| Calar Ace Hardware<br>P.O. Box 458<br>Syracuse, IN  46567 | CAMS, Inc<br>495 Village Park Drive<br>Powell, OH  43065 | Canteen<br>2715 American Way<br>Fort Wayne, IN  46809 |
| Carpenter Brothers Inc.<br>6120 Norton Center Dr.<br>Muskegon, MI  49441 | Carper Farm Supply Inc<br>PO Box 159<br>Ashley, IN  46705 | Carrier Vibrating Equipment Inc.<br>P.O. Box 37070<br>Louisville, KY  40233-7070 |
| Cascade Pattern Company<br>5191 Ternes Avenue<br>Elyria, OH  44035 | CC Metals And Alloys Inc<br>University Corporate Centre<br>300 Corporate Parkway - 216N<br>Amherst, NY  14226 | Certanium Alloys and Research<br>6510 Northpark Blvd.<br>Charlotte, NC  28216 |
| Certified Reducer Rebuilders<br>32079 Milton<br>Madison Heights, MI  48071 | Ceruti's Catering<br>615 Professional Way<br>Kendallville, IN  46755 | Cincinnati Plus<br>Parts Division<br>4701 Marburg Avenue<br>Cincinnati, OH  45209 |
| Citizens Gas & Coke<br>2020 North Meridian Street<br>Indianapolis, IN  46202 | City Of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN  46706-1839 | Classic City Automotive Inc<br>503 Michigan Avenue<br>Auburn, IN  46706 |

| | | |
|---|---|---|
| Clean Conveyor Solutions<br>Division of CVP Group, Inc.<br>PO Box 67<br>Willow Springs, IL  60480-0067 | Complete Drives Inc<br>6419 Discount Drive<br>Ft Wayne, IN  46818 | Complete Maintenance &<br>Staffing,Inc<br>5405 Hursh Road<br>Fort Wayne, IN  46845 |
| Comtronix Corporation<br>2213 East 45th Street<br>Indianapolis, IN  46205-2297 | Consolidated Industries<br>6228 Holly Oak Dr<br>Ft Wayne, IN  46818 | Copper And Brass Sales Inc<br>530 Northfield Dr<br>Brownsburg, IN  46112 |
| Core Tech Inc<br>6000 Old Maumee Rd<br>Ft Wayne, IN  46803 | Cotterman Company<br>130 Seltzer Road<br>Croswell, MI  48422 | Covington Box & Packaging<br>c/o Beckman Lawson, LLP<br>ATTN:  Howard B. Sandler, Esq.<br>P.O. Box 800<br>Fort Wayne, IN  46801-0800 |
| Crosible Inc<br>P.O. Box 271<br>Moravia, NY  13118 | Crouse Cartage Co<br>PO Box 586<br>Carroll, IA  51401-0586 | Crown Group<br>4301 Engle Road<br>Fort Wayne, IN  46804 |
| Crown Lift Trucks<br>1919 Research Drive<br>Fort Wayne, IN  46808 | Crystal Clean<br>c/o Petroleum Management<br>7901 West Morris St<br>Indianapolis, IN  46231 | Current Inc<br>2120 E. Washington<br>Suite A<br>Ft Wayne, IN  46803-1329 |
| Curtis 1000 Inc<br>PO Box 11271<br>Ft Wayne, IN  46856 | Custom Engineering &<br>Fabrication<br>1631 East Pontiac Street<br>Fort Wayne, IN  46803 | D.A.S. Services, Inc.<br>2310 West 175 North<br>Angola, IN  46703 |
| Dauber Company Inc<br>577 North 18th Road<br>Tonica, IL  61370 | David J. Joseph Company<br>659 Van Meter Street<br>Suite 530<br>Cincinnati, OH  45202 | DeKalb Engineering<br>700 E Quincy Street<br>Garrett, IN  46738 |
| Diamond Power Specialty Company<br>2520 East Main Street<br>PO Box 787<br>Lancaster, OH  43130-0787 | Dictating & Time Systems<br>2212 South Calhoun Street<br>Ft Wayne, IN  46802 | Dietert Foundry Testing Inc<br>9190 Rose Lawn Ave.<br>Detroit, MI  48204 |
| Digital Communication Products,Inc.<br>3720 South Calhoun Street<br>PO Box 12107<br>Ft Wayne, IN  46807 | Digital Reprographics, Inc.<br>105 Chambeau Road<br>Ft Wayne, IN  46805 | DISA Industries Inc.<br>ATTN:  Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL  60543 |

| | | |
|---|---|---|
| Diversified Pattern & Eng Co Inc<br>100 Progress Way<br>PO Box 230<br>Avilla, IN  46710-0230 | Doall South Bend Co Inc<br>802 S. Beiger St.<br>Mishawaka, IN  46544 | Don R Fruchey Inc<br>c/o Kent C. Litchin<br>Grossman & Litchin LLP<br>1600 Lincoln Tower<br>Fort Wayne, IN  46802 |
| Dorsch Tool & Eng Co<br>3419 Georgetown Rd<br>Indianapolis, IN  46224 | DR Lubricants Inc<br>4611 Newaygo Road<br>Suite D<br>Ft Wayne, IN  46825 | Duca Manufacturing Inc<br>761 Mcclurg Road<br>Boardman, OH  44512 |
| Duffy Office Products<br>7712 Lima Road<br>Fort Wayne, IN  46818 | Duraflo Equipment Company, Inc.<br>3910-B Culligan Avenue<br>Indianapolis, IN  46218 | Eagle Fountain Works, Inc.<br>8 Winchester Road<br>Ormond Beach, FL  32174 |
| Eastern Engineering Supply Inc<br>2810 North Wheeling<br>Muncie, IN  47303 | Eclectric Company<br>18315 Richey Lane<br>Huntertown, IN  46748 | Edglo Laboratories Inc<br>2121 East Washington Blvd<br>Ft Wayne, IN  46803 |
| Edwards Medical<br>495 Woodcreek Drive<br>Bolingbrook, IL  60440 | E-Filliate<br>11321 White Rock Road<br>Rancho Cordova, CA  95742 | Eirich Machines Inc<br>4033 Ryan Rd<br>Gurnee, IL  60031 |
| Elkem Metals Inc.<br>P O Box 266<br>Pittsburgh, PA  15230-0266 | Ely Crane & Hoist<br>1247 East 222nd Street<br>Euclid, OH  44117 | Emed Company Inc<br>PO Box 369<br>Buffalo, NY  14240-0369 |
| Emergency Radio Service<br>4410 Earth Drive<br>Fort Wayne, IN  46809 | Empire Refractory Sales Inc<br>3525 Metro Drive<br>Ft Wayne, IN  46818 | Employer's Security Inc<br>PO Box 1045<br>Elkhart, IN  46515 |
| Enco Manufacturing Company, Inc.<br>P.O. Box 357<br>Farmingdale, NY  11735 | Engineered Tooling Inc<br>PO Box 48<br>Albion, IN  46701 | Enviro Control Metals<br>650 Chestnut Street S.W.<br>Grand Rapids, MI  49503 |
| Epic Machine<br>201 Industrial Way<br>Fenton, MI  48430 | Ernst and Young LLP<br>PO Box 710884<br>Cincinnati, OH  45271-0884 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft Wayne, IN  46898-0165 |

| | | |
|---|---|---|
| Executone Information Systems, Inc.<br>ATTN: LCR DEPARTMENT<br>P.O. Box 52843<br>Phoenix, AZ 85072-2843 | Fairmount Minerals<br>P.O. Box 400<br>Bridgeman, MI 49106 | Falcon Foundry Co<br>PO Box 301<br>6th & Water Streets<br>Lowellville, OH 44436-0301 |
| Fargo Wear Inc<br>1801 Caniff Avenue<br>Detroit, MI 48212-2917 | Fire Protection Inc<br>750 W North St Suite C<br>PO Box 327<br>Auburn, IN 46706 | First Insurance Funding Corp.<br>450 Skokie Blvd.<br>Ste 1000, P.O. Box 3306<br>Northbrook, IL 60065-3306 |
| Flex-Pac, Inc.<br>7113 South Mayflower Park<br>Zionsville, IN 46077 | Franklin Capital Financial<br>Services<br>112 North Grant Street<br>North Aurora, IL 60542 | Foseco Inc<br>20200 Sheldon Road<br>Brook Park, OH 44142 |
| Four Seasons Lawnscape<br>1695 North Main Street<br>Auburn, IN 46706 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46809 | Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 |
| FMThur<br>8408 Manor Drive<br>Fort Wayne, IN 46825 | Freeman Mfg & Supply Company<br>27655 Groesbeck Hwy<br>Roseville, MI 48066 | Friskney Gear & Machine Corp<br>350 North Bridge Street<br>Corunna, IN 46730 |
| Ft Wayne Orthopaedics, LLC<br>PO Box 2526<br>Fort Wayne, IN 46801 | General Kinematics Corporation<br>5050 Rickert Road<br>Crystal Lake, IL 60014 | George E Booth Company<br>8202 W 10th St<br>Indianapolis, IN 46214-2432 |
| Goeglein's<br>7311 Maysville Road<br>Fort Wayne, IN 46815-8199 | Golden Rule Sanitation, Inc<br>9905 Kress Road<br>Roanoke, IN 46783 | W. W. Grainger, Inc.<br>7300 N. Melvina Ave. M530<br>Niles, IL 60714-3998 |
| Graycraft Signs Plus Inc<br>434 West 7th St<br>Auburn, IN 46706 | Great Lakes Carbon Corp<br>Four Greenspoint Plaza, Suite 2200<br>16945 Northchase Drive<br>Houston, TX 77060-2133 | Groholski Manufacturing<br>Solutions<br>PO Box 15742<br>Fort Wayne, IN 46885 |
| H A Smolen Company Inc<br>PO Box 9055<br>Highland, IN 46322 | H E C O Inc<br>3509 S Burdick St<br>Kalamazoo, MI 49001 | Haney's Glass Of Auburn<br>930 West 15th Street<br>Auburn, IN 46706 |

| | | |
|---|---|---|
| Harbor Metal Treating Co. of Indiana<br>PO Box 644<br>Benton Harbor, MI  49023 | Hartley Eng Control Systems<br>2400 Holly Road<br>Neenah, WI  54956 | Heraeus Electro-Nite Company<br>One Summit Square<br>1st Floor, Suite 100<br>Langhorne, PA  19047 |
| Hickman Williams & Company<br>Commerce Plaza<br>2015 Spring Road<br>Oak Brook, IL  60521 | Hill and Griffith Co/Indy<br>3637 Farnsworth<br>Indianapolis, IN  46241 | Hipsher Tool & Die, Inc<br>1593 S. State Road 115<br>Wabash, IN  46992 |
| Hook Industrial Sales Inc<br>2731 Brooklyn Ave.<br>PO Box 9177<br>Ft Wayne, IN  46899 | Hoosier Trailer & Truck Equip. Co.<br>4830 Todd Drive<br>Fort Wayne, IN  46803 | Hot Crews Inc<br>PO Box 13094<br>1615 South Monroe<br>Ft Wayne, IN  46803 |
| Hydronic & Steam Equip Co Inc<br>8950 Bash Street<br>Indianapolis, IN  46256 | Indiana Refractories Inc.<br>1624 Simons Street<br>Ft. Wayne, IN  46803 | Inductotherm Corp<br>10 Indel Ave<br>Rancocas, NJ  8073 |
| Industrial Ceramic Products<br>14401 Suntra Way<br>Marysville, OH  43040 | Industrial Marketing Inc.<br>114 W. Toledo Street<br>Fremont, IN  46737 | Industrial Specialties<br>9621 White Hill Ct<br>Ft Wayne, IN  46804-5953 |
| Industrial Tool Service Inc<br>612 Hayden Street<br>Fort Wayne, IN  46802 | Industrial Tube & Steel Corp<br>9911 Cresecent Park Drive<br>West Chester, OH  45069 | Industron Corporation<br>2044 Valleydale Terrace<br>Birmingham, AL  35244 |
| Ingersoll-Rand Air Center<br>Air Compressor Group<br>2516-I Industrial Park Drive<br>Goshen, IN  46526 | Inovis<br>Attn: Billing<br>2425 N. Central Expressway #900<br>Richardson, TX  75080 | Interlube Corporation<br>4646 Baker Avenue<br>Cincinnati, OH  45212-2594 |
| Intermec Media Products<br>9290 LeSaint Drive<br>Fairfield, OH  45014-5454 | International Quality<br>521 Cleveland<br>Lincoln Park, MI  48146 | International Surface Preparation<br>1606 Executive Dr<br>Lagrange, GA  30241 |
| Ircon Inc<br>7300 N. Natchez Ave.<br>Niles, IL  60714 | Ivy Tech<br>3800 North Anthony Blvd<br>Fort Wayne, IN  46805 | J & K Communications Inc.<br>222 S. Tower View Drive<br>Columbia City, IN  46725 |

| | | |
|---|---|---|
| J & L Industrial Supply<br>PO Box 3359<br>Livonia, MI  48151-3359 | J/E Bearing and Machine Ltd.<br>68 Spruce Street<br>P.O. Box 95<br>Tillsonburg, ON  N4G4H8 | Jackson-Hirsh Inc<br>700 Anthony Trail<br>Northbrook, IL  60062-2542 |
| J-Lenco Inc<br>664 N High Street<br>LaRue, OH  43332 | K M H Systems<br>6900 Poe Avenue<br>Dayton, OH  45414 | Kaltenbach, Inc.<br>6775 Inwood Drive<br>Columbus, IN  47202 |
| The New Keibler Thompson Corporation<br>Route 66 RR #2<br>Box 264A<br>Export, PA  15632 | Kendall Electric Inc<br>131 Grand Trunk Ave.<br>Battle Creek, MI  49016 | Kendallville Iron & Metal Inc<br>243 E Lisbon Road<br>PO Box 69<br>Kendallville, IN  46755 |
| Keramida Environmental Inc<br>330 N College Ave<br>Indianapolis, IN  46202 | Kone Inc.<br>433 Fernhill Ave<br>Ft Wayne, IN  46805-1039 | Korte Bros Inc<br>620 W Cook Rd<br>Ft Wayne, IN  46825-3324 |
| Korte Paper Co<br>1819 South Calhoun<br>Ft Wayne, IN  46857 | Kroger Food Stores<br>1001 West Seventh Street<br>Auburn, IN  46706 | Kustom Machining Inc.<br>P.O. Box 39<br>Leo, IN  46765 |
| L & D Industries<br>201 South Fulton<br>Auburn, IN  46706 | Lab Safety Supply Inc<br>PO Box 1368<br>Janesville, WI  53547-1368 | LBH Chemical & Industrial Supply<br>PO Box 8460<br>3009 Cannongate Drive<br>Ft Wayne, IN  46808-8460 |
| LDM, Loading Dock Maintenance,LLC<br>14819 Mill Road<br>Fort Wayne, IN  46816 | Leco Corporation<br>3000 Lakeview Avenue<br>St Joseph, MI  49085-2396 | LMI Technologies (USA), Inc.<br>21455 Suite 22 Melrose Ave.<br>Southfield, MI  48075 |
| Lougheed & Associates Inc<br>1017 S. Hadley Road<br>Ft Wayne, IN  46804 | Louis Padnos Iron & Metal Co<br>PO Box 1979<br>Holland, MI  49422-1979 | Lyman Steel Co<br>PO Box 28340<br>Cleveland, OH  44128 |
| MacAllister Machinery Co Inc<br>2418 Coliseum Blvd W<br>Ft Wayne, IN  46808-3648 | MacDonald Machinery Co Inc<br>3911 Limestone Drive<br>Fort Wayne, IN  46809 | Magma Foundry Technologies<br>2340 South Arlington Heights Road<br>Arlington Heights, IL  60005 |

| | | |
|---|---|---|
| Magneco/Metrel Inc<br>223 Interstate Road<br>Addison, IL  60101 | Mail-Well Envelope<br>Attn: Patty<br>4500 Tiedman Road<br>Cleveland, OH  44144 | Marjo Plastics<br>1081 Cherry Street<br>Plymouth, MI  48170 |
| Marposs<br>3300 Cross Creek Parkway<br>Auburn Hills, MI  48326 | Master Gage & Tool Co.<br>112 Maplewood Street<br>P.O. Box 3305<br>Danville, VA  24540 | Materials Handling Equip/Ft W<br>7433 US 30 East<br>Ft Wayne, IN  46803 |
| McLean Midwest Corporation<br>11611 Business Park Blvd. N.<br>Champlin, MN  55316 | McMahon Tire<br>1712 South Wayne Street<br>Auburn, IN  46706 | McMaster Carr Supply Company<br>200 Aurora Industrial PKWY<br>Aurora, OH  44202 |
| McNichols Company<br>ATTN:  Dwight Glisson<br>P.O. Box 30300<br>Tampa, FL  33630-3300 | Mellon Consultants<br>Two Pennsylvania Plaza<br>New York, NY  10121 | Metal Management<br>4431 West 130th Street<br>Cleveland, OH |
| Metaltec Steel Abrasive Co<br>41155 Joy Road<br>Canton, MI  48187 | Met-Pak Specialties, Inc<br>2701 S. Coliseum Blvd.<br>Suite 1172<br>Fort Wayne, IN  46803 | Metric and Multi-Standard Comp Corp<br>120 Old Saw Mill River Rd<br>Hawthorne, NY  10532-1599 |
| Meyer Industrial Service<br>616 W Maplewood Drive<br>Ossian, IN  46777 | Michiana Door<br>PO Box 45<br>Stroh, IN  46789-0045 | Mid-State Chemical & Supply Co.<br>2100 Greenbrier Lane<br>Indianapolis, IN  46218 |
| Midwest Air Filter, Inc.<br>3630 N. Wells Street<br>Fort Wayne, IN  46808 | Midwest Instrument Co Inc<br>ATTN:  Jeff Heimsch<br>P.O. Box 80<br>Hartland, WI  53029-0080 | Midwest Pipe & Steel Inc<br>PO Box 11558<br>Fort Wayne, IN  46859 |
| Miller and Company<br>Robert Overman<br>9700 West Higgins Road, Suite 1000<br>Rosemont, IL  60018 | Modern Equipment Company<br>336 South Spring Street<br>PO Box 266<br>Port Washington, WI  53074 | Monitor Mfg<br>Drawer AL-44W320<br>Keslinger Rd<br>Elburn, IL  60119 |
| Motion Industries Inc<br>1605 Alton Road<br>Birmingham, AL  35210 | MP Steel Indiana, LLC<br>PO Box 876<br>Kendallville, IN  46755 | MPB Industries<br>505 East 31st Street<br>Anderson, IN  46016 |

| | | |
|---|---|---|
| MSC Industrial Supply Co<br>75 Maxess Road<br>Melville, NY  11747 | Nadapro Inc<br>5020 Nob Road<br>Ft Wayne, IN  46825 | National Material Trading<br>1965 Pratt Blvd.<br>Elk Grove Village, IL  60007 |
| Neff Engineering Company Inc<br>7114 Innovation Blvd<br>Ft Wayne, IN  46898 | NES<br>8855 Byron Commerce<br>Byron Center, MI  49315 | Newark InOne<br>4410 Executive Blvd<br>Suite A<br>Ft Wayne, IN  46808 |
| Northstar Imaging, Inc<br>953 Westgate Drive<br>St. Paul, MN  55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT  84115 | Old Fort Supply Co Inc<br>Old Fort Way At 2000 Wayne Tr<br>Ft Wayne, IN  46803 |
| Omega Engineering Inc<br>One Omega Drive<br>PO Box 4047<br>Stamford, CT  06907-0047 | Omnisource Corporation<br>2453 Hill Avenue<br>Toledo, OH  43607 | Ossola Industrials Inc.<br>1740 W. Seventh Street<br>Granite City, IL  62040 |
| Paaso General Equipment<br>PO Box 868<br>Brighton, MI  48116 | Pain Enterprises Inc.<br>101 Daniels Way<br>Bloomington, IN  47404 | Pangborn Company<br>580 Pangborn Blvd.<br>PO Box 0380<br>Hagerstown, MD  21742-0380 |
| Parker Glove & Supply, Inc.<br>East 4th Street<br>P.O. Box 400<br>Avilla, IN  46710 | Peerless Metal Powders &<br>Abrasive<br>P.O. Box 09254<br>Detroit, MI  48209 | Perfection Servo Hydraulics<br>1290 Lyon Road<br>Batvia, IL  60510 |
| Perkins Septic & Drain Service<br>0375 CR11<br>Hudson, IN  46747 | Pflaumer Brothers Inc<br>398 Clarksville Road<br>Princeton Jct., NJ  8550 | PHC Industries Inc<br>P.O. Box 11225<br>Ft Wayne, IN  46856-1225 |
| Pizza Hut<br>1116 W 7th Street<br>Auburn, IN  46706 | Powered Equipment And Repair<br>600 Voorhees<br>PO Box 147<br>Terre Haute, IN  47808-0147 | Pranger Enterprises Inc<br>PO Box 366<br>2820 West 800 South<br>Ashley, IN  46705 |
| Precision Calibration Company<br>7656 Milliner Court<br>Plainfield, IN  46168 | Precision Steel Services Inc.<br>4334 Earth Drive<br>Ft. Wayne, IN  46809 | Project Management Services<br>P.O. Box 398<br>McDonald, OH  44437-0398 |

| | | |
|---|---|---|
| Proxtronics, Inc<br>7200 Fullerton Road<br>Springfield, VA  22150 | PWC Fabrication<br>2121 Wayne Haven Avenue<br>Ft Wayne, IN  46803 | QHG of Ft Wayne, Inc/Redimed<br>315 East Cook Road<br>Fort Wayne, IN  46825 |
| QMS-Customer Service<br>300 Galleria Officenter<br>Suite 110<br>Southfield, MI  48034 | Quality Calibration Service, Inc.<br>10205 West Greenfield Avenue<br>West Allis, WI  53214 | R I Lampus Company<br>816 Railroad St<br>Springdale, PA  15144 |
| RA Mueller Inc.<br>11270 Cornell Park Drive<br>Cincinnati, OH  45242 | Radio Shack Corporation – CS<br>ATTN:  Judy Wong<br>300 RadioShack Circle MS 5018<br>PO Box 961090<br>Fort Worth, TX  76161-5018 | Redimed DeKalb, LLC<br>AMIC<br>500 S. Grandstaff Suite G<br>Auburn, IN  46706 |
| Refco<br>PO Box 12867<br>Pittsburgh, PA  15241 | Reilley Trucking<br>7431 Bent Willow Dr<br>Ft Wayne, IN  46815 | Renco Machine Co Inc<br>1421 Eastman Ave<br>Green Bay, WI  54302 |
| Reno Refractories<br>PO Box 201<br>Morris, AL  35116 | Richard Squier Pallets Inc<br>3992 CR24<br>Waterloo, IN  46793 | Rumford Industrial Group Inc<br>PO Box 752288<br>Dayton, OH  45475 |
| Rytec Corporation<br>PO Box 403<br>Jackson, WI  53037 | S & S Oil Co Inc<br>821 Lakeshore Avenue<br>Auburn, IN  46706 | S & S Tire Co Inc<br>1100 West 7th Street<br>Auburn, IN  46706 |
| S D Myers<br>180 South Avenue<br>Tallmadge, OH  44278 | Safety - Kleen System, Inc.<br>5400 Legacy Drive<br>Cluster II, Bldg. 3<br>Plano, TX  75024 | Schenkel & Sons Inc<br>c/o Brian J. Lange, Esq.<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Ft Wayne, IN  46802 |
| Schust Engineering Inc<br>701 North Street<br>Auburn, IN  46706 | Scioto Valley Packaging,LLC<br>5151 Reed Road ne<br>Suite 210A<br>Columbus, OH  43220 | Scott Industrial Systems Inc<br>521 N Airport Office Park<br>Ft Wayne, IN  46825 |
| Security Locknut Inc<br>9650 West Foster Avenue<br>Chicago, IL  60656 | Sentinel Fluid Controls<br>5702 Opportunity Drive<br>Toledo, OH  43612 | Steel Equipment Specialists, LLC<br>P.O. Box 2148<br>1507 Beeson Street<br>Alliance, OH  44601 |

| | | |
|---|---|---|
| Shambaugh & Son, LP<br>c/o Stephen L. Fink, Esq.<br>Barnes & Thornburg<br>600 One Summit Square<br>Ft Wayne, IN  46801 | Shells Inc Of Indiana<br>502 Old U.S. Hwy 30 East<br>Bourbon, IN  46504 | Sherry Laboratories<br>2203 South Madison<br>Muncie, IN  47307 |
| Signature Embroidery, Inc<br>7720 E 300 N<br>Mongo, IN  46771 | Spectro Analytical<br>Instruments,Inc.<br>160 Authority Drive<br>Fitchburg, MA  1420 | Spectrum Engineering Corp<br>5524 North County Line Road<br>Auburn, IN  46706-9302 |
| Spraying Systems Company<br>c/o Harriman Ave<br>PO Box 348<br>Auburn, IN  46706 | Sprinkling Can<br>233 South Main Street<br>Auburn, IN  46706 | Staclean Diffuser<br>PO Box 1147<br>Salisbury, NC  28144 |
| STAG Iron & Metal Corp<br>c/o Deer & Stone, P.C.<br>130 S. Jefferson Street, Ste 501<br>Chicago, IL  60661 | States Engineering Corp<br>10216 Airport Drive<br>Ft Wayne, IN  46819 | Stericycle Inc<br>13975 Polo Trail Dr #201<br>Lake Forest, IL  60045 |
| Struers Inc<br>24766 Detroit Road<br>WestLake, OH  44145 | Sturgis Iron & Metal<br>70675 Centerville Road<br>Sturgis, MI  49091-0579 | Superior Business Solutions<br>PO Box 8040<br>Ft Wayne, IN  46898-8040 |
| System Clean Inc.<br>50602 North Michigan Road<br>South Bend, IN  46637-1532 | T & L Sharpening Inc<br>2663 S Freeman Road<br>Monticello, IN  47960 | T & M Equipment Co Inc<br>2880 East 83rd Place<br>Merrillville, IN  46410 |
| T.T.G. Pattern<br>5443 Keystone Drive<br>Fort Wayne, IN  46825 | Taylor Rental Auburn<br>2224 State Road 8 West<br>Auburn, IN  46706 | Tec-Hackett Inc<br>P.O. Box 8830<br>Ft Wayne, IN  46898-8830 |
| Telemotive Industrial Controls<br>175 Wall Street<br>Glendale Heights, IL  60139-1985 | Time Industrial Inc<br>6422 Lima Road<br>Fort Wayne, IN  46818 | Tooling & Equipment Intern'l<br>12550 Tech Center Drive<br>Livonia, MI  48150-2193 |
| TPC Wire & Cable<br>7061 East Pleasant Valley Road<br>Independence, OH  44131 | Trane Company<br>Rohan Trane Service Agency, Inc.<br>6602 Innovation Blvd<br>Fort Wayne, IN  46818-1389 | Tri State Compressed Air Sys<br>1608 Eishenhower Drive South<br>Goshen, IN  46526-5360 |

Tri-State Instrument Service
P.O. Box 6068
3024 Wayne Trace
Ft Wayne, IN  46896

Trojan Heat Treat
809 S. Byron St
PO Box 97
Homer, MI  49245

UNIMIN Corporation
809 Myers Road
Archbold, OH  43502


US Inspection Services
8740 Boehring
Indianapolis, IN  46219

US Pattern Company Inc
PO Box 220
Richmond, MI  48062

Steven Del Cotto, Esq.
Vesuvius USA Corp.
27 Noblestown Road
Carnegie, PA  15106


Vibes Technologies Inc.
7125 Northland Terrace North
Suite 400
Brooklyn Park, MN  55428

VWR International, Inc.
1230 Kennestone Circle
Marietta, GA  30066

Walman Optical Co
PO Box 9440
Minneapolis, MN  55440


Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham McHale LLP
10 W. Market, #2700
Indianapolis, IN  46204

Water Sciences
PO Box 15489
Ft Wayne, IN  46885

Wayne Fasteners Inc
2611 Independence Drive
Ft Wayne, IN  46808


Wayne Pipe & Supply Inc
1815 South Anthony Blvd
Ft Wayne, IN  46803

Welder Services Inc
1725 Edsall Avenue
PO Box 6178
Ft Wayne, IN  46896

Westport Corporation
510 Montauk Hwy
West Islip, NY  11795


Wheelabrator Abrasives Inc
1 Abrasive Ave
PO Box 804
Bedford, VA  24523

Wheelabrator Canada Inc.
401 Wheelabrator Way
Milton Ontario Canada,   L9T 487

Wiese Planning and Engineering, Inc.
2725 Independence Drive
Fort Wayne, IN  46808


William C Weber & Assoc Inc
Constitution Hill Office Park
6201 Constitution Drive
Ft Wayne, IN  46804

Wise International Ideal Lease
2807 Goshen Road
Fort Wayne, IN  46808

X R I Testing
8327 Reliable Pkwy
Chicago, IL  60686-0083


X R I Testing - Troy
1961 Thunderbird
Troy, MI  48084

Disa Goff, Inc.
P.O. Box 1607
Seminole, OK  74818

OmniSource Corporation
Thomas P. Yoder, Esq.
Barrett & McNagny LLP
215 East Berry Street
Ft Wayne, IN  46802


American Express Travel Related Svcs
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Key Equipment Finance
ATTN:  Sal Boscia
1000 South McCaslin Blvd.
Louisville, CO  80027

Dayton Freight Lines Inc.
6450 Poe Ave., Ste 311
Dayton, OH  45414

| | | |
|---|---|---|
| Print Shop<br>825 Northwood Blvd.<br>Ft Wayne, IN  46805 | IBM Credit LLC<br>ATTN:  Beverly Shideler<br>Two Lincoln Centre<br>Oakbrook, IL  60181 | Bohl Equipment Company<br>534 W. Laskey Rd.<br>Toledo, OH  43612 |
| Vericore LLC<br>1200 W. Causeway Approach<br>Mandeville, LA  70471 | Edwin P. Rosebrock<br>P.O. Box 383<br>Auburn, IN  46706 | Marlin Leasing Corp.<br>ATTN:  Kelly McCarthy<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ  08054 |
| USF Holland, Inc.<br>750 E. 40th Street<br>Holland, MI  49423 | Van Dyne Crotty<br>3233 Newmark Dr<br>Miamisburg, OH  45342 | ABF Freight System Inc.<br>3320 N. Wells St<br>Fort Wayne, IN  46808 |
| Airborne Express<br>P.O. Box 91001<br>Seattle, WA  98111 | Alfa Financial Corporation<br>56 Colonial Park Drive Suite 200<br>Roswell, GA  30075 | Ametek Inc.<br>900 Greenbank Road<br>Wilmington, DE  19808 |
| Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL  60697 | Bobcat Financial Services<br>8001 Ridgepoint Drive<br>Irving, TX  75063 | Bohren-Mercer Warehouse and<br>   Distribution<br>325 N. Taylor Rd.<br>Garrett, IN  46738 |
| Butler & Butler Construction<br>1803 Grandstaff Drive South<br>Auburn, IN  46706 | Camway Transportatiion Corp<br>7846 West Central Avenue<br>Toledo, OH  43617 | Copelco Capital, Inc.<br>P.O. Box 728<br>Park Ridge, NJ  07656 |
| Covert Manufacturing Inc.<br>328 South East Street<br>Galion, OH  44833 | DeKalb County Assessor<br>Court House<br>100 South Main STreet<br>Auburn, IN  46706 | DeKalb Memorial Hospital<br>P.O. Box 542<br>Auburn, IN  46706 |
| Dell Financial Services, L.P.<br>14050 Summit Drive<br>Bldg A, Suite 101<br>Austin, TX  78758 | EDS<br>P.O. Box 4582<br>Postal Station A<br>Toronto, ON  M5W 4W4 | GMAC Business Credit, LLC<br>300 Galleria Officentre, Ste 110<br>Southfield, MI  48034 |
| Indiana Department of Revenue<br>100 North Senate<br>Room N203<br>Indianapolis, IN  46204-2217 | Internal Revenue Service<br>230 South Dearborn, Room 2560<br>5014 CHI<br>Chicago, IL  60604 | Jet Express Inc.<br>4518 Webster Street<br>Dayton, OH  45414 |

| | | |
|---|---|---|
| Martin Graphics<br>P.O. Box 525<br>Auburn, IN  46706 | Michael Barstow<br>Consultant Metallurgist<br>1152 Southvale Road<br>Pittsburgh, PA 15237-4241 | National City Leasing Corp.<br>101 South Fifth Street<br>Louisville, KY  40202 |
| NMHG Financial Services Inc.<br>7020 Hwy 30 East<br>Fort Wayne, IN  46803 | OFC Capital<br>Dept GA00010<br>PO Box 530101<br>Atlanta, GA  30353-0101 | Reliable Corporation<br>1001 West Van Buren Street<br>Chicago, IL  60607 |
| Rudd Equipment Companu<br>P.O. Box 32427<br>Louisville, KY  40232 | Simplicity Engineering Inc.<br>212 S. Oak<br>Durand, MI  48429-0257 | Secretary of Treasury<br>15th & Pennsylvania Avenue<br>Washington DC  20220 |
| Securities & Exchange Commission<br>Bankruptcy Section<br>175 w. Jackson Blvd., Suite 900<br>Chicago, IL  60604 | Thomas E. Keller Trucking Inc.<br>1160 Carpenter Road<br>Defiance, OH  43512 | U.S. Attorney Office<br>3128 Federal Building<br>1300 South Harrison Street<br>Fort Wayne, IN  46802 |
| United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV  88905-5820 | US Cargo Management, Inc.<br>Philadelphia International Airport<br>P.O. Box 277<br>Essington, PA  19029 | Weyerhaeuser Co.<br>2727 CR 81<br>Butler, IN  46721 |
| Earth Tech<br>5555 Glenwood Hills Pkwy. S. E.<br>Grand Rapids, MI  49512 | Best Access Systems<br>6161 E. 75th Street<br>Indianapolis, IN  46250 | |

BAKER & DANIELS

By: /s/ John R Burns, III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone:  (260) 424-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.