IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                            )
                                             )
AUBURN FOUNDRY, INC.                         )            Chapter 11
                                             )
            Debtor.                          )            BK Case No. 04-10427

### ORDER

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Amended Motion for Approval of

Insurance Finance Agreement With Security Interest, Adequate Protection, and Modification of

the Automatic Stay, and the Court being otherwise duly and sufficiently advised, the Court

hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.


_____
Judge, United States Bankruptcy Court