IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SUBMISSION OF INVOICES OF COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE

**YOU ARE HEREBY NOTIFIED THAT** on July 9, 2004, Ice Miller, counsel for the Unsecured Creditors Committee herein, delivered for payment their invoices for services consistent with and pursuant to the procedures set forth in the Order Establishing Procedures for Interim Compensation entered herein.  A copy of the invoices submitted by Ice Miller is available upon request to counsel for the Committee.

**YOU ARE HEREBY NOTIFIED THAT** Ice Miller accrued fees in the aggregate amount of $4,007.50 for services rendered between June 1, 2004 through June 30, 2004 and accrued expenses in the aggregate amount of $60.19 for expenses incurred during this period. Except as to such amounts as may have been specifically objected to within ten (10) days of the service of the invoices, Ice Miller has requested interim payment of 80% of the fees incurred and 100% of the expenses accrued.

Date: July 9, 2004

/s/ Henry A. Efroymson
Henry A. Efroymson (Atty No.: 6427-47)
Ben T. Caughey (Atty No.: 22920-53)
ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

Counsel for the Unsecured Creditors' Committee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing is being served by electronic mail or by first-class U.S. mail, first class postage prepaid, on the 9th day of June, 2004, addressed to:

| | |
|---|---|
| Ellen L. Triebold<br>Office of the United States Trustee<br>100 East Wayne Street, Suite 555<br>South Bend, Indiana 46601<br>ellen.l.triebold@usdoj.gov<br>(574) 236-8105 | John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802-2603<br>dsmcmeen@bakerd.com, skrhoads@bakerd.com<br>tlwiley@bakerd.com<br>(260) 424-8000<br>(260) 460-1700 Fax<br>*(For Debtors and Debtors-in-Possession)* |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802<br>slewis@hallercolvin.com<br>(260) 426-0444<br>(260) 422-0274 Fax<br>*(For Fox Contractors Corp.)* | Stephen L. Fink<br>Barnes & Thornburgh<br>600 One Summit Square<br>Fort Wayne, Indiana 46802<br>sfink@btlaw.com<br>(260) 423-9440<br>(260) 424-8316 Fax<br>*(For Shambaugh & Son, L.P.)* |
| Richard J. Swanson<br>Macey Swanson and Allman<br>445 North Pennsylvania Street, Suite 401<br>Indianapolis, Indiana 46204-1800<br>rswanson@maceylaw.com<br>(317) 637-2345<br>(317) 637-2369 Fax<br>*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)* | W. Erik Weber<br>Mefford and Weber, P.C.<br>130 East 7th Street<br>P.O. Box 667<br>Auburn, Indiana 46706-1839<br>erik@lawmw.com<br>(260) 925-2300<br>(260) 926-2610 Fax<br>*(For City of Auburn)* |
| Marlene Reich<br>Jerald I. Ancel<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204-2023<br>(317) 713-3562<br>(317) 713-3699 Fax<br>mreich@sbalawyers.com, jancel@sbalawyers.com<br>dwineinger@sbalawyers.com<br>*(For AFI Lending Group)* | Grant F. Shipley<br>Shipley & Associates<br>233 West Baker Street<br>Fort Wayne, Indiana 46802-3413<br>gfs@gshipley.com<br>(260) 422-2711<br>*(For Shelby County Bank/Bank of America)* |

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan  48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio  44122
(216) 831-5100
*(For Cascade Pattern Company)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana  46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio  44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana  46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*


/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

1394687.1