UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**REQUEST FOR HEARING ON BANK OF AMERICA'S
MOTION FOR ADEQUATE PROTECTION**

Comes now Bank of America, National Association ("BofA"), as agent for the pre-petition secured lenders and respectfully request that the hearing on the Motion of Bank of America, N.A., to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§361 and 363(e) be reset at the convenience of the court.

In support of this Request, BofA would respectfully show that on March 5, 2004 it filed the Motion of Bank of America, N.A., to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§361 and 363(e), and that the Court held a status conference with respect to said motion on May 12, 2004. At that time, it was understood that the debtor-in-possession's Chapter 11 plan would be forthcoming, which might moot the request for adequate protection.

The Court therefore made a Docket Entry indicating that the hearing on the motion for adequate protection would be reset at the movant's request, but if there were no such request within 60 days, then the motion would be deemed moot.

Because BofA and the debtor-in-possession are continuing to negotiate a consensual plan of reorganization and expect such plan of reorganization to be filed shortly, BofA requests that its motion be set down for a further hearing or status conference, at the convenience of the court.

Respectfully submitted,

        /s/ Grant F. Shipley
Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413
Phone: (260) 422-2700
Attorney for Bank of America, National Association
    as agent for the pre-petition secured lenders

## CERTIFICATE OF SERVICE

I certify that on the 12th day of July, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

| | |
|---|---|
| John R. Burns | Henry A. Efroymson |
| Mark Werling | Stephen L. Fink |
| Ellen Triebold | Marlene Reich |
| Becket & Lee, LLP | Gary D. Boyn |
| Brian J. Lange | Stephen E. Lewis |
| W. Erik Weber | |

And by depositing same in the United States Mail in envelopes properly addressed and with sufficient first class postage affixed to:

| | |
|---|---|
| Auburn Foundry, Inc.<br>635 W. Eleventh St.<br>Auburn, IN 46706 | Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Ave.<br>Detroit, MI 48226 |
| Michael McGauhey, Chairman<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>445 N. Pennsylvania St., Ste. 401<br>Indianapolis, IN 46204-1800 |
| Lawrence S. Crowther<br>6055 Rockside Woods Blvd., Ste. 200<br>Cleveland, OH 44131 | Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |

        /s/ Grant F. Shipley
Grant F. Shipley