Auburn Foundry, Inc.
Vendors paid within 90 days of Feb. 8, 2004 over $600.00

| Vendor# | Vendor Name | | Check Amount |
|---|---|---|---|
| 39000 | A-1 Janitorial Service | TOTAL | 36,136.36 |
| 355000 | Acordia | TOTAL | 69,621.00 |
| 5000 | Addis Inc | TOTAL | 679.82 |
| 4042 | Admetco | TOTAL | 55,200.00 |
| 6000 | Aero-Motive Manufacturing Co | TOTAL | 1,024.40 |
| 10500 | Air Products and Chemicals Inc | TOTAL | 58,040.27 |
| 9000 | Airborne Express | TOTAL | 1,177.52 |
| 643 | Allen Circuit/Superior Court | TOTAL | 14,859.32 |
| 13000 | Alliance Industrial Supply Inc | TOTAL | 2,397.03 |
| 15000 | Alro Steel Corporation | TOTAL | 14,679.41 |
| 16000 | American Foundry Society Inc | TOTAL | 5,500.00 |
| 20000 | American Wire Rope And Sling | TOTAL | 3,556.73 |
| 21000 | Antibus Scales & Systems | TOTAL | 16,040.45 |
| 546 | Applied Refractory Services | TOTAL | 1,200.00 |
| 2859 | Arch Wireless | TOTAL | 656.21 |



| | | |
|---|---|---|
| 26000 Ashland Chemical Co | TOTAL | 177,748.86 |
| 202000 Auburn Chrysler, Dodge, & Jeep, | Inc<br>TOTAL | 12,994.73 |
| 31000 Auburn City Utilities | TOTAL | 874,286.80 |
| 3820 Austin Petroleum Inc. | TOTAL | 3,180.00 |
| 1544 Auto Electric | TOTAL | 1,730.00 |
| 504 Automatic Data Processing Inc. | TOTAL | 3,320.22 |
| 4025 Available Shippers | TOTAL | 600 |
| 3894 Aztec Millennium Supply, Inc | TOTAL | 956.68 |
| 1900 ABB Metallurgy Inc | TOTAL | 23,218.55 |
| 863 B & L Information Systems Inc | TOTAL | 16,505.00 |
| 40750 Baker & Daniels | TOTAL | 262,072.52 |
| 2971 Baseline Tool | TOTAL | 4,200.00 |
| 45000 Bassett Office Supply Inc | TOTAL | 1,307.02 |
| 48000 Beardsley And Piper, LLC | TOTAL | 8,284.78 |
| 53500 Best Access Systems | TOTAL | 756.99 |
| 869 Blue Flame Of Waterloo | TOTAL | 894.38 |
| 286000 Bobcat of Fort Wayne, Inc. | TOTAL | 5,539.17 |

| | | |
|---|---|---|
| 2561 Bohl Crane Inc | | |
| | TOTAL | 5,490.00 |
| 2409 Bohren Logistics, Inc. | | |
| | TOTAL | 109,304.71 |
| 3353 Bohren/Mercer Warehouse | | |
| | TOTAL | 3,615.74 |
| 2941 Boltswitch | | |
| | TOTAL | 654.59 |
| 57500 Bostwick-Braun Company | | |
| | TOTAL | 5,374.41 |
| 57750 Boyd Machine & Repair Co Inc | | |
| | TOTAL | 7,274.00 |
| 57955 Brake Materials & Parts Inc | | |
| | TOTAL | 810.1 |
| 90495 Brian Miller | | |
| | TOTAL | 1,203.89 |
| 3489 Bristal Metal Products, Inc. | | |
| | TOTAL | 9,187.50 |
| 466 Bureau Of Motor Vehicles | | |
| | TOTAL | 1,749.50 |
| 2480 BGR Inc | | |
| | TOTAL | 9,097.02 |
| 4014 BPC - Bell Packaging Corporatio | n | |
| | TOTAL | 3,790.05 |
| 2099 C A Picard Surface Engineering | Inc | |
| | TOTAL | 17,220.56 |
| 35 C Miller & Sons Inc | | |
| | TOTAL | 10,059.00 |
| 2798 Calar Inc | | |
| | TOTAL | 2,307.44 |
| 477 Camway Transportation Corp | | |
| | TOTAL | 4,969.00 |
| 3999 Carlin Construction, Inc. | | |
| | TOTAL | 4,430.00 |
| 2686 Carpenter Brothers Inc. | | |

|  |  |  |  |
|---|---|---|---|
|  | TOTAL |  | 2,369.10 |
| 4004 Cascade Pattern Company | TOTAL |  | 26,770.00 |
| 274938 Castrol Industrial N. America Inc. | TOTAL |  | 2,063.00 |
| 76656 Centennial Wireless | TOTAL |  | 3,619.51 |
| 1989 Century Business Products | TOTAL |  | 1,669.71 |
| 2745 Citizens Gas & Coke Utility | TOTAL |  | 294,374.17 |
| 377 City Of Auburn | TOTAL |  | 1,075.00 |
| 90000 Classic City Automotive Inc | TOTAL |  | 4,096.91 |
| 98875 Complete Drives Inc | TOTAL |  | 120,440.00 |
| 1645 Complete Maintenance & Staffing ,Inc | TOTAL |  | 13,400.00 |
| 99250 Comtronix Corporation | TOTAL |  | 5,482.17 |
| 101750 Con-Way Transportation Services Inc | TOTAL |  | 3,368.72 |
| 99500 Consolidated Industries | TOTAL |  | 3,638.00 |
| 2656 Core Tech Inc | TOTAL |  | 14,332.30 |
| 4007 Corporate Benefit Strategy | TOTAL |  | 950 |
| 2609 Covington Box | TOTAL |  | 1,330.00 |
| 489 Crystal Clean | TOTAL |  | 690.89 |
| 103875 Current Inc | TOTAL |  | 11,025.66 |

| | | |
|---|---|---|
| 106000 Curtis 1000 | TOTAL | 4,283.98 |
| 245 CWTS Inc | TOTAL | 600 |
| 3210 D.A.S. Services, Inc. | TOTAL | 29,267.00 |
| 90545 Dan Johnston | TOTAL | 3,138.46 |
| 2670 Dauber Company Inc | TOTAL | 481,354.99 |
| 90535 David Garrison | TOTAL | 1,061.20 |
| 3100 David Hunter | TOTAL | 5,816.16 |
| 4036 David J. Joseph Company | TOTAL | 188,624.98 |
| 1085 Dayton Freight | TOTAL | 8,707.23 |
| 4020 Dayton Industrial Drum | TOTAL | 900 |
| 4031 De Lage Landen Financial Servic es | TOTAL | 3,848.70 |
| 3146 Dell Financial Services LP | TOTAL | 5,578.86 |
| 3349 Dexter Axle Company | TOTAL | 383,016.22 |
| 3729 DeKalb Co. Nuisance Animal Cont rol | TOTAL | 630 |
| 115500 DeKalb Financial Credit Union | TOTAL | 103,335.00 |
| 118500 DeKalb Superior Court | TOTAL | 5,102.85 |
| 1815 Diamond Power Specialty Company | TOTAL | 1,275.00 |

| | | |
|---|---|---|
| 3691 Dick Taylor | | |
| | TOTAL | 26,080.76 |
| 152000 Digital Communication Products, | Inc. | |
| | TOTAL | 737.98 |
| 123625 Dike-O-Seal | | |
| | TOTAL | 1,468.68 |
| 2759 Disa Goff, Inc | | |
| | TOTAL | 1,337.79 |
| 126000 Diversified Pattern & Eng Co In | c | |
| | TOTAL | 24,273.00 |
| 128000 Doall South Bend Co Inc | | |
| | TOTAL | 14,445.78 |
| 171750 Don R Fruchey Inc | | |
| | TOTAL | 32,920.22 |
| 1876 Dorsch Tool & Eng Co | | |
| | TOTAL | 822.1 |
| 130000 Duca Manufacturing Inc | | |
| | TOTAL | 33,220.00 |
| 125000 DISA Industries Inc. | | |
| | TOTAL | 61,286.87 |
| 129500 DR Lubricants Inc | | |
| | TOTAL | 10,843.31 |
| 2758 Earth Tech | | |
| | TOTAL | 1,711.92 |
| 3941 Eclectric Company | | |
| | TOTAL | 1,620.74 |
| 136000 Edglo Laboratories Inc | | |
| | TOTAL | 12,145.50 |
| 1925 Eirich Machines Inc | | |
| | TOTAL | 21,803.46 |
| 143000 Elkem Metals Inc. | | |
| | TOTAL | 221,910.00 |
| 4039 Elliott H. Goldstein, Esq | | |
| | TOTAL | 2,178.66 |
| 1047 Ely Crane & Hoist | | |

| | | |
|---|---|---:|
| | TOTAL | 10,569.77 |
| 145500 Empire Refractory Sales Inc | | |
| | TOTAL | 54,460.25 |
| 146250 Employer's Security Inc | | |
| | TOTAL | 44,972.09 |
| 2635 Enco Mfg Co | | |
| | TOTAL | 4,126.01 |
| 2832 Engineered Tooling Inc | | |
| | TOTAL | 3,240.00 |
| 4028 Enviro Control Metals | | |
| | TOTAL | 145,920.60 |
| 4021 Environmental Resourse Center | | |
| | TOTAL | 999 |
| 3119 Envision Graphics, Inc. | | |
| | TOTAL | 2,570.77 |
| 3150 Ernst and Young LLP | | |
| | TOTAL | 8,722.00 |
| 151438 Ewald Enterprises Inc | | |
| | TOTAL | 4,709.51 |
| 150000 ETA Engineering Inc | | |
| | TOTAL | 630 |
| 287000 Fairmount Minerals | | |
| | TOTAL | 201,700.14 |
| 153500 Fargo Wear Inc | | |
| | TOTAL | 5,967.74 |
| 2175 FedEx Freight East | | |
| | TOTAL | 785.26 |
| 2744 Fire Protection Inc | | |
| | TOTAL | 142,663.09 |
| 3869 First Insurance Funding Corp. | | |
| | TOTAL | 113,188.00 |
| 3672 Flex-Pac, Inc. | | |
| | TOTAL | 18,392.20 |
| 1321 Fort Wayne Diesel Service | | |
| | TOTAL | 1,028.78 |

| | | |
|---|---|---|
| 3642 Foseco Inc | | |
| | TOTAL | 3,907.90 |
| 2188 Four Seasons Lawnscape | | |
| | TOTAL | 21,957.70 |
| 442500 Franklin Capital Financial Serv | .LLC | |
| | TOTAL | 3,145.50 |
| 171000 Freeman Mfg & Supply Company | | |
| | TOTAL | 3,892.89 |
| 3837 FMThur | | |
| | TOTAL | 980 |
| 2767 Garin, LLC | | |
| | TOTAL | 4,192.86 |
| 179000 General Kinematics Corp | | |
| | TOTAL | 24,105.15 |
| 56500 George E Booth Company | | |
| | TOTAL | 6,123.33 |
| 185000 Global Equipment Company | | |
| | TOTAL | 646.06 |
| 188500 Grainger Inc | | |
| | TOTAL | 1,594.35 |
| 929 Great Lakes Carbon Corp | | |
| | TOTAL | 71,334.01 |
| 185250 GMP International | | |
| | TOTAL | 16,484.00 |
| 185249 GMP Local 322 | | |
| | TOTAL | 7,510.60 |
| 648 H E C O Inc | | |
| | TOTAL | 70,000.67 |
| 170500 Hanson Aggregates Midwest Inc. | | |
| | TOTAL | 5,353.63 |
| 914 Hartley Controls Corp. | | |
| | TOTAL | 2,063.36 |
| 142000 Heraeus Electro-Nite Company | | |
| | TOTAL | 16,270.90 |

| | | |
|---|---|---|
| 335000 Hi-Vac Corporation | TOTAL | 903.5 |
| 205000 Hickman Williams & Company | TOTAL | 101,091.19 |
| 89 Hot Crews Inc | TOTAL | 1,890.00 |
| 535 Hydraserve Inc | TOTAL | 12,108.80 |
| 1036 Hydronic & Steam Equip Co Inc | TOTAL | 969.86 |
| 3644 Illinois State Disbursement Uni | t<br>TOTAL | 772.68 |
| 1031 Indiana Dept of Labor | TOTAL | 850 |
| 214500 Indiana Dept Of Revenue | TOTAL | 13,347.01 |
| 3332 Indiana Refractories Inc. | TOTAL | 94,554.32 |
| 223125 Inductotherm Corp | TOTAL | 2,557.91 |
| 3991 Industrial Ceramic Products | TOTAL | 1,495.30 |
| 224000 Industrial Tool Service Inc | TOTAL | 49,686.68 |
| 76 Industrial Tube & Steel Corp | TOTAL | 6,085.10 |
| 331 Ingersoll-Rand Co | TOTAL | 40,609.69 |
| 3139 Ingersoll-Rand Financial Servic | es<br>TOTAL | 3,092.04 |
| 1310 Inovis | TOTAL | 7,590.00 |
| 2323 Intermec Technology Corp. | TOTAL | 2,142.52 |
| 226500 Internal Revenue Service | | |

|  |  |  |
|---|---|---|
|  | TOTAL | 1,514.50 |
| 3876 International Quality | | |
|  | TOTAL | 16,736.50 |
| 502000 International Surface Preparati | on | |
|  | TOTAL | 12,801.81 |
| 75 Ircon Inc | | |
|  | TOTAL | 943.12 |
| 3796 J. Brokerage | | |
|  | TOTAL | 8,384.80 |
| 3774 J.W. Lemmens, Inc. | | |
|  | TOTAL | 610 |
| 2880 J-Lenco Inc | | |
|  | TOTAL | 1,521.40 |
| 4002 J/E Bearing and Machine Ltd. | | |
|  | TOTAL | 4,003.10 |
| 2731 Jerry Sprouse | | |
|  | TOTAL | 1,645.50 |
| 3474 Joe Harmon | | |
|  | TOTAL | 1,334.96 |
| 846 K M H Systems | | |
|  | TOTAL | 25,289.21 |
| 4022 Kaltenbach, Inc. | | |
|  | TOTAL | 42,089.88 |
| 243000 Kendall Electric Inc | | |
|  | TOTAL | 46,809.05 |
| 3018 Kendallville Iron & Metal Inc | | |
|  | TOTAL | 75,935.09 |
| 1879 Keramida Environmental Inc | | |
|  | TOTAL | 33,478.75 |
| 3921 Key Equipment Finance (ELS) | | |
|  | TOTAL | 7,236.00 |
| 3699 Kloss Management LLC | | |
|  | TOTAL | 675 |
| 3131 Kustom Machining Inc. | | |
|  | TOTAL | 1,199.20 |

| | | |
|---|---|---|
| 3026 L & D Industries | | |
| | TOTAL | 1,370.00 |
| 3362 L & J Engineering | | |
| | TOTAL | 637.28 |
| 262000 Leco Corporation | | |
| | TOTAL | 894.29 |
| 3948 Lee Excavating, Inc | | |
| | TOTAL | 1,200.00 |
| 3136 Lewis Salvage Corporation | | |
| | TOTAL | 34,737.71 |
| 3684 Ligonier Pallet | | |
| | TOTAL | 994.5 |
| 90491 Lindsay Franklin | | |
| | TOTAL | 1,433.46 |
| 2525 Louis Padnos Iron & Metal Co | | |
| | TOTAL | 2,769,041.30 |
| 4011 Ludeca | | |
| | TOTAL | 5,255.89 |
| 252375 LBH Chemical & Industrial Suppl | y | |
| | TOTAL | 17,857.15 |
| 3950 LDM, Loading Dock Maintenance,L | LC | |
| | TOTAL | 695.24 |
| 418500 LMI Technologies (USA), Inc. | | |
| | TOTAL | 26,394.17 |
| 2819 Magneco/Metrel Inc | | |
| | TOTAL | 38,000.00 |
| 286250 Mail-Well Envelope | | |
| | TOTAL | 7,878.36 |
| 10000 Manual Check | | |
| | TOTAL | 2,049.70 |
| 3484 Marion County Clerk | | |
| | TOTAL | 724 |
| 3807 Marjo Plastics | | |
| | TOTAL | 6,784.06 |

| | | |
|---|---|---|
| 3918 Marlin Leasing Corp | TOTAL | 4,449.90 |
| 281750 McMahon Tire | TOTAL | 3,604.09 |
| 282000 McMaster Carr Supply Company | TOTAL | 3,984.84 |
| 63375 Mellon Consultants | TOTAL | 3,852.00 |
| 4045 Metal Management | TOTAL | 391,130.07 |
| 2186 Metaltec Steel Abrasive Co | TOTAL | 107,716.00 |
| 2938 Meyer Industrial Service | TOTAL | 1,625.00 |
| 163 Michigan Dept. of Treasury | TOTAL | 5,130.29 |
| 3855 Mid-State Chemical & Supply Co. | TOTAL | 1,930.00 |
| 308000 Midwest Instrument Co Inc | TOTAL | 53,779.89 |
| 1730 Midwest Pipe & Steel Inc | TOTAL | 27,796.36 |
| 311000 Miller and Company | TOTAL | 380,400.53 |
| 3884 Millwright Services | TOTAL | 1,310.00 |
| 3726 MiSDU | TOTAL | 5,392.92 |
| 316000 Modern Equipment Company | TOTAL | 1,088.38 |
| 3381 Moore Medical Corporation | TOTAL | 1,058.06 |
| 323000 Motion Industries Inc | TOTAL | 183,101.06 |
| 233 MP Steel % Huntington National | Bank | |

|  |  |  |
|---|---|---|
|  | TOTAL | 120,286.47 |
| 3012 MPB Industries | | |
|  | TOTAL | 34,617.59 |
| 325000 MSC Industrial Supply Co | | |
|  | TOTAL | 1,258.43 |
| 2955 MSS Software | | |
|  | TOTAL | 865 |
| 4019 MT System | | |
|  | TOTAL | 8,068.70 |
| 330000 Nadapro Inc | | |
|  | TOTAL | 4,793.68 |
| 3236 National City Bank | | |
|  | TOTAL | 212,676.79 |
| 164876 National City Bank-Trust Dept | | |
|  | TOTAL | 125,000.00 |
| 4035 National Material Trading | | |
|  | TOTAL | 72,318.67 |
| 478 National Serv-All | | |
|  | TOTAL | 52,479.87 |
| 508250 National Serv-All | | |
|  | TOTAL | 13,805.82 |
| 3404 Ned Donaldson | | |
|  | TOTAL | 1,123.89 |
| 336000 Neff Engineering Co Inc | | |
|  | TOTAL | 1,855.11 |
| 3493 New Jersey Family Support | | |
|  | TOTAL | 900 |
| 336500 Noble County Clerk | | |
|  | TOTAL | 2,496.53 |
| 341500 Northern Ind Trading Co Inc | | |
|  | TOTAL | 345,421.50 |
| 3793 NES Rentals | | |
|  | TOTAL | 1,762.08 |
| 2740 NMHG Financial Services Inc | | |
|  | TOTAL | 55,132.77 |

| | | |
|---|---|---|
| 4023 NW Calibration Inspection | TOTAL | 3,400.00 |
| 3674 Ohio Child Support | TOTAL | 1,672.08 |
| 1298 Ohio School District Income Tax | TOTAL | 1,342.51 |
| 347750 Oilgear | TOTAL | 1,878.36 |
| 352000 Omnisource Corp-Tusco | TOTAL | 153,624.51 |
| 3686 Open Universal Software | TOTAL | 1,497.00 |
| 1299 Optio Software, Inc. | TOTAL | 1,819.10 |
| 355375 Overnite Transportation Co | TOTAL | 3,767.42 |
| 3920 OFC Capital | TOTAL | 5,142.00 |
| 356750 Paaso General Equipment | TOTAL | 2,384.00 |
| 3297 Pain Enterprises Inc. | TOTAL | 1,400.25 |
| 359000 Pangborn Company | TOTAL | 17,701.95 |
| 3756 Parker Glove & Supply, Inc. | TOTAL | 2,968.97 |
| 3887 Perfection Servo Hydraulics | TOTAL | 5,508.14 |
| 2897 Pflaumer Brothers Inc | TOTAL | 3,956.70 |
| 368000 Postmaster | TOTAL | 4,511.00 |
| 1063 Pranger Enterprises Inc | TOTAL | 28,196.00 |

| | | |
|---|---|---|
| 3164 Precision Steel Services | TOTAL | 1,034.54 |
| 3009 Print Shop | TOTAL | 2,950.37 |
| 3860 Project Management Services | TOTAL | 25,974.50 |
| 254000 R I Lampus Co | TOTAL | 77,795.40 |
| 986 Refco Inc | TOTAL | 25,092.23 |
| 1246 Reilley Trucking | TOTAL | 19,240.00 |
| 2519 Renco Machine Co Inc | TOTAL | 3,920.00 |
| 3072 Reno Refractories, Inc. | TOTAL | 10,641.60 |
| 40500 Richard J Bagan Company Inc | TOTAL | 1,065.00 |
| 444000 Richard Squier Pallets Inc | TOTAL | 75,433.98 |
| 402250 Rumford Industrial Group Inc | TOTAL | 1,211.00 |
| 3766 RA Mueller Inc. | TOTAL | 3,518.00 |
| 404000 S & S Oil Co Inc | TOTAL | 52,790.43 |
| 406000 S & S Tire Co Inc | TOTAL | 861.36 |
| 3992 S. Cohn & Son Inc. | TOTAL | 7,228.46 |
| 37 Safety - Kleen Corp | TOTAL | 64,765.90 |
| 427000 Safety Solutions | TOTAL | 2,114.38 |
| 836 Schenck AccuRate Inc. | | |

|  |  |  |
|---|---|---|
|  | TOTAL | 1,409.00 |
| 414504 Schust Engineering Inc. | | |
|  | TOTAL | 43,915.35 |
| 417000 Scott Industrial Systems Inc | | |
|  | TOTAL | 821.17 |
| 90488 Scott Stellhorn | | |
|  | TOTAL | 2,331.67 |
| 418000 Security Locknut Inc | | |
|  | TOTAL | 1,470.91 |
| 3742 ServIT | | |
|  | TOTAL | 4,596.23 |
| 425500 Shells Inc. | | |
|  | TOTAL | 9,587.00 |
| 426000 Sherry Laboratories | | |
|  | TOTAL | 7,992.50 |
| 3640 Shoun Trucking Company, Inc. | | |
|  | TOTAL | 608.02 |
| 1937 Simpson Technologies Corporatio | n | |
|  | TOTAL | 3,160.58 |
| 392 SolidWorks Corporation | | |
|  | TOTAL | 2,745.40 |
| 440000 Spraying Systems Company | | |
|  | TOTAL | 1,083.40 |
| 3728 Sprint | | |
|  | TOTAL | 7,107.35 |
| 3773 Sprint Data Svcs | | |
|  | TOTAL | 3,119.94 |
| 1091 State of Ohio Dept of Taxation | | |
|  | TOTAL | 4,768.72 |
| 2946 Steve McCreery | | |
|  | TOTAL | 638.87 |
| 2553 Struers Inc | | |
|  | TOTAL | 4,049.04 |
| 4032 Sturgis Iron & Metal | | |
|  | TOTAL | 1,135,214.65 |

455500 Superior Business Solutions

                              TOTAL            2,716.34

213000 SBC

                              TOTAL            4,569.50

3975 SES LLC Technical Group

                              TOTAL            1,650.00

2860 STAG Iron & Metal Corp

                              TOTAL     504,330.44

3061 T & L Sharpening Inc

                              TOTAL              672.99

461000 T & M Equipment Co Inc

                              TOTAL        14,222.23

3989 T.E.A.M. Transit, Inc.

                              TOTAL              748.38

462250 Taylor Rental Auburn

                              TOTAL            2,530.95

2912 Thomas E Keller Trucking Inc

                              TOTAL            3,239.75

2580 Thomas Walsh

                              TOTAL              914.72

4034 Tim Eastom

                              TOTAL            7,890.00

165 Treasurer Of State Of Ohio

                              TOTAL            6,366.20

470000 Tri State Compressed Air Sys.,Inc.

                              TOTAL            1,204.05

39 Triangle Sales Company

                              TOTAL            1,077.28

4026 Triple M Manufacturing

                              TOTAL        46,053.05

2562 Trojan Heat Treat

                              TOTAL            3,218.99

478000 United Parcel Service

                              TOTAL            1,043.47

| | | |
|---|---|---|
| 3779 United States Treasury | | |
| | TOTAL | 2,506.33 |
| 479500 United Way of DeKalb County Inc | | |
| | TOTAL | 2,408.95 |
| 479750 Universal Am-Can Ltd | | |
| | TOTAL | 62,553.25 |
| 23000 UNIMIN Corporation | | |
| | TOTAL | 1,045,158.14 |
| 477500 UNUM Life Insurance Company | | |
| | TOTAL | 1,487.25 |
| 2338 US Cargo Management Inc | | |
| | TOTAL | 1,647.00 |
| 3946 US Pattern Company Inc | | |
| | TOTAL | 29,150.00 |
| 206500 USF Holland Inc | | |
| | TOTAL | 1,663.41 |
| 3153 Van Dyne Crotty, Inc. | | |
| | TOTAL | 23,653.54 |
| 3512 Vesuvius USA Corp. | | |
| | TOTAL | 16,000.32 |
| 488000 VWR International, Inc. | | |
| | TOTAL | 1,133.78 |
| 855 Walman Optical Co | | |
| | TOTAL | 1,021.00 |
| 3030 Warsaw Engineering & Fabricatin | g | |
| | TOTAL | 20,272.00 |
| 493000 Water Sciences | | |
| | TOTAL | 34,489.79 |
| 494000 Wayne Fasteners Inc | | |
| | TOTAL | 4,851.28 |
| 496000 Wayne Pipe & Supply Inc | | |
| | TOTAL | 7,840.05 |
| 499000 Welder Services Inc | | |
| | TOTAL | 12,427.22 |
| 472000 Weyerhaeuser Co | | |

|  |  |  |
|---|---|---|
|  | TOTAL | 10,792.96 |
| 1117 Wheelabrator Abrasives Inc |  |  |
|  | TOTAL | 65,186.00 |
| 501010 Wheelabrator Canada Inc. |  |  |
|  | TOTAL | 649.59 |
| 1905 Winebrenner Construction |  |  |
|  | TOTAL | 2,283.36 |
| 2337 Xerox Corporation |  |  |
|  | TOTAL | 9,758.88 |
| 1979 Xerox/Park Ridge |  |  |
|  | TOTAL | 1,836.00 |
|  | FINAL TOTALS |  |
|  | TOTAL | 14,687,511.64 |

* * * E      N D   O F   R E P O R T * * *