New AFI
Projected Balance Sheet Post Emergence
(000's)

| | Opening | Monthly | | | | | Quarterly | | | Yearly |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Mar-05 | Jun-05 | Sep-05 | Dec-05 | Dec-06 |
| **ASSETS** | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | |
| Cash | $319 | $200 | $205 | $185 | $224 | $274 | $262 | $270 | $200 | $237 |
| Accounts receivable - net | 10,775 | 10,150 | 9,388 | 9,102 | 7,954 | 9,609 | 9,609 | 10,696 | 9,666 | 11,525 |
| Inventory - net | 2,830 | 2,830 | 2,830 | 2,830 | 2,830 | 2,830 | 2,830 | 2,830 | 3,250 | 3,500 |
| Repair parts | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Prepaids | 1,309 | 1,284 | 1,234 | 1,184 | 1,134 | 1,084 | 1,434 | 1,384 | 1,334 | 1,284 |
| | 18,233 | 17,464 | 16,657 | 16,300 | 15,142 | 16,797 | 17,135 | 18,179 | 17,450 | 19,546 |
| **Property Plant and Equipment** | | | | | | | | | | |
| Land | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 |
| Building - net of depreciation | 5,508 | 5,508 | 5,508 | 5,508 | 5,508 | 5,508 | 5,508 | 5,508 | 5,508 | 5,508 |
| M & E - net of depreciation | 9,056 | 9,075 | 9,094 | 9,113 | 9,231 | 9,333 | 9,431 | 9,525 | 9,616 | 9,694 |
| | 15,635 | 15,654 | 15,673 | 15,692 | 15,810 | 15,912 | 16,010 | 16,104 | 16,195 | 16,273 |
| Goodwill - net of amortization | 4,039 | 4,039 | 4,039 | 4,039 | 4,039 | 4,039 | 4,039 | 4,039 | 4,039 | 4,039 |
| Worker's Comp Trust | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 | 607 |
| **TOTAL ASSETS** | $38,514 | $37,764 | $36,976 | $36,638 | $35,598 | $37,355 | $37,790 | $38,929 | $38,291 | $40,465 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Accounts payable - trade | $206 | $306 | $406 | $506 | $606 | $806 | $1,006 | $1,006 | $1,006 | $1,206 |
| Accruals | 4,334 | 4,427 | 4,524 | 4,601 | 4,246 | 4,847 | 5,226 | 4,709 | 4,363 | 4,958 |
| Total current liabilities | 4,540 | 4,733 | 4,930 | 5,107 | 4,852 | 5,653 | 6,232 | 5,715 | 5,369 | 6,164 |
| **Long - Term Debt** | | | | | | | | | | |
| Note Payable - new Term A | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 6,875 | 6,750 | 6,625 | 6,450 | 5,750 |
| Notes Payable - new Term B | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,354 |
| Notes Payable - new Term C | | | | | | 102 | 204 | 306 | 408 | 1,224 |
| Note Payable - revolving debt | 7,274 | 6,224 | 5,124 | 4,524 | 4,024 | 4,874 | 4,324 | 5,624 | 5,724 | 4,224 |
| Frozen pension liability | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| RE and PP Taxes - Prepetition | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 1,725 | 1,650 | 1,575 | 1,500 | 1,200 |
| Minimum Pension Liability | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,204 | 2,108 | 2,013 | 1,917 | 1,533 |
| | 24,274 | 23,224 | 22,124 | 21,524 | 21,024 | 21,680 | 20,936 | 22,043 | 21,899 | 19,786 |
| Total Liabilities | 31,814 | 30,957 | 30,054 | 29,631 | 28,876 | 30,333 | 30,168 | 30,757 | 30,268 | 28,950 |
| **Equity** | | | | | | | | | | |
| Preferred Class A | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 |
| Membership Interest - Class B | | | | | | | | | | |
| Converted subordinated debt | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| New infusion | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Converted Junior DIP | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 |
| | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 | 6,300 |
| Retained Earnings | 0 | 0 | 107 | 222 | 307 | 22 | 322 | 923 | 1,472 | 1,305 |
| Net income (loss) | 0 | 107 | 115 | 85 | (285) | 300 | 601 | 549 | (148) | 3,511 |
| Total Equity | 9,700 | 9,807 | 9,922 | 10,007 | 9,722 | 10,022 | 10,623 | 11,172 | 11,024 | 14,516 |
| **TOTAL LIABILITIES AND EQUITY** | $38,514 | $37,764 | $36,976 | $36,638 | $35,598 | $37,355 | $37,791 | $38,929 | $38,291 | $40,466 |


EXHIBIT B

New AFI
Projected Income Statement
(000's)

| | Monthly | | | | Sept to Dec 2004 | Quarterly | | | | 2005 | Yearly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total | Mar-05 | Jun-05 | Sep-05 | Dec-05 | Total | Dec-06 |
| Sales | $6,244 | $6,341 | $6,006 | $5,026 | $23,617 | $19,441 | $21,591 | $21,591 | $19,432 | $82,055 | $93,000 |
| Returns and allowance | (50) | (50) | (50) | (50) | (200) | (150) | (200) | (200) | (100) | (650) | (800) |
| | 6,194 | 6,291 | 5,956 | 4,976 | 23,417 | 19,291 | 21,391 | 21,391 | 19,332 | 81,405 | 92,200 |
| Material costs | 1,729 | 1,750 | 1,675 | 1,500 | 6,654 | 6,565 | 7,180 | 7,130 | 6,443 | 27,318 | 30,730 |
| Supply costs | 287 | 328 | 300 | 265 | 1,180 | 1,000 | 1,110 | 1,110 | 1,003 | 4,223 | 4,784 |
| Labor Costs | 1,377 | 1,400 | 1,300 | 1,167 | 5,244 | 4,173 | 4,423 | 4,423 | 4,223 | 17,243 | 18,047 |
| Benefit costs | 479 | 480 | 480 | 480 | 1,919 | 1,494 | 1,631 | 1,631 | 1,681 | 6,437 | 7,184 |
| Risk Fee Term Note C | 0 | 0 | 0 | 0 | 0 | 102 | 102 | 102 | 102 | 408 | 816 |
| Utilities | 730 | 730 | 687 | 575 | 2,722 | 1,841 | 1,933 | 1,952 | 1,952 | 7,679 | 7,888 |
| Other costs | 755 | 759 | 725 | 800 | 3,039 | 1,675 | 1,975 | 2,035 | 2,055 | 7,740 | 8,219 |
| Depreciation | 131 | 131 | 131 | 131 | 524 | 399 | 402 | 406 | 409 | 1,615 | 1,922 |
| | 5,488 | 5,578 | 5,298 | 4,918 | 21,282 | 17,249 | 18,757 | 18,789 | 17,869 | 72,663 | 79,590 |
| Gross Profit | 706 | 713 | 658 | 58 | 2,135 | 2,042 | 2,634 | 2,602 | 1,463 | 8,742 | 12,610 |
| Administrative Cost - salary | 410 | 410 | 410 | 410 | 1,640 | 1,230 | 1,316 | 1,382 | 1,382 | 5,310 | 5,583 |
| Operating Profit | 296 | 303 | 248 | (352) | 495 | 812 | 1,318 | 1,221 | 81 | 3,432 | 7,027 |
| Interest | 113 | 108 | 103 | 100 | 424 | 292 | 300 | 287 | 301 | 1,179 | 1,119 |
| Miscellaneous (income) expense | 5 | 5 | 5 | 10 | 25 | 25 | 25 | 25 | 25 | 100 | 100 |
| Net profit (loss) before taxes and profit sharing | 178 | 190 | 140 | (462) | 46 | 496 | 994 | 909 | (246) | 2,153 | 5,807 |
| Profit sharing @ 7% | 12 | 13 | 10 | (24) | 11 | 35 | 70 | 64 | (17) | 151 | 407 |
| Profit before taxes | 165 | 177 | 130 | (438) | 34 | 461 | 924 | 845 | (228) | 2,002 | 5,401 |
| Taxes/Member Distribution for taxes @ 35% | 58 | 62 | 46 | (153) | 12 | 161 | 323 | 296 | (80) | 701 | 1,890 |
| Net Profit after taxes/member distribution | $107 | $115 | $85 | ($285) | $22 | $300 | $601 | $549 | ($148) | $1,301 | $3,511 |
| EBITDA | $410 | $416 | $364 | ($207) | $983 | $1,151 | $1,626 | $1,538 | $482 | $4,797 | $8,442 |

New AFI
Projected Cash Flow
(000's)

|  | Monthly | | | | Sept to Dec 2004 | Quarterly | | | | 2005 | Yearly |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total | Mar-05 | Jun-05 | Sep-05 | Dec-05 | Total | Dec-06 |
| Net Profit | $107 | $115 | $85 | ($285) | $22 | $300 | $601 | $549 | ($148) | $1,301 | $3,511 |
| Plus depreciation | 131 | 131 | 131 | 131 | 524 | 399 | 402 | 406 | 409 | 1,615 | 1,922 |
| **Change in current assets/liabilities** | | | | | | | | | | | |
| Accounts receivable (increase) decrease | 626 | 762 | 287 | 1,148 | 2,821 | (1,655) | 0 | (1,087) | 1,030 | (1,712) | (1,859) |
| Inventory (increase) decrease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (420) | (420) | (250) |
| Accounts payable increase (decrease) | 100 | 100 | 100 | 100 | 400 | 200 | 200 | 0 | 0 | 400 | 200 |
| Change in prepaids (increase) decrease | 25 | 50 | 50 | 50 | 175 | 50 | (350) | 50 | 50 | (200) | 50 |
| Change in accrued liabilities increase (decrease) | 93 | 97 | 78 | (355) | (88) | 601 | 379 | (517) | (346) | 117 | 595 |
|  | 843 | 1,009 | 514 | 942 | 3,308 | (804) | 229 | (1,554) | 314 | (1,815) | (1,264) |
| Cash flow from operations | 1,081 | 1,255 | 730 | 789 | 3,855 | (106) | 1,232 | (599) | 574 | 1,102 | 4,168 |
| **Change in fixed assets** | | | | | | | | | | | |
| Deductions (additions) | 150 | 150 | 150 | 250 | 700 | 500 | 500 | 500 | 500 | 2,000 | 2,000 |
| **Change in long term debt** | | | | | | | | | | | |
| Payments on term debt - based on current term balance | 0 | 0 | 0 | 0 | 0 | 125 | 125 | 125 | 175 | 550 | 700 |
| Payment on term note B | | | | | | | | | | | 46 |
| (Increase) decrease in term note C | | | | | | (102) | (102) | (102) | (102) | (408) | (816) |
| Payment of preferred interest | | | | | | | | | 0 | 0 | 18 |
| Payments on prepetition property taxes | 0 | 0 | 0 | 0 | 0 | 75 | 75 | 75 | 75 | 300 | 300 |
| Payments on frozen pension plans | 0 | 0 | 0 | 0 | 0 | 96 | 96 | 96 | 96 | 383 | 383 |
| Change in revolver | 1,050 | 1,100 | 600 | 500 | 3,250 | (850) | 550 | (1,300) | (100) | (1,700) | 1,500 |
|  | 1,050 | 1,100 | 600 | 500 | 3,250 | (656) | 744 | (1,106) | 144 | (875) | 2,131 |
| Net change in cash | (119) | 5 | (20) | 39 | (95) | 51 | (12) | 7 | (69) | (23) | 37 |
| Beginning cash | 319 | 200 | 205 | 185 | 319 | 224 | 274 | 262 | 270 | 224 | 200 |
| Ending cash | $200 | $205 | $185 | $224 | $224 | $274 | $262 | $270 | $200 | $200 | $237 |

**New AFI**
**Free Cash Flow**
**(000's)**

| | Monthly | | | Sept to Dec 2004 | | Quarterly | | | 2005 | Yearly |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Total | Mar-05 | Jun-05 | Sep-05 | Dec-05 | Total | Dec-06 |
| Net Profit | $107 | $115 | $85 | ($285) | $22 | $300 | $601 | $549 | ($148) | $1,301 | $3,511 |
| Plus depreciation | 131 | 131 | 131 | 131 | 524 | 399 | 402 | 406 | 409 | 1,615 | 1,922 |
| Capital expenditures | 150 | 150 | 150 | 250 | 700 | 500 | 500 | 500 | 500 | 2,000 | 2,000 |
| Accrual of Risk Fee | | | | | | 102 | 102 | 102 | 102 | 408 | 816 |
| Term Debt payments | | | | | | | | | | | |
| Payments on term debt A | 0 | 0 | 0 | 0 | 0 | 125 | 125 | 125 | 175 | 550 | 700 |
| Payments on prepetition property taxes | 0 | 0 | 0 | 0 | 0 | 75 | 75 | 75 | 75 | 300 | 300 |
| Payments on frozen pension plans | 0 | 0 | 0 | 0 | 0 | 96 | 96 | 96 | 96 | 383 | 383 |
| | 0 | 0 | 0 | 0 | 0 | 296 | 296 | 296 | 346 | 1,233 | 1,383 |
| Net Excess Cash Flow I | $88 | $96 | $66 | ($403) | ($153) | $4 | $309 | $261 | ($483) | $91 | $2,049 |
| 50% of Excess used to pay Term Debt B & C | | | | | | | | | | 46 | 1,025 |
| Net Excess Cash Flow II | | | | | | | | | | 46 | 1,025 |
| Distribution to Reorganized Debtor - Class 5 & 6 | | | | | | | | | | 18 | 410 |
| Remaining Free Cash Flow | | | | | | | | | | $27 | $615 |

# LIQUIDATION ANALYSIS

This analysis demonstrates that Creditors would receive lesser distributions in a liquidation than they would under the Plan of Reorganization. Consequently, the Debtor believes the Plan satisfies the requirements of the best interests test set forth in Section 1129(a)(7) of the Bankruptcy Code.

### A. Assets

1. Real Estate:

    The amounts listed in Schedule "A" of the Debtor's Schedules are as follows:

    | | | |
    |---|---|---|
    | Plant 1 | $ | 2,380,000.00 |
    | Plant 2 | | 3,675,000.00 |
    | Plant 2, Tract 1 (including Residential Real Estate) | | 302,940.00 |
    | Plant 2, Tract 2 (improvements at 5074 County Road 23) | | 50,000.00 |
    | Plant 2, Tract 4 (improvements at 1912 Diehl Drive) | | 41,200.00 |
    | | $ | 6,449,140.00 |

2. Personal Property:

    The amounts listed in Schedule "B" of the Debtor's Schedules are as follows:

    | | | |
    |---|---|---|
    | Cash on Hand | $ | 500.00 |
    | Bank of America Account #3751512941 | | 149,592.07 |
    | National City Bank Account #1000643 | | 1,950.00 |
    | Prepaid Insurance | | 113,940.76 |
    | Accounts Receivable | | 12,304,630.37 |
    | Prepaid Equipment Leases | | 3,602.57 |
    | Prepaid Maintenance Contracts | | 43,616.75 |
    | Prepayments to Vendors | | 8,517.65 |
    | Vehicles and Accessories | | 164,250.00 |
    | Office Equipment | | 355,500.00 |
    | Machinery Fixtures and Equipment | | 5,890,250.00 |



EXHIBIT C

FWIMAN1 344834v1

| | |
|---|---:|
| Inventory (Castings) | 1,776,379.79 |
| Inventory (Raw Materials) | 652,593.58 |
| Inventory (Spare Parts) | 4,557,276.34 |
| Unbilled Customer Tooling | 93,045.00 |
| Workmen's Compensation | 606,947.36 |
| | $ 26,722,592.24 |

The Debtor's real estate and personal property thus had an aggregate value, as of the Petition Date, of approximately $33.2 million.

## B. Debts

The following is a summary of the Debtor's debt obligations.

| | |
|---|---:|
| Administrative Claims | $ 5,394,323.00 |
| Priority Tax Claims | 1,462,937.00 |
| Priority Non-Tax Claims | 127,317.32 |
| Senior Lender Claims | 23,622,422.98 |
| Miscellaneous Secured Claims | 169,623.16 |
| Subordinated Lender Claims | 8,300,000.00 |
| General Unsecured Claims | 14,830,552.00 |
| IDEM Claims | 500,000.00 |
| | $ 54,237,552.00 |

The Debtor expects some adjustment to these amounts when exact amounts of Claims are determined.

## C. Liquidation

The liquidation analysis is provided for comparison between what Creditors may expect to receive in a Chapter 7 liquidation of the Debtor's business and the treatment proposed under the Plan of Reorganization.

At the commencement of the case, the Debtor had real estate and personal property having an aggregate scheduled value of approximately $33.2 million. All such property is subject to liens and mortgages in favor of the Senior Lenders and the Subordinated Lenders. In a liquidation, both the Senior Lenders and the Subordinated Lenders would assert a lien on such assets for an application of the proceeds thereof for payment on their respective indebtedness. Presently, the Debtor's outstanding principal indebtedness to the Senior Lenders is approximately $23,622,422. The claims of the Subordinated Lenders are approximately $8,300,000, $3,000,000 of which is allowed as a Secured Claim under the Plan. Holders of administrative and priority claims would also be entitled to payment before distributions could be made to unsecured creditors.

The Debtor believes that a liquidation of its assets could yield a recovery substantially less than the scheduled aggregate value of $33.2 million. Consequently, no proceeds would remain after payment of secured claims and administration claims to pay unsecured creditors in the event of liquidation. The table below illustrates liquidation values based upon estimates made by Bank of America as of January 31, 2004.

<u>Estimated Liquidation Values</u>

| | |
|---|---|
| Accounts Receivable | $ 9,957,000 |
| Inventory | $ 1,361,000 |
| Equipment | $ 8,594,000 |
| Real Estate | $ 3,803,000 |
| | $23,715,000 |

Whether the ultimate recovery upon liquidation is $23,715,000, as estimated by Bank of America, or the higher stated values contained in the Debtor's schedules, the holder of General Unsecured Claims will receive substantially more under the Debtor's proposed Plan of Reorganization.

The following table illustrates the estimated distribution in a hypothetical Chapter 7 liquidation of the Debtor's assets on the Effective Date, assuming the assets could be liquidated for their scheduled value of approximately $33.2 million.

|   | Class Description | Claim or Equity Interest | Chapter 7 Recovery | Recovery % |
|---|---|---|---|---|
| N/A | Administrative Expense Claims | $ 5,394 | 5,394 | 100% |
| 1 | Priority Tax Claims | 1,463 | 1,463 | 100% |
| 2 | Priority Non-Tax Claims | 127 | 127 | 100% |
| 3 | Secured Claims (only a portion of Subordinated Debt would receive a distribution) | 26,047 | 26,047 | 100% |
| 4 | Miscellaneous Secured Claims | 169 | 169 | 100% |
| 5 | General Unsecured Claims | 20,705 | - | 0% |
| 6 | IDEM claims | 5,000 | - | 0% |
| 7 | Common Stock Interests | | | 0% |

As illustrated by the foregoing, the Debtor believes that under the Plan, each holder of an impaired Claim will receive, on account of such Claim, property of a value, as of the Effective Date, that is not less than the value such holder would receive if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code on the Effective Date.

FWIMAN1 344834v1