## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF : | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO.  04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

### APPEARANCE OF KOS & ASSOCIATE
### FOR CITY OF AUBURN

**TO THE CLERK OF COURT:**

Please record the appearance of Edmund P. Kos and Steven J. Bradford, of Kos & Associate, as co-counsel for City of Auburn in the above-captioned proceeding.

Respectfully submitted,

KOS & ASSOCIATE

Edmund P. Kos (11234-49)

Steven J. Bradford (22906-64)

Attorneys for City of Auburn

110 West Berry Street, Suite 1904
Fort Wayne, Indiana 46802-2374
Telephone: (260) 424-2790
Facsimile: (260) 424-1872

## CERTIFICATE OF SERVICE

I hereby certify that on the ___*13th*___ day of July, 2004, a true and complete copy

of the "Appearance of Kos & Associate for City of Auburn" was served upon the following

counsel via first class United States mail, postage prepaid or notice of electronic filing by

authorized e-mail:

John R. Burns
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, Indiana 46601

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204

Grant F. Shipley
233 West Baker Street
Fort Wayne, Indiana 46802-3413

Gary D. Boyn
121 West Franklin Street
Elkhart, Indiana 46516

Henry A. Efroymson
Ice Miller
One American Square, Box 82001
Indianapolis, Indiana 46282-0002

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Boulevard
Malvern, Pennsylvania 19355

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Ste 200
Cleveland, Ohio 44131

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800

2

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802-0501

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, Indiana 46802

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

_____
Edmund P. Kos

S:\...\CityofAuburn\AuburnFoundry\Appearance

2