UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On July 14, 2004, Auburn Foundry filed its <u>Application to Employ Ernst & Young as Tax Services Provider for Debtor-in-Possession</u>, asking the court to approve the Employment of Ernst & Young by the Debtor-in-Possession. In support of the relief requested, the motion states that due to Ernst & Young's extensive experience in the area of tax preparation, its services would be beneficial to the Bankruptcy estate. A copy of the application is attached hereto.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then on or before August 4, 2004 you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

> John R Burns III
> Baker & Daniels
> 111 E. Wayne Street, #800
> Fort Wayne, IN 46802

FWIMAN1 344995v1

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Motion for hearing, which you or your attorney will be expected to attend.

DATE: _____

                                 BAKER & DANIELS

                                 By: /s/ John R Burns, II
                                      John R Burns (#3016-02)
                                      Mark A. Werling (#20426-02)
                                      111 East Wayne Street, Suite 800
                                      Fort Wayne, Indiana 46802
                                      Telephone: (260) 424-8000
                                      Facsimile: (260) 460-1700

                                 ATTORNEYS FOR THE DEBTOR,
                                 AUBURN FOUNDRY, INC.