UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Motion and Opportunity to Object to

Debtor's Application to Employ Ernst & Young as Tax Services Provider for Debtor-in-

Possession was served first-class United States mail, postage prepaid, or by electronic means on

July 14, 2004 upon the following parties or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN 46706

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

3M Valley
600 E. Meigs
P.O. Box 368
Valley, NE 68064-0368

A-1 Janitorial Service
PO Box 241
Waterloo, IN 46793

ABB Inc.
9000 Regency Park, Suite 300
Cary, NC 27511

Acordia
PO Box 885
Ft Wayne, IN 46801-0885

Addis Inc
3721 Lee Road
Cleveland, OH 44120

Admetco
7625 Vicksburg Pike
Fort Wayne, IN 46850

Aero-Motive Manufacturing Co
5688 East ML Ave
PO Box 2678
Kalamazoo, MI 49001

AFS Northeast Indiana Chapter
IN

Air Products and Chemicals Inc.
ATTN: Tom Jacob A6313
7201 Hamilton Blvd.
Allentown, PA 18195

Air Technics Inc
2652 Merrimont Drive
Troy, OH 45373

Airtech Environmental Services
601A Country Club Drive
Bensenville, IL 60106

Maxwell Engineering, Inc.
*d/b/a* Allen Pattern Works
616 East Wallace Street
PO Box 10540
Fort Wayne, IN 46803

Alro Steel Corporation
PO Box 10360
2211 Freeman
Ft Wayne, IN 46851-0360

American Bio Medica Corporation
122 Smith Road
Kinderhook, NY 12106

American Wire Rope And Sling
3122 Engle Road
Ft Wayne, IN 46809

Antibus Scales & Systems
4809 Illinois Road
Ft Wayne, IN 46804

Applied Metals & Machine Works
1036 St Marys Ave
Ft Wayne, IN 46808

Arab Pest Control
1130 Pion Road
Fort Wayne, IN 46825

Arrow Fence Company Inc
318 Edgewood Avenue
Ft Wayne, IN  46805

Arrow Services Inc
4121 Northrup
Ft Wayne, IN  46805

Ashland Inc.
Collection Dept.   DS3
P.O. Box 2219
Columbus, OH  43216

Auburn City Utilities
ATTN:  W. Erik Weber
130 East 7th Street
Auburn, IN 46706-1839

Auburn Cord Duesenberg Museum
1600 South Wayne Street
Auburn, IN  46706-0271

Auburn Inn
225 Touring Drive
Auburn, IN  46706

Austin Petroleum Inc.
99 E. Joe Street
Huntington, IN  46750

Auto Electric
709 E Washington
Ft Wayne, IN  46802

Automatic Data Processing
Of Indianapolis Inc
P O Box 80419
Indianapolis, IN  46280-0419

Aztec Millennium Supply, Inc
8411 Mayhew Road
Fort Wayne, IN  46835

Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way
Suite 300
Fort Wayne, IN  46804

Baker & Daniels
111 E Wayne Street
Suite 800
Ft Wayne, IN  46802

Bassett Office Supply Inc
509 South Main Street
PO Box 665
Auburn, IN  46706

Bayard Advertising
902 Broadway, 10th Floor
New York, NY  10010

BBC Pump And Equipment Co Inc
777 N. Tibbs Ave.
PO Box 22098
Indianapolis, IN  46222

Beardsley And Piper
751 Shoreline Drive
Aurora, IL  60504

Belcon Corp.
P.O. Box 4763
Oak Brook, IL  60522-4763

BGR Inc
6392 Gano Road
West Chester, OH  45069

Bisbee Infrared Services
1304 W Michigan
Box 51
Jackson, MI  49204

Bliss Clearing Niagra, Inc
683 Northland Avenue
Buffalo, NY  14211

Blue Flame Of Waterloo
US 6 East
PO Box 428
Waterloo, IN  46793

Bobcat of Fort Wayne, Inc.
3630 Goshen Road
Ft Wayne, IN  46818

Bohl Crane Inc
1930 Lakeview Drive
Ft Wayne, IN  46808

Bohren Logistics, Inc.
325 N. Taylor Road
Garrett, IN  46738

Bostwick-Braun Company
1946 N. 13th Street
Toledo, OH  43624

B-P Industrial Division
8432 Central Ave
Suite 3
Sylvania, OH  43560

BPC - Bell Packaging Corporation
PO Box 3006
Marion, IN  46953-0333

Brake Materials & Parts Inc
800 Sherman At Pape
Ft Wayne, IN  46808

Bread Basket
115 North Main Street
Auburn, IN  46706

Brechbuhler Scales
3306 Cavalier Drive
Fort Wayne, IN  46808

Brehob Corporation
P.O. Box 2023
Indianapolis, IN  46225

Brian's Automotive Center
1110 South Grandstaff Drive
Auburn, IN  46706

Bristal Metal Products, Inc.
3000 Lebanon Church Road
West Mifflin, PA  15122

Business Impressions
509 S Main St
P O Box 959
Auburn, IN  46706

C Miller & Sons Inc
6707 Gabion Way
Ft Wayne, IN  46818

C.A. Picard International
Surface Engineering Division, Inc.
689 Sugar Lane
Elyria, OH  44035

Calar Ace Hardware
P.O. Box 458
Syracuse, IN  46567

CAMS, Inc
495 Village Park Drive
Powell, OH  43065

Canteen
2715 American Way
Fort Wayne, IN  46809

Carpenter Brothers Inc.
6120 Norton Center Dr.
Muskegon, MI  49441

Carper Farm Supply Inc
PO Box 159
Ashley, IN  46705

Carrier Vibrating Equipment Inc.
P.O. Box 37070
Louisville, KY  40233-7070

Cascade Pattern Company
5191 Ternes Avenue
Elyria, OH  44035

CC Metals And Alloys Inc
University Corporate Centre
300 Corporate Parkway - 216N
Amherst, NY  14226

Certanium Alloys and Research
6510 Northpark Blvd.
Charlotte, NC  28216

Certified Reducer Rebuilders
32079 Milton
Madison Heights, MI  48071

Ceruti's Catering
615 Professional Way
Kendallville, IN  46755

Cincinnati Plus
Parts Division
4701 Marburg Avenue
Cincinnati, OH  45209

| | | |
|---|---|---|
| Citizens Gas & Coke<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | City Of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 | Classic City Automotive Inc<br>503 Michigan Avenue<br>Auburn, IN 46706 |
| Clean Conveyor Solutions<br>Division of CVP Group, Inc.<br>PO Box 67<br>Willow Springs, IL 60480-0067 | Complete Drives Inc<br>6419 Discount Drive<br>Ft Wayne, IN 46818 | Complete Maintenance &<br>Staffing,Inc<br>5405 Hursh Road<br>Fort Wayne, IN 46845 |
| Comtronix Corporation<br>2213 East 45th Street<br>Indianapolis, IN 46205-2297 | Consolidated Industries<br>6228 Holly Oak Dr<br>Ft Wayne, IN 46818 | Copper And Brass Sales Inc<br>530 Northfield Dr<br>Brownsburg, IN 46112 |
| Core Tech Inc<br>6000 Old Maumee Rd<br>Ft Wayne, IN 46803 | Cotterman Company<br>130 Seltzer Road<br>Croswell, MI 48422 | Covington Box & Packaging, Inc.<br>c/o Beckman Lawson, LLP<br>ATTN: Howard B. Sandler, Esq.<br>P.O. Box 800<br>Fort Wayne, IN 46801-0800 |
| Crosible Inc<br>P.O. Box 271<br>Moravia, NY 13118 | Crouse Cartage Co<br>PO Box 586<br>Carroll, IA 51401-0586 | Crown Group<br>4301 Engle Road<br>Fort Wayne, IN 46804 |
| Crown Lift Trucks<br>1919 Research Drive<br>Fort Wayne, IN 46808 | Crystal Clean<br>c/o Petroleum Management<br>7901 West Morris St<br>Indianapolis, IN 46231 | Current Inc<br>2120 E. Washington<br>Suite A<br>Ft Wayne, IN 46803-1329 |
| Curtis 1000 Inc<br>PO Box 11271<br>Ft Wayne, IN 46856 | Custom Engineering & Fabrication<br>1631 East Pontiac Street<br>Fort Wayne, IN 46803 | D.A.S. Services, Inc.<br>2310 West 175 North<br>Angola, IN 46703 |
| Dauber Company Inc<br>577 North 18th Road<br>Tonica, IL 61370 | David J. Joseph Company<br>659 Van Meter Street<br>Suite 530<br>Cincinnati, OH 45202 | DeKalb Engineering<br>700 E Quincy Street<br>Garrett, IN 46738 |

Diamond Power Specialty Company
2520 East Main Street
PO Box 787
Lancaster, OH  43130-0787

Dictating & Time Systems
2212 South Calhoun Street
Ft Wayne, IN  46802

Dietert Foundry Testing Inc
9190 Rose Lawn Ave.
Detroit, MI  48204

Digital Communication Products,Inc.
3720 South Calhoun Street
PO Box 12107
Ft Wayne, IN  46807

Digital Reprographics, Inc.
105 Chambeau Road
Ft Wayne, IN  46805

DISA Industries Inc.
ATTN:  Randall A. Miller
80 Kendall Point Drive
Oswego, IL  60543

Diversified Pattern & Eng Co Inc
100 Progress Way
PO Box 230
Avilla, IN  46710-0230

Doall South Bend Co Inc
802 S. Beiger St.
Mishawaka, IN  46544

Don R Fruchey Inc
c/o Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, IN  46802

Dorsch Tool & Eng Co
3419 Georgetown Rd
Indianapolis, IN  46224

DR Lubricants Inc
4611 Newaygo Road
Suite D
Ft Wayne, IN  46825

Duca Manufacturing Inc
761 Mcclurg Road
Boardman, OH  44512

Duffy Office Products
7712 Lima Road
Fort Wayne, IN  46818

Duraflo Equipment Company, Inc.
3910-B Culligan Avenue
Indianapolis, IN  46218

Eagle Fountain Works, Inc.
8 Winchester Road
Ormond Beach, FL  32174

Eastern Engineering Supply Inc
2810 North Wheeling
Muncie, IN  47303

Eclectric Company
18315 Richey Lane
Huntertown, IN  46748

Edglo Laboratories Inc
2121 East Washington Blvd
Ft Wayne, IN  46803

Edwards Medical
495 Woodcreek Drive
Bolingbrook, IL  60440

E-Filliate
11321 White Rock Road
Rancho Cordova, CA  95742

Eirich Machines Inc
4033 Ryan Rd
Gurnee, IL  60031

Elkem Metals Inc.
P O Box 266
Pittsburgh, PA  15230-0266

Ely Crane & Hoist
1247 East 222nd Street
Euclid, OH  44117

Emed Company Inc
PO Box 369
Buffalo, NY  14240-0369

Emergency Radio Service
4410 Earth Drive
Fort Wayne, IN  46809

Empire Refractory Sales Inc
3525 Metro Drive
Ft Wayne, IN  46818

Employer's Security Inc
PO Box 1045
Elkhart, IN  46515

Enco Manufacturing Company, Inc.
P.O. Box 357
Farmingdale, NY  11735

Engineered Tooling Inc
PO Box 48
Albion, IN  46701

Enviro Control Metals
650 Chestnut Street S.W.
Grand Rapids, MI  49503

Epic Machine
201 Industrial Way
Fenton, MI  48430

Ernst and Young LLP
PO Box 710884
Cincinnati, OH  45271-0884

Ewald Enterprises Inc
PO Box 80165
Ft Wayne, IN  46898-0165

Executone Information Systems, Inc.
ATTN:  LCR DEPARTMENT
P.O. Box 52843
Phoenix, AZ  85072-2843

Fairmount Minerals
P.O. Box 400
Bridgeman, MI  49106

Falcon Foundry Co
PO Box 301
6th & Water Streets
Lowellville, OH  44436-0301

Fargo Wear Inc
1801 Caniff Avenue
Detroit, MI  48212-2917

Fire Protection Inc
750 W North St Suite C
PO Box 327
Auburn, IN  46706

First Insurance Funding Corp.
450 Skokie Blvd.
Ste 1000, P.O. Box 3306
Northbrook, IL  60065-3306

Flex-Pac, Inc.
7113 South Mayflower Park
Zionsville, IN  46077

Franklin Capital Financial Services
112 North Grant Street
North Aurora, IL  60542

Foseco Inc
20200 Sheldon Road
Brook Park, OH  44142

Four Seasons Lawnscape
1695 North Main Street
Auburn, IN  46706

Fox Contractors Corp.
c/o Stephen E. Lewis, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN  46809

Frank H Gill Company
PO Box 703
Lansing, IL  60438-0703

FMThur
8408 Manor Drive
Fort Wayne, IN  46825

Freeman Mfg & Supply Company
27655 Groesbeck Hwy
Roseville, MI  48066

Friskney Gear & Machine Corp
350 North Bridge Street
Corunna, IN  46730

FWIMAN1 344995v1

Ft Wayne Orthopaedics, LLC
PO Box 2526
Fort Wayne, IN  46801

General Kinematics Corporation
5050 Rickert Road
Crystal Lake, IL  60014

George E Booth Company
8202 W 10th St
Indianapolis, IN  46214-2432

Goeglein's
7311 Maysville Road
Fort Wayne, IN  46815-8199

Golden Rule Sanitation, Inc
9905 Kress Road
Roanoke, IN  46783

W. W. Grainger, Inc.
7300 N. Melvina Ave. M530
Niles, IL  60714-3998

Graycraft Signs Plus Inc
434 West 7th St
Auburn, IN  46706

Great Lakes Carbon Corp
Four Greenspoint Plaza,Suite 2200
16945 Northchase Drive
Houston, TX  77060-2133

Groholski Manufacturing Solutions
PO Box 15742
Fort Wayne, IN  46885

H A Smolen Company Inc
PO Box 9055
Highland, IN  46322

H E C O Inc
3509 S Burdick St
Kalamazoo, MI  49001

Haney's Glass Of Auburn
930 West 15th Street
Auburn, IN  46706

Harbor Metal Treating Co. of Indiana
PO Box 644
Benton Harbor, MI  49023

Hartley Eng Control Systems
2400 Holly Road
Neenah, WI  54956

Heraeus Electro-Nite Company
One Summit Square
1st Floor, Suite 100
Langhorne, PA  19047

Hickman Williams & Company
Commerce Plaza
2015 Spring Road
Oak Brook, IL  60521

Hill and Griffith Co/Indy
3637 Farnsworth
Indianapolis, IN  46241

Hipsher Tool & Die, Inc
1593 S. State Road 115
Wabash, IN  46992

Hook Industrial Sales Inc
2731 Brooklyn Ave.
PO Box 9177
Ft Wayne, IN  46899

Hoosier Trailer & Truck Equip. Co.
4830 Todd Drive
Fort Wayne, IN  46803

Hot Crews Inc
4419 Ardmore Avenue
Ft Wayne, IN  46809

Hydronic & Steam Equip Co Inc
8950 Bash Street
Indianapolis, IN  46256

Indiana Refractories Inc.
1624 Simons Street
Ft. Wayne, IN  46803

Inductotherm Corp
10 Indel Ave
Rancocas, NJ  8073

Industrial Ceramic Products
14401 Suntra Way
Marysville, OH  43040

Industrial Marketing Inc.
114 W. Toledo Street
Fremont, IN  46737

Industrial Specialties
9621 White Hill Ct
Ft Wayne, IN  46804-5953

Industrial Tool Service Inc
612 Hayden Street
Fort Wayne, IN  46802

Industrial Tube & Steel Corp
9911 Cresecent Park Drive
West Chester, OH  45069

Industron Corporation
2044 Valleydale Terrace
Birmingham, AL  35244

Ingersoll-Rand Air Center
Air Compressor Group
2516-I Industrial Park Drive
Goshen, IN  46526

Inovis
Attn: Billing
2425 N. Central Expressway #900
Richardson, TX  75080

Interlube Corporation
4646 Baker Avenue
Cincinnati, OH  45212-2594

Intermec Media Products
9290 LeSaint Drive
Fairfield, OH  45014-5454

International Quality
521 Cleveland
Lincoln Park, MI  48146

International Surface Preparation
1606 Executive Dr
Lagrange, GA  30241

Ircon Inc
7300 N. Natchez Ave.
Niles, IL  60714

Ivy Tech
3800 North Anthony Blvd
Fort Wayne, IN  46805

J & K Communications Inc.
222 S. Tower View Drive
Columbia City, IN  46725

J & L Industrial Supply
PO Box 3359
Livonia, MI  48151-3359

J/E Bearing and Machine Ltd.
68 Spruce Street
P.O. Box 95
Tillsonburg, ON  N4G4H8

Jackson-Hirsh Inc
700 Anthony Trail
Northbrook, IL  60062-2542

J-Lenco Inc
664 N High Street
LaRue, OH  43332

K M H Systems
6900 Poe Avenue
Dayton, OH  45414

Kaltenbach, Inc.
6775 Inwood Drive
Columbus, IN  47202

The New Keibler Thompson Corporation
Route 66 RR #2
Box 264A
Export, PA  15632

Kendall Electric Inc
131 Grand Trunk Ave.
Battle Creek, MI  49016

Kendallville Iron & Metal Inc
243 E Lisbon Road
PO Box 69
Kendallville, IN  46755

Keramida Environmental Inc
330 N College Ave
Indianapolis, IN  46202

Kone Inc.
433 Fernhill Ave
Ft Wayne, IN  46805-1039

Korte Bros Inc
620 W Cook Rd
Ft Wayne, IN  46825-3324

Korte Paper Co
1819 South Calhoun
Ft Wayne, IN  46857

Kroger Food Stores
1001 West Seventh Street
Auburn, IN  46706

Kustom Machining Inc.
P.O. Box 39
Leo, IN  46765

L & D Industries
201 South Fulton
Auburn, IN  46706

Lab Safety Supply Inc
PO Box 1368
Janesville, WI  53547-1368

LBH Chemical & Industrial Supply
PO Box 8460
3009 Cannongate Drive
Ft Wayne, IN  46808-8460

LDM, Loading Dock Maintenance,LLC
14819 Mill Road
Fort Wayne, IN  46816

Leco Corporation
3000 Lakeview Avenue
St Joseph, MI  49085-2396

LMI Technologies (USA), Inc.
21455 Suite 22 Melrose Ave.
Southfield, MI  48075

Lougheed & Associates Inc
1017 S. Hadley Road
Ft Wayne, IN  46804

Louis Padnos Iron & Metal Co
PO Box 1979
Holland, MI  49422-1979

Lyman Steel Co
PO Box 28340
Cleveland, OH  44128

MacAllister Machinery Co Inc
2418 Coliseum Blvd W
Ft Wayne, IN  46808-3648

MacDonald Machinery Co Inc
3911 Limestone Drive
Fort Wayne, IN  46809

Magma Foundry Technologies
2340 South Arlington Heights Road
Arlington Heights, IL  60005

Magneco/Metrel Inc
223 Interstate Road
Addison, IL  60101

Mail-Well Envelope
Attn: Patty
4500 Tiedman Road
Cleveland, OH  44144

Marjo Plastics
1081 Cherry Street
Plymouth, MI  48170

Marposs
3300 Cross Creek Parkway
Auburn Hills, MI  48326

Master Gage & Tool Co.
112 Maplewood Street
P.O. Box 3305
Danville, VA  24540

Materials Handling Equip/Ft W
7433 US 30 East
Ft Wayne, IN  46803

McLean Midwest Corporation
11611 Business Park Blvd. N.
Champlin, MN  55316

McMahon Tire
1712 South Wayne Street
Auburn, IN  46706

McMaster Carr Supply Company
200 Aurora Industrial PKWY
Aurora, OH  44202

McNichols Company
ATTN:  Dwight Glisson
P.O. Box 30300
Tampa, FL  33630-3300

Mellon Consultants
Two Pennsylvania Plaza
New York, NY  10121

Metal Management
4431 West 130th Street
Cleveland, OH

Metaltec Steel Abrasive Co
41155 Joy Road
Canton, MI  48187

Met-Pak Specialties, Inc
2701 S. Coliseum Blvd.
Suite 1172
Fort Wayne, IN  46803

Metric and Multi-Standard Comp
Corp
120 Old Saw Mill River Rd
Hawthorne, NY  10532-1599

Meyer Industrial Service
616 W Maplewood Drive
Ossian, IN  46777

Michiana Door
PO Box 45
Stroh, IN  46789-0045

Mid-State Chemical & Supply Co.
2100 Greenbrier Lane
Indianapolis, IN  46218

Midwest Air Filter, Inc.
3630 N. Wells Street
Fort Wayne, IN  46808

Midwest Instrument Co Inc
ATTN:  Jeff Heimsch
P.O. Box 80
Hartland, WI  53029-0080

Midwest Pipe & Steel Inc
PO Box 11558
Fort Wayne, IN  46859

Miller and Company
Robert Overman
9700 West Higgins Road, Suite 1000
Rosemont, IL  60018

Modern Equipment Company
336 South Spring Street
PO Box 266
Port Washington, WI  53074

Monitor Mfg
Drawer AL-44W320
Keslinger Rd
Elburn, IL  60119

Motion Industries Inc
1605 Alton Road
Birmingham, AL  35210

MP Steel, Indiana
P.O. Box 911
Beaver Falls, PA 15010

MPB Industries
505 East 31st Street
Anderson, IN  46016

MSC Industrial Supply Co
75 Maxess Road
Melville, NY  11747

Nadapro Inc
c/o Gary D. Wohlwend
5020 Nob Road
Ft Wayne, IN  46825

National Material Trading
1965 Pratt Blvd.
Elk Grove Village, IL  60007

Neff Engineering Company Inc
7114 Innovation Blvd
Ft Wayne, IN  46898

NES
8855 Byron Commerce
Byron Center, MI  49315

Newark InOne
4410 Executive Blvd
Suite A
Ft Wayne, IN  46808

Northstar Imaging, Inc
953 Westgate Drive
St. Paul, MN  55114

O C Tanner
1930 South State Street
Salt Lake City, UT  84115

Old Fort Supply Co Inc
Old Fort Way At 2000 Wayne Tr
Ft Wayne, IN  46803

Omega Engineering Inc
One Omega Drive
PO Box 4047
Stamford, CT  06907-0047

Omnisource Corporation
2453 Hill Avenue
Toledo, OH  43607

Ossola Industrials Inc.
1740 W. Seventh Street
Granite City, IL  62040

Paaso General Equipment
PO Box 868
Brighton, MI  48116

Pain Enterprises Inc.
101 Daniels Way
Bloomington, IN  47404

Pangborn Company
580 Pangborn Blvd.
PO Box 0380
Hagerstown, MD  21742-0380

Parker Glove & Supply, Inc.
East 4th Street
P.O. Box 400
Avilla, IN  46710

Peerless Metal Powders & Abrasive
P.O. Box 09254
Detroit, MI  48209

Perfection Servo Hydraulics
1290 Lyon Road
Batvia, IL  60510

Perkins Septic & Drain Service
0375 CR11
Hudson, IN  46747

Pflaumer Brothers Inc
398 Clarksville Road
Princeton Jct., NJ  8550

PHC Industries Inc
P.O. Box 11225
Ft Wayne, IN  46856-1225

Pizza Hut
1116 W 7th Street
Auburn, IN  46706

Powered Equipment And Repair
600 Voorhees
PO Box 147
Terre Haute, IN  47808-0147

Pranger Enterprises Inc
PO Box 366
2820 West 800 South
Ashley, IN  46705

Precision Calibration Company
7656 Milliner Court
Plainfield, IN  46168

Precision Steel Services Inc.
4334 Earth Drive
Ft. Wayne, IN  46809

Project Management Services
P.O. Box 398
McDonald, OH  44437-0398

Proxtronics, Inc
7200 Fullerton Road
Springfield, VA  22150

PWC Fabrication
2121 Wayne Haven Avenue
Ft Wayne, IN  46803

QHG of Ft Wayne, Inc/Redimed
315 East Cook Road
Fort Wayne, IN  46825

QMS-Customer Service
300 Galleria Officenter
Suite 110
Southfield, MI  48034

Quality Calibration Service, Inc.
10205 West Greenfield Avenue
West Allis, WI  53214

R I Lampus Company
816 Railroad St
Springdale, PA  15144

RA Mueller Inc.
11270 Cornell Park Drive
Cincinnati, OH  45242

Radio Shack Corporation – Credit Svcs
ATTN:  Judy Wong
300 RadioShack Circle Mail Stop 5018
PO Box 961090
Fort Worth, TX  76161-5018

Redimed DeKalb, LLC
AMIC
500 S. Grandstaff Suite G
Auburn, IN  46706

Refco
PO Box 12867
Pittsburgh, PA  15241

Reilley Trucking
7431 Bent Willow Dr
Ft Wayne, IN  46815

Renco Machine Co Inc
1421 Eastman Ave
Green Bay, WI  54302

Reno Refractories
PO Box 201
Morris, AL  35116

Richard Squier Pallets Inc
3992 CR24
Waterloo, IN  46793

Rumford Industrial Group Inc
PO Box 752288
Dayton, OH  45475

Rytec Corporation
PO Box 403
Jackson, WI  53037

S & S Oil Co Inc
821 Lakeshore Avenue
Auburn, IN  46706

S & S Tire Co Inc
1100 West 7th Street
Auburn, IN  46706

S D Myers
180 South Avenue
Tallmadge, OH  44278

Safety - Kleen System, Inc.
5400 Legacy Drive
Cluster II, Bldg. 3
Plano, TX  75024

Schenkel & Sons Inc
c/o Brian J. Lange, Esq.
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Ft Wayne, IN  46802

Schust Engineering Inc
701 North Street
Auburn, IN  46706

Scioto Valley Packaging,LLC
P.O. Box 497
Clinton, NC  28329

Scott Industrial Systems Inc
521 N Airport Office Park
Ft Wayne, IN  46825

Security Locknut Inc
9650 West Foster Avenue
Chicago, IL  60656

Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH  43612

Steel Equipment Specialists, LLC
P.O. Box 2148
1507 Beeson Street
Alliance, OH  44601

Shambaugh & Son, LP
c/o Stephen L. Fink, Esq.
Barnes & Thornburg
600 One Summit Square
Ft Wayne, IN  46801

Shells Inc Of Indiana
502 Old U.S. Hwy 30 East
Bourbon, IN  46504

Sherry Laboratories
2203 South Madison
Muncie, IN  47307

Signature Embroidery, Inc
7720 E 300 N
Mongo, IN  46771

Spectro Analytical Instruments,Inc.
160 Authority Drive
Fitchburg, MA  1420

Spectrum Engineering Corp
5524 North County Line Road
Auburn, IN  46706-9302

Spraying Systems Company
c/o Harriman Ave
PO Box 348
Auburn, IN  46706

Sprinkling Can
233 South Main Street
Auburn, IN  46706

Staclean Diffuser
PO Box 1147
Salisbury, NC  28144

STAG Iron & Metal Corp
c/o Deer & Stone, P.C.
130 S. Jefferson Street, Ste 501
Chicago, IL  60661

States Engineering Corp
10216 Airport Drive
Ft Wayne, IN  46819

Stericycle Inc
13975 Polo Trail Dr #201
Lake Forest, IL  60045

Struers Inc
24766 Detroit Road
WestLake, OH  44145

Sturgis Iron & Metal
70675 Centerville Road
Sturgis, MI  49091-0579

Superior Business Solutions
PO Box 8040
Ft Wayne, IN  46898-8040

System Clean Inc.
50602 North Michigan Road
South Bend, IN  46637-1532

T & L Sharpening Inc
2663 S Freeman Road
Monticello, IN  47960

T & M Equipment Co Inc
2880 East 83rd Place
Merrillville, IN  46410

T.T.G. Pattern
5443 Keystone Drive
Fort Wayne, IN  46825

Taylor Rental Auburn
2224 State Road 8 West
Auburn, IN  46706

Tec-Hackett Inc
P.O. Box 8830
Ft Wayne, IN  46898-8830

Telemotive Industrial Controls
175 Wall Street
Glendale Heights, IL  60139-1985

Time Industrial Inc
6422 Lima Road
Fort Wayne, IN  46818

Tooling & Equipment Intern'l
12550 Tech Center Drive
Livonia, MI  48150-2193

TPC Wire & Cable
7061 East Pleasant Valley Road
Independence, OH  44131

Trane Company
Rohan Trane Service Agency, Inc.
6602 Innovation Blvd
Fort Wayne, IN  46818-1389

Tri State Compressed Air Sys
1608 Eishenhower Drive South
Goshen, IN  46526-5360

Tri-State Instrument Service
P.O. Box 6068
3024 Wayne Trace
Ft Wayne, IN  46896

Trojan Heat Treat
809 S. Byron St
PO Box 97
Homer, MI  49245

UNIMIN Corporation
809 Myers Road
Archbold, OH  43502

US Inspection Services
8740 Boehring
Indianapolis, IN  46219

US Pattern Company Inc
PO Box 220
Richmond, MI  48062

Steven Del Cotto, Esq.
Vesuvius USA Corp.
27 Noblestown Road
Carnegie, PA  15106

Vibes Technologies Inc.
7125 Northland Terrace North
Suite 400
Brooklyn Park, MN  55428

VWR International, Inc.
1230 Kennestone Circle
Marietta, GA  30066

Walman Optical Co
PO Box 9440
Minneapolis, MN  55440

Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham McHale LLP
10 W. Market, #2700
Indianapolis, IN  46204

Water Sciences
PO Box 15489
Ft Wayne, IN  46885

Wayne Fasteners Inc
2611 Independence Drive
Ft Wayne, IN  46808

Wayne Pipe & Supply Inc
1815 South Anthony Blvd
Ft Wayne, IN  46803

Welder Services Inc
1725 Edsall Avenue
PO Box 6178
Ft Wayne, IN  46896

Westport Corporation
510 Montauk Hwy
West Islip, NY  11795

Wheelabrator Abrasives Inc
1 Abrasive Ave
PO Box 804
Bedford, VA  24523

Wheelabrator Canada Inc.
401 Wheelabrator Way
Milton Ontario Canada,   L9T 487

Wiese Planning and Engineering,
Inc.
2725 Independence Drive
Fort Wayne, IN  46808

William C Weber & Assoc Inc
Constitution Hill Office Park
6201 Constitution Drive
Ft Wayne, IN  46804

Wise International Ideal Lease
2807 Goshen Road
Fort Wayne, IN  46808

X R I Testing
8327 Reliable Pkwy
Chicago, IL  60686-0083

X R I Testing - Troy
1961 Thunderbird
Troy, MI  48084

Disa Goff, Inc.
P.O. Box 1607
Seminole, OK  74818

OmniSource Corporation
Thomas P. Yoder, Esq.
Barrett & McNagny LLP
215 East Berry Street
Ft Wayne, IN  46802

American Express Travel Related Svcs
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Key Equipment Finance
ATTN:  Sal Boscia
1000 South McCaslin Blvd.
Louisville, CO  80027

Dayton Freight Lines Inc.
6450 Poe Ave., Ste 311
Dayton, OH  45414

Print Shop
825 Northwood Blvd.
Ft Wayne, IN  46805

IBM Credit LLC
ATTN:  Beverly Shideler
Two Lincoln Centre
Oakbrook, IL  60181

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH  43612

Vericore LLC
1200 W. Causeway Approach
Mandeville, LA  70471

Edwin P. Rosebrock
P.O. Box 383
Auburn, IN  46706

Marlin Leasing Corp.
ATTN:  Kelly McCarthy
124 Gaither Drive, Suite 170
Mount Laurel, NJ  08054

USF Holland, Inc.
750 E. 40th Street
Holland, MI  49423

Van Dyne Crotty
3233 Newmark Dr
Miamisburg, OH  45342

ABF Freight System Inc.
3320 N. Wells St
Fort Wayne, IN  46808

Airborne Express
P.O. Box 91001
Seattle, WA  98111

Alfa Financial Corporation
56 Colonial Park Drive Suite 200
Roswell, GA  30075

Ametek Inc.
900 Greenbank Road
Wilmington, DE  19808

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL  60697

Bobcat Financial Services
8001 Ridgepoint Drive
Irving, TX  75063

Bohren-Mercer Warehouse and
  Distribution
325 N. Taylor Rd.
Garrett, IN  46738

Butler & Butler Construction
1803 Grandstaff Drive South
Auburn, IN  46706

Camway Transportation Corp
7846 West Central Avenue
Toledo, OH  43617

Copelco Capital, Inc.
P.O. Box 728
Park Ridge, NJ  07656

Covert Manufacturing Inc.
328 South East Street
Galion, OH  44833

DeKalb County Assessor
Court House
100 South Main STreet
Auburn, IN  46706

DeKalb Memorial Hospital
P.O. Box 542
Auburn, IN  46706

Dell Financial Services, L.P.
14050 Summit Drive
Bldg A, Suite 101
Austin, TX  78758

EDS
P.O. Box 4582
Postal Station A
Toronto, ON  M5W 4W4

GMAC Business Credit, LLC
300 Galleria Officentre, Ste 110
Southfield, MI  48034

Indiana Department of Revenue
100 North Senate
Room N203
Indianapolis, IN  46204-2217

Internal Revenue Service
230 South Dearborn, Room 2560
5014 CHI
Chicago, IL  60604

Jet Express Inc.
4518 Webster Street
Dayton, OH  45414

Martin Graphics
P.O. Box 525
Auburn, IN  46706

Michael Barstow
Consultant Metallurgist
1152 Southvale Road
Pittsburgh, PA 15237-4241

National City Leasing Corp.
101 South Fifth Street
Louisville, KY  40202

NMHG Financial Services Inc.
7020 Hwy 30 East
Fort Wayne, IN  46803

OFC Capital
Dept GA00010
PO Box 530101
Atlanta, GA  30353-0101

Reliable Corporation
1001 West Van Buren Street
Chicago, IL  60607

Rudd Equipment Company
P.O. Box 32427
Louisville, KY  40232

Simplicity Engineering Inc.
212 S. Oak
Durand, MI  48429-0257

Secretary of Treasury
15th & Pennsylvania Avenue
Washington DC  20220

Securities & Exchange Commission
Bankruptcy Section
175 w. Jackson Blvd., Suite 900
Chicago, IL  60604

Thomas E. Keller Trucking Inc.
1160 Carpenter Road
Defiance, OH  43512

U.S. Attorney Office
3128 Federal Building
1300 South Harrison Street
Fort Wayne, IN  46802

United Parcel Service
P.O. Box 505820
The Lakes, NV  88905-5820

US Cargo Management, Inc.
Philadelphia International Airport
P.O. Box 277
Essington, PA  19029

Weyerhaeuser Co.
2727 CR 81
Butler, IN  46721

Earth Tech
5555 Glenwood Hills Pkwy. S. E.
Grand Rapids, MI  49512

Best Access Systems
6161 E. 75th Street
Indianapolis, IN  46250

A T & T
P.O. Box 9001309
Louisville, KY  40290-1309

American Arbitration Association
13455 Noel Road, Suite 1750
Dallas, TX  75240

Arch Wireless
ATTN:  Division 19
11570 Mosteller Road
Cincinnati, OH  45241

Auburn Chrysler, Dodge & Jeep, Inc.
507 South Grandstaff Drive
Auburn, IN  46706

Centennial Wireless
421 Fernhill Avenue
Fort Wayne, IN  46805

Corporate Benefit Strategy
5181 Plainfield Ave NE, Suite D
Grand Rapids, MI  49535

DeKalb Co. Nuisance Animal Control
4107 CR 35
Auburn, IN  46706

Fastenal Company
923 Cardinal Court
Auburn, IN  46705

Hi-Vac Corporation
117 Industry Road
Marietta, OH  45750

Medical Group of Fort Wayne
Billing Office
PO Box 2505
Fort Wayne, IN  46801-2505

Moore Medical Corporation
ATTN:  Sharon Schoenberger
P.O. Box 1500
New Britain, CT  06050-2740

MSS Software
5 Great Vallen Parkway
Malvern, PA  19355

National Serv-All
5000 Smith Road
Fort Wayne, IN  46809

National Serv-All
Merritt/Hess
3907 CR 47
Auburn, IN  46706

PSA Quality Systems
5615 Enterprise Drive
Lansing, MI  48911

Three-Star Electric
4650b Twin Branch Drive
PO Box 1088
Mishawaka, IN  46546

Universal Am-Can Ltd
PO Box 80
Warren, MI  48090

Vomac Truck Sales & Service
5810 Moeller Road
Fort Wayne, IN  46806

Wheelabrator Air Pollution
441 Smithfield
Pittsburgh, PA  15222

Yaskawa Electric
1067 Johnson Drive
Buffalo Grove, IL  60089

Elliott Transport System, Inc.
4101 - 32nd Avenue, South
Moorhead, MN  56561-0366

Newcourt Leasing Corp/CIT
21146 Network Place
Chicago, IL  60673-1211

Northbend Pattern Works
28080 Ziegler Blvd.
West Harrison, IN  47060

Parkview Occupational Health
3103 East State Street
Fort Wayne, IN  46805

Rainelli's Bakery
5930 County Road 55
St. Joe, IN  46785

Staffing Partners
2829 Cleveland Road
Wooster, OH  44691

Michigan Dept. of Treasury
P.O. Box 30059
Lansing, MI  48909

/s/  Mark A. Werling