UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

   On July 14, 2004, Auburn Foundry filed its <u>Application to Employ Ernst & Young as Tax Services Provider for Debtor-in-Possession</u>, asking the court to approve the Employment of Ernst & Young by the Debtor-in-Possession.  In support of the relief requested, the motion states that due to Ernst & Young's extensive experience in the area of tax preparation, its services would be beneficial to the Bankruptcy estate.  A copy of the Application and accompanying Affidavit is attached hereto.

   **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

   If you do not want the court to grant the motion, then on or before August 4, 2004, 21 days from the date hereof, you or your attorney must:

   1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

     Office of the Clerk
     United States Bankruptcy Court
     1300 S. Harrison Street
     Post Office Box 2547
     Fort Wayne, Indiana 46801-2547

   If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

   2. You must also mail a copy of your objection to:

     John R Burns III
     Baker & Daniels
     111 E. Wayne Street, #800
     Fort Wayne, IN 46802

FWIMAN1 345998v1

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Motion for hearing, which you or your attorney will be expected to attend.

DATE: <u>July 14, 2004</u>

                                      BAKER & DANIELS

                                      By: <u>/s/ John R Burns, III</u>
                                              John R Burns, III (#3016-02)
                                              Mark A. Werling (#20426-02)
                                              111 East Wayne Street, Suite 800
                                              Fort Wayne, Indiana 46802
                                              Telephone: (260) 424-8000
                                              Facsimile: (260) 460-1700

                                      ATTORNEYS FOR THE DEBTOR,
                                      AUBURN FOUNDRY, INC.