UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    04-10427 |
| | ) | CHAPTER    11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| Debtor(s) | | |

ORDER AND NOTICE CONCERNING PROOF OF SERVICE

At Fort Wayne, Indiana, on July 21, 2004.

On June 29, 2004, Unsecured Creditors' Committee filed Notice of Motion and Opportunity to Object that was required to have been served upon other entities and which has not been accompanied by a proper proof or certificate of service. In addition to showing the date upon which service was made, such proof of service must also state the name of every entity served, the address (or phone number) to which service was directed and the manner in which service was made. See N.D. Ind. L.B.R. B-9013-4(a-b).

Pursuant to N.D. Ind. L.B.R. B-9013-4(d), no action will be taken with regard to the filing identified above until a proper proof of service has been filed. The failure to file such proof within eight (8) days of this date may result in the filing being stricken without further notice.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court