UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On June 24, 2004, Ice Miller, filed its *First Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* (the "Application") and proposed Order for entry by the Court. The Application seeks approval of interim professional fee payments and reimbursement of expenses to Ice Miller, all without prejudice to the rights of any party-in-interest to object to the interim allowance of fees and expenses to Ice Miller. A copy of the motion is attached to this notice.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **within 20 days from the date of this Notice,** you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 South Harrison Street
> P.O. Box 2547
> Fort Wayne, Indiana  46801-2547

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

> Henry A. Efroymson
> Niquelle R. Allen
> Ice Miller
> One American Square, Box 82001
> Indianapolis, Indiana  46282-0002

       Ellen L. Triebold
       Office of the United States Trustee
       100 East Wayne Street, Suite 555
       South Bend, Indiana 46601

       John R. Burns
       Mark A. Werling
       Baker & Daniels
       111 East Wayne Street, Suite 800
       Fort Wayne, Indiana 46802-2603

  If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date: <u>June 28, 2004</u>

             ICE MILLER

             <u>/s/ Henry A. Efroymson</u>
             Henry A. Efroymson
             Niquelle R. Allen
             Ice Miller
             One American Square, Box 82001
             Indianapolis, Indiana 46282-0002
             (317) 236-2397
             (317) 592-4643 Fax

             Attorneys for the Official Creditors'
             Committee of Auburn Foundry, Inc.