|   | AUBURN FOUNDRY | | |
|---|---|---|---|
|   | Charge Allocation | | |
|   |   |   |   |
|   | Category | # of Hours | Total |
| 1 | General Administration | 42 | $7,205.00 |
| 2 | Financing, Cash Use, and DIP | 5 | $1,760.50 |
| 3 | Labor and Employment | 83.7 | $22,717.00 |
| 4 | Environmental | 21.3 | $6,422.50 |
| 5 | Plan and Disclosure Statement | 128.5 | $32,607.00 |
| 6 | Customer and Vendor Issues | 6.6 | $2,147.00 |
|   |   |   |   |
|   | TOTAL HOURS | 287.1 |   |
|   | TOTAL FEES |   | $72,859.00 |
|   |   |   |   |
|   | Payable per Order  (80%) |   | $58,287.20 |
|   | Disbursements  (100%) |   | $9,548.38 |
|   |   |   |   |
|   | **TOTAL NOW PAYABLE** |   | **$67,835.58** |

| AUBURN FOUNDRY | | | | |
|---|---|---|---|---|
| Counsel List | | | | |
| | | | | |
| **NAME** | **TITLE** | **HOURLY RATE** | **NUMBER HOURS** | **TOTAL** |
| | | | | |
| Beckwith, L. D. | Partner | $330.00 | 0.7 | $231.00 |
| Bennett, D. P. | Partner | $375.00 | 0.2 | $75.00 |
| Burns, J. R. | Partner | $355.00 | 85.9 | $30,494.50 |
| Claffey, S. A. | Partner | $390.00 | 14.7 | $5,733.00 |
| MacLean, M.J. | Partner | $285.00 | 0.2 | $57.00 |
| Powers, D. D. | Partner | $270.00 | 3.9 | $1,053.00 |
| | | | | |
| McGrath, M.F. | Of Counsel | $305.00 | 8.5 | $2,592.50 |
| | | | | |
| Lemert, M.M. | Associate | $220.00 | 35.2 | $7,744.00 |
| Taylor, D. W. | Associate | $140.00 | 21.1 | $2,954.00 |
| Werling, M. A. | Associate | $220.00 | 84.1 | $18,502.00 |
| | | | | |
| McMeen, D. S. | Paralegal | $105.00 | 32.6 | $3,423.00 |
| | | | | |
| | | | 287.1 | **$72,859.00** |

AUBURN FOUNDRY
Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Beckwith, L.D. | Partner | $330.00 | | | | 0.7 | | | $231.00 |
| Bennett, D. P. | Partner | $375.00 | | | | | 0.2 | | $75.00 |
| Burns, J. R. | Partner | $355.00 | 8.1 | 2.5 | 31.2 | 1.4 | 37.8 | 4.9 | $30,494.50 |
| Claffey, S.A. | Partner | $390.00 | 0.7 | 1.9 | 0.1 | 4.4 | 7.2 | 0.4 | $5,733.00 |
| MacLean, M.J. | Partner | $285.00 | | | 0.2 | | | | $57.00 |
| Powers, D. D. | Partner | $270.00 | 0.6 | | 3.3 | | | | $1,053.00 |
| McGrath, M.F. | Of Counsel | $305.00 | | | | 8.5 | | | $2,592.50 |
| Lemert, M.M. | Associate | $220.00 | | | 35.2 | | | | $7,744.00 |
| Taylor, D. W. | Associate | $140.00 | | | 1.3 | | 19.8 | | $2,954.00 |
| Werling, M. A. | Associate | $220.00 | 4.1 | 0.6 | 12.4 | 6.3 | 59.7 | 1.0 | $18,502.00 |
| McMeen, D. S. | Paralegal | $105.00 | 28.5 | | | | 3.8 | 0.3 | $3,423.00 |
| | | | 42.0 | 5.0 | 83.7 | 21.3 | 128.5 | 6.6 | 287.1 | **$72,859.00** |