**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

July 20, 2004
Invoice Number 1181521

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through June 30, 2004 and not reflected on a prior bill:

0004426  Chapter 11

Total Services............................$        62,018.50
Total Disbursements..................$         9,386.68

Total This Matter....................................$        71,405.18

Total This Invoice..........................................................$        71,405.18

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of June 30, 2004
Invoice Number  1181521

0080031    Auburn Foundry, Inc.
  0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/01/04 | Review information and background materials from Madonna McGrath regarding environmental liability and compliance issues and review environmental liability materials provided by Sommer Barnard and evaluate options available to Auburn Foundry with respect to landfill closure and reclamation (.4); review new Dennis Maude cash flow projections related to new financing terms and revised plan (.4) | SAC | .80 | 312.00 |
| 06/01/04 | Legal research re addressing successor liability of new corporation and conference with M. Werling re same | DWT | .80 | 112.00 |
| 06/01/04 | Consideration of open issues and Plan requirements | JRB | .20 | 71.00 |
| 06/01/04 | Prepare checklist of plan, case items, e-mail same to J. Burns (.3); review and respond to related case e-mail (.2); telephone conference with J. Kramer of Acordia re premium finance order (.1); telephone conference with Liquidating Solutions representative re case status (.2) | MAW | .80 | 176.00 |
| 06/02/04 | Review environmental liability case law relevant to closure and maintenance of closure of Auburn Foundry landfills (.3); meeting with Madonna McGrath, Jerald Ancel, and other Sommer Barnard & Ackerson attorneys regarding environmental liability and compliance issues (1.8); work on revised plan with Jerald Ancel and John Burns (1.0); prepare e-mail to Don Bennett respecting new federal income tax issues related to plan (.2); review Dennis Maude plan projections, as revised, to confirm that his assumptions and approach are consistent with plan now being considered (.3) | SAC | 3.60 | 1,404.00 |
| 06/02/04 | Compile documents regarding extension of exclusivity period (1.0); prepare spreadsheet for May proforma (1.0) | DSM | 2.00 | 210.00 |
| 06/02/04 | Follow-up regarding status of debtor's proposal to Senior Lenders and consideration of options and strategy in light of | JRB | .90 | 319.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | lack of substantive response | | | |
| 06/02/04 | Exchange correspondence with Creditor Committee Counsel regarding status of Plan development | JRB | .20 | 71.00 |
| 06/02/04 | Work on environmental issues | JRB | .40 | 142.00 |
| 06/02/04 | Work on Plan and potential alternative "cram-down" Plan in event Senior Lenders fail to timely respond to debtor's outstanding proposal | JRB | 2.20 | 781.00 |
| 06/02/04 | Work on deposition strategy and preparation | JRB | .60 | 213.00 |
| 06/02/04 | Telephone call with J. Ancel and S. Claffey regarding Plan issues and strategy | JRB | .50 | 177.50 |
| 06/02/04 | Work on potential "cram-down" Plan | JRB | .70 | 248.50 |
| 06/02/04 | Telephone conference with S. Claffey and S. Ancel re corporate governance issues | DPB | .20 | 75.00 |
| 06/02/04 | Follow-up e-mail to, from Acordia representative re premium finance issues (.2); telephone conference with creditor re bar date query (.1); review memo prepared by Subdebt counsel re environmental issues, supporting cases cited in same, and summarize same for J. Burns (.7); office conference with D. Taylor re related research on same (.2); check docket and e-mail J. Burns re status of exclusivity motion (.2); office conference re alternate plan concept (.5); begin work drafting same (1.0) | MAW | 2.90 | 638.00 |
| 06/02/04 | Legal research re responsible corporate officer doctrine and individual liability of corporate officers and directors under a participation theory | DWT | .70 | 98.00 |
| 06/03/04 | Confer with Lew Beckwith regarding additional research and investigation required with respect to environmental issues and liability matters (.3); evaluate questions being raised by management respecting modification or termination of AF Europe Agreements (.2); confer with Dennis Maude regarding assembling copies of all general liability insurance policies for Auburn Foundry for the period from 1990 through 2003 and respecting other matters, including importance of Dennis Maude calling Bank of America to obtain agreement for an extension of plan filing date and an agreement to consent to extension of plan filing exclusivity (.3); confer with Dennis Maude regarding revised plan projection numbers and adjustments required thereto (.3) | SAC | 1.10 | 429.00 |
| 06/03/04 | Work on terms and Plan language of possible "cram-down" Plan if no agreement reached with Senior Lenders | JRB | 2.80 | 994.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/03/04 | Update claims register (.2); compile documents regarding extension of exclusivity period (.5) | DSM | .70 | 73.50 |
| 06/03/04 | Legal research re successor liability and future environmental claims | DWT | 4.90 | 686.00 |
| 06/03/04 | Begin work on alternate plan for 6/8 filing (3.0); examine potential grounds for objection to exclusivity extension (1.0); telephone conference with D. Maude re PBGC call (.1) | MAW | 4.10 | 902.00 |
| 06/03/04 | Follow-up regarding inquiry from Creditors' Committee counsel regarding fees, including correspondence with D. Maude regarding same | JRB | .40 | 142.00 |
| 06/03/04 | Review recently filed Proofs of Claim and other pleadings (.3); work on PBGC/pension issues (.4) | JRB | .70 | 248.50 |
| 06/04/04 | Prepare memo respecting potential claim for recovery of contamination and remediation costs in County Road 50 landfill and assign investigation and potential prosecution of same to Lew Beckwith (.3) | SAC | .30 | 117.00 |
| 06/04/04 | Work on "cram down" Plan language (.6); telephone call with D. Maude regarding response from BofA agreeing to 30-day extension of filing deadline and related issues (.3) | JRB | .90 | 319.50 |
| 06/04/04 | Prepare for and participate in Board Meeting | JRB | 1.40 | 497.00 |
| 06/04/04 | Complete legal research on successor liability and environmental claims; include analogy of Section 363 sales and future claims | DWT | 8.10 | 1,134.00 |
| 06/04/04 | Update claims register (.2); plan for distribution of Disclosure Statement and Plan (2.9) | DSM | 3.10 | 325.50 |
| 06/04/04 | Consideration of General Motors charges in analysis prepared by D. Maude and considered strategy for dealing with same | JRB | .60 | 213.00 |
| 06/04/04 | Work on alternate plan for 6/8 filing (4.0); office conferences with paralegal re retention of independent servicing agent (.2); review e-mail to, from GM re remittance issues (.2) | MAW | 4.40 | 968.00 |
| 06/04/04 | Exchange correspondence with D. Heller regarding lack of response from Senior Lenders on filing date extension (.3); follow-up regarding extension issue and consideration of options for dealing with lack of firm response (.5); work on "cram down" Plan (.6) | JRB | 1.40 | 497.00 |
| 06/04/04 | Telephone call with D. Maude regarding environmental issues (.2); consideration of dealing with same in Plan (.3) | JRB | .50 | 177.50 |
| 06/05/04 | Exchange correspondence regarding extension of exclusivity period and cash use agreement requirement | JRB | .80 | 284.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/06/04 | Consideration of extension notice issue, including review of correspondence and respond to same (.6); work on alternative "cram down" Plan in event no agreement for extension can be reached with Senior Lenders (.8) | JRB | 1.40 | 497.00 |
| 06/06/04 | Continue work on drafting "cram down" Plan | JRB | .80 | 284.00 |
| 06/06/04 | Continue work on alternate plan (2.5); review exclusivity notice issue and e-mail J. Burns re same (1.0); review miscellaneous case correspondence (.2); work on conforming revisions to the disclosure statement (.5) | MAW | 4.20 | 924.00 |
| 06/07/04 | Conference with Dennis Maude regarding background information needed for environmental liability analysis respecting potential claim against general liability insurers (.4) | SAC | .40 | 156.00 |
| 06/07/04 | Update claim register (.2); plan for filing of DS and Plan (.2) | DSM | .40 | 42.00 |
| 06/07/04 | Work on extension of Plan filing date requirement in Cash Use agreement (.6); exchange correspondence with D. Maude regarding same (.3); two email messages to D. Heller regarding responding to request to extend Plan filing date in Cash Use agreement (.3) | JRB | 1.20 | 426.00 |
| 06/07/04 | Work on "cram-down" Plan provisions | JRB | 1.70 | 603.50 |
| 06/07/04 | Consideration of CBA issues for meeting with Union (.5); telephone call from R. Swanson re same (.3) | JRB | .80 | 284.00 |
| 06/07/04 | Continue work on alternate plan, disclosure statement and liquidation analysis (4.0); office conference with J. Burns re same (.3); prepare amended motion for exclusivity filing and order re same (.6); office conferences re same (.2); prepare second amendment to cash use waiver (.3); review case e-mail re plan status issues (.1); office conference with D. Taylor re environmental research findings (.2); additional e-mail to Ernst & Young counsel re retention (.1); e-mail to and from C. Reckler re plan extension (.1) | MAW | 5.90 | 1,298.00 |
| 06/07/04 | Work on pleadings and agreement to extend filing date for Plan until July 8 | JRB | 1.10 | 390.50 |
| 06/07/04 | Follow-up regarding possible extension of time to file Plan (.3); exchange correspondence with C. Reckler regarding same (.3) | JRB | .60 | 213.00 |
| 06/07/04 | Work on "cram-down" Plan provisions and related Disclosure Statement | JRB | .70 | 248.50 |
| 06/07/04 | Conference with M. Werling re research results; draft response to follow-up questions regarding CERCLA issues in reorganization plan; additional legal research on section 363 | DWT | 5.30 | 742.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | sales under "free and clear" asset sales | | | |
| 06/08/04 | Analyze email from D. Maude and attached documents from Mellon re pension funding issues | DDP | .50 | 135.00 |
| 06/08/04 | Research interim fee application (.6); draft narrative portion of fee application (1.7); categorize time entries (1.5) | DSM | 3.80 | 399.00 |
| 06/08/04 | Provide additional background information to Lew Beckwith respecting environmental liability and insurance claim issues related to landfill (.3); review and respond to e-mails respecting extension of plan filing deadline and exclusivity period deadline (.2); confer with John Burns regarding new terms from senior lenders (.3); review Dennis Maude calculation of pension liabilities and evaluate same in terms of its impact on proposed plan (.3) | SAC | 1.10 | 429.00 |
| 06/08/04 | Work on Fee Application and consideration of issues related thereto | JRB | .60 | 213.00 |
| 06/08/04 | Work on "cram-down" Plan provisions | JRB | .80 | 284.00 |
| 06/08/04 | Several exchanges of correspondence with bank's counsel regarding extension of filing date for Plan (.5); exchange correspondence with D. Maude regarding same (.2) | JRB | .70 | 248.50 |
| 06/08/04 | Work on Second Waiver and Agreement | JRB | .40 | 142.00 |
| 06/08/04 | Follow-up regarding execution of Second Waiver and Agreement by bank, GMAC, AFI Lending and Debtor, including exchange of correspondence regarding same | JRB | .50 | 177.50 |
| 06/08/04 | Review Weekly Cash Analysis | JRB | .20 | 71.00 |
| 06/08/04 | Review and consider bank's revised Term Sheet and comparison to prior proposals | JRB | 1.20 | 426.00 |
| 06/08/04 | Correspondence from D. Maude regarding and consideration of Pension issues | JRB | .50 | 177.50 |
| 06/08/04 | Office conferences re service and notice of additional creditors (.2); continue work on, finalization of, alternate plan pending confirmation of deadline extension by Bank of America (2.0); office conferences, review e-mail re plan extension issues (.2); telephone conference with D. Maude re E&Y retention status, e-mail J. Burns re same (.2); telephone conference with Clerk's office re status of itemized statement objections, check docket re same, e-mail J. Burns re same (.2); follow-up with paralegal re interim fee application, preparation of same (.2) | MAW | 3.00 | 660.00 |
| 06/09/04 | Prepare revised draft of First Amendment to Creditor Matrix (2.0); revise pleadings regarding same (.5); work on fee application data (3.0) | DSM | 5.50 | 577.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/09/04 | Telephone conferences with Dennis Maude respecting new financing terms from senior lenders, and respecting assembling background information on environmental matters for Lew Beckwith (.4) | SAC | .40 | 156.00 |
| 06/09/04 | Conference with T. Woehlke regarding Plan issues and strategy | JRB | 1.30 | 461.50 |
| 06/09/04 | Consideration of Plan issues and strategy and conference with T. Woehlke regarding same | JRB | 1.00 | 355.00 |
| 06/10/04 | Review and analysis of emergence financial projections (.5); prepare for meeting with Union representatives regarding CBA issues (.6) | JRB | 1.10 | 390.50 |
| 06/10/04 | Prepare for and meet in Auburn with D. Maude and Union representatives regarding CBA changes and bankruptcy issues | JRB | 5.00 | 1,775.00 |
| 06/11/04 | Draft motion for interim payment | DSM | .20 | 21.00 |
| 06/11/04 | Office conference re pension issues in light of Mellon calculations of minimum funding requirements under alternative scenarios | DDP | .40 | 108.00 |
| 06/11/04 | Consideration of and work on union contract issues and concerns raised at meeting with union | JRB | 1.20 | 426.00 |
| 06/11/04 | Work on debtor's interim fee statement and related pleadings | JRB | .50 | 177.50 |
| 06/11/04 | Work on Plan provisions and Disclosure Statement | JRB | 1.50 | 532.50 |
| 06/12/04 | Work on Plan issues | JRB | .40 | 142.00 |
| 06/12/04 | Review correspondence regarding Keramida Environmental and follow-up regarding same | JRB | .30 | 106.50 |
| 06/12/04 | Work on pension issues | JRB | .30 | 106.50 |
| 06/13/04 | Work on pension issues | JRB | .50 | 177.50 |
| 06/14/04 | Study and evaluate revisions to financing term sheet by senior lenders and review newest revised projections by Dennis Maude reflecting impact of new terms from senior lenders, all in preparation for conference with Company and subordinated debt counsel (.8); confer with Dennis Maude, Jerald Ancel, John Burns regarding revised plan terms, accommodation of new financing terms required by senior lenders and regarding importance of obtaining concessions by the Union in order for the proposed plan, as revised and as impacted by senior lender terms, to be viable (1.5) | SAC | 2.30 | 897.00 |
| 06/14/04 | Review PBGC status and claim issues | JRB | .60 | 213.00 |
| 06/14/04 | Legal research regarding pension issue and PBGC's ability to dictate time of payment | JRB | 1.50 | 532.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06/14/04 | Review and consider exchange of correspondence regarding Keramida claim issues | JRB | .30 | 106.50 |
| 06/14/04 | Review IDEM issues | JRB | .30 | 106.50 |
| 06/14/04 | Extended conference call with AFI management to discuss proposal from Senior Lenders(1.1); consideration of issues discussed and implications for Plan (.9) | JRB | 2.00 | 710.00 |
| 06/14/04 | Office conferences re proof of claim deadline, status of pending claims (.2); office conferences re notice of x-ray equipment lease termination, telephone conference with D. Maude re same (.2); review miscellaneous case e-mail, correspondence (.2); review e-mail from M. McGrath re environmental issues (.2); continue work on final plan draft based on revised plan terms (1.0) | MAW | 1.80 | 396.00 |
| 06/14/04 | Respond to e-mail regarding Proof of Claim bar date; revise claims register spreadsheet; prepare a fax to Key Bank regarding equipment lease rejection; revise fee application spreadsheet and request invoice; update claims register | DSM | 2.20 | 231.00 |
| 06/15/04 | Update claims register; respond to inter-office information request | DSM | .50 | 52.50 |
| 06/15/04 | Review concession analysis prepared by D. Maude at request of union | JRB | .30 | 106.50 |
| 06/15/04 | Follow-up regarding GM professional fee issues | JRB | .30 | 106.50 |
| 06/15/04 | Confer with Matt McGordon regarding status of reorganization and primary issues confronting the company in connection with reorganization efforts; review of issues related to termination of International Advisory Services agreements, including review agreements and confer with Dennis Maude respecting agreement payment history and defaults by Auburn Foundry thereunder | SAC | 1.50 | 585.00 |
| 06/15/04 | Telephone call with M. Reich regarding PBGC claim (.3); follow-up regarding CBA requirement regarding pension and implications for freeze (.4); research regarding PBGC status on active pension plan and consideration of proper entity to make decisions regarding same (.6) | JRB | 1.30 | 461.50 |
| 06/15/04 | Review correspondence regarding European Agreements and consideration of proper handling of same | JRB | .60 | 213.00 |
| 06/15/04 | Review miscellaneous case e-mail (.1); telephone conference with counsel for Keramida re proof of claim issues, check docket, notice of chapter 11 case and respond via e-mail, fax re same (.5); telephone conferences with M. Reich re pension issues, office conferences re same, review related e-mail re | MAW | 4.50 | 990.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | same (.4); work extensively on pension plan issues in final draft of plan (3.5) | | | |
| 06/15/04 | Work on European Agreement issues | JRB | .40 | 142.00 |
| 06/15/04 | Work on Plan solicitation and ballot issues | JRB | .60 | 213.00 |
| 06/16/04 | Continue work on treatment of under-funding in Plan | JRB | .50 | 177.50 |
| 06/16/04 | Prepare e-mail to David Hunter, Dennis Maude, Tom Woehlke regarding European agreement arrangements and ability of parties to address Auburn Foundry nonperformance | SAC | .40 | 156.00 |
| 06/16/04 | Exchange correspondence with D. Maude regarding bank position and consideration of same | JRB | .40 | 142.00 |
| 06/16/04 | Work on claims register; telephone conference regarding publication of DS/Plan; review of materials from bankruptcy administration company regarding DS/Plan dissemination; revise fee application | DSM | 6.20 | 651.00 |
| 06/16/04 | Extensively work on proper treatment of pension claims in plan, with emphasis on classification, stretch out of payment terms, identity of claim holder, and impact of excise tax liability on same (6.0); office conferences with paralegal re subdebt claims, review e-mail summary of same (.2) | MAW | 6.20 | 1,364.00 |
| 06/17/04 | E-mails with Dennis Maude respecting various plan and cash collateral use issues and relating senior lenders nonresponse to revised proposal (.2); call from Jerald Ancel, Marlene Reich, and Sommer Barnard Erisa attorney respecting plan provisions relating to pension plan, unfunded liabilities, and confer with John Burns the same (.4) | SAC | .60 | 234.00 |
| 06/17/04 | Review 18 Proofs of Claim and basis for same | JRB | .40 | 142.00 |
| 06/17/04 | Office conference re mechanics of freezing plan; conduct research re same | DDP | .50 | 135.00 |
| 06/17/04 | Office conference re monthly operating report (.1); check docket status re objections to insurance finance motion (.1); continue extensive examination of pension issues and work on memo summarizing same (4.2); telephone conferences with client, M. Reich re same (.3) | MAW | 4.70 | 1,034.00 |
| 06/17/04 | Follow up on 6 claims filed by PBGC on 6/17/04 | DWT | .50 | 70.00 |
| 06/17/04 | Update claims register | DSM | 1.00 | 105.00 |
| 06/17/04 | Work on pension issues, including review and analysis of legal memo from J. Ancel | JRB | 1.20 | 426.00 |
| 06/17/04 | Review May financials from D. Maude | JRB | .30 | 106.50 |
| 06/17/04 | Review claim information (.3); telephone call with S. Claffey | JRB | .70 | 248.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | regarding pension issues and follow-up regarding issues raised (.4) | | | |
| 06/18/04 | Follow-up regarding filing of claims by PBGC and work on issues regarding payment of pension obligations | JRB | 1.60 | 568.00 |
| 06/18/04 | Work on pension issues | JRB | .60 | 213.00 |
| 06/18/04 | Revise and finalize pension claim memo and research in support of same (5.0); office conferences re status of recently-filed PBGC claims, check docket re same (.3); review miscellaneous case e-mail (.1) | MAW | 5.40 | 1,188.00 |
| 06/18/04 | Prepare for and participate in Board call | JRB | .90 | 319.50 |
| 06/18/04 | Review correspondence regarding Keramida and follow-up regarding same | JRB | .30 | 106.50 |
| 06/18/04 | Work on pension claim issues and research regarding same | JRB | .40 | 142.00 |
| 06/21/04 | Update claims register; work on fee application | DSM | 4.20 | 441.00 |
| 06/21/04 | Work on union issues and potential Sec. 1113 hearing | JRB | .60 | 213.00 |
| 06/21/04 | Review PBGC Proofs of Claim (.3); prepare for and telephone call with B. Rogers, PBGC, regarding pension issues (.5); follow-up regarding issues raised and strategy for dealing with pension plans in Plan of Reorganization (.8) | JRB | 1.60 | 568.00 |
| 06/21/04 | Work on Plan provisions and consideration of options for dealing with environmental and pension issues | JRB | 1.20 | 426.00 |
| 06/21/04 | Follow-up regarding fees assessed to AFI by GM and obligation to verify services rendered | JRB | .50 | 177.50 |
| 06/21/04 | Review PBGC claims and assess potential impact of same on plan development (.5); e-mail summary to J. Burns re same (.2); begin work on summary of environmental findings for plan, memo, follow-up research re same (2.0); work on plan edits re current term sheet, office conference with J. Burns re same (2.3) | MAW | 5.00 | 1,100.00 |
| 06/21/04 | Analyze memo re treatment of pension issues in reorganization plan; office conference re same | DDP | .80 | 216.00 |
| 06/21/04 | Telephone conference D. Maude re pension issues related to plan of reorganization | DDP | .20 | 54.00 |
| 06/21/04 | Review claims of PBGC re pension and benefit liabilities of AFI | DWT | .80 | 112.00 |
| 06/22/04 | Conference with John Burns regarding PBGC contact an initial negotiations | SAC | .10 | 39.00 |
| 06/22/04 | Telephone conference with D. Maude regarding union issues and options for dealing with same; prepare for call with union | JRB | .90 | 319.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | attorney and telephone conference to R. Swanson | | | |
| 06/22/04 | Finalize fee application; work on claims register; file fee application | DSM | 2.30 | 241.50 |
| 06/22/04 | Work on pension issues and PBGC claims | JRB | 2.50 | 887.50 |
| 06/22/04 | Review new Proofs of Claim | JRB | .30 | 106.50 |
| 06/22/04 | Work on summary of environmental research, additional findings for memo, plan (2.5); work on plan drafting to incorporate new term sheets (2.5); office conference re pension issues, follow-up on analysis and recommendation re proper treatment of same (2.0) | MAW | 7.00 | 1,540.00 |
| 06/23/04 | Review and respond to e-mails from Dennis Maude regarding senior lender response and arranging for meeting with various counsel to review bank's response (.2); e-mails with Dennis Maude regarding environmental insurance claim evaluation matters (.2) | SAC | .40 | 156.00 |
| 06/23/04 | Update claims register | DSM | .30 | 31.50 |
| 06/23/04 | Work on pension and PBGC issues | JRB | 1.10 | 390.50 |
| 06/23/04 | Extensively analyze Mellon pension claim contribution projections, PBGC claims and incorporate same into revised memorandum, findings (4.5); continue summary of environmental findings (.7), telephone conference with M. McGrath, J. Burns re same (.5); review case e-mail re Bank of America negotiations (.1) | MAW | 5.80 | 1,276.00 |
| 06/23/04 | Work on environmental issues; telephone conference with M. McGrath regarding IDEM issues; follow-up regarding H. Efroymson inquiry regarding Credit Committee fee payments; review Senior Lender response and correspondence to D. Maude regarding same | JRB | 1.90 | 674.50 |
| 06/23/04 | Analyze latest pension information and strategic consideration; office conference M. Werling and J. Burns re same | DDP | .70 | 189.00 |
| 06/24/04 | Work on environmental matters | JRB | .50 | 177.50 |
| 06/24/04 | Work on pension matters | JRB | .50 | 177.50 |
| 06/24/04 | Prepare insert for IDEM letter re bankruptcy status (.2); continue attention to summary of environmental research findings (.3); office conference re PBGC issues (.1); office conference re service of order on additional creditors (.1); telephone conference with E&Y counsel re retention, update D. Maude re same (.2) | MAW | .90 | 198.00 |
| 06/24/04 | Telephone conference with Vericore counsel and follow-up | JRB | .70 | 248.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | regarding claim inquiry; review additional claims | | | |
| 06/24/04 | Review correspondence and status of GM's offsets against amounts owed Auburn Foundry post-petition and draft correspondence to R. Weiss requesting supporting detail | JRB | .60 | 213.00 |
| 06/24/04 | Work on Plan issues | JRB | .70 | 248.50 |
| 06/24/04 | Work on claims register | DSM | .20 | 21.00 |
| 06/25/04 | Participate in conference with Dennis Maude, Jerald Ancel and others respecting senior lenders counteroffer requiring a constant maintenance of availability of $1,000,000 (.4); participate in board of directors meeting (.7); further discussion and follow-up with Dennis Maude regarding insurance claim for environmental contamination of landfill (.2) | SAC | 1.30 | 507.00 |
| 06/25/04 | Work on Plan and Disclosure issues | JRB | 1.00 | 355.00 |
| 06/25/04 | Conference call with D. Maude regarding Plan and Senior Lender proposal | JRB | .50 | 177.50 |
| 06/25/04 | Participate in conference call with J. Burns, S. Claffey, D. Maude, and J. Ancel (.3) | MAW | .30 | 66.00 |
| 06/28/04 | Work on Plan issues | JRB | 1.00 | 355.00 |
| 06/28/04 | E-mails to and from Dennis Maude, including e-mails respecting GM and BBK disputes; conference with Dennis Maude | SAC | .40 | 156.00 |
| 06/28/04 | Preparation for and telephone conference with D. Maude regarding union concession negotiations in preparation for meeting with union | JRB | 1.00 | 355.00 |
| 06/28/04 | Review weekly cash report; follow-up regarding GM issue | JRB | .50 | 177.50 |
| 06/28/04 | Check status of insurance financing motion and e-mail Acordia re same (.2); continue work on plan drafting, incorporation of environmental research findings into same (4.0) | MAW | 4.20 | 924.00 |
| 06/28/04 | Prepare for meeting with Auburn Foundry union regarding CBA issues and Plan | JRB | 1.50 | 532.50 |
| 06/29/04 | Meeting with union regarding Plan concessions and follow-up regarding issues raised and strategy for further discussions | JRB | 3.50 | 1,242.50 |
| 06/29/04 | Travel and meeting with D. Maude at Auburn Foundry to prepare for meeting with Union | JRB | 1.60 | 568.00 |
| 06/29/04 | Work on Plan and Disclosure Statement issues | JRB | 1.00 | 355.00 |
| 06/29/04 | Continue extensive work on plan drafting (4.0); follow-up research re environmental findings (1.0) | MAW | 5.00 | 1,100.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/30/04 | Work extensively on revised plan draft to include new term sheet, changes to treatment of pension plans, vacation pay | MAW | 8.00 | 1,760.00 |
| 06/30/04 | Work on Plan and DS provisions | JRB | .70 | 248.50 |
| 06/30/04 | Correspondence and spreadsheets from D. Maude regarding payment deductions by GMAC and consideration of issues raised; follow-up regarding support for charges | JRB | .70 | 248.50 |
| 06/30/04 | Correspondence from D. Maude regarding payment deductions by GMAC and consideration of same; correspondence to R. Weiss regarding obtaining supporting documentation | JRB | .60 | 213.00 |
| 06/30/04 | Exchange correspondence with D. Heller regarding Plan provisions and timing of filing | JRB | .30 | 106.50 |
| 06/30/04 | Work on Plan | JRB | 1.10 | 390.50 |
| 06/30/04 | Telephone conference with J. Lengel regarding Plan issues; follow-up regarding same | JRB | .30 | 106.50 |

Total Services............................................................Hours  241.70  62,018.50

| Date | Disbursements | Total |
|------|---------------|-------|
| 06/14/04 | Mileage - - Travel to/from Auburn, IN to meet with Auburn Foundry client and union representatives Vendor: John R. Burns | 32.26 |
| 06/30/04 | Mileage - To Auburn Foundry for meeting with Union  - Vendor: John R. Burns | 16.50 |
| | Total For Mileage | 48.76 |
| 05/28/04 | Computerized Research  Westlaw | 414.20 |
| 05/28/04 | Computerized Research  Westlaw | 163.88 |
| 06/16/04 | Computerized Research  Westlaw | 302.38 |
| 06/16/04 | Computerized Research  Westlaw | 271.17 |
| | Total For Computerized Research | 1,151.63 |
| 04/30/04 | Computerized Research  PACER | 340.40 |
| 04/30/04 | Computerized Research  PACER | 1.61 |
| 05/28/04 | Computerized Research  PACER | 235.56 |
| | Total For Computerized Research - Other | 577.57 |
| 05/03/04 | Caller: N/A :  260 925-7978 | 0.81 |
| 05/03/04 | Caller: N/A :  260 925-7978 | 1.56 |

## BAKER & DANIELS

| | | |
|---|---|---:|
| 05/11/04 | Caller: N/A :  260 925-7978 | 1.16 |
| 05/12/04 | Caller: N/A :  260 925-7978 | 2.57 |
| 05/12/04 | Caller: N/A :  317 713-3500 | 0.58 |
| 05/12/04 | Caller: N/A :  260 925-7978 | 1.71 |
| 05/14/04 | Caller: N/A :  260 925-7978 | 7.18 |
| 05/14/04 | Caller: N/A :  260 925-0900 | 0.48 |
| 05/18/04 | Caller: N/A :  260 925-7978 | 3.33 |
| 05/18/04 | Caller: N/A :  317 637-2345 | 1.46 |
| 05/18/04 | Caller: N/A :  260 925-7978 | 1.97 |
| 05/20/04 | Caller: N/A :  260 925-0900 | 1.08 |
| 05/24/04 | Caller: N/A :  317 713-3500 | 1.51 |
| 05/24/04 | Caller: N/A :  260 925-7978 | 1.61 |
| 06/03/04 | Caller: N/A :  260 925-7978 | 2.82 |
| 06/04/04 | Caller: N/A :  260 925-7978 | 1.18 |
| 06/04/04 | Caller: N/A :  206 499-2169 | 1.74 |
| 06/07/04 | Caller: N/A :  260 925-7978 | 1.26 |
| 06/08/04 | Caller: N/A :  206 499-2169 | 0.53 |
| 06/16/04 | Caller: N/A :  773 388-3393 | 1.11 |
| 06/18/04 | Caller: N/A :  202 326-4000 | 0.50 |
| 06/18/04 | Caller: N/A :  202 326-4000 | 0.96 |
| 06/22/04 | Caller: N/A :  317 713-3500 | 3.00 |
| 06/28/04 | Caller: N/A :  260 925-7978 | 7.84 |
| Total For | Long Distance Telephone | 47.95 |
| | | |
| 06/23/04 | Postage/Air/Express Delivery | 1,233.07 |
| Total For | Postage/Air/Express Delivery | 1,233.07 |
| | | |
| 06/09/04 | Telecopy | 1.90 |
| 06/14/04 | Telecopy | 31.35 |
| Total For | Telecopy | 33.25 |
| | | |
| | COPYING COSTS          4 | 6,294.45 |

Total Disbursements...............................................................................$    9,386.68

Total Services And Disbursements......................................................$    71,405.18

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1181521 |
| Invoice Date | 07/20/2004 |

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004426 | 62,018.50 | 9,386.68 | 71,405.18 |
| Total Invoice | 62,018.50 | 9,386.68 | 71,405.18 |



**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

July 20, 2004
Invoice Number 1181517

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
June 30, 2004 and not reflected on a prior bill:

0004423   Intermittent Work Stoppage ULPC

Total Services...........................$      5,478.00
Total Disbursements..................$          1.40

Total This Matter....................................$        5,479.40

Total This Invoice...........................................................$        5,479.40

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  June 30, 2004
Invoice Number  1181517

0080031    Auburn Foundry, Inc.
  0004423      Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|--|
| 06/14/04 | Review of transcript in preparation of post-hearing brief | MML | 2.60 | |
| 06/16/04 | Review exhibits and transcript in preparation of post-hearing brief | MML | 1.80 | |
| 06/23/04 | Research arbitrator decisions in preparation of post-hearing brief; prepare outline for post-hearing brief | MML | 2.40 | |
| 06/24/04 | Continue preparing outline for post-hearing brief; draft factual summary for post-hearing brief; review of transcript and exhibits in preparation of factual summary | MML | 2.10 | |
| 06/25/04 | Continue drafting factual summary, issue, and applicable contract provisions sections of post-hearing brief; draft introduction section of post-hearing brief | MML | 3.60 | |
| 06/26/04 | Draft Law and Argument section of brief including Union's burden of proof and clear and unambiguous nature of language | MML | 2.60 | |
| 06/28/04 | Draft Law and Argument section of post-hearing brief, including consideration of parol evidence and distinguishing other CBA provisions | MML | 2.80 | |
| 06/29/04 | Review and revise post-hearing brief; research duty to provide information | MML | 3.00 | |
| 06/30/04 | Review and revise Post-Hearing Brief; review of transcript to obtain citations; research cases on forfeiture and unilateral mistake; revise Law and Argument section of Brief | MML | 4.00 | |
| | Total Services............................................................... Hours | | 24.90 | 5,478.00 |

| Date | Disbursements | | Total |
|------|---------------|--|-------|
| 04/30/04 | Computerized Research  PACER | | 1.40 |
| | Total For  Computerized Research - Other | | 1.40 |

## BAKER & DANIELS

Total Disbursements...........................................................................................$              1.40

Total Services And Disbursements....................................................................$          5,479.40

### BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #            0080031
Invoice #           1181517
Invoice Date     07/20/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004423 | 5,478.00 | 1.40 | 5,479.40 |
| Total Invoice | 5,478.00 | 1.40 | 5,479.40 |


REMITTANCE COPY

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

July 20, 2004
Invoice Number 1181516

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through June 30, 2004 and not reflected on a prior bill:

0000001   General Services

|  |  |
|---|---|
| Total Services............................$ | 381.00 |
| Total Disbursements..................$ | 91.66 |

Total This Matter....................................................$      472.66

Total This Invoice.............................................................$        472.66

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  June 30, 2004
Invoice Number  1181516

0080031    Auburn Foundry, Inc.
0000001      General Services

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/03/04 | Telephone conference D. Maude re status of March case | DDP | .20 | 54.00 |
| 06/07/04 | Conference Claffey regarding sand landfill assignment | LDB | .20 | 66.00 |
| 06/08/04 | Conference Claffey regarding sand landfill problem | LDB | .30 | 99.00 |
| 06/14/04 | Email D. Hunter re Mexican counsel contact information | DDP | .20 | 54.00 |
| 06/21/04 | Telephone conference J. Borgmann re corporate status of AF Europe, Inc; analyze restrictive stock agreement re same; telephone conference D. Maude re same | DDP | .40 | 108.00 |
| | Total Services............................................................Hours | | 1.30 | 381.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/20/04 | Caller: N/A :  260 925-0900 | 7.21 |
| 05/27/04 | Caller: N/A :  260 925-7978 | 2.04 |
| 06/02/04 | Caller: N/A :  260 925-0900 | 0.50 |
| 06/02/04 | Caller: N/A :  260 925-0900 | 1.21 |
| 06/21/04 | Caller: N/A :  260 925-0900 | 1.01 |
| 06/21/04 | Caller: N/A :  765 288-3651 | 0.63 |
| 06/21/04 | Caller: N/A :  260 925-0900 | 2.55 |
| 06/21/04 | Caller: N/A :  765 288-3651 | 0.55 |
| | Total For  Long Distance Telephone | 15.70 |
| 04/30/04 | Telephone   TelSpan teleconference - 04/27/04 | 71.37 |
| 05/28/04 | Telephone   (260) 925-7978 - 05/06/04 | 2.21 |
| 05/28/04 | Telephone   (260) 925-7978 - 05/21/04 | 2.38 |
| | Total For  Telephone | 75.96 |

## BAKER & DANIELS

Total Disbursements...........................................................................$ 91.66

Total Services And Disbursements......................................................$ 472.66

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

Client #          0080031
Invoice #         1181516
Invoice Date   07/20/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000001 | 381.00 | 91.66 | 472.66 |
| Total Invoice | 381.00 | 91.66 | 472.66 |


REMITTANCE COPY

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

July 20, 2004
Invoice Number 1181514

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through June 30, 2004 and not reflected on a prior bill:

0004396   Employee Benefits

Total Services...........................$         57.00
Total Disbursements.................$          0.00

Total This Matter...................................$        57.00

Total This Invoice.........................................................$         57.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  June 30, 2004
Invoice Number  1181514

0080031    Auburn Foundry, Inc.
0004396    Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/11/04 | Telephone call with M. Lemert regarding FMLA issue | MJM | .20 | 57.00 |
| | Total Services............................................................... Hours | | 0.20 | 57.00 |
| | Total Services And Disbursements.....................................................$ | | | 57.00 |

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #              0080031
Invoice #             1181514
Invoice Date       07/20/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0004396 | 57.00 | 0.00 | 57.00 |
| Total Invoice | 57.00 | 0.00 | 57.00 |



**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

July 20, 2004
Invoice Number 1181513

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through June 30, 2004 and not reflected on a prior bill:

0000100  Employment Matters

Total Services............................$        2,266.00
Total Disbursements..................$           7.87

Total This Matter...................................$        2,273.87

Total This Invoice...........................................................$        2,273.87

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  June 30, 2004
Invoice Number  1181513

0080031    Auburn Foundry, Inc.
  0000100      Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/02/04 | Receipt and review of fax re FMLA issue and possible fraud case; email to client re same | MML | .50 | 110.00 |
| 06/03/04 | Conference with T. Eastom and D. Brown re investigation into FMLA fraud; email re airline information; email to T. Eastom re airline information | MML | 1.60 | 352.00 |
| 06/07/04 | Phone conference with D. Maude re union negotiations; receipt and review of draft letter re negotiations and information requests; research union's right to information | MML | 1.40 | 308.00 |
| 06/08/04 | Conference re union meeting and information requests; email to D. Maude re information requests | MML | .50 | 110.00 |
| 06/11/04 | Phone conference re fraudulent use of FMLA; email to T. Eastom re Rosebrock investigation; receipt and review of email from T. Eastom re FMLA fraud investigation | MML | .80 | 176.00 |
| 06/15/04 | Receipt and review of bargaining proposal calculations from D. Maude; email to D. Maude re strategy and results | MML | .40 | 88.00 |
| 06/21/04 | Receipt and review of email from D. Maude re information request status | MML | .30 | 66.00 |
| 06/22/04 | Email to D. Maude re status of negotiations; review of D. Maude's response | MML | .30 | 66.00 |
| 06/28/04 | Phone conference with D. Maude in preparation for Union negotiations; discuss strategy; research duty to bargain requirement for snap back or give back provision | MML | 1.50 | 330.00 |
| 06/29/04 | Meet with client and Union for bankruptcy negotiations | MML | 3.00 | 660.00 |

Total Services............................................................................ Hours          10.30          2,266.00

BAKER & DANIELS

| Date | Disbursements | Total |
|------|---------------|-------|
| 06/07/04 | Caller: N/A :  260 925-7978 | 0.66 |
| 06/07/04 | Caller: N/A :  260 925-7978 | 7.21 |
| Total For | Long Distance Telephone | 7.87 |

Total Disbursements...........................................................................$      7.87

Total Services And Disbursements....................................................$      2,273.87

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| | |
|---|---|
| Client # | 0080031 |
| Invoice # | 1181513 |
| Invoice Date | 07/20/2004 |

| **Matter #** | **Services** | **Disbursements** | **Total** |
|---|---|---|---|
| 0000100 | 2,266.00 | 7.87 | 2,273.87 |
| Total Invoice | 2,266.00 | 7.87 | 2,273.87 |



**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

July 20, 2004
Invoice Number 1181512

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through June 30, 2004 and not reflected on a prior bill:

0000060  IDEM

Total Services............................$    2,658.50
Total Disbursements..................$        60.77

Total This Matter....................................$      2,719.27

Total This Invoice............................................................$      2,719.27

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of June 30, 2004
Invoice Number 1181512

0080031    Auburn Foundry, Inc.
  0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/02/04 | Meeting with counsel for Board of Directors and S. Claffey; prepare documents for review | MFM | 3.50 | 1,067.50 |
| 06/03/04 | Conference SAC regarding making claim on insurance for sand landfill | LDB | .20 | 66.00 |
| 06/11/04 | Telephone conference with T. Rarick regarding method 39 test; emails to J. Brunson regarding fees; telephone call to shareholder counsel regarding reports; telephone call to S. Claffey regarding fees | MFM | .80 | 244.00 |
| 06/14/04 | Telephone conference with D. Weber and J. Brunson regarding NOV/Agreed Order responses to IDEM; prepare memo/email regarding bankruptcy status/fees; revise filing question 17.c | MFM | 1.00 | 305.00 |
| 06/22/04 | Telephone conference with N. Sizemore regarding permit; telephone call to J. Brunson on status | MFM | .30 | 91.50 |
| 06/23/04 | Telephone call with J. Burns and M. Wehring regarding notice to IDEM regarding bankruptcy and questions regarding next steps; make arrangements for 7/2/04 meeting | MFM | 1.00 | 305.00 |
| 06/24/04 | Review bankruptcy notice/update for IDEM and applicable NOVs | MFM | .30 | 91.50 |
| 06/28/04 | Respond to emails regarding IDEM meeting; telephone conference with J. Brunson regarding same | MFM | .20 | 61.00 |
| 06/29/04 | Emails regarding meeting on air permits | MFM | .20 | 61.00 |
| 06/30/04 | Conference with L.D. Beckwith regarding possible CR 50 landfill insurance claim; review files on landfill waste issues for same | MFM | 1.20 | 366.00 |
| | Total Services................................................................ Hours | | 8.70 | 2,658.50 |

## BAKER & DANIELS

| Date | Disbursements | | Total |
|------|---------------|---|------:|
| 05/25/04 | Caller: N/A : 260 925-7939 | | 1.08 |
| 06/02/04 | Caller: N/A : 260 925-7978 | | 0.35 |
| 06/02/04 | Caller: N/A : 260 908-3930 | | 0.25 |
| Total For | Long Distance Telephone | | 1.68 |
| | | | |
| 06/04/04 | Other Copying Expenses | Misc Copies | 2.69 |
| 06/04/04 | Other Copying Expenses | Misc Copies | 6.00 |
| Total For | Other Copying Expenses | | 8.69 |
| | | | |
| | COPYING COSTS | | 50.40 |

Total Disbursements...........................................................................$    60.77

Total Services And Disbursements.......................................................$    2,719.27

### BAKER & DANIELS
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

Client #        0080031
Invoice #        1181512
Invoice Date    07/20/2004

| Matter # | Services | Disbursements | Total |
|---|---|---|---|
| 0000060 | 2,658.50 | 60.77 | 2,719.27 |
| Total Invoice | 2,658.50 | 60.77 | 2,719.27 |



REMITTANCE COPY