IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION FOR APPROVAL OF STIPULATION**

Auburn Foundry Inc. ("Debtor"), by its counsel, Baker & Daniels, hereby requests the Court approve the Stipulation and Order Regarding the Filing of General Motors Corporation's Rejection Claim, filed with this Court on July 23, 2004.

The Stipulation requests the Court to set August 16, 2004 as the date by which General Motors Corporation ("GM") shall calculate and file its rejection damage claim, as contemplated by the Court's order of May 7, 2004 approving an agreement between Debtor and GM.

WHEREFORE, Debtor respectfully requests that the Stipulation be approved.

BAKER & DANIELS


/s/  John R Burns, III
John R Burns, III (#3016-02)
Mark A. Werling (#20426-02)
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
ohn.burns@bakerd.com
mark.werling@baker.com
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

FWIMAN1 347460v1