UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On July 27, 2004, Auburn Foundry, Inc. ("Debtor") filed a Motion for Approval of Stipulation, requesting approval of a Stipulation and Order Regarding the Filing of General Motors Corporation's Rejection Claim, which had been jointly filed by Auburn Foundry and General Motors on July 23, 2004. In support of the relief requested, the motion states that the Stipulation was in accordance with the compromise approved by the Court on May 7, 2004, permitting the Debtor to reject GM's pre-petition contract. A copy of the motion and the Stipulation is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then on or before August 11, 2004, you or your attorney must:

File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> 1300 South Harrison Street
> Room 1188
> P.O. Box 2547
> Fort Wayne, IN  46802-2547

If you mail your objection, you must mail it early enough that it will be received by the date it is due.

You must also mail a copy of your objection to:

> John R Burns, III
> Baker & Daniels
> 111 East Wayne Street, Ste 800
> Fort Wayne, IN  46802

- 1 -

- 2 -

If you do not file an objection by the due date, the court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.


Date:  July 27, 2004                By:  /s/ John R Burns, III
                                       John R Burns (#3016-02)
                                       Mark A. Werling (#20426-02)
                                       111 East Wayne Street, Suite 800
                                       Fort Wayne, Indiana 46802
                                       john.burns@bakerd.com
                                       mark.werling@baker.com
                                       Telephone:  (260) 424-8000
                                       Facsimile:  (260) 460-1700

                                       ATTORNEYS FOR THE DEBTOR,
                                       AUBURN FOUNDRY, INC.