**IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On or about July 29, 2004, the Unsecured Creditors' Committee ("Committee"), by counsel, filed an *Application of Official Unsecured Creditors Committee for Entry of Order Authorizing the Retention and Employment of KPMG LLP Nunc Pro Tunc to July 20, 2004 as its Financial Advisors* ("Application") and a proposed Order for entry by the Court.  The Application seeks approval to retain and employ KPMG LLP as financial advisors to the Committee nunc pro tunc to July 20, 2004.  In support of the relief requested, the Application states that due to KPMG LLP's considerable experience and knowledge in the field of bankruptcy, its financial advisory services would be beneficial to the Committee.  A copy of the Application and accompanying Affidavit  is attached hereto.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have any attorney, you may wish to consult one.**

If you do not want the Court to grant the Application, then **within 20 days from the date of this Notice**, you or your attorney must:

File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> United States Bankruptcy Court
> Northern District of Indiana
> Post Office Box 2547
> Fort Wayne, Indiana  46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be **received** by the date it is due.

You must also mail a copy of your objection to:

> Henry A. Efroymson
> Ben T. Caughey
> Niquelle R. Allen
> ICE MILLER
> One American Square, Box 82001
> Indianapolis, IN  46282-0002

-2-

        John R. Burns III
        Baker & Daniels
        111 East Wayne Street, Suite 800
        Fort Wayne, IN  46802

        Office of the United States Trustee
        555 One Michiana Square Building
        100 East Wayne Street
        South Bend, IN  46601

      If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Dated: <u>July 29, 2004</u>        <u>/s/ Henry A. Efroymson</u>
                                      Henry A. Efroymson (Atty No.: 6427-47)
                                        Ben T. Caughey (Atty No.: 22920-53)
                                        Niquelle R. Allen (Atty No.: 24553-45)
                                        ICE MILLER
                                        One American Square, Box 82001
                                        Indianapolis, IN  46282-0002
                                        (317) 236-2100

                                        Counsel for the Unsecured Creditors'
                                        Committee of Auburn Foundry, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the *Notice of Motion and Opportunity to Object to the Application of Official Unsecured Creditors Committee for Entry of Order Authorizing the Retention and Employment of KPMG LLP Nunc Pro Tunc to July 20, 2004 as its Financial Advisors* was served electronically or by first-class United States mail, postage prepaid, on July 29, 2004 upon the following parties or counsel:

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com, skrhoads@bakerd.com
tlwiley@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562
(317) 713-3699 Fax
mreich@sbalawyers.com,
jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802-3413
gfs@gshipley.com
(260) 422-2711
*(For Shelby County Bank/Bank of America)*

-3-

1404537.1

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan  48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio  44122
(216) 831-5100
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio  44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana  46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana  46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Brad Rogers
1200 K Street, N.W.
Washington, DC  20005-4026

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana  46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana  46802
(260) 424-2790
(260) 424-1872 Fax
ekos@ekoslaw.com
*(For City of Auburn)*

Henry A. Efroymson
ICE MILLER
One American Square
Box 82001
Indianapolis, IN 46282-0002
(317) 236-2397
(317) 592-4643 Fax
henry.efroymso@icemiller.com

                                          /s/ Henry A. Efroymson
                                          Henry A. Efroymson

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

1404537.1