UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Auburn Foundry, Inc., | ) | Case No.:  04-10427 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING FIRST APPLICATION OF ICE MILLER FOR INTERIM ALLOWANCES AS COUNSEL FOR THE OFFICIAL CREDITORS' COMMITTEE AND FOR REIMBURSEMENT OF EXPENSES

This matter has come before the Court upon the *First Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* ("Application"), filed herein by Ice Miller on June 11, 2004.  The Court, having considered the Application and being duly advised in the premises, now finds that the relief requested in the Application is appropriate under Sections 327(e), 330, and 331 of the Bankruptcy Code and should be granted.

The Court hereby finds that the Application adequately details the work performed, the person performing the work, the time spent, the hourly rate charged for each person performing the work, and the expenses for which reimbursement is sought.  The Court further finds that the services rendered were necessary and beneficial to the Creditors' Committee and the fees and expenses incurred are compensable from the Debtors' estates.

Accordingly, is hereby

ORDERED that the Application is hereby approved and Ice Miller is allowed the sum of Thirty-Eight Thousand Six Hundred Thirty-Eight and 00/100 Dollars ($38,638.00) as interim compensation for legal services rendered during the Fee Period (as defined in the Application)

and the sum of Two Thousand One Hundred Forty-One and 85/100 Dollars ($2,141.85) as reimbursement for out-of-pocket expenses incurred during the Fee Period.

    IT IS FURTHER ORDERED THAT the Debtors are hereby directed to make payment to Ice Miller of any outstanding and unpaid fees and expenses for the Fee Period.

Dated: July 28, 2004                                                  /s/ Robert E. Grant
                                                                         Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: mjc               Page 1 of 1              Date Rcvd: Jul 28, 2004
Case: 04-10427               Form ID: pdf004         Total Served: 1

The following entities were served by first class mail on Jul 30, 2004.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2004**                    **Signature:**        _Joseph Speetjens_