UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC., | )   CASE NO.  04-10427-REG-11 |
| Debtor | ) |

### APPEARANCE

Comes now Rubin and Levin, P.C., by Scott C. Andrews, and hereby enters their appearance for NMHG Financial Services, Inc. ("Creditor") in the above entitled cause. The undersigned counsel respectfully requests that he be placed on the mailing matrix pursuant to Local Rule B-9010-2.

                                        RUBIN & LEVIN, P.C.
                                        Attorneys for Creditor

                                        By: /s/Scott C. Andrews
                                            Scott C. Andrews
                                            Attorney No.17060-49

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following, either by electronic mail or by first class United States mail, postage prepaid, on August 3, 2004:

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling
John R. Burns
Baker & Daniels
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200

Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Stephen L. Fink
Barnes & Thornburg
600 One Summit square
Fort Wayne, IN 46802

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street
Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Stephen E. Lewis
444 East Main Street
Fort Wayne, IN 46802

Marlene Reich
Sommer Barnard Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

<u>s/Scott C. Andrews</u>
Scott C. Andrews
RUBIN & LEVIN, P.C.
342 Massachusetts Ave., Ste. 500
Indianapolis, IN  46204-2161
(317) 634-0300
FAX No. (317) 263-2550
SCA (Our File No. 81901103)