UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                    )
                                          )
AUBURN FOUNDRY, INC.,                     )    CASE NO.  04-10427-REG-11
                    Debtor                )

**MOTION FOR ORDER COMPELLING ASSUMPTION OR REJECTION OF
EQUIPMENT LEASE**

Comes now NMHG Financial Services, Inc. ("Creditor"), by counsel, and pursuant to 11 U.S.C. §365(d)(2), hereby moves this Court to enter an order compelling immediate assumption or rejection of an Equipment Lease and the related equipment schedules to which Creditor and the debtor, Auburn Foundry (the "Debtor"), are parties.  The equipment leased to Debtor from Creditor is more specifically described as fork-lifts.  In support of its Motion, Creditor respectfully files, contemporaneously herewith, its Memorandum of Law in Support of Motion for Order Compelling Assumption or Rejection of Equipment Lease.

WHEREFORE, NMHG Financial Services, Inc. prays that the Court enter an order: (A) compelling the Debtor to immediately assume or reject the Equipment Lease, and (1) if rejected, (a) promptly pay all post-petition rent, including any and all late charges due and owing, for the period from the Filing Date through the latter of the rejection date or the date the equipment is returned to the Creditor, and (b) promptly return the equipment to Creditor, or (2) if assumed, pay any and all cure costs by the date of assumption, pursuant to 11 U.S.C. §365(d) and §503(b), and for all other relief just and proper.

Respectfully submitted,

RUBIN & LEVIN, P.C.
By:    /s/Scott C. Andrews
        Scott C. Andrews
        Attorney No. 17060-49

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Order Compelling Assumption or

Rejection of Equipment Lease has been served upon the following either by electronic mail or by

first class United States mail, postage prepaid, on August 2, 2004:

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling
John R. Burns
Baker & Daniels
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Stephen L. Fink
Barnes & Thornburg
600 One Summit square
Fort Wayne, IN 46802

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Stephen E. Lewis
444 East Main Street
Fort Wayne, IN 46802

Marlene Reich
Sommer Barnard Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

    /s/ Scott C. Andrews
Scott C. Andrews
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(3l7) 634-0300; FAX No. (3l7) 263-2550
SCA/mcb
(Our File No. 81901103)    G:\WP80\Scott\Auburn
Foundry\Motion for Assumption of Lease.wpd