

TO
SCHEDULE NO. 4120494-002
TO LEASE AGREEMENT
DATED AS OF May 8, 2001

## CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment |
|---|---|---|---|
| 1 | Yale | G813V01533Y | GDP080LJNGBV085   New Forklift |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

4120494-002

Lessee: Auburn Foundry Inc

By: _Bruce Bell_
Title: _Maint_
Date: _9-26-01_
(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (1 of 8)



4120494003





4120494-003

TO
SCHEDULE NO. 4120494-003
TO LEASE AGREEMENT
DATED AS OF May 8, 2001

## CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment |
|---|---|---|---|
| 1 | Yale | A875B18339Z | GDP060TGNUAV087   New Forklift |
| 1 | Yale | A875B18354Z | GDP060TGNUAV087   New Forklift |
| 1 | Yale | A875B18297Z | GDP060TGNUAV087   New Forklift |
| 1 | Yale | A875B18336Z | GDP060TGNUAV087   New Forklift |
| 1 | Yale | A875B18343Z | GDP060TGNUAV087   New Forklift |
| 1 | Yale | A875B18353Z | GDP060TGNUAV087   New Forklift |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

Lessee: Auburn Foundry, In__
By: _____
Title: _____
Date: July 5-2002

(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (2 of 8)



4120494004



TO
SCHEDULE NO. 4120494-004
TO LEASE AGREEMENT
DATED AS OF May 8, 2001

### CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment |
|---|---|---|---|
| 1 | Yale | A875B18517Z | GDP060TGNUAF086   New Forklift |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

4120494-004

Lessee: Auburn Foundry, Inc
By: _____
Title: Buyer
Date: July 5-2002
(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (3 of 8)



4120494005

TO
SCHEDULE NO. 4120494-005
TO LEASE AGREEMENT
DATED AS OF May 8, 2001

## CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment |
|---|---|---|---|
| 1 | Yale | C813V02156Z | GDP080LJNUAV085  New Forklift |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

Lessee: Auburn Foundry Inc
By: Steven Foy
Title: mechanic
Date: 8-5-02
(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (4 of 8)




4120494006

TO
SCHEDULE NO. 4120494-006
TO LEASE AGREEMENT
DATED AS OF May 8, 2001

### CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

    Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

    Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

#### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment |
|---|---|---|---|
| 1 | Yale | E108V17571Z | ERC065RGN48TF084  New Forklift w/3 batteries & 1 charger |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

Lessee: Auburn Foundry Inc

By: *David Goietto*

Title: *Maintenance Planner*

Date: 11-27-02
(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (5 of 8)



4120494007



TO
SCHEDULE NO. 4120494-007
TO LEASE AGREEMENT
DATED AS OF May 8, 2001

### CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment |
|---|---|---|---|
| 1 | Yale | E108V17580Z | ERC065RGN48TF078  New Forklift w/3 batteries & 1 charger |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

Lessee: Auburn Foundry Inc

By: *David Gaietto*

Title: *Maintenance Planner*

Date: *11-27-02*

(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (6 of 8)




4120494008

## TO
## SCHEDULE NO. 4120494-008
## TO LEASE AGREEMENT
## DATED AS OF May 8, 2001

### CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment |
|---|---|---|---|
| 1 | Yale | E108V17577Z | ERC065RGN48TE084  New Forklift w/3 batteries & 1 charger |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

Lessee: Auburn Foundry Inc

By: _David Gaietto_
Title: _Maintenance Planner_
Date: _11-27-02_
(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (7 of 8)



4120494009

## TO
## SCHEDULE NO. 4120494-009
## TO LEASE AGREEMENT
## DATED AS OF May 8, 2001

### CERTIFICATE OF ACCEPTANCE

To: KMH Systems, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that (a) all Equipment listed below has been delivered and installed (if applicable); (b) Lessee has inspected the Equipment, and all such testing as it deems necessary has been performed by Lessee, Supplier or the manufacturer; and (c) Lessee accepts the Equipment for all purposes of the Lease, the purchase documents and all attendant documents.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; and (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof.

### Description of Equipment

| Number of Units | Manufacturer | Serial Numbers | Model and Type of Equipment | |
|---|---|---|---|---|
| 1 | Yale | E108V17567Z | ERC065RGN48TF084 | New Forklift w/3 batteries & 1 charger |
| 1 | Yale | E108V17571Z | ERC065RGN48TF084 | New Forklift w/3 batteries & 1 charger |
| 1 | Yale | E108V17582Z | ERC065RGN48TF084 | New Forklift w/3 batteries & 1 charger |
| 1 | Yale | E108V17579Z | ERC065RGN48TF084 | New Forklift w/3 batteries & 1 charger |

Equipment immediately listed above is located at: 635 West Eleventh St, Auburn, De Kalb County, IN 46706

Lessee: Auburn Foundry Inc

By: *David Gaietto*

Title: *Maintenance Planner*

Date: *11-27-02*

(The above date shall be the date upon which the equipment has been delivered, installed and accepted by the Lessee.)

EXHIBIT "B" (8 of 8)