UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC., | ) CASE NO. 04-10427-REG-11 |
| Debtor | ) |

### ORDER COMPELLING DEBTOR TO ASSUME OR REJECT EQUIPMENT LEASE WITH NMHG FINANCIAL SERVICES, INC.

Comes now NMHG Financial Services, Inc., by counsel, having filed its Motion for Order Compelling Assumption or Rejection of Equipment Lease, and the Court, being duly advised in the premises and having found that proper notification has been given, now finds that said motion should be approved. Therefore, it is accordingly, it is,

ORDERED, ADJUDGED AND DECREED that the Debtor assume or reject the Equipment Lease, Lease No. 4120494, with NMHG Financial Services, Inc., within ten (10) days from the date of this Order, and (1) if rejected, (a) promptly pay all post-petition rent, including any and all late charges due and owing, for the period from the Filing Date through the latter of the rejection date or the date the equipment is returned to the Creditor, and (b) promptly return the equipment to Creditor, or (2) if assumed, pay any and all cure costs by the date of assumption pursuant to 11 U.S.C. § 365 and §503(b).

DATED:_____

_____
Judge, U.S. Bankruptcy Court

Distribution attached:

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling
John R. Burns
Baker & Daniels
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Stephen L. Fink
Barnes & Thornburg
600 One Summit square
Fort Wayne, IN 46802

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Stephen E. Lewis
444 East Main Street
Fort Wayne, IN 46802

Marlene Reich
Sommer Barnard Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

Scott C. Andrews
RUBIN & LEVIN, P.C.
342 Massachusetts Ave.
Indianapolis, IN  46204-2161