# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on August 25, 2004 at 11:40 a.m. to consider and act upon the following:

**Motion to compel assumption or rejection filed by NMHG Financial Services on August 3, 2004**

   A copy of this request is available for your inspection at the Office of the Clerk, United States Bankruptcy Court, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana.

   Pursuant to Northern District of Indiana Local Bankruptcy Rule B–9014–1(b), any party desiring to oppose the relief requested must file and serve a written objection no later than seven (7) days prior to the hearing.

   No sworn testimony will be taken by the court at this hearing. Therefore, the parties will not need to bring witnesses. Counsel, however, will be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.


   Dated at Fort Wayne , Indiana on August 5, 2004 .


                                                          Christopher M. DeToro
                                                          _____
                                                          Clerk, United States Bankruptcy Court
                                                           Federal Building, Room 1188
                                                           1300 South Harrison Street
                                                           Fort Wayne, Indiana 46802


                                                          Document No. 337 – 333