UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| AUBURN FOUNDRY, INC. | ) | REG/tp | |
| | ) | | |
| Debtor(s) | | | |

ORDER AND NOTICE FOR
HEARING ON DISCLOSURE STATEMENT

TO:   THE DEBTOR(S), ITS CREDITORS AND OTHER PARTIES IN INTEREST

On July 12, 2004, Debtor, filed a Disclosure Statement referring to a proposed Chapter 11 Plan filed on July 12, 2004.

It is therefore ordered and notice is given that:

1. The court will hold a hearing on **September 15, 2004 at 11:00 a.m.**, in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana, to consider the approval of the Disclosure Statement. The hearing may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.
2. Any objection to the Disclosure Statement shall be filed and served no later than seven (7) days prior to the hearing.
3. Requests for copies of the Disclosure Statement and Plan, should be directed to counsel for the party which filed them.

Dated at Fort Wayne, Indiana, on August 5, 2004.

BY THE COURT

ROBERT E GRANT
Judge, United States Bankruptcy Court