**UNITED STATES BANKRUPTCY COURT**
Northern District of Indiana
Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on August 25, 2004 at 11:40 a.m. to consider and act upon the following:

**Motion to compel assumption or rejection filed by NMHG Financial Services on August 3, 2004**

   A copy of this request is available for your inspection at the Office of the Clerk, United States Bankruptcy Court, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana.

   Pursuant to Northern District of Indiana Local Bankruptcy Rule B–9014–1(b), any party desiring to oppose the relief requested must file and serve a written objection no later than seven (7) days prior to the hearing.

   No sworn testimony will be taken by the court at this hearing. Therefore, the parties will not need to bring witnesses. Counsel, however, will be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.

   Dated at Fort Wayne , Indiana on August 5, 2004 .


                                                                Christopher M. DeToro
                                                                _____
                                                                Clerk, United States Bankruptcy Court
                                                                 Federal Building, Room 1188
                                                                 1300 South Harrison Street
                                                                 Fort Wayne, Indiana 46802


                                                                Document No. 337 – 333

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

Case 04-10427-reg    Doc 339    Filed 08/07/04    Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: tlp                  Page 1 of 1                  Date Rcvd: Aug 05, 2004
Case: 04-10427                Form ID: 136               Total Served: 3

The following entities were served by first class mail on Aug 07, 2004.
dbpos      +Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN 46706-2199
crcmch     +Citizens Gas & Coke Utility,    Michael McGauhey,    2950 Propect Street,
             Indianapolis, IN 46203-2145
cr         +NMHG Financial Services, Inc.,    c/o Rubin & Levin, P.C.,    500Marott Center,
             342 Massachusetts Ave.,    Indianapolis, IN 46204-2146
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2004**          **Signature:**      *Joseph Speetjens*