IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                              )
                                               )
AUBURN FOUNDRY, INC.                           )          Chapter 11
                                               )
                        Debtor.                )          BK Case No. 04-10427

## ORDER

At Fort Wayne, Indiana, on August 5, 2004.

This matter is before the Court upon the Second Amended Motion to Extend

Exclusivity Period (the "Motion"), and the Court being otherwise duly and sufficiently advised,

the Court hereby GRANTS the Motion, it appearing to the Court that the Motion is made for

good cause.  Effective June 7, 2004, *nunc pro tunc*, the Debtor's deadline for filing a Plan and

soliciting acceptance thereof are extended to July 12, 2004 and August 12, 2004, respectively.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.


        /s/ Robert E. Grant
        Judge, United States Bankruptcy Court

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Aug 05, 2004
Case: 04-10427             Form ID: pdf004        Total Served: 1
```

```
The following entities were served by first class mail on Aug 07, 2004.
dbpos    +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2004**                    **Signature:**    *Joseph Speetjens*