IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ORDER

At Fort Wayne, Indiana, on    August 9, 2004.                              .

This matter is before the Court upon the Amended Motion for Approval of Insurance Finance Agreement With Security Interest, Adequate Protection, and Modification of the Automatic Stay, and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

                                                         /s/ Robert E. Grant
                                                       Judge, United States Bankruptcy Court

FWIMAN1 338333v1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure           Page 1 of 1                Date Rcvd: Aug 09, 2004
Case: 04-10427                Form ID: pdf004         Total Served: 2

The following entities were served by first class mail on Aug 11, 2004.
aty        +Werling(DM),   Baker & Daniels,   111 East Wayne Street,  #800,   Fort Wayne, IN 46802-2600
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2004**                    **Signature:** _Joseph Speetjens_