UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION TO EXTEND EXCLUSIVITY PERIOD**

Auburn Foundry, Inc. ("AFI" or the "Debtor"), Debtor-in-Possession herein, by counsel, submits this Motion to Extend Exclusivity Period (the "Motion"), pursuant to §§ 1121(c)(3) and (d) of the Bankruptcy Code. The Debtor filed a timely Plan and Disclosure Statement within the 120-day exclusivity period, as extended by this Court, and the Court granted its request to extend the 180-day period for obtaining acceptance thereof set forth under § 1123(c)(3) to August 12, 2004. A hearing to consider approval of the Disclosure Statement has been scheduled for September 15, 2004. The Debtor respectfully seeks an order extending the 180-day approval period, as previously extended, to and include November 12, 2004, effective *nunc pro tunc* as of the date such period was originally set to expire, August 12, 2004, and in support thereof states as follows:

      1.      On February 8, 2004, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

      2.      The Debtor is operating its business and managing its financial affairs as Debtor-in-Possession.

      3.      The Debtor's exclusivity period (the "Exclusivity Period") for obtaining acceptance of a Plan by each class of impaired claims or interests was originally set to expire on

or about 180 days from the Petition Date, as extended to August 12, 2004 by this Court's Order dated August 5, 2004.  That time has not yet expired.

4.     The Debtor filed a proposed Plan and Disclosure Statement on July 12, 2004.  A hearing to consider approval of the Disclosure Statement has been scheduled for September 15, 2004.  Thus, the Debtor seeks to enlarge the 180-day exclusivity period, as extended, under § 1121(d) for obtaining acceptance of the Plan by all impaired classes by a total of ninety (90) days from the date hereof, to and include November 12, 2004.

5.     Since the Chapter 11 filing, the Debtor has consistently operated within the confines of its Court-approved cash use budgets.  It has met or exceeded its performance objectives.  It has also maintained strong relationships with vendors and customers, as evidenced by a long-term supply contract the Debtor entered into with General Motors Corporation, one of its major customers, which this Court approved.

6.     Between May 12 and 13, 2004, the Court entered Final Orders regarding use of cash collateral, Senior DIP Financing and Junior DIP Financing.  Taken together, these orders grant the Debtor permission to use cash collateral through and including August 31, 2003.  They also provide the Debtor with sufficient DIP Financing to fund its operations, consistent with its budget, during the Plan confirmation process.  The Cash Use Agreement attached to the Final Orders, as amended by the parties thereto, required, as a condition to further cash use, that a Plan and Disclosure Statement be filed not later than July 7, 2004.  The Senior Lenders agreed to extend that date to July 12, 2004, and the Debtor complied with this agreement by filing a timely Plan and Disclosure Statement on July 12, 2004.

7.       The Debtor also requests that in the event any party objects to the relief requested herein, the Exclusivity Period be extended pending a hearing on such objections, and that, in any event, relief be entered *nunc pro tunc* effective August 12, 2004.

8.       Cause exists for the extension sought herein.

9.       Notice of this Motion shall be given to the United States Trustee, and all creditors and parties in interest pursuant to Bankruptcy Rule 2002.

WHEREFORE, the Debtor respectfully requests that the exclusivity period for obtaining acceptance of a Plan by all impaired classes be extended to and include November 12, 2004, effective *nunc pro tunc* as of August 12, 2004, and for all other just and proper relief.

                          BAKER & DANIELS

                          By:  /s/ John R Burns, III
                              John R Burns, III (#3016-02)
                              Mark A. Werling (#20426-02)
                              111 East Wayne Street, Suite 800
                              Fort Wayne, Indiana 46802
                              john.burns@bakerd.com
                              mark.werling@bakerd.com
                              Telephone:  (260) 424-8000
                              Facsimile:  (260) 460-1700

                        ATTORNEYS FOR THE DEBTOR,
                        AUBURN FOUNDRY, INC.