IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### **ORDER**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Motion to Extend Exclusivity Period (the "Motion"), and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause. Effective August 12, 2004, *nunc pro tunc*, the Debtor's deadline for obtaining acceptance of a Plan by all impaired classes of creditors or equity interests pursuant to § 1121(d) of the Bankruptcy Code are extended to and include November 12, 2004.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 350082v1