UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | BK Case No. 04-10427 |

**DEBTOR'S OBJECTION TO APPLICATION OF UNSECURED
CREDITORS COMMITTEE FOR ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF KPMG LLP
*NUNC PRO TUNC* TO JULY 20, 2004 AS ITS FINANCIAL ADVISORS**

The Debtor, Auburn Foundry, Inc. ("Debtor"), by counsel, for its objection (the "Objection") to the application ("Application") of the Official Committee of Unsecured Creditors (the "Committee") for entry of an order authorizing the retention and employment of KPMG LLP ("KPMG") as financial advisors to the Committee *nunc pro tunc* to July 20, 2004, respectfully states the following:

1.	Section 327 of the Bankruptcy Code commits to the Court's discretion and approval the appointment of accountants and other professionals in a Chapter 11 case.  *See In re Seeburg Products Corp.,* 215 B.R. 175, 177-78 (Bankr. N.D. Ill. 1997) (emphasizing the breadth of the bankruptcy court's discretion).  Relevant considerations are "the protection of the interests of the bankruptcy estate and its creditors, and the efficient, expeditious, and economical resolution of the bankruptcy proceeding."  *In re AroChem Corp.*, 176 F.3d 610, 621 (2nd Cir. 1999) (citations omitted).

2.	The Committee contends that it needs assistance in collecting and analyzing financial and other information in relation to the Chapter 11 case.  The Debtor does not oppose, in principle, the retention of such professionals by the Committee.  However, it

objects on a limited basis to the Application to the extent it imposes an undue burden on the estate in the form of unanticipated administrative expenses.

3. On July 12, 2004, the Debtor filed herein a proposed Plan and Disclosure Statement. The budgetary projections accompanying these pleadings did not include expenditures for professionals such as KPMG.

4. KPMG's unknown and unprojected fees could potentially impose substantial administrative expenses on the estate which would limit the Debtor's ability to meet the financial projections contemplated by the proposed Plan.

5. The Debtor requests that the Committee be required to identify, with greater particularity, which professionals (by name) will perform particular tasks (and at what rates); that it describe those tasks in greater detail; and that it provide the Debtor and the estate with greater specificity as to the potential total cost of this engagement. The Application sets forth a broad range of professional rates from $190 to $650 and permits reimbursement of travel expenses without indicating whether the individuals assigned to this case are in the vicinity of Fort Wayne, Indiana. Moreover, the Application does not indicate whether the individuals to be assigned have experience with Chapter 11 cases and/or the foundry industry, which could justify KPMG's proposed rates. Finally, KPMG should not be permitted to increase its rates automatically on October 1 without indicating the expected range of such increases. Greater specificity is needed on each of these issues.

6. Contrary to the Committee's assertion, no "exigent circumstances" exist which support the *nunc pro tunc* appointment of KPMG. The Committee has been aware for many months of the Debtor's intention to file, and seek approval for, a Plan of Reorganization.

7. Local Rule B-2014-1, which applies to requests for the appointment of professionals by debtors in possession, applies to similar requests by committees. Thus, the Committee is required to serve its Motion on the entire creditor body. *See* L.R. B-2014-1(c), (d). This Rule appears to apply here because no other Local Rule addresses the required form of notice and service for requests such as this by a non-debtor party, and the policies served by the Rule (such as ensuring adequate notice of potentially significant administrative expenses) are applicable here.

WHERFORE, the Debtor respectfully requests that the Application be denied in its present form or, in the alternative, the Committee be required to refile the Application with notice to all creditors and parties in interest with twenty-one (21) days notice and opportunity to object.

Dated: August 18, 2004

        BAKER & DANIELS

        By: /s/ John R Burns, III
            John R Burns, III (#3016-02)
            Mark A. Werling (#20426-02)
            111 East Wayne Street, Suite 800
            Fort Wayne, Indiana 46802
            john.burns@bakerd.com
            mark.werling@bakerd.com
            Telephone: (260) 424-8000
            Facsimile: (260) 460-1700

        ATTORNEYS FOR THE DEBTOR,
        AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Debtor's Objection to Application of Unsecured Creditors Committee for Order Authorizing the Retention and Employment of KPMG LLP *Nunc Pro Tunc* to July 20, 2004 as its Financial Advisors was served by electronic mail or by first-class United States mail, postage prepaid, this 18th day of August, 2004, upon the following persons or counsel:

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Ellen L. Triebold
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

| | |
|---|---|
| Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 | Marlene Reich<br>Sommer Barnard Ackerson, P.C.<br>4000 Bank One Tower<br>111 Monument Circle<br>Indianapolis, IN 46204 |
| Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |

/s/ John R Burns, III