UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | CASE NO. 04-10427 |
| ) | CHAPTER 11 |
| Debtor. ) | |

**ORDER AUTHORIZING NUNC PRO TUNC RETENTION
OF ERNST & YOUNG AS TAX SERVICES PROVIDER TO THE DEBTOR**

Upon the Application, dated July 8, 2004 (the "Application"), of the above-captioned debtor-in-possession ("AFI" or the "Debtor"), for entry of an order, pursuant to sections 327(a), 328 and 1107(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to retain Ernst & Young LLP ("E&Y"), as its tax services provider in its chapter 11 case; and upon the affidavit of Ronald U. Kaufman, a Partner of E&Y (the "Affidavit"), which is annexed to the Application, and notice having been given to the parties identified in the Application; and it appearing that no other or further notice is required or necessary; and the Court being satisfied that E&Y does not hold or represent an interest adverse to the Debtor's estate and that E&Y is a "disinterested person" as such term is defined under section 101(14), as modified by section 1107(b), of the Bankruptcy Code, and that the employment of E&Y as tax services provider for the Debtor is necessary and in the best interests of the Debtor and its estate, creditors and interest holders; and after due deliberation and sufficient cause appearing therefore,

**FINDS THAT**

a. E&Y and each of its members and associates represent no interest adverse to the Debtor's estate such that would disqualify E&Y from serving the Debtor in this chapter 11 case;

b. E&Y and each of its members and associates is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code; and

c. The retention of E&Y as the Debtor's tax services provider is in the best interests of the Debtor and its estate, creditors, and interest holders; and it is therefore

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, the Debtor is authorized to retain E&Y *nunc pro tunc* to March 19, 2004 as tax services provider to perform the services set forth in the Application.

2. E&Y shall be compensated in accordance with the Affidavit, annexed to the Application, subject to sections 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure as may be applicable from time to time, the rules of this Court and such procedures as may be fixed by order of this Court.

3. E&Y shall provide such additional disclosure as set forth in the Application and as it necessary or appropriate.

Dated: August 20, 2004 at Fort Wayne, Indiana.

        /s/ Robert E. Grant
        HONORABLE ROBERT E. GRANT
        UNITED STATES BANKRUPTCY JUDGE