IN THE UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Case No. 04-10427 REG |
| Debtor. | ) |
| | ) |

FILED
AUG 20 2004
CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE BY THE PENSION BENEFIT GUARANTY CORPORATION

PLEASE TAKE NOTICE that Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government, hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, pursuant to Section 1109(b) of Title 11, United States Code, and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as follows:

Brad Rogers, Attorney
Office of the General Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Emails: rogers.brad@pbgc.gov and efile@pbgc.gov

This request includes, inter alia, the notices and papers referred to in the Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies, and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after de novo review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Respectfully submitted,

PENSION BENEFIT GUARANTY
CORPORATION

Dated: Washington, D.C.
August 1?, 2004

/s/ Brad Rogers
BRAD ROGERS
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Ph: (202) 326-4020 or (800) 400-7242 ext. 3029
Fax: (202) 326-4112
Emails: rogers.brad@pbgc.gov and efile@pbgc.gov

Attorney for the Pension Benefit Guaranty Corporation

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19 day of August 2004, the foregoing **Notice of Appearance and Request for Notice by the Pension Benefit Guaranty Corporation** was served via First Class Mail upon the following:

John R. Burns (DM)
Mark A. Werling (TM)
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the U.S. Trustee
One Michigan Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

<u>Unsecured Creditors' Committee</u>
Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Michael McGauhey
Citizen Gas & Coke Utility
2950 Propect Street
Indianapolis, IN 46203

Michelle Pezanoski
Fairmount Minerals
P.O. Box 177
Wedron, IL 60557

Curt and Tim Howard
Fire Protection, Inc.
750 W. North Street
Auburn, IN 46706

_____
BRAD ROGERS