IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Case No. 04-10427 REG |
| Debtor. | ) |
| | ) |

**FILED AUG 20 2004**
CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

## CERTIFICATION OF GOVERNMENT ATTORNEY

Brad Rogers, counsel for the Pension Benefit Guaranty Corporation, a creditor this case, certifies that he is a member in good standing of the bars of the State of Virginia and the District of Columbia and the Eastern District for the District of Virginia. He further states that he will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Respectfully submitted,

PENSION BENEFIT GUARANTY
CORPORATION

Dated: Washington, D.C.
August 12, 2004

*/s/ Brad Rogers*
BRAD ROGERS
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Ph: (202) 326-4020 or (800) 400-7242 ext. 3029
Fax: (202) 326-4112
Emails: rogers.brad@pbgc.gov and efile@pbgc.gov

Attorney for the Pension Benefit Guaranty Corporation