NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                    )
                                     )
AUBURN FOUNDRY, INC.,                )          Chapter 11
                                     )
        Debtor.                      )          BK Case No. 04-10427

## NOTICE OF APPLICATION FOR ALLOWANCE OF
## ATTORNEYS' FEES AND OPPORTUNITY TO OBJECT

On August 26, 2004, Baker & Daniels ("B&D"), attorneys for the Debtor, filed its Interim Application for Allowance of Attorney's Fees, requesting the allowance and payment of professional fees and reimbursement of expenses, to the extent not already paid on a provisional basis, for the period through June 30, 2004, in accordance with §§ 327, 330, and 331 of the Bankruptcy Code. If granted, the Application would permit the allowance and payment of the fees and expenses set forth therein.

Based upon the amount of time involved and the nature of the services rendered through June 30, 2004, the Applicant seeks allowance of the sum of Five Hundred Thirteen Thousand, Seven Hundred Seventy-Eight Dollars ($513,778.00) in Attorney's Fees, plus Thirty Thousand, Six Hundred Eighty-Seven and 81/100 Dollars ($30,687.81) in expenses.

In representing the Debtor, B&D has filed with the Court its monthly itemized statements, and, including retainers, has been paid Four Hundred Eleven Thousand, Twenty-Two and 40/100 Dollars ($411,022.40) in attorney's fees and costs.

B&D seeks payment of the unpaid balance of One Hundred Two Thousand, Seven Hundred Fifty-Five and 60/100 Dollars ($102,755.60), which has not been heretofore paid pursuant to the Order authorizing Provisional Payment of Fees. A copy of the Application is attached hereto. If granted, the Application would authorize the allowance of such fees and expenses.

If you do not want the court to grant the Application, then on or before September 15, 2004, you or your attorney must:

1)      File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    1300 South Harrison Street
    Room 1188
    P.O. Box 2547
    Fort Wayne, IN  46802-2547

If you mail your objection, you must mail it early enough that it will be received by the date it is due.

FWIMAN1 347669v1

-2-

2)      You must also mail a copy of your objection to:

>   John R Burns
>   Baker & Daniels
>   111 East Wayne Street, Ste 800
>   Fort Wayne, IN  46802

If you do not file an objection by the due date, the court may grant the relief requested without holding a hearing.

If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date:  August 26, 2004                    By:  /s/John R Burns, III
                                                John R Burns, III (#3016-02)
                                                Mark A. Werling (#20426-02)
                                                111 East Wayne Street, Suite 800
                                                Fort Wayne, Indiana 46802
                                                john.burns@bakerd.com
                                                mark.werling@baker.com
                                                Telephone:  (260) 424-8000
                                                Facsimile:  (260) 460-1700

                                                ATTORNEYS FOR THE DEBTOR,
                                                AUBURN FOUNDRY, INC.

FWIMAN1 347669v1