IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**JOINT MOTION PURSUANT TO RULE 4001(B) AND (D)
TO APPROVE AGREED ORDER CONCERNING EXTENSION
OF FINAL CASH USE ORDER TO PERMIT FURTHER USE OF
CASH COLLATERAL AND TO COMMENCE FINAL HEARING FOR
<u>APPROVAL OF AGREED ORDER GRANTING SUCH EXTENSION</u>**

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), and the Senior Lenders (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to approve an agreed order for an extension of this Court's final order concerning use of cash collateral for a period to and include September 15, 2004 (the "Motion") and in support thereof state as follows:

1. The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On or about February 10, 2004, the Moving Parties entered into an Interim Order for use of cash collateral. Thereafter, the Court entered an Amended Interim Order on February 17, 2004, a Second Interim Order dated March 25, 2004, and a Third Interim Order dated April 19, 2004, with a final hearing to be held on May 12, 2004.

3. On or about May 12, 2004, this Court entered a Final Order Approving Joint Motion Pursuant to Rule 4001(B) to Approve Agreement Concerning Use of Cash Collateral (the "Final Order).

4.  The Moving Parties have reached agreement on continued use of cash collateral, as evidenced by the Agreed Order for Extension of Final Order Approving Joint Motion Pursuant to Rule 4001(B) to Approve Agreement Concerning Use of Cash Collateral (the "Agreed Order") attached hereto as Exhibit A and incorporated herein by reference.  The Agreed Order permits the Debtor to use cash collateral in accordance with the terms of the Final Order and the Cash Use Agreement (as the term "Cash Use Agreement" is defined in the Final Order), as amended by a Fourth Amendment thereto, for an additional period to and include September 15, 2004.

5.  Pursuant to Rule 4001(b)(2), the Moving Parties request that the Court set a final hearing to approve the Agreed Order on fifteen (15) days notice.

WHEREFORE, the Moving Parties respectfully request that the Court schedule a final hearing for approval of the Agreed Order, that it approve the Agreed Order, and for all other just and proper relief.

BAKER & DANIELS

By: /s/ John R Burns, III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone:  (260) 420-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

SHIPLEY & ASSOCIATES

By: /s/ Grant F. Shipley
    Grant F. Shipley
    233 West Baker Street
    Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Joint Motion Pursuant to Rule 4001(b) and (d) to Approve Agreed Order Concerning Extension of Final Cash Use Order to Permit Further Use of Collateral and to Commence Final Hearing for Approval of Agreed Order Granting Such Extension was served by electronic mail or by first-class United States mail, postage prepaid, this 31st day of August, 2004, upon the following persons or counsel:

| | |
|---|---|
| Scott C. Andrews<br>Rubin & Levin, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204-2161 | Ellen L. Triebold<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| W. Erik Weber<br>Meffort and Weber P.C.<br>130 East 7th Street<br>Auburn, IN 46706 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |
| Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802 |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Brian J. Lange<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802-0501 |

| | |
|---|---|
| Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 | Marlene Reich<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 |
| Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |

/s/ John R Burns, III