UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | CASE NO. 04-10427 |
| ) | CHAPTER 11 |
| Debtor. ) | |

**AGREED ORDER APPROVING EXTENSION OF FINAL CASH USE
<u>ORDER TO PERMIT FURTHER USE OF CASH COLLATERAL</u>**

Upon consideration of the joint motion (the "Motion") of Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor") and the Senior Lenders (collectively, the "Moving Parties") for entry of an agreed order to extend this Court's Final Cash Use Order for a period to and include September 15, 2004, and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, it appearing that the Motion is made for good cause.

Accordingly, it is hereby ORDERED that the Motion is GRANTED.  The Debtor is hereby permitted to use cash collateral in accordance with the terms of this Court's Final Cash Use Order and the Cash Use Agreement, as amended by a Fourth Amendment thereto dated August 31, 2004, for an additional period to and including September 15, 2004.

Dated this _____ day of September, 2004.

_____
HONORABLE ROBERT E. GRANT
UNITED STATES BANKRUPTCY JUDGE

FWIMAN1 352771v1

AGREED AS TO FORM:

For the Debtor

/s/ John R Burns
John R Burns


For Bank of America, National Association

/s/ Grant Shipley
Grant Shipley