UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/tp |
| | ) | |
| | ) | |
| Debtor(s) | | |

NOTICE OF STATUS CONFERENCE

The court will hold a status conference in this case on **September 15, 2004 at 11:00 a.m.**, in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana with regard to:

Bank of America's Motion for adequate protection filed on March 5, 2004

Dated at Fort Wayne, Indiana, on September 1, 2004.

    CHRISTOPHER M. DeTORO
    Clerk, United States Bankruptcy Court
    Federal Building, Room 1188
    1300 South Harrison Street
    P.O. Box 2547
    Fort Wayne, Indiana  46801-2547