UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| Debtor | | |

## **O R D E R**

At Fort Wayne, Indiana, on September 2, 2004.

The court will not schedule any proceedings on the joint motion concerning the use of cash collateral filed on August 31, 2004 by the debtor and the Senior Lenders until such time as creditors and parties in interest have been given notice of the motion and the opportunity to object thereto in accordance with local bankruptcy rule B-2002-2. See, N.D. Ind. L.B.R. B-2002-2(2)(concerning notice of motions to approve agreements relating to the use of cash collateral).

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court