UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| Debtor | | |

**O R D E R**

At Fort Wayne, Indiana, on September 2, 2004.

The court will not schedule any proceedings on the joint motion concerning the use of cash collateral filed on August 31, 2004 by the debtor and the Senior Lenders until such time as creditors and parties in interest have been given notice of the motion and the opportunity to object thereto in accordance with local bankruptcy rule B-2002-2.  See, N.D. Ind. L.B.R. B-2002-2(2)(concerning notice of motions to approve agreements relating to the use of cash collateral).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Sep 02, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Sep 04, 2004.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2004**                     **Signature:**    _Joseph Speetjens_