IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ORDER

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Motion to Continue Hearing on Disclosure Statement and Date by Which Objections Thereto Must be Filed and Served (the "Motion"), and the Court being otherwise duly and sufficiently advised, hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the hearing to approve the Debtor's Disclosure Statement, as hereafter amended or supplemented, be continued until _____, 2004, at _____ a.m./p.m., and that the date by which any objection thereto must be filed and served shall be _____, 2004.  The Debtor shall promptly serve notice of this Order on all creditors and parties in interest within two (2) days of the entry hereof.

_____
Judge, United States Bankruptcy Court

FWIMAN1 353444v1