IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**JOINT MOTION TO CONTINUE HEARING ON DISCLOSURE STATEMENT
AND DATE BY WHICH OBJECTIONS THERETO MUST BE FILED AND SERVED**

The Debtor, Auburn Foundry, Inc. ("AFI" or the "Debtor"), by counsel, the Senior Lenders, by counsel, and the DIP Lender, by counsel (collectively, the "Moving Parties") respectfully request that (i) the hearing presently scheduled in this Court for September 15, 2004 at 11:00 a.m. to consider the approval of the Debtor's Disclosure Statement, and (ii) the date by which objections thereto must be filed and served, each be postponed for a period of thirty (30) days, to be re-set at a time and date convenient to the Court, and in support thereof state as follows:

1. On or about July 12, 2004, the Debtor filed herein a proposed Plan of Reorganization and Disclosure Statement.

2. On or about August 5, 2004, this Court entered an Order and Notice for Hearing on Disclosure Statement (the "Order and Notice"), establishing a hearing on September 15, 2004 at 11:00 a.m., with notice thereof delivered to all creditors and parties in interest. The Order and Notice also established September 8, 2004 as the date by which objections to the Disclosure Statement must be filed and served.

3. The Debtor delivered copies of the Plan and Disclosure Statement on August 20, 2004 to the parties entitled thereto under Bankruptcy Rule 3017.

4. The Debtor is presently preparing a First Amended Plan of Reorganization and First Amended Disclosure Statement (the "First Amendments") to be filed herein. The Debtor is preparing the First Amendments in consultation with several parties, including the Senior Lenders, Unsecured Creditors Committee, and Pension Benefit Guaranty Corporation. It anticipates that the First Amended Disclosure Statement will be acceptable to each of these parties, and therefore minimize the need for this Court to consider otherwise avoidable objections.

5. The Debtor believes the changes embodied in the First Amendments would be sufficiently material so as to require re-notice of the hearing on the Disclosure Statement and deadline for objections thereto. Accordingly, the Debtor does not presently intend to seek approval on September 15, 2004 of its proposed Disclosure Statement, and it does not wish to consume the Court's time with an unnecessary hearing.

6. The Moving Parties respectfully request that the Court continue (i) the hearing on the proposed Disclosure Statement currently scheduled for September 15, 2004 and (ii) the date by which objections thereto must be filed and served, for a period of thirty (30) days, with each to be rescheduled at a time and date convenient to the Court, or, alternatively, vacate the hearing currently scheduled for September 15, 2004, and establish a new hearing date and objection deadline upon the filing of the First Amendments.

7. The Debtor is serving notice of this Motion on all creditors and parties in interest pursuant to Bankruptcy Rule 2002, and will file an accompanying Certificate of Service to that effect on September 8, 2004. The Debtor asks that it be ordered to give notice promptly of an Order rescheduling the Disclosure Statement hearing and objection deadline to all creditors

and parties in interest, so as to minimize inconvenience to any such parties in reliance on the September 15, 2004 hearing date.

WHEREFORE, the Moving Parties respectfully request that (i) the hearing on the Debtor's proposed Disclosure Statement currently scheduled for September 15, 2004, and (ii) the date by which objections thereto must be filed and served, be continued for a period of thirty (30) days, with each to be rescheduled at a time and date convenient to the Court, and for all other just and proper relief.

Dated:  September 7, 2004

BAKER & DANIELS

By:  /s/ John R Burns, III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone:  (260) 424-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

SHIPLEY & ASSOCIATES

By:  /s/ Grant F. Shipley
    Grant F. Shipley
    233 West Baker Street
    Fort Wayne, Indiana 46802-3413

ATTORNEYS FOR THE SENIOR LENDERS

SOMMER BARNARD ACKERSON, PC

By:  /s/ Jerald I. Ancel
    Jerald I. Ancel
    Sommer Barnard Ackerson, PC
    One Indiana Square, Ste. 3500
    Indianapolis, IN 46204

ATTORNEYS FOR THE DIP LENDER