|   | AUBURN FOUNDRY | | |
|---|---|---|---|
|   | Charge Allocation | | |
|   |   |   |   |
|   | Category | # of Hours | Total |
| 1 | General Administration | 50.1 | $10,056.50 |
| 2 | Financing, Cash Use, and DIP | 4.4 | $1,400.00 |
| 3 | Labor and Employment | 12.7 | $3,556.00 |
| 4 | Environmental | 21.2 | $6,766.00 |
| 5 | Plan and Disclosure Statement | 197.8 | $52,350.00 |
| 6 | Customer and Vendor Issues | 16.6 | $2,849.00 |
|   |   |   |   |
|   | TOTAL HOURS | 302.8 |   |
|   | TOTAL FEES |   | $76,977.50 |
|   |   |   |   |
|   | Payable per Order (80%) |   | $61,582.00 |
|   | Disbursements (100%) |   | $14,882.27 |
|   |   |   |   |
|   | **TOTAL NOW PAYABLE** |   | **$76,464.27** |

| AUBURN FOUNDRY | | | | |
| --- | --- | --- | --- | --- |
| Counsel List | | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Beckwith, L. D. | Partner | $330.00 | 12 | $3,960.00 |
| Burns, J. R. | Partner | $355.00 | 96.5 | $34,257.50 |
| Claffey, S. A. | Partner | $390.00 | 23.0 | $8,970.00 |
| Powers, D. D. | Partner | $270.00 | 0.3 | $81.00 |
| McGrath, M.F. | Of Counsel | $305.00 | 9.2 | $2,806.00 |
| Burns, M.S. | Associate | $180.00 | 1.2 | $216.00 |
| Lemert, M.M. | Associate | $220.00 | 2.8 | $616.00 |
| Taylor, D. W. | Associate | $140.00 | 24.1 | $3,374.00 |
| Werling, M. A. | Associate | $220.00 | 75.8 | $16,676.00 |
| Hobbs, S. | Clerk | $100.00 | 11.7 | $1,170.00 |
| McMeen, D. S. | Paralegal | $105.00 | 46.2 | $4,851.00 |
| | | | | **$76,977.50** |

AUBURN FOUNDRY
Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Beckwith, L.D. | Partner | $330.00 | | | | 12 | | | $3,960.00 |
| Burns, J. R. | Partner | $355.00 | 14.4 | 3.2 | 6 | 0 | 68.7 | 4.2 | $34,257.50 |
| Claffey, S.A. | Partner | $390.00 | 0.6 | | | | 22.2 | 0.2 | $8,970.00 |
| Powers, D. D. | Partner | $270.00 | | | | | 0.3 | | $81.00 |
| McGrath, M.F. | Of Counsel | $305.00 | | | | 9.2 | | | $2,806.00 |
| Burns, M.S. | Associate | $180.00 | | | 1.2 | | | | $216.00 |
| Lemert, M.M. | Associate | $220.00 | | | 2.8 | | | | $616.00 |
| Taylor, D. W. | Associate | $140.00 | | | | | 24.1 | | $3,374.00 |
| Werling, M. A. | Associate | $220.00 | 4.7 | 1.2 | 2.7 | 0.0 | 66.7 | 0.5 | $16,676.00 |
| Hobbs, S. | Clerk | $100.00 | | | | | | 11.7 | $1,170.00 |
| McMeen, D. S. | Paralegal | $105.00 | 28.7 | | | | 17.5 | | $4,851.00 |
| | | | 48.4 | 4.4 | 12.7 | 21.2 | 199.5 | 16.6 | **$76,977.50** |