**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

August 26, 2004
Invoice Number 1187655

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through July 31, 2004 and not reflected on a prior bill:

0004426    Chapter 11

| | | |
|---|---|---|
| Total Services..........................$ | 69,379.50 | |
| Total Disbursements.................$ | 14,061.44 | |
| Total This Matter..................................................$ | | 83,440.94 |
| Total This Invoice.........................................................$ | | 83,440.94 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of July 31, 2004
Invoice Number 1187655

0080031  Auburn Foundry, Inc.
0004426  Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06/28/04 | Work on Interim Fee Application | DSM | 4.20 | 441.00 |
| 06/29/04 | Finalize first draft of Interim Fee Application with supporting documentation | DSM | 3.00 | 315.00 |
| 07/01/04 | Participate in Board of Directors meeting (.6); confer with Lew Beckwith respecting environmental clean-up indemnification claim under prior year comprehensive liability insurance policies (.2) | SAC | .80 | 312.00 |
| 07/01/04 | Prepare monthly operating report for filing | DSM | .50 | 52.50 |
| 07/01/04 | Work on Plan, including classification and distribution issues (1.6); review H. Efroymson correspondence regarding May MORs and follow-up regarding filing of same (.4); exchange additional correspondence with H. Efroymson regarding May MORs (.2) | JRB | 2.20 | 781.00 |
| 07/01/04 | Prepare for and participate in Auburn Foundry Board Meeting | JRB | 1.20 | 426.00 |
| 07/01/04 | Work on Plan and Disclosure Statement | JRB | .80 | 284.00 |
| 07/01/04 | Review and revise plan draft to incorporate pricing grid, related terms per 6/23, 6/8 term sheets (3.0); office conference with D. McMeen regarding monthly operating report, review same for filing (.2); continue work on environmental issue summary (1.0) | MAW | 4.20 | 924.00 |
| 07/02/04 | Continue work on Plan and Disclosure Statement language, classifications and distribution proposals | JRB | 3.00 | 1,065.00 |
| 07/02/04 | Additional review and revision of plan and disclosure statement (3.0); continue work on environmental research summary (1.0) | MAW | 4.00 | 880.00 |
| 07/02/04 | Work on Plan and Disclosure Statement | JRB | 1.20 | 426.00 |
| 07/03/04 | Work on final draft of plan, disclosure statement with latest term sheet insertions (2.0); follow-up research regarding | MAW | 3.20 | 704.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | impairment issues, treatment of priority claims (1.0); e-mail J. Burns summary regarding same (.2) | | | |
| 07/05/04 | Work on Plan and Disclosure Statement (.8); consideration of issues raised by H. Efroymson (.2) | JRB | 1.00 | 355.00 |
| 07/05/04 | Continue extensive work on final draft of plan, disclosure statement for 7/7 filing | MAW | 4.50 | 990.00 |
| 07/06/04 | Review and revise draft of plan (.4); review pension plan liability analysis memo (.2); comprehensive revision to draft plan, including lengthy conference with Dennis Maude respecting specific elements and provisions of plan; and redrafting of plan provisions (3.9) | SAC | 4.50 | 1,755.00 |
| 07/06/04 | Work on Plan (2); prepare for and extended telephone call with D. Maude regarding Plan issues (1.5) | JRB | 3.50 | 1,242.50 |
| 07/06/04 | Respond to inter-office request regarding subordinated loans (1.6); file MOR for May 2004 (.3) | DSM | 1.90 | 199.50 |
| 07/06/04 | Consideration of IDEM issues (.3); exchange correspondence with T. Woehlke regarding same (.3) | JRB | .60 | 213.00 |
| 07/06/04 | Work on Plan and Disclosure Statement issues | JRB | 1.90 | 674.50 |
| 07/06/04 | Complete work on latest Plan draft and distribute same to bank counsel, Creditor Committee counsel, and Junior DIP Lender counsel | JRB | .40 | 142.00 |
| 07/06/04 | Consider and work on Excess Cash Flow issues and distribution issues affected by same | JRB | .90 | 319.50 |
| 07/07/04 | Conference with Dennis Maude regarding plan provisions and federal and state income tax issues related to plan implementation, and respecting distributions by new AFI to its members to pay taxes (.6); review revised plan and prepare corrections and revisions to same (1.4); review e-mails from Auburn Foundry Officers and John Burns (.2); confer with John Burns regarding additional revisions to plan (.2) | SAC | 2.40 | 936.00 |
| 07/07/04 | Work on administrative issues regarding Disclosure Statement and Plan (3.0); draft application to employ Ernst & Young with accompanying documents (3.5) | DSM | 6.50 | 682.50 |
| 07/07/04 | Work on Disclosure Statement and Plan provisions | JRB | 2.80 | 994.00 |
| 07/07/04 | Telephone call with J. Ancel regarding Senior Subordinated Lender issues (.30); telephone call with E. Kos regarding City of Auburn issues (.3); telephone call with T. Woehlke regarding City of Auburn issues (.2); work on GM issues regarding charge -back of professional fees (.4) | JRB | 1.20 | 426.00 |
| 07/07/04 | Extended telephone calls with D. Maude regarding Plan and | JRB | .80 | 284.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | Disclosure Statement issues in anticipation of filing as scheduled | | | |
| 07/07/04 | Revise and finalize plan, disclosure statement for 7/7 filings, exhibits to accompany same (5.5); telephone conference with J. Ancel regarding same (.3); telephone conference with Accordia regarding insurance financing issue (.2); work on revised pleading to extend exclusivity period (.4); review e-mail regarding same (.1) | MAW | 6.50 | 1,430.00 |
| 07/07/04 | Telephone call with T. Sherick and R. Weiss regarding GM charge-back issues and follow-up regarding questions raised | JRB | .70 | 248.50 |
| 07/07/04 | Draft and revise Plan and Disclosure Statement provisions to prepare for filing | JRB | 4.00 | 1,420.00 |
| 07/08/04 | Research "time records" and "attorney-client" privilege regarding GM claim | SH | 2.10 | 210.00 |
| 07/08/04 | Work on Third Amended Waiver Agreement, including exchange of correspondence regarding same | JRB | .40 | 142.00 |
| 07/08/04 | Review and consider comments and concerns from Creditor Committee's counsel regarding draft plan | JRB | .60 | 213.00 |
| 07/08/04 | Prepare for and participate in Board Meeting | JRB | 1.20 | 426.00 |
| 07/08/04 | Review case e-mail on plan, related issues (.1); consider rules, local rules regarding service of plan, disclosure statement (.3); assess whether disputed, contingent claims are entitled to ballots upon approval of disclosure statement (.3); review cash use agreement extension, related e-mail regarding same (.3); finalize E&Y retention pleadings (.2); office conferences regarding notice, service filings for exclusivity extensions, insurance financing (.2); work on additional plan inputs (.4); review and analyze Creditor Committee comments regarding same (.2); office conferences with S. Claffey, J. Burns regarding additional plan comments (1.5); review plan draft for submission to bank (1.5) | MAW | 5.00 | 1,100.00 |
| 07/08/04 | Work on Plan and Disclosure Statement provisions | JRB | 1.60 | 568.00 |
| 07/08/04 | Classify creditors for balloting on Plan (.5); prepare creditor address lists by class (3.1); Pacer search for proof of claim in Hayes Lemmerz bankruptcy (.1) | DSM | 3.70 | 388.50 |
| 07/08/04 | Work on Disclosure Statement and Plan revisions | JRB | 3.00 | 1,065.00 |
| 07/08/04 | Review e-mails from Dennis Maude (.2); review and revise draft of Reorganization Plan in a telephone conference with John Burns and Mark Werling (2.5) | SAC | 2.70 | 1,053.00 |
| 07/08/04 | Researched "charge-back" regarding GM claim | SH | .70 | 70.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 07/09/04 | Review cases regarding AF/GM issue; start memo | SH | 1.70 | 170.00 |
| 07/09/04 | Work on liquidation analysis for disclosure statement and conference with J. Burns regarding same (.5); finalize disclosure statement changes to conform to plan draft sent to bank (.2); continue examination of committee concerns and work on response to same (1.0); review related plan status e-mail (.1); review e-mail attachments regarding BBK fees (.2) | MAW | 2.00 | 440.00 |
| 07/09/04 | Review company financial information (.4) and confer with D. Maude regarding same (.3) | JRB | .70 | 248.50 |
| 07/09/04 | Review latest Plan and Discovery Statement drafts and circulate same for comment | JRB | .50 | 177.50 |
| 07/09/04 | Research regarding absolute priority rule (2.6); work on creditor classification list (.8) | DSM | 3.40 | 357.00 |
| 07/09/04 | Work on Plan and Disclosure Statement | JRB | 3.50 | 1,242.50 |
| 07/10/04 | Review and revise final plan, disclosure statement drafts for 7/12 filing | MAW | 2.00 | 440.00 |
| 07/11/04 | Re anticipated 7/12 plan filing, continue work on final edits to documents and exhibits, examination of related research regarding same | MAW | 2.20 | 484.00 |
| 07/12/04 | Office conference regarding pension-related issues in plan of reorganization | DDP | .30 | 81.00 |
| 07/12/04 | Review cases regarding AF/GM issue in preparation of draft memo | SH | 1.60 | 160.00 |
| 07/12/04 | Westlaw research and compiling the results; (1.7); creditor classification (2.2); Pacer search regarding Plan/DS (.6); file Plan and Disclosure Statement (3.0) | DSM | 7.50 | 787.50 |
| 07/12/04 | Complete work on Disclosure Statement and Plan in preparation for filing today | JRB | 7.00 | 2,485.00 |
| 07/12/04 | Work on Plan and Disclosure Statement for filing today | JRB | 2.20 | 781.00 |
| 07/12/04 | Complete work on Disclosure Statement and Plan in preparation for filing today | JRB | .70 | 248.50 |
| 07/12/04 | Finalize and file plan, disclosure statement, and exhibits, related office conferences regarding documents, Bank of America comments on same (6.0); continue work on APR analysis raised by Committee (2.0); review case e-mail regarding GM issues (.1) | MAW | 8.10 | 1,782.00 |
| 07/12/04 | Confer with John Burns regarding senior lenders' failure to respond timely with respect to modifications and corrections to Plan of Reorganization and what response Auburn Foundry | SAC | 2.40 | 936.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | should make to this delay (.2); review Plan changes made by Mark Werling and confer with John Burns regarding additional corrections needed to revise Plan of Reorganization (.5); review liquidation analysis to be included as a part of the Disclosure Statement and provide comments with respect to this analysis for additional changes (.3); work on further revisions and amplifications and corrections to Plan of Reorganization and Disclosure Statement in conference call with John Burns, Mark Werling and Dennis Maude (1.4) | | | |
| 07/13/04 | Worked on memo regarding charge-back documentation; read statute regarding AF/GM 365; finish memo, correct and turn in | SH | 1.70 | 170.00 |
| 07/13/04 | Consideration of Plan language changes requested by Senor Lenders and impact on Plan | JRB | 1.50 | 532.50 |
| 07/13/04 | Telephone call with D. Maude regarding BBK issues and options (.4); consideration of issues raised (.7) | JRB | 1.10 | 390.50 |
| 07/13/04 | Review motion for hearing on adequate protection and correspondence to Heller regarding same | JRB | .40 | 142.00 |
| 07/13/04 | Review draft Press Release and edited same | JRB | .40 | 142.00 |
| 07/13/04 | Work on monthly billings, including correspondence to D. Maude regarding same | JRB | .40 | 142.00 |
| 07/13/04 | Consideration of inquiries from Creditor Committee and GM and responses to same | JRB | .60 | 213.00 |
| 07/13/04 | Review Bank of America's motion on adequate protection and related case e-mail regarding same (.2); review Rule 3017 service requirements and e-mail J. Burns regarding same, review related e-mail attachment regarding same (.5); review plan press release (.1) | MAW | .80 | 176.00 |
| 07/13/04 | Prepare to file application to employ Ernst & Young | DSM | 1.00 | 105.00 |
| 07/14/04 | Extended telephone call with D. Maude regarding union negotiations and BBK issues | JRB | .40 | 142.00 |
| 07/14/04 | Consideration of PBGC and pension issues | JRB | .60 | 213.00 |
| 07/14/04 | Correspondence from H. Efroymson and respond to same | JRB | .40 | 142.00 |
| 07/14/04 | Work on Plan implementation issues | JRB | .70 | 248.50 |
| 07/14/04 | File Application to Employ Ernst & Young and associated filings (.7); amend Notice of Motion and Opportunity to Object (.3); work on mailing (1.5) | DSM | 2.50 | 262.50 |
| 07/14/04 | Review Cash Report | JRB | .30 | 106.50 |
| 07/14/04 | Continue to examine proper service of plan per Rule 3017, use | MAW | 1.30 | 286.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | of same in similar cases (.5); office conferences regarding service issues on E&Y filing, check general order regarding proper notice for same (.4) review S. Claffey e-mail regarding needs regarding insurance, workers compensation issues (.2); review miscellaneous case e-mail, correspondence (.2) | | | |
| 07/14/04 | Extended telephone call with T. Easton, T. Woehlke and D. Maude regarding strategy in dealing with Union and progress in negotiations | JRB | .60 | 213.00 |
| 07/14/04 | Review press release and provide comments (.1); e-mail to Dennis Maude regarding insurance assignments in connection with transfer of assets to new AFI and respecting issues related to transfer of workers' compensation trust funds in connection with transfer of assets (.3) | SAC | .40 | 156.00 |
| 07/14/04 | Work on claim issues | JRB | .40 | 142.00 |
| 07/15/04 | AF/GM research | SH | 5.00 | N/C |
| 07/15/04 | Telephone call with T. Sherick and R. Weiss regarding GM's rejection claim (.3); work on rejection damage issue (.4) | JRB | .70 | 248.50 |
| 07/15/04 | Draft itemized statement (.5); revise draft of interim request for compensation (1.3); obtain copy of AF Europe Stock Restruction and Purchase Agreement for D. Scott | DSM | 2.10 | 220.50 |
| 07/15/04 | Consideration of environmental, pension and Workers' Compensation issues in connection with Plan implementation | JRB | .90 | 319.50 |
| 07/15/04 | Telephone call with D. Maude and T. Easton regarding union issues | JRB | .40 | 142.00 |
| 07/15/04 | Exchange correspondence with D. Maude regarding Creditors Committee inquiries and appropriate responses (.4); work on issues raised (.5) | JRB | .90 | 319.50 |
| 07/15/04 | Telephone conference with creditor, paralegal regarding claim-related inquiry | MAW | .20 | 44.00 |
| 07/15/04 | Receive and review inquiry from H. Efroymson regarding Ernst & Young retention | JRB | .40 | 142.00 |
| 07/15/04 | Extended telephone call with R. Weiss regarding GM regarding BBK review and possibility of combining reviews for GM and Senior Lenders | JRB | .40 | 142.00 |
| 07/15/04 | Conference with Dennis Maude regarding issues being resolved in negotiations with senior lenders and the best way for those resolutions to be documented and confirmed (.2); conference with John Burns regarding issues related to transfer of assets to new AFI and workers' compensation trust fund issues, PPGC issues and IDEM issues, all as they impact | SAC | .50 | 195.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | terms of the Plan (.3) | | | |
| 07/15/04 | Follow-up regarding inquiry for The Deal regarding status of case | JRB | .40 | 142.00 |
| 07/16/04 | Review drafts of stipulation from GM and follow-up regarding same | JRB | .40 | 142.00 |
| 07/16/04 | Work on additional response to H. Efroymson regarding Auburn Foundry operation and properties | JRB | 1.10 | 390.50 |
| 07/16/04 | Pacer research regarding disclosure statements (1.0); revise itemized statement (2.3) | DSM | 3.30 | N/C |
| 07/16/04 | Office conference with paralegal regarding PBGC article (.1); review press story regarding plan filing (.1); review case e-mail regarding BBK, other issues (.2); office conference with paralegal regarding plan notice, check docket regarding same (.2) | MAW | .60 | 132.00 |
| 07/16/04 | Review correspondence form H. Efroymson regarding Daily Deal article and reply | JRB | .50 | 177.50 |
| 07/18/04 | Continue attention to plan-related research, including APR issues and workers compensation claim treatment | MAW | 1.00 | 220.00 |
| 07/19/04 | Work on GM agreement (.3); correspondence with T. Sherick regarding same | JRB | .50 | 177.50 |
| 07/19/04 | E-mail to, from D. Maude regarding Marlin Leasing issues (.2); office conference with paralegal regarding insurance financing status (.1) | MAW | .30 | 66.00 |
| 07/19/04 | Work on Plan issues and implementation | JRB | 1.00 | 355.00 |
| 07/19/04 | Work on lease issues (.3); reply to additional T. Sherick correspondence (.3) | JRB | .60 | 213.00 |
| 07/19/04 | Review and consider June financial performance and Plan issues regarding same | JRB | .60 | 213.00 |
| 07/19/04 | Revise and finalize itemized statement for June (1.2); Pacer check (.1) | DSM | 1.30 | 136.50 |
| 07/19/04 | Draft memorandum regarding S.Ct. cram down decision (2.8); legal research regarding cram down in bankruptcy (2.9) | DWT | 5.70 | N/C |
| 07/20/04 | Drafting/research GM professional fee claims memo for J. Burns | SH | 3.90 | 390.00 |
| 07/20/04 | Preparation for meeting in Chicago with Senior Lenders and counsel regarding Plan issues, including review of pending requests for Plan language revisions | JRB | 1.50 | 532.50 |
| 07/20/04 | Work on fee statement | JRB | .30 | 106.50 |
| 07/20/04 | Confer with Jerald Ancel regarding meeting with senior | SAC | .20 | 78.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | lenders on August 2, 2004, and regarding outstanding reorganization issues (.2) | | | |
| 07/20/04 | Work on plan follow-up issues, with emphasis on classification, insurance coverage, and APR (2.5); review research findings regarding interest rate issues for plan purposes (.2) | MAW | 2.70 | 594.00 |
| 07/20/04 | Complete draft of memorandum summarizing cram down issue in Auburn Foundry's bankruptcy in light of recent Supreme Court decision in Til case (3.2); edit and revise memorandum under the code and submit to M. Werling and J. Burns (.6); legal research regarding chapter 11 cram downs and Supreme Court decisions (.8) | DWT | 4.60 | 644.00 |
| 07/20/04 | Work on secured debt issues | JRB | .40 | 142.00 |
| 07/21/04 | Finish, revise and turn in GM/AF memo for J. Burns | SH | 1.00 | N/C |
| 07/21/04 | Legal research regarding Chateaugay case and creditors committee counsel's comments on pension fund contributions claim status and prudent investor standard for determining discount rates | DWT | 3.00 | 420.00 |
| 07/21/04 | Follow-up regarding request for Administrative Expense itemization | JRB | .40 | 142.00 |
| 07/21/04 | Preparation for meeting with Senior Lenders and counsel | JRB | .80 | 284.00 |
| 07/21/04 | Correspondence to H. Efroymson regarding administrative expenses | JRB | .20 | 71.00 |
| 07/21/04 | Telephone call with D. Maude regarding union issues (.2); consideration of issues raised and options for dealing with same | JRB | .60 | 213.00 |
| 07/21/04 | Receive and review correspondence from H. Efroymson regarding Plan issues (.2); consideration of issues raised (.4) | JRB | .60 | 213.00 |
| 07/21/04 | Work on Plan issues and potential revisions to present language | JRB | 1.20 | 426.00 |
| 07/21/04 | Work on workers comp findings, related committee concerns on the plan(2.5); review miscellaneous docket entries (.1); review e-mail regarding additional issues raised by creditors committee, J. Burns response to same (.3) | MAW | 2.90 | 638.00 |
| 07/21/04 | Legal research regarding chapter 11 cram down specifically as addressed by the US Supreme Court since 1999 | DWT | 1.30 | 182.00 |
| 07/22/04 | Participate in lengthy Board of Directors Meeting (1.7) | SAC | 1.70 | 663.00 |
| 07/22/04 | Follow-up with T. Sherick regarding GM stipulation | JRB | .30 | 106.50 |
| 07/22/04 | Prepare for and participate in Board meeting teleconference | JRB | 2.00 | 710.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 07/22/04 | Telephone call with D. Maude regarding Plan issues and Senior Lender issues | JRB | .40 | 142.00 |
| 07/22/04 | Follow-up regarding scrap pricing issues | JRB | .30 | 106.50 |
| 07/22/04 | Finalize and file itemized statement (1.5); review SFA/Schedule F (.6); revise Interim Fee Application (.7) | DSM | 2.80 | 294.00 |
| 07/22/04 | Review e-mail regarding GM stipulation (.1); work extensively on conclusions, memo regarding workers comp issues, address related committee concerns on the Plan (4.0) | MAW | 4.10 | 902.00 |
| 07/22/04 | Telephone call with J. Ancel regarding Plan (.3); correspondence to H. Efroymson (.3) | JRB | .60 | 213.00 |
| 07/22/04 | Review union letter and follow-up regarding same | JRB | .30 | 106.50 |
| 07/22/04 | Follow up regarding discount rate | DWT | .20 | 28.00 |
| 07/23/04 | Legal research and summary regarding Chateaugay decisions and their use in 7th circuit and bankruptcy courts | DWT | 6.70 | 938.00 |
| 07/23/04 | Office conference regarding bar date stipulation for GM | MAW | .10 | 22.00 |
| 07/23/04 | Telephone call with R. Swanson regarding need for union to respond (.3); work on Plan issues and language revisions (.6) | JRB | .90 | 319.50 |
| 07/23/04 | Telephone call with D. Maude regarding union negotiations | JRB | .30 | 106.50 |
| 07/23/04 | Follow-up regarding rejection damages bar date | JRB | .30 | 106.50 |
| 07/23/04 | Work on Plan language revisions | JRB | .70 | 248.50 |
| 07/23/04 | File motion regarding stipulation (.4); review monthly operating reports | DSM | .80 | 84.00 |
| 07/23/04 | Confer with Dennis Maude regarding Union negotiations and creating alternative deal solutions for Union (.2); confer with Dennis Maude and John Burns regarding alternative proposals to be made to Union for reduction of labor costs (.2) | SAC | .40 | 156.00 |
| 07/26/04 | Work on DS and Plan revisions | JRB | 1.10 | 390.50 |
| 07/26/04 | Follow-up telephone call with R. Swanson regarding getting national representation to meet | JRB | .20 | 71.00 |
| 07/26/04 | Check docket regarding due dates for pending motions (.2); check for disclosure statement order and review rule, similar cases regarding same (.2); finalize workers compensation memo (1.0); continue work on APR analysis (2.0); worked on plan comments (.1) | MAW | 3.50 | 770.00 |
| 07/26/04 | Telephone call with D. Maude regarding negotiation strategy | JRB | .40 | 142.00 |
| 07/26/04 | Correspondence to/from H. Efroymson regarding Creditor Committee issues (.3); plan for presentation to Creditor Committee and counsel regarding finances and projections | JRB | 1.80 | 639.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | (.6); work on Plan language revisions (.9) | | | |
| 07/26/04 | Draft Notice of Motion and Motion for Approval of Stipulation | DSM | .70 | 73.50 |
| 07/26/04 | Confer with John Burns and responding e-mails respecting negotiations with senior lenders and Creditors Committee and Union and provide suggestions and comments regarding strategies to be utilized with each (.4) | SAC | .40 | 156.00 |
| 07/26/04 | Work on insurance and Workers' Compensation issues | JRB | .40 | 142.00 |
| 07/26/04 | Telephone call with R. Swanson regarding union meeting to negotiate | JRB | .30 | 106.50 |
| 07/27/04 | E-mail to, from D. Maude regarding workers compensation detail, telephone conference regarding same (.3); telephone conference with PBGC counsel and consider issues raised (.2); work on summary of proposed bank changes to plan, Auburn Foundry's response to same (2.2); office conferences with paralegal regarding interim fee application (.3); work extensively on Absolute Priority Rule memo, analysis, legal research in support of same (4.0) | MAW | 7.00 | 1,540.00 |
| 07/27/04 | Correspondence to H. Efroymson regarding KPMG and consider need | JRB | .50 | 177.50 |
| 07/27/04 | Consider senior lender modifications to Plan (.2) | SAC | .20 | 78.00 |
| 07/27/04 | Revise Motion for approval; file same (.8); review rules regarding interim compensation; revise application for same (3) | DSM | 3.80 | 399.00 |
| 07/27/04 | Prepare for meeting with Senior Lenders regarding Plan | JRB | 1.00 | 355.00 |
| 07/27/04 | Consideration of Workers' Compensation issue | JRB | .60 | 213.00 |
| 07/27/04 | Consideration and work on PBGC and pension issues | JRB | .60 | 213.00 |
| 07/28/04 | Telephone call with D. Maude regarding Plan issues and status (.3); telephone call with J. Ancel regarding Creditor Committee consultant request (.3); consideration of Creditors Committee request (.5) | JRB | 1.10 | 390.50 |
| 07/28/04 | Review new markup of Plan of Reorganization from senior lenders (.4); confer with Dennis Maude and John Burns respecting senior lender issues and respecting new issues and problems identified by Dennis Maude, including Union issues and Dennis Maude's projections not including any letter of credit drafting in 2004 (4.6) | SAC | 5.00 | 1,950.00 |
| 07/28/04 | Telephone conference with subdebt counsel, consider issues raised by same (1.0); telephone conference with S. Claffey, D. Maude, J. Burns regarding IDEM, related plan issues, follow- | MAW | 3.00 | 660.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | up analysis regarding same (1.0); review e-mail regarding committee request for KPMG analysis, carve-out of fees for same (.2); consider 180-day exclusivity period, need for extension of same; options regarding same in light of absolute priority rule concerns (.8) | | | |
| 07/28/04 | Legal research regarding cram down rates focusing on Indiana and 7th Circuit approaches (2.2); legal research regarding absolute priority rule and fair and equitable requirement for discount interest rates (2.0) | DWT | 4.20 | 588.00 |
| 07/28/04 | Prepare for and participate in conference call with J. Ancel and M. Reich regarding Plan issues and strategy (.8); follow-up regarding issues raised and potential Plan revisions | JRB | 1.40 | 497.00 |
| 07/28/04 | Work on Plan revisions and language | JRB | 1.10 | 390.50 |
| 07/28/04 | Prepare for conference call with D. Maude and S. Claffey regarding Plan and strategy regarding same (.9) follow-up regarding issues raised (.5) | JRB | 1.40 | 497.00 |
| 07/28/04 | Evaluation of Creditor Committee request to retain KPMG (.6); exchange correspondence with H. Efroymson regarding same (.3); exchange correspondence with D. Maude regarding same (.3) | JRB | 1.20 | 426.00 |
| 07/29/04 | Conference with J. Burns and M. Werling regarding memorandum and research results on discount interest rate issue | DWT | .20 | N/C |
| 07/29/04 | Consideration of interest rate issue and research | JRB | .30 | 106.50 |
| 07/29/04 | Correspondence from and respond to H. Efroymson regarding fees (.2); correspondence with D. Maude (.1) | JRB | .30 | 106.50 |
| 07/29/04 | Consideration of IDEM issues and claim status | JRB | .40 | 142.00 |
| 07/29/04 | Consideration of union and benefits issues | JRB | .40 | 142.00 |
| 07/29/04 | Work on tax distribution issue (.3); work on cash use issue (.4) | JRB | .70 | 248.50 |
| 07/29/04 | Prepare for and participate in Board meeting | JRB | 1.30 | 461.50 |
| 07/29/04 | Review Bank of America letter regarding joint BBK work and email D. Maude regarding same | JRB | .30 | 106.50 |
| 07/29/04 | Obtain copies of recent court documents | DSM | .50 | 52.50 |
| 07/29/04 | Work on responding to H. Efroymson request for financial information, including assembling same and letter to H. Efroymson | JRB | 1.20 | 426.00 |
| 07/29/04 | Telephone conference with Acordia CFO regarding premium financing (.1); office conference with paralegal regarding June monthly operating report (.1); check governmental bar date, e- | MAW | 3.80 | 836.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | mail J. Burns regarding same (.1); examine tax distribution provisions in credit agreement and compare same to Bank of America's proposed changes and e-mail J. Burns conclusions regarding same (.5); review D. Maude e-mail regarding response to Creditor Committee concerns (.2); office conference with paralegal regarding cash use extensions, E&Y filings (.2); review committee concerns regarding E&Y pleadings, analyze same and e-mail conclusion to J. Burns, e-mail committee counsel, E&Y counsel regarding same (.7); review research findings regarding proper interest rate for plan stretch-out payments and e-mail D. Taylor, J. Burns regarding same (.6); assess need, procedure, for cash use extension pleadings, review prior pleadings, orders regarding same (.3) | | | |
| 07/29/04 | Legal research regarding Indiana approaches to determining discount interest rates to ensure present value for liquidation analysis | DWT | 2.50 | 350.00 |
| 07/30/04 | Work on Senior Lender issues and potential changes to Plan | JRB | .90 | 319.50 |
| 07/30/04 | Analyzing rates to assist in determining appropriate cram down rate | DWT | 1.60 | 224.00 |
| 07/30/04 | Check docket regarding recent filings (.1); review committee retention pleadings for KPMG and e-mail J. Burns regarding same (.2); work on plan commentary for upcoming Bank meeting (1.0); examine and attend to related inquiries regarding PBGC classification, interest rate computations (1.5) | MAW | 2.80 | 616.00 |
| 07/30/04 | Telephone call from Jerald Ancel regarding numerous issues, including Creditor Committee objections to Plan, KPMG engagement request by Creditors Committee, BBK report and its apparent failure to approve the projections prepared by Dennis Maude, and the importance of preparing additional cash flows for a continuation of Chapter 11 through the balance of the year (.5); consider options and strategies to be pursued in discussions with Creditors Committee, including the presentation of comprehensive analysis of the Company's valuation (.3); telephone call from David Heller regarding BBK report and its unwillingness to approve the Company's projections, and respecting the senior lenders' decision to delay meeting in Chicago until BBK signs off on finalized projections by the Company, which reflect adjustments BBK believes are required (.2); telephone call to John Burns and Jerald Ancel to advise them of the BBK plan review objections and cancellation of Chicago meeting (.2); telephone | SAC | 1.40 | 546.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | call to Tom Woehlke to advise him of BBK conflict with Dennis Maude over plan projections (.2) | | | |
| 07/30/04 | Telephone call with J. Ancel and S. Claffey regarding bank negotiations and strategy regarding same | JRB | .30 | 106.50 |
| 07/30/04 | Telephone call with R. Swanson regarding union negotiations (.2); follow-up regarding union issues (.4) | JRB | .60 | 213.00 |
| 07/30/04 | Consideration of and work on KPMG retention by Creditors Committee | JRB | .40 | 142.00 |
| | Total Services..................................................................Hours | | 292.80 | 69,379.50 |

| Date | Disbursements | | Total |
|---|---|---|---|
| 06/30/04 | Computerized Research | Westlaw | 178.58 |
| 07/19/04 | Computerized Research | Westlaw | 237.97 |
| 07/19/04 | Computerized Research | Westlaw | 36.18 |
| 07/30/04 | Computerized Research | Westlaw | 648.40 |
| 07/30/04 | Computerized Research | Westlaw | 35.52 |
| 07/30/04 | Computerized Research | Westlaw | 141.49 |
| Total For | Computerized Research | | 1,278.14 |
| 06/30/04 | Computerized Research | PACER | 136.48 |
| Total For | Computerized Research - Other | | 136.48 |
| 07/06/04 | Caller: N/A : 260 925-7978 | | 18.45 |
| 07/07/04 | Caller: N/A : 260 925-7978 | | 4.86 |
| 07/07/04 | Caller: N/A : 313 465-7596 | | 4.18 |
| 07/07/04 | Caller: N/A : 312 876-7700 | | 0.48 |
| 07/07/04 | Caller: N/A : 206 499-2169 | | 0.78 |
| 07/08/04 | Caller: N/A : 260 925-7978 | | 0.45 |
| 07/08/04 | Caller: N/A : 260 925-7978 | | 1.26 |
| 07/08/04 | Caller: N/A : 260 925-0900 | | 1.97 |
| 07/14/04 | Caller: N/A : 260 925-7978 | | 3.38 |
| 07/15/04 | Caller: N/A : 260 925-7978 | | 1.66 |
| 07/19/04 | Caller: N/A : 260 925-7978 | | 4.51 |
| 07/21/04 | Caller: N/A : 260 925-7978 | | 1.76 |
| 07/26/04 | Caller: N/A : 260 925-7978 | | 1.51 |

BAKER & DANIELS

| Date | Description | Amount |
|---|---|---|
| 07/26/04 | Caller: N/A : 317 826-0883 | 0.86 |
| 07/26/04 | Caller: N/A : 260 925-0900 | 0.48 |
| 07/27/04 | Caller: N/A : 260 925-7944 | 0.53 |
| 07/27/04 | Caller: N/A : 260 925-0900 | 0.58 |
| 07/28/04 | Caller: N/A : 312 726-7500 | 0.86 |
| 07/28/04 | Caller: N/A : 260 925-7978 | 0.86 |
| 07/28/04 | Caller: N/A : 260 925-7978 | 1.81 |
| 07/30/04 | Caller: N/A : 260 925-7978 | 1.06 |
| 07/30/04 | Caller: N/A : 312 726-7500 | 0.38 |
| | Total For Long Distance Telephone | 52.67 |
| 07/27/04 | Postage/Air/Express Delivery | 834.25 |
| | Total For Postage/Air/Express Delivery | 834.25 |
| 07/08/04 | Telecopy | 1.90 |
| 07/12/04 | Telecopy | 5.70 |
| 07/27/04 | Telecopy | 7.60 |
| | Total For Telecopy | 15.20 |
| 06/30/04 | Telephone  (260) 925-7978 - 06/08/04 | 2.37 |
| 06/30/04 | Telephone  (260) 925-7978 - 06/25/04 | 0.63 |
| | Total For Telephone | 3.00 |
| 07/06/04 | Tabs | 0.60 |
| 07/06/04 | Tabs | 3.00 |
| | Total For Tabs | 3.60 |
| | COPYING COSTS                  7 | 11,738.10 |
| | Total Disbursements..........................................................$ | 14,061.44 |
| | Total Services And Disbursements...............................................$ | 83,440.94 |