**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

August 26, 2004
Invoice Number 1187658

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through July 31, 2004 and not reflected on a prior bill:

0004423    Intermittent Work Stoppage ULPC

| | |
|---|---|
| Total Services.............................$ | 678.00 |
| Total Disbursements...................$ | 678.55 |

Total This Matter....................................................$    1,356.55

Total This Invoice............................................................$    1,356.55

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  July 31, 2004
Invoice Number  1187658

0080031   Auburn Foundry, Inc.
0004423   Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|---|---|---|---|---|
| 07/01/04 | Review and revise Post-Hearing Brief; review of T. Eastom's emailed revisions and comments | MML | 1.30 | |
| 07/01/04 | Review arbitration brief; conference re same | MSB | 1.20 | |
| 07/08/04 | Receipt and review of Union's Post-Hearing Brief | MML | .80 | |
| | Total Services............................................................................... Hours | | 3.30 | 678.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 07/07/04 | Miscellaneous - - Reporting Services -- Arbitration  Vendor: Summit City Reporting, Inc. | | | 584.75 |
| | Total For  Miscellaneous | | | 584.75 |
| 06/30/04 | Computerized Research   Westlaw | | | 65.90 |
| | Total For  Computerized Research | | | 65.90 |
| 07/06/04 | Telecopy | | | 4.75 |
| 07/07/04 | Telecopy | | | 4.75 |
| 07/08/04 | Telecopy | | | 4.75 |
| | Total For  Telecopy | | | 14.25 |
| | COPYING COSTS | | | 13.65 |
| | Total Disbursements............................................................................$ | | | 678.55 |
| | Total Services And Disbursements............................................................$ | | | 1,356.55 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

August 26, 2004
Invoice Number 1187657

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through July 31, 2004 and not reflected on a prior bill:

0000100    Employment Matters

| | |
|---|---|
| Total Services..........................$ | 154.00 |
| Total Disbursements.................$ | 60.62 |
| Total This Matter...................................................$ | 214.62 |
| Total This Invoice..........................................................$ | 214.62 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of July 31, 2004
Invoice Number 1187657

0080031 Auburn Foundry, Inc.
0000100 Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 07/06/04 | Receipt and review of negotiation letter; receipt and review of email from D. Maude re bankruptcy payments | MML | .20 | 44.00 |
| 07/13/04 | Receipt and review of press release re filing of reorganization plan | MML | .20 | 44.00 |
| 07/22/04 | Receipt and review of e-mail and letter from D. Maude regarding union negotiations and response to Union's letter; e-mail to D. Maude regarding negotiations | MML | .30 | 66.00 |
|  | Total Services................................................................ Hours |  | 0.70 | 154.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 06/30/04 | Computerized Research   Westlaw | | | 60.62 |
|  | Total For  Computerized Research | | | 60.62 |

Total Disbursements..............................................................................$   60.62

Total Services And Disbursements.........................................................$   214.62

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

August 26, 2004
Invoice Number 1187652

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through August 24, 2004 and not reflected on a prior bill:

0000060   IDEM

| | |
|---|---|
| Total Services..............................$ | 6,766.00 |
| Total Disbursements..................$ | 81.66 |
| Total This Matter....................................................$ | 6,847.66 |
| Total This Invoice.............................................................$ | 6,847.66 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

## BAKER & DANIELS
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of August 24, 2004
Invoice Number 1187652

0080031 Auburn Foundry, Inc.
0000060 IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06/29/04 | Begin review of client's insurance policies | LDB | 1.00 | 330.00 |
| 06/30/04 | Review insurance policies, files and insurance law cases regarding coverage for Type II Landfill closure; conference M. McGrath regarding same | LDB | 5.00 | 1,650.00 |
| 07/01/04 | Review of insurance contracts and insurance coverage law regarding Type II Landfill closure | LDB | 6.00 | 1,980.00 |
| 07/02/04 | Reschedule meeting arrangements; telephone conference with T. Rarick regarding same; emails to J. Brunson on logistics | MFM | .40 | 122.00 |
| 07/06/04 | Prepare revised letter IDEM regarding reorganization plan; review comments on same; finalize letter | MFM | .90 | 274.50 |
| 07/08/04 | Meeting with D. Weber, J. Brunson and T. Rarick regarding outstanding environmental issues/plans | MFM | 4.80 | 1,464.00 |
| 07/15/04 | Telephone conference with T. Rarick regarding status of air permit issues | MFM | .20 | 61.00 |
| 07/16/04 | Prepare for and participate in telephone conference with D. Weber, et al regarding permit issues/meeting with IDEM | MFM | 1.90 | 579.50 |
| 07/20/04 | Review draft agenda for IDEM meeting | MFM | .30 | 91.50 |
| 07/21/04 | Prepare email to IDEM regarding August meeting agenda | MFM | .30 | 91.50 |
| 07/28/04 | Emails regarding 8/19 meeting | MFM | .20 | 61.00 |
| 07/30/04 | Respond to IDEM meeting request and email T. Rarick | MFM | .20 | 61.00 |
| | Total Services................................................................Hours | | 21.20 | 6,766.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 07/08/04 | Meals/Entertainment - - Vendor: Jweg's Lunch | | | 57.11 |
| | Total For Meals/Entertainment | | | 57.11 |

BAKER & DANIELS

| 07/16/04 | Caller: N/A : 260 925-7939 | 0.40 |
| --- | --- | --- |
| | Total For Long Distance Telephone | 0.40 |
| | COPYING COSTS | 24.15 |
| | Total Disbursements..................................................................$ | 81.66 |
| | Total Services And Disbursements........................................$ | 6,847.66 |