UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Comes now Bank of America, N.A., as agent for the pre-petition secured lenders, and comes also Auburn Foundry, Inc., debtor-in-possession, each by counsel, and move that the status conference presently scheduled for September 15, 2004 at 11:00 a.m. concerning the Bank's Motion for Adequate Protection be continued, for reason that discussions with between the Bank and the debtor-in-possession are continuing, and may result an agreed-upon Chapter 11 Plan which might oviate the need for a separate adequate protection order.

WHEREFORE, Bank of America, N.A., as agent for the secured lenders, and Auburn Foundry, Inc., debtor-in-possession, pray that the status conference presently scheduled for September 15, 2004 at 11:00 a.m. on the Bank's Motion for Adequate Protection be postponed and continued without date, to be reset upon request of any party.

SHIPLEY & ASSOCIATES

  /s/ Grant F. Shipley
Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413
Phone: (260) 422-2700
One of the attorneys for Bank of America, N.A.,
    as agent for the secured lenders

BAKER & DANIELS
  /s/ John R. Burns III
John R. Burns III
111 E Wayne, Ste. 800
Fort Wayne, IN 46802
Phone: (260) 460-1700
Attorney for Debtor

**Certificate of Service**

I certify that on the 9th day of September, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

Ellen Triebold
Henry Efroymson
Mark Werling

                                                 */s/ Grant F. Shipley*
                                                 Grant F. Shipley