UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            )   CASE NO.   04-10427
                             )
AUBURN FOUNDRY, INC.         )
                             )
    Debtor

## **O R D E R**

At Fort Wayne, Indiana, on September 9, 2004.

At debtors' request – as indicated in the joint motion to continue hearing on disclosure statement – the proposed plan of reorganization and disclosure statement filed on July 12, 2004 are withdrawn and the hearing currently scheduled for September 15, 2004 to consider the adequacy of the disclosure statement is removed from the court's calendar. In the event the debtor files an amended disclosure statement, proceedings to consider the adequacy of that document will be set by separate order; until such a document is actually filed with the court there is nothing to schedule proceedings on. Debtor's counsel shall forthwith serve a copy of this order upon all creditors and parties of interest and make due proof thereof.

    SO ORDERED.

    /s/ Robert E. Grant
    Judge, United States Bankruptcy Court