UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| | ) | |
| Debtor | | |

**O R D E R**

At Fort Wayne, Indiana, on September 10, 2004.

By agreement of the parties the status conference with regard to Bank of America's motion to require debtor to provide adequate protection, currently scheduled for September 15, 2004 at 11:00 a.m., is removed from court's calendar. Debtor and movant shall, within 60 days of this date, jointly file either a motion to approve an agreement for adequate protection or, if the matter has not been settled, a proposed pre-trial order. The failure to do so will result in the denial of the motion for adequate protection.

SO ORDERED.

  /s/ Robert E. Grant
Judge, United States Bankruptcy Court