UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| Debtor | | |

**O R D E R**

At Fort Wayne, Indiana, on September 9, 2004.

At debtors' request – as indicated in the joint motion to continue hearing on disclosure statement – the proposed plan of reorganization and disclosure statement filed on July 12, 2004 are withdrawn and the hearing currently scheduled for September 15, 2004 to consider the adequacy of the disclosure statement is removed from the court's calendar.  In the event the debtor files an amended disclosure statement, proceedings to consider the adequacy of that document will be set by separate order; until such a document is actually filed with the court there is nothing to schedule proceedings on.  Debtor's counsel shall forthwith serve a copy of this order upon all creditors and parties of interest and make due proof thereof.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: mjc                Page 1 of 1                Date Rcvd: Sep 09, 2004
Case: 04-10427                 Form ID: pdf004          Total Served: 1
```

The following entities were served by first class mail on Sep 11, 2004.
dbpos        +Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2004**                    **Signature:**    _Joseph Speetjens_