UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                    )          CASE NO.     04-10427
                                     )          CHAPTER      11
AUBURN FOUNDRY, INC.                 )
                                     )
                                     )
        Debtor

## O R D E R

At Fort Wayne, Indiana, on September 10, 2004.

By agreement of the parties the status conference with regard to Bank of America's motion to require debtor to provide adequate protection, currently scheduled for September 15, 2004 at 11:00 a.m., is removed from court's calendar. Debtor and movant shall, within 60 days of this date, jointly file either a motion to approve an agreement for adequate protection or, if the matter has not been settled, a proposed pre-trial order. The failure to do so will result in the denial of the motion for adequate protection.

SO ORDERED.


                                    /s/ Robert E. Grant
                                Judge, United States Bankruptcy Court

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE  OF  SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1            Date Rcvd: Sep 10, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 1


The following entities were served by first class mail on Sep 12, 2004.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                      TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2004                    Signature:    _Joseph Speetjens_