UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC., | ) CASE NO. 04-10427-REG-11 |
| Debtor | ) |

**AGREED MOTION FOR CONTINUANCE OF HEARING ON NMHG FINANCIAL SERVICES, INC.'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE**

Comes now NMHG Financial Services, Inc. ("NMHG"), by counsel, and move this Court for continuance of the hearing in the above entitled matter on NMHG's motion to compel assumption or rejection of lease, and in support thereof says:

1. This matter is presently set for hearing on September 15, 2004, at 11:00 a.m. on NMHG's motion to compel assumption or rejection of lease.

2. Both NMHG and Debtor desire that the hearing be continued an additional 30 days in order to allow the parties additional time to resolve NMHG's motion without further proceedings. The parties are currently engaged in negotiations, and it appears this matter could be resolved within the next 30 days.

3. NMHG believes that some of the equipment leased may be defective. In order to address and protect NMHG's interest in the equipment, Debtor and NMHG are in the process of arranging an inspection of the equipment. NMHG reasonably anticipates that the parties will be able to resolve this matter concerning assumption of the leases following the inspection.

4. This motion is not made for purposes of delay.

5. The undersigned counsel has spoken to Debtor's counsel, Debtor's counsel has reviewed this motion prior to filing, and he agrees with the filing of this motion.

WHEREFORE, NMHG Financial Services, Inc., by counsel, prays that the hearing on NMHG Financial Services, Inc.'s motion to compel assumption or rejection of lease scheduled for September 15, 2004 at 11:00 a.m., be continued 30 days.

          Respectfully submitted,

          RUBIN & LEVIN, P.C.

By: /s/Scott C. Andrews
      Scott C. Andrews
      Attorney No. 22259-03
      500 Marott Center
      342 Massachusetts Avenue
      Indianapolis, IN 46204-2161
      (317) 634-0300; FAX No. (317) 263-9411
      scott@rubin-levin.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Agreed Motion for Continuance of Hearing has been served upon the following either by electronic mail or by first class United States mail, postage prepaid, on September 8, 2004:

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling
John R. Burns
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Stephen L. Fink
Barnes & Thornburg
600 One Summit square
Fort Wayne, IN 46802

| | |
|---|---|
| Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Stephen E. Lewis
444 East Main Street
Fort Wayne, IN 46802

Marlene Reich
Sommer Barnard Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706


 /s/ Scott C. Andrews
Scott C. Andrews
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN  46204-2161
(317) 634-0300; FAX No. (317) 263-9411
SCA
G:\WP80\Scott\Auburn Foundry\Continue Hearing.wpd