UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC., | )   CASE NO.  04-10427-REG-11 |
| Debtor | ) |

### ORDER GRANTING CONTINUANCE OF HEARING ON NMHG FINANCIAL SERVICES, INC.'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE

Comes now NMHG Financial Services, Inc. ("NMHG"), by counsel, and having filed its Agreed Motion for Continuance of Hearing, and the Court, being duly advised in the premises, now finds that the same should be granted.  Accordingly, it is

ORDERED, ADJUDGED AND DECREED that the hearing on NMHG Financial Services Inc.'s Motion To Compel Assumption or Rejection of Lease scheduled for September 15, 2004 at 11:00 o'clock a.m., be, and hereby is continued.  It is

FURTHER ORDERED, ADJUDGED AND DECREED that the hearing is rescheduled for the ____ day of _____, 2004 at _____ o'clock __.m.

Date: _____     _____
                                                                                         Robert E. Grant, Judge
                                                                                         United States Bankruptcy Court

**AGREED AS TO FORM:**

| | |
|---|---|
| RUBIN & LEVIN, P.C. | BAKER & DANIELS |
| | |
| BY: /s/ Scott C. Andrews | BY: /s/ Mark A. Werling |
| Scott C. Andrews | Mark A. Werling |
| Attorney for NMHG Financial Services, Inc. | Attorney for Debtor |