# <u>Exhibit A</u>



```
Unsecured Creditors' Committee of Auburn          Invoice 491266   Page 1
Foundry, Inc.                                                      July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                    FOR SERVICES RENDERED THROUGH June 30, 2004
                              Federal ID #35-0874357

                    OUR MATTER # 21926.0004
                    Committee Meetings & Discussions
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| 06/10/04 | Telephone call from Committee member regarding status of case (.4). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson   XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 06/23/04 | Telephone call from member of Committee regarding status of case and Plan (.2). | | | | |
| | H. Efroymson   XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

                              Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ..................................... $    142.00

TOTAL DUE FOR THIS MATTER ................................................ $    142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    142.00


                         ACCOUNTS ARE DUE UPON RECEIPT


One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Committee Meetings & Discussions
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0004

INVOICE #:     491266

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    142.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 491268    Page 1
Foundry, Inc.                                                       July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                    FOR SERVICES RENDERED THROUGH June 30, 2004
                              Federal ID #35-0874357

                    OUR MATTER # 21926.0005
                    Case Administration
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| Date | Description | Attorney | | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 06/01/04 | Communications with attorneys for Debtor regarding Plan and administrative expenses (.3); telephone call from member of Committee regarding Plan (.2); attention to administrative claims (professional fees) (.2); communications with attorney for Debtor regarding Plan (.2). | | | | | | |
| | H. Efroymson | XVI | | .90 hrs. | 355.00/hr | $ | 319.50 |
| 06/03/04 | Telephone call from Liquidating Solutions (.1). | | | | | | |
| | H. Efroymson | XVI | | .10 hrs. | 355.00/hr | $ | 35.50 |
| 06/07/04 | Attention to deadline for objection to extension of Plan exclusivity (.1); reviewed Notice of Appearance filed by Schenkel & Sons (.1); communications with Committee Chair regarding waiver of conflicts (.1). | | | | | | |
| | H. Efroymson | XVI | | .30 hrs. | 355.00/hr | $ | 106.50 |
| 06/08/04 | Reviewed Amended Notice, and Amended Motion to Extend Exclusivity, and communicated with Committee regarding same (.3). | | | | | | |
| | H. Efroymson | XVI | | .30 hrs. | 355.00/hr | $ | 106.50 |
| 06/09/04 | Communications with attorney for Debtor regarding claims and preference analysis (.2). | | | | | | |
| | H. Efroymson | XVI | | .20 hrs. | 355.00/hr | $ | 71.00 |
| 06/11/04 | Attention to status of payment of administrative expenses (.2); prepared letter to Debtor and Notice to Court regarding invoices (.3). | | | | | | |
| | H. Efroymson | XVI | | .50 hrs. | 355.00/hr | $ | 177.50 |
| 06/17/04 | Telephone call from creditor regarding claim and status of case (.2). | | | | | | |
| | H. Efroymson | XVI | | .20 hrs. | 355.00/hr | $ | 71.00 |
| 06/21/04 | Reviewed Order from Court (.1). | | | | | | |
| | H. Efroymson | XVI | | .10 hrs. | 355.00/hr | $ | 35.50 |
| 06/25/04 | Reviewed filings with Court (docket) (.2); attention to need for hearing date (.1). | | | | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                  Invoice 491268    Page 2

|            |                  |     |          |           |          |
|------------|------------------|-----|----------|-----------|----------|
|            | H. Efroymson     | XVI | .30 hrs. | 355.00/hr | $ 106.50 |
| 06/28/04   | Telephone conference with attorney for bank regarding status of Plan negotiations and additional financing (.2); reviewed financial reports and compared to budget (.5). | | | | |
|            | H. Efroymson     | XVI | .70 hrs. | 355.00/hr | $ 248.50 |
| 06/29/04   | Communications with attorney for Debtor regarding payment of administrative expenses (.2). | | | | |
|            | H. Efroymson     | XVI | .20 hrs. | 355.00/hr | $ 71.00  |
| 06/30/04   | Confirmed filing with Court and reviewed Notice of Filing (.2). | | | | |
|            | H. Efroymson     | XVI | .20 hrs. | 355.00/hr | $ 71.00  |

### Summary of Fees

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| H. Efroymson | 4.00  | 355.00  | 1,420.00 |
| TOTAL        | 4.00  | 355.00  | 1,420.00 |

TOTAL Fees for Professional Services ................................... $ 1,420.00

TOTAL DUE FOR THIS MATTER ............................................. $ 1,420.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $ 1,420.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Case Administration
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0005

INVOICE #:     491268

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,420.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 491269    Page 1
Foundry, Inc.                                     July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH June 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0006
Claims Administration & Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Attorney | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/04 | Telephone call from creditor regarding addition to Schedules and claim (.2). | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ 71.00 |
| 06/14/04 | Reviewed claims register and identified secured and administrative claims (.6). | H. Efroymson | XVI | .60 hrs. | 355.00/hr | $ 213.00 |
| 06/23/04 | Communications with attorney for Debtor regarding claims (environmental and pension) (.8); reviewed claim docket (.6). | H. Efroymson | XVI | 1.40 hrs. | 355.00/hr | $ 497.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.20 | 355.00 | 781.00 |
| TOTAL | 2.20 | 355.00 | 781.00 |

TOTAL Fees for Professional Services .................................. $   781.00

TOTAL DUE FOR THIS MATTER ............................................. $   781.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   781.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Claims Administration & Objections
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0006

INVOICE #:        491269

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    781.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 491270   Page 1
Foundry, Inc.                                                      July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
            FOR SERVICES RENDERED THROUGH June 30, 2004
                       Federal ID #35-0874357

            OUR MATTER # 21926.0008
            Fee/Employment Applications
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/04/04    Attention to preparation of Fee Application (.3).
      H. Efroymson           XVI          .30 hrs.    355.00/hr   $    106.50

06/07/04    Reviewed Auburn Foundry docket (.6); worked on Fee
            Application (2.0).
      N. Allen               V           2.60 hrs.    165.00/hr   $    429.00

06/08/04    Revised Fee Application and revised Order (.5).
      N. Allen               V            .50 hrs.    165.00/hr   $     82.50

06/11/04    Prepared Notice of Submission of Ice miller Invoices for
            filing with the Court, and letter to Burns, Athanas and
            Debtor forwarding invoices for payment (.5).
      J. Bolechala           I            .50 hrs.    115.00/hr   $     57.50

06/11/04    Attention to preparation of Fee Application, exhibits and
            Order (.3).
      H. Efroymson           XVI          .30 hrs.    355.00/hr   $    106.50

06/23/04    Reviewed Notices of Invoices filed by attorneys for Debtor
            (with schedules) (.3).
      H. Efroymson           XVI          .30 hrs.    355.00/hr   $    106.50

06/24/04    Revised and finalized Fee Application, proposed Order and
            Notice (.4).
      N. Allen               V            .40 hrs.    165.00/hr   $     66.00

06/28/04    Telephone call from Clerk's Office regarding Notice of Fee
            Application, and reviewed local rules regarding same (.3).
      H. Efroymson           XVI          .30 hrs.    355.00/hr   $    106.50
```

                            Summary of Fees

|                | Hours | Rate/Hr | Dollars  |
|----------------|-------|---------|----------|
| H. Efroymson   | 1.20  | 355.00  | 426.00   |
| J. Bolechala   | 0.50  | 115.00  |  57.50   |
| N. Allen       | 3.50  | 165.00  | 577.50   |
| TOTAL          | 5.20  | 204.04  | 1,061.00 |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                    Invoice 491270   Page 2

TOTAL Fees for Professional Services ..................................... $   1,061.00

TOTAL DUE FOR THIS MATTER ................................................ $   1,061.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $   1,061.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN   46203

MATTER TITLE:     Fee/Employment Applications
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0008

INVOICE #:        491270

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,061.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 491271    Page 1
Foundry, Inc.                                                        July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                    FOR SERVICES RENDERED THROUGH June 30, 2004
                              Federal ID #35-0874357

               OUR MATTER # 21926.0011
               Plan & Disclosure Statement
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/14/04    Prepared list of issues related to Plan (1.0).
      H. Efroymson       XVI              1.00 hrs.    355.00/hr  $     355.00

06/16/04    Communications with attorney for Debtor regarding status
            of Plan negotiations with bank (.2).
      H. Efroymson       XVI               .20 hrs.    355.00/hr  $      71.00

06/21/04    Communications with attorney for Debtor regarding Plan
            concerns (.3).
      H. Efroymson       XVI               .30 hrs.    355.00/hr  $     106.50

06/22/04    Communications with attorney for Debtor regarding Plan and
            other issues (.2).
      H. Efroymson       XVI               .20 hrs.    355.00/hr  $      71.00


                              Summary of Fees

                                    Hours         Rate/Hr        Dollars

           H. Efroymson              1.70          355.00         603.50
                         TOTAL       1.70          355.00         603.50


TOTAL Fees for Professional Services .....................................$     603.50


TOTAL DUE FOR THIS MATTER ................................................$     603.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$     603.50


                       ACCOUNTS ARE DUE UPON RECEIPT


One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN  46203

MATTER TITLE:      Plan & Disclosure Statement
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0011

INVOICE #:         491271

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      603.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                    Invoice 491272    Page 1
Foundry, Inc.                                                              July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH June 30, 2004
                        Federal ID #35-0874357

              OUR MATTER # 21926.0015
              Costs
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

06/14/04   E108   6/11 Postage Expense                                $        5.76
06/25/04   E108   6/24 Postage Expense                                $        5.80
06/30/04   E108   6/29 Postage Expense                                $        1.11
                       Photocopies                                    $       47.52

TOTAL Itemized Charges ............................................. $       60.19


TOTAL DUE FOR THIS MATTER .......................................... $       60.19


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................. $       60.19


                     ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Costs
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0015

INVOICE #:        491272

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$     60.19

ACCOUNTS ARE DUE UPON RECEIPT