# **Exhibit A**



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 493620    Page 1  
August 6, 2004

FOR SERVICES RENDERED THROUGH July 31, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0004  
Committee Meetings & Discussions  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

07/13/04    Communications with Committee regarding Plan filing and potential engagement of valuation expert (.3).  
   H. Efroymson    XVI    .30 hrs.    355.00/hr    $    106.50

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.30 | 355.00 | 106.50 |
| TOTAL | 0.30 | 355.00 | 106.50 |

TOTAL Fees for Professional Services ................................... $   106.50

TOTAL DUE FOR THIS MATTER ............................................. $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   106.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:        493620

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    106.50


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn           Invoice 493623   Page 1
Foundry, Inc.                                      August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH July 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Attorney | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/04 | Telephone call from City of Auburn regarding concerns over Debtor not filing monthly report, and telephone conference with attorney for Debtor (.3). | | | | | |
| | H. Efroymson | XVI | | .30 hrs. | 355.00/hr | $ 106.50 |
| 07/06/04 | Telephone conference with attorney for Debtor regarding status and financial reporting (.2). | | | | | |
| | H. Efroymson | XVI | | .20 hrs. | 355.00/hr | $ 71.00 |
| 07/07/04 | Telephone call from attorney for creditor (Jim Peters) regarding regarding status of case and Plan prospects (.2); reviewed U.S. Trustee Report, and forwarded to Committee members (.3); communications with attorney for Debtor regarding problems with Report (.2). | | | | | |
| | H. Efroymson | XVI | | .70 hrs. | 355.00/hr | $ 248.50 |
| 07/08/04 | Reviewed Second Amended Motion to Extend Exclusivity Period, and proposed Order (.2); communications with attorney for Debtor regarding same and filing of Plan (.2); telephone call from LSI regarding potential distribution on claims (.1); telephone call from Graham Financial regarding potential distribution to creditors (.2). | | | | | |
| | H. Efroymson | XVI | | .70 hrs. | 355.00/hr | $ 248.50 |
| 07/09/04 | Prepared notices and correspondence on administrative fee statements (.2). | | | | | |
| | H. Efroymson | XVI | | .20 hrs. | 355.00/hr | $ 71.00 |
| 07/13/04 | Reviewed docket (.2); reviewed bank's request for hearing on Adequate Protection Motion (.2). | | | | | |
| | H. Efroymson | XVI | | .40 hrs. | 355.00/hr | $ 142.00 |
| 07/14/04 | Reviewed papers filed by City of Auburn (.1); reviewed motion filed by creditor (.2). | | | | | |
| | H. Efroymson | XVI | | .30 hrs. | 355.00/hr | $ 106.50 |
| 07/15/04 | Reviewed Application to Employ Accountants, and proposed Order, Affidavit and Notice and lengthy contracts with accountants on contingent fees (1.0); prepared list of | | | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                    Invoice 493623    Page 2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | concerns and forwarded to attorney for Debtor and to Committee (.3). |  |  |  |  |
|  | H. Efroymson | XVI | 1.30 hrs. | 355.00/hr | $ 461.50 |
| 07/19/04 | Checked on status of Order on Fee Application (.1); attention to passing deadline for filing claims in case (.1); telephone conferences with potential experts on valuation of going concern (.6). |  |  |  |  |
|  | H. Efroymson | XVI | .80 hrs. | 355.00/hr | $ 284.00 |
| 07/23/04 | Reviewed statement filed by Debtor (.1). |  |  |  |  |
|  | H. Efroymson | XVI | .10 hrs. | 355.00/hr | $ 35.50 |
| 07/26/04 | Prepared outline of case for KPMG briefing (.4). |  |  |  |  |
|  | H. Efroymson | XVI | .40 hrs. | 355.00/hr | $ 142.00 |
| 07/27/04 | Continued preparation of outline of case for KPMG briefing (1.0); communications with counsel for Debtor regarding KPMG's involvement (.4). |  |  |  |  |
|  | H. Efroymson | XVI | 1.40 hrs. | 355.00/hr | $ 497.00 |
| 07/28/04 | Located pleadings relevant to KPMG review, and forwarded to KPMG (.3); prepared memorandum to attorneys for bank and Debtor regarding KPMG fees (.2); communications with Debtor's counsel regarding meeting on August 12 (.1); reviewed Motion to Approve Stipulation regarding GM rejection from Court, and Notice on same (.1). |  |  |  |  |
|  | H. Efroymson | XVI | .70 hrs. | 355.00/hr | $ 248.50 |
| 07/29/04 | Reviewed information for submission of statement (.2); received, reviewed and processed KPMG engagement documents (.3). |  |  |  |  |
|  | H. Efroymson | XVI | .50 hrs. | 355.00/hr | $ 177.50 |

Summary of Fees

|  |  | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson |  | 8.00 | 355.00 | 2,840.00 |
|  | TOTAL | 8.00 | 355.00 | 2,840.00 |

TOTAL Fees for Professional Services ............................................. $ 2,840.00

TOTAL DUE FOR THIS MATTER ........................................................ $ 2,840.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................... $ 2,840.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:  Unsecured Creditors' Committee of Auburn Foundry, Inc.
              c/o Michael McGaughey, Chair
              Citizens Gas & Coke Utility
              2950 Prospect Street
              Indianapolis, IN  46203

MATTER TITLE: Case Administration
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:     21926.0005

INVOICE #:    493623

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$   2,840.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 493624   Page 1
Foundry, Inc.                                                  August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH July 31, 2004
                      Federal ID #35-0874357

            OUR MATTER # 21926.0006
            Claims Administration & Objections
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/12/04    Reviewed Proofs of Claim (determined if Debtor's estimates
            are accurate) (1.1).
    H. Efroymson         XVI             1.10 hrs.     355.00/hr  $      390.50

07/26/04    Reviewed Stipulation and Order on GM rejection claim (.2).
    H. Efroymson         XVI              .20 hrs.     355.00/hr  $       71.00


                         Summary of Fees

                                  Hours       Rate/Hr      Dollars
        H. Efroymson               1.30        355.00       461.50
                        TOTAL      1.30        355.00       461.50


TOTAL Fees for Professional Services ....................................$     461.50


TOTAL DUE FOR THIS MATTER ...............................................$     461.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$     461.50


                   ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Claims Administration & Objections
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0006

INVOICE #:       493624

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $    461.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 493629    Page 1
Foundry, Inc.                                                  August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH July 31, 2004
                        Federal ID #35-0874357

              OUR MATTER # 21926.0008
              Fee/Employment Applications
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/09/04      Prepared Notice of Submission of Ice Miller's Invoices for
              services rendered June 1, 2004 through June 30, 2004 (.4)
              prepared letter to Burns, Debtor, Athanas and U.S. Trustee
              enclosing the invoices for payment (.2); revised Notice of
              Submission of Ice Miller's Invoices (.2).
     J. Bolechala          I              .80 hrs.      115.00/hr   $     92.00

07/09/04      Revised Notice of Submission of Ice Miller invoices.
     B. T. Caughey         VIII           .20 hrs.      210.00/hr   $     42.00

07/15/04      Investigated the docket regarding objections to Fee
              Application (.2).
     N. Allen              V              .20 hrs.      165.00/hr   $     33.00

07/20/04      Briefing on unpaid fees in case (.2).
     H. Efroymson          XVI            .20 hrs.      355.00/hr   $     71.00

07/20/04      Telephone to U.S. Bankruptcy Court regarding status of
              Order Approving Fees (.2).
     M. Wilson             VII            .20 hrs.      195.00/hr   $     39.00

07/21/04      Assisted with analysis regarding deficiency in filing
              Certificate of Service of Notice (.2); prepared
              Certificate of Service on notice of Application and
              Opportunity to Object (.5); assisted with analysis
              regarding electronic filing of Certificate of Service
              (.3); telephone conference with Clerk of U.S. Bankruptcy
              Court for Northern District of Indiana confirming receipt
              of all necessary documents in support of entry of an Order
              Approving Fees (.3).
     M. Wilson             VII           1.30 hrs.      195.00/hr   $    253.50

07/22/04      Telephone conference with Clerk of U.S. Bankruptcy Court
              for Northern District of Indiana confirming receipt of all
              necessary documents in support of entry of an Order
              Approving Fees (.2); assisted with analysis regarding
              projected date for entry of Order Approving Fees (.2).
     M. Wilson             VII            .40 hrs.      195.00/hr   $     78.00

07/22/04      Preparation of KPMG retention documents (1.0); reviewed
```

Unsecured Creditors' Committee of Auburn Foundry, Inc.                Invoice 493629    Page 2

|  | | | | | |
|---|---|---|---|---|---|
| | Order on Proof of Service (.1). | | | | |
| | H. Efroymson | XVI | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 07/23/04 | Telephone to Clerk of U.S. Bankruptcy Court confirming nothing further needed for entry of Order Approving Fees. | | | | |
| | M. Wilson | VII | .20 hrs. | 195.00/hr | $ 39.00 |
| 07/26/04 | Investigated status of Order Approving Application for Fees (.2). | | | | |
| | M. Wilson | VII | .20 hrs. | 195.00/hr | $ 39.00 |
| 07/28/04 | Investigated status of Order Approving Application for Fees (.2); telephone conference with Mike at U.S. Bankruptcy Court regarding status of Order Approving Fees (.2). | | | | |
| | M. Wilson | VII | .40 hrs. | 195.00/hr | $ 78.00 |
| 07/28/04 | Assembled material for monthly statement (.5). | | | | |
| | H. Efroymson | XVI | .50 hrs. | 355.00/hr | $ 177.50 |
| 07/29/04 | Reviewed Order on Fee Application, and communicated with attorney for Debtor regarding same and amount of holdback (.3). | | | | |
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ 106.50 |
| 07/29/04 | Finalized Application to Employ KPMG, Affidavit, and prepared and finalized distribution list, Notice and proposed Order and coordinated filing with the Court (1.6). | | | | |
| | N. Allen | V | 1.60 hrs. | 165.00/hr | $ 264.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. T. Caughey | 0.20 | 210.00 | 42.00 |
| H. Efroymson | 2.10 | 355.00 | 745.50 |
| J. Bolechala | 0.80 | 115.00 | 92.00 |
| M. Wilson | 2.70 | 195.00 | 526.50 |
| N. Allen | 1.80 | 165.00 | 297.00 |
| TOTAL | 7.60 | 224.08 | 1,703.00 |

TOTAL Fees for Professional Services ................................. $  1,703.00

TOTAL DUE FOR THIS MATTER ............................................ $  1,703.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $  1,703.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0008

INVOICE #:      493629

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    1,703.00


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                Invoice 493630    Page 1
Foundry, Inc.                                           August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


                FOR SERVICES RENDERED THROUGH July 31, 2004
                         Federal ID #35-0874357

                OUR MATTER # 21926.0011
                Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


     07/06/04     Telephone call from attorney for City of Auburn regarding
                  Plan issues (.3).
         H. Efroymson        XVI              .30 hrs.     355.00/hr  $       106.50

     07/07/04     Communications with attorneys for Debtor and bank
                  regarding Plan (.2); received draft of new Plan and
                  Disclosure Statement, and forwarded to Committee members
                  with memorandum (.2); reviewed Plan and Disclosure
                  Statement in detail and prepared list of concerns (2.5).
         H. Efroymson        XVI             2.90 hrs.     355.00/hr  $     1,029.50

     07/08/04     Reviewed new Plan and Disclosure Statement, and
                  communications with Committee members regarding same
                  (1.5); prepared detailed memorandum regarding concerns
                  over Plan (.5).
         H. Efroymson        XVI             2.00 hrs.     355.00/hr  $       710.00

     07/09/04     Telephone conference with attorney for New AFI regarding
                  Plan issues and membership of New AFI (.3); prepared and
                  forwarded list of concerns to attorney for Debtor (.4).
         H. Efroymson        XVI              .70 hrs.     355.00/hr  $       248.50

     07/12/04     Telephone conference with Ancel regarding identity of New
                  AFI LLC members, and communications with attorney for
                  Debtor regarding same (.3); reviewed and analyzed the
                  Liquidation Analysis and Financial Projections forwarded
                  by attorneys for Debtor, and communicated with attorney
                  for Debtor regarding same (1.0).
         H. Efroymson        XVI             1.30 hrs.     355.00/hr  $       461.50

     07/13/04     Reviewed Notice of Filing of Plan and Disclosure Statement
                  (.1); investigated potential expert on valuation of
                  business operations (.2); telephone conference with
                  attorney for Debtor regarding Plan filing (.1); telephone
                  conference with attorney for New AFI (.2).
         H. Efroymson        XVI              .60 hrs.     355.00/hr  $       213.00

     07/14/04     Reviewed and analyzed Plan terms (preferred stock,
                  capitalization and payout terms), and researched law on
                  overlap of ownership in Debtor and buyer vender absolute
```

Unsecured Creditors' Committee of Auburn                Invoice 493630    Page 2
Foundry, Inc.

        priority rule (2.8); telephone conferences with valuation
        experts (.3).
    H. Efroymson      XVI                3.10 hrs.     355.00/hr  $    1,100.50

07/15/04    Reviewed reports and documents from Debtor regarding Plan
        issues (.6); telephone conferences with valuation expert
        (.3).
    H. Efroymson      XVI                .90 hrs.      355.00/hr  $      319.50

07/16/04    Reviewed information report from Attorney for Debtor, and
        prepared detailed responsive memorandum related to Plan
        issues (1.1).
    H. Efroymson      XVI                1.10 hrs.     355.00/hr  $      390.50

07/19/04    Reviewed sale provisions in Plan, and analyzed value of
        purchase price and involvement in assets not owned by
        estate (pension and insurance) (1.5); communications with
        Committee regarding Plan issues (.2); prepared outline of
        concerns regarding Plan (1.0).
    H. Efroymson      XVI                2.70 hrs.     355.00/hr  $      958.50

07/20/04    Telephone conferences with KPMG regarding valuation of
        business for Plan evaluation (.4); provided KPMG with
        memorandum on background on case and Plan, and names of
        creditors and interested parties (1.6).
    H. Efroymson      XVI                2.00 hrs.     355.00/hr  $      710.00

07/21/04    Telephone conference with attorney for New AFI regarding
        members and new value issues (.3); communications with
        KPMG regarding retention (.2); communications with
        attorney for Debtor regarding same (.3); reviewed and
        responded to memorandum from Debtor regarding
        administrative expenses (.6); assisted with preparation of
        Application to Engage KPMG, and related documents (1.1).
    H. Efroymson      XVI                2.50 hrs.     355.00/hr  $      887.50

07/23/04    Telephone conference with attorney for Debtor regarding
        meeting with Committee and Plan issues (.2); reviewed e-
        mail message from same (.1).
    H. Efroymson      XVI                .30 hrs.      355.00/hr  $      106.50

07/26/04    Communications with attorney for Debtor regarding meeting
        with Committee over Plan issues (.2); telephone conference
        with KPMG regarding background of case and Plan (.2);
        communications with Committee regarding meeting with
        Debtor regarding Plan (.2).
    H. Efroymson      XVI                .60 hrs.      355.00/hr  $      213.00

07/27/04    Communications with Committee members regarding meeting
        with Debtor regarding Plan (.2); communications with
        attorney for New AFI regarding member roster (.1);
        participated in lengthy call with KPMG regarding
        background on case and Plan (.6).
    H. Efroymson      XVI                .90 hrs.      355.00/hr  $      319.50

07/28/04    Communications with attorney for Debtor regarding
        additional information available on valuations and

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                  Invoice 493630    Page 3

        projections (.2); telephone conference with attorney for AFI, and participated in discussion with attorney for Debtor regarding Plan benefits (.3).
    H. Efroymson       XVI                    .50 hrs.     355.00/hr  $     177.50

07/30/04   Telephone call from attorney for Debtor regarding meeting on Plan and rejection of engagement of KPMG (.2).
    H. Efroymson       XVI                    .20 hrs.     355.00/hr  $      71.00

### Summary of Fees

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| H. Efroymson | 22.60 | 355.00  | 8,023.00 |
| TOTAL        | 22.60 | 355.00  | 8,023.00 |

TOTAL Fees for Professional Services ...................................... $    8,023.00

TOTAL DUE FOR THIS MATTER ................................................. $    8,023.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $    8,023.00


ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Plan & Disclosure Statement
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0011

INVOICE #:       493630

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   8,023.00


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                    Invoice 493631    Page 1
Foundry, Inc.                                                       August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH July 31, 2004
                       Federal ID #35-0874357

              OUR MATTER # 21926.0015
              Costs
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

07/12/04   E108   7/9/2004 Postage Expense                              $      4.24
07/12/04   E108   7/9/2004 Postage Expense                              $      1.80
07/21/04          Outside Copying - - Vendor:Pacer Service Center 7/20/04  $  40.39
                  Copies of pleadings from US Bankruptcy Court fo the
                  Northern DIstrict of Indiana.
                       Long Distance                                    $     12.00
                       Photocopies                                      $     12.96

TOTAL Itemized Charges ...................................................$    71.39


TOTAL DUE FOR THIS MATTER ................................................$    71.39


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$    71.39


                       ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0015

INVOICE #:      493631

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     71.39

ACCOUNTS ARE DUE UPON RECEIPT