# Exhibit A



```
Unsecured Creditors' Committee of Auburn          Invoice 491266   Page 1
Foundry, Inc.                                                July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
              FOR SERVICES RENDERED THROUGH June 30, 2004
                         Federal ID #35-0874357

              OUR MATTER # 21926.0004
              Committee Meetings & Discussions
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/10/04     Telephone call from Committee member regarding status of
             case (.4).
      H. Efroymson         XVI             .20 hrs.    355.00/hr  $      71.00

06/23/04     Telephone call from member of Committee regarding status
             of case and Plan (.2).
      H. Efroymson         XVI             .20 hrs.    355.00/hr  $      71.00


                         Summary of Fees
                                       Hours       Rate/Hr      Dollars
              H. Efroymson              0.40        355.00       142.00
                           TOTAL        0.40        355.00       142.00


TOTAL Fees for Professional Services ..................................... $    142.00


TOTAL DUE FOR THIS MATTER ................................................ $    142.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    142.00


                    ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0004

INVOICE #:      491266

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    142.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                 Invoice 491268    Page 1
Foundry, Inc.                                                              July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
            FOR SERVICES RENDERED THROUGH June 30, 2004
                        Federal ID #35-0874357

            OUR MATTER # 21926.0005
            Case Administration
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case
```

| Date | Description | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/04 | Communications with attorneys for Debtor regarding Plan and administrative expenses (.3); telephone call from member of Committee regarding Plan (.2); attention to administrative claims (professional fees) (.2); communications with attorney for Debtor regarding Plan (.2). | | | | | |
| | H. Efroymson | XVI | .90 hrs. | 355.00/hr | $ | 319.50 |
| 06/03/04 | Telephone call from Liquidating Solutions (.1). | | | | | |
| | H. Efroymson | XVI | .10 hrs. | 355.00/hr | $ | 35.50 |
| 06/07/04 | Attention to deadline for objection to extension of Plan exclusivity (.1); reviewed Notice of Appearance filed by Schenkel & Sons (.1); communications with Committee Chair regarding waiver of conflicts (.1). | | | | | |
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ | 106.50 |
| 06/08/04 | Reviewed Amended Notice, and Amended Motion to Extend Exclusivity, and communicated with Committee regarding same (.3). | | | | | |
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ | 106.50 |
| 06/09/04 | Communications with attorney for Debtor regarding claims and preference analysis (.2). | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 06/11/04 | Attention to status of payment of administrative expenses (.2); prepared letter to Debtor and Notice to Court regarding invoices (.3). | | | | | |
| | H. Efroymson | XVI | .50 hrs. | 355.00/hr | $ | 177.50 |
| 06/17/04 | Telephone call from creditor regarding claim and status of case (.2). | | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |
| 06/21/04 | Reviewed Order from Court (.1). | | | | | |
| | H. Efroymson | XVI | .10 hrs. | 355.00/hr | $ | 35.50 |
| 06/25/04 | Reviewed filings with Court (docket) (.2); attention to need for hearing date (.1). | | | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                      Invoice 491268    Page 2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ | 106.50 |

06/28/04  Telephone conference with attorney for bank regarding status of Plan negotiations and additional financing (.2); reviewed financial reports and compared to budget (.5).

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .70 hrs. | 355.00/hr | $ | 248.50 |

06/29/04  Communications with attorney for Debtor regarding payment of administrative expenses (.2).

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

06/30/04  Confirmed filing with Court and reviewed Notice of Filing (.2).

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 4.00 | 355.00 | 1,420.00 |
| TOTAL | 4.00 | 355.00 | 1,420.00 |

TOTAL Fees for Professional Services ................................... $   1,420.00

TOTAL DUE FOR THIS MATTER ............................................. $   1,420.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   1,420.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0005

INVOICE #:      491268

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$   1,420.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 491269   Page 1
Foundry, Inc.                                     July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

             FOR SERVICES RENDERED THROUGH June 30, 2004
                     Federal ID #35-0874357

             OUR MATTER # 21926.0006
             Claims Administration & Objections
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| 06/11/04 | Telephone call from creditor regarding addition to Schedules and claim (.2). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ 71.00 |
| 06/14/04 | Reviewed claims register and identified secured and administrative claims (.6). | | | | |
| | H. Efroymson | XVI | .60 hrs. | 355.00/hr | $ 213.00 |
| 06/23/04 | Communications with attorney for Debtor regarding claims (environmental and pension) (.8); reviewed claim docket (.6). | | | | |
| | H. Efroymson | XVI | 1.40 hrs. | 355.00/hr | $ 497.00 |

                          Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.20 | 355.00 | 781.00 |
| TOTAL | 2.20 | 355.00 | 781.00 |

TOTAL Fees for Professional Services ................................. $     781.00

TOTAL DUE FOR THIS MATTER ............................................ $     781.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $     781.00

                     ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN  46203

MATTER TITLE:      Claims Administration & Objections
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0006

INVOICE #:         491269

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    781.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 491270    Page 1
Foundry, Inc.                                                           July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH June 30, 2004
                      Federal ID #35-0874357

            OUR MATTER # 21926.0008
            Fee/Employment Applications
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/04/04    Attention to preparation of Fee Application (.3).
      H. Efroymson            XVI              .30 hrs.       355.00/hr   $      106.50

06/07/04    Reviewed Auburn Foundry docket (.6); worked on Fee
            Application (2.0).
      N. Allen                V               2.60 hrs.       165.00/hr   $      429.00

06/08/04    Revised Fee Application and revised Order (.5).
      N. Allen                V                .50 hrs.       165.00/hr   $       82.50

06/11/04    Prepared Notice of Submission of Ice miller Invoices for
            filing with the Court, and letter to Burns, Athanas and
            Debtor forwarding invoices for payment (.5).
      J. Bolechala            I                .50 hrs.       115.00/hr   $       57.50

06/11/04    Attention to preparation of Fee Application, exhibits and
            Order (.3).
      H. Efroymson            XVI              .30 hrs.       355.00/hr   $      106.50

06/23/04    Reviewed Notices of Invoices filed by attorneys for Debtor
            (with schedules) (.3).
      H. Efroymson            XVI              .30 hrs.       355.00/hr   $      106.50

06/24/04    Revised and finalized Fee Application, proposed Order and
            Notice (.4).
      N. Allen                V                .40 hrs.       165.00/hr   $       66.00

06/28/04    Telephone call from Clerk's Office regarding Notice of Fee
            Application, and reviewed local rules regarding same (.3).
      H. Efroymson            XVI              .30 hrs.       355.00/hr   $      106.50


                           Summary of Fees

                                        Hours       Rate/Hr       Dollars
            H. Efroymson                 1.20        355.00        426.00
            J. Bolechala                 0.50        115.00         57.50
            N. Allen                     3.50        165.00        577.50
                         TOTAL           5.20        204.04       1,061.00
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

Unsecured Creditors' Committee of Auburn                          Invoice 491270   Page 2
Foundry, Inc.


TOTAL Fees for Professional Services ....................................... $   1,061.00

TOTAL DUE FOR THIS MATTER .................................................. $   1,061.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................... $   1,061.00


ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Fee/Employment Applications
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0008

INVOICE #:       491270

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   1,061.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 491271   Page 1
Foundry, Inc.                                                      July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH June 30, 2004
                        Federal ID #35-0874357

              OUR MATTER # 21926.0011
              Plan & Disclosure Statement
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/14/04    Prepared list of issues related to Plan (1.0).
      H. Efroymson        XVI              1.00 hrs.     355.00/hr  $      355.00

06/16/04    Communications with attorney for Debtor regarding status
            of Plan negotiations with bank (.2).
      H. Efroymson        XVI               .20 hrs.     355.00/hr  $       71.00

06/21/04    Communications with attorney for Debtor regarding Plan
            concerns (.3).
      H. Efroymson        XVI               .30 hrs.     355.00/hr  $      106.50

06/22/04    Communications with attorney for Debtor regarding Plan and
            other issues (.2).
      H. Efroymson        XVI               .20 hrs.     355.00/hr  $       71.00


                              Summary of Fees

                                   Hours        Rate/Hr        Dollars

          H. Efroymson              1.70         355.00         603.50
                          TOTAL     1.70         355.00         603.50


TOTAL Fees for Professional Services ..................................$     603.50


TOTAL DUE FOR THIS MATTER .............................................$     603.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     603.50


                       ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Plan & Disclosure Statement
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0011

INVOICE #:       491271

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     603.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                Invoice 491272   Page 1
Foundry, Inc.                                                    July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH June 30, 2004
                      Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

06/14/04   E108   6/11 Postage Expense                             $        5.76
06/25/04   E108   6/24 Postage Expense                             $        5.80
06/30/04   E108   6/29 Postage Expense                             $        1.11
                  Photocopies                                      $       47.52

TOTAL Itemized Charges ..........................................  $       60.19


TOTAL DUE FOR THIS MATTER .......................................  $       60.19


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..........................  $       60.19


                     ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0015

INVOICE #:      491272

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    60.19

ACCOUNTS ARE DUE UPON RECEIPT