# Exhibit A



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 493620    Page 1  
August 6, 2004

FOR SERVICES RENDERED THROUGH July 31, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0004  
Committee Meetings & Discussions  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

07/13/04    Communications with Committee regarding Plan filing and potential engagement of valuation expert (.3).  
H. Efroymson    XVI    .30 hrs.    355.00/hr    $    106.50

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.30 | 355.00 | 106.50 |
| TOTAL | 0.30 | 355.00 | 106.50 |

TOTAL Fees for Professional Services ........................ $    106.50

TOTAL DUE FOR THIS MATTER ................................... $    106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................... $    106.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Committee Meetings & Discussions
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0004

INVOICE #:       493620

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    106.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 493623   Page 1
Foundry, Inc.                                         August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                FOR SERVICES RENDERED THROUGH July 31, 2004
                           Federal ID #35-0874357

                OUR MATTER # 21926.0005
                Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/01/04    Telephone call from City of Auburn regarding concerns over
            Debtor not filing monthly report, and telephone conference
            with attorney for Debtor (.3).
    H. Efroymson         XVI              .30 hrs.        355.00/hr   $      106.50

07/06/04    Telephone conference with attorney for Debtor regarding
            status and financial reporting (.2).
    H. Efroymson         XVI              .20 hrs.        355.00/hr   $       71.00

07/07/04    Telephone call from attorney for creditor (Jim Peters)
            regarding regarding status of case and Plan prospects
            (.2); reviewed U.S. Trustee Report, and forwarded to
            Committee members (.3); communications with attorney for
            Debtor regarding problems with Report (.2).
    H. Efroymson         XVI              .70 hrs.        355.00/hr   $      248.50

07/08/04    Reviewed Second Amended Motion to Extend Exclusivity
            Period, and proposed Order (.2); communications with
            attorney for Debtor regarding same and filing of Plan
            (.2); telephone call from LSI regarding potential
            distribution on claims (.1); telephone call from Graham
            Financial regarding potential distribution to creditors
            (.2).
    H. Efroymson         XVI              .70 hrs.        355.00/hr   $      248.50

07/09/04    Prepared notices and correspondence on administrative fee
            statements (.2).
    H. Efroymson         XVI              .20 hrs.        355.00/hr   $       71.00

07/13/04    Reviewed docket (.2); reviewed bank's request for hearing
            on Adequate Protection Motion (.2).
    H. Efroymson         XVI              .40 hrs.        355.00/hr   $      142.00

07/14/04    Reviewed papers filed by City of Auburn (.1); reviewed
            motion filed by creditor (.2).
    H. Efroymson         XVI              .30 hrs.        355.00/hr   $      106.50

07/15/04    Reviewed Application to Employ Accountants, and proposed
            Order, Affidavit and Notice and lengthy contracts with
            accountants on contingent fees (1.0); prepared list of

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                    Invoice 493623    Page 2

        concerns and forwarded to attorney for Debtor and to Committee (.3).
        H. Efroymson    XVI    1.30 hrs.    355.00/hr  $    461.50

07/19/04    Checked on status of Order on Fee Application (.1); attention to passing deadline for filing claims in case (.1); telephone conferences with potential experts on valuation of going concern (.6).
        H. Efroymson    XVI    .80 hrs.    355.00/hr  $    284.00

07/23/04    Reviewed statement filed by Debtor (.1).
        H. Efroymson    XVI    .10 hrs.    355.00/hr  $    35.50

07/26/04    Prepared outline of case for KPMG briefing (.4).
        H. Efroymson    XVI    .40 hrs.    355.00/hr  $    142.00

07/27/04    Continued preparation of outline of case for KPMG briefing (1.0); communications with counsel for Debtor regarding KPMG's involvement (.4).
        H. Efroymson    XVI    1.40 hrs.    355.00/hr  $    497.00

07/28/04    Located pleadings relevant to KPMG review, and forwarded to KPMG (.3); prepared memorandum to attorneys for bank and Debtor regarding KPMG fees (.2); communications with Debtor's counsel regarding meeting on August 12 (.1); reviewed Motion to Approve Stipulation regarding GM rejection from Court, and Notice on same (.1).
        H. Efroymson    XVI    .70 hrs.    355.00/hr  $    248.50

07/29/04    Reviewed information for submission of statement (.2); received, reviewed and processed KPMG engagement documents (.3).
        H. Efroymson    XVI    .50 hrs.    355.00/hr  $    177.50

<u>Summary of Fees</u>

|  |  | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson |  | 8.00 | 355.00 | 2,840.00 |
|  | TOTAL | 8.00 | 355.00 | 2,840.00 |

TOTAL Fees for Professional Services ................................. $  2,840.00

TOTAL DUE FOR THIS MATTER ............................................ $  2,840.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $  2,840.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Case Administration
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0005

INVOICE #:     493623

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   2,840.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 493624   Page 1
Foundry, Inc.                                     August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH July 31, 2004
                         Federal ID #35-0874357

              OUR MATTER # 21926.0006
              Claims Administration & Objections
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/12/04      Reviewed Proofs of Claim (determined if Debtor's estimates
              are accurate) (1.1).
    H. Efroymson          XVI                1.10 hrs.    355.00/hr   $       390.50

07/26/04      Reviewed Stipulation and Order on GM rejection claim (.2).
    H. Efroymson          XVI                 .20 hrs.    355.00/hr   $        71.00

                              Summary of Fees

                                         Hours         Rate/Hr       Dollars
         H. Efroymson                     1.30          355.00        461.50
                            TOTAL         1.30          355.00        461.50


TOTAL Fees for Professional Services ..................................$     461.50


TOTAL DUE FOR THIS MATTER .............................................$     461.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     461.50


                         ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Claims Administration & Objections
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0006

INVOICE #:      493624


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     461.50


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 493629    Page 1
Foundry, Inc.                                         August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH July 31, 2004
                       Federal ID #35-0874357

              OUR MATTER # 21926.0008
              Fee/Employment Applications
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/09/04      Prepared Notice of Submission of Ice Miller's Invoices for
              services rendered June 1, 2004 through June 30, 2004 (.4)
              prepared letter to Burns, Debtor, Athanas and U.S. Trustee
              enclosing the invoices for payment (.2); revised Notice of
              Submission of Ice Miller's Invoices (.2).
     J. Bolechala          I              .80 hrs.       115.00/hr  $      92.00

07/09/04      Revised Notice of Submission of Ice Miller invoices.
     B. T. Caughey         VIII           .20 hrs.       210.00/hr  $      42.00

07/15/04      Investigated the docket regarding objections to Fee
              Application (.2).
     N. Allen              V              .20 hrs.       165.00/hr  $      33.00

07/20/04      Briefing on unpaid fees in case (.2).
     H. Efroymson          XVI            .20 hrs.       355.00/hr  $      71.00

07/20/04      Telephone to U.S. Bankruptcy Court regarding status of
              Order Approving Fees (.2).
     M. Wilson             VII            .20 hrs.       195.00/hr  $      39.00

07/21/04      Assisted with analysis regarding deficiency in filing
              Certificate of Service of Notice (.2); prepared
              Certificate of Service on notice of Application and
              Opportunity to Object (.5); assisted with analysis
              regarding electronic filing of Certificate of Service
              (.3); telephone conference with Clerk of U.S. Bankruptcy
              Court for Northern District of Indiana confirming receipt
              of all necessary documents in support of entry of an Order
              Approving Fees (.3).
     M. Wilson             VII           1.30 hrs.       195.00/hr  $     253.50

07/22/04      Telephone conference with Clerk of U.S. Bankruptcy Court
              for Northern District of Indiana confirming receipt of all
              necessary documents in support of entry of an Order
              Approving Fees (.2); assisted with analysis regarding
              projected date for entry of Order Approving Fees (.2).
     M. Wilson             VII            .40 hrs.       195.00/hr  $      78.00

07/22/04      Preparation of KPMG retention documents (1.0); reviewed
```

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                   Invoice 493629    Page 2

                Order on Proof of Service (.1).
    H. Efroymson        XVI                               1.10 hrs.      355.00/hr  $      390.50

07/23/04    Telephone to Clerk of U.S. Bankruptcy Court confirming nothing further needed for entry of Order Approving Fees.
    M. Wilson          VII                              .20 hrs.      195.00/hr  $       39.00

07/26/04    Investigated status of Order Approving Application for Fees (.2).
    M. Wilson          VII                              .20 hrs.      195.00/hr  $       39.00

07/28/04    Investigated status of Order Approving Application for Fees (.2); telephone conference with Mike at U.S. Bankruptcy Court regarding status of Order Approving Fees (.2).
    M. Wilson          VII                              .40 hrs.      195.00/hr  $       78.00

07/28/04    Assembled material for monthly statement (.5).
    H. Efroymson        XVI                                 .50 hrs.      355.00/hr  $      177.50

07/29/04    Reviewed Order on Fee Application, and communicated with attorney for Debtor regarding same and amount of holdback (.3).
    H. Efroymson        XVI                                 .30 hrs.      355.00/hr  $      106.50

07/29/04    Finalized Application to Employ KPMG, Affidavit, and prepared and finalized distribution list, Notice and proposed Order and coordinated filing with the Court (1.6).
    N. Allen           V                                   1.60 hrs.      165.00/hr  $      264.00

### Summary of Fees

|              | Hours | Rate/Hr | Dollars  |
|--------------|------:|--------:|---------:|
| B. T. Caughey | 0.20 | 210.00 | 42.00 |
| H. Efroymson  | 2.10 | 355.00 | 745.50 |
| J. Bolechala  | 0.80 | 115.00 | 92.00 |
| M. Wilson     | 2.70 | 195.00 | 526.50 |
| N. Allen      | 1.80 | 165.00 | 297.00 |
| TOTAL         | 7.60 | 224.08 | 1,703.00 |

TOTAL Fees for Professional Services ................................... $   1,703.00

TOTAL DUE FOR THIS MATTER .............................................. $   1,703.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $   1,703.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Fee/Employment Applications
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0008

INVOICE #:     493629

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $   1,703.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                    Invoice 493630   Page 1
Foundry, Inc.                                                       August 6, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


             FOR SERVICES RENDERED THROUGH July 31, 2004
                         Federal ID #35-0874357

             OUR MATTER # 21926.0011
             Plan & Disclosure Statement
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


  07/06/04   Telephone call from attorney for City of Auburn regarding
             Plan issues (.3).
       H. Efroymson           XVI              .30 hrs.     355.00/hr  $      106.50

  07/07/04   Communications with attorneys for Debtor and bank
             regarding Plan (.2); received draft of new Plan and
             Disclosure Statement, and forwarded to Committee members
             with memorandum (.2); reviewed Plan and Disclosure
             Statement in detail and prepared list of concerns (2.5).
       H. Efroymson           XVI             2.90 hrs.     355.00/hr  $    1,029.50

  07/08/04   Reviewed new Plan and Disclosure Statement, and
             communications with Committee members regarding same
             (1.5); prepared detailed memorandum regarding concerns
             over Plan (.5).
       H. Efroymson           XVI             2.00 hrs.     355.00/hr  $      710.00

  07/09/04   Telephone conference with attorney for New AFI regarding
             Plan issues and membership of New AFI (.3); prepared and
             forwarded list of concerns to attorney for Debtor (.4).
       H. Efroymson           XVI              .70 hrs.     355.00/hr  $      248.50

  07/12/04   Telephone conference with Ancel regarding identity of New
             AFI LLC members, and communications with attorney for
             Debtor regarding same (.3); reviewed and analyzed the
             Liquidation Analysis and Financial Projections forwarded
             by attorneys for Debtor, and communicated with attorney
             for Debtor regarding same (1.0).
       H. Efroymson           XVI             1.30 hrs.     355.00/hr  $      461.50

  07/13/04   Reviewed Notice of Filing of Plan and Disclosure Statement
             (.1); investigated potential expert on valuation of
             business operations (.2); telephone conference with
             attorney for Debtor regarding Plan filing (.1); telephone
             conference with attorney for New AFI (.2).
       H. Efroymson           XVI              .60 hrs.     355.00/hr  $      213.00

  07/14/04   Reviewed and analyzed Plan terms (preferred stock,
             capitalization and payout terms), and researched law on
             overlap of ownership in Debtor and buyer vender absolute
```

Unsecured Creditors' Committee of Auburn Foundry, Inc.                Invoice 493630    Page 2

|            |                                                                                                                                                                                                                                                                                                                                   |           |             |             |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|-------------|-------------|
|            | priority rule (2.8); telephone conferences with valuation experts (.3).                                                                                                                                                                                                                                                           |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | 3.10 hrs. | 355.00/hr $ | 1,100.50    |
| 07/15/04   | Reviewed reports and documents from Debtor regarding Plan issues (.6); telephone conferences with valuation expert (.3).                                                                                                                                                                                                          |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | .90 hrs.  | 355.00/hr $ | 319.50      |
| 07/16/04   | Reviewed information report from Attorney for Debtor, and prepared detailed responsive memorandum related to Plan issues (1.1).                                                                                                                                                                                                   |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | 1.10 hrs. | 355.00/hr $ | 390.50      |
| 07/19/04   | Reviewed sale provisions in Plan, and analyzed value of purchase price and involvement in assets not owned by estate (pension and insurance) (1.5); communications with Committee regarding Plan issues (.2); prepared outline of concerns regarding Plan (1.0).                                                                  |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | 2.70 hrs. | 355.00/hr $ | 958.50      |
| 07/20/04   | Telephone conferences with KPMG regarding valuation of business for Plan evaluation (.4); provided KPMG with memorandum on background on case and Plan, and names of creditors and interested parties (1.6).                                                                                                                      |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | 2.00 hrs. | 355.00/hr $ | 710.00      |
| 07/21/04   | Telephone conference with attorney for New AFI regarding members and new value issues (.3); communications with KPMG regarding retention (.2); communications with attorney for Debtor regarding same (.3); reviewed and responded to memorandum from Debtor regarding administrative expenses (.6); assisted with preparation of Application to Engage KPMG, and related documents (1.1). |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | 2.50 hrs. | 355.00/hr $ | 887.50      |
| 07/23/04   | Telephone conference with attorney for Debtor regarding meeting with Committee and Plan issues (.2); reviewed e-mail message from same (.1).                                                                                                                                                                                      |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | .30 hrs.  | 355.00/hr $ | 106.50      |
| 07/26/04   | Communications with attorney for Debtor regarding meeting with Committee over Plan issues (.2); telephone conference with KPMG regarding background of case and Plan (.2); communications with Committee regarding meeting with Debtor regarding Plan (.2).                                                                       |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | .60 hrs.  | 355.00/hr $ | 213.00      |
| 07/27/04   | Communications with Committee members regarding meeting with Debtor regarding Plan (.2); communications with attorney for New AFI regarding member roster (.1); participated in lengthy call with KPMG regarding background on case and Plan (.6).                                                                                |           |             |             |
|            | H. Efroymson       XVI                                                                                                                                                                                                                                                                                                            | .90 hrs.  | 355.00/hr $ | 319.50      |
| 07/28/04   | Communications with attorney for Debtor regarding additional information available on valuations and                                                                                                                                                                                                                              |           |             |             |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                                    Invoice 493630   Page 3

        projections (.2); telephone conference with attorney for AFI, and participated in discussion with attorney for Debtor regarding Plan benefits (.3).
    H. Efroymson     XVI     .50 hrs.    355.00/hr  $    177.50

07/30/04   Telephone call from attorney for Debtor regarding meeting on Plan and rejection of engagement of KPMG (.2).
    H. Efroymson     XVI     .20 hrs.    355.00/hr  $    71.00

### Summary of Fees

|              |       | Hours | Rate/Hr | Dollars  |
|--------------|-------|-------|---------|----------|
| H. Efroymson |       | 22.60 | 355.00  | 8,023.00 |
|              | TOTAL | 22.60 | 355.00  | 8,023.00 |

TOTAL Fees for Professional Services ....................................... $   8,023.00

TOTAL DUE FOR THIS MATTER ................................................... $   8,023.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................... $   8,023.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0011

INVOICE #:      493630

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    8,023.00


ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 493631    Page 1  
August 6, 2004

FOR SERVICES RENDERED THROUGH July 31, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0015  
Costs  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| Date | Code | Description | | Amount |
|---|---|---|---|---|
| 07/12/04 | E108 | 7/9/2004 Postage Expense | $ | 4.24 |
| 07/12/04 | E108 | 7/9/2004 Postage Expense | $ | 1.80 |
| 07/21/04 | | Outside Copying - - Vendor:Pacer Service Center 7/20/04 Copies of pleadings from US Bankruptcy Court fo the Northern DIstrict of Indiana. | $ | 40.39 |
| | | Long Distance | $ | 12.00 |
| | | Photocopies | $ | 12.96 |

TOTAL Itemized Charges ................................................. $   71.39

TOTAL DUE FOR THIS MATTER ............................................. $   71.39

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   71.39

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Costs
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0015

INVOICE #:     493631

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     71.39

ACCOUNTS ARE DUE UPON RECEIPT