# Exhibit A



```
Unsecured Creditors' Committee of Auburn            Invoice 497013    Page 1
Foundry, Inc.                                       September 14, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                FOR SERVICES RENDERED THROUGH August 31, 2004
                         Federal ID #35-0874357

                OUR MATTER # 21926.0004
                Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


08/13/04    Communications with Committee regarding Plan and need for
            meeting (.3).
            H. Efroymson                     .30 hrs.    355.00/hr   $       106.50


                            Summary of Fees

                                  Hours       Rate/Hr       Dollars

        H. Efroymson               0.30        355.00        106.50
                        TOTAL      0.30        355.00        106.50


TOTAL Fees for Professional Services ......................$      106.50


TOTAL DUE FOR THIS MATTER .................................$      106.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................$      106.50


                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0004

INVOICE #:      497013

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    106.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 497014    Page 1
Foundry, Inc.                                     September 14, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                FOR SERVICES RENDERED THROUGH August 31, 2004
                         Federal ID #35-0874357

            OUR MATTER # 21926.0005
            Case Administration
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/02/04 | Reviewed memorandum from attorney for Debtor regarding engagement of KPMG, and telephone conference with KPMG regarding same (.3).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 08/03/04 | Communications with attorney for Debtor regarding Ernst & Young engagement (.3); reviewed Notice on KPMG Application (.1); prepared memorandum to attorney for Debtor regarding rejection of KPMG employment (.3); reviewed June Operating Report, and forwarded to Committee (.2); reviewed materials for monthly statement (.2); telephone conference with KPMG regarding engagement in case (.2).<br>H. Efroymson | 1.30 hrs. | 355.00/hr | $ 461.50 |
| 08/04/04 | Reviewed Appearance filed by NMHG Financial, and Motion to Compel Lease Assumption/Rejection, with supporting memorandum (.8); communications with attorney for Debtor regarding same (.1).<br>H. Efroymson | .90 hrs. | 355.00/hr | $ 319.50 |
| 08/06/04 | Prepared letter to attorneys for Debtor and bank and to U.S. Trustee with Notice to Court regarding statements (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 08/09/04 | Reviewed Order Extending Exclusivity and Notice of Hearing on NMHG Motion (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 08/10/04 | Reviewed Order Granting Amended Motion for Insurance Finance Agreement (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 08/11/04 | Telephone call from Committee member regarding meeting Thursday with Debtor (.2); prepared for meeting with Debtor (.2).<br>H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 08/13/04 | Reviewed motion filed by Debtor (.2); prepared memorandum to Debtor and bank regarding need for payment to valuation | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                  Invoice 497014    Page 2

|            |                                                                                                                                                                                                                                                                                               |             |            |          |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|------------|----------|
|            | expert (.3). <br> H. Efroymson                                                                                                                                                                                                                                                                 | .50 hrs.    | 355.00/hr  | $ 177.50 |
| 08/17/04   | Communications with attorney for Debtor regarding payment of administrative expense and engagement of KPMG (.2). <br> H. Efroymson                                                                                                                                                            | .20 hrs.    | 355.00/hr  | $ 71.00  |
| 08/18/04   | Telephone conference with KPMG regarding estimate on going concern valuation (.2). <br> H. Efroymson                                                                                                                                                                                          | .20 hrs.    | 355.00/hr  | $ 71.00  |
| 08/19/04   | Reviewed Objection to Motion to Compel filed by Debtor (.1); telephone call from KPMG regarding going concern valuations (.2). <br> H. Efroymson                                                                                                                                              | .30 hrs.    | 355.00/hr  | $ 106.50 |
| 08/20/04   | Received and reviewed KPMG proposal, and discussed with same (.3); reviewed revised proposal, and forwarded to attorney for Debtor (.2). <br> H. Efroymson                                                                                                                                    | .30 hrs.    | 355.00/hr  | $ 106.50 |
| 08/24/04   | Reviewed Debtor's Objection to Motion to Compel Assumption/Rejection of Lease (.2); communications with attorneys for Debtor and bank regarding employment of KPMG (.1). <br> H. Efroymson                                                                                                     | .30 hrs.    | 355.00/hr  | $ 106.50 |
| 08/26/04   | Telephone call from Dauber regarding status of case and Plan(.3); telephone conference with attorney for Debtor regarding KPMG (.1); reviewed Notice of Opportunity to Object to Extension of Exclusivity (.1). <br> H. Efroymson                                                              | .50 hrs.    | 355.00/hr  | $ 177.50 |
| 08/27/04   | Reviewed Fillipell resume from attorney for Debtors, and communicated with Committee regarding same (.3); telephone call from attorney for bank regarding same (.1); corresponded with KPMG regarding time estimate (.1). <br> H. Efroymson                                                     | .50 hrs.    | 355.00/hr  | $ 177.50 |
| 08/30/04   | Reviewed Agreed Entry on GM Rejection Claim from Court (.1); reviewed Notice on Fee Application and dated up (.1); communications with attorney for Debtor regarding KPMG v. Fillipell (.2). <br> H. Efroymson                                                                                  | .40 hrs.    | 355.00/hr  | $ 142.00 |
| 08/31/04   | Received notice from Court of continuance of hearing on lease rejection motion, and dated up (.1); telephone call from creditor regarding sale effort (.1); communications with KPMG regarding willingness to do appraisal for price (.2); telephone conference with Phillipell (.2). <br> H. Efroymson | .60 hrs.    | 355.00/hr  | $ 213.00 |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                     Invoice 497014   Page 3

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 7.30 | 355.00 | 2,591.50 |
| TOTAL | 7.30 | 355.00 | 2,591.50 |

TOTAL Fees for Professional Services ..................................... $  2,591.50

TOTAL DUE FOR THIS MATTER .............................................. $  2,591.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $  2,591.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Case Administration
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0005

INVOICE #:     497014

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   2,591.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203  

Invoice 497015    Page 1  
September 14, 2004  

FOR SERVICES RENDERED THROUGH August 31, 2004  
Federal ID #35-0874357  

OUR MATTER # 21926.0008  
Fee/Employment Applications  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case  

08/27/04   Reviewed Fee Application filed by attorneys for Debtor,  
and communicated with Committee regarding same (.2);  
communications with attorney for Debtor regarding need for  
time sheets (.1).  
H. Efroymson                    .30 hrs.      355.00/hr   $       106.50  

Summary of Fees

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| H. Efroymson | 0.30  | 355.00  | 106.50  |
| TOTAL        | 0.30  | 355.00  | 106.50  |

TOTAL Fees for Professional Services ................................... $   106.50

TOTAL DUE FOR THIS MATTER ............................................. $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   106.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0008

INVOICE #:      497015

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     106.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                Invoice 497016    Page 1
Foundry, Inc.                                           September 14, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH August 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/03/04 | Reviewed documents related to value of assets provided by attorney for Debtor, and communicated with same (.8). H. Efroymson | .80 hrs. | 355.00/hr | $ 284.00 |
| 08/05/04 | Telephone conference with KPMG regarding meeting with Debtor (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 08/09/04 | Reviewed Order and Notice for Hearing on Disclosure Statement, and forwarded to Committee (.2); communications with attorney for Debtor regarding meeting Thursday (.1); telephone call from Committee Chair regarding meeting (.1). H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 08/10/04 | Reviewed Plan and notes in preparation for meeting with client (.8); communications with attorney for Debtor regarding not received valuation (.1); communications with attorney for new AFI regarding not received list of members (.1). H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 08/11/04 | Reviewed additional documents on value of assets provided by attorney for Debtor (1.0). H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 08/12/04 | Meetings with Committee and Debtor/New AFI regarding Plan (including presentation to Committee) (3.8). H. Efroymson | 3.80 hrs. | 355.00/hr | $ 1,349.00 |
| 08/16/04 | Communications with Committee members regarding Plan issues (.8). H. Efroymson | .80 hrs. | 355.00/hr | $ 284.00 |
| 08/17/04 | Prepared lengthy response to set of questions from Committee member regarding Plan (.5); communications with attorney for Debtor regarding budget numbers and forecast (.1); prepared for and participated in conference call with Committee regarding Plan (1.0); telephone call from attorney for bank regarding Plan (.3); prepared memorandum | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                    Invoice 497016    Page 2

|  |  |  |  |  |
|---|---|---|---|---|
| | to attorney for Debtor regarding Committee's concerns over Plan (.8); reviewed Debtor's response (.2). | | | |
| | H. Efroymson | 2.90 hrs. | 355.00/hr | $ 1,029.50 |
| 08/18/04 | Reviewed Committee member's comments to response from Debtor to Committee concerns (.2); reviewed Objection to Application to Engage KPMG, and forwarded to KPMG (.3). | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 08/19/04 | Prepared Objection to Disclosure Statement (.5). | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 08/23/04 | Communications with attorney for banks regarding going concern valuation issues (.2); reviewed complete Disclosure Statement from Debtor (.2); communications with Chair of Committee regarding Plan (.2). | | | |
| | H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 08/26/04 | Telephone call from attorney for Debtor regarding changes to Disclosure Statement, and reviewed statement for potential objections (.6); prepared objections to statement, and discussed with Committee Chair (1.0). | | | |
| | H. Efroymson | 1.60 hrs. | 355.00/hr | $ 568.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 14.10 | 355.00 | 5,005.50 |
| TOTAL | 14.10 | 355.00 | 5,005.50 |

TOTAL Fees for Professional Services .................................... $ 5,005.50

TOTAL DUE FOR THIS MATTER ............................................... $ 5,005.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $ 5,005.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Plan & Disclosure Statement
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0011

INVOICE #:     497016

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$   5,005.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 497017    Page 1
September 14, 2004

FOR SERVICES RENDERED THROUGH August 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0015
Costs
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| | | | | |
|---|---|---|---|---|
| 08/10/04 | E108 | Postage Expense | $ | 5.16 |
| 08/10/04 | E108 | Postage Expense | $ | 1.11 |
| | | Long Distance | $ | 12.00 |
| | | Photocopies | $ | 13.14 |

TOTAL Itemized Charges ................................................ $      31.41

TOTAL DUE FOR THIS MATTER ............................................. $      31.41

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      31.41

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0015

INVOICE #:      497017

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    31.41


ACCOUNTS ARE DUE UPON RECEIPT