UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

AUBURN FOUNDRY, INC.,           )          CASE NO. 04-10427
                                )          CHAPTER 11
        Debtor.                 )

## CERTIFICATE OF SERVICE

I certify that a copy of the *Notice of Motion and Opportunity to Object* to *Second Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses*, attached hereto as **Exhibit A**, was served electronically or by first-class United States mail, postage prepaid, to the parties listed on **Exhibit B** on September 15, 2004.

Date: September 15, 2004

ICE MILLER

/s/ Henry A. Efroymson
Henry A. Efroymson
Niquelle R. Allen
Ice Miller
One American Square, Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2397
(317) 592-4643 Fax

Attorneys for the Official Creditors'
Committee of Auburn Foundry, Inc.

1428088.1