# Exhibit A



```
Unsecured Creditors' Committee of Auburn        Invoice 491266    Page 1
Foundry, Inc.                                                July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH June 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/10/04 | Telephone call from Committee member regarding status of case (.4). | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ 71.00 |
| 06/23/04 | Telephone call from member of Committee regarding status of case and Plan (.2). | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services .................................. $   142.00

TOTAL DUE FOR THIS MATTER ............................................. $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Committee Meetings & Discussions
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0004

INVOICE #:       491266

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    142.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn            Invoice 491268    Page 1
Foundry, Inc.                                                  July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

              FOR SERVICES RENDERED THROUGH June 30, 2004
                        Federal ID #35-0874357

              OUR MATTER # 21926.0005
              Case Administration
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| | | | | | |
|---|---|---|---|---|---|
| 06/01/04 | Communications with attorneys for Debtor regarding Plan and administrative expenses (.3); telephone call from member of Committee regarding Plan (.2); attention to administrative claims (professional fees) (.2); communications with attorney for Debtor regarding Plan (.2). | | | | |
| | H. Efroymson | XVI | .90 hrs. | 355.00/hr | $   319.50 |
| 06/03/04 | Telephone call from Liquidating Solutions (.1). | | | | |
| | H. Efroymson | XVI | .10 hrs. | 355.00/hr | $    35.50 |
| 06/07/04 | Attention to deadline for objection to extension of Plan exclusivity (.1); reviewed Notice of Appearance filed by Schenkel & Sons (.1); communications with Committee Chair regarding waiver of conflicts (.1). | | | | |
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $   106.50 |
| 06/08/04 | Reviewed Amended Notice, and Amended Motion to Extend Exclusivity, and communicated with Committee regarding same (.3). | | | | |
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $   106.50 |
| 06/09/04 | Communications with attorney for Debtor regarding claims and preference analysis (.2). | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $    71.00 |
| 06/11/04 | Attention to status of payment of administrative expenses (.2); prepared letter to Debtor and Notice to Court regarding invoices (.3). | | | | |
| | H. Efroymson | XVI | .50 hrs. | 355.00/hr | $   177.50 |
| 06/17/04 | Telephone call from creditor regarding claim and status of case (.2). | | | | |
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $    71.00 |
| 06/21/04 | Reviewed Order from Court (.1). | | | | |
| | H. Efroymson | XVI | .10 hrs. | 355.00/hr | $    35.50 |
| 06/25/04 | Reviewed filings with Court (docket) (.2); attention to need for hearing date (.1). | | | | |

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                    Invoice 491268    Page 2

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ | 106.50 |

06/28/04  Telephone conference with attorney for bank regarding status of Plan negotiations and additional financing (.2); reviewed financial reports and compared to budget (.5).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .70 hrs. | 355.00/hr | $ | 248.50 |

06/29/04  Communications with attorney for Debtor regarding payment of administrative expenses (.2).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

06/30/04  Confirmed filing with Court and reviewed Notice of Filing (.2).

| | | | | | |
|---|---|---|---|---|---|
| H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 4.00 | 355.00 | 1,420.00 |
| TOTAL | 4.00 | 355.00 | 1,420.00 |

TOTAL Fees for Professional Services ................................... $   1,420.00

TOTAL DUE FOR THIS MATTER ............................................. $   1,420.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   1,420.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0005

INVOICE #:      491268

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,420.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn　　　　　　　　　　Invoice 491269    Page 1
Foundry, Inc.　　　　　　　　　　　　　　　　　　　　　　　　July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


　　　　　　FOR SERVICES RENDERED THROUGH June 30, 2004
　　　　　　　　　　　Federal ID #35-0874357

　　　　　　OUR MATTER # 21926.0006
　　　　　　Claims Administration & Objections
　　　　　　Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/11/04    Telephone call from creditor regarding addition to
            Schedules and claim (.2).
    H. Efroymson        XVI              .20 hrs.    355.00/hr  $        71.00

06/14/04    Reviewed claims register and identified secured and
            administrative claims (.6).
    H. Efroymson        XVI              .60 hrs.    355.00/hr  $       213.00

06/23/04    Communications with attorney for Debtor regarding claims
            (environmental and pension) (.8); reviewed claim docket
            (.6).
    H. Efroymson        XVI             1.40 hrs.    355.00/hr  $       497.00


                         Summary of Fees

                                 Hours      Rate/Hr       Dollars

        H. Efroymson              2.20       355.00        781.00
                      TOTAL       2.20       355.00        781.00


TOTAL Fees for Professional Services ..................................$      781.00


TOTAL DUE FOR THIS MATTER .............................................$      781.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      781.00


                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Claims Administration & Objections
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0006

INVOICE #:     491269

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   781.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 491270   Page 1
Foundry, Inc.                                                   July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH June 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Attorney | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/04 | Attention to preparation of Fee Application (.3). | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ 106.50 |
| 06/07/04 | Reviewed Auburn Foundry docket (.6); worked on Fee Application (2.0). | N. Allen | V | 2.60 hrs. | 165.00/hr | $ 429.00 |
| 06/08/04 | Revised Fee Application and revised Order (.5). | N. Allen | V | .50 hrs. | 165.00/hr | $ 82.50 |
| 06/11/04 | Prepared Notice of Submission of Ice miller Invoices for filing with the Court, and letter to Burns, Athanas and Debtor forwarding invoices for payment (.5). | J. Bolechala | I | .50 hrs. | 115.00/hr | $ 57.50 |
| 06/11/04 | Attention to preparation of Fee Application, exhibits and Order (.3). | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ 106.50 |
| 06/23/04 | Reviewed Notices of Invoices filed by attorneys for Debtor (with schedules) (.3). | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ 106.50 |
| 06/24/04 | Revised and finalized Fee Application, proposed Order and Notice (.4). | N. Allen | V | .40 hrs. | 165.00/hr | $ 66.00 |
| 06/28/04 | Telephone call from Clerk's Office regarding Notice of Fee Application, and reviewed local rules regarding same (.3). | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ 106.50 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.20 | 355.00 | 426.00 |
| J. Bolechala | 0.50 | 115.00 | 57.50 |
| N. Allen | 3.50 | 165.00 | 577.50 |
| TOTAL | 5.20 | 204.04 | 1,061.00 |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                      Invoice 491270    Page 2

```
TOTAL Fees for Professional Services ..................................... $   1,061.00

TOTAL DUE FOR THIS MATTER ................................................ $   1,061.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   1,061.00
```

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Fee/Employment Applications
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0008

INVOICE #:       491270

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,061.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 491271    Page 1
Foundry, Inc.                                                       July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
                FOR SERVICES RENDERED THROUGH June 30, 2004
                         Federal ID #35-0874357

                OUR MATTER # 21926.0011
                Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/14/04    Prepared list of issues related to Plan (1.0).
     H. Efroymson        XVI             1.00 hrs.    355.00/hr  $      355.00

06/16/04    Communications with attorney for Debtor regarding status
            of Plan negotiations with bank (.2).
     H. Efroymson        XVI              .20 hrs.    355.00/hr  $       71.00

06/21/04    Communications with attorney for Debtor regarding Plan
            concerns (.3).
     H. Efroymson        XVI              .30 hrs.    355.00/hr  $      106.50

06/22/04    Communications with attorney for Debtor regarding Plan and
            other issues (.2).
     H. Efroymson        XVI              .20 hrs.    355.00/hr  $       71.00


                               Summary of Fees

                                   Hours        Rate/Hr       Dollars

         H. Efroymson              1.70         355.00         603.50
                        TOTAL      1.70         355.00         603.50


TOTAL Fees for Professional Services ..................................$    603.50


TOTAL DUE FOR THIS MATTER .............................................$    603.50


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    603.50



                        ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0011

INVOICE #:      491271

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    603.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                    Invoice 491272    Page 1
Foundry, Inc.                                                     July 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH June 30, 2004
                      Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

06/14/04   E108   6/11 Postage Expense                              $       5.76
06/25/04   E108   6/24 Postage Expense                              $       5.80
06/30/04   E108   6/29 Postage Expense                              $       1.11
                  Photocopies                                       $      47.52

TOTAL Itemized Charges ........................................... $      60.19


TOTAL DUE FOR THIS MATTER ........................................ $      60.19


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................... $      60.19


                  ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0015

INVOICE #:      491272

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$      60.19

ACCOUNTS ARE DUE UPON RECEIPT