# Exhibit A



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 493620   Page 1
August 6, 2004

> FOR SERVICES RENDERED THROUGH July 31, 2004
>             Federal ID #35-0874357

> OUR MATTER # 21926.0004
> Committee Meetings & Discussions
> Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

07/13/04   Communications with Committee regarding Plan filing and
           potential engagement of valuation expert (.3).
   H. Efroymson        XVI                .30 hrs.      355.00/hr  $       106.50

### Summary of Fees

|                |       | Hours | Rate/Hr | Dollars |
|----------------|-------|-------|---------|---------|
| H. Efroymson   |       | 0.30  | 355.00  | 106.50  |
|                | TOTAL | 0.30  | 355.00  | 106.50  |

TOTAL Fees for Professional Services ...................................$     106.50

TOTAL DUE FOR THIS MATTER ...............................................$     106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$     106.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836



CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Committee Meetings & Discussions
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0004

INVOICE #:          493620

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    106.50


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 493623    Page 1
August 6, 2004

FOR SERVICES RENDERED THROUGH July 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| 07/01/04 | Telephone call from City of Auburn regarding concerns over Debtor not filing monthly report, and telephone conference with attorney for Debtor (.3). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ | 106.50 |

| 07/06/04 | Telephone conference with attorney for Debtor regarding status and financial reporting (.2). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

| 07/07/04 | Telephone call from attorney for creditor (Jim Peters) regarding regarding status of case and Plan prospects (.2); reviewed U.S. Trustee Report, and forwarded to Committee members (.3); communications with attorney for Debtor regarding problems with Report (.2). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .70 hrs. | 355.00/hr | $ | 248.50 |

| 07/08/04 | Reviewed Second Amended Motion to Extend Exclusivity Period, and proposed Order (.2); communications with attorney for Debtor regarding same and filing of Plan (.2); telephone call from LSI regarding potential distribution on claims (.1); telephone call from Graham Financial regarding potential distribution to creditors (.2). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .70 hrs. | 355.00/hr | $ | 248.50 |

| 07/09/04 | Prepared notices and correspondence on administrative fee statements (.2). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

| 07/13/04 | Reviewed docket (.2); reviewed bank's request for hearing on Adequate Protection Motion (.2). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .40 hrs. | 355.00/hr | $ | 142.00 |

| 07/14/04 | Reviewed papers filed by City of Auburn (.1); reviewed motion filed by creditor (.2). | | | | |
|---|---|---|---|---|---|
| | H. Efroymson | XVI | .30 hrs. | 355.00/hr | $ | 106.50 |

| 07/15/04 | Reviewed Application to Employ Accountants, and proposed Order, Affidavit and Notice and lengthy contracts with accountants on contingent fees (1.0); prepared list of | | | | |
|---|---|---|---|---|---|

Unsecured Creditors' Committee of Auburn
Foundry, Inc.

Invoice 493623   Page 2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | concerns and forwarded to attorney for Debtor and to Committee (.3). | | | | |
| | H. Efroymson   XVI | 1.30 hrs. | 355.00/hr | $ | 461.50 |
| 07/19/04 | Checked on status of Order on Fee Application (.1); attention to passing deadline for filing claims in case (.1); telephone conferences with potential experts on valuation of going concern (.6). | | | | |
| | H. Efroymson   XVI | .80 hrs. | 355.00/hr | $ | 284.00 |
| 07/23/04 | Reviewed statement filed by Debtor (.1). | | | | |
| | H. Efroymson   XVI | .10 hrs. | 355.00/hr | $ | 35.50 |
| 07/26/04 | Prepared outline of case for KPMG briefing (.4). | | | | |
| | H. Efroymson   XVI | .40 hrs. | 355.00/hr | $ | 142.00 |
| 07/27/04 | Continued preparation of outline of case for KPMG briefing (1.0); communications with counsel for Debtor regarding KPMG's involvement (.4). | | | | |
| | H. Efroymson   XVI | 1.40 hrs. | 355.00/hr | $ | 497.00 |
| 07/28/04 | Located pleadings relevant to KPMG review, and forwarded to KPMG (.3); prepared memorandum to attorneys for bank and Debtor regarding KPMG fees (.2); communications with Debtor's counsel regarding meeting on August 12 (.1); reviewed Motion to Approve Stipulation regarding GM rejection from Court, and Notice on same (.1). | | | | |
| | H. Efroymson   XVI | .70 hrs. | 355.00/hr | $ | 248.50 |
| 07/29/04 | Reviewed information for submission of statement (.2); received, reviewed and processed KPMG engagement documents (.3). | | | | |
| | H. Efroymson   XVI | .50 hrs. | 355.00/hr | $ | 177.50 |

### Summary of Fees

|  |  | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson | | 8.00 | 355.00 | 2,840.00 |
| | TOTAL | 8.00 | 355.00 | 2,840.00 |

TOTAL Fees for Professional Services ...................................$   2,840.00

TOTAL DUE FOR THIS MATTER ...............................................$   2,840.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$   2,840.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0005

INVOICE #:         493623

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    2,840.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 493624   Page 1
August 6, 2004

      FOR SERVICES RENDERED THROUGH July 31, 2004
              Federal ID #35-0874357

      OUR MATTER # 21926.0006
      Claims Administration & Objections
      Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

07/12/04    Reviewed Proofs of Claim (determined if Debtor's estimates
          are accurate) (1.1).
   H. Efroymson         XVI               1.10 hrs.     355.00/hr  $     390.50

07/26/04    Reviewed Stipulation and Order on GM rejection claim (.2).
   H. Efroymson         XVI              .20 hrs.     355.00/hr  $      71.00

### Summary of Fees

|  | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson | | 1.30 | 355.00 | 461.50 |
|  | TOTAL | 1.30 | 355.00 | 461.50 |

TOTAL Fees for Professional Services ....................................$      461.50

TOTAL DUE FOR THIS MATTER ..............................................$      461.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$      461.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.0. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Claims Administration & Objections
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0006

INVOICE #:        493624

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      461.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 493629    Page 1
August 6, 2004

             FOR SERVICES RENDERED THROUGH July 31, 2004
                   Federal ID #35-0874357

             OUR MATTER # 21926.0008
             Fee/Employment Applications
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/09/04     Prepared Notice of Submission of Ice Miller's Invoices for
             services rendered June 1, 2004 through June 30, 2004 (.4)
             prepared letter to Burns, Debtor, Athanas and U.S. Trustee
             enclosing the invoices for payment (.2); revised Notice of
             Submission of Ice Miller's Invoices (.2).
     J. Bolechala       I                .80 hrs.     115.00/hr  $      92.00

07/09/04     Revised Notice of Submission of Ice Miller invoices.
     B. T. Caughey      VIII             .20 hrs.     210.00/hr  $      42.00

07/15/04     Investigated the docket regarding objections to Fee
             Application (.2).
     N. Allen           V                .20 hrs.     165.00/hr  $      33.00

07/20/04     Briefing on unpaid fees in case (.2).
     H. Efroymson       XVI              .20 hrs.     355.00/hr  $      71.00

07/20/04     Telephone to U.S. Bankruptcy Court regarding status of
             Order Approving Fees (.2).
     M. Wilson          VII              .20 hrs.     195.00/hr  $      39.00

07/21/04     Assisted with analysis regarding deficiency in filing
             Certificate of Service of Notice (.2); prepared
             Certificate of Service on notice of Application and
             Opportunity to Object (.5); assisted with analysis
             regarding electronic filing of Certificate of Service
             (.3); telephone conference with Clerk of U.S. Bankruptcy
             Court for Northern District of Indiana confirming receipt
             of all necessary documents in support of entry of an Order
             Approving Fees (.3).
     M. Wilson          VII              1.30 hrs.    195.00/hr  $     253.50

07/22/04     Telephone conference with Clerk of U.S. Bankruptcy Court
             for Northern District of Indiana confirming receipt of all
             necessary documents in support of entry of an Order
             Approving Fees (.2); assisted with analysis regarding
             projected date for entry of Order Approving Fees (.2).
     M. Wilson          VII              .40 hrs.     195.00/hr  $      78.00

07/22/04     Preparation of KPMG retention documents (1.0); reviewed

Unsecured Creditors' Committee of Auburn                Invoice 493629    Page 2
Foundry, Inc.


            Order on Proof of Service (.1).
    H. Efroymson        XVI                 1.10 hrs.    355.00/hr  $       390.50

07/23/04    Telephone to Clerk of U.S. Bankruptcy Court confirming
            nothing further needed for entry of Order Approving Fees.
    M. Wilson           VII                  .20 hrs.    195.00/hr  $        39.00

07/26/04    Investigated status of Order Approving Application for
            Fees (.2).
    M. Wilson           VII                  .20 hrs.    195.00/hr  $        39.00

07/28/04    Investigated status of Order Approving Application for
            Fees (.2); telephone conference with Mike at U.S.
            Bankruptcy Court regarding status of Order Approving Fees
            (.2).
    M. Wilson           VII                  .40 hrs.    195.00/hr  $        78.00

07/28/04    Assembled material for monthly statement (.5).
    H. Efroymson        XVI                  .50 hrs.    355.00/hr  $       177.50

07/29/04    Reviewed Order on Fee Application, and communicated with
            attorney for Debtor regarding same and amount of holdback
            (.3).
    H. Efroymson        XVI                  .30 hrs.    355.00/hr  $       106.50

07/29/04    Finalized Application to Employ KPMG, Affidavit, and
            prepared and finalized distribution list, Notice and
            proposed Order and coordinated filing with the Court
            (1.6).
    N. Allen            V                   1.60 hrs.    165.00/hr  $       264.00


                    Summary of Fees

                                  Hours      Rate/Hr      Dollars

    B. T. Caughey                  0.20       210.00        42.00
    H. Efroymson                   2.10       355.00       745.50
    J. Bolechala                   0.80       115.00        92.00
    M. Wilson                      2.70       195.00       526.50
    N. Allen                       1.80       165.00       297.00
                    TOTAL          7.60       224.08     1,703.00

TOTAL Fees for Professional Services ....................................$     1,703.00


TOTAL DUE FOR THIS MATTER ...............................................$     1,703.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$     1,703.00


                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836



CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN   46203

MATTER TITLE:    Fee/Employment Applications
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:        21926.0008

INVOICE #:          493629

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     1,703.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 493630    Page 1
August 6, 2004

        FOR SERVICES RENDERED THROUGH July 31, 2004
                Federal ID #35-0874357

        OUR MATTER # 21926.0011
        Plan & Disclosure Statement
        Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/06/04    Telephone call from attorney for City of Auburn regarding
            Plan issues (.3).
    H. Efroymson        XVI                .30 hrs.      355.00/hr  $       106.50

07/07/04    Communications with attorneys for Debtor and bank
            regarding Plan (.2); received draft of new Plan and
            Disclosure Statement, and forwarded to Committee members
            with memorandum (.2); reviewed Plan and Disclosure
            Statement in detail and prepared list of concerns (2.5).
    H. Efroymson        XVI               2.90 hrs.      355.00/hr  $     1,029.50

07/08/04    Reviewed new Plan and Disclosure Statement, and
            communications with Committee members regarding same
            (1.5); prepared detailed memorandum regarding concerns
            over Plan (.5).
    H. Efroymson        XVI               2.00 hrs.      355.00/hr  $       710.00

07/09/04    Telephone conference with attorney for New AFI regarding
            Plan issues and membership of New AFI (.3); prepared and
            forwarded list of concerns to attorney for Debtor (.4).
    H. Efroymson        XVI                .70 hrs.      355.00/hr  $       248.50

07/12/04    Telephone conference with Ancel regarding identity of New
            AFI LLC members, and communications with attorney for
            Debtor regarding same (.3); reviewed and analyzed the
            Liquidation Analysis and Financial Projections forwarded
            by attorneys for Debtor, and communicated with attorney
            for Debtor regarding same (1.0).
    H. Efroymson        XVI               1.30 hrs.      355.00/hr  $       461.50

07/13/04    Reviewed Notice of Filing of Plan and Disclosure Statement
            (.1); investigated potential expert on valuation of
            business operations (.2); telephone conference with
            attorney for Debtor regarding Plan filing (.1); telephone
            conference with attorney for New AFI (.2).
    H. Efroymson        XVI                .60 hrs.      355.00/hr  $       213.00

07/14/04    Reviewed and analyzed Plan terms (preferred stock,
            capitalization and payout terms), and researched law on
            overlap of ownership in Debtor and buyer vender absolute

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

Unsecured Creditors' Committee of Auburn                    Invoice 493630    Page 2
Foundry, Inc.


          priority rule (2.8); telephone conferences with valuation
          experts (.3).
     H. Efroymson          XVI                3.10 hrs.    355.00/hr  $    1,100.50

07/15/04  Reviewed reports and documents from Debtor regarding Plan
          issues (.6); telephone conferences with valuation expert
          (.3).
     H. Efroymson          XVI                 .90 hrs.    355.00/hr  $      319.50

07/16/04  Reviewed information report from Attorney for Debtor, and
          prepared detailed responsive memorandum related to Plan
          issues (1.1).
     H. Efroymson          XVI                1.10 hrs.    355.00/hr  $      390.50

07/19/04  Reviewed sale provisions in Plan, and analyzed value of
          purchase price and involvement in assets not owned by
          estate (pension and insurance) (1.5); communications with
          Committee regarding Plan issues (.2); prepared outline of
          concerns regarding Plan (1.0).
     H. Efroymson          XVI                2.70 hrs.    355.00/hr  $      958.50

07/20/04  Telephone conferences with KPMG regarding valuation of
          business for Plan evaluation (.4); provided KPMG with
          memorandum on background on case and Plan, and names of
          creditors and interested parties (1.6).
     H. Efroymson          XVI                2.00 hrs.    355.00/hr  $      710.00

07/21/04  Telephone conference with attorney for New AFI regarding
          members and new value issues (.3); communications with
          KPMG regarding retention (.2); communications with
          attorney for Debtor regarding same (.3); reviewed and
          responded to memorandum from Debtor regarding
          administrative expenses (.6); assisted with preparation of
          Application to Engage KPMG, and related documents (1.1).
     H. Efroymson          XVI                2.50 hrs.    355.00/hr  $      887.50

07/23/04  Telephone conference with attorney for Debtor regarding
          meeting with Committee and Plan issues (.2); reviewed e-
          mail message from same (.1).
     H. Efroymson          XVI                 .30 hrs.    355.00/hr  $      106.50

07/26/04  Communications with attorney for Debtor regarding meeting
          with Committee over Plan issues (.2); telephone conference
          with KPMG regarding background of case and Plan (.2);
          communications with Committee regarding meeting with
          Debtor regarding Plan (.2).
     H. Efroymson          XVI                 .60 hrs.    355.00/hr  $      213.00

07/27/04  Communications with Committee members regarding meeting
          with Debtor regarding Plan (.2); communications with
          attorney for New AFI regarding member roster (.1);
          participated in lengthy call with KPMG regarding
          background on case and Plan (.6).
     H. Efroymson          XVI                 .90 hrs.    355.00/hr  $      319.50

07/28/04  Communications with attorney for Debtor regarding
          additional information available on valuations and

Unsecured Creditors' Committee of Auburn
Foundry, Inc.

Invoice 493630    Page 3

projections (.2); telephone conference with attorney for
AFI, and participated in discussion with attorney for
Debtor regarding Plan benefits (.3).

| H. Efroymson | XVI | .50 hrs. | 355.00/hr | $ | 177.50 |

07/30/04    Telephone call from attorney for Debtor regarding meeting
on Plan and rejection of engagement of KPMG (.2).

| H. Efroymson | XVI | .20 hrs. | 355.00/hr | $ | 71.00 |

### Summary of Fees

|              |       | Hours | Rate/Hr | Dollars  |
|--------------|-------|-------|---------|----------|
| H. Efroymson |       | 22.60 | 355.00  | 8,023.00 |
|              | TOTAL | 22.60 | 355.00  | 8,023.00 |

TOTAL Fees for Professional Services ...................................$    8,023.00

TOTAL DUE FOR THIS MATTER ................................................$    8,023.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$    8,023.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0011

INVOICE #:        493630

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    8,023.00


                    ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 493631   Page 1
August 6, 2004


          FOR SERVICES RENDERED THROUGH July 31, 2004
                Federal ID #35-0874357

          OUR MATTER # 21926.0015
          Costs
          Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


ITEMIZED CHARGES:

| | | | | |
|---|---|---|---|---|
| 07/12/04 | E108 | 7/9/2004 Postage Expense | $ | 4.24 |
| 07/12/04 | E108 | 7/9/2004 Postage Expense | $ | 1.80 |
| 07/21/04 | | Outside Copying - - Vendor:Pacer Service Center 7/20/04 | $ | 40.39 |
| | | Copies of pleadings from US Bankruptcy Court fo the | | |
| | | Northern DIstrict of Indiana. | | |
| | | Long Distance | $ | 12.00 |
| | | Photocopies | $ | 12.96 |

TOTAL Itemized Charges ...................................................$      71.39


TOTAL DUE FOR THIS MATTER ................................................$      71.39


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$      71.39


                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836



CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Costs
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0015

INVOICE #:          493631

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    71.39


ACCOUNTS ARE DUE UPON RECEIPT