UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                                )          CASE NO.      04-10427
                                                 )
AUBURN FOUNDRY, INC.                             )
                                                 )
                                                 )
         Debtor

### O R D E R

At Fort Wayne, Indiana, on September 20, 2004.

Debtor's motion to extend the exclusive period in which it can solicit acceptances of a proposed

plan appears to be moot.  There is no plan presently pending before the court and the debtor's exclusive

right to file a plan expired on July 12, 2004.  The court sees little point in giving the debtor the exclusive

opportunity to solicit acceptances when no plan has been filed with the court and any creditor or party in

interest now has the right to file one.  Debtor's motion is therefore DENIED.

         SO ORDERED.

                                                      /s/ Robert E. Grant
                                                 Judge, United States Bankruptcy Court