UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/tp |
| | ) | |
| | ) | |
| Debtor(s) | | |

## **ORDER**

At Fort Wayne, Indiana, on September 28, 2004.

A hearing with regard to the issues raised by the Unsecured Creditors' Committee's application to employ KPMG LLP was held in Fort Wayne, Indiana, on September 15, 2004 with Mark Werling and John Burns, counsel for debtor, Glenn Emley, counsel for NMHG Financial Services, Edmund Kos, counsel for the City of Auburn, and Ellen Triebold, counsel for the United States Trustee, present.

For the reasons stated in open court, the debtor's objection is WITHDRAWN. The application to employ is GRANTED.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court