UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/tp |
| | ) | |
| | ) | |
| Debtor(s) | | |

## **ORDER**

At Fort Wayne, Indiana, on September 28, 2004.

A hearing with regard to the issues raised by the Unsecured Creditors' Committee's application to employ KPMG LLP was held in Fort Wayne, Indiana, on September 15, 2004 with Mark Werling and John Burns, counsel for debtor, Glenn Emley, counsel for NMHG Financial Services, Edmund Kos, counsel for the City of Auburn, and Ellen Triebold, counsel for the United States Trustee, present.

For the reasons stated in open court, the debtor's objection is WITHDRAWN. The application to employ is GRANTED.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc             Page 1 of 1              Date Rcvd: Sep 28, 2004
Case: 04-10427                Form ID: pdf004       Total Served: 1

The following entities were served by first class mail on Sep 30, 2004.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2004**                    **Signature:**    *Joseph Speetjens*