UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

O R D E R

At Fort Wayne, Indiana, on October 12, 2004.

On August 26, 2004, Baker & Daniels filed an application for fees in the amount of $513,778.00 and expenses in the amount of $30,687.81, less any amounts previously paid. Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.

/s/ Robert E. Grant

Judge, United States Bankruptcy Court