UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Auburn Foundry, Inc., | ) | Case No.:  04-10427 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING SECOND APPLICATION OF ICE MILLER FOR INTERIM ALLOWANCES AS COUNSEL FOR THE OFFICIAL CREDITORS' COMMITTEE AND FOR REIMBURSEMENT OF EXPENSES**

This matter has come before the Court upon the *Second Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* ("Application"), filed herein by Ice Miller on September 15, 2004.  The Court, having considered the Application and being duly advised in the premises, now finds that the relief requested in the Application is appropriate under Sections 327(e), 330, and 331 of the Bankruptcy Code and should be granted.

The Court hereby finds that the Application adequately details the work performed, the person performing the work, the time spent, the hourly rate charged for each person performing the work, and the expenses for which reimbursement is sought.  The Court further finds that the services rendered were necessary and beneficial to the Creditors' Committee and the fees and expenses incurred are compensable from the Debtors' estates.

Accordingly, is hereby

ORDERED that the Application is hereby approved and Ice Miller is allowed the sum of Twenty-Four Thousand Nine Hundred Fifty-One and 50/100 Dollars ($24,951.50) as interim compensation for legal services rendered during the Fee Period (as defined in the Application)

and the sum of One Hundred Sixty-Two and 99/100 Dollars ($162.99) as reimbursement for out-of-pocket expenses incurred during the Fee Period.

    IT IS FURTHER ORDERED THAT the Debtors are hereby directed to make payment to Ice Miller of any outstanding and unpaid fees and expenses for the Fee Period.


Dated:  October 12, 2004                   /s/ Robert E. Grant
                                                       Judge, United States Bankruptcy Court