| | AUBURN FOUNDRY | | |
|---|---|---|---|
| | Charge Allocation | | |
| | Category | # of Hours | Total |
| 1 | General Administration | 63.8 | $14,267.50 |
| 2 | Financing, Cash Use, and DIP | 25.2 | $7,419.50 |
| 3 | Labor and Employment | 19 | $4,994.50 |
| 4 | Environmental | 16.9 | $5,456.50 |
| 5 | Plan and Disclosure Statement | 82.4 | $26,572.50 |
| 6 | Customer and Vendor Issues | 18.4 | $5,830.00 |
| | TOTAL HOURS | 225.7 | |
| | TOTAL FEES | | $64,540.50 |
| | Payable per Order (80%) | | $51,632.40 |
| | Disbursements (100%) | | $7,669.98 |
| | TOTAL NOW PAYABLE | | $59,302.38 |

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
|---|---|---|---|---|
| AUBURN FOUNDRY | | | | |
| Counsel List | | | | |
| Beckwith, L. D. | Partner | $330.00 | 10.6 | $3,498.00 |
| Bennett, D. P. | Partner | $375.00 | 0.3 | $112.50 |
| Burns, J. R. | Partner | $355.00 | 77.7 | $27,583.50 |
| Claffey, S. A. | Partner | $390.00 | 25.3 | $9,867.00 |
| Dale, G. N. | Partner | $305.00 | 0.6 | $183.00 |
| Powers, D. D. | Partner | $270.00 | 11.5 | $3,105.00 |
| Purcell, J. W. | Partner | $390.00 | 2.2 | $858.00 |
| McGrath, M.F. | Of Counsel | $305.00 | 4.7 | $1,433.50 |
| Hinshaw, D. L. | Of Counsel | $265.00 | 0.1 | $26.50 |
| Heck, J. R. | Associate | $215.00 | 0.7 | $150.50 |
| Lemert, M.M. | Associate | $220.00 | 9.7 | $2,134.00 |
| Taylor, D. W. | Associate | $140.00 | 9.8 | $1,372.00 |
| Werling, M. A. | Associate | $220.00 | 55.8 | $12,276.00 |
| Faulkner, J. L. | Paralegal | $130.00 | 7.5 | $975.00 |
| McMeen, D. S. | Paralegal | $105.00 | 9.2 | $966.00 |
| | | | 225.7 | $64,540.50 |

**AUBURN FOUNDRY**

**Counsel List**

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | TOTAL |
|------|-------|-------------|----|----|----|----|----|----|----|-------|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | | |
| Beckwith, L.D. | Partner | $330.00 | | | | 10.6 | | | 10.6 | $3,498.00 |
| Bennett, D.P. | Partner | $375.00 | 0.3 | | | | | | 0.3 | $112.50 |
| Burns, J.R. | Partner | $355.00 | 18 | 11.5 | 1.6 | 0 | 33.4 | 13.2 | 77.7 | $27,583.50 |
| Claffey, S.A. | Partner | $390.00 | 1.6 | 1.9 | | 0.9 | 20.9 | 0.0 | 25.3 | $9,867.00 |
| Dale, G.N. | Partner | $305.00 | | | | | 0.6 | | 0.6 | $183.00 |
| Powers, D.D. | Partner | $270.00 | | | 4.4 | 0.4 | 6.7 | | 11.5 | $3,105.00 |
| Purcell, J.W. | Partner | $390.00 | | | 2.2 | | | | 2.2 | $858.00 |
| McGrath, M.F. | Of Counsel | $305.00 | | | | 4.7 | | | 4.7 | $1,433.50 |
| Hinshaw, D.L. | Partner | $265.00 | | | 0.1 | | | | 0.1 | $26.50 |
| Heck, J.R. | Associate | $215.00 | | | | | 0.7 | | 0.7 | $150.50 |
| Lemert, M.M. | Associate | $220.00 | | | 9.7 | | | | 9.7 | $2,134.00 |
| Taylor, D.W. | Associate | $140.00 | 9.8 | | | | | | 9.8 | $1,372.00 |
| Wering, M.A. | Associate | $220.00 | 17.4 | 11.8 | 1.0 | 0.3 | 20.1 | 5.2 | 55.8 | $12,276.00 |
| Faulkner, J.L. | Paralegal | $130.00 | 7.5 | | | | | | 7.5 | $975.00 |
| McMeen, D.S. | Paralegal | $105.00 | 9.2 | | | | 0.0 | | 9.2 | $966.00 |
| | | | 63.8 | 25.2 | 19.0 | 16.9 | 82.4 | 18.4 | 225.7 | $64,540.50 |

Page 1 of 1

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

September 21, 2004
Invoice Number 1191381

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
August 31, 2004 and not reflected on a prior bill:

0000001    General Services

| | | |
|---|---:|---:|
| Total Services............................$ | 258.50 | |
| Total Disbursements..................$ | 365.94 | |
| Total This Matter...................................................$ | | 624.44 |
| Total This Invoice............................................................$ | | 624.44 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

### BAKER & DANIELS
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  August 31, 2004
Invoice Number  1191381

0080031    Auburn Foundry, Inc.
0000001    General Services

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/06/04 | Review security plan regulations; conference with D. Powers regarding same | JRH | .40 | 86.00 |
| 08/13/04 | Telephone conference with Dennis Maude regarding security plan | JRH | .30 | 64.50 |
| 08/16/04 | Telephone conference D. Maude re hazardous materials regulations; telephone conference J. Heck re same | DDP | .40 | 108.00 |
| | Total Services............................................................Hours | | 1.10 | 258.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 08/17/04 | Travel/Lodging - - Vendor: Stephen A. Claffey Travel expenses in Chicago, IL | 342.60 |
| | Total For  Travel/Lodging | 342.60 |
| 08/06/04 | Caller: N/A :  260 925-0900 | 1.97 |
| 08/09/04 | Caller: N/A :  260 925-0900 | 1.31 |
| 08/10/04 | Caller: N/A :  260 423-9551 | 0.71 |
| 08/13/04 | Caller: N/A :  260 925-0900 | 2.47 |
| 08/13/04 | Caller: N/A :  260 925-0900 | 3.93 |
| 08/13/04 | Caller: N/A :  260 925-0900 | 0.38 |
| 08/26/04 | Caller: N/A :  260 925-0900 | 0.53 |
| 08/26/04 | Caller: N/A :  260 925-0900 | 3.50 |
| 08/27/04 | Caller: N/A :  260 925-0900 | 0.93 |
| | Total For  Long Distance Telephone | 15.73 |
| 08/31/04 | Postage/Air/Express Delivery | 4.76 |
| | Total For  Postage/Air/Express Delivery | 4.76 |

## BAKER & DANIELS

| 08/27/04 | Telecopy | 2.85 |
| | Total For Telecopy | 2.85 |

Total Disbursements..................................................................................................$ 365.94

Total Services And Disbursements..................................................................................$ 624.44

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

September 21, 2004
Invoice Number 1191382

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
August 31, 2004 and not reflected on a prior bill:

0000060   IDEM

| | | |
|---|---:|---:|
| Total Services............................$ | 4,931.50 | |
| Total Disbursements...................$ | 0.00 | |
| Total This Matter.......................................................$ | | 4,931.50 |
| Total This Invoice.................................................................$ | | 4,931.50 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  August 31, 2004
Invoice Number  1191382

0080031    Auburn Foundry, Inc.
0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 08/05/04 | Conference S. Claffey regarding insurance issue | LDB | .10 | 33.00 |
| 08/09/04 | Telephone conference with T. Rarick regarding hybrid method 39 testing, Agreed Order and IDEM meeting | MFM | .30 | 91.50 |
| 08/10/04 | Email to IDEM regarding meeting schedule | MFM | .10 | 30.50 |
| 08/11/04 | Begin memorandum regarding insurance claim for Type II landfill | LDB | 1.00 | 330.00 |
| 08/12/04 | Review cases; prepare memorandum regarding insurance claim for Type II landfill | LDB | 6.50 | 2,145.00 |
| 08/13/04 | Work on memorandum regarding insurance claim for Type II landfill; revise, send to Claffey | LDB | 3.00 | 990.00 |
| 08/17/04 | Confirm meeting; telephone conference with T. Rarick | MFM | .20 | 61.00 |
| 08/19/04 | Participate in meeting with IDEM and follow up meeting with client on air permit issues | MFM | 3.40 | 1,037.00 |
| 08/20/04 | Review meeting notes and consider next steps | MFM | .50 | 152.50 |
| 08/24/04 | Telephone call from IDEM regarding letter of credit and telephone call to D. Maude regarding same | MFM | .20 | 61.00 |
| | Total Services............................................................... Hours | | 15.30 | 4,931.50 |
| | Total Services And Disbursements..........................................................$ | | | 4,931.50 |

### BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

September 21, 2004
Invoice Number 1191389

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
August 31, 2004 and not reflected on a prior bill:

0004428   Moore, Kathy J.

| | | |
|---|---:|---:|
| Total Services............................$ | 1,408.00 | |
| Total Disbursements..................$ | 1.05 | |
| Total This Matter....................................$ | | 1,409.05 |
| Total This Invoice............................................................................$ | | 1,409.05 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

# BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

As Of August 31, 2004
Invoice Number 1191389

0080031   Auburn Foundry, Inc.
0004428   Moore, Kathy J.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/11/04 | Receipt and review of EEOC charge of discrimination; conference re effect of bankruptcy petition on charge; phone conference with T. Eastom re position statement | MML | 1.20 | 264.00 |
| 08/12/04 | Conference with T. Eastom re EEOC charge; receipt and review of Eastom's notes re meeting with Complainant; prepare entry of appearance and answer to charge | MML | 2.00 | 440.00 |
| 08/16/04 | Phone conference with T. Eastom re medical and personnel files | MML | .20 | 44.00 |
| 08/17/04 | Receipt and review of personnel file and medical file; receipt of email from L. Wenino re medical claim and review; phone conference re worker's compensation settlement and enforceability of same | MML | 2.60 | 572.00 |
| 08/18/04 | Phone conference with L. Wenino re worker's compensation issues and results of research into binding nature of worker's compensation settlements and strategies in handling Moore claim | MML | .40 | 88.00 |
| | Total Services................................................................................ Hours | | 6.40 | 1,408.00 |
| | COPYING COSTS | | | 1.05 |
| | Total Disbursements.........................................................................$ | | | 1.05 |
| | Total Services And Disbursements.................................................$ | | | 1,409.05 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

September 21, 2004
Invoice Number 1191385

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
August 31, 2004 and not reflected on a prior bill:

0004398   Franklins (Federal)

|  |  |  |
|---|---|---|
| Total Services............................$ | 162.00 | |
| Total Disbursements...................$ | 0.35 | |
| Total This Matter.......................................................S | | 162.35 |
| Total This Invoice................................................................S | | 162.35 |

### BAKER & DANIELS
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  August 31, 2004
Invoice Number  1191385

0080031    Auburn Foundry, Inc.
0004398    Franklins (Federal)

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 08/26/04 | Telephone conference R. Moreland re motion to file supplemental complaint | DDP | .30 | 81.00 |
| 08/27/04 | Office conference re motion to file supplemental complaint | DDP | .30 | 81.00 |
| | Total Services..............................................................................Hours | | 0.60 | 162.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 01/12/04 | Computerized Research  PACER | | | 0.35 |
| | Total For  Computerized Research - Other | | | 0.35 |

Total Disbursements...............................................................................$                    0.35

Total Services And Disbursements........................................................$                  162.35

### BAKER & DANIELS
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

September 21, 2004
Invoice Number 1191383

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.0. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
August 31, 2004 and not reflected on a prior bill:

0004396   Employee Benefits

|  |  |  |
|---|---|---|
| Total Services.............................$ | 1,991.50 | |
| Total Disbursements..................$ | 0.00 | |
| Total This Matter.......................................$ | | 1,991.50 |

Total This Invoice...............................................................$       1,991.50

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  August 31, 2004
Invoice Number  1191383

0080031    Auburn Foundry, Inc.
0004396    Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/09/04 | Telephone conference D. Maude re union negotiations and related pension/401(k) issues; conduct research re same | DDP | .40 | 108.00 |
| 08/13/04 | Conference with D.D. Powers regarding withdrawal liability issues; check union website, other withdrawal liability sources regarding plan's funding status | JWP | 1.10 | 429.00 |
| 08/16/04 | Telephone conference D. Maude re proposed revisions to union retirement plan structure; telephone conference J. Purcell re same | DDP | .90 | 243.00 |
| 08/18/04 | Office conference M. Werling re status of plan as it relates to proposed restructuring of retirement plans | DDP | .50 | 135.00 |
| 08/27/04 | Telephone conference D. Maude re GMP pension plan issues and reconfiguration of salaried retirement plans; analyze salaried 401(k) plan re employer contribution options; office conference M. Werling and J. Burns re same | DDP | 2.30 | 621.00 |
| 08/30/04 | Discuss funding issues with D.D. Powers | DLH | .10 | 26.50 |
| 08/30/04 | Conference with D.D. Powers; telephone call with D. Maude regarding withdrawal liability issues | JWP | 1.10 | 429.00 |
| | Total Services............................................................Hours | | 6.40 | 1,991.50 |
| | Total Services And Disbursements.........................................$ | | | 1,991.50 |

### BAKER & DANIELS
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

October 12, 2004
Invoice Number 1195822

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through August 31, 2004 and not reflected on a prior bill:

0004423   Intermittent Work Stoppage ULPC

| | |
|---|---|
| Total Services.............................$ | 44.00 |
| Total Disbursements...................$ | 3.85 |

Total This Matter......................................................S       47.85

Total This Invoice..............................................................$       47.85

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

# BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

As Of August 31, 2004
Invoice Number  1195822

0080031    Auburn Foundry, Inc.
0004423    Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|---|
| 08/16/04 | Receipt of letter from AAA re Arbitrator award deadline; email to T. Eastom re same | MML | .20 | |
| | Total Services................................................................................. Hours | | 0.20 | 44.00 |

| Date | Disbursements | | | Total |
|------|---------------|---|---|-------|
| 08/31/04 | Postage/Air/Express Delivery | | | 3.85 |
| | Total For  Postage/Air/Express Delivery | | | 3.85 |

| | | | | |
|---|---|---|---|---|
| | Total Disbursements................................................................................S | | | 3.85 |
| | Total Services And Disbursements................................................................S | | | 47.85 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

October 12, 2004
Invoice Number 1195816

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
August 31, 2004 and not reflected on a prior bill:

0000100   Employment Matters

| | | |
|---|---|---|
| Total Services.............................$ | 682.00 | |
| Total Disbursements..................$ | 3.75 | |
| Total This Matter....................................$ | | 685.75 |

Total This Invoice..............................................................................$        685.75

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of  August 31, 2004
Invoice Number  1195816

0080031   Auburn Foundry, Inc.
0000100   Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/20/04 | Phone conference with Deb re discharge of employee convicted of drug paraphernalia possession | MML | .20 | 44.00 |
| 08/24/04 | Receipt of email from T. Eastom re conviction and conditional discharge record; research drug laws re infractions and possession of drug paraphernalia; phone conference with T. Eastom; receipt of letter from employee's attorney re guilty plea | MML | 1.40 | 308.00 |
| 08/25/04 | Review of emails re status of infraction as a conviction; phone conference with T. Eastom re infraction as conviction issue | MML | .20 | 44.00 |
| 08/27/04 | Receipt of email and form from L. Wenino re Moore worker's compensation settlement; phone conference with client re medical claims and claims decision | MML | 1.30 | 286.00 |
| | Total Services...............................................................................Hours | | 3.10 | 682.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 08/24/04 | Telecopy | 2.85 |
| | Total For  Telecopy | 2.85 |
| | COPYING COSTS | 0.90 |
| | Total Disbursements.....................................................................................$ | 3.75 |
| | Total Services And Disbursements....................................................................$ | 685.75 |

# BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

October 12, 2004
Invoice Number 1195814

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
August 31, 2004 and not reflected on a prior bill:

0004426   Chapter 11

|  |  |  |
|---|---|---|
| Total Services.............................$ | 55,063.00 | |
| Total Disbursements...................$ | 7,269.96 | |
| Total This Matter.......................................$ | | 62,332.96 |
| Total This Invoice...........................................................................$ | | 62,332.96 |

## BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

As Of  August 31, 2004
Invoice Number  1195814

0080031    Auburn Foundry, Inc.
0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 08/01/04 | Summarize open steps for plan confirmation | MAW | .40 | 88.00 |
| 08/02/04 | Consider needs for further extension of exclusivity period, legal research in support of same (1.2); e-mail J. Burns recommendation re same (.1); office conference with J. Burns re plan status issues (.1); review June monthly operating report (.1); review recent case filings on docket (.1) | MAW | 1.60 | 352.00 |
| 08/02/04 | Review MOR (.2); consideration of and work on exclusivity issue (.4) | JRB | .60 | 213.00 |
| 08/02/04 | Review and prepare for filing of June MORS, then file same | DSM | 1.00 | 105.00 |
| 08/03/04 | Telephone conference with IDEM, office conference with D. Powers re same (.3); analyze service list issues prior to plan balloting, office conferences with paralegal re same (1.2) | MAW | 1.50 | 330.00 |
| 08/03/04 | Review of workman's comp information | DSM | .20 | 21.00 |
| 08/03/04 | Review and consider correspondence from Creditors' Committee counsel regarding Plan issues (.3); respond to H. Efroymson regarding Plan issues (.2) | JRB | .50 | 177.50 |
| 08/04/04 | Confer with Dennis Maude regarding BBK conflict with calculation of collateral availability and regarding Union's preliminary okay of adjustments of Collective Bargaining Agreement (.6); telephone call to Jerry Ancel regarding capital contribution commitment demand of senior lenders (.3) | SAC | .90 | 351.00 |
| 08/04/04 | Telephone call with Denise regarding U.S. International Trade Commission correspondence (.2); review letter from USITC and consideration of obligation to respond (.4) | JRB | .60 | 213.00 |
| 08/04/04 | Telephone call with D. Maude regarding proposal from bank and consideration of issues raised by same | JRB | .80 | 284.00 |
| 08/04/04 | Work on Plan revision issues in light of bank and creditor committee concerns | JRB | .80 | 284.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/05/04 | E-mails regarding single lender demand for additional assurances and standby capital contribution agreement and for additional assurances of funding for extension of the cash collateral use period (.4); participate in Board of Directors Meeting (1.0); confer with Lew Beckwith regarding status of investigation of potential claims against insurers for environmental contamination of sand landfill (.2) | SAC | 1.60 | 624.00 |
| 08/05/04 | Consideration of DIP loan extension issues (.4); correspondence to D. Maude regarding same (.2); correspondence from H. Efroymson and follow-up regarding same (.3); exchange correspondence with D. Maude regarding DS hearing and related issues (.3) | JRB | 1.20 | 426.00 |
| 08/05/04 | Worked on IOSHA fines and scheduling of debt and making infrastructure costs part of bankruptcy plan | GND | .40 | 122.00 |
| 08/05/04 | Review recent orders re exclusivity, disclosure statement hearing, continue to examine next steps re outer limit on exclusivity, e-mail J. Burns re same (.8); telephone conference with D. Maude re next steps in case (.2); office conference re IOSHA issues (.3) | MAW | 1.30 | 286.00 |
| 08/06/04 | Follow-up regarding IDEM issue (.3); correspondence with D. Maude regarding GM set-offs and consider issues raised (.4) | JRB | .70 | 248.50 |
| 08/06/04 | Review creditor's matrix re omitted creditors | JLF | .70 | N/C |
| 08/06/04 | Office conference with paralegal re notice and service issues (.1); review miscellaneous case e-mail (.1); review IDEM claims, e-mail J. Burns summary re same (.4); review and assess UST correspondence re operating reports (.2) | MAW | .80 | 176.00 |
| 08/06/04 | Voicemail from/to D. Powers; telephone call with D. Powers regarding adding air quality equipment/infrastructure to bankruptcy reorganization plan; e-mail to S.A. Claffey | GND | .20 | 61.00 |
| 08/09/04 | Telephone conference D. Maude re new EEOC charge | DDP | .20 | 54.00 |
| 08/09/04 | Compare service list and creditors' matrix re omitted creditors; create master list | JLF | 3.40 | 442.00 |
| 08/09/04 | Lengthy conference with Jerry Ancel, John Burns, Dennis Maude regarding senior lenders' points and issues and adjustments to be made to proposed Plan of Reorganization to accommodate requirements and demands of senior lenders, and with respect to appropriate responses to points and concerns being raised by Creditors Committee (1.5) | SAC | 1.50 | 585.00 |
| 08/09/04 | Update claims register (1.2); telephone call regarding returned mail (.4); check order setting DS hearing (.1) | DSM | 1.70 | 178.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/09/04 | Prepare for and participate in conference call with D. Maude and J. Ancel regarding Plan issues and strategy | JRB | 1.40 | 497.00 |
| 08/09/04 | Work on Plan and Disclosure Statement issues | JRB | 1.20 | 426.00 |
| 08/09/04 | Continue review and assessment of IDEM claims (.8); e-mail J. Burns summary re same; consider service needs for disclosure statement hearing order (.1); review insurance financing order and e-mail D. Maude re same (.1) | MAW | 1.00 | 220.00 |
| 08/10/04 | Exchange correspondence with H. Efroymson regarding going concern value issues (.3); consideration of issues raised and options for resolving (.8) | JRB | 1.10 | 390.50 |
| 08/10/04 | Telephone conference with Acordia re premium financing order, follow-up e-mail re same (.2); send copies of plan, disclosure statement with cover letters to requesting parties (.2); consider notice/service needs based on disclosure statement hearing order (.2); work on amended creditor list re same, effect of same based on bar dates (.4); office conference with D. Taylor re foundry questionnaire, review cover letter re same (.2); research best means of including additional claims, extending bar date for same, begin outline of motion for supplemental bar date re same (2.7); review research findings on Trade Commission request and e-mail J. Burns recommendation re same (.6); review equipment lease pleadings from NMHG, forward same to D. Maude (.3) | MAW | 4.80 | 1,056.00 |
| 08/10/04 | Legal research and draft memo re US International Trade Commission mandatory questionnaire of Foundry companies with more than 50 employees | DWT | 5.00 | 700.00 |
| 08/10/04 | Prepare for Creditors' Committee meeting | JRB | .50 | 177.50 |
| 08/11/04 | Consideration of EEOC claim issue (.3); telephone call with D. Maude regarding Creditors' Committee fee request and status (.3); consideration of going concern issues (.6); review and send additional financial documents to H. Efroymson(.4) | JRB | 1.60 | 568.00 |
| 08/11/04 | Respond to additional requests for plan, disclosure statement (.1); continue work on pleadings for late-filed claims, legal research in support of same (2.0) | MAW | 2.10 | 462.00 |
| 08/12/04 | Research/analyze file re service and amended creditor matrix | JLF | 3.70 | 481.00 |
| 08/12/04 | Pre-meetings with Dennis Maude and John Burns to prepare for presentation to Creditors Committee and to resolve numerous issues related to finalization of Plan adjustments (1.5); participate in meeting with Creditors Committee representatives and counsel to resolve Creditors Committee issues and concerns respecting proposed Plan (3.0); post- | SAC | 5.00 | 1,950.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | meeting with Dennis Maude and Tom Woehlke to develop action plan to resolve Creditors Committee concerns and objections (.5) | | | |
| 08/12/04 | Prepare for and meeting with Creditors' Committee and counsel | JRB | 11.00 | 3,905.00 |
| 08/12/04 | Work on and file pleadings for extension of outer exclusivity limit, e-mail bank counsel re same, telephone conference with bank counsel re same (.8); follow-up office conferences re notice and service issues (.2); examine interim fee application (.1); e-mail to, from J. Burns re Committee request to engage KPMG (.1); work on Objection to KPMG Application (.4); review notice issues re same and e-mail summary to J. Burns (.3); send out plan copies to additional requesting creditors (.1); review miscellaneous pleadings and case correspondence (.2) | MAW | 2.20 | 484.00 |
| 08/12/04 | Update claims register | DSM | .20 | 21.00 |
| 08/13/04 | Correspondence from and respond to H. Efroymson regarding going concern issues (.4); consideration of options for obtaining going concern valuation of Auburn Foundry (.4) | JRB | .80 | 284.00 |
| 08/13/04 | Update claims register and labels | DSM | .60 | 63.00 |
| 08/13/04 | Add additional creditors to amended matrix | JLF | .40 | 52.00 |
| 08/13/04 | Prepare for meeting in Chicago with Senior Lenders | JRB | .50 | 177.50 |
| 08/13/04 | Work on amendments to operating reports in response to UST request re same (.5); telephone conference with UST analyst re same, e-mail client re same (.2); re plan, follow-up work on master document reflecting Bank changes made and rejected, changes from last unfiled version to filed plan (2.2); respond to additional requests for copies of plan (.1); review and assess lease assumption or rejection pleadings (.2); telephone conference with City of Auburn counsel re utility deposits, plan issues (.3); update J. Burns via e-mail re same (.1); review related e-mail re Committee issues, KPMG retention (.1); follow-up office conferences re notice and service issues (.2); review miscellaneous case correspondence (.2) | MAW | 4.00 | 880.00 |
| 08/14/04 | Prepare for meeting with Senior Lenders | JRB | 1.20 | 426.00 |
| 08/15/04 | Work on Plan and DS in preparation for meeting with Senior Lenders | JRB | .70 | 248.50 |
| 08/16/04 | Update claims register | DSM | .20 | 21.00 |
| 08/16/04 | Prepare for Chicago meeting, including assembly of documents and review of issues remaining open with senior | SAC | 5.00 | 1,950.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | lenders (.7); review e-mails from Dennis Maude regarding open issues and regarding changes in Plan proformas as a result of changes in performance in July 2004 (.3); review Lew Beckwith memo respecting potential entitlement of Auburn Foundry to obtain indemnification from its liability insurers for contamination of County Road 48 Landfill (.5); travel to Chicago and participate in meeting with Dennis Maude, Tom Woehlke and Jerald Ancel in preparation for senior lender negotiations and in preparation for negotiations with Creditors Committee and to address open issues related to other priority claims (3.5) | | | |
| 08/16/04 | Prepare for meeting with Senior Lenders regarding Plan | JRB | .70 | 248.50 |
| 08/16/04 | Work on Creditor Committee issues | JRB | .40 | 142.00 |
| 08/16/04 | Conference with D. Maude and T. Woelhke in preparation for Senior Lender negotiations | JRB | 2.50 | 887.50 |
| 08/16/04 | Finalize master red-line version of plan for Bank meeting (.5); follow-up e-mail, telephone conference with D. Maude re same (.1); check docket for recent case filings (.1); continue work on objections to NHMG lease motion, KPMG employment application (.6) | MAW | 1.30 | 286.00 |
| 08/16/04 | Conference with J. Ancel, T. Woelhke, S. Claffey and D. Maude in preparation for Senior Lender meeting and Creditor Committee | JRB | 1.70 | 603.50 |
| 08/17/04 | Meeting with Senior Lenders and their counsel at Heller's office regarding Plan and cash use regarding | JRB | 4.50 | 1,597.50 |
| 08/17/04 | Participate in pre-meeting with Jerald Ancel, Tom Woehlke, Dennis Maude and John Burns (2.0); travel to Latham & Watkins offices and participate in lengthy meeting and negotiations with senior lenders and their counsel (3.8); travel to Indianapolis, with discussions throughout travel with Jerald Ancel respecting numerous open issues, strategies, options and negotiating points to be resolved in connection with ongoing negotiations with senior lenders, Creditors Committee and other creditors, including IDEM (3.0) | SAC | 8.80 | 3,432.00 |
| 08/17/04 | Research regarding avoiding penalty for underpayment of estimated tax | DPB | .30 | 112.50 |
| 08/17/04 | Review preference information spreadsheet | DSM | .30 | 31.50 |
| 08/17/04 | Conference with D. Maude and T. Woehlke regarding Creditor Committee issues and possible Plan changes | JRB | 2.40 | 852.00 |
| 08/17/04 | Continue meeting with Senior Lenders regarding Plan and cash use issues | JRB | 1.00 | 355.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/17/04 | Review status of Senior Lender adequate protection motion, e-mail to, from J. Burns re same (.3); review miscellaneous case correspondence (.1); re Bank meeting, e-mail to and from co-counsel re preference detail, Creditors Committee composition, telephone conferences re same, work on approximate preference analysis for same (1.4); continue work on objections on NHMG, KPMG motions and research in support of same (1.3); office conference with D. Powers re IDEM, pension issues (.3); office conference with J. Burns re results of bank conference (.1) | MAW | 3.50 | 770.00 |
| 08/17/04 | Prepare for meeting with Senior Lenders and their counsel regarding Plan issues | JRB | 1.30 | 461.50 |
| 08/18/04 | Review and respond to e-mails from Dennis Maude respecting Plan issues (.3) | SAC | .30 | 117.00 |
| 08/18/04 | Legal research re basis for objection to Creditor Committee request to appoint accounting firm and court's discretion to determine the same | DWT | 4.80 | 672.00 |
| 08/18/04 | Finalize objections to KPMG, NHMG motions, legal research in support of same (2.2); office conference with J. Burns, e-mail re same; office conferences with D. Taylor re findings on same (.2) | MAW | 2.40 | 528.00 |
| 08/18/04 | Consideration of and work on response to Creditor Committee concerns with Plan (.7); work on PBGC issues (.5); work on objection to KPMG retention motion (.7); work on revised Plan language and on DS revisions (.8) | JRB | 2.70 | 958.50 |
| 08/18/04 | Further work on alternate Plan/DS provisions | JRB | .70 | 248.50 |
| 08/19/04 | Work on DS revisions and consideration of Creditor Committee concerns regarding DS | JRB | .70 | 248.50 |
| 08/19/04 | Work on preference issues and analysis | JRB | .90 | 319.50 |
| 08/19/04 | Assist in compilation of exhibits for filing | DSM | .20 | 21.00 |
| 08/19/04 | Review KPMG proposal to Creditor Committee and consider use of KPMG | JRB | .40 | 142.00 |
| 08/19/04 | Review revised financials and consider implications for Plan confirmation (.5); consideration of preference recovery issues and potential targets (.6); telephone call with B. Rogers regarding PBGC response to DS (.3); consider PBGC issues and means to resolve (.5) | JRB | 1.90 | 674.50 |
| 08/20/04 | Consider several bankruptcy issues related to Auburn Foundry Plan (such issues being raised at the Sig Beck Bankruptcy Roundtable Seminar) and confer with John Burns regarding | SAC | .60 | 234.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | same (.6) | | | |
| 08/20/04 | Consideration of Creditor Committee proposal to hire KPMG (.4); correspondence among D. Heller and H. Efroymson regarding Creditor Committee issues (.3) | JRB | .70 | 248.50 |
| 08/20/04 | Re plan, review assumptions concerning workers' compensation and insurance coverage (.4), pensions (.4), absolute priority rule issues (.4); office conferences re service list issues (.3); review miscellaneous admnistrative matters, including status of reclamation claims (.2); work on 3017 notice (.1) | MAW | 1.80 | 396.00 |
| 08/21/04 | Telephone call with T. Woehlke regarding acceptance of company proposal by union (.2); correspondence to S. Claffey regarding same (.10) | JRB | .30 | 106.50 |
| 08/21/04 | Worked on claim preservation issues in plan including review plan terms re same | MAW | .30 | 66.00 |
| 08/23/04 | Categorize time entries for itemized statement | DSM | 2.40 | 252.00 |
| 08/23/04 | Work on conflict counsel issues | JRB | .60 | 213.00 |
| 08/23/04 | Work on revised projections and plan issues | JRB | .80 | 284.00 |
| 08/23/04 | Prepare for and extended telephone call with D. Maude and J. Ancel regarding financial performance and estimates relevant to emergency and bridge to confirmation | JRB | 1.40 | 497.00 |
| 08/23/04 | Work on Inteirm Fee Application | JRB | .40 | 142.00 |
| 08/24/04 | Work on KPMG retention issue and Creditor Committee responses to DS | JRB | .90 | 319.50 |
| 08/24/04 | Finalize review of amended service list and ensure proper service of exclusivity motion (.4); assess needs for hearing on NHMG matter (.2); telephone conference with NHMG counsel re same (.2); office conference re conflicts counsel issues (.1) | MAW | .90 | 198.00 |
| 08/24/04 | Work on July itemized statement (1.4) | DSM | 1.40 | 147.00 |
| 08/24/04 | Work on issues for conflict counsel | JRB | .70 | 248.50 |
| 08/24/04 | Follow-up regarding environmental claims in DS and Plan | JRB | .60 | 213.00 |
| 08/25/04 | Telephone call with D. Maude regarding Creditor Committee request to retain KPMG and negotiations regarding same (.3); follow-up regarding issues raised (.2) | JRB | .50 | 177.50 |
| 08/25/04 | Follow-up regarding forklift lease issues | JRB | .40 | 142.00 |
| 08/25/04 | Exchange multiple emails with D. Heller and D. Maude regarding Creditor Committee request for retention of KPMG | JRB | .40 | 142.00 |
| 08/25/04 | Telephone call with B. Rogers of PBGC regarding issues | JRB | .70 | 248.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | presented in fax detailing PBGC concerns (.3); review issues regarding PBGC (.4) | | | |
| 08/25/04 | Consideration and compilation of initial matters for referral to conflicts counsel | JRB | 1.20 | 426.00 |
| 08/25/04 | Work on conflict counsel issues | JRB | .40 | 142.00 |
| 08/25/04 | Telephone conference with D. Maude re forklift, IDEM issues (.3); prepare for and attend hearing on forklift motion (.4); review and assess PBGC insertions for plan, disclosure statement (.3); continue extensive work on extension of cash use agreement, assessment of needs and proper procedure for modification of final order (3.2); e-mail J. Burns re recent court practice in plan confirmation hearings (.2); office conference wtih J. Burns re conflicts counsel issues (.2); review potential conflicts matter and e-mail J. Burns summary re same (.4); continue attention to claim preservation language in plan (.3) | MAW | 5.30 | 1,166.00 |
| 08/25/04 | Work on lease rejection issue | JRB | .40 | 142.00 |
| 08/26/04 | Confer with Lew Beckwith regarding green light by Auburn Foundry to proceed with litigation against general liability insurers for IDEM environmental claims (.2); conference with John Burns regarding claims carve out and exclusion of final resolution of affirmative claims held by debtor against third parties (.3); participate in Board meeting (.3) | SAC | .80 | 312.00 |
| 08/26/04 | Telephone call with D. Heller regarding Creditor Committee request to retain KPMG and related issues (.3); follow-up regarding Creditor Committee issues and consideration of proposal for valuation (.9) | JRB | 1.20 | 426.00 |
| 08/26/04 | Telephone call with H. Efroymson regarding liquidation analysis issue and retention of KPMG (.2); follow-up regarding issues raised (.2) | JRB | .40 | 142.00 |
| 08/26/04 | Review status of operations and financial reports regarding same (.4); review press release and consideration of same (.2); further work on Creditor Committee request to retain KPMG (.3) | JRB | .90 | 319.50 |
| 08/26/04 | Prepare for and participate in Board meeting | JRB | 1.20 | 426.00 |
| 08/26/04 | Continue work on conflict counsel issues | JRB | .50 | 177.50 |
| 08/26/04 | Consideration of PBGC issues raised by B. Rogers and consideration of DS language alternatives | JRB | .70 | 248.50 |
| 08/26/04 | Finalize itemized statement for July | DSM | 1.00 | 105.00 |
| 08/26/04 | Finalize fee application for filing (.2); continue extensive work | MAW | 4.30 | 946.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | on cash use extension addendum, pleadings with emphasis on ensuring proper procedure interim, final relief extending from an existing final order (3.5); review case e-mail re conflicts counsel, disclosure statement issues (.2); office conference re operating reports, e-mail D. Maude re same (.1); follow-up review re support for IDEM claims, basis for $20 million claims (.3) | | | |
| 08/26/04 | Work on referral to conflicts counsel | JRB | .60 | 213.00 |
| 08/27/04 | Respond to inquiry from H. Efroymson regarding interim fee application | JRB | .40 | 142.00 |
| 08/27/04 | Work on extension of cash use and correspondence to D. Heller regarding same | JRB | 1.20 | 426.00 |
| 08/27/04 | Office conference with D. Powers re union, multi-employer plan participation, potential reference in disclosure statement to same; review service and notice of fee application in response to committee question re same, office conferences re same, assess need for amended filing (1.0); return to analysis of committee concerns and finalize analysis re same prior to submission of revised disclosure statement (3.0) | MAW | 4.00 | 880.00 |
| 08/27/04 | Work on interim fee application | JRB | .30 | 106.50 |
| 08/27/04 | Review and consider correspondence from D. Heller regarding KPMG (.2); review correspondence from D. Maude regarding BofA and consideration of issues raised (.4) | JRB | .60 | 213.00 |
| 08/27/04 | Correspondence from J. Ancel regarding KPMG and follow-up regarding same | JRB | .20 | 71.00 |
| 08/27/04 | Review and consideration of IDEM claim | JRB | .50 | 177.50 |
| 08/27/04 | Consideration of issues raised by H. Efroymson is latest response re retaining KPMG and responding to same | JRB | .50 | 177.50 |
| 08/27/04 | Review email from C. Reckler suggesting cash use extension until 11/15/04 (.2); consideration of issues and begin work on revised documents (.4); exchange correspondence regarding extension of cash use (.4) | JRB | 1.00 | 355.00 |
| 08/29/04 | Correspondence to C. Reckler regarding cash use extension and work on same | JRB | .40 | 142.00 |
| 08/30/04 | Multiple exchange of correspondence with bank counsel regarding cash use issues | JRB | .50 | 177.50 |
| 08/30/04 | Review PPGC e-mail demanding required language in Disclosure Statement and Plan of Reorganization and consider same (.2); numerous e-mails respecting extension of cash use stipulation and order and review of updated financial | SAC | .80 | 312.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | performance reports from Company and consider implication (.4); e-mails with Dennis Maude regarding possibility of obtaining an extension of the expiration date on the IDEM letters of credit (.2) | | | |
| 08/30/04 | Finalize work on extensions to cash use agreement, telephone conference with D. Maude, interoffice e-mail, office conferences re same, e-mail bank counsel re same (2.7); telephone conferences with PBGC counsel, interoffice e-mail, review proposals for inclusion in disclosure statement (1.2); begin examination of lien injunction issues raised by PBGC (.9); follow-up consideration of IRS waiver requirements re pension excise tax (.7); continue attention to potential for supplemental bar date, legal research in support of same (.8) | MAW | 6.30 | 1,386.00 |
| 08/30/04 | Consideration of disclosure statement revisions to reflect potential participation in GMP multiemployer pension plan; telephone conference D. Maude and J. Purcell re implications of AF participation in multiemployer plan; analyze proposed PBGC disclosure statement language; telephone conference B. Rogers re same | DDP | 3.30 | 891.00 |
| 08/30/04 | Work on cash use issues (.4). correspondence to C. Reckler regarding same (.3) | JRB | .70 | 248.50 |
| 08/30/04 | Consideration of Creditor Committee request to retain KPMG and possible alternatives (.3); review Filippell bio (.2); exchange correspondence regarding same (.2) | JRB | .70 | 248.50 |
| 08/30/04 | Consideration of PBGC proposed language regarding pension issues and potential response (.6); telephone call with D. Maude regarding pension issues and follow-up regarding same (.4); exchange correspondence with bank counsel regarding cash use issues (.3) | JRB | 1.30 | 461.50 |
| 08/30/04 | Telephone call with D. Maude regarding unsecured creditor issues (.3); consideration of distribution issues (.4); work on cash use extension (.5); telephone call with D. Heller regarding length of extension (.2) | JRB | 1.40 | 497.00 |
| 08/31/04 | Work on cash use extension issues | JRB | .80 | 284.00 |
| 08/31/04 | Telephone call with creditor Vericor regarding status of DS and potential recovery to unsecured creditors | JRB | .30 | 106.50 |
| 08/31/04 | Follow-up correspondence from C. Reckler regarding change in bank position and respond to same (.4); prepare for possible filing of emergency motion for use of cash collateral (.5); correspondence to D. Heller in effort to avoid filing emergency motion and reach agreement (.4) | JRB | 1.30 | 461.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/31/04 | Several exchanges of email correspondence regarding cash use extension and work on revisions to proposed agreement and order | JRB | 1.40 | 497.00 |
| 08/31/04 | Follow-up work on related extension of senior and junior DIP financing (.5); extensive e-mail, office conferences and follow-up with bank counsel to finalize Fourth Amendment and cash use stipulation (1.6); follow-up telephone conferences with PBGC, office conferences re PBGC inserts into plan and disclosure statement (.8); legal research re survivability of PBGC lien rights under stretch-out payment plan (1.2); follow-up office conferences with D. Powers re disclosure statement inserts on collective bargaining, related pension plan issues (.5); continue attention to IRS excise tax waivers for pension payments issues (.4); review case e-mail re Creditor Committee evaluation expert issues (.1); work on first amended plan and disclosure statement (.9) | MAW | 6.00 | 1,320.00 |
| 08/31/04 | Work on PBGC concerns regarding DS language regarding pensions and consideration of revisions to same | JRB | .60 | 213.00 |
| 08/31/04 | Continue telephone conference negotiations with B. Rogers re proposed PBGC language in disclosure statement; draft language for incorporation into disclosure statement re AF participation in GMP multiemployer plan; office conference re same | DDP | 2.90 | 783.00 |
| 08/31/04 | Correspondence from and respond to H. Efroymson regarding going concern valuation (.3); telephone call with D. Maude regarding going concern valuation issues (.2); follow-up correspondence to/from H. Efroymson regarding same (.2) | JRB | .70 | 248.50 |
| | Total Services............................................................................Hours | | 193.30 | 55,063.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 08/04/04 | Postage/Air/Express Delivery - - Vendor: United Parcel Service | 9.12 |
| 08/17/04 | Postage/Air/Express Delivery - - Vendor: United Parcel Service | 15.87 |
| Total For | Postage/Air/Express Delivery | 24.99 |
| 08/18/04 | Travel/Lodging - Overnight reservation in Chicago for meeting with Bank representatives the next day - Vendor: John R. Burns | 182.10 |
| Total For | Travel/Lodging | 182.10 |
| 08/17/04 | Computerized Research   Westlaw | 13.39 |

## BAKER & DANIELS

| | | | |
|---|---|---|---|
| 08/17/04 | Computerized Research   Westlaw | | 228.70 |
| Total For | Computerized Research | | 242.09 |
| | | | |
| 07/28/04 | Caller: N/A : 317 713-3500 | | 9.30 |
| 08/04/04 | Caller: N/A : 260 908-3930 | | 1.16 |
| 08/09/04 | Caller: N/A : 260 925-7943 | | 0.73 |
| 08/09/04 | Caller: N/A : 260 925-7943 | | 0.45 |
| 08/26/04 | Caller: N/A : 317 236-2100 | | 1.49 |
| Total For | Long Distance Telephone | | 13.13 |
| | | | |
| 08/13/04 | Telecopy | | 0.95 |
| Total For | Telecopy | | 0.95 |
| | | | |
| 08/23/04 | Tabs | | 3.00 |
| Total For | Tabs | | 3.00 |
| | | | |
| | COPYING COSTS | 4 | 6,803.70 |

Total Disbursements.................................................................................$    7,269.96

Total Services And Disbursements.....................................................$    62,332.96