UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    04-10427 |
| | ) | CHAPTER    11 |
| AUBURN FOUNDRY, INC. | ) | REG/mc |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

O R D E R

At Fort Wayne, Indiana, on October 12, 2004.

On August 26, 2004, Baker & Daniels filed an application for fees in the amount of $513,778.00 and expenses in the amount of $30,687.81, less any amounts previously paid. Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.

　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Oct 12, 2004
Case: 04-10427               Form ID: pdf004         Total Served: 1

The following entities were served by first class mail on Oct 14, 2004.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2004**                    **Signature:**   *Joseph Speetjens*