IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

AUBURN FOUNDRY, INC

Debtor.

Chapter 11

BK Case No. 04-10427

**JOINT MOTION PURSUANT TO RULE 4001(D)
TO APPROVE AGREED ORDER CONCERNING
CONTINUED USE OF CASH COLLATERAL**

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), and the Senior Lenders (collectively, the "Moving Parties"), by counsel, hereby jointly move the Court to approve an agreed order concerning continued use of cash collateral for a period to and including November 5, 2004, extendable by agreement of Moving Parties to and including December 31, 2004, (the "Motion") and in support thereof state as follows:

1. The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On or about February 10, 2004, the Moving Parties entered into an Interim Order for use of cash collateral. Thereafter, the Court entered an Amended Interim Order on February 17, 2004, a Second Interim Order dated March 25, 2004, and a Third Interim Order dated April 19, 2004, with a final hearing to be held on May 12, 2004.

3. On or about May 12, 2004, this Court entered a Final Order Approving Joint Motion Pursuant to Rule 4001(B) to Approve Agreement Concerning Use of Cash Collateral (the "Final Order").

FWIMAN1 358586v1

4. The Moving Parties have reached agreement on continued use of cash collateral, as evidenced by the Agreed Order Concerning Continued Use of Cash Collateral (the "Agreed Order") attached hereto as Exhibit A and incorporated herein by reference. The Agreed Order permits the Debtor to use cash collateral in accordance with the terms of the Final Order and the Cash Use Agreement (as the term "Cash Use Agreement" is defined in the Final Order), as amended by a Seventh Amendment thereto, for an additional period to and including November 5, 2004, extendable by agreement of the Moving Parties and AFI Lending, LLC, until December 31, 2004.

5. Pursuant to Rule 4001(d) and Local Rule B-2002-2(a)(2) and (b)(1)(B), the Moving Parties request that the Court approve the Motion following fifteen (15) days notice and an opportunity to object.

WHEREFORE, the Moving Parties respectfully request that the Court approve the Agreed Order, and for all other just and proper relief.

    BAKER & DANIELS

    By: /s/ John R Burns, III
        John R Burns, III (#3016-02)
        Mark A. Werling (#20426-02)
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802
        Telephone: (260) 424-8000
        Facsimile: (260) 460-1700

    ATTORNEYS FOR THE DEBTOR,
    AUBURN FOUNDRY, INC.


    SHIPLEY & ASSOCIATES

    By: /s/ Grant F. Shipley
        Grant F. Shipley
        233 West Baker Street
        Fort Wayne, Indiana 46802-3413

    ATTORNEYS FOR THE SENIOR LENDERS

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Joint Motion Pursuant to Rule 4001(d) to Approve Agreed Order Concerning Continued Use of Cash Collateral was served by electronic mail or by first-class United States mail, postage prepaid, this 22nd day of October, 2004, upon the following persons or counsel:

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161

Ellen L. Triebold
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
Auburn, IN 46706

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

| | |
|---|---|
| Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 | Marlene Reich<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 |
| Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |

/s/ John R Burns, III