IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION PURSUANT TO RULE 4001(C) TO CONTINUE AND EXTEND
FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, AND 364**

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), by counsel, hereby moves the Court for entry of an order (the "Order") authorizing it to continue and extend Post-Petition Financing (the "Post-Petition Financing Motion") in accordance with the terms of the Order and the Note, as amended and restated, attached hereto as Exhibit "A," which it seeks in conjunction with a contemporaneously filed motion for use of cash collateral to extend cash use through November 5, 2004, as extendable through December 31, 2004 in accordance with the terms thereof, and a contemporaneously filed motion to continue and extend Senior DIP Financing, and in support thereof states as follows:

1.  The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  On or about May 12, 2004, this Court, upon a final hearing, entered a Final Order Authorizing Debtor to Obtain Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 (the "Final Order"). The Final Order approved Post-Petition Financing in conjunction with the authorization by this Court for use of cash collateral through August 31,

FWIMAN1 356760v1

2004.  The Debtor and the Senior Lenders consensually agreed to further cash use after August 31, 2004.

3.  This Court has jurisdiction over this Chapter 11 Case and the Post-Petition Financing Motion pursuant to 28 U.S.C. §§ 157(b) and 1334.  Consideration of the Post-Petition Financing Motion constitutes a core proceeding as defined in 28. U.S.C. § 157(b)(2).

4.  The Debtor is unable to obtain unsecured credit on terms more favorable than those described herein.

5.  The Debtor has an immediate need to obtain the Post-Petition Financing in order to permit, among other things, the orderly continuation of the Debtor's business, to maintain business relationships with vendors and suppliers, and to satisfy other working capital needs.  The ability of the Debtor to obtain sufficient working capital and liquidity through the incurrence of new indebtedness and other financial accommodations is vital to the preservation and maintenance of the going concern value of the Debtor and is integral to a successful reorganization of the Debtor.

6.  Under the circumstances, the terms and conditions of the Post-Petition Financing (including, without limitation, the fees, costs, and expenses to be incurred in connection therewith) are fair and reasonable, reflect the exercise of the Debtor's prudent business judgment consistent with its fiduciary duties, and is supported by reasonable equivalent value and fair consideration.  The Post-Petition Financing has been negotiated in good faith and at arms length between the Debtor and the DIP Lender.

7.  Notice of the relief requested in the Post-Petition Financing Motion has been given to (i) the Office of the United States Trustee, (ii) the official committee of unsecured creditors (the "<u>Committee</u>"), (iii) known holders of pre-petition liens against the Debtor's

property, and (iv) other parties in interest who have filed requests for notice in this Chapter 11 Case with the Court.

   8. Pursuant to Rule 4001(c) and Local Rule B-2002-2(a)(3) and (b)(1)(C), the Debtor requests that the Court approve the Motion following fifteen (15) days notice and an opportunity to object thereto.

   WHEREFORE, the Debtor respectfully request that the Court approve the Order, permit it to obtain Post-Petition Financing in accordance with the terms thereof and the Note attached hereto as Exhibit "A," and for all other just and proper relief.

            BAKER & DANIELS

            By: /s/ John R Burns, III
               John R Burns, III (#3016-02)
               Mark A. Werling (#20426-02)
               111 East Wayne Street, Suite 800
               Fort Wayne, Indiana 46802
               Telephone:  (260) 424-8000
               Facsimile:  (260) 460-1700

            ATTORNEYS FOR THE DEBTOR,
            AUBURN FOUNDRY, INC.

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing Motion Pursuant to Rule 4001(C) to Continue and Extend Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 364 was served by electronic mail or by first-class United States mail, postage prepaid, this 22nd day of October, 2004, upon the following persons or counsel:

| | |
|---|---|
| Scott C. Andrews | Ellen L. Triebold |
| Rubin & Levin, P.C. | United States Trustee's Office |
| 500 Marott Center | One Michiana Square, 5th Floor |
| 342 Massachusetts Avenue | 100 East Wayne Street |
| Indianapolis, IN 46204-2161 | South Bend, IN 46601 |

FWIMAN1 356760v1            3

| | |
|---|---|
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| W. Erik Weber<br>Meffort and Weber P.C.<br>130 East 7th Street<br>Auburn, IN 46706 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |
| Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802 |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Brian J. Lange<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802-0501 |
| Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 | Marlene Reich<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 |
| Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |

/s/ John R Burns, III