IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On or about October 22, 2004, Auburn Foundry, Inc. ("AFI" or "Debtor-In-Possession"), filed a Motion Pursuant to Rule 4001(C) to Continue and Extend Senior DIP Financing with the Court. The Motion seeks to approve the extension and continuation of senior DIP financing. A copy of the Motion and the attached exhibits are attached hereto.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Motion, then **within 15 days from the date of this Notice**, you or your attorney must:

1. File a written objection to the Motion, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

FWIMAN1 360047v1

  2.  You must also mail a copy of your objection to:

    John R Burns III
    Baker & Daniels
    111 E. Wayne Street, #800
    Fort Wayne, IN 46802

  If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Motion for hearing, which you or your attorney will be expected to attend.


Date:  October 22, 2004

            BAKER & DANIELS

            By:  /s/ John R Burns, III
              John R Burns, III (#3016-02)
              Mark A. Werling (#20426-02)
              111 East Wayne Street, Suite 800
              Fort Wayne, Indiana 46802
              Telephone:  (260) 424-8000
              Facsimile:  (260) 460-1700

            ATTORNEYS FOR THE DEBTOR,
            AUBURN FOUNDRY, INC.