| | AUBURN FOUNDRY | | |
| --- | --- | --- | --- |
| | Charge Allocation | | |
| | | | |
| | Category | # of Hours | Total |
| 1 | General Administration | 105.3 | $25,439.00 |
| 2 | Financing, Cash Use, and DIP | 41.4 | $12,040.50 |
| 3 | Labor and Employment | 23.8 | $5,705.00 |
| 4 | Environmental | 4.5 | $1,385.00 |
| 5 | Plan and Disclosure Statement | 145.4 | $36,788.00 |
| 6 | Customer and Vendor Issues | 1.1 | $397.50 |
| | | | |
| | TOTAL HOURS | 321.5 | |
| | TOTAL FEES | | $81,755.00 |
| | | | |
| | Payable per Order (80%) | | $65,404.00 |
| | Disbursements (100%) | | $5,346.14 |
| | | | |
| | **TOTAL NOW PAYABLE** | | **$70,750.14** |

| AUBURN FOUNDRY ||||| 
|---|---|---|---|---|
| Counsel List |||||
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Beckwith, L. D. | Partner | $330.00 | 0.5 | $165.00 |
| Burns, J. R. | Partner | $355.00 | 82.1 | $29,145.50 |
| Claffey, S. A. | Partner | $390.00 | 21.9 | $8,541.00 |
| Hazelrigg, S.H. | Partner | $330.00 | 0.3 | $99.00 |
| Powers, D. D. | Partner | $270.00 | 28.0 | $7,560.00 |
| Purcell, J. W. | Partner | $390.00 | 0.3 | $117.00 |
| Stanley, R. A. | Partner | $390.00 | 0.8 | $312.00 |
| Hinshaw, D. L. | Of Counsel | $265.00 | 0.5 | $132.50 |
| McGrath, M.F. | Of Counsel | $305.00 | 4.0 | $1,220.00 |
| Hurley, R.M. | Associate | $115.00 | 4.1 | $471.50 |
| Juba, M.F. | Associate | $140.00 | 45.7 | $6,398.00 |
| Lemert, M.M. | Associate | $220.00 | 13.1 | $2,882.00 |
| Werling, M. A. | Associate | $220.00 | 102.2 | $22,484.00 |
| Williams, M.L. | Associate | $130.00 | 0.2 | $26.00 |
| Faulkner, J. L. | Paralegal | $130.00 | 13.3 | $1,729.00 |
| McMeen, D. S. | Paralegal | $105.00 | 4.5 | $472.50 |
| | | | 321.5 | **$81,755.00** |

AUBURN FOUNDRY
Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Beckwith, L.D. | Partner | $330.00 | | | | 0.5 | | | $165.00 |
| Burns, J. R. | Partner | $355.00 | 23.3 | 19.3 | | | 38.6 | 0.9 | $29,145.50 |
| Claffey, S.A. | Partner | $390.00 | 7.2 | 2.3 | 0.7 | | 11.5 | 0.2 | $8,541.00 |
| Hazelrigg, S.H. | Partner | $330.00 | 0.3 | | | | | | $99.00 |
| Powers, D. D. | Partner | $270.00 | 16.7 | | 7.0 | | 4.3 | | $7,560.00 |
| Purcell, J. W. | Partner | $390.00 | | | | | 0.3 | | $117.00 |
| Stanely, R. A. | Partner | $390.00 | 0.8 | | | | | | $312.00 |
| McGrath, M.F. | Of Counsel | $305.00 | | | | 4.0 | | | $1,220.00 |
| Hinshaw, D. L. | Partner | $265.00 | 0.5 | | | | | | $132.50 |
| Hurley, R.M. | Associate | $115.00 | 4.1 | | | | | | $471.50 |
| Juba, M.F. | Associate | $140.00 | 12.0 | 0.8 | | | 32.9 | | $6,398.00 |
| Lemert, M.M. | Associate | $220.00 | | | 13.1 | | | | $2,882.00 |
| Werling, M. A. | Associate | $220.00 | 22.4 | 19.0 | 3.0 | | 57.8 | | $22,484.00 |
| Williams, M.L. | Associate | $130.00 | 0.2 | | | | | | $26.00 |
| Faulkner, J. L. | Paralegal | $130.00 | 13.3 | | | | | | $1,729.00 |
| McMeen, D. S. | Paralegal | $105.00 | 4.5 | | | | | | $472.50 |
| | | | 105.3 | 41.4 | 23.8 | 4.5 | 145.4 | 1.1 | $81,755.00 |
| | | | | | | | | 321.5 | |