## BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

October 25, 2004
Invoice Number 1197204

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through October 22, 2004 and not reflected on a prior bill:

0004426   Chapter 11

Total Services...........................$       75,726.50
Total Disbursements.................$        5,278.15

Total This Matter....................................$       81,004.65

Total This Invoice..........................................................$        81,004.65

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  October 22, 2004
Invoice Number  1197204

0080031    Auburn Foundry, Inc.
 0004426      Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/01/04 | Confer with John Burns regarding Creditor Committee demands and open issues, including its demand that the company fund engagement of KPMG for more than just a valuation of the company as a going concern (.2); confer with Dennis Maude and Madonna McGrath regarding IDEM letter of credit extension (.2) | SAC | .40 | 156.00 |
| 09/01/04 | Prepare MOR for filing | DSM | .30 | 31.50 |
| 09/01/04 | Review D. Maude financial model and consideration of issues raised | JRB | .70 | 248.50 |
| 09/01/04 | Exchange email correspondence with H. Efroymson regarding KPMG retention | JRB | .30 | 106.50 |
| 09/01/04 | Exchange correspondence with D. Heller regarding Creditor Committee request to retain KPMG and follow-up regarding issues raised | JRB | .40 | 142.00 |
| 09/01/04 | Further exchange of email correspondence among D. Heller and H. Efroymson and D. Maude regarding KPMG retention by Creditors Committee | JRB | .60 | 213.00 |
| 09/01/04 | Correspondence from D. Maude regarding Cash Use extension and follow-up regarding issues raised | JRB | .40 | 142.00 |
| 09/01/04 | E-mail to, from client re Monthly Operating Report issues (.1); review follow-up e-mail re cash use issues (.1); review e-mail re KPMG retention, related Committee concerns (.1) | MAW | .30 | 66.00 |
| 09/02/04 | Telephone conference D. Maude re participation in GMP multiemployer plan as part of plan of reorganization; conduct research re same | DDP | .50 | 135.00 |
| 09/02/04 | Review debate between John Burns and Henry Efroymson respecting Creditor Committee demands | SAC | .30 | 117.00 |
| 09/02/04 | Prepare for and meeting with M. Warsco regarding conflict | JRB | 1.60 | 568.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | counsel issues | | | |
| 09/02/04 | Work on Creditor Committee request to retain KPMG | JRB | .40 | 142.00 |
| 09/02/04 | Work on revisions to Disclosure Statement and Plan | JRB | 1.00 | 355.00 |
| 09/02/04 | Review recent docket entry re Bank of America's motion for adequate protection (.1); meeting with conflicts counsel M. Warsco (1.0) | MAW | 1.10 | 242.00 |
| 09/03/04 | Study new plan pro formas (.2); confer with Jarald Ancel regarding options and new matters to be addressed given revisions in planned pro forma numbers and respecting PBGC claim of $13,000,000 of unfunded liabilities, and possibility of revising proposed plan to call for an auction sale (1.2) | SAC | 1.40 | 546.00 |
| 09/03/04 | Telephone conference D. Maude re ability of 401(k) plans to accommodate proposed new retirement plan structure after freeze of pension plans; conduct research re same; analyze documents from D. Maude re agreement to participate in GMP multiemployer plan; email J. Purcell re same | DDP | 1.50 | 405.00 |
| 09/03/04 | Finalize and circulate junior DIP pleadings, follow-up e-mail re same (.5); participate in call with GM counsel re setoffs, telephone conference, e-mail to and from D. Maude, GM re same (.4); review Order re notice of cash use extension pleadings, e-mail J. Burns assessment re same (.2); telephone conference with D. Maude re status of fee payments to Debtor, Committee counsel, follow-up office conference re same (.2); review e-mail from D. Maude re MOR issues, additional detail requested by UST (.1) | MAW | 1.40 | 308.00 |
| 09/03/04 | Review and exchange of multiple emails regarding cash use and DS issues | JRB | .70 | 248.50 |
| 09/07/04 | Prepare e-mail to Jerald Ancel, Dennis Maude and John Burns regarding open issues with Creditors Committee and new AFI investors and submitting new idea for dealing with Creditors Committee and for restructuring of sale transaction to exclude Plan 1 (.6) | SAC | .60 | 234.00 |
| 09/07/04 | Work on DS and Plan issues, including extension of present deadlines and alternatives for dealing with Absolute Priority Rule issues | JRB | 1.50 | 532.50 |
| 09/07/04 | Determine amount of outstanding receivables from client | DSM | 2.00 | 210.00 |
| 09/07/04 | Work on DS and potential extension of objection date | JRB | 1.10 | 390.50 |
| 09/07/04 | Review notice of hearing re KPMG objection (.1); work on disclosure statement extension pleadings, extensive related e-mail among co-counsel, office conferences re same (2.0); | MAW | 3.40 | 748.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | telephone conference with B. Rogers of PBGC re same (.2); office conference re status of KPMG Committee issues (.2); office conferences with D. Powers re D. Franklin matter, potential stay violation; review pleading filed in District Court, assess, summarize and make recommendation re same for D. Powers, J. Burns (.7); telephone conference with local bank counsel re adequate protection motion, timing of disclosure statement pleadings (.2) | | | |
| 09/07/04 | Telephone call with G. Shipley regarding extension issues (.2); follow-up regarding issues raised (.3) | JRB | .50 | 177.50 |
| 09/07/04 | Follow-up telephone call with G. Shipley regarding extension issues | JRB | .20 | 71.00 |
| 09/08/04 | Conference with John Burns regarding PBGC claims and importance of determining whether $13,000,000 unfunded liability claim is incorrect and conference regarding new idea to exclude Plant 1 from asset conveyance (.5); conference with Dennis Maude regarding numerous structural and accounting issues related to both Plan and respecting elimination of Plant 1 from assets to be conveyed and respecting PBGC unfunded liability claim (1.5); confer with John Burns and Dennis Maude regarding Creditor Committee issues (.2); confer with Marlene Reich regarding PBGC claims and issues (.1); confer with Tom Woehlke respecting timing of potential emergence from Chapter 11 and key employee retention issues and possible adoption of an employee retention plan and associated retention bonus program (.7) | SAC | 3.00 | 1,170.00 |
| 09/08/04 | Prepare for and extended conference call with D. Maude and S. Claffey regarding Plan alternatives and possible auction sale (1.8); follow-up regarding issues raised (.8) | JRB | 2.60 | 923.00 |
| 09/08/04 | Review and assess UST objections to disclosure statement, e-mail comments re same to J. Burns, consider drafting needs re same (.7); review e-mail re Committee view of joint disclosure statement motion and office conference re same (.1); draft Committee support pleadings and e-mail Committee counsel re same (.3); follow-up on service of joint motion (.1); telephone conference wtih Ernst & Young re retention and payment issues (.2); interoffice e-mail re same (.1); office conference with S. Claffey, J. Burns, D. Maude re plan, related case developments (1.4); continue attention to issues raised by same, including pension treatment in the plan (.8); assess needs re cash use, DIP finance extensions beyond 9/15, e-mail Bank local counsel re adequate protection hearing (.1); | MAW | 4.80 | 1,056.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | telephone conference with NHMG counsel re status of lease rejection motion (.2); assess exclusivity implications of changes to disclosure statement hearing, review prior orders, docket for status of pending motion re outer exclusivity limits (.5); review NHMG proposed joint pleadings re hearing (.2); office conference re MOR issues (.1) | | | |
| 09/08/04 | Read and review case docket for all 80/20 motions filed by the parties | MFJ | .20 | 28.00 |
| 09/08/04 | Read and analyze Ernst & Young retention pleadings for purpose of filing an Ernst & Young 80/20 motion | MFJ | 1.00 | 140.00 |
| 09/08/04 | Work on Plan issues and alternatives | JRB | .80 | 284.00 |
| 09/08/04 | Final review of itemized statement, filing of same, serving copies as needed | DSM | 2.00 | 210.00 |
| 09/08/04 | Work on Plan and DS issues, including review and consideration of UST objections | JRB | 1.30 | 461.50 |
| 09/09/04 | Review and digest e-mails from Dennis Maude, including reconciliation of August performance plan (.2); review U.S. Trustee's objection to Disclosure Statement (.3) | SAC | .50 | 195.00 |
| 09/09/04 | Work on Creditor Committee issues (.4); review correspondence from D. Maude and consideration of issues raised (.4); response to D. Maude inquiry (.3) | JRB | 1.10 | 390.50 |
| 09/09/04 | Work on extension issues | JRB | .50 | 177.50 |
| 09/09/04 | Work on brief with D. Powers re potential stay violation by pre-petition plaintiff, legal research in support of same (.4); re GM, review e-mail re surcharge issues, follow-up with D. Maude, GM counsel re same (.4); review adequate protection stipulation from Bank of America, office conference with J. Burns, telephone conference with local bank counsel re same (.3); exam pension payment issues under plan, projections re minimum funding obligations in excess of underfunded payments to ensure proper treatment of same (1.3) | MAW | 2.40 | 528.00 |
| 09/09/04 | Telephone call with D. Maude regarding Creditor Committee issues | JRB | .30 | 106.50 |
| 09/09/04 | Prepare for and participate in Board Meeting (.9); follow-up regarding issues raised concerning potential alternate Plan approach (.7) | JRB | 1.60 | 568.00 |
| 09/09/04 | Prepare draft application to approve monthly provisional payments to Ernst & Young LLP, tax services provider for debtor-in-possession (.8); prepare draft proposed order for application (.3); prepare draft notice of motion and | MFJ | 4.00 | 560.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | opportunity to object (.3); prepare draft certificate of service specific to the application and notice (.4); meeting with M. Werling and J. Burns re issue of payment toward letter of credit as a voidable preference and effect of reversal on a bonded judgment (1.0); read and analyze legal commentary from M. Werling's case file on letters of credit and payments as preferences (1.2) | | | |
| 09/09/04 | Consideration of response to Judge Grant filing to withdraw DS/Plan pending filing of amended version; including brief research regarding issues presented | JRB | 1.30 | 461.50 |
| 09/09/04 | Work on GM issues | JRB | .30 | 106.50 |
| 09/09/04 | Analyze materials from Mellon re actuarial information re pension plans under alternative scenarios | DDP | 1.80 | 486.00 |
| 09/09/04 | Provide copies of PBGC claims to M. Werling and J. Burns | DSM | .20 | 21.00 |
| 09/10/04 | Conference with John Burns regarding restructuring of conveyance proposal to exclude Plant 1 and review Dennis Maude e-mails regarding financial performance (.3); conference with John Burns regarding U.S. Trustee's objections to Disclosure Statement and respecting other points to be addressed in revision of Disclosure Statement (.2); confer with Dennis Maude regarding implications of new EBITDA projections and performance and current profitability (.3) | SAC | .80 | 312.00 |
| 09/10/04 | Follow-up e-mail re conference call with GM to discuss charge issues (.1); continue examination of pension related issues, treatment of same in plan, projections re past unfunded liabilities, future minimum funding requirements based on plan (1.5) | MAW | 1.60 | 352.00 |
| 09/10/04 | Work on potential alternate plan providing for revised business plan and smaller operations | JRB | .90 | 319.50 |
| 09/10/04 | Analyze Mellon actuarial calculations re pension plans; office conference re same | DDP | 1.20 | 324.00 |
| 09/10/04 | Prepare for and conference call with Board and Management regarding potential Plan auction sale as alternative to private sale | JRB | 1.40 | 497.00 |
| 09/10/04 | Review correspondence from H. Efroymson regarding Creditor Committee retention of KPMG and respond to same | JRB | .40 | 142.00 |
| 09/10/04 | Exchange correspondence with D. Heller regarding KPMG and Creditor Committee issues | JRB | .40 | 142.00 |
| 09/10/04 | Review D. Maude's analysis of August Results and | JRB | 1.50 | 532.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | consideration of financial issues as affecting Plan (.7); extended telephone call with D. Maude regarding August EBITDA and consequences for Plan (.8) | | | |
| 09/11/04 | Assess needs re cash use extension beyond 9/15, filings for cash use, DIP financing re same (.5); continue to assess exclusivity implications of recent disclosure statement hearing order, interplay of same with pending disclosure statement motion (.5); review docket re current status of various matters scheduled for 9/15, order re adequate protection hearing (.2); check fee application deadline, follow-up consideration of Committee's comments re same (.2); assess service needs re Court's 9/9 disclosure statement order (.1); e-mail PBGC re disclosure statement hearing (.1); | MAW | 1.60 | 352.00 |
| 09/12/04 | Outline needs to obtain funding waiver based on examination of IRC 412(d), Rev. Proc. 2004-15; legal research in support of same | MAW | 2.20 | 484.00 |
| 09/13/04 | Telephone call from Jerald Ancel regarding August performance and implication to investors in new AFI and implications to negotiations with senior lenders and existing Dip lenders (.3) | SAC | .30 | 117.00 |
| 09/13/04 | Research internet re form 2848 | JLF | .20 | 26.00 |
| 09/13/04 | Office conference M. Werling re application for minimum funding waiver (.5); analyze and revise draft of same (.6); analyze related Rev. Proc. (.6); telephone conference J. Rose re same and related actuarial issues (.3); telephone conference D. Maude re same and needed materials in support of application (.2) | DDP | 2.20 | 594.00 |
| 09/13/04 | Research IRC 6110 and statement of procedural rules | JLF | .70 | 91.00 |
| 09/13/04 | Office conference regarding requirements for tax filings | MLW | .20 | 26.00 |
| 09/13/04 | Work on pension issues | JRB | .40 | 142.00 |
| 09/13/04 | Telephone call with D. Maude regarding Bank call (.4); consideration of issues regarding Bank's request for additional commitment from shareholders of new AFI and implications for Debtor's reorganization (1.5) | JRB | 1.90 | 674.50 |
| 09/13/04 | Consideration of present status and strategy for concluding; telephone call with F. Bauer regarding same | JRB | .70 | 248.50 |
| 09/13/04 | Exchange correspondence with D. Maude regarding KPMG issues (.2); follow-up regarding issues raised (.3) | JRB | .50 | 177.50 |
| 09/13/04 | Work on agreement for continuance of DS hearing, including email correspondence regarding same | JRB | 1.20 | 426.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/13/04 | Work on Request for Waiver to IRS and all related inserts and exhibits re stretch-out of minimum funding obligations (5.5); office conference, telephone conference with Mellon Consultants re various aspects of same (.7); office conferences, e-mail re cash use issues beyond 9/15 (.1); follow-up e-mail to and from GM, client re offset issues (.3); telephone conference with NHMG counsel re motion for continuance of hearing, check docket re filing of same (.1); e-mail D. Maude summary of 9/15 hearing schedule, office conference re same (.2) | MAW | 6.90 | 1,518.00 |
| 09/14/04 | Telephone call from Dennis Maude regarding meeting with new AFI investors and regarding AF Mexico issues; regarding senior lender demands for additional capital contribution commitments from new AFI investors and regarding other issues related to resolution of cash use and plan complications (.3); review and address cash collateral use extension issues raised by Dennis Maude and John Burns (.2); confer with John Burns and Dennis Maude regarding senior lender refusal to agree to a thirty (30) day extension of cash collateral use and assist in development of action plan to obtain consent and/or emergency order (.3) | SAC | .80 | 312.00 |
| 09/14/04 | Conduct initial legal research re the effect upon exclusivity of filing an amended plan | MFJ | 2.10 | 294.00 |
| 09/14/04 | Extended telephone call with D. Maude and S. Claffey regarding EBITDA issues and Bank's demand for additional commitment from shareholders (.6); follow-up telephone calls with D. Maude regarding availability with issues raised (.5) | JRB | 1.10 | 390.50 |
| 09/14/04 | Exchange email with H. Efroymson regarding KPMG retention motion in preparation for hearing | JRB | .40 | 142.00 |
| 09/14/04 | Telephone conference J. Holland of IRS re proposed minimum funding waiver application and related issues (.5); revise application in light of same (.4); analyze supporting materials re same (.4) | DDP | 1.30 | 351.00 |
| 09/14/04 | Work on Bank requests for additional commitment from shareholders (.6); telephone call with D. Maude regarding same (.3); exchange correspondence with J. Ancel regarding Bank's request (.5) | JRB | 1.40 | 497.00 |
| 09/14/04 | Continue extensive work on preparation of pension funding waiver request of IRS pursuant to Rev. Proc. 2004-15 and related instructions(6.0); telephone conference with IRS representative J. Holland re same, related office conferences re same (.5); telephone conference with J. Rose of Mellon | MAW | 7.70 | 1,694.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | Consultants re same (.3) follow-up e-mail re status of cash use extension for additional period (.3); telephone conferences with S. Andrews of NHMG re forklift lease assumption issue, review and approve stipulation re same (.3); telephone conference with D. Maude re same (.1); interoffice e-mail to M. Juba re research needs regarding status of plan exclusivity (.2) | | | |
| 09/14/04 | Exchange correspondence with D. Heller and follow-up regarding issues raised | JRB | .40 | 142.00 |
| 09/14/04 | Prepare for and telephone call with H. Efroymson regarding Creditor Committee issues and potential resolution (.7); consideration of Creditor Committee issues and potential for resolution (.5) | JRB | 1.20 | 426.00 |
| 09/14/04 | Extended telephone call with D. Maude regarding Bank demand for additional commitment from shareholders (.5); consideration and analysis of issues raised by Bank's demand and Debtor's EBITDA (.5); work on cash use extension issues including exchange of email with D. Heller (.4) | JRB | 1.40 | 497.00 |
| 09/15/04 | Conference with Dennis Maude and John Burns regarding possible conversion to a plant to production model only and plusses and minuses to this alteration of production model in relation to Plan of Reorganization and finalizing a satisfactory Plan with creditors (.8) | SAC | .80 | 312.00 |
| 09/15/04 | Prepare for and represent Debtor at continuation of 8/25/04 hearing regarding NMHG's motion to compel assumption or rejection of equipment leases and Creditor Committee application to employ KPMG as a financial consultant | JRB | 1.00 | 355.00 |
| 09/15/04 | Telephone call with D. Maude regarding extension of Cash Use Order and strategy regarding same (.3); exchange correspondence with bank counsel regarding cash use extension (.4); work on extension documents (.3) | JRB | 1.00 | 355.00 |
| 09/15/04 | Telephone call with J. Ancel regarding Cash Use/DIP extension (.3); exchange correspondence with H. Efroymson regarding KPMG motion and hearing (.2) | JRB | .50 | 177.50 |
| 09/15/04 | Continue legal research re exclusivity and the filing of an amended plan (1.8); prepare for and attend hearing on motion as per J. Burns (1.5) | MFJ | 3.30 | 462.00 |
| 09/15/04 | Finalize, file and serve application for minimum funding waiver with IRS (2.6); analyze underlying documents in support of same (.5); telephone conference J. Rose re same (.3); office conference D. Maude re status of bankruptcy issues | DDP | 4.20 | 1,134.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | (.8) | | | |
| 09/15/04 | Consideration of draft pleadings and agreement regarding extension of Cash Use/DIP loans | JRB | .60 | 213.00 |
| 09/15/04 | Prepare for and participate in 9/15 hearings (.4); prepare for potential cash use motion pending Bank discussions, assess needs and procedure for hearing re same (1.2); follow-up e-mail re fourth, fifth amendments, office conferences, telephone conference with client re same (.4); assess needs re further cash use hearing (.3); office conference with client, counsel re next steps, options in case (1.0); extensively work on and finalize IRS pension funding waiver letter and deliver same to IRS (4.0); ensure service of prior order re disclosure statement hearing, filing of same (.1) | MAW | 6.40 | 1,408.00 |
| 09/16/04 | Conduct legal research re filing guidelines for motions to amend the orders relating to plans of reorganization (.7); finalize legal research re exclusivity and the filing of an amended plan (1.8) | MFJ | 2.50 | 350.00 |
| 09/16/04 | Review pleadings from Creditor Committee regarding Ice Miller fees | JRB | .30 | 106.50 |
| 09/16/04 | Work on Cash Use extension | JRB | .40 | 142.00 |
| 09/16/04 | Consideration of options for review of Judge Grant's order regarding Plan | JRB | .40 | 142.00 |
| 09/16/04 | Work on billing and fee application issues | JRB | .50 | 177.50 |
| 09/16/04 | Review service issue re interim fee application, interoffice e-mail J. Burns re same (.2); review e-mail re GM surcharges, telephone conference with GM counsel re same, telephone conference with D. Maude re same (.4); office conference re cash use issues (.1); work on cash use extension pleading (.3); office conference re deadline for seeking amendment to order withdrawing plan (.2); outline needs for service list table for paralegal (.2); e-mail to, and from Bank counsel with execution copies of Fifth Amendment (.1); assess needs for supplement to pension waiver request, time table for similar request for salaried plan (.5) | MAW | 2.00 | 440.00 |
| 09/16/04 | Work on alternate plan issues and consideration of operations under revised plan | JRB | 1.50 | 532.50 |
| 09/17/04 | Telephone call from David Hunter respecting his evaluation of cash flow and turn around progress and respecting his questions on foreign affiliate transactions (.4) | SAC | .40 | 156.00 |
| 09/17/04 | Review D. Maude correspondence regarding GM setoffs and consideration of issues raised (.3); correspondence from T. | JRB | .90 | 319.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Sherick regarding same and consideration of response (.3); draft response to T. Sherick (.3) | | | |
| 09/17/04 | Review M. Juba findings re deadline to seek amendment of Order ithdrawing plan (.2); office conference re conclusions re same, continue work on assessment and recommendation re potential motion to amend order (.5); revise cash use extension pleadings, prepare superceded pleadings to incorporate request for final and interim hearings (.6); office conference with J. Burns re same (.1); assess need for related pleadings re DIP based on status of agreements re same; e-mail, office conference with J. Burns re same (1.4); review and assess additional e-mail re GM, BBK issues (.5); review e-mail re KPMG retention motion (.1) | MAW | 3.40 | 748.00 |
| 09/17/04 | Consideration of Cash Use/DIP issues (.3); consideration of possible motion to modify Judge Grant's order regarding plan (.4) | JRB | .70 | 248.50 |
| 09/17/04 | Conduct legal research re filing guidelines for motions to amend orders relating to plans of reorganization (.6) finalize legal research re filing guidelines for motions to amend orders and draft memo relating to same for M. Werling (4.1) meeting with M. Werling to discuss filing guidelines for motion to amend order and further additional research project on nature of such order (.4) conduct legal research re nature and effect of order ending exclusivity and withdrawing plan (.8) | MFJ | 5.90 | 826.00 |
| 09/17/04 | Multiple exchange of email correspondence regarding Cash Use/DIP issues and consideration of issues raised | JRB | 1.10 | 390.50 |
| 09/17/04 | Multiple exchange of correspondence with H. Efroymson regarding Creditor Committee issues | JRB | .90 | 319.50 |
| 09/19/04 | Continue work on analysis of potential motion to amend Order re disclosure statement hearing; e-mail J. Burns summary re same (.5); review D. Maude e-mail re workers' compensation settlements (.1) | MAW | .60 | 132.00 |
| 09/20/04 | Conference with Jerald Ancel regarding potential plant to only plan and economic and legal issues related to downsizing operations and shifting focus of plan to a Plant 2 only approach (.3); review e-mails from Dennis Maude with regard to the new Plant 2 only model and review cash flow for the preceding week reflecting additional cash short falls to plan (.3); conference with Dennis Maude regarding issues and agenda for meeting with investors and their counsel and with senior officers of Auburn Foundry to review Plant 2 only option and also discuss with Dennis Maude in the same | SAC | 1.30 | 507.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | telephone conference issues related to Plant 2 only model and template (.7) | | | |
| 09/20/04 | Multiple office conferences re conference call with subdebt counsel on pension issues, pension analysis, review PBGC claims, and participate in call (2.5); telephone conference, e-mail to G. Shipley re status of cash use extension pleadings, office conference re same (.3); review court calendar re potential hearing dates for same (.1); review Order re exclusivity, office conferences re same (.3); follow-up research re implications of same for new value, absolute priority rule concerns raised by Committee, follow-up research re same, summarize findings re same for J. Burns (2.3); review related research results re same (.2); office conference re GM contract issues (.1) | MAW | 5.80 | 1,276.00 |
| 09/20/04 | Analyze PBGC claims re termination liability, minimum funding and PBGC premiums (.4); telephone conference J. Rose (.2) re actuarial calculations re same (.6); conduct research on status of PBGC claims and caluation of termination liability (1.2); telephone conference counsel for holders of sub-debt re same (.6) | DDP | 3.00 | 810.00 |
| 09/20/04 | Finalize legal research re potential for appeal of an order withdrawing plan and ending exclusivity (2.8); meet with M. Werling to discuss legal research findings re order and appealability (.4); prepare memo memorializing meeting with M. Werling and summarize legal research re order and appealability (.6); initialize case file research re the potential termination of GM master contract (.2) | MFJ | 4.00 | 560.00 |
| 09/20/04 | Follow-up regarding Cash Use/DIP extensions | JRB | .40 | 142.00 |
| 09/20/04 | Telephone call with D. Maude regarding operations and financial issues (.3); follow-up regarding Creditor Committee's fee application issues (.3) | JRB | .60 | 213.00 |
| 09/20/04 | Review agreements and documentation regarding GM professional fee charge-backs and consideration of potential claim to recover all or part | JRB | .60 | 213.00 |
| 09/20/04 | Prepare for and participated in conference call with counsel for New AFI regarding pension and PBGC issues (.8); follow-up regarding issues relating to PBGC and pension treatment in Plan (.5) | JRB | 1.30 | 461.50 |
| 09/21/04 | Pre-meeting with Dennis Maude to prepare for Plant 2 only meeting (.8); participate in meeting at Baker & Daniels' north offices with Tim Bordon, Jim Borgmann, Jerald Ancel, | SAC | 4.50 | 1,755.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Marlene Reich, Dennis Maude, Thomas Woehlke, John Burns and myself to discuss all aspects of the Plant 2 only proposal and strategies to be used to implement a Plant 2 only proposal, both in terms of adjusting plan, converting to a 363 sale, obtaining extension of cash collateral use through end of year so as to implement new plan, persuading senior lenders of the appropriateness of a change in plan approach, dealing with change in terms to unsecured creditors, and Warren Act issues, together with discussion and analysis of the level of commitment available from new investors to support change in plan, fund transition cost and provide standby capital for new AFI (3.7) | | | |
| 09/21/04 | Analyze email re contact with IRS re minimum funding waiver request; office conference re same | DDP | .80 | 216.00 |
| 09/21/04 | Telephone conference with IRS re pension waiver request, review supplemental fax re same, interoffice e-mail, office conference re same (.5); assess needs re same based on documents, information presently available (.5); work on Senior, Junior DIP extension pleadings and e-mail drafts of same to Bank counsel (1.0); continue assessment of proper time table, form of orders for establishment of preliminary and final hearings (.3); begin legal research re vendors' refusal to deal rights if unsecured creditors receive no dividend under Plan, related e-mail re same (1.8); e-mail to, from PBGC, J. Burns re status of amended disclosure statement (.2) | MAW | 4.30 | 946.00 |
| 09/21/04 | Prepare for and attend meeting in Indianapolis with J. Ancel, New AFI representatives and company management regarding operations and reorganization alternatives | JRB | 9.00 | 3,195.00 |
| 09/22/04 | Telephone conference L. Wenino re contact from R. Osbun re his share of retroactive premiums for Health Plan (.4); office conference M. Werling and J. Burns re same and relationship with bankruptcy issues (.6) | DDP | 1.00 | 270.00 |
| 09/22/04 | Confer with John Burns respecting Plant 2 only plan and confer with Dennis Maude respecting his e-mails on Plant 2 only proposal (.4); review and respond to Tim Bordon e-mails on Plant 2 only plan (.2); confer with John Burns regarding new Plant 2 only plan and logistics of implementing plan and logistics of obtaining competitive bidding which will satisfy judicial and Bankruptcy Code standards (.8); attention to loss of exclusivity for the filing of a plan (.2) | SAC | 1.60 | 624.00 |
| 09/22/04 | Review Junior DIP e-mail re Fourth, Fifth cash use extensions (.1); check state of itemized statement objections; e-mail, | MAW | 6.10 | 1,342.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | office conference re procedures for same (.2); continue work on needs assessment for supplement to pension funding waiver request (.5); assess all open issues re amended plan and disclosure statement (1.5); follow-up work on treatment of late filed claims, office conference with paralegal re Pacer search on same, consider potential procedure to address same (.9); office conference wtih D. Powers re medical claimant issues from District Court litigation involving disability pension plan; telephone conference with AFI re same (.6); briefly research same, interoffice e-mail outlining need for same (.4); review related e-mail re same (.2); office conference re alternate plan preparation (.2); begin research re APR issues involved in same (1.5) | | | |
| 09/22/04 | Work on Plan and cash use issues | JRB | 5.00 | 1,775.00 |
| 09/22/04 | Read and analyze GM master contract provisions re termination and renewal (.8); meet with J. Burns to discuss GM master contract provisions relating to termination (.3); conduct legal research re rule 2002 notice requirements for controversies (1.4) | MFJ | 2.50 | 350.00 |
| 09/23/04 | Telephone call to Jerald Ancel regarding proposed resolution of AF Macks and Tissamatic accounts receivable and importance of structuring a resolution which is fair and balanced with respect to competing interest (.3) | SAC | .30 | 117.00 |
| 09/23/04 | Work on alternate Plan concept and necessary revisions to DS/Plan | JRB | 1.50 | 532.50 |
| 09/23/04 | Extended telephone call with D. Maude regarding timing of alternative approaches to Plan and potential auction sale of assets | JRB | .80 | 284.00 |
| 09/23/04 | Work on Plan issues and revisions to DS and Plan, including potential for running a parallel Section 363 sale | JRB | 2.70 | 958.50 |
| 09/23/04 | Continue research re procedure for APR objections, whether single creditor can assert same (1.2); office conference re AFI plan, next steps in case (1.2); begin research on potential grounds for relief from exclusivity order under Rule 60, related treatment of disclosure statement hearings in similar cases, summarize findings in e-mail re same (1.5); begin work on auction-based sale plan, 363 sale pleadings (3.2); e-mail to, from M. Juba re possible need to notice treatment of medical plan recipient (.1); assess options re 363 sale vs. sale incorporated into plan based on review of comparable case dockets, summarize findings in e-mail to J. Burns (1.4); legal research in support of same (.8) | MAW | 9.40 | 2,068.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/23/04 | Read, review and prepare legal research results for M. Werling's analysis (.2); meeting with J. Burns, M. Werling, J. Faulkner re chapter 11 case status and project expectation (1.0); conduct legal research re Rule 2002 notice requirements (2.1); prepare legal memorandum re Rule 2002 notice requirements as per J. Burns and M. Werling (.9); initiate legal research re Rule 60 relief from final orders and judgments (1.2); initialize legal research re state and local regulations for factories and foundries (1.3) | MFJ | 6.70 | 938.00 |
| 09/23/04 | Confer with J. Burns, M. Werling and M. Juba re AF new plan | JLF | 1.20 | 156.00 |
| 09/23/04 | Pacer search; printing copies of application requests from unsecured creditors committee; review for work re drafting a plan of reorganization by committee | JLF | .30 | 39.00 |
| 09/23/04 | Pacer search; printing order continuing joint reorganization of the plan | JLF | .40 | 52.00 |
| 09/23/04 | Research fire regulations and building ordinances for DeKalb County and Indiana | JLF | 1.00 | 130.00 |
| 09/23/04 | Research financial publications on difficulties of citation, inter-net and Grady | JLF | 1.30 | 169.00 |
| 09/23/04 | Analyze GMP multiple Employer pension plan documentation from D. Maude | DDP | .50 | 135.00 |
| 09/24/04 | Research Pacer docket for Emerald Casino plan re stalking horse sale process | JLF | .30 | 39.00 |
| 09/24/04 | Research IAC re fire building regulations | JLF | 1.60 | 208.00 |
| 09/24/04 | Telephone conference J. Purcell re GMP pension documentation (.1); forward copies of same to J. Purcell (N/C); analyze email correspondence from J. Rose revised minimum funding contribution data for pension plans (.5) | DDP | .60 | 162.00 |
| 09/24/04 | Work on cash use and Plan issues | JRB | 4.00 | 1,420.00 |
| 09/24/04 | Complete legal research re Rule 60 motion requirements and strategy (3.4); draft legal memorandum to M. Werling and J. Burns re Rule 60 motion requirements and strategy (.9); meet with J. Faulkner to determine relevant state and local regulations required for factories and foundries (.4); phone call with J. Faulkner re specific fire and plumbing codes necessary for review in regards to factories and foundries (.2); continue reading, reviewing and analyzing local and state regulations for factories and foundries (1.3) | MFJ | 6.20 | 868.00 |
| 09/24/04 | Read L. Beckwith memorandum to S. Claffey regarding insurance coverage for landfill conversion costs | RKS | .30 | 117.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/24/04 | Conference with L. Beckwith and M. McGrath regarding background | RKS | .40 | 156.00 |
| 09/24/04 | Conference with R. Hurley regarding notices to insurers | RKS | .10 | 39.00 |
| 09/24/04 | Conference with R. Stanley | RMH | .20 | 23.00 |
| 09/24/04 | Continue work on liquidating plan and disclosure statement to be accompanied by auction sale (6.0); review research findings re Rule 60(b) motion on exclusivity, e-mail J. Burns detailed recommendation re same (.4) | MAW | 6.40 | 1,408.00 |
| 09/25/04 | Continue work on plan, disclosure statement accompanied by 363 sale | MAW | 1.00 | 220.00 |
| 09/26/04 | Review and evaluate new Plant 2 only projections and proformas (.4) | SAC | .40 | 156.00 |
| 09/26/04 | Continue work on plan, disclosure statement accompanied by 363 sale | MAW | 5.00 | 1,100.00 |
| 09/27/04 | Legal research re state and local code provisions relating to foundries | MFJ | 1.10 | 154.00 |
| 09/27/04 | Conference call with D. Maude and J. Ancel regarding alternate Plan concept and issues regarding same (.5); work on Plan structure and related issues (.8) | JRB | 1.30 | 461.50 |
| 09/27/04 | Board call to consider alternate plan (.8) work on alternate Plan issues (.7) | JRB | 1.50 | 532.50 |
| 09/27/04 | Analyze materials received from D. Maude re GMP multi-employer pension plan and related | DDP | .40 | 108.00 |
| 09/27/04 | Review notice of violation and proposed agreed order | RMH | .70 | 80.50 |
| 09/27/04 | Continue to review and revise plan with Section 363 sale, with emphasis on Section 1129 requirements (1.8); teleconference re plant 2 forecasts (.7), follow-up research re permissibility of plan coupled with 363 sale, (1.3); prepare Sixth Amendment to cash use agreement (.2); check status of case docket (.1); follow-up research re ability of single creditor to oppose plan on absolute priority grounds (.2) | MAW | 4.30 | 946.00 |
| 09/28/04 | Review order on KPMG motion (.1); finalize cash use extension, review prior terms of agreement re DIP issues (.3); participate in lender call re plan changes, office conferences re same (2.0); continue work on 363-related sale plan, office conference re same (.3); review IDEM request letter, send follow-up e-mail to J. Burns re same (.2); work on DIP extension pleadings, hearing requests based on lender call re same (.6); review miscellaneous case pleadings, correspondence (.1) | MAW | 3.60 | 792.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 09/28/04 | Further review of Plant 2 only proformas and review of agenda for negotiations with senior lenders (.4); participate in major conference with senior lenders, Auburn Foundry officers and board members and new AFI attorneys and Jim Borgman, representative of the Meeks Family, regarding new Plant 2 plan proposal (2.4); confer with John Burns regarding follow-up on new Plant 2 only plan and 363 motion (.3); advise John Burns regarding new successor liability cases related to Section 363(f) sale (.1) | SAC | 3.20 | 1,248.00 |
| 09/28/04 | Telephone conference with D. Maude regarding pension issues and Plan obligations regarding same; worked on Plan provisions regarding same | JRB | .70 | 248.50 |
| 09/28/04 | Analyze updated actuarial information received from J. Rose re minimum funding requirements for salaried and union pension plans (.8); telephone conference J. Rose re same (.8); office conference J. Burns re same (.4); telephone conference D. Maude re same (.3) | DDP | 2.30 | 621.00 |
| 09/28/04 | Review general liability and umbrella policies; draft notice letters to insurance companies | RMH | 2.20 | 253.00 |
| 09/28/04 | Telephone conference with D. Maude re, and review of, proposed meeting agenda | JRB | .70 | 248.50 |
| 09/28/04 | Conference call with lenders, management and Board representatives | JRB | 2.00 | 710.00 |
| 09/28/04 | Work on extension and cash use issues | JRB | .50 | 177.50 |
| 09/28/04 | Pacer research | JLF | 1.00 | 130.00 |
| 09/28/04 | Review application fees | JLF | .80 | 104.00 |
| 09/28/04 | Conduct legal research re substantive state and local code provisions relating to building requirements (1.4); Conduct legal research re substantive state and local code provisions relating to building requirements (2.1) | MFJ | 3.50 | 490.00 |
| 09/28/04 | Work on Amended DS/Plan | JRB | .50 | 177.50 |
| 09/29/04 | Work extensively on revised pleadings for cash use, Senior DIP and Junior DIP financing through 12/31/04 (4.5); office conference with D. Powers re real estate easement issue near CR landfill, recommended resolution re same (.4); follow-up office conference re sale-related real estate issues (.1); review union inquiry re need for CBA modifications to be approved as settlement and begin assessment of proper treatment re same (.3) | MAW | 5.30 | 1,166.00 |
| 09/29/04 | Conference JRB re correct legal description | SHH | .30 | 99.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/29/04 | Review and revise notice letters to insurance companies | RMH | 1.00 | 115.00 |
| 09/29/04 | Review proformas and prepare proforma analysis | JLF | .80 | 104.00 |
| 09/29/04 | Work on cash use and DIP issues | JRB | .60 | 213.00 |
| 09/29/04 | Finalize legal research re state and local code provisions relating to foundries and buildings (1.2); draft memorandum to J. Burns and M. Werling summarizing the applicable state and local code provisions governing the use and non-use of industrial buildings (1.1); meeting with J. Burns to discuss the legal research and memorandum relating to applicable code provisions for industrial buildings (.4) | MFJ | 2.70 | 378.00 |
| 09/29/04 | Analysis of real estate issues regarding office building | JRB | .70 | 248.50 |
| 09/29/04 | Work on extension of Cash Use and DIP Loan agreements and pleadings regarding same | JRB | 1.50 | 532.50 |
| 09/29/04 | Telephone call from Dennis Maude regarding KERP and problems with Union provisions respecting bonuses to non-hourly workers and discussion of possible stock options/membership options in lieu of cash bonuses (.5) | SAC | .50 | 195.00 |
| 09/30/04 | Work on cash use issues including multiple exchanges of email regarding extension agreement | JRB | 2.00 | 710.00 |
| 09/30/04 | Review fee application request for work on drafting a plan of reorganization by committee; Pacer research | JLF | .50 | 65.00 |
| 09/30/04 | Finalize and send letter to D. Kruse re Liddell/right-of-way dispute (.3); analyze materials in preparation for meeting with J. Rose and D. Maude re pension isssues (.8) | DDP | 1.10 | 297.00 |
| 09/30/04 | Review proposed letter concerning stay relief to resolve CR 50 easement issue (.1); extensive follow-up telephone conferences, e-mail re cash use extensions, DIP issues related to same (1.6); examine issues raised by AFI lender's counsel re subordination provisions of cash use agreement (.2); office conference with J. Faulkner re fee statement issues (.2); review research findings re Plant 1 maintenance costs (.1); office conference with paralegal re review of committee fee statements, e-mail J. Burns re same (.1); review D. Maude e-mail re GM payment status (.1); continue work on Plant 2 sale plan and disclosure statement, attention to related issues, concerns raised by UST re potential impairment of claims, proper interest rate for same (2.8) | MAW | 5.20 | 1,144.00 |
| 09/30/04 | Conference with Dennis Maude and then with Dennis Maude, Jerry Ancel and Marlene Reich regarding recalculation of pension underfunded liabilities and impact on proposed reorganization plan and impact on proposed distributions to | SAC | .80 | 312.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | unsecured creditors (.8) | | | |
| 09/30/04 | Proforma analysis in preparation for filing itemized statement | JLF | 3.20 | 416.00 |
| | Total Services............................................................... Hours | | 297.50 | 75,726.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 09/28/04 | Meals/Entertainment - - Vendor: Coolbaker's International, LLC Breakfast | 23.48 |
| | Total For  Meals/Entertainment | 23.48 |
| | | |
| 08/31/04 | Computerized Research   Westlaw | 16.00 |
| 08/31/04 | Computerized Research   Westlaw | 22.33 |
| 09/16/04 | Computerized Research   Westlaw | 15.88 |
| 09/16/04 | Computerized Research   Westlaw | 238.22 |
| 09/16/04 | Computerized Research   Westlaw | 245.80 |
| 09/16/04 | Computerized Research   Westlaw | 131.53 |
| 09/30/04 | Computerized Research   Westlaw | 38.90 |
| 09/30/04 | Computerized Research   Westlaw | 599.81 |
| 09/30/04 | Computerized Research   Westlaw | 342.01 |
| | Total For  Computerized Research | 1,650.48 |
| | | |
| 07/30/04 | Computerized Research   PACER | 225.65 |
| | Total For  Computerized Research - Other | 225.65 |
| | | |
| 09/01/04 | Caller: N/A :  317 713-3560 | 0.78 |
| 09/03/04 | Caller: N/A :  260 925-0900 | 1.18 |
| 09/08/04 | Caller: N/A :  260 925-7978 | 2.09 |
| 09/08/04 | Caller: N/A :  260 925-7972 | 4.86 |
| 09/10/04 | Caller: N/A :  260 925-7978 | 0.43 |
| 09/10/04 | Caller: N/A :  260 925-7978 | 3.63 |
| 09/13/04 | Caller: N/A :  260 925-7978 | 0.63 |
| 09/14/04 | Caller: N/A :  317 236-2397 | 2.14 |
| 09/14/04 | Caller: N/A :  260 925-7978 | 1.59 |
| 09/14/04 | Caller: N/A :  317 713-3560 | 0.96 |
| 09/15/04 | Caller: N/A :  260 925-7978 | 0.81 |
| 09/15/04 | Caller: N/A :  260 925-7978 | 0.96 |
| 09/16/04 | Caller: N/A :  260 925-7978 | 2.92 |

## BAKER & DANIELS

| | | |
|---|---|---:|
| 09/17/04 | Caller: N/A :  260 925-7978 | 0.81 |
| 09/20/04 | Caller: N/A :  260 925-7978 | 1.74 |
| 09/22/04 | Caller: N/A :  917 971-1612 | 1.71 |
| 09/24/04 | Caller: N/A :  317 236-2397 | 0.45 |
| 09/24/04 | Caller: N/A :  260 925-7978 | 4.64 |
| 09/27/04 | Caller: N/A :  317 713-3560 | 1.66 |
| 09/29/04 | Caller: N/A :  260 925-7978 | 1.03 |
| Total For | Long Distance Telephone | 35.02 |
| | | |
| 07/30/04 | Telephone   TelSpan teleconference - 07/01/04 | 54.89 |
| 08/31/04 | Telephone   TelSpan teleconference - 08/09/04 | 48.18 |
| Total For | Telephone | 103.07 |
| | | |
| | COPYING COSTS            2 | 3,240.45 |

Total Disbursements.............................................................................$          5,278.15

Total Services And Disbursements.....................................................$          81,004.65

### BAKER & DANIELS
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

October 25, 2004
Invoice Number 1197183

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through September 30, 2004 and not reflected on a prior bill:

0000060  IDEM

| | |
|---|---|
| Total Services...........................$ | 1,385.00 |
| Total Disbursements.................$ | 5.38 |
| Total This Matter....................................$ | 1,390.38 |

Total This Invoice............................................................$    1,390.38

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  September 30, 2004
Invoice Number  1197183

0080031    Auburn Foundry, Inc.
0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/01/04 | Telephone conference with D. Maude and S. Claffey regarding L.O.C./financial assurance | MFM | .30 | 91.50 |
| 09/02/04 | Telephone conference with IDEM regarding status of LOC discussions; follow up email | MFM | .30 | 91.50 |
| 09/03/04 | Telephone conference with D. Weber and J. Brunson regarding Plant 2 retest issues; telephone conference with N. Sizemore at IDEM regarding same; prepare follow up email | MFM | .50 | 152.50 |
| 09/08/04 | Review J. Brunson response to T. Rarick on chemical switch; telephone conference with T. Rarick regarding letter | MFM | .20 | 61.00 |
| 09/09/04 | Review letter to IDEM regarding plant 1 permit modification | MFM | .30 | 91.50 |
| 09/16/04 | Follow up email regarding Letter of Credit; telephone conference with T. Rarick on status of letters to IDEM on air permits | MFM | .30 | 91.50 |
| 09/17/04 | Telephone call to IDEM regarding Letter of Credit status | MFM | .20 | 61.00 |
| 09/20/04 | Review Plant 1 and Plant 2 DIC letters to Indiana Department of Environmental Management | MFM | .30 | 91.50 |
| 09/23/04 | Telephone call with D. Maude regarding Stand-by Trust Agreement; e-mails to/from Indiana Department of Environmental Management regarding same | MFM | .30 | 91.50 |
| 09/24/04 | Conference Stanley and McGrath regarding Type II and Type III landfill issues and insurance coverage | LDB | .50 | 165.00 |
| 09/24/04 | Conference with L. Beckwith and B. Stanley regarding insurance notice/background; retrieve documents | MFM | .50 | 152.50 |
| 09/27/04 | Telephone conference with T. Rarick regarding status of pending air issues | MFM | .20 | 61.00 |
| 09/29/04 | Telephone calls with IDEM, client and bank regarding Letter of Credit extension and requirements for IDEM to withdraw | MFM | .60 | 183.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
|  | request |  |  |  |
|  | Total Services............................................................ Hours |  | 4.50 | 1,385.00 |

| Date | Disbursements | | | Total |
|------|---------------|---|---|-------|
| 09/29/04 | Caller: N/A :  260 925-7978 |  |  | 0.58 |
| Total For | Long Distance Telephone |  |  | 0.58 |
|  | COPYING COSTS |  |  | 4.80 |
|  | Total Disbursements..........................................................$ |  |  | 5.38 |
|  | Total Services And Disbursements.................................................$ |  |  | 1,390.38 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

October 25, 2004
Invoice Number 1197176

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
September 30, 2004 and not reflected on a prior bill:

0004398  Franklins (Federal)

Total Services............................$      1,053.00
Total Disbursements..................$          0.60

Total This Matter....................................$      1,053.60

Total This Invoice..........................................................$      1,053.60

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

### BAKER & DANIELS
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  September 30, 2004
Invoice Number  1197176

0080031    Auburn Foundry, Inc.
 0004398      Franklins (Federal)

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/07/04 | Office conference M. Werling re response to motion to file supplemental complaint; analyze email re same | DDP | .80 | 216.00 |
| 09/08/04 | Draft response to D. Franklin's motion to file supplemental complaint | DDP | 1.90 | 513.00 |
| 09/09/04 | Finalize, file and serve response to D. Franklin's motion for supplemental complaint | DDP | .90 | 243.00 |
| 09/28/04 | Analyze order on motion for leave to amend complaint | DDP | .30 | 81.00 |

Total Services............................................................Hours    3.90    1,053.00

COPYING COSTS                                                                                0.60

Total Disbursements.................................................................$    0.60

Total Services And Disbursements......................................................$    1,053.60

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

October 25, 2004
Invoice Number 1197186

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through October 25, 2004 and not reflected on a prior bill:

0000100  Employment Matters

| | | |
|---|---|---|
| Total Services............................$ | 220.00 | |
| Total Disbursements..................$ | 54.21 | |
| Total This Matter...................................$ | | 274.21 |

Total This Invoice..........................................................$          274.21

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  October 25, 2004
Invoice Number  1197186

0080031    Auburn Foundry, Inc.
  0000100    Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 09/08/04 | Receipt and review of charge of race discrimination filed with the EEOC by James Barnfield | MML | .30 | 66.00 |
| 09/16/04 | Phone conference with T. Eastom re 7.1 leave and other union leave issues; review of CBA language | MML | .60 | 132.00 |
| 09/22/04 | Phone conference with EEOC re mediation | MML | .10 | 22.00 |
| | Total Services............................................................Hours | | 1.00 | 220.00 |

| Date | Disbursements | Total |
|---|---|---|
| 08/31/04 | Computerized Research   Westlaw | 26.52 |
| | Total For  Computerized Research | 26.52 |
| | | |
| 08/24/04 | Caller: N/A :  260 925-7993 | 1.56 |
| 08/24/04 | Caller: N/A :  260 925-7993 | 0.45 |
| 08/27/04 | Caller: N/A :  260 925-7977 | 2.60 |
| 09/17/04 | Caller: N/A :  260 925-7993 | 0.43 |
| | Total For  Long Distance Telephone | 5.04 |
| | | |
| | COPYING COSTS | 22.65 |

Total Disbursements.................................................................$    54.21

Total Services And Disbursements.................................................$    274.21

# BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

October 25, 2004
Invoice Number 1197190

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through September 30, 2004 and not reflected on a prior bill:

0004414  Liddell, David C.

| | |
|---|---:|
| Total Services............................$ | 459.00 |
| Total Disbursements.................$ | 0.00 |
| Total This Matter...................................$ | 459.00 |
| Total This Invoice............................................................$ | 459.00 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  September 30, 2004
Invoice Number  1197190

0080031    Auburn Foundry, Inc.
 0004414     Liddell, David C.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/29/04 | Analyze letter from D. Kruse re status of railroad right-of-way dispute and impact of bankruptcy on same; office conference re possible approaches to resolving same; draft letter to D. Kruse re same | DDP | 1.70 | 459.00 |
| | Total Services............................................................ Hours | | 1.70 | 459.00 |
| | Total Services And Disbursements....................................................$ | | | 459.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

October 25, 2004
Invoice Number 1197189

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through September 30, 2004 and not reflected on a prior bill:

0004396  Employee Benefits

Total Services..............................$         249.50
Total Disbursements..................$           0.00

Total This Matter....................................................$         249.50

Total This Invoice..............................................................$         249.50

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of September 30, 2004
Invoice Number 1197189

0080031    Auburn Foundry, Inc.
   0004396       Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/03/04 | Review e-mail report and plan documentation regarding withdrawal liability | JWP | .30 | 117.00 |
| 09/14/04 | Discuss defined benefit plan minimum funding waiver issues with D.D. Powers | DLH | .50 | 132.50 |
| | Total Services............................................................ Hours | | 0.80 | 249.50 |
| | Total Services And Disbursements.......................................$ | | | 249.50 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

October 25, 2004
Invoice Number 1197187

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through October 25, 2004 and not reflected on a prior bill:

0004423  Intermittent Work Stoppage ULPC

Total Services............................$     242.00
Total Disbursements.................$       4.80

Total This Matter...................................$     246.80

Total This Invoice.............................................................$     246.80

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  October 25, 2004
Invoice Number  1197187

0080031    Auburn Foundry, Inc.
 0004423      Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|---|
| 09/17/04 | Receipt and review of Arbitrator's decision; phone conference with client re decision | MML | 1.10 | |
| | Total Services.............................................................Hours | | 1.10 | 242.00 |
| | COPYING COSTS | | | 4.80 |
| | Total Disbursements................................................................$ | | | 4.80 |
| | Total Services And Disbursements...................................................$ | | | 246.80 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

October 25, 2004
Invoice Number 1197188

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
September 30, 2004 and not reflected on a prior bill:

0004428  Moore, Kathy J.

Total Services............................$        2,420.00
Total Disbursements..................$            3.00

Total This Matter....................................$        2,423.00

Total This Invoice............................................................$        2,423.00

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of September 30, 2004
Invoice Number 1197188

0080031    Auburn Foundry, Inc.
0004428    Moore, Kathy J.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 09/13/04 | Review of file in preparation of position statement; emails to T. Eastom and D. Brown re additional information; prepare outline of position; research cases on seniority system and duty to accommodate | MML | 4.50 | 990.00 |
| 09/14/04 | Draft position statement for the Equal Employment Opportunity Commission | MML | 2.30 | 506.00 |
| 09/15/04 | Research case law re seniority provisions; review and revise position; prepare exhibits; email to T. Eastom re position statement | MML | 3.40 | 748.00 |
| 09/16/04 | Final review and revision to position statement and exhibits; receipt and review of emailed changes from T. Eastom | MML | .80 | 176.00 |

Total Services............................................................Hours    11.00    2,420.00

COPYING COSTS                                                                    3.00

Total Disbursements............................................................$    3.00

Total Services And Disbursements......................................$    2,423.00