UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                    )
                          )
AUBURN FOUNDRY, INC.,     )    Case No. 04-10427
                          )    Chapter 11
        Debtor.           )

**MOTION TO APPROVE AGREEMENT RELATING
TO SECURED LENDERS' MOTION FOR ADEQUATE PROTECTION**

Comes now Bank of America, N.A., as agent for the pre-petition secured lenders ("Lenders"), pursuant to Bankruptcy Rule 4001(d), and moves that the attached Joint Stipulation and Order Regarding Motion of Bank of America, N.A. to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363(e) be approved, after notice to all creditors and an opportunity to object.

The Joint Stipulation was filed October 21, 2004 by the Lenders, the debtor-in-possession, the Official Committee of Unsecured Creditors, and AFI Lending Group, LLC. If approved, the Joint Stipulation would deem the Lenders' motion withdrawn, but with the proviso that if the Lenders should thereafter file a motion for an order pursuant to 11 U.S.C. §§ 361 and/or 363(e) seeking to require the Debtor to provide the Lenders with adequate protection for the diminution in value of the Fixed Assets, such diminution in value of the Fixed Assets would be measured from and after March 5, 2004, the date the Lenders filed their original Motion which is sought to be withdrawn pursuant to this Joint Stipulation.

A copy of the Joint Stipulation is attached to this Motion.

WHEREFORE, Bank of America, N.A. on behalf of and as agent for the pre-petition secured lenders moves that the Joint Stipulation file October 21, 2004 be approved.

SHIPLEY & ASSOCIATES

*/s/ Grant F. Shipley*
Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413
Phone: (260) 422-2700
Attorney for Bank of America, N.A.

## CERTIFICATE OF SERVICE

I certify that on the 5TH day of November, 2004, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

| | | |
|---|---|---|
| Scott C. Andrews | Nancy J. Gargula | Tricia Sherick |
| Becket & Lee, LLP | Edmund P. Kos | Richard J. Swanson |
| Gary D. Boyn | Brian J. Lange | Ellen L. Triebold |
| John R. Burns | Stephen E. Lewis | W. Erik Weber |
| Henry A. Efroymson | Marlene Reich | Mark A. Werling |
| Stephen L. Fink | Brad Rogers | |

And by depositing same in the United States Mail in envelopes properly addressed and with sufficient first class postage affixed to:

Lawrence S. Crowther
6055 Rockside Woods Blvd., Ste. 200
Cleveland, OH 44131

Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

*/s/ Grant F. Shipley*
Grant F. Shipley