**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On November 5, 2004, Bank of America, N.A. as agent for and on behalf of the pre-petition secured lenders ("Lenders") filed a Motion to Approve Agreement Relating to Secured Lenders' Motion for Adequate Protection. This motion relates to its motion filed March 5, 2004 to require the debtor to provide adequate protection pursuant to 11 U.S.C. § §361 and 363(e). On October 21, 2004, the Lenders, together with the Debtor-in-Possession, the Official Committee of Unsecured Creditors, and AFI Lending Group, LLC filed a Joint Stipulation and Order Regarding Motion of Bank of America, N.A. to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363(e). That Joint Stipulation, if approved by the Court, would authorize the Lenders to withdraw the March 5, 2004 adequate protection motion, with the proviso that if the Lenders should hereafter file a new motion under §361 and/or §363(e) of the Bankruptcy Code requiring the Debtor to provide the Lenders with adequate protection for the diminution in value of the Fixed Assets, such diminution in the value of the Fixed Assets would be measured from and after March 5, 2004, the date of the original Adequate Protection Motion. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **November 20, 2004** you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

1300 South Harrison Street, P.O. Box 2547, Fort Wayne, IN 46801-2547

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2. You must also mail a copy of your objection to:

Grant F. Shipley, 233 West Baker Street, Fort Wayne, IN 46802-3413
Ellen L. Triebold, U. S. Trustee's Office, 100 East Wayne Street, Suite 555, South Bend IN 46601
John R. Burns III, Baker & Daniels, 111 E Wayne, Ste. 800, Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date: November 5, 2004         */s/ Grant F. Shipley*
                              Grant F. Shipley
                              233 West Baker Street
                              Fort Wayne, IN 46802-34
                              Phone: (260) 422-2700
                              Attorney for Bank of America, N.A.