**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

This will certify that on the 5TH day of November, 2004, a true and complete copy of the attached Notice was deposited in the United States Mail first class postage prepaid and addressed to each of the creditors and parties in interest listed on the enclosed matrix.

                                                                                  */s/ Grant F. Shipley*
                                                                                   Grant F. Shipley

| | | |
|---|---|---|
| American Express Travel Related SVCS CO Inc. Corp Card.<br>c/o Becket & Lee LLP<br>PO Box 3001, Dept AC<br>Malvern, PA  19355-0701 | Auburn Foundry, Inc.<br>635 W. Eleventh Street<br>Auburn, IN  46706 | Bank of America, National Association<br>231 S. LaSalle, 16th Floor<br>Chicago, IL  60697 |
| Bobcat of Fort Wayne, Inc.<br>3630 Goshen Road<br>Fort Wayne, IN  46818 | Cascade Pattern Company<br>Shapero, Green & Michel LLC<br>Signature Square II, Suite 220<br>25101 Chagrin Blvd.<br>Cleveland, OH  44122 | Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Propect Street<br>Indianapolis, IN  46203 |
| City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN  46706 | City of Auburn<br>c/o Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN  46802 | DISA Industrie, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL  60543 |
| Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL  60557 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN  46706 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN  46802 |
| IBM Corporation<br>Beverly H. Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL  60181 | Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL  60018 | NMHG Financial Services, Inc.<br>c/o Rubin & Levin, P.C.<br>500Marott Center<br>342 Massachusetts Ave.<br>Indianapolis, IN  46204-2161 |
| Shambaugh & Son, L.P.<br>7614 Opportunity Drive<br>Post Office Box 1287<br>Fort Wayne | Werling(DM)<br>Baker & Daniels<br>111 East Wayne Street, #800<br>Fort Wayne, IN  46802 | FORT WAYNE DIVISION<br>1300 S. Harrison St.<br>P.O. Box 2547<br>Fort Wayne, IN  46801-2547 |
| 0 C TANNER<br>1930 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84115 | 3M VALLEY<br>600 E. MEIGS<br>VALLEY, NE 68064-0368 | A T & T<br>P.O. Box 96001309<br>Louisville, KY 40290-1309 |
| A-1 JANITORIAL SERVICE<br>PO BOX 241<br>WATERLOO, IN 46793 | A. F. Europe, Inc.<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | A.F. EUROPE, INC.<br>635 W. ELEVENTH STREET<br>AUBURN, IN 46706 |
| ABB Inc.<br>9000 Regency Park, Suite 300<br>Cary, NC 27511 | ABB METALLURGY INC<br>1460 LIVINGSTON AVE<br>NORTH BRUNSWICK, NJ 08902 | ABF FREIGHT SYSTEM INC.<br>3320 N. WELLS ST.<br>FORT WAYNE, IN 46808 |
| ACORDIA<br>P.O. BOX 885<br>FT WAYNE, IN 46801-0885 | ADDIS INC<br>3721 LEE ROAD<br>CLEVELAND, OH 44120 | ADMETCO<br>7625 VICKSBURG PIKE<br>FORT WAYNE, IN 46850 |

| | | |
|---|---|---|
| AERO-MOTIVE MANUFACTURING<br>5688 EAST ML AVE<br>KALAMAZOO, MI 49001 | AIR PRODUCTS AND CHEMICALS<br>PO BOX 25745<br>LEHIGH VALLEY, PA 18002-5742 | AIR TECHNICS INC.<br>2652 MERRIMONT DRIVE<br>TROY, OH 45373 |
| AIRBORNE EXPRESS<br>P.O. BOX 91001<br>SEATTLE, WA 98111 | AIRTECH ENVIRONMENTAL SERVICES<br>601A COUNTRY CLUB DRIVE<br>BENSENVILLE, IL 60106 | ALFA FINANCIAL CORPORATION<br>56 COLONIAL PARK DRIVE SUITE 200<br>ROSWELL, GA 30075 |
| ALLEN PATTERN WORKS INC.<br>616 EAST WALLACE STREET<br>P.O. BOX 10540<br>FORT WAYNE, IN 46803 | ALRO STEEL CORPORATION<br>PO BOX 10360<br>FT WAYNE, IN 46851-0360 | AMERICAN BIO MEDICA CORP<br>122 SMITH ROAD<br>KINDERHOOK, NY 12106 |
| AMERICAN WIRE ROPE AND SLING<br>3122 ENGLE ROAD<br>FORT WAYNE, IN 46809 | AMETEK INC.<br>900 GREENBANK ROAD<br>WILMINGTON, DE 19808 | APPLIED METALS & MACHINE WORKS<br>1036 ST. MARYS AVENUE<br>FORT WAYNE, IN 46808 |
| ARAB PEST CONTROL<br>1130 PION RD<br>FORT WAYNE, IN 46825 | ARROW FENCE COMPANY, INC.<br>318 EDGEWOOD AVENUE<br>FORT WAYNE, IN 46805 | ARROW SERVICES INC<br>4121 NORTHRUP<br>FT WAYNE, IN 46805 |
| ASHLAND CHEMICAL CO<br>P O BOX 395<br>COLUMBUS, OH 43216-0395 | AUBURN CITY UTILITIES<br>PO BOX 506<br>AUBURN, IN 46706 | AUBURN INN<br>225 TOURING DRIVE<br>AUBURN, IN 46706 |
| AUSTIN PETROLEUM INC.<br>99 E. JOE STREET<br>HUNTINGTON, IN 46750 | AUTO ELECTRIC<br>709 E WASHINGTON<br>FT WAYNE, IN 46802 | AUTOMATIC DATA PROCESSING<br>OF INDIANAPOLIS INC<br>P.O. BOX 80419<br>INDIANAPOLIS, IN 46280-0419 |
| AZTEC MILLENNIUM SUPPLY, I<br>8411 MAYHEW ROAD<br>FORT WAYNE, IN 46835 | Air Products and Chemicals<br>Tom Jacob A6313<br>7201 Hamilton Blvd.<br>Allentown, PA 18195 | American Arbitration Association<br>13455 Noel Road, Suite 1750<br>Dallas, TX 75240 |
| American Express Travel Related Svcs Co<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Anne Meeks Davis Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46306-2847 | Antibus Scales and Systems<br>4809 Illinois Road<br>Fort Wayne, IN 46804 |
| Arch Wireless<br>Attn: Division 19<br>11570 Mosteller Road<br>Cincinnati OH 45241 | Ashland, Inc.<br>Collection Dept.<br>P.O. Box 2219<br>Columbus, OH 43216 | Auburn Chrysler, Dodge, & Jeep, Inc.<br>507 South Grandstaff Drive<br>Auburn, IN 46706 |

| | | |
|---|---|---|
| Austin Petroleum, Inc.<br>c/o Ron Ellis, President<br>99 East Joe Street<br>Huntington, IN 46750 | B-P INDUSTRIAL DIVISION<br>8432 CENTRAL AVE., SUITE 3<br>SYLVANIA, OH 43560 | BADEN, GAGE & SCHROEDER, LLC<br>6920 POINTE INVERNESS WAY, SUITE 300<br>FORT WAYNE, IN 46804 |
| BANK OF AMERICA<br>231 S. LASALLE STREET, 16TH FLOOR<br>CHICAGO, IL 60697 | BASSETT OFFICE SUPPLY INC<br>509 SOUTH MAIN STREET<br>AUBURN, IN 46706 | BAYARD ADVERTISING AGENCY<br>902 BROADWAY, 10TH FLOOR<br>NEW YORK, NY 10010 |
| BBC PUMP AND EQUIPMENT CO., INC.<br>1125 WEST 16TH ST<br>PO BOX 22098<br>INDIANAPOLIS, IN 46222 | BBC Pump and Equipment Co., Inc.<br>777 N. Tibbs Ave.<br>PO Box 22098<br>Indianapolis, IN 46222 | BBC Pump and Equipment Co., Inc.<br>777 N. Tibbs Avenue<br>PO Box 22099<br>Indianapolis, IN 46222 |
| BEARDSLEY AND PIPER, LLC<br>751 SHORELINE DRIVE<br>AURORA, IL 60504 | BELCON CORP.<br>P.O. BOX 4763<br>OAK BROOK, IL 60522-4763 | BGR INC<br>25703 SPRINGFIELD CENTER ROAD<br>HARLAN, IN 46743 |
| BGR Inc.<br>6392 Grand Road<br>West Chester, Ohio 45069 | BISBEE INFARED SERVICES<br>1304 W MICHIGAN<br>JACKSON, MI 49204 | BLISS CLEARING NIAGRA, INC.<br>683 NORTHLAND AVENUE<br>BUFFALO, NY 14211 |
| BLUE FLAME OF WATERLOO<br>P.O. BOX 428<br>WATERLOO, IN 46793 | BOBCAT FINANCIAL SERVICES<br>8001 RIDGEPOINT DRIVE<br>IRVING, TX 75063 | BOBCAT OF FORT WAYNE<br>3630 GOSHEN ROAD<br>FORT WAYNE, IN 46818 |
| BOHL CRANE INC<br>1930 LAKEVIEW DRIVE<br>FT WAYNE, IN 46808 | BOHREN LOGISTICS, INC.<br>325 N. TAYLOR ROAD<br>GARRETT, IN 46738 | Bohren-Mercer Warehouse & Distribution<br>325 N. TAYLOR RD<br>GARRETT, IN 46738 |
| BOSTWICK-BRAUN COMPANY<br>ST RD 4 169<br>ASHLEY, IN 46705 | BPC - BELL PACKAGING CORP<br>PO BOX 3333<br>MARION, IN 46953-0333 | BPC - Bell Packaging Corporation<br>PO Box 3006<br>Marion, IN 46953-0333 |
| BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 | BREAD BASKET<br>115 NORTH MAIN STREET<br>AUBURN, IN 46706 | BRECHBUHLER SCALES<br>3306 CAVALIER DRIVE<br>FORT WAYNE, IN 46808 |
| BREHOB ELECTRIC EQUIPMENT INC.<br>1334 SOUTH MERIDIAN STRET<br>INDIANAPOLIS, IN 46225 | BRIAN S AUTOMOTIVE CENTER<br>1110 SOUTH GRANDSTAFF DRIVE<br>AUBURN, IN 46706 | BRISTAL METAL PRODUCTS, INC<br>3000 LEBANON CHURCH ROAD<br>WEST MIFFLIN, PA 15122 |

| | | |
|---|---|---|
| BUSINESS IMPRESSIONS<br>509 S MAIN ST<br>AUBURN, IN 46706 | BUTLER & BUTLER CONSTRUCTION<br>1803 GRANDSTAFF DRIVE SOUTH<br>AUBURN, IN 46706 | Beardsley & Piper LLC<br>751 Shareline Drive<br>Aurora, IL 60504 |
| Best Access Systems<br>6161 E. 75th St.<br>Indianapolis, IN 46250 | Bohl Equipment Company<br>534 W. Laskey Rd.<br>Toledo, OH 43612 | Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 |
| Brehob Corp.<br>P O Box 2023<br>Indianapolis IN 46206-2023 | Brehob Electric Equipment Inc.<br>P.O. Box 2023<br>Indianapolis, IN 46225 | C A Picard Surface Engineer<br>Surface Engineering Division, Inc.<br>689 SUGAR LANE<br>ELYRIA, OH 44035 |
| C MILLER & SONS INC<br>6707 GABION WAY<br>FT WAYNE, IN 46818 | CALAR INC<br>1010 C WEST SEVENTH STREET<br>AUBURN, IN 46706 | CAMS, INC.<br>495 VILLAGE PARK DRIVE<br>POWELL, OH 43065 |
| CAMWAY TRANSPORTATION CORP<br>7846 WEST CENTRAL AVENUE<br>TOLEDO. OH 43617 | CANTEEN<br>2715 AMERICAN WAY<br>FORT WAYNE, IN 46809 | CARPENTER BROTHERS INC.<br>6120 NORTON CENTER DRIVE<br>MUSKEGON, MI 49441 |
| CARPER FARM SUPPLY INC<br>PO BOX 159<br>ASHLEY, IN 46705 | CARRIER VIBRATING EQUIPMENT<br>P.O. BOX 37070<br>LOUISVILLE, KY 40233-7070 | CASCADE PATTERN COMPANY<br>5191 TERNES AVENUE<br>ELYRIA, OH 44035 |
| CC METALS AND ALLOYS INC<br>UNIVERSITY CORPORATE CENTRE<br>300 CORPORATE PARKWAY - 216N<br>AMHERST, NY 14226 | CERTANIUM. ALLOYS & RESEARCH<br>6510 NORTHPARK BLVD.<br>CHARLOTTE, NC 28216 | CERTIFIED REDUCER REBUILDERS<br>32079 MILTON<br>MADISON HEIGHTS, MI 48071 |
| CINCINNATI PLUS<br>PARTS DIVISION<br>4701 MARBURG AVENUE<br>CINCINNATI, OH 45209 | CITIZENS GAS & COKE UTILITIES<br>2020 NORTH MERIDIAN STREET<br>INDIANAPOLIS, IN 46202 | CITY OF AUBURN<br>% REBECCA FULLER<br>P.O.BOX 506<br>AUBURN, IN 46706 |
| CLASSIC CITY AUTOMOTIVE INC<br>503 MICHIGAN AVENUE<br>AUBURN, IN 46706 | CLEAN CONVEYOR SOLUTIONS<br>DIVISION OF CVP GROUP, INC.<br>P.O. BOX 67<br>WILLOW SPRINGS, IL 60480-0067 | COMPLETE DRIVES INC<br>1542 W. AUBURN DRIVE<br>AUBURN, IN 46706 |
| COMPLETE MAINTENANCE & STA<br>5405 HURSH ROAD<br>FORT WAYNE, IN 46845 | COMTRONIX CORPORATION<br>2213 EAST 45TH STREET<br>INDIANAPOLIS, IN 46205-2297 | CONSOLIDATED INDUSTRIES<br>6228 HOLLY OAK DRIVE<br>FORT WAYNE, IN 46818 |

| | | |
|---|---|---|
| COPELCO CAPITAL, INC.<br>P.O. BOX 728<br>PARK RIDGE, NJ 07656 | COPPER AND BRASS SALES INC.<br>530 NORTHFIELD DRIVE<br>BROWNSBURG, IN 46112 | CORE TECH INC<br>6000 OLD MAUMEE RD<br>FT WAYNE, IN 46803 |
| COTTERMAN COMPANY<br>130 SELTZER ROAD<br>CROSWELL, MI 48422 | COVERT MANUFACTURING INC.<br>328 SOUTH EAST STREET<br>GALION, OH 44833 | COVINGTON BOX<br>3514 US 6<br>WATERLOO, IN 46793 |
| CROSIBLE INC.<br>P.O. BOX 271<br>MORAVIA, NY 13118 | CRYSTAL CLEAN<br>C O PETROLEUM MANAGEMENT<br>7901 WEST MORRIS ST.<br>INDIANAPOLIS, IN 46231 | CURRENT INC<br>2120 E. WASHINGTON<br>FT WAYNE, IN 46803-1329 |
| CURTIS 1000<br>PO BOX 11271<br>FT WAYNE, IN 46856 | Custom Engineering & Fabrication<br>2471 CR 64<br>AUBURN, IN 46706 | Calar Inc.<br>PO Box 458<br>Syracuse, IN 46567 |
| Carolyn D. Honer<br>C/O Keaton And Keaton<br>P.O. Box 11208<br>Fort Wayne, IN 46856-1208 | Cascade Pattern Co.<br>c/o Brian Green<br>25101 Chagrin Blvd., Suite 220<br>Beachwood, Ohio 44122 | Centennial Wireless<br>421 Fernhill Avenue<br>Fort Wayne, IN 46805 |
| Ceruti's Catering<br>615 Professional Way<br>Kendallville, IN 46755 | Christy Davis Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 |
| Commissioner of Labor/IOSHA<br>402 W. Washington Street, RM W-195<br>Indianapolis, IN 46204 | Complete Drives Inc.<br>6419 Discount Drive<br>Fort Wayne, IN 46818 | Complete Maintenance & Staffing, Inc.<br>5405 Hursh Road<br>Fort Wayne, IN 46845 |
| Corporate Benefit Strategy<br>5181 Plainfield Ave. NE, Suite D<br>Grand Rapids, MI 46535 | Covington Box & Packaging, Inc.<br>c/o Beckman Lawson, LLP<br>Attn: Howard B. Sandler, Esq.<br>PO Box 800<br>Fort Wayne, IN 46801-0800 | Crown Equipment Corporation<br>1919 Research Drive<br>Fort Wayne, IN 46808 |
| Custom Engineering & Fabrication<br>1631 East Pontiac St.<br>Fort Wayne, IN 46803 | Custom Engineering & Fabrication<br>1631 East Pontiac Street<br>Fort Wayne, IN 46809 | D.A.S. SERVICES, INC.<br>2310 WEST 175 NORTH<br>ANGOLA, IN 46703 |
| DAUBER COMPANY INC<br>577 NORTH 18TH ROAD<br>TONICA, IL 61370 | DAVID B. FINK<br>P.O. BOX 72<br>AUBURN, IN 46706 | DAVID J. JOSEPH COMPANY<br>659 VAN METER STREET, SUITE 530<br>CINCINNATI, OH 45202 |

| | | |
|---|---|---|
| DEKALB COUNTY TREASURER<br>COURTHOUSE<br>AUBURN, IN 46706 | DEKALB COUNTY, INDIANA<br>DEKALB COUNTY ASSESSOR, COURT HOUSE<br>100 SOUTH MAIN STREET<br>AUBURN, IN 46706 | DEKALB ENGINEERING<br>700 E QUINCY STREET<br>GARRETT, IN 46738 |
| DEKALB MEMORIAL HOSPITAL<br>PO BOX 542<br>AUBURN, IN 46706 | DELL FINANCIAL SERVICES, L.P.<br>14050 SUMMIT DRIVE, BLDG. A, Ste 101<br>AUSTIN, TX 78758 | DIAMOND POWER SPECIALTY CO<br>2520 EAST MAIN STREET<br>LANCASTER, OH 43130-0787 |
| DICTATING & TIME SYSTEMS<br>2212 SOUTH CALHOUN STREET<br>FORT WAYNE, IN 46802 | DIETERT FOUNDRY TESTING INC<br>9190 ROSE LAWN AVE.<br>DETROIT, MI 48204 | DIGITAL COMMUNICATION PROD<br>3720 SOUTH CALHOUN STREET<br>FT WAYNE, IN 46862-2107 |
| DIGITAL REPROGRAPHICS, INC.<br>105 CHAMBEAU ROAD<br>FORT WAYNE, IN 46805 | DISA GOFF, INC.<br>I PLEASANT GROVE ROAD<br>SEMINOLE, OK 74868 | DISA INDUSTRIES, INC.<br>80 KENDALL POINT DRIVE<br>OSWEGO, IL 60543 |
| DIVERSIFIED PATTERN & ENG<br>100 PROGRESS WAY<br>AVILLA, IN 46710-0230 | DOALL SOUTH BEND CO INC<br>802 S. BEIGER ST.<br>MISHAWAKA, IN 46544 | DON R FRUCHEY INC<br>5608 OLD MAUMEE ROAD<br>FT WAYNE, IN 46803 |
| DORSCH TOOL & ENG CO<br>3419 GEORGETOWN RD<br>INDIANAPOLIS, IN 46224 | DR LUBRICANTS INC<br>4611 NEWAYGO ROAD, SUITE D<br>FT WAYNE, IN 46825 | DUCA MANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512 |
| DUFFY OFFICE PRODUCTS<br>7712 LIMA ROAD<br>FORT WAYNE, IN 46818 | DURAFLO EQUIPMENT COMPANY, INC.<br>1737 MASSACHUSETTS AVENUE<br>INDIANAPOLIS, IN 46201 | Daniel T. March<br>C/O John C. Grimm<br>P.O. Box 31<br>Auburn, IN 46706 |
| Dauber Company Inc.<br>577 North 18th Road<br>Tonica, IL 61370 | David B. Fink, Debtor by G. D. Boynm, Trste<br>c/o Warrick & Boyn LLP<br>Attn: Gary D. Boyn<br>121 West Franklin Street, Suite 400<br>Elkhart, IN 46516-3278 | David Hunter<br>5206 N. Manitou Trail<br>Leland, MI 49654 |
| David M. Meeks Jr. Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46305-2847 | David Weber<br>4213 Arkway Ct.<br>Fort Wayne, IN 46814 | Dayton Freight<br>PO Box 340<br>Vandalia, OH 45377 |
| Dayton Freight Lines Inc<br>6450 Poe Ave. Ste 311<br>Dayton, Ohio 45414 | DeKalb Co. Nuisance Animal Control<br>4107 CR 35<br>Auburn, IN 46706 | Dell Financial Services<br>PO Box 99200<br>Chicago, IL 60693 |

Detrick L. Franklin
C/O Chritopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

Dick Taylor Consulting 635 Land 425
Jimmerson Lake
Fremont, IN 46737

Digital Communication Prod.
3720 South Calhoun Street
Fort Wayne, IN 46807

Disa Goff, Inc.
PO Box 1607
Seminole, OK 74818

Don R. Fruchey, Inc.
Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, Indiana 46802

Duraflo Equipment Company, Inc.
3910-B Culligan Avenue
Indianapolis, IN 46218

E-FILLIATE INC.
11321 WHITE ROCK RD
RANCHO CORDOVA, CA 95742

EAGLE FOUNTAIN WORKS, INC.
8 WINCHESTER ROAD
ORMOND BEACH, FL 32174

EASTERN ENGINEERING SUPPLY
2810 NORTH WHEELING
MUNCIE, IN 47303

ECLECTRIC COMPANY
18315 RICHEY LANE
HUNTERTOWN, IN 46748

EDGLO LABORATORIES INC
2107 EAST WASHINGTON BLVD
FT WAYNE, IN 46803

EDS
PO BOX 4582
POSTAL STATION A
TORONTO, ON M5W 4W4

EDWARDS MEDICAL
495 WOODCREEK DRIVE
BOLINGBROOK, IL 60440

EIRICH MACHINES INC
4033 RYAN RD
GURNEE, IL 60031

ELEVENTH STREET CAPITAL, LL
635 WEST ELEVENTH STREET
AUBURN, IN 46706

ELKEM METALS INC.
P 0 BOX 266
PITTSBURGH, PA 15230-0266

ELY CRANE & HOIST
1247 EAST 222ND STREET
EUCLID, OH 44117

EMED COMPANY INC.
P.O. BOX 369
BUFFALO, NY 14240-0369

EMERGENCY RADIO SERVICE
4410 EARTH DRIVE
FORT WAYNE, IN 46809

EMPIRE REFRACTORY SALES INC
3525 METRO DRIVE
FORT WAYNE, IN 46818

EMPLOYER S SECURITY INC
PO BOX 1045
ELKHART, IN 46515

ENCO MFG CO
400 NEVADA PACIFIC HIGHWAY
FERNLEY, NV 89408

ENGINEERED TOOLING
P.O. BOX 48
ALBION, IN 46701

ENVIRO CONTROL METALS
650 CHESTNUT STREET S.W
GRAND RAPIDS, MI 49503

EPIC MACHINE
201 INDUSTRIAL WAY
FENTON, MI 48430

ERNST AND YOUNG LLP
PO BOX 710884
CINCINNATI, OH 45271-0884

EWALD ENTERPRISES INC
PO BOX 80165
FT WAYNE, IN 46898-0165

EXECUTONE INFORMATION SYSTEMS
ATTN LCR DEPARTMENT
P.O. BOX 52843
PHOENIX, AZ 85072-2843

Earth Tech, Inc.
5555 Glenwood Hills Pkwy. S.E.
Grand Rapids, MI 49512

Edglo Laboratories, Inc.
2121 East Washington Blvd.
Fort Wayne, IN 46803

| | | |
|---|---|---|
| Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 | Edwin P. and Mary K. Rosebrock<br>C/O Patrick Procter, Eilbacher Scott<br>110 W. Berry St., Ste 2202<br>Fort Wayne, IN 46802 | Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| Elkem Metals Inc.<br>Stacy Cairns<br>PO Box 266<br>Pittsburgh, PA 15230 | Elliot Transport System, Inc.<br>MC 250424<br>4104-32nd Avenue South<br>Moorhead, MN 56561-0366 | Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 |
| Enco Mfg Co<br>P.O. Box 357<br>Farmingdale, NY 11735 | Eric Davis<br>1565 West Maumee Street<br>Angola, IN 46703 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald |
| FAIRMOUNT MINERALS<br>P O BOX 400<br>BRIDGEMAN, MI 49106 | FALCON FOUNDRY CO<br>PO BOX 301<br>LOWELLVILLE, OH 44436-0301 | FARGO WEAR INC<br>1801 CANIFF AVENUE<br>DETROIT, MI 48212-2917 |
| FIRE PROTECTION INC<br>750 W NORTH ST SUITE C<br>AUBURN, IN 46706 | FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 | FMTHUR<br>8408 MANOR DRIVE<br>FORT WAYNE, IN 46825 |
| FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 | FOX CONTRACTORS CORP.<br>5430 FERGUSON ROAD<br>FORT WAYNE, IN 46809 | FRANK H GILL COMPANY<br>2859 BERNICE ROAD<br>LANSING, IL 60438 |
| FRANKLIN CAPITAL FINANCIAL SERVICES, LLC<br>112 NORTH GRANT STREET<br>NORTH AURORA, IL 60542 | FREEMAN MFG & SUPPLY COMPANY<br>27655 GROESBECK HWY<br>ROSEVILLE, MI 48066 | FRISKNEY GEAR & MACHINE CORP<br>350 NORTH BRIDGE STREET<br>CORUNNA, IN 46730 |
| FT WAYNE ORTHOPAEDICS<br>P.O. BOX 2526<br>FORT WAYNE, IN 46801 | Fastenal Company<br>923 Cardinal Court<br>Auburn, IN 46706 | First Insurance Funding Corp.<br>450 Skokie Blvd., Ste 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 |
| Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802 | Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 | GENERAL KINEMATICS CORP<br>777-T LAKE ZURICH ROAD<br>BARRINGTON, IL 60010 |
| GEORGE E BOOTH COMPANY<br>8202 W 10TH ST<br>INDIANAPOLIS, IN 46214-2432 | GMAC BUSINESS CREDIT, LLC<br>300 GALLERIA OFFICENTRE, STE 110<br>SOUTHFIELD, MI 48034 | GMAC Business Credit, LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 |

| | | |
|---|---|---|
| GMP Local 322<br>C/O Richard J. Swanson<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 | GOLDEN RULE SANITATION, IN<br>9905 KRESS ROAD<br>ROANOKE, IN 46783 | GRAINGER INC<br>5002 SPEEDWAY DRIVE<br>FT WAYNE, IN 46825 |
| GRAYCRAFT SIGNS PLUS INC<br>434 WEST 7TH STREET<br>AUBURN, IN 46706 | GREAT LAKES CARBON CORP<br>FOUR GREENSPOINT PLAZA, SUITE 2200<br>16945 NORTHCHASE DRIVE<br>HOUSTON, TX 77060-2133 | GROHOLSKI MANUFACTURING SO<br>PO BOX 15742<br>FORT WAYNE, IN 46885 |
| Gary G. Shock<br>c/o Randal S. Forbes<br>PO Box 374<br>Angola, IN 46703 | General Kinematics Corp<br>5050 Rickert Road<br>Crystal Lake, IL 60014-7333 | General Motors Corporation<br>Tricia A. Sherick, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg.<br>Detroit, MI 48226 |
| Gerald L. Martin, III<br>c/o Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 | Glass, Molders, Pottery, Plastics and Allied<br>c/o Richard J. Swanson<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204 | Goeglein's Inc.<br>7311 Maysville Road<br>Fort Wayne, IN 46815-8199 |
| H E C 0 INC<br>3509 S BURDICK ST<br>KALAMAZOO, MI 49001 | H.A. SMOLEN COMPANY INC.<br>PO BOX 9055<br>HIGHLAND, IN 46322 | HANEY S GLASS OF AUBURN<br>930 WEST 15TH STREET<br>AUBURN, IN 46706 |
| HARBOR METAL, INC<br>PO BOX 644<br>BENTON HARBOR, MI 49023 | HARTLEY CONTROLS CORP.<br>2400 HOLLY ROAD<br>NEENAH, WI 54956 | HERAEUS ELECTRO-NITE COMPANY<br>INSTRUMENT LAB<br>1418 EAST 86TH PLACE<br>MERRILLVILLE, IN 46410 |
| HICKMAN WILLIAMS & COMPANY<br>COMMERCE PLAZA<br>2015 SPRING ROAD<br>OAK BROOK, IL 60521 | HILL AND GRIFFITH CO.<br>3637 FARNSWORTH<br>INDIANAPOLIS, IN 46241 | HIPSHER TOOL & DIE, INC.<br>1593 S. STATE ROAD 115<br>WABASH, IN 46992 |
| HOOK INDUSTRIAL SALES INC.<br>2731 BROOKLYN AVE.<br>PO BOX 9177<br>FORT WAYNE, IN 46899 | HOOSIER TRAILER & TRUCK EQ<br>4830 TODD DRIVE<br>FORT WAYNE, IN 46803 | HOT CREWS INC<br>PO BOX 13094<br>FT WAYNE, IN 46803 |
| HYDRONIC & STEAM EQUIP CO<br>8950 BASH STREET<br>INDIANAPOLIS, IN 46256 | Harbor Metal Treating Co. of Indiana<br>PO Box 644<br>Benton Harbor, MI 49023 | Heraeus Electro-Nite Company<br>One Summit Square 1st Floor, Suite 100<br>Langhorne, PA 19047 |
| Hi-Vac Corporation<br>117 Industry Road<br>Marietta, OH 45750 | Hickman, Williams & Company<br>PO Box 538<br>Cincinnati, OH 45201<br>Attention: T. L. Meadors | I.R.S.<br>230 S. DEARBORNE, ROOM 2560<br>5014 CHI<br>CHICAGO, IL 60604 |

| | | |
|---|---|---|
| IBM CREDIT CORPORATION<br>I NORTH CASTLE DRIVE<br>ARMONK, NY 10504-2575 | IBM CREDIT LLC<br>1 NORTH CASTLE DRIVE<br>ARMONK, NY 10504-2575 | IBM Corporation<br>2707 Butterfield<br>Oak Brook, IL 60521 |
| IBM Credit LLC<br>Beverly Shideler<br>Two Lincoln Centre<br>Oakbrook, IL 60181 | IN Dept. of Environmental Management<br>100 North Senate Avenue<br>P.O. Box 6015<br>Indianapolis, IN 46204 | INDIANA DEPARTMENT OF REVENUE<br>100 NORTH SENATE<br>ROOM N203<br>INDIANAPOLIS, IN 46204-2217 |
| INDIANA REFRACTORIES INC.<br>1624 SIMONS STREET<br>FT. WAYNE, IN 46803 | INDUCTOTHERM CORP<br>10 INDEL AVE<br>RANCOCAS, NJ 08073 | INDUSTRIAL CERAMIC PRODUCT<br>14401 SUNTRA WAY<br>MARYSVILLE, OH 43040 |
| INDUSTRIAL MARKETING INC.<br>114 W. TOLEDO STREET<br>FREMONT, IN 46737 | INDUSTRIAL SPECIALITIES<br>9621 WHITE HILL DRIVE<br>FORT WAYNE, IN 46804-5953 | INDUSTRIAL TOOL SERVICE INC.<br>612 HAYDEN STREET<br>FORT WAYNE, IN 46802 |
| INDUSTRIAL TUBE & STEEL CO<br>P.O. BOX 640137<br>CINCINNATI, OH 45264-0137 | INDUSTRON CORPORATION<br>2044 VALLEYDALE TERRACE<br>BIRMINGHAM, AL 35244 | INGERSOLL-RAND CO<br>AIR COMPRESSOR GROUP<br>2516-1 INDUSTRIAL PARK DRIVE<br>GOSHEN, IN 46526 |
| INOVIS<br>ATTN BILLING<br>2425 N. CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080 | INTERLUBE CORPORATION<br>4646 BAKER AVENUE<br>CINCINNATI, OH 45212-2594 | INTERMEC TECHNOLOGY CORP.<br>9290 LESAINT DRIVE<br>FAIRFIELD, OH 45014-5454 |
| INTERNATIONAL QUALITY<br>521 CLEVELAND<br>LINCOLN PARK, MI 48146 | INTERNATIONAL SURFACE PREP<br>1606 EXECUTIVE DR<br>LAGRANGE, GA 30241 | IRCON INC<br>7300 N. NATCHEZ AVE.<br>NILES, IL 60714 |
| IVY TECH<br>3800 NORTH ANTHONY BLVD<br>FORT WAYNE, IN 46805 | Indiana Department of Revenue<br>100 North Senate<br>Indianapolis, IN 46204-2253 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-203<br>100 North Senate Avenue<br>Indianapolis, IN 46204 |
| Indiana Department of Revenue<br>County Tax<br>100 North Senate<br>Indianapolis, IN 46204-2253 | Indiana Department of Workforce Development<br>Beverly Korobkin<br>10 North Senate Avenue, SE200<br>Indianapolis, IN 46204-2277 | Industrial Specialties<br>9621 White Hill Ct.<br>Fort Wayne, IN 46804-5953 |
| Internal Revenue Services<br>230 South Dearborn, Room 2560<br>5014CHI<br>Chicago, IL 60604 | J & K COMMUNICATIONS INC.<br>222 S. TOWER VIEW DRIVE<br>COLUMBIA CITY, IN 46725 | J & L INDUSTRIAL SUPPLY<br>PO BOX 3359<br>LIVONIA, MI |

| | | |
|---|---|---|
| J E BEARING AND MACHINE LTD.<br>68 SPRUCE STREET<br>TILLSONBURG, ON N4G 4H8 | J-LENCO INC<br>664 N HIGH STREET<br>LARUE, CH 43332 | JACKSON-HIRSH INC<br>700 ANTHONY TRAIL<br>NORTHBROOK, IL 60062-2542 |
| JANET F. BORDEN<br>P.O. BOX 770570<br>STEAMBOAT SPRINGS, CO 80477 | JET EXPRESS INC.<br>4518 WEBSTER STREET<br>DAYTON, OH 45414 | JOHN A. FINK<br>271 N. MCCLELLAN STREET, #106<br>P.O. BOX 757<br>AUBURN, IN 46706 |
| Janet F. Borden<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Joe Harmon<br>7004 Blackhawk Lane<br>Fort Wayne, IN 46815 | John A. Fink<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| John A. Urbaska Revocable Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 467204-2023 | K M H SYSTEMS<br>7020 STATE ROUTE 930 EAST<br>FT WAYNE, IN 46803 | KALTENBACH, INC.<br>6775 INWOOD DRIVE<br>COLUMBUS, IN 47202 |
| KEIBLER THOMPSON CORP<br>ROUTE 66 RR #2R<br>EXPORT, PA 15632 | KENDALL ELECTRIC INC<br>PO BOX 46<br>AUBURN, IN 46706-0046 | KENDALLVILLE IRON & METAL INC<br>243 E. LISBON ROAD<br>P O BOX 69<br>KENDALLVILLE IN 46755 |
| KERAMIDA ENVIRONMENTAL INC<br>330 N COLLEGE AVE<br>INDIANAPOLIS, IN 46202 | KEY EQUIPMENT FINANCE<br>66 SOUTH PEARL STREET<br>ALBANY, NY 12207 | KMH SYSTEMS, INC.<br>7020 SR 930 EAST<br>FORT WAYNE, IN 46803 |
| KMH Systems, Inc.<br>6900 Poe Ave.<br>Dayton, OH 45414 | KONE INC<br>433 FERNHILL AVE<br>FORT WAYNE, IN 46805-1039 | KORTE BROS INC<br>620 W COOK RD<br>FT WAYNE, IN 46825-3324 |
| KORTE PAPER CO.<br>1819 SOUTH CALHOUN<br>FORT WAYNE, IN 46857 | KROGER FOOD STORES<br>1001 WEST SEVENTH STREET<br>AUBURN, IN 46706 | KUSTOM MACHINING INC.<br>P.O. BOX 39<br>LEO, IN 46765 |
| Katie Urbaska Revocable Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Kendall Electric Inc.<br>131 Grand Truck Ave.<br>Battle Creek, MI 49016 | Kendall Electric Inc.<br>131 Grand Truck Avenue<br>Battle Creek, MI 49016 |
| Kerry L. Flory<br>03469 County Road 9<br>Bryan, OH 43506 | Key Equipment Finance<br>Attn: Sal Boscia<br>1000 South McCaslin Boulevard<br>Louisville, CO 80027<br><br>Khela J. Franklin | c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |

| | | |
|---|---|---|
| Kimberly E. Parker<br>c/o Chistopher C. Myers<br>809 S. Calhoun St., Ste 400<br>Fort Wayne, IN 46802 | Kurt Hollenbeck<br>2018 Sweet Cider Road<br>Fort Wayne, IN 46818 | L & D INDUSTRIES<br>201 SOUTH FULTON<br>AUBURN, IN 46706 |
| LAB SAFETY SUPPLY INC.<br>PO BOX 1368<br>JANESVILLE, WI 53547-1368 | LBH CHEMICAL & INDUSTRIAL<br>PO BOX 8460<br>FT WAYNE, IN 46808-8460 | LDM, LOADING DOCK MAINTENANCE<br>14819 MILL ROAD<br>FORT WAYNE, IN 46816 |
| LECO CORPORATION<br>3000 LAKEVIEW AVENUE<br>ST. JOSEPH, MI 49085-2396 | LMI TECHNOLOGIES (USA), INC<br>21455 SUITE 22 MELROSE AVE<br>SOUTHFIELD, MI 48075 | LOUGHEED & ASSOCIATES, INC.<br>1017 S. HADLEY ROAD<br>FORT WAYNE, IN 46804 |
| LOUIS PADNOS IRON & METAL CO.<br>P.O. BOX 1979<br>HOLLAND, MI 49422-1979 | LYMAN STEEL CO.<br>P.O. BOX 28340<br>CLEVELAND, OH 44128 | MACALLISTER MACHINERY CO INC<br>2418 COLISEUM BLVD W<br>FORT WAYNE, IN 46808-3648 |
| MACDONALD MACHINERY CO INC.<br>3911 LIMESTONE DRIVE<br>FORT WAYNE, IN 46809 | MAGMA FOUNDRY TECHNOLOGIES<br>2340 SOUTH ARLINGTON HEIGHTS ROAD<br>ARLINGTON HEIG, IL 60005 | MAGNECO METREL INC<br>PO BOX 176<br>NEGLEY, OH 44441 |
| MAIL-WELL ENVELOPE<br>4500 TIEDMAN ROAD<br>CLEVELAND, OH 44144 | MARJO PLASTICS<br>1081 CHERRY STREET<br>PLYMOUTH, MI 48170 | MARLIN LEASING CORP.<br>124 GAITHER DRIVE SUITE 170<br>MOUNT LAUREL, NJ 08054 |
| MARLIN LEASING CORP.<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | MARPOSS CORPORATION<br>3300 CROSS CREEK PARKWAY<br>AUBURN HILLS, MI 48326 | MARTIN GRAPHICS<br>P.O. BOX 525<br>AUBURN, IN 46706 |
| MASTER GAGE & TOOL CO.<br>112 MAPLEWOOD STREET<br>DANVILLE, VA 24540 | MATERIALS HANDLING EQUIP C<br>7433 US 30 EAST<br>FT WAYNE, IN 46803 | MCLEAN MIDWEST CORPORATION<br>11611 BUSINESS PARK BLVD. N.<br>CHAMPLIN, MN 55316 |
| MCMAHON TIRE<br>1712 SOUTH WAYNE STREET<br>AUBURN, IN 46706 | MCMASTER CARR SUPPLY COMPANY<br>200 AURORA INDUSTRIAL PKWY<br>AURORA, OH 44202 | MCNICHOLS COMPANY<br>1951 LIVELY BLVD.<br>ELK GROVE VILLAGE, IL 60007 |
| MCS Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 | MELLON CONSULTANTS<br>TWO PENNSYLVANIA PLAZA<br>NEW YORK, NY 10121 | MET-PAK SPECIALITIES, INC.<br>2701 S. COLISEUM BLVD., SUITE 117<br>FORT WAYNE, IN 46803 |

| | | |
|---|---|---|
| METALTEC STEEL ABRASIVE CO<br>41155 JOY ROAD<br>CANTON, MI 48187 | MEYER INDUSTRIAL SERVICE<br>616 W MAPLEWOOD DRIVE<br>OSSIAN, IN 46777 | MICHAEL BARSTOW<br>CONSULTANT METALLURGIST<br>1152 SOUTHVALE ROAD<br>PITTSBURGH, PA 15237-4241 |
| MICHIANA DOOR<br>PO BOX 45<br>STROH, IN 46789-0045 | MID-STATE CHEMICAL & SUPPLY CO.<br>2100 GREENBRIER LANE<br>INDIANAPOLIS, IN 46218 | MIDWEST AIR FILTER, INC.<br>3630 N. WELLS STREET<br>FORT WAYNE, IN 46808 |
| MIDWEST INSTRUMENT CO INC<br>541 INDUSTRIAL DR<br>HARTLAND, WI 53029-0080 | MIDWEST PIPE & STEEL INC<br>PO BOX 11558<br>FORT WAYNE, IN 46859 | MILLER AND COMPANY<br>6400 SHAFER COURT, SUITE 500<br>ROSEMONT, IL 60018 |
| MODERN EQUIPMENT COMPANY<br>336 SOUTH SPRING STREET<br>PORT WASHINGTON, WI 53074 | MONITOR TECHNOLOGIES LLC<br>DRAWER AL-44W320<br>ELBURN, IL 60119 | MOTION INDUSTRIES INC<br>3333 EAST WASHINGTON BLVD<br>FT WAYNE, IN 46862-2149 |
| MP STEEL INDIANA, LLC<br>PO BOX 876<br>KENDALLVILLE, IN 46755 | MPB INDUSTRIES<br>505 EAST 31ST STREET<br>ANDERSON, IN 46016 | MSC INDUSTRIAL SUPPLY CO<br>P.O. BOX 9072<br>MELVILLE, NY 11747 |
| MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 | MSS SOFTWARE<br>5 GREAT VALLEN PARKWAY<br>MALVERN, PA 19355 | Magneco Metrel Inc.<br>223 Interstate Road<br>Addison, IL 60101 |
| Maila Davis Megorden Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Maile M. Urbaska<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Mark A. Gorney<br>c/o Christopher C. Myers<br>809 S. Calhoun St, Ste. 400<br>Fort Wayne, IN 46802 |
| Marlin Leasing Corp.<br>Kelly McCarthy, Bankruptcy Administrator<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ 08054 | Mary K. Rosenbrock<br>c/o Patrick Procter, Eilbacher Scott<br>110 West Berry St., Ste. 2202<br>Fort Wayne, In 46802 | Maxwell Engineering, Inc.<br>dba Allen Pattern Works<br>616 East Wallace Street<br>PO Box 10540<br>Fort Wayne, IN 46803 |
| McNichols Company<br>Attn: Dwight Glisson<br>PO Box 30300<br>Tampa, FL 33630-3300 | McNichols Company<br>PO Box 30300<br>Tampa, FL 33630-3300 | Medical Group of Fort Wayne<br>Billing Office<br>PO Box 2505<br>Fort Wayne, IN 46801-2505 |
| Michael Polich<br>7822 Ladue Court<br>Fort Wayne, IN 46804 | Michigan Department of Treasury<br>PO Box 30059<br>Lansing, MI 48909 | Midwest Instrument Co. Inc.<br>Jeff Heimsch<br>PO Box 80<br>Hartland, WI 53029 |

| | | |
|---|---|---|
| Miller and Company LLC<br>Robert E. Overman II<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 | Moore Medical Corp<br>Attn: Sharon Schoenberger<br>PO Box 1500<br>New Britain, CT 06050-1500 | Moore Medical Corporation<br>389 John Downey Drive<br>PO Box 2740<br>New Britain, CT 06050-2740 |
| Motion Industries, Inc<br>1605 Alton Road<br>Birmingham, AL 35210 | NADAPRO INC<br>5020 NOB ROAD<br>FT WAYNE, IN 46825 | NADAPRO, Inc.<br>c/o Gary D. Wohlwend<br>5020 Nob Road<br>Fort Wayne, IN 46825 |
| NATIONAL CITY LEASING CORP.<br>101 SOUTH FIFTH STREET<br>LOUISVILLE, KY 40202 | NATIONAL MATERIAL TRADING<br>1965 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007 | NEFF ENGINEERING CO INC<br>7114 INNOVATION BLVD<br>FT WAYNE, IN 46898 |
| NES RENTALS<br>8855 BYRON COMMERCE<br>BYRON CENTER, MI 49315 | NEWARK INONE<br>4410 EXECUTIVE BLVD, SUITE A<br>FT WAYNE, IN 46808 | NIckie L. Hutcherson<br>340 Lane 101<br>Long Beach Lake<br>Fremont, IN 46737 |
| NMHG FINANCIAL SERVICES INC<br>7020 HWY 30 EAST<br>FORT WAYNE, IN 46803 | NMHG FINANCIAL SERVICES INC.<br>44 OLD RIDGEBURY ROAD<br>DANBURY, CT 06810 | NORTHSTAR IMAGING, INC.<br>953 WESTGATE DRIVE<br>ST. PAUL, MN 55114 |
| National Serv-All<br>5000 Smith Road<br>Fort Wayne, In 46809 | National Serv-All<br>Merritt/Hess<br>3907 CR 47<br>Auburn, IN 46706 | Ned Donaldson<br>612 Valley Park Drive<br>Auburn, IN 46706 |
| Newcourt Leasing Corp/Cit<br>21146 Network Place<br>Chicago, IL 60673-1211 | Northbend Pattern Works<br>28080 Ziebler Blvd.<br>West Harrison, IN 47060 | Northern Indiana Trading Company<br>PO Box 526<br>Auburn, IN 46706 |
| OFC CAPITAL<br>DEPT GA00010<br>PO BOX 530101<br>ATLANTA, GA 30353-0101 | OLD FORT SUPPLY CO., INC.<br>OLD FORT WAY AT 2000 WAYNE TRACE<br>FORT WAYNE, IN 46803 | OMEGA ENGINEERING INC.<br>ONE OMEGA DRIVE<br>P.O. BOX 4047<br>STAMFORD, CT 06907-0047 |
| OMNISOURCE CORP-TUSCO<br>2453 HILL AVENUE<br>TOLEDO, OH 43607 | OSSOLA INDUSTRIALS INC.<br>1740 W. SEVENTH STREET<br>GRANITE CITY, IL 62040 | OmniSource Corporation<br>C/O Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 |
| Overnight Transportation<br>PO Box 1216<br>Richmond, VA 23209-1216 | Overnite Transportation Co.<br>PO Box 1216<br>Richmond, VA 23218-1216 | PAASO GENERAL EQUIPMENT<br>PO BOX 868<br>BRIGHTON, MI 48116 |

| | | |
|---|---|---|
| PANGBORN COMPANY<br>580 PANGBORN BLVD.<br>HAGERSTOWN, MD 21742-0380 | PARKER GLOVE & SUPPLY, INC<br>EAST 4TH STREET<br>AVILLA, IN 46710 | PEERLESS METALS POWDERS & ABRASIVES<br>P.O. BOX 09254<br>DETROIT, MI 48209 |
| PERFECTION SERVO HYDRAULIC<br>1010 WEST REPUBLIC DRIVE<br>ADDISON, IL 60101 | PERKINS SEPTIC AND DRAIN SERVICE<br>0375 CR 11<br>HUDSON, IN 46747 | PFLAUMER BROTHERS INC<br>398 CLARKSVILLE ROAD<br>PRINCETON JCT., NJ 08550 |
| PHC INDUSTRIES INC.<br>3115 PITTSBURG STREET<br>FORT WAYNE, IN 46825 | PHC Industries Inc.<br>PO Box 11225<br>Fort Wayne, IN 46856-1225 | POWERED EQUIPMENT AND REPAIR<br>600 VOORHEES<br>PO BOX 147<br>TERRE HAUTE, IN 47808-0147 |
| PRANGER ENTERPRISES INC<br>PO BOX 366<br>ASHLEY, IN 46705 | PRECISION CALIBRATION COMPANY<br>7656 MILLINER COURT<br>PLAINFIELD, IN 46168 | PRECISION STEEL SERVICES<br>4334 EARTH DRIVE<br>FT. WAYNE, IN 46809 |
| PROJECT MANAGEMENT SERVICES<br>P.O. BOX 398<br>MCDONALD, OH 44437-0398 | PROXTRONICS DOSIMETRY LLC<br>7200 FULLERTON ROAD<br>SPRINGFIELD, VA 22150 | PSA Quality Systems, INc.<br>5615 Enterprise Drive<br>Lansing, MI 48911 |
| PWC FABRICATION<br>2121 WAYNE HAVEN AVENUE<br>FORT WAYNE, IN 46803 | Parkview Occupational Health<br>3103 East State Street<br>Fort Wayne, In 46805 | Pension Benefit Guaranty Corporation<br>Attn: Brad Rogers, Attorney<br>Office of the General Counsel, Suite 340<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | QHG OF FT WAYNE, INC REDIM<br>315 EAST COOK ROAD<br>FORT WAYNE, IN 46825 |
| QMS-CUSTOMER SERVICE<br>300 GALLERIA OFFICENTER, S<br>SOUTHFIELD, MI 48034 | QUALITY CALIBRATION SERVICE<br>10205 WEST GREENFIELD AVENUE<br>WEST ALLIS, WI 53214 | R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 |
| R.S. Corcoran Company<br>500 N. Vine Street<br>P.O. Box 429<br>New Lenox, IL 60451-0429 | RA MUELLER INC.<br>11270 CORNELL PARK DRIVE<br>CINCINNATI, OH 45242 | RADIO SHACK<br>1025 W 7TH ST<br>AUBURN, IN 46706 |
| REDIMED DEKALB, LLC<br>AMIC<br>500 S. GRANDSTAFF SUITE G<br>AUBURN, IN 46706 | REFCO INC<br>PO BOX 12867<br>PITTSBURAH, PA 15241 | REILLEY TRUCKING<br>7431 BENT WILLOW DRIVE<br>FORT WAYNE, IN 46815 |

| | | |
|---|---|---|
| RELIABLE CORPORATION<br>1001 WEST VAN BUREN STREET<br>CHICAGO, IL 60607 | RENCO MACHINE CO INC<br>1421 EASTMAN AVE<br>GREEN BAY, WI 54302 | RENO REFRACTORIES, INC.<br>PO BOX 201<br>MORRIS, AL 35116 |
| RICHARD SQUIER PALLETS INC<br>3992 CR24<br>WATERLOO, IN 46793 | RUDD EQUIPMENT COMPANY<br>P.O. BOX 32427<br>LOUISVILLE, KY 40232 | RUMFORD INDUSTRIAL GROUP INC.<br>PO BOX 752288<br>DAYTON, OH 45475 |
| RYTEC CORPORATION<br>PO BOX 403<br>JACKSON, WI 53037 | RadioShack Credit Services<br>Attn: Judy Wong<br>300 RadioShack Circle Mail Stop 5018<br>PO Box 961090<br>Fort Worth TX 76161-5018 | Richard Squier Pallets Inc.<br>2522 US Hwy 6 West<br>PO Box 668<br>Waterloo, IN 46793 |
| Ronald J. Osbun<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 | S & S TIRE CO INC.<br>1100 WEST 7TH STREET<br>AUBURN, IN 46706 | S &SOILCO INC<br>821 LAKESHORE AVENUE<br>AUBURN. IN 46706 |
| S D MYERS<br>180 SOUTH AVENUE<br>TALLMADGE, OH 44278 | SAFETY - KLEEN CORP<br>PO BOX 12349<br>COLUMBIA, SC 29211-2349 | SAFETY-KLEEN SYTEM, INC.<br>5400 LEGACY DR.<br>CLUSTEN II BLDG 3<br>PLANO TX 75024 |
| SCHENKEL & SONS INC<br>1120 ST MARY S AVENUE<br>FT WAYNE, IN 46808 | SCHUST ENGINEERING INC.<br>701 NORTH STREET<br>AUBURN, IN 46706 | SCIOTO VALLEY PACKAGING, LLC<br>5151 REED ROAD NE, SUITE 210A<br>COLUMBUS, OH 43220 |
| SCOTT INDUSTRIAL SYSTEMS INC<br>521 N AIRPORT OFFICE PARK<br>FT WAYNE, IN 46825 | SECURITY LOCKNUT INC<br>9650 WEST FOSTER AVENUE<br>CHICAGO, IL 60656 | SENTINEL FLUID CONTROLS<br>7114 INNOVATION BOULEVARD<br>FORT WAYNE, IN 46818 |
| SES LLC TECHNICAL GROUP<br>PO BOX 8413<br>FORT WAYNE, IN 46898 | SHAMBAUGH & SONS INC<br>P0 BOX 1287<br>FT WAYNE, IN 46801 | SHELLS INC.<br>502 OLD U.S. HWY 30 EAST<br>BOURBON, IN 46504 |
| SHERRY LABORATORIES<br>2203 SOUTH MADISON<br>MUNCIE, IN 47307 | SIMPLICITY ENGINEERING IN<br>212 S. OAK<br>DURAND, MI 48429-0257 | SPECTRO ANALYTICAL INSTRUMENTS, INC.<br>160 AUTHORITY DRIVE<br>FITCHBURG, MA 01420 |
| SPECTRUM ENGINEERING CORP<br>17420 TONKEL ROAD<br>LEO, IN 46765-9779 | SPRAYING SYSTEMS COMPANY<br>C O HARRIMAN AVE<br>P.O. BOX 348<br>AUBURN, IN 46706 | SPRINKLING CAN<br>233 SOUTH MAIN STREET-<br>AUBURN, IN 46706 |

STACLEAN DIFFUSER COMPANY
PO BOX 1147
SALISBURY, NC 28144

STAG IRON AND METAL CORP
7820 WEST 60TH PLACE
SUMMIT, IL 60501

STAG Iron & Metal Corp.
Deer & Stone, P.C.
130 S. Jefferson Street, Suite 501
Chicago, IL 60661

STATES ENGINEERING CORP
10216 AIRPORT DRIVE
FORT WAYNE, IN 46819

STERICYCLE INC
1301 E ALEXIS ROAD
TOLEDO, OH 43612

STRUERS INC
24766 DETROIT ROAD
WESTLAKE, OH 44145

STURGIS IRON & METAL
70675 CENTERVILLE ROAD
STURGIS, MI 49091-0579

SUPERIOR BUSINESS SOLUTION
PO BOX 8040
FT WAYNE, IN 46898-8040

SYSTEM CLEAN INC.
50602 NORTH MICHIGAN ROAD
SOUTH BEND, IN 46637-1532

Schenkel & Sons Inc
Brian J. Lange, Esquire
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802

Scioto Valley Packaging, LLC
PO Box 497
Clinton, NC 28329

Secretary of Treasury
15th & Pennsylvania Avenue
Washington DC 20220

Securities & Exchange Commission
Bankruptcy Section
175 W. Jackson Blvd., Suite 900
Chicago IL 60604

Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH 43612

Sheela B. Davis Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Sierra Poindexter
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Spectrum Engineering Corp
5524 North County Line Road
Auburn, IN 46706-9302

Staclean Diffuser Co., LLC
PO Drawer 1147
Salisbury, NC 28145-1147

State of Michigan
UIA Tax Office
POC Unit - Suite 11-500
Detroit, MI 48202

Steel Equipment Specialists LLC
P.O. box 2148
1507 Beeson St.
Alliance, OH 44601

Stericycle Inc.
13975 Polo Trail Dr #201
Lake Forest IL 60045

Sturgis Iron & Metal Co., Inc.
c/o P. Joseph Haas, Jr.
112 S. Monroe Street
Sturgis, MI 49091

System Clean, Inc
50602 N. Michigan St.
South Bend, IN 46637

T & L SHARPENING INC
2663 S FREEMAN ROAD
MONTICELLO, IN 47960

T & M EQUIPMENT CO INC
2880 EAST 83RD PLACE
MERRILLVILLE, IN 46410

T.T.G. PATTERN
5443 KEYSTONE DRIVE
FORT WAYNE, IN 46825

TAYLOR RENTAL AUBURN
2224 STATE ROAD 8 WEST
AUBURN, IN 46706

TEC-HACKETT, INC.
P.O. BOX 8830
FORT WAYNE, IN 46898-8830

TELEMOTIVE INDUSTRIAL CONTROLS
175 WALL STREET
GLENDALE HEIGHTS, IL 60139-1985

THOMAS E. KELLER TRUCKING INC.
1160 CARPENTER ROAD
DEFIANCE, OH 43512

| | | |
|---|---|---|
| TIME INDUSTRIAL INC<br>6422 LIMA ROAD<br>FORT WAYNE, IN 46818 | TIMOTHY S. BORDEN<br>P.O. BOX 770570<br>STEAMBOAT SPRINGS, CO 80477 | TOOLING & EQUIPMENT INTERNATIONAL<br>12550 TECH CENTER DRIVE<br>LIVONIA. MI 48150-2193 |
| TPC WIRE & CABLE<br>7061 EAST PLEASANT VALLEY ROAD<br>INDEPENDENCE, OH 44131 | TRANE COMPANY<br>ROHAN TRANE SERVICE AGENCY, INC.<br>6602 INNOVATION BLVD.<br>FORT WAYNE, IN 46818-1389 | TRI STATE COMPRESSED AIR SYSTEMS, IN<br>1608 EISHENHOWER DRIVE SOUTH<br>GOSHEN, IN 46526-5360 |
| TRI-STATE INSTRUMENT SERVICE<br>3024 WAYNE TRACE<br>P.O. BOX 6068<br>FORT WAYNE, IN 46896 | TROJAN HEAT TREAT<br>809 S. BYRON ST<br>HOMER, MI 49245 | Taylor Rental Center, Inc.<br>2224 St. Rd. 8<br>Auburn, IN 46706 |
| The New Keibler Thompson Co.<br>Route 66 RR#2<br>Box264A<br>Export, PA 15632 | Time Industrial, Inc.<br>c/o Roy F. Kiplinger<br>Beers Mallers Backs & Salin, LLP<br>110 W. Berry Street, Suite 1100<br>Fort Wayne, IN 46802 | Timothy S. Borden<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| Trevor Meeks Agency<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | U.S. Attorney Office<br>3128 Federal Building<br>1300 South Harrison Street<br>Fort Wayne IN 46802 | UNIMIN CORPORATION<br>809 MYERS ROAD<br>ARCHBOLD, OH 43502 |
| UNITED PARCEL SERVICE<br>P.O. BOX 505820<br>THE LAKES, NV 88905-5820 | US CARGO MANAGEMENT INC.<br>PHILADELPHIA INTERNATIONAL AIRPORT<br>P.O. BOX 277<br>ESSINGTON, PA 19029 | US INSPECTION SERVICES<br>705 ALBANY STREET<br>DAYTON, OH 45408 |
| US PATTERN COMPANY INC<br>P0 BOX 220<br>RICHMOND, MI 48062 | USF Holland, Inc<br>750 E. 40th Street<br>Holland, MI 49423 | Unimin Corporation<br>258 Elm Street<br>New Canaan, CT 06840 |
| United Parcel Service<br>c/o D&B/RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, Maryland 21094 | VAN DYNE CROTTY, INC.<br>3115 INDEPENDENCE DRIVE<br>FORT WAYNE, IN 46808 | VESUVIUS USA CORP.<br>661 WILLET ROAD<br>BUFFALO, NY 14218 |
| VIBES TECHNOLOGIES INC.<br>7125 NORTHLAND TERRACE NORTH, SUITE 400<br>BROOKLYN PARK, MN 55428 | VWR INTERNATIONAL, INC.<br>PO BOX 66929, O HARE AMF<br>CHICAGO, IL 60666 | VWR International, Inc.<br>1230 Kennestone Circle<br>Marietta, GA 30066 |
| Van Dyne Crotty Inc.<br>3233 Newmark Dr.<br>Miamisburg, OH 45342 | Vericore L.L,C.<br>1200 W. Causeway Approach<br>Mandevill, CA 70471 | Vesuvius USA Corporation<br>Steven Del Cotto, Esquire<br>27 Noblestown Road<br>Carnegie, PA 15106 |

W.W. GRAINGER, INC.  
7300 N MELVINA AVE M530  
NILES IL 60714-3998

WALMAN OPTICAL CO  
PO BOX 9440  
MINNEAPOLIS, MN 55440

WARSAW ENGINEERING & FABRICATING  
2780 E. DURBIN STREET  
WARSAW, IN 46581-1043

WATER SCIENCES  
PO BOX 15489  
FT WAYNE, IN 46885

WAYNE FASTENERS INC  
2725 INDEPENDENCE DRIVE  
FT WAYNE, IN 46808

WAYNE PIPE & SUPPLY INC  
1815 SOUTH ANTHONY BLVD  
FT WAYNE, IN 46803

WELDER SERVICES INC  
1725 EDSALL AVENUE  
FT WAYNE, IN 46896

WESTPORT HARDNESS & GAGING  
510 MONTAUK HWY  
WEST ISLIP, NY 11795

WEYERHAEUSER CO.  
2626 CR 71  
BUTLER, IN 46721

WHEELABRATOR ABRASIVES INC  
1 ABRASIVE AVE  
BEDFORD, VA 24523

WHEELABRATOR CANADA INC.  
401 WHEELABRATOR WAY  
MILTON, ONTARIO, L9T487

WIESE PLANNING & ENG., INC.  
2725 INDEPENDENCE DRIVE  
FORT WAYNE, IN 46808

WILLIAM C WEBER & ASSOC IN  
CONSTITUTION HILL OFFICE PARK  
6201 CONSTITUTION DRIVE  
FT WAYNE, IN 46804

WILLIAM E. FINK  
P.O. BOX 826  
AUBURN, IN 46706

WISE INTERNATIONAL IDEAL LEAS  
2807 GOSHEN ROAD  
FORT WAYNE, IN 46808

Warsaw Engineering & Fabricating  
c/o Scott R. Leisz  
Bingham McHale LLP  
10 W. Market, #2700  
Indianapolis, IN 46204

Wayne Fasteners Inc.  
2611 Independence Dr.  
Ft. Wayne, IN 46808

William C. Weber & Associates, Inc  
William/Suzanne Weber  
6201 Constitution Dr.  
Fort Wayne, IN 46804

William E. Fink  
c/o Sommer Barnard Ackerson PC  
Attn: Jerald I. Ancel  
One Indiana Square, Suite 3500  
Indianapolis, IN 46204-2023

XRI TESTING  
8327 RELIABLE PARKWAY  
CHICAGO, IL 60686-0083

XRI TESTING - TROY  
MOBILEX, LLC  
1961 THUNDERBIRD  
TROY, MI 48084

John Burns(SR)  
111 East Wayne Street  
Suite 800  
Fort Wayne, IN  46802

John R. Burns(DM)  
111 East Wayne Street  
Fort Wayne, IN  46802

Mark A. Werling(TW)  
111 East Wayne Street  
Suite 800  
Fort Wayne, IN  46802

Nancy J. Gargula  
One Michiana Square  
5th Floor  
100 East Wayne Street  
South Bend, IN  46601