IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

---

IN THE MATTER OF:                )
                                 )    Chapter 11
AUBURN FOUNDRY, INC.,            )
35-0154360                       )    BK Case No. 04-10427-reg
                    Debtor.      )

---

**ORDER AUTHORIZING RETENTION OF**
**ROTHBERG LOGAN & WARSCO, LLP ATTORNEYS**
**FOR DEBTOR AND DEBTOR-IN-POSSESSION**

Upon the application, dated November 10, 2004 (the "Application"), of the above-captioned Debtor and Debtor-in-Possession (the "Debtor"), for entry of an order, pursuant to §§ 327(a), 328 and 1107(b) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtor to retain the firm of Rothberg, Logan & Warsco LLP ("RLW"), as its attorneys in its Chapter 11 case in the event a conflict arises with Baker & Daniels, its current counsel; and upon the affidavit of Mark A. Warsco, Esq., a partner of RLW (the "Affidavit"), which is annexed to the Application and notice having been given to the parties identified in the Application; and it appearing that no other or further notice is required or necessary; and the Court being satisfied that RLW does not hold or represent an interest adverse to the Debtor's estate and that RLW is a "disinterested person" as such term is defined under § 101(14), as modified by § 1107(b), of the Bankruptcy Code, and that the employment of RLW as attorneys for the Debtor is

FWIMAN1 332007v1

necessary and in the best interests of the Debtor and its estate, creditors and interest holders; and after due deliberation and sufficient cause appearing therefore,

**FINDS THAT**

a. RLW and each of its members and associates represent no interest adverse to the Debtor's estate such that would disqualify RLW from representation of the Debtor in this Chapter 11 case;

b. RLW and each of its members and associates is a "disinterested person" as such term is defined in § 101(14) of the Bankruptcy Code; and

c. The retention of RLW as the Debtor's counsel is in the best interests of the Debtor and its estates, creditors, and interest holders; and it is therefore

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to §§ 327(a) and 1107(b) of the Bankruptcy Code, the Debtor is authorized to retain RLW, *nunc pro tunc* to the Petition Date, as its counsel to perform the services set forth in the Application.

2. RLW shall be compensated in accordance with the Affidavit, annexed to the Application, subject to §§ 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure as may be applicable from time-to-time, the rules of this Court and such procedures as may be fixed by order of this Court.

3. RLW shall provide such additional disclosure as set forth in the Application and as is necessary or appropriate.

Dated: _____ at Fort Wayne, Indiana

_____
**JUDGE, United States Bankruptcy Court**