IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION TO REJECT EXECUTORY EMPLOYMENT
CONTRACT OF MICHAEL L. POLICH**

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits this Motion to Reject Executory Employment Contract of Michael L. Polich (the "Motion") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor and Michael L. Polich are parties to a certain executory employment contract (the "Contract"). Michael L. Polich's employment commenced, under the terms of the Contract, on October 8, 1997. Attached hereto as Exhibit A and incorporated herein by reference is a copy of the Contract.

3. The Debtor seeks to reject the Contract between AFI and Michael L. Polich. As indicated by the separate Motion to Approve Compromise filed contemporaneously herewith, Michael L. Polich consents to the rejection of the contract.

4. The Debtor believes the rejection described herein is in the best interests of creditors and the estate. Such rejection will facilitate the Debtor's Plan of Reorganization.

FWIMAN1 358254v2

2

WHEREFORE, Debtor, by counsel, respectfully requests that the Court approve its Motion to Reject Executory Contract as described more fully herein.

Dated:  November 15, 2004  BAKER & DANIELS

By:  /s/ John R Burn III
    John R Burns III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone:  (260) 420-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.