

**auburn foundry, inc.**

SINCE 1911

*635-639 WEST ELEVENTH STREET ■ AUBURN, INDIANA 46706 ■* **TELEPHONE (219) 925-0900**
**FAX (219) 925-5137**

October 7, 1997

Mr. Michael L. Polich
1001 Elmsmere Drive
Northville, Michigan 48167

Dear Mr. Polich:

Prior to today, you and I have discussed your possible employment by Auburn Foundry, Inc. and have engaged in mutual discussions to that end. We have negotiated between us the initial terms of your employment. This letter confirms the essential employment information which we have agreed upon.

## I.    Duties.

In your position as Vice President/Sales and Marketing, you would report directly to the President. You would be responsible for all sales and marketing operations of Auburn Foundry, Inc. with some responsibility for coordination of our sister companies' sales and marketing activities. Upon employment, you would sign our normal confidentiality agreement (a copy of which is attached).

You would be expected to devote all of your time, attention, skill and efforts to the performance of your duties subject to the supervision of the President/CEO.

## II.    Salary and Bonus.

You would receive during your employment a base salary annualized at $180,000 payable bi-weekly after appropriate withholdings. However, in the first twelve months of your employment, you may draw down any amount of your first year's salary which you require to cover certain immediate needs you have explained. The balance would be prorated over the balance of the first twelve calendar months of employment.



**EXHIBIT**

Page Two
Mr. Michael L. Polich
October 7, 1997

Your performance and salary will be subject to a review accomplished in December of 1998, and at such subsequent times as the President may determine. At the end of the 1998 fiscal year, you would receive a minimum incentive bonus of $45,000.00, with an incentive potential of 80% of the base salary predicated upon Auburn Foundry's current bonus plan. Thereafter the minimum bonus potential shall be based solely on the bonus plan then in effect. That Plan is subject to change from time to time. Under the current plan, the actual amount of bonus is based on current net income as a percent of sales before tax. The targets are subject to adjustment in subsequent fiscal years. Bonuses are normally paid in January.

**III.    Signing Bonus.**

Upon commencement of employment under this agreement, Auburn Foundry, Inc. will pay to you the sum of $10,000, less applicable tax withholdings.

**IV.    Long Term Incentive.**

Also you would be eligible to participate in the existing Auburn Foundry long term incentive plan for the fiscal year ending November 30, 1998. An election to participate must be made by November 30, 1997. All incentive amounts would be payable to you according to the then current Auburn Foundry incentive bonus payment practices.

**V.    Health Insurance, Pension, and Other Benefits.**

You would participate in and be entitled to all benefits payable under Auburn Foundry's group health and life insurance and long-term disability coverage, together with pension and any other benefit plans as Auburn Foundry now has or may establish, including waiting periods or vesting and service requirements, as applied to all other exempt employees of Auburn Foundry. Attached hereto is the current Auburn Foundry Summary of Salaried Benefit Plans.

**VI.    Life Insurance Bridge; Physical Examination.**

In addition, in order to serve as a bridge for you pending the time when you may satisfy the requirements for participation in the Auburn Foundry pension plan, Auburn Foundry will pay to you the cash equivalent of a premium for the purchase of term life insurance to secure the amount of insurance which may become available to you through the pension plan upon your satisfaction of the vesting and service requirements. This term insurance "bridge" would cease upon your qualifying to participate as a beneficiary under the term insurance provisions of the Auburn Foundry pension plan. You would also receive the benefit of a bi-annual physical examination conducted at the Mayo-Clinic, Rochester, Minnesota, (or other facility selected by the Company for its officers' benefit) in the same manner as this benefit is from time to time extended to other senior managers of Auburn Foundry.

Page Three
Mr. Michael L. Polich
October 7, 1997


In particular with reference to Auburn Foundry life insurance plans and coverage, you would be covered by the special key man term insurance and the group plan term insurance, respectively. You would be responsible for accomplishing beneficiary designations for any life insurance made available to you through Auburn Foundry.

**VII.    Automobile and Support Services.**

You would be entitled to the use of a company provided vehicle on the same basis as other exempt officers and employees of Auburn Foundry. You will have office space, stenographic assistance and such other facilities and services as are suitable to your position and appropriate for the performance of your duties.

**VIII.    Vacation; Reimbursable Expenses.**

You would be entitled to vacation periods in line with the policies of Auburn Foundry for officers. In addition, you would be entitled to reimbursement for all reasonable and necessary expenses incurred in connection with the performance of your duties on behalf of Auburn Foundry, including entertainment, travel, reasonable attendance at meetings and seminars, and other expenses incident to the duties undertaken in the position; provided, however, that you would be responsible for submitting bills and vouchers supporting requests for reimbursement.

**IX.    Relocation Expenses.**

In the event you accept the position, Auburn Foundry will reimburse you for relocation expenses as follows:

1.    Real estate sales commission, closing costs, and related expenses of sale, payable upon the sale of your current residence in Northville, Michigan;

2.    Payment of moving and, if necessary, storage expenses, and;

3.    Temporary housing expenses commensurate with the position for up to ten (10) months;

Alternately, if you elect, Auburn Foundry will pay you a lump sum amount upon which we mutually agree, which is equal to the amounts described in paragraphs 1, 2 and 3 above. You would then be responsible for all of your relocation expenses.

Page Four
Mr. Michael L. Polich
October 7, 1997

**X.    Bridge Loan.**

To assist with your relocation, we will offer to arrange financing of an amount reasonably required for you to obtain a residence in the Auburn area.  If you have not yet sold your current residence, we will pay the interest (or loan the funds ourself) on that amount of loan for a period not to exceed ten months.

**XI.    Severance Benefits.**

In the event of your involuntary termination by Auburn Foundry of your employment, not due to your performance, retirement, death or disability, Auburn Foundry will, until the earlier of:  one year beyond the date of termination; or the date on which subsequent employment is secured, pay your then current bi-weekly salary and provide health insurance coverage for you and your spouse.

In the case of the controlling shareholders of Auburn Foundry, Inc., selling a majority interest in the Company to an unrelated outside party, which results in your involuntary termination of employment (except for cause or retirement), then this severance benefit shall extend to the earlier of two years or the date of re-employment elsewhere.

**XII.    Repayment Upon Early Termination.**

If your employment is terminated for cause or by your voluntary termination, within the first twelve (12) months, you will repay to Auburn Foundry the signing bonus, the outstanding Bridge Loan, and any portion of your salary which has been advanced and which exceed the amount you would otherwise be entitled to if no advancement had occurred, all together with any applicable wage withholding and taxes.

**XIII.    Transition Travel Expenses.**

Until you have relocated to the Auburn area, but not for more than ten months, you will be reimbursed for travel to and from Northville, Michigan, for yourself and/or your wife and dependent children.  You would also be paid a living/meal expense allowance per our mutual agreement.

**XIV.    At Will Employment.**

Other than for any benefits provided herein, all employment of senior management at Auburn Foundry is, of course, at the will of either party.

Page Five
Mr. Michael L. Polich
October 7, 1997

## XV.    Signature.

If you agree with all of these terms, please signify your acceptance by signing a copy of this letter below, and returning it to me. I look forward to welcoming you to Auburn! This letter supersedes the offer contained in my letter of October 3, 1997.

Sincerely,

AUBURN FOUNDRY, INC.

BY: _David B. Fink_____
David B. Fink, Chairman

Acknowledged and Accepted:

_Michael L. Polich_____
Michael L. Polich
Date: October __8__, 1997

Y:\WP\EMPCON\POLICH1