IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

    At Fort Wayne, Indiana, on _____.

    The Debtor's Motion to Reject Executory Employment Contract of Michael L. Polich is GRANTED, it appearing to the Court that the Motion is made for good cause.

    Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

    SO ORDERED.

                                                  _____
                                                  Judge, United States Bankruptcy Court