IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION TO APPROVE COMPROMISE**
**WITH MICHAEL L. POLICH**

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits this Motion to Approve Compromise with Michael L. Polich (the "Motion") and in support thereof states as follows:

1.      AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      The Debtor and Michael L. Polich are parties to a certain executory employment contract (the "Contract").  Michael L. Polich's employment commenced, under the terms of the Contract, on October 8, 1997.  Attached hereto as Exhibit A and incorporated herein by reference is a copy of the Contract.

3.      The Debtor seeks to reject the Contract through a contemporaneously filed Motion to Reject Executory Employment Contract of Michael L. Polich and to enter into a post-petition compromise agreement mutually agreeable to AFI and Michael L. Polich.

4.      The rejection by AFI described herein will create rejection damages in favor of Michael L. Polich, the exact amount of which is subject to dispute.

5. Michael L. Polich is owed severance amounts under his existing employment agreement from AFI in addition to amounts from accrued vacation allowances and work performed while employed by AFI.

6. AFI and Michael L. Polich have agreed to compromise and settle Debtor's obligations pursuant to the agreement (the "Agreement") attached hereto as Exhibit B and to provide certain other benefits to both parties as more fully set forth in Exhibit B.  The Agreement provides, in pertinent part, that (1) AFI will reject the Contract, thus terminating the employment relationship between AFI and Michael L. Polich; (2) AFI and Michael L. Polich will enter into a post-petition agreement whereby AFI will provide Michael L. Polich with forty(40) days of severance amounts as set forth more fully in the Agreement, subject to the terms and conditions therein; (3) AFI will provide Michael L. Polich health, dental, and life insurance benefits for the duration of the "Severance Payment" period. as set forth more fully in the Agreement, subject to the terms and conditions therein; and (4) Michael L. Polich will waive any potential, existing, or remaining claims against AFI as they relate to the Contract as set forth more fully in the Agreement, subject to the terms and conditions therein.  Resolving potential disputes concerning the existing agreement and obtaining the additional proposed benefits of the new agreement reduces potential costs and otherwise protects AFI

7. The Agreement is conditioned upon this Court's approval of this Motion and the contemporaneously filed Motion to Reject Executory Contract.

8. Notwithstanding any provision of the Agreement to the contrary, the Agreement shall be effective on the date of entry of the Order approving the Agreement, with each of its provisions applied retroactively to a date ten (10) days prior thereto.

WHEREFORE, Debtor, by counsel pursuant to Bankruptcy Rule 9019, respectfully requests that the Court approve its compromise with Michael L. Polich as described more fully herein.

Dated:  November 15, 2004              BAKER & DANIELS

                                          By:  /s/ John R Burns III
                                                John R Burns III (#3016-02)
                                                Mark A. Werling (#20426-02)
                                                111 East Wayne Street, Suite 800
                                                Fort Wayne, Indiana 46802
                                                Telephone:  (260) 424-8000
                                                Facsimile:  (260) 460-1700

                                          ATTORNEYS FOR THE DEBTOR,
                                          AUBURN FOUNDRY, INC.