## UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Dated at Fort Wayne , Indiana on November 16, 2004 .

Patrick L. Proctor , counsel for Edwin P. Rosebrock , has filed a(n) Motion for Relief from Automatic Stay without having "first file[d] a formal written appearance," as required by N.D. Ind. L.B.R. B–9010–2(a). That filing will be stricken, without further notice, unless, within fourteen (14) days of this date, counsel files a written appearance, as required by the local rules of this court, and, unless counsel is already a member of the bar of the United States District Court for the Northern District of Indiana, a motion to appear "pro hac vice" , in accordance with N.D. Ind. LR 83.5(c), (g). The court will take no further action with regard to counsel's filing and any time limits associated with it, e.g. 11 U.S.C. §362(e), shall not begin to run until this order is complied with.

SO ORDERED.

Robert E. Grant
Judge, United States Bankruptcy Court