## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)  )
Auburn Foundry, Inc.  )
35–0154360  )
635 W. Eleventh Street  ) Case Number: 04–10427–reg
Auburn, IN 46706  )

) Chapter: 11

# ORDER

Dated at Fort Wayne , Indiana on November 15, 2004 .

Patrick L. Proctor , counsel for Edwin P. Rosebrock , has filed a(n) Motion for Relief from Automatic Stay without having "first file[d] a formal written appearance," as required by N.D. Ind. L.B.R. B–9010–2(a). That filing will be stricken, without further notice, unless, within fourteen (14) days of this date, counsel files a written appearance, as required by the local rules of this court, and, unless counsel is already a member of the bar of the United States District Court for the Northern District of Indiana, a motion to appear "pro hac vice" , in accordance with N.D. Ind. LR 83.5(c), (g). The court will take no further action with regard to counsel's filing and any time limits associated with it, e.g. 11 U.S.C. §362(e), shall not begin to run until this order is complied with.

SO ORDERED.

Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: mjc              Page 1 of 1              Date Rcvd: Nov 15, 2004
Case: 04-10427                 Form ID: 317           Total Served: 2

The following entities were served by first class mail on Nov 17, 2004.
aty         +Patrick L. Proctor,   130 W. Main St., Suite G,   Fort Wayne, IN 46802-1712
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2004**                    Signature:    *Joseph Speetjens*