UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.   04-10427 |
| | ) | |
| Debtor | ) | |

**ORDER**

At Fort Wayne, Indiana, on November 18, 2004.

The notice of motion and opportunity to object which debtor (hereinafter "Movant") served in connection with its Motion Pursuant to Rule 4001(C) to Continue and Extend Senior DIP Financing does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

a. The notice does not "contain a brief summary of the ground for the motion or have a copy of the motion attached to it." N.D. Ind. L.B.R. B-2002-2(c)(4). Although the notice states that a copy of the motion is attached to it, there is no attachment to the notice filed with the court.

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file a proof thereto within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court