# EILBACHER FLETCHER
## ATTORNEYS

November 16, 2004

U.S. Bankruptcy Court
Northern District of Indiana
1188 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802

Re:   Auburn Foundry
       Bankruptcy Case No. 04-10427

To Whom It May Concern:

Please accept this letter as notice that Patrick L. Proctor's address and contact information should be changed to:

Patrick L. Proctor
EILBACHER FLETCHER, LLP
803 South Calhoun Street
Suite 400
Fort Wayne, IN 46802
Phone: (260) 425-9777
Fax: (260) 424-9177

Thank you in advance for your assistance. Please do not hesitate to call if you have any questions.

Most sincerely yours,

EILBACHER FLETCHER, LLP

Sue Tumbleson, Legal Assistant

Leonard E. Eilbacher | Martin T. Fletcher, Sr.
James P. Fenton | Alan VerPlanck | Daniel G. McNamara | Patrick L. Proctor | David E. Bailey

803 S. CALHOUN STREET | 4TH FLOOR | FORT WAYNE, INDIANA 46802 | PHONE: 260-425-9777 | FAX: 260-424-9177 | www.eflawyers.com