UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            )
                             )
AUBURN FOUNDRY, INC.         )    CASE NO.    04-10427
                             )
        Debtor               )

## ORDER

At Fort Wayne, Indiana, on November 18, 2004.

The notice of motion and opportunity to object which debtor (hereinafter "Movant") served in connection with its Motion Pursuant to Rule 4001(C) to Continue and Extend Senior DIP Financing does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

a.   The notice does not "contain a brief summary of the ground for the motion or have a copy of the motion attached to it."  N.D. Ind. L.B.R. B-2002-2(c)(4).  Although the notice states that a copy of the motion is attached to it, there is no attachment to the notice filed with the court.

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time.  Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file a proof thereto within fourteen (14) days of this date.  See, N.D. Ind. L.B.R. B-9013-4(a).  The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1            User: mjc                Page 1 of 1                Date Rcvd: Nov 18, 2004
Case: 04-10427                  Form ID: pdf004          Total Served: 1

The following entities were served by first class mail on Nov 20, 2004.
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2004**                    **Signature:**   _Joseph Speetjens_