| | Category | # of Hours | Total | |
|---|---|---|---|---|
| | **AUBURN FOUNDRY** | | | |
| | Charge Allocation | | | |
| | | | | |
| | Category | # of Hours | Total | |
| 1 | General Administration | 80.2 | $15,694.50 | |
| 2 | Financing, Cash Use, and DIP | 33.6 | $10,304.50 | |
| 3 | Labor and Employment | 93.7 | $18,257.00 | |
| 4 | Environmental | 8.7 | $2,670.50 | |
| 5 | Plan and Disclosure Statement | 67.1 | $16,426.00 | |
| 6 | Customer and Vendor Issues | 0 | $0.00 | |
| | | | | |
| | TOTAL HOURS | 283.3 | | |
| | TOTAL FEES | | $63,352.50 | |
| | | | | |
| | Payable per Order  (80%) | | $50,682.00 | |
| | Disbursements  (100%) | | $3,599.49 | |
| | | | | |
| | **TOTAL NOW PAYABLE** | | **$54,281.49** | |

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
|---|---|---|---|---|
| AUBURN FOUNDRY | | | | |
| Counsel List | | | | |
| Burns, J. R. | Partner | $355.00 | 55.4 | $19,667.00 |
| Claffey, S. A. | Partner | $390.00 | 4.1 | $1,599.00 |
| Hazelrigg, S.H. | Partner | $330.00 | 1.2 | $396.00 |
| Powers, D. D. | Partner | $270.00 | 36.4 | $9,828.00 |
| Purcell, J. W. | Partner | $390.00 | 1.8 | $702.00 |
| Skolnik, G.L. | Partner | $345.00 | 0.4 | $138.00 |
| Scott, D.A. | Partner | $300.00 | 0.8 | $240.00 |
| Hinshaw, D. L. | Of Counsel | $265.00 | 0.7 | $185.50 |
| McGrath, M.F. | Of Counsel | $305.00 | 8.5 | $2,592.50 |
| Glazner, M.K. | Associate | $160.00 | 32.0 | $5,120.00 |
| Hurley, R.M. | Associate | $115.00 | 2.7 | $310.50 |
| Juba, M.F. | Associate | $140.00 | 64.0 | $8,960.00 |
| Lemert, M.M | Associate | $220.00 | 8.2 | $1,804.00 |
| Werling, M. A. | Associate | $220.00 | 36.1 | $7,942.00 |
| Faulkner, J. L. | Paralegal | $130.00 | 29.2 | $3,796.00 |
| Faurote, C.M. | Clerk | $40.00 | 1.8 | $72.00 |
| | | | | $63,352.50 |

**AUBURN FOUNDRY**

Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | |
| Burns, J. R. | Partner | $355.00 | 13.4 | 18.9 | 2.9 | | 20.2 | | $19,667.00 |
| Claffey, S.A. | Partner | $390.00 | 2.6 | 0.6 | | 0.2 | 0.7 | | $1,599.00 |
| Hazelrigg, S.H. | Partner | $330.00 | 0.4 | | | | 0.8 | | $396.00 |
| Powers, D. D. | Partner | $270.00 | 5.9 | 3.9 | 20.0 | | 6.6 | | $9,828.00 |
| Purcell, J. W. | Partner | $390.00 | | | 1.8 | | | | $702.00 |
| Skolnik, G.L. | Partner | $345.00 | | | 0.4 | | | | $138.00 |
| Scott, D.A. | Partner | $300.00 | | 0.8 | | | | | $240.00 |
| | | | | | | | | | |
| McGrath, M.F. | Of Counsel | $305.00 | | | | 8.5 | | | $2,592.50 |
| Hinshaw, D. L. | Partner | $265.00 | | | 0.7 | | | | $185.50 |
| | | | | | | | | | |
| Glazner, M.K. | Associate | $160.00 | | | 32.0 | | | | $5,120.00 |
| Hurley, R.M. | Associate | $115.00 | 2.7 | | | | | | $310.50 |
| Juba, M.F. | Associate | $140.00 | 16.3 | | 27.7 | | 20.0 | | $8,960.00 |
| Lemert, M.M. | Associate | $220.00 | | | 8.2 | | | | $1,804.00 |
| Werling, M. A. | Associate | $220.00 | 7.9 | 9.4 | | | 18.8 | | $7,942.00 |
| | | | | | | | | | |
| Faulkner, J. L. | Paralegal | $130.00 | 29.2 | | | | | | $3,796.00 |
| Faurote, C.M. | Clerk | $40.00 | 1.8 | | | | | | $72.00 |
| | | | | | | | | | |
| | | | 80.2 | 33.6 | 93.7 | 8.7 | 67.1 | 0.0 | 283.3 | $63,352.50 |

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

November 17, 2004
Invoice Number 1201750

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through October 31, 2004 and not reflected on a prior bill:

0004426    Chapter 11

| | | |
|---|---|---|
| Total Services............................$ | 56,229.50 | |
| Total Disbursements..................$ | 3,537.34 | |
| Total This Matter....................................$ | | 59,766.84 |

Total This Invoice..........................................................................$        59,766.84

# BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  October 31, 2004
Invoice Number  1201750

0080031    Auburn Foundry, Inc.
0004426      Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 10/01/04 | Conference Todd MacAfee re title search for Auburn parcel; order "to be determined" title commitment | SHH | .40 | 132.00 |
| 10/01/04 | Prepare for and attend office conference with D. Maude and J. Rose re new pension plan minimum funding calculations and impact of contemplated freeze and other strategic considerations on same | DDP | 3.20 | 864.00 |
| 10/01/04 | Confer with Dennis Maude regarding the information obtained from his meeting with actuaries regarding outstanding underfunding of pension plan and regarding impact to new revised proforma with a Plant 2 only footing and also discuss AFMEX accounts receivable settlement proposal and issues, including issues related to allocation of settlement funding (.5); telephone call to Jerry Ancel regarding AFMEX accounts receivable settlement proposal (.2) | SAC | .70 | 273.00 |
| 10/01/04 | Follow-up regarding documentation of cash use and DIP extensions | JRB | .30 | 106.50 |
| 10/01/04 | Follow-up e-mail to, from D. Maude, M. Reich re cash use extension (.3); review recent model projections (.2); assess plan confirmation requirements imposed by local bankruptcy rules, e-mail M. Juba re same (.2) | MAW | .70 | 154.00 |
| 10/01/04 | Initialize legal research re: Rule 9003 review requirements and procedures as per M. Werling | MFJ | 1.60 | 224.00 |
| 10/04/04 | Analyze revised proposal for plan of reorganization in light of updated minimum funding information provided by Mellon | DDP | .80 | 216.00 |
| 10/04/04 | Conference with Jerald Ancel regarding new Plant 2 only cash flow projections with increased pension liability included and negative impact on payment of Bank of America term debt and distributions to unsecured creditors, and implications to new AFI investors if pension debt is treated as a priority debt | SAC | .40 | 156.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | (.4) | | | |
| 10/04/04 | Confer with D. McMeen re analysis | JLF | .20 | 26.00 |
| 10/04/04 | Work on Plan issues (.7); follow-up regarding cash use/DIP extensions (.3) | JRB | 1.00 | 355.00 |
| 10/04/04 | Review monthly operating reports for July, August, review and fax supplemental expense detail to UST (.4); assemble execution copies of Sixth Amendment to cash use agreement (.1); telephone conference with subdebt counsel re plan treatment issues (.2); follow-up examination re same (.3) | MAW | 1.00 | 220.00 |
| 10/05/04 | Analyze pension issues re revised minimum funding obligations (1.2); telephone conference D. Maude re same (.4) | DDP | 1.60 | 432.00 |
| 10/05/04 | Review latest financial projections and telephone call to D. Maude regarding same (.5); work on pension and PBGC issues (.7) | JRB | 1.20 | 426.00 |
| 10/05/04 | Office conference re monthly fee statements (.1); update J. Burns on status of cash use negotiations (.1); follow-up e-mails re sixth extension, assemble full execution copy of same (.1); check docket re status of pending motions (.1); office conferences re plan, cash use status, related follow-up needs (.4); office conferences re revised actuarial pension assumptions (.4); review and assess Local Rules summary on plan confirmation requirements (.4); e-mail to, from PBGC re case status issues (.1) | MAW | 1.70 | 374.00 |
| 10/05/04 | Prepare for and extended telephone call with J. Ancel regarding plan issues and position of New AFI regarding same (.8); work on plan issues (.7) | JRB | 1.50 | 532.50 |
| 10/05/04 | Conduct and complete legal research re: applicability and scope of local rules relating to the proper filing of a plan of reorganization (3.6); draft memo to M. Werling re: same (1.2); initialize legal research re: objections and responses to plans as adjudicated by Judge Grant for preparation of the upcoming client plan (2.4) | MFJ | 7.20 | 1,008.00 |
| 10/05/04 | Prepare August proforma analysis | JLF | 3.00 | 390.00 |
| 10/06/04 | Prepare August proforma analysis | JLF | 2.80 | 364.00 |
| 10/06/04 | Review and consideration of new financial models (.7); telephone call with D. Maude regarding models and implementations for plan (.4) | JRB | 1.10 | 390.50 |
| 10/06/04 | Work on pension/PBGC issues (.4); continue analysis of financials (.7) | JRB | 1.10 | 390.50 |
| 10/06/04 | Office conference with J. Burns re pension claims, prepare e- | MAW | 3.40 | 748.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | mail summary re same (.5); follow-up with J. Burns re status of cash use stipulations, plan developments (.2); review and assess D. Maude's revised projections, revisions to cash use agreement (.5); continue work on plan-related analysis of APR, improvement-related issues, Local Rule and 1129 requirements, and supplemental requests from IRS on waiver request letter (2.2) | | | |
| 10/06/04 | Work on pension issues and consideration of applicable regulations | JRB | .80 | 284.00 |
| 10/06/04 | Telephone call with M. Reich regarding cash use/DIP issues (.3); telephone call with D. Maude regarding cash needs and pension issues (.4); follow-up regarding cash use extension issues (.4); telephone call with J. Ancel regarding "Gray Iron/Ductile Iron" projections and analysis of same regarding effect financially (.9) | JRB | 2.00 | 710.00 |
| 10/06/04 | Conduct legal research re: PBGC objections to Plans due to pension plan concerns | MFJ | 3.20 | 448.00 |
| 10/06/04 | Work on cash use issues and exchange of correspondence with J. Ancel and M. Reich regarding same | JRB | .60 | 213.00 |
| 10/06/04 | Analyze Salaried plan freeze issues (1.5); telephone conference D. Maude re same (.3); draft and email same to D. Maude (1.4); office conference re pension issues (.4) | DDP | 3.60 | 972.00 |
| 10/07/04 | Conference Todd McAfee re Auburn search and actual ownership of full lots | SHH | .40 | 132.00 |
| 10/07/04 | Telephone call with J. Ancel regarding PBGC issues and position of New AFI regarding same (.3); telephone call with J. Ancel and M. Reich regarding purchase issues (.4); work on PBGC issues (.5) | JRB | 1.20 | 426.00 |
| 10/07/04 | Prepare seventh amendment for cash use extension (.2); office conferences re cash use issues (.4); review related e-mail re same (.1); office conference re pension issues (.2); continue attention to potential possible alternative treatment of same in revised Plan (.9) | MAW | 1.80 | 396.00 |
| 10/07/04 | Prepare for and participate in Board meeting to report on bankruptcy status and strategy regarding same | JRB | 1.20 | 426.00 |
| 10/07/04 | Exchange email correspondence with D. Heller regarding cash use extension and Junior DIP subordination and cash support needed during next 30 days (.4); work on extension documents and related pleadings (.7) | JRB | 1.10 | 390.50 |
| 10/07/04 | Work on cash use and DIP extension, including consideration of potential need for emergency relief if negotiations are not | JRB | 1.50 | 532.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | successful and final exchange of correspondence with D. Heller to resolve | | | |
| 10/07/04 | Initialize legal research re: absolute priority rule case law from all circuits post-Lasalle | MFJ | 1.60 | 224.00 |
| 10/07/04 | Research regarding the possible liability for under funded pension plan and failure to satisfy minimum funding requirements; research regarding whether Pension Benefit Guaranty Corporations' claims have tax priority, administrative priority or are generally unsecured; research regarding what type of accounting methods are acceptable for the PBGC | MKG | 4.20 | 672.00 |
| 10/07/04 | Conference with R. Stanley; conference with M. McGrath; review and revise notice letter to insurers; conference with S. Claffey | RMH | 1.00 | 115.00 |
| 10/07/04 | Telephone conference D. Maude re Salaried Plan resolution (.3); telephone conference J. Rose re actuarial issues (.5); office conference J. Burns re same and strategic issues re pension (.4); analyze GMP Pension Plan documents (1.6); telephone conference J. Purcell re same (.5); draft letter to D. Maude re same (.3) | DDP | 3.60 | 972.00 |
| 10/07/04 | Work on cash use issues | JRB | .50 | 177.50 |
| 10/07/04 | Confer with John Burns regarding strategies to resolve PBGC underfunded pension liability claims and to address them appropriately in plan of reorganization (.2); confer with Ryan Hurley and Bob Stanley respecting status of notification of environmental contamination claim to comprehensive business liability insurers and to address timing of pursuit of that claim (.2); participate in Board of Directors meeting (1.1); confer with Jerald Ancel regarding proposed resolution of AFMEX and Tisamatic account receivable claims and respecting additional DIP funding by junior DIP lenders (.2) | SAC | 1.70 | 663.00 |
| 10/07/04 | Telephone call with J. Ancel regarding cash use extension issues (.3); work on PBGC issues (.4); telephone call with D. Maude regarding PBGC and cash use issues (.3); work on cash use extension (.4) | JRB | 1.40 | 497.00 |
| 10/08/04 | Receive and review title work from Auburn Abstract; conference Todd MacAfee re form of bankruptcy | SHH | .30 | 99.00 |
| 10/08/04 | Work on cash use extension issues | JRB | 1.50 | 532.50 |
| 10/08/04 | Telephone call with T. Woehlke regarding operations issues (.3); telephone call with D. Maude regarding cash use (.3); telephone call with J. Ancel regarding cash use (.2); exchange | JRB | 1.30 | 461.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | correspondence with D. Heller regarding cash use (.3); exchange correspondence with J. Ancel regarding cash use (.2) | | | |
| 10/08/04 | Conference call with Tim Borden, David Hunter, Jerry Ancel respecting AFMEX/Tisamatic proposed account receivable settlement and resolution and respecting Board concerns respecting financial reporting by Auburn Foundry to the Board (1.0) | SAC | 1.00 | 390.00 |
| 10/09/04 | Review Xignux, Auburn Foundry, Tisamatic, et al., draft Settlement Agreement (.3) | SAC | .30 | 117.00 |
| 10/10/04 | Research regarding the possible liability for under funded pension plan and failure to satisfy minimum funding requirements; research regarding whether Pension Benefit Guaranty Corporations' claims have tax priority, administrative priority or are generally unsecured; research regarding what type of accounting methods are acceptable for the PBGC. | MKG | 1.20 | 192.00 |
| 10/10/04 | Review Seventh Amendment, as revised, to cash use agreement, assess filing needs re same, e-mail J. Burns re same (.4); e-mail J. Burns re itemized fee issues (.1) | MAW | .50 | 110.00 |
| 10/11/04 | Conference J. Burns re delivered title commitment | SHH | .10 | 33.00 |
| 10/11/04 | Conduct research regarding controlled group liability issues and PBGC enforcement action | DDP | .50 | 135.00 |
| 10/11/04 | Extended telephone call with D. Maude regarding M. Polich executing employment agreement and possible rejection thereof (.4); review employment agreement, review applicable law and consider rejection option (.9); telephone call with C. Reckler regarding cash use (.2); review and reply to correspondence from D. Heller on cash use (.2) | JRB | 1.70 | 603.50 |
| 10/11/04 | Prepare for and conference call with D. Heller and C. Reckler regarding cash use extension agreement (.4); work on document response regarding cash use (.7) | JRB | 1.10 | 390.50 |
| 10/11/04 | Interoffice e-mail re cash use, DIP issues (.1); interoffice e-mail re E&Y pleadings (.1) | MAW | .20 | 44.00 |
| 10/11/04 | Work on revisions to cash use and DIP pleadings | JRB | .60 | 213.00 |
| 10/11/04 | Consideration of severance pay issue | JRB | .40 | 142.00 |
| 10/11/04 | Exchange correspondence with J. Ancel regarding cash use and DIP extension issues (.3); work on related motions (.4) | JRB | .70 | 248.50 |
| 10/11/04 | Conduct legal research re right to reject executory employment contracts and implications of such on severance | MFJ | 7.10 | 994.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | payments and priority rights (2.3); draft Motion to Reject Executory Employment Contract, Notice of Motion, and Proposed Order as per J. Burns (1.7); conference with J. Burns re draft motion and legal research conclusions (.4); initialize legal research and drafting of Motion to Compromise Agreement re contract termination and severance payments (1.3); conduct legal research re proper parties filing motions for fees and circuit case law on the same (.9); conference with M. Werling on current draft of the Ernst & Young Motion for Fees (.3); revise motion as per M. Werling conference (.2) | | | |
| 10/11/04 | Research regarding the possible liability for under funded pension plan and failure to satisfy minimum funding requirements; research regarding whether Pension Benefit Guaranty Corporations' claims have tax priority, administrative priority or are generally unsecured; research regarding what type of accounting methods are acceptable for the PBGC; research regarding implications of Internal Revenue Code; draft memo outlining results of research | MKG | 4.90 | 784.00 |
| 10/11/04 | Conference with M. McGrath regarding time period of alleged environmental violations; review and revise notice letters | RMH | .80 | 92.00 |
| 10/12/04 | Telephone conference with D. Maude regarding 204(h) notice regarding salaried defined benefit plan freeze (.2); analyze regulations regarding same (1.5); draft same (.5); conduct research and email to M. Reich regarding controlled group liability issues and PBGC enforcement action (.7) | DDP | 2.90 | 783.00 |
| 10/12/04 | Telephone call with D. Maude regarding severance issues and cash use (.3); follow-up regarding issues raised (.3) | JRB | .30 | 106.50 |
| 10/12/04 | Work on PBGC issues | JRB | .40 | 142.00 |
| 10/12/04 | Telephone call with M. Reich and J. Ancel regarding New AFI issues | JRB | .40 | 142.00 |
| 10/12/04 | Research regarding implications of Internal Revenue Code on the priority of PBGC claims; research regarding the possible liability for under funded pension plan and failure to satisfy minimum funding requirements; research regarding whether PBGC's claims have tax priority, administrative priority or are generally unsecured; draft memo summarizing results of research | MKG | 8.30 | 1,328.00 |
| 10/12/04 | Work on fee application | JRB | .30 | 106.50 |
| 10/12/04 | Office conferences re status of attorney fee application (.1); review miscellaneous case e-mail (.1); office conference re engagement of Baden Gage Property Consultants (.1); review | MAW | .90 | 198.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | modified Subordinate DIP Note from AFI Lending counsel (.1); office conference re additional cash use filings (.1); review and revise cash use motion and order to reflect Seventh Amendment (.4) | | | |
| 10/12/04 | Consideration of request by Bank to extend until 12/31 rather than 1/10/05 (.3); telephone call with M. Reich and J. Ancel regarding same (.3); telephone call with D. Maude regarding extension (.2); follow-up with bank counsel (.2) | JRB | 1.00 | 355.00 |
| 10/12/04 | Review Court order regarding fee application and consideration of issue regarding form of Creditor Committee order | JRB | .40 | 142.00 |
| 10/12/04 | Telephone call with D. Maude regarding MOR for September (.3); follow-up regarding MOR issues (.3) | JRB | .60 | 213.00 |
| 10/12/04 | Review Press Release regarding Plant 2 consolidation | JRB | .30 | 106.50 |
| 10/12/04 | Review C. Reckler correspondence and reply | JRB | .20 | 71.00 |
| 10/12/04 | Finalize Ernst & Young Motion for Fees, Notice of Motion, and Proposed Order (1.3); conference with J. Burns re Ernst & Young motion text and procedural considerations (.3); phone conference with P. McGwire re: filing of the motion for fees and re: fee statements (.3); research and compile fee statements and applications representative of the required contents for such documents filed with the Court as per P. McGwire (.4); phone conference with P. McGwire re: fee applications and statements (.2); read, review, and analyze order granting attorney fees to Baker & Daniels (.2); draft memo to J. Burns and M. Werling re: variations in the court order and effect on the parties (.4); conduct initial research re: fees referred to in the court's order granting fees to Baker & Daniels (.3); initialize research and drafts of application of employment of Baden Property Tax Management (2.4) | MFJ | 5.80 | 812.00 |
| 10/12/04 | Prepare itemized statement for filing with court | JLF | .30 | 39.00 |
| 10/12/04 | Pacer Research | JLF | .60 | 78.00 |
| 10/13/04 | Organize and compile notebook of cases for PBGC Liability | CMF | 1.00 | 40.00 |
| 10/13/04 | Work on amended Plan and DS issues | JRB | 1.20 | 426.00 |
| 10/13/04 | Continue work on cash use/DIP extension and related pleadings | JRB | .80 | 284.00 |
| 10/13/04 | Work on cash use and DIP extension agreement (.6); follow-up on inquiry from Creditor Committee regarding payment of fees (.4); work on PBGC claims and progress for conference with PBGC (.8); continue exchange of correspondence | JRB | 2.10 | 745.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | regarding cash use extension (.3) | | | |
| 10/13/04 | Phone conference with D. Maude regarding nonqualified plan issues and discharge of same in bankruptcy (.3); office conference regarding impending discharge of M. Polich and related defensive measures (.3); finalize draft of 204(h) notice and forward same to L. Wenino (1.6); phone conference with L. Wenino regarding same (.2) | DDP | 2.40 | 648.00 |
| 10/13/04 | Interoffice e-mail re fee statement, service list issues (.1); interoffice e-mail re DIP extension issues (.3); office conference re same (.1); review e-mail re additional potential claims for benefit liability (.1) | MAW | .60 | 132.00 |
| 10/13/04 | Itemized statement | JLF | .30 | 39.00 |
| 10/13/04 | Memo to P. McGuire of Ernst & Young re: fee applications and itemized statements (.2); conduct second analysis of fee application orders, as per J. Burns, re: necessary language required by Judge Grant in granting applications for fees related to the current proceedings (.6); memo to J. Burns and M. Werling re: same (.4); phone conference with M. McGuire re: itemized statements and requirements for same (.2); phone conference with J. Faulkner re: same (.1); memo to P. McGuire re: same; (.1); continue research and drafting of employment application for filing (.4); research and initialize current draft of motion to compromise agreement (.6) | MFJ | 2.60 | 364.00 |
| 10/13/04 | Revise and supplement research memorandum summarizing results of research regarding the PBGC; research regarding implications of Internal Revenue Code on the priority of PBGC claims; research regarding whether PBGC's claims have tax priority, administrative priority or are generally unsecured | MKG | 5.30 | 848.00 |
| 10/14/04 | Telephone call with D. Maude regarding PBGC issues and actuarial calculations for funding (.3); follow-up inquiries regarding potential under funding (.3) | JRB | .60 | 213.00 |
| 10/14/04 | Conference with R. Stanley regarding Kemper notice letters | RMH | .20 | 23.00 |
| 10/14/04 | Organize and compile notebook of cases for PBGC Liability | CMF | .80 | 32.00 |
| 10/14/04 | Work on severance issues and correspondence with D. Maude regarding same | JRB | .40 | 142.00 |
| 10/14/04 | Analyze proposed draft of M. Polich severance agreement (.4); conduct research and revise same (2.8); phone conference with M. Lemert regarding same (.2); phone conference with L. Wenino regarding logistics of 204(h) notice regarding salaried defined benefit plan freeze (.3); analyze nonqualified benefit | DDP | 4.20 | 1,134.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | restoration plan (.5) | | | |
| 10/14/04 | Work on modified Plan concepts and priorities | JRB | 1.20 | 426.00 |
| 10/14/04 | Analyze issues raised by further extension of cash use, DIP subsequent to final order; interoffice e-mail to J. Burns with recommendation re same | MAW | .40 | 88.00 |
| 10/14/04 | Respond to inquiry from H. Efroymson regarding status (.3); consideration of Plan issues (.4); further work on severance issues (.4) | JRB | 1.10 | 390.50 |
| 10/14/04 | Research motion to compromise | JLF | 1.00 | 130.00 |
| 10/14/04 | Read and analyze itemized fee statements and future fee application for services provided by Ernst & Young (.8); electronic communication with P. McGuire re: recently filed 80/20 motion (.1); prepare draft motion to compromise agreement (.4); prepare draft application to employ Baden Property Tax Managment (.5) | MFJ | 1.80 | 252.00 |
| 10/14/04 | Revise and supplement research memorandum summarizing results of research regarding the PBGC; research regarding the possible liability for under funded pension plan and failure to satisfy minimum funding requirements; research regarding whether PBGC's claims have tax priority, administrative priority or are generally unsecured | MKG | 4.20 | 672.00 |
| 10/15/04 | Telephone call with D. Maude regarding environmental issues and potential claims (.2); consideration of issues raised (.4) | JRB | .60 | 213.00 |
| 10/15/04 | Exchange correspondence with M. Roach | JRB | .30 | 106.50 |
| 10/15/04 | Work on extension pleadings for cash use, junior DIP, and senior DIP | MAW | 2.00 | 440.00 |
| 10/15/04 | Finalize drafts of motion to compromise and supporting documents (1.1); revise current draft of application to reject executory contract (.3); analyze relevant case file records and finalize drafts of application to employ Baden property management and supporting documents (2.7); phone call to M. Seifert re: supporting affidavit for application to employ (.1); phone conferences and legal research with J. Faulkner re: recent case law involving court-ordered employee pay reductions (.4) | MFJ | 4.60 | 644.00 |
| 10/15/04 | Work on DIP/cash use extensions (.5); correspondence to/from D. Maude regarding cash use issues (.3); work on extension pleadings (.4); correspondence to D. Heller regarding cash use (.3) | JRB | 1.50 | 532.50 |
| 10/15/04 | Revise M. Polich severance agreement and forward same to D. | DDP | 3.00 | 810.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Maude (.9); analyze nonqualified plan documents and confirm discharge analysis (2.1) | | | |
| 10/15/04 | Finalize research memorandum summarizing results of research regarding the PBGC | MKG | 3.90 | 624.00 |
| 10/15/04 | Pacer research | JLF | .70 | 91.00 |
| 10/15/04 | Conference with J. Burns; e-mail T. Woehlke | RMH | .70 | 80.50 |
| 10/17/04 | Exchange correspondence with M. Reich regarding Seventh Amendment and pleadings re cash use | JRB | .30 | 106.50 |
| 10/18/04 | Analyze email correspondence and proposed changes to M. Polich severance agreement (.7); telephone conference D. Maude re same (.4) | DDP | 1.10 | 297.00 |
| 10/18/04 | Work on severance pay issue, including email to D. Maude regarding same | JRB | .50 | 177.50 |
| 10/18/04 | Finalize cash use and DIP pleadings | JRB | .30 | 106.50 |
| 10/18/04 | Review Lenders' proposal regarding adequate protection issues | JRB | .40 | 142.00 |
| 10/18/04 | Consideration of Lenders' requested changes in DIP motion language | JRB | .30 | 106.50 |
| 10/18/04 | Draft additional provisions of the Baden application for employment and affidavit | MFJ | 2.70 | 378.00 |
| 10/18/04 | Follow-up work on extensions of cash use, junior and senior DIP, telephone conference with AFI Lending counsel re same (1.2); assess open needs re revised plan (.4); review docket (.1) | MAW | 1.70 | 374.00 |
| 10/19/04 | Follow-up correspondence to D. Maude regarding M. Polich issues | JRB | .20 | 71.00 |
| 10/19/04 | Extensive follow-up e-mail, telephone conferences with lenders' counsel, office conferences re finalization of cash use, junior and senior DIP extensions (1.5) | MAW | 1.50 | 330.00 |
| 10/19/04 | Telephone call with B. Rogers regarding PBGC issues and consideration of PBGC issues | JRB | .50 | 177.50 |
| 10/19/04 | Review Weekly Cash Report | JRB | .20 | 71.00 |
| 10/19/04 | Work on Itemized Statement | JRB | .30 | 106.50 |
| 10/19/04 | Receive and review comments from Junior DIP Lender regarding extension | JRB | .30 | 106.50 |
| 10/19/04 | Pacer research | JLF | .20 | 26.00 |
| 10/19/04 | Review recent pleadings; Pacer research | JLF | .60 | 78.00 |
| 10/19/04 | Review and evaluate D. Maude's revised Plan projections | JRB | .40 | 142.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 10/19/04 | Telephone call with D. Maude regarding M. Polich employment contract issue | JRB | .20 | 71.00 |
| 10/19/04 | Continue revising draft applications and affidavit for employing Baden Property (.9); conduct legal research re: three pending U.S. Supreme Court cases involving statutory questions related to specific creditor types and their treatment in bankruptcy (.6) | MFJ | 1.50 | 210.00 |
| 10/20/04 | Telephone conference J. Rose re order authorizing retention of Mellon as consultant to Debtor (.1); office conference re same (1.) | DDP | .20 | 54.00 |
| 10/20/04 | Work on cash use and DIP extensions | JRB | .70 | 248.50 |
| 10/20/04 | Finalize the revised draft applications for Baden Property and present to M. Werling for review (.4); continue drafting and revising affidavit and disclosure statement to be filed with application (1.1) | MFJ | 1.50 | 210.00 |
| 10/20/04 | Categorize tasks for itemized fee application | JLF | 1.50 | 195.00 |
| 10/20/04 | Multiple telephone conferences, e-mail with AFI Lending, debtor's counsel re cash use, DIP pleadings, interoffice e-mail re same, review, revise, and circulate final drafts of same | MAW | 1.70 | 374.00 |
| 10/21/04 | Forward order re retention of Mellon as consultant to Debtor to J. Rose (.2) | DDP | .20 | 54.00 |
| 10/21/04 | Work on proposed lock box agreement from bank; correspondence to D. Maude regarding same | JRB | .50 | 177.50 |
| 10/21/04 | Prepare for and participate in Board call | JRB | .70 | 248.50 |
| 10/21/04 | Review and file joint stipulation re adequate protection (.2); final e-mail re filing of cash use, DIP pleadings, assembly of signature pages for same; telephone conference with D. Maude re same; assemble final drafts of each for filing (.5) | MAW | .70 | 154.00 |
| 10/21/04 | Continue drafting and revising affidavit and disclosure statement for Baden Property employment (1.3); continue extensive legal research re: case law subsequent to LaSalle relating to the absolute priority rule (1.8) | MFJ | 3.10 | 434.00 |
| 10/21/04 | Categorize time, prepare itemized statement along with attachments supporting services | JLF | 5.30 | 689.00 |
| 10/21/04 | Pacer research | JLF | .20 | 26.00 |
| 10/21/04 | Prepare for and telephone call with B. Rogers of PBGC regarding revised plan issues | JRB | .50 | 177.50 |
| 10/22/04 | Analyze email from D. Maude re contacts with health plan TPA re proposed changes to same to accommodate continuing | DDP | .50 | 135.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | participation by M. Polich; telephone conference D. Maude re same | | | |
| 10/22/04 | Continue work on documents in support of itemized statement | JLF | 1.20 | 156.00 |
| 10/22/04 | Review final drafts for filing of cash use, DIP pleadings (.2); telephone conference with AFI Lending counsel re same (.1); finalize related notices for objections period, review Rules re same (.2); resume work on revised plan, 363-related motions (2.0) | MAW | 2.50 | 550.00 |
| 10/22/04 | Finalize draft Affidavit and Disclosure Statement re: Application to Employ Baden Property (2.2); memo to M. Seifert re: same (.3); read and analyze draft Statement of Fees and Application for Fees for Ernst & Young tax services (1.8) | MFJ | 4.30 | 602.00 |
| 10/22/04 | Balance spreadsheet | JLF | 2.00 | 260.00 |
| 10/22/04 | Pacer research | JLF | .30 | 39.00 |
| 10/24/04 | Work on Plan revisions | JRB | .50 | 177.50 |
| 10/25/04 | Conference J. Burns re draft control agreement re lockbox deposit account; review draft | DAS | .80 | 240.00 |
| 10/25/04 | Review motions issued on cash use, DIP in response to AFI Lending's inquiry re same; office conferences re same | MAW | .30 | 66.00 |
| 10/25/04 | Follow-up on M. Polich contract issues | JRB | .20 | 71.00 |
| 10/25/04 | Prepare itemized statement and supporting documents for filing | JLF | 3.80 | 494.00 |
| 10/25/04 | Conduct legal research re: absolute priority rule since LaSalle for upcoming memo re: same | MFJ | 1.30 | 182.00 |
| 10/25/04 | Email correspondence from D. Maude and L. Wenino re M. Polich severance agreement and related COBRA considerations (.2); telephone conference D. Maude re same (.3); revise M. Polich severance agreement re same and forward to D. Maude (.4) | DDP | .90 | 243.00 |
| 10/26/04 | Work on PBGC issues | JRB | .40 | 142.00 |
| 10/26/04 | Additional correspondence from H. Efroymson regarding Plan issues; consideration of issues raised | JRB | .40 | 142.00 |
| 10/26/04 | Work on preference issues | JRB | .40 | 142.00 |
| 10/26/04 | Review recent pleadings filed with court | JLF | .30 | 39.00 |
| 10/26/04 | Continue legal research re: absolute priority rule legal development in the circuits since LaSalle (1.5) | MFJ | 1.50 | 210.00 |
| 10/26/04 | Read, review, and analyze case law re: PBGC's, noting particular legal developments in disputes arising from pension fund concerns | MFJ | 2.60 | 364.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 10/26/04 | Review itemized statement (.1); amended notices for cash use and DIP pleadings (.1), and docket re entry of recent pleadings (.1); office conference re plan status issues (.1); office conference re plan, PBGC issues (.2); office conference re preference recoveries, potential pursuit of same (.2) committee counsel re case status (.1); work on sale-related pleadings, procedure for 363 sale to accompany new plan (1.2) | MAW | 2.10 | 462.00 |
| 10/26/04 | Receive, consider and reply to correspondence form H. Efroymson regarding Plan and Fee issues (.5); exchange correspondence with D. Heller regarding fee issues (.2) | JRB | .70 | 248.50 |
| 10/26/04 | Meeting with J. Burns, J. Juba and M. Werling re status of plan and preference analysis | JLF | .40 | 52.00 |
| 10/26/04 | Confer with M. Werling re itemized statements for September and August; Pacer research | JLF | .50 | 65.00 |
| 10/27/04 | Telephone call with D. Maude regarding PBGC regarding its claims and potential handling of same | JRB | .80 | 284.00 |
| 10/27/04 | Consideration of structure for parallel 363 sale with Plan | JRB | .70 | 248.50 |
| 10/27/04 | Review T. Woehlke operations report | JRB | .20 | 71.00 |
| 10/27/04 | Conduct legal research re: absolute priority rule and the circuits' development of the rule since LaSalle (3.3); initialize legal research on the pending sanctions motion to determine local counsel's response (1.1); conferences with J. Faulkner re: potential preference claims (.1); conference with M. Lemert re: bargaining effects research and assistance (.1) | MFJ | 4.60 | 644.00 |
| 10/27/04 | Telephone call with D. Maude regarding BBK review and Bank's position regarding same (.4); work on Plan provision and necessary revisions from original plan (.8) | JRB | 1.20 | 426.00 |
| 10/27/04 | Follow-up attention to disposition of benefit restoration plan issues (.4); review new MOR, itemized expense detail (.1); office conference with D. Powers re proper treatment of benefit plan participant with pending District Court claim (.3); review correspondence to Plaintiff's counsel re same (.2); work on amended plan preparation and attention to related issues (2.4) | MAW | 3.40 | 748.00 |
| 10/27/04 | Email correspondence re Polich severance agreement; confirm final revisions re same; telephone conference D. Maude re latest developments re same | DDP | .70 | 189.00 |
| 10/27/04 | Consideration of PBGC issues and Plan treatment of same | JRB | .80 | 284.00 |
| 10/27/04 | Conflicts check on analysis of preference payments; create spreadsheet of conflicts | JLF | 4.00 | 520.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 10/28/04 | Consideration of post-LaSalle reported decisions | JRB | .80 | 284.00 |
| 10/28/04 | Finalize legal research re: absolute priority rule developments in the circuits (2.3); memo to J. Burns re: same (1.6); conference with J. Burns re: same (.2) | MFJ | 4.10 | 574.00 |
| 10/28/04 | Review research filings re APR issues in revised plan; follow-up e-mail, office conference with M. Juba re same, follow-up e-mail re same (.5); review case e-mail re Mellon fee issues (.1); office conference re preference recovery summary; analyze detail re same (.3); continue work on plan sale, assessment issues (1.5) | MAW | 2.40 | 528.00 |
| 10/28/04 | Telephone conference M. Reich re controlled group issues (.4); telephone conference D. Maude re M. Polich severance issues (.3) | DDP | .70 | 189.00 |
| 10/28/04 | Telephone call with M. Reich regarding Junior DIP position and potential amended Plan issues (.3); work on PBGC issues (.5); work on Plan revisions (.6) | JRB | 1.40 | 497.00 |
| 10/28/04 | Consideration of and work on appellate issues; receive and review correspondence regarding same; review M. Steege filing | JRB | .40 | 142.00 |
| 10/28/04 | Work on preference recovery issues | JRB | .70 | 248.50 |
| 10/29/04 | Read, review, and analyze revised affidavit and disclosure statement of T. Churchward re: employment of Baden Property (.9); initialize the reading, reviewing, and analyzing of financial spreadsheet re: potential preference claims (.4) | MFJ | 1.30 | 182.00 |
| 10/29/04 | Work on preference recovery issues | JRB | .70 | 248.50 |
| 10/29/04 | Work on revisions for Plan | JRB | .80 | 284.00 |
| 10/29/04 | Review case e-mail re preference claim status (.1); continue work on revised plan and disclosure statement (4.0) | MAW | 4.10 | 902.00 |
| 10/31/04 | Consideration of and work on Section 363 issues and coordination with plan for parallel sale process | JRB | .50 | 177.50 |
| 10/31/04 | Work on drafting of revised plan and disclosure statement, related sale pleadings | MAW | 2.50 | 550.00 |

Total Services................................................................Hours     257.40     56,229.50

| Date | Disbursements | | Total |
|------|---------------|--|-------|
| 10/18/04 | Computerized Research | Westlaw | 146.92 |
| 10/18/04 | Computerized Research | Westlaw | 111.64 |
| 10/18/04 | Computerized Research | Westlaw | 28.81 |

BAKER & DANIELS

| Date | Disbursements | Total |
|---|---|---|
| | Total For  Computerized Research | 287.37 |
| 08/31/04 | Computerized Research   PACER | 271.17 |
| | Total For  Computerized Research - Other | 271.17 |
| 09/15/04 | Caller: N/A :  260 925-0900 | 4.49 |
| 09/16/04 | Caller: N/A :  260 925-0900 | 0.78 |
| 09/21/04 | Caller: N/A :  260 925-0900 | 0.96 |
| 09/22/04 | Caller: N/A :  260 925-0900 | 3.20 |
| 09/28/04 | Caller: N/A :  260 925-0900 | 0.48 |
| 09/29/04 | Caller: N/A :  260 925-0900 | 1.29 |
| 09/29/04 | Caller: N/A :  260 925-0900 | 2.42 |
| 09/29/04 | Caller: N/A :  260 925-0900 | 3.35 |
| 10/05/04 | Caller: N/A :  260 925-0900 | 0.76 |
| 10/05/04 | Caller: N/A :  260 925-7978 | 3.55 |
| 10/05/04 | Caller: N/A :  317 713-3500 | 4.01 |
| 10/06/04 | Caller: N/A :  317 713-3500 | 1.18 |
| 10/06/04 | Caller: N/A :  260 925-7978 | 1.54 |
| 10/06/04 | Caller: N/A :  260 925-0900 | 0.60 |
| 10/06/04 | Caller: N/A :  260 925-0900 | 1.08 |
| 10/06/04 | Caller: N/A :  317 713-3560 | 4.41 |
| 10/07/04 | Caller: N/A :  260 925-0900 | 2.42 |
| 10/07/04 | Caller: N/A :  260 925-0900 | 1.64 |
| 10/07/04 | Caller: N/A :  260 925-7978 | 0.98 |
| 10/07/04 | Caller: N/A :  317 713-3500 | 1.34 |
| 10/07/04 | Caller: N/A :  260 925-7972 | 1.74 |
| 10/07/04 | Caller: N/A :  317 432-1596 | 0.55 |
| 10/07/04 | Caller: N/A :  317 432-1596 | 0.73 |
| 10/07/04 | Caller: N/A :  260 908-3930 | 0.60 |
| 10/11/04 | Caller: N/A :  260 925-7978 | 2.39 |
| 10/11/04 | Caller: N/A :  260 925-7978 | 0.45 |
| 10/11/04 | Caller: N/A :  260 925-0900 | 0.43 |
| 10/11/04 | Caller: N/A :  317 713-3560 | 0.58 |
| 10/12/04 | Caller: N/A :  317 713-3560 | 0.98 |
| 10/12/04 | Caller: N/A :  312 876-7663 | 0.93 |

BAKER & DANIELS

| | | |
|---|---|---:|
| 10/12/04 | Caller: N/A :  260 925-0900 | 1.64 |
| 10/12/04 | Caller: N/A :  260 925-7978 | 0.55 |
| 10/13/04 | Caller: N/A :  260 925-7978 | 3.43 |
| 10/13/04 | Caller: N/A :  260 925-0900 | 0.91 |
| 10/14/04 | Caller: N/A :  260 925-0900 | 2.90 |
| 10/15/04 | Caller: N/A :  260 908-3930 | 1.56 |
| 10/18/04 | Caller: N/A :  260 925-0900 | 0.63 |
| 10/19/04 | Caller: N/A :  260 925-7978 | 0.45 |
| 10/19/04 | Caller: N/A :  260 925-0900 | 1.76 |
| 10/20/04 | Caller: N/A :  260 925-0900 | 2.82 |
| 10/20/04 | Caller: N/A :  260 925-0900 | 0.58 |
| 10/20/04 | Caller: N/A :  260 925-0900 | 3.91 |
| 10/25/04 | Caller: N/A :  260 925-0900 | 0.76 |
| 10/27/04 | Caller: N/A :  260 925-0900 | 3.75 |
| 10/27/04 | Caller: N/A :  260 925-0900 | 1.74 |
| 10/28/04 | Caller: N/A :  317 713-3562 | 2.92 |
| 10/28/04 | Caller: N/A :  260 925-7978 | 0.48 |
| 10/28/04 | Caller: N/A :  260 925-7978 | 2.47 |
| Total For | Long Distance Telephone | 83.12 |
| | | |
| 10/06/04 | Postage/Air/Express Delivery | 7.18 |
| Total For | Postage/Air/Express Delivery | 7.18 |
| | | |
| 10/04/04 | Telecopy | 3.80 |
| 10/12/04 | Telecopy | 1.90 |
| 10/25/04 | Telecopy | 1.90 |
| Total For | Telecopy | 7.60 |
| | | |
| 10/11/04 | Binding | 3.00 |
| 10/11/04 | Binding | 1.50 |
| Total For | Binding | 4.50 |
| | | |
| 10/11/04 | Tabs | 3.00 |
| Total For | Tabs | 3.00 |

## BAKER & DANIELS

COPYING COSTS                    1                                    2,873.40

Total Disbursements.......................................................................$         3,537.34

Total Services And Disbursements.................................................$        59,766.84

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

November 17, 2004
Invoice Number 1201740

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through October 31, 2004 and not reflected on a prior bill:

0004423   Intermittent Work Stoppage ULPC

Total Services............................$         110.00
Total Disbursements..................$           5.27

Total This Matter....................................................$         115.27

Total This Invoice..........................................................................$         115.27

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  October 31, 2004
Invoice Number  1201740

0080031   Auburn Foundry, Inc.
  0004423      Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|---|
| 10/12/04 | Receipt and review of deferral questionnaire from Board | MML | .30 | |
| 10/15/04 | Fill out questionnaire re deferral of Board charge | MML | .20 | |
| | Total Services...............................................................Hours | | 0.50 | 110.00 |

| Date | Disbursements | | Total |
|------|---------------|---|-------|
| 10/06/04 | Postage/Air/Express Delivery | | 1.52 |
| | Total For  Postage/Air/Express Delivery | | 1.52 |
| | COPYING COSTS | | 3.75 |
| | Total Disbursements...............................................................$ | | 5.27 |
| | Total Services And Disbursements...............................................................$ | | 115.27 |

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

November 17, 2004
Invoice Number 1201741

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
October 31, 2004 and not reflected on a prior bill:

0000100   Employment Matters

Total Services...........................$        1,694.00
Total Disbursements.................$          49.77

Total This Matter....................................$        1,743.77

Total This Invoice...........................................................$        1,743.77

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of October 31, 2004
Invoice Number  1201741

0080031   Auburn Foundry, Inc.
0000100       Employment Matters

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 10/08/04 | Phone conference with T. Eastom re WARN issues; receipt and review of email from T. Eastom re WARN question re temporary | MML | .40 | 88.00 |
| 10/12/04 | Receipt and review of email re arbitration panel; receipt and review of faxed panel; research arbitrator panel | MML | .50 | 110.00 |
| 10/13/04 | Phone conference with client re union bargaining obligations in case of plant closing | MML | .30 | 66.00 |
| 10/14/04 | Phone conference with client re plant closure bargaining issues; receipt, review and revision to severance agreement for Mike Polich | MML | 1.00 | 220.00 |
| 10/16/04 | Review of research information on arbitrator panel for M. McCarty subcontracting arbitration | MML | 2.80 | 616.00 |
| 10/18/04 | Research arbitrator panel on subcontracting grievance; request and receipt of grievance re subcontracting and Company response to same | MML | .80 | 176.00 |
| 10/20/04 | Phone conference with D. Maude and J. Burns re severance and health insurance coverage; receipt and review of email from D. Maude re effects bargaining and responding to same | MML | .40 | 88.00 |
| 10/21/04 | Phone conference and email to T. Eastom re holiday pay issue with Plant 1 shutdown | MML | .50 | 110.00 |
| 10/24/04 | Final review and revision of arbitrator panel; research and review of reported arbitrator decisions on subcontracting | MML | 1.00 | 220.00 |

Total Services............................................................. Hours        7.70      1,694.00

Tota
19.1(

| Date | Disbursements |
|------|---------------|
| 10/18/04 | Computerized Research   Westlaw |

## BAKER & DANIELS

| Date | Disbursements | Total |
|------|---------------|-------|
| 10/18/04 | Computerized Research   Westlaw | 26.81 |
| | Total For  Computerized Research | 45.97 |
| 10/14/04 | Caller: N/A :  260 925-7978 | 3.65 |
| | Total For  Long Distance Telephone | 3.65 |
| | COPYING COSTS | 0.15 |

Total Disbursements............................................................................$     49.77

Total Services And Disbursements...................................................$     1,743.77

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

November 17, 2004
Invoice Number 1201747

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through October 31, 2004 and not reflected on a prior bill:

0004396   Employee Benefits

Total Services............................$          2,726.50
Total Disbursements.................$             0.00

Total This Matter...................................................$       2,726.50

Total This Invoice...........................................................................$       2,726.50

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of October 31, 2004
Invoice Number  1201747

0080031   Auburn Foundry, Inc.
  0004396      Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 10/07/04 | Review pension plan documents; conference with D.D. Powers regarding withdrawal liability status; other issues regarding participation in multiemployer plan | JWP | 1.80 | 702.00 |
| 10/12/04 | Discuss 204(h) issues with D.D. Powers | DLH | .10 | 26.50 |
| 10/13/04 | Discuss 204(h) issues with D.D. Powers | DLH | .60 | 159.00 |
| 10/19/04 | Email correspondence with D. Maude and T. Woehlke re M. Polich severance issues; conduct research on proposed changes and relationship to bankruptcy issues; telephone conference D. Maude re same; email correspondence from M. Reich re controlled group liability issues; analyze legal issues re same | DDP | 3.30 | 891.00 |
| 10/20/04 | Telephone call from D. Powers regarding severance issues involving VP of Sales (request for continued health insurance coverage and options to respond to request). | GLS | .40 | 138.00 |
| 10/20/04 | Email correspondence re M. Polich severance interview and request to continue as participant in health plan; conduct research on alternatives to accomplish same via continued participation and/or subsidized COBRA continuation coverage; multiple telephone conferences D. Maude re same; analyze salaried plan document re required amendments to accommodate continuing coverage for M. Polich | DDP | 3.00 | 810.00 |

Total Services........................................................................... Hours     9.20     2,726.50

Total Services And Disbursements.......................................................$          2,726.50

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

November 17, 2004
Invoice Number 1201752

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.0. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
October 31, 2004 and not reflected on a prior bill:

0000060  IDEM

Total Services............................$    2,592.50
Total Disbursements.................$    7.11

Total This Matter...................................................$    2,599.61

Total This Invoice.........................................................................$    2,599.61

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of  October 31, 2004
Invoice Number  1201752

0080031    Auburn Foundry, Inc.
0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 10/01/04 | Telephone call from D. Maude regarding LOC; telephone call from D. Weber regarding meeting with IDEM | MFM | .30 | 91.50 |
| 10/06/04 | Telephone call with J. Brunson and D. Weber regarding environmental issues; review ductile iron trial letter | MFM | .20 | 61.00 |
| 10/07/04 | Respond to questions regarding insurance policies/history of landfill; emails to/from IDEM regarding meeting for Plant 2; respond to email regarding Plant 2 testing | MFM | .60 | 183.00 |
| 10/11/04 | Telephone call with T. Rarick regarding permit applications for Plant 2; telephone conference with D. Weber regarding Plant 1 | MFM | .30 | 91.50 |
| 10/12/04 | Telephone call with D. Weber regarding IDEM; review IDEM response on meeting; prepare notice to IDEM regarding Plant 2; telephone conference with T. Rarick regarding same | MFM | .30 | 91.50 |
| 10/15/04 | Telephone call from IDEM regarding Plant 2; telephone conference with D. Weber and T. Rarick regarding same; emails to/from P. Dubenetsky regarding meeting | MFM | .50 | 152.50 |
| 10/16/04 | Review and update files on current Plant 2 air issues and LOC | MFM | .40 | 122.00 |
| 10/18/04 | Review and send emails regarding meeting with IDEM -- Plant 2 | MFM | .20 | 61.00 |
| 10/19/04 | Telephone calls/emails regarding meeting with IDEM and Plant 2 application | MFM | .20 | 61.00 |
| 10/20/04 | Emails to/from client and IDEM regarding Plant 2 meeting | MFM | .30 | 91.50 |
| 10/26/04 | Telephone call from P. Dubenetsky regarding meeting; telephone call to D. Weber and followup emails to T. Rarick | MFM | .50 | 152.50 |
| 10/27/04 | Telephone conference with T. Rarick and emails to D. Weber regarding Plant 2 permit needs | MFM | .40 | 122.00 |
| 10/28/04 | Review IDEM "options" for permitting; make meeting | MFM | .80 | 244.00 |

Page 2

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | arrangements and respond to emails regarding application | | | |
| 10/29/04 | Prepare for and meeting with client representatives and meeting with IDEM on Plant 2 air permit issues | MFM | 3.50 | 1,067.50 |
| | Total Services............................................................ Hours | | 8.50 | 2,592.50 |

| Date | Disbursements | | Total |
|---|---|---|---|
| 10/12/04 | Caller: N/A :  260 925-7948 | | 0.45 |
| 10/15/04 | Caller: N/A :  260 925-7948 | | 1.59 |
| 10/26/04 | Caller: N/A :  260 497-7645 | | 3.53 |
| 10/26/04 | Caller: N/A :  260 925-7939 | | 1.21 |
| 10/26/04 | Caller: N/A :  260 925-7948 | | 0.33 |
| | Total For  Long Distance Telephone | | 7.11 |

Total Disbursements.............................................................................$    7.11

Total Services And Disbursements....................................................$    2,599.61