UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No.  04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER APPROVING JOINT STIPULATION AND ORDER REGARDING MOTION OF BANK OF AMERICA, N.A. TO REQUIRE DEBTOR TO PROVIDE ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363(e)

At Fort Wayne, Indiana, November 24, 2004.

Bank of America, N.A. having moved for approval of a Joint Stipulation and Order Regarding Motion of Bank of America, N.A. to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363(e) filed jointly by Bank of America, N.A. on behalf of the pre-petition Secured Lenders, joined in by the debtor-in-possession, the Official Committee of Unsecured Creditors, and AFI Lending Group, LLC, as filed on October 21, 2004; and notice of said motion having been given to all creditors and parties in interest and no objections having been timely filed, the Court having examined the Joint Stipulation filed October 21, 2004 and being duly advised in the premises, it is now therefore

ORDERED, that the Joint Stipulation and Order Regarding Motion of Bank of America, N.A. to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363(e), filed October 21, 2004, is hereby APPROVED.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court