UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER APPROVING JOINT STIPULATION AND ORDER REGARDING MOTION OF BANK OF AMERICA, N.A. TO REQUIRE DEBTOR TO PROVIDE ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363(e)**

At Fort Wayne, Indiana, November 24, 2004.

Bank of America, N.A. having moved for approval of a Joint Stipulation and Order Regarding Motion of Bank of America, N.A. to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363(e) filed jointly by Bank of America, N.A. on behalf of the pre-petition Secured Lenders, joined in by the debtor-in-possession, the Official Committee of Unsecured Creditors, and AFI Lending Group, LLC, as filed on October 21, 2004; and notice of said motion having been given to all creditors and parties in interest and no objections having been timely filed, the Court having examined the Joint Stipulation filed October 21, 2004 and being duly advised in the premises, it is now therefore

ORDERED, that the Joint Stipulation and Order Regarding Motion of Bank of America, N.A. to Require Debtor to Provide Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363(e), filed October 21, 2004, is hereby APPROVED.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Nov 24, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Nov 26, 2004.
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2004**                    **Signature:** *Joseph Speetjens*