FILED

2004 DEC -1 AM 10:59

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CHAPTER 11 |
| AUBURN FOUNDRY, INC. | ) | BK CASE NO. 04-10427 |
| | ) | |
| Debtor. | ) | |

## APPEARANCE

Comes now, Patrick L. Proctor, and files his appearance in the above captioned matter on behalf of Edwin P. Rosebrock.

Respectfully submitted,

EILBACHER FLETCHER, LLP

_____
Patrick L. Proctor, #17509-02
803 South Calhoun Street, 4th Floor
Fort Wayne, IN 46802
Telephone: 260-425-9777
Fax: 260-424-9177
*Attorney for Edwin P. Rosebrock*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing was served by first class U.S. mail, postage prepaid, on the 29th day of November, 2004, upon the following:

John R. Burns
BAKER & DANIELS
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802

Nancy Gargula
Ellen Triebold
One Michigan Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Henry Efroymson
ICE MILLER
One American Square
P.O. Box 82001
Indianpaolis, IN 46282

_____
Patrick L. Proctor