UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION FOR LEAVE TO FILE AMENDED
CERTIFICATE OF SERVICE TO COMPLY WITH ORDER
<u>ENTERED NOVEMBER 18, 2004 AS DOCKET NUMBER 443</u>**

Auburn Foundry, Inc. ("AFI" or the "Debtor") files this Motion for Leave to File Amended Certificate of Service to Comply with an Order entered November 18, 2004 (the "Motion") with respect to the Order entered as Docket No. 443, and in support thereof, respectfully states the following:

1. On or about October 22, 2004, the Debtor filed three Motions identified on the docket as Docket Nos. 403, 404, and 405. These Motions sought permission to extend use of cash collateral, Senior DIP Financing, and Junior DIP Financing, respectively.

2. The Debtor has filed three separate motions seeking substantially identical relief with respect to each of these orders.

3. For each motion, the Debtor served a Notice of Motion and Opportunity to Object (the "Notice") prepared in accordance with Local Rules together with a copy of the motion.

4. For each motion, the Debtor also filed a Certificate of Service which stated and represented that each party on the service list (the "Notice Parties") received a copy of the notice and accompanying motion. These Certificates of Service were factually accurate.

FWIMAN1 364444v1

5.      In filing each Certificate of Service, the Debtor attached a copy of the accompanying notice.  On the Bankruptcy Clerk's docket sheet, each of the docket entries also incorporates by reference the accompanying motion which the Debtor served on the Notice Parties.  The Debtor did not, however, file the motions as separate exhibits to each notice.

6.      No party in interest filed a timely objection to the Motion.

7.      On or about November 20, 2004, the Court entered three orders which appear on the docket as Nos. 445, 446, and 447.  These orders note, as described above, the absence of a separately filed motion.  The orders also state that creditors did not receive appropriate notice of the motions.

8.      In each case, the Court ordered that the Debtor submit new notices and motions to the Notice Parties.

9.      The Debtor, having served the Notice Parties with a Notice and accompanying Motion, respectfully requests permission to file an Amended Certificate of Service in the form attached hereto as Exhibit "A," accompanied by a Notice and Motion to be filed therewith, in order to dispense with the need for an additional notice period.

10.     The Debtor acknowledges that the record did not give the Court sufficient information to conclude that notice had been properly given, but respectfully submits that such notice has, in fact, been given, as indicated in the proposed Amended Certificate of Service.  Accordingly, the Debtor submits that it can comply with the Order by filing the Amended Certificate of Service.

WHEREFORE, the Debtor respectfully requests permission to file an Amended Certificate of Service to comply with the Order appearing as Docket No. 443, in accordance with the form attached hereto as Exhibit "A," and for all other just and proper relief.

BAKER & DANIELS

By: /s/ Mark A. Werling
  John R Burns, III (#3016-02)
  Mark A. Werling (#20426-02)
  111 East Wayne Street, Suite 800
  Fort Wayne, Indiana 46802
  Telephone: (260) 424-8000
  Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Leave to File Amended Certificate of Service to Comply with Order Entered November 18, 2004 as Docket Number 443 was served by electronic mail or by first-class United States mail, postage prepaid, this 2nd day of December, 2004, upon the following persons or counsel:

| | |
|---|---|
| Scott C. Andrews<br>Rubin & Levin, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204-2161 | Ellen L. Triebold<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |

| | |
|---|---|
| W. Erik Weber<br>Meffort and Weber P.C.<br>130 East 7th Street<br>Auburn, IN 46706 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |
| Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802 |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Brian J. Lange<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802-0501 |
| Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 | Marlene Reich<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 |
| Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |

/s/ Mark A. Werling