IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Motion for Leave to File Amended Certificate of Service to Comply with Order Entered November 18, 2004 as Docket Number 443, and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 366254v1