UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

### ORDER

At Fort Wayne, Indiana, on December 8, 2004.

Debtor's motions to file amended certificates of service instead of complying with the court's orders of November 18, 2004 are DENIED as untimely. If there was a reason that the debtor should not be expected to comply with those orders, that fact should have been brought to the court's attention before the last day for compliance. The failure to comply with those orders within two days of this date will result in denial of the motions referred to therein, without prejudice, without further notice or hearing.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court