# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)  )
Auburn Foundry, Inc.  )
35−0154360  )
635 W. Eleventh Street  ) Case Number: 04−10427−reg −reg
Auburn, IN 46706  )
) Chapter: 11

## ORDER FOR PRE−TRIAL CONFERENCE

At Fort Wayne , Indiana on December 8, 2004 .

The court will hold a pre−trial conference in this case on December 14, 2004 at 03:00 PM in Room 2128, Federal Building, 1300 South Harrison Street, Fort Wayne, IN 46802 with regard to:

Motion for relief from stay filed by Edwin Rosenbrock on November 10, 2004

Counsel are directed to confer with one another prior to the pre−trial conference and come to the pre-trial conference prepared to discuss:

(a) the simplification of the issues;
(b) the necessity or desirability of amendments to the pleadings;
(c) the possibility of obtaining admissions of fact, documents and other matters which will avoid unnecessary proof;
(d) the possibility of submitting this matter to voluntary mediation or other form of alternative dispute resolution;
(e) whether or not this is a core or non−core proceeding and, if non−core, whether or not the parties consent to the bankruptcy judge hearing and determining the matter, pursuant to 28 U.S.C. §157(c)(2); and
(f) any other matters which may aid in the disposition of the controversy.

Each party must be represented at the pre−trial conference by the attorney who expects to try this case, who shall come with authority to stipulate issues and undisputed facts and, where possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence.

Document No. 460 − 428

As a result of the pre−trial conference, the court may limit the time to complete discovery or to file any pre−trial motions; set a date for any final pre−trial or other conference; establish a schedule for the filing of any proposed pre−trial order, stipulations or lists of witnesses and exhibits; and/or set a trial date. The schedule established as a result of the pre−trial conference shall not be modified except by leave of court upon a showing of good cause.

**The failure to comply with this order may result in the continuance of the pre−trial conference, the asessment of the costs and fees upon the disobedient party or the imposition of other appropriate sanctions, including the entry of default.** See, Fed. R. Civ. P. Rule 16(f).

**SO ORDERED.**

Robert E. Grant
_____
Judge, United States Bankruptcy Court