UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          )
                                           )
AUBURN FOUNDRY, INC.                       )          Chapter 11
                                           )
                Debtor.                    )          BK Case No. 04-10427

## CERTIFICATE OF SERVICE

I certify that a copy of the Amended Notice of Motion and Opportunity to Object

to Joint Motion Pursuant to Rule 4001(D) to Approve Agreed Order Concerning Continued Use

of Cash Collateral with attached exhibits was served first-class United States mail, postage

prepaid, on December 8, 2004 upon the following parties or counsel:

Scott C. Andrews                           Ellen L. Triebold
Rubin & Levin, P.C.                        United States Trustee's Office
500 Marott Center                          One Michiana Square, 5th Floor
342 Massachusetts Avenue                   100 East Wayne Street
Indianapolis, IN 46204-2161                South Bend, IN 46601

Grant F. Shipley                           Henry A. Efroymson
233 West Baker Street                      Ice Miller
Fort Wayne, IN  46802-3413                 One American Square
                                           Box 82001
                                           Indianapolis, IN 46282-0002

W. Erik Weber                              Richard J. Swanson
Meffort and Weber P.C.                     Macey Swanson and Allman
130 East 7th Street                        445 N. Pennsylvania Street, Suite 401
Auburn, IN 46706                           Indianapolis, IN 46204-1800

Stephen E. Lewis                           Lawrence S. Crowther
Haller & Colvin, P.C.                      Wegman, Hessler & Vanderburg
444 East Main Street                       6055 Rockside Woods Blvd., Suite 200
Fort Wayne, IN 46802                       Cleveland, OH 44131

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Marlene Reich
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Dated:  December 8, 2004

BAKER & DANIELS

By:  /s/ Mark A. Werling
     John R Burns, III (#3016-02)
     Mark A. Werling (#20426-02)
     111 East Wayne Street, Suite 800
     Fort Wayne, Indiana 46802
     Telephone:  (260) 424-8000
     Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.