# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR PRE–TRIAL CONFERENCE

At Fort Wayne , Indiana on December 8, 2004 .

The court will hold a pre–trial conference in this case on December 14, 2004 at 03:00 PM in Room 2128, Federal Building, 1300 South Harrison Street, Fort Wayne, IN 46802 with regard to:

Motion for relief from stay filed by Edwin Rosenbrock on November 10, 2004

Counsel are directed to confer with one another prior to the pre–trial conference and come to the pre–trial conference prepared to discuss:

- (a) the simplification of the issues;
- (b) the necessity or desirability of amendments to the pleadings;
- (c) the possibility of obtaining admissions of fact, documents and other matters which will avoid unnecessary proof;
- (d) the possibility of submitting this matter to voluntary mediation or other form of alternative dispute resolution;
- (e) whether or not this is a core or non–core proceeding and, if non–core, whether or not the parties consent to the bankruptcy judge hearing and determining the matter, pursuant to 28 U.S.C. §157(c)(2); and
- (f) any other matters which may aid in the disposition of the controversy.

Each party must be represented at the pre–trial conference by the attorney who expects to try this case, who shall come with authority to stipulate issues and undisputed facts and, where possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence.

Document No. 460 – 428

    As a result of the pre−trial conference, the court may limit the time to complete discovery or to file any pre−trial motions; set a date for any final pre−trial or other conference; establish a schedule for the filing of any proposed pre−trial order, stipulations or lists of witnesses and exhibits; and/or set a trial date. The schedule established as a result of the pre−trial conference shall not be modified except by leave of court upon a showing of good cause.

    **The failure to comply with this order may result in the continuance of the pre−trial conference, the asessment of the costs and fees upon the disobedient party or the imposition of other appropriate sanctions, including the entry of default.** See, Fed. R. Civ. P. Rule 16(f).

    **SO ORDERED.**

    Robert E. Grant
_____
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: tlp              Page 1 of 1              Date Rcvd: Dec 08, 2004
Case: 04-10427                Form ID: 300           Total Served: 2


The following entities were served by first class mail on Dec 10, 2004.
aty        +Patrick L. Proctor,   Eilbacher Fletcher LLP,   803 South Calhoun Street, Ste 400,
             Fort Wayne, IN 46802-2305
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2004**                    **Signature:**    *Joseph Speetjens*