UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

## **ORDER**

At Fort Wayne, Indiana, on December 8, 2004.

Debtor's motions to file amended certificates of service instead of complying with the court's orders of November 18, 2004 are DENIED as untimely. If there was a reason that the debtor should not be expected to comply with those orders, that fact should have been brought to the court's attention before the last day for compliance. The failure to comply with those orders within two days of this date will result in denial of the motions referred to therein, without prejudice, without further notice or hearing.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1                Date Rcvd: Dec 08, 2004
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Dec 10, 2004.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2004**                    Signature:        *Joseph Speetjens*