IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SUBMISSION OF INVOICES OF COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE

**YOU ARE HEREBY NOTIFIED THAT** on December 16, 2004, Ice Miller, counsel for the Unsecured Creditors Committee herein, delivered for payment their invoices for services consistent with and pursuant to the procedures set forth in the Order Establishing Procedures for Interim Compensation entered herein.  A copy of the invoices submitted by Ice Miller is available upon request to counsel for the Committee.

**YOU ARE HEREBY NOTIFIED THAT** Ice Miller accrued fees in the aggregate amount of $5,768.00 f or services rendered between November 1, 2004 through November 30, 2004 and accrued expenses in the aggregate amount of $34.26 for expenses incurred during this period.  Except as to such amounts as may have been specifically objected to within ten (10) days of the service of the invoices, Ice Miller has requested interim payment of 80% of the fees incurred and 100% of the expenses accrued.

Date:  December 16, 2004        /s/ Henry A. Efroymson
                                Henry A. Efroymson (Atty No.: 6427-47)
                                Ben T. Caughey (Atty No.: 22920-53)
                                ICE MILLER
                                One American Square, Box 82001
                                Indianapolis, Indiana  46282-0200
                                (317) 236-2100

                                Counsel for the Unsecured Creditors'
                                Committee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served electronically and/or deposited in the U.S. mail, first class postage prepaid, on the 16th day of December, 2004, addressed to:

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com, skrhoads@bakerd.com
tlwiley@bakerd.com, jacklyn.faulkner@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562
(317) 713-3699 Fax
mreich@sbalawyers.com, jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802-3413
gfs@gshipley.com
(260) 422-2711
*(For Shelby County Bank/Bank of America)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio  44122
(216) 831-5100
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio  44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana  46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana  46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC  20005-4026
rogers.brad@pbgc.gov
*(For Pension Benefit Guaranty Corporation)*

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana  46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana  46802
(260) 424-2790
(260) 424-1872 Fax
ekos@ekoslaw.com
*(For City of Auburn)*

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana  46204-2161
(317) 860-2865
(317) 263-9411 Fax
marie@rubin-levin.net
*(For NMHG Financial Services, Inc.*

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana  46802
(260) 425-9777
*(For Edwin P. Rosebrock)*


/s/ Henry A. Efroymson
Henry A. Efroymson