UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.   04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

At Fort Wayne, Indiana, on December 20, 2004.

A pre-trial conference was held in Fort Wayne, Indiana on December 14, 2004 regarding Edwin Rosenbrock's motion for relief from stay with Mark Werling, counsel for debtor and Patrick Proctor, counsel for Edwin Rosenbrock present.

The parties shall file a proposed pre-trial order within 60 days. Should they determine that this matter can be submitted without trial, they shall file appropriate stipulations of fact and a proposed briefing schedule on or before the date the pre-trial order is due. The automatic stay, as it pertains to the movant herein, shall remain in full force and effect until further order of the court.

SO ORDERED.

      /s/ Robert E. Grant
      Judge, United States Bankruptcy Court