UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

## **ORDER**

At Fort Wayne, Indiana, on December 20, 2004.

A pre-trial conference was held in Fort Wayne, Indiana on December 14, 2004 regarding Edwin Rosenbrock's motion for relief from stay with Mark Werling, counsel for debtor and Patrick Proctor, counsel for Edwin Rosenbrock present.

The parties shall file a proposed pre-trial order within 60 days. Should they determine that this matter can be submitted without trial, they shall file appropriate stipulations of fact and a proposed briefing schedule on or before the date the pre-trial order is due. The automatic stay, as it pertains to the movant herein, shall remain in full force and effect until further order of the court.

SO ORDERED.

                                          /s/ Robert E. Grant
                                          Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Dec 20, 2004
Case: 04-10427              Form ID: pdf004        Total Served: 2

The following entities were served by first class mail on Dec 22, 2004.
aty       +Patrick L. Proctor,   Eilbacher Fletcher LLP,   803 South Calhoun Street, Ste 400,
            Fort Wayne, IN 46802-2305
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2004**        Signature:   *Joseph Speetjens*