# Exhibit A

| | | | |
|---|---|---|---|
| | AUBURN FOUNDRY | | |
| | Charge Allocation | | |
| | Category | # of Hours | Total |
| 1 | General Administration | 91 | $18,288.50 |
| 2 | Financing, Cash Use, and DIP | 6.2 | $2,066.00 |
| 3 | Labor and Employment | 15.4 | $4,510.00 |
| 4 | Environmental | 1.9 | $579.50 |
| 5 | Plan and Disclosure Statement | 142.1 | $37,061.00 |
| 6 | Customer and Vendor Issues | 4.1 | $1,176.00 |
| | | | |
| | TOTAL HOURS | 260.7 | |
| | TOTAL FEES | | $63,681.00 |
| | | | |
| | Adjusted Entry for Rounding | | $2.00 |
| | ADJUSTED FEES | | $63,679.00 |
| | | | |
| | Payable per Order  (80%) | | $50,943.20 |
| | Disbursements  (100%) | | $8,122.83 |
| | | | |
| | **TOTAL NOW PAYABLE** | | **$59,066.03** |

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
|---|---|---|---|---|
| AUBURN FOUNDRY | | | | |
| Counsel List | | | | |
| | | | | |
| Bennett, D.P. | Partner | $375.00 | 6.4 | $2,400.00 |
| Bomberger, J.A. | Partner | $300.00 | 0.3 | $90.00 |
| Burns, J. R. | Partner | $355.00 | 67.9 | $24,104.50 |
| Claffey, S. A. | Partner | $390.00 | 0.8 | $312.00 |
| Jaffee, J. | Partner | $350.00 | 0.3 | $105.00 |
| Powers, D. D. | Partner | $270.00 | 26.3 | $7,101.00 |
| Purcell, J. W. | Partner | $390.00 | 1.2 | $468.00 |
| | | | | |
| McGrath, M.F. | Of Counsel | $305.00 | 1.9 | $579.50 |
| | | | | |
| Hurley, R.M. | Associate | $115.00 | 4.6 | $529.00 |
| Juba, M.F. | Associate | $140.00 | 37.9 | $5,306.00 |
| Lemert, M.M. | Associate | $220.00 | 4.0 | $880.00 |
| Werling, M. A. | Associate | $220.00 | 84.7 | $18,634.00 |
| | | | | |
| Faulkner, J. L. | Paralegal | $130.00 | 24.4 | $3,172.00 |
| | | | | |
| | | | 260.7 | $63,681.00 |

## AUBURN FOUNDRY
### Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | | |
| Bennett, D.P. | Partner | $375.00 | | | | | 6.4 | | 6.4 | $2,400.00 |
| Bomberger, J.A. | Partner | $300.00 | 0.3 | | | | | | 0.3 | $90.00 |
| Burns, J.R. | Partner | $355.00 | 16.9 | 5.2 | 4.8 | | 38.2 | 2.8 | 67.9 | $24,104.50 |
| Claffey, S.A. | Partner | $390.00 | 0.2 | | | 0 | 0.6 | | 0.8 | $312.00 |
| Jaffe, J. | Partner | $350.00 | | | | | 0.3 | | 0.3 | $105.00 |
| Powers, D.D. | Partner | $270.00 | 5.6 | | 5.4 | | 15.3 | | 26.3 | $7,101.00 |
| Purcell, J.W. | Partner | $390.00 | | | 1.2 | | | | 1.2 | $468.00 |
| | | | | | | | | | | |
| McGrath, M.F. | Of Counsel | $305.00 | | | | 1.9 | | | 1.9 | $579.50 |
| | | | | | | | | | | |
| Hurley, R.M. | Associate | $115.00 | 4.6 | | | | | | 4.6 | $529.00 |
| Juba, M.F. | Associate | $140.00 | 20.9 | | | | 15.7 | 1.3 | 37.9 | $5,306.00 |
| Lemert, M.M. | Associate | $220.00 | | | 4.0 | | | | 4.0 | $880.00 |
| Werling, M. A. | Associate | $220.00 | 18.1 | 1.0 | | | 65.6 | | 84.7 | $18,634.00 |
| | | | | | | | | | | |
| Faulkner, J. L. | Paralegal | $130.00 | 24.4 | | | | | | 24.4 | $3,172.00 |
| | | | | | | | | | | |
| | | | 91.0 | 6.2 | 15.4 | 1.9 | 142.1 | 4.1 | 260.7 | $63,681.00 |

### BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

December 16, 2004
Invoice Number 1206582

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through November 30, 2004 and not reflected on a prior bill:

0004426   Chapter 11

| | | |
|---|---|---|
| Total Services............................$ | 59,852.50 | |
| Total Disbursements.................$ | 8,106.48 | |
| Total This Matter...................................................$ | | 67,958.98 |

Total This Invoice...........................................................................$        67,958.98

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of November 30, 2004
Invoice Number 1206582

0080031   Auburn Foundry, Inc.
0004426   Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 11/01/04 | Conduct legal research re PBGC objections to Plans due to pension plan concerns | MFJ | 4.10 | 574.00 |
| 11/01/04 | Pacer research | JLF | .30 | N/C |
| 11/01/04 | Confer with D. Maude re September's work | JLF | .10 | 13.00 |
| 11/01/04 | Work on revised Plan and financial issues related to same | JRB | 1.50 | 532.50 |
| 11/01/04 | Consideration of preference recovery issues and potential defendants | JRB | 1.00 | 355.00 |
| 11/01/04 | Review Mellon invoice, related email (0.1); continue attention to plan and disclosure statement development (3.3) | MAW | 3.40 | 748.00 |
| 11/02/04 | Analyze email correspondence re revised disclosure statement in connection with updated plan (.2); analyze actuarial information provided by J. Rose re actuarial calculations of minimum funding requirements (1.2); telephone conference D. Maude re same (.3) | DDP | 1.70 | 459.00 |
| 11/02/04 | Work on Plan, Disclosure Statement, drafting and development (5); review supplemental schedule from D. Maude (.1); interoffice email regarding fee issues for DIP, Committee counsel (.1); | MAW | 5.20 | 1,144.00 |
| 11/02/04 | Pacer research | JLF | .50 | N/C |
| 11/02/04 | Calculate amount owed for 8/24/04 interim fee applicants | JLF | .40 | 52.00 |
| 11/02/04 | Telephone call with D. Maude regarding Bank of America's response to the Plan concepts and generally regarding the Plan (.4); work on Plan issues (.5) | JRB | .90 | 319.50 |
| 11/02/04 | Correspondence from H. Efroymson regarding payment for Creditors Committee's attorney fees and follow-up | JRB | .40 | 142.00 |
| 11/02/04 | Review latest Disclosure Statement draft and work on same | JRB | .80 | 284.00 |
| 11/02/04 | Correspondence from M. Reich regarding Note for additional | JRB | .40 | 142.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | commitment from AFI Lending and follow-up regarding same | | | |
| 11/02/04 | Review tax issues arising from asset sale | JRB | .30 | 106.50 |
| 11/02/04 | Review weekly cash report from D. Maude | JRB | .30 | 106.50 |
| 11/03/04 | Review Dennis Maude e-mail and new plan projection numbers (.2); attention to AF Mexico account receivable resolution (.2) | SAC | .40 | 156.00 |
| 11/03/04 | Review miscellaneous pleadings and correspondence | JLF | .30 | 39.00 |
| 11/03/04 | Continue legal research re PBGC objections to Plans due to pension plan concerns (2.0 | MFJ | 3.10 | N/C |
| 11/03/04 | Prepare documents for September monthly operating reports for filing | JLF | .20 | 26.00 |
| 11/03/04 | Consideration of PBGC position and telephone call with M. Reich and J. Ancel regarding same (.6); telephone call with B. Rogers regarding pension and issues (.3) | JRB | .90 | 319.50 |
| 11/03/04 | Telephone call with D. Maude regarding BBK review for GM and consideration of appropriate response to GM requests for pricing | JRB | .50 | 177.50 |
| 11/03/04 | Review Weekly Cash Flow report and follow-up with D. Maude regarding same | JRB | .30 | 106.50 |
| 11/03/04 | Review latest draft Disclosure Statement and Plan and work on same (1.1); review D. Maude emergence financial projections (.4) | JRB | 1.50 | 532.50 |
| 11/03/04 | Review payments received and confer with J. Burns re same | JLF | .20 | 26.00 |
| 11/03/04 | Review D. Maude's year-end projections; revise and finalize revised Plan and Disclosure Statement for submission to lenders per November 5 deadline (2); telephone conference with AFI Lending regarding Plan, pension issues; office conferences regarding same (.5) | MAW | 2.50 | 550.00 |
| 11/04/04 | Pacer research | JLF | .40 | N/C |
| 11/04/04 | Research opinions by Judge Grant involving objections to plans of reorganization re same | MFJ | 3.10 | 434.00 |
| 11/04/04 | Office conference pension issues in connection with revised disclosure statement (.3); analyze documents re same (.7); telephone conference M. Reich and J. Ancel re IRS minimum funding waiver application (.4); forward same to M. Reich (.2); telephone conference L. Wenino re 401(k) plan issues and anticipated amendments (.4) | DDP | 2.00 | 540.00 |
| 11/04/04 | Pacer research; prepare proof of claim | JLF | .40 | 52.00 |
| 11/04/04 | Prepare for and telephone call with B. Rogers of PBGC | JRB | 1.10 | 390.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | regarding minimum funding and under-funding issues (.4); follow-up telephone call with B. Rogers regarding scheduling conference with company and PBGC personnel (.2); telephone call with J. Ancel and M. Reich regarding PBGC issues (.3); telephone call with D. Maude regarding PBGC issues (.2) | | | |
| 11/04/04 | Prepare for and participate in conference call with B. Rogers and C. Finke regarding PBGC claims and practices regarding responding to Plan treatment of PBGC claims | JRB | .50 | 177.50 |
| 11/04/04 | Prepare for and participate in Board conference call regarding operations and Chapter 11 strategy | JRB | 1.30 | 461.50 |
| 11/04/04 | Telephone call with J. Ancel and M. Reich regarding issues affecting potential sale of assets | JRB | .60 | 213.00 |
| 11/04/04 | Telephone call with D. Maude regarding GM contract expiration and considerations in discussing extension with GM counsel | JRB | .30 | 106.50 |
| 11/04/04 | Telephone call to D. Maude regarding minimum funding and under-funding issues (.3); telephone call with T. Borden regarding stay-in-place bonus issues (.2) | JRB | .50 | 177.50 |
| 11/04/04 | Follow-up with AFI Lending counsel, PBGC regarding Plan issues (1); follow-up examination of PBGC treatment issues (1.2); review email regarding cash use extension issues (.2); edit Plan and Disclosure Statement to include updated pension information; office conference with D. Powers regarding same (1.3); work on related Plan edits (.8); work on asset purchase agreement, 363 motion with stalking horse bidder (.7) | MAW | 5.20 | 1,144.00 |
| 11/05/04 | Conduct legal research re PBGC objections to Plans due to pension plan concerns | MFJ | 1.80 | 252.00 |
| 11/05/04 | Preparation for and extended telephone conference with J. Burns regarding memo of May 17 regarding tax issues; additional research and analysis | DPB | 1.50 | 562.50 |
| 11/05/04 | Analyze pension issues in connection with revised disclosure statement (1.9); telephone conference D. Maude, J. Ancel and M. Reich re same (.8) | DDP | 2.20 | 594.00 |
| 11/05/04 | Confer with D. Maude re preference recoveries | JLF | .20 | 26.00 |
| 11/05/04 | Research complaints | JLF | .80 | 104.00 |
| 11/05/04 | Confer with M. Juba re research on Grahl's decisions; preference recovery analysis; assist M. Juba in preparing complaint | JLF | 1.80 | 234.00 |
| 11/05/04 | Work on PBGC claim issues and implications of same for amended Plan and potential assets sale | JRB | .90 | 319.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/05/04 | Conference call with J. Ancel and D. Maude regarding Plan and potential sale issues | JRB | .70 | 248.50 |
| 11/05/04 | Telephone call with D. Hawk regarding M. Polich severance issues and contract rejection (.3); follow-up regarding rejection and motion to approve compromise regarding severance (.4) | JRB | .70 | 248.50 |
| 11/05/04 | Work administrative and tax issues arising from amended Plan and DS | JRB | 1.80 | 639.00 |
| 11/05/04 | Work on final edits to Plan and Disclosure Statement for circulation to case constituents; office conferences; telephone conferences with client regarding same (4.5); regarding pension issues; follow-up office conferences; review AFI Lending memo regarding same (.3); office conferences regarding cash issues, review correspondence regarding same (.2); continue examination of pension related issues (1); interoffice email regarding preference complaint issue (.1); review and assess D. Maude email regarding insurance issues (.2); review status of proofs of claim (.1) | MAW | 6.40 | 1,408.00 |
| 11/05/04 | Prepare spreadsheet of preferential payments | JLF | .70 | 91.00 |
| 11/07/04 | Exchange correspondence with J. Ancel regarding Plan (.2); consideration of confirmation issues and potential objections (.4); correspondence with T. Woehlke regarding Plan (.1) | JRB | .70 | 248.50 |
| 11/08/04 | Telephone conference D. Maude re minimum funding issues and incorporation of same into revised plan of reorganization (.3); analyze documentation re same (.4) | DDP | .70 | 189.00 |
| 11/08/04 | Extended telephone call with T. Woehlke regarding Plan issues and confirmation process | JRB | .40 | 142.00 |
| 11/08/04 | Research regarding available options for sale of Plant 1 real estate, plant and equipment and analysis of asset types and descriptions (1.5); telephone call with D. Maude regarding same (.3) | JRB | 1.80 | 639.00 |
| 11/08/04 | Telephone call with D. Hawk regarding M. Polich termination and rejection of executory contract (.2); work on pleadings regarding same (.2) | JRB | .40 | 142.00 |
| 11/08/04 | Telephone call with M. Presta regarding equipment liquidation | JRB | .30 | 106.50 |
| 11/08/04 | Telephone call with T. Sherick regarding GM vendor issues and requirements for new contract | JRB | .50 | 177.50 |
| 11/08/04 | Work on preference claims | JRB | .60 | 213.00 |
| 11/08/04 | Exchange correspondence regarding Note to AFI Lending and review allonge to note | JRB | .50 | 177.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/08/04 | Prepare for and extended telephone call with M. Reich and J. Ancel regarding sale and plan issues | JRB | 1.50 | 532.50 |
| 11/08/04 | Check docket; review recent pleadings; assess status of itemized statement; email J. Burns regarding same (.2); review emailing to and from AFI Lending re cash use extension, new note; office conference re same (.3); telephone conference with AFI Lending counsel re Plan and sale issues (1); work on sale-related motions (3.5); assess related needs Plan, Disclosure Statement, drafting re same (.7) | MAW | 5.70 | 1,254.00 |
| 11/08/04 | Follow-up regarding sale procedure and assets subject to sale | JRB | .80 | 284.00 |
| 11/09/04 | Pacer research re objections to itemized statement | JLF | .30 | 39.00 |
| 11/09/04 | Conference with J. Burns regarding draft plan and disclosure statement (.2); read and analyze draft amended plan and disclosure statement (1.7) | MFJ | 1.90 | 266.00 |
| 11/09/04 | Extended telephone call with B. Ruttenberg regarding equipment and real estate sale of excess from Plant 1 | JRB | .50 | 177.50 |
| 11/09/04 | Telephone call with D. Hunter regarding accounts/receivable issues regarding foreign accounts and follow-up regarding inquiry | JRB | .40 | 142.00 |
| 11/09/04 | Exchange email correspondence with H. Efroymson regarding holdback and follow-up inquiry with D. Maude | JRB | .40 | 142.00 |
| 11/09/04 | Work on excess equipment sale issues (.6); correspondence with T. Woehlke regarding potential purchaser/auctioneer(.2) | JRB | .80 | 284.00 |
| 11/09/04 | Continue work on potential sale issues re sale of excess Plant 1 assets | JRB | 1.20 | 426.00 |
| 11/09/04 | Work on revised Disclosure Statement and Plan | JRB | 1.20 | 426.00 |
| 11/09/04 | Pacer research re statement of facts | JLF | 1.40 | 182.00 |
| 11/09/04 | Pacer research | JLF | .30 | N/C |
| 11/09/04 | Office conferences regarding itemized statement issues (N/C); office conferences regarding Plan and Sale issues (N/C); continue work on sale pleadings (1.9); work on Plan exhibits based on new AFI input (3.0) | MAW | 4.90 | 1,078.00 |
| 11/09/04 | Review recent filings | JLF | .20 | 26.00 |
| 11/10/04 | Conference with M. McGrath regarding response to Kemper request for information regarding IDEM investigation; research interpretation of pollution exclusion under Indiana law | RMH | 1.20 | 138.00 |
| 11/10/04 | Extended telephone call with D. Maude regarding Plan and sale matters (.5); work on sale and Plan issues in follow-up to | JRB | 1.20 | 426.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | D. Maude inquiries (.7) | | | |
| 11/10/04 | Confer with M. Juba re preference payments and preparation of complaint | JLF | .10 | 13.00 |
| 11/10/04 | Pacer research; review file and gather exhibits for disclosure statement; research legal descriptions; confer with M. Werling re same | JLF | 1.50 | 195.00 |
| 11/10/04 | Telephone call with B. Rogers regarding minimum funding issues (.3); consideration of and work on PBGC issues (.4) | JRB | .70 | 248.50 |
| 11/10/04 | Work extensively on sale-related motions (5.0); make additional inputs to plan and disclosure statement based on comments from AFI management (.4); office conferences with paralegal re real estate descriptions for plan supplements on disclosure statement (.2); revise conflicts counsel pleadings, office conferences re same (.2); telephone conference with D. Maude re status of executory contracts for assumption or rejection (.2); assess needs re same for auction sale purposes, examine related schedules to begin summary of same (.3); office conference with M. Juba re E&Y payment queries (.1); review and assess M. Juba findings re sale motion requirements in N.D. Ind. (.2); review case e-mail re plan and disclosure statement developments, junior DIP financing commitment (.2) | MAW | 6.80 | 1,496.00 |
| 11/10/04 | Work on Plan issues associated with property transfers and real estate issues | JRB | .80 | 284.00 |
| 11/10/04 | Review schedules and statement of affairs re accounts receivables; Pacer research; confer with M. Werling re same; research file re same | JLF | 1.40 | 182.00 |
| 11/10/04 | Office conference re recent contacts with PBGC re pension plans (N/C); conduct research re minimum funding waiver possibilities and potential for adjustments to minimum funding calculations (2.); telephone conference J. Rose re same (.3) | DDP | 2.30 | 621.00 |
| 11/10/04 | Categorize time for filing of itemized statement; confer with D. Powers re same | JLF | .30 | 39.00 |
| 11/10/04 | Phone conference with M. Warsco regarding affidavit for employment as conflicts counsel (.1); assist M. Werling in revising and finalizing motion to employ M. Warsco as conflicts counsel and appropriate attachments (.8); conference with M. Werling regarding itemized statements of Ernst & Young (.1); conduct final analysis of proposed E&Y itemized statements (.5); phone conference with P. McGuire regarding itemized statements and revisions to same (.3); conduct | MFJ | 3.60 | 504.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | preference research as related to potential employment of Baden Gage and report findings to J. Burns (.6); conduct legal research regarding motion and brief requirements under a 363 sale motion (.9); memo to M. Werling regarding same (.3) | | | |
| 11/11/04 | Conference with D. Bennett regarding tax implications of plan and alternative structures | J J | .30 | 105.00 |
| 11/11/04 | Prepare for and conference call with D. Maude and J. Ancel regarding sale, Plan, tax and pension issues | JRB | .90 | 319.50 |
| 11/11/04 | Work on Plan and Disclosure Statement | JRB | .80 | 284.00 |
| 11/11/04 | Review and assess e-mail from Committee counsel re comments on new plan draft (.2); two conference calls with New AFI re plan, disclosure statement issues (2.0); review miscellaneous case correspondence (.1); work on analysis of tax issues - particularly capital gains - raised by plan, office conferences re same (.6); continue work on sale, bid procedures drafting (3.0); work extensively on plan edits to incorporate comments from New AFI (5.2); finalize and attend to filing of conflicts counsel pleadings (.1) | MAW | 11.20 | 2,464.00 |
| 11/11/04 | Telephone conference J. Rose re minimum funding actuarial issues and potential flexibility re same (.4); telephone conference D. Maude re same (.3) | DDP | .70 | 189.00 |
| 11/11/04 | Work on Plan and Disclosure Statement issues | JRB | .90 | 319.50 |
| 11/11/04 | Work on PBGC issues (.6); telephone call with M. Reich regarding sale issues and follow-up regarding issues raised (.4); telephone call with M. Presto of Bid-It-Up (.2) | JRB | 1.20 | 426.00 |
| 11/11/04 | Consultation with D. Bennett regarding Federal Tax issues related to sale | JRB | .50 | 177.50 |
| 11/11/04 | Continue work on tax issues | JRB | .50 | 177.50 |
| 11/11/04 | Conduct initial analysis of Ernst & Young's revised itemized statements and review docket for providing a guideline as to the proper timeline for filing said statements (.6); electronic communication to P. McGuire regarding same (.2); verify receipt of M. Warsco affidavit for use in motion to employ conflicts counsel and assist in finalizing documents for submission to the court (.3) | MFJ | 1.10 | 154.00 |
| 11/11/04 | Telephone conference with D. Maude; tax research regarding tax consequences of plan of reorganization | DPB | 1.80 | 675.00 |
| 11/12/04 | Review Omni proposal for leasing of Plant 1 and provide suggestions to Dennis Maude respecting an economic evaluation of this proposal (.2) | SAC | .20 | 78.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/12/04 | Finalize plan, disclosure statement drafts for additional circulation (3.3); office conferences, interoffice e-mail, and telephone conference with D. Maude re Plant 1 lien issues, senior lender comments on discussion draft of plan, begin assessment of same (1.0); review New AFI e-mail re stalking horse bid issues (.1); review and assess e-mail re potential sale of Plant 1 equipment (.2); review M. Juba's summary of preference actions (.1) e-mail re plan filing extension date (.1); review and assess D. Maude e-mail re pension plan funding assemptions, projections (.2); office conference re finalization of M. Polich severance pleadings (.1) | MAW | 5.10 | 1,122.00 |
| 11/12/04 | Prepare list of conflict vendors re preference payments; review accurate add | JLF | .80 | 104.00 |
| 11/12/04 | Multiple telephone conferences J. Rose and D. Maude re minimum funding issues (1.5); analyze J. Rose calculations re same (.9) | DDP | 2.40 | 648.00 |
| 11/12/04 | Multiple exchange of correspondence with H. Efroymson regarding preference claims and need for conflict counsel regarding same | JRB | .40 | 142.00 |
| 11/12/04 | Extended telephone call with M. Reich regarding Plan issues | JRB | .40 | 142.00 |
| 11/12/04 | Prepare for and telephone call with J. Athanas concerning bank issues regarding proposed Plan (.8); work on Plan and Disclosure Statement in light of Bank and New AFI comments (.7) | JRB | 1.50 | 532.50 |
| 11/12/04 | Multiple exchange of correspondence with D. Maude regarding potential lease of Plant 1 | JRB | .40 | 142.00 |
| 11/12/04 | Extended telephone call with D. Maude regarding 363 asset sale concept and implementation issues (.6); follow-up work on asset sale issues (.5) | JRB | 1.10 | 390.50 |
| 11/12/04 | Phone conference with J. Faulkner re preference complaint and necessary invoices and proofs of payment (.2); phone conference with M. Werling re executory contract of M. Polich (.2); phone call to D. Hawke re same (.1); compile and verify complete set of draft pleadings re same in preparation for additional review and conference with D. Hawke re same (.4); research and draft language for inclusion in the disclosure statement re potential preference claims (1.2); initialize draft preference complaint as per J. Burns (1.3) | MFJ | 3.40 | 476.00 |
| 11/13/04 | Follow-up on analysis of Senior Lenders issues re plan, related questions concerning disposition of workers compensation trust, and tax treatment of potential gains, insurance coverage | MAW | 2.00 | 440.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | preservation issues | | | |
| 11/14/04 | Work on Disclosure Statement and Plan issues | JRB | .50 | 177.50 |
| 11/14/04 | Review Court order and email to D. Maude regarding same | JRB | .20 | N/C |
| 11/15/04 | Conduct research re partial termination issues | DDP | 1.80 | 486.00 |
| 11/15/04 | Work on Plan and Disclosure Statement drafts in anticipation of further changes to reflect 363 sale of assets | JRB | 1.30 | 461.50 |
| 11/15/04 | Review and assess Asset Purchase Agreement from New AFI (.4); review related e-mail re same (.1); interoffice e-mail re Rosebrock stay relief motion, next steps in response to same (.2); telephone conference with client, New AFI re plan and sale issues (1.6); continue work on capital gain tax research, office conferences with D. Bennett, J. Burns re same (4.0); work on plan revisions based on a.m. conference call with New AFI (.4) | MAW | 6.70 | 1,474.00 |
| 11/15/04 | Analyze file and prepare exhibits to amended plan; confer with M. Werling re same | JLF | 1.50 | 195.00 |
| 11/15/04 | Categorize time in preparation for fee statement filing | JLF | 1.00 | 130.00 |
| 11/15/04 | Read, review, and analyze E. Rosenbrock's motion for relief from automatic stay (.7); conduct legal research re rules governing objection and response to such motions (1.2); obtain order filed in connection with pending motion and analyze same (.3); compile and strategize potential objection and response to motion for relief (.6); draft memorandum to J. Burns and M. Werling re response strategy to motion for relief (.8); phone conference with D. Hawk re M. Polich executory contract motions (.2); finalize motions to reject and approve compromise of executory employment contracts of M. Polich (1.3); conduct legal research re proper service and notice of same motions under special rules governing such filings (.5) | MFJ | 5.60 | 784.00 |
| 11/15/04 | Prepare for and conference call with J. Ancel, M. Reich and D. Maude regarding real estate issues arising from sale (.4); work on real estate issues arising from sale of Plant 2 and retention of Plant 1 until later sale to unrelated party (.6) | JRB | 1.00 | 355.00 |
| 11/15/04 | Review J. Athanas correspondence regarding Senior Lender issues (.2); telephone call with D. Maude regarding same (.3); correspondence to J. Athanas regarding Plan issues (.2) | JRB | .70 | 248.50 |
| 11/16/04 | Exchange email correspondence with H. Efroymson regarding draft of Plan | JRB | .20 | 71.00 |
| 11/16/04 | Conference with M. McGrath regarding response to Kemper's request for information | RMH | .20 | 23.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/16/04 | Telephone conference with D. Maude re union demands re pension subsidy for laid off employees (.4); conduct research re same (1.2); conduct research re partial termination issues arising out of layoffs (1.0) | DDP | 2.60 | 702.00 |
| 11/16/04 | Work on Plan and Disclosure Statement issues and modifications | JRB | .70 | 248.50 |
| 11/16/04 | Finalize plan for pre-filing circulation and comment (2.4); telephone conference with New AFI counsel re related issues (.2); office conferences, interoffice e-mail re various aspects of same (.2); review Senior Lender e-mail re Plant 1 issues (.1); review e-mail to Committee counsel re M. Polich issues (.1) | MAW | 3.00 | 660.00 |
| 11/16/04 | Exchange correspondence with J. Athanas regarding bank issues and consideration of real estate and security issues raised by same | JRB | .30 | 106.50 |
| 11/16/04 | Correspondence exchange regarding Tsiamatic payment and related issues (.4); telephone call with D. Harter regarding same (.2) | JRB | .60 | 213.00 |
| 11/16/04 | Prepare October proforma analysis | JLF | 4.00 | 520.00 |
| 11/16/04 | Exchange correspondence with J. Athanas regarding Plan filing dates and related issues (.3); telephone call with D. Maude regarding filing issues and Bank's need to extend (.2) | JRB | .50 | 177.50 |
| 11/16/04 | Finalize notices for M. Polich executory contract motions (.4); review new pleadings; analyze recent court decision re PBGC objections to plans of reorganization due to ERISA concerns (.5); read, review, and analyze new pleadings filed re reorganization (.4); conduct legal research re pending critical vendors certiorari petitions before the U.S. Supreme Court and provide J. Burns with summary re same (.3) | MFJ | 1.60 | 224.00 |
| 11/17/04 | Consideration of APA issues and advertisement | JRB | .60 | 213.00 |
| 11/17/04 | Compare October proforma analysis with invoices; prepare itemized statement | JLF | 1.10 | 143.00 |
| 11/17/04 | Office conference re plan status issues (.2); telephone conference with D. Maude re capital tax gain analysis (.1); review D. Maude e-mail re Creditor Committee questions, follow-up re same (.4); review D. Maude's tax computations and begin analysis re same (.5) | MAW | 1.20 | 264.00 |
| 11/17/04 | Analyze recent case on PBGC position on priority claims (.3); analyze recent 7th Circuit caselaw on partial termination standards (.7) | DDP | 1.00 | 270.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/17/04 | Telephone call with D. Maude regarding operational issues and cash flow (.3); work on Plan and Disclosure Statement, including tax, pension and environmental issues (1.5) | JRB | 1.80 | 639.00 |
| 11/17/04 | Review recent filings | JLF | .50 | N/C |
| 11/18/04 | Consideration of tax issues and options for dealing with same | JRB | .40 | 142.00 |
| 11/18/04 | Review financial spreadsheet regarding sale of assets | DPB | .40 | 150.00 |
| 11/18/04 | Review recent filings; Pacer research | JLF | .80 | 104.00 |
| 11/18/04 | Research decisions by J. Grant re objections to Chapter 11 plans | JLF | 1.50 | 195.00 |
| 11/18/04 | Work on analysis of capital gain spreadsheet, impact of same on Plan (1.5); telephone conference with D. Maude re same (.2); office conference with D. Bennett re same (.2); follow-up plan edits (.3); telephone conference with computer leasing company re assumption issues (.2); review and attend to e-mail re Mellon fee issues (.2) | MAW | 2.60 | 572.00 |
| 11/19/04 | Review service issues and problem with ECF linkage | JRB | .40 | N/C |
| 11/19/04 | E-mails to Dennis Maude and from Dennis Maude regarding Plan calculations and Plan issues (.2) | SAC | .20 | 78.00 |
| 11/19/04 | Conduct legal research re proper notice, filing and service under local rules pursuant to three orders issued by court relating to pending motions (1.2); draft two memos to M. Werling and J. Burns analyzing same (.8) | MFJ | 2.00 | 280.00 |
| 11/19/04 | Analyze email from D. Maude and related updated actuarial information re minimum funding requirements for salaried and union pension plans (.7); email D. Maude re same (.1) | DDP | .80 | 216.00 |
| 11/19/04 | Conference call with J. Ancel and D. Maude regarding Senior Lender, Plan and tax issues | JRB | .70 | 248.50 |
| 11/19/04 | Prepare for and participate in Board call | JRB | 1.30 | 461.50 |
| 11/19/04 | Exchange correspondence with H. Efroymson and follow-up issues raised | JRB | .40 | 142.00 |
| 11/19/04 | Review recent pleadings; research and review cases J. Grant objected to Chapter plans | JLF | 1.30 | 169.00 |
| 11/19/04 | Office conference with J. Burns re environmental, pension, tax, and financing issues, potential Plan impact re same (.5); begin follow-up work re same (1.0); office conference with D. Bennett, D. Maude re tax impact issues, continue examination of same (1.0); review Court Orders re notice issues; check Local Rules re same; office conferences, interoffice e-mail re recommended response to same (.8); review and assess D. | MAW | 3.70 | 814.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Maude e-mail re pension funding (.2); review and assess D. Maude's e-mail re potential meeting with Bank of America, agenda for same (.2) | | | |
| 11/20/04 | Work on outstanding Plan issues | JRB | .60 | 213.00 |
| 11/22/04 | Conduct additional legal research re motion to reconsider as to filing dispute (2.1); draft electronic memorandum to P. McGuire re E&Y compensation and pending motions for same (.2) | MFJ | 2.30 | 322.00 |
| 11/22/04 | Analyze revised minimum funding requirement calculations from J. Rose (1.2); email D. Maude re same (.2) | DDP | 1.40 | 378.00 |
| 11/22/04 | Office conference with D. Powers re E. Rosebrock issues, potential compromise of easement dispute (.5); telephone conference with AFI Lending counsel re Plan, case status issues (.2); review and assess e-mail re pension funding issues (.3); telephone conference with Creditors Committee counsel re case update report (.2); interoffice e-mail re same, related issues (.1); follow-up with D. Maude re Plan filing extension (.1); work on motions for leave to file amended certificate of service re cash use, DIPs, related notice and order re same (.5) | MAW | 1.90 | 418.00 |
| 11/23/04 | Pacer research; review and file itemized statement | JLF | .30 | 39.00 |
| 11/23/04 | Telephone call with D. Maude regarding bank issues and prepare for conference call with bankers and counsel | JRB | .50 | 177.50 |
| 11/23/04 | Prepare for and conference call with Senior Lenders and counsel | JRB | 1.30 | 461.50 |
| 11/23/04 | Work on Plan and Disclosure Statement issues per conference call with Senior Lenders and counsel | JRB | 1.30 | 461.50 |
| 11/23/04 | Telephone conference with D. Benz regarding tax issues | DPB | .30 | 112.50 |
| 11/23/04 | Circulate revised Plan versions, office conferences re same (.2); review agenda for and participate in conference call re Plan issues, with emphasis on Plant 1 treatment (.7); review environmental research, findings in response to newly-raised issue re same (.5); follow-up office conference with D. Powers re Rosebrock, relief from stay issues, review proposed letter re same (.3); office conference re Plan impact of separate stalking horse bidder for Plant 1, incorporation of same into contingent alternate plan based on potential bid, related Plant 1 plan issues (.7) | MAW | 2.40 | 528.00 |
| 11/24/04 | Work on four potential environmental liability issues under amended plan (.6); conference with J. Burns re two additional collateral issues under the amended plan and confirmation requirements (.4); conference with J. Faulkner re preference | MFJ | 1.70 | 238.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | claims (.1); conduct legal research re Ernst & Young compensation motion (.2); draft electronic memorandum to P. McGuire re same (.4) | | | |
| 11/24/04 | Work on fee application | JRB | .40 | 142.00 |
| 11/24/04 | Review tax analysis and consideration of implications for sale of assets | JRB | .50 | 177.50 |
| 11/24/04 | Exchanges of email with H. Efroymson re CC fees (.3); exchange email with D. Maude regarding same (.3); telephone call with D. Maude re CC fees and follow-up with H. Efroymson re same (.3) | JRB | .90 | 319.50 |
| 11/24/04 | Consideration of 363 sale issues and marketing (.4); telephone call with J. Ancel regarding same (.2); extended conference with W. Basore regarding marketing strategies and possible fee arrangements (.5); telephone call with D. Maude regarding sale issues (.2) | JRB | 1.30 | 461.50 |
| 11/24/04 | Telephone call from A. Heller regarding services as auctioneer (.3);   draft terms of potential retention and review written proposal from W. Basore re same (.6) | JRB | .90 | 319.50 |
| 11/24/04 | Review E&Y Order re payment issues, e-mail re same (.1); telephone conference with IRS agent re pension waiver request, supplemental information re same (.1); review and authorize filing of monthly operating report, e-mail Committee counsel re same (.2); telephone conference with D. Bennett, D. Maude re tax gain issues, examine Plan impact re same (.6); office conferences re Committee inquiry concerning itemized statement filing (.1); office conference re resolution of AF May receivables, executory contract rejections re same (.2) | MAW | 1.30 | 286.00 |
| 11/24/04 | Telephone conference with J. Burns and D. Maude regarding tax issues | DPB | .40 | 150.00 |
| 11/26/04 | Conduct initial research on environmental liability claims as administrative claims against an estate (0.6); conduct initial research on the law of abandonment as applied to environmental liability (.8); conduct initial research on successor liability as to environmental liability (.5) | MFJ | 1.90 | 266.00 |
| 11/26/04 | Work on Plan issues (.6); consideration of Tsiamatic AR and payment issues (.4) | JRB | 1.00 | 355.00 |
| 11/26/04 | Interoffice e-mail re environmental research needs (.2); continue attention to Plan drafting issues re separate sale of Plant 1 (.3); interoffice e-mail re next fee application (.1) | MAW | .60 | 132.00 |
| 11/29/04 | Research and review J. Grant's decisions in cases that Chapter | JLF | .70 | 91.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | 11 plans were objected | | | |
| 11/29/04 | Exchanges of email with H. Efroymson regarding CC fees (.3); exchange email with D. Maude regarding same (.3); teleconference with D. Maude regarding CC fees and follow-up with H. Efroymson regarding same (.3) | JRB | .90 | 319.50 |
| 11/29/04 | Work on fee application | JRB | .40 | 142.00 |
| 11/29/04 | Review tax computations; research regarding tax consequences of assumption of pension liabilities and liabilities for medical benefits; research regarding timing of basis reduction resulting from discharge of debt | DPB | 2.00 | 750.00 |
| 11/29/04 | Review recent filings; Pacer research; confer with M. Werling and J. Burns re filing of interim applications | JLF | .80 | 104.00 |
| 11/29/04 | Review tax analysis and consideration of implications for sale of assets | JRB | .50 | 177.50 |
| 11/29/04 | Continue legal research re environmental liability issues under AFI's forthcoming amended plan of reorganization | MFJ | 1.30 | 182.00 |
| 11/29/04 | Consideration of 363 sale issues and marketing (.4); teleconference with J. Ancel regarding same (.2); extended conference with W. Basore regarding marketing strategies and possible fee arrangements (.5); teleconference with D. Maude regarding sale issues (.2) | JRB | 1.30 | 461.50 |
| 11/29/04 | Teleconference with A. Heller regarding services as auctioneer | JRB | .30 | 106.50 |
| 11/29/04 | Review files regarding Kemper request for information regarding IDEM Notice of Violation | RMH | 3.20 | 368.00 |
| 11/29/04 | Draft terms of potential retention and review written proposal from W. Basore regarding same | JRB | .60 | 213.00 |
| 11/30/04 | Work on fee application and reconcile past payment | JRB | .50 | 177.50 |
| 11/30/04 | Follow-up teleconference with D. Maude regarding PBGC and Plan issues | JRB | .50 | 177.50 |
| 11/30/04 | Continue drafting of preference complaint and necessary documents to accompany complaint (.4); continue extensive legal research re potential environmental liability for AFI under amended plan of reorganization (1.0) | MFJ | 1.40 | 196.00 |
| 11/30/04 | Exchange email with H. Efroymson regarding CC counsel fees and follow-up regarding issues raised | JRB | .40 | 142.00 |
| 11/30/04 | Review LOC pleadings; review Judicial Notice Pleadings | JRB | .60 | 213.00 |
| 11/30/04 | Teleconference with AFI Lending counsel, client re year-end distribution issues, meeting with Bank of America (1.2); | MAW | 2.80 | 616.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | prepare for and address related plan and sale issues (1.6) | | | |
| 11/30/04 | Review latest Weekly Results and analysis of latest Plan projections and implications for Plan confirmation | JRB | .80 | 284.00 |
| 11/30/04 | Prepare for meeting with Senior Lenders | JRB | .70 | 248.50 |
| 11/30/04 | Extended teleconference with J. Ancel and D. Maude to prepare for meeting with Senior Lenders | JRB | .80 | 284.00 |
| | Total Services............................................................ Hours | | 251.40 | 59,852.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 11/01/04 | Search Fees - - Vendor: Auburn Abstract Company, Inc. | 275.00 |
| | Total For  Search Fees | 275.00 |
| | | |
| 09/28/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 09/28/04 | 146.75 |
| 10/21/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 10/21/04 | 89.81 |
| 11/04/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 11/04/04 | 92.55 |
| 11/19/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 11/19/04 | 119.94 |
| | Total For  Telephone | 449.05 |
| | | |
| 10/29/04 | Computerized Research   Westlaw | 44.94 |
| 11/17/04 | Computerized Research   Westlaw | 18.70 |
| 11/17/04 | Computerized Research   Westlaw | 475.73 |
| 11/17/04 | Computerized Research   Westlaw | 166.04 |
| 11/17/04 | Computerized Research   Westlaw | 4.50 |
| 11/30/04 | Computerized Research   Westlaw | 44.46 |
| | Total For  Computerized Research | 754.37 |
| | | |
| 09/30/04 | Computerized Research   PACER | 23.31 |
| 09/30/04 | Computerized Research   PACER | 219.26 |
| | Total For  Computerized Research - Other | 242.57 |
| | | |
| 11/02/04 | Caller: N/A :  317 713-3562 | 1.11 |
| 11/03/04 | Caller: N/A :  317 713-3562 | 2.70 |
| 11/03/04 | Caller: N/A :  260 925-7978 | 1.81 |
| 11/04/04 | Caller: N/A :  260 925-7978 | 2.12 |
| 11/04/04 | Caller: N/A :  260 925-7978 | 3.83 |

BAKER & DANIELS

| | | |
|---|---|---:|
| 11/04/04 | Caller: N/A :  260 925-7978 | 0.86 |
| 11/04/04 | Caller: N/A :  202 326-4000 | 0.53 |
| 11/04/04 | Caller: N/A :  202 887-4000 | 2.80 |
| 11/05/04 | Caller: N/A :  317 713-3560 | 2.19 |
| 11/05/04 | Caller: N/A :  260 925-7978 | 1.46 |
| 11/05/04 | Caller: N/A :  260 925-7978 | 1.11 |
| 11/08/04 | Caller: N/A :  260 925-0900 | 5.52 |
| 11/08/04 | Caller: N/A :  313 465-7000 | 1.01 |
| 11/08/04 | Caller: N/A :  818 508-7034 | 1.71 |
| 11/10/04 | Caller: N/A :  260 925-7978 | 8.42 |
| 11/12/04 | Caller: N/A :  260 925-7978 | 6.40 |
| 11/12/04 | Caller: N/A :  317 713-3562 | 1.34 |
| 11/12/04 | Caller: N/A :  312 876-7608 | 4.74 |
| 11/12/04 | Caller: N/A :  317 713-3562 | 0.50 |
| 11/19/04 | Caller: N/A :  317 713-3500 | 1.16 |
| 11/24/04 | Caller: N/A :  260 925-7978 | 0.78 |
| 11/24/04 | Caller: N/A :  260 908-3930 | 4.59 |
| 11/24/04 | Caller: N/A :  317 713-3500 | 0.73 |
| 11/24/04 | Caller: N/A :  260 908-3930 | 0.58 |
| 11/29/04 | Caller: N/A :  317 713-3500 | 1.21 |
| 11/30/04 | Caller: N/A :  317 713-3500 | 9.78 |
| Total For  Long Distance Telephone | | 68.99 |

| | | |
|---|---|---:|
| COPYING COSTS | 4 | 6,316.50 |

Total Disbursements...........................................................................................$  8,106.48

Total Services And Disbursements...................................................................$  67,958.98

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

December 15, 2004
Invoice Number 1206568

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through November 30, 2004 and not reflected on a prior bill:

0004408  Rosebrock, Eddie

| | | |
|---|---|---|
| Total Services............................$ | 1,411.00 | |
| Total Disbursements.................$ | 0.00 | |
| Total This Matter...................................$ | | 1,411.00 |
| Total This Invoice..........................................................$ | | 1,411.00 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of November 30, 2004
Invoice Number 1206568

0080031   Auburn Foundry, Inc.
 0004408      Rosebrock, Eddie

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/15/04 | Email to T. Eastom and M. Werling re Rosebrock stay and Motion to Lift Stay | MML | .40 | 88.00 |
| 11/17/04 | Analyze motion for lift of stay in bankruptcy (.5); conduct research re same (.5); telephone conference M. Lemert re status of case and strategic considerations (.5) | DDP | 1.50 | 405.00 |
| 11/19/04 | Telephone conference P. Proctor re potential resolution of claim | DDP | .40 | 108.00 |
| 11/22/04 | Office conference M. Lemert re merits of claim (.4); office conference M. Werling re bankruptcy procedural issues (.5); telephone conference P. Proctor re plaintiff's demands (.4) | DDP | 1.20 | 324.00 |
| 11/23/04 | Draft letter to P. Proctor re pending motion for relief from stay; office conference re same | DDP | 1.80 | 486.00 |

Total Services............................................................Hours          5.30    1,411.00

Total Services And Disbursements....................................$          1,411.00

# BAKER & DANIELS

### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

December 15, 2004
Invoice Number 1206548

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through November 30, 2004 and not reflected on a prior bill:

0000100   Employment Matters

| | | |
|---|---|---|
| Total Services..............................$ | 418.00 | |
| Total Disbursements.................$ | 7.83 | |
| Total This Matter....................................................$ | | 425.83 |
| Total This Invoice............................................................$ | | 425.83 |

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of  November 30, 2004
Invoice Number  1206548

0080031    Auburn Foundry, Inc.
0000100        Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.0. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/11/04 | Phone conference with T. Eastom re negotiating over copies and producing information | MML | .30 | 66.00 |
| 11/16/04 | Phone conference with AAA re date and email to AAA re date; receipt of new notice of hearing | MML | .30 | 66.00 |
| 11/23/04 | Receipt of emails from T. Eastom re union information request and respond to same re tactics and methods for addressing union's tactics; review of case law on duty to provide information | MML | .80 | 176.00 |
| 11/24/04 | Receipt and review of email from T. Eastom re unfair labor practices and past practice issues with 7.2(a) time potential; phone conference with T. Eastom re email and strategies for dealing with union | MML | .50 | 110.00 |
| | Total Services........................................................... Hours | | 1.90 | 418.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 11/11/04 | Caller: N/A :  260 925-7993 | 0.40 |
| 11/24/04 | Caller: N/A :  260 925-7993 | 3.88 |
| | Total For  Long Distance Telephone | 4.28 |
| 11/11/04 | Postage/Air/Express Delivery | 1.20 |
| | Total For  Postage/Air/Express Delivery | 1.20 |
| 11/01/04 | Telecopy | 1.90 |
| | Total For  Telecopy | 1.90 |

## BAKER & DANIELS

COPYING COSTS                                                    0.45

Total Disbursements..............................................................$    7.83

Total Services And Disbursements...................................................$    425.83

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

December 16, 2004
Invoice Number 1206656

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
November 30, 2004 and not reflected on a prior bill:

0000060   IDEM

Total Services............................$        579.50
Total Disbursements..................$          0.00

Total This Matter....................................$        579.50

Total This Invoice...........................................................$          579.50

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  November 30, 2004
Invoice Number  1206656

0080031   Auburn Foundry, Inc.
 0000060     IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/03/04 | Email to IDEM on ductile iron permit process -- Plant 2 | MFM | .20 | 61.00 |
| 11/04/04 | Review IDEM response on Plant 2; telephone call with D. Weber regarding same | MFM | .20 | 61.00 |
| 11/05/04 | Review key documents for ductile iron station at Plant 2 | MFM | .50 | 152.50 |
| 11/18/04 | Telephone conference with R. Hurley regarding insurance response and documents; check on file documents | MFM | .20 | 61.00 |
| 11/19/04 | Telephone conference with T. Rarick regarding IDEM questions regarding ductile iron permit | MFM | .20 | 61.00 |
| 11/23/04 | Telephone conferences with T. Rarick and D. Weber regarding ductile iron permit requirements to IDEM issues | MFM | .30 | 91.50 |
| 11/30/04 | Read and respond to D. Weber email and telephone conference with T. Rarick regarding IDEM position on permit | MFM | .30 | 91.50 |

Total Services............................................................................. Hours    1.90    579.50

Total Services And Disbursements......................................................................$    579.50

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

December 15, 2004
Invoice Number 1206541

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
November 30, 2004 and not reflected on a prior bill:

0004428  Moore, Kathy J.

Total Services............................$          44.00
Total Disbursements.................$           0.30

Total This Matter....................................................$          44.30

Total This Invoice..........................................................................$          44.30

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  November 30, 2004
Invoice Number  1206541

0080031    Auburn Foundry, Inc.
0004428    Moore, Kathy J.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/12/04 | Receipt and review of EEOC dismissal notice; letter to client re same | MML | .20 | 44.00 |
| | Total Services................................................................ Hours | | 0.20 | 44.00 |
| | COPYING COSTS | | | 0.30 |
| | Total Disbursements...........................................................$ | | | 0.30 |
| | Total Services And Disbursements...................................$ | | | 44.30 |

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

December 15, 2004
Invoice Number 1206552

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
November 30, 2004 and not reflected on a prior bill:

0004423    Intermittent Work Stoppage ULPC

Total Services............................$    330.00
Total Disbursements.................$    5.27

Total This Matter...................................................$    335.27

Total This Invoice...........................................................................$    335.27

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  November 30, 2004
Invoice Number  1206552

0080031   Auburn Foundry, Inc.
 0004423      Intermittent Work Stoppage ULPC

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 11/03/04 | Receipt and review of letter re deferral and phone conference with Board Agent re deferral | MML | .30 |
| 11/08/04 | Phone conference with T. Eastom re status of other unfair labor practice charges and response to Board letter re status of charge | MML | .30 |
| 11/10/04 | Phone conference with D. Maude re charge response; phone conference with Board Agent re charge status; draft letter to Board Agent re charge and deferral to arbitration; review of original position statement | MML | .70 |
| 11/12/04 | Phone conference with Board Agent re charge withdrawal | MML | .10 |
| 11/18/04 | Phone conference with D. Maude re unfair labor practice on intermittent strike issue | MML | .10 |

Total Services............................................................................ Hours          1.50        330.00

| Date | Disbursements | Total |
|------|---------------|-------|
| 11/08/04 | Caller: N/A :  260 925-7993 | 2.12 |
| | Total For  Long Distance Telephone | 2.12 |
| 11/03/04 | Telecopy | 2.85 |
| | Total For  Telecopy | 2.85 |

## BAKER & DANIELS

COPYING COSTS                                                                    0.30

Total Disbursements............................................................................$      5.27

Total Services And Disbursements....................................................$    335.27

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

December 15, 2004
Invoice Number 1206531

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
November 30, 2004 and not reflected on a prior bill:

0004396   Employee Benefits

Total Services............................$         603.00
Total Disbursements.................$           0.00

Total This Matter...................................$          603.00

Total This Invoice..........................................................$           603.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  November 30, 2004
Invoice Number  1206531

0080031    Auburn Foundry, Inc.
 0004396        Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/17/04 | Telephone calls with D.D. Powers regarding pension issues with union proposal for early retirement enhancements; review Internal Revenue Service authorities for possible technical defenses | JWP | 1.20 | 468.00 |
| 11/24/04 | Telephone conference L. Wenino re status of Osbun case and salaried 401(k) plan amendments in light of plan of reorganization | DDP | .50 | 135.00 |
| | Total Services............................................................Hours | | 1.70 | 603.00 |
| | Total Services And Disbursements......................................$ | | | 603.00 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

December 15, 2004
Invoice Number 1206545

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through November 30, 2004 and not reflected on a prior bill:

0004414  Liddell, David C.

| | |
|---|---|
| Total Services............................$ | 441.00 |
| Total Disbursements..................$ | 2.95 |
| Total This Matter...................................................$ | 443.95 |
| Total This Invoice..........................................................................$ | 443.95 |

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  November 30, 2004
Invoice Number  1206545

0080031   Auburn Foundry, Inc.
0004414     Liddell, David C.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 11/02/04 | Analyze correspondence from D. Kruse re Liddell railroad right-of-way quitclaim deed and resolution of dispute | DDP | .50 | 135.00 |
| 11/17/04 | Office conference regarding real estate issue with Dr. Liddell | JAB | .30 | 90.00 |
| 11/18/04 | Analyze quitclaim deed and related correspondence from D. Kruse; office conference re same | DDP | .80 | 216.00 |
| | Total Services............................................................... Hours | | 1.60 | 441.00 |

| Date | Disbursements | | | Total |
|------|---------------|--|--|-------|
| 11/01/04 | Caller: N/A :  260 925-0900 | | | 1.06 |
| 11/01/04 | Caller: N/A :  260 925-0900 | | | 0.66 |
| 11/02/04 | Caller: N/A :  260 925-0900 | | | 0.55 |
| 11/03/04 | Caller: N/A :  260 925-0900 | | | 0.38 |
| | Total For  Long Distance Telephone | | | 2.65 |
| | COPYING COSTS | | | 0.30 |
| | Total Disbursements............................................................$ | | | 2.95 |
| | Total Services And Disbursements...................................................$ | | | 443.95 |