UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                )
                                 )
AUBURN FOUNDRY, INC.             )    CASE NO.    04-10427
                                 )
    Debtor                       )

## ORDER

At Fort Wayne, Indiana, on   January 4, 2005.

Debtor, by counsel, having filed on October 22, 2004, a Motion Pursuant to Rule 4001(c) to Continue and Extend Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, and notice having been provided to all creditors and parties in interest, and no objections having been filed with this Court, it is

ORDERED that the aforementioned motion is granted.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court