UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:           )
                            )
AUBURN FOUNDRY, INC.        )   CASE NO.   04-10427
                            )
    Debtor                  )

## ORDER

At Fort Wayne, Indiana, on   January 4, 2005.

Auburn Foundry, Inc., by counsel, having filed on October 22, 2004, a Motion Pursuant to Rule 4001(C) to Continue and Extend Senior DIP Financing , and notice having been provided to all creditors and parties in interest, and no objections having been filed with this Court, it is

ORDERED that the aforementioned motion is granted.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court