UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO.    04-10427 |
| ) | |
| Debtor ) | |

**ORDER**

At Fort Wayne, Indiana, on    January 4, 2005.

Auburn Foundry, Inc., by counsel, having filed on October 22, 2004, a Joint Motion Pursuant to Rule 4001(D) to Approve Agreed Order Concerning Continued Use of Cash Collateral , and notice having been provided to all creditors and parties in interest, and no objections having been filed with this Court, it is

ORDERED that the aforementioned motion is granted.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court