UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO.   04-10427 |
| ) | |
| Debtor ) | |

## ORDER

At Fort Wayne, Indiana, on   January 4, 2005.

Auburn Foundry, Inc., by counsel, having filed on October 22, 2004, a Motion Pursuant to Rule 4001(C) to Continue and Extend Senior DIP Financing , and notice having been provided to all creditors and parties in interest, and no objections having been filed with this Court, it is

ORDERED that the aforementioned motion is granted.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: jlesure              Page 1 of 1                Date Rcvd: Jan 04, 2005
Case: 04-10427               Form ID: pdf004            Total Served: 6

The following entities were served by first class mail on Jan 06, 2005.
aty        +John Burns(SR),    111 East Wayne Street,    Suite 800,    Fort Wayne, IN 46802-2600
aty        +John R. Burns(DM),    111 East Wayne Street,    Fort Wayne, IN 46802-2600
aty        +John R. Burns(JF),    Baker & Daniels,    111 E. Wayne Street,    Suite 800,
             Fort Wayne, IN 46802-2600
aty        +Mark A. Werling(TW),    111 East Wayne Street,    Suite 800,    Fort Wayne, IN 46802-2600
aty        +Werling(DM),    Baker & Daniels,    111 East Wayne Street, #800,    Fort Wayne, IN 46802-2600
dbpos      +Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2005**               Signature:    _Joseph Speetjens_