IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On or about January 11, 2005, Auburn Foundry, Inc. ("AFI" or "Debtor-In-Possession"), filed an Application to Employ Western Reserve Partners, LLC ("WRP") to Render Sale-Related Opinion for Forthcoming Plan of Reorganization ("Application") and proposed Order for entry by the Court. If approved, the Application would permit the Debtor to retain WRP for the purpose of rendering an opinion concerning the fairness of a sale of certain assets of the Debtor for its forthcoming plan of reorganization. A copy of the Application and attached exhibits, including WRP's proposed engagement letter, is attached hereto.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then **within 21 days from the date of this Notice**, you or your attorney must:

1. File a written objection to the Application, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

FWIMAN1 371528v1

2.      You must also mail a copy of your objection to:

>   John R Burns III
>   Baker & Daniels
>   111 E. Wayne Street, #800
>   Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  January 11, 2005

>   BAKER & DANIELS
>
>   By:  /s/ John R Burns III
>       John R Burns III (#3016-02)
>       Mark A. Werling (#20426-02)
>       111 East Wayne Street, Suite 800
>       Fort Wayne, Indiana 46802
>       Telephone:  (260) 424-8000
>       Facsimile:  (260) 460-1700
>
>   ATTORNEYS FOR THE DEBTOR,
>   AUBURN FOUNDRY, INC.