IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### ORDER

At Fort Wayne, Indiana, on January 12, 2005.

This matter is before the Court upon the Motion to Approve Compromise with Michael L. Polich, and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Motion, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

                                                   /s/ Robert E. Grant
                                           Judge, United States Bankruptcy Court