# EXHIBIT A



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 499356   Page 1  
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0004  
Committee Meetings & Discussions  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Update communications with Committee (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/09/04 | Communications with Committee Chair regarding upcoming hearings (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ..................................... $   142.00

TOTAL DUE FOR THIS MATTER ............................................... $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0004

INVOICE #:      499356

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     142.00

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn          Invoice 499357    Page 1
Foundry, Inc.                                                  October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                FOR SERVICES RENDERED THROUGH September 30, 2004
                            Federal ID #35-0874357

                OUR MATTER # 21926.0005
                Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Communications with attorneys for Debtor and bank regarding need for consultant, and communications with KPMG regarding same (.6).<br>H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 09/02/04 | Reviewed proposal from Western Reserve on valuation, and forwarded to Committee (.3).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/03/04 | Reviewed Order from Court on request to use cash collateral (.1); reviewed Notice of Hearing on request to employ KPMG, and dated up (.2).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/07/04 | Telephone calls from attorneys for Debtors regarding continuance of Disclosure Statement hearing, and reviewed related documents (.4); communications with Committee regarding same (.1).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/08/04 | Reviewed Motion to Extend Time on Disclosure Statement filed with Court, and communicated with Committee regarding same (.2); telephone conferences with attorney for Debtor and KPMG regarding engagement (.2); telephone conference with Fillipell regarding potential engagement for valuation (.2).<br>H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 09/10/04 | Attention submission of statements to Court and attorneys for Debtor and banks (.2); telephone conference with KPMG regarding engagement, and communications with attorneys for Debtor and banks regarding same (.3).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/13/04 | Reviewed Order Continuing Adequate Protection Hearing (.1).<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 09/14/04 | Reviewed Notice of Submission of Invoices and Certificate of Service for electronic filing (.2). | | | |

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

Unsecured Creditors' Co..ittee of Auburn Foundry, Inc.                                  Invoice 499357   Page 2

|            |                                                                                                                                                                                                                                                                                                                                     |           |             |         |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|-------------|---------|
|            | M. Wilson                                                                                                                                                                                                                                                                                                                           | .20 hrs.  | 195.00/hr $ |   39.00 |
| 09/14/04   | Telephone call from Dauber Company regarding claim and status of case (.2); reviewed Motion filed by Debtor to reschedule hearing on NMHG lease (.1); telephone conference with attorney for Debtor regarding Wednesday hearings and KPMG employment (.3).                                                                           |           |             |         |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                        | .60 hrs.  | 355.00/hr $ |  213.00 |
| 09/16/04   | Communications with KPMG regarding carve-out for services (.2); reviewed Notices from Court, and dated up (.1).                                                                                                                                                                                                                     |           |             |         |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                        | .30 hrs.  | 355.00/hr $ |  106.50 |
| 09/17/04   | Communications with KPMG regarding transfer of business to Mesirow and need to amend employment and order (.2); telephone call from Committee regarding same (.1); telephone call from Kendallville Iron & Metal regarding status of case and claim (.2); assisted with preparation of report to Official Creditors' Committee (.2). |           |             |         |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                        | .70 hrs.  | 355.00/hr $ |  248.50 |
| 09/20/04   | Reviewed and signed off on letter from KPMG (.2).                                                                                                                                                                                                                                                                                   |           |             |         |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                        | .20 hrs.  | 355.00/hr $ |   71.00 |
| 09/21/04   | Reviewed Order from Court on extension of exclusivity, and reported to Committee on same (.2); communications with attorney for Debtor regarding status of case (.2).                                                                                                                                                               |           |             |         |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                        | .40 hrs.  | 355.00/hr $ |  142.00 |
| 09/24/04   | Reviewed Court's entry on NMHG Motion (.1); communications with attorney for Debtor regarding not received operating reports (.2); telephone call from attorney for Debtor regarding terms of new Plan (.2); telephone call from attorney for union (.2).                                                                            |           |             |         |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                        | .70 hrs.  | 355.00/hr $ |  248.50 |
| 09/29/04   | Reviewed Court Order on KPMG engagement (.1).                                                                                                                                                                                                                                                                                       |           |             |         |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                        | .10 hrs.  | 355.00/hr $ |   35.50 |

                                   Summary of Fees

|                              | Hours | Rate/Hr | Dollars   |
|------------------------------|-------|---------|-----------|
| H. Efroymson                 | 5.90  | 355.00  | 2,094.50  |
| M. Wilson                    | 0.20  | 195.00  |    39.00  |
| TOTAL                        | 6.10  | 349.75  | 2,133.50  |

TOTAL Fees for Professional Services ........................................$   2,133.50

TOTAL DUE FOR THIS MATTER ...................................................$   2,133.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................................$   2,133.50

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0005

INVOICE #:      499357

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   2,133.50

ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 499358   Page 1
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0006
Claims Administration & Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/15/04 | Attention to Court's denial of continuance on NMHG lease, and NMHG withdrawal of request to assume or reject (.2); telephone conference with attorney for Debtor regarding hearings today (.2); reviewed report on hearings (.2). H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 09/20/04 | Telephone call from Kendallville Iron and Metal regarding claim (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.80 | 355.00 | 284.00 |
| TOTAL | 0.80 | 355.00 | 284.00 |

TOTAL Fees for Professional Services ..................................... $   284.00

TOTAL DUE FOR THIS MATTER .................................................. $   284.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $   284.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Claims Administration & Objections
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0006

INVOICE #:      499358

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    284.00


ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 499359    Page 1  
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0008  
Fee/Employment Applications  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/09/04 | Reviewed Fee Statements filed by attorneys for Debtors (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/13/04 | Prepared Fee Application, Notice and Order (.5). H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/15/04 | Completed preparation of Fee Application, and arranged for submittal (.3). H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/17/04 | Reviewed Notice on Fee Application, and attention to Certificate of Service (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/24/04 | Reviewed Court docket on Application to Employ KPMG (.1). H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.30 | 355.00 | 461.50 |
| TOTAL | 1.30 | 355.00 | 461.50 |

TOTAL Fees for Professional Services ..................... $  461.50

TOTAL DUE FOR THIS MATTER ............................... $  461.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................... $  461.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Fee/Employment Applications
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0008

INVOICE #:     499359

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    461.50

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203  

Invoice 499360    Page 1  
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0010  
Financing  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 09/01/04 | Reviewed Joint Motion to Approve Extension of Cash Collateral Use, with exhibit (.3). | | | |
| | H. Efroymson | .30 hrs. | 355.00/hr  $ | 106.50 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.30 | 355.00 | 106.50 |
| TOTAL | 0.30 | 355.00 | 106.50 |

TOTAL Fees for Professional Services .................................... $    106.50

TOTAL DUE FOR THIS MATTER ............................................. $    106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    106.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square   Box 82001   Indianapolis, IN 46282-0200   P 317-236-2100   F 317-236-2219   www.icemiller.com  
Indianapolis   Chicago   Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Financing
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0010

INVOICE #:        499360

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      106.50

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn          Invoice 499361    Page 1
Foundry, Inc.                                     October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Worked on Objection to Disclosure Statement (.8).<br>H. Efroymson | .80 hrs. | 355.00/hr | $ 284.00 |
| 09/08/04 | Prepared response to extension motion for filing with Court (.5).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/10/04 | Reviewed Motion and Order from Court on continuance of hearing, and dated up (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/16/04 | Attention to objections to Disclosure Statement (.4).<br>H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.90 | 355.00 | 674.50 |
| TOTAL | 1.90 | 355.00 | 674.50 |

TOTAL Fees for Professional Services ..................... $   674.50

TOTAL DUE FOR THIS MATTER ................................ $   674.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................... $   674.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Plan & Disclosure Statement
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0011

INVOICE #:        499361

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$       674.50

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn              Invoice 499362    Page 1
Foundry, Inc.                                         October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

              FOR SERVICES RENDERED THROUGH September 30, 2004
                         Federal ID #35-0874357

     OUR MATTER # 21926.0015
     Costs
     Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


ITEMIZED CHARGES:

```
09/13/04   E108   Postage Expense                              $      2.40
09/15/04   E108   Postage Expense                              $      4.24
09/20/04   E108   Postage Expense                              $      3.18
09/20/04   E108   Postage Expense                              $     11.55
                  Long Distance                                $      6.00
                  Photocopies                                  $     83.34

TOTAL Itemized Charges ......................................$      110.71


TOTAL DUE FOR THIS MATTER ...................................$      110.71


PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................$      110.71
```

                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Costs
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:      21926.0015

INVOICE #:     499362


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    110.71


ACCOUNTS ARE DUE UPON RECEIPT