

```
Unsecured Creditors' Committee of Auburn          Invoice 502553   Page 1
Foundry, Inc.                                     November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

              FOR SERVICES RENDERED THROUGH October 31, 2004
                    Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/05/04 | Investigated status of Order on Fee Application (.1); reviewed July and August Financial Reports (.3). H. Efroymson | .40 hrs. | 355.00/hr | $142.00 |
| 10/08/04 | Prepared Notice of Interim Statement and letter to counsel (.2). H. Efroymson | .20 hrs. | 355.00/hr | $71.00 |
| 10/12/04 | Checked docket, and reviewed court entries on submission of invoices (.1). H. Efroymson | .10 hrs. | 355.00/hr | $35.50 |
| 10/13/04 | Revised Motion filed by Debtor related to Ernst & Young payments, and notice on same (.2); reviewed Baker & Daniels Fee Order (.1); reviewed Ice miller Fee Order from Court, and communications with attorney for Debtor regarding same, status of case (.2); communications from committee member and to attorney for Debtors regarding closing and layoff rumors (.3); reviewed news report of same (.2). H. Efroymson | 1.00 hrs. | 355.00/hr | $355.00 |
| 10/14/04 | Reviewed Baker & Daniels' itemized statement (.2). H. Efroymson | .20 hrs. | 355.00/hr | $71.00 |
| 10/26/04 | Reviewed itemized statement filed by attorneys for Debtor, and communicated with attorney for Debtor and with Committee regarding same. H. Efroymson | .60 hrs. | 355.00/hr | $213.00 |
| 10/28/04 | Communications with attorney for Debtor regarding concerns over status and fees (.3). H. Efroymson | .30 hrs. | 355.00/hr | $106.50 |

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

Unsecured Creditors' Committee of Auburn Foundry, Inc.                              Invoice 502553   Page 2

## Summary of Fees

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| H. Efroymson | 2.80  | 355.00  | 994.00  |
| TOTAL        | 2.80  | 355.00  | 994.00  |

TOTAL Fees for Professional Services ..................................... $   994.00

TOTAL DUE FOR THIS MATTER ................................................ $   994.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   994.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0005

INVOICE #:      502553

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   994.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                Invoice 502554   Page 1
Foundry, Inc.                                           November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH October 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/18/04 | Reviewed proposed adequate protection stipulation from counsel for bank, and responded (.5). H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 10/19/04 | Continued negotiations over terms of adequate protection entry and cash collateral stipulation (.5). H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 10/22/04 | Reviewed Stipulation and Order on Adequate Protection from Court (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 10/25/04 | Reviewed Financing Motions filed with the Court (with loan documents), and proposed Orders and Notices (1.0). H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 10/27/04 | Reviewed Amended Notices on Financing Motion and Cash Collateral Motion, and dated up (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.40 | 355.00 | 852.00 |
| TOTAL | 2.40 | 355.00 | 852.00 |

TOTAL Fees for Professional Services .................................... $  852.00

TOTAL DUE FOR THIS MATTER ................................................ $  852.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $  852.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Financing
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0010

INVOICE #:      502554

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     852.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 502555   Page 1  
November 9, 2004

FOR SERVICES RENDERED THROUGH October 31, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0011  
Plan & Disclosure Statement  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

10/15/04  Communications with attorney for Debtor and Chair of  
Committee regarding new Plan (.3).  
H. Efroymson                           .30 hrs.        355.00/hr   $       106.50

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.30 | 355.00 | 106.50 |
| TOTAL | 0.30 | 355.00 | 106.50 |

TOTAL Fees for Professional Services ..................................... $   106.50

TOTAL DUE FOR THIS MATTER ............................................. $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $   106.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com  
Indianapolis  |  Chicago  |  Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Plan & Disclosure Statement
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:         21926.0011

INVOICE #:        502555

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    106.50


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn            Invoice 502556   Page 1
Foundry, Inc.                                         November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH October 31, 2004
                      Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

10/12/04   E108   Postage Expense                                       $        4.24
10/28/04          Outside Copying - - Vendor:Pacer Service Center 9/27/04  $     26.53
                  Fee to obtain copies of pleadings/dockets from the
                  Northern District of IN Bankruptcy Court website.
                        Photocopies                                     $       20.70

TOTAL Itemized Charges ................................................ $       51.47


TOTAL DUE FOR THIS MATTER ............................................. $       51.47


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $       51.47


                        ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square : Box 82001 : Indianapolis, IN 46282-0200 : P 317-236-2100 : F 317-236-2219 : www.icemiller.com
Indianapolis : Chicago : Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Costs
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0015

INVOICE #:     502556

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      51.47

ACCOUNTS ARE DUE UPON RECEIPT