

```
Unsecured Creditors' Committee of Auburn        Invoice 508558   Page 1
Foundry, Inc.                                   January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 12/23/04 | Communications with Committee members regarding status and Plan issues. | | | |
| | H. Efroymson | .40 hrs. | 355.00/hr | $   142.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ..................... $   142.00

TOTAL DUE FOR THIS MATTER .............................. $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................ $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0004

INVOICE #:      508558

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    142.00

ACCOUNTS ARE DUE UPON RECEIPT


ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 508559   Page 1
January 7, 2005

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/06/04 | Reviewed Motions for Leave filed by Debtor. H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/08/04 | Reviewed Monthly Report for October, and forwarded to Committee members (.2); reviewed memorandum from attorney for Debtor regarding sale effort and engagement of Basore, and forwarded to Committee members (.4); prepared response to attorney for Debtor (.5). H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/09/04 | Reviewed orders from Court (denial of motions and engagement of Warsco) (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/10/04 | Communications with attorney for Debtor regarding sale process under Plan (.3); reviewed insider loan documents and evaluated basis for seeking equitable subordination (.6); telephone conferences with Committee members (.2). H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/15/04 | Communications with attorney for Debtor regarding engagement of Basore. H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/20/04 | Communications with Committee members regarding status and Basore proposal and meeting (.2); reviewed November Operating Report, and provided to Committee (.3); reviewed Order Rejecting Contract (.1). H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 12/21/04 | Reviewed order issued in stay relief matter. H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/27/04 | Communications with attorney for new AFI (.2); reviewed corrected statement filed by Ernst & Young (.1). H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 12/29/04 | Reviewed itemized statement filed by attorneys for Debtor. H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

Invoice 508559   Page 2

### Summary of Fees

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| H. Efroymson | 3.90  | 355.00  | 1,384.50 |
| TOTAL        | 3.90  | 355.00  | 1,384.50 |

TOTAL Fees for Professional Services .......................................... $  1,384.50

TOTAL DUE FOR THIS MATTER .................................................... $  1,384.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................ $  1,384.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Case Administration
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0005

INVOICE #:       508559

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    1,384.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn        Invoice 508560    Page 1
Foundry, Inc.                                                January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
          FOR SERVICES RENDERED THROUGH December 31, 2004
                        Federal ID #35-0874357

          OUR MATTER # 21926.0006
          Claims Administration & Objections
          Auburn Foundry, Inc. Chapter 11 Bankruptcy Case
```

| Date | Description | | | |
|---|---|---|---|---|
| 12/16/04 | Reviewed Supplemental Operating Report for October and Second Notice on Polich Compromise Motion (.2); communications with attorney for Debtor regarding meeting with Basore (.3); prepared Notice and letters on statement (.2); interviewed Basore regarding sale of assets (.7). | | | |
| | H. Efroymson | 1.40 hrs. | 355.00/hr | $   497.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.40 | 355.00 | 497.00 |
| TOTAL | 1.40 | 355.00 | 497.00 |

TOTAL Fees for Professional Services ..................................... $   497.00

TOTAL DUE FOR THIS MATTER ................................................ $   497.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $   497.00

                        ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Claims Administration & Objections
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:      21926.0006

INVOICE #:     508560

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    497.00


ACCOUNTS ARE DUE UPON RECEIPT



**ICE MILLER**
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn                     Invoice 508561    Page 1
Foundry, Inc.                                                January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


       FOR SERVICES RENDERED THROUGH December 31, 2004
              Federal ID #35-0874357

       OUR MATTER # 21926.0010
       Financing
       Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


12/09/04     Reviewed Amended Notices on Financing and Cash Collateral
            Motions, and dated up (.2).
            H. Efroymson                                      .20 hrs.     355.00/hr   $      71.00

                      Summary of Fees

|              |        | Hours | Rate/Hr | Dollars |
|--------------|--------|-------|---------|---------|
| H. Efroymson |        | 0.20  | 355.00  | 71.00   |
|              | TOTAL  | 0.20  | 355.00  | 71.00   |

TOTAL Fees for Professional Services .....................................$    71.00

TOTAL DUE FOR THIS MATTER ................................................$    71.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$    71.00

                    ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Financing
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0010

INVOICE #:        508561

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      71.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 508562    Page 1
Foundry, Inc.                                     January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | |
|---|---|---|---|---|
| 12/22/04 | Lengthy conversation with attorney for new AFI (.4); communications with Committee regarding same (.3). | | | |
| | H. Efroymson | .70 hrs. | 355.00/hr $ | 248.50 |
| 12/29/04 | Communications with Committee members regarding Plan issues. | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr $ | 177.50 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.20 | 355.00 | 426.00 |
| TOTAL | 1.20 | 355.00 | 426.00 |

TOTAL Fees for Professional Services ................................... $   426.00

TOTAL DUE FOR THIS MATTER ............................................. $   426.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   426.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0011

INVOICE #:      508562

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$     426.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn           Invoice 508563    Page 1
Foundry, Inc.                                      January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


          FOR SERVICES RENDERED THROUGH December 31, 2004
                    Federal ID #35-0874357

          OUR MATTER # 21926.0015
          Costs
          Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

   12/09/04  E107  Legal Research Expense - LEXIS/NEXIS - 11/17 Allen    $    204.21
   12/09/04  E107  Legal Research Expense - LEXIS/NEXIS - 11/17 Skinner  $    222.26
   12/09/04  E107  Legal Research Expense - LEXIS/NEXIS - 11/22 Allen    $     24.83
   12/09/04  E108  12/8 Postage Expense                                  $      3.00
   12/17/04  E108  12/16 Postage Expense                                 $      4.24
   12/17/04  E106  12/16 Postage Expense                                 $      2.49
   12/21/04  E108  12/20 Postage Expense                                 $      2.63
                   Photocopies                                           $     29.88

TOTAL Itemized Charges ............................................ $    493.54


TOTAL DUE FOR THIS MATTER ......................................... $    493.54


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................ $    493.54


                    ACCOUNTS ARE DUE UPON RECEIPT
```

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0015

INVOICE #:      508563

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     493.54

ACCOUNTS ARE DUE UPON RECEIPT