UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC., | )  CASE NO.  04-10427-REG-11 |
| Debtor | ) |

### SUBSTITUTION OF COUNSEL

Scott C. Andrews formerly of the law firm of Rubin & Levin, P.C. hereby withdraws his appearance as counsel for NMHG Financial Services, Inc.

In substitution, James T. Young of the law firm of Rubin & Levin, P.C., 500 Marott Center, 342 Massachusetts Avenue, Indianapolis, Indiana  46204, hereby enters his appearance for and on behalf of NMHG Financial Services, Inc.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: /s/ James T. Young
     James T. Young

RUBIN & LEVIN,  P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana 46204-2161
(317)634-0300, Fax: No. (317)263-9411
JTY/mcb (Our file no. 81901103)
G:\WP80\Scott\Auburn Foundry\Substitution Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of January, 2005, a copy of the foregoing Substitution of Counsel was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Anyone not receiving the filing via the Court's system will receive theirs through first class, United States mail, postage prepaid.

| | |
|---|---|
| Ellen L. Triebold<br>Office of the United States Trustee<br>One Michiana Square, Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit square<br>Fort Wayne, IN 46802 |
| Mark A. Werling<br>John R. Burns<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, IN 46802 | Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802 |
| Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 | Brian J. Lange<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802-0501 |
| Lawrence S. Crowther<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 | Stephen E. Lewis<br>444 East Main Street<br>Fort Wayne, IN 46802 |
| Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282 | Marlene Reich<br>Sommer Barnard Ackerson, P.C.<br>4000 Bank One Tower<br>111 Monument Circle<br>Indianapolis, IN 46204 |

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey Swanson & Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

                                                    /s/ James T. Young
                                                James T. Young
                                                RUBIN & LEVIN, P.C.
                                                342 Massachusetts Avenue #500
                                                Indianapolis, IN  46204-2161
                                                G:\WP80\Scott\Auburn Foundry\Substitution Counsel