UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                           )
                                                 )
AUBURN FOUNDRY, INC.,                            )   CASE NO.  04-10427-REG-11
                Debtor                           )

## ORDER APPROVING SUBSTITUTION OF COUNSEL

Comes now NMHG Financial Services, Inc., by counsel, and submits its Substitution of Counsel.  And the Court, being duly advised in the premises, now finds that said Motion should be granted.  It is therefore

ORDERED, ADJUDGED AND DECREED that the Appearance of James T. Young is hereby entered for and on behalf of NMGH Financial Services, Inc.  Simultaneously herewith, the Appearance of Scott C. Andrews is hereby withdrawn.

Date:  _____        _____
                                              Robert E. Grant, Judge
                                              United States Bankruptcy Court

DISTRIBUTION:

James T. Young
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue #500
Indianapolis, IN 46204
(317) 634-0300; FAX (317) 263-9411
JTY/mcb Our file no. 81901103
G:\WP80\Scott\Auburn Foundry\Substitution Counsel

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling, John R. Burns
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square, Box 82001
Indianapolis, IN 46282

Stephen L. Fink  
Barnes & Thornburg  
600 One Summit square  
Fort Wayne, IN 46802  

Tricia A. Sherick  
Honigman Miller Schwartz & Cohn LLP  
2290 First National Building  
660 Woodward Avenue  
Detroit, MI 48226  

Edmund P. Kos  
Kos & Associate  
110 West Berry Street, Suite 1904  
Fort Wayne, IN 46802  

Brian J. Lange  
Schenkel Tirpak & Kowalczyk  
520 South Calhoun Street  
Fort Wayne, IN 46802-0501  

Stephen E. Lewis  
444 East Main Street  
Fort Wayne, IN 46802  

Marlene Reich  
Sommer Barnard Ackerson, P.C.  
4000 Bank One Tower  
111 Monument Circle  
Indianapolis, IN 46204  

Brad Rogers  
1200 K Street, N.W.  
Washington, DC 20005-4026  

Grant F. Shipley  
233 West Baker Street  
Fort Wayne, IN 46802-3413  

Richard J. Swanson  
Macey Swanson & Allman  
445 N. Pennsylvania Street, Suite 401  
Indianapolis, IN 46204-1800  

W. Erik Weber  
Meffort and Weber P.C.  
130 East 7th Street  
P.O. Box 667  
Auburn, IN 46706