IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### ITEMIZED STATEMENT

Baker & Daniels ("B&D"), hereby files its Itemized Statement of attorneys' fees and expenses incurred by B&D in acting as counsel for Auburn Foundry, Inc., during the period beginning December 1, 2004, and ending December 31, 2004 attached hereto as Exhibit "A."

Contemporaneously herewith, B&D has served by mail a copy of the Itemized Statement upon counsel of record in this case and the United States Trustee.

Pursuant to the order of April 22, 2004 approving provisional monthly payment of fees and expenses, Debtor will, with respect to the period ending December 31, 2004 pay eighty percent (80%) of the attorneys' fees in the amount of $68,677.00 (80% being $54,941.60) and one hundred percent (100%) of the monthly expenses in the amount of $8,778.63 incurred by B&D as reflected in the Itemized Statement, except as to such amounts as may have been specifically objected to within ten (10) days of the service of the Itemized Statement.

B&D will incorporate its Statements into interim fee applications that shall be filed every 120 days with the court for review, hearing, and approval in accordance with § 331 of the Bankruptcy Code.

FWIMAN1 373203v1

2

BAKER & DANIELS

By: /s/ John R Burns
    John R Burns (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    john.burns@bakerd.com
    mark.werling@baker.com
    Telephone:  (260) 424-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Itemized Statement was served by electronic mail or by first-class United States mail, postage prepaid, this 17th day of December, 2004, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Ackerson, PC<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 |
| Brian J. Lange<br>Schenkel, Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802-0501 | Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN  46706

          /s/ John R Burns