# EXHIBIT A

| | AUBURN FOUNDRY | | |
|---|---|---|---|
| | Charge Allocation | | |
| | | | |
| | Category | # of Hours | Total |
| 1 | General Administration | 134.9 | $28,108.50 |
| 2 | Financing, Cash Use, and DIP | 10.8 | $3,081.00 |
| 3 | Labor and Employment | 5.0 | $1,304.00 |
| 4 | Environmental | 8.5 | $1,837.50 |
| 5 | Plan and Disclosure Statement | 114.0 | $28,864.00 |
| 6 | Customer and Vendor Issues | 0.0 | $0.00 |
| 7 | Preference Recoveries | 34.8 | $5,482.00 |
| | | | |
| | TOTAL HOURS | 308.0 | |
| | TOTAL FEES | | $68,677.00 |
| | | | |
| | Payable per Order  (80%) | | $54,941.60 |
| | Disbursements  (100%) | | $8,778.63 |
| | | | |
| | **TOTAL NOW PAYABLE** | | **$63,720.23** |

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
|---|---|---|---|---|
| AUBURN FOUNDRY | | | | |
| Counsel List | | | | |
| | | | | |
| Bennett, D. P. | Partner | $375.00 | 1.3 | $487.50 |
| Burns, J. R. | Partner | $355.00 | 79.1 | $28,080.50 |
| Claffey, S. A. | Partner | $390.00 | 0.4 | $156.00 |
| Dale, G.N. | Partner | $305.00 | 0.6 | $183.00 |
| Powers, D. D. | Partner | $270.00 | 12.4 | $3,348.00 |
| | | | | |
| McGrath, M.F. | Of Counsel | $305.00 | 2.1 | $640.50 |
| | | | | |
| | | | | |
| Hurley, R.M. | Associate | $115.00 | 2.7 | $310.50 |
| Juba, M.F. | Associate | $140.00 | 87.8 | $12,292.00 |
| Lemert, M.M. | Associate | $220.00 | 2.8 | $616.00 |
| Werling, M. A. | Associate | $220.00 | 79.1 | $17,402.00 |
| | | | | |
| Faulkner, J. L. | Paralegal | $130.00 | 39.7 | $5,161.00 |
| | | | | |
| | | | 308.0 | $68,677.00 |

## AUBURN FOUNDRY
### Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | | TOTAL |
|------|-------|-------------|---|---|---|---|---|---|---|---|-------|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| Bennett, D. P. | Partner | $375.00 | 1.3 | | | | | | | 1.3 | $487.50 |
| Burns, J. R. | Partner | $355.00 | 31.7 | 7 | 1.4 | 1.4 | 34.8 | | 2.8 | 79.1 | $28,080.50 |
| Claffey, S.A. | Partner | $390.00 | | | | | 0.4 | | | 0.4 | $156.00 |
| Dale, G.N. | Partner | $305.00 | 0.6 | | | | | | | 0.6 | $183.00 |
| Powers, D. D. | Partner | $270.00 | 6.3 | | 0.3 | | 5.8 | | | 12.4 | $3,348.00 |
| | | | | | | | | | | 0.0 | |
| McGrath, M.F. | Of Counsel | $305.00 | | | | 2.1 | | | | 2.1 | $640.50 |
| | | | | | | | | | | | |
| Hurley, R.M. | Associate | $115.00 | 2.7 | | | | | | | 2.7 | $310.50 |
| Juba, M.F. | Associate | $140.00 | 32.0 | 3.0 | | 5.0 | 15.9 | | 31.9 | 87.8 | $12,292.00 |
| Lemert, M.M. | Associate | $220.00 | | | 2.8 | | | | | 2.8 | $616.00 |
| Werling, M. A. | Associate | $220.00 | 20.6 | 0.8 | 0.5 | | 57.1 | | 0.1 | 79.1 | $17,402.00 |
| | | | | | | | | | | | |
| Faulkner, J. L. | Paralegal | $130.00 | 39.7 | | | | | | | 39.7 | $5,161.00 |
| | | | | | | | | | | | |
| | | | 134.9 | 10.8 | 5.0 | 8.5 | 114.0 | 0.0 | 34.8 | 308.0 | $68,677.00 |

### BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

January 13, 2005
Invoice Number 1211232

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through December 31, 2004 and not reflected on a prior bill:

0004414  Liddell, David C.

Total Services............................$       216.00
Total Disbursements..................$         0.00

Total This Matter....................................$        216.00

Total This Invoice..........................................................$        216.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  December 31, 2004
Invoice Number  1211232

0080031    Auburn Foundry, Inc.
0004414    Liddell, David C.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/15/04 | Respond to correspondence re railroad right of way issue from opposing counsel | DDP | .40 | 108.00 |
| 12/16/04 | Office conference re potential resolution of RR issue | DDP | .40 | 108.00 |
| | Total Services.............................................................Hours | | 0.80 | 216.00 |
| | Total Services And Disbursements......................................$ | | | 216.00 |

# BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

January 13, 2005
Invoice Number 1211231

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through December 31, 2004 and not reflected on a prior bill:

0000001   General Services

| | |
|---|---|
| Total Services............................$ | 183.00 |
| Total Disbursements..................$ | 14.46 |

Total This Matter....................................................$ 197.46

Total This Invoice............................................................$ 197.46

Less Unallocated Payment................................................$ (30.90)

Net Amount Due..............................................................$ 166.56

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  December 31, 2004
Invoice Number  1211231

0080031    Auburn Foundry, Inc.
0000001      General Services

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/22/04 | Review motion to withdraw/add counsel; memorandum to D. Powers regarding same; review additional motions; additional memo to D. Powers; submit same | GND | .60 | 183.00 |
| | Total Services............................................................................ Hours | | 0.60 | 183.00 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 11/24/04 | Caller: N/A :  260 925-0900 | 2.55 |
| 12/06/04 | Caller: N/A :  260 925-0900 | 3.53 |
| 12/14/04 | Caller: N/A :  260 925-0900 | 3.12 |
| 12/21/04 | Caller: N/A :  260 925-0900 | 1.26 |
| | Total For  Long Distance Telephone | 10.46 |
| 12/17/04 | Other Copying Expenses   Misc Copies | 4.00 |
| | Total For  Other Copying Expenses | 4.00 |

Total Disbursements.............................................................................$         14.46

Total Services And Disbursements....................................................$         197.46

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

January 13, 2005
Invoice Number 1211230

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through December 31, 2004 and not reflected on a prior bill:

0000060  IDEM

Total Services............................$          640.50
Total Disbursements.................$            0.00

Total This Matter...................................$          640.50

Total This Invoice............................................................$          640.50

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

### BAKER & DANIELS
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of December 31, 2004
Invoice Number 1211230

0080031    Auburn Foundry, Inc.
  0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/06/04 | Telephone conference with D. Weber regarding status of permit issues | MFM | .20 | 61.00 |
| 12/07/04 | Telephone conference with T. Rarick on preliminary stack test results | MFM | .20 | 61.00 |
| 12/15/04 | Emails to/from IDEM/client regarding LOC | MFM | .30 | 91.50 |
| 12/16/04 | Follow up emails regarding LOC/IDEM "no call" confirmation | MFM | .40 | 122.00 |
| 12/20/04 | Review files for insurance action; telephone call to T. Rarick regarding status of permitting | MFM | 1.00 | 305.00 |

Total Services............................................................ Hours    2.10    640.50

Total Services And Disbursements.....................................................$    640.50

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

January 13, 2005
Invoice Number 1211228

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through December 31, 2004 and not reflected on a prior bill:

0004426   Chapter 11

| | | |
|---|---|---|
| Total Services............................$ | 67,021.50 | |
| Total Disbursements.................$ | 8,760.27 | |
| Total This Matter...................................$ | | 75,781.77 |
| Total This Invoice.........................................................$ | | 75,781.77 |

## BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

As Of  December 31, 2004
Invoice Number  1211228

0080031    Auburn Foundry, Inc.
0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/01/04 | Analyze Bank of America demands and evaluate options available to Auburn Foundry to satisfy Bank requirements for Plan of Reorganization (.2) | SAC | .20 | 78.00 |
| 12/01/04 | Confer with M. Juba re status materials for complaint; confer with Denise re same; research and prepare notebook of J. Grant's decisions | JLF | 2.20 | 286.00 |
| 12/01/04 | Conference with D. Maude and M. Werling in preparation for meeting with Bank of America and its attorneys in Chicago (.6); exchange correspondence with J. Athanas regarding bank meeting (.2) | JRB | .80 | 284.00 |
| 12/01/04 | Travel to, from Chicago for bank meeting (7.0); attend meeting with Bank of America, GMAC re Plan issues (4.5) | MAW | 11.50 | 2,530.00 |
| 12/01/04 | Review files to compile documents responsive to Kemper's request for information regarding the IDEM Notice of Violation | RMH | 1.80 | 207.00 |
| 12/02/04 | Analyze nonqualified plans for purposes of determining treatment as unsecured claims in plan of reorganization | DDP | 1.10 | 297.00 |
| 12/02/04 | Review documents responsive to Kemper's request for information regarding the IDEM Notice of Violation; draft summary of research regarding pollution exclusion in Kemper policy | RMH | .90 | 103.50 |
| 12/02/04 | Telephone conference with D. Maude; research regarding affect of discharge of debt on basis of shareholders' stock and the timing of such adjustment | DPB | 1.30 | 487.50 |
| 12/02/04 | Conduct preference complaint financial data analysis for thirteen identified preferences (3.0) | MFJ | 3.00 | 420.00 |
| 12/02/04 | Consideration of tax issues | JRB | .20 | 71.00 |
| 12/02/04 | Work on preference issues | JRB | .30 | 106.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/02/04 | Consideration of bank's comments and present position regarding cash use and funding issues | JRB | .30 | 106.50 |
| 12/02/04 | Participate in Auburn Foundry Board call | JRB | 1.50 | 532.50 |
| 12/02/04 | Summarize notes from bank group meeting (.2); office conference with D. Powers re pension issues (.2); assess proper treatment of benefit restoration program termination (.2); review tax analysis issues (.4); review and finalize cash use related amended pleadings (.2); work on Plan (2.0); office conference re preference litigation (.1); participate in Bank call (1.4) | MAW | 4.70 | 1,034.00 |
| 12/03/04 | Analyze nonqualified plans re status as unsecured claim (1.1); office conference re same (.3) | DDP | 1.40 | 378.00 |
| 12/03/04 | Conduct legal research re Rosebrock Stay Motion and forthcoming Notice (.8); conduct docket research re same (.4); draft memo to M. Werling and J. Burns re same (.5); conduct preference complaint financial data analysis for thirteen identified preferences (3.8); continue drafting relevant complaint language and exhibit formats re same (1.0) | MFJ | 6.50 | 910.00 |
| 12/03/04 | Consideration of issues raised by bank regarding proposed Plan and sale | JRB | .30 | 106.50 |
| 12/03/04 | Office conference with D. Powers re unfunded plan terminations, follow-up attention re disposition of same (1.2); follow-up re disposition of tax computation issue (.3); continue work on Plan (.5); review UST correspondence re MORs, supplemental detail from client re same (.2) | MAW | 2.20 | 484.00 |
| 12/04/04 | Conduct preference complaint financial data analysis for thirteen identified preferences | MFJ | 2.50 | 350.00 |
| 12/05/04 | Conduct preference complaint financial data analysis for thirteen identified preferences | MFJ | 2.00 | 280.00 |
| 12/06/04 | Email correspondence from D. Maude re status of auditor as plan professional and proper entity to pay related fees (.4); conduct research re same (.8); telephone conference D. Maude re same (.4); analyze email from D. Maude re revised minimum contribution calculations from J. Rose (.3); office conference re same (.3) | DDP | 2.20 | 594.00 |
| 12/06/04 | Review H. Efroymson correspondence regarding Creditor Committee fee issues (.2); follow-up with D. Maude regarding same (.2); response to H. Efroymson (.1) | JRB | .50 | 177.50 |
| 12/06/04 | Consideration of audit issues and multiple exchange of correspondence with D. Maude regarding same | JRB | .40 | 142.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/06/04 | Work on pension plan freeze issues and consideration of alternatives for dealing with PBGC claims (.5); telephone call with D. Maude regarding same (.3) | JRB | .80 | 284.00 |
| 12/06/04 | Telephone call with D. Maude regarding Cash Use and DIP extensions (.3); work on same (.2) | JRB | .50 | 177.50 |
| 12/06/04 | Follow-up regarding E & Y compensation | JRB | .20 | 71.00 |
| 12/06/04 | Follow-up regarding audit issues | JRB | .20 | 71.00 |
| 12/06/04 | Review IDEM claim issue | JRB | .30 | 106.50 |
| 12/06/04 | Review expense schedule from Bank of America regarding its fees and expenses charged to loan and consideration of appropriate response to same | JRB | .70 | 248.50 |
| 12/06/04 | Work on DS and Plan changes | JRB | .80 | 284.00 |
| 12/06/04 | Continue drafting complaint language for thirteen preferences (1.2); continue financial data analysis for preferences (2.0); conference with J. Faulkner re same (.5); analyze and provide edits to draft Ernst & Young itemized statement and attachments (.6) | MFJ | 4.30 | 602.00 |
| 12/06/04 | Pacer research; gather info for preference complaint | JLF | 1.00 | 130.00 |
| 12/06/04 | Review documents and prepare October/MOR for filing with court | JLF | .30 | 39.00 |
| 12/07/04 | Telephone call with D. Maude regarding bank fee issue under Sec. 506(b) and consideration of issue raised | JRB | .50 | 177.50 |
| 12/07/04 | Consideration of 363 sale procedure and correspondence to H. Efroymson regarding same | JRB | .30 | 106.50 |
| 12/07/04 | Review weekly cash report and Bank of America term sheet | JRB | .30 | 106.50 |
| 12/07/04 | Work on preference recovery claims | JRB | .30 | 106.50 |
| 12/07/04 | Analysis of latest AFI proposed Plan projections and consideration of impact on tentative Plan proposals | JRB | .70 | 248.50 |
| 12/07/04 | Work on PBGC claim issues and strategy in responding to same | JRB | .40 | 142.00 |
| 12/07/04 | Conference with J. Faulkner and T. Wiley re preference complaints (.4); continue research of financial data for thirteen preferences (n/c) | MFJ | .80 | 112.00 |
| 12/07/04 | Work on DS and Plan | JRB | 1.60 | 568.00 |
| 12/07/04 | Finalize revised Plan and Disclosure Statement with emphasis on pension, insurance coverage issues (4.5); office conference re professional application for Baden Property Consultants (.1); office conferences re MOR issues (.2) | MAW | 4.80 | 1,056.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/07/04 | Review cases and prepare exhibits for preference complaint | JLF | 3.00 | 390.00 |
| 12/07/04 | Telephone call with J. Ancel regarding potential stalking horse bid by his clients and consideration of issues regarding same | JRB | .50 | 177.50 |
| 12/07/04 | Telephone call with D. Maude regarding bank issues | JRB | .20 | 71.00 |
| 12/08/04 | Multiple exchanges of correspondence with H. Efroymson regarding proposed Plan issues and consideration of issues raised | JRB | .80 | 284.00 |
| 12/08/04 | Conduct extensive legal research re IDEM environmental costs during reorganization (2.2); conduct extensive legal research re principle that DIP must comply with all substantive law, even if at the expense of priority secured creditors (3.0); conduct extensive legal research re law of abandonment and effects on environmental liability (2.8); conduct extensive legal research re liability issues if abandonment of Plant One occurs (1.5); draft detailed analytic memo regarding same four issues (4.2); draft memo re potential preference issues arising under current preference analysis (.3); conduct legal research and draft memo to re property tax consultants as "professionals" under the Code and the Code's effect on Baden as a party requiring an application to employ (.9); conference with case administrator re amended certificates of service for three pending motions and the Court's disposition to the filings (.3); memo re same (.2); conduct docket research regarding pending Rosebrock motion and recently filed order re amended certificates of service (.4); memos re same (.3) | MFJ | 16.10 | 2,254.00 |
| 12/08/04 | Review latest term sheet revisions from J. Athanas and follow-up regarding same | JRB | .40 | 142.00 |
| 12/08/04 | Follow-up regarding E. Rosebrock issues | JRB | .20 | 71.00 |
| 12/08/04 | Work extensively on plan and disclosure statement edits (4.0); review order re notice issues; office conference re second amended motions (.1); consider need for court approval to hire property tax consultants (.1); consider Creditors Committee issues, review e-mail re same (.2); review order re Rosebrock stay relief PTC (.1); telephone conference with D. Maude re open plan issues (.2) | MAW | 4.70 | 1,034.00 |
| 12/08/04 | Work on DS and revised Plan | JRB | .90 | 319.50 |
| 12/08/04 | Prepare preference complaint exhibits | JLF | 7.00 | 910.00 |
| 12/08/04 | Review status of environmental issues | JRB | .30 | 106.50 |
| 12/09/04 | Extended telephone call with D. Maude regarding potential | JRB | .40 | 142.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | sale terms and procedures | | | |
| 12/09/04 | Conduct extensive Code, Rules, and legal research re supplemental filings generally, and supplemental monthly operating reports specifically (1.4); memo to M. Werling re same (.8); initialize draft confirmation checklist and summary for amended plan (1.5); finalize preference complaints and necessary attachments (2.6); read and analyze additional Ernst & Young itemized statement exhibits (.7) | MFJ | 7.00 | 980.00 |
| 12/09/04 | Office conference re status of plans and related pension plan issues | DDP | .40 | 108.00 |
| 12/09/04 | Prepare preference complaint exhibits and related documents | JLF | 4.00 | 520.00 |
| 12/09/04 | Work on preference issues | JRB | .30 | 106.50 |
| 12/09/04 | Follow-up regarding Monthly Report issue | JRB | .20 | 71.00 |
| 12/09/04 | Correspondence to D. Heller regarding extension of time by which bank and debtor agree that debtor will file its DS and Plan | JRB | .30 | 106.50 |
| 12/09/04 | Re 363 sale, office conferences re bidding issues, continue work on pleadings re same (1.5); office conference re operating report issue raised by UST (.1); review e-mail correspondence re Plan extension (.1); review M. Juba findings re supplemental operating reports (.2); continue attention to issues raised by unsecured creditors committee (.6) | MAW | 2.50 | 550.00 |
| 12/09/04 | Receive and review proposed engagement letter from B. Ruttenberg and consideration of same | JRB | .30 | 106.50 |
| 12/09/04 | Review email from D. Maude regarding bank issues and extended telephone call regarding same | JRB | .50 | 177.50 |
| 12/09/04 | Review IDEM issues | JRB | .20 | 71.00 |
| 12/09/04 | Prepare for and conference call with D. Maude regarding operations, projections and potential sale of excess equipment | JRB | .80 | 284.00 |
| 12/09/04 | Telephone call with E. Triebold regarding notice issue and follow-up regarding same | JRB | .30 | 106.50 |
| 12/09/04 | Consideration of and work on sale issues and procedures | JRB | .70 | 248.50 |
| 12/10/04 | Work on preference claims (.4); letter to M. Warsco regarding preference claims for Conflicts Counsel (.3) | JRB | .70 | 248.50 |
| 12/10/04 | Extensive office conferences with D. Maude, J. Burns re Plan, case status issues, bid procedure issues | MAW | 1.50 | 330.00 |
| 12/10/04 | Conference with J. Burns re preference complaints (.4); conduct legal research re preference demand letters (1.0); | MFJ | 6.20 | 868.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | memo to J. Burns re preference amounts for thirteen vendors (.5); draft preference demand letter for thirteen vendors (2.0); finalize preference letters and exhibits for delivery to vendors (1.5); conference with P. McGuire re additional exhibits required for itemized statement, specifically, invoices (.3); read, review, and analyze invoices from P. McGuire for the Ernst & Young Itemized Statement (.5) | | | |
| 12/10/04 | Westlaw research re preference issues | JLF | 1.30 | 169.00 |
| 12/10/04 | Follow-up regarding sale issues (.3); telephone call with D. Maude regarding sale issues and strategy (.4) | JRB | .70 | 248.50 |
| 12/10/04 | Telephone call with D. Maude regarding potential for sale of assets and strategy in maximizing value to estate (.4); extended telephone call with J. Ancel and D. Maude regarding sale and stalking horse issues (.4); brief research and consideration of sale issues and advertising (.8) | JRB | 1.60 | 568.00 |
| 12/10/04 | Consideration of sale structure and advertising process and timing | JRB | .90 | 319.50 |
| 12/10/04 | Consideration of sale and Plan issues (.4); telephone call with J. Ancel regarding potential stalking horse bid and issues relating to same (.4) | JRB | .80 | 284.00 |
| 12/10/04 | Correspondence from C. Reckler and follow-up regarding issue raised | JRB | .30 | 106.50 |
| 12/10/04 | Review T. Woehlke operations update and consider impact of Whirlpool resourcing decision on projections and potential Plan | JRB | .50 | 177.50 |
| 12/11/04 | Consider issues raised by auction sale | MAW | .20 | 44.00 |
| 12/11/04 | Work on sale issues and procedures | JRB | .90 | 319.50 |
| 12/12/04 | Consider new AFI options in relationship to proposed Plan, given issues now being raised by Bank of America in connection with its financing package for new AFI (.2) | SAC | .20 | 78.00 |
| 12/13/04 | Re E. Rosebrock's lift stay motion, prepare for 12/14 pre-trial conference (.4); review e-mail re status of preference complaints (.1) | MAW | .50 | 110.00 |
| 12/13/04 | Worked on and consideration of motion for relief from stay in Rosebrock (.3); analyze related papers (.2) | DDP | .50 | 135.00 |
| 12/13/04 | Review recent correspondence; categorize time in preparation for fee statement filing; prepare November proforma analysis; prepare itemized statement and exhibits for filing; confer with J. Burns re same; review pleadings and prepare notebook for pretrial conference | JLF | 4.60 | 598.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/13/04 | Telephone call with D. Maude regarding KERP issue and consideration of issue raised | JRB | .50 | 177.50 |
| 12/13/04 | Consideration of Section 363 sale and direct sale option in light of bank and stalking horse issues (.7); extended telephone call with J. Ancel regarding Section 363 sale and potential for his clients being stalking horse (.4) | JRB | 1.10 | 390.50 |
| 12/13/04 | Telephone call with D. Maude regarding pension issues and follow-up regarding same (.3); telephone call with D. Maude regarding Section 363 issues and potential stalking horse bidder concerns (.3) | JRB | .60 | 213.00 |
| 12/14/04 | Prepare for and participate in pre-trial E. Rosebrock conference re stay relief motion (.7); telephone conference wtih E. Rosebrock's counsel re same (.3); interoffice e-mail re same (.2); check docket status re pending motions, notice used re same in light of recent orders on separate motions (.3); follow-up office conferences, telephone conference with client re same (.5) | MAW | 2.00 | 440.00 |
| 12/14/04 | Prepare for PTC regarding motion for relief from stay filed by E. Rosebrock and follow-up regarding hearing issues | JRB | .70 | 248.50 |
| 12/14/04 | Telephone call with D. Maude regarding KERP issues and consideration of issues raised | JRB | .60 | 213.00 |
| 12/14/04 | Telephone call with D. Maude regarding emergence issues and potential for stalking horse bid (.4); follow-up regarding concerns with length of bidding process and impact on customer relations (.6); work on DS and Plan revisions (.9) | JRB | 1.90 | 674.50 |
| 12/14/04 | Review Weekly Cash report | JRB | .20 | 71.00 |
| 12/14/04 | Conduct legal analysis of pending M. Polich motion to approve compromise to determine supplemental filing in light of the Court's recent order relating to the motion to reject executory contract (.9); draft amended certificate for Polich motion to approve compromise (.8); finalize motion and prepare motion for filing (.5); conduct extensive supplemental legal research on four potential environmental liability issues involving the possible closure of Plant One under the amended plan to verify and clarify previous research and memo to M. Werling (3.6) | MFJ | 5.80 | 812.00 |
| 12/14/04 | Analysis of IDEM claim issues and consideration of appropriate resolution | JRB | .40 | 142.00 |
| 12/14/04 | Follow-up on M. Polich termination issues | JRB | .30 | 106.50 |
| 12/14/04 | Telephone conference re Rosebrock pretrial conference (.3); office conference re outcome of same (.3); telephone | DDP | .90 | 243.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | conference D. Maude re outcome of same (.3) | | | |
| 12/15/04 | Email correspondence re contact with Rosebrock counsel and related strategic issues | DDP | .20 | 54.00 |
| 12/15/04 | Work on preference recovery issues | JRB | .50 | 177.50 |
| 12/15/04 | Prepare November proforma analysis; confer with D. Powers re same; review recent filings; Pacer research | JLF | 4.20 | 546.00 |
| 12/15/04 | Confer with M. Juba re amended monthly operating report; prepare supplemental monthly operating report with attachments; confer with D. Maude re same | JLF | 1.00 | 130.00 |
| 12/15/04 | Review claim register for claims regarding pre-petition lawsuits, amounts sought in same (.3); follow-up analysis, interoffice e-mail re E. Rosebrock compromise (.3); finalize supplemental MOR, office conferences re same (.3); worked on service orders, compliance with same (.4); examine claim register and consider treatment of certain pre-petition litigants filing claims with unknown amounts (.4) | MAW | 1.70 | 374.00 |
| 12/15/04 | Review IDEM LOC issue | JRB | .20 | 71.00 |
| 12/15/04 | Work on sale issues | JRB | 1.10 | 390.50 |
| 12/15/04 | Extended telephone call with D. Maude regarding employment and employee issues and consideration of issues raised | JRB | .40 | 142.00 |
| 12/15/04 | Work on notice and service issues | JRB | .40 | N/C |
| 12/15/04 | Review T. Woehlke operations summary and D. Maude's financial report and consideration of implications for Debtor's operations | JRB | .40 | 142.00 |
| 12/15/04 | Telephone call with J. Borgman regarding KERP issue | JRB | .30 | 106.50 |
| 12/15/04 | Review Monthly Operating Reports | JRB | .20 | 71.00 |
| 12/15/04 | Telephone call with W. Basore regarding sale issues (.2); exchange email with H. Efroymson and W. Basore regarding same (.3); telephone call with J. Ancel regarding stalking horse bid issues and procedures (.2) | JRB | .70 | 248.50 |
| 12/15/04 | Prepare and finalize amended notice filing for M. Polich motion to compromise agreement (2.3); prepare and finalize amended certificate of service for M. Polich motion to reject executory contract in light of recent Court order (2.5); create and finalize for filing supplemental operating report to include additional financial data (2.0); finalize Ernst & Young itemized statement and provide same to P. McGuire for signature (1.6); continue preparation and legal research of checklist for confirming an amended plan under the Code and | MFJ | 9.20 | 1,288.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | local rules (.8) | | | |
| 12/16/04 | Exchange emails to J. Athanas regarding Debtor's extension regarding filing Amended Plan and response to Term Sheet (.3); review and analysis of Term Sheet proposal from Banks and appropriate response to same (.8) | JRB | 1.10 | 390.50 |
| 12/16/04 | Telephone call with J. Borgman regarding KERP issues | JRB | .30 | 106.50 |
| 12/16/04 | Prepare for conference call with J. Ancel and M. Reich regarding stalking horse purchase issues and alternative sale procedures (.5); consideration of sale options and Plan provisions respecting same (.7) | JRB | 1.20 | 426.00 |
| 12/16/04 | Follow-up regarding H. Efroymson inquiry regarding MOR and exchange emails with H. Efroymson regarding same | JRB | .50 | 177.50 |
| 12/16/04 | Telephone call with D. Maude regarding operations issues and financial projections; prepare for and conference call with J. Ancel and M. Reich regarding stalking horse bid issues and procedures | JRB | 1.10 | 390.50 |
| 12/16/04 | Amend November proforma analysis; prepare itemized statement; prepare MOR materials for filing; confer with C. Weber re same | JLF | 1.00 | 130.00 |
| 12/16/04 | Conference call with W. Basore and Creditors Committee | JRB | 1.10 | 390.50 |
| 12/16/04 | Office conferences re sale-related issues (.3); review and respond to e-mail re supplemental operating report (.1); review revised deadlines for new docket entries (.1); review e-mail re November MOR (.1) | MAW | .60 | 132.00 |
| 12/16/04 | Telephone call with D. Maude regarding emergence projections and consideration of issues raised | JRB | .60 | 213.00 |
| 12/16/04 | Verify status and form of Ernst & Young itemized statement for filing (.6); conduct additional legal research re amended plan confirmation requirements under the Code and local bankruptcy rules (1.4) | MFJ | 2.00 | 280.00 |
| 12/17/04 | Work on plan and disclosure statement for 12/21/04 filings, with emphasis on treatment of Subordinated Debt (.4); review related PBGC case developments (.2); environmental findings (.3); finalize review of November MOR for filing (.1); office conference with D. Powers re health benefit, stay issues (.6); review and comment on proposed letter re same (.2); telephone conference with D. Maude re status issues, (.2); retrieve, e-mail cash use agreement to bank counsel (.1); review SPM case, absolute priority research in response to Committee concerns re allowance of secured claims for subordinated debt (.2) | MAW | 2.30 | 506.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/17/04 | Finalize itemized statement and exhibits for filing; amend November proforma analysis | JLF | 3.00 | 390.00 |
| 12/17/04 | Confer with M. Werling re November monthly operating report | JLF | .10 | N/C |
| 12/17/04 | Obtain and analyze status report of Ernst & Young itemized statement due for filing (.5); continue legal research re amended plan confirmation requirements under the Code and local bankruptcy rules (1.8) | MFJ | 2.30 | 322.00 |
| 12/18/04 | Work on asset sale issues | JRB | .60 | 213.00 |
| 12/18/04 | Work on Plan and DS issues | JRB | .70 | 248.50 |
| 12/19/04 | Continue analysis of environmental claims, equitable subordination, other issues raised by committee | MAW | 2.00 | 440.00 |
| 12/19/04 | Work on Plan | JRB | .80 | 284.00 |
| 12/20/04 | Reconcile November proforma analysis; Pacer research | JLF | 5.40 | 702.00 |
| 12/20/04 | Work on E. Rosebrock settlement issues | JRB | .40 | 142.00 |
| 12/20/04 | Telephone call with J. Ancel and D. Maude regarding Plan structure and sale issues, including potential for Joint Plan with unsecured creditors and Senior Lenders | JRB | .60 | 213.00 |
| 12/20/04 | Analysis of revised financial projections from D. Maude regarding Plant 2 consolidation and post-emergence operations for Plant 2 only (.5); telephone call with D. Maude regarding same (.3) | JRB | .80 | 284.00 |
| 12/20/04 | Work on revised Plan and Disclosure Statement structure and concept as to sale of Plant 1 and Plant 2 assets and continued production of Plant 2 by new entity | JRB | 1.80 | 639.00 |
| 12/20/04 | Telephone conferences with J. Ancel, J. Burns, D. Maude re sale-related issues (.7); telephone conferences with UST's office, D. Maude, M. Sheridan re MOR question, prepare e-mail summary re same (.4); telephone conference with E. Rosebrock counsel re proposed settlement, e-mail update re same (.2); continue work on plan, sale pleadings (1.8); follow-up office conferences re same (.3); research equitable subordination issue in response to Committee inquiry re same, apply factors to determine proper treatment of subdebt claims (1.2) | MAW | 4.60 | 1,012.00 |
| 12/20/04 | Telephone conference D. Maude re GMP plan and amendments to 401(k) plans (.3); telephone conference M. Werling re status of Rosebrock settlement negotiations (.2) | DDP | .50 | 135.00 |
| 12/20/04 | Review W. Basore email and respond | JRB | .20 | 71.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/20/04 | Prepare for and extended telephone call with J. Ancel regarding sale issues, potential to increase payment to unsecured class and various Plan issues | JRB | 1.50 | 532.50 |
| 12/21/04 | Correspondence with D. Heller and D. Maude regarding Plan filing deadline extension | JRB | .40 | 142.00 |
| 12/21/04 | Work on Plan and DS revisions (.9); follow-up regarding extension of filing arrangement with Senior Lenders; telephone call with D. Maude regarding cash use and filing deadline extension (.3) | JRB | 1.20 | 426.00 |
| 12/21/04 | Follow-up inquiry from J. Young regarding forklift trucks | JRB | .30 | 106.50 |
| 12/21/04 | Worked on Interim Fee Request | JLF | .70 | 91.00 |
| 12/21/04 | Review proofs of claim | JRB | .30 | 106.50 |
| 12/21/04 | Work on sale and stalking horse issues | JRB | .70 | 248.50 |
| 12/22/04 | Confer with T. Wiley re itemized statement on behalf of Ernst & Young; gather documents for Motion Industries | JLF | .80 | N/C |
| 12/22/04 | Finalize and cause filing of Ernst & Young itemized statement (1.3); read, review, and analyze Motion Industries, Inc. reply to the preference demand letter (.4); draft letter to respond to Motion Industries, Inc.'s reply (.7); analyze and prepare proper payment checks and past invoices for inclusion in the AFI response to Motion Industries, Inc. (.5); conduct legal research re amended plan confirmation requirements under Chapter 11 (.6) | MFJ | 3.50 | 490.00 |
| 12/22/04 | Work on preference recoveries | JRB | .50 | 177.50 |
| 12/22/04 | Work on Plan and DS | JRB | 1.60 | 568.00 |
| 12/22/04 | Consideration of potential for Joint Plan and implications for various sale options and unsecured creditor property | JRB | 1.50 | 532.50 |
| 12/23/04 | Phone conference with Duca Manufacturing, Inc. re preference demand (.6); phone conference with Duca Manufacturing, Inc. re AFI's coil equipment currently held by Duca Manufacturing, Inc. (.1); phone conference with Cascade Pattern Company's council re preference demand (.5); phone conference with J. Burns and D. Maude re AFI's coil equipment as currently held by Duca Manufacturing, Inc. (.2); analyze and prepare proper payment checks and past invoices for inclusion in the AFI response to Duca Manufacturing, Inc. (.6); revise and finalize letter to Duca Manufacturing, Inc. re preference demand and supporting documentation (.3); draft and finalize letter to Cascade Pattern Company's council re preference demand and supporting documentation (.7); | MFJ | 6.30 | 882.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | analyze and prepare proper payment checks and past invoices for inclusion in the AFI response to Cascade Pattern Company (.4); initialize extensive legal research re preference payments and Seventh Circuit analysis for determining validity of same (2.9) | | | |
| 12/23/04 | Telephone call with J. Ancel regarding possible agreement for direct sale in context of Joint Plan and consideration of advantages for estate and particularly unsecured creditors for such a structure | JRB | .70 | 248.50 |
| 12/23/04 | Work on number of changes for Joint Plan | JRB | .80 | 284.00 |
| 12/23/04 | Work on sale issues | JRB | .70 | 248.50 |
| 12/23/04 | Follow-up with D. Maude regarding bank issues and cash use agreement | JRB | .50 | 177.50 |
| 12/23/04 | Review Committee's itemized statement comment re same (.2); work on plan development (.2); review e-mail re Bank issues (.1); review E&Y itemized statement (.1); review amended proof of claim filed by subdebt holder (.1); review order re Rosebrock matter (.1) | MAW | .80 | 176.00 |
| 12/23/04 | Prepare and participate in Board conference call to discuss bankruptcy, operations and properties | JRB | 1.50 | 532.50 |
| 12/23/04 | Prepare documents for preference; demand letter to Duca & Cascade | JLF | 1.00 | 130.00 |
| 12/24/04 | Analyze GMP plan materials; telephone conference D. Maude re same | DDP | 1.80 | 486.00 |
| 12/24/04 | Work on revised drafting of joint plan with sale to New AFI, revised distribution to unsecured creditors (1.0); examine claim, balloting issues re union, PBGC issues, beneficiaries of unfunded retirement plans (.3); assess needs re additional cash use pleadings, amendment to existing agreement (.2) | MAW | 1.50 | 330.00 |
| 12/26/04 | E-mail UST re response to MOR inquiry (.1); review e-mail re plan status issues (.1) | MAW | .20 | 44.00 |
| 12/27/04 | Work on joint plan drafting (4.0); office conference re same (.6) | MAW | 4.60 | 1,012.00 |
| 12/27/04 | Telephone call with M. Starshack regarding going concern valuation services and follow-up regarding same | JRB | .50 | 177.50 |
| 12/27/04 | Follow-up regarding Monthly Operating Report filing | JRB | .20 | 71.00 |
| 12/27/04 | Follow-up J. Ancel inquiry regarding Unsecured Creditor's allocation in Plan and consideration of issues regarding same | JRB | .50 | 177.50 |
| 12/27/04 | Work on sale of Plant 2 assets to AFILG and consideration of | JRB | 1.50 | 532.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | necessary changes to Plan and DS to effect such a change | | | |
| 12/27/04 | Analyze GMP materials; draft letter to D. Maude re same | DDP | 2.60 | 702.00 |
| 12/27/04 | Prepare for and extended telephone call with J. Ancel regarding Senior Lender's negotiations and New AFI as it affects stalking horse bid and potential option if direct purchase by New AFI in context of Joint Plan concept | JRB | 1.20 | 426.00 |
| 12/27/04 | Initialize further compilation and analysis of financial data of pending preference settlement offers in anticipation of a counter-offer and litigation of the preference demands | MFJ | 2.60 | 364.00 |
| 12/28/04 | Work on revised DS and Plan issues | JRB | .80 | 284.00 |
| 12/28/04 | Correspondence with J. Ancel regarding potential retention of M. Starshack for fairness opinion and consideration of issues regarding same | JRB | .50 | 177.50 |
| 12/28/04 | Correspondence from H. Efroymson regarding fee payment (.1); and exchange correspondence with D. Maude regarding same (.3) | JRB | .40 | 142.00 |
| 12/28/04 | Work on Motion preference recovery and analysis of response from Motion | JRB | .50 | 177.50 |
| 12/28/04 | Work on sale of Plant 1 assets, including correspondence with D. Maude regarding same | JRB | .60 | 213.00 |
| 12/28/04 | Work extensively on new joint plan and disclosure terms (5.5); work on cash use extension agreement (.4); office conference with NPHG counsel re forklift lease issues (.3); review preference related e-mail (.1) | MAW | 6.30 | 1,386.00 |
| 12/28/04 | Extended telephone call with M. Starshack regarding potential retention to render "fairness opinion" regarding proposed purchase of Plant 2 assets by AFL, LLC (.4); exchange correspondence regarding same (.2); and consideration of M. Starshack proposal and best means of retention (.5) | JRB | 1.10 | 390.50 |
| 12/28/04 | Telephone call with J. Young regarding NMHG Financial claim and status of forklifts collaterizing it (.4); follow-up regarding J. Young's inquiry regarding forklifts (.3) | JRB | .70 | 248.50 |
| 12/28/04 | Read, review, and analyze initial settlement offer and supporting documentation provided by Duca Manufacturing, Inc. re preference demand letter (.8); read, review, and analyze initial settlement offer and supporting documentation provided by Motion Industries, Inc. re preference demand letter (.6); conference with J. Burns re legal strategy for same (.4); prepare and provide M. Werling with legal and scholarly authority relating to confirmation requirements for AFI's | MFJ | 5.60 | 784.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | amended plan (.5); conduct extensive research on confirmation checklists as provided by the UST, DOJ, and scholarly authorities, with an emphasis on Code section 1129 (3.3) | | | |
| 12/28/04 | Extended telephone call with D. Maude regarding Bank of America correspondence and proposed extension of cash use and potential retention of M. Starshack | JRB | .50 | 177.50 |
| 12/28/04 | Work on Cash Use Agreement extension | JRB | .40 | 142.00 |
| 12/29/04 | Work on sale issues and procedures | JRB | 2.50 | 887.50 |
| 12/29/04 | Work on Plan and DS issues | JRB | 2.50 | 887.50 |
| 12/29/04 | Draft reply letter to Duca Manufacturing, Inc.'s settlement offer letter (.3); draft reply letter to Motion Industries Inc.'s settlement offer letter (.3); phone call to P. McGuire re Ernst & Young upcoming fee application and monthly itemized statements (.1); conference with M. Werling re fee application rules (.1); read, review, and analyze current draft fee application draft with exhibits (1.3) | MFJ | 2.10 | 294.00 |
| 12/29/04 | Work extensively on plan drafting with emphasis on return to private sale to New AFI, incorporation of term loan, related provisions into Plan per 7/12/04 original filing, subject to recent additions and changes (10.0); update and circulate eighth cash use amendment (.2); telephone conference with D. Maude re Biditup bid, review same (.2) | MAW | 10.40 | 2,288.00 |
| 12/30/04 | Work on Plan and DS issues | JRB | 2.50 | 887.50 |
| 12/30/04 | Continue extensive plan drafting based on sale to New AFI, auction of plant 1 | MAW | 9.50 | 2,090.00 |
| 12/30/04 | Work on sale issues and procedures | JRB | 2.50 | 887.50 |
| | Total Services...........................................................Hours | | 303.00 | 67,021.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 12/01/04 | Copying Charge - - Vendor: Ikon Office Solutions | 125.40 |
| | Total For Copying Charge | 125.40 |
| 12/16/04 | Computerized Research   Westlaw | 617.22 |
| | Total For Computerized Research | 617.22 |
| 10/29/04 | Computerized Research   PACER | 94.05 |
| 10/29/04 | Computerized Research   PACER | 32.55 |

## BAKER & DANIELS

| | | |
|---|---|---:|
| 11/30/04 | Computerized Research  PACER | 180.30 |
| 11/30/04 | Computerized Research  PACER | 38.50 |
| Total For | Computerized Research - Other | 345.40 |
| | | |
| 12/08/04 | Caller: N/A : 260 925-0900 | 0.58 |
| 12/08/04 | Caller: N/A : 260 925-0900 | 0.48 |
| 12/10/04 | Caller: N/A : 317 713-3500 | 3.12 |
| 12/13/04 | Caller: N/A : 317 432-1596 | 3.65 |
| 12/15/04 | Caller: N/A : 317 713-3500 | 2.47 |
| 12/15/04 | Caller: N/A : 260 925-7978 | 2.09 |
| 12/16/04 | Caller: N/A : 260 925-7978 | 2.34 |
| 12/16/04 | Caller: N/A : 260 925-7978 | 1.66 |
| 12/16/04 | Caller: N/A : 317 713-3648 | 4.94 |
| 12/20/04 | Caller: N/A : 260 925-7978 | 8.42 |
| 12/20/04 | Caller: N/A : 317 713-3500 | 6.12 |
| 12/20/04 | Caller: N/A : 260 925-7978 | 2.12 |
| 12/20/04 | Caller: N/A : 317 713-3500 | 1.06 |
| 12/20/04 | Caller: N/A : 260 925-7978 | 2.75 |
| 12/21/04 | Caller: N/A : 317 713-3500 | 1.16 |
| 12/23/04 | Caller: N/A : 260 925-7978 | 0.88 |
| 12/23/04 | Caller: N/A : 260 925-7978 | 1.69 |
| 12/23/04 | Caller: N/A : 330 758-0828 | 1.84 |
| 12/23/04 | Caller: N/A : 216 831-5100 | 0.96 |
| 12/23/04 | Caller: N/A : 804 883-6694 | 2.67 |
| 12/23/04 | Caller: N/A : 317 713-3648 | 0.83 |
| 12/23/04 | Caller: N/A : 317 713-3648 | 0.78 |
| 12/23/04 | Caller: N/A : 260 925-7978 | 1.08 |
| Total For | Long Distance Telephone | 53.69 |
| | | |
| 12/14/04 | Postage/Air/Express Delivery | 1,543.62 |
| 12/14/04 | Postage/Air/Express Delivery | 57.69 |
| Total For | Postage/Air/Express Delivery | 1,601.31 |
| | | |
| 12/15/04 | Telecopy | 1.90 |
| 12/29/04 | Telecopy | 3.80 |
| Total For | Telecopy | 5.70 |

## BAKER & DANIELS

| | | |
|---|---|---|
| COPYING COSTS | 4 | 6,011.55 |
| Total Disbursements.................................................................................$ | | 8,760.27 |
| Total Services And Disbursements....................................................$ | | 75,781.77 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

January 13, 2005
Invoice Number 1211229

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through December 31, 2004 and not reflected on a prior bill:

0004430  TRUCK SUBCONTRACTING ARBIT.

Total Services............................$         616.00
Total Disbursements.................$           3.90

Total This Matter...................................$         619.90

Total This Invoice...........................................................$         619.90

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  December 31, 2004
Invoice Number  1211229

0080031    Auburn Foundry, Inc.
  0004430    TRUCK SUBCONTRACTING ARBIT.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|---|
| 12/16/04 | Conference with T. Eastom, K. Tussey and D. Maude re McCarty's subcontracting grievance; review of grievance documents | MML | 2.00 | |
| 12/29/04 | Review of documents from client in preparation for arbitration hearing | MML | .80 | |
| | Total Services..............................................................Hours | | 2.80 | 616.00 |
| | COPYING COSTS | | | 3.90 |
| | Total Disbursements............................................................$ | | | 3.90 |
| | Total Services And Disbursements....................................................$ | | | 619.90 |