IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### **ORDER**

At Fort Wayne, Indiana, on _____.

On January 13, 2005, Ernst & Young, LLP filed an application for fees in the amount of $18,809.00 and expenses in the amount of $0.00, less any amounts previously paid. Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.

_____
Judge, United States Bankruptcy Court

FWIMAN1 372142v1