UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:       )
      )
AUBURN FOUNDRY, INC.,       )       CASE NO. 04-10427
      )       CHAPTER 11
      Debtor.       )

## ERNST AND YOUNG, LLP'S FIRST INTERIM FEE APPLICATION AS TAX SERVICES PROVIDER FOR AUBURN FOUNDRY, INC.

Ernst and Young, LLP ("E&Y" or "Applicant"), tax services provider for Auburn Foundry, Inc. ("Debtor"), respectfully represents that:

1.      Applicant makes this First Interim Fee Application as Tax Services Provider for Auburn Foundry, Inc. pursuant to §§ 327, 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedures, for professional services rendered and for reimbursement of expenses reasonably and necessarily incurred by Applicant professional in providing tax services to the Debtor.

2.      The Debtor commenced this case by filing their voluntary petition on February 8, 2004 (the "Petition Date"), under Chapter 11 of Title 11 of the United States Code, §§ 101-1330 ("Bankruptcy Code").

3.      An application to retain E&Y as its tax services provider was filed on July 8, 2004, which application was granted by this Court by an Order dated August 20, 2004. A copy of this Order is attached as Exhibit "A".

4.      Pursuant to the order entered on August 20, 2004, the Court also approved fixed fee tax compliance services and E&Y hourly rates for rendering tax advisory services in

accordance with the terms of the Engagement Letters dated June 24, 2004, copies of which were attached to the application.

5.      Debtor filed an Application to Approve Monthly Provisional Payments to E&Y on October 12, 2004, which application was granted on November 24, 2004.  By terms of that application, E&Y is authorized to file as early as the 10th day of each month an Itemized Statement ("Statement") of fees and expenses incurred during the prior calendar month.  Debtor is authorized to pay E&Y eight percent (80%) of the fees and one hundred percent (100%) of the expenses incurred on its behalf, except as to such amounts that may have been specifically objected to within 10 days of the filing of the statement.  A copy of the Application and Order is attached as Exhibit B.

6.      On December 22, 2004 E&Y filed its First Itemized Statement to seek payment of tax advisory services and fixed fee tax compliance services for the multiple periods ended March 26, 2004 through November 30, 2004.  A copy of the First Itemized Statement is attached as Exhibit C.  As of the date of this filing, the Debtor has paid $0.00 for tax advisory services and fixed fee tax compliance services.

7.      E&Y hereby seeks allowance of compensation for services rendered for the multiple periods encompassed by the First Itemized Statement and payment from the Debtor for such services as follows:

a.      Compensation of $7,000.00, representing all fees for services performed on behalf of the Debtor during the first Itemized Statement period for federal and state income tax compliance fixed fees.

2

b.     Compensation of $6,750.00, representing all fees for services performed on behalf of the Debtor during the first Itemized Statement period for Form 5500 benefit plan tax return fixed fees.

c.     Compensation of $5,059.00, representing all fees for services performed on behalf of the Debtor during the first Itemized Statement period for tax advisory services.

8.     As set forth above E&Y is owed $18,809.00 for tax advisory services and fixed fee tax compliance services. Accordingly, E&Y seeks full payment in the amount of the $18,809.00.

9.     No agreement or understanding exists between E&Y and any other person regarding a division of any compensation to be received for services performed in connection with this case.

10.     As described in the attached First Itemized Statement (Exhibit C), E&Y professionals billed their time to two (2) distinct subject matter categories. Below is a summary of the activities performed by E&Y professionals during the First Itemized Statement period, and the hours spent by E&Y professionals on those matters, organized by project code description ("PCD") and by Tax Compliance and Tax Advisory services.

Tax Compliance Services:

PCD 02 – Preparation and review of Federal and State tax filings and other:
(Total Hours: 66.50)
E&Y incurred time related to the preparation and review of the Corporate U.S. federal and state income tax returns for the year ended December 31, 2003 as well as incurred time related to the preparation and review of the Form 5500 benefit plan tax returns for three completed benefit plans (Plans 501, 503 and 508).

3

Tax Advisory Services:

PCD 68 – Consultation regarding Federal, State and Local Tax Matters:
(Total Hours: 11.90)
E&Y assisted the Debtors in drafting a response to the Michigan Department of Treasury regarding a Michigan Renaissance Zone credit notice as well as assessing and analyzing the tax implications of the bankruptcy restructuring and the related sale of assets to a new entity.

WHEREFORE, E&Y respectfully requests that the Court enter an Order:

A.    Approving this Application;

B.    Authorizing and directing prompt payment from the Debtor to E&Y the sum of $18,809.00, which represents the full amount of the tax services provider fees owed by Debtor for tax services provided to the Debtor between March 26, 2004 and November 30, 2004; and

C.    Granting such other relief as is just and proper.

Dated:  January 18, 2005 at Fort Wayne, Indiana.

4

ERNST & YOUNG, LLP

By: _____
           Ronald U. Kaufman
           Partner
           110 West Berry Street, #2300
           Fort Wayne, IN 46802
           (260) 424-2233

FWIMAN1 372682v1