UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | |
| Debtor ) | |

### ERNST AND YOUNG LLP'S
### FIRST ITEMIZED STATEMENT

Ernst and Young, LLP ("E&Y"), tax services provider for Auburn Foundry, Inc. ("Debtor"), hereby files its Itemized Statement of its tax fees by E&Y in providing both tax compliance and tax advisory services for the multiple periods ended March 26, 2004 through November 30, 2004. The fixed fee tax compliance services are associated with the preparation of federal and state income tax returns and preparation of Form 5500 benefit plan tax returns in accordance with the terms of the Engagement Letters dated June 24, 2004. Detail of time incurred in connection with the fixed tax fees for preparation of federal and state income tax returns is attached hereto as Exhibit "A" and detail of time incurred in connection with the fixed tax fees for preparation of Form 5500 benefit plan tax returns is attached hereto as Exhibit "B". In addition, on August 20, 2004, the Court approved fees to E&Y based upon E&Y's hourly rates for rendering tax advisory

**EXHIBIT**
C

services to the Debtor, in accordance with the terms of E&Y's Engagement Letter dated June 24, 2004. Detail of time incurred in connection with rendering tax advisory services is attached hereto as Exhibit "C".

Contemporaneously herewith, E&Y has served by mail a copy of the Itemized Statement upon counsel of record in this case and the United States Trustee.

Pursuant to the order of November 24, 2004 approving provisional monthly payment of fees and expenses, Debtor will, with respect to the multiple periods ended March 26, 2004 through November 30, 2004, pay eighty percent (80%) of the federal and state income tax compliance fees in the amount of $7,000.00 (80% being $5,600.00), pay eighty percent (80%) of the form 5500 fees for three completed plans (Plans 501, 503 and 508) of $6,750.00 (80% being $5,400.00) and pay eighty percent (80%) of E&Y's tax advisory services in the amount of $5,059.00 (80% being $4,047.20) incurred by E&Y as agreed upon in the June 24, 2004 Engagement Letters, except as to such amounts as may have been specifically objected to within ten (10) days of the service of the Itemized Statement. Total payment to E&Y will be $15,047.20 leaving a balance of $3,761.80.

E&Y will incorporate its Statements into interim fee applications that shall be filed every 120 days with the court for review, hearing, and approval in accordance with the §331 of the Bankruptcy Code.

Dated: Fort Wayne, Indiana, December 16, 2004.

BY:

*Ronald U. Kaufman*

---

Ronald U. Kaufman
Partner
Ernst & Young LLP
110 West Berry Street
Suite 2300
Fort Wayne, IN 46802
(260) 424-2233

# ≡*I* ERNST & YOUNG

INVOICE NUMBER:   US0122698594

October 15, 2004

**Auburn Foundry Inc**
**Mr. Dennis Maude**
**635 West Eleventh Street**
**Auburn, IN 46706**

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU:  **US002**     CLIENT NUMBER: **60001796**

Billing (in accordance with the June 24, 2004 Engagement Letter) for services rendered in connection with preparation and review of the U.S. federal and state income tax returns of Auburn Foundry, Inc. for the year ended December 31, 2003.

*Total Due*                                                                                                                   $7,000.00

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
Due Upon Receipt

**CLIENT COPY**

Exhibit A

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - 2003 CORPORATE TAX RETURNS
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Professional | Position | Hours |
| --- | --- | --- |
| Randy Warner | Senior Manager | 2.4 |
| Nancy Lefever | Manager | 4.3 |
| Brooke Moore | Staff | 27.8 |
| Sazia Tabasum | Staff | 17.0 |
| | Total | 51.5 |

Exhibit A

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - 2003 CORPORATE TAX RETURNS
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Project Code | Description | Hours |
|---|---|---|
| 02 | Preparation and review of Federal and State tax filings and other | 51.5 |
| | Total Hours | 51.5 |

Exhibit A

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - 2003 CORPORATE TAX RETURNS
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Name | Date | Time | PCD | Description |
|---|---|---|---|---|
| Warner, Randy | | | | |
| | 27-Sep | 1.8 | 02 | Review of state tax returns and Michigan RZ zone |
| | 30-Sep | 0.6 | 02 | Review and sign Auburn Foundry state tax returns |
| **Warner, Randy Total** | | **2.4** | | |
| | | | | |
| Lefever, Nancy | | | | |
| | 26-Mar | 0.8 | 02 | ECF documentation and gathering for 2003 returns |
| | 2-Apr | 0.6 | 02 | Receipt of PDF extension forms and instructions for Dennis Maude (AFI) |
| | 20-Aug | 0.8 | 02 | Work through tax return item list - documentation of steps |
| | 10-Sep | 0.9 | 02 | Status update on tax return, open issues and discussions with client |
| | 13-Sep | 0.2 | 02 | Review of open items, follow up with Brooke Moore regarding status |
| | 14-Sep | 1.0 | 02 | Begin initial review of AFI tax return, sign, send to processing |
| **Lefever, Nancy Total** | | **4.3** | | |
| | | | | |
| Moore, Brooke | | | | |
| | 20-Aug | 3.3 | 02 | Work through budget, pending issues with AFI, work through issues related to fixed asset retirement |
| | 27-Aug | 1.5 | 02 | Preparation of expectations document and work on tax return preparation docs |
| | 10-Sep | 6.0 | 02 | Review of notes, changes to returns, and clearing of open items; tax return preparation - AFI |
| | 11-Sep | 5.0 | 02 | Review of Sazia Tabasum's preparation work, including set up of unicap tabs |
| | 13-Sep | 2.0 | 02 | Preparatin of tax returns - AFI |
| | 14-Sep | 4.0 | 02 | Preparation of tax returns - AFI |
| | 21-Sep | 5.0 | 02 | Preparation of AFI state tax returns |
| | 27-Sep | 0.5 | 02 | Review with Randy Warner (EY) state of Michigan credit issues |
| | 29-Sep | 0.5 | 02 | Clear review notes on state tax returns |
| **Moore, Brooke Total** | | **27.8** | | |
| | | | | |
| Tabasum, Sazia | | | | |
| | 27-Aug | 1.8 | 02 | Auburn Foundry - start of work on trial balance and tax return coding preparation |
| | 3-Sep | 1.5 | 02 | Work on coding trial balance and related issues with Brooke Moore |
| | 6-Sep | 1.0 | 02 | Trial balance coding and classification |
| | 8-Sep | 4.2 | 02 | Issues related to proper coding of trial balance and new accounts |
| | 9-Sep | 4.5 | 02 | Completed coding of trial balance and created the synch file, identified M-1s and documented steps. |
| | 13-Sep | 4.0 | 02 | Auburn Foundry - completed electronic bridge of trial balance to tax software for federal return, created signature pages, updated assemble instructions and emailed for review. |
| **Tabasum, Sazia Total** | | **17.0** | | |
| | | | | |
| **Total Hours** | | **51.5** | | |

Exhibit A

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - 2003 CORPORATE TAX RETURNS
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Name | Period Ending | Ground | Air Travel | Meals | Lodging | Description | Total |
|---|---|---|---|---|---|---|---|
|  | Total | $ - | $ - | $ - | $ - |  | $ - |

# ERNST & YOUNG

INVOICE NUMBER:   US0122741324

December 10, 2004

**Auburn Foundry Inc**
**Mr. Dennis Maude**
**635 West Eleventh Street**
**Auburn, IN 46706**

PLEASE REMIT TO:

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU:  **US002**     CLIENT NUMBER: **60001796**

Billing for professional tax services rendered in connection with the following:

| | |
|---|---:|
| Professional services rendered for the preparation and review of Form 5500, Annual Return/Report of Employee Benefits Plan for Group Insured Plan for Employees-Auburn Foundry, Inc. (PN 501) for the plan year ended December 31, 2003. | $2,250.00 |
| Professional services rendered for the preparation and review of Form 5500, Annual Return/Report of Employee Benefits Plan for Auburn Foundry, Inc. Salaried Long-Term Care Plan (PN 503) for the plan year ended January 31, 2004. | 2,250.00 |
| Professional services rendered for the preparation and review of Form 5500, Annual Return/Report of Employee Benefits Plan for Group Medical Plan for Salaried Employees-Auburn Foundry, Inc. (PN 508) for the plan year ended December 31, 2003. | 2,250.00 |
| *Total Due* | $6,750.00 |

Exhibit B

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - BENEFIT PLAN TAX RETURNS
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Professional | Position | Hours |
|---|---|---|
| Rick Maethner | Manager | 12.1 |
| Katherine Smith | Senior | 2.9 |
| | Total | 15.0 |

Exhibit B

# AUBURN FOUNDRY, INC.
# ERNST & YOUNG LLP
# SUMMARY OF TIME BY PROFESSIONAL - BENEFIT PLAN TAX RETURNS
# FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Project Code | Description | Hours |
|---|---|---|
| 02 | Preparation and review of Federal and State tax filings and other | 15.0 |
| | Total Hours | 15.0 |

Exhibit B

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - BENEFIT PLAN TAX RETURNS
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Name | Date | Time | PCD | Description |
|---|---|---|---|---|
| Maethner, Rick | | | | |
| | 27-Aug | 2.0 | 02 | Planning for 5500 tax return preparation, review of prior year workpapers |
| | 14-Oct | 2.7 | 02 | Preparation and review of 2003 Form 5500 - Plan 501, including telephone call with Lori Winenew (AF) regarding preparation of return, review assembly, sign returns and send to client. |
| | 14-Oct | 2.5 | 02 | Preparation and review of 2003 Form 5500 - Plan 508, including telephone call with Lori Winenew (AF) regarding preparation of return, review assembly, sign returns and send to client. |
| | 15-Oct | 0.8 | 02 | Clean up of files from Plan 501 filing and archiving |
| | 15-Oct | 0.8 | 02 | Clean up of files from Plan 508 filing and archiving |
| | 29-Nov | 1.5 | 02 | Plan 503 - Salaried LT Plan - review of Schedule A, prep assembly of return |
| | 30-Nov | 1.8 | 02 | PL503 - Review 2003 Form 5500, prepare transmittal letter to Department of Labor for abatement of fees, forward letter to Lori Wenino (Auburn Foundry) review and edit |
| **Maethner, Rick Total** | | **12.1** | | |
| | | | | |
| Smith, Katherine | | | | |
| | 30-Jul | 0.8 | 02 | Preparation of Form 5558 - extension for Plan 501 benefit plan return |
| | 30-Jul | 0.6 | 02 | Preparation of Form 5558 - extension for Plan 508 benefit plan return |
| | 29-Nov | 1.5 | 02 | Form 5500 preparation for Plan 503 |
| **Smith, Katherine Total** | | **2.9** | | |
| | | | | |
| **Total Hours** | | **15.0** | | |

Exhibit B

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - BENEFIT PLAN TAX RETURNS
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Name | Period Ending | Expense Type | | | | Description | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Ground | Air Travel | Meals | Lodging | | |
| | Total | $    - | $    - | $    - | $    - | | $    - |

# ⦿ ERNST & YOUNG

INVOICE NUMBER: US0122741350

December 10, 2004

Auburn Foundry Inc
Mr. Dennis Maude
635 West Eleventh Street
Auburn, IN 46706

**PLEASE REMIT TO:**

Ernst & Young
Bank of America - Chic. 96550
P.O. Box 96550
Chicago, IL 60693

EIN: 34-6565596

BU: **US002**     CLIENT NUMBER: **60001796**

Billing for services rendered in connection with the following tax advisory services:

| | |
|---|---:|
| Consultation and correspondence and drafting of response to Michigan Department of Treasury regarding Michigan Renaissance Zone credit notice. | $2,634.00 |
| Research and discussions regarding the tax implications of the bankruptcy restructuring and the related sale of assets to a new entity. | 2,425.00 |
| *Total Due* | $5,059.00 |

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
Due Upon Receipt

**CLIENT COPY**

EXHIBIT C - Tax Advisory Services

# AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
### SUMMARY OF TIME BY PROFESSIONAL - TAX ADVISORY SERVICES
### FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

**Tax Advisory Services - Michigan Renaissance Zone Credit**

| Professional | Position | Hours | Hourly Rate | Fees |
|---|---|---|---|---|
| Randy Warner | Senior Manager | 1.4 | $435 | $609 |
| David Kirvan | Senior Manager | 4.0 | $475 | $1,900 |
| Brooke Moore | Senior | 0.5 | $250 | $125 |
| | Total | 5.9 | | $2,634 |

**Tax Advisory Services - Tax Implications of Bankruptcy Restructuring**

| Professional | Position | Hours | Hourly Rate | Fees |
|---|---|---|---|---|
| Randy Warner | Senior Manager | 5.0 | $435 | $2,175 |
| Brooke Moore | Senior | 1.0 | $250 | $250 |
| | Total | 6.0 | | $2,425 |
| | GRAND TOTAL | 11.9 | | $5,059 |

EXHIBIT B - Tax Advisory Services

## AUBURN FOUNDRY, INC.
## ERNST & YOUNG LLP
## SUMMARY OF TIME BY PROFESSIONAL - TAX ADVISORY SERVICES
## FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004

| Project Code | Description | Hours |
|---|---|---|
| 68 | Consultation regarding Federal, State and Local Tax Matters | 11.9 |
| | Total Hours | 11.9 |

EXHIBIT C - Tax Advisory Services

**AUBURN FOUNDRY, INC.**
**ERNST & YOUNG LLP**
**SUMMARY OF TIME BY PROFESSIONAL - TAX ADVISORY SERVICES**
**FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004**

| Name | Date | Time | PCD | Description |
|---|---|---|---|---|
| **Tax Advisory Services - Michigan Renaissance Zone Credit** | | | | |
| Warner, Randy | | | | |
| | 21-Oct | 1.0 | 68 | Michigan Renaissance Zone Credit notice and discussion with Dennis Maude (AF). |
| | 2-Nov | 0.4 | 68 | Review of letter and email to Dennis Maude (AF) regarding Michigan Renaissance Zone Credit response. |
| Warner, Randy Total | | 1.4 | | |
| | | | | |
| Kirvan, David | | | | |
| | 26-Oct | 0.5 | 68 | Review renaissance information sent by Randy Warner (EY), discuss with Jeri Trotter at Treasury. Jeri indicated that the Flint, Michigan issue had come up before and she would research and get back with me. Forwarded update to Randy Warner. |
| | 27-Oct | 0.5 | 68 | Discuss issue with Jeri Trotter - she indicated the issue with Flint, Michigan had comoe up before and was resolved at the state level. Left voicemail with Randy Warner and indicated he should call and we can discuss further. |
| | 28-Oct | 0.5 | 68 | Discussed situation with Randy Warner and he will draft letter and send to me to review. |
| | 1-Nov | 2.0 | 68 | Reivew information draft letter to Michigan Department of Revenue, forwarded draft to Randy Warner to have client review for accuracy. Called Ann Donley at US Treasury and had her put account on hold pending our correspondence. |
| | 3-Nov | 0.5 | 68 | Discuss with Randy Warner, finalize letter and send out |
| Kirvan, David Total | | 4.0 | | |
| | | | | |
| Moore, Brooke | | | | |
| | 2-Nov | 0.5 | 68 | Renaissance credit review response letter and compare facts to tax return. |
| Moore, Brooke Total | | 0.5 | | |
| | | | | |
| **Tax Advisory Services - MI Renaissance Zone Credit** | | 5.9 | | |
| | | | | |
| **Tax Advisory Services - Tax Implications of Bankruptcy Restructuring** | | | | |
| Warner, Randy | | | | |
| | 23-Nov | 1.0 | 68 | Review and discussion with Dennis Maude (AF) regarding his tax calculation, including implications of bankruptcy restructuring. |
| | 29-Nov | 1.5 | 68 | Review of tax calculation with Dennis Maude - impact of sales of assets to new entity and restructuring |
| | 30-Nov | 2.5 | 68 | Review of tax calculation and discussion with Brooke Moore (EY) and Dennis Maude regarding implications of restructuring and sale of assets to new entity. |
| Warner, Randy Total | | 5.0 | | |
| | | | | |
| Moore, Brooke | | | | |
| | 30-Nov | 1.0 | 68 | Review tax basis of assets and treatment on return, including discussions with Randy Warner (EY) regarding tax implications of bankruptcy restructuring. |
| Moore, Brooke Total | | 1.0 | | |
| | | | | |
| **Tax Advisory Services - Tax Implications of Bankruptcy Restructuring** | | 6.0 | | |
| | | | | |
| **GRAND TOTAL-TAX ADVISORY** | | 11.9 | | |

EXHIBIT D - Tax Advisory Services

**AUBURN FOUNDRY, INC.**
**ERNST & YOUNG LLP**
**SUMMARY OF TIME BY PROFESSIONAL - TAX ADVISORY SERVICES**
**FOR THE PERIOD MARCH 26, 2004 THROUGH NOVEMBER 30, 2004**

| Name | Period Ending | Expense Type | | | | Description | Total |
|---|---|---|---|---|---|---|---|
| | | Ground | Air Travel | Meals | Lodging | | |
| Total Tax Advisory Services Expenses | | $    - | $    - | $    - | $    - | | $    - |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Ernst & Young LLP's First Itemized Statement was served by electronic mail or by first-class United States mail, postage prepaid, this 22nd day of December, 2004, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

FWIMAN1 369750v1

W. Erik Weber  
Mefford and Weber, P.C.  
130 East 7th Street  
Auburn, IN 46706

Dennis Maude  
Auburn Foundry, Inc.  
635 West 11th Street  
Auburn, IN 76706

/s/ John R Burns
_____