IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On or about January 18, 2005, Ernst and Young LLP ("E&Y"), filed its First Interim Fee Application as Tax Services Provider for Auburn Foundry ("Application") and proposed Order for entry by the Court. If approved, the Application would permit the allowance and payment of the fees and expenses set forth therein. A copy of the Application and attached exhibits are attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Application, then **within 21 days from the date of this Notice**, you or your attorney must:

1.      File a written objection to the Application, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

>    Office of the Clerk
>    United States Bankruptcy Court
>    1300 S. Harrison Street
>    Post Office Box 2547
>    Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

  2. You must also mail a copy of your objection to:

    John R Burns III
    Baker & Daniels
    111 E. Wayne Street, #800
    Fort Wayne, IN 46802

 If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date: January 18, 2005

         BAKER & DANIELS

         By: /s/ John R Burns III
          John R Burns III (#3016-02)
          Mark A. Werling (#20426-02)
          111 East Wayne Street, Suite 800
          Fort Wayne, Indiana 46802
          Telephone: (260) 424-8000
          Facsimile: (260) 460-1700

         ATTORNEYS FOR THE DEBTOR,
         AUBURN FOUNDRY, INC.