IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**APPLICATION TO APPROVE MONTHLY PROVISIONAL
PAYMENTS TO ERNST & YOUNG LLP AS TAX
<u>SERVICES PROVIDER FOR DEBTOR-IN-POSSESSION</u>**

Auburn Foundry, Inc. ("AFI" or "Debtor-in-Possession"), by counsel, files this Application to Approve Monthly Provisional Payments to Ernst & Young LLP as Tax Services Provider, as follows:

1. The Debtor-in-Possession filed an Application with this Court to employ the professional services firm of Ernst & Young LLP ("E&Y") as its tax services provider.

2. On August 20, 2004, this Court issued an Order Authorizing *Nunc Pro Tunc* Retention of Ernst & Young as Tax Services Provider to the Debtor.

3. AFI requests that AFI be authorized to pay E&Y for its services, based upon the normal and usual hourly billing rates of their members and associates, at the time the services are rendered on behalf of the Debtor-in-Possession, as follows:

    a. E&Y shall file with the Court as early as the 10th day of each month an itemized statement of fees and expenses incurred by E&Y in providing tax services to the Debtor-in-Possession during any prior calendar month for which no statement of fees and expenses has been filed by E&Y (the "Statement").

    b. Contemporaneously with the filing, E&Y shall serve by mail a copy of the Statement upon counsel of record and the United States Trustee.

FWIMAN1 353781v1



EXHIBIT B

    c. AFI shall be authorized to pay E&Y 80% of fees and 100% of expenses incurred by E&Y as reflected in the Statement, except as to such amounts as may have been specifically objected to within ten (10) days of the service of such Statement.

    d. E&Y shall incorporate its Statements into interim fee applications, which may be filed with the Court for review, hearing, and approval in accordance with 11 U.S.C. §331 of the Bankruptcy Code.

    e. Through this Application, the Debtor-in-Possession does not request that the rights of any party in interest to object to the interim or final allowance of fees and expenses to E&Y be prejudiced.

  WHEREFORE, the Debtor-in-Possession requests that the Court enter an order authorizing AFI to pay to E&Y on a monthly basis and authorizing E&Y to apply any funds received from AFI for payment of its fees and expenses, in accordance with the terms outlined above, and that it have such other and further relief as is just.

        BAKER & DANIELS


        By: /s/ John R Burns, III
          John R Burns, III (#3016-02)
          Mark A. Werling (#20426-02)
          111 East Wayne Street, Suite 800
          Fort Wayne, Indiana 46802
          Telephone: (260) 424-8000
          Facsimile: (260) 460-1700

        ATTORNEYS FOR THE DEBTOR,
        AUBURN FOUNDRY, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### ORDER

At Fort Wayne, Indiana, on November 24, 2004.

The Debtor's application to approve monthly provisional payments to Ernst & Young LLP as tax services provider for debtor-in-possession is GRANTED and debtor may make payments to the professional services firm of Ernst & Young LLP in accordance with the terms set forth therein.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court