Financial Statements and Other Financial Information

**AUBURN FOUNDRY, INC.**

*Year ended December 31, 2002 and the thirteen months ended December 31, 2001 with Report of Independent Auditors*

WR 0210-0360115

# Auburn Foundry, Inc.

## Financial Statements and Other Financial Information

Year ended December 31, 2002 and the thirteen months ended December 31, 2001

## Contents

Report of Independent Auditors..................................................................................................1

Audited Financial Statements

Balance Sheets ............................................................................................................................2
Statements of Operations ...........................................................................................................4
Statements of Stockholders' Equity...........................................................................................5
Statements of Cash Flows...........................................................................................................6
Notes to Financial Statements....................................................................................................7


Other Financial Information

Report of Independent Auditors on Other Financial Information...........................................19
Cost of Sales ..............................................................................................................................20
Selling, General, and Administrative Expenses......................................................................21
Property and Equipment...........................................................................................................22

**ERNST & YOUNG**

■ Ernst & Young LLP
National City Center
Suite 2300
110 West Berry Street
Fort Wayne, Indiana 46802

■ Phone: (260) 424-2233
  Fax:    (260) 425-4899
  www.ey.com

Report of Independent Auditors

The Board of Directors
Auburn Foundry, Inc.

We have audited the accompanying balance sheets of Auburn Foundry, Inc. as of December 31, 2002 and 2001, and the related statements of operations, stockholders' equity, and cash flows for the year ended December 31, 2002 and the thirteen months ended December 31, 2001. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Auburn Foundry, Inc. at December 31, 2002 and 2001, and the results of its operations and its cash flows for the year ended December 31, 2002 and the thirteen months ended December 31, 2001, in conformity with accounting principles generally accepted in the United States.

The accompanying financial statements have been prepared assuming that Auburn Foundry, Inc. will continue as a going concern. As more fully described in Note 2, the Company has incurred recurring net losses, is in violation of certain debt covenants and is in default on its debt with certain lenders. These conditions raise substantial doubt about the Company's ability to continue as a going concern. Management's plans in regard to these matters are also described in Note 2. The financial statements do not include any adjustments to reflect the possible future effects on the recoverability and classification of assets or the amounts and classification of liabilities that may result from the outcome of this uncertainty.

*Ernst & Young LLP*

February 28, 2003

A Member Practice of Ernst & Young Global

1

|  | December 31, | |
|---|---|---|
|  | 2002 | 2001 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 12,594,827 | $ 9,092,010 |
| Accrued expenses | 7,043,052 | 7,294,825 |
| Accrued environmental and litigation liabilities | 1,000,000 | 600,000 |
| Current maturities of long-term debt in default | 27,930,454 | 5,566,434 |
| Long-term debt in default, less current maturities | - | 28,329,364 |
| Total current liabilities | 48,568,333 | 50,882,633 |
| | | |
| Subordinated notes payable: | | |
| To shareholders | 4,765,000 | 4,300,000 |
| To affiliate | 1,000,000 | 1,000,000 |
| Subordinated accrued interest | 498,986 | 107,074 |
| Total subordinated debt | 6,263,986 | 5,407,074 |
| | | |
| Minimum pension liability | 4,329,061 | 3,404,292 |
| | | |
| Stockholders' equity: | | |
| Common stock, no par value: | | |
| 50,000 shares authorized and issued; | | |
| 28,366 shares outstanding | 500,000 | 500,000 |
| Retained earnings | 23,527,861 | 26,332,468 |
| Treasury stock, at cost (21,634 shares) | (10,313,573) | (10,313,573) |
| Accumulated other comprehensive loss | (3,635,613) | (2,591,450) |
| Total stockholders' equity | 10,078,675 | 13,927,445 |
| Total liabilities and stockholders' equity | $ 69,240,055 | $ 73,621,444 |

*See accompanying notes.*

3

Auburn Foundry, Inc.

Statements of Stockholders' Equity

| | Common Stock | Retained Earnings | Treasury Stock | Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|
| **Balance at November 30, 2000** | $ 500,000 | $ 36,765,740 | $ (10,313,573) | $ (1,357,264) | $ 25,594,903 |
| Comprehensive loss: | | | | | |
| Net loss | - | (10,433,272) | - | - | (10,433,272) |
| Minimum pension liability adjustment | - | - | - | (1,234,186) | (1,234,186) |
| Total comprehensive loss | - | - | - | - | (11,667,458) |
| **Balance at December 31, 2001** | 500,000 | 26,332,468 | (10,313,573) | (2,591,450) | 13,927,445 |
| Comprehensive loss: | | | | | |
| Net loss | - | (2,804,607) | - | - | (2,804,607) |
| Minimum pension liability adjustment | - | - | - | (1,044,163) | (1,044,163) |
| Total comprehensive loss | - | - | - | - | (3,848,770) |
| **Balance at December 31, 2002** | $ 500,000 | $ 23,527,861 | $ (10,313,573) | $ (3,635,613) | $ 10,078,675 |

*See accompanying notes.*

5

Auburn Foundry, Inc.

Notes to Financial Statements

December 31, 2002

## 1. Summary of Significant Accounting Policies

Auburn Foundry, Inc. (the Company) manufactures gray iron castings for industries that include the automotive, appliance, compressor, recreational vehicle, and heavy truck industries.

**Cash and Cash Equivalents**

Cash and cash equivalents include all highly liquid investments with a maturity date of three months or less when purchased.

**Inventories**

Inventories, including the repair parts inventories, are valued at the lower of cost or market using the first-in, first-out (FIFO) method.

**Property and Equipment**

Property and equipment is recorded at cost and depreciated utilizing the straight-line method over the estimated useful lives of the assets. Buildings are generally depreciated over 20 years and machinery and equipment are depreciated over periods ranging from 3 to 10 years. Repairs and maintenance are charged to expense as incurred.

**Revenue Recognition**

Sales are recorded when products are shipped. Delivery costs are recorded as part of cost of sales.

**Long-Lived Assets**

Impairment losses are recorded on long-lived assets used in operations when indicators of impairment are present and the undiscounted cash flows estimated to be generated by those assets are less then the assets' carrying value. If impairment has occurred, an impairment loss would be recognized for the excess of the carrying value over the fair value of the assets.

Auburn Foundry, Inc.

Notes to Financial Statements (continued)

## 2. Capital Funding and Liquidity

The Company's financial statements for the year ended December 31, 2002 have been prepared on a going concern basis, which contemplates the realization of assets and the settlement of liabilities and commitments in the normal course of business. Net sales have declined for three of the four past years. In addition, the Company incurred a net loss of $2,804,607 and $10,433,272 for the year ended December 31, 2002 and the thirteen months ended December 31, 2001, respectively. As more fully discussed in *Note 3*, The Company is in default of certain of its bank covenants and has entered into a forbearance agreement with its lenders to defer certain principal payments and provide some additional funding through May 10, 2003. In addition, as more fully discussed in *Note 10*, the Company is negotiating several environmental matters with environmental agencies and unfavorable outcomes significantly in excess of estimated liabilities accrued for in the financial statements on these uncertainties would reduce liquidity even further. Given these conditions, there are no assurances that the Company can meet its financial loan covenants in the future or that the lenders will not invoke their rights pursuant to the loan agreements to demand payment of some or all of the loan balances outstanding. These matters raise substantial doubt about the Company's ability to continue as a going concern.

The foundry industry has experienced some of its most difficult market conditions in several years. These conditions, coupled with a lengthy labor strike in 1999, has weakened the Company's financial condition and reduced its liquidity. Certain stockholders and an affiliate infused $465,000 and $5,300,000 in 2002 and 2001, respectively in the form of subordinated debt to provide additional liquidity to the Company to finance current operations.

The Company has developed near and longer term operating strategies to improve its future operating results. In the fourth quarter of fiscal 2001 the Company reduced both its hourly and salaried head count 12% and 15%, respectively. It reopened the current bargaining agreement with the Union to defer a scheduled May 2002 pay increase of $.30 an hour to future periods and developed a new wage scale that will reduce hourly rates by $2.00 for all new employees in approximately 30% of the wage categories. The Company has also implemented programs to reduce scrap, maintenance expense, and manning levels, in order to reduce these costs in 2002 and beyond. The Company is working aggressively to increase pricing on current customers and to increase volume by bidding on new customers and products.

Auburn Foundry, Inc.

Notes to Financial Statements (continued)

### 3. Debt Arrangements (continued)

At November 30, 2000, the Company was in violation of various debt covenants without receipt of waiver. This was an event of default that caused the loan to be callable by the lenders. Throughout 2001, the Company had not cured these debt covenant violations. On December 28, 2001, the Company entered into a forbearance agreement with the lenders in which the lenders agreed to forbear from exercising their rights against the Company through June 30, 2002 for the events of default under the Credit Agreement. The forbearance agreement also allowed the Company to defer its December 2001 and its January 2002 principal payments on Notes A and B totaling $927,739 to a period commencing on April 26, 2002 and concluding June 28, 2002. For the forbearance agreement to remain effective, the Company was required to meet certain performance covenants, including a minimum monthly EBITDA amount, as defined in the agreement.

At December 31, 2001, the Company was in default of the forbearance agreement for violating the December 2001 minimum required EBITDA covenant. As such, the long-term portion of the debt is classified as current at December 31, 2001 and the Company expensed the $200,000 forbearance fee in the thirteen months ended December 31, 2001.

On July 1, 2002, the Company entered into a second forbearance agreement with the lender in which the lenders agreed to forbear from exercising their rights against the Company through December 31, 2002 for the events of default under the Credit Agreement.

The Company entered into additional forbearance agreements with the lenders in which the lenders agreed to forebear from exercising their rights against the Company through May 10, 2003, at which time, all debt matures and becomes callable. For this forbearance agreement to remain effective, the Company must meet certain performance covenants, including a minimum monthly EBITDA amount as designed in the Agreement. During 2002, the Company expensed forbearance fees of $300,000. The Company failed to meet the minimum January 2003 EBITDA requirement.

The Company had letters of credit outstanding of $1,021,096 at December 31, 2002 and 2001 pledged to the Indiana Department of Environmental Management.

11

Auburn Foundry, Inc.

Notes to Financial Statements (continued)

### 4. Employee Benefit Plans

The assumptions used in measuring of the Company's benefit obligations and costs are shown in the following table:

|  | Pension Benefits | | | | Other Postretirement Benefits | |
|---|---|---|---|---|---|---|
|  | Salaried | | Hourly | | | |
|  | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 |
| Weighted-average assumptions at year end: | | | | | | |
| Discount rate | 7.00% | 7.50% | 7.00% | 7.50% | 7.00% | 7.50% |
| Expected return on plan assets | 8.50% | 8.50% | 8.50% | 8.50% | | |
| Rate of compensation Increase | 5.00% | 5.00% | 0.00% | 0.00% | | |

The health care cost trend rate used to value the accumulated postretirement benefit obligation is assumed to decrease gradually from 8.0% to an ultimate rate of 5.5% in 2006.

|  | Pension Benefits | | | | Other Postretirement Benefits | |
|---|---|---|---|---|---|---|
|  | Salaried | | Hourly | | | |
|  | 2002 | 2001 | 2002 | 2001 | 2002 | 2001 |
|  | *(in thousands)* | | | | | |
| Benefit cost | $ 738 | $ 683 | $ 842 | $ 597 | $ 259 | $ 229 |
| Employer contributions | 613 | 578 | 1,452 | 484 | 169 | 173 |
| Participant contributions | - | - | - | - | 27 | 24 |
| Benefits paid | 48 | 493 | 385 | 242 | 196 | 197 |

The Company also maintains a non-qualified pension plan for one former salaried employee. The Company has recorded an accrued benefit liability in the statement of financial position of approximately $298,903 and $289,845 for the years ended December 31, 2002 and 2001, respectively.

At December 31, 2002 and 2001, the plans' assets are held in trust with National City Bank and are invested in mutual funds consisting of Certificates of Deposit, Corporate Bonds, and Common Stocks.

13

Auburn Foundry, Inc.

Notes to Financial Statements (continued)

## 6. Accrued Expenses

Accrued expenses consisted of the following:

|  | Year ended December 31, | |
|---|---|---|
|  | 2002 | 2001 |
| Accrued pension expense | $ 3,287,741 | $ 3,185,187 |
| Accrued employee fringe benefits | 1,427,937 | 1,351,554 |
| Accrued real estate and personal property taxes | 812,000 | 805,810 |
| Accrued group insurance | 450,000 | 556,644 |
| Salaries, wages, and commissions | 402,012 | 805,404 |
| Accrued workers' compensation | 368,016 | 357,553 |
| Payroll taxes | 184,617 | 169,475 |
| Miscellaneous other | 110,729 | 63,198 |
|  | $ 7,043,052 | $ 7,294,825 |

## 7. Related Party Transactions

In 1992, the Company entered into agreements with Fink Deutschland Holding GmbH (a German corporation whose stockholders are also stockholders of the Company) and its subsidiaries, Gebruder Gienanth Eisenberg, GmbH, and Laycast Ltd. These agreements require the Company's management to provide sales, administrative, financial, and technical assistance to both entities. During 2002 and 2001, billings related to providing such assistance approximate $64,000 and $70,000, respectively. At December 31, 2002 and 2001, approximately $68,000 and $141,000 is receivable relating to these services, respectively.

In 1997, the Company entered into agreements with AFMex, Inc. (a U.S. corporation whose stockholders are also stockholders of the Company) and its subsidiary, Tisamatic International S.de R.L. de C.V. (Tisamatic). These agreements require the Company's management to provide sales, administrative, financial, and technical assistance to both entities. During 2002 and 2001, billings related to providing such assistance approximate $288,000 and $288,000, respectively. At December 31, 2002 and 2001, approximately $709,000 and $532,000, respectively, is receivable relating to these services. During 2002, the Company also sold castings to Tisamatic totaling $264,000. Approximately $105,000 is receivable related to those sales in 2002 and is included in trade receivables.

Auburn Foundry, Inc.

Notes to Financial Statements (continued)

**10. Environmental and Litigation Liabilities**

The Company's operations are subject to numerous laws and regulations relating to the protection of human health and the environment. Because these environmental laws and regulations are quite stringent and are generally becoming more stringent, the Company has expended, and can be expected to spend in the future, resources for compliance with the laws and regulations. Due to the possibility of future changes in circumstances or regulatory requirements, the amount and timing of future environmental expenditures could vary substantially from those currently anticipated.

It is the Company's policy to expense or capitalize, as appropriate, environmental expenditures that relate to current operating sites. With respect to costs for environmental assessments or remediation activities, or penalties or fines that may be imposed for noncompliance with such laws and regulations, such costs are accrued when it is probable that liability for such costs will be incurred and the amount of such costs can be reasonable estimated.

The Company has recorded remediation and other costs relating to its two landfills. One of the landfills is closed, has been capped and ongoing monitoring will occur over the remaining portion of the statutory monitoring period. The Company is in discussions with the Indiana Department of Environmental Management (IDEM) concerning the number of monitoring tests required each year and what the remaining statutory period is. Depending on the ultimate resolution of those discussions, the Company estimates that the gross costs for future monitoring could range from $750,000 to $1,570,000. In its financial statements at December 31, 2002, the Company has accrued $450,000 related to this matter which is based on a $750,000 liability discounted at 5%.

The other landfill is active and is used in the day-to-day operations of the Company. However, at the time it is eventually closed, the Company will be responsible to cap the landfill and perform ongoing monitoring for a number of years. The Company is in ongoing discussions with IDEM regarding the nature of the waste in the landfill and the type of cap and the extent of monitoring required upon closure. In addition, the Company is uncertain as to the timing of a partial or full closure as the Company continues to explore ways to recycle the waste (primarily foundry sand) in its own or other operations. Because of these uncertainties, it is difficult to estimate what the ultimate costs will be. Current estimates to cap the landfill range from $500,000 to $1,000,000 and annual monitoring will likely exceed $25,000 annually. The Company is accruing the expected closure and monitoring costs over the estimated remaining useful life of the landfill and has an accrued liability of $350,000 associated with this property at December 31, 2002.

# Other Financial Information

**ɛɪɪ ERNST & YOUNG**

■ Ernst & Young LLP
National City Center
Suite 2300
110 West Berry Street
Fort Wayne, Indiana 46802

■ Phone: (260) 424-2233
   Fax:    (260) 425-4899
   www.ey.com

Report of Independent Auditors on Other Financial Information

To the Board of Directors
Auburn Foundry, Inc.

Our audits were conducted for the purpose of forming an opinion on the basic financial statements, taken as a whole, of Auburn Foundry, Inc. The accompanying detail of cost of sales and selling, general, and administrative expenses for the years ended December 31, 2002, and the thirteen months ended December 31, 2001, and the detail of property and equipment at December 31, 2002 and 2001 are presented for purposes of additional analysis and are not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in our audits of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as whole.

*Ernst + Young LLP*

February 28, 2003

## Auburn Foundry, Inc.

### Selling, General, and Administrative Expenses

For the Year Ended December 31, 2002 and the Thirteen Months Ended December 31, 2001

|  | 2002 | % of Sales | 2001 | % of Sales |
|---|---|---|---|---|
| Salaries | $ 2,530,212 | 2.05 | $ 3,352,196 | 2.91 |
| Legal and professional | 903,731 | 0.73 | 1,012,992 | 0.88 |
| Health and life insurance | 387,916 | 0.31 | 435,052 | 0.38 |
| Pension plan | 283,815 | 0.23 | 123,220 | 0.11 |
| Payroll taxes | 258,845 | 0.21 | 306,357 | 0.27 |
| Office supplies | 225,689 | 0.18 | 198,025 | 0.17 |
| Security | 171,980 | 0.14 | 181,636 | 0.16 |
| Miscellaneous | 157,755 | 0.13 | 165,810 | 0.14 |
| Repair and maintenance | 127,291 | 0.10 | 159,610 | 0.14 |
| Travel and entertainment | 125,272 | 0.10 | 138,839 | 0.12 |
| Depreciation | 109,362 | 0.09 | 203,650 | 0.18 |
| Lease payments | 95,544 | 0.08 | 124,239 | 0.11 |
| Telephone | 89,748 | 0.07 | 114,358 | 0.10 |
| New hire candidates | 84,407 | 0.07 | 40,971 | 0.04 |
| Automobile and airplane | 75,573 | 0.06 | 68,266 | 0.06 |
| Advertising | 53,032 | 0.04 | 32,096 | 0.03 |
| Dues and subscriptions | 21,173 | 0.02 | 30,135 | 0.03 |
| Technical training and seminars | 17,160 | 0.01 | 64,325 | 0.06 |
| Postage | 12,661 | 0.01 | 11,831 | 0.01 |
| Insurance | 7,012 | 0.01 | 10,503 | 0.01 |
| Newsletter | 90 | - | 32,546 | 0.03 |
| Bad debt expense (recovery) | (152,909) | (0.12) | 1,190,381 | 1.03 |
| Totals | $ 5,585,359 | 4.52 | $ 7,997,038 | 6.97 |

| | Accumulated Depreciation | | | |
|---|---|---|---|---|
| Balances December 31, 2001 | Depreciation Charged to Income | Retirements and Transfers Out | Balances December 31, 2002 | Net Book Value |
| $        - | $        - | $        - | $        - | $  1,540,673 |
| 12,421,829 | 1,069,408 | 10,861 | 13,480,376 | 16,512,695 |
| 79,904,673 | 6,915,457 | 58,138 | 86,761,992 | 22,600,850 |
| 3,108,005 | 179,270 | 82,306 | 3,204,969 | 266,426 |
| 401,405 | 24,531 | 122,539 | 303,397 | 59,381 |
| - | - | - | - | 1,292,940 |
| $ 95,835,912 | $ 8,188,666 | $   273,844 | $ 103,750,734 | $ 42,272,965 |

23

# Monthly Operating Report
## For
### Debtors in Possession and Chapter 11 Trustees

**Office of the United States Trustee, Region 10**
Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

**Report for Month of:**     February 2004

Each month, all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U. S. Trustee no later than the 15th day of the month following the end of the calendar month by this report.

| **Required Documents:** | **Attached** | **Previously Submitted** |
|---|---|---|
| 1. Monthly Income Statement (P&L 1) | X | _____ |
| 2. Monthly Cash Flow Report ( CF1; 3 pages) | X | _____ |
| 3. Statement of Operations (Oprept) | X | _____ |
| 4. Other reports/documents as required by the U.S. Trustee | _____ | _____ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information and belief.

By: _[signature]_               Dated: March 16, 2004

Chief Financial Officer         (Title) Debtor's phone number: 260-925-7978

**Reports Prepared by** ___Dennis Maude___          ___Chief Financial Officer___
                  (Name)                                  (Title)

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Income Statement
Month of February 2004
( 000's )

|  | Current Month | Year To Date |
|---|---:|---:|
| Gross sales | $5,143 | $5,143 |
| less returns and allowances | (7) | (7) |
|  | 5,136 | 5,136 |
| Cost of sales: |  |  |
| Materials | 1,755 | 1,755 |
| Supplies | 334 | 334 |
| Purchased cores | 9 | 9 |
| Energy | 554 | 554 |
| Inventory (Increase) Decrease | 411 | 411 |
| Sub-contractors | 36 | 36 |
|  | 3,099 | 3,099 |
| Production labor including overtime | 971 | 971 |
| Contract labor | 7 | 7 |
| Trucking | 36 | 36 |
| Fringe benefits | 495 | 495 |
|  | 1,509 | 1,509 |
| Maintenance labor - salary and hourly including overtime | 235 | 235 |
| Fringe benefits | 120 | 120 |
| Pattern repairs | 16 | 16 |
| Repair parts | 99 | 99 |
| Contract labor - maintenance | 4 | 4 |
|  | 474 | 474 |
| Salary management including overtime | 12 | 12 |
| Fringe benefits | 6 | 6 |
|  | 18 | 18 |
|  | 445 | 445 |
| Depreciation | 141 | 141 |
| Other | 586 | 586 |
|  |  |  |
| Total cost of sales | 5,686 | 5,686 |
| Gross margin | (550) | (550) |
| General and administrative | 268 | 268 |
| Operating profit | (818) | (818) |
| Other: |  |  |
| Interest | 1 | 1 |
| Miscellaneous | 41 | 41 |
|  | 42 | 42 |
| Net Profit ( Loss) | ($860) | ($860) |

P&L1

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of February 2004
(000's)

| | | |
|---|---:|---:|
| Reconciled bank balance and cash on hand from last month (if this is the first report, insert the cash balance as of the petition date) | | $302 |
| **CASH RECEIPTS** | | |
| from cash sales/receipts | $77 | |
| from collection of pre-petition accounts receivable | 4,464 | |
| from collection of post-petition accounts receivable | 450 | |
| from loans | | |
| from contributions to capital or from gifts | | |
| other receipts (itemize on a separate sheet) | | |
| TOTAL RECEIPTS | | 4,991 |
| **CASH DISBURSEMENTS** | | |
| inventory purchases | $2,405 | |
| net payments to officers/owners (1) | $50 | |
| net payments to other employees (1) | $982 | |
| rent payments | $0 | |
| lease payments | $19 | |
| mortgage payments | $0 | |
| adequate protection payments | $0 | |
| insurance payments | $327 | |
| utilities/telephone | $521 | |
| tax payments (2) | $517 | |
| travel/entertainment | $0 | |
| payments to attorneys (3) | $0 | |
| other payroll withheld amounts | $141 | |
| payments to accountants (3) | $0 | |
| payments to other professionals (3) | $0 | |
| U.S. Trustee Quarterly Fee | $0 | |
| other expenses | $228 | |
| TOTAL DISBURSEMENTS | | 5,190 |
| NET CASH FLOW (Total Receipts less Total Disbursements) | | (199) |
| Bank Balance and cash on hand at the end of the month | | $103 |

(1) This figure is the actual cash paid, i.e. gross payroll less taxes withheld
(2) This figure comes from page 2 of this form
(3) Attach a copy of the court order authorizing such payments

Monthly Operating Report
for
Debtors - In - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of February 2004

### STATUS OF TAXES

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| withholding | $32,022.95 | $145,625.05 | $177,822.33 | ($174.33) |
| FICA - employer and employee | 15,196.32 | 171,772.53 | 187,208.82 | (239.97) |
| Medicare tax | 3,581.67 | 40,173.15 | 43,782.75 | (27.93) |
| unemployment | 4,178.00 | 2,410.00 | 0.00 | 6,588.00 |
| income | | | | 0.00 |
| other - list | | | | 0.00 |
| | | | | 0.00 |
| a. subtotal | 54,978.94 | 359,980.73 | 408,813.90 | 6,145.77 |
| **STATE & LOCAL** | | | | |
| withholding - Indiana | 93,355.32 | 38,613.78 | 74,805.61 | 57,163.49 |
| withholding - Michigan | 2,305.69 | 809.92 | 1,809.74 | 1,305.87 |
| withholding - Ohio | 4,850.49 | 1,856.30 | 3,978.16 | 2,728.63 |
| withholding - Indiana county | 32,170.73 | 13,321.28 | 25,840.57 | 19,651.44 |
| sales | 1,492.29 | 278.25 | 972.92 | 797.62 |
| excise | | | | 0.00 |
| unemployment | 21,405.00 | 12,349.00 | 0.00 | 33,754.00 |
| Ohio school tax | 546.68 | 232.31 | 454.01 | 324.98 |
| real and personal property | 1,706,030.11 | 50,775.00 | 0.00 | 1,756,805.11 |
| other - Michigan SBT | 291,250.00 | 18,750.00 | 0.00 | 310,000.00 |
| | | | | 0.00 |
| b. subtotal | 2,153,406.31 | 136,985.84 | 107,861.01 | 2,182,531.14 |

TOTAL TAXES PAID - from a. & b. above ( this sum is to be listed on page 1, as tax payments)    $516,674.91

CF1    Page 2 of 3

Monthly Operating Report
for
Debtors - In - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Aging Schedules for Receivables & Payables
Month of February 2004
Case Filed: February 8, 2004

### Accounts Receivable

| | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Pre - petition | $1,880,685.76 | $5,062,064.89 | $616,843.17 | $493,815.03 | $8,053,208.85 |
| Post - petition | 4,865,957.09 | 0.00 | 0.00 | 0.00 | 4,865,957.09 |
| Totals | $6,736,642.85 | $5,062,064.89 | $616,643.17 | $493,815.03 | $12,923,165.94 |

### Accounts Payable

| | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Post - petition only | $279,433.82 | | | | $279,433.82 |

| | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Notes or Leases Payable or adequate protection agreements (Post Petition only) | | $0.00 | $0.00 | $0.00 | |

List Creditor/Lessor

### Post Petition Bank

| | Bank Name | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| operating | Bank of America | 3751512941 | $302,065.00 | $245,926.50 |
| | Bank of America | 3752198746 | $0.00 | $0.00 |
| payroll | Bank of America | 3269985186 | $0.00 | $0.00 |
| | Bank of America | 3752198759 | $0.00 | $0.00 |
| Lock Box | Bank of America | 3761507697 | $0.00 | $0.00 |
| others | National City | 1000643 | $1,950.46 | $1,950.46 |
| Health Account | Bank of America | 3752198387 | $0.00 | $0.00 |

Page 3 of 13

CF1