Monthly Operating Report
For
Debtors in Possession and Chapter 11 Trustees

**Office of the United States Trustee, Region 10**
Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

**Report for Month of:**     May 2004

1.     What efforts have been made toward the presentation of a plan to creditors?

The Debtor continues to develop a plan that they will present to the bankruptcy court and creditors. This plan should be available in the very near future.

2.     Has the Debtor in possession made any payments on the pre – petition unsecured debt since the filing of the bankruptcy?

_____     NO

\_\_X\_\_     YES; If yes, identify to whom the payment was made, the date paid, and the amount(s).

As approved by the bankruptcy court in the First Day Orders the Debtor has paid payrolls and benefits including health care costs that were pre – petition unsecured debt.

3.     Provide a brief narrative covering significant events which occurred this past month.

The Debtor has submitted to the bankruptcy court a new supply contract between the Debtor and General Motors Corporation. This agreement was approved during the month of May. In addition, the Debtor requested the approval of Mellon Consulting as professional so that actuarial services could be provided to the Debtor. This was approved by the Court.

4.     List the face value of accounts receivable as of the date that the bankruptcy was filed: $ 12,002,701. What amount of these receivables is considered uncollectible? Approximately $ 1,250,000.

Oprept REV. September 3, 1992                                                                Page 1 of 2

5.  If assets have been sold this month in other than the ordinary course of business, provide the following information:

    asset(s) sold _____N/A_____

    date of sale _____

    sales price _____

    net amount received _____

6.  List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

See attached schedule

7.  Schedule of insurance coverage

See attached schedules

**Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.**

No

**If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.**

The Company renewed all existing coverages as of April 1, 2004. These policies are for a one year period expiring March 31, 2005

8.  Schedule of changes in personnel.

See attached schedule.

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Income Statement
Month of May 2004
( 000's)

|  | Current Month | Year To Date |
|---|---|---|
| Gross sales | $6,482 | $27,480 |
| less returns and allowances | (868) | (852) |
|  | 5,614 | 26,628 |
| Cost of sales: |  |  |
| Materials | 2,488 | 10,327 |
| Supplies | 626 | 1,755 |
| Purchased cores | 73 | 107 |
| Energy | 733 | 3,114 |
| Inventory (Increase) Decrease | (369) | 2 |
| Sub-contractors | 86 | 215 |
|  | 3,637 | 15,520 |
| Production labor including overtime | 1,102 | 4,818 |
| Contract labor | 2 | 29 |
| Trucking | 48 | 191 |
| Fringe benefits | 552 | 2,555 |
|  | 1,704 | 7,593 |
| Maintenance labor - salary and hourly including overtime | 345 | 1,171 |
| Fringe benefits | 173 | 620 |
| Pattern repairs | 2 | 96 |
| Repair parts | 314 | 959 |
| Contract labor - maintenance | 33 | 102 |
|  | 867 | 2,948 |
| Salary management including overtime | 49 | 180 |
| Fringe benefits | 25 | 95 |
|  | 74 | 275 |
| Depreciation | 593 | 2,342 |
| Other | 176 | 919 |
|  | 769 | 3,261 |
| Total cost of sales | 7,051 | 29,597 |
| Gross margin | (1,437) | (2,969) |
| General and administrative | 303 | 1,219 |
| Operating profit | (1,740) | (4,188) |
| Other: |  |  |
| Interest | 6 | (19) |
| Miscellaneous | 575 | 1,020 |
|  | 581 | 1,001 |
| Net Profit ( Loss) | ($2,321) | ($5,189) |

P&L1

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of May 2004
(000's)

| | | |
|---|---:|---:|
| Reconciled bank balance and cash on hand from last month ( if this is the first report, insert the cash balance as of the petition date) | | $178 |
| **CASH RECEIPTS** | | |
| from cash sales/receipts | $25 | |
| from collection of accounts receivable | 6,298 | |
| from loans | 658 | |
| from contributions to capital or from gifts | | |
| other receipts (itemize on a separate sheet) | | |
| TOTAL RECEIPTS | | 6,981 |
| **CASH DISBURSEMENTS** | | |
| inventory purchases | $2,636 | |
| net payments to officers/owners ( 1) | $28 | |
| net payments to other employees (1) | $1,101 | |
| rent payments | $1 | |
| lease payments | $22 | |
| mortgage payments | $0 | |
| adequate protection payments | $0 | |
| insurance payments | $558 | |
| utilities/telephone | $769 | |
| tax payments (2) | $534 | |
| travel/entertainment | $8 | |
| payments to attorneys (3) | $211 | |
| other payroll withheld amounts | $150 | |
| payments to accountants (3) | $0 | |
| payments to other professionals (3) | $0 | |
| reduction of revolving senior DIP | $0 | |
| U.S. Trustee Quarterly Fee | $0 | |
| other expenses | $1,107 | |
| TOTAL DISBURSEMENTS | | 7,125 |
| NET CASH FLOW ( Total Receipts less Total Disbursements | | (144) |
| Bank Balance and cash on hand at the end of the month | | $34 |

(1) This figure is the actual cash paid, I.e. gross payroll less taxes withheld
(2) This figure comes from page 2 of this form
(3) Attach a copy of the court order authorizing such payments

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of May 2004

### STATUS OF TAXES

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---:|---:|---:|---:|
| **FEDERAL** | | | | |
| withholding | ($174.33) | $215,275.14 | $190,284.70 | $24,816.11 |
| FICA - employer and employee | (240.99) | 218,188.73 | 205,981.71 | $11,966.03 |
| Medicare tax | (27.34) | 51,028.05 | 48,173.21 | 2,827.50 |
| unemployment | 4,695.26 | 3,213.00 | 0.00 | 7,908.26 |
| income | | | | 0.00 |
| other - list | | | | 0.00 |
| | | | | 0.00 |
| a. subtotal | 4,252.60 | 487,704.92 | 444,439.62 | 47,517.90 |
| **STATE & LOCAL** | | | | |
| withholding - Indiana | 62,330.74 | 57,498.45 | 62,460.90 | 57,368.29 |
| withholding - Michigan | 917.15 | 717.84 | 917.15 | 717.84 |
| withholding - Ohio | 3,182.58 | 2,466.99 | 3,182.58 | 2,466.99 |
| withholding - Indiana county | 21,476.11 | 19,579.15 | 21,523.96 | 19,531.30 |
| sales | 1,214.67 | 1,161.98 | 1,236.45 | 1,140.20 |
| excise | | | | 0.00 |
| unemployment | 20,826.35 | 16,466.00 | 0.00 | 37,292.35 |
| Ohio school tax | 409.60 | 282.54 | 409.60 | 282.54 |
| real and personal property | 1,866,805.11 | 60,000.00 | 0.00 | 1,926,805.11 |
| other - Michigan SBT | 353,750.00 | 25,000.00 | 0.00 | 378,750.00 |
| | | | | 0.00 |
| b. subtotal | 2,330,912.31 | 183,172.95 | 89,730.64 | 2,424,354.62 |

TOTAL TAXES PAID - from a. & b. above ( this sum is
to be listed on  page 1, as tax payments)          $534,170.26

CF1                                                                                          Page 2 of 3

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Aging Schedules for Receivables & Payables
Month of May 2004
Case Filed: February 8, 2004

### Accounts Receivable

|  | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Pre - petition | $0.00 | $0.00 | $7,282.92 | $1,201,897.60 | $1,209,180.52 |
| Post - petition | 6,113,268.31 | 3,313,279.68 | 824,993.22 | 207,559.99 | 10,459,101.20 |
| Totals | $6,113,268.31 | $3,313,279.68 | $832,276.14 | $1,409,457.59 | $11,668,281.72 |

### Accounts Payable

|  | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Post - petition only | $288,405.80 | $0.00 | $0.00 | $0.00 | $288,405.80 |
| Notes or Leases Payable or adequate protection agreements (Post Petition only) | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |

List Creditor/Lessor

### Post Petition Bank

|  | Bank Name | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| operating | Bank of America | 3751512941 | $15,327.25 | ($127,687.95) |
|  | Bank of America | 3752198746 | $0.00 | $0.00 |
| payroll | Bank of America | 3299985186 | $0.00 | $0.00 |
|  | Bank of America | 3752198759 | $0.00 | $0.00 |
| Lock Box | Bank of America | 3751507697 | $147,777.34 | $147,777.34 |
| others | National City | 1000643 | $13,639.52 | $13,701.25 |
| Health Account | Bank of Amreica | 3752188387 | $0.00 | $0.00 |

CF1    Page 3 of 3

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Schedule in Support of Oprept REV Page 2
Month of May 2004
Case Filed: February 8, 2004

Item 6. - Schedule of payments to principals, executives or insiders

| | Name | Position | Amount | Salary | Expense Reimbursement | Other |
|---|---|---|---|---|---|---|
| a | David Hunter | Board Member | $1,916.66 | $1,916.66 | $0.00 | |
| b | Michael Polich | VP Marketing | $15,384.62 | $15,384.62 | $0.00 | |
| c | David Weber | VP Technology | $13,918.11 | $13,538.46 | $379.65 | |
| d | Tim Borden | Board Member | $0.00 | $0.00 | $0.00 | |
| e | David Fink | Board Member | $0.00 | $0.00 | $0.00 | |
| f | Thomas Woehlke | President | $15,577.45 | $15,384.62 | $192.83 | |
| g | Jerry Sprouse | Ass't Secretary | $0.00 | $0.00 | $0.00 | |
| h | Dennis Maude | CFO | $11,685.82 | $10,769.24 | $916.58 | |

Item 7. - Schedule of Insurance

| Type of Coverage | Expiration Date | |
|---|---|---|
| Property & Business Income | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Boiler & Machinery | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Commerical Liability | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Business Auto | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Commerical Umbrella | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Excess Umbrella | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Foreign Liability | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Excess Workers' Compensation | 8/31/2004 | |
| Executive Protection | 12/31/2004 | |

Item 8. - Schedule of changes in personnel

| | | Full Time | Part Time |
|---|---|---|---|
| a | Total number of employees at beginning of period | 502 | 1 |
| b | Number hired during this period | 6 | 0 |
| c | Number terminated or resigned | 0 | 0 |
| d | Total number of employees on payroll | 508 | 1 |

Monthly Operating Report
For
Debtors in Possession and Chapter 11 Trustees

**Office of the United States Trustee, Region 10**
Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

**Report for Month of:**     June 2004

Each month, all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U. S. Trustee no later than the 15th day of the month following the end of the calendar month by this report.

| Required Documents: | Attached | Previously Submitted |
|---|---|---|
| 1. Monthly Income Statement (P&L 1) | X | _____ |
| 2. Monthly Cash Flow Report ( CF1; 3 pages) | X | _____ |
| 3. Statement of Operations (Oprept) | X | _____ |
| 4. Other reports/documents as required by the U.S. Trustee | _____ | _____ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information and belief.

By: _[signature]_                              Dated: August 2, 2004

Chief Financial Officer          (Title) Debtor's phone number: 260-925-7978

**Reports Prepared by** _____
                 (Name)                                         (Title)

Monthly Operating Report
For
Debtors in Possession and Chapter 11 Trustees

**Office of the United States Trustee, Region 10**
Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

**Report for Month of:**       June 2004

1.   What efforts have been made toward the presentation of a plan to creditors?

The Debtor continued to develop a plan and disclosure statement that were filed with the bankruptcy court on July 12, 2004.

2.   Has the Debtor in possession made any payments on the pre – petition unsecured debt since the filing of the bankruptcy?

_____        NO

__X__           YES; If yes, identify to whom the payment was made, the date paid, and the amount(s).

As approved by the bankruptcy court in the First Day Orders the Debtor has paid payrolls and benefits including health care costs that were pre – petition unsecured debt.

3.   Provide a brief narrative covering significant events which occurred this past month.

The debtor continued working on a plan and disclosure statement which were filed in July. The debtor obtained new business from a key customer. During the month the cost of the major raw material component increased dramatically. The debtor is able to pass along these increases to the majority of its customers through "surcharges".

4.   List the face value of accounts receivable as of the date that the bankruptcy was filed: $ 12,002,701. What amount of these receivables is considered uncollectible?  Approximately $ 1,250,000.

Oprept REV. September 3, 1992                                                    Page 1 of 2

5.   If assets have been sold this month in other than the ordinary course of business, provide the following information:

asset(s) sold _____N/A_____

date of sale _____

sales price _____

net amount received _____

6.  List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

See attached schedule

7.  Schedule of insurance coverage

See attached schedules

Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.

No

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.

The Company renewed all existing coverages as of April 1, 2004. These policies are for a one year period expiring March 31, 2005

8.  Schedule of changes in personnel.

See attached schedule.

Oprept Rev. September 3, 1992                                                                 Page 2 of 2

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10  - Northern District of Indiana
Regarding: Auburn Foundry, Inc.     Case No. 04-10427

Monthly Income Statement
Month of June 2004
( 000's)

|  | Current Month | Year To Date |
|---|---|---|
| Gross sales | $7,672 | $35,152 |
| less returns and allowances | (238) | (1,090) |
|  | 7,434 | 34,062 |
| Cost of sales: |  |  |
| Materials | 2,877 | 13,204 |
| Supplies | 528 | 2,283 |
| Purchased cores | 69 | 176 |
| Energy | 646 | 3,760 |
| Inventory (Increase) Decrease | (194) | (192) |
| Sub-contractors | 108 | 323 |
|  | 4,034 | 19,554 |
| Production labor including overtime | 1,322 | 6,140 |
| Contract labor | 16 | 45 |
| Trucking | 57 | 248 |
| Fringe benefits | 693 | 3,248 |
|  | 2,088 | 9,681 |
| Maintenance labor - salary and hourly including overtime | 305 | 1,476 |
| Fringe benefits | 160 | 780 |
| Pattern repairs | 11 | 107 |
| Repair parts | 265 | 1,224 |
| Contract labor - maintenance | 86 | 188 |
|  | 827 | 3,775 |
| Salary management including overtime | 61 | 241 |
| Fringe benefits | 32 | 127 |
|  | 93 | 368 |
| Depreciation | 652 | 2,994 |
| Other | 248 | 1,167 |
|  | 900 | 4,161 |
| Total cost of sales | 7,942 | 37,539 |
| Gross margin | (508) | (3,477) |
| General and administrative | 319 | 1,538 |
| Operating profit | (827) | (5,015) |
| Other: |  |  |
| Interest | 0 | (19) |
| Miscellaneous | 250 | 1,270 |
|  | 250 | 1,251 |
| Net Profit ( Loss) | ($1,077) | ($6,266) |

P&L1

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10  - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of June 2004
(000's)

| | | |
|---|---:|---:|
| Reconciled bank balance and cash on hand from last month ( if this is the first report, insert the cash balance as of the petition date) | | $34 |
| **CASH RECEIPTS** | | |
| from cash sales/receipts | $13 | |
| from collection of accounts receivable | 6,702 | |
| from loans - revolver DIP | 1,269 | |
| from contributions to capital or from gifts | 0 | |
| other receipts (itemize on a separate sheet) | | |
| TOTAL RECEIPTS | | 7,984 |
| **CASH DISBURSEMENTS** | | |
| inventory purchases | $2,913 | |
| net payments to officers/owners ( 1) | $50 | |
| net payments to other employees (1) | $1,546 | |
| rent payments | $0 | |
| lease payments | $31 | |
| mortgage payments | $0 | |
| adequate protection payments | $0 | |
| insurance payments | $342 | |
| utilities/telephone | $842 | |
| tax payments (2) | $665 | |
| travel/entertainment | $6 | |
| payments to attorneys (3) | $111 | |
| other payroll withheld amounts | $0 | |
| payments to accountants (3) | $0 | |
| payments to other professionals (3) | $5 | |
| reduction of revolving senior DIP | $0 | |
| U.S. Trustee Quarterly Fee | $0 | |
| other expenses | $1,283 | |
| TOTAL DISBURSEMENTS | | 7,794 |
| NET CASH FLOW ( Total Receipts less Total Disbursements | | 190 |
| Bank Balance and cash on hand at the end of the month | | $224 |

(1) This figure is the actual cash paid, I.e. gross payroll less taxes withheld
(2) This figure comes from page 2 of this form
(3) Attach a copy of the court order authorizing such payments

CF1                                                          Page 1 of 3

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10  - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of June 2004

### STATUS OF TAXES

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| withholding | $24,816.11 | $224,260.03 | $252,250.47 | ($3,174.33) |
| FICA - employer and employee | 11,966.03 | 253,797.42 | 266,004.52 | ($241.07) |
| Medicare tax | 2,827.50 | 59,972.70 | 62,827.77 | (27.57) |
| unemployment | 7,908.26 | 3,534.00 | 0.00 | 11,442.26 |
| income | | | | 0.00 |
| other - list | | | | 0.00 |
| | | | | 0.00 |
| a. subtotal | 47,517.90 | 541,564.15 | 581,082.76 | 7,999.29 |
| **STATE & LOCAL** | | | | |
| withholding - Indiana | 57,368.29 | 60,804.70 | 57,368.29 | 60,804.70 |
| withholding - Michigan | 717.84 | 922.33 | 717.84 | 922.33 |
| withholding - Ohio | 2,466.99 | 2,745.86 | 2,466.99 | 2,745.86 |
| withholding - Indiana county | 19,531.30 | 20,845.17 | 19,531.30 | 20,845.17 |
| sales | 1,140.20 | 1,358.13 | 1,140.20 | 1,358.13 |
| excise | | | | 0.00 |
| unemployment | 37,292.35 | 18,112.00 | 0.00 | 55,404.35 |
| Ohio school tax | 282.54 | 355.83 | 282.54 | 355.83 |
| real and personal property | 1,926,805.11 | 60,000.00 | 2,582.82 | 1,984,222.29 |
| other - Michigan SBT | 378,750.00 | 25,000.00 | 0.00 | 403,750.00 |
| | | | | 0.00 |
| b. subtotal | 2,424,354.62 | 190,144.02 | 84,089.98 | 2,530,408.66 |

TOTAL TAXES PAID - from a. & b. above ( this sum is
to be listed on  page 1, as tax payments)       $665,172.74

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Aging Schedules for Receivables & Payables
Month of June 2004
Case Filed: February 8, 2004

### Accounts Receivable

|  | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Pre - petition | $0.00 | $0.00 | $0.00 | $1,070,540.45 | $1,070,540.45 |
| Post - petition | 6,639,177.03 | 3,994,679.07 | 410,515.56 | 586,555.87 | 11,630,927.53 |
| Totals | $6,639,177.03 | $3,994,679.07 | $410,515.56 | $1,657,096.32 | $12,701,467.98 |

### Accounts Payable

|  | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Post - petition only | $138,833.21 | $0.00 | $0.00 | $0.00 | $138,833.21 |
| Notes or Leases Payable or adequate protection agreements (Post Petition only) | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |

List Creditor/Lessor

**Post Petition Bank**

|  | Bank Name | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| operating | Bank of America | 3751512941 | ($127,687.95) | $61,622.08 |
|  | Bank of America | 3752198746 | $0.00 | $0.00 |
| payroll | Bank of America | 3299985186 | $0.00 | $0.00 |
|  | Bank of America | 3752198759 | $0.00 | $0.00 |
| Lock Box | Bank of America | 3751507697 | $147,777.34 | $147,777.34 |
| others | National City | 1000643 | $13,701.25 | $13,769.66 |
| Health Account | Bank of Amreica | 3752188387 | $0.00 | $0.00 |

CF1                                                                                              Page 3 of 3

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Schedule in Support of Oprept REV Page 2
Month of June 2004
Case Filed: February 8, 2004

Item 6. - Schedule of payments to principals, executives or insiders

|   | Name | Position | Amount | Salary | Expense Reimbursement | Other |
|---|---|---|---|---|---|---|
| a | David Hunter | Board Member | $1,729.32 | $1,729.32 | $0.00 | |
| b | Michael Polich | VP Marketing | $23,076.93 | $23,076.93 | $0.00 | |
| c | David Weber | VP Technology | $20,307.69 | $20,307.69 | $0.00 | |
| d | Tim Borden | Board Member | $0.00 | $0.00 | $0.00 | |
| e | David Fink | Board Member | $0.00 | $0.00 | $0.00 | |
| f | Thomas Woehlke | President | $23,462.46 | $23,076.93 | $385.53 | |
| g | Jerry Sprouse | Ass't Secretary | $0.00 | $0.00 | $0.00 | |
| h | Dennis Maude | CFO | $16,583.58 | $16,153.86 | $429.72 | |

Item 7. - Schedule of Insurance

| Type of Coverage | Expiration Date | |
|---|---|---|
| Property & Business Income | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Boiler & Machinery | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Commerical Liability | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Business Auto | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Commerical Umbrella | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Excess Umbrella | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Foreign Liability | 4/1/2004 | Renewed as of 4/1/04 through 3/3/1/05 |
| Excess Workers' Compensation | 8/31/2004 | |
| Executive Protection | 12/31/2004 | |

Item 8. - Schedule of changes in personnel

|   |   | Full Time | Part Time |
|---|---|---|---|
| a | Total number of employees at beginning of period | 508 | 1 |
| b | Number hired during this period | 0 | 0 |
| c | Number terminated or resigned | 3 | 0 |
| d | Total number of employees on payroll at the end of this period | 505 | 1 |

# Monthly Operating Report
## For
## Debtors in Possession and Chapter 11 Trustees

### Office of the United States Trustee, Region 10
### Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

Report for Month of:    July 2004

Each month, all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U.S. Trustee no later than the 15th day of the month following the end of the calendar month by this report.

| Required Documents: | Attached | Previously Submitted |
|---|---|---|
| 1. Monthly Income Statement (P&L 1) | X | _____ |
| 2. Monthly Cash Flow Report (CF1; 3 pages) | X | _____ |
| 3. Statement of Operations (Oprept) | X | _____ |
| 4. Other reports/documents as required by the U.S. Trustee | _____ | _____ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information and belief.

By: _[signature]_    Dated: August 31, 2004

Chief Financial Officer    (Title) Debtor's phone number: 260-925-7978

Reports Prepared by _Dennis Maude_    _Chief Financial officer_
            (Name)            (Title)

Monthly Operating Report
For
Debtors in Possession and Chapter 11 Trustees

**Office of the United States Trustee, Region 10**
Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

Report for Month of:    June 2004

1. What efforts have been made toward the presentation of a plan to creditors?

The Debtor filed a disclosure statement with the court on July 12, 2004. A hearing on this statement has been scheduled for September 15, 2004.

2. Has the Debtor in possession made any payments on the pre – petition unsecured debt since the filing of the bankruptcy?

_____  NO

__X__    YES; If yes, identify to whom the payment was made, the date paid, and the amount(s).

As approved by the bankruptcy court in the First Day Orders the Debtor has paid payrolls and benefits including health care costs that were pre – petition unsecured debt.

3. Provide a brief narrative covering significant events which occurred this past month.

The Debtor filed a Disclosure Statement with the Bankruptcy Court on July 12, 2004. The Debtor continued to negotiate with the union committee on wage and benefit concessions. During the month the cost of the major raw material component increased dramatically. The debtor is able to pass along these increases to the majority of its customers through "surcharges".

4. List the face value of accounts receivable as of the date that the bankruptcy was filed: $ 12,002,701. What amount of these receivables is considered uncollectible? Approximately $ 1,250,000.

Oprept REV. September 3, 1992                                               Page 1 of 2

5.  If assets have been sold this month in other than the ordinary course of business, provide the following information:

   asset(s) sold _____N/A_____

   date of sale _____

   sales price _____

   net amount received _____

6.  List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

See attached schedule

7.  Schedule of insurance coverage

See attached schedules

Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.

No

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.

The Company renewed all existing coverages as of April 1, 2004. These policies are for a one year period expiring March 31, 2005

8.  Schedule of changes in personnel.

See attached schedule.

Monthly Operating Report
for
Debtors - In - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Income Statement
Month of July 2004
( 000's )

|  | Current Month | Year To Date |
|---|---:|---:|
| Gross sales | $6,079 | $41,231 |
| less returns and allowances | (77) | (1,167) |
|  | 6,002 | 40,064 |
| Cost of sales: |  |  |
| Materials | 2,697 | 15,901 |
| Supplies | 484 | 2,767 |
| Purchased cores | 59 | 235 |
| Energy | 638 | 4,398 |
| Inventory (Increase) Decrease | 340 | 148 |
| Sub-contractors | 105 | 428 |
|  | 4,323 | 23,877 |
| Production labor including overtime | 1,007 | 7,147 |
| Contract labor | 10 | 55 |
| Trucking | 41 | 289 |
| Fringe benefits | 632 | 3,880 |
|  | 1,690 | 11,371 |
| Maintenance labor - salary and hourly including overtime | 370 | 1,846 |
| Fringe benefits | 232 | 1,012 |
| Pattern repairs | 5 | 112 |
| Repair parts | 399 | 1,623 |
| Contract labor - maintenance | 95 | 283 |
|  | 1,101 | 4,876 |
| Salary management including overtime | 62 | 303 |
| Fringe benefits | 39 | 166 |
|  | 101 | 469 |
| Depreciation | 623 | 3,617 |
| Other | 210 | 1,377 |
|  | 833 | 4,994 |
| Total cost of sales | 8,048 | 45,587 |
| Gross margin | (2,046) | (5,523) |
| General and administrative | 340 | 1,878 |
| Operating profit | (2,386) | (7,401) |
| Other: |  |  |
| Interest | 7 | (12) |
| Miscellaneous | 162 | 1,432 |
|  | 169 | 1,420 |
| Net Profit ( Loss) | ($2,555) | ($8,821) |

P&L1

Monthly Operating Report
for
Debtors - In - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of July 2004
(000's)

Reconciled bank balance and cash on hand from last month ( If this is the first report, insert the cash balance as of the petition date)    $224

**CASH RECEIPTS**
| | |
|---|---:|
| from cash sales/receipts | $0 |
| from collection of accounts receivable | 7,698 |
| from loans - revolver DIP | 250 |
| from contributions to capital or from gifts | 0 |
| other receipts (itemize on a separate sheet) | 92 |

TOTAL RECEIPTS    8,040

**CASH DISBURSEMENTS**
| | |
|---|---:|
| Inventory purchases | $2,530 |
| net payments to officers/owners ( 1) | $35 |
| net payments to other employees (1) | $1,084 |
| rent payments | $3 |
| lease payments | $22 |
| mortgage payments | $0 |
| adequate protection payments | $0 |
| insurance payments | $513 |
| utilities/telephone | $712 |
| tax payments (2) | $564 |
| travel/entertainment | $8 |
| payments to attorneys (3) | $7 |
| other payroll withheld amounts | $176 |
| payments to accountants (3) | $0 |
| payments to other professionals (3) | $0 |
| reduction of revolving senior DIP | $1,702 |
| U.S. Trustee Quarterly Fee | $10 |
| other expenses | $1,246 |

TOTAL DISBURSEMENTS    8,612

NET CASH FLOW ( Total Receipts less Total Disbursements    (572)

Bank Balance and cash on hand at the end of the month    ($348)

(1) This figure is the actual cash paid, i.e. gross payroll less taxes withheld
(2) This figure comes from page 2 of this form
(3) Attach a copy of the court order authorizing such payments
Deficit in cash position reflects checks issued on Friday 7/30/04 for which DIP borrowings were not made until 8/02/04

CF1    Page 1 of 3