UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AND NOTICE FOR
## HEARING ON DISCLOSURE STATEMENT

TO:   THE DEBTOR(S), ITS CREDITORS AND OTHER PARTIES IN INTEREST

On January 20, 2005 , Debtor filed a Disclosure Statement referring to a proposed Chapter 11 Plan filed on January 20, 2005 .

It is therefore ordered and notice is given that:

1. The court will hold a hearing on February 16, 2005 at 10:40 a.m. in Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana, to consider the approval of the Disclosure Statement. The hearing may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

2. Any objection to the Disclosure Statement shall be filed and served no later than seven (7) days prior to the hearing.

3. Requests for copies of the Disclosure Statement and Plan should be directed to counsel for the party which filed them.

Dated at Fort Wayne, Indiana, on January 24, 2005 .

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 510 – 509