# EXHIBIT A



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 499356    Page 1
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Update communications with Committee (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/09/04 | Communications with Committee Chair regarding upcoming hearings (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ....................................... $   142.00

TOTAL DUE FOR THIS MATTER .................................................. $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................... $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0004

INVOICE #:      499356

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$   142.00

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn           Invoice 499357   Page 1
Foundry, Inc.                                      October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | |
|---|---|---|---|---|
| 09/01/04 | Communications with attorneys for Debtor and bank regarding need for consultant, and communications with KPMG regarding same (.6). | | | |
| | H. Efroymson | .60 hrs. | 355.00/hr $ | 213.00 |
| 09/02/04 | Reviewed proposal from Western Reserve on valuation, and forwarded to Committee (.3). | | | |
| | H. Efroymson | .30 hrs. | 355.00/hr $ | 106.50 |
| 09/03/04 | Reviewed Order from Court on request to use cash collateral (.1); reviewed Notice of Hearing on request to employ KPMG, and dated up (.2). | | | |
| | H. Efroymson | .30 hrs. | 355.00/hr $ | 106.50 |
| 09/07/04 | Telephone calls from attorneys for Debtors regarding continuance of Disclosure Statement hearing, and reviewed related documents (.4); communications with Committee regarding same (.1). | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr $ | 177.50 |
| 09/08/04 | Reviewed Motion to Extend Time on Disclosure Statement filed with Court, and communicated with Committee regarding same (.2); telephone conferences with attorney for Debtor and KPMG regarding engagement (.2); telephone conference with Fillipell regarding potential engagement for valuation (.2). | | | |
| | H. Efroymson | .60 hrs. | 355.00/hr $ | 213.00 |
| 09/10/04 | Attention submission of statements to Court and attorneys for Debtor and banks (.2); telephone conference with KPMG regarding engagement, and communications with attorneys for Debtor and banks regarding same (.3). | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr $ | 177.50 |
| 09/13/04 | Reviewed Order Continuing Adequate Protection Hearing (.1). | | | |
| | H. Efroymson | .10 hrs. | 355.00/hr $ | 35.50 |
| 09/14/04 | Reviewed Notice of Submission of Invoices and Certificate of Service for electronic filing (.2). | | | |

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                    Invoice 499357    Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | M. Wilson | .20 hrs. | 195.00/hr | $ 39.00 |
| 09/14/04 | Telephone call from Dauber Company regarding claim and status of case (.2); reviewed Motion filed by Debtor to reschedule hearing on NMHG lease (.1); telephone conference with attorney for Debtor regarding Wednesday hearings and KPMG employment (.3). | | | |
|  | H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 09/16/04 | Communications with KPMG regarding carve-out for services (.2); reviewed Notices from Court, and dated up (.1). | | | |
|  | H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/17/04 | Communications with KPMG regarding transfer of business to Mesirow and need to amend employment and order (.2); telephone call from Committee regarding same (.1); telephone call from Kendallville Iron & Metal regarding status of case and claim (.2); assisted with preparation of report to Official Creditors' Committee (.2). | | | |
|  | H. Efroymson | .70 hrs. | 355.00/hr | $ 248.50 |
| 09/20/04 | Reviewed and signed off on letter from KPMG (.2). | | | |
|  | H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/21/04 | Reviewed Order from Court on extension of exclusivity, and reported to Committee on same (.2); communications with attorney for Debtor regarding status of case (.2). | | | |
|  | H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 09/24/04 | Reviewed Court's entry on NMHG Motion (.1); communications with attorney for Debtor regarding not received operating reports (.2); telephone call from attorney for Debtor regarding terms of new Plan (.2); telephone call from attorney for union (.2). | | | |
|  | H. Efroymson | .70 hrs. | 355.00/hr | $ 248.50 |
| 09/29/04 | Reviewed Court Order on KPMG engagement (.1). | | | |
|  | H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |

                          Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 5.90 | 355.00 | 2,094.50 |
| M. Wilson | 0.20 | 195.00 | 39.00 |
| TOTAL | 6.10 | 349.75 | 2,133.50 |

TOTAL Fees for Professional Services ................................... $   2,133.50

TOTAL DUE FOR THIS MATTER .............................................. $   2,133.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $   2,133.50

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0005

INVOICE #:      499357

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   2,133.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 499358   Page 1
Foundry, Inc.                                          October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
              FOR SERVICES RENDERED THROUGH September 30, 2004
                          Federal ID #35-0874357

              OUR MATTER # 21926.0006
              Claims Administration & Objections
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


09/15/04      Attention to Court's denial of continuance on NMHG lease,
              and NMHG withdrawal of request to assume or reject (.2);
              telephone conference with attorney for Debtor regarding
              hearings today (.2); reviewed report on hearings (.2).
              H. Efroymson                    .60 hrs.    355.00/hr  $      213.00

09/20/04      Telephone call from Kendallville Iron and Metal regarding
              claim (.2).
              H. Efroymson                    .20 hrs.    355.00/hr  $       71.00


                           Summary of Fees

                                        Hours       Rate/Hr      Dollars
              H. Efroymson                0.80       355.00       284.00
                              TOTAL       0.80       355.00       284.00


TOTAL Fees for Professional Services ......................................$    284.00

TOTAL DUE FOR THIS MATTER .................................................$    284.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................$    284.00


                         ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Claims Administration & Objections
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0006

INVOICE #:     499358

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    284.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 499359   Page 1
Foundry, Inc.                                     October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/09/04 | Reviewed Fee Statements filed by attorneys for Debtors (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/13/04 | Prepared Fee Application, Notice and Order (.5).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/15/04 | Completed preparation of Fee Application, and arranged for submittal (.3).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/17/04 | Reviewed Notice on Fee Application, and attention to Certificate of Service (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/24/04 | Reviewed Court docket on Application to Employ KPMG (.1).<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.30 | 355.00 | 461.50 |
| TOTAL | 1.30 | 355.00 | 461.50 |

```
TOTAL Fees for Professional Services ...................... $   461.50

TOTAL DUE FOR THIS MATTER ................................. $   461.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................... $   461.50
```

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0008

INVOICE #:      499359

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     461.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn         Invoice 499360   Page 1
Foundry, Inc.                                    October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| 09/01/04 | Reviewed Joint Motion to Approve Extension of Cash Collateral Use, with exhibit (.3). | | | |
|---|---|---|---|---|
| | H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.30 | 355.00 | 106.50 |
| TOTAL | 0.30 | 355.00 | 106.50 |

TOTAL Fees for Professional Services ..................................... $   106.50

TOTAL DUE FOR THIS MATTER ............................................... $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   106.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN  46203

MATTER TITLE:      Financing
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0010

INVOICE #:         499360

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     106.50

ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn　　　　　　　Invoice 499361    Page 1
Foundry, Inc.　　　　　　　　　　　　　　　　　　　　　October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


　　　　　　　FOR SERVICES RENDERED THROUGH September 30, 2004
　　　　　　　　　　　　　　Federal ID #35-0874357

　　　　　　　OUR MATTER # 21926.0011
　　　　　　　Plan & Disclosure Statement
　　　　　　　Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


09/01/04　　　Worked on Objection to Disclosure Statement (.8).
　　　　　　　H. Efroymson　　　　　　　　　　.80 hrs.　　　355.00/hr  $　　　284.00

09/08/04　　　Prepared response to extension motion for filing with
　　　　　　　Court (.5).
　　　　　　　H. Efroymson　　　　　　　　　　.50 hrs.　　　355.00/hr  $　　　177.50

09/10/04　　　Reviewed Motion and Order from Court on continuance of
　　　　　　　hearing, and dated up (.2).
　　　　　　　H. Efroymson　　　　　　　　　　.20 hrs.　　　355.00/hr  $　　　 71.00

09/16/04　　　Attention to objections to Disclosure Statement (.4).
　　　　　　　H. Efroymson　　　　　　　　　　.40 hrs.　　　355.00/hr  $　　　142.00


　　　　　　　　　　　　　　Summary of Fees

　　　　　　　　　　　　　　　　　　Hours　　　　Rate/Hr　　　Dollars

　　　H. Efroymson　　　　　　　　　1.90　　　　355.00　　　　674.50
　　　　　　　　　TOTAL　　　　　　　1.90　　　　355.00　　　　674.50


TOTAL Fees for Professional Services ..................... $　　674.50

TOTAL DUE FOR THIS MATTER ................................ $　　674.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................... $　　674.50


　　　　　　　　　　ACCOUNTS ARE DUE UPON RECEIPT


One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Plan & Disclosure Statement
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0011

INVOICE #:       499361

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      674.50

ACCOUNTS ARE DUE UPON RECEIPT



LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn          Invoice 499362    Page 1
Foundry, Inc.                                     October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH September 30, 2004
                       Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

09/13/04   E108    Postage Expense                              $      2.40
09/15/04   E108    Postage Expense                              $      4.24
09/20/04   E108    Postage Expense                              $      3.18
09/20/04   E108    Postage Expense                              $     11.55
                   Long Distance                                $      6.00
                   Photocopies                                  $     83.34

TOTAL Itemized Charges .......................................$      110.71


TOTAL DUE FOR THIS MATTER ....................................$      110.71


PLEASE REMIT TOTAL INVOICE BALANCE DUE .......................$      110.71


                    ACCOUNTS ARE DUE UPON RECEIPT
```

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0015

INVOICE #:      499362

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$      110.71

ACCOUNTS ARE DUE UPON RECEIPT