

```
Unsecured Creditors' Committee of Auburn          Invoice 508558   Page 1
Foundry, Inc.                                     January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 12/23/04 | Communications with Committee members regarding status and Plan issues. | | | |
| | H. Efroymson | .40 hrs. | 355.00/hr  $ | 142.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ..................................... $   142.00

TOTAL DUE FOR THIS MATTER ................................................ $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Committee Meetings & Discussions
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0004

INVOICE #:     508558

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    142.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 508559   Page 1
January 7, 2005

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/06/04 | Reviewed Motions for Leave filed by Debtor.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/08/04 | Reviewed Monthly Report for October, and forwarded to Committee members (.2); reviewed memorandum from attorney for Debtor regarding sale effort and engagement of Basore, and forwarded to Committee members (.4); prepared response to attorney for Debtor (.5).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/09/04 | Reviewed orders from Court (denial of motions and engagement of Warsco) (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/10/04 | Communications with attorney for Debtor regarding sale process under Plan (.3); reviewed insider loan documents and evaluated basis for seeking equitable subordination (.6); telephone conferences with Committee members (.2).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/15/04 | Communications with attorney for Debtor regarding engagement of Basore.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/20/04 | Communications with Committee members regarding status and Basore proposal and meeting (.2); reviewed November Operating Report, and provided to Committee (.3); reviewed Order Rejecting Contract (.1).<br>H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 12/21/04 | Reviewed order issued in stay relief matter.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/27/04 | Communications with attorney for new AFI (.2); reviewed corrected statement filed by Ernst & Young (.1).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 12/29/04 | Reviewed itemized statement filed by attorneys for Debtor.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| H. Efroymson | 3.90  | 355.00  | 1,384.50 |
| TOTAL        | 3.90  | 355.00  | 1,384.50 |

TOTAL Fees for Professional Services .................................... $   1,384.50

TOTAL DUE FOR THIS MATTER ................................................ $   1,384.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   1,384.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Case Administration
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0005

INVOICE #:       508559

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$   1,384.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 508560    Page 1  
January 7, 2005

FOR SERVICES RENDERED THROUGH December 31, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0006  
Claims Administration & Objections  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | |
|---|---|---|---|---|
| 12/16/04 | Reviewed Supplemental Operating Report for October and Second Notice on Polich Compromise Motion (.2); communications with attorney for Debtor regarding meeting with Basore (.3); prepared Notice and letters on statement (.2); interviewed Basore regarding sale of assets (.7). | | | |
| | H. Efroymson | 1.40 hrs. | 355.00/hr | $ 497.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.40 | 355.00 | 497.00 |
| TOTAL | 1.40 | 355.00 | 497.00 |

TOTAL Fees for Professional Services ........................ $ 497.00

TOTAL DUE FOR THIS MATTER ................................... $ 497.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................... $ 497.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Claims Administration & Objections
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:      21926.0006

INVOICE #:     508560

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     497.00


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 508561    Page 1
Foundry, Inc.                                              January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

              FOR SERVICES RENDERED THROUGH December 31, 2004
                          Federal ID #35-0874357

              OUR MATTER # 21926.0010
              Financing
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

12/09/04      Reviewed Amended Notices on Financing and Cash Collateral
              Motions, and dated up (.2).
              H. Efroymson                      .20 hrs.     355.00/hr   $     71.00

                          Summary of Fees

                                      Hours      Rate/Hr       Dollars

              H. Efroymson             0.20       355.00         71.00
                          TOTAL        0.20       355.00         71.00


TOTAL Fees for Professional Services ....................................$      71.00


TOTAL DUE FOR THIS MATTER ...............................................$      71.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$      71.00


                    ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Financing
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0010

INVOICE #:        508561

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      71.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 508562    Page 1
Foundry, Inc.                                         January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

             FOR SERVICES RENDERED THROUGH December 31, 2004
                      Federal ID #35-0874357

             OUR MATTER # 21926.0011
             Plan & Disclosure Statement
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | |
|---|---|---|
| 12/22/04 | Lengthy conversation with attorney for new AFI (.4); communications with Committee regarding same (.3).<br>H. Efroymson         .70 hrs.         355.00/hr   $ | 248.50 |
| 12/29/04 | Communications with Committee members regarding Plan issues.<br>H. Efroymson         .50 hrs.         355.00/hr   $ | 177.50 |

                            Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.20 | 355.00 | 426.00 |
| TOTAL | 1.20 | 355.00 | 426.00 |

TOTAL Fees for Professional Services .....................................$     426.00

TOTAL DUE FOR THIS MATTER ................................................$     426.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$     426.00

                      ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN   46203

MATTER TITLE:   Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0011

INVOICE #:      508562

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     426.00


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 508563    Page 1
Foundry, Inc.                                         January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH December 31, 2004
                      Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

12/09/04   E107   Legal Research Expense - LEXIS/NEXIS - 11/17 Allen      $    204.21
12/09/04   E107   Legal Research Expense - LEXIS/NEXIS - 11/17 Skinner    $    222.26
12/09/04   E107   Legal Research Expense - LEXIS/NEXIS - 11/22 Allen      $     24.83
12/09/04   E108   12/8 Postage Expense                                    $      3.00
12/17/04   E108   12/16 Postage Expense                                   $      4.24
12/17/04   E106   12/16 Postage Expense                                   $      2.49
12/21/04   E108   12/20 Postage Expense                                   $      2.63
                  Photocopies                                             $     29.88

TOTAL Itemized Charges ............................................. $    493.54


TOTAL DUE FOR THIS MATTER .......................................... $    493.54


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................. $    493.54


                       ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Costs
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0015

INVOICE #:     508563

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    493.54

ACCOUNTS ARE DUE UPON RECEIPT