UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

### AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On January 12, 2005, Ice Miller, filed its *Third Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* (the "Application") and proposed Order for entry by the Court. The Application seeks approval of interim professional fee payments and reimbursement of expenses to Ice Miller, all without prejudice to the rights of any party-in-interest to object to the interim allowance of fees and expenses to Ice Miller. A copy of the Application is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **within 20 days from the date of this Notice,** you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 South Harrison Street
> P.O. Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

> Henry A. Efroymson
> Niquelle R. Allen
> Ice Miller
> One American Square, Box 82001
> Indianapolis, Indiana 46282-0200

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date: January 28, 2005

ICE MILLER

/s/ Henry A. Efroymson
Henry A. Efroymson
Niquelle R. Allen
Ice Miller
One American Square, Box 82001
Indianapolis, Indiana 46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com
niquelle.allen@icemiller.com

Attorneys for the Official Creditors'
Committee of Auburn Foundry, Inc.