

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 505448   Page 1
December 13, 2004

FOR SERVICES RENDERED THROUGH November 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/04 | Discussions with Committee members regarding status and fees (.3). H. Efroymson | .30 hrs. | 355.00/hr | $106.50 |
| 11/26/04 | Communications with Committee regarding financial results and reports and other administrative matters (.2). H. Efroymson | .20 hrs. | 355.00/hr | $71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.50 | 355.00 | 177.50 |
| TOTAL | 0.50 | 355.00 | 177.50 |

TOTAL Fees for Professional Services ........................................ $  177.50

TOTAL DUE FOR THIS MATTER ................................................... $  177.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................... $  177.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:        505448

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    177.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                Invoice 505449   Page 1
Foundry, Inc.                                           December 13, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH November 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/04 | Reviewed Amended Court Notices, and dates up (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/05/04 | Communications with attorney for Debtor regarding payment of administrative claims (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/10/04 | Prepared statement and notice for Court (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/12/04 | Researched issues and surveyed grounds for the appointment of Trustee in bankruptcy cases.<br>N. Allen | 1.10 hrs. | 165.00/hr | $ 181.50 |
| 11/12/04 | Reviewed Application to Employ Warsco, and communicated with attorney for Debtor regarding same (.3); reviewed Motion for Relief from Stay filed by Rosebrock (.1); researched basis for appointment of Chapter 11 Trustee (.5).<br>H. Efroymson | .90 hrs. | 355.00/hr | $ 319.50 |
| 11/16/04 | Reviewed Motion to Reject Employment Agreement, with exhibits and proposed Order, and Motion to Compromise with Polich, and proposed Order (.3); communications with attorney for Debtor regarding same (.2).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 11/17/04 | Researched Section 1104 grounds as related to sale of Debtor's assets to secured creditors/owners (1.5); prepared memorandum regarding the same (.5).<br>N. Allen | 2.00 hrs. | 165.00/hr | $ 330.00 |
| 11/18/04 | Conducted further research, analyzed research, and prepared memorandum regarding grounds for the appointment of a Chapter 11 Trustee (6.5).<br>N. Allen | 6.50 hrs. | 165.00/hr | $ 1,072.50 |
| 11/18/04 | Reviewed Notices from Court (Motions to Assume/Reject, Approve Agreement and Engage Special Counsel) (.2); communications with attorney for Debtor regarding status | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                    Invoice 505449      Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | of response to request for information and documents (.1); telephone call from Peters regarding status of case (.1).  H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 11/19/04 | Reviewed memorandum on grounds for appointment of Chapter 11 Trustee, and communications with Committee regarding same (.4).  H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 11/19/04 | Revised memorandum regarding conflict of interest by Debtor-in-Possession as it relates to the sale of Debtor's assets (.4).  N. Allen | .40 hrs. | 165.00/hr | $ 66.00 |
| 11/22/04 | Telephone call from attorney for Debtor regarding status and Plan issues (.2); worked on Motion to Appoint Chapter 11 Trustee (.4).  H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 11/23/04 | Attention to payment of administrative expenses (.2); preparation of Motion to Appoint Chapter 11 Trustee (1.1).  H. Efroymson | 1.30 hrs. | 355.00/hr | $ 461.50 |
| 11/24/04 | Reviewed itemized statement filed by counsel for Debtors (.2); communicated with attorney for Debtor regarding September and October Monthly Reports not filed (.2); reviewed September Report filed today (.3); worked on Motion to Appoint Chapter 11 Trustee (reviewed new Third Circuit decision in G-I Holdings) (.4).  H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 11/26/04 | Reviewed Order from Court (Ernst & Young retention) (.1); reviewed Adequate Protection Order (.1).  H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/29/04 | Reviewed new case law on conflicts and appointment of Chapter 11 Trustee (.5); communications with attorney for Debtor regarding payment of administrative expenses (.2).  H. Efroymson | .70 hrs. | 355.00/hr | $ 248.50 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 6.70 | 355.00 | 2,378.50 |
| N. Allen | 10.00 | 165.00 | 1,650.00 |
| TOTAL | 16.70 | 241.23 | 4,028.50 |

TOTAL Fees for Professional Services ....................................... $  4,028.50

TOTAL DUE FOR THIS MATTER ................................................. $  4,028.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................... $  4,028.50

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0005

INVOICE #:      505449

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    4,028.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 505450   Page 1
December 13, 2004

FOR SERVICES RENDERED THROUGH November 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 11/08/04 | Reviewed Motion Relating to Adequate Protection to Bank, and Notice on same (.3).  |  |  |  |
|  | H. Efroymson | .30 hrs. | 355.00/hr $ | 106.50 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.30 | 355.00 | 106.50 |
| TOTAL | 0.30 | 355.00 | 106.50 |

TOTAL Fees for Professional Services .................................... $   106.50

TOTAL DUE FOR THIS MATTER .............................................. $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   106.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Financing
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0010

INVOICE #:      505450

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $    106.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                Invoice 505451    Page 1
Foundry, Inc.                                               December 13, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH November 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/09/04 | Communications with attorneys for Debtor regarding new Plan (.2). | | | |
| | H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/10/04 | Reviewed new Plan and Disclosure Statement, and forwarded to Committee members (1.0). | | | |
| | H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 11/11/04 | Reviewed and analyzed new proposed Plan and Disclosure Statement, and discussed with Committee members (2.2); submitted request for information to attorneys for Debtor regarding Plan exhibits and related information (.5). | | | |
| | H. Efroymson | 2.70 hrs. | 355.00/hr | $ 958.50 |
| 11/16/04 | Communications with attorney for Debtor regarding Plan (.2). | | | |
| | H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 4.10 | 355.00 | 1,455.50 |
| TOTAL | 4.10 | 355.00 | 1,455.50 |

TOTAL Fees for Professional Services ..................................... $  1,455.50

TOTAL DUE FOR THIS MATTER ................................................ $  1,455.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $  1,455.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0011

INVOICE #:      505451

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    1,455.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 505452    Page 1
Foundry, Inc.                                         December 13, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH November 30, 2004
                      Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

11/16/04   E108   Postage Expense                                  $      5.35
           E108     Courier Expense                                $      4.05
                    Long Distance                                  $      2.00
                    Photocopies                                    $     22.86

TOTAL Itemized Charges ........................................... $     34.26


TOTAL DUE FOR THIS MATTER ........................................ $     34.26


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................... $     34.26


                    ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Costs
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0015

INVOICE #:     505452

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     34.26

ACCOUNTS ARE DUE UPON RECEIPT