

```
Unsecured Creditors' Committee of Auburn           Invoice 508558    Page 1
Foundry, Inc.                                      January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/23/04 | Communications with Committee members regarding status and Plan issues. H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ..................... $   142.00

TOTAL DUE FOR THIS MATTER ................................ $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................... $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0004

INVOICE #:      508558

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    142.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn           Invoice 508559    Page 1
Foundry, Inc.                                                 January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/06/04 | Reviewed Motions for Leave filed by Debtor.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/08/04 | Reviewed Monthly Report for October, and forwarded to Committee members (.2); reviewed memorandum from attorney for Debtor regarding sale effort and engagement of Basore, and forwarded to Committee members (.4); prepared response to attorney for Debtor (.5).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/09/04 | Reviewed orders from Court (denial of motions and engagement of Warsco) (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/10/04 | Communications with attorney for Debtor regarding sale process under Plan (.3); reviewed insider loan documents and evaluated basis for seeking equitable subordination (.6); telephone conferences with Committee members (.2).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/15/04 | Communications with attorney for Debtor regarding engagement of Basore.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/20/04 | Communications with Committee members regarding status and Basore proposal and meeting (.2); reviewed November Operating Report, and provided to Committee (.3); reviewed Order Rejecting Contract (.1).<br>H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 12/21/04 | Reviewed order issued in stay relief matter.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/27/04 | Communications with attorney for new AFI (.2); reviewed corrected statement filed by Ernst & Young (.1).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 12/29/04 | Reviewed itemized statement filed by attorneys for Debtor.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Invoice 508559   Page 2

### Summary of Fees

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| H. Efroymson | 3.90  | 355.00  | 1,384.50 |
| TOTAL        | 3.90  | 355.00  | 1,384.50 |

TOTAL Fees for Professional Services .......................................... $ 1,384.50

TOTAL DUE FOR THIS MATTER ..................................................... $ 1,384.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................ $ 1,384.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Case Administration
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0005

INVOICE #:        508559

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    1,384.50


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  Invoice 508560   Page 1
Foundry, Inc.                                             January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

      FOR SERVICES RENDERED THROUGH December 31, 2004
             Federal ID #35-0874357

      OUR MATTER # 21926.0006
      Claims Administration & Objections
      Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

12/16/04   Reviewed Supplemental Operating Report for October and
           Second Notice on Polich Compromise Motion (.2);
           communications with attorney for Debtor regarding meeting
           with Basore (.3); prepared Notice and letters on statement
           (.2); interviewed Basore regarding sale of assets (.7).
           H. Efroymson                    1.40 hrs.      355.00/hr  $      497.00

                    Summary of Fees

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| H. Efroymson   | 1.40  | 355.00  | 497.00  |
| TOTAL          | 1.40  | 355.00  | 497.00  |

TOTAL Fees for Professional Services ...................................... $      497.00

TOTAL DUE FOR THIS MATTER ................................................. $      497.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $      497.00

                ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Claims Administration & Objections
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0006

INVOICE #:       508560

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      497.00


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                 Invoice 508561   Page 1
Foundry, Inc.                                                January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
              FOR SERVICES RENDERED THROUGH December 31, 2004
                         Federal ID #35-0874357

              OUR MATTER # 21926.0010
              Financing
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case
```

| Date | Description | | | |
|---|---|---|---|---|
| 12/09/04 | Reviewed Amended Notices on Financing and Cash Collateral Motions, and dated up (.2). | | | |
| | H. Efroymson | .20 hrs. | 355.00/hr  $ | 71.00 |

                         Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.20 | 355.00 | 71.00 |
| TOTAL | 0.20 | 355.00 | 71.00 |

TOTAL Fees for Professional Services .................................... $   71.00

TOTAL DUE FOR THIS MATTER ............................................... $   71.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $   71.00

                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Financing
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0010

INVOICE #:        508561

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$      71.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 508562    Page 1
Foundry, Inc.                                     January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 12/22/04 | Lengthy conversation with attorney for new AFI (.4); communications with Committee regarding same (.3). | | | |
| | H. Efroymson | .70 hrs. | 355.00/hr $ | 248.50 |
| 12/29/04 | Communications with Committee members regarding Plan issues. | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr $ | 177.50 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.20 | 355.00 | 426.00 |
| TOTAL | 1.20 | 355.00 | 426.00 |

TOTAL Fees for Professional Services ................................. $   426.00

TOTAL DUE FOR THIS MATTER ............................................ $   426.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $   426.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Plan & Disclosure Statement
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0011

INVOICE #:       508562

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$     426.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 508563   Page 1
Foundry, Inc.                                     January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


             FOR SERVICES RENDERED THROUGH December 31, 2004
                      Federal ID #35-0874357

             OUR MATTER # 21926.0015
             Costs
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



    ITEMIZED CHARGES:

    12/09/04   E107   Legal Research Expense - LEXIS/NEXIS - 11/17 Allen      $     204.21
    12/09/04   E107   Legal Research Expense - LEXIS/NEXIS - 11/17 Skinner    $     222.26
    12/09/04   E107   Legal Research Expense - LEXIS/NEXIS - 11/22 Allen      $      24.83
    12/09/04   E108   12/8 Postage Expense                                    $       3.00
    12/17/04   E108   12/16 Postage Expense                                   $       4.24
    12/17/04   E106   12/16 Postage Expense                                   $       2.49
    12/21/04   E108   12/20 Postage Expense                                   $       2.63
                      Photocopies                                             $      29.88

    TOTAL Itemized Charges ........................................... $     493.54


    TOTAL DUE FOR THIS MATTER ........................................ $     493.54


    PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................... $     493.54


                       ACCOUNTS ARE DUE UPON RECEIPT
```

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Costs
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0015

INVOICE #:        508563

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    493.54

ACCOUNTS ARE DUE UPON RECEIPT