IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION TO REJECT EXECUTORY CONTRACT
ENTITLED "1995 LONG-TERM INCENTIVE PLAN"**

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits this Motion to Reject Executory Contract Entitled "1995 Long-Term Incentive Plan" (the "Motion") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor is a party to a certain executory contract (the "Contract"), referred to as the Long-Term Incentive Plan dated December 1, 1994, a true and accurate copy of which is attached hereto as Exhibit A and incorporated herein by reference.

3. The Debtor seeks to reject the Contract.

4. The Debtor believes the rejection described herein is in the best interests of creditors and the estate. Such rejection will facilitate the Debtor's Plan of Reorganization.

WHEREFORE, Debtor, by counsel, respectfully requests that the Court approve its Motion to Reject Executory Contract as described more fully herein, *nunc pro tunc* effective February 8, 2005.

FWIMAN1 377381v1

2

Dated: February 8, 2005                    BAKER & DANIELS

                                                    By:  /s/ John R Burns III
                                                            John R Burns III (#3016-02)
                                                            Mark A. Werling (#20426-02)
                                                            111 East Wayne Street, Suite 800
                                                            Fort Wayne, Indiana 46802
                                                            Telephone: (260) 420-8000
                                                            Facsimile: (260) 460-1700

                                              ATTORNEYS FOR THE DEBTOR,
                                              AUBURN FOUNDRY, INC.