MAR 2 7 1996

# BENEFITS RESTORATION PLAN
# OF
# AUBURN FOUNDRY, INC.

## ARTICLE I.

### PURPOSE

Auburn Foundry, Inc. (the "Employer") has established this Benefits Restoration Plan ("Plan") effective as of January 1, 1994 (the "Effective Date") to provide retirement benefits to eligible employees to replace any anticipated benefits from the Auburn Foundry, Inc. Salaried Employees' Retirement Plan (the "Qualified Plan") restricted by the application of the limitations of either Section 401(a)(17) or Section 415 of the Internal Revenue Code of 1986, as amended from time to time ("Code Limitations").

## ARTICLE II.

### PARTICIPATION

A Participant in the Qualified Plan shall become a Participant in this Plan upon a determination by the Employer that benefits which would otherwise be provided for such Participant under the Qualified Plan shall be reduced by reasons of the Code Limitations.

## ARTICLE III.

### RETIREMENT DATE

A Participant shall be retired under this Plan at his retirement as determined under the Qualified Plan.

## ARTICLE IV.

### BENEFITS

4.1  This Plan shall pay to each Participant, and to each surviving spouse or other beneficiary, a monthly supplemental pension benefit equal to the amount by which the benefit otherwise payable under the Qualified Plan is reduced by reason of the Code Limitations.

4.2.  Except as otherwise provided by this Plan, the supplemental pension benefits provided herein shall be payable in accordance with all the terms and conditions applicable to the Participant's benefits under the Qualified Plan, including whatever optional benefit payment modification may have been elected.

## ARTICLE V.

### FUNDING

No fund shall be established to provide for the payment of benefits under this Plan. Such payments shall be payable by the Employer from the general assets of the Employer, and this Plan constitutes only an unsecured promise by the Employer to pay the benefits called for by this Plan.

## ARTICLE VI.

### VESTING

Participants in this Plan shall become vested in this Plan at the same time and in the same manner as provided under the Qualified Plan.

## ARTICLE VII.

### ADMINISTRATION

This Plan shall be administered by the Employer in accordance with its terms and purposes. The Employer shall determine, in its sole discretion, the amount and manner of payment of planned benefits due or on behalf of a Participant or his beneficiary. The decisions made by and the actions taken by the Employer in the administration of this Plan shall be final and conclusive.

## ARTICLE VIII.

### AMENDMENT OR TERMINATION

This Plan may be amended or terminated by the Board of Directors of the Employer at any time. However, no amendment shall reduce benefits being paid in accordance with this Plan on the effective date of the amendment.

In the event of the termination of the Plan, the Employer shall make such provision as it deems necessary in order to provide for payment of benefits to any Participants or beneficiaries then entitled to receive them.

## ARTICLE IX.

### MISCELLANEOUS PROVISIONS

9.1    The benefits payable under this Plan may not be assigned, pledged, encumbered, or otherwise alienated and shall not become liable for or subject to the liabilities of any Participant or his beneficiary.

9.2    This Plan shall be governed by the laws of the state of Indiana.

9.3 Words in the masculine gender shall include the feminine, and the plural shall include the singular and the singular shall include the plural.

9.4 Nothing contained in this Plan shall be construed as a contract of employment between the Employer and any Participant, or as a right of a Participant to be continued in the employment of the Employer.

9.5 The terms used in this Plan which are defined in the Qualified Plan shall have the same meanings assigned to them in the Qualified Plan.

Auburn Foundry, Inc.

By: *[signature]*

Attest: *[signature] W. A. Biry*

10020

4