IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On or about February 8, 2005, Auburn Foundry, Inc. ("AFI" or "Debtor-In-Possession"), filed a Motion to Reject Executory Contract Entitled "Benefits Restoration Plan" with the Court (the "Contract").  The Motion seeks to reject the Contract, which pertains to certain supplemental benefits for a select group of management or highly compensated employees, effective February 8, 2005.  A copy of the Motion is attached hereto.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, then **within 20 days from the date of this Notice**, you or your attorney must:

1.      File a written objection to the Motion, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

FWIMAN1 377373v1

    2.    You must also mail a copy of your objection to:

>John R Burns III
>Baker & Daniels
>111 E. Wayne Street, #800
>Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Motion for hearing, which you or your attorney will be expected to attend.

Date:  February 9, 2005

                              BAKER & DANIELS

                              By:  /s/ John R Burns, III
                                    John R Burns, III (#3016-02)
                                    Mark A. Werling (#20426-02)
                                    111 East Wayne Street, Suite 800
                                    Fort Wayne, Indiana 46802
                                    Telephone:  (260) 424-8000
                                    Facsimile:  (260) 460-1700

                              ATTORNEYS FOR THE DEBTOR,
                              AUBURN FOUNDRY, INC.