IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 04-10427 |
| | CHAPTER 11 |
| AUBURN FOUNDRY, INC., | |
| Debtor(s). | |

**APPEARANCE**

Comes now Steve Carter, Attorney General of Indiana, and enters his appearance by Elizabeth A. Whelan, Deputy Attorney General, on behalf of Creditor, Indiana Department of Environmental Management, in the above-entitled cause of action.

| | |
|---|---|
| Office of Attorney General | Respectfully submitted, |
| Indiana Government Center South, Fifth Floor | |
| 302 West Washington Street | STEVE CARTER |
| Indianapolis, IN  46204-2770 | Attorney General of Indiana |
| Telephone:  317-234-3089 | Atty. No.  4150-64 |
| Facsimile:   317-232-7979 | |
| | By:/s/ Elizabeth A. Whelan_____ |
| | Elizabeth A. Whelan |
| | Deputy Attorney General |
| | Atty. No.  24444-49 |

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on February 9, 2005.

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, IN  46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802-2603

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN  46802

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, IN  46802

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, IN  46204-1800

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN  46706-1839

Marlene Reich
Jerald I Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, IN  46802-3413

Robert A Weiss
Tricia A Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, OH  44131

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, OH  44122

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA

Gary Boyn
Warrick And Boyn
121 West Franklin Street
Elkhart, IN  46516

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC  20005-4026

| | |
|---|---|
| Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802 | Nancy J. Gargula<br>United States Trustee<br>101 West Ohio Street, Suite 1000<br>Indianapolis, IN 46204 |
| James T Young<br>Rubin & Levin, P.C.<br>500 Marrott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN 46204-2161 | Patrick L. Proctor<br>Eilbacher Fletcher, LLP<br>803 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 |

/s/ Elizabeth A. Whelan
Elizabeth A. Whelan
Deputy Attorney General
Atty. No. 24444-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: 317-234-3089
Facsimile: 317-232-7979