IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

    At Fort Wayne, Indiana, on _____.

    The Debtor's Motion to Reject Executory Contract Entitled "1995 Long-Term Incentive Plan Grant Agreement" is GRANTED, it appearing to the Court that the Motion is made for good cause.

    Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

    SO ORDERED.

                                                                          _____
                                                                          Judge, United States Bankruptcy Court