## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the GMP's Limited Objection To

Disclosure Statement, attached hereto as Exhibit A, has been served upon the parties listed in

Exhibit B electronically and/or by depositing a copy in the U. S. Mail, postage prepaid on the 9th

day of February, 2005.


Date: February 9, 2005          _/s/ Richard J. Swanson_____
                                Richard J. Swanson, Attorney No. 1605-49
                                Attorney for Union


MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com