UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                    )
                                     )
AUBURN FOUNDRY, INC.                 )          Chapter 11
                                     )
          Debtor.                    )          BK Case No. 04-10427

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Notice of Motion and Opportunity to Object to Motion

to Reject Executory Contract Entitled "1995 Long-Term Incentive Plan Grant Agreement"

together with a proposed Order, was served first-class United States mail, postage prepaid, on

February 9, 2005, upon the following parties or counsel:


Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

FWIMAN1 377388v1

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

UNIMIN Corporation
258 Elm Street
New Canaan, CT 06840

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL 60543

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

XRI Testing – Troy
MobileX, LLC
1961 Thunderbird
Troy, MI 48084

Michelle Pezanoski
Fairmount Minerals
PO Box 400
Bridgeman, MI 49106

MP Steel Indiana, LLC
P.O. Box 911
Beaver Falls, PA 15010

Ashland Chemical Co.
P.O. Box 395
Columbus, OH 43216-0395

Complete Drives, Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Curt Howard
Tim Howard
Fire Protection, Inc.
750 W. North Street., Suite C
Auburn, IN 46706

Motion Industries, Inc.
3333 East Washington Blvd.
Fort Wayne, IN 46862-2149

Inductotherm Corp.
10 Indel Avenue
Rancocas, NJ 08073

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN  46802-3413

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

David D. Hunter
PO Box 844
Leland, MI 49654

Michael L. Polich
7822 Ladue Court
Fort Wayne, IN 46804

Thomas B. Walsh
2802 Baywood Trail
Fort Wayne, IN 46845

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN  46706

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Rick L. James
918 Phaeton Way
Auburn, IN 46706

Richard K. Taylor
635 Lane 425 Jimmerson Lake
Fremont, IN 46737

BAKER & DANIELS

By:  /s/ John R Burns III
        John R Burns III (#3016-02)
        Mark A. Werling (#20426-02)
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802
        Telephone:  (260) 424-8000
        Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.