Subject to Review
by Counsel

# AUBURN FOUNDRY, INC.

1995 LONG-TERM INCENTIVE PLAN

GRANT AGREEMENT

1999 Deferrals

AUBURN FOUNDRY, INC.

## 1995 LONG-TERM INCENTIVE PLAN GRANT AGREEMENT

THIS AGREEMENT, DATED November 30, 1998 by and between Richard K. Taylor ("Participant") and Auburn Foundry, Inc. (the "Company"), sets forth the terms and conditions of the Units acquired by Participant under Section 2 below pursuant to the Company's 1995 Long-Term Incentive Plan (the "Plan").

### Section 1- Units Subject to Plan

The Units acquired by the Participant pursuant to this Agreement shall be subject in all respects to the terms and conditions set forth for the Units under the Plan. Participant, by signing this Agreement, acknowledges that (i) a copy of the Plan has been made available to the Participant and (ii) Participant has read and understands the terms of the Plan as they apply to the Units acquired by Participant under this Agreement.

### Section 2- Acquisition of Units

(a)     Purchase of Units through Defrrals

Participant is hereby granted a number of Units equal to: the amount of Bonus deferred pursuant to Participant's Deferral Agreement, dated November 30, 1998 (the "Current Deferral Agreement") divided by the Current Unit Value of the Units on the date that such Deferral becomes payable.

~~(b)     Unit Awards~~

~~[In addition,] the Committee hereby grants to Participant _____ Units with a Current Unit Value of $_____ per unit.~~

### Section 3 - Term of Units

The term of the Units shall be as follows:

(a)    Units acquired under Section 2(a) shall have a term commencing on the date Participant's Bonus deferred under the Current Deferral Agreement first becomes payable and terminating on the earlier of (i) January 15, 2010, the last day of the deferral period set forth in the Current Deferral Agreement, (ii) the date of such Participant's termination of employment with the Company as provided in the Plan, (iii) the date of a Change-of-Control as provided in the Plan, or (iv) the date of approval of a plan amendment and/or termination, as provided in the Plan, which results in the redemption of such Units.

Page 1

## AUBURN FOUNDRY, INC.

## 1995 LONG-TERM INCENTIVE PLAN GRANT AGREEMENT

(b) ~~Units awarded under Section 2(b) shall have a term commencing on the date of this~~ Agreement and terminating on the earlier of (i) _____, ~~(ii)~~ the date of such Participant's termination of employment with the Company as provided in the Plan, (iii) the date of a Change-of-Control as provided in the Plan, or (iv) the date of approval of a plan amendment and/or termination, as provided in the Plan, which results in the ~~redemption of such Units.~~

### Section 4 - Vesting of Units

(a) Participants shall be 100% vested at all times in Units acquired under Section 2(a) above.

(b) ~~Participants shall become 100% vested in all Units granted under Section 2(b) above on the [fifth/tenth] anniversary of the date of this Agreement.~~

### Section 5 - Non-Transferability of Units

A Participant's rights and interest in any Units acquired under Section 2 of this Agreement may not be assigned or transferred in whole or in part either directly or by operation of law or otherwise; except that in the event of a Participant's death, such rights and interest may be transferred by will or by the laws of descent and distribution. Such limitation on transfer shall include, but not be limited to, transfer by way of execution, levy, garnishment, attachment, pledge, bankruptcy or transfer in any other manner. In addition, no such rights or interests of any Participant under the Plan shall be subject to any obligation or liability of such Participant other than any obligations or liabilities owed by the Participant to the Company.

### Section 6 - Investment of Participant Accounts

Appreciation\depreciation in Participant's Units shall be determined with reference to the Company's annual Return On Equity and shall be net of fund expenses. On or about February 1 of each year, or such other time as determined by the Plan Administrator, each Participant shall be furnished with an Account Statement showing the change in the value of each Participant's Account over the Plan Year ending on the preceding November 30.

UCS CONSULTANTS

## AUBURN FOUNDRY, INC.

## 1995 LONG-TERM INCENTIVE PLAN GRANT AGREEMENT

### Section 7 - Redemption of Units

Upon the expiration/termination of the term of Participant's Units as provided in Section 3 above, Participant shall receive a cash lump sum payment equal to the redeemed value of the Units as determined under the Plan.

### Section 8 - Payment of Withholding and Other Taxes

The Participant shall assist the Company in collecting any withholding or other taxes that shall become due as a result of any payment to be made to Participant under Section 7, and, as a condition to receiving such payments, shall make any arrangements requested by the Committee regarding the payment of federal, state or local taxes required by law to be withheld with respect to such amount(s).

### Section 9 - No Contract of Employment

The acquisition of, or grant of Units to, Participant under this Agreement does not:

(a)  constitute a contract for continued employment between a Participant and the Company; or

(b)  give a Participant any voting or other rights as a shareholder of the Company.

Except as otherwise limited by the terms of any valid employment contract or agreement entered into between the Company and such Participant, the Company reserves the right to modify Participant's remuneration and to terminate Participant for any reason and at any time, notwithstanding the existence of this Agreement.

### Section 10 - Choice of Law: Construction

(a)  This Agreement shall be governed by and construed in accordance with the Employee Retirement Income Security Act of 1974, as amended, and laws of the state of Indiana.

(b)  The masculine pronoun shall mean the feminine wherever appropriate.

(c)  The section captions inserted in this Agreement are inserted as a matter of convenience and shall not affect the construction of the Plan.

BUCK CONSULTANTS

## AUBURN FOUNDRY, INC.

## 1995 LONG-TERM INCENTIVE PLAN GRANT AGREEMENT

(d)   Capitalized but undefined terms shall have the same meaning ascribed to them in the Plan.

### Section 11 - Notices

All notices or other communications with respect to the Units acquired by Participant under Section 2 shall be in writing and shall be deemed to have been given when received. Notices to the Company shall be sent to it at 635 W. 11th St., Auburn, IN 46706 and notices to Participant shall be sent to the most current address appearing in the personnel records of the Corporation.

### Section 12 - Severability

The invalidity or unenforceability of any one or more provisions of this Agreement shall not affect the validity or enforceability of any other provision, which shall remain in full force and effect.

### Section 13 - Counterparts

This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same instrument.

IN WITNESS WHEREOF, the parties hereof have executed this Agreement this 30th day of November, 1998.

AUBURN FOUNDRY, INC.

By: _David D. Hunter_
David D. Hunter, President

_Richard K. Taylor_
Richard K. Taylor
Executive

h:\public\wp51\dl\aubanst

Page 4