UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

|  |  |  |
|---|---|---|
| IN RE | ) | Chapter 11 |
|  | ) |  |
| AUBURN FOUNDRY, INC., | ) | Cause No. 04-10427 |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**OBJECTION OF THE INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT TO DISCLOSURE STATEMENT TO ACCOMPANY PLAN OF REORGANIZATION DATED JANUARY 20, 2005**

The Indiana Department of Environmental Management (IDEM), by Counsel, the Office of the Attorney General, hereby objects to the Disclosure Statement to Accompany the Plan of Reorganization dated January, 20, 2005 (the "Disclosure Statement"), and in support of its Objection, respectfully states the following:

1. Pursuant to 11U.S.C. Section 1125(a)(1), a Disclosure Statement must contain "adequate information".

2. The Indiana Department of Environmental Management objects to approval of the Disclosure Statement for the reason that it does not provide adequate information, in that:

    a. The Disclosure statement estimates the amount of the IDEM's claim to be approximately $5,000,000. However, IDEM's claims as filed are closer to $22,000,000. The Disclosure Statement fails to describe the manner in which IDEM's claim was determined.

    b. The Disclosure Statement fails to list and address numerous environmental concerns raised by IDEM and does not address the cost of correcting any possible environmental problems. The Disclosure Statement should indicate that there are or

Case 04-10427-reg    Doc 530    Filed 02/09/05    Page 2 of 4

may be significant environmental claims against the Debtor. It should further categorize the Environmental Claims so that the governmental units and creditor body will know at a minimum how these claims are to be handled under the Proposed Plan and can determine whether to vote for or against the Proposed Plan.

WHEREFORE, the Indiana Department of Environmental Management requests that the Court disapprove the Disclosure Statement submitted by the Debtor and for all other just and proper relief under the circumstances.

|  |  |
|---|---|
| Office of Attorney General<br>Indiana Government Center South, Fifth Floor<br>302 West Washington Street<br>Indianapolis, IN  46204-2770<br>Telephone:  317-234-3089<br>Facsimile:   317-232-7979 | Respectfully submitted,<br><br>STEVE CARTER<br>Attorney General of Indiana<br>Atty. No.  4150-64<br><br><br>By:/s/ Elizabeth A. Whelan_____<br>    Elizabeth A. Whelan<br>    Deputy Attorney General<br>    Atty. No.  24444-49 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution list by electronic mail and/or U.S. First Class Mail, postage prepaid, this 9th day of February, 2005.

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, IN  46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802-2603

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN  46802

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, IN  46802

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, IN  46204-1800

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN  46706-1839

Marlene Reich
Jerald I Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023

Robert A Weiss
Tricia A Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, OH  44131

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, OH  44122

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, PA

Gary Boyn
Warrick And Boyn
121 West Franklin Street
Elkhart, IN  46516

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

| | |
|---|---|
| Grant F. Shipley<br>Shipley & Associates<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Brad Rogers<br>Pension Benefit Guaranty Corporation<br>1200 K Street NW<br>Washington, DC  20005-4026 |
| Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN  46802 | Nancy J. Gargula<br>United States Trustee<br>101 West Ohio Street, Suite 1000<br>Indianapolis, IN  46204 |
| James T Young<br>Rubin & Levin, P.C.<br>500 Marrott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN  46204-2161 | Patrick L. Proctor<br>Eilbacher Fletcher, LLP<br>803 South Calhoun Street, Suite 400<br>Fort Wayne, IN  46802 |

By:/s/ Elizabeth A. Whelan_____
    Elizabeth A. Whelan
    Deputy Attorney General

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-234-3089
Facsimile:   317-232-7979