UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | BK Case No. 04-10427 |

### CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Motion and Opportunity to Object to Motion to Reject Executory Contract Entitled "1995 Long-Term Incentive Plan" together with a proposed Order, was served first-class United States mail, postage prepaid, on February 9, 2005, upon the following parties or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

FWIMAN1 377384v1

| | |
|---|---|
| A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | DeKalb County, Indiana<br>DeKalb County Assessor, Court House<br>100 South Main Street<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN 46202 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>PO Box 400<br>Bridgeman, MI 49106 |
| MP Steel Indiana, LLC<br>P.O. Box 911<br>Beaver Falls, PA 15010 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |

| | |
|---|---|
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN 46706 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |
| David D. Hunter<br>PO Box 844<br>Leland, MI 49654 | Rick L. James<br>918 Phaeton Way<br>Auburn, IN 46706 |
| Michael L. Polich<br>7822 Ladue Court<br>Fort Wayne, IN 46804 | Richard K. Taylor<br>635 Lane 425 Jimmerson Lake<br>Fremont, IN 46737 |
| Thomas B. Walsh<br>2802 Baywood Trail<br>Fort Wayne, IN 46845 | |

BAKER & DANIELS

By: /s/ John R Burns III
    John R Burns III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.