IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## SUPPLEMENT NO. 1 TO PLAN AND DISCLOSURE STATEMENT DATED JANUARY 20, 2005

The Debtor, Auburn Foundry, Inc. ("AFI" or the "Debtor"), for its Supplement No. 1 to the Plan of Reorganization ("Plan") and Disclosure Statement ("Disclosure Statement"), each dated January 20, 2005, hereby states the following.

1. Article 1.11 of the Plan refers to an Auction Agreement by which AFI will engage an entity to conduct the Plant 1 Auction (as that term is defined in the Plan). AFI has reviewed several offers from entities desiring to acquire the Property Subject to Auction (also defined in the Plan), and is currently negotiating a written agreement with one such entity.

2. A fairness opinion (the "Fairness Opinion") which AFI received from Western Reserve Partners, LLC ("WRP") is attached hereto as Exhibit "A."

3. The Fairness Opinion is described in Article III(B)(6) of the Disclosure Statement. AFI's motion to appoint WRP as professionals was filed with the Bankruptcy Court on January 11, 2005, and appears as docket entry number 494 on the electronic docket. Objections were due by February 1, 2005 and none were filed, but the docket does not yet show the entry of an order approving appointment of WRP.

4. Attached hereto as Exhibit "B" is a list of equipment AFI proposes to sell in conjunction with the Plant 1 Auction.

5.      Legal descriptions for AFI's real estate, together with a survey of Plant 1, are attached hereto as Exhibit "C."

6.      Attached hereto as Exhibit "D" is AFI's revised financial forecast.  This exhibit (the "Revised Forecast") is intended to replace and supercede Exhibit B of the Disclosure Statement.

7.      Since filing the Plan and Disclosure Statement on January 20, 2005, AFI experienced a production problem resulting, among other things, in reduced production in January, 2005 and forecasted production for February, 2005.  AFI believes it has contained and quantified the problem, and has reached agreement with the affected customer to resolve it.  AFI anticipates that it will continue selling products to that customer.  The Revised Forecast demonstrates AFI's projections for New AFI, the prospective buyer under the Plan, after taking into account the financial statement ramifications of the above-referenced difficulty.  The purchase price which New AFI proposes to pay for certain assets under the Plan is unaffected by these adjustments.

BAKER & DANIELS

By:  /s/ John R Burns, III
        John R Burns, III (#3016-02)
        Mark A. Werling (#20426-02)
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802
        Telephone:  (260) 424-8000
        Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Supplement No. 1 to Disclosure Statement dated January 20, 2005 was served by electronic mail or by first-class United States mail, postage prepaid, this 9th day of February, 2005, upon the following persons or counsel:

Henry A. Efroymson                      Nancy J. Gargula
Ice Miller                              One Michiana Square, 5th Floor
One American Square                     100 East Wayne Street
Box 82001                               South Bend, IN 46601
Indianapolis, IN 46282


/s/ John R Burns, III