IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          )
                                           )
AUBURN FOUNDRY, INC.                       )          Chapter 11
                                           )
              Debtor.                      )          BK Case No. 04-10427

**<u>ORDER</u>**

At Fort Wayne, Indiana, on February 15, 2005.

On January 13, 2005, Ernst & Young, LLP filed an application for fees in the

amount of $18,809.00 and expenses in the amount of $0.00, less any amounts previously paid.

Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.


_____/s/ Robert E. Grant_____
Judge, United States Bankruptcy Court