**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **AUBURN FOUNDRY, INC.** | ) | **Case No. 04-10427-REG** |
| | ) | |
| **Debtor.** | ) | |

**GMP'S WITHDRAWAL OF LIMITED OBJECTION TO DISCLOSURE STATEMENT**

The Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-

CLC and its Local 322  (collectively "GMP"), by counsel, withdraw its Limited Objection to

Debtor's Disclosure Statement.

Respectfully submitted,

MACEY SWANSON AND ALLMAN

  /s/ Richard J. Swanson
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid this 15th day of February, 2005.

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Dennis Maude
Auburn Foundry, Inc.
635 West 11th Street
Auburn, IN 76706

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street
Fort Wayne, IN 46802

Mark Werling
John R. Burns
Baker & Daniels
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Nancy J. Gargula
U. S. Trustee
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, OH 44122

Becket & Lee, LLP
16 General Warren Boulevard
P. O. Box 3001
Malvern, Pennsylvania 19355

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Gary D. Boyn
Warrick & Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

2

Tricia A.Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street
Suite 1904
Fort Wayne, In 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P. O. Box 667
Auburn, IN 46706

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square
Suite 555
100 East Wayne Street
South Bend, IN 46601

Marlene Reich
Sommer, Barnard and Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, IN 46802

Robert A. Weiss
Tricia A.Sherick
Honigman Miller Schwartz
        & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226

Josef Athanas
Latham & Watkins
Sears Towers, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

 /s/ Richard J. Swanson
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345