**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: ) | **Chapter 11** |
| ) | |
| **AUBURN FOUNDRY, INC.** ) | **Case No. 04-10427-REG** |
| ) | |
| **Debtor.** ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the GMP's Withdrawal of Limited Objection To Disclosure Statement, attached hereto as Exhibit A, has been served upon the parties listed in Exhibit B electronically and/or by depositing a copy in the U. S. Mail, postage prepaid on the 15th day of February, 2005.


Date: February 15, 2005                    /s/ Richard J. Swanson
                                           Richard J. Swanson, Attorney No. 1605-49
                                           Attorney for Union


MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com