**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Cause No. 01-10427 |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF OFFICIAL CREDITORS' COMMITTEE'S**
**OBJECTION TO DISCLOSURE STATEMENT**

The Official Committee of Unsecured Creditors by counsel, hereby withdraws its Objection to the Disclosure Statement to Accompany Plan of Reorganization dated January 20, 2005.

Dated: February 16, 2005            Respectfully submitted,

                                    ICE MILLER


                                    By /s/ Henry A. Efroymson
                                         Henry A. Efroymson

                                         Counsel for the Official Committee of
                                         Unsecured Creditors of Auburn Foundries, Inc.

Henry A. Efroymson
ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid, this 16th day of February, 2005.

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com, skrhoads@bakerd.com
tlwiley@bakerd.com, jacklyn.faulkner@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562
(317) 713-3699 Fax
mreich@sbalawyers.com, jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802-3413
gfs@gshipley.com
(260) 422-2711
*(For Shelby County Bank/Bank of America)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

1505302.1

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio  44122
(216) 831-5100
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio  44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana  46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana  46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC  20005-4026
rogers.brad@pbgc.gov
*(For Pension Benefit Guaranty Corporation)*

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana  46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana  46802
(260) 424-2790
(260) 424-1872 Fax
ekos@ekoslaw.com
*(For City of Auburn)*

James T. Young
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana  46204-2161
(317) 860-2913
(317) 263-9411 Fax
james@rubin-levin.net
*(For NMHG Financial Services, Inc.*

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana  46802
(260) 425-9777
*(For Edwin P. Rosebrock)*

/s/ Henry A. Efroymson
Henry A. Efroymson

- 3 -

1505302.1