## UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DOCKET ENTRY

On February 17, 2005 , the following entry was made on the docket in this case:

A hearing was held on February 16, 2005 regarding the adequacy of the amended chapter 11 disclosure statement(related document(s)[509]) with John Burns and Mark Werling, counsel for debtor, Grant Shipley, counsel for Bank of America, Edmund Kos, counsel for the City of Auburn, Henry Efroymson, counsel for the Unsecured Creditors Committee, and Ellen Triebold, counsel for the United States Trustee, present. Debtor shall, within seven (7) days, file an amended and supplemented disclosure statement which may be approved without further notice or hearing. (tlp, )

Christopher M. DeToro
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 549 – 509