# EXHIBIT A

| | Category | # of Hours | Total |
|---|---|---|---|
| | **AUBURN FOUNDRY** | | |
| | Charge Allocation | | |
| | | | |
| 1 | General Administration | 120.6 | $25,033.00 |
| 2 | Financing, Cash Use, and DIP | 15.7 | $3,226.50 |
| 3 | Labor and Employment | 14.0 | $3,748.00 |
| 4 | Environmental | 5.0 | $1,625.00 |
| 5 | Plan and Disclosure Statement | 157.8 | $46,703.50 |
| 6 | Customer and Vendor Issues | 0.0 | $0.00 |
| 7 | Preference Recoveries | 40.4 | $7,388.00 |
| | | | |
| | TOTAL HOURS | 353.5 | |
| | TOTAL FEES | | $87,724.00 |
| | | | |
| | Payable per Order  (80%) | | $70,179.20 |
| | Disbursements  (100%) | | $10,735.46 |
| | | | |
| | **TOTAL NOW PAYABLE** | | **$80,914.66** |

| | AUBURN FOUNDRY | | | |
| | Counsel List | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Bennett, D. P. | Partner | $375.00 | 1.6 | $600.00 |
| Burns, J. R. | Partner | $375.00 | 114.5 | $42,937.50 |
| Claffey, S. A. | Partner | $410.00 | 0.8 | $328.00 |
| Dale, G.N. | Partner | $315.00 | 0.2 | $63.00 |
| Powers, D. D. | Partner | $285.00 | 7.9 | $2,251.50 |
| McGrath, M.F. | Of Counsel | $325.00 | 5.0 | $1,625.00 |
| Hurley, R.M. | Associate | $170.00 | 3.1 | $527.00 |
| Juba, M.F. | Associate | $160.00 | 68.6 | $10,976.00 |
| Lemert, M.M. | Associate | $235.00 | 6.1 | $1,433.50 |
| Werling, M. A. | Associate | $240.00 | 65.8 | $15,792.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 79.6 | $11,144.00 |
| Harber, J.E. | Paralegal | $155.00 | 0.3 | $46.50 |
| | | | 353.5 | $87,724.00 |

## AUBURN FOUNDRY
### Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | | TOTAL |
|------|-------|------------|---|---|---|---|---|---|---|---|-------|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| Bennett, D. P. | Partner | $375.00 | | | | | 1.6 | | | 1.6 | $600.00 |
| Burns, J. R. | Partner | $375.00 | 27.7 | 3.1 | 0.7 | | 77.4 | | 5.6 | 114.5 | $42,937.50 |
| Claffey, S.A. | Partner | $410.00 | | | | | 0.8 | | | 0.8 | $328.00 |
| Dale, G.N. | Partner | $315.00 | | | | | 0.2 | | | 0.2 | $63.00 |
| Powers, D. D. | Partner | $285.00 | | | 7.2 | | 0.7 | | | 7.9 | $2,251.50 |
| McGrath, M.F. | Of Counsel | $325.00 | | | | 5.0 | | | | 5.0 | $1,625.00 |
| Hurley, R.M. | Associate | $170.00 | 3.1 | | | | | | | 3.1 | $527.00 |
| Juba, M.F. | Associate | $160.00 | 10.6 | 12.0 | | | 25.2 | | 20.8 | 68.6 | $10,976.00 |
| Lemert, M.M. | Associate | $235.00 | | | 6.1 | | | | | 6.1 | $1,433.50 |
| Werling, M. A. | Associate | $240.00 | 13.3 | 0.6 | | | 51.9 | | | 65.8 | $15,792.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 65.6 | | | | | | 14.0 | 79.6 | $11,144.00 |
| Harber, J.E. | Paralegal | $155.00 | 0.3 | | | | | | | 0.3 | $46.50 |
| | | | 120.6 | 15.7 | 14.0 | 5.0 | 157.8 | 0.0 | 40.4 | 353.5 | $87,724.00 |

Page 1 of 1

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

February 18, 2005
Invoice Number 1216754

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through January 31, 2005 and not reflected on a prior bill:

0004426    Chapter 11

Total Services............................$      82,135.50
Total Disbursements..................$      10,698.01

Total This Matter....................................................$      92,833.51

Total This Invoice............................................................$      92,833.51

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  January 31, 2005
Invoice Number  1216754

0080031    Auburn Foundry, Inc.
0004426        Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/01/05 | Review draft DS and work on same | JRB | .70 | 262.50 |
| 01/02/05 | Review draft Plan and work on same | JRB | .80 | 300.00 |
| 01/03/05 | Conduct preference research based on relevant financial records of nine creditors in preparation for draft responses to the creditors' responses to the preference demands (2.3); conference with J. Faulkner re creditor matrices for financial analysis of actual preference amounts (.5) | MFJ | 2.80 | 448.00 |
| 01/03/05 | Review recent filings | JLF | .60 | N/C |
| 01/03/05 | Create and organize preference files; confer with M. Juba re preference PMA matrix; begin analysis of Motion Industries payments | JLF | 2.10 | 294.00 |
| 01/03/05 | Telephone call with D. Maude regarding bank meeting (.2); telephone call with J. Ancel and D. Maude regarding bank meeting (.2); exchange correspondence with H. Efroymson regarding Creditors Committee response (.2); follow-up regarding possible engagement of M. Filippell for fairness opinion (.2) | JRB | .60 | 225.00 |
| 01/03/05 | Work on issues regarding sale of Plant 1 Assets and alternate means of doing so | JRB | .80 | 300.00 |
| 01/03/05 | Extended telephone call with J. Ancel regarding potential offer to purchase Plant 2 Assets by AFLIG, LLC, and consideration of implications of same for Plan | JRB | .80 | 300.00 |
| 01/03/05 | Telephone call to D. Maude regarding revised Plan concepts and proposals and follow-up regarding issues raised | JRB | .90 | 337.50 |
| 01/03/05 | Work on Term Sheet issues affecting the Plan | JRB | .70 | 262.50 |
| 01/03/05 | Circulate 8th Amendment to Cash Use Agreement | JRB | .40 | 150.00 |
| 01/03/05 | Receive and review proposed engagement letter from Western Reserve Partners, LLC, and consideration of issues raised by | JRB | .50 | 187.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | same | | | |
| 01/03/05 | Conference call with J. Ancel and M. Reich re sale issues | JRB | .40 | 150.00 |
| 01/04/05 | Office conference re status of Plan of reorganization and pension-related issues; analyze same | DDP | .50 | N/C |
| 01/04/05 | Draft, revise, and cause delivery of eight replies to creditors responses re preference demand letters (1.8); phone conference with counsel for Hickman Williams & Co. re preferences (.4); phone conference with counsel for Kendallville Iron & Metals re preferences (.3); draft memorandum to J. Burns re pending Ernst & Young fee application (.1); compose and revise complete draft of confirmation plan requirements (2.4); conference with J. Faulkner re financial analyses for DUCA Manufacturing and Motion Industries (.2) | MFJ | 5.20 | 832.00 |
| 01/04/05 | Analyze parts made to Motion Industries; prepare matrix of payments | JLF | 3.50 | 490.00 |
| 01/04/05 | Prepare for bank meeting (.7); telephone call with D. Maude regarding bank meeting (.2) | JRB | .90 | 337.50 |
| 01/04/05 | Work on term sheet issues and possible revisions | JRB | .70 | 262.50 |
| 01/04/05 | Consideration of and respond to inquiry from H. Efroymson regarding avoidance action recoveries (.4); follow-up regarding preference recovery demands and defenses asserted (.5) | JRB | .90 | 337.50 |
| 01/04/05 | Work on Plan and DS revisions to reflect current purchase proposal and bank requirements | JRB | 1.20 | 450.00 |
| 01/05/05 | Conduct legal research re relation back of applications for employment to the filing date under Seventh Circuit and Local Rules (1.5); draft multiple memoranda to J. Burns re same (.8) | MFJ | 2.30 | 368.00 |
| 01/05/05 | Continue to analyze preference payments and prepare matrix for Motion Industries | JLF | 1.80 | 252.00 |
| 01/05/05 | Review H. Efroymson proposal for unsecured creditor distribution, consideration of proposal and draft preliminary response to same (.6); telephone call with D. Maude regarding same (.4) | JRB | 1.00 | 375.00 |
| 01/05/05 | Follow-up inquiry from C. Reckler, including exchange correspondence regarding same (.4); exchange correspondence with D. Maude regarding same (.3) | JRB | .70 | 262.50 |
| 01/05/05 | Teleconference meeting with bankers regarding Plan, asset sales and cash use pending continuation | JRB | 1.40 | 525.00 |
| 01/05/05 | Prepare for continued conference call with bankers (.4); | JRB | .80 | 300.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | telephone call with J. Ancel and D. Maude to prepare for continued conference call with bankers (.4) | | | |
| 01/05/05 | Work on cash use extension issues | JRB | .50 | 187.50 |
| 01/05/05 | Extended conference call with J. Ancel, M. Reich and D. Maude regarding DS and Plan issues and sales issues (1.1); consideration and work on issues raised (1.5) | JRB | 2.60 | 975.00 |
| 01/05/05 | Work on issues regarding retention of Financial Advisor for Fairness Opinion and consideration of issues regarding same | JRB | .60 | 225.00 |
| 01/05/05 | Consideration of pension issues (.3); analyze memos from G. Dale re withdrawal of old and appearance of new counsel in pending IOSHA claims (.4); telephone conference G. Dale re same (.3); telephone conference D. Maude re same (.2) | DDP | 1.20 | 342.00 |
| 01/06/05 | Phone conference with Elkem Metals re preference demand (.4); read and review Kendallville Iron & Metals initial response letter to preference demand (.3); prepare draft reply to same (.3) | MFJ | 1.00 | 160.00 |
| 01/06/05 | Correspondence from C. Reckler regarding cash use extension and respond (2); work on 8th extension issues (.4) | JRB | .60 | 225.00 |
| 01/06/05 | Work on sale issues regarding Plant 1 and Plant 2 assets | JRB | .80 | 300.00 |
| 01/06/05 | Consideration of issues regarding Rosebrock and Osborn settlements (.4); consideration of PBGC issues (.3) | JRB | .70 | 262.50 |
| 01/06/05 | Extended telephone conference with D. Maude regarding Plan and DS issues | JRB | .60 | 225.00 |
| 01/06/05 | Review Weekly Operations Report from D. Maude | JRB | .20 | 75.00 |
| 01/06/05 | Review proposed engagement letter from Western Reserve Partners | JRB | .30 | 112.50 |
| 01/06/05 | Revise proposed engagement letter for Western Reserve Partners and email to M. Filippell regarding same | JRB | .70 | 262.50 |
| 01/06/05 | Prepare for and participate in Board call regarding bankruptcy status and strategy | JRB | .70 | 262.50 |
| 01/06/05 | Work on preference recovery issues | JRB | .50 | 187.50 |
| 01/06/05 | Telephone call with J. Ancel regarding proposal to UCC and potential voluntary subordination of existing SubDebt to unsecured creditor payments and consideration of issues raised | JRB | .60 | 225.00 |
| 01/06/05 | Review e-mail re cash use, Unsecured Creditor Committee issues (.1); consider impact of same on benefit restoration-related claims of insiders (.1); office conferences with J. Burns re recent plan developments, next steps re same (.5); consider classification issues raised by Committee proposal (1.0); | MAW | 4.80 | 1,152.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review e-mail, correspondence re status of preference recoveries (.1); work on WRP retention pleadings (2.2); review engagement letter and e-mail to J. Burns re same (.3) review disinterest requirements, e-mail to, from J. Burns re same (.3); review P. Proctor voicemail re settlement of E. Rosebrock claim and e-mail J. Burns, D. Powers re same (.2) | | | |
| 01/06/05 | Continued analysis of preference payments and prepare matrix for Motion Industries, Cascade Pattern Co., Ashland Chemical Co., Duca Manufacturing | JLF | 5.50 | 770.00 |
| 01/06/05 | Analyze and consider email from M. Werling re status of negotiations on pension claim (.1) | DDP | .30 | 85.50 |
| 01/07/05 | Review recent correspondence and filings | JLF | .50 | 70.00 |
| 01/07/05 | Phone conference with RI Lampus Co. re preference demand letter (.4); revise and finalize reply letter to Kendallville Iron & Metals re references (.3); conference with J. Faulkner re preference analyses spreadsheets and additional data necessary to conduct proper financial preference analysis under Seventh Circuit law (.5); conduct initial analyses of available preference spreadsheets under Seventh Circuit preference analysis guidelines (2.5); conduct additional legal research re successor liability in the Seventh Circuit as it relates to environmental liability (1.5) | MFJ | 5.20 | 832.00 |
| 01/07/05 | Work on M. Filippell retention pleadings (.6); exchange email with M. Filippell regarding retention issues (.4) | JRB | 1.00 | 375.00 |
| 01/07/05 | Work on preference recoveries and consideration of defenses raised | JRB | .80 | 300.00 |
| 01/07/05 | Prepare for and telephone call with H. Efroymson regarding treatment of unsecured creditors under current Plan concept and consideration of issues raised | JRB | 1.10 | 412.50 |
| 01/07/05 | Consideration of potential treatment of unsecured creditors under current Plan concept and options for funding and dealing with same (1.2); telephone call with D. Maude regarding unsecured creditor issue (.6); draft language regarding treatment of unsecured creditors (.4) | JRB | 2.20 | 825.00 |
| 01/07/05 | Extended telephone call with D. Maude regarding cash flow and projected availability of funds to make payments necessary under Plan and to make projected payments to unsecured creditors (.4); work on Plan issues and projections regarding same (.5) | JRB | .90 | 337.50 |
| 01/07/05 | Work on M. Filippell affidavit and consideration of disinterestedness issues | JRB | .50 | 187.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/07/05 | Pacer research and recent filings | JLF | .30 | 42.00 |
| 01/07/05 | Revise retention pleadings for M. Filippell (.3); related e-mail, office conferences re same (.2); follow-up examination of disinterest issue raised by prior work for McDonald Investments, related issues (.6); multiple office conferences re joint plan developments, negotiations with unsecured creditors (.5); review related term sheet and e-mail comments re same to J. Burns (.4); work on plan drafting based on Committee, Senior Creditor term sheets (2.0) | MAW | 4.00 | 960.00 |
| 01/07/05 | Continued preparation of preference payment matrix | JLF | 3.40 | 476.00 |
| 01/07/05 | Confer with D. Powers re IOSHA filing of POC | JLF | .10 | 14.00 |
| 01/08/05 | Work on preference recoveries and strategy regarding same | JRB | .40 | 150.00 |
| 01/08/05 | Review D. Maude draft of Weekly Cash Flow projections | JRB | .30 | 112.50 |
| 01/08/05 | Examine disinterest issue re WRP, prior services of Key Bank Capital, e-mail to, from J. Burns re same (1.2); edit and finalize WRP retention pleadings, telephone conference with D. Maude re same (.4); examine 1/4/05 cash use orders, e-mail M. Juba re need for updated orders to accompany the 8th Amendment (.2); review 8th Amendment and e-mail J. Burns comments re same (.3); consider potential lien status of non-priority wage claims and e-mail M. Juba re same (.3); work on plan drafting to incorporate proposed changes for unsecured creditor treatment, related issues (1.5); review revised term sheet for unsecured creditors re same (.2); follow-up telephone conference with J. Young re NPHG lease issues (.1); review prior pleadings re same (.1)e-mail D. Maude re E. Rosebrock settlement offer (.1); review e-mail re preference litigation issues (.1) | MAW | 4.50 | 1,080.00 |
| 01/08/05 | Review email from M. Filippell and follow-up telephone call with him regarding same (.4); consideration of disinterestedness issue regarding retention, including brief research regarding same (.7) | JRB | 1.10 | 412.50 |
| 01/09/05 | Continue work on preference recoveries | JRB | .50 | 187.50 |
| 01/09/05 | Work on DS and Plan revisions | JRB | .40 | 150.00 |
| 01/10/05 | Conduct legal research re Code Section 1123 confirmation requirements for possible inclusion into the confirmation checklist prior to submitting the amended plan (.9); conduct research preference requirements in the seventh circuit, with additional focus on deferred payment agreements as defenses to preference demands (1.5); conduct legal research cash use pleadings and previously filed financing motions (1.6); | MFJ | 7.20 | 1,152.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | conduct legal research wage claims as liens in Indiana (1.0); conference with J. Faulkner re status of preference actions (.2); read and analyse draft Ernst & Young fee application provided by P. McGuire (.5); provide initial substantive revisions and jurisdictional language for inclusion in the fee application (1.1); phone conference with P. McGuire of Ernst & Young re same (.4) | | | |
| 01/10/05 | Continue work on WRP retention issues (.7); work on DS and Plan issues (.9); work on unsecured creditor payment issues, including exchange of correspondence with H. Efroymson regarding same | JRB | 2.20 | 825.00 |
| 01/10/05 | Review revised 8th Amendment to Cash Use Agreement from C. Reckler and consideration of changes proposed | JRB | .50 | 187.50 |
| 01/10/05 | Email correspondence re Rosebrock negotiations | DDP | .20 | 57.00 |
| 01/10/05 | Confer with M. Juba re preference matrix and research project; amend analysis of preference payments for Motion Industries, Cascade, Duca and Ashland; prepare preference analysis for R.I. Lampos, Fairmount Minerals; confer with M. Juba re same | JLF | 5.00 | 700.00 |
| 01/10/05 | Work on WRP retention issues and revise document regarding same (.6); work on Unsecured Creditor Term Sheet (.4); telephone call with J. Ancel and M. Reich regarding Term Sheet and revise same (.6); work on preference analysis and strategy (.4); work on Plan and DS | JRB | 3.50 | 1,312.50 |
| 01/11/05 | Prepare preference payment analysis for Kendallville Iron & Metal, Inc., Hanson Aggregates Midwest Line and Hickman Williams & Co.; Pacer research; review recent filings | JLF | 3.70 | 518.00 |
| 01/11/05 | Initialize drafting of three motions re cash use, extending financing, and extending senior DIP financing, including relevant exhibits, as per M. Werling (1.3); finalize initial revisions of Ernst & Young fee application for review by M. Werling (.5); continue legal research re legal potential viable responses to creditor preference demand replies (2.5); continue legal research re further inclusion of Code sections in the confirmation checklist for use with the amended plan (.6) | MFJ | 4.90 | 784.00 |
| 01/11/05 | Telephone call with D. Maude regarding conversation with bankers and consideration of inquiries regarding Plan issues (.4); follow-up regarding issues raised (.2); work on Plan and DS issues (.5) | JRB | 1.10 | 412.50 |
| 01/11/05 | Work on issues regarding retention of WRP for purpose of providing opinion as to the fairness of the New AFI purchase | JRB | .50 | 187.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | offer | | | |
| 01/11/05 | Correspondence to V. Pavlick regarding JPMorgan service and ballot compilation services | JRB | .30 | 112.50 |
| 01/11/05 | Review D. Maude's financial projections and emergence model | JRB | .50 | 187.50 |
| 01/11/05 | Work on preference recovery issues | JRB | .50 | 187.50 |
| 01/11/05 | Follow-up regarding information requested by M. Filippell | JRB | .50 | 187.50 |
| 01/11/05 | Review correspondence regarding and draft language for 8th Amendment to Cash Use | JRB | .40 | 150.00 |
| 01/11/05 | Work on DS and Plan revisions and unsecured creditor distribution issues | JRB | .80 | 300.00 |
| 01/11/05 | Work on plan edits based on Creditor Committee term sheet for 1/12/05 circulation to banks (3.3); office conferences re same (.2); office conferences re finalization and filing of WRP retention pleadings (.2); review AFI Lending comments on 8th cash use agreement, updated budget from AFI to accompany same (.2); review fee filing from Unsecured Creditors' Committee (.1); work on revised liquidation analysis (.3) | MAW | 4.30 | 1,032.00 |
| 01/11/05 | Office conference re plan of reorganization issues | DDP | .20 | N/C |
| 01/12/05 | Draft and revise three motions re cash use, extending financing, and extending senior DIP financing, including relevant exhibits, as per M. Werling (4.8); revise Ernst & Young interim fee application, proposed order, and notice (.9); phone conference with M. Tucker of Bristol Mfg. re preference demand (.2); phone conference with P. McGuire of Ernst & Young re interim fee application (.2); conference with M. Werling re cash use motions (.2); continue legal research re wage claims in amended plan according to Indiana law (.8); conference with J. Burns re preference strategy (.2) | MFJ | 7.30 | 1,168.00 |
| 01/12/05 | Telephone call with V. Pavlick regarding JPMorgan bankruptcy services for distribution of DS/Plan and ballot management | JRB | .30 | 112.50 |
| 01/12/05 | Work on DS/Plan concepts and revisions reflecting latest bank and unsecured creditor issues | JRB | 1.40 | 525.00 |
| 01/12/05 | Extended telephone call with D. Maude and J. Ancel regarding Plan issues and alternatives for treatment of unsecured creditors (.6); work on Plan/DS changes (.9) | JRB | 1.50 | 562.50 |
| 01/12/05 | Extended telephone call with D. Maude regarding possible sale of assets and various options for structuring such a sale, and follow-up regarding responses raised | JRB | .70 | 262.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/12/05 | Exchange correspondence with H. Efroymson regarding sale of Plant 1 assets | JRB | .30 | 112.50 |
| 01/12/05 | Work on Plan revisions | JRB | .80 | 300.00 |
| 01/12/05 | Complete plan drafting for submission to Senior Lenders (2.7); telephone conference with New AFI counsel, client re related issues (.8); office conferences re same (.1); telephone conference re proposed ballot agent (.2); office conferences re new cash use pleadings (.2); review revised forecasts from D. Maude (.2); review revised term sheets for plan, new financing (.4); review and assess Creditor Committee e-mail re same (.2) | MAW | 4.80 | 1,152.00 |
| 01/12/05 | Confer with J. Burns and M. Werling re interim application for fees; preference research; prepare preference analysis for Disa, Triple M and Bristal Metal Products | JLF | 2.40 | 336.00 |
| 01/12/05 | Telephone call with D. Maude regarding bank response to draft Plan issues and consideration of timing of payments under Plan to various classes | JRB | .40 | 150.00 |
| 01/12/05 | Review recent filings | JLF | .50 | 70.00 |
| 01/12/05 | Review and consider correspondence from H. Efroymson (.3); respond to H. Efroymson regarding Fairness Opinion issues (.2) | JRB | .50 | 187.50 |
| 01/13/05 | Preference research | JLF | 1.60 | 224.00 |
| 01/13/05 | Conduct extensive legal research re wage claims as liens under Indiana law (3.3); phone conference with P. McGuire re interim fee application (.2); phone conference with Hanson Aggregate's legal counsel re preference claim (.1); memo to file re same (.1) | MFJ | 3.70 | 592.00 |
| 01/13/05 | Review recent filings | JLF | .40 | 56.00 |
| 01/13/05 | Work on Plan distribution and feasibility issues | JRB | 1.30 | 487.50 |
| 01/13/05 | Telephone call with W. Basore regarding sale | JRB | .20 | 75.00 |
| 01/13/05 | Review proforma billing statements | JRB | .40 | 150.00 |
| 01/13/05 | Consideration of environmental issues and approach to same in Plan | JRB | .40 | 150.00 |
| 01/13/05 | Telephone call with D. Maude regarding Plan issues and strategy for dealing with same (.4); consideration of issues raised and strategy for confirmation (.7) | JRB | 1.10 | 412.50 |
| 01/13/05 | Prepare for conference call with prospective purchaser counsel regarding sale issues and required debt assumption (.9); conference call with J. Ancel and M. Reich regarding Plan/DS and asset sale issues (.6) | JRB | 1.50 | 562.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 01/13/05 | Follow-up regarding DISA preference issues | JRB | .30 | 112.50 |
| 01/13/05 | Telephone conference with New AFI counsel re plan (.1); office conference with D. Powers re PBGC, easement claim issues (.2); review E&Y fee application (.1); interoffice e-mail re notice, service list issues (.1); review case docket (.1); review Creditor Committee itemized statement (.1); review preference related correspondence (.1); review fax proposal for Plant 1 assets (.1); telephone conference with New AFI counsel re plan (.7); assess need to amend schedules for additional creditors omitted from supplemental notice (.3); office conferences re plan developments (.1) | MAW | 2.00 | 480.00 |
| 01/13/05 | Analyze draft plan and disclosure statement (.5); email M. Werling re same (.2) | DDP | .70 | 199.50 |
| 01/14/05 | Continue legal research re wage claims as liens under Indiana law (2.9); analyze RI Lampus counsel's response to preference claim considering the elements of a reply to the assertions set forth within (.4); finalize remaining revisions and alterations to fee application and exhibits in preparation for filing (.6); phone conference with P. McGuire re same (.2); phone conference with D. Maude re pending preference claims, preference analyses, and additional invoices for inspection (.5); conference with J. Burns re same (.3) | MFJ | 4.90 | 784.00 |
| 01/14/05 | Work on Plan/DS revisions including consideration of email comments from D. Maude and response to same | JRB | 1.00 | 375.00 |
| 01/14/05 | Exchange correspondence with H. Efroymson regarding unsecured creditor claims and potential options for payment of same, including consideration of various options for payment of unsecured creditor claims under Plan | JRB | .60 | 225.00 |
| 01/14/05 | Exchange correspondence with M. Reich concerning potential purchasers willingness to assume various obligations, including obligation to unsecured creditors | JRB | .40 | 150.00 |
| 01/14/05 | Work on Plan revisions in light of present positions of bank, unsecured creditors and potential purchaser | JRB | 2.90 | 1,087.50 |
| 01/14/05 | Review execution document for 8th extension of cash use agreement and follow-up regarding same | JRB | .40 | 150.00 |
| 01/14/05 | Work on preference recovery issues and analysis of potential preference payments (.6); extended telephone conference with D. Maude regarding preference recoveries and options for dealing with same (.5) | JRB | 1.10 | 412.50 |
| 01/14/05 | Prepare proforma analysis for billing | JLF | 4.40 | 616.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 01/14/05 | Review final draft of 8th cash use amendment, e-mail D. Maude re same (.2); work on plan revisions (2.2) | MAW | 2.40 | 576.00 |
| 01/14/05 | Confer with D. Maude re preference vendors, additional documents for claims; confer with M. Juba re same and amendments to preference analysis; amend Fairmount Minerals preference analysis; amend proforma analysis to include preference recoveries; prepare itemized statement | JLF | 2.00 | 280.00 |
| 01/15/05 | Work on Plan revisions in light of present positions of bank, unsecured creditors and potential purchaser | JRB | .70 | 262.50 |
| 01/15/05 | Review and revise plan and disclosure statement (2.5); office conference with D. Bennett re tax aspects of revised plan, consider same, follow-up e-mail to, from J. Burns re same, office conference with J. Burns re same (.7) | MAW | 3.20 | 768.00 |
| 01/15/05 | Exchange correspondence with M. Filippell regarding Fairness Opinion, including follow-up regarding issues raised | JRB | .50 | 187.50 |
| 01/16/05 | Work on DS/Plan issues, including consideration of tax implications of same | JRB | .50 | 187.50 |
| 01/17/05 | Finalize legal research re wage claims as liens under Indiana law (1.5); extensive memo to M. Werling re same (2.1); revise and edit cash use pleadings as per M. Werling (1.6); analyze exhibits and incorporate same into cash use pleadings (.8); prepare final Ernst & Young fee application materials and exhibits for filing (.6); memo to J. Faulkner re preference research from the circuits applicable to pending claims in potential adversary proceedings (.2) | MFJ | 6.80 | 1,088.00 |
| 01/17/05 | Preference research; Pacer research | JLF | 3.60 | 504.00 |
| 01/17/05 | Prepare for and extended telephone conversation with M. Reich and J. Ancel regarding structure of potential purchase and potential for subordination of subordinated debt to unsecured creditor payments (.7); consideration of sale and subordination issues (.7) | JRB | 1.40 | 525.00 |
| 01/17/05 | Work on Plan revisions and extended conversation with D. Maude regarding same | JRB | .80 | 300.00 |
| 01/17/05 | Review red-line edits of plan documents (.2); review model, projections to be incorporated in plan (.2); review subdebt summary for reference in the plan (.1); telephone conference with D. Maude re plan issues, review edits re same (.5); follow-up office conferences, analysis re plan's tax implications (.5); telephone conference with subdebt counsel re same (.5); review findings re wage lien issue (.2); assess recent suggested changes and recirculate same (.7); telephone | MAW | 3.20 | 768.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | conference with M. Reich re 8th cash use agreement (.1); follow-up with M. Juba re pleadings to approve same (.1); follow-up office conference re tax issues (.1) | | | |
| 01/17/05 | Follow-up inquiry from M. Filippell regarding early projections and documentation submitted as evidence at cash use hearing, including correspondence to M. Filippell transmitting same | JRB | .80 | 300.00 |
| 01/17/05 | Extended telephone conversation with M. Reich and J. Ancel regarding DS/Plan revisions and willingness of subordinated debt holders to further subordinate to payment of unsecured creditors if Plan acceptable | JRB | .60 | 225.00 |
| 01/17/05 | Work on further DS/Plan revisions (1.5); correspondence with D. Heller and J. Anthanas to transmit DS/Plan drafts (.2) | JRB | 1.70 | 637.50 |
| 01/18/05 | Finalize and cause filing of Ernst & Young fee application, notice, proposed order, and certificate of service (1.0); provide P. McGuire of Ernst & Young with notice of filing (.1); initialize analysis of plan for compliance under applicable confirmation requirements of the bankruptcy code (3.2); finalize draft copies of the three cash use pleadings for final review and filing by M. Werling (1.7); phone call from K. Turner, counsel for Elkem Metals, re preference claim (.1) | MFJ | 6.10 | 976.00 |
| 01/18/05 | Consideration of tax issues arising from possible subordinated debt treatment | JRB | .60 | 225.00 |
| 01/18/05 | Analysis and consideration of emergence costs and remaining obligations of old AFI | JRB | 1.20 | 450.00 |
| 01/18/05 | Telephone conference with D. Maude regarding call with bankers and preliminary questions raised by draft DS/Plan | JRB | .50 | 187.50 |
| 01/18/05 | Exchange correspondence with D. Maude regarding MORS issue and follow-up regarding same | JRB | .40 | 150.00 |
| 01/18/05 | Work extensively on plan, office conferences re same | MAW | 4.00 | 960.00 |
| 01/18/05 | Continue work on potential tax issues and strategy regarding same | JRB | .60 | 225.00 |
| 01/18/05 | Extended telephone conference with E. Kos regarding City of Auburn issues and consideration of issues raised | JRB | .70 | 262.50 |
| 01/18/05 | Work on unsecured creditor issues and distribution options | JRB | .40 | 150.00 |
| 01/18/05 | Review recent filings; preference research; confer with M. Juba re status; review December invoices re time spent filing MORS; Pacer research; begin work on claims recommendations | JLF | 3.50 | 490.00 |
| 01/19/05 | Continue analysis of current draft plan for compliance under | MFJ | .80 | 128.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | applicable confirmation requirements of the bankruptcy code (.8) | | | |
| 01/19/05 | Telephone conference with D. Maude regarding tax issues and strategy regarding same | JRB | .30 | 112.50 |
| 01/19/05 | Telephone conference with H. Efroymson regarding Creditors' Committee issues and potential for its consent to proposed Plan (.3); consideration of unsecured creditor issues and strategy for dealing with same (.4) telephone conference D. Maude regarding Unsecured Creditors' Committee suggestions and strategy (.4) | JRB | 1.10 | 412.50 |
| 01/19/05 | Telephone conference with H. Efroymson regarding unsecured creditor issues and potential for resolving same (.3); extended telephone conference with J. Ancel, M. Reich and D. Maude regarding bank response to proposed Plan, Creditors' Committee issues and impact on potential purchase (.5) | JRB | .80 | 300.00 |
| 01/19/05 | Review Fairness Opinion draft and draft Board presentation and correspondence with D. Maude regarding same | JRB | .50 | 187.50 |
| 01/19/05 | Work on revisions to Section 7.03 and correspondence with D. Maude regarding same | JRB | .60 | 225.00 |
| 01/19/05 | Work extensively on plan analysis and finalization of same, office conferences, telephone conferences with client, bank and purchaser counsel re same | MAW | 4.00 | 960.00 |
| 01/19/05 | Receive and review balloting management proposal from JPMorgan Chase | JRB | .40 | 150.00 |
| 01/19/05 | Receive and review revised term sheet from C. Reckler and consideration of issues arising from same | JRB | .40 | 150.00 |
| 01/19/05 | Receive and consideration of correspondence from J. Anthanas regarding extended bank's commitment with potential purchaser and consider impact on DS/Plan | JRB | .30 | 112.50 |
| 01/19/05 | Extended telephone conference with D. Maude regarding tax issues and potential impact of "suspended losses" consideration of issues raised and brief research regarding same | JRB | .60 | 225.00 |
| 01/19/05 | Review claims in AFBK and prepare analysis for claims review | JLF | 3.50 | 490.00 |
| 01/20/05 | Read, review, and analyze current plan and disclosure statement for compliance with applicable bankruptcy code confirmation requirements, with specific attention to the confirmation checklist as created for the analysis (4.2) | MFJ | 4.20 | 672.00 |
| 01/20/05 | Review proposed changes submitted by C. Reckler and | JRB | .40 | 150.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | potential impact on debtor | | | |
| 01/20/05 | Review final drafts of DS/Plan and analysis of same prior to filing, including final revisions | JRB | 1.60 | 600.00 |
| 01/20/05 | Extensively work on finalization and filing of plan, assembly of exhibits for same, related office conferences, discussions with Bank, purchaser counsel (6.2); telephone conference with WRP re fairness opinion issues (.2) | MAW | 6.40 | 1,536.00 |
| 01/20/05 | Continue to prepare analysis of preference claims (recommendations); Pacer research | JLF | 4.90 | 686.00 |
| 01/20/05 | Extended telephone conference with D. Maude regarding bank suggestions and request for modifications in DS/Plan language and analysis of impact of same (.4); preparation for conference call with bankers and counsel (.5); extended conference call with bankers and bank counsel regarding DS/Plan and potential modifications of same requested by bank (1.1) | JRB | 2.00 | 750.00 |
| 01/20/05 | Correspondence with H. Efroymson regarding post-treatment for unsecured creditor class and potential enhancement from existing draft | JRB | .30 | 112.50 |
| 01/20/05 | Review draft presentation to Board of Directors and correspondence to R. White regarding same | JRB | .40 | 150.00 |
| 01/20/05 | Exchange correspondence with H. Efroymson regarding proposed treatment of unsecured creditors (.3); review financial models created by D. Maude containing modifications to prior versions (.4) | JRB | .70 | 262.50 |
| 01/20/05 | Exchange correspondence with M. Reich and J. Anthanas regarding DS/Plan language affecting credit facility and willingness of potential purchaser to conclude transaction | JRB | .60 | 225.00 |
| 01/20/05 | Prepare for and extended telephone conference for meeting of Board of Directors | JRB | 1.10 | 412.50 |
| 01/21/05 | Memo to S. Brown of Motion Industries re pending preference claim and settlement offer (.1); read and review financial data and matrix compiled for Motion Industries preference claim (.9); conduct augmented legal research re wage claims as liens generally (1.5) | MFJ | 2.50 | 400.00 |
| 01/21/05 | Consideration of Bank and confirmation issues and strategy for resolving same | JRB | 1.10 | 412.50 |
| 01/21/05 | Office conferences with paralegal re analysis of claims (.2); review confirmation checklist (.2); review Biditup's proposed auction format for section 363 sale of plant 1 assets (.2); review follow-up e-mail re plan related issues (.2); review | MAW | 1.20 | 288.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | procedure for notice and service of disclosure statement hearing (.2); review case docket (.1); review committee's fee pleadings (.1) | | | |
| 01/21/05 | Confer with M. Werling re claims recommendations; continued preparation of analysis claims | JLF | 2.10 | 294.00 |
| 01/21/05 | Correspondence with H. Efroymson regarding status of Fairness Opinion | JRB | .20 | 75.00 |
| 01/21/05 | Telephone conference with D. Maude regarding bank response to final term sheet language and filing of Plan (.3); consideration of potential asset purchaser options (.3) | JRB | .60 | 225.00 |
| 01/21/05 | Telephone conference with M. Filippell regarding Opinion letter and presentation | JRB | .30 | 112.50 |
| 01/21/05 | Telephone conference D. Maude regarding timing of bank commitment letter and requirement of same prior to DS hearing | JRB | .30 | 112.50 |
| 01/21/05 | Work on preference recoveries | JRB | .30 | 112.50 |
| 01/21/05 | Review Fairness Opinion and correspondence to H. Efroymson regarding same | JRB | .30 | 112.50 |
| 01/22/05 | Consideration of customer issue and financial implications of same | JRB | .40 | 150.00 |
| 01/22/05 | Consideration of unsecured creditor claims strategy | JRB | .30 | 112.50 |
| 01/23/05 | Consideration of confirmation issues and Fairness Opinion | JRB | .40 | 150.00 |
| 01/24/05 | Initialize thorough analysis of all received responses to the preference claims and any settlement offers in preparation for new financial data as to be provided by client in the form of invoices (2.0); conference with J. Burns re Kendallville Iron & Metal response and strategy in formulating a reply (.1) | MFJ | 2.10 | 336.00 |
| 01/24/05 | Continued work on claims recommendations; prepare analysis of priority and secured claims; Pacer research on Indiana Department of Environmental Managements' unsecured claims; review recent flings; review recent correspondence re preference demands | JLF | 2.40 | 336.00 |
| 01/24/05 | Extended telephone conference with D. Maude regarding bank reaction to product issue and implications for Plan and financial projection | JRB | .50 | 187.50 |
| 01/24/05 | Review correspondence from D. Maude regarding pension issues and consideration of issues raised | JRB | .50 | 187.50 |
| 01/24/05 | Exchange correspondence with H. Efroymson regarding Fairness Opinion and support for same | JRB | .30 | 112.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/24/05 | Consideration of plan confirmation issues (.3); begin work on same (.5); review final form of fairness opinion letter, work on disclosure statement supplement re same (.3); review e-mail supplemental benefits (.1) | MAW | 1.20 | 288.00 |
| 01/24/05 | Work on preference recovery | JRB | .30 | 112.50 |
| 01/24/05 | Consideration of confirmation issues and strategy | JRB | 1.20 | 450.00 |
| 01/24/05 | Extended telephone conference with D. Maude regarding production issue and potential downstream effect of same (.5); consideration of implications for Plan confirmation and impact on financial projections depending upon extent of downstream exposure and consideration of options for handling same (1.2) | JRB | 1.70 | 637.50 |
| 01/25/05 | Conference with M. McGrath regarding documents responsive to Kemper's request for documents relating to IDEM investigation; draft letter to Kemper regarding same | RMH | 1.10 | 187.00 |
| 01/25/05 | Work extensively on plan confirmation issues, memo summarizing findings re same (5.0); telephone conference with D. Maude re forklift lease issues, supplemental benefits plan (.3); telephone conference with NHMG counsel re forklift leases (.2); review e-mail re Kemper claim (.1); review docket entries re disclosure statement (.1); review e-mail re December financial results, weekly cash report (.3) | MAW | 6.00 | 1,440.00 |
| 01/25/05 | Consideration of administrative claims payment issues and timing | JRB | .40 | 150.00 |
| 01/25/05 | Follow-up with M. Filippell's office regarding Board presentation for circulation in support of Fairness Opinion | JRB | .20 | 75.00 |
| 01/25/05 | Exchange correspondence with H. Efroymson regarding unsecured creditor issues | JRB | .60 | 225.00 |
| 01/25/05 | Consideration of Creditors' Committee position with respect to distribution schedule and position of potential purchaser regarding same | JRB | 1.10 | 412.50 |
| 01/25/05 | Confer with M. Werling re claims recommendations; prepare interim statement and supporting notice of application exhibits; Pacer research; confer with Maude re status of additional invoices requests for preferences; confer with Maude re status and finalize; analyze unsecured non-scheduled claims; review recent filings | JLF | 5.80 | 812.00 |
| 01/25/05 | Review court orders scheduling DS for hearing and communicate same (.2); consideration of confirmation scheduling issues and deadlines for implementation (.4); consideration of asset sale, options and strategy (.4); extended telephone conference with D. Maude regarding product issue | JRB | 2.20 | 825.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | and potential exposure for downstream damages (.4) consideration of options for dealing with production issue and minimizing impact (.5); telephone call with D. Maude regarding asset sale issues and strategy (.3) | | | |
| 01/25/05 | Continue thorough preference analysis and comparison research from creditors' settlement offers and defenses in order to craft replies re preference claims (1.4); obtain current status report from J. Faulkner re compilation of invoices for preference claims (.1) | MFJ | 1.50 | 240.00 |
| 01/26/05 | Review additional documents provided by M. McGrath regarding IDEM Notice of Violation and Kemper request for information | RMH | .40 | 68.00 |
| 01/26/05 | Consideration of strategy for recovery of account receivable from foreign customer (.3); review D. Hunter correspondence regarding potential foreign receivable and consideration of issues raised (.3); review correspondence from D. Maude regarding potential foreign receivable and consideration of issues raised (.3) | JRB | .90 | 337.50 |
| 01/26/05 | Review revised offer to purchase assets received by D. Maude and follow-up regarding same | JRB | .40 | 150.00 |
| 01/26/05 | Review correspondence regarding accounts receivable information and respond to D. Maude regarding same | JRB | .40 | 150.00 |
| 01/26/05 | Continue analysis of unsecured non-scheduled claims; Pacer research | JLF | 3.50 | 490.00 |
| 01/26/05 | Continue legal research re plan confirmation issues, legal research supporting same (1.0); review e-mail re committee negotiations (.1) | MAW | 1.10 | 264.00 |
| 01/26/05 | Telephone conference with J. Ancel regarding potential purchaser position on assumption of unsecured creditor indebtedness and timing of payment | JRB | .30 | 112.50 |
| 01/26/05 | Review Fairness Opinion Board presentation and correspondence to H. Efroymson regarding same (.4); receive and respond to email from H. Efroymson regarding Creditors' Committee position and concerns regarding DS/Plan (.4); consideration of Unsecured Creditors' Committee position and potential strategy for resolving remaining differences (.7) | JRB | 1.50 | 562.50 |
| 01/27/05 | Review claims and documents supporting amount due and legitimate grounds for objections; Pacer research; prepare claims recommendations analysis | JLF | 4.00 | 560.00 |
| 01/27/05 | Review additional documents provided by M. McGrath regarding IDEM notice of violation and Kemper request for | RMH | 1.60 | 272.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | information | | | |
| 01/27/05 | Office conference re plan developments (.1); review plan comments from PBGC (.2); continue work on confirmation related research (2.0); review miscellaneous case correspondence (.1); review recent offer for assets (.1) | MAW | 2.50 | 600.00 |
| 01/27/05 | Office conference re status of reorganization in light of quality issue | DDP | .30 | 85.50 |
| 01/27/05 | Work on Plan confirmation issues and proposed revisions (.6); telephone call with M. Reich regarding H. Efroymson regarding unsecured creditor payment timing (.3) | JRB | .90 | 337.50 |
| 01/27/05 | Telephone call with M. Reich regarding extent of New AFI commitment to unsecured creditor payments | JRB | .30 | 112.50 |
| 01/27/05 | Telephone call with J. Ancel regarding production issues and unsecured creditor payment issues (.5); work on confirmation issues (.9) | JRB | 1.40 | 525.00 |
| 01/27/05 | Extended telephone calls with T. Woehlke regarding production issue and potential impact on projections (.9); extended telephone call with D. Maude and T. Woehlke regarding product issue and response to same (.6) | JRB | 1.50 | 562.50 |
| 01/27/05 | Consideration of confirmation strategy and timeline issues | JRB | .50 | 187.50 |
| 01/27/05 | Research docket for fee application activity and cash use pleadings activity | MFJ | .10 | 16.00 |
| 01/28/05 | Receive and review H. Efroymson communication regarding Creditors' Committee position and consideration of strategy in response to same (.4); exchange correspondence with H. Efroymson regarding unsecured creditors' position (.2) | JRB | .60 | 225.00 |
| 01/28/05 | Exchange correspondence with D. Maude regarding Kemper Insurance claim | JRB | .30 | 112.50 |
| 01/28/05 | Continue to review unsecured claims re objections and prepare claims recommendations analysis | JLF | 6.50 | 910.00 |
| 01/28/05 | Receive and review proposal for auction terms and conditions and evaluation of same | JRB | .40 | 150.00 |
| 01/28/05 | Work on confirmation research (2.0); review case e-mail re committee negotiations (.1) | MAW | 2.10 | 504.00 |
| 01/28/05 | Follow-up regarding Plan balloting process and potential use of JPMorgan Chase as ballot agent | JRB | .40 | 150.00 |
| 01/28/05 | Work on product issue and potential impact on feasibility | JRB | .50 | 187.50 |
| 01/28/05 | Exchange correspondence with H. Efroymson regarding Unsecured Creditors' Committee position with respect to | JRB | .60 | 225.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | amount and timing of payments on account of unsecured creditors' claims (.4); review Fisher Investment promotion and email to D. Maude regarding same (.2) | | | |
| 01/28/05 | Conferences with J. Faulkner re financial invoices for the creditors involved in the pending preference claims (.2) | MFJ | .20 | N/C |
| 01/30/05 | Consideration of UCC filing issues and brief legal research regarding same | JRB | .40 | 150.00 |
| 01/31/05 | Extended telephone conference with T. Woehlke regarding finance and feasibility issues (.4); extended telephone conference with T. Woehlke and D. Maude regarding collection and finance issues (.4); telephone conference with T. Borden regarding Board issues (.3); work on feasibility and confirmation issues and strategy (1.2) | JRB | 2.30 | 862.50 |
| 01/31/05 | Review secured claims not scheduled on Schedule D re objections; prepare analysis; confer with M. Werling re status of claims recommendations; research re UCC filings | JLF | 2.40 | 336.00 |
| 01/31/05 | Assist with UCC search on Auburn Foundry on Indiana Secretary of State website | JEH | .30 | 46.50 |
| 01/31/05 | Work on UCC issue | JRB | .40 | 150.00 |
| 01/31/05 | Telephone conference with D. Maude regarding accounting issues (.3); review and analysis of projections and consideration of feasibility issues (.7) | JRB | 1.00 | 375.00 |
| 01/31/05 | Continue confirmation-related research | MAW | 4.00 | 960.00 |
| 01/31/05 | Pacer research | JLF | .50 | 70.00 |
| 01/31/05 | Consideration of and brief research regarding UCC issue | JRB | .50 | 187.50 |
| 01/31/05 | Telephone conference with T. Woehlke regarding Board issues and financial issues (.5); follow-up work on issues raised (.5) | JRB | 1.00 | 375.00 |

Total Services................................................................ Hours     336.10     82,135.50

| Date | Disbursements | Total |
|------|---------------|-------|
| 12/02/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 12/02/04 | 265.71 |
| 12/03/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 12/03/04 | 131.09 |
| 12/16/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 12/16/04 | 43.05 |
| 12/23/04 | Telephone - - Vendor: 1-800-Conference Conference Call on 12/23/04 | 125.03 |
| 01/06/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 01/06/05 | 111.92 |
| 01/20/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 01/20/05 | 277.05 |

BAKER & DANIELS

| Date | Disbursements | | Total |
|------|---------------|---|------:|
| | Total For Telephone | | 953.85 |
| | | | |
| 12/31/04 | Computerized Research | Westlaw | 370.91 |
| 01/14/05 | Computerized Research | Westlaw | 821.53 |
| | Total For Computerized Research | | 1,192.44 |
| | | | |
| 12/31/04 | Computerized Research | PACER | 47.53 |
| 12/31/04 | Computerized Research | PACER | 154.55 |
| | Total For Computerized Research - Other | | 202.08 |
| | | | |
| 01/04/05 | Caller: N/A : 260 925-7978 | | 1.48 |
| 01/04/05 | Caller: N/A : 317 713-3500 | | 0.60 |
| 01/05/05 | Caller: N/A : 317 713-3500 | | 0.37 |
| 01/05/05 | Caller: N/A : 317 713-3595 | | 3.74 |
| 01/05/05 | Caller: N/A : 260 925-7978 | | 1.64 |
| 01/06/05 | Caller: N/A : 317 713-3500 | | 0.43 |
| 01/07/05 | Caller: N/A : 260 925-7978 | | 2.15 |
| 01/12/05 | Caller: N/A : 260 925-7978 | | 5.79 |
| 01/12/05 | Caller: N/A : 317 713-3500 | | 6.38 |
| 01/12/05 | Caller: N/A : 260 925-7978 | | 0.86 |
| 01/14/05 | Caller: N/A : 260 925-7943 | | 0.31 |
| 01/14/05 | Caller: N/A : 260 925-7978 | | 0.45 |
| 01/17/05 | Caller: N/A : 260 925-7978 | | 1.48 |
| 01/17/05 | Caller: N/A : 317 713-3500 | | 6.20 |
| 01/19/05 | Caller: N/A : 260 925-7978 | | 0.43 |
| 01/19/05 | Caller: N/A : 260 925-7978 | | 14.82 |
| 01/19/05 | Caller: N/A : 317 713-3500 | | 0.66 |
| 01/19/05 | Caller: N/A : 317 713-3530 | | 12.30 |
| 01/20/05 | Caller: N/A : 260 925-7978 | | 0.51 |
| 01/21/05 | Caller: N/A : 260 925-7978 | | 1.21 |
| 01/24/05 | Caller: N/A : 260 925-0900 | | 0.33 |
| 01/24/05 | Caller: N/A : 260 925-7978 | | 2.18 |
| 01/25/05 | Caller: N/A : 260 925-7978 | | 2.13 |
| 01/25/05 | Caller: N/A : 260 925-7978 | | 1.05 |
| 01/26/05 | Caller: N/A : 317 713-3500 | | 1.13 |

## BAKER & DANIELS

| | | | |
|---|---|---|---:|
| Total For | Long Distance Telephone | | 68.63 |
| 01/03/05 | Postage/Air/Express Delivery | | 28.10 |
| 01/25/05 | Postage/Air/Express Delivery | | 2,068.31 |
| Total For | Postage/Air/Express Delivery | | 2,096.41 |
| 01/07/05 | Telecopy | | 1.90 |
| Total For | Telecopy | | 1.90 |
| 01/10/05 | Tabs | | 0.60 |
| 01/10/05 | Tabs | | 3.00 |
| Total For | Tabs | | 3.60 |
| | COPYING COSTS | 4 | 6,179.10 |

Total Disbursements.............................................................................$    10,698.01

Total Services And Disbursements....................................................$    92,833.51

# BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

February 18, 2005
Invoice Number 1216749

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through January 31, 2005 and not reflected on a prior bill:

0004431   Lash, Bernard -- Arbitration

| | | |
|---|---|---|
| Total Services............................$ | 1,245.50 | |
| Total Disbursements..................$ | 24.80 | |
| Total This Matter....................................................$ | | 1,270.30 |
| Total This Invoice..........................................................................$ | | 1,270.30 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  January 31, 2005
Invoice Number  1216749

0080031    Auburn Foundry, Inc.
 0004431       Lash, Bernard -- Arbitration

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|---|
| 01/05/05 | Receipt and review of email and documentation from T. Eastom re termination of B. Lash; respond to email; receipt and initial review and research of arbitrator panel | MML | 1.50 | |
| 01/07/05 | Receipt and research of arbitrator panel data; research and analyze arbitrator panel | MML | 3.40 | |
| 01/14/05 | Email to client re new dates for arbitration; receipt of additional dates from AAA | MML | .20 | |
| 01/20/05 | Receipt and review of notice of hearing; letter to client re arrangements for hearing | MML | .20 | |
| | Total Services............................................................. Hours | | 5.30 | 1,245.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 01/14/05 | Computerized Research   Westlaw | 18.88 |
| | Total For  Computerized Research | 18.88 |
| 01/13/05 | Caller: N/A :  513 241-8434 | 0.41 |
| 01/17/05 | Caller: N/A :  513 241-8434 | 0.31 |
| | Total For  Long Distance Telephone | 0.72 |
| 01/07/05 | Telecopy | 4.75 |
| | Total For  Telecopy | 4.75 |

## BAKER & DANIELS

COPYING COSTS                                                                                    0.45

Total Disbursements............................................................................$          24.80

Total Services And Disbursements....................................................$        1,270.30

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

February 18, 2005
Invoice Number 1216748

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
January 31, 2005 and not reflected on a prior bill:

0004430   TRUCK SUBCONTRACTING ARBIT.

Total Services............................$         188.00
Total Disbursements.................$           0.00

Total This Matter...................................$         188.00

Total This Invoice.........................................................$          188.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  January 31, 2005
Invoice Number  1216748

0080031    Auburn Foundry, Inc.
  0004430      TRUCK SUBCONTRACTING ARBIT.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | |
|------|----------|------|-------|---|
| 01/18/05 | Receipt and review of chronology and information re McCarty grievance in preparation for hearing | MML | .80 | |
| | Total Services................................................................ Hours | | 0.80 | 188.00 |
| | Total Services And Disbursements.......................................$ | | | 188.00 |

## BAKER & DANIELS
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

February 18, 2005
Invoice Number 1216747

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through January 31, 2005 and not reflected on a prior bill:

0000001   General Services

Total Services...........................$        991.00
Total Disbursements.................$          9.08

Total This Matter...................................$        1,000.08

Total This Invoice..........................................................$        1,000.08

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  January 31, 2005
Invoice Number  1216747

0080031    Auburn Foundry, Inc.
   0000001    General Services

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/04/05 | Telephone call with J. Ancel regarding meeting with bank and term sheet issues (.2) | SAC | .20 | 82.00 |
| 01/04/05 | Review new term sheet (.2) | SAC | .20 | 82.00 |
| 01/07/05 | Telephone call with D. Powers regarding IOSHA motions/orders on appearances; settlement proposal; moving forward issues | GND | .20 | 63.00 |
| 01/15/05 | Telephone conference with M. Werling regarding tax issues | DPB | .20 | 75.00 |
| 01/17/05 | Analysis of tax issues | DPB | .40 | 150.00 |
| 01/18/05 | Telephone conference with M. Werling and D. Maude; telephone conferences with D. Benz | DPB | 1.00 | 375.00 |
| 01/31/05 | Conferences with John Burns respecting new challenges to Reorganization Plan and financial performance and possible responses to be considered by Board of Directors (.4) | SAC | .40 | 164.00 |
| | Total Services...........................................................................Hours | | 2.60 | 991.00 |

| Date | Disbursements | | Total |
|------|---------------|--|-------|
| 01/07/05 | Caller: N/A :  260 925-0900 | | 1.42 |
| 01/26/05 | Caller: N/A :  260 925-0900 | | 2.26 |
| | Total For  Long Distance Telephone | | 3.68 |
| 01/21/05 | Other Copying Expenses   Misc Copies | | 1.40 |
| 01/28/05 | Other Copying Expenses   Misc Copies | | 4.00 |
| | Total For  Other Copying Expenses | | 5.40 |

## BAKER & DANIELS

Total Disbursements..............................................................................$            9.08

Total Services And Disbursements.....................................................$       1,000.08

## BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

February 18, 2005
Invoice Number 1216746

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through January 31, 2005 and not reflected on a prior bill:

0004396   Employee Benefits

Total Services............................$      769.50
Total Disbursements..................$         0.00

Total This Matter...................................$      769.50

Total This Invoice..........................................................$      769.50

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  January 31, 2005
Invoice Number  1216746

0080031    Auburn Foundry, Inc.
  0004396        Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.0. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/18/05 | Telephone conference L. Wenino re QDRO issues | DDP | .50 | 142.50 |
| 01/19/05 | Analyze Biery QDRO materials; email L. Wenino re same | DDP | 1.90 | 541.50 |
| 01/20/05 | Analyze and respond to email from L. Wenino re Biery QDRO | DDP | .30 | 85.50 |
| | Total Services.............................................................Hours | | 2.70 | 769.50 |
| | Total Services And Disbursements.......................................$ | | | 769.50 |

# BAKER & DANIELS
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

February 18, 2005
Invoice Number 1216744

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through January 31, 2005 and not reflected on a prior bill:

0004414  Liddell, David C.

Total Services............................$          85.50
Total Disbursements.................$           0.00

Total This Matter...................................$          85.50

Total This Invoice...........................................................$          85.50

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  January 31, 2005
Invoice Number  1216744

0080031    Auburn Foundry, Inc.
 0004414      Liddell, David C.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/13/05 | Email correspondence re sending notice of settlement to creditors; respond to same | DDP | .30 | 85.50 |
| | Total Services.............................................................Hours | | 0.30 | 85.50 |
| | Total Services And Disbursements......................................................$ | | | 85.50 |

**BAKER & DANIELS**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

February 18, 2005
Invoice Number 1216741

0974857    Auburn Foundry, Inc. Retirement Income Plan

Mr. Thomas Woehlke, President
Auburn Foundry, Inc.
635 West 11th Street
Auburn, IN  46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through January 31, 2005 and not reflected on a prior bill:

0000001  Osbun, Ronald

| | | |
|---|---|---|
| Total Services............................$ | 684.00 | |
| Total Disbursements.................$ | 0.00 | |
| Total This Matter...................................................$ | | 684.00 |
| Total This Invoice...........................................................$ | | 684.00 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  January 31, 2005
Invoice Number  1216741

0974857    Auburn Foundry, Inc. Retirement Income Plan
0000001      Osbun, Ronald

Mr. Thomas Woehlke, President
Auburn Foundry, Inc.
635 West 11th Street
Auburn, IN  46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 01/25/05 | Analyze correspondence from C. Myers re premiums and coverage of medical claims | DDP | .40 | 114.00 |
| 01/26/05 | Telephone conference L. Wenino re recent contacts with R. Osbun and related correspondence with C. Myers; office conference J. Burns re bankruptcy issues related to same | DDP | .80 | 228.00 |
| 01/27/05 | Office conference re bankruptcy implications of agreement with R. Osbun re past medicals; telephone conference L. Wenino re same | DDP | .50 | 142.50 |
| 01/31/05 | Telephone conference L. Wenino re status of agreement with Osbun to pay back premiums in installments; telephone conference C. Myers re same | DDP | .70 | 199.50 |

Total Services..........................................................Hours    2.40    684.00

Total Services And Disbursements....................................................$    684.00

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

February 18, 2005
Invoice Number 1216738

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through January 31, 2005 and not reflected on a prior bill:

0000060   IDEM

Total Services............................$        1,625.00
Total Disbursements..................$              3.57

Total This Matter...................................$        1,628.57

Total This Invoice..........................................................$        1,628.57

# BAKER & DANIELS
### 300 NORTH MERIDIAN STREET, SUITE 2700
### INDIANAPOLIS, INDIANA 46204-1782
### (317) 237-0300

As Of  January 31, 2005
Invoice Number  1216738

0080031    Auburn Foundry, Inc.
0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.0. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 01/03/05 | Telephone conference with T. Rarick on Plant 2 test results and next steps | MFM | .30 | 97.50 |
| 01/04/05 | Telephone conference with T. Rarick on pending air issues; emails to IDEM/client regarding ductile iron permit | MFM | .50 | 162.50 |
| 01/05/05 | Telephone conference with D. Weber and T. Rarick regarding test results and strategy for going forward regarding Plant 2 | MFM | .60 | 195.00 |
| 01/11/05 | Telephone conference with D. Maude regarding UST fees and closure issues | MFM | .20 | 65.00 |
| 01/21/05 | Conference with R. Hurley regarding insurance response meeting | MFM | .10 | 32.50 |
| 01/25/05 | Conference with R. Hurley to review documents/relevancy and privilege issues for insurance response; review other Auburn Foundry files for similar documents and evaluate responsiveness and privilege | MFM | 3.30 | 1,072.50 |
| | Total Services............................................................ Hours | | 5.00 | 1,625.00 |

| Date | Disbursements | | Total |
|---|---|---|---|
| 01/05/05 | Caller: N/A :  260 925-7948 | | 2.73 |
| 01/11/05 | Caller: N/A :  260 925-7978 | | 0.84 |
| | Total For  Long Distance Telephone | | 3.57 |

Total Disbursements..............................................................$ 3.57

Total Services And Disbursements.................................................$ 1,628.57