IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## STATEMENT OF NO OBJECTION TO AMENDED
## AND SUPPLEMENTED DISCLOSURE STATEMENT

The undersigned on behalf of the Official Committee of Unsecured Creditors hereby advises the Court that it has received Debtor's Amended and Supplemented Disclosure Statement and has no objection to the Court entering an Order Approving Debtor's Amended and Supplemented Disclosure Statement without further notice or hearing.

ICE MILLER

By: _____
Henry A. Efroymson
One American Square
Box 82001
Indianapolis, IN 46282
Tel:  (317)236-2100
Fax: (317)236-2219

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

FWIMAN1 379413v1

## CERTIFICATE OF SERVICE

       I certify that a copy of the foregoing Statement of No Objection to Amended and Supplemented Disclosure Statement was served by electronic mail or by first-class United States mail, postage prepaid, the __23rd__ day of February, 2004, upon the following persons or counsel:

Josef S. Athanas  
Latham & Watkins  
Sears Tower, Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  

Robert B. Weiss  
Tricia A. Sherick  
Honigman, Miller, Schwartz & Cohn, LLP  
2290 First National Building  
660 Woodward Avenue  
Detroit, MI 48226  

Jerald I. Ancel  
Sommer Barnard Ackerson, PC  
One Indiana Square, Ste. 3500  
Indianapolis, IN 46204  

Nancy J. Gargula  
United States Trustee's Office  
One Michiana Square, 5th Floor  
100 East Wayne Street  
South Bend, IN 46601  

OmniSource Corp-Tusco  
2453 Hill Avenue  
Toledo, OH 43607  

Jack Randinellia  
Auburn City Utilities  
210 E. 9th Street  
P.O. Box 506  
Auburn, IN 46707  

Bank of America  
231 S. LaSalle Street, 16th Floor  
Chicago, IL 60697  

GMAC Business Credit, LLC  
3000 Town Center, Suite 280  
Southfield, MI 48075  

A.F. Europe, Inc.  
635 W. Eleventh Street  
Auburn, IN 46706  

DeKalb County, Indiana  
DeKalb County Assessor, Court House  
100 South Main Street  
Auburn, IN 46706  

Citizens Gas & Coke Utilities  
2020 North Meridian Street  
Indianapolis, IN 46202  

Dauber Company, Inc.  
577 North 18th Road  
Tonica, IL 61370  

UNIMIN Corporation  
258 Elm Street  
New Canaan, CT 06840  

Randall A. Miller  
DISA Industries, Inc.  
80 Kendall Point Drive  
Oswego, IL 60543

| | |
|---|---|
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>PO Box 400<br>Bridgeman, MI 49106 |
| MP Steel Indiana, LLC<br>P.O. Box 911<br>Beaver Falls, PA 15010 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN  46706 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |

/s/ John R Burns III_____