IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### STATEMENT OF NO OBJECTION TO AUBURN FOUNDRY, INC.'S AMENDED AND SUPPLEMENTED DISCLOSURE STATEMENT

The undersigned on behalf of the Indiana Department of Environmental Management ("IDEM") hereby advises the Court that it has received Debtor's Amended and Supplemented Disclosure Statement and has no objection to the Court entering an Order Approving Debtor's Amended and Supplemented Disclosure Statement without further notice or hearing.

Respectfully submitted,

STEVE CARTER
Attorney General of Indiana

By:  /s/ Elizabeth A. Whelan
Elizabeth A. Whelan
Deputy Attorney General

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6356
Facsimile: (317) 232-7979

FWIMAN1 379442v1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Statement of No Objection to Amended and Supplemented Disclosure Statement was served by electronic mail or by first-class United States mail, postage prepaid, the 23rd day of February, 2004, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

OmniSource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Jack Randinellia
Auburn City Utilities
210 E. 9th Street
P.O. Box 506
Auburn, IN 46707

Bank of America
231 S. LaSalle Street, 16th Floor
Chicago, IL 60697

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

A.F. Europe, Inc.
635 W. Eleventh Street
Auburn, IN 46706

DeKalb County, Indiana
DeKalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

| | |
|---|---|
| UNIMIN Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 |
| XRI Testing – Troy<br>MobileX, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Michelle Pezanoski<br>Fairmount Minerals<br>PO Box 400<br>Bridgeman, MI 49106 |
| MP Steel Indiana, LLC<br>P.O. Box 911<br>Beaver Falls, PA 15010 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, OH 43216-0395 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Curt Howard<br>Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street., Suite C<br>Auburn, IN 46706 |
| Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH 43624 | Northern Indiana Trading Company<br>P.O. Box 526<br>Auburn, IN 46706 |

| | |
|---|---|
| Stephen E. Lewis | Lawrence S. Crowther |
| Haller & Colvin, P.C. | Wegman, Hessler & Vanderburg |
| 444 East Main Street | 6055 Rockside Woods Blvd., Suite 200 |
| Fort Wayne, IN 46802 | Cleveland, OH 44131 |

                                            By:  <u>Elizabeth A. Whelan</u>
                                                   Deputy Attorney General

                                                   Office of Attorney General
                                                   IGCS, Fifth Floor
                                                   302 West Washington Street
                                                   Indianapolis, IN  46204-2770
                                                   Telephone:  (317) 234-3089