Auburn Foundry, Inc.
Vendors paid within 90 days of Feb. 8, 2004 over $600.00

| Vendor# | Vendor Name | | Check Amount |
|---|---|---|---|
| 39000 | A-1 Janitorial Service | TOTAL | 36,136.36 |
| 355000 | Acordia | TOTAL | 69,621.00 |
| 5000 | Addis Inc | TOTAL | 679.82 |
| 4042 | Admetco | TOTAL | 55,200.00 |
| 6000 | Aero-Motive Manufacturing Co | TOTAL | 1,024.40 |
| 10500 | Air Products and Chemicals Inc | TOTAL | 58,040.27 |
| 9000 | Airborne Express | TOTAL | 1,177.52 |
| 643 | Allen Circuit/Superior Court | TOTAL | 14,859.32 |
| 13000 | Alliance Industrial Supply Inc | TOTAL | 2,397.03 |
| 15000 | Alro Steel Corporation | TOTAL | 14,679.41 |
| 16000 | American Foundry Society Inc | TOTAL | 5,500.00 |
| 20000 | American Wire Rope And Sling | TOTAL | 3,556.73 |
| 21000 | Antibus Scales & Systems | TOTAL | 16,040.45 |
| 546 | Applied Refractory Services | TOTAL | 1,200.00 |
| 2859 | Arch Wireless | TOTAL | 656.21 |


EXHIBIT A

| Code | Vendor | | Amount |
|---|---|---|---|
| 26000 | Ashland Chemical Co | TOTAL | 177,748.86 |
| 202000 | Auburn Chrysler, Dodge, & Jeep, Inc | TOTAL | 12,994.73 |
| 31000 | Auburn City Utilities | TOTAL | 874,286.80 |
| 3820 | Austin Petroleum Inc. | TOTAL | 3,180.00 |
| 1544 | Auto Electric | TOTAL | 1,730.00 |
| 504 | Automatic Data Processing Inc. | TOTAL | 3,320.22 |
| 4025 | Available Shippers | TOTAL | 600 |
| 3894 | Aztec Millennium Supply, Inc | TOTAL | 956.68 |
| 1900 | ABB Metallurgy Inc | TOTAL | 23,218.55 |
| 863 | B & L Information Systems Inc | TOTAL | 16,505.00 |
| 40750 | Baker & Daniels | TOTAL | 262,072.52 |
| 2971 | Baseline Tool | TOTAL | 4,200.00 |
| 45000 | Bassett Office Supply Inc | TOTAL | 1,307.02 |
| 48000 | Beardsley And Piper, LLC | TOTAL | 8,284.78 |
| 53500 | Best Access Systems | TOTAL | 756.99 |
| 869 | Blue Flame Of Waterloo | TOTAL | 894.38 |
| 286000 | Bobcat of Fort Wayne, Inc. | TOTAL | 5,539.17 |

| ID | Vendor | | Amount |
|---|---|---|---|
| 2561 | Bohl Crane Inc | TOTAL | 5,490.00 |
| 2409 | Bohren Logistics, Inc. | TOTAL | 109,304.71 |
| 3353 | Bohren/Mercer Warehouse | TOTAL | 3,615.74 |
| 2941 | Boltswitch | TOTAL | 654.59 |
| 57500 | Bostwick-Braun Company | TOTAL | 5,374.41 |
| 57750 | Boyd Machine & Repair Co Inc | TOTAL | 7,274.00 |
| 57955 | Brake Materials & Parts Inc | TOTAL | 810.1 |
| 90495 | Brian Miller | TOTAL | 1,203.89 |
| 3489 | Bristal Metal Products, Inc. | TOTAL | 9,187.50 |
| 466 | Bureau Of Motor Vehicles | TOTAL | 1,749.50 |
| 2480 | BGR Inc | TOTAL | 9,097.02 |
| 4014 | BPC - Bell Packaging Corporation | TOTAL | 3,790.05 |
| 2099 | C A Picard Surface Engineering Inc | TOTAL | 17,220.56 |
| 35 | C Miller & Sons Inc | TOTAL | 10,059.00 |
| 2798 | Calar Inc | TOTAL | 2,307.44 |
| 477 | Camway Transportation Corp | TOTAL | 4,969.00 |
| 3999 | Carlin Construction, Inc. | TOTAL | 4,430.00 |
| 2686 | Carpenter Brothers Inc. | | |

| ID | Vendor | | Amount |
|---|---|---|---|
| | | TOTAL | 2,369.10 |
| 4004 | Cascade Pattern Company | TOTAL | 26,770.00 |
| 274938 | Castrol Industrial N. America Inc. | TOTAL | 2,063.00 |
| 76656 | Centennial Wireless | TOTAL | 3,619.51 |
| 1989 | Century Business Products | TOTAL | 1,669.71 |
| 2745 | Citizens Gas & Coke Utility | TOTAL | 294,374.17 |
| 377 | City Of Auburn | TOTAL | 1,075.00 |
| 90000 | Classic City Automotive Inc | TOTAL | 4,096.91 |
| 98875 | Complete Drives Inc | TOTAL | 120,440.00 |
| 1645 | Complete Maintenance & Staffing, Inc | TOTAL | 13,400.00 |
| 99250 | Comtronix Corporation | TOTAL | 5,482.17 |
| 101750 | Con-Way Transportation Services Inc | TOTAL | 3,368.72 |
| 99500 | Consolidated Industries | TOTAL | 3,638.00 |
| 2656 | Core Tech Inc | TOTAL | 14,332.30 |
| 4007 | Corporate Benefit Strategy | TOTAL | 950 |
| 2609 | Covington Box | TOTAL | 1,330.00 |
| 489 | Crystal Clean | TOTAL | 690.89 |
| 103875 | Current Inc | TOTAL | 11,025.66 |

| Account | Vendor | | Amount |
|---|---|---|---|
| 106000 | Curtis 1000 | TOTAL | 4,283.98 |
| 245 | CWTS Inc | TOTAL | 600 |
| 3210 | D.A.S. Services, Inc. | TOTAL | 29,267.00 |
| 90545 | Dan Johnston | TOTAL | 3,138.46 |
| 2670 | Dauber Company Inc | TOTAL | 481,354.99 |
| 90535 | David Garrison | TOTAL | 1,061.20 |
| 3100 | David Hunter | TOTAL | 5,816.16 |
| 4036 | David J. Joseph Company | TOTAL | 188,624.98 |
| 1085 | Dayton Freight | TOTAL | 8,707.23 |
| 4020 | Dayton Industrial Drum | TOTAL | 900 |
| 4031 | De Lage Landen Financial Services | TOTAL | 3,848.70 |
| 3146 | Dell Financial Services LP | TOTAL | 5,578.86 |
| 3349 | Dexter Axle Company | TOTAL | 383,016.22 |
| 3729 | DeKalb Co. Nuisance Animal Control | TOTAL | 630 |
| 115500 | DeKalb Financial Credit Union | TOTAL | 103,335.00 |
| 118500 | DeKalb Superior Court | TOTAL | 5,102.85 |
| 1815 | Diamond Power Specialty Company | TOTAL | 1,275.00 |

| ID | Name | | Amount |
|---|---|---|---|
| 3691 | Dick Taylor | TOTAL | 26,080.76 |
| 152000 | Digital Communication Products, Inc. | TOTAL | 737.98 |
| 123625 | Dike-O-Seal | TOTAL | 1,468.68 |
| 2759 | Disa Goff, Inc | TOTAL | 1,337.79 |
| 126000 | Diversified Pattern & Eng Co Inc | TOTAL | 24,273.00 |
| 128000 | Doall South Bend Co Inc | TOTAL | 14,445.78 |
| 171750 | Don R Fruchey Inc | TOTAL | 32,920.22 |
| 1876 | Dorsch Tool & Eng Co | TOTAL | 822.1 |
| 130000 | Duca Manufacturing Inc | TOTAL | 33,220.00 |
| 125000 | DISA Industries Inc. | TOTAL | 61,286.87 |
| 129500 | DR Lubricants Inc | TOTAL | 10,843.31 |
| 2758 | Earth Tech | TOTAL | 1,711.92 |
| 3941 | Eclectric Company | TOTAL | 1,620.74 |
| 136000 | Edglo Laboratories Inc | TOTAL | 12,145.50 |
| 1925 | Eirich Machines Inc | TOTAL | 21,803.46 |
| 143000 | Elkem Metals Inc. | TOTAL | 221,910.00 |
| 4039 | Elliott H. Goldstein, Esq | TOTAL | 2,178.66 |
| 1047 | Ely Crane & Hoist | | |

| Code | Vendor | | Amount |
|---|---|---|---|
| | | TOTAL | 10,569.77 |
| 145500 | Empire Refractory Sales Inc | TOTAL | 54,460.25 |
| 146250 | Employer's Security Inc | TOTAL | 44,972.09 |
| 2635 | Enco Mfg Co | TOTAL | 4,126.01 |
| 2832 | Engineered Tooling Inc | TOTAL | 3,240.00 |
| 4028 | Enviro Control Metals | TOTAL | 145,920.60 |
| 4021 | Environmental Resourse Center | TOTAL | 999 |
| 3119 | Envision Graphics, Inc. | TOTAL | 2,570.77 |
| 3150 | Ernst and Young LLP | TOTAL | 8,722.00 |
| 151438 | Ewald Enterprises Inc | TOTAL | 4,709.51 |
| 150000 | ETA Engineering Inc | TOTAL | 630 |
| 287000 | Fairmount Minerals | TOTAL | 201,700.14 |
| 153500 | Fargo Wear Inc | TOTAL | 5,967.74 |
| 2175 | FedEx Freight East | TOTAL | 785.26 |
| 2744 | Fire Protection Inc | TOTAL | 142,663.09 |
| 3869 | First Insurance Funding Corp. | TOTAL | 113,188.00 |
| 3672 | Flex-Pac, Inc. | TOTAL | 18,392.20 |
| 1321 | Fort Wayne Diesel Service | TOTAL | 1,028.78 |

| ID | Vendor | | Amount |
|---|---|---|---|
| 3642 | Foseco Inc | TOTAL | 3,907.90 |
| 2188 | Four Seasons Lawnscape | TOTAL | 21,957.70 |
| 442500 | Franklin Capital Financial Serv .LLC | TOTAL | 3,145.50 |
| 171000 | Freeman Mfg & Supply Company | TOTAL | 3,892.89 |
| 3837 | FMThur | TOTAL | 980 |
| 2767 | Garin, LLC | TOTAL | 4,192.86 |
| 179000 | General Kinematics Corp | TOTAL | 24,105.15 |
| 56500 | George E Booth Company | TOTAL | 6,123.33 |
| 185000 | Global Equipment Company | TOTAL | 646.06 |
| 188500 | Grainger Inc | TOTAL | 1,594.35 |
| 929 | Great Lakes Carbon Corp | TOTAL | 71,334.01 |
| 185250 | GMP International | TOTAL | 16,484.00 |
| 185249 | GMP Local 322 | TOTAL | 7,510.60 |
| 648 | H E C O Inc | TOTAL | 70,000.67 |
| 170500 | Hanson Aggregates Midwest Inc. | TOTAL | 5,353.63 |
| 914 | Hartley Controls Corp. | TOTAL | 2,063.36 |
| 142000 | Heraeus Electro-Nite Company | TOTAL | 16,270.90 |

| Code | Name | | Amount |
|---|---|---|---|
| 335000 | Hi-Vac Corporation | TOTAL | 903.5 |
| 205000 | Hickman Williams & Company | TOTAL | 101,091.19 |
| 89 | Hot Crews Inc | TOTAL | 1,890.00 |
| 535 | Hydraserve Inc | TOTAL | 12,108.80 |
| 1036 | Hydronic & Steam Equip Co Inc | TOTAL | 969.86 |
| 3644 | Illinois State Disbursement Unit | TOTAL | 772.68 |
| 1031 | Indiana Dept of Labor | TOTAL | 850 |
| 214500 | Indiana Dept Of Revenue | TOTAL | 13,347.01 |
| 3332 | Indiana Refractories Inc. | TOTAL | 94,554.32 |
| 223125 | Inductotherm Corp | TOTAL | 2,557.91 |
| 3991 | Industrial Ceramic Products | TOTAL | 1,495.30 |
| 224000 | Industrial Tool Service Inc | TOTAL | 49,686.68 |
| 76 | Industrial Tube & Steel Corp | TOTAL | 6,085.10 |
| 331 | Ingersoll-Rand Co | TOTAL | 40,609.69 |
| 3139 | Ingersoll-Rand Financial Services | TOTAL | 3,092.04 |
| 1310 | Inovis | TOTAL | 7,590.00 |
| 2323 | Intermec Technology Corp. | TOTAL | 2,142.52 |
| 226500 | Internal Revenue Service | | |

| ID | Vendor | | Amount |
|---|---|---|---|
| | | TOTAL | 1,514.50 |
| 3876 | International Quality | TOTAL | 16,736.50 |
| 502000 | International Surface Preparation | TOTAL | 12,801.81 |
| 75 | Ircon Inc | TOTAL | 943.12 |
| 3796 | J. Brokerage | TOTAL | 8,384.80 |
| 3774 | J.W. Lemmens, Inc. | TOTAL | 610 |
| 2880 | J-Lenco Inc | TOTAL | 1,521.40 |
| 4002 | J/E Bearing and Machine Ltd. | TOTAL | 4,003.10 |
| 2731 | Jerry Sprouse | TOTAL | 1,645.50 |
| 3474 | Joe Harmon | TOTAL | 1,334.96 |
| 846 | K M H Systems | TOTAL | 25,289.21 |
| 4022 | Kaltenbach, Inc. | TOTAL | 42,089.88 |
| 243000 | Kendall Electric Inc | TOTAL | 46,809.05 |
| 3018 | Kendallville Iron & Metal Inc | TOTAL | 75,935.09 |
| 1879 | Keramida Environmental Inc | TOTAL | 33,478.75 |
| 3921 | Key Equipment Finance (ELS) | TOTAL | 7,236.00 |
| 3699 | Kloss Management LLC | TOTAL | 675 |
| 3131 | Kustom Machining Inc. | TOTAL | 1,199.20 |

| ID | Vendor | | Amount |
|---|---|---|---|
| 3026 | L & D Industries | TOTAL | 1,370.00 |
| 3362 | L & J Engineering | TOTAL | 637.28 |
| 262000 | Leco Corporation | TOTAL | 894.29 |
| 3948 | Lee Excavating, Inc | TOTAL | 1,200.00 |
| 3136 | Lewis Salvage Corporation | TOTAL | 34,737.71 |
| 3684 | Ligonier Pallet | TOTAL | 994.5 |
| 90491 | Lindsay Franklin | TOTAL | 1,433.46 |
| 2525 | Louis Padnos Iron & Metal Co | TOTAL | 2,769,041.30 |
| 4011 | Ludeca | TOTAL | 5,255.89 |
| 252375 | LBH Chemical & Industrial Supply | TOTAL | 17,857.15 |
| 3950 | LDM, Loading Dock Maintenance, LLC | TOTAL | 695.24 |
| 418500 | LMI Technologies (USA), Inc. | TOTAL | 26,394.17 |
| 2819 | Magneco/Metrel Inc | TOTAL | 38,000.00 |
| 286250 | Mail-Well Envelope | TOTAL | 7,878.36 |
| 10000 | Manual Check | TOTAL | 2,049.70 |
| 3484 | Marion County Clerk | TOTAL | 724 |
| 3807 | Marjo Plastics | TOTAL | 6,784.06 |

| ID | Vendor | | Amount |
|---|---|---|---|
| 3918 | Marlin Leasing Corp | TOTAL | 4,449.90 |
| 281750 | McMahon Tire | TOTAL | 3,604.09 |
| 282000 | McMaster Carr Supply Company | TOTAL | 3,984.84 |
| 63375 | Mellon Consultants | TOTAL | 3,852.00 |
| 4045 | Metal Management | TOTAL | 391,130.07 |
| 2186 | Metaltec Steel Abrasive Co | TOTAL | 107,716.00 |
| 2938 | Meyer Industrial Service | TOTAL | 1,625.00 |
| 163 | Michigan Dept. of Treasury | TOTAL | 5,130.29 |
| 3855 | Mid-State Chemical & Supply Co. | TOTAL | 1,930.00 |
| 308000 | Midwest Instrument Co Inc | TOTAL | 53,779.89 |
| 1730 | Midwest Pipe & Steel Inc | TOTAL | 27,796.36 |
| 311000 | Miller and Company | TOTAL | 380,400.53 |
| 3884 | Millwright Services | TOTAL | 1,310.00 |
| 3726 | MiSDU | TOTAL | 5,392.92 |
| 316000 | Modern Equipment Company | TOTAL | 1,088.38 |
| 3381 | Moore Medical Corporation | TOTAL | 1,058.06 |
| 323000 | Motion Industries Inc | TOTAL | 183,101.06 |
| 233 | MP Steel % Huntington National | Bank | |

| Account | Name | | Amount |
|---|---|---|---|
| | | TOTAL | 120,286.47 |
| 3012 | MPB Industries | TOTAL | 34,617.59 |
| 325000 | MSC Industrial Supply Co | TOTAL | 1,258.43 |
| 2955 | MSS Software | TOTAL | 865 |
| 4019 | MT System | TOTAL | 8,068.70 |
| 330000 | Nadapro Inc | TOTAL | 4,793.68 |
| 3236 | National City Bank | TOTAL | 212,676.79 |
| 164876 | National City Bank-Trust Dept | TOTAL | 125,000.00 |
| 4035 | National Material Trading | TOTAL | 72,318.67 |
| 478 | National Serv-All | TOTAL | 52,479.87 |
| 508250 | National Serv-All | TOTAL | 13,805.82 |
| 3404 | Ned Donaldson | TOTAL | 1,123.89 |
| 336000 | Neff Engineering Co Inc | TOTAL | 1,855.11 |
| 3493 | New Jersey Family Support | TOTAL | 900 |
| 336500 | Noble County Clerk | TOTAL | 2,496.53 |
| 341500 | Northern Ind Trading Co Inc | TOTAL | 345,421.50 |
| 3793 | NES Rentals | TOTAL | 1,762.08 |
| 2740 | NMHG Financial Services Inc | TOTAL | 55,132.77 |

| Vendor # | Vendor Name | | Total |
|---|---|---|---|
| 4023 | NW Calibration Inspection | TOTAL | 3,400.00 |
| 3674 | Ohio Child Support | TOTAL | 1,672.08 |
| 1298 | Ohio School District Income Tax | TOTAL | 1,342.51 |
| 347750 | Oilgear | TOTAL | 1,878.36 |
| 352000 | Omnisource Corp-Tusco | TOTAL | 153,624.51 |
| 3686 | Open Universal Software | TOTAL | 1,497.00 |
| 1299 | Optio Software, Inc. | TOTAL | 1,819.10 |
| 355375 | Overnite Transportation Co | TOTAL | 3,767.42 |
| 3920 | OFC Capital | TOTAL | 5,142.00 |
| 356750 | Paaso General Equipment | TOTAL | 2,384.00 |
| 3297 | Pain Enterprises Inc. | TOTAL | 1,400.25 |
| 359000 | Pangborn Company | TOTAL | 17,701.95 |
| 3756 | Parker Glove & Supply, Inc. | TOTAL | 2,968.97 |
| 3887 | Perfection Servo Hydraulics | TOTAL | 5,508.14 |
| 2897 | Pflaumer Brothers Inc | TOTAL | 3,956.70 |
| 368000 | Postmaster | TOTAL | 4,511.00 |
| 1063 | Pranger Enterprises Inc | TOTAL | 28,196.00 |

| ID | Vendor | | Amount |
|---|---|---|---|
| 3164 | Precision Steel Services | TOTAL | 1,034.54 |
| 3009 | Print Shop | TOTAL | 2,950.37 |
| 3860 | Project Management Services | TOTAL | 25,974.50 |
| 254000 | R I Lampus Co | TOTAL | 77,795.40 |
| 986 | Refco Inc | TOTAL | 25,092.23 |
| 1246 | Reilley Trucking | TOTAL | 19,240.00 |
| 2519 | Renco Machine Co Inc | TOTAL | 3,920.00 |
| 3072 | Reno Refractories, Inc. | TOTAL | 10,641.60 |
| 40500 | Richard J Bagan Company Inc | TOTAL | 1,065.00 |
| 444000 | Richard Squier Pallets Inc | TOTAL | 75,433.98 |
| 402250 | Rumford Industrial Group Inc | TOTAL | 1,211.00 |
| 3766 | RA Mueller Inc. | TOTAL | 3,518.00 |
| 404000 | S & S Oil Co Inc | TOTAL | 52,790.43 |
| 406000 | S & S Tire Co Inc | TOTAL | 861.36 |
| 3992 | S. Cohn & Son Inc. | TOTAL | 7,228.46 |
| 37 | Safety - Kleen Corp | TOTAL | 64,765.90 |
| 427000 | Safety Solutions | TOTAL | 2,114.38 |
| 836 | Schenck AccuRate Inc. | | |

| ID | Name | | Amount |
|---|---|---|---|
| | | TOTAL | 1,409.00 |
| 414504 | Schust Engineering Inc. | TOTAL | 43,915.35 |
| 417000 | Scott Industrial Systems Inc | TOTAL | 821.17 |
| 90488 | Scott Stellhorn | TOTAL | 2,331.67 |
| 418000 | Security Locknut Inc | TOTAL | 1,470.91 |
| 3742 | ServIT | TOTAL | 4,596.23 |
| 425500 | Shells Inc. | TOTAL | 9,587.00 |
| 426000 | Sherry Laboratories | TOTAL | 7,992.50 |
| 3640 | Shoun Trucking Company, Inc. | TOTAL | 608.02 |
| 1937 | Simpson Technologies Corporation | TOTAL | 3,160.58 |
| 392 | SolidWorks Corporation | TOTAL | 2,745.40 |
| 440000 | Spraying Systems Company | TOTAL | 1,083.40 |
| 3728 | Sprint | TOTAL | 7,107.35 |
| 3773 | Sprint Data Svcs | TOTAL | 3,119.94 |
| 1091 | State of Ohio Dept of Taxation | TOTAL | 4,768.72 |
| 2946 | Steve McCreery | TOTAL | 638.87 |
| 2553 | Struers Inc | TOTAL | 4,049.04 |
| 4032 | Sturgis Iron & Metal | TOTAL | 1,135,214.65 |

| Code | Name | | Amount |
|---|---|---|---|
| 455500 | Superior Business Solutions | TOTAL | 2,716.34 |
| 213000 | SBC | TOTAL | 4,569.50 |
| 3975 | SES LLC Technical Group | TOTAL | 1,650.00 |
| 2860 | STAG Iron & Metal Corp | TOTAL | 504,330.44 |
| 3061 | T & L Sharpening Inc | TOTAL | 672.99 |
| 461000 | T & M Equipment Co Inc | TOTAL | 14,222.23 |
| 3989 | T.E.A.M. Transit, Inc. | TOTAL | 748.38 |
| 462250 | Taylor Rental Auburn | TOTAL | 2,530.95 |
| 2912 | Thomas E Keller Trucking Inc | TOTAL | 3,239.75 |
| 2580 | Thomas Walsh | TOTAL | 914.72 |
| 4034 | Tim Eastom | TOTAL | 7,890.00 |
| 165 | Treasurer Of State Of Ohio | TOTAL | 6,366.20 |
| 470000 | Tri State Compressed Air Sys.,Inc. | TOTAL | 1,204.05 |
| 39 | Triangle Sales Company | TOTAL | 1,077.28 |
| 4026 | Triple M Manufacturing | TOTAL | 46,053.05 |
| 2562 | Trojan Heat Treat | TOTAL | 3,218.99 |
| 478000 | United Parcel Service | TOTAL | 1,043.47 |

| ID | Name | | Amount |
|---|---|---|---|
| 3779 | United States Treasury | TOTAL | 2,506.33 |
| 479500 | United Way of DeKalb County Inc | TOTAL | 2,408.95 |
| 479750 | Universal Am-Can Ltd | TOTAL | 62,553.25 |
| 23000 | UNIMIN Corporation | TOTAL | 1,045,158.14 |
| 477500 | UNUM Life Insurance Company | TOTAL | 1,487.25 |
| 2338 | US Cargo Management Inc | TOTAL | 1,647.00 |
| 3946 | US Pattern Company Inc | TOTAL | 29,150.00 |
| 206500 | USF Holland Inc | TOTAL | 1,663.41 |
| 3153 | Van Dyne Crotty, Inc. | TOTAL | 23,653.54 |
| 3512 | Vesuvius USA Corp. | TOTAL | 16,000.32 |
| 488000 | VWR International, Inc. | TOTAL | 1,133.78 |
| 855 | Walman Optical Co | TOTAL | 1,021.00 |
| 3030 | Warsaw Engineering & Fabricating | TOTAL | 20,272.00 |
| 493000 | Water Sciences | TOTAL | 34,489.79 |
| 494000 | Wayne Fasteners Inc | TOTAL | 4,851.28 |
| 496000 | Wayne Pipe & Supply Inc | TOTAL | 7,840.05 |
| 499000 | Welder Services Inc | TOTAL | 12,427.22 |
| 472000 | Weyerhaeuser Co | | |

| | TOTAL | 10,792.96 |
|---|---|---|
| 1117 Wheelabrator Abrasives Inc | TOTAL | 65,186.00 |
| 501010 Wheelabrator Canada Inc. | TOTAL | 649.59 |
| 1905 Winebrenner Construction | TOTAL | 2,283.36 |
| 2337 Xerox Corporation | TOTAL | 9,758.88 |
| 1979 Xerox/Park Ridge | TOTAL | 1,836.00 |
| | FINAL TOTALS TOTAL | 14,687,511.64 |

\*\*\* E      N D  O F  R E P O R T  \*\*\*