<u>Capital Expenditures</u>. Capital expenditures will be limited to $1,100,000 in 2005, $1,500,000 in 2006 and $1,850,000 in 2007.

- Not incur or assume any additional debt, give any guaranties, create any liens, charges or encumbrances or incur additional lease obligations; not merge or consolidate with any other person, change the nature of business or corporate structure or create new subsidiaries or amend its charter or by-laws; not give a negative pledge on any assets in favor of any person other than the Agent and the Lenders; and not sell, lease or otherwise dispose of assets (including, without limitation, in connection with a sale leaseback transaction or the sale of joint venture interest) beyond agreed upon limits in any fiscal year.

- Not prepay, redeem, purchase, defease, exchange or repurchase any debt or amend or modify any of the terms of any such debt or other similar agreements entered into by the Borrower.

- Not make any loans, advances, capital contributions or acquisitions, form any joint ventures or partnerships or make any other investments in subsidiaries or any other person; provided, however, that New AFI may make advances to Old AFI to pay post-Effective Date real estate taxes and other costs of maintaining Old AFI's assets pending sale so long as such advances are evidenced by a written promissory note which is pledged to Agent and do not exceed $250,000 in the aggregate (the "Intercompany Advances").

- Not make or commit to make any payments in respect of warrants, options, repurchase of stock, dividends or any other distributions to shareholders except for (i) distributions to members to pay taxes, (ii) repurchases up to $200,000 per year of membership interests or options to purchase membership interests held by management of the Borrower; and (iii) provided that no default or event of default is continuing or would occur as a result of such payments, Operating Capital Loans made pursuant to the Operating Capital Call Commitment may be repaid to the Escrow Account or to AFILG with respect to funds in excess of $500,000 in the Escrow Account from time to time during the first year after the Closing Date if subsequent to such repayment Availability on the day of such repayment shall be

    at least $1,500,000 and directly to AFILG thereafter if subsequent to such repayment Availability shall be at least $500,000.

----------------------------------

| | |
|---|---|
| Financing Reporting Requirements: | The Borrower shall provide: (i) monthly, internally prepared unaudited financial statements of the Borrower including balance sheet, income statement and cash flow statement within 30 days of month-end, certified on behalf of the Borrower by the Borrower's CFO or Treasurer; (ii) annual audited financial statements of the Borrower within 120 days of year-end, certified with respect to such statements by independent certified public accountants acceptable to the Agent; and (iii) financial projections showing monthly projected performance for the balance of the term of the Facility updated monthly. A senior official of Borrower shall personally certify all financial statements delivered to the Agent are, to the best of his or her actual knowledge, true and correct. |