## Other Plant #1 Equipment - To be Disposed

| Plant | Code | Description | Type | Number 1 | Number 2 |
|---|---|---|---|---|---|
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18210800 | 182108 |
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18210817 | 182108 |
| P1 | 181 | AF ASSET # 001836 | VCON | 18212300 | 182123 |
| P1 | 186 | 000441 AND 001842 | QS | 18600700 | 186007 |
| P1 | 194 | START DATE 4/07/94 | PROJ | 27897 | 27897 |
| P1 | 111 | AF ASSET # 000202 | TOOL | 11103100 | 111031 |
| P1 | 185 | AF ASSET # 1403 | WMB | 15505700 | 155057 |
| P1 | 148 | AF ASSET # 001095 | VM | 14804900 | 148049 |
| P1 | 185 | AF ASSET # 001828 | VCON | 18505900 | 185059 |
| P1 | 185 | ASSET #1841 & 1900 | QS | 18602000 | 186020 |
| P1 | 185 | S | | 18602091 | 186020 |
| P1 | 185 | AF ASSET # 001829 | VCON | 18505800 | 185058 |
| P1 | 185 | AF ASSET # 001830 | VCON | 18505700 | 185057 |
| P1 | 148 | AF ASSET # 001288 | VM | 14803100 | 148031 |
| P1 | 115 | AF ASSET # 000487 | QUAL | 11502200 | 115022 |
| P1 | 136 | START DATE 3/3/00 | CORE | 27345 | 27345 |
| P1 | 125 | AF ASSET # 001811 | CLEN | 12501400 | 125014 |
| P1 | 170 | 433 | WATR | 17004096 | 170040 |
| P1 | 170 | 433 | WATR | 17004097 | 170040 |
| P1 | 121 | START DATE 7/19/96 | PROJ | 27979 | 27979 |
| P1 | 130 | AF ASSET # 000466 | SAFE | 13001000 | 130010 |
| P1 | 159 | ASSET # 000773 | UTIL | 15903633 | 159036 |
| P1 | 127 | AF ASSET # 001928 | | 12703000 | 127030 |
| P1 | 180 | 1254 | WATR | 18006800 | 180068 |
| P1 | 125 | AF ASSET # 000585 | CLEN | 12501000 | 125010 |
| P1 | 121 | AF ASSET # 001274 | VCON | 12201800 | 122018 |
| P1 | 121 | AF ASSET # 1391 | VCON | 12201808 | 122018 |
| P1 | 111 | AF ASSET # 001129 | BELT | 11101500 | 111015 |
| P1 | 120 | AF ASSET # 001342 | ICS | 12008000 | 120080 |
| P1 | 180 | AF ASSET 1343 | ICS | 18007300 | 180073 |
| P1 | 180 | AF ASSET # 1393 | ICS | 18007400 | 180074 |
| P1 | 180 | 1126 | ICS | 18007500 | 180075 |
| P1 | 180 | 1718 | ICS | 18007600 | 180076 |
| P1 | 120 | AF ASSET # 001326 | ICS | 12007800 | 120078 |
| P1 | 270 | AF ASSET # 000015 | LADL | 27007000 | 270070 |
| P1 | 112 | AF ASSET # 2018 | LADL | 11204800 | 112048 |
| P1 | 185 | AF ASSET # 000623 | CLEN | 18501400 | 185014 |
| P1 | 136 | SIZE: 106 UNIV | CORE | 13602016 | 136020 |
| P1 | 148 | ASSET # 001959 | VM | 14807600 | 148076 |
| P1 | 180 | 491 & 1951 | | 18002600 | 180026 |
| P1 | 180 | AF ASSET # 1843 | | 18002700 | 180027 |
| P1 | 180 | AF ASSET # 1772 | | 18003020 | 180030 |
| P1 | 112 | ASSET # 1173 & 1289 | HOLD | 11204045 | 112040 |
| P1 | 136 | 001667 | CORE | 13602000 | 136020 |
| P1 | 181 | 5,400 CFM | DUST | 18104100 | 181041 |
| P1 | 148 | 001990 | TOOL | 14805900 | 148059 |
| P1 | 112 | CAB S/N T-366227-A | | 11202600 | 112026 |
| P1 | 159 | 12470V TO 750V | SUB | 15903100 | 159031 |
| P1 | 181 | 001832 & 492 | VCON | 18200400 | 182004 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 181 | AF ASSET # 001835 | VCON | 18212400 | 182124 |
| P1 | 111 | START DATE: 10/27/94 | PROJ | 27923 | 27923 |
| P1 | 181 | AF ASSET # 001834 | VCON | 18212500 | 182125 |
| P1 | 120 | START DATE: 3/09/95 | PROJ | 27934 | 27934 |
| P1 | 181 | 1115 | DUST | 18101200 | 181012 |
| P1 | 181 | ASSET # 376 | VCON | 18201200 | 182012 |
| P1 | 181 | AF ASSET # 001099 | VCON | 18200200 | 182002 |
| P1 | 181 | AF ASSET # 001812 | VCON | 18200100 | 182001 |
| P1 | 181 | AF ASSET # 001930 | VCON | 18200317 | 182003 |
| P1 | 181 | ASSET #1099 & 1813 | VCON | 18200300 | 182003 |
| P1 | 181 | AF ASSET # 001814 | VCON | 18210300 | 182103 |
| P1 | 181 | AF ASSET # 001815 | VCON | 18210400 | 182104 |
| P1 | 159 | 1234 | WATR | 15907500 | 159075 |
| P1 | 159 | 50 & 1234 & 1406 | WATR | 15907700 | 159077 |
| P1 | 159 | 1406 | WATR | 15907600 | 159076 |
| P1 | 159 | 1416 | COMP | 15907601 | 159076 |
| P1 | 159 | 312 & 809 | | 15900100 | 159001 |
| P1 | 159 | AF ASSET # 000243 | | 15900200 | 159002 |
| P1 | 159 | AF ASSET # 1774 | | 15900291 | 159002 |
| P1 | 159 | ASSET # 47 & 2001 | | 15900400 | 159004 |
| P1 | 159 | AF ASSET # 000049 | | 15900500 | 159005 |
| P1 | 259 | ASSET 1965 | COMP | 25940100 | 259401 |
| P1 | 121 | 50,000 CFM | HVAC | 14459400 | 144594 |
| P1 | 151 | 40,000 CFM | HVAC | 14469100 | 144691 |
| P1 | 112 | 40,000 CFM | HVAC | 14419000 | 144190 |
| P1 | 130 | 50,000 CFM | HVAC | 14479100 | 144791 |
| P1 | 125 | 40,000 CFM | HVAC | 14459200 | 144592 |
| P1 | 121 | 60,000 CFM | HVAC | 14459100 | 144591 |
| P1 | 153 | 20,000 CFM | HVAC | 14489100 | 144891 |
| P1 | 151 | AF ASSET # 001451 | HVAC | 14449200 | 144492 |
| P1 | 185 | AF ASSET # 592 | HVAC | 14439200 | 144392 |
| P1 | 148 | 8,750 CFM | HVAC | 14449100 | 144491 |
| P1 | 121 | 40,000 CFM | HVAC | 14459500 | 144595 |
| P1 | 120 | AF ASSET # 001001 | | 12002000 | 120020 |
| P1 | 120 | AF ASSET # 000823 | | 12001900 | 120019 |
| P1 | 181 | 1687 | BIN | 18205417 | 182054 |
| P1 | 181 | ASSET # 113 | BIN | 18205400 | 182054 |
| P1 | 133 | AF ASSET # 001916 | SCAL | 13300306 | 133003 |
| P1 | 121 | AF ASSET # 000565 | BELT | 12203700 | 122037 |
| P1 | 121 | AF ASSET # 000737 | BELT | 12204700 | 122047 |
| P1 | 121 | AF ASSET # 000752 | BELT | 12201700 | 122017 |
| P1 | 111 | AF ASSET # 001011 | CUPO | 11102592 | 111025 |
| P1 | 148 | 1349 | VM | 14803300 | 148033 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801000 | 148010 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801100 | 148011 |
| P1 | 148 | 1958 | VM | 14801200 | 148012 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801300 | 148013 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801400 | 148014 |
| P1 | 148 | 1085 | VM | 14803500 | 148035 |
| P1 | 148 | 1236 | VM | 14803600 | 148036 |
| P1 | 148 | 001681 | VM | 14803700 | 148037 |
| P1 | 185 | START DATE 2/23/98 | PROJ | 27333 | 27333 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 125 | START DATE 3/11/98 | PROJ | 27330 | 27330 |
| P1 | 181 | AF ASSET # 001821 | VCON | 18211100 | 182111 |
| P1 | 181 | AF ASSET # 001822 | VCON | 18211200 | 182112 |
| P1 | 181 | AF ASSET # 001823 | VCON | 18211300 | 182113 |
| P1 | 121 | AF ASSET # 001665 | DUST | 12100811 | 121008 |
| P1 | 170 | 139 | CRAN | 17000400 | 170004 |
| P1 | 111 | START DATE: 12/14/94 | PROJ | 27931 | 27931 |
| P1 | 170 | AF ASSET # 000097 | CRAN | 17000300 | 170003 |
| P1 | 111 | AF ASSET # 001016 | | 11101800 | 111018 |
| P1 | 155 | SEE COMMENTS | WMB | 15500115 | 155001 |
| P1 | 155 | START DATE 4/16/98 | PROJ | 27331 | 27331 |
| P1 | 155 | AF ASSET # 1910 | WMB | 15500111 | 155001 |
| P1 | 155 | 000209 | WMB | 15500100 | 155001 |
| P1 | 111 | AF ASSET # 000096 | CRAN | 11100100 | 111001 |
| P1 | 159 | START DATE 03/30/99 | PROJ | 27339 | 27339 |
| P1 | 159 | START DATE: 7/30/97 | PROJ | 27317 | 27317 |
| P1 | 194 | START DATE: 8/10/94 | PROJ | 27914 | 27914 |
| P1 | 130 | SIZE: 445 | FAN | 14472000 | 144720 |
| P1 | 133 | START DATE: 12/12/95 | PROJ | 27967 | 27967 |
| P1 | 181 | AF ASSET # 001303 | VCON | 18204500 | 182045 |
| P1 | 121 | AF ASSET # 001174 | VCON | 12204000 | 122040 |
| P1 | 194 | START DATE: 9/19/94 | PROJ | 27917 | 27917 |
| P1 | 159 | START DATE 09/20/99 | PROJ | 27342 | 27342 |
| P1 | 194 | START DATE 7/24/93 | PROJ | 27846 | 27846 |
| P1 | 111 | 1330 POWER RAILS | CRAN | 11105500 | 111055 |
| P1 | 111 | AF ASSET # 001019 | | 11101717 | 111017 |
| P1 | 111 | START DATE 06/23/99 | PROJ | 27341 | 27341 |
| P1 | 111 | ASSET # 203 | CUPO | 11102200 | 111022 |
| P1 | 111 | AF ASSET # 001722 | CUPO | 11102100 | 111021 |
| P1 | 185 | 12,000 CFM | DUST | 18501211 | 185012 |
| P1 | 121 | AF ASSET # 001050 | BELT | 12204900 | 122049 |
| P1 | 133 | 1096 & 1286 & 1332 | QS | 13302200 | 133022 |
| P1 | 133 | AF ASSET # 001332 | CORE | 13302293 | 133022 |
| P1 | 133 | DRW#HS43-A1-A1992-BO | HYD | 13302220 | 133022 |
| P1 | 180 | 1119 | WATR | 18006700 | 180067 |
| P1 | 180 | 1119 AND 1254 | WATR | 18006900 | 180069 |
| P1 | 180 | START DATE 6/02/95 | PROJ | 27941 | 27941 |
| P1 | 120 | AF ASSET # 998 | QS | 12001200 | 120012 |
| P1 | 180 | AF ASSET # 000490 | QS | 18000800 | 180008 |
| P1 | 180 | 000617 | QS | 18000900 | 180009 |
| P1 | 180 | 1938 | QS | 18001000 | 180010 |
| P1 | 180 | AF ASSET # 000186 | QS | 18001100 | 180011 |
| P1 | 180 | AF ASSET # 000164 | QS | 18001200 | 180012 |
| P1 | 180 | | | 18001267 | 180012 |
| P1 | 120 | AF ASSET # 377 | QS | 12000900 | 120009 |
| P1 | 120 | ASSET # 377 & 1568 | QS | 12001000 | 120010 |
| P1 | 120 | AF ASSET # 819 | QS | 12001100 | 120011 |
| P1 | 181 | AF ASSET # 000621 | BELT | 18202300 | 182023 |
| P1 | 120 | AF ASSET # 001005 | BELT | 12002800 | 120028 |
| P1 | 120 | AF ASSET # 001328 | BELT | 12002500 | 120025 |
| P1 | 120 | AF ASSET # 000827 | BELT | 12002700 | 120027 |
| P1 | 180 | AF ASSET # 1833 | VCON | 18003300 | 180033 |

| P1 | 112 | NEW COILS DEC 1994 | WATR | 11203200 | 112032 |
|---|---|---|---|---|---|
| P1 | 112 | NEW COILS DEC 1994 | WATR | 11203300 | 112033 |
| P1 | 112 | NEW COILS DEC 1994 | WATR | 11203400 | 112034 |
| P1 | 159 | 000050 & 1234 | WATR | 15907800 | 159078 |
| P1 | 159 | 000050 & 1234 | WATR | 15907900 | 159079 |
| P1 | 180 | START DATE | CUPO | 27737 | 27737 |
| P1 | 185 | AF ASSET # 001336 | DUST | 18501200 | 185012 |
| P1 | 181 | AF ASSET # 001931 | DUST | 18100500 | 181005 |
| P1 | 170 | 614 | WATR | 17004200 | 170042 |
| P1 | 170 | LOOK AT COMMENTS | PUMP | 17004231 | 170042 |
| P1 | 181 | 1113 | DUST | 18102800 | 181028 |
| P1 | 181 | 1115 | DUST | 18102300 | 181023 |
| P1 | 121 | SEE COMMENTS | VCON | 12203200 | 122032 |
| P1 | 130 | START DATE: 1/06/95 | PROJ | 27932 | 27932 |
| P1 | 111 | AF ASSET # 001555 | FAN | 14411800 | 144118 |
| P1 | 181 | 14,900 CFM | FAN | 14420700 | 144207 |
| P1 | 181 | 14,900 CFM | FAN | 14420800 | 144208 |
| P1 | 181 | 14,900 CFM | FAN | 14420900 | 144209 |
| P1 | 121 | 28,000 CFM | FAN | 14451500 | 144515 |
| P1 | 121 | 16,000 CFM | FAN | 14450200 | 144502 |
| P1 | 121 | 28,000 CFM | FAN | 14451400 | 144514 |
| P1 | 121 | 16,000 CFM | FAN | 14450100 | 144501 |
| P1 | 121 | 30,000 CFM | DUST | 12102800 | 121028 |
| P1 | 111 | START DATE 8/12/95 | PROJ | 27946 | 27946 |
| P1 | 125 | START DATE: 5/17/96 | PROJ | 27977 | 27977 |
| P1 | 057 | START DATE: 1/30/97 | PROJ | 27301 | 27301 |
| P1 | 194 | START DATE 7/12/95 | PROJ | 27944 | 27944 |
| P1 | 181 | 1685 | VCON | 18201400 | 182014 |
| P1 | 121 | AF ASSET # 000548 | VCON | 12203100 | 122031 |
| P1 | 155 | FRC 12"W X 6'6" LONG | WMB | 15505000 | 155050 |
| P1 | 170 | 20,000 CFM | FAN | 14419600 | 144196 |
| P1 | 121 | 25,000 CFM | FAN | 14459600 | 144596 |
| P1 | 181 | 20,000 CFM | FAN | 14429100 | 144291 |
| P1 | 150 | 12,000 CFM | FAN | 14489400 | 144894 |
| P1 | 185 | 8,000 CFM | FAN | 14439600 | 144396 |
| P1 | 181 | 700 CFM | FAN | 14439100 | 144391 |
| P1 | 181 | 3,000 CFM | FAN | 14439300 | 144393 |
| P1 | 150 | 12,000 CFM | FAN | 14489300 | 144893 |
| P1 | 185 | 8,000 CFM | FAN | 14439500 | 144395 |
| P1 | 159 | 70,000 CFM | FAN | 14489200 | 144892 |
| P1 | 148 | 370 & & 1248 & 1726 | VM | 14804300 | 148043 |
| P1 | 148 | 001351 AND 001770 | VM | 14807500 | 148075 |
| P1 | 111 | START DATE 10/21/96 | PROJ | 27990 | 27990 |
| P1 | 120 | START DATE: 12-19-96 | PROJ | 27999 | 27999 |
| P1 | 159 | START DATE 5/96 | PROJ | 27974 | 27974 |
| P1 | 130 | AF ASSET # 000467 | CORE | 13000800 | 130008 |
| P1 | 186 | AF ASSET # 001846 | VCON | 18505000 | 185050 |
| P1 | 185 | AF ASSET # 001850 | VCON | 18505100 | 185051 |
| P1 | 194 | START DATE: 12/10/94 | PROJ | 27930 | 27930 |
| P1 | 121 | PROJECT 27-352 | HVAC | 12108300 | 121083 |
| P1 | 159 | 000373 AND 001072 | HVAC | 15905591 | 159055 |
| P1 | 181 | AF ASSET 1790 & 1924 | HVAC | 18108300 | 181083 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 121 | AF ASSET # 001077 | VCON | 12204600 | 122046 |
| P1 | 112 | START DATE: 4/4/96 | PROJ | 27972 | 27972 |
| P1 | 120 | START DATE: 10/10/95 | PROJ | 27953 | 27953 |
| P1 | 111 | START DATE: 2/22/97 | PROJ | 27303 | 27303 |
| P1 | 180 | START DATE: 9/29/97 | PROJ | 27319 | 27319 |
| P1 | 181 | START DATE 11/29/95 | PROJ | 27963 | 27963 |
| P1 | 127 | START DATE 9/14/95 | PROJ | 27950 | 27950 |
| P1 | 186 | START DATE: 11/29/95 | PROJ | 27964 | 27964 |
| P1 | 180 | START DATE 10/01/93 | PROJ | 27863 | 27863 |
| P1 | 130 | START DATE: 10/16/95 | PROJ | 27955 | 27955 |
| P1 | 126 | START DATE: 12/23/96 | PROJ | 27300 | 27300 |
| P1 | 127 | START DATE: 6-4-97 | PROJ | 27316 | 27316 |
| P1 | 030 | START DATE: 5-12-97 | PROJ | 27314 | 27314 |
| P1 | 137 | START DATE: 11/05/95 | PROJ | 27959 | 27959 |
| P1 | 181 | START DATE: 9/25/95 | PROJ | 27952 | 27952 |
| P1 | 133 | START DATE 2/01/96 | PROJ | 27969 | 27969 |
| P1 | 170 | START DATE: 7/08/94 | PROJ | 27911 | 27911 |
| P1 | 181 | 1687 | BIN | 18205517 | 182055 |
| P1 | 181 | ASSET # 113 | BIN | 18205500 | 182055 |
| P1 | 181 | AF ASSET # 001626 | DUST | 18100700 | 181007 |
| P1 | 148 | ASSET # 000950 | FORK | 14810200 | 148102 |
| P1 | 148 | ASSET # 000946 | FORK | 14810300 | 148103 |
| P1 | 148 | AF ASSET # 000947 | FORK | 14810500 | 148105 |
| P1 | 148 | ASSET # 952 | FORK | 14810600 | 148106 |
| P1 | 148 | 000953 | FORK | 14810700 | 148107 |
| P1 | 148 | ASSET # 000949 | FORK | 14810800 | 148108 |
| P1 | 148 | 001075 | FORK | 14810900 | 148109 |
| P1 | 148 | AF ASSET # 1091 | FORK | 14811000 | 148110 |
| P1 | 148 | AF ASSET # 1094 | FORK | 14811200 | 148112 |
| P1 | 148 | AF ASSET # 1149 | FORK | 14811300 | 148113 |
| P1 | 148 | AF ASSET # 1150 | FORK | 14811400 | 148114 |
| P1 | 148 | AF ASSET # 1237 | FORK | 14811500 | 148115 |
| P1 | 148 | 001298 | FORK | 14811600 | 148116 |
| P1 | 148 | AF ASSET # 1297 | FORK | 14811800 | 148118 |
| P1 | 148 | AF ASSET # 1408 | FORK | 14811900 | 148119 |
| P1 | 148 | AF ASSET # 1409 | FORK | 14812000 | 148120 |
| P1 | 148 | AF ASSET # 1410 | FORK | 14812100 | 148121 |
| P1 | 148 | AF ASSET # 1476 | FORK | 14812200 | 148122 |
| P1 | 148 | AF ASSET # 1492 | FORK | 14812300 | 148123 |
| P1 | 148 | AF ASSET # 1493 | FORK | 14812400 | 148124 |
| P1 | 148 | AF ASSET # 1494 | FORK | 14812500 | 148125 |
| P1 | 148 | AF ASSET # 1495 | FORK | 14812600 | 148126 |
| P1 | 148 | AF ASSET # 1496 | FORK | 14812700 | 148127 |
| P1 | 148 | AF ASSET # 1689 | FORK | 14813100 | 148131 |
| P1 | 148 | 002022 | FORK | 14813700 | 148137 |
| P1 | 148 | 002023 | FORK | 14813800 | 148138 |
| P1 | 148 | 002024 | FORK | 14813900 | 148139 |
| P1 | 148 | 002025 | FORK | 14814200 | 148142 |
| P1 | 148 | 000304 | FORK | 14802200 | 148022 |
| P1 | 170 | 99 | | 17000700 | 170007 |
| P1 | 170 | 3 | | 17000741 | 170007 |
| P1 | 170 | 99 | | 17000800 | 170008 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 170 | AF ASSET 1390 & 1481 | | 17000845 | 170008 |
| P1 | 170 | 99 | | 17000900 | 170009 |
| P1 | 170 | AF ASSET # 616 | FURN | 17001000 | 170010 |
| P1 | 112 | 40,000 CFM | HVAC | 14419100 | 144191 |
| P1 | 121 | 53,600 CFM | HVAC | 14459300 | 144593 |
| P1 | 181 | 53,600 CFM | FAN | 14429200 | 144292 |
| P1 | 120 | START DATE: 12/05/95 | PROJ | 27966 | 27966 |
| P1 | 121 | AF ASSET # 001566 | VCON | 12201900 | 122019 |
| P1 | 121 | AF ASSET # 001413 | VCON | 12201908 | 122019 |
| P1 | 121 | SEE COMMENTS | VCON | 12202000 | 122020 |
| P1 | 121 | AF ASSET # 001413 | VCON | 12202008 | 122020 |
| P1 | 181 | START DATE: 1/27/98 | PROJ | 27324 | 27324 |
| P1 | 159 | START DATE: 10/27/97 | LAND | 27325 | 27325 |
| P1 | 181 | SIZE 404 | | 18201991 | 182019 |
| P1 | 121 | AF ASSET # 000237 | QS | 12200600 | 122006 |
| P1 | 181 | AF ASSET # 000325 | QS | 18201900 | 182019 |
| P1 | 111 | 40,000 CFM | DUST | 11104400 | 111044 |
| P1 | 125 | START DATE: 7/31/96 | PROJ | 27985 | 27985 |
| P1 | 126 | 1565 & 1046 | QS | 12601100 | 126011 |
| P1 | 181 | AF ASSET # 000942 | VCON | 18201591 | 182015 |
| P1 | 120 | START DATE 10/26/00 | PROJ | 27349 | 27349 |
| P1 | 185 | START DATE 5/23/00 | PROJ | 27346 | 27346 |
| P1 | 181 | 1399 MOTOR STARTER | DUST | 18101611 | 181016 |
| P1 | 130 | SUPER HEATER | CORE | 13000401 | 130004 |
| P1 | 130 | ASSET # 259 & 368 | CORE | 13000300 | 130003 |
| P1 | 157 | AF ASSET # 000627 | TOOL | 15700200 | 157002 |
| P1 | 181 | ASSET # 376 & 1488 | VCON | 18201300 | 182013 |
| P1 | 136 | 000897 | CORE | 13600500 | 136005 |
| P1 | 133 | AF ASSET # 000255 | MULL | 13300500 | 133005 |
| P1 | 121 | 1,700 CFM | DUST | 12104100 | 121041 |
| P1 | 159 | START DATE: 8/22/96 | PROJ | 27987 | 27987 |
| P1 | 181 | ASSET #1331 & 1848 | VCON | 18201500 | 182015 |
| P1 | 194 | START DATE: 10/27/94 | PROJ | 27924 | 27924 |
| P1 | 185 | AF ASSET # 001478 | BILD | 15000613 | 150006 |
| P1 | 111 | AF ASSET # 000940 | CUPO | 11105900 | 111059 |
| P1 | 111 | AF ASSET # 001723 | CUPO | 11102700 | 111027 |
| P1 | 111 | AF ASSET # 001780 | CUPO | 11102704 | 111027 |
| P1 | 155 | FRC 22"W X 6'9" LG | VCON | 15505200 | 155052 |
| P1 | 155 | FRC 22"W X 6'9" LG | VCON | 15505211 | 155052 |
| P1 | 180 | START DATE 3/04/93 | PROJ | 27824 | 27824 |
| P1 | 159 | START DATE 2/18/97 | PROJ | 27302 | 27302 |
| P1 | 150 | START DATE 6/20/95 | PROJ | 27942 | 27942 |
| P1 | 159 | START DATE 1/29/96 | PROJ | 27968 | 27969 |
| P1 | 111 | AF ASSET # 001114 | | 11104500 | 111045 |
| P1 | 111 | AF ASSET # 001454 | CUPO | 11104700 | 111047 |
| P1 | 170 | AF ASSET # 1635 | VCON | 17000200 | 170002 |
| P1 | 170 | AF ASSET # 615 | VCON | 17000292 | 170002 |
| P1 | 121 | AF ASSET # 000999 | MOLD | 12201500 | 122015 |
| P1 | 121 | AF ASSET # 000821 | MOLD | 12201400 | 122014 |
| P1 | 121 | AF ASSET # 001455 | MOLD | 12204200 | 122042 |
| P1 | 121 | PARAMOUNT II | VCON | 12204291 | 122042 |
| P1 | 121 | PARAMOUNT II | VCON | 12204211 | 122042 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 121 | AF ASSET # 000545 | VCON | 12202200 | 122022 |
| P1 | 185 | AF ASSET # 001852 | VCON | 18506500 | 185065 |
| P1 | 185 | AF ASSET # 001845 | VCON | 18506600 | 185066 |
| P1 | 185 | AF ASSET # 001844 | VCON | 18506700 | 185067 |
| P1 | 185 | AF ASSET # 001851 | VCON | 18506800 | 185068 |
| P1 | 185 | AF ASSET # 001831 | VCON | 18506100 | 185061 |
| P1 | 185 | AF ASSET # 001840 | VCON | 18506200 | 185062 |
| P1 | 185 | AF ASSET # 001839 | VCON | 18506300 | 185063 |
| P1 | 185 | AF ASSET # 001838 | VCON | 18506400 | 185064 |
| P1 | 120 | START DATE: 10/29/97 | PROJ | 27321 | 27321 |
| P1 | 127 | START DATE 11/05/95 | PROJ | 27957 | 27957 |
| P1 | 133 | START DATE 7/28/95 | PROJ | 27945 | 27945 |
| P1 | 159 | START DATE: 9/19/95 | PROJ | 27951 | 27951 |
| P1 | 130 | START DATE: 5/7/96 | PROJ | 27975 | 27975 |
| P1 | 150 | START DATE:8/14/94 | PROJ | 27915 | 27915 |
| P1 | 180 | START DATE 11/25/98 | PROJ | 27335 | 27335 |
| P1 | 126 | START DATE: 11/4/97 | PROJ | 27323 | 27323 |
| P1 | 154 | SEE COMMENTS | TOOL | 15402000 | 154020 |
| P1 | 111 | AF ASSET # 001397 | BELT | 11100400 | 111004 |
| P1 | 130 | START DATE 8/21/95 | PROJ | 27949 | 27949 |
| P1 | 111 | AF ASSET # 000416 | CUPO | 11105000 | 111050 |
| P1 | 112 | AF ASSET # 001789 | LADL | 11204700 | 112048 |
| P1 | 181 | START DATE: 11/09/95 | PROJ | 27960 | 27960 |
| P1 | 159 | START DATE 3/2/00 | UTIL | 27344 | 27344 |
| P1 | 159 | START DATE 11/16/94 | PROJ | 27927 | 27927 |
| P1 | 185 | START DATE 12-19-96 | PROJ | 27997 | 27997 |
| P1 | 121 | START DATE: 3/09/95 | PROJ | 27935 | 27935 |
| P1 | 185 | START DATE: 11/13/96 | PROJ | 27993 | 27993 |
| P1 | 151 | START DATE 8/21/95 | PROJ | 27948 | 27948 |
| P1 | 112 | START DATE 03/28/96 | PROJ | 27971 | 27971 |
| P1 | 111 | START DATE 10/15/96 | PROJ | 27989 | 27989 |
| P1 | 181 | START DATE 11/20/95 | PROJ | 27962 | 27962 |
| P1 | 121 | START DATE: 11/13/96 | PROJ | 27994 | 27994 |
| P1 | 121 | START DATE: 10/10/95 | PROJ | 27954 | 27954 |
| P1 | 180 | START DATE: 3/14/97 | PROJ | 27307 | 27307 |
| P1 | 080 | START DATE: 4-3-97 | PROJ | 27308 | 27308 |
| P1 | 126 | START DATE 5/04/95 | PROJ | 27940 | 27940 |
| P1 | 111 | START DATE: 3/7/97 | PROJ | 27305 | 27305 |
| P1 | 111 | START DATE 8/15/95 | PROJ | 27947 | 27947 |
| P1 | 159 | START DATE 7-18-96 | PROJ | 27978 | 27978 |
| P1 | 121 | START DATE 9/20/96 | PROJ | 27988 | 27988 |
| P1 | 020 | START DATE: 4-4-97 | PROJ | 27309 | 27309 |
| P1 | 181 | START DATE 4/7/95 | PROJ | 27939 | 27939 |
| P1 | 170 | START DATE 6/30/95 | PROJ | 27943 | 27943 |
| P1 | 111 | START DATE 12/13/99 | PROJ | 27343 | 27343 |
| P1 | 112 | 27,350 CFM | FAN | 14410300 | 144103 |
| P1 | 112 | 27,350 CFM | FAN | 14410400 | 144104 |
| P1 | 112 | 27,350 CFM | FAN | 14410500 | 144105 |
| P1 | 112 | 27,350 CFM | FAN | 14410600 | 144106 |
| P1 | 112 | 20,000 CFM | FAN | 14410100 | 144101 |
| P1 | 170 | 44,000 CFM | FAN | 14410700 | 144107 |
| P1 | 181 | 30,750 CFM | FAN | 14420500 | 144205 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 112 | 20,000 CFM | FAN | 14410200 | 144102 |
| P1 | 170 | 44,000 CFM | FAN | 14410800 | 144108 |
| P1 | 170 | 44,000 CFM | FAN | 14410900 | 144109 |
| P1 | 185 | 11,500 CFM | FAN | 14421100 | 144211 |
| P1 | 170 | 44,000 CFM | FAN | 14411000 | 144110 |
| P1 | 181 | 30,750 CFM | FAN | 14420600 | 144206 |
| P1 | 130 | 24,480 CFM | FAN | 14470100 | 144701 |
| P1 | 125 | 44,000 CFM | FAN | 14451600 | 144516 |
| P1 | 112 | 27,350 CFM | FAN | 14411700 | 144117 |
| P1 | 185 | 11,500 CFM | FAN | 14430300 | 144303 |
| P1 | 185 | 9,270 CFM | FAN | 14430600 | 144306 |
| P1 | 185 | 11,500 CFM | FAN | 14430100 | 144301 |
| P1 | 170 | 44,000 CFM | FAN | 14411200 | 144112 |
| P1 | 185 | 11,500 CFM | FAN | 14431100 | 144311 |
| P1 | 170 | AF ASSET # 218 | FAN | 14411300 | 144113 |
| P1 | 185 | 11,500 CFM | FAN | 14430900 | 144309 |
| P1 | 130 | ASSET # 1784 & 1908 | FAN | 14470600 | 144706 |
| P1 | 150 | 9,270 CFM | FAN | 14480300 | 144803 |
| P1 | 150 | 30,750 CFM | FAN | 14480100 | 144801 |
| P1 | 150 | 30,750 CFM | FAN | 14480200 | 144802 |
| P1 | 150 | START DATE: 9/19/94 | PROJ | 27919 | 27919 |
| P1 | 121 | START DATE: 7/23/96 | PROJ | 27980 | 27980 |
| P1 | 111 | START DATE 11/08/00 | PROJ | 27350 | 27350 |
| P1 | 126 | START DATE 12/11/00 | PROJ | 27351 | 27351 |
| P1 | 186 | 443 AND 2019 | QS | 18600100 | 186001 |
| P1 | 186 | AF ASSET #001849 | | 18600181 | 186001 |
| P1 | 181 | START DATE: 7/25/94 | PROJ | 27912 | 27912 |
| P1 | 151 | START DATE: 9/20/94 | PROJ | 27921 | 27921 |
| P1 | 181 | AF ASSET # 000496 | BLAS | 18104000 | 181040 |
| P1 | 121 | AF ASSET # 000564 | VCON | 12203600 | 122036 |
| P1 | 181 | AF ASSET # 000380 | VCON | 18204400 | 182044 |
| P1 | 181 | AF ASSET # 001291 | DUST | 18101500 | 181015 |
| P1 | 120 | AF ASSET # 001000 | SYNT | 12000400 | 120004 |
| P1 | 180 | 148 | SYNT | 18000200 | 180002 |
| P1 | 180 | 148 | SYNT | 18000500 | 180005 |
| P1 | 120 | AF ASSET # 000822 | SYNT | 12000300 | 120003 |
| P1 | 181 | AF ASSET # 001913 | MOLD | 18205100 | 182051 |
| P1 | 120 | AF ASSET # 001003 | | 12002400 | 120024 |
| P1 | 180 | AF ASSET # 1773 | | 18002820 | 180028 |
| P1 | 180 | 1771 IN MAY 97 | | 18002900 | 180029 |
| P1 | 120 | AF ASSET # 000825 | | 12002300 | 120023 |
| P1 | 121 | AF ASSET # 001627 | DUST | 12101200 | 121012 |
| P1 | 181 | DES/CL 15 | DUST | 18101111 | 181011 |
| P1 | 130 | AF ASSET # 000300 | DUST | 13001611 | 130016 |
| P1 | 148 | ASSET # 000314 | TOOL | 14805800 | 148058 |
| P1 | 155 | 1284 & 1966 | UTIL | 15907100 | 159071 |
| P1 | 181 | AF ASSET # 001818 | VCON | 18210700 | 182107 |
| P1 | 111 | AF ASSET # 001290 | CUPO | 11102401 | 111024 |
| P1 | 111 | AF ASSET # 000798 | CUPO | 11102400 | 111024 |
| P1 | 111 | SEE COMMENTS | CUPO | 11102491 | 111024 |
| P1 | 185 | AF ASSET # 001827 | VCON | 18505500 | 185055 |
| P1 | 111 | AF ASSET # 000528 | | 11103891 | 111038 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 112 | AF ASSET # 000933 | HOLD | 11204000 | 112040 |
| P1 | 112 | AF ASSET # 001866 | HOLD | 11204042 | 112040 |
| P1 | 181 | AF ASSET # 001334 | VCON | 18201108 | 182011 |
| P1 | 181 | ASSET # 376 & 1567 | VCON | 18201100 | 182011 |
| P1 | 181 | START DATE: 11/04/94 | PROJ | 27926 | 27926 |
| P1 | 186 | AF ASSET # 001629 | | 18600194 | 186001 |
| P1 | 181 | START DATE: 3/12/97 | PROJ | 27306 | 27306 |
| P1 | 133 | AF ASSET # 000255 | MULL | 13300400 | 133004 |
| P1 | 136 | AF ASSET # 001669 | BELT | 13602100 | 136021 |
| P1 | 136 | AF ASSET # 001669 | BELT | 13602200 | 136022 |
| P1 | 181 | ASSET #1820 & 1898 | VCON | 18210900 | 182109 |
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18203600 | 182036 |
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18203617 | 182036 |
| P1 | 111 | 1339 | QUAL | 11106200 | 111062 |
| P1 | 159 | START DATE: 11-05-96 | PROJ | 27992 | 27992 |
| P1 | 185 | AF ASSET # 001862 | DUST | 18503500 | 185035 |
| P1 | 148 | ASSET # 000309 | VM | 14805500 | 148055 |
| P1 | 148 | ASSET # 000812 | VM | 14805600 | 148056 |
| P1 | 148 | AF ASSET# 001018 | VM | 14806400 | 148064 |
| P1 | 148 | AF ASSET # 001691 | SWEP | 14806800 | 148068 |
| P1 | 148 | AF ASSET # | SWEP | 14806900 | 148069 |
| P1 | 133 | START DATE: 12/01/95 | PROJ | 27965 | 27965 |
| P1 | 150 | 001240 REBUILT 3/93 | | 15000700 | 150007 |
| P1 | 111 | AF ASSET # 001397 | VCON | 11100300 | 111003 |
| P1 | 130 | START DATE 2/24/98 | PROJ | 27328 | 27328 |
| P1 | 130 | START DATE 09/15/99 | PROJ | 27340 | 27340 |
| P1 | 120 | START DATE: 12/19/97 | PROJ | 27998 | 27998 |
| P1 | 181 | START DATE: 10/20/95 | PROJ | 27956 | 27956 |
| P1 | 121 | AF ASSET # 000544 | MOLD | 12202100 | 122021 |
| P1 | 181 | ASSET #1817 & 1897 | VCON | 18210600 | 182106 |
| P1 | 181 | ASSET #1817 & 1897 | VCON | 18210617 | 182106 |
| P1 | 148 | 000812 | VM | 14806500 | 148065 |
| P1 | 181 | AF ASSET # 001824 | | 18211700 | 182117 |
| P1 | 181 | AF ASSET # 001825 | | 18211800 | 182118 |
| P1 | 181 | AF ASSET # 001826 | | 18211900 | 182119 |
| P1 | 150 | 143 & 1692 & 1966 | UTIL | 15001200 | 150012 |
| P1 | 181 | 1113 | DUST | 18102600 | 181026 |
| P1 | 181 | 1115 | DUST | 18102200 | 181022 |
| P1 | 121 | AF ASSET # 001273 | VCON | 12202908 | 122029 |
| P1 | 181 | 492 | VCON | 18200500 | 182005 |

#1 Return Sand Conv (under Shakeout
#1 Return Sand Conveyor: Drive Unit
#1 Return Sand Tube Conv (N. Unit)
34 Blast #3 in South Cleaning Room
4 Inspection Fixtures for Bristol
Allentown Refractory Gun
Barrel Crusher: Shot Reclain Area
Battery Charger in Core Room
BMD 2 way Transfer Conveyor
BMD Blast
BMD Blast: Loading Door
BMD Incline Conveyor
BMD Unload Conveyor
Bulldozer (Case 850E)   LANDFILL
Cordax Layout Mach (in storeage 96)
Custom Flow Coater in Core Room
Dip Tank System
Dry Cooler, Middle: E/M Glycol Sys
Dry Cooler, West: E/M Glycol System
Eng & Fab Moveable Sound Wall #7 Di
Fire Safety Equipment
Fuel Pump, Diesel for Semi Trucks
GM 2209 Auto Grinder (New 6/98)
Heat Exchanger for Disa Cooling Sys
Lan Wrap Machine in North Cleaning
Mold Dump #1
Mold Dump #1: AC Drive Inverter
Non-Metallic Charging Belt
Pattern Spray System, #10 Disa
Pattern Spray System, #3 Disa
Pattern Spray System, #4 Disa
Pattern Spray System, #5 Disa
Pattern Spray System, #6 Disa
Pattern Spray System, #8 Disa
Refractory Mixer (Portable) 1995
Refractory Mixer (Portable) 2000
Rust Inhibitor Dip Tank System
S. Drying Oven: W. Fume Exhaust Fan
Samsung Loader, SL120   (New 8/99)
SBC #2, Mold Cooling Conveyor
SBC #3, Mold Cooling Conveyor
SBC #6, Hyd Power Unit
South Ajax: Contactors
South Drying Oven for Cores
South Sample Blast Dust Collector
Steam Cleaner in Vehicle Maint
Tram #3
Transformer: 1250kVA, Cupola Ajax
#2 Return Sand Conveyor

#2 Return Sand Tube Conv  (W. Unit)
#2 Slag Line Ventilation Fan
#3 Return Sand Tube Conv  (E. Unit)
#8 Disa Chamber Housing Replacement
110 Wet Collector
180 Degree Cooling Conv, South Mold
1A Mold Dump Conveyor (runs S to N)
1B Mold Dump Conveyor (runs N to S)
1C Mold Dump Conv: Drive Unit
1C Mold Dump Conveyor (runs E to W)
1D Transfer Conveyor  (runs N to S)
1E Incline Conveyor   (runs W to E)
Air Comp Glycol Loop Water Cool Sys
Air Comp Loop Water Cooling System
Air Comp Loop Water Heat Exchanger
Air Comp Loop Water: Elect Controls
Air Compressor #1, 600 hp Ingersol
Air Compressor #2, 600 hp Ingersol
Air Compressor #2: Aftercooler
Air Compressor #4, 300 hp Ingersol
Air Compressor #5, 500 hp Ingersol
Air Compressor, Portable 1300 cfm
Air Make-Up Unit above Vibra Drum
Air Make-Up Unit at N. Truck Docks
Air Make-Up Unit between E/M & Cupo
Air Make-Up Unit for Core Room
Air Make-Up Unit in N. Clean Dept
Air Make-Up Unit in N. Molding Dept
Air Make-Up Unit in Pattern Shop
Air Make-Up Unit in S. Warehouse
Air Make-Up Unit in South Cleaning
Air Make-Up Unit in Vehicle Maint
Air Make-Up Unit:180 Sort Conv Area
AMC #10 Disa Traction System
AMC #9 Disa Traction System
Bank Sand Addition Feeder Unit
Bank Sand Silo: S. Unit:fill pipe 6
Batch Weigh Hopper: Scale
Belt #12, Return Sand to Elevator
Belt #13, Core Screen Sand Transfer
Belt #4, Spill Collection Div. 2
Blast Air: Wind Box
Bobcat    (543-B)*Traded in 1/98*
Bobcat #10 (553) Got Rid Of Mar 01
Bobcat #11 (553)  Got Rid Of Mar 01
Bobcat #12 (753) used July 1999
Bobcat #13 (553) New Mar 2001
Bobcat #14 (553) New Mar 2001
Bobcat #5  (743B) *Traded in 4/96*
Bobcat #6  (543-B)*Traded in 1/98*
Bobcat #7  (753)  *Sold Dec 1998*
Bristol Pump Housing Processor

Build New N Clean Office 4/98
Casting Cooler #1     (North Unit)
Casting Cooler #2     (Middle Unit)
Casting Cooler #3     (South Unit)
Center Multi Wash: Fan and Motor
Charge Bucket #1 for E/M
Charge Yard Walls: Busheling Bins
Charger Crane for Electric Melt
Charger Feeder
Clarif Sweep: Sm Drive  (gone 4/98)
Clarifier Sweep Gearbox 4/98
Clarifier Sweep: Large Worm Gearbox
Clarifier Tank
Cleveland Mag Crane
Close 11th St & restrict Veh traffi
Construction of 3 Accounting Office
Construction of Visitor Parking Lot
Core Room Drying Chamber Fan: South
CORE ROOM EXPANSION - PHASE II
Core Screen
Core Screen in North Molding
CR 48 Landfill Ground Water Monitor
CR 48 Landfill IDEM Deficiencies
CR 48 Landfill Post Closure Costs
Crane Bay & Power Rails, Outside
Cupola Charge Bucket: Drive Gearbox
Cupola Scrubber Design Phase
Cupola Shell
Cupola Wet Cap
D/C, #3-34: Fan    (out of service)
Disa #7 Sand Hopper, Aux Feed Belt
Disa Combi-Core Machine
Disa Combi-Core: 25 Liter Blow Head
Disa Combi-Core: Hyd Power Unit
Disa Cooling Tower, BAC VTL-152-LM
Disa Loop Water Cooling System
Disa Sample Station Exhaust Hoods
Disamatic #10    2013 MK4B  89.2488
Disamatic #2     2013 MK4B/86.2415 -complete w/amc/sbc & related
Disamatic #3     2013 MK1A/72.671
Disamatic #4     2013 MK3A-79.2147
Disamatic #5     2013 MK3A/79.2138
Disamatic #6     2013 MK3A/77.2015
Disamatic #6: Mold Touch System
Disamatic #7     2013 MK4B/88.2472 -complete w/amc/sbc & related
Disamatic #8     2013 MK4B/ 85.2403
Disamatic #9     2013 MK4A  89.2301
Distribution Belt, South Disa Mold
Dribble Sand Conv #10
Dribble Sand Conv #7
Dribble Sand Conv #9
Dribble Sand Pan Conveyor #3

Dry Cooler #1 (N.Unit, above Maint)
Dry Cooler #2 (CEN Unit, above Main
Dry Cooler #3 (S.Unit, above Maint)
Dry Cooler,East for Air Compressors
Dry Cooler,West for Air Compressors
Ductile Iron Project
Dust Coll:#3-34 Blast (out of serv)
Dust Transporter for Small D/C
E/M Furnace Loop Water Cooling Sys
E/M Furnace Loop Water: South Pump
East 150 Drag Tank
East 150 Wet Collector
East Casting Cooling Conv
Engineering Study of Core Room
Exhaust Fan for #1 & #2 Slag Conv's
Exhaust Fan: #1 & #2 Cooling Conv
Exhaust Fan: #3 & #4 Cooling Conv
Exhaust Fan: #5 & #6 Cooling Conv
Exhaust Fan: #7 & #8 Cooling Conv
Exhaust Fan: #7 & #8 Pouring Zone
Exhaust Fan: #9 & #10 Cooling Conv
Exhaust Fan: #9 & #10 Pouring Zone
Exhaust Fan: Blender (out of serv)
Fab & Install Cupola Charge Bucket
FAB OF ONE 2209 PUNCH PRESS
Fab Shop Improvements for Pattern
Fall 1995 Open House Expenses
Final Shakeout
Final Shakeout in North Molding
Fines Feeder, feeds into sm. elev
Fresh Air Fan at E/M Operator Sta
Fresh Air Fan for N. Slag Platform
Fresh Air Fan for S. Disa Operators
Fresh Air Fan: East, in Stock Room
Fresh Air Fan: East, Upper Sort Con
Fresh Air Fan: S. Shakeout Motors
Fresh Air Fan: South Shakeout Room
Fresh Air Fan: West, in Stock Room
Fresh Air Fan: West, Upper Sort Con
Fresh Air Fans (3) in Compressor Rm
Front End Loader #2 (junked out 99)
Front End Loader,(Moved to P2 8/99)
Funding for Cupola Body Metl Zone
FUNDING FOR LASERPOUR III SYSTEM
Funding to Up Grade Well Water Pipe
Gassing System in Core Room
GO-7 Blast Unload Conveyor
GO-7 Shot Return Vee Conv (E to W)
Hourly Shower Room Expansion
HVAC for North Mold Office
HVAC for South Cafeteria
HVAC for South Disa Maint Office

Incline Conveyor     (runs S to N)
INSTALL 2 E STYLE GEARBOXES
Install Accurate Feeder on #10 Disa
Install Cupola Oxygen Supply System
INSTALL LIGHTING IN S. DISA Molding
Install Mini-Pusher for Dust
INSTALL PORTABLE GRINDERS N. CLEAN
Install- separator control ass'y
Install Ten Air Cylinder Push-Offs
Install Two Core Processing Lines
Installation of Auto Grinding Mach
INSTALLATION OF AUTOMATED GRINDER
INSTALLATION OF CORE ROOM ROOF FAN
INSTALLATION OF MCC & SWITCHGEAR
INSTALLATION OF SAND BIN AUGERS
ISOCURE BINDER TANK REPLACEMENT
Isolation Switches: for Furnaces
Lake Sand Addition Feeder Unit
Lake Sand Silo: N. Unit:fill pipe 5
Large Dust Collector  (Fuller)
Lift Truck #102   (Junked Out 2/00)
Lift Truck #103 (Yale)  Maintenance
Lift Truck #105   (JUNKED OUT 8/97)
Lift Truck #106  (JUNKED OUT 11/96)
Lift Truck #107   (Junked out 1997)
Lift Truck #108   (Junked out 1998)
Lift Truck #109   (Junked out 8/97)
Lift Truck #110  (Junked out in 98)
Lift Truck #112  (Junked out 11/99)
Lift Truck #113   (Junked Out 2000)
Lift Truck #114   (Junked out 1998)
Lift Truck #115   (Junked Out 2000)
Lift Truck #116  (Junked out 3/98)
Lift Truck #118   (Junked Out 2000)
Lift Truck #119   (Junked Out 2000)
Lift Truck #120   (Junked Out 2/99)
Lift Truck #121   (Junked out 2/00)
Lift Truck #122  (JUNKED Out 11/99)
Lift Truck #123  (JUNKED out 11/99)
Lift Truck #124 (Junked out 1998)
Lift Truck #125 (Yale)    Veh Maint
Lift Truck #126   (Junked Out 2000)
Lift Truck #127   (Junked Out 2000)
Lift Truck #131   (Junked Out 2000)
Lift Truck #137 (Yale) (w/ rollover
Lift Truck #138 (Yale)    Veh Maint
Lift Truck #139 (Yale)  Garrett W/H
Lift Truck #142 (Yale)   Stock Room
Lift Truck #22    *Sold in 1997*
Melter #1 BBC Coreless Furnace
Melter #1: Coil Assembly
Melter #2 BBC Coreless Furnace

Melter #2: Vacuum Contactors
Melter #3 BBC Coreless Furnace
Melter #4 BBC Coreless Furnace
Mixing Box Fan above South Holders
Mixing Box Fan for N. Mold Dept
Mixing Box Fan for South Slag Line
MK-5 B INSTALLATION
Mold Dump #2
Mold Dump #2: AC Drive Inverter
Mold Dump #3
Mold Dump #3: AC Drive Inverter
Mold Dump 1C Drive Unit Upgrade
Monitor CR48 Landfill Groundwater
Mullor Cooling Air Fan
Mullor for North Disa Mold
Mullor for South Disa Mold
Multi-Wash Collector
N Clean Room Conveyor Equipment
N. GO-7 Blast
N. Upper Sort Conv: Sprue Diverter
New #1 Mold Dump & N Vibra Drum
New S Clean Process Belts  May 00
New York Fan: Motor
Nitrogen Pre-Heater: Elect Controls
Nitrogen Storage & Delivery
North 3 Ton Overhead Bridge Crane
North Cooling Conv
North Drying Oven for Cores
North Mullor "A" in Core Room
North Sample Blast Dust Collector
NORTH SUBSTATION -REPAIRS
North Upper Sort Conveyor (S.GO-7)
Notebook PC for Shop Floor Data Col
O/H Door #13: E. Rytec Door by GO-7
Off-Gas Mixing Fan: Afterburn Level
Oxygen Enrichment System
Oxygen Sys: Flow Control Valves
Pan Feeder, feeds Mag Separator
Pan Feeder: Shaker Motor
Phase 1: BBC Melter Fume Collection
Phase II of CR48 Landfill Closure
Plant 1 Main Identification Sign
Plant I Elect Infrastructure survey
Pollution Fan
Pollution Fan Discharge Stack
Preheating Conveyor
Preheating Conveyor:Preheat Burners
Prepared Sand Hopper #10
Prepared Sand Hopper #9
Prepared Sand Surge Bin   (N. Disa)
Prepared Sand Surge Bin Vibrator
Prepared Sand Surge Bin:Drive Motor

Primary Shakeout
Process Conv #5
Process Conv #6    (out of service)
Process Conv #7    (out of service)
Process Conv #8    (out of service)
Process Conveyor #1
Process Conveyor #2
Process Conveyor #3
Process Conveyor #4
Prototype Pigging Unit in N Molding
Purchase & Install Auto Grind Mach
Purchase & Install CB18-CC Core Mac
Purchase & Install Power Demand
PURCHASE & INSTALL. OF CORE RM. EQU
Purchase Exit Signs for Plant 1
Purchase Mk3 Disa from Tisamatic
Purchase Rebuilt Blast for N Clean
Radio Repair
Raw Material Transfer Belt
REBUILD CB-50 CORE MACHINE
Recoup Bundles & Ducts
Refractory Mixer (Stationary) 1997
REFURBISH LARGE FULLER D/C
Relocate Stockroom to Warehouse
Renovation of Hourly Shower Room
RENOVATION OF THE S. PLANT C. ROOM
Replace #2 Mold Dump Conveyor Deck
Replace All Lights in S. Clean Dept
Replace concrete at N. Truck Entran
Replace Cupola Ajax Transformer
Replace Cupola Wet Cap 11/29/96
Replace Deck South Disa Final S/O
Replace East Cooling Conv Pans
Replace Fan on Center Wet Collector
Replace Hyd Units for #4 & #5 SBC's
REPLACE LOAD ROLLER ASSEMBLIES
Replace N GO-7 Drum Tires & Chain
Replace Recoup Bundle #3 (Hot Side)
Replace Roof by Cupola Recouperator
Replace Vertical Break Switches
Replace Wires in North Mold 9/22/96
REPLACEMENT OF DUCTWORK MULTI-WASH
Replacement of S. Cooling Conv Pans
Replacement of Venetta Preheat Conv
Replacement Wet Cap Drag Tank
Roof Fan #1 in Bull Crane Bay
Roof Fan #2 in Bull Crane Bay
Roof Fan #3 in Bull Crane Bay
Roof Fan #4 in Bull Crane Bay
Roof Fan above #1 BBC Holder
Roof Fan above #1 E/M Furnace
Roof Fan above #2 AMC

Roof Fan above #2 BBC Holder
Roof Fan above #2 E/M Furnace
Roof Fan above #3 E/M Furnace
Roof Fan above #3-34 Dust Collector
Roof Fan above #4 E/M Furnace
Roof Fan above #5 AMC
Roof Fan above Core Dipping Area
Roof Fan above N. Clean Room Office
Roof Fan above North Ajax Holder
Roof Fan above S. Clean #3 Grinder
Roof Fan above S. GO-7 Blast
Roof Fan above South Cafeteria
Roof Fan above Venetta Charge Pit
Roof Fan between Turntable & 360
Roof Fan for Venetta Preheat Stack
Roof Fan North of Upper Sort Conv
Roof Fan: East end of Core Room
Roof Fan: East, Stock Room Mezz
Roof Fan: North, Stock Room Mezz
Roof Fan: South, Stock Room Mezz
Roof Replacement N. Warehouse
Roof Replacement over N. Disa Area
Rplc Cupola Center Shell Section
Rplc N GO7 Inlet & Outlet Drums
S. GO-7 Blast
S. GO-7 Blast: Return Conv   (S-N)
S. Mold Automatic Dust Conveyor
S. Warehouse Ventilation System
Sample Blast in South Disa Molding
Sand Cooler in North Molding
Sand Cooler in South Molding
Sand Cyclone   (above Core Screen)
Sand Feeder #10: Disa Syntron
Sand Feeder #2, Disa Syntron
Sand Feeder #5, Disa Syntron
Sand Feeder #9: Disa Syntron
Sand Retention Bin in South Molding
SBC #10 Mold Cooling Conveyor
SBC #4, Hyd Power Unit
SBC #5, Mold Cooling Conveyor
SBC #9 Mold Cooling Conveyor
Schneible Drag Tank, North Molding
Schneible Wet Coll: Fan & Motor
Scrubber: Fan & Motor
Service Hoist #2,    (Screw Type)
Sewage Metering System
Shakeout at Vibra Drum discharge
Shell Cooling Tower Fan: Elect Cont
Shell Water Cooling Tower
Shell Water: Chemical Addition
Shuttle Blast Load Feeder
Slag Pan Conveyor #1: Lubcon Unit

South Ajax 70 Ton Holding Furnace
South Ajax: Transformer
South Cool Conv: A/C Drive Inverter
South Cooling Conv
South Disa Moisture Addition System
South GO-7 Blast: Shot Add Hoist
South Mold Dust Transporter Equip
South Mullor "B" in Core Room
South Oven, South Processing Belt
South Oven: North Process Belt
South Upper Sort Conveyor (at BMD)
Southeast Pan Conv (out of service)
Southeast Pan Conv: Dr (out of serv
Spectrometer:   moved to P2 in 1996
Sprinkler Sys. for Dunnage Storage
Supply Air Fan for Vibra Drum
Sweeper #1      (JUNKED out 11/99)
Sweeper #2 (Tennant) (Junked 11/99)
Sweeper #3,    (JUNKED Out Nov 99)
Sweeper #4     (New Oct 96)
Sweeper #5    (came from P2 Feb 01)
Tooling of Rotor Plastic Core Trays
Truck Scale in Scrap Yard
Undertrack Feeder
Upgrade #1 CB-50 Electrical Control
Upgrade Kloster Bin Bent System
UPGRADE OF SPEEDPOUR LASERPOUR SYS
Upgrade S.Mullor Bond & Sand Additi
Vibra Drum
Vibra Drum
Vibra Drum: Drive Unit
Walk Behind Sweeper #1
Weigh Feeder #1      (North Unit)
Weigh Feeder #2      (Middle Unit)
Weigh Feeder #3      (South Unit)
Well Water Pump & System
West 150 Drag Tank
West 150 Wet Collector
West Cast Cooling Conv: AC Inverter
West Mold Dump Conveyor