IN RE Auburn Foundry, Inc.                                              Case No. 04-10427
                          Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| PLANT #1, 635 W. 11th Street, Auburn | Fee Simple | | 2,380,000.00 | 33,553,558.97 |
| Plant #1, Tract #1 -- Exhibit A | Fee Simple | | 0.00 | 0.00 |
| Plant #1, Tract #2 -- Exhibit B | Fee Simple | | 0.00 | 0.00 |
| Plant #1, Tract #3 -- Exhibit C | Fee Simple | | 0.00 | 0.00 |
| Plant #1, Tract #4 -- Exhibit D | Fee Simple | | 0.00 | 0.00 |
| PLANT #2, 1537 Auburn Rd., Auburn | | | 3,675,000.00 | 33,553,558.97 |
| Plant #2, Tract #1 -- Exhibit E<br>Includes following properties:<br>  1506 W. Auburn Drive    40,500.00<br>  1510 W. Auburn Drive    73,500.00<br>  1518 W. Auburn Drive    57,900.00<br>  1522 W. Auburn Drive    37,800.00<br>  5.18 acres of land    93,240.00 | | | 302,940.00 | 33,553,558.97 |
| Plant #2, Tract #2 -- Exhibit F | Fee Simple | | 0.00 | 0.00 |
| Plant #2, Tract #2 -- Improvements at 5074 C.R. 23 | | | 50,000.00 | 33,553,558.97 |
| Plant #2, Tract #3 -- Exhibit G | Fee Simple | | 0.00 | 0.00 |
| Plant #2, Tract #4 -- Exhibit H | Fee Simple | | 0.00 | 0.00 |
| Plant #2, Tract #4 -- Improvements at 1912 Diehl Drive | Fee Simple | | 41,200.00 | 33,553,558.97 |
| | | TOTAL | 6,449,140.00 | |

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Plant #1 Site*
*Tract #1*

Legal Description:

A tract of land located in the Northeast Quarter of Section 31, T34N, R13E, in Dekalb County, the State of Indiana, more fully described as follows:

Lot #38 in Flukes 3rd Addition to the City of Auburn as recorded in Dekalb County Plat Book 4, page 12, being more particular described as follows:

BEGINNING at a Rebar stake with cap (D. A. Brown RLS #S0337) situated in the Southeast corner of said Lot #38; Thence North 01 Degrees 43 Minutes 10 Seconds West (GPS Grid Basis of Bearings), a distance of 141.68 feet along the East line of said Lot #38 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northernmost corner thereof; Thence South 22 Degrees 06 Minutes 47 Seconds West, a distance of 154.69 feet along the West line of said Lot #38 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southwest corner thereof; Thence North 88 Degrees 26 Minutes 32 Seconds East, a distance of 62.51 feet along the South line of said Lot #38 to the POINT OF BEGINNING, said tract containing 0.10 Acres, more or less.
A survey of said tract of land being represented by Plat of Survey #34-13-31-09 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

**EXHIBIT A to**
**SCHEDULE A**

*Plant #1 Site*
*Tract #2*

**Legal Description:**

I, the undersigned, a duly licensed land surveyor in the State of Indiana, have completed a property survey of a tract of land formerly described as follows:

Two acres of land in the northeast quarter of section thirty-one (31), township numbered thirty-four (34) north, range numbered thirteen (13) east, bounded by a line commencing at a point in the south boundary line of Ninth Street in the City of Auburn, in said DeKalb County, extended west four and sixty-five one hundredths (4.65) chains west of the northwest corner of lots numbered one (1) in Fluke's Addition to said City of Auburn and running thence west along the south boundary line of said Ninth Street, Extended west one and ninety-six one-hundredths (1.96) chains to an iron bar at the east boundary line of the right-of-way and depot grounds of the New York Central Railway Company; thence southwesterly along the east boundary line of said right of way and depot grounds two and thirty-five one-hundredths chains to an iron bar; thence west parallel to the north boundary line of said section one and sixty-three one-hundredths (1.63) chains to an iron bar in the east boundary line of the right-of-way of said railroad company; thence southwesterly along said east boundary of said right-of-way three and fourteen one-hundredths (3.14) chains to an iron bar; thence east parallel to the north boundary line of said section five and eighty-three one-hundredths (5.83) chains to an iron bar; thence north parallel to the east boundary line of said section five (5) chains to an iron bar being the place of beginning.

ALSO, a part of the Northeast Quarter (1/4) of Section Thirty-one (31), Township Thirty-four (34) North, Range Thirteen (13) East, Union Civil Township, DeKalb County, Indiana more particularly described as follows:

Commencing at the Northeast corner of said Thirty-one (31); thence North 89°-09'-00" West (assumed bearing and basis of all bearings to follow) 392.52 feet along the north line of said Section Thirty-one (31) to a masonry nail set on the northerly extension of the west line of Fluke's Third Addition to the City of Auburn, Indiana; thence South 24°-22'-00" West 471.06 feet along the said extended West line and the West line of said Fluke's Third Addition to a masonry nail on the centerline of Ninth (9th) Street, said point being the true point of beginning of this description; thence North 89°-23'-00" west 145.53 feet on and along the Westerly extension of the centerline of said Ninth (9th) Street to an iron pipe set 15 feet normal to the centerline of the Fort

**EXHIBIT B to**
**SCHEDULE A**

Wayne, Jackson & Saginaw Railroad right-of-way; thence South 24°-20'-10" West 395.72 feet on and along a line parallel with and 15 feet normal to said railroad centerline to an iron rod on the northerly right-of-way line of Eleventh (11th) Street; thence South 89°-19'-00" East 38.21 feet on and along said northerly, right-of-way line to an iron pipe at the southwest corner of a tract of real estate conveyed by Burr O. Fink et ux to Auburn Foundry, Inc., by a deed dated March 17, 1932, and recorded March 17, 1932, at DeKalb County Deed Record 105, page 550; thence northerly along the westerly boundary of said tract of real estate the following described courses:

1. North 24°-20'-10" East 208.18 feet to an iron pipe;
2. South 89°-36'-30" East 107.35 feet, and
3. North 24°-22'-00" East 187.17 feet to the point of beginning containing 0.740 acres,

Subject to an easement granted to the City of Auburn, Indiana by the New York Central Railroad Company, dated October 3, 1966, and recorded February 6, 1967, at Dekalb County Deed Record 142, page 245, and subject to all legal rights-of-way and easements, EXCEPTING THEREFROM THE FOLLOWING DESCRIBED TRACT:

A part of the Northeast Quarter (1/4) of Section Thirty-one (31), Township Thirty-four (34) North, Range Thirteen (13) East, Union Civil Township, Dekalb County, Indiana, more particularly described as follows:

A strip of land 66 feet in width, the north line of which would be the north line of Ninth Street extended westerly from Fluke's Third Addition to the City of Auburn to West View Addition of the City of Auburn and the south line of which would be the south line of Ninth Street extended westerly from Fluke's Third Addition to the City of Auburn to West View Addition to the City of Auburn.

I have prepared a perimeter description of said tract of land which reads as follows:

A tract of land located in the Northeast Quarter of Section 31, T34N, R13E, in Dekalb County, the State of Indiana, more fully described as follows:

COMMENCING at a Brass Plaque (D. A. Brown RLS #S0337) situated in the Northeast corner of Lot #56 in Flukes 3rd Addition to the City of Auburn as recorded in Dekalb County Plat Book 4, page 12; Thence South 88 Degrees 21 Minutes 43 Seconds West (GPS Grid Basis of Bearings), a distance of 99.00 feet along the South Right-of-way line of Eleventh Street to a Rebar stake with cap (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence North 01 Degrees 43 Minutes 10 Seconds West, a distance of 396.00 feet along the West line extended and the West line of an alley (16 feet wide) along the West side of said Flukes 3rd Addition to a Marker spike with tag (D. A. Brown RLS #S0337); Thence South 88 Degrees 21 Minutes 43

Seconds West, a distance of 275.19 feet along the South Right-of-way line of Ninth Street to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 22 Degrees 06 Minutes 47 Seconds West, a distance of 432.64 feet along the East line of the tract of land conveyed to the Auburn Port Authority in Dekalb County Deed Record Book 170, page 54 (see also Miscellaneous Record LL, page 218) (said East line also being parallel with and fifteen feet East of the centerline of the Auburn Port Authority tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 88 Degrees 21 Minutes 43 Seconds East, a distance of 450.00 feet along the South Right-of-way line of Eleventh Street (now vacated) to the POINT OF BEGINNING, said tract containing 3.30 Acres, more or less,

A survey of said tract of land being represented by Plat of Survey #34-13-31-09 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

*Plant #1 Site*
*Tract #3*

Legal Description:

I, the undersigned, a duly licensed land surveyor in the State of Indiana, have completed a property survey of a tract of land formerly described as follows:

Lots Numbered 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112 all in Fluke's Third Addition to the Town, now City of Auburn, Indiana.

ALSO, all that parcel of land situate in Auburn, County of DeKalb and State of Indiana, being a part of the Northeast Quarter of Section 31, Township 34 North, Range 13 East bounded and described according to a plan of survey made by John R. Donovan, Professional Civil Engineer and Land Surveyor, dated October 16, 1980, as follows:

Beginning at the intersection of the East right of way line of the Fort Wayne and Jackson Railroad and the North right of way line of 15th Street in Auburn; thence Northeasterly along the East right of way line of said railroad and the West line of Lots 107, 108, 109, 110, 111 and 112, in Flukes Third Addition, a distance of 802.0 feet to a point on the South right of way line of 11th Street; thence West with a deflection angle to the left of 113 degrees 33 minutes 10 seconds along the South right of way line of 11th Street a distance of 38.18 feet to a point, said point being distant 15 feet perpendicular from the centerline of Fort Wayne and Jackson Railroad; thence Southwesterly with a deflection angle to the left of 66 degrees 26 minutes 50 seconds and parallel to the centerline of the Fort Wayne and Jackson Railroad a distance of 802.0 feet to a point on the North right of way line of 15th Street; thence East with a deflection angle to the left of 113 degrees 33 minutes 10 seconds along the North right of way line of 15th Street, a distance of 38.18 feet to the point of beginning.

Containing 0.644 of an acre or 28,070 square feet, more or less.

ALSO, all of the public streets and alleys in Fluke's Third Addition to the Town, now City of Auburn, Indiana, which lie within the following boundaries and have now been vacated: Eleventh Street as the north boundary; Phillips Street as the east boundary; Fifteenth Street as the south boundary; and the right of way of the Auburn Port Authority (formerly Penn Central Railroad) as

**EXHIBIT C to**
**SCHEDULE A**

the westerly boundary.

I have prepared a perimeter description of said tract of land which reads as follows:

A tract of land located in the Northeast Quarter of Section 31, T34N, R13E, in Dekalb County, the State of Indiana, more fully described as follows:

BEGINNING at a Brass Plaque (D. A. Brown RLS #S0337) situated in the Northeast corner of Lot #56 in Flukes 3rd Addition to the City of Auburn as recorded in Dekalb County Plat Book 4, page 12; Thence South 88 Degrees 21 Minutes 43 Seconds West (GPS Grid Basis of Bearings), a distance of 549.00 feet along the South Right-of-way line of Eleventh Street to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 22 Degrees 06 Minutes 47 Seconds West, a distance of 801.48 feet along the East line of the tract of land conveyed to the Auburn Port Authority in Dekalb County Deed Record Book 170, page 54 (see also Miscellaneous Record LL, page 218) (said East line also being parallel with and fifteen feet East of the centerline of the Auburn Port Authority tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 88 Degrees 17 Minutes 36 Seconds East, a distance of 872.85 feet along the North Right-of-way line of Fifteenth Street to a Brass Plaque (D. A. Brown RLS #S0337) in the Southeast corner of Lot #67 in said Flukes 3rd Addition; Thence North 01 Degrees 43 Minutes 10 Seconds West, a distance of 732.56 feet along the West Right-of-way line of Phillip Street to the POINT OF BEGINNING, said tract containing 11.96 Acres, more or less.

A survey of said tract of land being represented by Plat of Survey #34-13-31-09 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

*Plant #1 Site*
*Tract #4*

Legal Description:

I, the undersigned, a duly licensed land surveyor in the State of Indiana, have completed a property survey of a tract of land formerly described as follows:

Lot Numbered 29 and the west one-half of Lots Numbered 30 and 31 in Fluke's Second Addition to the Town, now City of Auburn, Indiana.

I have prepared a perimeter description of said tract of land which reads as follows:

A tract of land located in the Northeast Quarter of Section 31, T34N, R13E, in Dekalb County, the State of Indiana, more fully described as follows:

BEGINNING at a Rebar stake with cap (D. A. Brown RLS #S0337) situated in the Northwest corner of Lot #31 in Flukes 2rd Addition to the City of Auburn as recorded in Dekalb County Plat Book 4, page 6; Thence South 01 Degrees 43 Minutes 10 Seconds East (GPS Grid Basis of Bearings), a distance of 166.62 feet along the East Right-of-way line of Phillip Street to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southwest corner of Lot #29 in said Flukes 2rd Addition; Thence North 88 Degrees 21 Minutes 43 Seconds East, a distance of 132.00 feet along the South line of said Lot #29 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southeast corner thereof; Thence North 01 Degrees 43 Minutes 10 Seconds West, a distance of 55.54 feet along the East line of said Lot #29 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northeast corner thereof; Thence South 88 Degrees 21 Minutes 43 Seconds West, a distance of 66.00 feet along the North line of said Lot #29 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the midpoint thereof; Thence North 01 Degrees 43 Minutes 10 Seconds West, a distance of 111.08 feet to a Rebar stake with cap (D. A. Brown RLS #S0337) in the midpoint of the North line of said Lot #31; Thence South 88 Degrees 21 Minutes 43 Seconds West, a distance of 66.00 feet along the North line of said Lot #31 to the POINT OF BEGINNING, said tract containing 0.34 Acres, more or less.

A survey of said tract of land being represented by Plat of Survey #34-13-31-09 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

**EXHIBIT D to**
**SCHEDULE A**

*Plant #2 Site*
*Tract #1*

**Legal Description:**

A tract of land located in the Southeast Quarter of Section 36, T34N, R12E, in Dekalb County, the State of Indiana, more fully described as follows:

COMMENCING at a Railroad Spike situated in the Southwest corner of said Southeast Quarter; Thence North 89 Degrees 58 Minutes 50 Seconds East (GPS Grid Basis of Bearings), a distance of 797.00 feet along the South line of said Southeast Quarter; Thence North 01 Degrees 43 Minutes 53 Seconds West, a distance of 10.86 feet along the East line of the tract of land conveyed to Fink in Dekalb County Deed Record 187, page 447 (see also Deed Record Book 226, page 540) to a Rebar stake with cap (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence North 01 Degrees 43 Minutes 53 Seconds West, a distance of 280.60 feet along the East line of said Fink tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 88 Degrees 56 Minutes 42 Seconds East, a distance of 605.01 feet along the South operating property line of the CSX Railroad; Thence Easterly, a distance of 214.99 feet along said South operating property line (being a circular arc that is concave to the South having a central angle of 02 Degrees 10 Minutes 07 Seconds, having a radius of 5680.15 feet, and having a chord bearing of South 89 Degrees 58 Minutes 15 Seconds East with a distance of 214.98 feet) to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northwest corner of the tract of land conveyed to Tullis in Dekalb County Deed Record Book 177, page 461; Thence South 00 Degrees 05 Minutes 50 Seconds East, a distance of 282.67 feet along the West line of said Tullis tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 54 Minutes 49 Seconds West, a distance of 303.23 feet along the North right-of-way line of County Road #48 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 87 Degrees 03 Minutes 04 Seconds West, a distance of 100.12 feet along said North right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 54 Minutes 49 Seconds West, a distance of 144.00 feet along said North right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 88 Degrees 56 Minutes 11 Seconds West, a distance of 108.00 feet along said North right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 83 Degrees 55 Minutes 43 Seconds West, a distance of 157.57 feet along said North right-of-way line to the POINT OF BEGINNING, said tract containing 5.18 Acres, more or less, A survey of said tract of land being represented by Plat of Survey #33-12-01-02 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

**EXHIBIT E to**
**SCHEDULE A**

*Plant #2 Site*
*Tract #2*

**Legal Description:**

A tract of land located in the Northeast Quarter and in the Southeast Quarter of Section 1, T33N, R12E, in Dekalb County, the State of Indiana, more fully described as follows:

COMMENCING at an Iron Rod situated in the Northwest corner of said Northeast Quarter; Thence North 89 Degrees 39 Minutes 51 Seconds East, a distance of 31.00 feet along the North line of said Northeast Quarter to a Railroad Spike situated in the Southwest corner of the Southeast Quarter of Section 36, T34N, R12 E; Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 214.30 feet along the North line of said Northeast Quarter; Thence South 00 Degrees 20 Minutes 10 Seconds East, a distance of 194.56 feet along the East right-of-way line of Highway I-69 to a Rebar stake with cap (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence North 77 Degrees 21 Minutes 50 Seconds East, a distance of 438.76 feet along the South right-of-way line of County Road #48 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence Easterly, a distance of 416.97 feet along said South right-of-way line (being a circular arc that is concave to the South having a central angle of 12 Degrees 37 Minutes 00 Seconds, having a radius of 1893.58 feet, and having a chord bearing of North 83 Degrees 40 Minutes 20 Seconds East with a distance of 416.13 feet) to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 221.22 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 00 Degrees 01 Minutes 10 Seconds West, a distance of 8.00 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 231.00 feet to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 00 Degrees 01 Minutes 10 Seconds East, a distance of 8.00 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 284.25 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 593.82 feet along the West right-of-way line of County Road #23 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 17 Degrees 35 Minutes 22 Seconds East, a distance of 97.03 feet along said West right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 21 Degrees 02 Minutes 52 Seconds East, a distance of 210.00 feet along said West right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 30 Degrees 51 Minutes 47 Seconds East, a distance of 179.25 feet along said West right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337) in the North right-of-way line of the former Vandalia Railroad (now abandoned); Thence South 30 Degrees 46 Minutes 36 Seconds East, a distance of 100.18 feet along said West right-of-way line to a Rebar

**EXHIBIT F to**
**SCHEDULE A**

stake with cap (D. A. Brown RLS #S0337); Thence North 62 Degrees 39 Minutes 15 Seconds East, a distance of 20.04 feet along the South right-of-way line of said former Vandalia Railroad to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 30 Degrees 46 Minutes 36 Seconds East, a distance of 363.30 feet along the centerline of said County Road #23 to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence Southerly, a distance of 192.40 feet along said centerline (being a circular arc that is concave to the West having a central angle of 20 Degrees 02 Minutes 34 Seconds, having a radius of 550.00 feet, and having a chord bearing of South 20 Degrees 45 Minutes 19 Seconds East with a distance of 191.42 feet) to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 10 Degrees 44 Minutes 02 Seconds East, a distance of 172.06 feet along said centerline to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence Southerly, a distance of 179.19 feet along said centerline (being a circular arc that is concave to the East having a central angle of 25 Degrees 39 Minutes 59 Seconds, having a radius of 400.00 feet, and having a chord bearing of South 23 Degrees 34 Minutes 02 Seconds East with a distance of 177.69 feet) to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 36 Degrees 24 Minutes 01 Seconds East, a distance of 57.04 feet along said centerline to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence Southerly, a distance of 174.34 feet along said centerline (being a circular arc that is concave to the West (having a central angle of 35 Degrees 34 Minutes 00 Seconds, having a radius of 280.85 feet, and having a chord bearing of South 18 Degrees 37 Minutes 01 Seconds East with a distance of 171.55 feet) to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 00 Degrees 50 Minutes 01 Seconds East, a distance of 20.09 feet along the East line of said Northeast Quarter to a Marker Spike with tag (D. A. Brown RLS #S0337) in the Northeast corner of the tract of land conveyed to Bauman in Dekalb County Deed Record Book 120, page 315 (said Marker Spike also being 431.50 feet North 00 Degrees 50 Minutes 01 Seconds West from a Harrison Marker situated in the Southeast corner of said Northeast Quarter); Thence South 88 Degrees 51 Minutes 39 Seconds West, a distance of 256.91 feet along the North line of said Bauman tract to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northwest corner thereof; Thence South 31 Degrees 48 Minutes 05 Seconds West, a distance of 1387.33 feet along the Easterly right-of-way line of the former Fort Wayne and Jackson Railroad (now abandoned) to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 79 Degrees 11 Minutes 40 Seconds West, a distance of 135.87 feet along the North right-of-way line of County Road #50 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 31 Degrees 48 Minutes 05 Seconds East, a distance of 927.07 feet along the Westerly right-of-way line of said Fort Wayne and Jackson Railroad to a Rebar stake with cap (D. A. Brown RLS #S0337) (said Rebar stake being 639.21 feet North 89 Degrees 07 Minutes 48 Seconds West from a Harrison Marker situated in the Northeast corner of said Southeast Quarter); Thence North 89 Degrees 07 Minutes 48 Seconds West, a distance of 731.97 feet along the North line of the Northeast Quarter of said Southeast Quarter to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northwest corner thereof; Thence South 00 Degrees 03 Minutes 27 Seconds East, a distance of 865.65 feet along the West line of the Northeast Quarter of said Southeast Quarter to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence North 79 Degrees 11 Minutes 40 Seconds East, a distance of 300.20 feet along the centerline of County Road #50 to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 31 Degrees 48 Minutes 05 Seconds West, a distance of 595.33 feet along the

centerline of said Fort Wayne and Jackson Railroad to a point in the South line of the Northwest Quarter of said Southeast Quarter (said point being 19.30 feet North 89 Degrees 13 Minutes 21 Seconds West from the Southeast corner of the Northwest Quarter of said Southeast Quarter); Thence North 89 Degrees 13 Minutes 21 Seconds West, a distance of 58.35 feet along the South line of the Northwest Quarter of said Southeast Quarter; Thence South 31 Degrees 48 Minutes 05 Seconds West, a distance of 1536.69 feet along the West line of said Fort Wayne and Jackson Railroad to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 18 Minutes 48 Seconds West, a distance of 203.38 feet along the South line of said Southeast Quarter to a Rebar stake with cap (D. A. Brown RLS #S0337) (said Rebar stake being 302.65 feet South 89 Degrees 18 Minutes 48 Seconds East from the Southwest corner of said Southeast Quarter); Thence following the East right-of-way line of Highway I-69 along the following courses and distances: North 00 Degrees 20 Minutes 10 Seconds West for 129.56 feet, North 05 Degrees 14 Minutes 06 Seconds West for 351.28 feet, North 00 Degrees 20 Minutes 10 Seconds West for 600.00 feet, North 05 Degrees 22 Minutes 29 Seconds East for 201.00 feet, North 00 Degrees 20 Minutes 10 Seconds West for 50.00 feet, North 04 Degrees 20 Minutes 50 Seconds West for 214.44 feet, North 28 Degrees 32 Minutes 50 Seconds West for 42.31 feet North 06 Degrees 19 Minutes 54 Seconds East for 602.88 feet, North 00 Degrees 20 Minutes 10 Seconds West for 454.85 feet to a Rebar stake with cap (D. A. Brown RLS #S0337) in the North line of said Southeast Quarter (said Rebar stake being 291.12 feet South 89 Degrees 07 Minutes 48 Seconds East from the Northwest corner of said Southeast Quarter), North 00 Degrees 20 Minutes 10 Seconds West for 345.15 feet, North 04 Degrees 31 Minutes 49 Seconds West for 752.01 feet, North 00 Degrees 20 Minutes 10 Seconds West for 550.00 feet, North 01 Degrees 05 Minutes 46 Seconds East for 600.19, North 16 Degrees 21 Minutes 48 Seconds East for 104.40 feet, and North 00 Degrees 20 Minutes 10 Seconds West for 44.12 feet to the POINT OF BEGINNING, said tract containing 174.29 Acres, more or less.

A survey of said tract of land being represented by Plat of Survey #33-12-01-02 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

*Plant #2 Site*
*Tract #3*

Legal Description:

A tract of land located in the Southeast Quarter of Section 1, T33N, R12E, in Dekalb County, the State of Indiana, more fully described as follows:

COMMENCING at the Southwest corner of said Southeast Quarter; Thence South 89 Degrees 18 Minutes 48 Seconds East (GPS Grid Basis of Bearings), a distance of 302.65 feet along the South line of said Southeast Quarter to a Rebar stake with cap (D. A. Brown RLS #S0337) in the East right-of-way line of Highway I-69; Thence South 89 Degrees 18 Minutes 48 Seconds East, a distance 320.18 feet along the South line of said Southeast Quarter to a Rebar stake with cap (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence North 31 Degrees 48 Minutes 05 Seconds East, a distance of 1462.51 feet along the Easterly right-of-way line of the former Fort Wayne and Jackson Railroad (now abandoned) to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 00 Degrees 03 Minutes 27 Seconds East, a distance of 1252.21 feet along the East line of the West half of said Southeast Quarter to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southeast corner thereof; Thence North 89 Degrees 18 Minutes 48 Seconds West, a distance of 772.02 feet along the South line of said Southeast Quarter to the POINT OF BEGINNING, said tract containing 11.10 Acres, more or less. A survey of said tract of land being represented by Plat of Survey #33-12-01-02 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

**EXHIBIT G to**
**SCHEDULE A**

*Plant #2 Site*
*Tract #4*

**Legal Description:**

A tract of land located in the Northeast Quarter of Section 1, T33N, R12E, in Dekalb County, the State of Indiana, more fully described as follows:

COMMENCING at an Iron Rod situated in the Northwest corner of said Northeast Quarter; Thence North 89 Degrees 39 Minutes 51 Seconds East, a distance of 31.00 feet along the North line of said Northeast Quarter to a Railroad Spike situated in the Southwest corner of the Southeast Quarter of Section 36, T34N, R12 E; Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 1797.86 feet along the North line of said Northeast Quarter to a Marker Spike with tag (D. A. Brown RLS #S0337) (said Marker Spike is 854.39 feet South 89 Degrees 58 Minutes 50 Seconds West from a Harrison Marker situated in the Northeast corner of said Northeast Quarter); Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 121.67 feet along the centerline of County Road #23 to a Marker Spike with tag (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 406.33 feet along said centerline to a Marker Spike with tag (D. A. Brown RLS #S0337) in the Northwest corner of the tract of land conveyed to Hippensteel in Dekalb County Deed Record Book 181, page 383; Thence North 75 Degrees 57 Minutes 21 Seconds East, a distance of 214.76 feet along the North line of said Hippensteel tract; Thence meandering the centerline of the John Diehl Drain along the following courses and distances: North 35 Degrees 15 Minutes 43 Seconds West for 69.12 feet, North 23 Degrees 18 Minutes 03 Seconds West for 134.70 feet, North 31 Degrees 37 Minutes 14 Seconds West for 131.80 feet, North 30 Degrees 01 Minutes 38 Seconds West for 81.31 feet, and North 12 Degrees 29 Minutes 11 Seconds West for 36.46 feet; Thence South 89 Degrees 58 Minutes 50 Seconds West, a distance of 101.16 feet along the South right-of-way line of County Road #48 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northeast corner of the tract of land conveyed to the County of Dekalb in Dekalb County Deed Record Book 198, page 161; Thence South 29 Degrees 09 Minutes 12 Seconds West, a distance of 23.27 feet along the Southeasterly line of said Dekalb County tract to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southeast corner thereof; Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 36.82 feet along the Easterly line of the tract of land conveyed to the County of Dekalb in Dekalb County Deed Record Book 198, page 162 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southeast corner thereof; Thence South 63 Degrees 55 Minutes 31 Seconds West, a distance of 11.12 feet along the South line of the last mentioned Dekalb County tract to a Rebar stake with

**EXHIBIT H to**
**SCHEDULE A**

cap (D. A. Brown RLS #S0337); Thence South 72 Degrees 27 Minutes 21 Seconds West, a distance of 9.00 feet along the South line of the last mentioned Dekalb County tract to the POINT OF BEGINNING, said tract containing 1.73 Acres, more or less.

A survey of said tract of land being represented by Plat of Survey #33-12-01-02 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

