IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

AUBURN FOUNDRY, INC

      Debtor.

Chapter 11

BK Case No. 04-10427

## AMENDED CERTIFICATE OF SERVICE

      I certify that a copy of the Itemized Statement for the period January 1, 2005

through January 31, 2005, was served by electronic mail and/or first-class United States mail,

postage prepaid, on February 18, 2005, upon the following parties or counsel. This Amended

Certificate of Service seeks to correct the filing date of the Itemized Statement for the period

January 1, 2005 through January 31, 2005, as February 18, 2005.

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Ackerson, PC<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| Grant F. Shipley<br>233 West Baker Street<br>Fort Wayne, IN  46802-3413 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |

FWIMAN1 358940v2

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN  46516

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

Brad Rogers
1200 K Street, N.W.
Washington, DC  20005-4026

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN  46706

 Dated:  February 25, 2005

BAKER & DANIELS

By:  /s/John R Burns III
        John R Burns, III (#3016-02)
        Mark A. Werling (#20426-02)
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802
        Telephone:  (260) 424-8000
        Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.