UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO.    04-10427 |
| ) | CHAPTER    11 |
| Debtor(s) ) | |

O R D E R

At Fort Wayne, Indiana, on February 25, 2005.

Debtor's Amended and Supplemented Disclosure Statement, filed on February 23, 2005, is hereby APPROVED.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court