UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                              )
                                               )
AUBURN FOUNDRY, INC.                           )              CASE NO.      04-10427
                                               )
                                               )
        Debtor                                 )

O R D E R

At Fort Wayne, Indiana, on February 27, 2005.

Auburn Foundry, Inc., debtor-in-possession, having filed an application to employ Western

Reserve Partners, LLC, and notice having been provided to all creditors and parties in interest, and

no objections having been filed with this Court, it is

ORDERED that the aforementioned application is granted. Debtor is authorized to retain

Western Reserve Partners, LLC nunc pro tunc to January 7, 2005 to perform the services set forth

in the application.

SO ORDERED.

        /s/ Robert E. Grant
Judge, United States Bankruptcy Court