UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.   04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

O R D E R

At Fort Wayne, Indiana, on February 27, 2005.

Auburn Foundry, Inc., debtor-in-possession, having filed an application to employ Western Reserve Partners, LLC, and notice having been provided to all creditors and parties in interest, and no objections having been filed with this Court, it is

ORDERED that the aforementioned application is granted. Debtor is authorized to retain Western Reserve Partners, LLC nunc pro tunc to January 7, 2005 to perform the services set forth in the application.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: mjc              Page 1 of 1              Date Rcvd: Feb 28, 2005
Case: 04-10427               Form ID: pdf004        Total Served: 1
```

The following entities were served by first class mail on Mar 02, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2005**               **Signature:**    _Joseph Speetjens_