UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )  CASE NO.  04-10427 |
| | ) |
| | ) |
| Debtor | ) |

## ORDER

At Fort Wayne, Indiana, on **March 4, 2005**

The notice of motion and opportunity to object which counsel for the creditors committee (hereinafter "Movant") served in connection with its third application for compensation does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

a. The notice does not adequately "state the relief sought" by the application. N.D. Ind. L.B.R. B-2002-2(c)(3). The requirements of paragraph (c)(3) contemplate the relief sought will be described with a greater degree of specificity than that which comes from simply restating the name of the application. See also, LBR-3(a), 3(b).

b. Notice of the application and opportunity to object thereto was not served upon all creditors and parties in interest. See, Fed. R. Bankr. P. Rule 2016(a); 9013.

Since creditors and parties in interest have not been given appropriate notice of the application and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file a proof thereto within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court