UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                )
                                 )
AUBURN FOUNDRY, INC.             )     CASE NO.     04-10427
                                 )
                                 )
    Debtor                       )

## ORDER

At Fort Wayne, Indiana, on  March 4, 2005

The notice of motion and opportunity to object which counsel for the creditors committee (hereinafter "Movant") served in connection with its third application for compensation does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

   a.   The notice does not adequately "state the relief sought" by the application. N.D. Ind. L.B.R. B-2002-2(c)(3). The requirements of paragraph (c)(3) contemplate the relief sought will be described with a greater degree of specificity than that which comes from simply restating the name of the application. See also, LBR-3(a), 3(b).

   b.   Notice of the application and opportunity to object thereto was not served upon all creditors and parties in interest. See, Fed. R. Bankr. P. Rule 2016(a); 9013.

Since creditors and parties in interest have not been given appropriate notice of the application and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file a proof thereto within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

                                      /s/ Robert E. Grant
                                    Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: mspears           Page 1 of 1              Date Rcvd: Mar 04, 2005
Case: 04-10427               Form ID: pdf004         Total Served: 2

The following entities were served by first class mail on Mar 06, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
aty       +Henry A. Efroymson,   Ice Miller,   One American Square,   Box 82001,   Indianapolis, IN 46282-0200

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2005**          Signature:    *Joseph Speetjens*