UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**SECOND AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On January 12, 2005, Ice Miller, filed its *Third Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* (the "Application") and proposed Order for entry by the Court. The Application seeks approval of interim professional fees of $14,043.00 and reimbursement of expenses of $689.98, all without prejudice to the rights of any party-in-interest to object to the interim allowance of fees and expenses to Ice Miller. A copy of the Application is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **within 20 days from the date of this Notice,** you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

>   Office of the Clerk
>   United States Bankruptcy Court
>   1300 South Harrison Street
>   P.O. Box 2547
>   Fort Wayne, Indiana  46801-2547

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

>   Henry A. Efroymson
>   Niquelle R. Allen
>   Ice Miller
>   One American Square, Box 82001
>   Indianapolis, Indiana  46282-0200

        Ellen L. Triebold
        Office of the United States Trustee
        100 East Wayne Street, Suite 555
        South Bend, Indiana 46601

        John R. Burns
        Mark A. Werling
        Baker & Daniels
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802-2603

      If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date: <u>March 7, 2005</u>

                                    ICE MILLER

                                    /s/ Henry A. Efroymson
                                    Henry A. Efroymson
                                    Niquelle R. Allen
                                    Ice Miller
                                    One American Square, Box 82001
                                    Indianapolis, Indiana  46282-0200
                                    (317) 236-2100 Telephone
                                    (317) 236-2219 Facsimile
                                    henry.efroymson@icemiller.com
                                    niquelle.allen@icemiller.com

                                    Attorneys for the Official Creditors'
                                    Committee of Auburn Foundry, Inc.