# EXHIBIT A



ICEMILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 499356    Page 1
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Update communications with Committee (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/09/04 | Communications with Committee Chair regarding upcoming hearings (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ..................................... $ 142.00

TOTAL DUE FOR THIS MATTER ............................................... $ 142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $ 142.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Committee Meetings & Discussions
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0004

INVOICE #:     499356

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$   142.00

ACCOUNTS ARE DUE UPON RECEIPT



**ICE MILLER**
LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn          Invoice 499357    Page 1
Foundry, Inc.                                     October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Communications with attorneys for Debtor and bank regarding need for consultant, and communications with KPMG regarding same (.6). <br> H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 09/02/04 | Reviewed proposal from Western Reserve on valuation, and forwarded to Committee (.3). <br> H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/03/04 | Reviewed Order from Court on request to use cash collateral (.1); reviewed Notice of Hearing on request to employ KPMG, and dated up (.2). <br> H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/07/04 | Telephone calls from attorneys for Debtors regarding continuance of Disclosure Statement hearing, and reviewed related documents (.4); communications with Committee regarding same (.1). <br> H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/08/04 | Reviewed Motion to Extend Time on Disclosure Statement filed with Court, and communicated with Committee regarding same (.2); telephone conferences with attorney for Debtor and KPMG regarding engagement (.2); telephone conference with Fillipell regarding potential engagement for valuation (.2). <br> H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 09/10/04 | Attention submission of statements to Court and attorneys for Debtor and banks (.2); telephone conference with KPMG regarding engagement, and communications with attorneys for Debtor and banks regarding same (.3). <br> H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/13/04 | Reviewed Order Continuing Adequate Protection Hearing (.1). <br> H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 09/14/04 | Reviewed Notice of Submission of Invoices and Certificate of Service for electronic filing (.2). | | | |

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                      Invoice 499357    Page 2

|            |                                                                                                                                                                                                                                                                             |           |           |          |
|------------|---|---|---|---|
|            | M. Wilson | .20 hrs. | 195.00/hr | $    39.00 |
| 09/14/04   | Telephone call from Dauber Company regarding claim and status of case (.2); reviewed Motion filed by Debtor to reschedule hearing on NMHG lease (.1); telephone conference with attorney for Debtor regarding Wednesday hearings and KPMG employment (.3). | | | |
|            | H. Efroymson | .60 hrs. | 355.00/hr | $   213.00 |
| 09/16/04   | Communications with KPMG regarding carve-out for services (.2); reviewed Notices from Court, and dated up (.1). | | | |
|            | H. Efroymson | .30 hrs. | 355.00/hr | $   106.50 |
| 09/17/04   | Communications with KPMG regarding transfer of business to Mesirow and need to amend employment and order (.2); telephone call from Committee regarding same (.1); telephone call from Kendallville Iron & Metal regarding status of case and claim (.2); assisted with preparation of report to Official Creditors' Committee (.2). | | | |
|            | H. Efroymson | .70 hrs. | 355.00/hr | $   248.50 |
| 09/20/04   | Reviewed and signed off on letter from KPMG (.2). | | | |
|            | H. Efroymson | .20 hrs. | 355.00/hr | $    71.00 |
| 09/21/04   | Reviewed Order from Court on extension of exclusivity, and reported to Committee on same (.2); communications with attorney for Debtor regarding status of case (.2). | | | |
|            | H. Efroymson | .40 hrs. | 355.00/hr | $   142.00 |
| 09/24/04   | Reviewed Court's entry on NMHG Motion (.1); communications with attorney for Debtor regarding not received operating reports (.2); telephone call from attorney for Debtor regarding terms of new Plan (.2); telephone call from attorney for union (.2). | | | |
|            | H. Efroymson | .70 hrs. | 355.00/hr | $   248.50 |
| 09/29/04   | Reviewed Court Order on KPMG engagement (.1). | | | |
|            | H. Efroymson | .10 hrs. | 355.00/hr | $    35.50 |

                                 Summary of Fees

|                 |       | Hours | Rate/Hr | Dollars  |
|-----------------|-------|-------|---------|----------|
| H. Efroymson    |       | 5.90  | 355.00  | 2,094.50 |
| M. Wilson       |       | 0.20  | 195.00  |    39.00 |
|                 | TOTAL | 6.10  | 349.75  | 2,133.50 |

TOTAL Fees for Professional Services ................................$   2,133.50

TOTAL DUE FOR THIS MATTER ...........................................$   2,133.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..............................$   2,133.50

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Case Administration
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0005

INVOICE #:       499357

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$   2,133.50

ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 499358   Page 1
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0006
Claims Administration & Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/15/04 | Attention to Court's denial of continuance on NMHG lease, and NMHG withdrawal of request to assume or reject (.2); telephone conference with attorney for Debtor regarding hearings today (.2); reviewed report on hearings (.2).<br>H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 09/20/04 | Telephone call from Kendallville Iron and Metal regarding claim (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.80 | 355.00 | 284.00 |
| TOTAL | 0.80 | 355.00 | 284.00 |

TOTAL Fees for Professional Services ..................................... $   284.00

TOTAL DUE FOR THIS MATTER ................................................. $   284.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................... $   284.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Claims Administration & Objections
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0006

INVOICE #:     499358

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    284.00

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 499359   Page 1  
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0008  
Fee/Employment Applications  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/09/04 | Reviewed Fee Statements filed by attorneys for Debtors (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/13/04 | Prepared Fee Application, Notice and Order (.5). H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/15/04 | Completed preparation of Fee Application, and arranged for submittal (.3). H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/17/04 | Reviewed Notice on Fee Application, and attention to Certificate of Service (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/24/04 | Reviewed Court docket on Application to Employ KPMG (.1). H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.30 | 355.00 | 461.50 |
| TOTAL | 1.30 | 355.00 | 461.50 |

TOTAL Fees for Professional Services ................................. $ 461.50

TOTAL DUE FOR THIS MATTER ............................................ $ 461.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $ 461.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0008

INVOICE #:      499359

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    461.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 499360   Page 1
Foundry, Inc.                                         October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH September 30, 2004
                        Federal ID #35-0874357

            OUR MATTER # 21926.0010
            Financing
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


09/01/04    Reviewed Joint Motion to Approve Extension of Cash
            Collateral Use, with exhibit (.3).
            H. Efroymson                    .30 hrs.    355.00/hr  $      106.50


                            Summary of Fees

                                    Hours       Rate/Hr      Dollars
            H. Efroymson             0.30        355.00       106.50
                        TOTAL        0.30        355.00       106.50


TOTAL Fees for Professional Services .......................... $    106.50

TOTAL DUE FOR THIS MATTER ...................................... $    106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................... $    106.50


                     ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN   46203

MATTER TITLE:    Financing
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0010

INVOICE #:       499360

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    106.50

ACCOUNTS ARE DUE UPON RECEIPT



LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn        Invoice 499361    Page 1
Foundry, Inc.                                   October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Worked on Objection to Disclosure Statement (.8). H. Efroymson | .80 hrs. | 355.00/hr | $ 284.00 |
| 09/08/04 | Prepared response to extension motion for filing with Court (.5). H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/10/04 | Reviewed Motion and Order from Court on continuance of hearing, and dated up (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/16/04 | Attention to objections to Disclosure Statement (.4). H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.90 | 355.00 | 674.50 |
| TOTAL | 1.90 | 355.00 | 674.50 |

TOTAL Fees for Professional Services .................................... $    674.50

TOTAL DUE FOR THIS MATTER ............................................. $    674.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    674.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Plan & Disclosure Statement
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0011

INVOICE #:         499361

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$      674.50


ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn            Invoice 499362    Page 1
Foundry, Inc.                                       October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH September 30, 2004
                       Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case




ITEMIZED CHARGES:

09/13/04   E108   Postage Expense                              $      2.40
09/15/04   E108   Postage Expense                              $      4.24
09/20/04   E108   Postage Expense                              $      3.18
09/20/04   E108   Postage Expense                              $     11.55
                  Long Distance                                $      6.00
                  Photocopies                                  $     83.34

TOTAL Itemized Charges ......................................$     110.71


TOTAL DUE FOR THIS MATTER ...................................$     110.71


PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................$     110.71


                    ACCOUNTS ARE DUE UPON RECEIPT
```

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Costs
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0015

INVOICE #:     499362

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$     110.71

ACCOUNTS ARE DUE UPON RECEIPT