

```
Unsecured Creditors' Committee of Auburn            Invoice 502553    Page 1
Foundry, Inc.                                       November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
            FOR SERVICES RENDERED THROUGH October 31, 2004
                       Federal ID #35-0874357

            OUR MATTER # 21926.0005
            Case Administration
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case
```

| Date | Description | | | |
|---|---|---|---|---|
| 10/05/04 | Investigated status of Order on Fee Application (.1); reviewed July and August Financial Reports (.3).  H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 10/08/04 | Prepared Notice of Interim Statement and letter to counsel (.2).  H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 10/12/04 | Checked docket, and reviewed court entries on submission of invoices (.1).  H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 10/13/04 | Revised Motion filed by Debtor related to Ernst & Young payments, and notice on same (.2); reviewed Baker & Daniels Fee Order (.1); reviewed Ice miller Fee Order from Court, and communications with attorney for Debtor regarding same, status of case (.2); communications from committee member and to attorney for Debtors regarding closing and layoff rumors (.3); reviewed news report of same (.2).  H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 10/14/04 | Reviewed Baker & Daniels' itemized statement (.2).  H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 10/26/04 | Reviewed itemized statement filed by attorneys for Debtor, and communicated with attorney for Debtor and with Committee regarding same.  H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 10/28/04 | Communications with attorney for Debtor regarding concerns over status and fees (.3).  H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                              Invoice 502553   Page 2

### Summary of Fees

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| H. Efroymson | 2.80  | 355.00  | 994.00  |
| TOTAL        | 2.80  | 355.00  | 994.00  |

TOTAL Fees for Professional Services ......................................... $   994.00

TOTAL DUE FOR THIS MATTER .................................................... $   994.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................ $   994.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Case Administration
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0005

INVOICE #:     502553

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   994.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 502554   Page 1
November 9, 2004

FOR SERVICES RENDERED THROUGH October 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/18/04 | Reviewed proposed adequate protection stipulation from counsel for bank, and responded (.5).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 10/19/04 | Continued negotiations over terms of adequate protection entry and cash collateral stipulation (.5).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 10/22/04 | Reviewed Stipulation and Order on Adequate Protection from Court (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 10/25/04 | Reviewed Financing Motions filed with the Court (with loan documents), and proposed Orders and Notices (1.0).<br>H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 10/27/04 | Reviewed Amended Notices on Financing Motion and Cash Collateral Motion, and dated up (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.40 | 355.00 | 852.00 |
| TOTAL | 2.40 | 355.00 | 852.00 |

TOTAL Fees for Professional Services ....................... $   852.00

TOTAL DUE FOR THIS MATTER ..................................... $   852.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................... $   852.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Financing
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0010

INVOICE #:      502554

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    852.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 502555   Page 1
Foundry, Inc.                                              November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH October 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

10/15/04    Communications with attorney for Debtor and Chair of
            Committee regarding new Plan (.3).
            H. Efroymson                      .30 hrs.    355.00/hr   $    106.50

Summary of Fees

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| H. Efroymson | 0.30  | 355.00  | 106.50  |
| TOTAL        | 0.30  | 355.00  | 106.50  |

TOTAL Fees for Professional Services ..................................... $   106.50

TOTAL DUE FOR THIS MATTER ................................................ $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   106.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Plan & Disclosure Statement
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0011

INVOICE #:       502555

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    106.50

ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 502556    Page 1  
November 9, 2004

FOR SERVICES RENDERED THROUGH October 31, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0015  
Costs  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| Date | Code | Description | | Amount |
|---|---|---|---|---|
| 10/12/04 | E108 | Postage Expense | $ | 4.24 |
| 10/28/04 | | Outside Copying - - Vendor:Pacer Service Center 9/27/04 Fee to obtain copies of pleadings/dockets from the Northern District of IN Bankruptcy Court website. | $ | 26.53 |
| | | Photocopies | $ | 20.70 |

TOTAL Itemized Charges ...................................................$    51.47

TOTAL DUE FOR THIS MATTER ................................................$    51.47

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$    51.47

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0015

INVOICE #:      502556

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    51.47

ACCOUNTS ARE DUE UPON RECEIPT