

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 508558    Page 1
January 7, 2005

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

12/23/04    Communications with Committee members regarding status and
Plan issues.
H. Efroymson                    .40 hrs.    355.00/hr  $       142.00

#### Summary of Fees

|                  | Hours | Rate/Hr | Dollars |
|------------------|-------|---------|---------|
| H. Efroymson     | 0.40  | 355.00  | 142.00  |
| TOTAL            | 0.40  | 355.00  | 142.00  |

TOTAL Fees for Professional Services ................................... $       142.00

TOTAL DUE FOR THIS MATTER .............................................. $       142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $       142.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Committee Meetings & Discussions
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0004

INVOICE #:          508558


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    142.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 508559    Page 1
January 7, 2005

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/06/04 | Reviewed Motions for Leave filed by Debtor.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/08/04 | Reviewed Monthly Report for October, and forwarded to Committee members (.2); reviewed memorandum from attorney for Debtor regarding sale effort and engagement of Basore, and forwarded to Committee members (.4); prepared response to attorney for Debtor (.5).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/09/04 | Reviewed orders from Court (denial of motions and engagement of Warsco) (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/10/04 | Communications with attorney for Debtor regarding sale process under Plan (.3); reviewed insider loan documents and evaluated basis for seeking equitable subordination (.6); telephone conferences with Committee members (.2).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/15/04 | Communications with attorney for Debtor regarding engagement of Basore.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/20/04 | Communications with Committee members regarding status and Basore proposal and meeting (.2); reviewed November Operating Report, and provided to Committee (.3); reviewed Order Rejecting Contract (.1).<br>H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 12/21/04 | Reviewed order issued in stay relief matter.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/27/04 | Communications with attorney for new AFI (.2); reviewed corrected statement filed by Ernst & Young (.1).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 12/29/04 | Reviewed itemized statement filed by attorneys for Debtor.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson | | 3.90 | 355.00 | 1,384.50 |
| | TOTAL | 3.90 | 355.00 | 1,384.50 |

TOTAL Fees for Professional Services ...................................$   1,384.50

TOTAL DUE FOR THIS MATTER .............................................$   1,384.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$   1,384.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836



CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0005

INVOICE #:         508559

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,384.50


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 508560    Page 1
January 7, 2005

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0006
Claims Administration & Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

12/16/04    Reviewed Supplemental Operating Report for October and
            Second Notice on Polich Compromise Motion (.2);
            communications with attorney for Debtor regarding meeting
            with Basore (.3); prepared Notice and letters on statement
            (.2); interviewed Basore regarding sale of assets (.7).
            H. Efroymson                    1.40 hrs.    355.00/hr  $      497.00

Summary of Fees

|                    |       | Hours | Rate/Hr | Dollars |
|--------------------|-------|-------|---------|---------|
| H. Efroymson       |       | 1.40  | 355.00  | 497.00  |
|                    | TOTAL | 1.40  | 355.00  | 497.00  |

TOTAL Fees for Professional Services ....................................$      497.00

TOTAL DUE FOR THIS MATTER ..............................................$      497.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$      497.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836



CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Claims Administration & Objections
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0006

INVOICE #:       508560

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      497.00


                    ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 508561    Page 1
January 7, 2005

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

12/09/04    Reviewed Amended Notices on Financing and Cash Collateral
Motions, and dated up (.2).
H. Efroymson                     .20 hrs.        355.00/hr  $      71.00

### Summary of Fees

|              |       | Hours | Rate/Hr | Dollars |
|--------------|-------|-------|---------|---------|
| H. Efroymson |       | 0.20  | 355.00  | 71.00   |
|              | TOTAL | 0.20  | 355.00  | 71.00   |

TOTAL Fees for Professional Services ................................... $      71.00

TOTAL DUE FOR THIS MATTER .............................................. $      71.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      71.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE


SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836



CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Financing
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:       21926.0010

INVOICE #:         508561

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $       71.00


                    ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn          Invoice 508562   Page 1
Foundry, Inc.                                      January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


          FOR SERVICES RENDERED THROUGH December 31, 2004
                    Federal ID #35-0874357

          OUR MATTER # 21926.0011
          Plan & Disclosure Statement
          Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


12/22/04   Lengthy conversation with attorney for new AFI (.4);
           communications with Committee regarding same (.3).
           H. Efroymson                   .70 hrs.      355.00/hr  $      248.50

12/29/04   Communications with Committee members regarding Plan
           issues.
           H. Efroymson                   .50 hrs.      355.00/hr  $      177.50


                    Summary of Fees

                                   Hours       Rate/Hr      Dollars

          H. Efroymson              1.20        355.00       426.00
                       TOTAL        1.20        355.00       426.00


TOTAL Fees for Professional Services ...................................$      426.00


TOTAL DUE FOR THIS MATTER ..............................................$      426.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$      426.00


                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Plan & Disclosure Statement
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0011

INVOICE #:          508562

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      426.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 508563    Page 1
January 7, 2005

               FOR SERVICES RENDERED THROUGH December 31, 2004
                        Federal ID #35-0874357

               OUR MATTER # 21926.0015
               Costs
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


ITEMIZED CHARGES:

| | | | | |
|---|---|---|---|---:|
| 12/09/04 | E107 | Legal Research Expense - LEXIS/NEXIS - 11/17 Allen | $ | 204.21 |
| 12/09/04 | E107 | Legal Research Expense - LEXIS/NEXIS - 11/17 Skinner | $ | 222.26 |
| 12/09/04 | E107 | Legal Research Expense - LEXIS/NEXIS - 11/22 Allen | $ | 24.83 |
| 12/09/04 | E108 | 12/8 Postage Expense | $ | 3.00 |
| 12/17/04 | E108 | 12/16 Postage Expense | $ | 4.24 |
| 12/17/04 | E106 | 12/16 Postage Expense | $ | 2.49 |
| 12/21/04 | E108 | 12/20 Postage Expense | $ | 2.63 |
| | | Photocopies | $ | 29.88 |

TOTAL Itemized Charges ................................................$        493.54


TOTAL DUE FOR THIS MATTER ..............................................$        493.54


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$        493.54


                        ACCOUNTS ARE DUE UPON RECEIPT

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

REMITTANCE PAGE


SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836



CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:     21926.0015

INVOICE #:       508563

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     493.54


ACCOUNTS ARE DUE UPON RECEIPT