# EXHIBIT A



**ICEMILLER**
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 499356   Page 1
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | |
|---|---|---|---|---|
| 09/01/04 | Update communications with Committee (.2). | | | |
| | H. Efroymson | .20 hrs. | 355.00/hr  $ | 71.00 |
| 09/09/04 | Communications with Committee Chair regarding upcoming hearings (.2). | | | |
| | H. Efroymson | .20 hrs. | 355.00/hr  $ | 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ..................................... $   142.00

TOTAL DUE FOR THIS MATTER .............................................. $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:        499356

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    142.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 499357    Page 1
Foundry, Inc.                                         October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                FOR SERVICES RENDERED THROUGH September 30, 2004
                              Federal ID #35-0874357

                OUR MATTER # 21926.0005
                Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | |
|---|---|---|---|---|
| 09/01/04 | Communications with attorneys for Debtor and bank regarding need for consultant, and communications with KPMG regarding same (.6). | | | |
| | H. Efroymson | .60 hrs. | 355.00/hr $ | 213.00 |
| 09/02/04 | Reviewed proposal from Western Reserve on valuation, and forwarded to Committee (.3). | | | |
| | H. Efroymson | .30 hrs. | 355.00/hr $ | 106.50 |
| 09/03/04 | Reviewed Order from Court on request to use cash collateral (.1); reviewed Notice of Hearing on request to employ KPMG, and dated up (.2). | | | |
| | H. Efroymson | .30 hrs. | 355.00/hr $ | 106.50 |
| 09/07/04 | Telephone calls from attorneys for Debtors regarding continuance of Disclosure Statement hearing, and reviewed related documents (.4); communications with Committee regarding same (.1). | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr $ | 177.50 |
| 09/08/04 | Reviewed Motion to Extend Time on Disclosure Statement filed with Court, and communicated with Committee regarding same (.2); telephone conferences with attorney for Debtor and KPMG regarding engagement (.2); telephone conference with Fillipell regarding potential engagement for valuation (.2). | | | |
| | H. Efroymson | .60 hrs. | 355.00/hr $ | 213.00 |
| 09/10/04 | Attention submission of statements to Court and attorneys for Debtor and banks (.2); telephone conference with KPMG regarding engagement, and communications with attorneys for Debtor and banks regarding same (.3). | | | |
| | H. Efroymson | .50 hrs. | 355.00/hr $ | 177.50 |
| 09/13/04 | Reviewed Order Continuing Adequate Protection Hearing (.1). | | | |
| | H. Efroymson | .10 hrs. | 355.00/hr $ | 35.50 |
| 09/14/04 | Reviewed Notice of Submission of Invoices and Certificate of Service for electronic filing (.2). | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                              Invoice 499357    Page 2

|            |                                                                                                                                                                                                                                                                                                                                                              |           |            |          |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|----------|
|            | M. Wilson                                                                                                                                                                                                                                                                                                                                                    | .20 hrs.  | 195.00/hr  | $ 39.00  |
| 09/14/04   | Telephone call from Dauber Company regarding claim and status of case (.2); reviewed Motion filed by Debtor to reschedule hearing on NMHG lease (.1); telephone conference with attorney for Debtor regarding Wednesday hearings and KPMG employment (.3). <br> H. Efroymson                                                                                  | .60 hrs.  | 355.00/hr  | $ 213.00 |
| 09/16/04   | Communications with KPMG regarding carve-out for services (.2); reviewed Notices from Court, and dated up (.1). <br> H. Efroymson                                                                                                                                                                                                                            | .30 hrs.  | 355.00/hr  | $ 106.50 |
| 09/17/04   | Communications with KPMG regarding transfer of business to Mesirow and need to amend employment and order (.2); telephone call from Committee regarding same (.1); telephone call from Kendallville Iron & Metal regarding status of case and claim (.2); assisted with preparation of report to Official Creditors' Committee (.2). <br> H. Efroymson       | .70 hrs.  | 355.00/hr  | $ 248.50 |
| 09/20/04   | Reviewed and signed off on letter from KPMG (.2). <br> H. Efroymson                                                                                                                                                                                                                                                                                          | .20 hrs.  | 355.00/hr  | $ 71.00  |
| 09/21/04   | Reviewed Order from Court on extension of exclusivity, and reported to Committee on same (.2); communications with attorney for Debtor regarding status of case (.2). <br> H. Efroymson                                                                                                                                                                      | .40 hrs.  | 355.00/hr  | $ 142.00 |
| 09/24/04   | Reviewed Court's entry on NMHG Motion (.1); communications with attorney for Debtor regarding not received operating reports (.2); telephone call from attorney for Debtor regarding terms of new Plan (.2); telephone call from attorney for union (.2). <br> H. Efroymson                                                                                  | .70 hrs.  | 355.00/hr  | $ 248.50 |
| 09/29/04   | Reviewed Court Order on KPMG engagement (.1). <br> H. Efroymson                                                                                                                                                                                                                                                                                              | .10 hrs.  | 355.00/hr  | $ 35.50  |

Summary of Fees

|               | Hours | Rate/Hr | Dollars   |
|---------------|-------|---------|-----------|
| H. Efroymson  | 5.90  | 355.00  | 2,094.50  |
| M. Wilson     | 0.20  | 195.00  | 39.00     |
| TOTAL         | 6.10  | 349.75  | 2,133.50  |

TOTAL Fees for Professional Services ................................................... $   2,133.50

TOTAL DUE FOR THIS MATTER ............................................................... $   2,133.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................... $   2,133.50

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Case Administration
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0005

INVOICE #:     499357

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$  2,133.50

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn          Invoice 499358   Page 1
Foundry, Inc.                                     October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

```
            FOR SERVICES RENDERED THROUGH September 30, 2004
                         Federal ID #35-0874357

            OUR MATTER # 21926.0006
            Claims Administration & Objections
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


09/15/04    Attention to Court's denial of continuance on NMHG lease,
            and NMHG withdrawal of request to assume or reject (.2);
            telephone conference with attorney for Debtor regarding
            hearings today (.2); reviewed report on hearings (.2).
            H. Efroymson                      .60 hrs.   355.00/hr  $    213.00

09/20/04    Telephone call from Kendallville Iron and Metal regarding
            claim (.2).
            H. Efroymson                      .20 hrs.   355.00/hr  $     71.00


                              Summary of Fees

                                        Hours       Rate/Hr      Dollars
            H. Efroymson                 0.80        355.00       284.00
                          TOTAL          0.80        355.00       284.00


TOTAL Fees for Professional Services ..................................... $   284.00


TOTAL DUE FOR THIS MATTER ................................................ $   284.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   284.00


                         ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Claims Administration & Objections
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0006

INVOICE #:      499358

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    284.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 499359   Page 1
Foundry, Inc.                                     October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/09/04 | Reviewed Fee Statements filed by attorneys for Debtors (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/13/04 | Prepared Fee Application, Notice and Order (.5). H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/15/04 | Completed preparation of Fee Application, and arranged for submittal (.3). H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 09/17/04 | Reviewed Notice on Fee Application, and attention to Certificate of Service (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/24/04 | Reviewed Court docket on Application to Employ KPMG (.1). H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.30 | 355.00 | 461.50 |
| TOTAL | 1.30 | 355.00 | 461.50 |

TOTAL Fees for Professional Services ................................... $ 461.50

TOTAL DUE FOR THIS MATTER ............................................. $ 461.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $ 461.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Fee/Employment Applications
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0008

INVOICE #:     499359

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    461.50

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn          Invoice 499360    Page 1
Foundry, Inc.                                          October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203
```

```
              FOR SERVICES RENDERED THROUGH September 30, 2004
                          Federal ID #35-0874357

              OUR MATTER # 21926.0010
              Financing
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


09/01/04      Reviewed Joint Motion to Approve Extension of Cash
              Collateral Use, with exhibit (.3).
              H. Efroymson                  .30 hrs.    355.00/hr  $      106.50
```

                              Summary of Fees

|                  | Hours | Rate/Hr | Dollars |
|------------------|-------|---------|---------|
| H. Efroymson     | 0.30  | 355.00  | 106.50  |
| TOTAL            | 0.30  | 355.00  | 106.50  |

TOTAL Fees for Professional Services ....................................... $    106.50

TOTAL DUE FOR THIS MATTER .................................................. $    106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................... $    106.50

                        ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Financing
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0010

INVOICE #:        499360

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     106.50

ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn           Invoice 499361    Page 1
Foundry, Inc.                                       October 7, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/01/04 | Worked on Objection to Disclosure Statement (.8). H. Efroymson | .80 hrs. | 355.00/hr | $ 284.00 |
| 09/08/04 | Prepared response to extension motion for filing with Court (.5). H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 09/10/04 | Reviewed Motion and Order from Court on continuance of hearing, and dated up (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 09/16/04 | Attention to objections to Disclosure Statement (.4). H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.90 | 355.00 | 674.50 |
| TOTAL | 1.90 | 355.00 | 674.50 |

TOTAL Fees for Professional Services .................................. $   674.50

TOTAL DUE FOR THIS MATTER ............................................. $   674.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   674.50

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Plan & Disclosure Statement
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0011

INVOICE #:     499361

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     674.50

ACCOUNTS ARE DUE UPON RECEIPT



**LEGAL & BUSINESS ADVISORS**

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 499362    Page 1
October 7, 2004

FOR SERVICES RENDERED THROUGH September 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0015
Costs
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| Date | Code | Description | | Amount |
|---|---|---|---|---:|
| 09/13/04 | E108 | Postage Expense | $ | 2.40 |
| 09/15/04 | E108 | Postage Expense | $ | 4.24 |
| 09/20/04 | E108 | Postage Expense | $ | 3.18 |
| 09/20/04 | E108 | Postage Expense | $ | 11.55 |
| | | Long Distance | $ | 6.00 |
| | | Photocopies | $ | 83.34 |

TOTAL Itemized Charges .................................................. $    110.71

TOTAL DUE FOR THIS MATTER .................................................. $    110.71

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $    110.71

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Costs
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0015

INVOICE #:       499362

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      110.71

ACCOUNTS ARE DUE UPON RECEIPT