

```
Unsecured Creditors' Committee of Auburn          Invoice 502553   Page 1
Foundry, Inc.                                     November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

             FOR SERVICES RENDERED THROUGH October 31, 2004
                      Federal ID #35-0874357

             OUR MATTER # 21926.0005
             Case Administration
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/05/04 | Investigated status of Order on Fee Application (.1); reviewed July and August Financial Reports (.3). H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 10/08/04 | Prepared Notice of Interim Statement and letter to counsel (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 10/12/04 | Checked docket, and reviewed court entries on submission of invoices (.1). H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 10/13/04 | Revised Motion filed by Debtor related to Ernst & Young payments, and notice on same (.2); reviewed Baker & Daniels Fee Order (.1); reviewed Ice miller Fee Order from Court, and communications with attorney for Debtor regarding same, status of case (.2); communications from committee member and to attorney for Debtors regarding closing and layoff rumors (.3); reviewed news report of same (.2). H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 10/14/04 | Reviewed Baker & Daniels' itemized statement (.2). H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 10/26/04 | Reviewed itemized statement filed by attorneys for Debtor, and communicated with attorney for Debtor and with Committee regarding same. H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 10/28/04 | Communications with attorney for Debtor regarding concerns over status and fees (.3). H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

Unsecured Creditors' Committee of Auburn Foundry, Inc.

Invoice 502553    Page 2

### Summary of Fees

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| H. Efroymson | 2.80  | 355.00  | 994.00  |
| TOTAL        | 2.80  | 355.00  | 994.00  |

TOTAL Fees for Professional Services .......................................$   994.00

TOTAL DUE FOR THIS MATTER ..................................................$   994.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .....................................$   994.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Case Administration
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0005

INVOICE #:        502553

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    994.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 502554    Page 1
Foundry, Inc.                                                November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH October 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/18/04 | Reviewed proposed adequate protection stipulation from counsel for bank, and responded (.5).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 10/19/04 | Continued negotiations over terms of adequate protection entry and cash collateral stipulation (.5).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 10/22/04 | Reviewed Stipulation and Order on Adequate Protection from Court (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 10/25/04 | Reviewed Financing Motions filed with the Court (with loan documents), and proposed Orders and Notices (1.0).<br>H. Efroymson | 1.00 hrs. | 355.00/hr | $ 355.00 |
| 10/27/04 | Reviewed Amended Notices on Financing Motion and Cash Collateral Motion, and dated up (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.40 | 355.00 | 852.00 |
| TOTAL | 2.40 | 355.00 | 852.00 |

TOTAL Fees for Professional Services ........................ $   852.00

TOTAL DUE FOR THIS MATTER ................................... $   852.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................... $   852.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
               c/o Michael McGaughey, Chair
               Citizens Gas & Coke Utility
               2950 Prospect Street
               Indianapolis, IN  46203

MATTER TITLE:  Financing
               Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0010

INVOICE #:     502554

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     852.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 502555   Page 1
Foundry, Inc.                                          November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


             FOR SERVICES RENDERED THROUGH October 31, 2004
                       Federal ID #35-0874357

             OUR MATTER # 21926.0011
             Plan & Disclosure Statement
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


10/15/04     Communications with attorney for Debtor and Chair of
             Committee regarding new Plan (.3).
               H. Efroymson                   .30 hrs.      355.00/hr   $      106.50


                            Summary of Fees

                                     Hours        Rate/Hr        Dollars
             H. Efroymson              0.30        355.00         106.50
                           TOTAL       0.30        355.00         106.50


TOTAL Fees for Professional Services ....................... $   106.50

TOTAL DUE FOR THIS MATTER .................................. $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................... $   106.50


                    ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN  46203

MATTER TITLE:      Plan & Disclosure Statement
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0011

INVOICE #:         502555

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      106.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 502556    Page 1
Foundry, Inc.                                     November 9, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


             FOR SERVICES RENDERED THROUGH October 31, 2004
                        Federal ID #35-0874357

             OUR MATTER # 21926.0015
             Costs
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

10/12/04   E108   Postage Expense                                      $      4.24
10/28/04          Outside Copying - - Vendor:Pacer Service Center 9/27/04  $   26.53
                  Fee to obtain copies of pleadings/dockets from the
                  Northern District of IN Bankruptcy Court website.
                        Photocopies                                    $     20.70

TOTAL Itemized Charges ............................................ $        51.47


TOTAL DUE FOR THIS MATTER ......................................... $        51.47


PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................ $        51.47


                       ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN   46203

MATTER TITLE:     Costs
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0015

INVOICE #:        502556

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $      51.47

ACCOUNTS ARE DUE UPON RECEIPT