

```
Unsecured Creditors' Committee of Auburn          Invoice 505448   Page 1
Foundry, Inc.                                     December 13, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH November 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/04 | Discussions with Committee members regarding status and fees (.3). H. Efroymson | .30 hrs. | 355.00/hr | $106.50 |
| 11/26/04 | Communications with Committee regarding financial results and reports and other administrative matters (.2). H. Efroymson | .20 hrs. | 355.00/hr | $71.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.50 | 355.00 | 177.50 |
| TOTAL | 0.50 | 355.00 | 177.50 |

TOTAL Fees for Professional Services ................................. $ 177.50

TOTAL DUE FOR THIS MATTER ............................................ $ 177.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $ 177.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Committee Meetings & Discussions
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0004

INVOICE #:       505448

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    177.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                    Invoice 505449    Page 1
Foundry, Inc.                                               December 13, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                    FOR SERVICES RENDERED THROUGH November 30, 2004
                              Federal ID #35-0874357

                    OUR MATTER # 21926.0005
                    Case Administration
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/01/04 | Reviewed Amended Court Notices, and dates up (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/05/04 | Communications with attorney for Debtor regarding payment of administrative claims (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/10/04 | Prepared statement and notice for Court (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/12/04 | Researched issues and surveyed grounds for the appointment of Trustee in bankruptcy cases.<br>N. Allen | 1.10 hrs. | 165.00/hr | $ 181.50 |
| 11/12/04 | Reviewed Application to Employ Warsco, and communicated with attorney for Debtor regarding same (.3); reviewed Motion for Relief from Stay filed by Rosebrock (.1); researched basis for appointment of Chapter 11 Trustee (.5).<br>H. Efroymson | .90 hrs. | 355.00/hr | $ 319.50 |
| 11/16/04 | Reviewed Motion to Reject Employment Agreement, with exhibits and proposed Order, and Motion to Compromise with Polich, and proposed Order (.3); communications with attorney for Debtor regarding same (.2).<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |
| 11/17/04 | Researched Section 1104 grounds as related to sale of Debtor's assets to secured creditors/owners (1.5); prepared memorandum regarding the same (.5).<br>N. Allen | 2.00 hrs. | 165.00/hr | $ 330.00 |
| 11/18/04 | Conducted further research, analyzed research, and prepared memorandum regarding grounds for the appointment of a Chapter 11 Trustee (6.5).<br>N. Allen | 6.50 hrs. | 165.00/hr | $ 1,072.50 |
| 11/18/04 | Reviewed Notices from Court (Motions to Assume/Reject, Approve Agreement and Engage Special Counsel) (.2); communications with attorney for Debtor regarding status | | | |

Unsecured Creditors' Committee of Auburn Foundry, Inc.                                    Invoice 505449    Page 2

|  |  |  |  |  |
|---|---|---|---|---|
| | of response to request for information and documents (.1); telephone call from Peters regarding status of case (.1). | | | |
| | H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 11/19/04 | Reviewed memorandum on grounds for appointment of Chapter 11 Trustee, and communications with Committee regarding same (.4). | | | |
| | H. Efroymson | .40 hrs. | 355.00/hr | $ 142.00 |
| 11/19/04 | Revised memorandum regarding conflict of interest by Debtor-in-Possession as it relates to the sale of Debtor's assets (.4). | | | |
| | N. Allen | .40 hrs. | 165.00/hr | $ 66.00 |
| 11/22/04 | Telephone call from attorney for Debtor regarding status and Plan issues (.2); worked on Motion to Appoint Chapter 11 Trustee (.4). | | | |
| | H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 11/23/04 | Attention to payment of administrative expenses (.2); preparation of Motion to Appoint Chapter 11 Trustee (1.1). | | | |
| | H. Efroymson | 1.30 hrs. | 355.00/hr | $ 461.50 |
| 11/24/04 | Reviewed itemized statement filed by counsel for Debtors (.2); communicated with attorney for Debtor regarding September and October Monthly Reports not filed (.2); reviewed September Report filed today (.3); worked on Motion to Appoint Chapter 11 Trustee (reviewed new Third Circuit decision in G-I Holdings) (.4). | | | |
| | H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 11/26/04 | Reviewed Order from Court (Ernst & Young retention) (.1); reviewed Adequate Protection Order (.1). | | | |
| | H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 11/29/04 | Reviewed new case law on conflicts and appointment of Chapter 11 Trustee (.5); communications with attorney for Debtor regarding payment of administrative expenses (.2). | | | |
| | H. Efroymson | .70 hrs. | 355.00/hr | $ 248.50 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 6.70 | 355.00 | 2,378.50 |
| N. Allen | 10.00 | 165.00 | 1,650.00 |
| TOTAL | 16.70 | 241.23 | 4,028.50 |

TOTAL Fees for Professional Services ............................................... $   4,028.50

TOTAL DUE FOR THIS MATTER ......................................................... $   4,028.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................................ $   4,028.50

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0005

INVOICE #:      505449

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    4,028.50


ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 505450    Page 1
December 13, 2004

FOR SERVICES RENDERED THROUGH November 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0010
Financing
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/08/04 | Reviewed Motion Relating to Adequate Protection to Bank, and Notice on same (.3). | | | |
| | H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.30 | 355.00 | 106.50 |
| TOTAL | 0.30 | 355.00 | 106.50 |

TOTAL Fees for Professional Services .................................. $   106.50

TOTAL DUE FOR THIS MATTER ............................................. $   106.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   106.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Financing
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0010

INVOICE #:      505450

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      106.50

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn            Invoice 505451   Page 1
Foundry, Inc.                                       December 13, 2004
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH November 30, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 11/09/04 | Communications with attorneys for Debtor regarding new Plan (.2).  H. Efroymson | .20 hrs. | 355.00/hr | $    71.00 |
| 11/10/04 | Reviewed new Plan and Disclosure Statement, and forwarded to Committee members (1.0).  H. Efroymson | 1.00 hrs. | 355.00/hr | $   355.00 |
| 11/11/04 | Reviewed and analyzed new proposed Plan and Disclosure Statement, and discussed with Committee members (2.2); submitted request for information to attorneys for Debtor regarding Plan exhibits and related information (.5).  H. Efroymson | 2.70 hrs. | 355.00/hr | $   958.50 |
| 11/16/04 | Communications with attorney for Debtor regarding Plan (.2).  H. Efroymson | .20 hrs. | 355.00/hr | $    71.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 4.10 | 355.00 | 1,455.50 |
| TOTAL | 4.10 | 355.00 | 1,455.50 |

TOTAL Fees for Professional Services ............................... $  1,455.50

TOTAL DUE FOR THIS MATTER .......................................... $  1,455.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE .............................. $  1,455.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:        Unsecured Creditors' Committee of Auburn Foundry, Inc.
                    c/o Michael McGaughey, Chair
                    Citizens Gas & Coke Utility
                    2950 Prospect Street
                    Indianapolis, IN  46203

MATTER TITLE:       Plan & Disclosure Statement
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:           21926.0011

INVOICE #:          505451

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    1,455.50


ACCOUNTS ARE DUE UPON RECEIPT


LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 505452    Page 1  
December 13, 2004

FOR SERVICES RENDERED THROUGH November 30, 2004  
Federal ID #35-0874357

OUR MATTER # 21926.0015  
Costs  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/16/04 | E108 | Postage Expense | $ 5.35 |
|  | E108 | Courier Expense | $ 4.05 |
|  |  | Long Distance | $ 2.00 |
|  |  | Photocopies | $ 22.86 |

TOTAL Itemized Charges ................................................. $    34.26

TOTAL DUE FOR THIS MATTER ............................................. $    34.26

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    34.26

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Costs
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0015

INVOICE #:       505452

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    34.26

ACCOUNTS ARE DUE UPON RECEIPT