

```
Unsecured Creditors' Committee of Auburn          Invoice 508558    Page 1
Foundry, Inc.                                             January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| 12/23/04 | Communications with Committee members regarding status and Plan issues. | | | |
|---|---|---|---|---|
| | H. Efroymson | .40 hrs. | 355.00/hr  $ | 142.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.40 | 355.00 | 142.00 |
| TOTAL | 0.40 | 355.00 | 142.00 |

TOTAL Fees for Professional Services ....................... $   142.00

TOTAL DUE FOR THIS MATTER ............................. $   142.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................... $   142.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:            508558

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $       142.00

ACCOUNTS ARE DUE UPON RECEIPT


**ICE MILLER**
LEGAL & BUSINESS ADVISORS

```
Unsecured Creditors' Committee of Auburn        Invoice 508559    Page 1
Foundry, Inc.                                                January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/06/04 | Reviewed Motions for Leave filed by Debtor.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/08/04 | Reviewed Monthly Report for October, and forwarded to Committee members (.2); reviewed memorandum from attorney for Debtor regarding sale effort and engagement of Basore, and forwarded to Committee members (.4); prepared response to attorney for Debtor (.5).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/09/04 | Reviewed orders from Court (denial of motions and engagement of Warsco) (.2).<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/10/04 | Communications with attorney for Debtor regarding sale process under Plan (.3); reviewed insider loan documents and evaluated basis for seeking equitable subordination (.6); telephone conferences with Committee members (.2).<br>H. Efroymson | 1.10 hrs. | 355.00/hr | $ 390.50 |
| 12/15/04 | Communications with attorney for Debtor regarding engagement of Basore.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |
| 12/20/04 | Communications with Committee members regarding status and Basore proposal and meeting (.2); reviewed November Operating Report, and provided to Committee (.3); reviewed Order Rejecting Contract (.1).<br>H. Efroymson | .60 hrs. | 355.00/hr | $ 213.00 |
| 12/21/04 | Reviewed order issued in stay relief matter.<br>H. Efroymson | .10 hrs. | 355.00/hr | $ 35.50 |
| 12/27/04 | Communications with attorney for new AFI (.2); reviewed corrected statement filed by Ernst & Young (.1).<br>H. Efroymson | .30 hrs. | 355.00/hr | $ 106.50 |
| 12/29/04 | Reviewed itemized statement filed by attorneys for Debtor.<br>H. Efroymson | .20 hrs. | 355.00/hr | $ 71.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 3.90 | 355.00 | 1,384.50 |
| TOTAL | 3.90 | 355.00 | 1,384.50 |

TOTAL Fees for Professional Services ..................................... $   1,384.50

TOTAL DUE FOR THIS MATTER ................................................ $   1,384.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   1,384.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Case Administration
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0005

INVOICE #:        508559

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,384.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  Invoice 508560    Page 1
Foundry, Inc.                                              January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

      FOR SERVICES RENDERED THROUGH December 31, 2004
              Federal ID #35-0874357

      OUR MATTER # 21926.0006
      Claims Administration & Objections
      Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

12/16/04    Reviewed Supplemental Operating Report for October and
            Second Notice on Polich Compromise Motion (.2);
            communications with attorney for Debtor regarding meeting
            with Basore (.3); prepared Notice and letters on statement
            (.2); interviewed Basore regarding sale of assets (.7).
            H. Efroymson                      1.40 hrs.    355.00/hr   $     497.00

                    Summary of Fees

|              |        | Hours | Rate/Hr | Dollars |
|--------------|--------|-------|---------|---------|
| H. Efroymson |        | 1.40  | 355.00  | 497.00  |
|              | TOTAL  | 1.40  | 355.00  | 497.00  |

TOTAL Fees for Professional Services ......................................$     497.00

TOTAL DUE FOR THIS MATTER .................................................$     497.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................$     497.00

                ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Claims Administration & Objections
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0006

INVOICE #:      508560

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     497.00


ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 508561   Page 1
Foundry, Inc.                                              January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


              FOR SERVICES RENDERED THROUGH December 31, 2004
                        Federal ID #35-0874357

              OUR MATTER # 21926.0010
              Financing
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


12/09/04      Reviewed Amended Notices on Financing and Cash Collateral
              Motions, and dated up (.2).
              H. Efroymson                       .20 hrs.    355.00/hr   $       71.00

                              Summary of Fees

                                        Hours       Rate/Hr      Dollars

              H. Efroymson                0.20       355.00        71.00
                        TOTAL             0.20       355.00        71.00


TOTAL Fees for Professional Services ......................................$    71.00


TOTAL DUE FOR THIS MATTER .................................................$    71.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................$    71.00


                         ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:        Unsecured Creditors' Committee of Auburn Foundry, Inc.
                    c/o Michael McGaughey, Chair
                    Citizens Gas & Coke Utility
                    2950 Prospect Street
                    Indianapolis, IN  46203

MATTER TITLE:       Financing
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:           21926.0010

INVOICE #:          508561

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      71.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 508562    Page 1
Foundry, Inc.                                                January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH December 31, 2004
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/22/04 | Lengthy conversation with attorney for new AFI (.4); communications with Committee regarding same (.3).<br>H. Efroymson | .70 hrs. | 355.00/hr | $ 248.50 |
| 12/29/04 | Communications with Committee members regarding Plan issues.<br>H. Efroymson | .50 hrs. | 355.00/hr | $ 177.50 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.20 | 355.00 | 426.00 |
| TOTAL | 1.20 | 355.00 | 426.00 |

TOTAL Fees for Professional Services .................................. $   426.00

TOTAL DUE FOR THIS MATTER ............................................. $   426.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   426.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Plan & Disclosure Statement
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0011

INVOICE #:      508562

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    426.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn           Invoice 508563   Page 1
Foundry, Inc.                                      January 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


           FOR SERVICES RENDERED THROUGH December 31, 2004
                      Federal ID #35-0874357

           OUR MATTER # 21926.0015
           Costs
           Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

  12/09/04  E107  Legal Research Expense - LEXIS/NEXIS - 11/17 Allen    $    204.21
  12/09/04  E107  Legal Research Expense - LEXIS/NEXIS - 11/17 Skinner  $    222.26
  12/09/04  E107  Legal Research Expense - LEXIS/NEXIS - 11/22 Allen    $     24.83
  12/09/04  E108  12/8 Postage Expense                                  $      3.00
  12/17/04  E108  12/16 Postage Expense                                 $      4.24
  12/17/04  E106  12/16 Postage Expense                                 $      2.49
  12/21/04  E108  12/20 Postage Expense                                 $      2.63
                  Photocopies                                           $     29.88

TOTAL Itemized Charges ..............................................$      493.54


TOTAL DUE FOR THIS MATTER ...........................................$      493.54


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..............................$      493.54


                    ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0015

INVOICE #:      508563

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     493.54


ACCOUNTS ARE DUE UPON RECEIPT