**EXHIBIT B**

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com, skrhoads@bakerd.com
tlwiley@bakerd.com,
jacklyn.faulkner@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562
(317) 713-3699 Fax
mreich@sbalawyers.com,
jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802-3413
gfs@gshipley.com
(260) 422-2711
*(For Shelby County Bank/Bank of America)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio 44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana 46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026
rogers.brad@pbgc.gov
*(For Pension Benefit Guaranty Corporation)*

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana 46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana 46802
(260) 424-2790
(260) 424-1872 Fax
ekos@ekoslaw.com
*(For City of Auburn)*

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana 46204-2161
(317) 860-2865
(317) 263-9411 Fax
marie@rubin-levin.net
*(For NMHG Financial Services, Inc.*

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 425-9777
*(For Edwin P. Rosebrock)*

```
Label Matrix for USBC              0 C TANNER                         3M VALLEY
Northern District of Indiana       1930 SOUTH STATE STREET            600 E. MEIGS
Case 04-10427-reg                  SALT LAKE CITY, UT 84115           VALLEY, NE 68064-0368
Mon Jan 10 13:59:49 EST 2005



A T & T                            A-1 JANITORIAL SERVICE             A. F. Europe, Inc.
P.O. Box 96001309                  PO BOX 241                         c/o Sommer Barnard Ackerson PC
Louisville, KY 40290-1309          WATERLOO, IN 46793                 Attn: Jerald I. Ancel
                                                                      One Indiana Square, Suite 3500
                                                                      Indianapolis, IN 46204-2023,  46204-2023



A.F. EUROPE, INC.                  ABB Inc.                           ABB METALLURGY INC
635 W. ELEVENTH STREET             9000 Regency Park                  1460 LIVINGSTON AVE
AUBURN, IN 46706                   Suite 300                          NORTH BRUNSWICK, NJ 08902
                                   Cary, NC 27511



ABF FREIGHT SYSTEM INC.            ACORDIA                            ADDIS INC
3320 N. WELLS ST.                  P.O. BOX 885                       3721 LEE ROAD
FORT WAYNE, IN 46808               FT WAYNE, IN 46801-0885            CLEVELAND, OH 44120



ADMETCO                            AERO-MOTIVE MANUFACTURING          AIR PRODUCTS AND CHEMICALS
7625 VICKSBURG PIKE                5688 EAST ML AVE                   PO BOX 25745
FORT WAYNE, IN 46850               KALAMAZOO, MI 49001                LEHIGH VALLEY, PA 18002-5742



AIR TECHNICS INC.                  AIRBORNE EXPRESS                   AIRTECH ENVIRONMENTAL SERVICES
2652 MERRIMONT DRIVE               P.O. BOX 91001                     601A COUNTRY CLUB DRIVE
TROY, OH 45373                     SEATTLE, WA 98111                  BENSENVILLE, IL 60106



ALFA FINANCIAL CORPORATION         ALLEN PATTERN WORKS INC.           ALRO STEEL CORPORATION
56 COLONIAL PARK DRIVE SUITE 200   616 EAST WALLACE STREET            PO BOX 10360
ROSWELL, GA 30075                  P.O. BOX 10540                     FT WAYNE, IN 46851-0360
                                   FORT WAYNE, IN 46803



AMERICAN BIO MEDICA CORPORATION    AMERICAN WIRE ROPE AND SLING       AMETEK INC.
122 SMITH ROAD                     3122 ENGLE ROAD                    900 GREENBANK ROAD
KINDERHOOK, NY 12106               FORT WAYNE, IN 46809               WILMINGTON, DE 19808



APPLIED METALS & MACHINE WORKS     ARAB PEST CONTROL                  ARROW FENCE COMPANY, INC.
1036 ST. MARYS AVENUE              1130 PION RD                       318 EDGEWOOD AVENUE
FORT WAYNE, IN 46808               FORT WAYNE, IN 46825               FORT WAYNE, IN 46805



ARROW SERVICES INC                 ASHLAND CHEMICAL CO                AUBURN CITY UTILITIES
4121 NORTHRUP                      P O BOX 395                        PO BOX 506
FT WAYNE, IN 46805                 COLUMBUS, OH 43216-0395            AUBURN, IN 46706
```

| | | |
|---|---|---|
| AUBURN INN<br>225 TOURING DRIVE<br>AUBURN, IN 46706 | AUSTIN PETROLEUM INC.<br>99 E. JOE STREET<br>HUNTINQTON, IN 46750 | AUTO ELECTRIC<br>709 E WASHINGTON<br>FT WAYNE, IN 46802 |
| AUTOMATIC DATA PROCESSING<br>OF INDIANAPOLIS INC<br>P.O. BOX 80419<br>INDIANAPOLIS, IN 46280-0419 | AZTEC MILLENNIUM SUPPLY, I<br>8411 MAYHEW ROAD<br>FORT WAYNE, IN 46835 | Air Products and Chemicals<br>Tom Jacob A6313<br>7201 Hamilton Blvd.<br>Allentown, PA 18195 |
| American Arbitration Association<br>13455 Noel Road, Suite 1750<br>Dallas, TX 75240 | American Distribution Assoc.<br>335 Madison Ave., 10th Fl.<br>New York, NY 10017 | American Express Travel Related SVCS CO<br>c/o Becket & Lee LLP<br>PO Box 3001, Dept AC<br>Malvern, PA 19355-0701 |
| American Express Travel Related Svcs Co<br>Becket and Lee LLP, Attorneys/Agent<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | American Express Travel Related Svcs Co<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Scott C. Andrews<br>Rubin & Levin, P.C.<br>342 Massachusetts Avenue, Suite 500<br>Indianapolis, IN 46204 |
| Scott C. Andrews(CB)<br>Rubin & Levin, P.C.<br>342 Massachusetts Ave., Suite 500<br>Indianapolis, IN 46204-2161 | Anne Meeks Davis Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN  46306-2847 | Antibus Scales and Systems<br>4809 Illinois Road<br>Fort Wayne, IN 46804 |
| Arch Wireless<br>Attn: Division 19<br>11570 Mosteller Road<br>Cincinnati OH 45241 | Ashland Incorporated<br>Ashland Inc.<br>Collection Dept.  DS3<br>PO Box 2219<br>Columbus, OH 43216,   43216 | Ashland, Inc.<br>Collection Dept.<br>P.O. Box 2219<br>Columbus, OH 43216 |
| Auburn Chrysler, Dodge, & Jeep, Inc.<br>507 South Grandstaff Drive<br>Auburn, IN 46706 | Auburn Foundry, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | Austin Petroleum, Inc.<br>c/o Ron Ellis, President<br>99 East Joe Street<br>Huntington, IN 46750 |
| B-P INDUSTRIAL DIVISION<br>8432 CENTRAL AVE., SUITE 3<br>SYLVANIA, OH 43560 | BADEN, GAGE & SCHROEDER, LLC<br>6920 POINTE INVERNESS WAY, SUITE 300<br>FORT WAYNE, IN 46804 | BANK OF AMERICA<br>231 S. LASALLE STREET, 16TH FLOOR<br>CHICAGO, IL 60697 |
| BASSETT OFFICE SUPPLY INC<br>509 SOUTH MAIN STREET<br>AUBURN, IN 46706 | BAYARD ADVERTISING AGENCY<br>902 BROADWAY, 10TH FLOOR<br>NEW YORK, NY 10010 | BBC PUMP AND EQUIPMENT CO., INC.<br>1125 WEST 16TH ST<br>PO BOX 22098<br>INDIANAPOLIS, IN 46222 |
| BBC Pump and Equipment Co., Inc.<br>777 N. Tibbs Ave.<br>PO Box 22098<br>Indianapolis, IN 46222 | BBC Pump and Equipment Co., Inc.<br>777 N. Tibbs Avenue<br>PO Box 22099<br>Indianapolis, IN 46222 | BEARDSLEY AND PIPER, LLC<br>751 SHORELINE DRIVE<br>AURORA, IL 60504 |

| | | |
|---|---|---|
| BELCON CORP.<br>P.O. BOX 4763<br>OAK BROOK, IL 60522-4763 | BGR INC<br>25703 SPRINGFIELD CENTER ROAD<br>HARLAN, IN 46743 | BGR Inc.<br>6392 Grand Road<br>West Chester, Ohio 45069 |
| BISBEE INFARED SERVICES<br>1304 W MICHIGAN<br>JACKSON, MI 49204 | BLISS CLEARING NIAGRA, INC.<br>683 NORTHLAND AVENUE<br>BUFFALO, NY 14211 | BLUE FLAME OF WATERLOO<br>P.O. BOX 428<br>WATERLOO, IN 46793 |
| BOBCAT FINANCIAL SERVICES<br>8001 RIDGEPOINT DRIVE<br>IRVING, TX 75063 | BOBCAT OF FORT WAYNE<br>3630 GOSHEN ROAD<br>FORT WAYNE, IN 46818 | BOHL CRANE INC<br>1930 LAKEVIEW DRIVE<br>FT WAYNE, IN 46808 |
| BOHREN LOGISTICS, INC.<br>325 N. TAYLOR ROAD<br>GARRETT, IN 46738 | BOHREN-MERCER WAREHOUSE AND DISTRIBUTION<br>325 N. TAYLOR RD<br>GARRETT, IN 46738 | BOSTWICK-BRAUN COMPANY<br>ST RD 4 169<br>ASHLEY, IN 46705 |
| BPC - BELL PACKAGING CORPORATION<br>PO BOX 3333<br>MARION, IN 46953-0333 | BPC - Bell Packaging Corporation<br>PO Box 3006<br>Marion, IN 46953-0333 | BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 |
| BREAD BASKET<br>115 NORTH MAIN STREET<br>AUBURN, IN 46706 | BRECHBUHLER SCALES<br>3306 CAVALIER DRIVE<br>FORT WAYNE, IN 46808 | BREHOB ELECTRIC EQUIPMENT INC.<br>1334 SOUTH MERIDIAN STRET<br>INDIANAPOLIS, IN 46225 |
| BRIAN S AUTOMOTIVE CENTER<br>1110 SOUTH GRANDSTAFF DRIVE<br>AUBURN, IN 46706 | BRISTAL METAL PRODUCTS, INC<br>3000 LEBANON CHURCH ROAD<br>WEST MIFFLIN, PA 15122 | BUSINESS IMPRESSIONS<br>509 S MAIN ST<br>AUBURN, IN 46706 |
| BUTLER & BUTLER CONSTRUCTION<br>1803 GRANDSTAFF DRIVE SOUTH<br>AUBURN, IN 46706 | Bank of America, National Association<br>231 S. LaSalle, 16th Floor<br>Chicago, IL 60697 | Beardsley & Piper LLC<br>751 Shareline Drive<br>Aurora, IL 60504 |
| Becket & Lee, LLP<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Best Access Systems<br>6161 E. 75th St.<br>Indianapolis, IN 46250 | Bobcat of Fort Wayne, Inc.<br>3630 Goshen Road<br>Fort Wayne, IN 46818 |
| Bohl Equipment Company<br>534 W. Laskey Rd.<br>Toledo, OH 43612 | Bostwick-Braun<br>1946 N. 13th Street<br>Toledo, OH 43624 | Bostwick-Braun Company<br>1946 North 13th Street<br>Toledo, OH<br>43624 |

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Brehob Corp.
P O Box 2023
Indianapolis IN  46206-2023

Brehob Electric Equipment Inc.
P.O. Box 2023
Indianapolis, IN 46225


John R. Burns(DM)
111 East Wayne Street
Fort Wayne, IN 46802

John R. Burns(JF)
Baker & Daniels
111 E. Wayne Street
Suite 800
Fort Wayne, IN 46802

John Burns(SR)
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802


C A PICARD SURFACE ENGINEER
SURFACE ENGINEERING DIVISION, INC.
689 SUGAR LANE
ELYRIA, OH 44035

C MILLER & SONS INC
6707 GABION WAY
FT WAYNE, IN 46818

CALAR INC
1010 C WEST SEVENTH STREET
AUBURN, IN 46706


CAMS, INC.
495 VILLAGE PARK DRIVE
POWELL, OH 43065

CAMWAY TRANSPORTATION CORP
7846 WEST CENTRAL AVENUE
TOLEDO. OH 43617

CANTEEN
2715 AMERICAN WAY
FORT WAYNE, IN 46809


CARPENTER BROTHERS INC.
6120 NORTON CENTER DRIVE
MUSKEGON, MI 49441

CARPER FARM SUPPLY INC
PO BOX 159
ASHLEY, IN 46705

CARRIER VIBRATING EQUIPMENT
P.O. BOX 37070
LOUISVILLE, KY 40233-7070


CASCADE PATTERN COMPANY
5191 TERNES AVENUE
ELYRIA, OH 44035

CC METALS AND ALLOYS INC
UNIVERSITY CORPORATE CENTRE
300 CORPORATE PARKWAY - 216N
AMHERST, NY 14226

CERTANIUM. ALLOYS & RESEARCH
6510 NORTHPARK BLVD.
CHARLOTTE, NC 28216


CERTIFIED REDUCER REBUILDERS
32079 MILTON
MADISON HEIGHTS, MI 48071

CINCINNATI PLUS
PARTS DIVISION
4701 MARBURG AVENUE
CINCINNATI, OH 45209

CITIZENS GAS & COKE UTILITIES
2020 NORTH MERIDIAN STREET
INDIANAPOLIS, IN 46202


CITY OF AUBURN
% REBECCA FULLER
P.O.BOX 506
AUBURN, IN 46706

CLASSIC CITY AUTOMOTIVE INC
503 MICHIGAN AVENUE
AUBURN, IN 46706

CLEAN CONVEYOR SOLUTIONS
DIVISION OF CVP GROUP, INC.
P.O. BOX 67
WILLOW SPRINGS, IL 60480-0067


COMPLETE DRIVES INC
1542 W. AUBURN DRIVE
AUBURN, IN 46706

COMPLETE MAINTENANCE & STA
5405 HURSH ROAD
FORT WAYNE, IN 46845

COMTRONIX CORPORATION
2213 EAST 45TH STREET
INDIANAPOLIS, IN 46205-2297


CONSOLIDATED INDUSTRIES
6228 HOLLY OAK DRIVE
FORT WAYNE, IN 46818

COPELCO CAPITAL, INC.
P.O. BOX 728
PARK RIDGE, NJ 07656

COPPER AND BRASS SALES INC.
530 NORTHFIELD DRIVE
BROWNSBURG, IN 46112

CORE TECH INC
6000 OLD MAUMEE RD
FT WAYNE, IN 46803

COTTERMAN COMPANY
130 SELTZER ROAD
CROSWELL, MI 48422

COVERT MANUFACTURING INC.
328 SOUTH EAST STREET
GALION, OH 44833

COVINGTON BOX
3514 US 6
WATERLOO, IN 46793

CROSIBLE INC.
P.O. BOX 271
MORAVIA, NY 13118

CRYSTAL CLEAN
C O PETROLEUM MANAGEMENT
7901 WEST MORRIS ST.
INDIANAPOLIS, IN 46231

CURRENT INC
2120 E. WASHINGTON
FT WAYNE, IN 46803-1329

CURTIS 1000
PO BOX 11271
FT WAYNE, IN 46856

CUSTOM ENGINEERING & FABRICATION
2471 CR 64
AUBURN, IN 46706

Calar Inc.
PO Box 458
Syracuse, IN 46567

Carolyn D. Honer
C/O Keaton And Keaton
P.O. Box 11208
Fort Wayne, IN 46856-1208

Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, Ohio 44122

Cascade Pattern Company
Shapero, Green & Michel LLC
Signature Square II, Suite 220
25101 Chagrin Blvd.
Cleveland, OH 44122

Centennial Wireless
421 Fernhill Avenue
Fort Wayne, IN 46805

Ceruti's Catering
615 Professional Way
Kendallville, IN 46755

Christy Davis Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Citizens Gas & Coke Utility
Michael McGauhey
2950 Propect Street
Indianapolis, IN 46203

City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706

City of Auburn
c/o Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706-1839

Commissioner of Labor/IOSHA
402 W. Washington Street, RM W-195
Indianapolis, IN 46204

Complete Drives Inc.
6419 Discount Dr.
Fort Wayne, IN 46818

Complete Drives Inc.
6419 Discount Drive
Fort Wayne, IN 46818

Complete Maintenance & Staffing, Inc.
5405 Hursh Road
Fort Wayne, IN 46845

Corporate Benefit Strategy
5181 Plainfield Ave. NE, Suite D
Grand Rapids, MI 46535

Covington Box & Packaging, Inc.
c/o Beckman Lawson, LLP
Attn: Howard B. Sandler, Esq.
PO Box 800
Fort Wayne, IN  46801-0800,  46801-0800

Crown Equipment Corporation
1919 Research Drive
Fort Wayne, IN 46808

Lawrence S. Crowther
6055 Rockside Woods Blvd, Suite 200
Cleveland, OH 44131

Custom Engineering & Fabrication
1631 East Pontiac St.
Fort Wayne, IN 46803

Custom Engineering & Fabrication
1631 East Pontiac Street
Fort Wayne, IN 46809

D.A.S. SERVICES, INC.
2310 WEST 175 NORTH
ANGOLA, IN 46703

DAUBER COMPANY INC
577 NORTH 18TH ROAD
TONICA, IL 61370

DAVID B. FINK
P.O. BOX 72
AUBURN, IN 46706

DAVID J. JOSEPH COMPANY
659 VAN METER STREET, SUITE 530
CINCINNATI, OH 45202

DEKALB COUNTY TREASURER
COURTHOUSE
AUBURN, IN 46706

DEKALB COUNTY, INDIANA
DEKALB COUNTY ASSESSOR, COURT HOUSE
100 SOUTH MAIN STREET
AUBURN, IN 46706

DEKALB ENGINEERING
700 E QUINCY STREET
GARRETT, IN 46738

DEKALB MEMORIAL HOSPITAL
PO BOX 542
AUBURN, IN 46706

DELL FINANCIAL SERVICES, L.P.
14050 SUMMIT DRIVE, BLDG. A, SUITE 101
AUSTIN, TX 78758

DIAMOND POWER SPECIALTY CO
2520 EAST MAIN STREET
LANCASTER, OH 43130-0787

DICTATING & TIME SYSTEMS
2212 SOUTH CALHOUN STREET
FORT WAYNE, IN 46802

DIETERT FOUNDRY TESTING INC
9190 ROSE LAWN AVE.
DETROIT, MI 48204

DIGITAL COMMUNICATION PROD
3720 SOUTH CALHOUN STREET
FT WAYNE, IN 46862-2107

DIGITAL REPROGRAPHICS, INC.
105 CHAMBEAU ROAD
FORT WAYNE, IN 46805

DISA GOFF, INC.
I PLEASANT GROVE ROAD
SEMINOLE, OK 74868

DISA INDUSTRIES INC.
80 KENDALL POINT DRIVE
OSWEGO, IL 60543

DISA INDUSTRIES, INC.
80 KENDALL POINT DRIVE
OSWEGO, IL 60543

DISA Industrie, Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

DIVERSIFIED PATTERN & ENG
100 PROGRESS WAY
AVILLA, IN 46710-0230

DOALL SOUTH BEND CO INC
802 S. BEIGER ST.
MISHAWAKA, IN 46544

DON R FRUCHEY INC
5608 OLD MAUMEE ROAD
FT WAYNE, IN 46803

DORSCH TOOL & ENG CO
3419 GEORGETOWN RD
INDIANAPOLIS, IN 46224

DR LUBRICANTS INC
4611 NEWAYGO ROAD, SUITE D
FT WAYNE, IN 46825

DUCA MANUFACTURING INC
761 MCCLURG ROAD
BOARDMAN, OH 44512

DUFFY OFFICE PRODUCTS
7712 LIMA ROAD
FORT WAYNE, IN 46818

DURAFLO EQUIPMENT COMPANY, INC.
1737 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN 46201

Daniel T. March
C/O John C. Grimm
P.O. Box 31
Auburn, IN 46706

Dauber Company Inc.
577 North 18th Road
Tonica, IL 61370

David B. Fink, Debtor by G. D. Boynm, Tr
c/o Warrick & Boyn LLP
Attn:  Gary D. Boyn
121 West Franklin Street, Suite 400
Elkhart, IN  46516-3278,  46516-3278

David Burr Fink, by Tower Bank & Trust C
Tower Bank & Trust Co., as Trustee
c/o Martin E. Seifert, Esq.
Haller & Colvin, P.C.
444 East Main Street, Fort Wayne, IN 468

David Hunter
5206 N. Manitou Trail
Leland, MI 49654

David M. Meeks Jr. Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46305-2847

David Weber
4213 Arkway Ct.
Fort Wayne, IN 46814

Dayton Freight
PO Box 340
Vandalia, OH 45377

Dayton Freight Lines Inc
6450 Poe Ave. Ste 311
Dayton, Ohio 45414

DeKalb Co. Nuisance Animal Control
4107 CR 35
Auburn, IN 46706

Dell Financial Services
PO Box 99200
Chicago, IL 60693

Detrick L. Franklin
C/O Chritopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

Detrick L. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Ste. 400
Fort Wayne, IN 46802, 46802

Dick Taylor Consulting 635 Land 425
Jimmerson Lake
Fremont, IN 46737

Digital Communication Prod.
3720 South Calhoun Street
Fort Wayne, IN 46807

Disa Goff, Inc.
PO Box 1607
Seminole, OK 74818

Don R. Fruchey, Inc.
Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, Indiana 46802, 46802

Duraflo Equipment Company, Inc.
3910 - B Culligan Avenue
Indianapolis, IN 46218

Duraflo Equipment Company, Inc.
3910-B Culligan Avenue
Indianapolis, IN 46218

E-FILLIATE INC.
11321 WHITE ROCK RD
RANCHO CORDOVA, CA 95742

EAGLE FOUNTAIN WORKS, INC.
8 WINCHESTER ROAD
ORMOND BEACH, FL 32174

EASTERN ENGINEERING SUPPLY
2810 NORTH WHEELING
MUNCIE, IN 47303

ECLECTRIC COMPANY
18315 RICHEY LANE
HUNTERTOWN, IN 46748

EDGLO LABORATORIES INC
2107 EAST WASHINGTON BLVD
FT WAYNE, IN 46803

EDS
PO BOX 4582
POSTAL STATION A
TORONTO, ON M5W 4W4

EDWARDS MEDICAL
495 WOODCREEK DRIVE
BOLINGBROOK, IL 60440

EIRICH MACHINES INC
4033 RYAN RD
GURNEE, IL 60031

ELEVENTH STREET CAPITAL, LL
635 WEST ELEVENTH STREET
AUBURN, IN 46706

ELKEM METALS INC.
P O BOX 266
PITTSBURGH, PA 15230-0266

ELY CRANE & HOIST
1247 EAST 222ND STREET
EUCLID, OH 44117

EMED COMPANY INC.
P.O. BOX 369
BUFFALO, NY 14240-0369

EMERGENCY RADIO SERVICE
4410 EARTH DRIVE
FORT WAYNE, IN 46809

EMPIRE REFRACTORY SALES INC
3525 METRO DRIVE
FORT WAYNE, IN 46818

EMPLOYER S SECURITY INC
PO BOX 1045
ELKHART, IN 46515

| | | |
|---|---|---|
| ENCO MFG CO<br>400 NEVADA PACIFIC HIGHWAY<br>FERNLEY, NV 89408 | ENGINEERED TOOLING<br>P.O. BOX 48<br>ALBION, IN 46701 | ENVIRO CONTROL METALS<br>650 CHESTNUT STREET S.W<br>GRAND RAPIDS, MI 49503 |
| EPIC MACHINE<br>201 INDUSTRIAL WAY<br>FENTON, MI 48430 | ERNST AND YOUNG LLP<br>PO BOX 710884<br>CINCINNATI, OH 45271-0884 | EWALD ENTERPRISES INC<br>PO BOX 80165<br>FT WAYNE, IN 46898-0165 |
| EXECUTONE INFORMATION SYSTEMS<br>ATTN  LCR DEPARTMENT<br>P.O. BOX 52843<br>PHOENIX, AZ 85072-2843 | Earth Tech, Inc.<br>5555 Glenwood Hills Pkwy. S.E.<br>Grand Rapids, MI 49512 | Edglo Laboratories Inc.<br>2121 E. Washington Blvd.<br>Fort Wayne, IN 46803 |
| Edglo Laboratories, Inc.<br>2121 East Washington Blvd.<br>Fort Wayne, IN 46803 | Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 | Edwin P. Rosebrock<br>Patrick L. Proctor<br>803 South Calhoun St., 4th Floor<br>Fort Wayne, IN 46802 |
| Edwin P. and Mary K. Rosebrock<br>C/O Patrick Procter, Eilbacher Scott<br>110 W. Berry St., Ste 2202<br>Fort Wayne, IN 46802 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282 | Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson<br>Attn:  Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204-2023,  46204-202 |
| Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson PC<br>Attn:  Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204-2023,  46204-202 | Elkem Metals Inc.<br>Stacy Cairns<br>PO Box 266<br>Pittsburgh, PA 15230 | Elliot Transport System, Inc.<br>MC 250424<br>4104-32nd Avenue South<br>Moorhead, MN 56561-0366 |
| Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 | Enco Mfg Co<br>P.O. Box 357<br>Farmingdale, NY 11735 | Eric Davis<br>1565 West Maumee Street<br>Angola, IN 46703 |
| Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald | FAIRMOUNT MINERALS<br>P O BOX 400<br>BRIDGEMAN, MI 49106 | FALCON FOUNDRY CO<br>PO BOX 301<br>LOWELLVILLE, OH 44436-0301 |
| FARGO WEAR INC<br>1801 CANIFF AVENUE<br>DETROIT, MI 48212-2917 | FIRE PROTECTION INC<br>750 W NORTH ST SUITE C<br>AUBURN, IN 46706 | FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 |
| FMTHUR<br>8408 MANOR DRIVE<br>FORT WAYNE, IN 46825 | FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 | FOX CONTRACTORS CORP.<br>5430 FERGUSON ROAD<br>FORT WAYNE, IN 46809 |

| | | |
|---|---|---|
| FRANK H GILL COMPANY<br>2859 BERNICE ROAD<br>LANSING, IL 60438 | FRANKLIN CAPITAL FINANCIAL SERVICES, LLC<br>112 NORTH GRANT STREET<br>NORTH AURORA, IL 60542 | FREEMAN MFG & SUPPLY COMPANY<br>27655 GROESBECK HWY<br>ROSEVILLE, MI 48066 |
| FRISKNEY GEAR & MACHINE CORP<br>350 NORTH BRIDGE STREET<br>CORUNNA, IN 46730 | FT WAYNE ORTHOPAEDICS<br>P.O. BOX 2526<br>FORT WAYNE, IN 46801 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 |
| Fastenal Company<br>923 Cardinal Court<br>Auburn, IN 46706 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 |
| First Insurance Funding Corp.<br>450 Skokie Blvd., Ste 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802, 46802 |
| Frank H Gill Company<br>P.O. Box 703<br>Lansing, IL 60438-0703 | Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 | GENERAL KINEMATICS CORP<br>777-T LAKE ZURICH ROAD<br>BARRINGTON, IL 60010 |
| GEORGE E BOOTH COMPANY<br>8202 W 10TH ST<br>INDIANAPOLIS, IN 46214-2432 | GMAC BUSINESS CREDIT, LLC<br>300 GALLERIA OFFICENTRE, STE 110<br>SOUTHFIELD, MI 48034 | GMAC Business Credit, LLC<br>3000 Town Center, Suite 280<br>Southfield, MI 48075 |
| GMP Local 322<br>C/O Richard J. Swanson<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 | GOEGLEIN I S<br>7311 MAYSVILLE ROAD<br>FORT WAYNE, IN 46815-8199 | GOLDEN RULE SANITATION, IN<br>9905 KRESS ROAD<br>ROANOKE, IN 46783 |
| GRAINGER INC<br>5002 SPEEDWAY DRIVE<br>FT WAYNE, IN 46825 | GRAYCRAFT SIGNS PLUS INC<br>434 WEST 7TH STREET<br>AUBURN, IN 46706 | GREAT LAKES CARBON CORP<br>FOUR GREENSPOINT PLAZA, SUITE 2200<br>16945 NORTHCHASE DRIVE<br>HOUSTON, TX 77060-2133 |
| GROHOLSKI MANUFACTURING SO<br>PO BOX 15742<br>FORT WAYNE, IN 46885 | Nancy J. Gargula<br>One Michiana Square<br>5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 | Gary G. Schock<br>C/O Randal S. Forbee<br>P.O. Box 374<br>Angol, IN 46703 |
| Gary G. Shock<br>c/o Randal S. Forbes<br>PO Box 374<br>Angola, IN 46703 | General Kinematics Corp<br>5050 Rickert Road<br>Crystal Lake, IL 60014-7333 | General Motors Corporation<br>Tricia A. Sherick, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg.<br>Detroit, MI 48226, 48226 |