IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on March 8, 2005.

The Debtor's Motion to Reject Executory Contract Entitled "1995 Long-Term Incentive Plan" is GRANTED, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED.

                                                        /s/ Robert E. Grant
                                                  Judge, United States Bankruptcy Court