IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION FOR ORDER PERMITTING DEBTOR TO FILE SECOND AMENDED DISCLOSURE STATEMENT WITH NOTICE TO PRIOR OBJECTING PARTIES**

The Debtor, Auburn Foundry, Inc. ("Debtor" or "AFI"), by counsel, hereby moves the Court for an order permitting it to file a second amended disclosure statement in accordance with the terms described herein (the "Motion") and, in support thereof, respectfully states the following:

### Introduction

1.      Debtor filed a Plan of Reorganization (the "Plan") and Disclosure Statement ("Disclosure Statement") herein on January 20, 2005.

2.      By Order dated January 24, 2005, the Court set a hearing on February 16, 2005 to consider the Disclosure Statement.

3.      Three parties filed timely objections to the Disclosure Statement:  (1) the Unsecured Creditors' Committee, (2) the Glass, Molders, Pottery and Allied Workers International Union (the "Union"), and (3) the Indiana Department of Environmental Management (collectively, the "Objecting Parties").

4.      On February 9, 2005, Debtor filed a First Supplement to its Disclosure Statement.  On February 15, 2005, Debtor filed an additional Supplement to the Disclosure Statement.

BDDB01 4003889v1

5.      At the hearing to approve the Disclosure Statement on February 16, 2005, the Court instructed Debtor, at Debtor's request, to file an amended and supplemented disclosure statement within seven (7) days, which could be approved without further notice or hearing.

6.      Between February 22, 2005 and February 23, 2005, each of the Objecting Parties filed Statements of No Objection with the Court indicating the absence of further objections to the Disclosure Statement.

7.      On February 23, 2005, Debtor filed herein an "Amended Disclosure Statement to Accompany Plan of Reorganization dated January 20, 2005" (the "Amended Disclosure Statement") and an "Amended Chapter 11 Plan" under date of January 20, 2005 (the "Amended Plan").  The Amended Plan is attached as Exhibit A to the Amended Disclosure Statement and is the plan which Debtor intends to circulate to creditors.

8.      On February 25, 2005, the Court entered an Order approving the Amended Disclosure Statement.

## Request for Relief

9.      Before a confirmation hearing is set on the Amended Plan, Debtor wishes to file a Second Amended Disclosure Statement to clarify that the plan to which it relates is the plan which appears on the docket as Entry No. 556 (the "Amended Plan") and not the document which appears as Entry No. 508 (the "Plan").  Debtor believes this will minimize any confusion for creditors and parties in interest.

10.     Debtor also wishes, prior to the setting of a confirmation hearing, to make additional supplemental changes to its Amended Disclosure Statement, again with the prior consent of the Objecting Parties.  In part, these changes will address the fact that the Union recently voted against a second set of contract modifications notwithstanding Union leadership's

recommendation that the additional concessions be approved.  Debtor's negotiations with the Union are presently summarized in the Amended Disclosure Statement.  Additional changes are also necessary to reflect other financial developments since February 25, 2005, and would be reflected in the projections accompanying a Second Amended Disclosure Statement.  Such changes are necessary to fairly represent the Debtor's current financial and operating condition.

11.    Debtor seeks an order permitting it to file a Second Amended Disclosure Statement and related Plan with a revised date not later than thirty (30) days from the date hereof.  It also proposes that the order require Debtor to obtain updated Statements of No Objection from each of the Objecting Parties, as well as the Senior Lenders prior to such submission.  A proposed form of order will be filed with this motion.

12.    Debtor believes no party will be prejudiced by the relief requested herein. To the contrary, Debtor believes such relief is in the best interests of the estate because it enables AFI to provide current financial and operational information in an updated disclosure statement prior to a confirmation hearing.

For all of the foregoing reasons, AFI respectfully requests that it be permitted to file a Second Amended Disclosure Statement in accordance with the terms described herein, that the Court schedule a hearing date on plan confirmation once this submission is filed and approved, and for all other just and proper relief.

Dated:  March 10, 2005                    BAKER & DANIELS

                                          By:  /s/ John R Burns III
                                               John R Burns III (#3016-02)
                                               Mark A. Werling (#20426-02)
                                               111 East Wayne Street, Suite 800
                                               Fort Wayne, Indiana 46802
                                               Telephone:  (260) 420-8000
                                               Facsimile:  (260) 460-1700

                                          ATTORNEYS FOR THE DEBTOR,
                                          AUBURN FOUNDRY, INC.


### CERTIFICATE OF SERVICE

        I certify that a copy of the foregoing **Motion for Order Permitting Debtor to File Second Amended Disclosure Statement with Notice to Prior Objecting Parties** was served by electronic mail or by first-class United States mail, postage prepaid, this 10th day of March, 2005, upon the following persons or counsel:

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Ackerson, PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

BDDB01 4003889v1                          4

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN  46706

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN  46516

Brad Rogers
1200 K Street, N.W.
Washington, DC  20005-4026

Elizabeth A. Whelan
Deputy Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770


**/s/** John R Burns