IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

                Chapter 11

AUBURN FOUNDRY, INC

                BK Case No. 04-10427

    Debtor.

## ORDER

At Fort Wayne, Indiana, on _____.

The Debtor's Motion for Order Permitting Debtor to File Second Amended Disclosure Statement With Notice to Prior Objecting Parties (the "Movant") is GRANTED, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED. Debtor shall file a Second Amended Disclosure Statement and related Plan with a revised date on or before April 9, 2005, after the filing of Statements of No Objection by the Objecting Parties (as that term is defined in the Motion) and the Senior Lenders.

SO ORDERED.

_____
Judge, United States Bankruptcy Court