| | AUBURN FOUNDRY | | |
| --- | --- | --- | --- |
| | Charge Allocation | | |
| | | | |
| | Category | # of Hours | Total |
| 1 | General Administration | 77.6 | $22,253.00 |
| 2 | Financing, Cash Use, and DIP | 1.1 | $264.00 |
| 3 | Labor and Employment | 10.8 | $3,078.00 |
| 4 | Environmental | 8.2 | $2,462.50 |
| 5 | Plan and Disclosure Statement | 216.0 | $57,353.00 |
| 6 | Customer and Vendor Issues | 0.0 | $0.00 |
| 7 | Preference Recoveries | 41.8 | $6,692.50 |
| | | | |
| | TOTAL HOURS | 355.5 | |
| | TOTAL FEES | | $92,103.00 |
| | | | |
| | Payable per Order (80%) | | $73,682.40 |
| | Disbursements (100%) | | $3,689.44 |
| | | | |
| | **TOTAL NOW PAYABLE** | | **$77,371.84** |

| AUBURN FOUNDRY | | | | |
|---|---|---|---|---|
| Counsel List | | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Burns, J. R. | Partner | $375.00 | 118.8 | $44,550.00 |
| Claffey, S. A. | Partner | $410.00 | 6.6 | $2,706.00 |
| Powers, D. D. | Partner | $285.00 | 11.7 | $3,334.50 |
| McGrath, M.F. | Of Counsel | $325.00 | 3.1 | $1,007.50 |
| Hurley, R.M. | Associate | $170.00 | 4.3 | $731.00 |
| Juba, M.F. | Associate | $160.00 | 86.2 | $13,792.00 |
| Lemert, M.M. | Associate | $235.00 | | $0.00 |
| Werling, M. A. | Associate | $240.00 | 87.6 | $21,024.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 33.9 | $4,746.00 |
| Castor, A.K. | Paralegal | $140.00 | 0.8 | $112.00 |
| Benson, M.F. | File Clerk | $40.00 | 2.5 | $100.00 |
| | | | 355.5 | $92,103.00 |

AUBURN FOUNDRY
Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Burns, J. R. | Partner | $375.00 | 42.3 | | | 2.6 | 72 | | 1.9 | $44,550.00 |
| Claffey, S.A. | Partner | $410.00 | 1.7 | | | | 4.9 | | | $2,706.00 |
| Powers, D. D. | Partner | $285.00 | 0.9 | | 10.8 | | | | | $3,334.50 |
| McGrath, M.F. | Of Counsel | $325.00 | | | | 3.1 | | | | $1,007.50 |
| Hurley, R.M. | Associate | $170.00 | 4.3 | | | | | | | $731.00 |
| Juba, M.F. | Associate | $160.00 | 2.0 | | | 1.5 | 63.0 | | 19.7 | $13,792.00 |
| Lemert, M.M. | Associate | $235.00 | | | | | | | | $0.00 |
| Werling, M. A. | Associate | $240.00 | 9.4 | 1.1 | | 1.0 | 76.1 | | | $21,024.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 13.7 | | | | | | 20.2 | $4,746.00 |
| Castor,A.K. | Paralegal | $140.00 | 0.8 | | | | | | | $112.00 |
| Benson, M.F. | File Clerk | $40.00 | 2.5 | | | | | | | $100.00 |
| | | | 77.6 | 1.1 | 10.8 | 8.2 | 216.0 | 0.0 | 41.8 | 355.5 $92,103.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

February 28, 2005
Invoice Number 1218834

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through February 28, 2005 and not reflected on a prior bill:

0000060   IDEM

| | | |
|---|---|---|
| Total Services..........................$ | 1,007.50 | |
| Total Disbursements.................$ | 0.00 | |
| Total This Matter.................................................$ | | 1,007.50 |
| Total This Invoice.........................................................$ | | 1,007.50 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of February 28, 2005
Invoice Number 1218834

0080031    Auburn Foundry, Inc.
 0000060      IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/02/05 | Telephone calls with Rarick regarding agenda items. | MFM | .30 | 97.50 |
| 02/03/05 | Conference call regarding P 2 test data Weber & Rarick | MFM | .80 | 260.00 |
| 02/04/05 | Prepare draft letter to IDEM withdrawing PSD application. | MFM | .90 | 292.50 |
| 02/07/05 | Send draft letter to client for review. | MFM | .20 | 65.00 |
| 02/14/05 | Email to D. Weber regarding test result letter | MFM | .10 | 32.50 |
| 02/15/05 | Review revise bankruptcy disclosure statement regarding IDEM claims and comment to J. Burns | MFM | .30 | 97.50 |
| 02/17/05 | Emails and telephone call to clarify letter/enclosures for IDEM letter on Plant 2 with D. Ewing | MFM | .30 | 97.50 |
| 02/25/05 | Review email on stack test and call IDEM attorney regarding bankruptcy | MFM | .20 | 65.00 |
| | Total Services.................................................................... Hours | | 3.10 | 1,007.50 |
| | Total Services And Disbursements...............................................$ | | | 1,007.50 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

February 28, 2005
Invoice Number 1218833

0080031   Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through February 28, 2005 and not reflected on a prior bill:

0004396   Employee Benefits

| | | |
|---|---|---|
| Total Services..........................$ | 3,078.00 | |
| Total Disbursements.................$ | 0.00 | |
| Total This Matter..................................................$ | | 3,078.00 |
| Total This Invoice.........................................................$ | | 3,078.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of February 28, 2005
Invoice Number 1218833

0080031    Auburn Foundry, Inc.
 0004396        Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/08/05 | Telephone conference L. Wenino re pending QDRO issues | DDP | .40 | 114.00 |
| 02/14/05 | Office conference re frozen status of salaried pension plan; evaluate and confirm same | DDP | 1.40 | 399.00 |
| 02/21/05 | Office conference re release issue; analyze research re same; telephone conference B. Rogers re same | DDP | 2.20 | 627.00 |
| 02/22/05 | Further analysis of PBGC issue; email correspondence re same | DDP | 2.60 | 741.00 |
| 02/23/05 | Correspondence re PBGC position and negotiations re release issues in plan of reorganization; office conference re same | DDP | 1.70 | 484.50 |
| 02/23/05 | Conduct research re impact of plan of reorganization re New AFI assumption of pension and 401(k) plans on ability of union participants in 401(k) plan to receive distributions of plan assets; email D. Maude re same | DDP | 2.50 | 712.50 |

Total Services.................................................................................... Hours    10.80    3,078.00

Total Services And Disbursements..............................................................$    3,078.00

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

February 28, 2005
Invoice Number 1218830

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through February 28, 2005 and not reflected on a prior bill:

0004426    Chapter 11

| | | |
|---|---|---|
| Total Services..........................$ | 88,017.50 | |
| Total Disbursements.................$ | 3,689.44 | |
| Total This Matter.................................................$ | | 91,706.94 |
| Total This Invoice......................................................................$ | | 91,706.94 |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of February 28, 2005
Invoice Number 1218830

0080031    Auburn Foundry, Inc.
 0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/01/05 | Conference with R. Hurley; redact documents | AKC | .80 | 112.00 |
| 02/01/05 | Prepare documents for production to Kemper regarding Notice of Violation | RMH | .30 | 51.00 |
| 02/01/05 | Confer with M. Juba re preference complaints; analyze unsecured priority claims re objections; continued work on unsecured claims | JLF | 2.60 | 364.00 |
| 02/01/05 | Telephone call with D. Hunter regarding finance and feasibility issues (.4); consideration and follow-up regarding issues raised (.5) | JRB | .90 | 337.50 |
| 02/01/05 | Extended telephone call with J. Ancel regarding New AFI potential purchase and issues related thereto (.4); consideration and work on strategy to deal with business developments and impact on feasibility and confirmation (.9) | JRB | 1.30 | 487.50 |
| 02/01/05 | Extended telephone conference with D. Maude regarding production and finance issues | JRB | .80 | 300.00 |
| 02/01/05 | Telephone call with D. Maude regarding talk with bankers and strategy for dealing with the finance and production issues (.5); consideration of issues raised and strategy for addressing same (.5); follow-up telephone call with D. Maude regarding same (.2) | JRB | 1.20 | 450.00 |
| 02/01/05 | Consideration of potential revisions to Plan/DS necessitated by production and finance issues | JRB | .80 | 300.00 |
| 02/01/05 | Follow-up work on preference recoveries and review of latest company summary | JRB | .50 | 187.50 |
| 02/01/05 | Office conference with M. Juba re continuation of research needs (.3); telephone conference with P. Proctor re E. Rosebrock settlement (.2); telephone conference with B. Rogers of PBGC re plan issues, review and assess e-mail re | MAW | 1.00 | 240.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---:|---:|
| | same (.3); office conferences with paralegal re claims schedule (.2) | | | |
| 02/01/05 | Phone conference with J. Faulkner re financial invoices related to pending preference demands (.1); read, review, and analyze e-mail communication from client regarding updated financial data and altering of preference claims (.4); electronic conference with J. Burns re same (.3); contemplate possible solutions to same (.4); initiate research re same (.5); conference with M. Werling re wage claim issue under 363 sale (.3); initialize legal research re same (.7) | MFJ | 2.70 | 432.00 |
| 02/02/05 | Conference with J. Burns regarding Eagle Picher problem and implications to reorganization, regarding Omni Source billing and accounting problem on new scrap and impact/implications, and regarding labor professional problem with Plant 2, all in preparation for Board meeting (.4); telephone call from J. Ancel regarding invester group concerns and issues (.3); participate in Board of Directors meeting and several challenges on how to proceed with bankruptcy and creditors (1.4); and conference with J. Burns regarding strategy with bankruptcy (.2) | SAC | 2.30 | 943.00 |
| 02/02/05 | Prepare for and telephone conference with J. Ancel regarding projections and feasibility issues affecting potential purchase (.3); consideration of means to address production and cash flow concerns (.7) | JRB | 1.00 | 375.00 |
| 02/02/05 | Consideration of sale alternatives | JRB | .60 | 225.00 |
| 02/02/05 | Prepare for and extended telephone conference with H. Efroymson regarding status of company's finances and issues affecting feasibility | JRB | .80 | 300.00 |
| 02/02/05 | Prepare for and participate in Board of Directors' meeting regarding bankruptcy issues and strategy | JRB | 1.90 | 712.50 |
| 02/02/05 | Consideration of options for dealing with financial issues impacting confirmation (.5); extended telephone conference with T. Woehlke and D. Maude regarding options for dealing with present financial and production issues affecting confirmation (.4) | JRB | .90 | 337.50 |
| 02/02/05 | Confer with M. Juba re preferences | JLF | .10 | 14.00 |
| 02/02/05 | Review cash use order re covenant violation implications, update J. Burns re same (.8); review and assess related cash forecast e-mail (.2); review PBGC e-mail re Plan issues (.2); continue examination of confirmation related issues (1.7) | MAW | 3.00 | 720.00 |
| 02/02/05 | Office conference re status of claims recommendations; | JLF | 1.80 | 252.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | review recent filings and communications; preference demand research; review preference account balances | | | |
| 02/02/05 | Telephone conference with D. Maude regarding projections and unsecured creditor issues (.4); consideration of feasibility issues and options for dealing with same (.7); telephone conference with D. Maude regarding bank issues and strategy (.4) | JRB | 1.50 | 562.50 |
| 02/03/05 | Telephone conference with D. Maude, T. Woehlke, J. Burns regarding cash short falls, agenda and positions for bankruptcy meeting, and alternative strategies to salvage company and plan (1.4); conference with J. Ancel regarding same (.1); e-mails with J. Ancel regarding possible state aid (.2); review and revise projections (.7) | SAC | 2.40 | 984.00 |
| 02/03/05 | Prepare documents for production to Kemper regarding insurance coverage for NOV | RMH | .30 | 51.00 |
| 02/03/05 | Preference research; confer with D. Maude re status of preference vendor invoices; review vendor accounts re preference payments; continue work on preference analysis | JLF | 4.30 | 602.00 |
| 02/03/05 | Office conference re preference action issues; review correspondence re same (.2); review case e-mail re plan developments (.2); office conferences re same (.2); review B. Meyers e-mail (.2); continue attention to plan confirmation issues, legal research re same (2.2) | MAW | 3.00 | 720.00 |
| 02/03/05 | Extended conference call with D. Maude, T. Woehlke and S. Claffey regarding Plan confirmation and feasibility issues (.7); consideration of issues raised and options for dealing with same (.8) | JRB | 1.50 | 562.50 |
| 02/03/05 | Telephone conference with T. Woehlke and D. Maude regarding bank issues and strategy (.6); consideration of issues raised and potential revisions necessary to Plan (.5) | JRB | 1.10 | 412.50 |
| 02/03/05 | Telephone conference with E. Kos regarding City of Auburn issues and debtor's intentions with respect to real estate | JRB | .40 | 150.00 |
| 02/03/05 | Exchange correspondence with J. Ancel regarding potential economic development assistance (.2); follow-up regarding economic development grant potential (.4) | JRB | .60 | 225.00 |
| 02/03/05 | Correspondence with D. Maude regarding customer issue | JRB | .20 | 75.00 |
| 02/03/05 | Review and consider correspondence from H. Efroymson | JRB | .30 | 112.50 |
| 02/03/05 | Telephone conference with D. Maude regarding bank call and reaction to financial and production issues (.4); follow-up regarding asset sales issues (.4) | JRB | .80 | 300.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/03/05 | Work on preference issues | JRB | .30 | 112.50 |
| 02/03/05 | Consideration of options for resolving Creditor Committee demands and consideration of sale options | JRB | .50 | 187.50 |
| 02/03/05 | Consideration of confirmation and feasibility issues (.5); review latest financial projections (.4) | JRB | .90 | 337.50 |
| 02/04/05 | Research current preference issues; review research from M. Juba re payments; continue work on preference analysis | JLF | 4.60 | 644.00 |
| 02/04/05 | Extended telephone conference with D. Maude regarding production and financial issues, including additional capital contribution necessary to sustain company until potential emergence (.6); consideration of issues raised (.5) | JRB | 1.10 | 412.50 |
| 02/04/05 | Prepare for submission of DS to creditors and handling of ballots | JRB | .80 | 300.00 |
| 02/04/05 | Telephone conference with J. Ancel regarding status of purchase proposal and potential for increasing payment assumption of unsecured creditor payments (.4); consideration of issues raised and options for reaching agreement with Committee (.7) | JRB | 1.10 | 412.50 |
| 02/04/05 | Prepare for and participate in Board conference call to consider progress of bankruptcy and strategy in concluding same | JRB | 1.60 | 600.00 |
| 02/04/05 | Consideration of issues raised at Board meeting and analysis of potential changes in DS and/or Plan | JRB | 1.20 | 450.00 |
| 02/04/05 | Conduct legal research re new value and ordinary course defenses to preference actions (3.1); compile legal authority re same (1.0); read, review, and analyze preference defense letter by counsel to Hickman Willimans & Co. (0.6); initiate additional legal research re wage claims as liens under Indiana law (1.5) | MFJ | 6.20 | 992.00 |
| 02/04/05 | Consideration and analysis of recent financial and production issues affecting confirmation and emergence and strategy for dealing with same | JRB | 1.30 | 487.50 |
| 02/04/05 | Continue attention to confirmation related issues, legal research re same (2.5); review and assess article re environmental claim issues (1.0) | MAW | 3.50 | 840.00 |
| 02/05/05 | Review and consideration of WRS report and potential testimony regarding same in DS hearing | JRB | .70 | 262.50 |
| 02/06/05 | Consider testimony and exhibits for hearing to approve DS | JRB | .70 | 262.50 |
| 02/07/05 | Review and revise letter to Kemper regarding Notice of Violation; prepare documents for production to Kemper | RMH | .80 | 136.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/07/05 | Extended telephone conference with D. Maude regarding potential payments to unsecured creditors and amounts potentially due under present proposal (.5); telephone call with J. Ancel regarding prospect purchaser position regarding assuming additional liability (.4); consideration of issues raised (.4) | JRB | 1.30 | 487.50 |
| 02/07/05 | Work on sale options | JRB | .40 | 150.00 |
| 02/07/05 | Telephone conference with H. Efroymson regarding Unsecured Creditor Committee issues and consideration of issues raised | JRB | .50 | 187.50 |
| 02/07/05 | Telephone conference with H. Efroymson regarding production and customer issues and potential for agreement on emergence payment to unsecured creditors (.3); consideration of Committee position and strategy for reaching agreement (.5) | JRB | .80 | 300.00 |
| 02/07/05 | Extended telephone conference with D. Maude regarding meeting with Union to discuss necessary savings and deferrals of payments for vacation (.4); consideration of DS changes necessary to reflect agreements (.4) | JRB | .80 | 300.00 |
| 02/07/05 | Prepare for and call with J. Ancel regarding need for additional assumption of payments to unsecured creditors | JRB | .40 | 150.00 |
| 02/07/05 | Continue attention to confirmation related research needs, office conferences re same (4.0); follow-up consideration of UCC financing statement lapse issue during pendency of Chapter 11 case (1.0) | MAW | 5.00 | 1,200.00 |
| 02/07/05 | Analysis and consideration of current financial projections | JRB | .50 | 187.50 |
| 02/07/05 | Conduct analysis of plan and disclosure statement under Code section 1129 in preparation for responding to potential objections by the United States Trustee and other parties in interest (2.5); continue preparation of new preference analyses, incorporating recent financial data and contemplating potential defenses (2.8); conduct legal research re proper and improper objections contained in disclosure statements (1.0) | MFJ | 6.30 | 1,008.00 |
| 02/08/05 | Telephone conference with D. Maude regarding Creditor Committee position and strategy for reaching resolution (.3); consideration of issues raised and options of resolving (.6); telephone call with D. Maude and J. Ancel regarding Creditor Committee position and strategy (.3) | JRB | 1.20 | 450.00 |
| 02/08/05 | Conduct extensive comparative analysis between new plan and disclosure statement and prior objections to both by the | MFJ | 5.10 | 816.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | United States Trustee and other parties in interest to determine if new versions adequately resolve the issues raised in the objections (2.6); conduct legal research re proper and improper objections contained in disclosure statements (2.0); assist M. Werling in finalizing application to reject executory contract, with specific detail to notice and service requirements (.5) | | | |
| 02/08/05 | Telephone conference with D. Maude regarding bank position of Creditor Committee demands and potential for resolution (.2); consideration of issues raised (.3); extended telephone conference with J. Ancel and D. Maude regarding bank's position on payment to Creditor Committee and strategy in reaching agreement (.5); consideration of issues raised (.4) | JRB | 1.40 | 525.00 |
| 02/08/05 | Multiple exchanges of correspondence with H. Efroymson regarding Creditor Committee position and debtor's response in effort to reach agreement on DS and Plan provisions affecting Creditor Committee, including analysis of issues raised and options of responding | JRB | .80 | 300.00 |
| 02/08/05 | Exchange correspondence with C. Reckler regarding Plan language, including review of Plan regarding requested change | JRB | .40 | 150.00 |
| 02/08/05 | Review case e-mail, office conferences re plan developments (.3); review and assess revised financial model (.2); office conferences re 1125 issues for disclosure statement hearing (.3); assess needs for plan supplement (.5); finalize and file motions to reject supplemental benefits contracts (1.5); research re executory contract in support of same, office conferences re service list issues for same (.2); legal research re disclosure statement related issues (1.0) | MAW | 4.00 | 960.00 |
| 02/08/05 | Review offer from potential Plant 1 purchaser and consider necessary revisions and comparison with other offers | JRB | .70 | 262.50 |
| 02/08/05 | Review preference analysis material from D. Maude and consider same with regard to pending and potential preference demands | JRB | .60 | 225.00 |
| 02/09/05 | Telephone conference with D. Maude regarding Union response and strategy to resolve DS objections and reach agreement on BCA modifications (.4); consider strategy to reach consent on DS (.4); review email from H. Efroymson and consider Creditor Committee position and options for resolving (.6) | JRB | 1.40 | 525.00 |
| 02/09/05 | Amend analysis for Duca Manufacturing; review recent filings | JLF | .70 | 98.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/09/05 | Review objections to DS from Union, IDEM and Creditor Committee and consider means of resolving same | JRB | 1.10 | 412.50 |
| 02/09/05 | Review Section 1125 requirements and prepare for possible contested hearing on DS | JRB | 1.50 | 562.50 |
| 02/09/05 | Telephone conference with J. Ancel regarding DS objections and possible contested hearing on same | JRB | .50 | 187.50 |
| 02/09/05 | Prepare for and participate in Board meeting | JRB | 1.20 | 450.00 |
| 02/09/05 | Follow-up office conference with M. Juba re disclosure statement issues (.2); consider union-related 1113 issues raised by new negotiations, office conferences re same (.5); prepare plan supplement and assemble documents to attach to same, office conferences re same (1.2); e-mail E. Triebold re plan supplement (.1); review and file notice re benefit rejection motions (.2); review e-mail re plant 1 auction agreement (.2); review Committee fee letter (.1); review and assess disclosure statement objections, issues raised by same, office conferences re next steps concerning same (1.5); e-mail to, from D. Maude re related issues (.1); assess additional legal research needs for new value analysis, office conferences re same (.6); telephone conference with E. Rosebrock counsel re pending matter, examine docket re same (.2); | MAW | 4.90 | 1,176.00 |
| 02/09/05 | Review purchase offer letter for Plant 1 assets and consider revisions | JRB | .40 | 150.00 |
| 02/09/05 | Prepare for DS hearing | JRB | .90 | 337.50 |
| 02/09/05 | Telephone conference with D. Maude regarding bank concern over position of Creditor Committee and their suggestion for dealing with same | JRB | .40 | 150.00 |
| 02/09/05 | Conduct legal research re enforceability of a CBA modification that waives a bankruptcy right (1.2); conduct legal research on preliminary methods of voiding such modification (1.4); memo to M. Werling re same (.2); conduct additional legal research re CBA modifications under Code Sections 363 and 1113, with specific attention toward voiding waiver of bankruptcy right to modify (2.3); memo to J. Faulkner re preference analyses (.1); initiate legal research re whether unsecured creditors must vote against a plan as a class then raise "new" value objections or whether a single objecting creditor may raise the objection despite class approval (.8); conduct legal research re decisions by Judge Grant or other decisions within the Seventh Circuit that examine plan objections within disclosure statement | MFJ | 7.90 | 1,264.00 |