BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | objections and whether such a practice by objectors is deemed appropriate (1.2); finalize legal research re satisfying earlier objections to plans and disclosure statements (.4); conference with M. Werling re objections to initial disclosure statement and plan and satisfying such objections in the new disclosure statement, plan, and supplements (.5) | | | |
| 02/09/05 | Work on preference claims | JRB | .50 | 187.50 |
| 02/10/05 | Review and revise letter to Kemper regarding insurance coverage | RMH | .10 | 17.00 |
| 02/10/05 | Analysis of environmental claims and IDEM's objection (.5); telephone conference with E. Whelen regarding IDEM objection and means to resolve (.3); telephone conference with D. Maude regarding IDEM objection resolution (.2); work on revised DS language regarding IDEM claims (.4) | JRB | 1.40 | 525.00 |
| 02/10/05 | Consideration of and work on issues raised by Union | JRB | .80 | 300.00 |
| 02/10/05 | Work on environmental issues and DS concerns regarding same | JRB | .80 | 300.00 |
| 02/10/05 | Office conference with M. Juba re Section 1113 union issues (.3); review case e-mail re disclosure statement objections (.2); office conferences re same (.3); work extensively on analysis of Committee's disclosure statement objections on sufficiency of disclosures (2.0) and research new value argument, prepare summary memo re same (2.5); work on plant 1 auction agreement (1.5); assess needs for additional supplemental filing, office conference re same (.7) | MAW | 7.50 | 1,800.00 |
| 02/10/05 | Exchange correspondence with D. Maude regarding sale prospects and consideration of strategy for increasing initial offer | JRB | .50 | 187.50 |
| 02/10/05 | Extended telephone conference with T. Borden regarding potential for increasing assumed liability to unsecured creditor class (.4); consideration of issues raised and strategy in presentation to H. Efroymson to resolve DS issues (.6) | JRB | 1.00 | 375.00 |
| 02/10/05 | Telephone conference with D. Maude regarding status of discussions with Bank regarding possible increase in payment to unsecured creditors (.3); telephone conference with J. Ancel regarding DS hearing issues (.3); prepare for DS hearing (.5) | JRB | 1.10 | 412.50 |
| 02/10/05 | Review recent filings; confer with M. Juba and M. Werling re objections to disclosure statement | JLF | .60 | 84.00 |
| 02/10/05 | Finalize extensive legal research re CBA modifications under Code sections 363 and 1113 in general as applied to the current CBA discussed in the Plan (2.5); draft memo to | MFJ | 5.80 | 928.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | M.Werling re same (1.4); finalize legal research re decisions by Judge Grant or other decisions within the Seventh Circuit that examine plan objections within disclosure statement objections and whether such a practice by objectors is deemed appropriate (1.2); conference with and provide to M. Werling case law re same (.2); conference with J. Burns re same (.1); conduct legal research re claim in disclosure statement objection that plan is "fatally flawed" and therefore unable to be confirmed (.4) | | | |
| 02/10/05 | Consideration of CBA issues and potential need for additional changes | JRB | .80 | 300.00 |
| 02/10/05 | Telephone conference with R. Swanson regarding DS issues and consider language revisions | JRB | .50 | 187.50 |
| 02/11/05 | Review and revise letter to Kemper regarding coverage claim for environmental issues; conference with R. Stanley regarding same; telephone conference with J. Burns regarding same; e-mail D. Maude regarding same | RMH | 1.60 | 272.00 |
| 02/11/05 | Consideration of issues regarding insurance claim for alleged environmental loss | JRB | .40 | 150.00 |
| 02/11/05 | Work on second supplement to plan (.6); office conferences with J. Burns re related issues (.2); additional consideration of union agreement issues, related confirmation items, office conferences re same (.5); review research findings re motion requirements for Plant 1 auction, follow-up office conferences, analysis re same (.8); review docket, recent case pleadings (.2); work on motion re supplemental bar date, legal research in support of same (2.2) | MAW | 4.50 | 1,080.00 |
| 02/11/05 | Telephone conference with H. Efroymson regarding Creditor Committee position and present refusal to accept Auburn Foundry's proposal (.2); continue work on alternate means of confirmation and consideration of options for improving proposed payments to trade creditors (.6) | JRB | .80 | 300.00 |
| 02/11/05 | Prepare materials for hearing on disclosure statement; Westlaw research | JLF | 2.90 | 406.00 |
| 02/11/05 | Telephone conference with D. Maude regarding bank issues and concerns regarding payments to trade creditors (.3); consideration of options for dealing with Creditor Committee and potential for confirmation over continuing objections, including brief research regarding same (.9) | JRB | 1.20 | 450.00 |
| 02/11/05 | Review H. Efroymson message and consider options for reaching agreement with Creditor Committee (.4); telephone | JRB | .70 | 262.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | call with D. Maude regarding financial issues and impact of increased payment (.3) | | | |
| 02/11/05 | Extended telephone conference with D. Maude regarding sale of Plant 1 assets and various offers and potential offers regarding same (.4); consideration and work on sale issues (.7) | JRB | 1.10 | 412.50 |
| 02/11/05 | Consideration of open issues regarding DS and strategy for resolving same | JRB | .60 | 225.00 |
| 02/11/05 | Telephone call with D. Hawk regarding motions to reject contracts and follow-up regarding issues raised | JRB | .50 | 187.50 |
| 02/11/05 | Conduct additional legal research re consensual CBA modifications as ordinary course with attention to CBA's that waive bankruptcy rights (1.1); conference with J. Faulkner re preference analyses (.2); read, Review and analyze recent scholarly authority on new environmental issues relating to plans of reorganization for the purpose of addressing such relevant issues with pending IDEM claims (1.5) | MFJ | 2.80 | 448.00 |
| 02/11/05 | Follow-up regarding Kemper insurance claim | JRB | .40 | 150.00 |
| 02/12/05 | Work on DS and issues regarding same | JRB | .40 | 150.00 |
| 02/12/05 | Review and analyze preliminary revised preference analysis of Motion Industries, Inc. | MFJ | .70 | 112.00 |
| 02/13/05 | Review next steps re balloting, proceeding toward confirmation, prepare task list re same | MAW | 1.00 | 240.00 |
| 02/14/05 | Review and revise letter to Kemper regarding environmental claim | RMH | .30 | 51.00 |
| 02/14/05 | Prepare for DS hearing | JRB | 1.20 | 450.00 |
| 02/14/05 | Telephone conference with D. Maude and T. Eastom regarding Union response and remaining issues (.3); telephone conference with R. Swanson regarding Union issues and resolution (.3); follow-up regarding issues raised (.4) | JRB | 1.00 | 375.00 |
| 02/14/05 | Extended telephone conference with J. Ancel and M. Reich regarding DS objections and potential for resolution and sale issues | JRB | .40 | 150.00 |
| 02/14/05 | Telephone call with D. Maude to prepare for DS hearing | JRB | .40 | 150.00 |
| 02/14/05 | Work on DS Supplement and revise per latest agreements (.8); exchange correspondence with H. Efroymson regarding Creditor Committee agreement to distribution proposal (.3); telephone call with J. Ancel regarding resolution of Creditor Committee DS objection (.2) | JRB | 1.30 | 487.50 |
| 02/14/05 | Telephone call with D. Maude regarding agreement with | JRB | .30 | 112.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Creditor Committee and related issues | | | |
| 02/14/05 | Conference with M. Werling re potential PBGC objections to third-party non-debtor releases by the debtor (.3); initiate legal research re same (1.2); conduct legal research re CBA modifications under the Code, especially consensual modifications and modifications that waive bankruptcy rights (2.0) | MFJ | 3.50 | 560.00 |
| 02/14/05 | Pacer research re recent filings; prepare MOR for filing; review and amend preference analysis and confer with M. Juba re same; confer with M. Juba re preference analysis matrices for financial analysis of actual preference amounts; begin work on same | JLF | 3.70 | 518.00 |
| 02/14/05 | Prepare for possible DS hearing | JRB | .80 | 300.00 |
| 02/14/05 | Prepare initial draft of Supplement No. 2 to plan, disclosure statement (.8); office conferences re same (.2); extensively consider potential needs re salaried plan funding waiver from IRS; office conferences with D. Powers, telephone conference with D. Maude re same (2.0); review and assess plan-related e-mail (.3); begin to assess Committee request for post-emergence designation of counsel for plan compliance purposes (.4); e-mail D. Maude re E. Rosenbrock settlement (.1); office conference re PBGC plan requests, assess related research needs, interoffice e-mail with recommendation re same (.6); assess query status of confirmation-related research needs and continue attention to same (1.0) | MAW | 5.40 | 1,296.00 |
| 02/14/05 | Telephone call with T. Woehlke regarding issues with Creditor Committee and potential for resolving or pursuing contested approval at hearing Wednesday | JRB | .40 | 150.00 |
| 02/14/05 | Prepare for and participate in Board meeting | JRB | 1.10 | 412.50 |
| 02/15/05 | Review points on preference matrices for Motion Industries; prepare January proforma analysis for billing; confer with M. Werling re filing of MOR; gather additional materials for hearing on disclosure statement and plan; Pacer research re additional objections to plan; review recent filings | JLF | 3.30 | 462.00 |
| 02/15/05 | Telephone call with D. Maude regarding remaining Union issues and potential for resolution (.4); telephone call with R. Swanson to resolve objection (.3); work on language changes (.4) | JRB | 1.10 | 412.50 |
| 02/15/05 | Review materials for disclosure statement hearing, multiple office conferences re various aspects of same (1.0); office conferences re negotiations, resolutions of objecting parties' | MAW | 6.50 | 1,560.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | concerns, related plan language changes re same, continue attention to same (1.0); review and assess e-mail re proposed plan, disclosure statement changes by objecting parties (.8); revise and file second supplement to plan and disclosure statement (1.2); begin examination of updated "new value" research, analysis (.5); review revised model from D. Maude, related e-mail re same (.3); review possible language from other plans to accommodate Committee request for post-emergence monitor/agent role (.7); telephone conference with PBGC re proposed language changes, relationship of same to disclosure statement approval (.2); review research memo re related release question, follow-up consideration of same, office conferences re same (.8) | | | |
| 02/15/05 | Scan documents received from client; set-up document production database; load images in database | MFB | 2.00 | 80.00 |
| 02/15/05 | Conduct legal research re third-party releases under Seventh Circuit law specific to third-party releases that release non-debtor officers and directors from pension fund negligence in opposition to the PBGC (1.4); memo to M. Werling re same (.4); conduct legal research re the likelihood of successfully defending a PBGC objection to a third-party release of non-debtor officers from pension fund negligence (1.7); memo to M. Werling re same (.5); review court order approving fees to Ernst & Young (.1); memo to P. McGuire re same with Order attached (.2); conduct extensive legal research re whether unsecured creditors must vote against a plan as a class then raise "new" value objections or whether a single objecting creditor may raise the objection despite class approval (3.1); memo to M. Werling re same (.6); assist in final preparations for upcoming Disclosure Statement Hearing (1.5) | MFJ | 9.50 | 1,520.00 |
| 02/15/05 | Review current financial projections for DS (.4); exchange emails with H. Efroymson regarding current financial projections and CapEx issues (.4) | JRB | .80 | 300.00 |
| 02/15/05 | Review IDEM proposed revisions and exchange email with B. Whelan regarding same | JRB | .60 | 225.00 |
| 02/15/05 | Prepare for DS hearing | JRB | .70 | 262.50 |
| 02/15/05 | Prepare for DS hearing | JRB | 3.20 | 1,200.00 |
| 02/15/05 | Telephone call with D. Maude regarding Union issues and demand for "successor" clause in revised CBA (.4); consideration of issues raised and prepare for call to R. Swanson (.7) | JRB | 1.10 | 412.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/15/05 | Prepare for call to H. Efroymson regarding Creditor Committee position (.4); telephone call with H. Efroymson re Creditor Committee position and negotiate withdrawal of Creditor Committee objection (.3); follow-up issues raised and work on liquidation trust concept requested by Creditor Committee (.7) | JRB | 1.40 | 525.00 |
| 02/15/05 | Review imaged documents for production to Kemper | RMH | .10 | 17.00 |
| 02/16/05 | Finalize new matrices preference for Motion Industries, Ashland Chemical Co., Kendallville Iron & Metal, Duca Manufacturing, Bristol Metal Products, Cascade, Hickman Williams Co., Hanson Aggregate & Triple M Manufacturing | JLF | 3.50 | 490.00 |
| 02/16/05 | Conduct legal research re Section 327 applications to employ ballot and noticing agent in the Northern District according to applicable case law and federal and local rules (2.1); memo to J. Burns re same (.4); conduct legal research re Section 156(c) applications to employ ballot and noticing agent in the Northern District according to applicable case law and federal and local rules (2.2); initiate memo to J. Burns re same (.1); review and analyze initial revised preference analyses under the subsequent advance rule of the circuit (1.5); memo to J. Burns re initial adjustment of claims under revised analyses (.1); compare current analyses to subsequent advance rule analyses approved by courts within the circuit as verification of the revised preference amounts (1.2) | MFJ | 7.60 | 1,216.00 |
| 02/16/05 | Confirm objection status and prepare for DS hearing | JRB | 1.10 | 412.50 |
| 02/16/05 | Conference with D. Maude regarding DS hearing and organized presentation | JRB | 1.00 | 375.00 |
| 02/16/05 | Represent Debtor at hearing to approve DS, including follow-up conference with counsel for case constituencies | JRB | 1.00 | 375.00 |
| 02/16/05 | Correspondence to counsel for bank, Creditor Committee and Union regarding integrating supplements into final DS | JRB | .60 | 225.00 |
| 02/16/05 | Review and consider various changes necessary to Plan and final DS | JRB | 1.30 | 487.50 |
| 02/16/05 | Telephone call with T. Woehlke regarding production issues and approval of DS | JRB | .30 | 112.50 |
| 02/16/05 | Review draft Purchase Agreement from New AFI entity and consider possible changes thereto | JRB | .70 | 262.50 |
| 02/16/05 | Telephone call with D. Maude regarding additional offer to purchase Plant 1 assets and consideration of means to improve offer | JRB | .40 | 150.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/16/05 | Telephone call with D. Hawk regarding M. Polich benefits and consideration of issues regarding deferred compensation contract suspect to rejection | JRB | .50 | 187.50 |
| 02/16/05 | Consideration of JPMorgan proposal and need to retain as case professional (.4); telephone call with E. Triebold regarding status of JPMorgan as vendor or professional in this context (.2) | JRB | .60 | 225.00 |
| 02/16/05 | Office conferences re ballot agent retention issues, review initial legal research re same (.4); review and assess e-mail re model, Bank negotiations (.2); prepare for and participate in hearing to approve disclosure statement (2.5); follow-up office conferences re next steps in process re amended disclosure statement, begin attention to same (1.0); assess need for additional plan supplement re consents of objecting parties (.2); review and assess revised APA (.5); review and assess e-mail re plan-related issues (.3); review and assess additional legal research re absolute priority rule related issue (.5); review and assess miscellaneous case e-mail (.2); office conference re status of preference litigation (.1); office conference re E&Y payment order (.1) | MAW | 6.00 | 1,440.00 |
| 02/16/05 | Correspondence to counsel for objecting creditors regarding DS changes to meet their concerns | JRB | .30 | 112.50 |
| 02/16/05 | Correspondence to J. Ancel regarding approval of DS and various confirmation issues | JRB | .30 | 112.50 |
| 02/17/05 | Finalize memo to J. Burns re Section 156(c) application to employ ballot and notice agent, and specify service and notice requirements (1.0); conference with J. Burns re same (.2); initiate draft application to employ under Section 156(c) (1.1); conference with J. Burns re ballot agents as vendors rather than professionals (.1); conduct legal research re same (1.2); conference with J. Faulkner re finalized and preference analyses for all identified preference creditors (.2); conference with J. Burns re phone conference with U.S. Trustee relating to a ballot agent as a vendor (.2) | MFJ | 4.00 | 640.00 |
| 02/17/05 | Work on revised plan and disclosure statement (.5); review weekly cash report, miscellaneous case e-mail (.2); follow-up office conferences re ballot agreement proposal, method of engaging same, review legal research re same, review related proposal detail (.8) | MAW | 1.50 | 360.00 |
| 02/17/05 | Review and revise press Release regarding approval of DS, including telephone calls with D. Maude regarding same | JRB | 1.50 | 562.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/17/05 | Work on Plan service and ballot management alternatives and consideration of options regarding same (.8); telephone call with E. Triebold regarding status of JPMorgan as vendor rather than professional for such services (.3); follow-up on pricing issues and alternatives (.4) | JRB | 1.50 | 562.50 |
| 02/17/05 | Telephone call with D. Maude regarding operations and finance issues and evaluation of current Weekly Cash Report | JRB | .70 | 262.50 |
| 02/17/05 | Telephone call with D. Hawk and follow-up regarding inquiry on employee benefits for terminated employee | JRB | .50 | 187.50 |
| 02/17/05 | Continue work on Plan solicitation and balloting procedures and vendor proposals, including review of 28 USC 156(c) issues | JRB | .70 | 262.50 |
| 02/17/05 | Telephone call with D. Maude regarding Plant 1 sale issues (.3); consideration of issues raised and options for sale (.6) | JRB | .90 | 337.50 |
| 02/17/05 | Follow-up on issues raised at DS hearing and work on integration of Supplement language into DS | JRB | .60 | 225.00 |
| 02/17/05 | Follow-up inquiry from D. Maude regarding E & Y payment authorization | JRB | .30 | 112.50 |
| 02/17/05 | Review final Press Release language | JRB | .30 | 112.50 |
| 02/17/05 | Review recent filings | JLF | .20 | 28.00 |
| 02/18/05 | Prepare documents for production; telephone conference with J. Burns regarding document production to Kemper regarding environmental claim | RMH | .80 | 136.00 |
| 02/18/05 | Telephone conference, office conference re asset purchase agreement, term sheet issues (1.0); finalize and circulate revised plan and disclosure statement (1.6); telephone conference with D. Maude re same (.1); review and respond to related e-mail re same (.3); continue detailed examination of PBGC Plan Release issue, legal research re same (2.4); office conference re status of payment to E&Y (.1) | MAW | 5.50 | 1,320.00 |
| 02/18/05 | Complete January proforma analysis, itemized statement and supporting documents | JLF | 6.00 | 840.00 |
| 02/18/05 | Confer with R. Hurley regarding production of documents; burn images of documents to compact disc; create label for compact disc | MFB | .50 | 20.00 |
| 02/18/05 | Conduct legal research re whether the Union may assert a claim for concessions if the current CBA, with the Section 1113 waiver, is unenforceable | MFJ | 1.80 | 288.00 |
| 02/18/05 | Review draft Asset Purchase Agreement from AFI LLC and consider potential revisions | JRB | 1.50 | 562.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/18/05 | Work on DS/Plan issues and revisions | JRB | .70 | 262.50 |
| 02/18/05 | Telephone call with D. Maude and follow-up regarding Union negotiations and potential for agreement | JRB | .60 | 225.00 |
| 02/18/05 | Confirm E & Y order regarding fees | JRB | .20 | 75.00 |
| 02/18/05 | Consideration of third-party releases and other issues raised by PBGC | JRB | .70 | 262.50 |
| 02/18/05 | Prepare for and extended conference call with M. Reich and D. Maude regarding Purchase Agreement | JRB | 1.50 | 562.50 |
| 02/18/05 | Review and consider latest DS/Plan revisions, complete revision and prepare for distribution | JRB | 1.60 | 600.00 |
| 02/19/05 | Work on DS/Plan revisions and prepare for hearing | JRB | .80 | 300.00 |
| 02/20/05 | Prepare for DS hearing | JRB | .60 | 225.00 |
| 02/21/05 | Consideration of appropriate form and draft Statement of No Objection to resolve three objections (.4); correspondence to E. Whalen re IDEM objection (.2); correspondence to R. Swanson regarding Union objection (.2) | JRB | .80 | 300.00 |
| 02/21/05 | Review H. Efroymson comments, consider issues raised and options for reaching compromise | JRB | 1.00 | 375.00 |
| 02/21/05 | Correspondence to H. Efroymson regarding resolving objection | JRB | .30 | 112.50 |
| 02/21/05 | Read, review, and analyze current drafts of Amended Disclosure Statement and Plan for purposes of assuring that both meet the statutory requirements for approval and confirmation (3.2); conduct additional legal research re collective bargaining agreements and the legal effect of waivers of bankruptcy rights contained therein (1.5) | MFJ | 4.70 | 752.00 |
| 02/21/05 | Review case e-mail re post-emergence issues (.2); prepare certificates of no objection re plan, disclosure statement (.3); review committee, related e-mail re revised plan, disclosure statement, office conference, interoffice e-mail re same, and attention to various aspects of same (1.8); follow-up analysis, office conferences, and interoffice e-mail re PBGC plan request, review and follow-up on legal research re release issues raised by same (2.2) | MAW | 4.50 | 1,080.00 |
| 02/21/05 | Review Bordman summary of agreements and consideration of financial impact of same | JRB | .40 | 150.00 |
| 02/21/05 | Telephone call with D. Maude regarding customer issue and options for resolving | JRB | .40 | 150.00 |
| 02/21/05 | Review H. Efroymson comments and consideration of means | JRB | .70 | 262.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | for satisfying requests in context of existing DS and possible need for additional supplementation | | | |
| 02/21/05 | Telephone call with D. Maude regarding Creditor Committee requests and options for resolving | JRB | .30 | 112.50 |
| 02/21/05 | Consideration of PBGC claim and issues regarding same | JRB | .40 | 150.00 |
| 02/22/05 | Follow-up inquiry from D. Maude regarding WRP retention and respond (.3); review current financials and consider impact on DS and Plan (.6); review latest draft of Asset Purchase Agreement from buyer's counsel and consider revisions to same (.4) | JRB | 1.30 | 487.50 |
| 02/22/05 | Work on DS/Plan revisions and consideration of open issues | JRB | 2.50 | 937.50 |
| 02/22/05 | Review docket (.1); continue work on plan, disclosure statement adjustments (2.0); related office conferences re same (.3); office conferences re discussions with affected parties (.3); review and assess revised Asset Purchase Agreement (.5); follow-up consideration of Committee request for Court-approved plan monitor (.3); office conferences, telephone conference with PBGC re requested language changes, e-mail to, from PBGC re proposed language changes (1.0); office conference re status of WRP retention (.1) | MAW | 4.60 | 1,104.00 |
| 02/23/05 | Analyze letter from D. Hawk re M. Polich severance issues and his ability to receive lump sum from rejected nonqualified plan; telephone conference D. Maude re same | DDP | .90 | 256.50 |
| 02/23/05 | Work on resolving remaining DS issues and consideration of revisions | JRB | 1.10 | 412.50 |
| 02/23/05 | Review recent filings | JLF | .30 | 42.00 |
| 02/23/05 | Finalize and file Amended and Supplemented Plan and Disclosure Statement, multiple e-mails, office conferences, consultations with affected parties re same (6.0); address related issues re exhibits to accompany same (.3); follow-up and finalize resolution of PBGC proposed insertion, office conferences, interoffice e-mail re same (.7); e-mail to, from PBGC re same, review docket re statements of no objection (.2); review and assess new Bank term sheet (.5); review D. Powers' e-mail re Pension Plan issues (.2); review and assess M. Juba's research re CBA related issues, office conference re same (.5) | MAW | 8.40 | 2,016.00 |
| 02/23/05 | Conduct augmented legal research re the standard, in any context, for waiving a bankruptcy right, with specific attention to a Section 1113 waiver in a CBA (2.5); conduct legal research re whether such waivers require court approval (.5); | MFJ | 7.20 | 1,152.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | analyze case law and current CBA to determine suggested course of action by client in modifying the current CBA and committing the Union to agree not to seek enforcement of the Section 1113 waiver (1.7); memo to M. Werling and J. Burns re same (1.2); conference with M. Werling and D. Powers re third-party releases in the Plan and the applicable legal standard (.5); conduct follow-up research re same (.8) | | | |
| 02/23/05 | Extended telephone call with M. McGrath regarding environmental issues (.4) and follow-up regarding issues raised and strategy in meeting IDEM concerns with DS (.5); telephone call with E. Whalen regarding IDEM concerns with DS and willingness to consent (.2) | JRB | 1.10 | 412.50 |
| 02/23/05 | Exchange correspondence with H. Efroymson regarding Creditor Committee position on DS and Plan and consideration of means to resolve concerns | JRB | .80 | 300.00 |
| 02/23/05 | Telephone call with D. Maude regarding progress in resolving remaining DS issues and additional proposal for sale of Plant 1 Assets (.4); follow-up regarding inquiry form D. Hawk regarding M. Polich benefits (.3) | JRB | .70 | 262.50 |
| 02/23/05 | Work on resolving remaining DS issues and consideration of revisions | JRB | .70 | 262.50 |
| 02/23/05 | Analysis of recent decisions affecting confirmation and claim allocation | JRB | .80 | 300.00 |
| 02/24/05 | Review absolute priority rule issues and consideration of applicability and compliance | JRB | 1.30 | 487.50 |
| 02/24/05 | Prepare for and participate in conference call | JRB | 1.80 | 675.00 |
| 02/24/05 | Phone call to G. Taylor, counsel for Hanson Aggregates, re preference claim and potential settlement negotiations (.1); memo to M. Tucker, counsel for Bristal Metal, re preference claim and potential settlement negotiations (.2) | MFJ | .30 | 48.00 |
| 02/24/05 | Conduct and finalize augmented legal research re consensual modifications under Section 363 involving standard wage and benefit reductions as "ordinary course" transactions (2.8); conduct and finalize augmented legal research re the level at which a change or modification becomes material enough to fall outside "ordinary course" and require court approval (2.0); draft memo to M. Werling and J. Burns re both issues (1.4) | MFJ | 6.20 | 992.00 |
| 02/24/05 | Office conferences re status of Bank of America certificate of no objection, disclosure statement order (.2); office conferences re benefit restoration funding motions, status of same re M. Polich request for payment (.2); office conferences | MAW | 1.60 | 384.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | re Bank questions on exhibits, review related e-mail re same (.2); office conference re new Absolute Priority Rule decision, begin review and assessment of same (1.0) | | | |
| 02/24/05 | Prepare for balloting and confirmation | JRB | .60 | 225.00 |
| 02/25/05 | Consider inquiry from C. Reckler on DS issue and research response to same (.4); correspondence to J. Athanas re DS issue (.2); follow-up exchange of correspondence with C. Reckler re bank concern and best means to address, including consideration of issues raised and reviewed (.6) | JRB | 1.20 | 450.00 |
| 02/25/05 | Telephone conferences with case administrator, office conferences re final change to plan and disclosure statement per Bank request, review term sheet, related e-mail re same, assess potential steps to address issue re same (1.2); review and assess related e-mail re same, bank issues re exhibits (.4); review, office conference re Order approving disclosure statement (.1); outline next steps re balloting, confirmation (1.0); review Rules re same (.3); additional office conference with M. Juba re union issues; examine additional research re same (.4); telephone conference with NHMG counsel re lease resolution issues (.2) | MAW | 3.60 | 864.00 |
| 02/25/05 | Compile current offers and responses to preference demands, comparing the demand to the offer or defenses, and consider strategy for responses (1.2); legal research re recent Third Circuit case involving failed plan confirmation due to absolute priority rule violations (.6) | MFJ | 1.80 | 288.00 |
| 02/25/05 | Confirm status of order and potential for further revision or amendment to DS (.5); exchange of correspondence with bank counsel regarding DS (.3); telephone call with J. Athanas to resolve issue (.3); follow-up correspondence regarding same (.2) | JRB | 1.30 | 487.50 |
| 02/25/05 | Telephone call with J. Athanas regarding sale issues and Plan (.3) telephone call with D. Maude regarding confirmation issues (.3); follow-up regarding ballot issues (.3) | JRB | .90 | 337.50 |
| 02/25/05 | Consideration of confirmation issues and prepare for balloting | JRB | .50 | 187.50 |
| 02/27/05 | Examine plan, disclosure statement re follow-up needed for additional filings (e.g., lease assumption schedule) | MAW | .30 | 72.00 |
| 02/28/05 | Review recent filings and correspondence | JLF | .30 | 42.00 |
| 02/28/05 | Conduct legal research re recent Seventh Circuit legal developments involving abandonment of real property and IDEM claims for the purposes of seeking to assure the proper sale of Plant One (2.4); compare new research to previous | MFJ | 3.40 | 544.00 |

## Baker & Daniels

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | findings and notate any changes or alterations to previous posture of the research (1.0) | | | |
| 02/28/05 | Review WRP order, e-mail re same, additional case e-mail to, from D. Maude (.3); office conference with S. Claffey re case status issues (.4); review and update research on confirmation related issues (1.3); review preference correspondence (.1) | MAW | 2.10 | 504.00 |
| 02/28/05 | Telephone call from D. Maude and T. Woehlke regarding March and April results, options available to Company (.9); telephone call with Jerry Ancel regarding same (.4); conference with M. Werling regarding actions needed (.3); telephone call from D. Maude with further details (.3) | SAC | 1.90 | 779.00 |
| | Total Services............................................................................ Hours | | 342.90 | 88,017.50 |

| Date | Disbursements | Total |
|---|---|---|
| 02/23/05 | Miscellaneous - BOND PRINTS - Vendor: Digital Reprographics, Inc. | 7.12 |
| 02/23/05 | Miscellaneous - - Vendor: Xerox Corporation | 216.00 |
| Total For | Miscellaneous | 223.12 |
| 01/31/05 | Computerized Research  Westlaw | 186.53 |
| 01/31/05 | Computerized Research  Westlaw | 213.73 |
| 02/15/05 | Computerized Research  Westlaw | 10.51 |
| 02/15/05 | Computerized Research  Westlaw | 1,494.61 |
| 02/15/05 | Computerized Research  Westlaw | 371.64 |
| Total For | Computerized Research | 2,277.02 |
| 01/31/05 | Computerized Research  PACER | 311.90 |
| 01/31/05 | Computerized Research  PACER | 55.84 |
| Total For | Computerized Research - Other | 367.74 |
| 01/04/05 | Caller: N/A :  513 651-6724 | 0.29 |
| 01/10/05 | Caller: N/A :  260 833-0640 | 0.49 |
| 01/12/05 | Caller: N/A :  216 931-6120 | 0.35 |
| 01/14/05 | Caller: N/A :  260 925-7978 | 2.28 |
| 02/02/05 | Caller: N/A :  317 236-2397 | 2.71 |
| 02/02/05 | Caller: N/A :  260 925-7978 | 1.70 |
| 02/03/05 | Caller: N/A :  260 925-1619 | 0.31 |

BAKER & DANIELS

| Date | Description | | Amount |
|---|---|---|---:|
| 02/04/05 | Caller: N/A : 260 908-3930 | | 2.83 |
| 02/04/05 | Caller: N/A : 317 713-3500 | | 0.66 |
| 02/04/05 | Caller: N/A : 260 925-0900 | | 3.84 |
| 02/07/05 | Caller: N/A : 260 925-7978 | | 1.03 |
| 02/07/05 | Caller: N/A : 260 925-7978 | | 0.74 |
| 02/07/05 | Caller: N/A : 317 236-2397 | | 1.54 |
| 02/07/05 | Caller: N/A : 260 925-7978 | | 2.52 |
| 02/08/05 | Caller: N/A : 260 925-7978 | | 2.67 |
| 02/08/05 | Caller: N/A : 260 925-7978 | | 0.92 |
| 02/08/05 | Caller: N/A : 317 713-3500 | | 1.03 |
| 02/09/05 | Caller: N/A : 317 236-2397 | | 0.41 |
| 02/09/05 | Caller: N/A : 317 713-3500 | | 2.07 |
| 02/09/05 | Caller: N/A : 260 925-7978 | | 1.85 |
| 02/16/05 | Caller: N/A : 260 925-7972 | | 0.94 |
| 02/17/05 | Caller: N/A : 574 236-8105 | | 1.77 |
| 02/17/05 | Caller: N/A : 260 925-7978 | | 2.93 |
| 02/18/05 | Caller: N/A : 260 925-7978 | | 9.34 |
| 02/21/05 | Caller: N/A : 260 908-3930 | | 1.01 |
| | Total For Long Distance Telephone | | 46.23 |
| | | | |
| 02/11/05 | Other Copying Expenses | Misc Copies | 2.00 |
| 02/18/05 | Other Copying Expenses | Misc Copies | 2.00 |
| | Total For Other Copying Expenses | | 4.00 |
| | | | |
| 02/15/05 | Binding | | 1.50 |
| | Total For Binding | | 1.50 |
| | | | |
| 02/15/05 | Tabs | | 1.68 |
| 02/15/05 | Tabs | | 1.20 |
| | Total For Tabs | | 2.88 |
| | | | |
| | COPYING COSTS | | 766.95 |
| | | | |
| | Total Disbursements..............................................................$ | | 3,689.44 |
| | | | |
| | Total Services And Disbursements..........................................$ | | 91,706.94 |