# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on March 23, 2005 at 01:10 PM to consider and act upon the following:

Debtor's motion for order permitting debtor to file a second amended disclosure statement filed on March 10, 2005

and such other business as may properly come before the court. You should be present in person or by counsel if you wish to be heard with regard thereto.

This matter has been scheduled on the court's miscellaneous calendar. No oral testimony will be received. Therefore, the parties will not need to bring witnesses. Counsel for the parties will, however, be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.

Dated at Fort Wayne , Indiana on March 15, 2005 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
1300 S. Harrison St.
P.O. Box 2547
Fort Wayne, Indiana 46801–2547

Document No. 577 – 573