UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Cause No. 04-10427 |
| | ) | |
| Debtor. | ) | |

### MOTION TO CONVERT CASE TO CHAPTER 7, AND REQUEST FOR IMMEDIATE HEARING ON SAME

The Official Committee of Unsecured Creditors ("Committee"), by counsel, hereby moves to convert this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, pursuant to Section 1112(b) of the Bankruptcy Code, and for immediate hearing on same, and in support of its Motion and Request, respectfully states the following:

1. On February 8, 2004, the above-captioned Debtor filed its voluntary Petition for relief under Chapter 11 of the Bankruptcy Code, and since said date has continued to operate as a Debtor-in-Possession.

2. To date, the Debtor has been unable to confirm a Chapter 11 Plan in this case.

3. Under correspondence dated March 8, 2005, the Bank of America notified the Debtor of the occurrence of a "Termination Date" under the Long Term Cash Use and Senior Debtor-in-Possession Financing previously approved and authorized by the Court.

4. Since March 8, 2005, Bank of America has authorized limited cash use by the Debtor. Upon information and belief, the cash value authorization(s) are based upon daily budgets submitted by the Debtor.

5. The parameters for cash use and the budgets have not been shared by Bank of America with the Committee, notwithstanding the Committee's request for same.

6.  Upon information and belief, Bank of America is not permitting the Debtor to pay certain post-petition obligations, including, but not limited to, accrued and unpaid post-petition obligations due counsel for the Debtor and the Committee.

7.  The accrual of unpaid post-petition operating expenses constitutes a continuing loss or diminution of the estate. Furthermore, there is no reasonable prospect for rehabilitation of the Debtor or confirmation of a Chapter 11 Plan of Reorganization. It is unreasonable to expect that a Chapter 11 Plan of Reorganization can be confirmed in this case within a reasonable period of time.

8.  In order to avoid the potential for or exacerbation of administrative insolvency in this Chapter 11 case, the case should be converted to a case under Chapter 7 as soon as possible. Accordingly, the Committee requests that the Court set this Motion for hearing as the Court's earliest opportunity.

WHEREFORE, the Committee respectfully requests that the Court convert this case to a case under Chapter 7 of the Bankruptcy Code, for immediate hearing on the Committee's Motion, and for all other appropriate relief under the circumstances.

Dated:  March 21, 2005

Respectfully submitted,

ICE MILLER

By  /s/ Henry A. Efroymson
    Henry A. Efroymson

Counsel for the Official Committee of Unsecured Creditors of Auburn Foundries, Inc.

Henry A. Efroymson
ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

1521719.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid, this 21st day of March, 2005.

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0002
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com