John A. Fink
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

John A. Fink
271 North McClellan Street, Suite106
P.O. Box 757
Auburn, IN 46706

John A. Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 467204-2023

K M H Systems
7020 State Route 930 East
Ft Wayne, IN 46803

Kaltenbach, Inc.
6775 Inwood Drive
Columbus, IN 47202

Katie Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Keibler Thompson Corp
Route 66 RR #2R
Export, PA 15632

Kendall Electric Inc
P.O. Box 46
Auburn, IN 46706-0046

Kendall Electric Inc.
131 Grand Truck Avenue
Battle Creek, MI 49016

Kendallville Iron & Metal Inc
243 East Lisbon Road
P O Box 69
Kendallville, IN 46755

Keramida Environmental Inc
330 North College Avenue
Indianapolis, IN 46202

Kerry L. Flory
03469 County Road 9
Bryan, OH 43506

Key Equipment Finance
66 South Pearl Street
Albany, NY 12207

Key Equipment Finance, A Division of
Key Corporate Capital, Inc., Assignee For
Adirondack Leasing Association
Attn: Sal Boscia
1000 South McCaslin Boulevard
Louisville, CO 80027

Khela J. Franklin
c/o Christopher c. Myers
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Kimberly E. Parker
c/o Chistopher C. Myers
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

KMH Systems, Inc.
6900 Poe Avenue
Dayton, OH 45414

Kone Inc
433 Fernhill Avenue
Fort Wayne, IN 46805-1039

Korte Bros Inc
620 West Cook Road
Ft Wayne, IN 46825-3324

Korte Paper Co.
1819 South Calhoun
Fort Wayne, IN 46857

Kroger Food Stores
1001 West Seventh Street
Auburn, IN 46706

Kurt Hollenbeck
2018 Sweet Cider Road
Fort Wayne, IN 46818

Kustom Machining, Inc.
P.O. Box 39
Leo, IN  46765

L & D Industries
201 South Fulton
Auburn, IN 46706

Lab Safety Supply Inc.
P.O. Box 1368
Janesville, WI 53547-1368

LBH Chemical & Industrial
P.O. Box 8460
Ft Wayne, IN 46808-8460

LDM, Loading Dock Maintenance
14819 Mill Road
Fort Wayne, IN 46816

LECO Corporation
3000 Lakeview Avenue
St. Joseph, MI 49085-2396

LMI Technologies (USA), Inc
21455 Melrose Avenue, Suite 22
Southfield, MI 48075

Lougheed & Associates, Inc.
1017 South Hadley Road
Fort Wayne, IN 46804

Louis Padnos Iron & Metal Co.
P.O. Box 1979
Holland, MI 49422-1979

Lyman Steel Co.
P.O. Box 28340
Cleveland, OH 44128

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

MacAllister Machinery Co Inc
2418 Coliseum Boulevard West
Fort Wayne, IN 46808-3648

MacDonald Machinery Co Inc.
3911 Limestone Drive
Fort Wayne, IN 46809

Magma Foundry Technologies
2340 South Arlington Heights Road
Arlington Heights, IL 60005

Magneco Metrel Inc
P.O. Box 176
Negley, OH 44441

Magneco Metrel Inc.
223 Interstate Road
Addison, IL 60101

Mail-Well Envelope
4500 Tiedman Road
Cleveland, OH 44144

Maila Davis Megorden Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Maile M. Urbaska
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Marjo Plastics
1081 Cherry Street
Plymouth, MI 48170

Mark A. Gorney
c/o Christopher C. Myers
Christopher Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Marlin Leasing Corp.
Kelly McCarthy, Bankruptcy Administrator
124 Gaither Drive, Suite 170
Mount Laurel, NJ 08054

Marlin Leasing Corp.
P.O. Box 13604
Philadelphia, PA 19101-3604

Marposs Corporation
3300 Cross Creek Parkway
Auburn Hills, MI 48326

Martin Graphics
P.O. Box 525
Auburn, IN 46706

Mary K. Rosenbrock
c/o Patrick Procter, Eilbacher Scott
110 West Berry Street, Suite 2202
Fort Wayne, IN 46802

Master Gage & Tool Co.
112 Maplewood Street
Danville, VA 24540

Materials Handling Equip C
7433 US 30 East
Ft Wayne, IN 46803

Maxwell Engineering, Inc.
dba Allen Pattern Works
616 East Wallace Street
P.O. Box 10540
Fort Wayne, IN 46803

McLean Midwest Corporation
11611 Business Park Boulevard North
Champlin, MN 55316

McMahon Tire
1712 South Wayne Street
Auburn, IN 46706

McMaster Carr Supply Company
200 Aurora Industrial Parkway
Aurora, OH 44202

McNichols Company
1951 Lively Boulevard
Elk Grove Village, IL 60007

McNichols Company
Attn: Dwight Glisson
P.O. Box 30300
Tampa, FL 33630-3300

MCS Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

Medical Group Of Fort Wayne
Billing Office
P.O. Box 2505
Fort Wayne, IN 46801-2505

Mellon Consultants
Two Pennsylvania Plaza
New York, NY 10121

Met-Pak Specialities, Inc.
2701 South Coliseum Blvd., Suite 117
Fort Wayne, IN 46803

Metaltec Steel Abrasive Co
41155 Joy Road
Canton, MI 48187

Meyer Industrial Service
616 West Maplewood Drive
Ossian, IN 46777

Michael Barstow
Consultant Metallurgist
1152 Southvale Road
Pittsburgh, PA 15237-4241

Michael Polich
7822 Ladue Court
Fort Wayne, IN 46804

Michiana Door
P.O. Box 45
Stroh, IN 46789-0045

Michigan Department Of Treasury
P.O. Box 30059
Lansing, MI 48909

Mid-State Chemical & Supply Co.
2100 Greenbrier Lane
Indianapolis, IN 46218

Midwest Air Filter, Inc.
3630 North Wells Street
Fort Wayne, IN 46808

Midwest Instrument Co Inc
541 Industrial Drive
Hartland, WI 53029-0080

Midwest Instrument Co. Inc.
Jeff Heimsch
P.O. Box 80
Hartland, WI 53029

Midwest Pipe & Steel Inc
P.O. Box 11558
Fort Wayne, IN 46859

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

Miller and Company LLC
Robert E. Overman II
9700 West Higgins, Suite 1000
Rosemont, IL 60018

Modern Equipment Company
336 South Spring Street
Port Washington, WI 53074

Monitor Technologies LLC
Drawer AL-44W320
Elburn, IL 60119

Moore Medical Corp
Attn: Sharon Schoenberger
P.O. Box 1500
New Britain, CT 06050-1500

Moore Medical Corporation
389 John Downey Drive
P.O. BOX 2740
New Britain, CT 06050-2740

Motion Industries Inc
3333 East Washington Boulevard
Ft Wayne, IN 46862-2149

Motion Industries, Inc
1605 Alton Road
Birmingham, AL 35210

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

MPB Industries
505 East 31st Street
Anderson, IN 46016

MSC Industrial Supply Co
P.O. Box 9072
Melville, NY 11747

MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

MSS Software
5 Great Vallen Parkway
Malvern, PA 19355

NADAPRO INC
c/o Gary D. Wohlwend
5020 Nob Road
Ft Wayne, IN 46825

National City Leasing Corp.
101 South Fifth Street
Louisville, KY 40202

National Material Trading
1965 Pratt Boulevard
Elk Grove Village, IL 60007

National Serv-All
5000 Smith Road
Fort Wayne, IN 46809

National Serv-All
Merritt/Hess
3907 CR 47
Auburn, IN 46706

Ned Donaldson
612 Valley Park Drive
Auburn, IN 46706

Neff Engineering Co Inc
7114 Innovation Boulevard
Ft Wayne, IN 46898

NES Rentals
8855 Byron Commerce
Byron Center, MI 49315

Newark Inone
4410 Executive Boulevard, Suite A
Ft Wayne, IN 46808

Newcourt Leasing Corp/Cit
21146 Network Place
Chicago, IL 60673-1211

Nickie L. Hutcherson
340 Lane 101
Long Beach Lake
Fremont, IN 46737

NMHG Financial Services Inc
7020 Hwy 30 East
Fort Wayne, IN 46803

NMHG Financial Services Inc.
44 Old Ridgebury Road
Danbury, CT 06810

Northbend Pattern Works
28080 Ziebler Boulevard
West Harrison, IN 47060

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN 46706

Northstar Imaging, Inc.
953 Westgate Drive
St. Paul, MN 55114

NMHG Financial Services, Inc.
c/o Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161

OFC Capital
DEPT GA00010
P.O. Box 530101
Atlanta, GA 30353-0101

Old Fort Supply Co., Inc.
Old Fort Way At 2000 Wayne Trace
Fort Wayne, IN 46803

Omega Engineering Inc.
One Omega Drive
P.O. Box 4047
Stamford, CT 06907-0047

Omnisource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Omnisource Corporation
c/o Thomas P. Yoder, Esq.
Barrett & Mcnagny LLP
215 East Berry Street
Fort Wayne, IN 46802

Ossola Industrials Inc.
1740 West Seventh Street
Granite City, IL 62040

Overnight Transportation
P.O. Box 1216
Richmond, VA 23209-1216

Paaso General Equipment
P.O. Box 868
Brighton, MI 48116

Pangborn Company
580 Pangborn Boulevard
Hagerstown, MD 21742-0380

Parker Glove & Supply, Inc
East 4th Street
Avilla, IN 46710

Parkview Occupational Health
3103 East State Street
Fort Wayne, IN 46805

Peerless Metals Powders & Abrasives
P.O. Box 09254
Detroit, MI 48209

Pension Benefit Guaranty Corporation
Attn: Brad Rogers, Attorney
Office Of The General Counsel, Suite 340
1200 K Street, N.W.
Washington, DC 20005-4026

Perfection Servo Hydraulic
1290 Lyon Road
Batavia, IL 60510

Perfection Servo Hydraulic
1010 West Republic Drive
Addison, IL 60101

Perkins Septic And Drain Service
0375 CR 11
Hudson, IN 46747

Pflaumer Brothers Inc
398 Clarksville Road
Princeton Jct., NJ 08550

PHC Industries Inc.
3115 Pittsburg Street
Fort Wayne, IN 46825

PHC Industries Inc.
P.O. Box 11225
Fort Wayne, IN 46856-1225

Plant
2222 West Maumee
Fort Wayne, IN 46802

Powered Equipment And Repair
600 Voorhees
P.O. Box 147
Terre Haute, IN 47808-0147

Pranger Enterprises Inc
P.O. Box 366
Ashley, IN 46705

Precision Calibration Company
7656 Milliner Court
Plainfield, IN 46168

Precision Steel Services
4334 Earth Drive
Ft. Wayne, IN 46809

Print Shop
825 Northwood Boulevard
Fort Wayne, IN 46805

Project Management Services
P.O. Box 398
Mcdonald, OH 44437-0398

Proxtronics Dosimetry LLC
7200 Fullerton Road
Springfield, VA 22150

PSA Quality Systems, Inc.
5615 Enterprise Drive
Lansing, MI 48911

PWC Fabrication
2121 Wayne Haven Avenue
Fort Wayne, IN 46803

QHG Of Ft Wayne, Inc Redim
315 East Cook Road
Fort Wayne, IN 46825

QMS-Customer Service
300 Galleria Officenter, South
Southfield, MI 48034

Quality Calibration Service
10205 West Greenfield Avenue
West Allis, WI 53214

R I Lampus Co
816 Railroad Street
Springdale, PA 15144

R.S. Corcoran Company
500 North Vine Street
P.O. Box 429
New Lenox, IL 60451-0429

RA Mueller Inc.
11270 Cornell Park Drive
Cincinnati, OH 45242

Radio Shack
1025 West 7th Street
Auburn, IN 46706

Radio Shack Credit Services
Attn: Judy Wong
300 Radioshack Circle Mail Stop 5018
P.O. Box 961090
Fort Worth, TX 76161-5018

Redimed Dekalb, LLC
AMIC
500 South Grandstaff, Suite G
Auburn, IN 46706

REFCO Inc
P.O. Box 12867
Pittsburgh, PA 15241

Reilley Trucking
7431 Bent Willow Drive
Fort Wayne, IN 46815

Reliable Corporation
1001 West Van Buren Street
Chicago, IL 60607

Renco Machine Co Inc
1421 Eastman Avenue
Green Bay, WI 54302

Reno Refractories, Inc.
P.O. Box 201
Morris, AL 35116

Richard Squier Pallets Inc
3992 CR 24
Waterloo, IN 46793

Richard Squier Pallets Inc.
2522 US Hwy 6 West
P.O. Box 668
Waterloo, IN 46793

Ronald J. Osbun
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Rudd Equipment Company
P.O. Box 32427
Louisville, KY 40232

Rumford Industrial Group Inc.
P.O. Box 752288
Dayton, OH 45475

Rytec Corporation
P.O. Box 403
Jackson, WI 53037

S & S Tire Co Inc.
1100 West 7th Street
Auburn, IN 46706

S & S Oil Co Inc
821 Lakeshore Avenue
Auburn. IN 46706

S D Myers
180 South Avenue
Tallmadge, OH 44278

Safety - Kleen Corp
P.O. Box 12349
Columbia, SC 29211-2349

Safety-Kleen Sytem, Inc.
5400 Legacy Drive
Clusten II Building 3
Plano TX 75024

Schenkel & Sons Inc
1120 St Marys Avenue
Ft Wayne, IN 46808

Schenkel & Sons Inc
Brian J. LANGE, Esquire
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802

Schust Engineering Inc.
701 North Street
Auburn, IN 46706

Scioto Valley Packaging, LLC
5151 Reed Road NE, Suite 210A
Columbus, OH 43220

Scioto Valley Packaging, LLC
P.O. Box 497
Clinton, NC 28329

Scott Industrial Systems Inc
521 North Airport Office Park
Ft Wayne, IN 46825

Secretary Of Treasury
15th & Pennsylvania Avenue
Washington, DC 20220

Securities & Exchange Commission
Bankruptcy Section
175 West Jackson Boulevard, Suite 900
Chicago IL 60604

Security Locknut Inc
9650 West Foster Avenue
Chicago, IL 60656

Sentinel Fluid Controls
7114 Innovation Boulevard
Fort Wayne, IN 46818

Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH 43612

SES LLC Technical Group
P.O. Box 8413
Fort Wayne, IN 46898

Shambaugh & Sons Inc
7614 Opportunity Drive
P.O. Box 1287
Ft Wayne, IN 46801

Sheela B. Davis Trust
c/o Sommer Barnard Ackerson Pc
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Shells Inc.
502 Old U.S. Hwy 30 East
Bourbon, IN 46504

Sherry Laboratories
2203 South Madison
Muncie, IN 47307

Sierra Poindexter
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Simplicity Engineering Inc
212 South Oak
Durand, MI 48429-0257

Spectro Analytical Instruments, Inc.
160 Authority Drive
Fitchburg, MA 01420

Spectrum Engineering Corp
17420 Tonkel Road
Leo, IN 46765-9779

Spectrum Engineering Corp
5524 North County Line Road
Auburn, IN 46706-9302

Spraying Systems Company
c/o Harriman Avenue
P.O. Box 348
Auburn, IN 46706

Sprinkling Can
233 South Main Street
Auburn, IN 46706

Staclean Diffuser Co., LLC
P.O. Box 1147
Salisbury, NC 28145-1147

Stag Iron & Metal Corp.
Deer & Stone, P.C.
130 South Jefferson Street, Suite 501
Chicago, IL 60661

Stag Iron and Metal Corp
7820 West 60th Place
Summit, IL 60501

State Of Michigan
UIA Tax Office
P.O.C Unit - Suite 11-500
Detroit, MI 48202

States Engineering Corp
10216 Airport Drive
Fort Wayne, IN 46819

Steel Equipment Specialists LLC
P.O. Box 2148
1507 Beeson Street
Alliance, OH 44601

Stericycle Inc
1301 East Alexis Road
Toledo, OH 43612

Stericycle Inc.
13975 Polo Trail Drive, Suite201
Lake Forest, IL 60045

Struers Inc
24766 Detroit Road
Westlake, OH 44145

Sturgis Iron & Metal
70675 Centerville Road
Sturgis, MI 49091-0579

Sturgis Iron & Metal Co., Inc.
c/o P. Joseph Haas, Jr.
112 South Monroe Street
Sturgis, MI 49091

Superior Business Solution
P.O. Box 8040
Ft Wayne, IN 46898-8040

System Clean Inc.
50602 North Michigan Road
South Bend, IN 46637-1532

T & L Sharpening Inc
2663 South Freeman Road
Monticello, IN 47960

T & M Equipment Co Inc
2880 East 83rd Place
Merrillville, IN 46410

T.T.G. Pattern
5443 Keystone Drive
Fort Wayne, IN 46825

Taylor Rental Auburn
2224 State Road 8 West
Auburn, IN 46706

Tec-Hackett, Inc.
P.O. Box 8830
Fort Wayne, IN 46898-8830

Telemotive Industrial Controls
175 Wall Street
Glendale Heights, IL 60139-1985

The New Keibler Thompson Co.
Route 66 RR#2
Box 264A
Export, PA 15632

Thomas E. Keller Trucking Inc.
1160 Carpenter Road
Defiance, OH 43512

Time Industrial Inc
6422 Lima Road
Fort Wayne, IN 46818

Time Industrial, INC.
c/o Roy F. Kiplinger
Beers Mallers Backs & Salin, LLP
110 West Berry Street, Suite 1100
Fort Wayne, IN 46802

Timothy S. Borden
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Timothy S. Borden
P.O. Box 770570
Steamboat Springs, CO 80477

Tooling & Equipment International
12550 Tech Center Drive
Livonia. MI 48150-2193

TPC Wire & Cable
7061 East Pleasant Valley Road
Independence, OH 44131

Trane Company
Rohan Trane Service Agency, Inc.
6602 Innovation Boulevard
Fort Wayne, IN 46818-1389

Trevor Meeks Agency
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

| | | |
|---|---|---|
| Tri State Compressed Air Systems, Inc<br>1608 Eishenhower Drive South<br>Goshen, IN 46526-5360 | Van Dyne Crotty, Inc.<br>3115 Independence Drive<br>Fort Wayne, IN 46808 | Wayne Pipe & Supply Inc<br>1815 South Anthony Boulevard<br>Ft Wayne, IN 46803 |
| Tri-State Instrument Service<br>3024 Wayne Trace<br>P.O. Box 6068<br>Fort Wayne, IN 46896 | Vericore L.L,C.<br>1200 West Causeway Approach<br>Mandevill, CA 70471 | Welder Services Inc<br>1725 Edsall Avenue<br>Ft Wayne, IN 46896 |
| Trojan Heat Treat<br>809 South Byron Street<br>Homer, MI 49245 | Vesuvius USA Corp.<br>661 Willet Road<br>Buffalo, NY 14218 | Westport Hardness & Gaging<br>510 Montauk Highway<br>West Islip, NY 11795 |
| U.S. Attorney Office<br>3128 Federal Building<br>1300 South Harrison Street<br>Fort Wayne, IN 46802 | Vesuvius USA Corporation<br>Steven Del Cotto, Esquire<br>27 Noblestown Road<br>Carnegie, PA 15106 | Weyerhaeuser Co.<br>2626 CR 71<br>Butler, IN 46721 |
| Unimin Corporation<br>809 Myers Road<br>Archbold, OH 43502 | Vibes technologies inc.<br>7125 Northland Terrace North, Suite 400<br>Brooklyn Park, MN 55428 | Wheelabrator Abrasives Inc<br>1 Abrasive Avenue<br>Bedford, VA 24523 |
| Unimin Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | VWR International, Inc.<br>P.O. Box 66929, O'Hare AMF<br>Chicago, IL 60666 | Wheelabrator Canada Inc.<br>401 Wheelabrator Way<br>Milton, Ontario, L9T487<br>CANADA |
| United Parcel Service<br>c/o D&B/RMS Bankruptcy Services<br>P.O. Box 4396<br>Timonium, MARYLAND 21094 | VWR International, Inc.<br>1230 Kennestone Circle<br>Marietta, GA 30066 | Wiese Planning & Eng., Inc.<br>2725 Independence Drive<br>Fort Wayne, IN 46808 |
| United Parcel Service<br>P.O. Box 505820<br>The Lakes, NV 88905-5820 | W.W. Grainger, Inc.<br>7300 North Melvina Avenue M530<br>Niles, IL 60714-3998 | William C Weber & Assoc Inc.<br>William/Suzanne Weber<br>Constitution Hill Office Park<br>6201 Constitution Drive<br>Ft Wayne, IN 46804 |
| Universal AM-CAN LTD.<br>P.O. Box 2007<br>Warren, MI 48090 | Walman Optical Co<br>P.O. Box 9440<br>Minneapolis, MN 55440 | William E. Fink<br>c/o Sommer Barnard Ackerson Pc<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| US Cargo Management Inc.<br>Philadelphia International Airport<br>P.O. Box 277<br>Essington, PA 19029 | Warsaw Engineering & Fabricating<br>2780 East Durbin Street<br>Warsaw, IN 46581-1043 | William E. Fink<br>P.O. Box 826<br>Auburn, IN 46706 |
| US Inspection Services<br>705 Albany Street<br>Dayton, OH 45408 | Warsaw Engineering & Fabricating<br>c/o Scott R. Leisz<br>Bingham Mchale LLP<br>10 West Market, Suite2700<br>Indianapolis, IN 46204 | Wise International Ideal Leas<br>2807 Goshen Road<br>Fort Wayne, IN 46808 |
| US Pattern Company Inc<br>P.O. Box 220<br>Richmond, MI 48062 | Water Sciences<br>P.O. Box 15489<br>Ft Wayne, IN 46885 | XRI Testing<br>8327 Reliable Parkway<br>Chicago, IL 60686-0083 |
| USF Holland, Inc<br>750 East 40th Street<br>Holland, MI 49423 | Wayne Fasteners Inc<br>2725 Independence Drive<br>Ft Wayne, IN 46808 | XRI Testing - Troy<br>Mobilex, LLC<br>1961 Thunderbird<br>Troy, MI 48084 |
| Van Dyne Crotty Inc.<br>3233 Newmark Drive<br>Miamisburg, OH 45342 | Wayne Fasteners Inc.<br>2611 Independence Drive<br>Ft. Wayne, IN 46808 | |

Patrick L. Proctor  
Eilbacher Fletcher LLP  
803 South Calhoun Street, Suite 400  
Fort Wayne, IN 46802  

Marlene Reich  
Sommer Barnard  
One Indiana Square, Suite 3500  
Indianapolis, IN 46204  

Tricia A. Sherick  
Honigman, Miller Schwartz and Cohn, LLP  
2290 First National Building  
660 Woodward Avenue  
Detroit, MI 48226  

Grant F. Shipley  
233 West Baker Street  
Fort Wayne, IN 46802-3413  

Richard J. Swanson  
Macey, Swanson & Allman  
445 North Pennsylvania Street, Suite 401  
Indianapolis, IN 46204-1800  

Ellen L. Triebold  
Office of the United States Trustee  
One Michiana Square, Suite 555  
100 East Wayne Street  
South Bend, IN 46601  

W. Erik Weber  
Mefford and Weber, P.C.  
130 East 7th Street  
P.O. Box 667  
Auburn, IN 46706  

Mark A. Werling  
111 East Wayne Street, Suite 800  
Fort Wayne, IN 46802