UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO. 04-10427 |
| ) | CHAPTER 11 |
| Debtor ) | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE**

The United States Trustee (UST), Nancy J. Gargula, by counsel, Ellen L. Triebold, pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1112(b), respectfully moves this Court to dismiss or convert this case to a case under Chapter 7, and in support thereof, states:

1. The Debtor commenced this case by filing a voluntary petition under Chapter 11 on February 2, 2004.

2. This Court entered a Debtor-In-Possession ("DIP") Order in this case on February 9, 2004.

3. The Debtor has not filed its monthly operating reports for December 2004, January 2005, and February 2005 in violation of N.D.Ind. L.B.R. B-2015-1, this Court's Debtor-In-Possession Order, and UST Guidelines. In addition, the March 2005 report will be due on April 15, 2005.

4. The Debtor's failure to comply with the foregoing prejudices creditors, and prevents creditors, the UST, and other parties in interest from adequately monitoring the case.

5. Because of the foregoing, dismissal or conversion of this case is appropriate under 11 U.S.C. § 1112(b)(1) continuing loss to or diminution of the estate and absence of a reasonable

likelihood of rehabilitation; (2) inability to effectuate a plan; and (3) unreasonable delay by the debtor that is prejudicial to creditors.

WHEREFORE, the UST respectfully requests this Court to enter an order dismissing this case or converting it to Chapter 7, and requests all other proper relief.

> Respectfully submitted,
>
> Nancy J. Gargula
> United States Trustee
>
> By: /s/ Ellen L. Triebold
> Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served by the Bankruptcy Clerk's ECF System or by First Class United States Mail upon the following, on **March 21, 2005**.

John Burns
Mark Werling
Baker & Daniels
111 East Wayne Street, #800
Fort Wayne, IN 46802

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Michael McGauhey
2950 Prospect Street
Indianapolis, IN 46203

> /s/ Ellen L. Triebold

Office of the United States Trustee
555 One Michiana Square Building
100 East Wayne Street
South Bend, IN 46601

574/236-8105, ext. 118
Ellen.L.Triebold@usdoj.gov