UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Cause No. 04-10427 |
| | ) | |
| Debtor. | ) | |

## ORDER CONVERTING CASE

The Motion to Convert Case Chapter 7 having come before the Court for consideration on _____, 2005,

And the Court, having considered the Motion and being duly advised in the premises, now finds that the Motion should be granted. Accordingly, it is hereby

ORDERED that this Chapter 11 case be, and same hereby is converted to a case under Chapter 7 of the Bankruptcy Code, pursuant to Section 1112(b) of the Bankruptcy Code.


Dated:_____            _____
                                    Judge, United States Bankruptcy Court


Distribution to:

Debtor
Debtor's Counsel
Office of the United States Trustee
Counsel for the Official Creditors' Committee
All Parties-in-Interest and Creditors