# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on April 20, 2005 at 1:00 p.m. to consider and act upon the following:

**1. Motion to convert filed by the Unsecured Creditors' Committee on March 21, 2005**
**2. Motion to dismiss or convert filed by the United States Trustee on March 21, 2005**

    A copy of this request is available for your inspection at the Office of the Clerk, United States Bankruptcy Court, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana.

    Pursuant to Northern District of Indiana Local Bankruptcy Rule B−9014−1(b), any party desiring to oppose the relief requested must file and serve a written objection no later than seven (7) days prior to the hearing.

    This matter has been scheduled on the court's miscellaneous calendar. No sworn testimony will be taken by the court at this hearing. Therefore, the parties will not need to bring witnesses. Counsel for the movant and any objectors will, however, be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.

    Dated at Fort Wayne , Indiana on March 25, 2005 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
 Federal Building, Room 1188
 1300 South Harrison Street
 Fort Wayne, Indiana 46802

Document No. 587 – 581, 582