UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor | ) | |

**UNITED STATES TRUSTEE'S MOTION TO WITHDRAW
MOTION TO DISMISS OR CONVERT AND TO REMOVE HEARING
FROM CALENDAR**

The United States Trustee (UST), Nancy J. Gargula, by counsel, Ellen L. Triebold, pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1112(b), respectfully moves this Court for an order granting this motion to withdraw the motion to dismiss or convert this case and to remove the hearing on this Court's calendar on April 20, 2005, at 1:00 p.m., and in support thereof, states:

1. On March 21, 2005, the UST filed a motion to dismiss or convert this case pursuant to 11 U.S.C. § 1112(b) for the Debtor's failure to file monthly operating reports.

2. This Court set this matter for hearing on April 20, 2005, at 1:00 p.m.

3. On or about March 23, 2005, the Debtor filed all delinquent monthly operating reports.

WHEREFORE, the UST respectfully requests this Court to grant her motion to

withdraw the motion to dismiss or convert, to remove the hearing set for April 20, 2005, and requests all other proper relief.

                                                     Respectfully submitted,

                                                     Nancy J. Gargula
                                                     United States Trustee

                                         By:   /s/ Ellen L. Triebold
                                                  Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served by the Bankruptcy Clerk's ECF System or by First Class United States Mail upon the following, on **March 31, 2005**.

John Burns
Mark Werling
Baker & Daniels
111 East Wayne Street, #800
Fort Wayne, IN 46802

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Michael McGauhey
2950 Prospect Street
Indianapolis, IN 46203

                                               /s/   Ellen L. Triebold
                                               Office of the U.S. Trustee
                                               100 E. Wayne Street, Suite 555
                                               South Bend, IN 46601
                                               Tel: (574) 236-8105, ext. 118
                                               Fax: (574) 236-8163
                                               Ellen.L.Triebold@usdoj.gov