UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE  DIVISION

IN RE:                                              )
                                                    )
AUBURN FOUNDRY, INC.                                )      CASE NO. 04-10427
                                                    )      CHAPTER 11
            Debtor                                  )

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION TO WITHDRAW
MOTION TO DISMISS OR CONVERT**

        This matter having come before this Court on the Motion to Withdraw United States

Trustee's Motion to Dismiss or Convert under 11 U.S.C. § 1112(b) ("Motion"), and the Court

being duly advised,

        **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and that the Motion is

**WITHDRAWN.**

        **IT IS FURTHER ORDERED THAT** the hearing set for April 20, 2005, at 1:00 p.m. on

this matter is removed from this Court's calendar.


DATE: _____                              _____

                                                    ROBERT E. GRANT
                                                    U.S. BANKRUPTCY JUDGE