UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.  04-10427 |
|  | ) | CHAPTER  11 |
| AUBURN FOUNDRY INC. | ) | REG/jl |
|  | ) |  |
|  | ) |  |
| Debtor(s) | | |

ORDER

At Fort Wayne, Indiana, on  April 1, 2005.

The United States Trustee having filed a motion to withdraw their motion to dismiss or convert this case, and the court being duly advised, does hereby

GRANT the motion to withdraw the motion to dismiss or convert and the hearing scheduled for April 20, 2005 at 1:00 p.m. is hereby removed from the court's calendar.

IT IS FURTHER ORDERED that the United States Trustee shall serve a copy of this order upon all creditors and parties in interest and file due proof thereof.

/s/ Robert E. Grant
JUDGE, UNITED STATES BANKRUPTCY COURT