UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/jl |
| | ) | |
| | ) | |
| Debtor(s) | | |

ORDER

At Fort Wayne, Indiana, on April 1, 2005.

The United States Trustee having filed a motion to withdraw their motion to dismiss or convert this case, and the court being duly advised, does hereby

GRANT the motion to withdraw the motion to dismiss or convert and the hearing scheduled for April 20, 2005 at 1:00 p.m. is hereby removed from the court's calendar.

IT IS FURTHER ORDERED that the United States Trustee shall serve a copy of this order upon all creditors and parties in interest and file due proof thereof.

/s/ Robert E. Grant
JUDGE, UNITED STATES BANKRUPTCY COURT

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure              Page 1 of 1                Date Rcvd: Apr 01, 2005
Case: 04-10427                Form ID: pdf004            Total Served: 1

The following entities were served by first class mail on Apr 03, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2005**              **Signature:**    _/s/ Joseph Speetjens_