UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor | ) | |

**UNITED STATES TRUSTEE'S CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Order dated April 1, 2005, granting the motion to withdraw the United States Trustee's motion to dismiss or convert, was served by First Class United States Mail, postage prepaid upon the attached list of creditors and parties, on **April 6, 2005**.

/s/   Ellen L. Triebold
Office of the U.S. Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601
Tel: (574) 236-8105, ext. 118
Fax: (574) 236-8163
Ellen.L.Triebold@usdoj.gov