AUBURN FOUNDRY
COMBINED SUMMARY

| Task #'s | Categories | July | August | September | October | November | December | Totals |
|---|---|---|---|---|---|---|---|---|
| 1 | General Administration | 50.1 | 63.8 | 105.3 | 80.2 | 91 | 134.9 | 390.4 |
| 2 | Financing, Cash Use, and DIP | 4.4 | 25.2 | 41.4 | 33.6 | 6.2 | 10.8 | 110.8 |
| 3 | Labor and Employment | 12.7 | 19 | 23.8 | 93.7 | 15.4 | 5 | 164.6 |
| 4 | Environmental | 21.2 | 16.9 | 4.5 | 8.7 | 1.9 | 8.5 | 53.2 |
| 5 | Plan and Disclosure Statement | 197.8 | 82.4 | 145.4 | 67.1 | 142.1 | 114 | 634.8 |
| 6 | Customer and Vendor Issues | 16.6 | 18.4 | 1.1 | 0.0 | 4.1 | 0 | 40.2 |
| 7 | Preference Recoveries | | | | | | 34.8 | |
| | Total Hours | 302.8 | 225.7 | 321.5 | 283.3 | 260.7 | 308 | 1702 |
| | Total Fees | $ 76,977.50 | $ 64,540.50 | $ 81,755.00 | $ 63,352.50 | $ 63,679.00 | $ 68,677.00 | $ 418,981.50 |
| | 80% of Fees | $ 61,582.00 | $ 51,632.40 | $ 65,404.00 | $ 50,682.00 | $ 50,943.20 | $ 54,941.60 | $ 335,185.20 |
| | 20% of Fees | $ 15,395.50 | $ 12,908.10 | $ 16,351.00 | $ 12,670.50 | $ 12,735.80 | $ 13,735.40 | $ 83,796.30 |
| | Expenses | $ 14,882.27 | $ 7,669.98 | $ 5,346.14 | $ 3,599.49 | $ 8,122.83 | $ 8,778.63 | $ 48,399.34 |

**EXHIBIT C**

AUBURN FOUNDRY
COMBINED SUMMARY

| Task #'s | Categories | January | February | Totals |
|---|---|---|---|---|
| 1 | General Administration | 120.6 | 77.6 | 198.2 |
| 2 | Financing, Cash Use, and DIP | 15.7 | 1.1 | 16.8 |
| 3 | Labor and Employment | 14 | 10.8 | 24.8 |
| 4 | Environmental | 5 | 8.2 | 13.2 |
| 5 | Plan and Disclosure Statement | 157.8 | 216 | 373.8 |
| 6 | Customer and Vendor Issues | 0 | | 0 |
| 7 | Preference Recoveries | 40.4 | 41.8 | 82.2 |
| | Total Hours | 353.5 | 355.5 | 709 |
| | Total Fees | $ 87,724.00 | $ 92,103.00 | $ 179,827.00 |
| | 80% of Fees | $ 70,179.20 | $ 73,682.40 | $ 143,861.60 |
| | 20% of Fees | $ 17,544.80 | $ 18,420.60 | $ 35,965.40 |
| | Expenses | $ 10,735.46 | $ 3,689.44 | $ 14,424.90 |

**EXHIBIT C**