AUBURN FOUNDRY
Combined Counsel List -- Hours per Month

| NAME | TITLE | HOURLY RATE | July'04 | Aug'04 | Sep'04 | Oct'04 | Nov'04 | Dec'04 | TOTAL HOURS | TOTAL $'S |
|---|---|---|---|---|---|---|---|---|---|---|
| Beckwith, L.D. | Partner | $330.00 | 12 | 10.6 | 0.5 | | | | 23.1 | $7,623.00 |
| Bennett, D. P. | Partner | $375.00 | | 0.3 | | | 6.4 | 1.3 | 8.0 | $3,000.00 |
| Bomberger, J. A. | Partner | $300.00 | | | | | 0.3 | | 0.3 | $90.00 |
| Burns, J.R. | Partner | $355.00 | 96.5 | 77.7 | 82.1 | 55.4 | 67.9 | 79.1 | 458.7 | $162,838.50 |
| Claffey, S. A. | Partner | $390.00 | 23.0 | 25.3 | 21.9 | 4.1 | 0.8 | 0.4 | 75.5 | $29,445.00 |
| Dale, G. N. | Partner | $305.00 | | 0.6 | | | | 0.6 | 1.2 | $366.00 |
| Hazelrigg, S.H. | Partner | $330.00 | | | 0.3 | 1.2 | | | 1.5 | $495.00 |
| Jaffe, J. | Partner | $350.00 | | | | | 0.3 | | 0.3 | $105.00 |
| Powers, D. D. | Partner | $270.00 | 0.3 | 11.5 | 28.0 | 36.4 | 26.3 | 12.4 | 114.9 | $31,023.00 |
| Purcell, J. W. | Partner | $390.00 | | 2.2 | 0.3 | 1.8 | 1.2 | | 5.5 | $2,145.00 |
| Scott, D.A. | Partner | $300.00 | | | | 0.8 | | | 0.8 | $240.00 |
| Skolnik, G.L. | Partner | $345.00 | | | | 0.4 | | | 0.4 | $138.00 |
| Stanley, R.A. | Partner | $390.00 | | | 0.8 | | | | 0.8 | $312.00 |
| McGrath, M. F. | Of Counsel | $305.00 | 9.2 | 4.7 | 4.0 | 8.5 | 1.9 | 2.1 | 30.4 | $9,272.00 |
| Hinshaw, D.L. | Of Counsel | $265.00 | | 0.1 | 0.5 | 0.7 | | | 1.3 | $344.50 |
| Burns, M. S. | Associate | $180.00 | 1.2 | | | | | | 1.2 | $216.00 |
| Glazner, M.K. | Associate | $160.00 | | | | 32 | | | 32.0 | $5,120.00 |
| Heck, J.R. | Associate | $215.00 | | 0.7 | | | | | 0.7 | $150.50 |
| Hurley, R.M. | Associate | $115.00 | | | 4.1 | 2.7 | 4.6 | 2.7 | 14.1 | $1,621.50 |
| Juba, M.F. | Associate | $140.00 | | | 45.7 | 64 | 37.9 | 87.8 | 235.4 | $32,956.00 |
| Lemert, M. M. | Associate | $220.00 | 2.8 | 9.7 | 13.1 | 8.2 | 4 | 2.8 | 40.6 | $8,932.00 |
| Taylor, D. W. | Associate | $140.00 | 24.1 | 9.8 | | | | | 33.9 | $4,746.00 |
| Werling, M. A. | Associate | $220.00 | 75.8 | 55.8 | 102.2 | 36.1 | 84.7 | 79.1 | 433.7 | $95,414.00 |
| Williams, M.L. | Associate | $130.00 | | | 0.2 | | | | 0.2 | $26.00 |
| Faulkner, J.L. | Paralegal | $130.00 | | 7.5 | 13.3 | 29.2 | 24.4 | 39.7 | 114.1 | $14,833.00 |
| McMeen, D. S. | Paralegal | $105.00 | 46.2 | 9.2 | 4.5 | | | | 59.9 | $6,289.50 |
| Faurote, C.M. | Clerk | $40.00 | | | | 1.8 | | | 1.8 | $72.00 |
| Hobbs, S. | Clerk | $100.00 | 11.7 | | | | | | 11.7 | $1,170.00 |
| | | | 302.8 | 225.7 | 321.5 | 283.3 | 260.7 | 308.0 | 1,702.0 | $481,981.50 |

**EXHIBIT D**

AUBURN FOUNDRY
Combined Counsel List - Hours by Category

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Beckwith, L. D. | Partner | $330.00 | | | | 23.1 | | | | 23.1 | $7,623.00 |
| Bennett, D. P. | Partner | $375.00 | 1.6 | | | | 6.4 | | | 8.0 | $3,000.00 |
| Bomberger, J.A. | Partner | $300.00 | 0.3 | | | | | | | 0.3 | $90.00 |
| Burns, J. R. | Partner | $355.00 | 117.7 | 65.1 | 16.7 | 1.4 | 233.9 | 21.1 | 2.8 | 458.7 | $162,838.50 |
| Claffey, S. A. | Partner | $390.00 | 12.2 | 4.8 | 0.7 | 1.1 | 56.3 | 0.4 | | 75.5 | $29,445.00 |
| Dale, G. N. | Partner | $305.00 | 0.6 | | | | 0.6 | | | 1.2 | $366.00 |
| Hazelrigg, S.H. | Partner | $330.00 | 0.7 | | | | 0.8 | | | 1.5 | $495.00 |
| Jaffe, J. | Partner | $350.00 | | | | | 0.3 | | | 0.3 | $105.00 |
| Powers, D. D. | Partner | $270.00 | 34.5 | 3.9 | 37.1 | 0.4 | 39.0 | 0.0 | | 114.9 | $31,023.00 |
| Purcell, J. W. | Partner | $390.00 | | | 5.2 | | 0.3 | | | 5.5 | $2,145.00 |
| Scott, D.A. | Partner | $300.00 | | 0.8 | | | | | | 0.8 | $240.00 |
| Skolnik, G.L. | Partner | $345.00 | | | 0.4 | | | | | 0.4 | $138.00 |
| Stanley, R.A. | Partner | $390.00 | 0.8 | | | | | | | 0.8 | $312.00 |
| McGrath, M. F. | Of Counsel | $305.00 | | | | 30.4 | | | | 30.4 | $9,272.00 |
| Hinshaw, D. L. | Of Counsel | $265.00 | 0.5 | | 0.8 | | | | | 1.3 | $344.50 |
| Burns, M. S. | Associate | $180.00 | | | 1.2 | | | | | 1.2 | $216.00 |
| Glazner, M.K. | Associate | $160.00 | | | 32.0 | | | | | 32.0 | $5,120.00 |
| Heck, J. R. | Associate | $215.00 | | | | | 0.7 | | | 0.7 | $150.50 |
| Hurley, R.M. | Associate | $115.00 | 14.1 | | | | | | | 14.1 | $1,621.50 |
| Juba, R.M. | Associate | $140.00 | 81.2 | 3.8 | 27.7 | 5.0 | 84.5 | 1.3 | 31.9 | 235.4 | $32,956.00 |
| Lemmert, M. M. | Associate | $220.00 | | | 40.6 | | | | | 40.6 | $8,932.00 |
| Taylor, D. W. | Associate | $140.00 | 9.8 | | | | 24.1 | | | 33.9 | $4,746.00 |
| Werling, M. A. | Associate | $220.00 | 91.1 | 43.2 | 7.2 | 0.3 | 286.1 | 5.7 | 0.1 | 433.7 | $95,414.00 |
| Williams, M.L. | Associate | $130.00 | 0.2 | | | | | | | 0.2 | $26.00 |
| Faulkner, J.L. | Paralegal | $130.00 | 114.1 | | | | | | | 114.1 | $14,833.00 |
| McMeen, D. S. | Paralegal | $105.00 | 59.9 | | | | | | | 59.9 | $6,289.50 |
| Faurote, C.M. | Clerk | $40.00 | 1.8 | | | | | | | 1.8 | $72.00 |
| Hobbs, S. | Clerk | $100.00 | 11.7 | | | | | | | 11.7 | $1,170.00 |
| | | | 552.8 | 121.6 | 169.6 | 61.7 | 733.0 | 28.5 | | 1702.0 | |
| | | | | | | | | | | | $418,981.50 |

AUBURN FOUNDRY
Combined Counsel List -- Hours per Month

| NAME | TITLE | HOURLY RATE | NUMBER HOURS Jan'05 | NUMBER HOURS Feb'05 | TOTAL HOURS | TOTAL $'S |
|---|---|---|---|---|---|---|
| Bennett, D. P. | Partner | $375.00 | 1.6 | | 1.6 | $600.00 |
| Burns, J. R. | Partner | $375.00 | 114.5 | 118.8 | 233.3 | $87,487.50 |
| Claffey, S. A. | Partner | $410.00 | 0.8 | 6.6 | 7.4 | $3,034.00 |
| Dale, G. N. | Partner | $315.00 | 0.2 | | 0.2 | $63.00 |
| Powers, D. D. | Partner | $285.00 | 7.9 | 11.7 | 19.6 | $5,586.00 |
| | | | | | | |
| McGrath, M. F. | Of Counsel | $325.00 | 5.0 | 3.1 | 8.1 | $2,632.50 |
| | | | | | | |
| Hurley, R.M. | Associate | $170.00 | 3.1 | 4.3 | 7.4 | $1,258.00 |
| Juba, M.F. | Associate | $160.00 | 68.6 | 86.2 | 154.8 | $24,768.00 |
| Lemert, M. M. | Associate | $235.00 | 6.1 | | 6.1 | $1,433.50 |
| Werling, M. A. | Associate | $240.00 | 65.8 | 87.6 | 153.4 | $36,816.00 |
| | | | | | | |
| Castor, A.K. | Paralegal | $140.00 | | 0.8 | 0.8 | $112.00 |
| Benson, M.F. | Clerk | $40.00 | | 2.5 | 2.5 | $100.00 |
| Faulkner, J.L. | Paralegal | $140.00 | 79.6 | 33.9 | 113.5 | $15,890.00 |
| Harber, J.E. | Paralegal | $155.00 | 0.3 | | 0.3 | $46.50 |
| | | | 353.5 | 355.5 | 709.0 | $179,827.00 |

**EXHIBIT D**

AUBURN FOUNDRY
Combined Counsel List - Hours by Category

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Bennett, D. P. | Partner | $375.00 | | | | | 1.6 | | | $600.00 |
| Burns, J. R. | Partner | $375.00 | 27.7 | 45.4 | 0.7 | 2.6 | 149.4 | | 7.5 | $87,487.50 |
| Claffey, S. A. | Partner | $410.00 | 1.7 | | | | 5.7 | | | $3,034.00 |
| Dale, G. N. | Partner | $315.00 | | | | | 0.2 | | | $63.00 |
| Powers, D. D. | Partner | $285.00 | 0.9 | | 18.0 | | 0.7 | | | $5,586.00 |
| McGrath, M. F. | Of Counsel | $325.00 | | | | 8.1 | | | | $2,632.50 |
| Hurley, R.M. | Associate | $170.00 | 7.4 | | | | | | | $1,258.00 |
| Juba, R.M. | Associate | $160.00 | 12.6 | 12.0 | | 1.5 | 88.2 | | 40.5 | $24,768.00 |
| Lemmert, M. M. | Associate | $235.00 | | | 6.1 | | | | | $1,433.50 |
| Werling, M. A. | Associate | $240.00 | 22.7 | 1.7 | | 1.0 | 128.0 | | | $36,816.00 |
| Benson, M.F. | Clerk | $40.00 | 2.5 | | | | | | | $100.00 |
| Castor, A.K. | Paralegal | $140.00 | 0.8 | | | | | | | $112.00 |
| Faulkner, J.L. | Paralegal | $140.00 | 79.3 | | | | | | 34.2 | $15,890.00 |
| Harber, J.E. | Paralegal | $155.00 | 0.3 | | | | | | | $46.50 |
| | | | 155.9 | 59.1 | 24.8 | 13.2 | 373.8 | 0.0 | 82.2 | $179,827.00 |