NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:           )
                            )
AUBURN FOUNDRY, INC.,       )           Chapter 11
                            )
   Debtor.                  )           BK Case No. 04-10427

**NOTICE OF APPLICATION FOR ALLOWANCE OF
ATTORNEYS' FEES AND OPPORTUNITY TO OBJECT**

On April 6, 2005, Baker & Daniels ("B&D"), attorneys for the Debtor, filed its Interim Application for Allowance of Attorney's Fees, requesting the allowance and payment of professional fees and reimbursement of expenses, to the extent not already paid on a provisional basis, for the period through February 28, 2005, in accordance with §§ 327, 330, and 331 of the Bankruptcy Code. If granted, the Application would permit the allowance and payment of the fees and expenses set forth therein.

Based upon the amount of time involved and the nature of the services rendered through February 28, 2005, the Applicant seeks allowance of the sum of Five Hundred Ninety Eight Thousand, Eight Hundred Eight and 50/100 Dollars ($598,808.50) in Attorney's Fees, plus Sixty Two, Eight Hundred Twenty Four and 24/100 Dollars ($62,824.24) in expenses.

In representing the Debtor, B&D has filed with the Court its monthly itemized statements, and, including retainers, has been paid Four Hundred Seventy Nine Thousand, Forty Six and 80/100 Dollars ($479,046.80) in attorney's fees and costs.

B&D seeks payment of the unpaid balance of One Hundred Nineteen Thousand, Seven Hundred Sixty One and 70/100 Dollars ($119,761.70), which has not been heretofore paid pursuant to the Order authorizing Provisional Payment of Fees. A copy of the Application is attached hereto. If granted, the Application would authorize the allowance of such fees and expenses. **Payment of such fees will be made pursuant to a carve-out by the Senior Lenders from funds subject to their security interest, and, thus, payment will not diminish funds available to the Debtor that are not subject to Senior Lender liens.**

If you do not want the court to grant the Application, then on or before April 26, 2005, you or your attorney must:

1) File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

>   1300 South Harrison Street
>   Room 1188
>   P.O. Box 2547
>   Fort Wayne, IN  46802-2547

FWIMAN1 374841v1

-2-

If you mail your objection, you must mail it early enough that it will be received by the date it is due.

       2)       You must also mail a copy of your objection to:

> John R Burns
> Baker & Daniels
> 111 East Wayne Street, Ste 800
> Fort Wayne, IN  46802

If you do not file an objection by the due date, the court may grant the relief requested without holding a hearing.

If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date:  April 7, 2005                By:  /s/John R Burns, III
                                            John R Burns, III (#3016-02)
                                            Mark A. Werling (#20426-02)
                                            111 East Wayne Street, Suite 800
                                            Fort Wayne, Indiana 46802
                                            john.burns@bakerd.com
                                            mark.werling@baker.com
                                            Telephone:  (260) 424-8000
                                            Facsimile:  (260) 460-1700

                                            ATTORNEYS FOR THE DEBTOR,
                                            AUBURN FOUNDRY, INC.