UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | ) CASE NO.  04-10427-reg-11 |
| Debtor | ) |

**LIMITED OBJECTION TO MOTION FOR APPROVAL OF SALE
OF MANUFACTURING PLANTS AND RELATED ASSETS FREE
AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

Comes now NMHG Financial Services, Inc. ("NMHG"), by counsel, and for its Limited Objection to the Motion to Approve Sale of Manufacturing Plants and Related Assets Free and Clear of Liens, Claims and Interests filed by the Debtor on March 31, 2005 ("Motion"), states as follows:

1. On or about February 8, 2004, Auburn Foundry, Inc. ("Debtor") filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code.

2. On or about May 8, 2001, Debtor executed a lease, Lease No. 4120494 (the "Lease"), of various equipment to KMH Systems, Inc. ("KMH").  The leased equipment ("Equipment") is described more particularly as follows:

| Schedule No. 4120494-001 | |
|---|---|
| Forklift | S/N:  A875B14669Y |
| Forklift | S/N:  A875B14568Y |
| Forklift | S/N:  A875B14670Y |
| Forklift | S/N:  A875B14652Y |
| Forklift | S/N:  A875B14659Y |
| Forklift | S/N:  A875B14671Y |
| Forklift | S/N: A875B14662Y |

| Schedule No. 4120494-002 | |
|---|---|
| Forklift | S/N: C813V01533Y |

| Schedule No. 4120494-003 | |
|---|---|
| Forklift | S/N: A875B18339Z |
| Forklift | S/N: A875B18354Z |
| Forklift | S/N: A875B18297Z |
| Forklift | S/N: A875B18336Z |
| Forklift | S/N: A875B18343Z |
| Forklift | S/N: A875B18353Z |

| Schedule No. 4120494-004 | |
|---|---|
| Forklift | S/N: A875B18517Z |

| Schedule No. 4120494-005 | |
|---|---|
| Forklift | S/N: C813V02156Z |

|          | Schedule No. 4120494-006 |
|----------|--------------------------|
| Forklift | S/N: E108V17571Z         |

|          | Schedule No. 4120494-007 |
|----------|--------------------------|
| Forklift | S/N: E108V17580Z         |

|          | Schedule No. 4120494-008 |
|----------|--------------------------|
| Forklift | S/N: E108V17577Z         |

|          | Schedule No. 4120494-009 |
|----------|--------------------------|
| Forklift | S/N: E108V17567Z         |
| Forklift | S/N: E108V17578Z         |
| Forklift | S/N: E108V17582Z         |
| Forklift | S/N: E108V17579Z         |

3. KMH assigned the Lease to NMHG on May 8, 2001.

4. The Motion appears to requests authority to sell all of the Debtor's assets in Plants 1 and 2, without specifically listing those assets. Accordingly, it is not clear whether the Equipment is to be included in the proposed sale.

5. The Equipment is not property of the estate which the Debtor is entitled to sell.

6. Contemporaneously herewith, the NMHG is requesting Relief from the Stay and the Abandonment of the Equipment by separate motion. True, accurate, and authentic copies of the Lease, its schedules and the assignment of the lease are attached to Motion for Relief From the Stay and Abandonment filed concurrently herewith. Parties desiring additional copies of those exhibits to that motion may request them from the undersigned.

7. The proposed sale is scheduled to occur on April 18, 2005, four (4) days before the date the Debtor requested for the hearing on the Motion, contrary to the requirements of 11 U.S.C. § 363 (b) and (c), which require a "notice and a hearing" prior to such a sale.

WHEREFORE, NMHG Financial Services, Inc. objects to the proposed sale of assets by the Debtor to the extent that it is to include any of the Equipment leased by NMHG to the Debtor, that such Equipment be excluded from the sale accordingly, and for such other relief as is just and proper.

Respectfully submitted,

RUBIN & LEVIN, P.C.


By: /s/James T. Young
James T. Young
Attorney No. 13834-71

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Relief from Stay and for Abandonment has been served upon the following either by electronic mail or by first class United States mail, postage prepaid, on April 7, 2005:

See Attached Distribution List

/s/ James T. Young
James T. Young
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(3l7) 634-0300; FAX No. (3l7) 263-2550
JTY/lle
(Our File No. 81901103)
G:\WP80\lemerson\Pleading\Auburn LimitedObj