UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO. 04-10427-reg-11 |
| ) | |
| Debtor | |

### MOTION FOR EMERGENCY HEARING ON LIMITED OBJECTION

Comes now NMHG Financial Services, Inc. ("Creditor"), by counsel, and in support of its Motion, states as follows:

1. On March 31, 2005, the Debtor filed its Motion to Approve Sale of Manufacturing Plants and Related Assets Free and Clear of Liens, Claims and Interests ("Motion"), which in relevant part appears to contemplate a sale of all of the assets located in its Plants 1 and 2.

2. Contemporaneously herewith, Creditor filed a Limited Objection to the Motion, requesting that its equipment leased to the Debtor be excluded from the proposed sale.

3. The proposed sale is to occur at 9:00 a.m. on April 18, 2005, four (4) days before the date the Debtor requested for the hearing on the Motion, April 22, 2005.

4. In order for this matter to be heard before the proposed sale occurs, the hearing needs to occur by the close of business on Friday, April 15, 2005.

WHEREFORE, NMHG Financial Services, Inc. requests that the Court schedule its Limited Objection to the Motion for hearing at its earliest convenience, but no later than the close of business on Friday, April, 15, 2005.

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: /s/James T. Young
James T. Young
Attorney No. 13834-71

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Relief from Stay and for Abandonment has been served upon the following either by electronic mail or by first class United States mail, postage prepaid, on April 7, 2005:

See Attached Distribution List

<u>/s/ James T. Young</u>
James T. Young
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(317) 634-0300; FAX No. (317) 263-2550
JTY/lle
(Our File No. 81901103)
G:\WP80\lemerson\Pleading\Auborn Motionemhearing