UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. 04-10427-reg-11 |
| | ) | |
| | ) | |
| Debtor(s) | | |

**ORDER SETTING HEARING ON MOTION FOR**
**EMERGENCY HEARING ON LIMITED OBJECTION**

Comes now NMHG Financial Services ("Creditor"), having filed a Motion for Emergency Hearing, and the Court being duly advised in the premises, now finds that said Motion for Emergency Hearing should set for a hearing. Therefore, it is accordingly;

ORDERED, ADJUDGED & DECREED that a hearing be held on _____, 2005 at 2127 Federal Building 1300 South Harrison Street, Fort Wayne, Indiana, at _____ a.m./p.m. on Limited Objection to Motion for Approval of Sale of Manufacturing Plants and Related Assets Free and Clear of Liens, Claims and Interests filed by Creditor.

Dated:_____

_____
JUDGE, U.S. Bankruptcy Court

DISTRIBUTION: (See Attached List)

DISTRIBUTION:

James T. Young
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
JTY/lle
(Our File No. 81901103)
G:\WP80\lemerson\Pleading\Auburn Orderhearing