# DISTRIBUTION LIST

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com,
skrhoads@bakerd.com
tlwiley@bakerd.com,
jacklyn.faulkner@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562
(317) 713-3699 Fax
mreich@sbalawyers.com,
jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802-3413
gfs@gshipley.com
(260) 422-2711
*(For Shelby County Bank/Bank of America)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard
Suite 200
Cleveland, Ohio 44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana 46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026
rogers.brad@pbgc.gov
*(For Pension Benefit Guaranty Corporation)*

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana 46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana 46802
(260) 424-2790
(260) 424-1872 Fax
ekos@ekoslaw.com
*(For City of Auburn)*

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana 46204-2161
(317) 860-2865
(317) 263-9411 Fax
marie@rubin-levin.net
*(For NMHG Financial Services, Inc.*

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 425-9777
*(For Edwin P. Rosebrock)*

0 C Tanner
1930 South State Street
Salt Lake City, UT 84115

3M Valley
600 East Meigs
Valley, NE 68064-0368

A T & T
P.O. Box 96001309
Louisville, KY 40290-1309

A-1 Janitorial Service
P.O. Box 241
Waterloo, IN 46793

A. F. Europe, Inc.
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

A.F. Europe, Inc.
635 West Eleventh Street
Auburn, IN 46706

ABB Inc.
9000 Regency Park, Suite 300
Cary, NC 27511

ABB Metallurgy Inc
1460 Livingston Avenue
North Brunswick, NJ 08902

ABF Freight System Inc.
3320 North Wells Street
Fort Wayne, IN 46808

Acordia
P.O. Box 885
Ft Wayne, IN 46801-0885

Addis Inc
3721 Lee Road
Cleveland, OH 44120

Admetco
7625 Vicksburg Pike
Fort Wayne, IN 46850

Aero-Motive Manufacturing
5688 East ML Avenue
Kalamazoo, MI 49001

Air Products and Chemicals
P.O. Box 25745
Lehigh Valley, PA 18002-5742

Air Products and Chemicals
Tom Jacob A6313
7201 Hamilton Boulevard
Allentown, PA 18195

Air Technics Inc.
2652 Merrimont Drive
Troy, OH 45373

Airborne Express
P.O. Box 91001
Seattle, WA 98111

Airtech Environmental Services
601A Country Club Drive
Bensenville, IL 60106

Alfa Financial Corporation
56 Colonial Park Drive, Suite 200
Roswell, GA 30075

Allen Pattern Works Inc.
616 East Wallace Street
P.O. Box 10540
Fort Wayne, IN 46803

Alro Steel Corporation
P.O. Box 10360
Ft Wayne, IN 46851-0360

American Arbitration Association
13455 Noel Road, Suite 1750
Dallas, TX 75240

American Bio Medica Corporation
122 Smith Road
Kinderhook, NY 12106

American Distribution Assoc.
335 Madison Avenue, 10th Floor
New York, NY 10017

American Express Travel Related Svcs Co
Inc Corp C
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

American Wire Rope and Sling
3122 Engle Road
Fort Wayne, IN 46809

Ametek Inc.
900 Greenbank Road
Wilmington, DE 19808

Anne Meeks Davis Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46306-2847

Antibus Scales and Systems
4809 Illinois Road
Fort Wayne, IN 46804

Scott C. Andrews
Rubin & Levin, P.C.
342 Massachusetts Avenue, Suite 500
Indianapolis, IN 46204

Applied Metals & Machine Works
1036 St. Marys Avenue
Fort Wayne, IN 46808

Arab Pest Control
1130 Pion Road
Fort Wayne, IN 46825

Arch Wireless
Attn: Division 19
11570 Mosteller Road
Cincinnati OH 45241

Arrow Fence Company, Inc.
318 Edgewood Avenue
Fort Wayne, IN 46805

Arrow Services Inc
4121 Northrup
Ft Wayne, IN 46805

Ashland Chemical Co
P.O. Box 395
Columbus, OH 43216-0395

Ashland, Inc.
Collection Dept.
P.O. Box 2219
Columbus, OH 43216

Auburn Chrysler, Dodge, & Jeep, Inc.
507 South Grandstaff Drive
Auburn, IN 46706

Auburn City Utilities
P.O. Box 506
Auburn, IN 46706

Auburn Inn
225 Touring Drive
Auburn, IN 46706

Austin Petroleum, Inc.
c/o Ron Ellis, President
99 East Joe Street
Huntington, IN 46750

Auto Electric
709 East Washington
Ft Wayne, IN 46802

Automatic Data Processing
of Indianapolis, Inc
P.O. Box 80419
Indianapolis, IN 46280-0419

Aztec Millennium Supply, Inc.
8411 Mayhew Road
Fort Wayne, IN 46835

B-P Industrial Division
8432 Central Avenue, Suite 3
Sylvania, OH 43560

Auburn Foundry, Inc.
635 West Eleventh Street
Auburn, IN 46706

B-P Industrial Division
8432 Central Avenue, Suite 3
Sylvania, OH 43560

Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN 46804

Bank of America
231 South Lasalle Street, 16th Floor
Chicago, IL 60697

Bassett Office Supply Inc
509 South Main Street
Auburn, IN 46706

Bayard Advertising Agency
902 Broadway, 10th Floor
New York, NY 10010

BBC Pump and Equipment Co., Inc.
1125 West 16th Street
P.O. Box 22098
Indianapolis, IN 46222

BBC Pump and Equipment Co., Inc.
777 North Tibbs Avenue
P.O. Box 22099
Indianapolis, IN 46222

Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

Belcon Corp.
P.O. Box 4763
Oak Brook, IL 60522-4763

Best Access Systems
6161 East 75th Street
Indianapolis, IN 46250

BGR Inc
25703 Springfield Center Road
Harlan, IN 46743

BGR Inc.
6392 Grand Road
West Chester, Ohio 45069

Bisbee Infrared Services
1304 West Michigan
Jackson, MI 49204

Bliss Clearing Niagra, Inc.
683 Northland Avenue
Buffalo, NY 14211

Blue Flame of Waterloo
P.O. Box 428
Waterloo, IN 46793

Bobcat Financial Services
8001 Ridgepoint Drive
Irving, TX 75063

Bobcat of Fort Wayne
3630 Goshen Road
Fort Wayne, IN 46818

Bohl Crane Inc
1930 Lakeview Drive
FT Wayne, IN 46808

Bohl Equipment Company
534 West Laskey Road
Toledo, OH 43612

Bohren Logistics, Inc.
325 North Taylor Road
Garrett, IN 46738

Bohren-Mercer Warehouse and
Distribution
325 North Taylor Road
Garrett, IN 46738

Bostwick-Braun
1946 North 13th Street
Toledo, OH 43624

Bostwick-Braun Company
State Road 4 169
Ashley, IN 46705

BPC - Bell Packaging Corporation
P.O. Box 3333
Marion, IN 46953-0333

BPC - Bell Packaging Corporation
P.O. Box 3006
Marion, IN 46953-0333

Brake Materials & Parts Inc
800 Sherman At Pape
Fort Wayne, IN 46808

Bread Basket
115 North Main Street
Auburn, IN 46706

Brechbuhler Scales
3306 Cavalier Drive
Fort Wayne, IN 46808

Brehob Electric Equipment Inc.
P.O. Box 2023
Indianapolis, IN 46206-2023

Brehob Electric Equipment Inc.
1334 South Meridian Street
Indianapolis, IN 46225

Brian S Automotive Center
1110 South Grandstaff Drive
Auburn, IN 46706

Bristal Metal Products, Inc
3000 Lebanon Church Road
West Mifflin, PA 15122

Business Impressions
509 South Main Street
Auburn, IN 46706

Butler & Butler Construction
1803 Grandstaff Drive South
Auburn, In 46706

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

C A Picard Surface Engineer
Surface Engineering Division, Inc.
689 Sugar Lane
Elyria, OH 44035

C Miller & Sons Inc
6707 Gabion Way
FT Wayne, IN 46818

Calar Inc
1010 C West Seventh Street
Auburn, IN 46706

Calar Inc.
P.O. Box 458
Syracuse, IN 46567

Cams, Inc.
495 Village Park Drive
Powell, OH 43065

Camway Transportation Corp
7846 West Central Avenue
Toledo. OH 43617

Canteen
2715 American Way
Fort Wayne, IN 46809

Carolyn D. Honer
c/o Keaton And Keaton
P.O. Box 11208
Fort Wayne, IN 46856-1208

Carpenter Brothers Inc.
6120 Norton Center Drive
Muskegon, MI 49441

Carper Farm Supply Inc
P.O. Box 159
Ashley, IN 46705

Carrier Vibrating Equipment
P.O. Box 37070
Louisville, KY 40233-7070

Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, Ohio 44122

Cascade Pattern Company
5191 Ternes Avenue
Elyria, OH 44035

CC Metals and Alloys Inc
University Corporate Centre
300 Corporate Parkway - 216N
Amherst, NY 14226

Centennial Wireless
421 Fernhill Avenue
Fort Wayne, IN 46805

Certanium. Alloys & Research
6510 Northpark Boulevard
Charlotte, NC 28216

Certified Reducer Rebuilders
32079 Milton
Madison Heights, MI 48071

Ceruti's Catering
615 Professional Way
Kendallville, IN 46755

Christy Davis Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Cincinnati Plus
Parts Division
4701 Marburg Avenue
Cincinnati, OH 45209

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

City of Auburn
c/o Rebecca Fuller
P.O. Box 506
Auburn, IN 46706

City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706-1839

Classic City Automotive Inc
503 Michigan Avenue
Auburn, IN 46706

Clean Conveyor Solutions
Division Of CVP Group, Inc.
P.O. Box 67
Willow Springs, IL 60480-0067

Commissioner of Labor/IOSHA
402 West Washington Street, RM W-195
Indianapolis, IN 46204

Complete Drives Inc
1542 West Auburn Drive
Auburn, IN 46706

Complete Drives Inc.
6419 Discount Drive
Fort Wayne, IN 46818

Complete Maintenance & Staffing, Inc.
5405 Hursh Road
Fort Wayne, IN 46845

Comtronix Corporation
2213 East 45th Street
Indianapolis, IN 46205-2297

Consolidated Industries
6228 Holly Oak Drive
Fort Wayne, IN 46818

Copelco Capital, Inc.
P.O. Box 728
Park Ridge, NJ 07656

Copper and Brass Sales Inc.
530 Northfield Drive
Brownsburg, IN 46112

Core Tech Inc
6000 Old Maumee Road
Ft Wayne, IN 46803

Corporate Benefit Strategy
5181 Plainfield Avenue NE, Suite D
Grand Rapids, MI 46535

Cotterman Company
130 Seltzer Road
Croswell, MI 48422

Covert Manufacturing Inc.
328 South East Street
Galion, OH 44833

Covington Box
3514 US 6
Waterloo, IN 46793

Covington Box & Packaging, Inc.
c/o Beckman Lawson, LLP
Attn: Howard B. Sandler, Esq.
P.O. Box 800
Fort Wayne, IN 46801-0800

Crosible Inc.
P.O. Box 271
Moravia, NY 13118

Crown Equipment Corporation
1919 Research Drive
Fort Wayne, IN 46808

Crystal Clean
c/o Petroleum Management
7901 West Morris Street
Indianapolis, IN 46231

Current Inc
2120 East Washington
Ft Wayne, IN 46803-1329

Curtis 1000
P.O. Box 11271
Ft Wayne, IN 46856

Custom Engineering & Fabrication
2471 CR 64
Auburn, IN 46706

Custom Engineering & Fabrication
1631 East Pontiac Street
Fort Wayne, IN 46809

John R. Burns
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802

Cascade Pattern Company
Shapero, Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, OH 44122

Citizens Gas & Coke Utility
Michael McGauhey
2950 Prospect Street
Indianapolis, IN 46203

City of Auburn
c/o Edmund P. Kos
Kos & Associates
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Ste 200
Cleveland, OH 44131

D.A.S. Services, Inc.
2310 West 175 North
Angola, IN 46703

Daniel T. March
c/o John C. Grimm
P.O. Box 31
Auburn, IN 46706

Dauber Company Inc
577 North 18th Road
Tonica, IL 61370

David B. Fink
P.O. Box 72
Auburn, IN 46706

David B. Fink, Debtor by
G. D. Boynm, Trste
c/o Warrick & Boyn LLP
Attn: Gary D. Boyn
121 West Franklin Street, Suite 400
Elkhart, IN 46516-3278

David Burr Fink, by Tower Bank
& Trust Co.
Tower Bank & Trust Co., as Trustee
c/o Martin E. Seifert, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

David Hunter
5206 North Manitou Trail
Leland, MI 49654

David J. Joseph Company
659 Van Meter Street, Suite 530
Cincinnati, OH 45202

David M. Meeks Jr. Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46305-2847

David Weber
4213 Arkway Court
Fort Wayne, IN 46814

Dayton Freight
P.O. Box 340
Vandalia, OH 45377

Dayton Freight Lines Inc
6450 Poe Avenue, Suite 311
Dayton, Ohio 45414

DeKalb Co. Nuisance Animal Control
4107 CR 35
Auburn, IN 46706

Dekalb County Treasurer
Courthouse
Auburn, IN 46706

Dekalb County, Indiana
Dekalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Dekalb Engineering
700 East Quincy Street
Garrett, IN 46738

Dekalb Memorial Hospital
P.O. Box 542
Auburn, IN 46706

Dell Financial Services
P.O. Box 99200
Chicago, IL 60693

Dell Financial Services, L.P.
14050 Summit Drive, Building A
Suite 101
Austin, TX 78758

Detrick L. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Diamond Power Specialty Co
2520 East Main Street
Lancaster, OH 43130-0787

Dick Taylor Consulting
635 Land 425
Jimmerson Lake
Fremont, IN 46737

Dictating & Time Systems
2212 South Calhoun Street
Fort Wayne, IN 46802

Dietert Foundry Testing Inc
9190 Rose Lawn Avenue
Detroit, MI 48204

Digital Communication Prod
3720 South Calhoun Street
Ft Wayne, IN 46862-2107

Digital Reprographics, Inc.
105 Chambeau Road
Fort Wayne, IN 46805

Disa Goff, Inc.
1 Pleasant Grove Road
Seminole, OK 74868

Disa Goff, Inc.
P.O. Box 1607
Seminole, OK 74818

Disa Industries Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

Diversified Pattern & Eng
100 Progress Way
Avilla, IN 46710-0230

DoAll South Bend Co Inc
802 South Beiger Street
Mishawaka, IN 46544

Don R Fruchey Inc
5608 Old Maumee Road
Ft Wayne, IN 46803

Don R. Fruchey, Inc.
Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, IN 46802

Dorsch Tool & Eng Co
3419 Georgetown Road
Indianapolis, IN 46224

Dr Lubricants Inc
4611 Newaygo Road, Suite D
Ft Wayne, IN 46825

Duca Manufacturing Inc
761 Mcclurg Road
Boardman, OH 44512

Duffy Office Products
7712 Lima Road
Fort Wayne, IN 46818

Duraflo Equipment Company, Inc.
1737 Massachusetts Avenue
Indianapolis, IN 46201

Duraflo Equipment Company, Inc.
3910 - B Culligan Avenue
Indianapolis, IN 46218

E-Filliate Inc.
11321 White Rock Road
Rancho Cordova, CA 95742

Eagle Fountain Works, Inc.
8 Winchester Road
Ormond Beach, FL 32174

Earth Tech, Inc.
5555 Glenwood Hills Parkway S.E.
Grand Rapids, MI 49512

Eastern Engineering Supply
2810 North Wheeling
Muncie, IN 47303

Eclectric Company
18315 Richey Lane
Huntertown, IN 46748

Edglo Laboratories Inc
2107 East Washington Boulevard
Ft Wayne, IN 46803

Edglo Laboratories, Inc.
2121 East Washington Boulevard
Fort Wayne, IN 46803

EDS
P.O. Box 4582
Postal Station A
Toronto, ON M5W 4W4

Edwards Medical
495 Woodcreek Drive
Bolingbrook, IL 60440

Edwin P. and Mary K. Rosebrock
c/o Patrick Procter, Eilbacher Scott
110 West Berry Street, Suite 2202
Fort Wayne, IN 46802

Edwin P. Rosebrock
Patrick L. Proctor
803 South Calhoun Street, 4th Floor
Fort Wayne, IN 46802

Edwin P. Rosebrock
P.O. Box 383
Auburn, IN 46706

Eirich Machines Inc
4033 Ryan Road
Gurnee, IL 60031

Eleventh Street Capital, LLC
635 West Eleventh Street
Auburn, IN 46706

Eleventh Street Capital, LLC
c/o Sommer Barnard Ackerson
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Elkem Metals Inc.
Stacy Cairns
P.O. Box 266
Pittsburgh, PA 15230

Elliot Transport System, Inc.
MC 250424
4104-32nd Avenue South
Moorhead, MN 56561-0366

Ely Crane & Hoist
1247 East 222nd Street
Euclid, OH 44117

Emed Company Inc.
P.O. Box 369
Buffalo, NY 14240-0369

Emergency Radio Service
4410 Earth Drive
Fort Wayne, IN 46809

Empire Refractory Sales Inc
3525 Metro Drive
Fort Wayne, IN 46818

Employer S Security Inc
Po Box 1045
Elkhart, IN 46515

Enco Manufacturing Company, Inc.
P.O. Box 357
Farmingdale, NY 11735

Enco Mfg Co
400 Nevada Pacific Highway
Fernley, NV 89408

Engineered Tooling
P.O. Box 48
Albion, IN 46701

Enviro Control Metals
650 Chestnut Street S.W.
Grand Rapids, MI 49503

Epic Machine
201 Industrial Way
Fenton, MI 48430

Eric Davis
1565 West Maumee Street
Angola, IN 46703

Ernst and Young LLP
P.O. Box 710884
Cincinnati, OH 45271-0884

Ewald Enterprises Inc
Attn: Daniel R. Ewald
P.O. Box 80165
Ft. Wayne, IN 46898-0165

Executone Information Systems
Attn LCR Department
P.O. Box 52843
Phoenix, AZ 85072-2843

Fairmount Minerals
P.O. Box 400
Bridgeman, MI 49106

Falcon Foundry Co
P.O. Box 301
Lowellville, OH 44436-0301

Fargo Wear Inc
1801 Caniff Avenue
Detroit, MI 48212-2917

Fastenal Company
923 Cardinal Court
Auburn, IN 46706

Fire Protection Inc
Curt & Tim Howard
750 West North Street, Suite C
Auburn, IN 46706

First Insurance Funding Corp.
450 Skokie Boulevard., Suite 1000
P.O. Box 3306
Northbrook, IL 60065-3306

Flex-Pac, Inc.
7113 South Mayflower Park
Zionsville, IN 46077

FMTHUR
8408 Manor Drive
Fort Wayne, IN 46825

FOSECO Inc
20200 Sheldon Road
Brook Park, OH 44142

Fox Contractors Corp.
5430 Ferguson Road
Fort Wayne, IN 46809

Fox Contractors Corp.
c/o Stephen E. Lewis, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802

Frank H Gill Company
P.O. Box 703
Lansing, IL 60438-0703

Frank H Gill Company
2859 Bernice Road
Lansing, IL 60438

Franklin Capital Financial Services, LLC
112 North Grant Street
North Aurora, IL 60542

Freeman Mfg & Supply Company
27655 Groesbeck Highway
Roseville, MI 48066

Friskney Gear & Machine Corp
350 North Bridge Street
Corunna, IN 46730

Ft. Wayne Orthopaedics
P.O. Box 2526
Fort Wayne, IN 46801

Fairmount Minerals
Michelle Pezanoski
P.O. Box 177
Wedron, IL 60557

Gary G. Schock
c/o Randal S. Forbee
P.O. Box 374
Angola, IN 46703

General Kinematics Corp
5050 Rickert Road
Crystal Lake, IL 60014-7333

General Kinematics Corp
777-T Lake Zurich Road
Barrington, IL 60010

General Motors Corporation
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226

George E Booth Company
8202 West 10th Street
Indianapolis, IN 46214-2432

Gerald L. Martin, III
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Glass, Molders, Pottery, Plastics and
Allied
c/o Richard J. Swanson
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

GMAC Business Credit, LLC
300 Galleria Office Centre, Suite 110
Southfield, MI 48034

GMP Local 322
C/O Richard J. Swanson
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Goeglein's Inc.
7311 Maysville Road
Fort Wayne, IN 46815-8199

Golden Rule Sanitation, Inc
9905 Kress Road
Roanoke, IN 46783

Grainger Inc
5002 Speedway Drive
Ft Wayne, IN 46825

Graycraft Signs Plus Inc
434 West 7th Street
Auburn, IN 46706

Great Lakes Carbon Corp
Four Greenspoint Plaza, Suite 2200
16945 North Chase Drive
Houston, TX 77060-2133

Groholski Manufacturing So
P.O. Box 15742
Fort Wayne, IN 46885

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Nancy J. Gargula
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

H E C O INC
3509 South Burdick Street
Kalamazoo, MI 49001

H.A. Smolen Company Inc.
P.O. Box 9055
Highland, IN 46322

Haney S Glass of Auburn
930 West 15th Street
Auburn, IN 46706

Harbor Metal Treating Co. of Indiana
P.O. Box 644
Benton Harbor, MI 49023

Hartley Controls Corp.
2400 Holly Road
Neenah, WI 54956

Heraeus Electro-Nite Company
Instrument Lab
1418 East 86th Place
Merrillville, IN 46410

Heraeus Electro-Nite Company
One Summit Square 1st Floor, Suite 100
Langhorne, PA 19047

Hi-Vac Corporation
117 Industry Road
Marietta, OH 45750

Hickman Williams & Company
Commerce Plaza
2015 Spring Road
Oak Brook, IL 60521

Hickman, Williams & Company
Attention: T. L. Meadors
P.O. Box 538
Cincinnati, OH 45201

Hill and Griffith Co.
3637 Farnsworth
Indianapolis, IN 46241

Hipsher Tool & Die, Inc.
1593 South State Road 115
Wabash, IN 46992

Hook Industrial Sales Inc.
2731 Brooklyn Avenue
P.O. Box 9177
Fort Wayne, IN 46899

Hoosier Trailer & Truck Eq
4830 Todd Drive
Fort Wayne, IN 46803

Hot Crews Inc
P.O. Box 13094
Ft Wayne, IN 46803

Hydronic & Steam Equip Co
8950 Bash Street
Indianapolis, IN 46256

Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

I.R.S.
230 South Dearborne, Room 2560
5014 CHI
Chicago, IL 60604

IBM Corporation
2707 Butterfield
Oak Brook, IL 60521

IBM Credit Corporation
1 North Castle Drive
Armonk, NY 10504-2575

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

IN Dept. of Environmental Management
100 North Senate Avenue
P.O. Box 6015
Indianapolis, IN 46204

Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of Revenue
County Tax
100 North Senate
Indianapolis, IN 46204-2253

Indiana Department of Workforce
Development
Beverly Korobkin
10 North Senate Avenue, SE200
Indianapolis, IN 46204-2277

Indiana Refractories Inc.
1624 Simons Street
Ft. Wayne, IN 46803

Inductotherm Corp
10 Indel Avenue
Rancocas, NJ 08073

Industrial Ceramic Product
14401 Suntra Way
Marysville, OH 43040

Industrial Marketing Inc.
114 West Toledo Street
Fremont, IN 46737

Industrial Specialties
9621 White Hill Drive
Fort Wayne, IN 46804-5953

Industrial Specialties
9621 White Hill Court
Fort Wayne, IN 46804-5953

Industrial Tool Service Inc.
612 Hayden Street
Fort Wayne, IN 46802

Industrial Tube & Steel Co
P.O. Box 640137
Cincinnati, OH 45264-0137

Industron Corporation
2044 Valleydale Terrace
Birmingham, AL 35244

Ingersoll-Rand Co
Air Compressor Group
2516-1 Industrial Park Drive
Goshen, IN 46526

Inovis
Attn Billing
2425 North Central Expressway
Richardson, TX 75080

Interlube Corporation
4646 Baker Avenue
Cincinnati, OH 45212-2594

Intermec Technology Corp.
9290 Lesaint Drive
Fairfield, OH 45014-5454

Internal Revenue Service
230 South Dearborn, Room 2560
5014 CHI
Chicago, IL 60604

International Quality
521 Cleveland
Lincoln Park, MI 48146

International Surface Prep
1606 Executive Drive
Lagrange, GA 30241

Ircon Inc
7300 North Natchez Avenue
Niles, IL 60714

Ivy Tech
3800 North Anthony Boulevard
Fort Wayne, IN 46805

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204

J & K Communications Inc.
222 South Tower View Drive
Columbia City, IN 46725

J & L Industrial Supply
P.O. Box 3359
Livonia, MI 48151-3359

J E Bearing and Machine Ltd.
68 Spruce Street
Tillsonburg, ON N4G 4H8

J-Lenco Inc
664 North High Street
Larue, CH 43332

Jackson-Hirsh Inc
700 Anthony Trail
Northbrook, IL 60062-2542

Janet F. Borden
P.O. Box 770570
Steamboat Springs, CO 80477

Janet F. Borden
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Jet Express Inc.
4518 Webster Street
Dayton, OH 45414

Joe Harmon
7004 Blackhawk Lane
Fort Wayne, IN 46815

John A. Fink
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

John A. Fink
271 North McClellan Street, Suite106
P.O. Box 757
Auburn, IN 46706

John A. Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 467204-2023

K M H Systems
7020 State Route 930 East
Ft Wayne, IN 46803

Kaltenbach, Inc.
6775 Inwood Drive
Columbus, IN 47202

Katie Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Keibler Thompson Corp
Route 66 RR #2R
Export, PA 15632

Kendall Electric Inc
P.O. Box 46
Auburn, IN 46706-0046

Kendall Electric Inc.
131 Grand Truck Avenue
Battle Creek, MI 49016

Kendallville Iron & Metal Inc
243 East Lisbon Road
P O Box 69
Kendallville, IN 46755

Keramida Environmental Inc
330 North College Avenue
Indianapolis, IN 46202

Kerry L. Flory
03469 County Road 9
Bryan, OH 43506

Key Equipment Finance
66 South Pearl Street
Albany, NY 12207

Key Equipment Finance, A Division of
Key Corporate Capital, Inc., Assignee For
Adirondack Leasing Association
Attn: Sal Boscia
1000 South McCaslin Boulevard
Louisville, CO 80027

Khela J. Franklin
c/o Christopher c. Myers
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Kimberly E. Parker
c/o Chistopher C. Myers
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

KMH Systems, Inc.
6900 Poe Avenue
Dayton, OH 45414

Kone Inc
433 Fernhill Avenue
Fort Wayne, IN 46805-1039

Korte Bros Inc
620 West Cook Road
Ft Wayne, IN 46825-3324

Korte Paper Co.
1819 South Calhoun
Fort Wayne, IN 46857

Kroger Food Stores
1001 West Seventh Street
Auburn, IN 46706

Kurt Hollenbeck
2018 Sweet Cider Road
Fort Wayne, IN 46818

Kustom Machining, Inc.
P.O. Box 39
Leo, IN 46765

L & D Industries
201 South Fulton
Auburn, IN 46706

Lab Safety Supply Inc.
P.O. Box 1368
Janesville, WI 53547-1368

LBH Chemical & Industrial
P.O. Box 8460
Ft Wayne, IN 46808-8460

LDM, Loading Dock Maintenance
14819 Mill Road
Fort Wayne, IN 46816

LECO Corporation
3000 Lakeview Avenue
St. Joseph, MI 49085-2396

LMI Technologies (USA), Inc
21455 Melrose Avenue, Suite 22
Southfield, MI 48075

Lougheed & Associates, Inc.
1017 South Hadley Road
Fort Wayne, IN 46804

Louis Padnos Iron & Metal Co.
P.O. Box 1979
Holland, MI 49422-1979

Lyman Steel Co.
P.O. Box 28340
Cleveland, OH 44128

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

MacAllister Machinery Co Inc
2418 Coliseum Boulevard West
Fort Wayne, IN 46808-3648

MacDonald Machinery Co Inc.
3911 Limestone Drive
Fort Wayne, IN 46809

Magma Foundry Technologies
2340 South Arlington Heights Road
Arlington Heights, IL 60005

Magneco Metrel Inc
P.O. Box 176
Negley, OH 44441

Magneco Metrel Inc.
223 Interstate Road
Addison, IL 60101

Mail-Well Envelope
4500 Tiedman Road
Cleveland, OH 44144

Maila Davis Megorden Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Maile M. Urbaska
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Marjo Plastics
1081 Cherry Street
Plymouth, MI 48170

Mark A. Gorney
c/o Christopher C. Myers
Christopher Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Marlin Leasing Corp.
Kelly McCarthy, Bankruptcy
Administrator
124 Gaither Drive, Suite 170
Mount Laurel, NJ 08054

Marlin Leasing Corp.
P.O. Box 13604
Philadelphia, PA 19101-3604

Marposs Corporation
3300 Cross Creek Parkway
Auburn Hills, MI 48326

Martin Graphics
P.O. Box 525
Auburn, IN 46706

Mary K. Rosenbrock
c/o Patrick Procter, Eilbacher Scott
110 West Berry Street, Suite 2202
Fort Wayne, IN 46802

Master Gage & Tool Co.
112 Maplewood Street
Danville, VA 24540

Materials Handling Equip C
7433 US 30 East
Ft Wayne, IN 46803

Maxwell Engineering, Inc.
dba Allen Pattern Works
616 East Wallace Street
P.O. Box 10540
Fort Wayne, IN 46803

McLean Midwest Corporation
11611 Business Park Boulevard North
Champlin, MN 55316

McMahon Tire
1712 South Wayne Street
Auburn, IN 46706

McMaster Carr Supply Company
200 Aurora Industrial Parkway
Aurora, OH 44202

McNichols Company
1951 Lively Boulevard
Elk Grove Village, IL 60007

McNichols Company
Attn: Dwight Glisson
P.O. Box 30300
Tampa, FL 33630-3300

MCS Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

Medical Group Of Fort Wayne
Billing Office
P.O. Box 2505
Fort Wayne, IN 46801-2505

Mellon Consultants
Two Pennsylvania Plaza
New York, NY 10121

Met-Pak Specialities, Inc.
2701 South Coliseum Blvd., Suite 117
Fort Wayne, IN 46803

Metaltec Steel Abrasive Co
41155 Joy Road
Canton, MI 48187

Meyer Industrial Service
616 West Maplewood Drive
Ossian, IN 46777

Michael Barstow
Consultant Metallurgist
1152 Southvale Road
Pittsburgh, PA 15237-4241

Michael Polich
7822 Ladue Court
Fort Wayne, IN 46804

Michiana Door
P.O. Box 45
Stroh, IN 46789-0045

Michigan Department Of Treasury
P.O. Box 30059
Lansing, MI 48909

Mid-State Chemical & Supply Co.
2100 Greenbrier Lane
Indianapolis, IN 46218

Midwest Air Filter, Inc.
3630 North Wells Street
Fort Wayne, IN 46808

Midwest Instrument Co Inc
541 Industrial Drive
Hartland, WI 53029-0080

Midwest Instrument Co. Inc.
Jeff Heimsch
P.O. Box 80
Hartland, WI 53029

Midwest Pipe & Steel Inc
P.O. Box 11558
Fort Wayne, IN 46859

Miller and Company
6400 Shafer Court, Suite 500
Rosemont, IL 60018

Miller and Company LLC
Robert E. Overman II
9700 West Higgins, Suite 1000
Rosemont, IL 60018

Modern Equipment Company
336 South Spring Street
Port Washington, WI 53074

Monitor Technologies LLC
Drawer AL-44W320
Elburn, IL 60119

Moore Medical Corp
Attn: Sharon Schoenberger
P.O. Box 1500
New Britain, CT 06050-1500

Moore Medical Corporation
389 John Downey Drive
P.O. BOX 2740
New Britain, CT 06050-2740

Motion Industries Inc
3333 East Washington Boulevard
Ft Wayne, IN 46862-2149

Motion Industries, Inc
1605 Alton Road
Birmingham, AL 35210

MP Steel Indiana, LLC
P.O. Box 876
Kendallville, IN 46755

MPB Industries
505 East 31st Street
Anderson, IN 46016

MSC Industrial Supply Co
P.O. Box 9072
Melville, NY 11747

MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

MSS Software
5 Great Vallen Parkway
Malvern, PA 19355

NADAPRO INC
c/o Gary D. Wohlwend
5020 Nob Road
Ft Wayne, IN 46825

National City Leasing Corp.
101 South Fifth Street
Louisville, KY 40202

National Material Trading
1965 Pratt Boulevard
Elk Grove Village, IL 60007

National Serv-All
5000 Smith Road
Fort Wayne, IN 46809

National Serv-All
Merritt/Hess
3907 CR 47
Auburn, IN 46706

Ned Donaldson
612 Valley Park Drive
Auburn, IN 46706

Neff Engineering Co Inc
7114 Innovation Boulevard
Ft Wayne, IN 46898

NES Rentals
8855 Byron Commerce
Byron Center, MI 49315

Newark Inone
4410 Executive Boulevard, Suite A
Ft Wayne, IN 46808

Newcourt Leasing Corp/Cit
21146 Network Place
Chicago, IL 60673-1211

Nickie L. Hutcherson
340 Lane 101
Long Beach Lake
Fremont, IN 46737

NMHG Financial Services Inc
7020 Hwy 30 East
Fort Wayne, IN 46803

NMHG Financial Services Inc.
44 Old Ridgebury Road
Danbury, CT 06810

Northbend Pattern Works
28080 Ziebler Boulevard
West Harrison, IN 47060

Northern Indiana Trading Company
P.O. Box 526
Auburn, IN 46706

Northstar Imaging, Inc.
953 Westgate Drive
St. Paul, MN 55114

NMHG Financial Services, Inc.
c/o Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161

OFC Capital
DEPT GA00010
P.O. Box 530101
Atlanta, GA 30353-0101

Old Fort Supply Co., Inc.
Old Fort Way At 2000 Wayne Trace
Fort Wayne, IN 46803

Omega Engineering Inc.
One Omega Drive
P.O. Box 4047
Stamford, CT 06907-0047

Omnisource Corp-Tusco
2453 Hill Avenue
Toledo, OH 43607

Omnisource Corporation
c/o Thomas P. Yoder, Esq.
Barrett & Mcnagny LLP
215 East Berry Street
Fort Wayne, IN 46802

Ossola Industrials Inc.
1740 West Seventh Street
Granite City, IL 62040

Overnight Transportation
P.O. Box 1216
Richmond, VA 23209-1216

Paaso General Equipment
P.O. Box 868
Brighton, MI 48116

Pangborn Company
580 Pangborn Boulevard
Hagerstown, MD 21742-0380

Parker Glove & Supply, Inc
East 4th Street
Avilla, IN 46710

Parkview Occupational Health
3103 East State Street
Fort Wayne, IN 46805

Peerless Metals Powders & Abrasives
P.O. Box 09254
Detroit, MI 48209

Pension Benefit Guaranty Corporation
Attn: Brad Rogers, Attorney
Office Of The General Counsel, Suite 340
1200 K Street, N.W.
Washington, DC 20005-4026

Perfection Servo Hydraulic
1290 Lyon Road
Batavia, IL 60510

Perfection Servo Hydraulic
1010 West Republic Drive
Addison, IL 60101

Perkins Septic And Drain Service
0375 CR 11
Hudson, IN 46747

Pflaumer Brothers Inc
398 Clarksville Road
Princeton Jct., NJ 08550

PHC Industries Inc.
3115 Pittsburg Street
Fort Wayne, IN 46825

PHC Industries Inc.
P.O. Box 11225
Fort Wayne, IN 46856-1225

Plant
2222 West Maumee
Fort Wayne, IN 46802

Powered Equipment And Repair
600 Voorhees
P.O. Box 147
Terre Haute, IN 47808-0147

Pranger Enterprises Inc
P.O. Box 366
Ashley, IN 46705

Precision Calibration Company
7656 Milliner Court
Plainfield, IN 46168

Precision Steel Services
4334 Earth Drive
Ft. Wayne, IN 46809

Print Shop
825 Northwood Boulevard
Fort Wayne, IN 46805

Project Management Services
P.O. Box 398
Mcdonald, OH 44437-0398

Proxtronics Dosimetry LLC
7200 Fullerton Road
Springfield, VA 22150

PSA Quality Systems, Inc.
5615 Enterprise Drive
Lansing, MI 48911

PWC Fabrication
2121 Wayne Haven Avenue
Fort Wayne, IN 46803

QHG Of Ft Wayne, Inc Redim
315 East Cook Road
Fort Wayne, IN 46825

QMS-Customer Service
300 Galleria Officenter, South
Southfield, MI 48034

Quality Calibration Service
10205 West Greenfield Avenue
West Allis, WI 53214

R I Lampus Co
816 Railroad Street
Springdale, PA 15144

R.S. Corcoran Company
500 North Vine Street
P.O. Box 429
New Lenox, IL 60451-0429

RA Mueller Inc.
11270 Cornell Park Drive
Cincinnati, OH 45242

Radio Shack
1025 West 7th Street
Auburn, IN 46706

Radio Shack Credit Services
Attn: Judy Wong
300 Radioshack Circle Mail Stop 5018
P.O. Box 961090
Fort Worth, TX 76161-5018

Redimed Dekalb, LLC
AMIC
500 South Grandstaff, Suite G
Auburn, IN 46706

REFCO Inc
P.O. Box 12867
Pittsburgh, PA 15241

Reilley Trucking
7431 Bent Willow Drive
Fort Wayne, IN 46815

Reliable Corporation
1001 West Van Buren Street
Chicago, IL 60607

Renco Machine Co Inc
1421 Eastman Avenue
Green Bay, WI 54302

Reno Refractories, Inc.
P.O. Box 201
Morris, AL 35116

Richard Squier Pallets Inc
3992 CR 24
Waterloo, IN 46793

Richard Squier Pallets Inc.
2522 US Hwy 6 West
P.O. Box 668
Waterloo, IN 46793

Ronald J. Osbun
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Rudd Equipment Company
P.O. Box 32427
Louisville, KY 40232

Rumford Industrial Group Inc.
P.O. Box 752288
Dayton, OH 45475

Rytec Corporation
P.O. Box 403
Jackson, WI 53037

S & S Tire Co Inc.
1100 West 7th Street
Auburn, IN 46706

S & S Oil Co Inc
821 Lakeshore Avenue
Auburn. IN 46706

S D Myers
180 South Avenue
Tallmadge, OH 44278

Safety - Kleen Corp
P.O. Box 12349
Columbia, SC 29211-2349

Safety-Kleen Sytem, Inc.
5400 Legacy Drive
Clusten II Building 3
Plano TX 75024

Schenkel & Sons Inc
1120 St Marys Avenue
Ft Wayne, IN 46808

Schenkel & Sons Inc
Brian J. LANGE, Esquire
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802

Schust Engineering Inc.
701 North Street
Auburn, IN 46706

Scioto Valley Packaging, LLC
5151 Reed Road NE, Suite 210A
Columbus, OH 43220

Scioto Valley Packaging, LLC
P.O. Box 497
Clinton, NC 28329

Scott Industrial Systems Inc
521 North Airport Office Park
Ft Wayne, IN 46825

Secretary Of Treasury
15th & Pennsylvania Avenue
Washington, DC 20220

Securities & Exchange Commission
Bankruptcy Section
175 West Jackson Boulevard, Suite 900
Chicago IL 60604

Security Locknut Inc
9650 West Foster Avenue
Chicago, IL 60656

Sentinel Fluid Controls
7114 Innovation Boulevard
Fort Wayne, IN 46818

Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH 43612

'SES LLC Technical Group
P.O. Box 8413
Fort Wayne, IN 46898

Shambaugh & Sons Inc
7614 Opportunity Drive
P.O. Box 1287
Ft Wayne, IN 46801

Sheela B. Davis Trust
c/o Sommer Barnard Ackerson Pc
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Shells Inc.
502 Old U.S. Hwy 30 East
Bourbon, IN 46504

Sherry Laboratories
2203 South Madison
Muncie, IN 47307

Sierra Poindexter
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Simplicity Engineering Inc
212 South Oak
Durand, MI 48429-0257

Spectro Analytical Instruments, Inc.
160 Authority Drive
Fitchburg, MA 01420

Spectrum Engineering Corp
17420 Tonkel Road
Leo, IN 46765-9779

Spectrum Engineering Corp
5524 North County Line Road
Auburn, IN 46706-9302

Spraying Systems Company
c/o Harriman Avenue
P.O. Box 348
Auburn, IN 46706

Sprinkling Can
233 South Main Street
Auburn, IN 46706

Staclean Diffuser Co., LLC
P.O. Box 1147
Salisbury, NC 28145-1147

Stag Iron & Metal Corp.
Deer & Stone, P.C.
130 South Jefferson Street, Suite 501
Chicago, IL 60661

Stag Iron and Metal Corp
7820 West 60th Place
Summit, IL 60501

State Of Michigan
UIA Tax Office
P.O.C Unit - Suite 11-500
Detroit, MI 48202

States Engineering Corp
10216 Airport Drive
Fort Wayne, IN 46819

Steel Equipment Specialists LLC
P.O. Box 2148
1507 Beeson Street
Alliance, OH 44601

Stericycle Inc
1301 East Alexis Road
Toledo, OH 43612

Stericycle Inc.
13975 Polo Trail Drive, Suite201
Lake Forest, IL 60045

Struers Inc
24766 Detroit Road
Westlake, OH 44145

Sturgis Iron & Metal
70675 Centerville Road
Sturgis, MI 49091-0579

Sturgis Iron & Metal Co., Inc.
c/o P. Joseph Haas, Jr.
112 South Monroe Street
Sturgis, MI 49091

Superior Business Solution
P.O. Box 8040
Ft Wayne, IN 46898-8040

System Clean Inc.
50602 North Michigan Road
South Bend, IN 46637-1532

T & L Sharpening Inc
2663 South Freeman Road
Monticello, IN 47960

T & M Equipment Co Inc
2880 East 83rd Place
Merrillville, IN 46410

T.T.G. Pattern
5443 Keystone Drive
Fort Wayne, IN 46825

Taylor Rental Auburn
2224 State Road 8 West
Auburn, IN 46706

Tec-Hackett, Inc.
P.O. Box 8830
Fort Wayne, IN 46898-8830

Telemotive Industrial Controls
175 Wall Street
Glendale Heights, IL 60139-1985

The New Keibler Thompson Co.
Route 66 RR#2
Box 264A
Export, PA 15632

Thomas E. Keller Trucking Inc.
1160 Carpenter Road
Defiance, OH 43512

Time Industrial Inc
6422 Lima Road
Fort Wayne, IN 46818

Time Industrial, INC.
c/o Roy F. Kiplinger
Beers Mallers Backs & Salin, LLP
110 West Berry Street, Suite 1100
Fort Wayne, IN 46802

Timothy S. Borden
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Timothy S. Borden
P.O. Box 770570
Steamboat Springs, CO 80477

Tooling & Equipment International
12550 Tech Center Drive
Livonia. MI 48150-2193

TPC Wire & Cable
7061 East Pleasant Valley Road
Independence, OH 44131

Trane Company
Rohan Trane Service Agency, Inc.
6602 Innovation Boulevard
Fort Wayne, IN 46818-1389

Trevor Meeks Agency
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Tri State Compressed Air Systems, Inc
1608 Eishenhower Drive South
Goshen, IN 46526-5360

Tri-State Instrument Service
3024 Wayne Trace
P.O. Box 6068
Fort Wayne, IN 46896

Trojan Heat Treat
809 South Byron Street
Homer, MI 49245

U.S. Attorney Office
3128 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802

Unimin Corporation
809 Myers Road
Archbold, OH 43502

Unimin Corporation
258 Elm Street
New Canaan, CT 06840

United Parcel Service
c/o D&B/RMS Bankruptcy Services
P.O. Box 4396
Timonium, MARYLAND 21094

United Parcel Service
P.O. Box 505820
The Lakes, NV 88905-5820

Universal AM-CAN LTD.
P.O. Box 2007
Warren, MI 48090

US Cargo Management Inc.
Philadelphia International Airport
P.O. Box 277
Essington, PA 19029

US Inspection Services
705 Albany Street
Dayton, OH 45408

US Pattern Company Inc
P.O. Box 220
Richmond, MI 48062

USF Holland, Inc
750 East 40th Street
Holland, MI 49423

Van Dyne Crotty Inc.
3233 Newmark Drive
Miamisburg, OH 45342

Van Dyne Crotty, Inc.
3115 Independence Drive
Fort Wayne, IN 46808

Vericore L.L,C.
1200 West Causeway Approach
Mandevill, CA 70471

Vesuvius USA Corp.
661 Willet Road
Buffalo, NY 14218

Vesuvius USA Corporation
Steven Del Cotto, Esquire
27 Noblestown Road
Carnegie, PA 15106

Vibes technologies inc.
7125 Northland Terrace North, Suite 400
Brooklyn Park, MN 55428

VWR International, Inc.
P.O. Box 66929, O'Hare AMF
Chicago, IL 60666

VWR International, Inc.
1230 Kennestone Circle
Marietta, GA 30066

W.W. Grainger, Inc.
7300 North Melvina Avenue M530
Niles, IL 60714-3998

Walman Optical Co
P.O. Box 9440
Minneapolis, MN 55440

Warsaw Engineering & Fabricating
2780 East Durbin Street
Warsaw, IN 46581-1043

Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham Mchale LLP
10 West Market, Suite 2700
Indianapolis, IN 46204

Water Sciences
P.O. Box 15489
Ft Wayne, IN 46885

Wayne Fasteners Inc
2725 Independence Drive
Ft Wayne, IN 46808

Wayne Fasteners Inc.
2611 Independence Drive
Ft. Wayne, IN 46808

Wayne Pipe & Supply Inc
1815 South Anthony Boulevard
Ft Wayne, IN 46803

Welder Services Inc
1725 Edsall Avenue
Ft Wayne, IN 46896

Westport Hardness & Gaging
510 Montauk Highway
West Islip, NY 11795

Weyerhaeuser Co.
2626 CR 71
Butler, IN 46721

Wheelabrator Abrasives Inc
1 Abrasive Avenue
Bedford, VA 24523

Wheelabrator Canada Inc.
401 Wheelabrator Way
Milton, Ontario, L9T487
CANADA

Wiese Planning & Eng., Inc.
2725 Independence Drive
Fort Wayne, IN 46808

William C Weber & Assoc Inc.
William/Suzanne Weber
Constitution Hill Office Park
6201 Constitution Drive
Ft Wayne, IN 46804

William E. Fink
c/o Sommer Barnard Ackerson Pc
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

William E. Fink
P.O. Box 826
Auburn, IN 46706

Wise International Ideal Leas
2807 Goshen Road
Fort Wayne, IN 46808

XRI Testing
8327 Reliable Parkway
Chicago, IL 60686-0083

XRI Testing - Troy
Mobilex, LLC
1961 Thunderbird
Troy, MI 48084

Patrick L. Proctor
Eilbacher Fletcher LLP
803 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Marlene Reich
Sommer Barnard
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Tricia A. Sherick
Honigman, Miller Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey, Swanson & Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

Mark A. Werling
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802