UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | ) CASE NO. 04-10427-reg-11 |
| Debtor | ) |

## MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT

Comes now NMHG Financial Services, Inc. ("Creditor"), by counsel, and in support of its Motion, respectfully shows the Court as follows:

1. On or about February 8, 2004, Auburn Foundry, Inc. ("Debtor") filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code.

2. On or about May 8, 2001, Debtor executed a lease, Lease No. 4120494 (the "Lease"), of various equipment to KMH Systems, Inc. ("KMH").  The leased equipment ("Equipment") is as follows:

| Schedule No. 4120494-001 | |
|---|---|
| Forklift | S/N:  A875B14669Y |
| Forklift | S/N:  A875B14568Y |
| Forklift | S/N:  A875B14670Y |
| Forklift | S/N:  A875B14652Y |
| Forklift | S/N:  A875B14659Y |
| Forklift | S/N:  A875B14671Y |
| Forklift | S/N: A875B14662Y |

| Schedule No. 4120494-002 | |
|---|---|
| Forklift | S/N: C813V01533Y |

| Schedule No. 4120494-003 | |
|---|---|
| Forklift | S/N: A875B18339Z |
| Forklift | S/N: A875B18354Z |
| Forklift | S/N: A875B18297Z |
| Forklift | S/N: A875B18336Z |
| Forklift | S/N: A875B18343Z |
| Forklift | S/N: A875B18353Z |

| Schedule No. 4120494-004 | |
|---|---|
| Forklift | S/N: A875B18517Z |

| Schedule No. 4120494-005 | |
|---|---|
| Forklift | S/N: C813V02156Z |

| Schedule No. 4120494-006 | |
|---|---|
| Forklift | S/N: E108V17571Z |

| Schedule No. 4120494-007 | |
|---|---|
| Forklift | S/N: E108V17580Z |

|          | Schedule No. 4120494-008 |
|----------|--------------------------|
| Forklift | S/N: E108V17577Z         |

|          | Schedule No. 4120494-009 |
|----------|--------------------------|
| Forklift | S/N: E108V17567Z         |
| Forklift | S/N: E108V17578Z         |
| Forklift | S/N: E108V17582Z         |
| Forklift | S/N: E108V17579Z         |

True, exact and authentic copies of the Lease and schedules are attached hereto as Exhibit "A."

    3.    KMH assigned the Lease to Creditor on May 8, 2001. A true, exact and authentic copy of the Assignment of Lease is attached hereto and marked Exhibit "B."

    4.    Pursuant to 11 U.S.C. § 362(d)(2), Creditor is entitled to relief from the automatic stay on the basis that, upon information and belief, the Debtor does not have any equity or ownership interest in the Equipment and the Equipment is not necessary for an effective reorganization.

    5.    Further, the Debtor has filed a motion to sell all of its assets at a sale scheduled for April 18, 2005, and requested a hearing on the motion on April 22, 2005, four (4) days after the sale.

    6.    The Equipment is burdensome to the estate or is of inconsequential value and benefit to the estate.

    7.    Creditor further protected its interest in the Equipment by filing the appropriate UCC financing statements with the Indiana Secretary of State.

    8.    Creditor further requests that the provisions of Bankruptcy Rule 4001(a)(3) not be applicable to any order entered.

WHEREFORE, NMHG Financial Services, Inc. prays that the Court lift the automatic stay, abandon the Equipment and for all other relief just and proper in the premises.

                                      Respectfully submitted,

                                      RUBIN & LEVIN, P.C.

                                      By:    /s/James T. Young
                                            James T. Young
                                            Attorney No. 13834-71

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Relief from Stay and for Abandonment has been served upon the following either by electronic mail or by first class United States mail, postage prepaid, on April 7, 2005:

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling
John R. Burns
Baker & Daniels
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Stephen L. Fink
Barnes & Thornburg
600 One Summit square
Fort Wayne, IN 46802

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Stephen E. Lewis
444 East Main Street
Fort Wayne, IN 46802

Marlene Reich
Sommer Barnard Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

<u>/s/ James T. Young</u>
James T. Young
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(3l7) 634-0300; FAX No. (3l7) 263-2550
JTY/lle
(Our File No. 81901103)
G:\WP80\lemerson\Pleading\Auburn-MFR