UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | ) CASE NO. 04-10427-reg-11 |
| | ) |
| | ) |
| Debtor(s) | |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On April 7, 2005, NMHG FINANCIAL SERVICES, INC., filed a Motion for Relief from Stay and for Abandonment asking the Court to modify the automatic stay and abandon property of this proceeding in which Creditor has a security interest and for such other relief as this court deems just. In support of the relief and abandonment requested, the Motion states that the Debtors are not making payments. The reason for the motion for relief and to abandon is that Creditor owns leased equipment, more particularly described as follows, to-wit:

Schedule No. 4120494-001
| | |
|---|---|
| Forklift | S/N: A875B14669Y |
| Forklift | S/N: A875B14568Y |
| Forklift | S/N: A875B14670Y |
| Forklift | S/N: A875B14652Y |
| Forklift | S/N: A875B14659Y |
| Forklift | S/N: A875B14671Y |
| Forklift | S/N: A875B14662Y |

Schedule No. 4120494-002
| | |
|---|---|
| Forklift | S/N: C813V01533Y |

Schedule No. 4120494-003
| | |
|---|---|
| Forklift | S/N: A875B18339Z |
| Forklift | S/N: A875B18354Z |
| Forklift | S/N: A875B18297Z |
| Forklift | S/N: A875B18336Z |
| Forklift | S/N: A875B18343Z |
| Forklift | S/N: A875B18353Z |

Schedule No. 4120494-004
| | |
|---|---|
| Forklift | S/N: A875B18517Z |

Schedule No. 4120494-005
| | |
|---|---|
| Forklift | S/N: C813V02156Z |

Schedule No. 4120494-006
| | |
|---|---|
| Forklift | S/N: E108V17571Z |

Schedule No. 4120494-007
| | |
|---|---|
| Forklift | S/N: E108V17580Z |

Schedule No. 4120494-008
| | |
|---|---|
| Forklift | S/N: E108V17577Z |

Schedule No. 4120494-009

      Forklift        S/N: E108V17567Z
      Forklift        S/N: E108V17578Z
      Forklift        S/N: E108V17582Z
      Forklift        S/N: E108V17579Z

      The Creditor contends its interest is not adequately protected and prays for an Order to proceed against the property in accordance with applicable law. If you have not received a copy of this motion, you may get one by contacting the person who signed this Notice or at the Clerk's Office.

      **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney.  If you do not have any attorney, you may wish to consult one.**

      If you do not want the Court to grant the Motion, then on or before April 27, 2005, you or your attorney must:

      1.      File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:
          1188 Federal Building
          1300 S. Harrison St.
          P.O. Box 2547
          Fort Wayne, IN  46801-2547

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

      2.      You must also mail a copy of your objection to:

James T. Young, Esq.,
Rubin & Levin
342 Mass. Avenue, Suite 500
Indianapolis, IN  46204


U.S. Trustee
555 One Michiana Square Building
100 East Wayne Street
South Bend, IN  46601

John R. Burns
111 E. Wayne St.
Fort Wayne, IN 46802


      If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.


Date:  April 7, 2005                        /s/James T. Young
                                                  James T. Young
                                                  RUBIN & LEVIN, P.C.
                                                  342 Massachusetts Avenue, #500
                                                  Indianapolis, IN  46204-2161
                                                  (317) 634-0300  FAX No. (317) 263-2550

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Motion and Opportunity to Object has been served upon the attached list, either by electronic mail or by first class United States mail, postage prepaid, on April 7, 2005: SEE ATTACHED DISTRIBUTION LIST.

                                         /s/James T. Young
                                         James T. Young

RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(317) 634-0300
FAX No. (317) 263-2550
JTY/lle  (Our File No. 81901103)
G:\WP80\lemerson\Pleading\Auburn-Notice