UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.  04-10427-reg-11 |
| Debtor | ) | |

### ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT

This matter came before the Court on the Motion for Relief from Stay and for Abandonment filed by NMHG Financial Services, Inc.  The Court, being duly advised, now finds said Motion should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay as to the following Leased Equipment:

Schedule No. 4120494-001
| | |
|---|---|
| Forklift | S/N:  A875B14669Y |
| Forklift | S/N:  A875B14568Y |
| Forklift | S/N:  A875B14670Y |
| Forklift | S/N:  A875B14652Y |
| Forklift | S/N:  A875B14659Y |
| Forklift | S/N:  A875B14671Y |
| Forklift | S/N: A875B14662Y |

Schedule No. 4120494-002
| | |
|---|---|
| Forklift | S/N: C813V01533Y |

Schedule No. 4120494-003
| | |
|---|---|
| Forklift | S/N:  A875B18339Z |
| Forklift | S/N:  A875B18354Z |
| Forklift | S/N:  A875B18297Z |
| Forklift | S/N:  A875B18336Z |
| Forklift | S/N:  A875B18343Z |
| Forklift | S/N:  A875B18353Z |

Schedule No. 4120494-004

Forklift                           S/N: A875B18517Z

Schedule No. 4120494-005

Forklift                           S/N: C813V02156Z

Schedule No. 4120494-006

Forklift                           S/N: E108V17571Z

Schedule No. 4120494-007

Forklift                           S/N: E108V17580Z

Schedule No. 4120494-008

Forklift                           S/N: E108V17577Z

Schedule No. 4120494-009

Forklift                           S/N: E108V17567Z
Forklift                           S/N: E108V17571Z
Forklift                           S/N: E108V17582Z
Forklift                           S/N: E108V17579Z

be, and hereby is, lifted, and the Leased Equipment, is hereby abandoned.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the provisions of

Bankruptcy Rule 4001(a)(3) shall not be applicable to this Order.

DATED:_____                    _____
                                     Judge, United States Bankruptcy Court
                                     NORTHERN District of Indiana
                                     FORT WAYNE Division

DISTRIBUTION: (See Attached List)

DISTRIBUTION:

James T. Young
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Ave.
Indianapolis, IN  46204-2161
(3l7) 634-0300; FAX No. (3l7) 263-9411
JTY/lle
(Our File No. 81901103)
G:\WP80\lemerson\Pleading\Auburn OLS

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling
John R. Burns
Baker & Daniels
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Stephen L. Fink
Barnes & Thornburg
600 One Summit square
Fort Wayne, IN 46802

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Edmund P. Kos
Kos & Associate
110 West Berry Street
Suite 1904
Fort Wayne, IN 46802

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Stephen E. Lewis
444 East Main Street
Fort Wayne, IN 46802

Marlene Reich
Sommer Barnard Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Brad Rogers
1200 K Street, N.W.
Washington, DC 20005-4026

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Richard J. Swanson
Macey Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706