UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/jl |
| | ) | |
| | ) | |
| Debtor(s) | | |

O R D E R

At Fort Wayne, Indiana, on  April 7, 2005.

On January 12, 2005, Attorney Henry Efroymson, counsel for the Unsecured Creditors Committee, filed an application for fees in the amount of $14,043.00 and expenses in the amount of $689.98, less any amounts previously paid. Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court