UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY INC. | ) | REG/jl |
| | ) | |
| | ) | |
| Debtor(s) | | |

O R D E R

At Fort Wayne, Indiana, on   April 7, 2005.

On January 12, 2005, Attorney Henry Efroymson, counsel for the Unsecured Creditors Committee, filed an application for fees in the amount of $14,043.00 and expenses in the amount of $689.98, less any amounts previously paid. Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure           Page 1 of 1              Date Rcvd: Apr 07, 2005
Case: 04-10427                Form ID: pdf004         Total Served: 3

The following entities were served by first class mail on Apr 09, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
aty       +John R. Burns(DM),   111 East Wayne Street,   Fort Wayne, IN 46802-2600
aty       +Mark Werling(DM),   Baker & Daniels,   111 East Wayne Street, #800,   Fort Wayne, IN 46802-2600

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2005**                    Signature:    *Joseph Speetjens*