UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                    )
                                     )
AUBURN FOUNDRY, INC.                 )          CASE NO.    04-10427
                                     )
                                     )
        Debtor                       )

## ORDER

At Fort Wayne, Indiana, on April 11, 2005.

On March 31, 2005, debtor filed a motion to approve a sale of assets free and clear of liens, seeking the approval of some type of combination of public and private sale. The local rules of this court contemplate that the movant will serve notice of such a motion and the opportunity to object thereto upon the appropriate parties and only if an objection is filed will the motion be scheduled for a hearing. N.D.Ind.L.B.R. B-2002-2. Late on the afternoon of Friday, April 1, debtor filed a motion asking the court to set the motion to sell for a hearing on April 22, 2005. By the time the court became aware of the request it was not possible to give creditors and parties in interest the required 20 days notice of such a hearing, Fed.R.Bankr.P. Rule 2002, and no cause has been shown to shorten the notice time otherwise required. See, In re Fort Wayne Assoc.L.P., 1998 WL 928419 (Bankr. N.D. Ind. 1998). Debtor's motion to schedule a hearing on April 22, 2005 is therefore DENIED.

      /s/ Robert E. Grant
Judge, United States Bankruptcy Court