**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Cause No. 04-10427 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION TO WITHDRAW MOTION TO CONVERT CASE TO CHAPTER 7**

At Fort Wayne, Indiana, on _____.

And the Official Committee of Unsecured Creditors, having filed its Motion to Withdraw its Motion to Convert Case to Chapter 7, and the Court being duly advised, does hereby find that the Motion should be granted. Accordingly, it is hereby

ORDERED that the Motion to Withdraw the Motion of the Official Committee of Unsecured Creditors to Convert Case to Chapter 7, be, and same hereby is granted.

Dated:_____                    _____
                                            Judge, United States Bankruptcy Court

Distribution to:

Debtor
Debtor's Counsel
Office of the United States Trustee
Counsel for the Official Creditors' Committee