UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO.    04-10427 |
| ) | |
| ) | |
| Debtor ) | |

**ORDER**

At Fort Wayne, Indiana, on April 11, 2005.

In that there is no certificate of service indicating that creditors have been given notice of the debtor's motion to sell and the opportunity for filing objections thereto, see, N.D.Ind.L.B.R. B-2002-2 and, in the court's opinion, very little purpose would be served by setting objections to that motion for a hearing on a piecemeal basis, NMHG Financial Services, Inc.'s motion for an emergency hearing on its objection to the debtor's motion to sell is DENIED.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court