UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                          )
                                                )
AUBURN FOUNDRY, INC.                            )   CASE NO. 04-10427-reg-11
                                                )
              Debtor(s)                         )

## AGREED ENTRY WITHDRAWING NMHG FINANCIAL SERVICES, INC.'S LIMITED OBJECTION

Come now Debtor Auburn Foundry, Inc. ("Debtor"), by counsel, and NMHG Financial Services, Inc. ("NMHG"), by counsel, and for their Agreed Entry, state as follows:

1. On or about February 8, 2004, Auburn Foundry, Inc. ("Debtor") filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code.

2. On or about May 8, 2001, Debtor executed a lease, Lease No. 4120494 (the "Lease"), of various equipment to KMH Systems, Inc. ("KMH"). The leased equipment ("Equipment") is as follows:

### Schedule No. 4120494-001
| | |
|---|---|
| Forklift | S/N: A875B14669Y |
| Forklift | S/N: A875B14568Y |
| Forklift | S/N: A875B14670Y |
| Forklift | S/N: A875B14652Y |
| Forklift | S/N: A875B14659Y |
| Forklift | S/N: A875B14671Y |
| Forklift | S/N: A875B14662Y |

### Schedule No. 4120494-002
| | |
|---|---|
| Forklift | S/N: C813V01533Y |

### Schedule No. 4120494-003
| | |
|---|---|
| Forklift | S/N: A875B18339Z |
| Forklift | S/N: A875B18354Z |
| Forklift | S/N: A875B18297Z |
| Forklift | S/N: A875B18336Z |

1

| | |
|---|---|
| Forklift | S/N: A875B18343Z |
| Forklift | S/N: A875B18353Z |

<u>Schedule No. 4120494-004</u>
| | |
|---|---|
| Forklift | S/N: A875B18517Z |

<u>Schedule No. 4120494-005</u>
| | |
|---|---|
| Forklift | S/N: C813V02156Z |

<u>Schedule No. 4120494-006</u>
| | |
|---|---|
| Forklift | S/N: E108V17571Z |

<u>Schedule No. 4120494-007</u>
| | |
|---|---|
| Forklift | S/N: E108V17580Z |

<u>Schedule No. 4120494-008</u>
| | |
|---|---|
| Forklift | S/N: E108V17577Z |

<u>Schedule No. 4120494-009</u>
| | |
|---|---|
| Forklift | S/N: E108V17567Z |
| Forklift | S/N: E108V17578Z |
| Forklift | S/N: E108V17582Z |
| Forklift | S/N: E108V17579Z |

3. KMH assigned the Lease to NMHG on May 8, 2001.

4. On March 31, 2005, the Debtor filed a Motion to Approve Sale of Manufacturing Plants and Related Assets Free and Clear of Liens, Claims and Interests ("Sale Motion"). Debtor's motion provided for the sale of its assets only and did not include the property listed above.

5. On April 7, 2005, NMHG filed its Limited Objection to Motion for Approval of Sale of Manufacturing Plants and Related Assets Free and Clear of Liens, Claims and Interests ("Limited Objection") and a Motion for Emergency Hearing on Limited Objection ("Hearing Motion"), as NMHG wanted to make sure that the Equipment was explicitly excluded from the proposed sale of the Debtor's assets described in the Sale Motion.

6. The parties stipulate and agree that the Equipment is property of NMHG, not that

2

of the Debtor, and the Equipment at all times was and shall be excluded from the sale contemplated by the Sale Motion, and held for turnover to NMHG or such other party as NMHG may direct. Debtor will subsequently file its notice to reject the above described leases, to which NMHG will consent.

7. This Agreed Entry resolves the issues raised by the Limited Objection and the Hearing Motion; no hearing shall be necessary on the Limited Objection upon the approval of this Agreed Entry.

WHEREFORE, the Debtor and NMHG request the Court to approve the Agreed Entry and permit NMHG to withdraw its Limited Objection and Hearing Motion.

Attorneys for NMHG Financial Services, Inc.          Attorneys for Debtor Auburn Foundry, Inc.

By: /s/James T. Young                                By: /s/John R Burns
    James T. Young (Atty. No.13834-71)              John R Burns (Atty. No. 3016-02)
    Rubin & Levin                                    Mark A. Werling (Atty. No. 20426-02)
    342 Massachusetts Ave., Suite 500                Baker & Daniels
    Indianapolis, IN 46204                           111 East Wayne Street, Suite 800
    Telephone: (317) 634-0300                        Fort Wayne, IN 46802
    Facsimile: (317) 263-9411                        Telephone: (260) 424-8000

BDDB01 4036961v2

AGREED, APPROVED, and SO ORDERED. The Limited Objection filed by NMHG Financial Services, Inc. is moot based upon the statements of counsel that the forklifts identified above are not part of the assets Debtor proposes to sell. Thus, the Agreed Entry Withdrawing NMHG Financial Services, Inc.'s Limited Objection is hereby granted and its Limited Objection and Motion for Hearing are withdrawn.

Dated:_____

_____
Judge Robert E. Grant
United States Bankruptcy Court

Distribution:

James T. Young
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161
(317) 634-0300; FAX No. (317) 263-2550
JTY/lle
(Our File No. 81901103)
4036961_2.DOC

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Mark A. Werling
John R. Burns
Baker & Daniels
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Lawrence S. Crowther
6055 Rockside Woods Blvd.
Suite 200
Cleveland, OH 44131

Stephen L. Fink
Barnes & Thornburg
600 One Summit square
Fort Wayne, IN 46802

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

Stephen E. Lewis
444 East Main Street
Fort Wayne, IN 46802


Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413


W. Erik Weber
Meffort and Weber P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

Tricia A. Sherick
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Brian J. Lange
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Marlene Reich
Sommer Barnard Ackerson, P.C.
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

Richard J. Swanson
Macey Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

BDDB01 4036961v2