UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| Debtor | ) | |

**<u>ORDER</u>**

At Fort Wayne, Indiana, on April 12, 2005.

At the movant's request, the motion to dismiss or convert this case filed by the Official Committee of Unsecured Creditors is withdrawn and the hearing thereon scheduled for April 20, 2005 at 1:00 p.m. is removed from the court's calendar.

Counsel for the Official Committee of Unsecured Creditors shall serve a copy of this order upon all creditors and parties in interest and file due proof thereof.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court