UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.   04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

## **ORDER**

At Fort Wayne, Indiana, on April 11, 2005.

On March 31, 2005, debtor filed a motion to approve a sale of assets free and clear of liens, seeking the approval of some type of combination of public and private sale. The local rules of this court contemplate that the movant will serve notice of such a motion and the opportunity to object thereto upon the appropriate parties and only if an objection is filed will the motion be scheduled for a hearing. N.D.Ind.L.B.R. B-2002-2. Late on the afternoon of Friday, April 1, debtor filed a motion asking the court to set the motion to sell for a hearing on April 22, 2005. By the time the court became aware of the request it was not possible to give creditors and parties in interest the required 20 days notice of such a hearing, Fed.R.Bankr.P. Rule 2002, and no cause has been shown to shorten the notice time otherwise required. See, In re Fort Wayne Assoc.L.P., 1998 WL 928419 (Bankr. N.D. Ind. 1998). Debtor's motion to schedule a hearing on April 22, 2005 is therefore DENIED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: mjc              Page 1 of 1              Date Rcvd: Apr 11, 2005
Case: 04-10427               Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Apr 13, 2005.
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2005**                 **Signature:**     _Joseph Speetjens_