UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

At Fort Wayne, Indiana, on April 11, 2005.

In that there is no certificate of service indicating that creditors have been given notice of the debtor's motion to sell and the opportunity for filing objections thereto, see, N.D.Ind.L.B.R. B-2002-2 and, in the court's opinion, very little purpose would be served by setting objections to that motion for a hearing on a piecemeal basis, NMHG Financial Services, Inc.'s motion for an emergency hearing on its objection to the debtor's motion to sell is DENIED.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc              Page 1 of 1              Date Rcvd: Apr 11, 2005
Case: 04-10427              Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Apr 13, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2005**           Signature:  _Joseph Speetjens_