UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO.: 04-10427 |
| | ) | |
| Debtor, | ) | |
| | ) | |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

I, the below-signed, state that I have read the *Standards for Professional Conduct within the Seventh Federal Judicial Circuit* pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for:   **Tomkins Industries, Inc.,**

April 15, 2005
Date

/s/ Matthew M. Hohman
Signature

Matthew M. Hohman
Printed Name

20926-02
Indiana Attorney Registration Number

**BARNES & THORNBURG**
600 One Summit Square
Address

Fort Wayne, IN 46802
City, State, ZIP Code

(219) 423-9440
Telephone Number

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the above and foregoing document has been served this 15th day of April 2005, by e-filing and/or by depositing a copy of the same in the United States Mail, first-class postage prepared and properly addressed to the following:

| | | |
|---|---|---|
| John R. Burns, Esq.<br>111 East Wayne Street<br>Fort Wayne, IN 46802 | Ellen L. Triebold, Esq.<br>United States Trustee<br>One Michiana Square, Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601 | Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 |
| DASI Industrie, Inc.<br>Randall A. Miller'<br>80 Kendall Point Drive<br>Oswego, IL 60543 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 |
| Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, Ohio 43216 |
| Auburn City Utilities<br>P.O. Box 506<br>Auburn, IN 46706 | Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | Complete Drives Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 |
| Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 | DeKalb County, Indiana<br>DeKalb County Assessor<br>100 South Main Street<br>Auburn, IN 46706 | Citizens Gas & Coke Utilities<br>202 North Meridian Street<br>Indianapolis, IN 46202 |
| Fairmount Minerals<br>P.O. Box 400<br>Bridgeman, MI 49106 | GMAC Business Credit, LLC<br>300 Galleria Office Centre<br>Suite 110<br>Southfield, MI 48034 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 |
| Omnisource Corp.-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 | Unimin Corporation<br>809 Myers Road<br>Archbold, OH 43502 |
| XRI Testing – Troy<br>Mobilex, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | | |

/s/ Matthew M. Hohman

FWDS01 MWH 194427v1