UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | CASE NO.: 04-10427 |
| ) | |
| Debtor, ) | |
| ) | |

## NOTICE OF ASSIGNMENT OF CLAIM

Creditor, Tomkins Industries, Inc., hereby notifies the Court that it has received an Assignment of the unsecured claim of Goeglein's, Inc. and request that Tomkins Industries, Inc. be substituted for Goeglein's, Inc. pursuant to Rule 3001(e)(2). Evidence of the Assignment of Goeglein's, Inc.'s claim to Tomkins Industries, Inc. is attached hereto as Exhibit A.

Respectfully submitted,

_____
Matthew M. Hohman, Esq. (20926-02)
BARNES & THORNBURG
600 One Summit Square
Fort Wayne, Indiana 46802
Telephone: (260) 423-9440
Fax: (260) 424-8316

ATTORNEYS FOR CREDITOR,
TOMKINS INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th of April 2005, a copy of the above and foregoing document has been served by electronic filing and/or by depositing a copy of the same in the United States mail, first class postage prepaid, and properly addressed to the following counsel of record:

| | | |
|---|---|---|
| John R. Burns, Esq.<br>111 East Wayne Street<br>Fort Wayne, IN 46802 | Ellen L. Triebold, Esq.<br>United States Trustee<br>One Michiana Square, Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601 | Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 |
| DASI Industrie, Inc.<br>Randall A. Miller'<br>80 Kendall Point Drive<br>Oswego, IL 60543 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 |
| Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, Ohio 43216 |
| Auburn City Utilities<br>P.O. Box 506<br>Auburn, IN 46706 | Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL 60697 | Complete Drives Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 |
| Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 | DeKalb County, Indiana<br>DeKalb County Assessor<br>100 South Main Street<br>Auburn, IN 46706 | Citizens Gas & Coke Utilities<br>202 North Meridian Street<br>Indianapolis, IN 46202 |
| Fairmount Minerals<br>P.O. Box 400<br>Bridgeman, MI 49106 | GMAC Business Credit, LLC<br>300 Galleria Office Centre<br>Suite 110<br>Southfield, MI 48034 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 |
| Omnisource Corp.-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 | Unimin Corporation<br>809 Myers Road<br>Archbold, OH 43502 |
| XRI Testing – Troy<br>Mobilex, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | | |

_____
Matthew M. Hohman

FWDS01 MWH 194430v1