

## ASSIGNMENT AND RELEASE AGREEMENT

A.  This ASSIGNMENT (the "Assignment") is made effective this 15th day of April, 2005, by and between **Goeglein's, Inc.**, an Indiana corporation (the "Assignor"), and **Tomkins Industries, Inc.** (the "Assignee").

## AGREEMENT

In consideration of the covenants and promises contained in this Assignment, and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the parties agree as follows:

1.  Assignment and Assumption. Assignor hereby assigns and transfers to Assignee all its right, title and interest to the claim owned by Assignor against Auburn Foundry, Inc., which is reflected in the proof of claim that Assignor has filed in the bankruptcy case filed by Auburn Foundry, Inc., a copy of which is attached hereto as Exhibit A.

2.  Governing Law. This Assignment shall be governed by and interpreted under the laws of the State of Indiana.

IN WITNESS WHEREOF, Assignor has duly executed this Assignment on the first date set forth above.

ASSIGNOR

GOEGLEIN'S, INC.

By: _W. ABEGGER_____

Its: _BOOKKEEPER_____

## ACCEPTANCE

The above and foregoing Assignment is accepted by Tomkins Industries, Inc. on the first date set forth above.

ASSIGNEE

Tomkins Industries, Inc.

By: _____ BARNES & THORNBURG _____

Its: ATTORNEY _____

FWDS01 MWH 1943385v2

FORM B10 (Official Form 10)(12/03)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF INDIANA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Auburn Foundry, Inc. | Case Number<br>04-10427-reg | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>~~GOEGLEINTS~~ GOEGLEIN'S, INC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | 04-10427<br><br>7148329 |
|---|---|---|
| Name and Address where notices should be sent:<br>~~GOEGLEINTS~~ GOEGLEIN'S, INC<br>7311 MAYSVILLE ROAD<br>FORT WAYNE, IN 46815-8199 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Telephone Number: (260) 749-5192 | | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>AUB504 | Check here if ☐ replaces<br>this claim    ☐ amends    a previously filed claim, dated:_____ |
|---|---|

| 1. Basis for Claim | |
|---|---|
| ☒ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SS #: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)          (date) |

| 2. Date debt was incurred:<br>November 19, 2003 | 3. If court judgment, date obtained: |
|---|---|

4. Total Amount of Claim at Time Case Filed:  $ 97.04          0.00          0.00          97.04
                                              (unsecured)   (secured)     (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle<br>☐ Other_____<br><br>Value of Collateral:  $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____<br><br>6. Unsecured Nonpriority Claim $ 97.04<br>☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | 7. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br><br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
[stamp: FEB 26 AM 10:44, U.S. BANKRUPTCY COURT, N. DISTRICT OF INDIANA]

| Date<br>2-25-04 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>William V. Habegger, Bookkeeper |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

004556

**EXHIBIT A**


## Goeglein's
### catering

**INVOICE**
Date: 11/20/2003

7311 Maysville Road • Fort Wayne, IN 46815-8115
Phone (260) 749-5192 • Fax (260) 749-5193
Toll-Free 1-800-286-5402
catering@goegleins.com • www.goegleins.com

**Bill To:**
Denise Ewing
Auburn Foundry
635 West 11th Street
Auburn, IN 46706

Invoice #: G-81810

Title: AUB504—Auburn Foundry Box Lunch Delivery (11/19/2003)
Terms: Net due upon receipt of invoice. 1-1/2% on 30 days past due.

| Qty | Description | Taxable | Unit Price | Total Price |
|---|---|---|---|---|
| 12.00 | Box Lunches | Y | $6.00 | $72.00 |
| 1.00 | Delivery Charge | N | $20.00 | $20.00 |
| | | | Service Charge: | $0.00 |
| | | | Sales Tax: | $5.04 |
| | | | Invoice Due: | $97.04 |

*a family tradition since 1951*

In addition to the terms above, if the amount of the invoice is not paid within 30 days of the date of the invoice and the invoice is placed with an attorney for collection, the Buyer agrees to pay all costs of collection, including reasonable attorney's fees. If you dispute any of the terms of this invoice, you must contact Goeglein's in writing within 30 days and set forth the nature of your dispute. Failure to do so will be deemed as an acceptance to these terms and conditions.

Printed on Thursday, November 20, 2003 at 10:54:38 AM

Page 1 of 1

FILE COPY