UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                          )
                                                )
AUBURN FOUNDRY, INC.,                           )
                                                )    CASE NO.: 04-10427
                                                )
    Debtor,                                     )
                                                )

## SUBSTITUTION OF CREDITOR

This matter is before the Court on Creditor, Tomkins Industries, Inc., Notice of Transfer of Claim. The Court, having reviewed the Notice, and no objection being filed thereto pursuant to Bankruptcy Rule 3001(e), hereby substitutes that Tomkins Industries, Inc. for Goeglein's, Inc.

Dated: _____          _____
                                         Judge, United States Bankruptcy Court

**COPIES TO:**

| | | |
|---|---|---|
| Matthew M. Hohman, Esq.<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN  46802 | John R. Burns, Esq.<br>111 East Wayne Street<br>Fort Wayne, IN  46802 | Ellen L. Triebold, Esq.<br>United States Trustee<br>One Michiana Square, Suite 555<br>100 East Wayne Street<br>South Bend, IN  46601 |
| DASI Industrie, Inc.<br>Randall A. Miller'<br>80 Kendall Point Drive<br>Oswego, IL  60543 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN  46706 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL  60557 |
| Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL  60018 | A.F. Europe, Inc.<br>635 W. Eleventh Street<br>Auburn, IN  46706 | Ashland Chemical Co.<br>P.O. Box 395<br>Columbus, Ohio  43216 |
| Auburn City Utilities<br>P.O. Box 506<br>Auburn, IN  46706 | Bank of America<br>231 S. LaSalle Street, 16th Floor<br>Chicago, IL  60697 | Complete Drives Inc.<br>1542 W. Auburn Drive<br>Auburn, IN  46706 |

- 2 -

| | | |
|---|---|---|
| Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 | DeKalb County, Indiana<br>DeKalb County Assessor<br>100 South Main Street<br>Auburn, IN 46706 | Citizens Gas & Coke Utilities<br>202 North Meridian Street<br>Indianapolis, IN 46202 |
| Fairmount Minerals<br>P.O. Box 400<br>Bridgeman, MI 49106 | GMAC Business Credit, LLC<br>300 Galleria Office Centre<br>Suite 110<br>Southfield, MI 48034 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ 08073 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemont, IL 60018 | Motion Industries, Inc.<br>3333 East Washington Blvd.<br>Fort Wayne, IN 46862-2149 | MP Steel Indiana, LLC<br>P.O. Box 876<br>Kendallville, IN 46755 |
| Omnisource Corp.-Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 | R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 | Unimin Corporation<br>809 Myers Road<br>Archbold, OH 43502 |
| XRI Testing – Troy<br>Mobilex, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 | |

FWDS01 MWH 194432v1