UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.  04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

**ORDER**

At Fort Wayne, Indiana, on April 13, 2005.

The court denied the debtor's original request to hold a hearing on April 22, 2005, concerning a motion to sell, because creditors and parties in interest would not receive the notice contemplated by Rule 2002(c)(1) of the Federal Rules of Bankruptcy Procedure and sufficient cause had not been shown to shorten the notice period otherwise required.  Debtor has now filed another motion to hold a hearing on April 22 but, as near as the court can tell, the only difference between the circumstances presented by the two motions is the fact that the first motion has been denied.  Otherwise, the articulated cause for shortening the notice period seems to be the same.  When the court considered the debtor's first motion, soon after April 1, it did not think that the circumstances justified the shortened notice that would necessarily be associated with an April 22 hearing date.  Now, shortly after April 11, those same circumstances do not justify giving creditors even less notice of an April 22 hearing date.  Indeed, if the debtor had followed the procedures contemplated by the local rules of this court when it originally filed its motion to sell on March 31, 2005, see, N.D.Ind.L.B.R. B-2002-2, it could have given creditors the full notice of the opportunity to object and there would have been no need to consider shortening that period.  Debtor's emergency request for a hearing on April 22, 2005 is therefore DENIED.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1            Date Rcvd: Apr 13, 2005
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Apr 15, 2005.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 15, 2005**                    Signature:    _Joseph Speetjens_