UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE REGARDING DEFECTIVE NOTICE OF ASSIGNMENT OF CLAIM

On April 15, 2005, Tomkins Industries, Inc. filed an assignment of claim which indicates that Goeglein's, Inc. has transferred its previously-filed claim against the debtor to Tomkins Industries, Inc..

The parties are notified that:

_____   The alleged assignor has no proof of claim on file in this case.

__X__   The address stated on the claim is different from the address stated in the assignment of claim.

__X__   The amount stated on the claim is different from the amount stated in the assignment of claim.

As a result of the foregoing, the assignee shall not be substituted in the place and stead of the original claimant unless and until the deficiencies are corrected.

Dated at Fort Wayne, Indiana, on April 18, 2005.

Christopher M. DeToro
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 S. Harrison Street
Ft. Wayne, IN   46802