## UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35−0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | ) Case Number: 04−10427−reg<br>)<br>) Chapter: 11 |

## ORDER TO SHOW CAUSE

At Fort Wayne, Indiana on April 20, 2005.

Edwin Rosenbrock and Auburn Foundry, Inc. has/have failed to file a proposed pre−trial order with regard to Edwin Rosenbrock 's motion for relief from stay as directed by the court on December 20, 2004.

The motion for relief from stay may be denied without further notice unless, within twenty−one (21) days of this date, the court's directions are complied with or cause is shown, in writing, why compliance should be excused.

SO ORDERED.

Robert E. Grant
Judge, United States Bankruptcy Court

Document No. 633 − 482