UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    04-10427 |
| | ) | CHAPTER    11 |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE REGARDING DEFECTIVE NOTICE OF ASSIGNMENT OF CLAIM

On April 15, 2005, Tomkins Industries, Inc. filed an assignment of claim which indicates that Goeglein's, Inc. has transferred its previously-filed claim against the debtor to Tomkins Industries, Inc..

The parties are notified that:

    _____    The alleged assignor has no proof of claim on file in this case.

    __X__    The address stated on the claim is different from the address stated in the assignment of claim.

    __X__    The amount stated on the claim is different from the amount stated in the assignment of claim.

As a result of the foregoing, the assignee shall not be substituted in the place and stead of the original claimant unless and until the deficiencies are corrected.

Dated at Fort Wayne, Indiana, on April 18, 2005.

Christopher M. DeToro
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 S. Harrison Street
Ft. Wayne, IN   46802

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: mjc                Page 1 of 1              Date Rcvd: Apr 18, 2005
Case: 04-10427                 Form ID: pdf004          Total Served: 2

The following entities were served by first class mail on Apr 20, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
7148329    GOEGLEIN I S,   7311 MAYSVILLE ROAD,   FORT WAYNE, IN 46815-8199

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2005**               **Signature:**   *Joseph Speetjens*