## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)  )
Auburn Foundry, Inc.  )
35−0154360  )
635 W. Eleventh Street  ) Case Number: 04−10427−reg
Auburn, IN 46706  )
) Chapter: 11

## ORDER TO SHOW CAUSE

At Fort Wayne , Indiana on April 20, 2005 .

Edwin Rosenbrock and Auburn Foundry, Inc. has/have failed to file a proposed pre−trial order with regard to Edwin Rosenbrock 's motion for relief from stay as directed by the court on December 20, 2004 .

The motion for relief from stay may be denied without further notice unless, within twenty−one (21) days of this date, the court's directions are complied with or cause is shown, in writing, why compliance should be excused.

SO ORDERED.

Robert E. Grant
Judge, United States Bankruptcy Court

Document No. 633 − 482

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Apr 21, 2005
Case: 04-10427                Form ID: 421           Total Served: 2

The following entities were served by first class mail on Apr 22, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
aty       +Patrick L. Proctor,   Eilbacher Fletcher LLP,   803 South Calhoun Street, Ste 400,
            Fort Wayne, IN 46802-2305
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2005**                       Signature:  *Joseph Speetjens*