IN THE
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
FOR UNPAID VACATION PAY AND PERSONAL DAYS

The Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 (collectively "Union"), by counsel, makes application for the allowance of an administrative claim on behalf of the bargaining unit employees of Debtor Auburn Foundry, Inc. ("Auburn") for unpaid 2005 vacation pay and personal days. In support of its application, the Union states:

1. Auburn filed its Chapter 11 petition on 02/08/04.

2. The bargaining unit employees of Auburn are represented by the Union.

3. The Union and Auburn are parties to a collective bargaining agreement effective between 05/03/03 and 05/03/06 ("CBA"). (Exhibit A).

4. All bargaining unit employees were laid off as of 04/22/05.

5. Section XIII of the CBA contains a provision concerning the payment of vacation pay. Pursuant to that provision, bargaining unit employees with a certain number of years of continuous service as of June 1st of each calender year are entitled to specific amounts of vacation pay. Vacation pay is paid on a pro rata basis for employees who are separated from employment prior to June 1st. The bargaining unit employees are owed a total of $643,577.06 in pro-rata vacation pay for 06/01/04

1

        to 04/22/05. (Exhibit B).

6. Section 17.12 of the CBA contains a provision concerning the payment of personal days. Pursuant to that provision, bargaining unit employees are paid for unused personal days on the contract anniversary date (May 3rd). Personal days are paid on a pro rata basis for employees who are separated from employment prior to May 3$^{rd.}$ The bargaining unit employees are owed $104,976.80 for pro-rata 2005 personal days accrued between 05/03/04 and 04/22/05. (Exhibit B).

7. The Union's claim on behalf of the bargaining unit members of Auburn for unpaid 2005 vacation pay and personal days, in the total amount of $748,553.86, has the status of an allowed administrative claim as provided in Section 503(b) of the Bankruptcy Code. 11 U.S.C. § 503 (b).

For these reasons, the Union urges the Court to approve the Union's Application for Allowance Of Administrative Claim For Unpaid Vacation Pay And Personal Days.

        Respectfully submitted,

        MACEY SWANSON AND ALLMAN

        /s/ Richard J. Swanson
        Richard J. Swanson, Attorney No. 1605-49
        Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid this 26th day of April, 2005.

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square
Suite 555
100 East Wayne Street
South Bend, IN 46601

DASI Industrie Inc.
Randall A. Miller
80 Kendall Point Dr.
Oswego, IL 60543

Miller and Company LLC
Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

Auburn City Utilities
P. O. Box 506
Auburn, IN 46706

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

Fairmount Minerals
P. O. Box 400
Bridgeman, MI 49106

Miller and Company
6400 Shafer Court, Suite 500
Rosemount, IL 60018

Omnisource Corp., - Tusco
2453 Hill Avenue
Toledo, OH 43607

XRI Testing - Troy
Mobilex, LLC
1961 Thunderbird
Troy, MI 48084
Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

A.F. Europe, Inc.
635 W. Eleventh St.
Auburn, IN 46706

Bank of America
231 S. LaSalle Street
16th Floor
Chicago, IL 60697

DeKalb County, Indiana
DeKalb County Assessor
100 South Main Street
Auburn, IN 46706

GMAC Business Credit, LLC
300 Galleria Office Centre
Suite 110
Southfield, MI 48034

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Farimount Minerals
Michelle Pezanoski
P. O. Box 177
Wedron, IL 60557

Ashland Chemical Co.

3

P. O. Box 395  
Columbus, OH 43216

Complete Drives Inc.  
1542 W. Auburn Drive  
Auburn, IN 46706

Citizens Gas & Coke Utilities  
202 North Meridian Street  
Indianapolis, IN 46202

Inductotherm Corp.  
10 Indel Ave.  
Rancocas, NJ 08073

MP Steel Indiana, LLC  
P. O. Box 876  
Kendallville, IN 46755

Unimin Corporation  
809 Myers Road  
Archbold, OH 43502

Matthew M. Hohman  
Barnes & Thornburg  
600 One Summit Square  
Fort Wayne, IN 46802

 /s/ Richard J. Swanson  
Richard J. Swanson, Attorney No. 1605-49  
Attorney for Union

MACEY SWANSON AND ALLMAN  
445 North Pennsylvania Street, Suite 401  
Indianapolis, IN 46204-1800  
(317) 637-2345

4