**2003**

| JANUARY | FEBRUARY | MARCH |
| APRIL | MAY | JUNE |
| JULY | AUGUST | SEPTEMBER |
| OCTOBER | NOVEMBER | DECEMBER |

**2004**

| JANUARY | FEBRUARY | MARCH |
| APRIL | MAY | JUNE |
| JULY | AUGUST | SEPTEMBER |
| OCTOBER | NOVEMBER | DECEMBER |



30-S

# COLLECTIVE BARGAINING AGREEMENT

between

## AUBURN FOUNDRY, INC.
Auburn, Indiana

and

## GLASS, MOLDERS, POTTERY, PLASTICS & ALLIED WORKERS INTERNATIONAL UNION, AFL-CIO, CLC (GMP INTERNATIONAL UNION)

### Local 322

May 3, 2003 through May 3, 2006

## PLEDGE ALLEGIANCE TO THE FLAG



"I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands - one nation under God, indivisible, with liberty and justice for all."

# INDEX

| | | Page |
|---|---|---|
| Preamble | | 1 |
| **ARTICLE I - RECOGNITION** | | 1 |
| SECT. 1.1 | Exclusive Bargaining Representative | 1 |
| **ARTICLE II - UNION MEMBERSHIP** | | 1 |
| SECT. 2.1 | Union Dues | 1 |
| **ARTICLE III - CHECK-OFF** | | 2 |
| SECT. 3.1 | Payroll Deduction | 2 |
| SECT. 3.2 | Check-Off Form | 2 |
| SECT. 3.3 | Indemnification | 3 |
| SECT. 3.4 | Transfer Outside Bargaining Unit | 3 |
| SECT. 3.5 | Provision of Average Hourly Rate | 3 |
| SECT. 3.6 | Meeting With New Employees | 3 |
| **ARTICLE IV - MANAGEMENT RESPONSIBILITY** | | 4 |
| SECT. 4.1 | Management Rights | 4 |
| SECT. 4.2 | Management Work Rule Rights | 4 |
| SECT. 4.3 | Duty to Discuss Changes | 5 |
| SECT. 4.4 | Unpaid Suspension During Investigation | 5 |
| **ARTICLE V - ANTI-DISCRIMINATION** | | 5 |
| SECT. 5.1 | Equal Employment | 5 |
| SECT. 5.2 | Gender References | 6 |
| **ARTICLE VI - REPRESENTATION** | | 6 |
| SECT. 6.1 | Union Representation | 6 |
| SECT. 6.2 | Qualifications of Union Representatives | 7 |
| SECT. 6.3 | List of Union and Management Representatives | 7 |
| **ARTICLE VII - GRIEVANCE PROCEDURE** | | 7 |
| SECT. 7.1 | Establishment of Grievance Procedure | 7 |
| SECT. 7.2 | Step One | 8 |
| SECT. 7.3 | Step Two | 9 |
| SECT. 7.4 | Step Three | 10 |
| SECT. 7.5 | Step Four | 11 |

# INDEX (cont.)

SECT. 7.6 Time Limits ............................................................................. 12
SECT. 7.7 Retroactivity of Decision ......................................................... 12
**ARTICLE VIII - SENIORITY** ............................................................... 13
SECT. 8.1 Defined ................................................................................. 13
SECT. 8.2 Probationary Period; Summer Employees .............................. 13
SECT. 8.3 Loss of Seniority ................................................................... 13
SECT. 8.4 Transfer Out of Bargaining Unit ............................................ 14
SECT. 8.5 Seniority Lists ....................................................................... 15
SECT. 8.6 Bargaining Committee Seniority ........................................... 15
**ARTICLE IX - LAYOFFS AND RECALL** ........................................... 15
SECT. 9.1 Types Defined ....................................................................... 15
SECT. 9.2 Temporary Layoff ................................................................. 15
SECT. 9.3 Indefinite Layoff ................................................................... 16
SECT. 9.4 Recall .................................................................................... 17
**ARTICLE X - TRANSFERS AND JOB BIDDING** ............................. 18
SECT. 10.1 Transfers .............................................................................. 18
SECT. 10.2 Job Bidding ......................................................................... 20
SECT. 10.3 Bid Procedure ...................................................................... 21
**ARTICLE XI - HOURS OF WORK** ..................................................... 24
SECT. 11.1 Standard Work Week ........................................................... 24
SECT. 11.2 Overtime .............................................................................. 26
SECT. 11.3 Wage Classifications ............................................................ 29
SECT. 11.4 Report in Pay ....................................................................... 29
SECT. 11.5 Changes in Starting Times ................................................... 30
SECT. 11.6 Pay Errors ............................................................................ 30
**ARTICLE XII - HOLIDAYS** ................................................................ 30
SECT. 12.1 Holidays .............................................................................. 30
SECT. 12.2 Holiday Pay ......................................................................... 30
SECT. 12.3 Holiday Shift Premium ........................................................ 31
SECT. 12.4 Holiday Pay Rate ................................................................. 31
**ARTICLE XIII - VACATIONS** ............................................................ 31
SECT. 13.1 Eligibility For Vacation Pay ................................................. 31
SECT. 13.2 Amount of Vacation Pay ...................................................... 31

# INDEX (cont.)

SECT. 13.3 Vacation Time ..................................................................... 32
SECT. 13.4 Summer Shutdown .............................................................. 33
SECT. 13.5 Scheduling Vacation ............................................................ 33
SECT. 13.6 Vacation Pay on Termination .............................................. 34
SECT. 13.7 Pay For Work During Shutdown ......................................... 34
SECT. 13.8 Right to Vacation Scheduling .............................................. 35
SECT. 13.9 Vacation Pay Date ............................................................... 35
SECT. 13.10 Vacation Priority Date ....................................................... 35
SECT. 13.11 Vacation Starting Time ...................................................... 35
**ARTICLE XIV - GROUP INSURANCE** ............................................. 35
SECT. 14.1 Life Insurance ...................................................................... 35
SECT. 14.2 Health Plan .......................................................................... 36
**ARTICLE XV - RETIREMENT PLAN** ............................................... 37
SECT. 15.1 Pension Plan ........................................................................ 37
SECT. 15.2 401(k) Plan .......................................................................... 38
**ARTICLE XVI - LEAVES OF ABSENCE** .......................................... 38
SECT. 16.1 Medical Leave ..................................................................... 38
SECT. 16.2 Military Leave ..................................................................... 39
SECT. 16.3 Union Leave ........................................................................ 40
SECT. 16.4 Reservist Duty ..................................................................... 40
SECT. 16.5 Jury Duty ............................................................................. 40
SECT. 16.6 Funeral Leave ...................................................................... 41
**ARTICLE XVII - GENERAL** .............................................................. 42
SECT. 17.1 Bulletin Boards .................................................................... 42
SECT. 17.2 Salaried Employees Working .............................................. 42
SECT. 17.3 Union Representation; Discipline; Time Limit ................... 43
SECT. 17.4 Copy of Labor Contract ....................................................... 43
SECT. 17.5 Departments Established ..................................................... 43
SECT. 17.6 Tool Allowance ................................................................... 43
SECT. 17.7 Telephone Calls ................................................................... 44
SECT. 17.8 Sealed Checks and Statements ............................................ 44

## INDEX (cont.)

SECT. 17.9 Training & Meetings ........................................................ 44
SECT. 17.10 401(k) Plan ..................................................................... 45
SECT. 17.11 Pension Plan ................................................................... 45
SECT. 17.12 Attendance ..................................................................... 45
SECT. 17.13 Smoking Areas ............................................................... 45
SECT. 17.14 Additional Heat Break .................................................... 46
SECT. 17.15 Weekend Bricklayer Program ........................................ 46
SECT. 17.16 Apprenticeship Program ................................................. 46
**ARTICLE XVIII - HEALTH AND SAFETY** ........................................ 46
SECT. 18.1 Commitment to Safety .................................................... 46
SECT. 18.2 Safety Committee ........................................................... 46
SECT. 18.3 Unsafe Conditions .......................................................... 48
SECT. 18.4 Lost Time Injury ............................................................. 48
SECT. 18.5 Safety Equipment ........................................................... 49
SECT. 18.6 Job Rotation ................................................................... 50
SECT. 18.7 Alternative Work ............................................................ 50
SECT. 18.8 Safety Grievances ........................................................... 50
**ARTICLE XIX - COST OF LIVING** [NOTE: Not applicable
during term of this Agreement.] ................................... 50
SECT. 19.1 COLA Defined ............................................................... 50
SECT. 19.2 Payment of COLA .......................................................... 50
SECT. 19.3 Pre-Requisite for COLA ................................................. 51
**ARTICLE XX - NO STRIKE AND NO LOCK OUT** ....................... 52
SECT. 20.1 No Strike and No Lock Out ............................................ 52
**ARTICLE XXI - DURATION OF AGREEMENT** ............................ 52
SECT. 21.1 Term of Agreement ........................................................ 52
SECT. 21.2 Zipper Clause .................................................................. 53

## INDEX (cont.)

**EXHIBIT I**
Wage Rates and Classifications ............................................................ 55
**EXHIBIT II**
Check-off Form ..................................................................................... 64
**EXHIBIT III**
Group Health Plan Modification .......................................................... 65
**EXHIBIT IV**
Holidays 2003 through 2006 ................................................................ 67
**EXHIBIT V**
Alternative Work Program .................................................................... 68
**EXHIBIT VI**
Employee Conduct Rules ...................................................................... 72

# PREAMBLE

This is an Agreement between the Auburn Foundry, Inc. hereinafter referred to as the "Company" and the Glass, Molders, Pottery, Plastics & Allied Workers International Union, AFL-CIO, CLC and its Local 322, hereinafter referred to as the "Union."

## ARTICLE I
## Recognition

**SECTION 1.1 Exclusive Bargaining Representative.** The Company recognizes the Union as certified by the National Labor Relations Board, as the exclusive bargaining representative with respect to rates of pay, wages, hours of employment, and other conditions of employment for all production, **warehouse,** and maintenance employees of the employer at all production facilities in DeKalb County, but excluding Superintendents, Foremen, Assistant Foremen, Time Study Men, Administrative Office and Salaried employees or Watchmen and Plant Protection employees.

## ARTICLE II
## Union Membership

**SECTION 2.1 Union Dues.** Membership in the union is not compulsory for employees covered by this Agreement. It is agreed, however, that employees, after having served their probationary period and as provided under federal law, shall be required as a condition of employment to pay the required initiation fee and monthly union dues or representation fee. The initiation fee and subsequent monthly dues/representation fees can be paid through a voluntary check off. The union agrees to

— 1 —

refund any initiation fee to any employee that terminates prior to the end of the probationary period. On the first pay day of each month, the Company will deduct these amounts from the pay of each employee entitled to receive a check and who has executed a voluntary check-off authorization card and remit the same to the union.

## ARTICLE III
## Check-Off

**SECTION 3.1 Payroll Deduction.** During the terms of this Agreement, the Company will continue to check off monthly dues and fees and initiation fees each as designated by the Financial Secretary of the Union, on the basis of and for the term of individually signed voluntary check-off authorization cards. The Company shall also furnish the Union with a list of names, addresses, and social security numbers from whom such dues and fees have been collected. By mid-November, the Company shall provide to the local Union a list of all employees who have paid initiation fees for that fiscal year.

a) Dues and fees shall be deducted from Union employee's paychecks on the first pay day of each month of those employees entitled to receive a check. The Company will divide the Union dues deducted from the members, between the International and Local #322, as directed by the International Secretary/Treasurer.

b) The Company will not be required to make deductions for assessments until it has been officially notified by the Union in writing, and the deductions will be made at the next deduction period after receiving notice.

**SECTION 3.2 Check-off Form.** The form of the voluntary written assignments shall be as set forth on Exhibit II "Assignment And Authorization".

— 2 —

**SECTION 3.3  Indemnification.** The Union shall indemnify the Company and hold it harmless against any and all suits, claims, demands and liabilities that shall arise out of or by reason of any action that shall be taken by the Company for the purpose of complying with this section or in reliance on any assignment or authorization which shall have been furnished to the Company under any of such provisions.

**SECTION 3.4  Transfer Outside Bargaining Unit.** If an employee who has signed a "Check-Off Authorization" is promoted or transferred to a position outside the Bargaining Unit, his "Check-Off Authorization" shall be cancelled automatically as of the date of such promotion or transfer. Should he be subsequently placed on a job in the Bargaining Unit and desire to have Union dues deducted, it shall be necessary for him to complete and supply to the Company a new "Check-Off Authorization." The Company will notify the Union of such transfer and the date they occurred within fifteen (15) days of the transfer.

**SECTION 3.5  Provision of Average Hourly Rate.** The Company shall submit in writing the average hourly rate of total employees for a twelve (12) week period beginning with the first pay period in April. The average rate to be furnished will be exclusive of all overtime and holiday pay. The average rate will be computed and submitted to the Financial Secretary of the Union on an annual basis.

**SECTION 3.6  Meeting With New Employees. Representatives of the Bargaining Committee will be permitted to meet with new employees during employee orientation for 15 minutes.** Upon completion of the probation period, the employee(s) will be permitted to meet with representative(s) of the Bargaining Committee. The Company will provide an on-site location for the Bargaining Committee and employee(s) to meet, and will provide 30-minutes unpaid time outside of the employee's shift to conduct said meeting.

## ARTICLE IV
## Management Responsibility

**SECTION 4.1 Management Rights.** The Union recognizes the Company as retaining sole right to manage its business subject only to restrictions governing the exercise of these rights as are expressly provided in the Agreement. Such rights include, but are not limited to, the right to hire, transfer, promote, demote, suspend, discharge for **just** cause, or otherwise discipline employees; to determine and change methods, to establish fair standards of production; processes and methods desired as a result of advanced technology processes; to determine the number and location of the Company plants; the work to be performed in each of them; and to make decisions as to whether to perform work in this or any other plant. The Company shall determine the type of manufacturing equipment and the sequence of manufacturing processes.

Additionally, the Company has the right to assign work to or contract with an outside contractor when it decides the employees do not have the skills, equipment or availability to perform such work in the manner expected by the Company or when it decides such contracting out is appropriate for economic reasons, so long as it does not cause the layoff of bargaining unit employees.

**SECTION 4.2 Management Work Rule Rights.** The Company reserves the right to continue in effect and enforce previously published rules and regulations governing the conduct of employees, including but not limited to attendance

— 3 —

— 4 —

and substance abuse policies. The Company may modify or supplement these rules and regulations, and publish new rules and regulations provided that all said rules are:

a) Reasonable;

b) Uniformly applied among employees; and

c) Posted ten (10) calendar days in advance of their adoption.

**SECTION 4.3 Duty To Discuss Changes.** The Company shall discuss modified or new rules with the Union at least ten (10) working days prior to implementation. All rules and disciplinary action taken thereunder shall be subject to the grievance procedure.

**SECTION 4.4 Unpaid Suspension During Investigation.** Any employee charged with violation of a Group One work rule may be suspended without pay while the Company conducts an investigation. If the employee is found not in violation of a Group One work rule, or an ensuing discipline is less than the period of suspension, the employee will be paid the amount of back pay the employee lost by virtue of the suspension being for a period for which there should not have been a suspension, at the employee's regular straight-time hourly rate, including shift premium.

## ARTICLE V
## Anti-Discrimination

**SECTION 5.1 Equal Employment.** The Parties agree that there shall be no discrimination in employment opportunities because of race, color, creed, sex, national origin, age, or disability as provided by law. This Agreement applies to all

— 5 —

existing employees and all applicants for employment with respect to: hiring, placement, upgrading, transfer or demotion, recruitment, advertising, solicitation for employment, treatment during employment, rates of pay or other forms of compensation, selection for training, layoff or termination.

The Company agrees to provide periodic diversity training to all current and newly hired employees. The content and frequency of such training will be left to the Company's determination, although the Union may offer advice regarding the content or frequency of such training.

**SECTION 5.2 Gender References.** Whenever in this Agreement employees are referred to in the male gender, it shall be regarded as referring to both male and female employees.

**SECTION 6.1 Union Representation.** For the purpose of presenting or adjusting any complaint or grievance which may arise under the terms of this Agreement, the employees shall be represented in the Grievance Procedure as follows:

## ARTICLE VI
## Representation

a) The Union shall be represented by a General Grievance Committee of five (5) selected by members of the Union.

b) By a Steward in each department that does not have a member of the General Grievance Committee in the department.

c) The employee shall have their choice of any Union representative on shift **within the plant.**

— 6 —

d) Any situation involving Group One Rules, the employee shall be represented by the Bargaining Committee.

**SECTION 6.2 Qualifications of Union Representatives.** All representatives, both Stewards and members of the General Grievance Committee shall be employees from the shop. In the event a member of the General Grievance Committee or a Steward is unavailable to conduct the functions of their position, the President of the Union may appoint an alternate during such time.

**SECTION 6.3 List of Union and Management Representatives.** The Union agrees to keep the Company advised at all times, in writing, as to the members of the General Grievance Committee, Stewards or alternates, indicating the area to which each is assigned. Also in return, the Company will keep the Union advised at all times, in writing, of any supervisory or management changes directly affecting the members of the Union.

## ARTICLE VII
## Grievance Procedure

**SECTION 7.1 Establishment of Grievance Procedure.** The grievance procedure shall apply to all grievances pertaining to and/or arising out of the interpretation or application of this Agreement. Any complaint that this Agreement has been violated must cite the section allegedly violated, the way in which it has been violated, and the adjustment sought. The subject matter of, and the adjustment sought, in the original written grievance may not be altered in subsequent steps of the Grievance Procedure. A complaint alleging an unreasonable working condition shall be considered a legitimate grievance within the foregoing definition. Any grievance discussion must be held within four (4) working days of its occurrence or no grievance shall be deemed to exist.

a) Members of the Bargaining Committee and Stewards shall have access to the Plants during their non-working hours for the purpose of investigating complaints and/or grievances after approval from the Plant Manager, or his designate, which approval will not be unreasonably withheld. Further, such union officials will be allowed up to two (2) hours per week at their regular straight time hourly rate to investigate complaints or grievances during their working time so long as they secure permission from their supervisors, which permission will not be unreasonably denied. If permission is denied, then no more than two hours after the request, the union official will be allowed to leave his/her job assignment to investigate the complaint or grievance. The union official's investigation will not interfere with the production or maintenance activities of the plant. Such union officials must keep track of their time engaged in the activities of this section on their Company job cards.

b) Time spent in meeting with the Company in accordance with Section 7.3, Step 2 and Section 7.4, Step 3, will be compensable in addition to the investigative time listed above.

**SECTION 7.2 Step One** - Initial Verbal Discussion. Any employee who feels he has a complaint shall personally discuss his complaint with his Supervisor. As soon as possible after the discussion and in any event not more than one (1) working day later, the Supervisor will give his verbal answer to the employee. A final agreement on a grievance in the verbal discussion stage shall apply to that grievance, and

— 7 —

— 8 —

shall not establish a binding precedent for any other grievance. Should the employee desire the Committeeman or Steward to enter the discussion during the verbal stage, the employee may do so by informing the employee's supervision.

**SECTION 7.3 Step Two** - If the Steward or the General Grievance Committeeman for this area do not consider the answer satisfactory, they may within three (3) working days from the date of the Supervisor's answer to present the Production Manager for that Shift with a written grievance signed by the employee and/or the Committeeman or Steward, as the case may be for the area. In the interest of prompt handling, all discharge grievances will originate in Step Three.

a) When the written grievance is received, the Production Manager will arrange a conference with the employee and the Steward or Committeeman for the area within two (2) working days from the time the grievance was received.

b) If a satisfactory settlement of the dispute is reached, the terms of the settlement shall be entered on the written grievance, signed by the Production Manager, the Steward or Committeeman for the area, and employee, and the copies of the grievance distributed to participants.

c) Should a settlement not be agreed to during the discussion, the Production Manager will enter his/her reply to the grievant's complaint and return it to the Steward or Committeeman for the area, no more than two (2) working days after the termination of the discussion.

d) If the written answer is unsatisfactory to the Committeeman, the grievance may be appealed to the next step of the Grievance Procedure, in writing within three (3) working days of receipt of the Production Manager's written answer.

— 9 —

**SECTION 7.4 Step Three** - Upon receipt of the grievance from the General Grievance Committee, the Management shall establish a meeting with a Representative of the International Union and the General Grievance Committee not earlier than one (1) week nor later than two (2) weeks after conclusion of Step Two, and attempt to reach agreement on the grievance. The Company shall notify all affected departments of the dates of any Step 3 grievance meeting and shall make such notification in advance of such meeting. By mutual agreement between the parties, the time limit in this step may be extended, but such extension may not be for more than two (2) additional weeks.

a) **All Company representatives who make decisions on Third Step** Grievances shall attend all Third Step Grievance meetings.

b) The Bargaining Committee shall be permitted 45-minutes prior to all Step 3 grievance meetings. Representatives off shift attending a scheduled meeting shall be compensated at their regular hourly straight time rate.

c) The Company will provide the Union a Step 3 answer within fifteen (15) working days of the Step 3 meeting.

d) If the Union does not accept the Company's answer then, the local union shall refer the grievance and the Company's last answer to the International President of the Union for discussion by the International President or his designated representative with the Company. The International President or his designee will have twenty (20) days from the date of the Company's third step answer to accept the Company's last answer or request in writing that the grievance be referred to arbitration as provided in

— 10 —

Section 7.5 below. In the event the International President does not request arbitration as provided above, the grievance will be resolved based on the Company's answer given pursuant to subparagraph (c) of this step.

**SECTION 7.5 Step Four.** - Upon receipt of the International President's request, the Company will prepare a written request to the American Arbitration Association (AAA) for a panel of fifteen (15) arbitrators from Indiana and its adjoining states and the grievance shall proceed to arbitration according to the rules of the AAA, as modified below.

a) Upon receiving the panel of arbitrators, the parties shall meet to select an arbitrator. The party requesting arbitration shall strike first from the list of arbitrators and each shall proceed to alternately strike until one (1) remains, who shall serve as the arbitrator.

b) The decision of the arbitrator shall be final and binding on all parties. The arbitrator shall have no authority to add to, delete from, or in any way modify the terms of this Agreement, or any supplemental agreement hereto. The arbitrator's authority shall be confined to the interpretation of the terms of this Agreement and any supplemental agreements.

c) The arbitrator will be required to render his/her decision within twenty-one (21) working days from the date of the hearing.

d) Each party shall bear the expenses of its appointed representatives, witnesses, and all preparation.

— 11 —

e) The fees and expenses of the arbitration service and the arbitrator will be borne equally by the parties.

f) If both parties agree on the need for a reporter, then the cost of the reporter will be borne equally by the parties. If the parties do not agree, then the party requesting the reporter will pay the expense for the reporter.

g) Either party may submit confidential pre-hearing statements to the arbitrator and post-hearing briefs within the time allowed by the arbitrator.

**SECTION 7.6 Time Limits.** When the expiration of any limit indicated in the foregoing procedure occurs on a day which is not a regularly scheduled work day, the time limit shall automatically be extended to the end of the next regular comparable work shift period. There shall be strict adherence to all of the time limits, at one or more steps in the grievance procedure. Should the Union fail to comply with the time limits, the grievance shall be deemed to have been dropped, and it shall not be subject to any further processing in the grievance procedure. Should the Company fail to comply with the time limits at any step of the grievance procedure, the grievance shall automatically advance to the next stage of the procedure.

a) **Any days missed by the grievant or Union representative handling the grievance shall not be counted for purposes of time limits.**

**SECTION 7.7 Retroactivity of Decision.** Retroactivity of any issues or remedies arising under this grievance procedure shall be limited to the facts occurring within fifteen (15) working days prior to the presentation of the written grievance in Step Two of the Grievance Procedure.

— 12 —

# ARTICLE VIII
## Seniority

**SECTION 8.1 Defined.** Seniority shall mean the employee's length of service since his last date of hire by the Company. When two (2) or more employees report to work on the same day, the order in which they appear on the seniority list will be alphabetically by last name.

**SECTION 8.2 Probationary Period; Summer Employees.** All new employees must satisfactorily complete a probationary period of at least sixty (60) days worked from the date of hire. During this period, a probationary employee may be terminated for any reason at Management's discretion.

New employees shall participate in employee benefits to which they are entitled by the Agreement on the 61st day worked.

The Company may employ summer workers to perform bargaining unit work who shall not be covered by the terms of this Agreement. The assignment of such workers by job and/or shift will not be the basis for a grievance pursuant to Article VII, unless such workers are used to displace bargaining unit employees from their jobs or shifts.

**SECTION 8.3 Loss of Seniority.** Seniority and all rights of employment shall terminate when an employee:

a) Quits.

b) Is discharged for just cause and is not reinstated

c) Fails to answer a recall to work or make satisfactory arrangements with the Company within three (3) working

— 13 —

days after notice has been sent to report by certified mail. Each employee shall at all times, keep the Company advised in writing of his current address to entitle such employee to the benefits of the ARTICLE.

d) Fails to return to work within five (5) days after the completion of a leave of absence or fails to present an excuse satisfactory to the Company for his failure to return from such leave.

e) Is laid off or absent from work for the length of the employee's seniority, up to a maximum of two (2) years. An employee who has returned to work from a leave of absence must return within five (5) full consecutive working days in order to be deemed to have "returned" from a leave of absence for this purpose.

f) Misrepresents the reason for a leave of absence or secures employment while on a leave of absence other than that specifically provided for in the terms of this Agreement.

**SECTION 8.4 Transfer Out of Bargaining Unit.** In the event any Bargaining Unit employee is transferred to a position outside the Bargaining Unit, the employee shall retain the seniority the employee had for a period of one (1) year, but shall not accumulate seniority during the time the employee occupied a job outside of the Bargaining Unit. Should the employee elect to return or is returned to the Bargaining Unit during this one (1) year period, the employee shall exercise plant-wide seniority as follows:

a) Fill any available opening in the plant.

b) Should there be no available openings, the employee shall displace the least senior employee in the plant, or

c) Be placed on layoff.

— 14 —

If at the expiration of one (1) year the employee has not returned to the Bargaining Unit, the employee's Bargaining Unit seniority shall terminate.

**SECTION 8.5 Seniority Lists.** Plant-wide seniority lists shall be revised quarterly, be posted on plant-wide bulletin boards and be unobstructed from view.

**SECTION 8.6 Bargaining Committee Seniority.** Members of the Bargaining Committee shall be recognized as having top seniority for purposes of layoff and recall, providing they have the ability to do the work involved.

### ARTICLE IX
### Layoffs and Recalls

**SECTION 9.1 Types Defined.** Layoffs because of lack of work shall be of two types: temporary layoffs and indefinite layoffs as follows:

a) Temporary Layoff - a temporary layoff shall be a layoff of not more than one (1) week in duration.

b) Indefinite Layoff - an indefinite layoff shall be a layoff that is more than one (1) week in duration and the recall time is unknown. The Union shall be notified at least twenty-four (24) hours in advance of the layoff.

**SECTION 9.2. Temporary Layoff.** Temporary layoffs will first be on a voluntary basis offered by seniority, within the department and shift, provided the remaining employees can satisfactorily perform the jobs available. If there is further need to reduce manpower, employees will be laid off within a department for a temporary period, not to exceed one (1)

week, in accordance with the plant-wide seniority. When informed of such layoff, employees will be advised of their time of recall (employee will not be allowed to bump tempo-to-shift during a temporary layoff unless a recurring temporary layoff situation exists). Should it become necessary to extend a layoff beyond one week, the provisions of SECTION 9.3 shall apply.

a) **A recurring layoff is one where there is a third occurrence of a temporary layoff within a two (2) calendar month period. The recurring layoff will continue into the following two (2) calendar month period unless there is a thirty (30)-day break between the last temporary layoff in the original two (2) calendar month period and the first temporary layoff in the following two (2) calendar month period.**

**Exclusions: Temporary layoffs caused by equipment failure or breakdown are excluded from the definition of a recurring layoff.**

**SECTION 9.3 Indefinite Layoff.** The Company shall determine the number of employees to be laid off and shall include **all** plants and the warehouse. Those employees whose jobs are affected will exercise their plant-wide seniority as follows:

a) First on a voluntary basis offered by seniority within the department.

b) Second, in accordance with the plant-wide seniority.

c) An employee volunteering for an indefinite layoff can return to his original job and displace the employee

currently performing that job on or after sixty (60) days of the date of layoff (or duration of layoff whichever is less). Remaining employees will fill any vacancies within their department.

d) Senior employee(s) electing layoff will have available Unemployment Benefits as defined by state law.

e) Employees not having seniority to remain within the affected department can exercise their plant-wide seniority by filling any available openings in the plant. Should there be no available openings, they displace the least senior employee(s) in the plant.

f) Employees exercising their seniority in accordance with the above must be capable of doing the job.

**SECTION 9.4 Recall.** When employees are on layoff due to a reduction in force and it becomes necessary to increase the work force, employees shall be recalled in accordance with their seniority and ability to do the job by filling any available opening within the plant.

a) An employee who has been displaced from his job due to a reduction in force shall return to his regular classification, then shift, (unless he shall have bid) when it becomes available on a full time basis if he is currently on the active payroll or is subject to recall from layoff. However, if an employee wishes not to return to his/her regular classification, s/he may bid on **his current position according to Section 10.3 of the Agreement providing this is an open position.**

b) Company liability on any improper recall shall not commence until forty-eight (48) hours following such improper recall.

c) No new employees will be hired in any department while capable laid off employees are available. **However, the employee must complete the qualifying period if not qualified on the job or new equipment or processes have changed substantially since the employee last qualified on the job.**

## ARTICLE X
## Transfers and Job Bidding

**SECTION 10.1 Transfers.** Employees may be transferred outside of their regular classification and/or department for a maximum of fifteen (15) working days in accordance with the following:

a) If a classification within a department becomes vacant due to an absence, the Company will be permitted to fill the vacancy with a qualified volunteer, by seniority, a temporary transfer from another department, or may choose not to fill the vacancy.

b) If overtime is required, it will be filled within the department from the sign-up sheet from the adjoining shift.

c) If no volunteers exist within the department, the Company will be permitted to fill the vacancy with a temporary transfer from a classification determined by the Company. The Company will be able to backfill that position.

d) If not enough employees exist within the department, the Company will be permitted to seek out additional quali-

e) fied employees from other departments and transfer those employees first with qualified volunteers, by seniority, and then by requiring the least senior qualified employees to accept such transfers.

f) When the Company determines that a surplus of employees exists within a classification, the Company may retain those employees to perform other work within their department. The employees must be qualified to perform the necessary work.

g) Any classification temporarily created within a department shall be filled by seniority between those employees on shift and those employees reporting for overtime. A created position will be those positions created for special circumstances because of workload needs within respective classifications.

h) Should an employee be temporarily transferred to a higher paying position, the employee shall be paid at the higher rate for all hours worked that day provided the employee spends at least four (4) hours working in the higher paying job.

i) Should an employee be temporarily transferred to a lower paying job, he shall be paid the employee's regular rate provided such transfer is due to Company requirements.

j) Should an employee be temporarily transferred to a lower paying job, the employee shall be paid the lower rate for hours worked in such job provided such transfer is due to lack of work in the employee's regular classification and such lack of work would normally cause the employee to be sent home. The employee will be advised of the rate.

— 19 —

j) From time to time employees are asked if they would like to volunteer to work in a lower rated job on a day they are not scheduled to work. Should they volunteer for such work, they will receive the lower rate.

k) If there is a lack of work within one or more departments on a scheduled work day, the Company will fill needed positions in other active departments within the plant first on a voluntary basis by qualifications and seniority. If insufficient qualified volunteers exist, the least senior qualified employees in those departments lacking work will fill the remaining openings. Any employees not volunteering or required to work will then be sent home.

l) When the Company requires employees to transfer from side to side, such transfer shall be done by seniority and ability.

**SECTION 10.2 Job Bidding.** Any employee who has at least six (6) months of seniority shall be eligible to bid for any Primary Job Opening. "Primary Job Openings" are permanent vacancies which occur because:

a) A new job not previously held by an employee is created, or,

b) An existing job is permanently vacated because an employee leaves the employ of the Company for any reason, or,

c) An existing job is permanently vacated because an employee has successfully bid on an opening created by a) or b) above.

— 20 —