**SECTION 10.3 Bid Procedure.** The procedure shall be as follows:

a) The Company will post notice of the vacancy on the bulletin board for **five (5)** working days, during which time all employees who have completed their probationary period and are interested may **bid** for such jobs. All jobs so posted will be for a permanent position unless otherwise stated.

b) Qualifications required and rate of pay will be indicated on the posting. All qualifications shall be determined in the discretion of the Company.

c) Should a selection be made from those bidding, the following will apply: Seniority within the Bargaining Unit; and skill and ability to do the job in question. Where skill and ability is relatively equal between employees concerned, seniority shall govern.

d) Before a vacancy on a bid job is filled with a new employee, it shall be offered, by seniority, to those employees who bid on the job but did not have bid rights by virtue of time.

e) If bids are received and employees are qualified for the posted job, a selection will be made within five (5) working days after expiration of posting. If, however, the Company is satisfied that none of the employees bidding are qualified for the posted job, it may fill the job from the outside. The corresponding representative shall be notified in writing of the successful bidder.

f) Employees who bid for the posted job and are not selected may file a grievance within four (4) working days from the date of the selection notice. However, the Company shall not be prohibited from filling the job should a grievance be filed. During the period of posting, the Company may fill the vacancy as outlined in SECTION 10.1 of this Agreement or with a new hire.

g) It is the intent that an employee selected will be transferred to the posted job within two (2) weeks. In no case will an employee be held on his old job longer than five (5) weeks after he is awarded the bid. If an employee is held in his old job longer than two (2) weeks, he will receive the top rate of the new job until he is moved. Once moved, he will be paid according to the job classification and wage rates for skilled and non-skilled trades in Exhibit I.

Except for skilled trades employees, employees receiving top rate in their old job will receive top rate in their new job.

h) If an employee, in the opinion of the Company, fails to perform the bid job satisfactorily, he shall be assigned to any opening at **either plant**. If no opening exists, he will displace the least senior employee at **either plant**. Should there be disqualification of the employee on the bid job, bid rights shall be immediately restored to the affected employee.

An employee who has actually filled a posted job for 45 calendar days (75 calendar days for Maintenance and Melter classifications) shall be considered to have met the qualifications for the job.

i) Should the employee in the opinion of the Company not meet job requirements mid-way through a qualification

j) period, the Company, Union, and employee will meet and discuss needed improvements.

k) If a bid job becomes open due to a disqualification, that job will be **reposted**. **If the job is not filled through the reposting, the job may be filled with a new hire at the Company's discretion.**

l) An employee selected to fill a job through the job bidding procedure may not sign for another opening for a period of six (6) months. The following classifications may not sign for another opening for a period of twelve (12) months:

    Millwright          Fabricator
    Electrician         Machinist
    Disa Mechanic    Pattern Maker
    Vehicle Mechanic Melter

m) Bid rights are reinstated if an employee is displaced from his job as a result of an indefinite layoff or if his job is eliminated.

n) **An employee who bids into a job classification he has never held before shall have the option of returning to his previously held job within five (5) working days. An employee can only exercise this right one (1) time during a twelve (12) month period. The Company can post the employee's old job during this five (5) working day period, but may not award it until after the five (5) working days have elapsed.**

o) **Employees will be permitted to bid on the same job on the same shift within the same department, but on a different side.**

p) **Employees will be permitted to bid from plant to plant.**

— 23 —

## ARTICLE XI
## Hours of Work

**SECTION 11.1 Standard Work Week.** The standard work week shall begin at the employee's normal starting time each week and end at the employee's normal starting time the next week and consist of forty (40) hours, comprised of five (5) work periods of eight (8) hours each.

a) All work performed in excess of eight (8) hours per day or forty (40) hours in one week and all work performed on Saturday shall be paid at the rate of time and one-half. All work performed on Sunday or holiday shall be paid at the rate of double time.

b) While this Agreement is in force, a bonus shall be paid to all employees for all work performed during the second and third shifts as set forth hereinafter:

  1st   3:00 a.m. and after and before 2:00 p.m.   $0.0
  2nd  2:00 p.m. and after and before 9:30 p.m    $0.25
  3rd   9:30 p.m. and after and before 3:00 a.m.   $0.30

c) All employees shall work eight (8) hour shifts and shall be provided two (2) paid 15-minute breaks. Provided, however, the Company shall have the right to establish a weekend maintenance schedule of two twelve (12) hour shifts on Saturday and Sunday, and an eight (8) hour shift on either Friday or Monday for all **maintenance, stockroom, and pattern departments**. Employees on these shifts would be paid for forty (40) hours straight time for

— 24 —

the thirty-two (32) hours of work. The Company shall have the right to establish other procedures to implement this program and to modify them from time to time. Maintenance department is excluded from this posting requirement. Saturday work Weekend skilled trades employees will not be required to perform production work on the weekends except for preparation work and clean up work incident to skilled trades activities.

d) One (1) break shall be provided within the first four (4) hours of the shift and one in the last four (4) hours of the shift.

e) When an employee is requested and voluntarily elects to take a no break (one or both) that employee shall be compensated at time and one-half.

f) If an employee volunteers to work an additional two or three hours of overtime they shall receive an additional ten (10) minute paid break. If an employee volunteers to work four (4) hours overtime, they shall receive an additional paid fifteen (15) minute break.

g) **If an employee works a six (6) hour shift, one twenty (20) minute break will be provided. Such breaks shall be started during the middle two (2) hours of the shift.**

h) If an electronic time and attendance system is installed in one or both plants, employees will only be required to clock in and out for breaks if they intend to leave company premises. The employee shall notify his supervisor of this intent.

i) Reference to a standard work week shall not be construed as a guarantee of any number of hours of work per week for any employee.

— 25 —

**SECTION 11.2 Overtime.** Saturday work scheduled shall be posted by noon on Wednesday. In case of any emergency, it can be posted Thursday. Saturday work resulting from breakdown on Thursday or Friday also excluded. No employee shall be required to work more than two consecutive Saturdays, with the exception that during the months of June, July, and August no employee shall be required to work more than every other Saturday. Overtime shall be worked as follows:

a) All work performed in excess of eight (8) hours per day or forty (40) hours per week will be considered overtime and shall be paid at the rate of time and one-half. All work performed on Saturday shall be paid at the rate of time and one-half. All work performed on Sundays or holidays shall be paid at the rate of double time.

b) Overtime will be offered on the basis of seniority and ability, first from within the department, and then from other departments in accordance with the plant-wide seniority.

c) Furnace watch overtime will be voluntary, based on seniority and ability from within the Melt Department and within a shift. Should there be an insufficient number

An employee working overtime must do so on the employee's shift rather than another shift if overtime is available on shift for which the employee is qualified and eligible. For weekend overtime, an employee can volunteer to work in the employee's own department on a different shift if no over-time is available on the employee's regular shift.

— 26 —

of volunteers from within the shift, volunteers will be accepted from other shifts. Should there be an insufficient number of volunteers the two (2) least senior employees within the shift will be required to work the overtime on an alternating schedule.

d) When an employee is temporarily transferred to another department, and overtime is available in that department, his seniority shall apply.

e) Non-production work performed outside or inside an employee's classification on a non-production day will be on a voluntary basis within a department by seniority. The Company reserves the right to complete this work if there is not an adequate number of volunteers.

f) All work normally performed by bargaining unit employees is to be offered to bargaining unit employees before that work is to be performed by other sources, provided that the bargaining unit employees do have the equipment, skills or availability to perform the work to meet the fair standards of production.

g) DAILY OVERTIME. Weekly sign up sheets for daily overtime will be posted in each department. On a weekly basis, the employee will indicate on the sheet whether the employee wants to be called or asked when present on shift to come in early or stay over during that week. This will be the sheet used to call or prearrange people for overtime. Should the employee wish to add or delete the employee's name, s/he can so long as it is initialed by the employee and the supervisor. If the supervisor forgets to ask those employees for overtime and were entitled, they shall be compensated for the overtime missed. If an employee signs up for overtime and overtime becomes available, the Company will notify the employee that overtime is available and that overtime assignment is being offered. The employee can refuse the overtime being offered. However, if the employee accepts the overtime, the employee must report for the overtime which is awarded to the employee, unless it is cancelled by the Company in advance of the reporting time.

h) WEEKEND OVERTIME. For voluntary weekend overtime, the Company will determine the number of hours to be worked and then will post sheets for all weekend overtime hours required. Employees wishing to volunteer for non-mandatory weekend overtime must be qualified to perform the weekend overtime work and must sign the overtime sheet. If an employee signs up for weekend overtime, the employee must report for the overtime which is awarded to the employee, unless it is cancelled by the Company in advance of the reporting time. Employees will not be paid for weekend overtime scheduling errors that could have been brought to their supervisor's attention prior to the end of the employee's last shift preceding the scheduled weekend overtime.

i) All hours worked from Friday, 10:00 p.m. to Saturday, 10:00 p.m. shall be paid at time and one-half. All hours worked from Saturday, 10:00 p.m. to Sunday, 10:00 p.m. shall be paid at double time. The above excludes normal shift starting and ending times that fall between these hours. **Except as otherwise provided in 11.2c) and the weekend maintenance schedule, there shall not be any mandatory overtime scheduled on a Sunday.**

— 27 —

— 28 —

j) Except as otherwise provided in 11.2c) and the weekend maintenance schedule, there shall not be any mandatory overtime scheduled during a holiday weekend. Holiday weekend shall be defined as a weekend where a holiday listed in Exhibit IV falls on a Friday or a Monday.

**SECTION 11.3 Wage Classifications.** The wage classification schedule of the Company, which is attached hereto, marked Exhibit L, is recognized by both parties as the wage agreement between the parties, and is a part of this Agreement.

**SECTION 11.4 Report in Pay.** Any employee reporting for work having been called to report, or who comes to work on his regular shift without having been notified not to report, and no work is available, shall receive two (2) hours pay for so reporting. However, for acts of God or causes beyond the control of the Company, such as no power, there shall be no obligation to pay reporting employees.

a) The Company does reserve the right to furnish other work for the two hour period to be paid for at the regular rate of pay.

b) When an employee reports to work and work is not available through causes beyond the control of the Company, and the employee is asked to "standby" pending the resumption of work, the employee shall be paid his regular hourly rate beginning with his regular scheduled starting time for that day.

c) The Company shall have discharged its responsibility to the employee of "notification not to report" by calling the number on record in the office files. The Company shall

— 29 —

also notify Channel 21 and request that the emergency be placed on the television.

**SECTION 11.5 Changes In Starting Times.** If the Company is considering changing department(s) starting times, the Company shall discuss this with the Union per SECTION 4.3 and give notice to affected employees per SECTION 4.2.

**SECTION 11.6 Pay Errors.** Pay errors shall be corrected by the next pay period.

## ARTICLE XII
## Holidays

**SECTION 12.1 Holidays.** There shall be no mandatory production work on any of the holidays listed on the attached Exhibit IV.

**SECTION 12.2 Holiday Pay.** All employees who have completed their probationary period will receive pay for the holidays on Exhibit IV in the amount of eight (8) hours at the employee's regular hourly rate, subject to the following:

a) Employees must present a legitimate reason to the Company for being absent from work the day preceding the holiday or the first scheduled work day succeeding the holiday. Employees who do not present a legitimate reason for being absent the day before the Christmas/New Year Shutdown holidays will forfeit the equivalent of one (1) days holiday pay. Employees who do not present a legitimate reason for being absent both the day before and the day after the Christmas/New Year Shutdown will forfeit the equivalent of five (5) days holiday pay for the

— 30 —

period. Personal days and all other benefits provided to an employee under the Collective Bargaining Agreement shall be considered legitimate reasons for being absent.

All employees after one (1) year of continuous service shall receive 100% of their holiday pay.

**SECTION 12.3 Holiday Shift Premium.** In computing pay for holidays, an employee shall be given the night bonus if at least 50% of the time during the week of the holidays was on nights. Furthermore, when the Christmas/New Year Shutdown results in the employee being off for a full calendar week, an employee shall be given the night bonus if at least 50% of the time during the week preceding the aforementioned week was on nights. Should an employee not work at any time during the week preceding the full calendar week, the employee shall not receive any night bonus for any of the days included in the Christmas/New Year Shutdown period.

**SECTION 12.4 Holiday Pay Rate.** Employees who work on the holidays listed above shall be paid at the rate of double time in addition to their holiday pay.

## ARTICLE XIII
## Vacations

**SECTION 13.1 Eligibility For Vacation Pay.** Vacation pay shall be granted to employees on the Company rolls as of June 1 each year this agreement is in effect.

**SECTION 13.2 Amount of Vacation Pay.** Employees shall receive vacation pay in accordance with the following schedule:

a) Employees with continuous service of at least sixty (60) days worked but less than one (1) year shall be entitled

— 31 —

to vacation pay equal to 2% of their previous year's (June 1 to May 31) gross earnings.

b) Employees with continuous service of one (1) year but less than two (2) years shall be entitled to vacation pay equal to 2 3/4% of their previous year's (June 1 to May 31) gross earnings.

c) Employees with continuous service of two (2) years but less than seven (7) years of continuous service shall be entitled to vacation pay equal to 5% of their previous year's (June 1 to May 31) gross earnings.

d) Employees with continuous service of seven (7) years of continuous service, but less than fifteen (15) years shall be entitled to vacation pay equal to 6 1/4% of their previous year's (June 1 to May 31) gross earnings.

e) Employees with continuous service of fifteen (15) years but less than twenty (20) years shall be entitled to vacation pay equal to 7 3/4% of their previous year's (June 1 to May 31) gross earnings.

f) Employees with continuous service of twenty (20) years or more shall be entitled to vacation pay equal to 9 3/4% of their previous year's (June 1 to May 31) gross earnings.

**SECTION 13.3 Vacation Time.** Effective May 3, 1999, employees who have completed their probationary period as of June 1 of each year of this contract shall be entitled to a vacation between June 1 and the following May 31, according to the following schedule:

Less than two (2) years .................................. 1 week
Two (2) years, but less than seven (7) years ........ 2 weeks
Seven (7) years, but less than fifteen (15) years ... 3 weeks

— 32 —

| Fifteen (15) years, but less than twenty (20) years | 4 weeks |
| Twenty (20) years, but less than thirty (30) years | 5 weeks |
| Thirty (30) years and over | 6 weeks |

Vacation pay shall be subject to the regular weekly tax withholding table.

**SECTION 13.4 Summer Shutdown.** The Company will announce its intention of closing the plant for a one (1) week or two (2) week vacation shutdown sometime between mid-June to mid-August. If such action is taken by the Company, a notice shall be posted on or before **March 1**. In the event of a one (1) or two (2) week vacation shutdown, the one (1) week or two (2) week period shall constitute a common vacation for all eligible employees. Employees retained to perform necessary production or maintenance work may schedule their vacations at other times with Company approval. **If the Company cancels shutdown, the Company shall not charge vacation time from eligible employees. Any employees wishing to secure their vacation for the announced shutdown period should schedule it following the provisions of 13.5**

**SECTION 13.5 Scheduling Vacation.** Prior to June 1 of each vacation year, each employee shall specify the vacation periods he desires. Such requests shall be locked in as of June 1. Seniority shall have preference.

a) Each department's vacation schedule will be adjusted to allow for the following: departments with 1-10 employees = 1 off on vacation; departments with 11-20 employees = 2 off on vacation; departments with 21-30 employees = 3 off on vacation; departments with 31-40 = 4 off on vacation; departments with 41 or more = 5 off on vacation or 10% whichever is greater.

b) Senior employees will have preference over junior employees in scheduling vacations.

c) Employees on authorized and approved leave under the Family and Medical Leave Act will be charged for vacation (to run concurrently) during their Family and Medical Leave Act leave of absence, except for employees on industrial injury leave. Any industrial injury leave will run concurrently with and be counted as Family and Medical Leave Act leave to the extent the illness, injury or condition would otherwise qualify the individual for Family and Medical Leave Act leave. Notwithstanding this provision, all employees on approved FMLA leave will be allowed to keep one (1) week of vacation time.

d) Same day vacation requests will be denied if the total absenteeism in the department exceeds the limit set forth in the Schedule of Section (a) above.

**SECTION 13.6 Vacation Pay on Termination.** When an employee who has completed his probationary period, quits or is discharged, he shall be entitled to vacation pay equal to the percentage amounts indicated in SECTION 13.2 figured on his gross earnings subsequent to the previous June 1 less vacation pay but including pay for holidays not worked.

**SECTION 13.7 Pay For Work During Shutdown.** In the event of a one (1) week vacation shutdown, should there be extra work to be performed, it will be offered on the basis of seniority within the department as long as those who volunteer are capable of doing the work. In the event there are not enough volunteers, those employees not having vacation time will be required to work. This section excludes Maintenance.

SECTION 13.8 **Right To Vacation Scheduling.** Except as otherwise provided in Section 13.4, and in accordance with 13.5a), employees who have one or more years seniority shall be entitled to take vacation time off based on earned vacation hours at any time during the twelve (12) month period, June 1 to May 31.

SECTION 13.9 **Vacation Pay Date.** Vacation paychecks shall be payable on **June 27, 2003; June 25, 2004; June 24, 2005.**

SECTION 13.10 **Vacation Priority Date.** To be assured of a vacation request, the employee desiring a day's vacation must notify his supervisor at least one day prior to the day requested and will be granted in accordance with 13.5.a. The Saturday preceding or following a scheduled vacation day will not count as a vacation day.

SECTION 13.11 **Vacation Starting Time.** Vacations will start at the end of the employee's regularly scheduled shift on Friday, although an employee may start his vacation on any day of the week with his Supervisor's approval.

## ARTICLE XIV
## Group Insurance

SECTION 14.1 **Life Insurance.** During the term of this Agreement, the Company agrees to provide group life and accidental death insurance benefits in the following amounts:

**Life Insurance**      **$40,000**
**Accidental Death & Dismemberment**    **$40,000**

In the event of an accidental death, both the Life Insurance and Accidental Death & Dismemberment will be paid.

— 35 —

Insurance is payable to the beneficiary of the participant's choice.

SECTION 14.2 **Health Plan.** During the term of this Agreement, the Company agrees to continue to administer a plan providing for group health, hospitalization, surgical and medical benefits for employees and eligible dependents. For purposes of this section, "dependents" include: your legal spouse; your unmarried children under the age of nineteen (19); your unmarried children from age nineteen (19) through age twenty-two (22), provided such children are financially dependent upon their parents for support, and are full-time students at an accredited school, college, or university, not employed on a full-time basis and not members of the armed forces.

a) Benefits under this section will be paid as provided in the current Master Policy and Schedule, as modified by the attached Exhibit III.

b) The selection or retention of the insurance carrier/third party administrator for the benefits under this section will be at the sole discretion of the Company.

c) The Company will maintain benefits at least equal to those of the current Auburn Foundry Health and Welfare Plan, as amended by the attached Exhibit III.

d) Life and accidental death insurance for retirees shall continue until normal retirement date. The Company and the employee will share the cost equally.

e) During the term of this Contract, Company will pay, until each recipient reaches age 65, 75% of the monthly group

— 36 —

health insurance premium as determined for COBRA compliance for current retirees and those who retire during the term of the Contract. "Retirees" for this purpose shall be all those who receive normal, early, late and disability retirement benefits, as those are defined under the Auburn Foundry Retirement Income Plan.

f) Prior to July 1, 2000, July 1, 2001, and July 1, 2002, Company will pay $450 annually in one lump sum (less required withholdings) to each Retiree who has attained the age of sixty-five (65) years by the first Saturday in May of any year of the Contract. Any retiree who attains the age of sixty-five (65) after that date shall have the benefit pro-rated for that year on a monthly basis and paid prior to June 1 of the following year.

g. Well Baby Care for dependents up to two (2) years of age, which includes routine immunizations and routine examinations as defined in the Auburn Foundry, Inc. Health & Welfare Plan, shall be included under the Major Medical coverage to each eligible Plan Participant during each year of this Agreement.

## ARTICLE XV
## Retirement Plan

**SECTION 15.1 Pension Plan.** For employees who become eligible for pension on or after May 3, 1996 the benefits will be $30.00 per month for each year of service. There is no maximum on years of credited services.

a) All hours worked will be used for computing credited service beginning July 1, 1974. **The Company will give credit for hours worked by current employees prior to July 1, 1974, if the Company is provided, by the**

— 37 —

employee, **with adequate documentation of such hours.** Any person qualifying for disability benefits on or after May 23, 1975 shall receive benefits equal to his normal retirement benefits.

b) Effective April 29, 1984, employees may request early retirement if they are at least 55 years of age and have at least five (5) years of credited service.

c) Effective July 1, 1989, a pre-pension spouse benefit will be provided for those employees who are at least 55 years of age and have at least five (5) years of service.

d) Effective March 14, 1993, employees with 30 years of service and age 60 or greater may elect early retirement with no reduction in benefits.

e) **Employees who work on the weekend maintenance schedule will receive credit of 125% for all hours worked for the purpose of computing pension.**

**SECTION 15.2 401(k) Plan.** During the term of the Agreement, the Company will maintain the present Auburn Foundry, Inc. Hourly 401(k) Plan according to the terms and provisions of the Plan, the Employee Retirement Income Security Act, and any other applicable federal law. Employees under this Agreement will participate in the Plan pursuant to the same terms and conditions as for all Company employees covered by the Plan.

## ARTICLE XVI
## Leaves of Absence

**SECTION 16.1 Medical Leave.** A leave of absence may be granted to an employee for up to twenty-six (26) weeks in

— 38 —

accordance with Section 17 (Weekly Income Benefit) of the Auburn Foundry Health and Welfare Plan. The total period for which any one continuous leave will be granted will be the employee's seniority up to two (2) years. Company provided insurance coverage will end after one (1) year.

a) Employees returning to work from a medical leave must be released by their own doctor.

b) Employees may renew a medical leave before an existing leave expires, or return to work within five (5) days from the first scheduled day of work following the day on which the leave expires, or the employee will be terminated. However, renewals with full benefits will not be granted for a period in excess of the seniority or one (1) year. Seniority only will be carried for two (2) years.

c) The employee will be automatically reinstated in the job held prior to going on leave, provided the employee has previously qualified in this classification. Should the Company elect to replace any employee who is on leave of absence due to illness or injury, the employee shall, upon return from his leave of absence, displace his replacement who will then exercise his seniority in accordance with SECTION 9.3.

d) An employee on medical leave who secures other employment during such leave shall be considered as having resigned from the employment of the Company and their employment will be terminated.

**SECTION 16.2 Military Leave.** Any employee who enters active duty in the Armed Forces of the United States will be given a leave of absence for any length of military leave. In the event the employee has passed his probationary period,

— 39 —

he shall have his seniority continue during his absence, provided the employee is honorably discharged from the service and requests reinstatement within ninety (90) days after the date of such discharge, or ninety (90) days after hospitalization continuing after discharge for not more than one (1) year. Anyone joining the service shall notify both the Company and the Union of his intention to join prior to leaving his employment. It is understood that the foregoing does not constitute a guarantee that work shall be provided when no work is available.

**SECTION 16.3 Union Leave.** Any employee elected or appointed to a position with the International or Local Union shall be granted a leave of absence for their term of his position. The employee shall be reinstated with seniority provided he returns to work within seven (7) days after completion of his Union assignment.

a) The Company shall allow each of the five (5) officers of the Union to be absent a maximum of four (4) weeks during the year for educational seminars or other Union business. Steward's absence for educational training will be allowed as conditions permit.

b) The Union Committee shall be permitted time to represent Bargaining Unit employees on their irregular scheduled shift.

**SECTION 16.4 Reservist Duty.** Employees who are required to serve two (2) weeks summer camp with their reserve or guard units may be granted a leave of absence not to exceed the time period of two (2) weeks.

**SECTION 16.5 Jury Duty.** Employees who are required to serve on Jury Duty shall be compensated by paying them the

— 40 —