difference by which their normal straight time pay per day on a forty hour week exceeds the amount paid for jury service.

**SECTION 16.6  Funeral Leave.** Any employee shall be granted a Funeral Leave subject to the following conditions:

a) In the event of the death of an employee's son, daughter, spouse, brother, sister, father, mother, step-father, step-mother, **step-children**, father-in-law, mother-in-law, the employee may be absent from work and shall be paid for his scheduled time lost from the day of death to the day of the funeral, inclusive; not to exceed eight (8) hours per day and three (3) days lost.

b) In the event of the death of an employee's grandparents, **spouse's grandparents**, great-grandparents, grandchild, step-brother, step-sister, brother or sister of employee's spouse, the employee may be absent from work on the day of the funeral and shall be paid for his scheduled time lost not to exceed eight (8) hours and the provisions of paragraph d) shall apply.

c) If an employee elects to work on any of the three (3) days referred to in paragraph a) or the one (1) day in paragraph b), he shall be paid his regular rate of pay for that day for all hours worked in addition to his funeral pay.

d) To qualify for paid Funeral Leave the employee must:

1) Have passed his probationary period prior to the death of the above mentioned family member;

2) Attend the funeral unless unable to do so because of illness, accident, or other just cause; and

3) Notify the Personnel Department as soon as possible that he will be absent because of the death.

e) Funeral Leave pay will be computed at the employee's regular straight time base rate including any shift premium. No Funeral Leave will be paid for days for which Holiday or Vacation pay is paid, or days not scheduled work days, (Saturday or Sunday) or when an employee is on any kind of leave of absence, or drawing S & A benefits or Workers' Compensation.

f) If an employee is required to travel beyond certain distances for funeral leave authorized in this contract, the following will apply. Travel in excess of 400 miles and less than 600 miles round trip will be allowed one day travel time. Travel in excess of 600 miles round trip will be allowed two days. An employee will not be compensated for travel time.

**ARTICLE XVII**
**General**

**SECTION 17.1  Bulletin Boards.** Glass covered, locked bulletin boards are provided by the Company for the exclusive use of the posting of Union business, activities and announcements. The Union agrees there shall not be any notices posted of a defamatory nature to the Company.

**SECTION 17.2  Salaried Employees Working.** Salaried personnel will not perform bargaining unit work except in cases of emergency (including, but not limited to, urgent customer needs, preventing downtime and equipment break-downs) or for purposes of instruction or experimentation.

**SECTION 17.3 Union Representation; Discipline; Time Limit.** In the event disciplinary action is taken (written warning, disciplinary lay-off, suspension, or discharge), the employee so disciplined shall have a Union representative present at the time such disciplinary action is taken.

All discipline must be issued within five (5) working days of the date of the Company first became aware of the occurrence giving rise to the discipline, unless the confidentiality of investigations or unusual circumstances require a longer time.

**SECTION 17.4 Copy of Labor Contract.** All current Union employees will receive a copy of this Agreement, and future employees will receive a copy upon completion of their probationary period.

**SECTION 17.5 Departments Established.** The following departments have been established:

- Cleaning
- Core Room
- Disa Machine Maintenance
- Maintenance
- Melt

Mold
Pattern Shop
Quality
Shipping & Receiving
Stockroom

**SECTION 17.6 Tool Allowance. At the beginning of each calendar year, members of the following Maintenance classifications will be paid a $200.00 allowance for tools. Maintenance employees will be responsible for turning in receipts for such tools during the course of the year, but no later than November 30th of each year. If the amount of receipts from an employee is less than $200, the difference will be deducted from the following year's amount for that employee.**

— 43 —

Eligible Classifications

| | |
|---|---|
| **Millwright** | **Vehicle Mechanic** |
| **Electrician** | **Fabrication** |
| **Disa Mechanic** | **Machinist** |
| **Lubricator** | **Pattern Maker** |

**This allowance will be used by these employees to purchase and replace tools used in the performance of their work at Auburn Foundry. Auburn Foundry will not replace broken tools.**

Employees added to the classification will receive a prorated amount their first year.

**SECTION 17.7 Telephone Calls.** When an employee receives a telephone call, which upon request of the person answering the phone, the caller affirms the call is of an emergency nature, that employee shall be immediately summoned to the telephone to receive the incoming emergency call. If the call is not of an emergency nature, the employee shall be notified of the call by the end of his shift.

**SECTION 17.8 Sealed Checks and Statements.** All employees shall receive their paychecks, 401(k) statements, etc. in sealed envelopes.

a) **A print-out of personal and vacation time for employees in their department will be posted in the department in view for all employees on a monthly basis.**

**SECTION 17.9 Training and Meetings.** Company may require attendance at training or employee meetings as a job qualification. Such training and meetings shall be paid time.

— 44 —

Meetings held on Monday through Friday will not require more than two (2) hours of overtime. **Notice of meetings shall be given no later than 48 hours prior to the meeting.**

**SECTION 17.10   401(k) Plan.**   The hourly employees' 401(k) Plan is recognized by both parties as the *"Auburn Foundry, Inc. Hourly 401(k) Plan"* with reference to AR-TICLE XV of this agreement.

**SECTION 17.11   Pension Plan.**   The hourly employee Retirement Plan is recognized by both parties as *"The Auburn Foundry Inc. Retirement Plan"* with reference to ARTICLE XV of this agreement.

**SECTION 17.12   Attendance.**   The Company may establish an attendance policy under the procedure set forth in Section 4.2, provided that it shall allow:

a)   All non-probationary employees shall be granted at least seven (7) unpaid personal days per contract year, one of which shall be eight (8) hours and may be taken in four 2-hour increments.

b)   The Company will buy back all unused whole personal days at contract anniversary date for the term of this agreement.

Allowable personal days shall be reasonably pro-rated for the first partial contract year, for the contract year in which an employee returns to active work, and for employees completing their probationary period during a contract year.

**SECTION 17.13   Smoking Areas.**   All offices, cafeterias, and public meeting locations shall be designated as "no

smoking" areas at both facilities. Provided in-plant smoking does not create a housekeeping and/or safety hazard, smoking will be permitted within both plants.

**SECTION 17.14 Additional Heat Break.** An additional 20 minute paid break will be granted when the outside tempera-ture reaches 100° per the National Weather Service.

**SECTION 17.15. Weekend Bricklayer Program.** The Weekend Bricklayer Program is terminated and the Company shall have the right to have the work intended to be done under this program, performed by using over-time or outside con-tractors.

**SECTION 17.16. Apprenticeship Program.** The Auburn Foundry Apprenticeship Program shall be considered a part of this Agreement.

## ARTICLE XVIII
## Health and Safety

**SECTION 18.1   Commitment to Safety.** The Company and the Union recognize the predominant importance of accident prevention, occupational health, and the elimination of hazards to health and safety at Auburn Foundry, Inc. Also recognized are the certain responsibilities placed on both the employer and employee by the Occupational Safety and Health Act of 1970. The Company and the Union agree to act in concert to promote safe work practices and methods, identify and correct hazards, and promote safety awareness in all employees.

**SECTION 18.2   Safety Committee.** There shall be estab-lished and maintained a joint Hourly-Management Health and Safety Committee which shall be composed of three (3)

Hourly members, (preferably with one representative from each shift), and three (3) Management members. The Safety Manager shall serve as Chairman of this committee. This committee shall meet at least once a month, and all members will be notified of the time and the place. The Hourly Representatives shall be compensated at their regular hourly straight time rates for the time spent in Safety Meetings and investigations for Health and Safety problems as defined in SECTION 18.3. Hourly employees must complete a job card for attendance at Safety Committee Meetings which is to be approved by the Human Resources Department in order for the employee to receive payment for attendance at such meetings. In the discharge of its function, the Safety Committee may:

a) Formulate suggested changes in existing practices, policies, procedures and compliance programs and recommend adoption of same.

b) Investigate all serious accidents to avert further occurrences of the same nature.

c) Review and analyze all reports of industrial illnesses and injuries and make recommendations for the prevention of recurrence.

d) Promote Health and Safety Education and recommend promotional efforts, which will motivate employees to accept and adopt safe working habits and make them more aware of the hazard in and surrounding their jobs.

e) Follow the progress of action planned to eliminate the hazards brought to the attention of the committee.

f) Investigate all safety complaints promptly.

g) Take prompt action to determine and correct unsafe acts and unsafe conditions.

**SECTION 18.3 Unsafe Conditions.** An employee or group of employees confronted with a work assignment they honestly believe could cause injury or harm shall immediately bring the existence of such hazard to the attention of their immediate Supervisor. The employee's immediate Supervisor shall investigate the complaint immediately.

If the employee(s) and Supervisor come to a disagreement over the existence or severity of the hazard in question, the employee(s) shall have the right to decline to continue performance of work, which the employee(s) honestly believes could cause injury or harm, pending the investigation by the Safety Manager and the Union Safety Committee Representative on that shift, or their designated replacements.

In the event that no resolution can be arrived at by the Safety Manager and the Union Safety Committee Representative, the decision of the Safety Manager shall be followed. The matter can then be referred to Step Three of the Grievance Procedure, if the Union desires.

The employer reserves the right to temporarily transfer the idled employee(s) to other work assignments inside or outside the employee's department, pending resolution of the problem. The employee(s) rate of pay shall be defined in the contract under "Temporary Transfers."

**SECTION 18.4 Lost Time Injury.** An injured employee who requires a doctor's attention on the day of the accident

will be provided transportation to and from the doctor's office or hospital. If the employee, in the opinion of the doctor, is able to return to work for the balance of the employee's shift, the employee shall do so. If the doctor or the Company excuse the employee for the balance of the shift, the employee may go home. Any employee injured after the start of the shift will be paid the employee's regular straight time rate for the time actually lost, but no more than the balance of the shift on the day of the injury. Provided, however, an employee shall be limited to two (2) balance of shift payments for injury per rolling twelve (12) month period. **The Company shall pay for any time spent by an employee waiting to be picked up by Company representatives from a medical facility.**

**SECTION 18.5 Safety Equipment.** With the exception of safety shoes, safety equipment will be furnished to the employees as required for the job. If none is turned in, the employee will be charged for the equipment.

The Company shall furnish safety glasses to all employees. All employees shall be required to wear safety glasses at all times in the plant. Employees requiring prescribed eye correction shall be furnished prescription glasses upon presentation of a correction prescription secured at their own expense.

Employees who because of a change in prescription, require a replacement of safety glasses will be provided such replacement at no cost to the employee once per twelve (12) month period upon presentation of a correction prescription secured at their own expense.

As to probationary employees needing safety glasses with corrective vision, the Company shall allow such an employee an amount equal to the cost of regular safety glasses toward the cost of such corrective glasses.

**SECTION 18.6 Job Rotation.** To promote and reduce the incidences of repetitive motion and/or cumulative trauma disorders, the Company may require rotation within a classification.

**SECTION 18.7 Alternative Work.** The Alternative Work Policy which is attached as Exhibit V is made a part of this Agreement.

**SECTION 18.8 Safety Grievances.** Any grievance which raises a question of interpretation of or compliance with this article will be advanced immediately to Step 3 of Section 7.4 of this agreement and proceed according to Step 3 and the following steps and procedures of Sections 7.4 and 7.5.

## ARTICLE XIX
## Cost of Living

**[NOTE: None of the provisions of this Article XIX shall be of any force or effect during the period from May 3, 2003, through May 3, 2006.]**

**SECTION 19.1 COLA Defined.** The cost of living adjustment will be determined in accordance with changes in the "U.S. City Average, All Items Consumer Price Index for All Urban Consumers - CPI-U" published by the Bureau of Labor Statistics, United States Department of Labor and posted on a plant-wide bulletin board on a quarterly basis.

**SECTION 19.2 Payment of COLA.** The Company agrees to pay the greater of the agreed upon wage increases or a cost of living adjustment.

The cost of living adjustment will be determined as stated in SECTION 19.1.

The percentage increase in the CPI-U since May 1, 1996 will be computed on a quarterly basis. This percentage multiplied by the base wage rate of $13.63 shall be the amount which will be compared to the cumulative agreed upon wage increase.

Should the cost of living adjustment be greater than the cumulative agreed upon wage increase during that quarterly period, then the wage rate will be adjusted to equal cost of living for that period.

Should the cumulative agreed upon wage increase be greater than the cost of living adjustment during that quarterly period, then the cumulative agreed upon wage increase will be paid.

PAYMENT COMPUTATION

| PDATE | BASE INDEX DATE |
|---|---|
| May 1, 1996 | March 1, 1996 |
| August 1, 1996 | June 1, 1996 |
| November 1, 1996 | September 1, 1996 |
| February 1, 1997 | December 1, 1996 |
| May 1, 1997 | March 1, 1997 |
| August 1, 1997 | June 1, 1997 |
| November 1, 1997 | September 1, 1997 |
| February 1, 1998 | December 1, 1997 |
| May 1, 1998 | March 1, 1998 |
| August 1, 1998 | June 1, 1998 |
| November 1, 1998 | September 1, 1998 |
| February 1, 1999 | December 1, 1998 |

**SECTION 19.3 Pre-Requisite for COLA.** It is understood and agreed SECTION 19.2 will not be in effect for the term of this Agreement, unless conditions provided for in SECTION 19.2 are met.

## ARTICLE XX
## No Strike and No Lock Out

**SECTION 20.1. No Strike and No Lock Out.** During the term of this Agreement, the Union, its members, and all employees represented by the Union, individually and collectively, will not permit, encourage, instigate, cause or take part in any strike, sympathy strike, unfair labor practice strike, picketing, slow down, or other curtailment or restriction of production or any form of interference with the Company's work or premises. The Company agrees not to engage in a lockout. The Union shall be held liable for any violation of this section committed by individual employees or members, unless it is clear the Union has not authorized, caused, sanctioned, encouraged, or condoned such violation and unless it is clear the Union has taken affirmative steps to bring an end to such violation including, but not limited to, communicating that the Union does not authorize such action. The Company has the right to take disciplinary action, including discharge, against only a selected participant or participants. Any employees so disciplined, including discharge, will have full recourse to the provisions of the grievance and arbitration procedures set forth in Article VII.

## ARTICLE XXI
## Duration of Agreement

**SECTION 21.1 Term of Agreement.** This agreement shall become effective on the **3rd day of May, 2003** (except as otherwise provided) and shall remain in full force and effect until midnight, which is the first Saturday in May, and shall thereafter be continued in full force and effect until midnight of the first Saturday in May each year thereafter, until a notice of termination or notice of a desire to modify in writing, by certified or registered mail, by either party, to the other party

at least sixty (60) days before the expiration date of **May 3, 2006,** or anniversary of the effective date thereafter. If notice to terminate, modify or change is given, it is agreed that negotiations between the parties of this Agreement shall begin on or about the time of notice, or on another date mutually satisfactory to both parties.

**SECTION 21.2 Zipper Clause.** The parties acknowledge that during the negotiations which resulted in this Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to a subject or matter not removed by Law from the area of collective bargaining and that the understanding and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in the Agreement.

In the event that either party to this Agreement feels that a situation has arisen which is not adequately covered by the terms of the Agreement, they may request in writing that the other party meet with them to discuss the situation. The written notice shall specify the nature of the matter to be discussed. On receipt of such notice, the parties shall arrange for a meeting. This meeting must be held no more than five (5) working days after receipt of the written notice unless the parties mutually agree in writing to an extension of such time.

If as a result of such meeting, the parties mutually agreed to change, modify, delete, or add to the terms or conditions of the Agreement, the Agreement shall be reduced to writing, signed by both parties and made a part of this Agreement on the effective date which has been mutually agreed to by the parties. Should there be no agreement relative to any change, parties, then all terms and conditions of the Agreement shall continue in full force and effect without modification.

— 53 —

In witness whereof, the parties hereto have executed this Agreement this 3rd day of May, 2003.

**Auburn Foundry, Inc.**

David K. Weber

Kevin W. Tussey

Lofi A. Wenino

**Local 322**
**Glass, Molders, Pottery, Plastics & Allied Workers**
**International Union AFL-CIO, CLC**

Rick Viiatoe

Matt McCarty

Ted Bowser

Danny Patton, Jr.

Cindy Rogers

Steve Parrish

— 54 —

## EXHIBIT #1
### Job Classifications & Wage Steps for Skilled Trades and Apprentices from 5/4/2003 to 5/4/2006

| Job Title | Hours Worked | Rates Effective 5/4/2003 | | Rates Effective 5/4/2004 | | Rates Effective 5/1/2005 | |
|---|---|---|---|---|---|---|---|
| | | Exp. Rate | New Exp. And Education | Exp. Rate | New Exp. And Education | Exp. Rate | New Exp. And Education |
| Pattern Maker | 0 | $15.58 | $16.30 | $15.68 | $16.40 | $15.78 | $16.50 |
| | 2000 | $16.30 | $17.80 | $16.40 | $17.90 | $16.50 | $18.00 |
| | 4000 | $17.05 | $18.30 | $17.15 | $18.40 | $17.25 | $18.50 |
| | 6000 | $17.80 | $19.05 | $17.90 | $19.15 | $18.00 | $18.50 |
| | 8000 | $18.55 | $20.05 | $18.65 | $20.15 | $18.75 | $19.25 |
| | 10000 | $19.55 | $20.80 | $19.65 | $20.90 | $19.75 | $20.25 |
| Electrician | 0 | $15.58 | $16.30 | $15.68 | $16.40 | $15.78 | $21.00 |
| | 2000 | $15.75 | $16.80 | $15.85 | $16.90 | $15.95 | $16.50 |
| | 4000 | $16.00 | $17.30 | $16.10 | $17.40 | $16.20 | $17.00 |
| | 6000 | $16.45 | $17.80 | $16.55 | $17.90 | $16.65 | $17.50 |
| | 8000 | $19.30 | $20.80 | $19.40 | $20.90 | $19.50 | $18.00 |
| Fabricator | 0 | $15.58 | $16.30 | $15.68 | $16.40 | $15.78 | $21.00 |
| | 2000 | $15.70 | $16.80 | $15.80 | $16.90 | $15.90 | $16.50 |
| | 4000 | $15.90 | $17.30 | $16.00 | $17.40 | $16.10 | $17.00 |
| | 6000 | $16.20 | $17.80 | $16.30 | $17.90 | $16.40 | $17.50 |
| | 8000 | $18.05 | $19.55 | $18.15 | $19.65 | $18.25 | $18.00 |
| Disa Mechanic | 0 | $15.58 | $16.30 | $15.68 | $16.40 | $15.78 | $19.75 |
| | 2000 | $15.70 | $16.80 | $15.80 | $16.90 | $15.90 | $16.50 |
| | 4000 | $15.90 | $17.30 | $16.00 | $17.40 | $16.10 | $17.00 |
| | | | | | | | $17.50 |

## EXHIBIT #1
### Job Classifications & Wage Steps for Skilled Trades and Apprentices from 5/4/2003 to 5/4/2006

| Job Title | Hours Worked | Rates Effective 5/4/2003 | | Rates Effective 5/4/2004 | | Rates Effective 5/1/2005 | |
|---|---|---|---|---|---|---|---|
| | | Exp. Rate | New Exp. And Education | Exp. Rate | New Exp. And Education | Exp. Rate | New Exp. And Education |
| | 6000 | $16.20 | $17.80 | $16.30 | $17.90 | $16.40 | $18.00 |
| | 8000 | $18.05 | $19.55 | $18.15 | $19.65 | $18.25 | $19.75 |
| Machinist | 0 | $15.58 | $16.30 | $15.68 | $16.40 | $15.78 | $16.50 |
| | 2000 | $15.70 | $16.80 | $15.80 | $16.90 | $15.90 | $17.00 |
| | 4000 | $15.90 | $17.30 | $16.00 | $17.40 | $16.10 | $17.50 |
| | 6000 | $16.20 | $17.80 | $16.30 | $17.90 | $16.40 | $18.00 |
| | 8000 | $18.05 | $19.55 | $18.15 | $19.65 | $18.25 | $19.75 |
| Millwright | 0 | $15.58 | $16.30 | $15.68 | $16.40 | $15.78 | $16.50 |
| | 2000 | $15.65 | $16.80 | $15.75 | $16.90 | $15.85 | $17.00 |
| | 4000 | $15.80 | $17.30 | $15.90 | $17.40 | $16.00 | $17.50 |
| | 6000 | $15.95 | $17.80 | $16.05 | $17.90 | $16.15 | $18.00 |
| | 8000 | $17.80 | $19.30 | $17.90 | $19.40 | $18.00 | $19.50 |
| Vehicle Maintenance | 0 | $15.58 | $16.30 | $15.68 | $16.40 | $15.78 | $16.50 |
| | 2000 | $15.65 | $16.80 | $15.75 | $16.90 | $15.85 | $17.00 |
| | 4000 | $15.80 | $17.30 | $15.90 | $17.40 | $16.00 | $17.50 |
| | 6000 | $15.95 | $17.80 | $16.05 | $17.90 | $16.15 | $18.00 |
| | 8000 | $17.30 | $18.30 | $17.40 | $18.40 | $17.50 | $18.50 |

55

56

For Hourly Non-Trade Employees by Department
Exhibit #1
Months of Seniority after Start Date = for 5/4/2003 to 5/1/2004

| Job Classifications & Wages Non-Trade/Skilled Jobs: Increase per Period>>> | Start | 6 month $0.00 | 12 month $0.00 | 18 month $0.00 | 24 month $0.75 | 30 month $0.75 | 36 month $0.75 | 42 month $0.75 | 48 month $0.75 |
|---|---|---|---|---|---|---|---|---|---|
| **Cleaning Room:** | | | | | | | | | |
| General Processing | $12.25 | $12.25 | $12.25 | $12.25 | $13.00 | $13.75 | $14.50 | $15.25 | $16.00 |
| Quality Technician (CL) | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| Lift Truck/Blast | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| **Shipping:** | | | | | | | | | |
| Lift Truck | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| **Quality:** | | | | | | | | | |
| Quality Technician | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| **Molding:** | | | | | | | | | |
| General Processing | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| Quality Technician (M) | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| Disa Operator/ Relief Operator* | $13.55 | $13.55 | $13.55 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 | $17.30 |
| **Purchasing:** | | | | | | | | | |
| Stock Room Utility | $12.10 | $12.10 | $12.10 | $12.10 | $12.85 | $13.60 | $14.35 | $15.10 | $15.85 |

57

For Hourly Non-Trade Employees by Department
Exhibit #1
Months of Seniority after Start Date = for 5/4/2003 to 5/1/2004

| Job Classifications & Wages Non-Trade/Skilled Jobs: Increase per Period>>> | Start | 6 month $0.00 | 12 month $0.00 | 18 month $0.00 | 24 month $0.75 | 30 month $0.75 | 36 month $0.75 | 42 month $0.75 | 48 month $0.75 |
|---|---|---|---|---|---|---|---|---|---|
| **Pattern:** | | | | | | | | | |
| Quality Technician | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| **Core Room:** | | | | | | | | | |
| General Processing | $12.30 | $12.30 | $12.30 | $12.30 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 |
| Operator/Lift Truck | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| Quality Technician | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| **Melt:** | | | | | | | | | |
| General Processing | $12.45 | $12.45 | $12.45 | $12.45 | $13.20 | $13.95 | $14.70 | $15.45 | $16.20 |
| Operator/Relief Operator | $12.75 | $12.75 | $12.75 | $12.75 | $13.50 | $14.25 | $15.00 | $15.75 | $16.50 |
| **Maintenance (non-trade):** | | | | | | | | | |
| Plant Services | $12.10 | $12.10 | $12.10 | $12.10 | $12.85 | $13.60 | $14.35 | $15.10 | $15.85 |
| Environmental Technician | $12.45 | $12.45 | $12.45 | $12.45 | $13.20 | $13.95 | $14.70 | $15.45 | $16.20 |

58

* Operator pay for operating 2 disamatics when a second operator is required to run 2 machines. Additional operator will be paid General Processing rate.

Non-Trade Production employees whose existing wages at the end of the 1999 to 2003 contract are higher than those listed on these new wage scales in accordance to their service time as of the effective date on these schedules will remain frozen at their rate from the 1999 to 2003 wage schedules until such time as their service time allows them to progress into a higher wage bracket on the schedule for each year of this agreement.

**For Hourly Non-Trade Employees by Department**
**Exhibit #1**
**Months of Seniority after Start Date = for 5/2/2004 to 4/30/2005**

| Job Classifications & Wages Non-Trade/Skilled Jobs: Increase per Period>>> | Start | 6 month $0.00 | 12 month $0.00 | 18 month $0.00 | 24 month $0.75 | 30 month $0.75 | 36 month $0.75 | 42 month $0.75 | 48 month $0.75 |
|---|---|---|---|---|---|---|---|---|---|
| **Cleaning Room:** | | | | | | | | | |
| General Processing | $12.50 | $12.50 | $12.50 | $12.50 | $13.25 | $14.00 | $14.75 | $15.50 | $16.25 |
| Quality Technician (CL) | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| Lift Truck/Blast | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| **Shipping:** | | | | | | | | | |
| Lift Truck | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| **Quality:** | | | | | | | | | |
| Quality Technician | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| **Molding:** | | | | | | | | | |
| General Processing | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| Quality Technician (M) | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| Disa Operator/Relief Operator* | $13.80 | $13.80 | $13.80 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 | $17.55 |
| **Purchasing:** | | | | | | | | | |
| Stock Room Utility | $12.35 | $12.35 | $12.35 | $12.35 | $13.10 | $13.85 | $14.60 | $15.35 | $16.10 |
| **Pattern:** | | | | | | | | | |
| Quality Technician | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |

59

**For Hourly Non-Trade Employees by Department**
**Exhibit #1**
**Months of Seniority after Start Date = for 5/2/2004 to 4/30/2005**

| Job Classifications & Wages Non-Trade/Skilled Jobs: | Start | 6 month | 12 month | 18 month | 24 month | 30 month | 36 month | 42 month | 48 month |
|---|---|---|---|---|---|---|---|---|---|
| **Core Room:** | | | | | | | | | |
| General Processing | $12.55 | $12.55 | $12.55 | $12.55 | $13.30 | $14.05 | $14.80 | $15.55 | $16.30 |
| Operator/Lift Truck | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| Quality Technician | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| **Melt:** | | | | | | | | | |
| General Processing | $12.70 | $12.70 | $12.70 | $12.70 | $13.45 | $14.20 | $14.95 | $15.70 | $16.45 |
| Operator/Relief Operator | $13.00 | $13.00 | $13.00 | $13.00 | $13.75 | $14.50 | $15.25 | $16.00 | $16.75 |
| **Maintenance (non-trade):** | | | | | | | | | |
| Plant Service | $12.35 | $12.35 | $12.35 | $12.35 | $13.10 | $13.85 | $14.60 | $15.35 | $16.10 |
| Environmental Technician | $12.70 | $12.70 | $12.70 | $12.70 | $13.45 | $14.20 | $14.95 | $15.70 | $16.45 |

60

* Operator pay for operating 2 disamatics when a second operator is required to run 2 machines. Additional operator will be paid General Processing rate.

Non-Trade Production employees whose existing wages at the end of the 1999 to 2003 contract are higher than those listed on these new wage scales in accordance to their service time as of the effective date on these schedules will remain frozen at their rate from the 1999 to 2003 wage schedules until such time as their service time allows them to progress into a higher wage bracket on the schedule for each year of this agreement.