For Hourly Non-Trade Employees by Department
Exhibit #1
Months of Seniority after Start Date = for 5/1/2005 to 5/6/2006

| Job Classifications & Wages Non-Trade/Skilled Jobs: Increase per Period>>> | Start | 6 month $0.00 | 12 month $0.00 | 18 month $0.00 | 24 month $0.75 | 30 month $0.75 | 36 month $0.75 | 42 month $0.75 | 48 month $0.75 |
|---|---|---|---|---|---|---|---|---|---|
| **Cleaning Room:** | | | | | | | | | |
| General Processing | $12.75 | $12.75 | $12.75 | $12.75 | $13.50 | $14.25 | $15.00 | $15.75 | $16.50 |
| Quality Technician (CL) | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| Lift Truck/Blast | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| **Shipping:** | | | | | | | | | |
| Lift Truck | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| **Quality:** | | | | | | | | | |
| Quality Technician | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| **Molding:** | | | | | | | | | |
| General Processing | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| Quality Technician (M) | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| Disa Operator/Relief Operator | $14.05 | $14.05 | $14.05 | $14.05 | $14.80 | $15.55 | $16.30 | $17.05 | $17.80 |
| **Purchasing:** | | | | | | | | | |
| Stock Room Utility | $12.60 | $12.60 | $12.60 | $12.60 | $13.35 | $14.10 | $14.85 | $15.60 | $16.35 |
| **Pattern:** | | | | | | | | | |
| Quality Technician | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |

61

For Hourly Non-Trade Employees by Department
Exhibit #1
Months of Seniority after Start Date = for 5/1/2005 to 5/6/2006

| Job Classifications & Wages Non-Trade/Skilled Jobs: Increase per Period>>> | Start | 6 month $0.00 | 12 month $0.00 | 18 month $0.00 | 24 month $0.75 | 30 month $0.75 | 36 month $0.75 | 42 month $0.75 | 48 month $0.75 |
|---|---|---|---|---|---|---|---|---|---|
| **Core Room:** | | | | | | | | | |
| General Processing | $12.80 | $12.80 | $12.80 | $12.80 | $13.55 | $14.30 | $15.05 | $15.80 | $16.55 |
| Operator/Lift Truck | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| Quality Technician | $13.05 | $13.05 | $13.05 | $13.05 | $13.80 | $14.55 | $15.30 | $16.05 | $16.80 |
| **Melt:** | | | | | | | | | |
| General Processing | $12.95 | $12.95 | $12.95 | $12.95 | $13.70 | $14.45 | $15.20 | $15.95 | $16.70 |
| Operator/Relief Operator | $13.25 | $13.25 | $13.25 | $13.25 | $14.00 | $14.75 | $15.50 | $16.25 | $17.00 |
| **Maintenance (non-trade):** | | | | | | | | | |
| Plant Services | $12.60 | $12.60 | $12.60 | $12.60 | $13.35 | $14.10 | $14.85 | $15.60 | $16.35 |
| Environmental Technician | $12.95 | $12.95 | $12.95 | $12.95 | $13.70 | $14.45 | $15.20 | $15.95 | $16.70 |

62

\* Operator pay for operating 2 disamatics when a second operator is required to run 2 machines. Additional operator will be paid General Processing rate.

Non-Trade Production employees whose existing wages at the end of the 1999 to 2003 contract are higher than those listed on these new wage scales in accordance to their service time as of the effective date on these schedules will remain frozen at their rate from the 1999 to 2003 wage schedules until such time as their service time allows them to progress into a higher wage bracket on the schedule for each year of this agreement.

# SKILLED TRADES EXPERIENCE PAY

**Presumed Journeyperson Status:** Participants with ten (10) years verifiable continuous service in a Skilled Trades Classification at Auburn Foundry or who have completed the Auburn Foundry Skilled Trades Apprenticeship Program will receive top pay of that Classification.

**Credit for Prior Experience:** Any employee who has four years verifiable continuous service in a Skilled Trades Classification as of May 3, 1999, will receive credit of 8,000 hours work experience in the Skilled Trades Apprenticeship Program and will be paid the "Experience Rate" for 8,000 hours.

**Existing Employees Future Journeyperson Status:** If an employee chooses not to complete Skilled Trades Apprenticeship Program education and has four years verifiable continuous service in a Skilled Trades Classification as of May 3, 1999, once total continuous service has accumulated to ten (10) years, the employee will be paid the "New Experience Plus Education Rate" of that Classification.

**New Hire Journeyperson Status:** New hires' verifiable hours of experience will be used to determine the Experience Rate. To receive top Experience Plus Education pay, the new hire must possess D.O.L. or Journeyman Card from another source, or complete Auburn Foundry Skilled Trades Apprenticeship Program.

**Less Than Four Years' Experience:** Any other employee with continuous Auburn Foundry service in a Skilled Trades Classification as of May 3, 1999, will be paid the Experience Rate based on hours worked in the Classification.

# EXHIBIT II
# ASSIGNMENT AND AUTHORIZATION

Glass, Molders, Pottery, Plastics & Allied Workers
International Union
AFL-CIO, CLC

Date _____

I authorize and direct the Company, my employer to deduct from my pay check my monthly dues and/or initiation or representation fee owed and to pay same to the Financial Secretary of Local No. 322, Auburn, Indiana.

This authorization and assignment shall not be revocable for the period of one year from the date hereto or until the expiration of the existing Collective Bargaining Agreement between the Company and the Union and shall continue beyond such date until revoked by a written revocation signed by me and directed to the Company and to the Financial Secretary of the Union.

Date of Birth _____

Signature _____

## EXHIBIT III
2003 Modifications to the Group Health Plan

|  | **Premium Plan** | **Standard Plan** |
|---|---|---|
| Contributions Per Pay Period: | **$5 (individual)** | $0 |
|  | **$10 (family)** | $0 |
| Annual Deductible: | $150 individual/ | $250 individual/ |
|  | $300 family | **$500 family** |
| Co - Insurance:    - Inpatient | **80% PPO** | **70% PPO** |
|  | **60% Non-PPO** | **50% Non-PPO** |
|                  - Outpatient | 80% PPO | **70% PPO** |
|  | 60% Non-PPO | **50% Non-PPO** |
| X-ray & Diagnostic Tests: | 80% PPO | **70% PPO** |
|  | 60% Non-PPO | **50% Non-PPO** |
| Annual Out of Pocket Maximum: | **$500 (individual) PPO** | **$1,500 (individual) PPO** |
|  | **$1,000 (family) PPO** | **$3,000 (family) PPO** |
|  | **$1,000 (individual) Non - PPO** | **$3,000 (individual) Non - PPO** |
|  | **$2,000 (family) Non - PPO** | **$6,000 (family) Non - PPO** |
| Co-Pay:        **- Office Visit*** | **$15** | **$25** |
|            **- Urgent Care Visit*** | **$15** | $25 |

*Co-pay applies to first $200 of such expenses only. Amount above $200 per visit is subject to a deductible and co-insurance payment.

## EXHIBIT III (cont.)
2003 Modifications to the Group Health Plan

|  | **Premium Plan** | **Standard Plan** |
|---|---|---|
| **- Routine Physical** | **$10 (Wellness Benefit)** | **$10** |
| **- Emergency Room Visit** | **$100** | **$100** |

**Balance of eligible charges for ER Visit and Routine Physical are not subject to deductible or co-insurance.**

| Mental Illness:    - Inpatient: | 80% PPO | **70% PPO** |
|---|---|---|
|  | 60% Non-PPO | **50% Non-PPO** |
|  | 30-day calendar year maximum |  |
| Substance Abuse: - Outpatient: | 80% PPO | **70% PPO** |
|  | 60% Non-PPO | **50% Non-PPO** |
|  | 30-visit maximum |  |
| Prescription Coverage: |  |  |
|     - Generic (participant portion) | 20% | 20% |
|     **- Mail order (3 month supply)** | **2 x's 1 month amt. ($30 maximum)** | **2 x's 1 month amt. ($30 maximum)** |
|     - Brand        (participant portion) | 30% | 30% |
|     **- Mail order (3 month supply)** | **2 x's 1 month amt. ($70 maximum)** | **2 x's 1 month amt. ($70 maximum)** |

## EXHIBIT IV
### Holidays

| | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| New Year's Day | | Jan. 1 | Jan. 1 | Jan. 1 |
| Good Friday | | Apr. 9 | Mar. 25 | Apr. 14 |
| Memorial Day | May 26 | May 31 | May 30 | |
| Independence Day | July 4 | July 4 | July 4 | |
| Labor Day | Sept. 1 | Sept. 6 | Sept. 5 | |
| Thanksgiving Day | Nov. 27 | Nov. 25 | Nov. 24 | |
| Day After Thanksgiving | Nov. 28 | Nov. 26 | Nov. 25 | |
| Christmas/New Year's Shutdown | Dec. 24 | Dec. 24 | Dec. 23 | |
| Christmas/New Year's Shutdown | Dec. 25 | Dec. 27 | Dec. 26 | |
| Christmas/New Year's Shutdown | Dec. 26 | Dec. 28 | Dec. 27 | |
| Christmas/New Year's Shutdown | Dec. 29 | Dec. 29 | Dec. 28 | |
| Christmas/New Year's Shutdown | Dec. 30 | Dec. 30 | Dec. 29 | |
| Christmas/New Year's Shutdown | Dec. 31 | Dec. 31 | Dec. 30 | |

## EXHIBIT V

# ALTERNATIVE WORK PROGRAM FOR HOURLY EMPLOYEES

### SECTION 1.    PURPOSE.

On the job injuries are an unwanted and potentially costly situation for both the employee and Company.

Returning an injured employee back to work as soon as possible is beneficial to both the employee and Company. The employee benefits by receiving his/her regular wages and remains acclimated to work. The Company benefits by having the services of an experienced employee on the job as well as controlling costs.

In an effort to minimize the length of time an employee is away from work when an injury occurs which is covered by Worker's Compensation, the Company has developed an "Alternative Work Program" to benefit all parties.

### SECTION 2.    SCOPE.

Any employee who sustains a work-related injury and has been or could be released to return to work with temporary restrictions is a candidate for the Alternative Work Program.

This program is intended to assist in the physical, psychological, and financial well being of all parties and is not intended to create new permanent positions.

Through the Alternative Work Program, an injured employee may be returned to work in accordance with Section 3.4.

# SECTION 3.    POLICY.

**Section 3.1.  Reporting Injuries.**  Employees must immediately report all work-related injuries to their supervisor who will conduct an investigation.

**Section 3.2.  Medical Treatment.**  The employee will be directed to medical attention through approved medical providers.

**Section 3.3.  Determination of Restrictions.**  An approved medical provider will determine any work restrictions. Employees who are not given restrictions will return to work. In the event that restrictions or a release for return to work is issued by an employee-selected medical provider, the Company shall have the right to obtain a second medical opinion.

**Section 3.4.  Placement Into Alternative Work.**  Upon determining exactly what type and length of restrictions the medical provider has designated are necessary, the employee, nurse (or similar position), employee's Manager, and an Employee representative will place the injured employee in the Alternative Work Program, performing duties which comply with the restrictions.  In the event of disagreement, the Company's decision as to availability and requirement of Alternative Work will be final, subject to the grievance procedure.

Preference will be given to modified work within the employee's current job classification.  If the restrictions limit the employee from working in his/her current job classification, potential work outside the classification will be reviewed by the Company. There may be times when an injured employee is assigned to work on special projects, conduct or attend

— 69 —

training, perform clerical work, etc. Regardless of where the employee is working alternatively, the employee will not be permitted to bump or displace any other employee. There is no right to alternative work unless such work is available within the sole discretion of the Company.

**Section 3.5.  Maximum Length of Alternative Work.**  Only employees with temporary restrictions expected to last no more than ten (10) weeks from the start of alternative work may participate in the Alternative Work Program.  Short extensions of this ten (10) week period may be allowed if in the discretion of the Company, the employee is likely to have restrictions removed within that short extension.

**Section 3.6.  Absences Due To Treatment.**  Accommodations will be made for employees in this program to attend physical therapy, and other injury-related treatments as prescribed by the approved attending physician.  Any time away from work for these purposes shall be unpaid.  Unless the reason for the absence requires an employee to be absent for the full shift, the employee will be excused only for the length of the appointment and reasonable travel time.  Physical therapy and other injury-related treatments will be scheduled during non-work hours if possible.

**Section 3.7.  Balance of Shift Payment.**  On the day of a work-related injury, employees who are unable to work an entire shift due to restrictions, availability of work or treatment of their work related injury, will be paid the balance of their shift as provided under the Collective Bargaining Agreement.  Any day on which the employee works in the Alternative Work Program works at least a partial shift for each of the employee's regularly scheduled shifts, will be considered as a missed day for purposes of the seven (7) day waiting period for receipt of Workers Compensation benefits.

— 70 —

Employees in the Alternative Work Program will not receive Workers Compensation benefits for time which the employee is paid by the Company. The employee will be otherwise entitled to Workers Compensation benefits as allowed by law.

**Section 3.8.    Retroactive Workers Compensation Payment.** If an employee is off work due to a work related injury for more than seven days, but less than 21 days prior to being placed in the Alternative Work Program, and remains on alternative work for 21 days past the date of injury, the employee will be paid the first week of Workers Compensation.

**Section 3.9.    Mandatory.** The Workers Compensation law does not give employees the right to be off work when work is available to them within their capabilities. Participation in the Alternative Work Program is mandatory when offered by the Company.

**Section 3.10.    Rate of Pay.** Employees in the Alternative Work Program will be paid their normal regular wages for the time spent conducting alternative work.

**Section 3.11.    Overtime.** Employees in the Alternative Work Program will only be permitted to work overtime if the specific job desired to be performed on overtime has been determined in the sole discretion of the Company to entail work within the employee's restrictions and which can be performed with safety for the employee and others; provided that the employee has the seniority and ability required under this Agreement.

**Section 3.12. Job Bidding.** An employee retains job bidding rights while on Alternative Work; however, employees with

— 71 —

temporary restrictions must be able to perform all of the essential functions of any job they bid on, with or without reasonable accommodation, by the time they would no longer be eligible for the Alternative Work Program.

**Section 3.13.    Tracking and Attendance.** The Supervisor of the department where the alternative work is being performed will track attendance and supervise the employee. If an employee on Alternative Work is temporarily transferred, the Supervisor shall notify the nurse and also communicate the restrictions to the new Supervisor.

The nurse shall be responsible to inform the initial Supervisor of any restrictions, in writing.

## EXHIBIT VI
## Employee Conduct

## Guidelines for Appropriate Conduct

As an integral member of the Auburn Foundry team, you are expected to accept certain responsibilities, adhere to acceptable business principles in matters of personal conduct, and exhibit a high degree of personal integrity at all times. This not only involves sincere respect for the rights and feelings of others, but also demands that both in your business and in your personal life you refrain from any behavior that might be harmful to you, your co-workers, Auburn Foundry, or that might be viewed unfavorably by current or potential customers or by the public at large.

No set of guidelines can fully describe all unacceptable conduct; therefore, the Company reserves the right to impose discipline in other circumstances not specifically described in these guidelines.

— 72 —

Types of behavior and conduct that Auburn Foundry considers inappropriate include, but are not limited to, the following:

## Group One Rules

### Subject to Immediate Discharge

1. Insubordination, including, without limitation, the refusal promptly to obey a supervisor's orders or to perform any assigned work.

2. Falsification or misrepresentation of Company records such as employment applications or time cards, intentionally giving false information to management personnel, or concealing defective work.

3. Willfully ringing in the time card of another employee.

4. Casino-type gambling, or gambling using cards, dice, or other similar equipment on Company property.

5. Theft of other employee's or Company property.

6. Sabotage or malicious damage of Company property.

7. Willful misuse, destruction or damage to Company property or the property of other employees.

8. Use or threat of physical violence against any employee or other person on Company property.

9. Provoking or instigating a fight on Company property.

10. The possession, use, or sale of unauthorized or illegal

alcohol or drugs on Company premises or when conducting Company business, or an attempt or conspiracy to do the same. Consumption of a moderate and legally permissible quantity of an alcoholic beverage, while engaging in authorized entertainment on the Company's behalf, or during an assigned activity at which such beverages are served, is permitted after the normal workday. However, the practice is not encouraged and is not permitted if the employee is driving a Company vehicle or transporting other people while in the course of employment.

11. Reporting to work after the use of drugs or alcohol in a condition of impaired judgment or in a condition that results in substandard performance or inappropriate conduct.

12. The misuse of any prescription or non-prescription drug on Company premises or while conducting Company business. Any time an employee is using prescribed medication which may create impaired judgment, substandard performance or inappropriate conduct, the employee must report the use of that medication to the supervisor.

13. A conviction for the violation of any drug-related law.

14. Dangerous weapons or explosives transported onto Company property, except that unloaded hunting and trap shooting rifles, and bows and arrows, may be kept out of view in the employee's locked vehicle during local hunting seasons.

15. Intentional sleeping during working time.

16. Immoral or indecent conduct on Company property or when conducting Company business.

17. Any act or threat against another employee or the Company.

18. Leaving Company premises during work hours without the permission of a supervisor.

19. Making false, misleading or malicious statements about other employees, the Company or Company practices.

20. Employee refusal to cooperate in Company investigation.

21. Violation of the Company's Equal Employment policy, or use of language which has the effect of discriminating against or harassing someone because of the person's race, sex, religion, national origin, or age.

22. Disclosing confidential material or information to unauthorized authorities.

23. Excessive work-related injuries to the employee primarily caused by the employee's negligence or fault.

24. Refusal to cooperate in or complete any training which the Company deems reasonable.

25. Refusal to accept and, if requested, to acknowledge in writing the receipt of training or of Company documents, property, or employment-related communications.

— 75 —

## Group Two Rules

## Subject to Steps of Discipline

Progressive steps of discipline will be applied for the following infractions; however, the Company reserves the right to advance to a more severe progressive step where it, in its sole discretion, determines circumstances warrant. The first violation in this group below will result in a contact; the subsequent violations in this group will result in written warnings beginning with a first, then second, then third. The fourth written warning will subject the employee to discharge. Infractions for each employee will be accumulated on an annual basis beginning with the first offense and then be rescinded on the anniversary date of that offense, except that all disciplines received by an employee while employed at Auburn Foundry may be considered by the Company to provide an accurate history of the employee outside of the Group Two Steps of discipline process.

26. Poor work performance.

27. Refusal of an employee to show identification or contents of packages, lunch box, etc., when requested to do so by supervision.

28. Leaving work station before end of the shift.

29. Loitering, loafing, and/or not performing work assignment.

30. Excessive personal time.

— 76 —

31. Use of profane, abusive, obscene, or disrespectful language.

32. Interfering with the work of other employees by excessive conversation or horseplay.

33. Violation of safety rules, policies, or procedures.

34. Smoking in prohibited areas.

35. Posting of notices on bulletin boards without prior authorization from the Human Resources Department (Union board and typical buy-sell-trade announcements on employee bulletin boards exempted).

36. Failure to be at work station at start of shift.

37. Littering of cups, paper, trash, etc., around work areas and parking lot. Trash barrels are provided for disposal of such items. It is the responsibility of each employee to keep his/her area free of such debris.

38. Unintentional sleeping during work time.

The examples of prohibited behavior and conduct listed above are not, and are not intended to be, a complete list. Prohibited conduct may exist in ways other than listed in the foregoing examples, and the Company reserves the right to classify such conduct in the process of administering these guidelines.

## General

Plant security has the authority to refuse admission to any person.

## Letters of Understanding

The Union and the Company have agreed that if the Union ratifies the contract as proposed on March 29, 2003, all production (not including skilled trades) employees with 48 months or greater service time will have the $0.67/hour wage increase retroactive to March 29, 2003. This wage increase will be paid on the first pay check after the implementation date of the contract on May 8, 2003.

All other employees with less than 48 months service as of March 29, 2003, will receive wage increases based on the agreed to wage scales on Exhibit #1 as set forth in the new agreement after the May 3, 2003, contract effective date.

All personal days that are not used as of the end date of the current contract will be bought back by the company per the current contract at current contract rates - note the new contract dates. Any wage increases in the new contract only apply to all personal days and benefits after the May 3, 2003, contract effective date.

The Union and the Company also agree that the new health care program in the new agreement will be effective on the May 3, 2003, start date of the new contract and that the payroll deductions for the premium plan coverage shall be deducted beginning with the May 15, 2003, pay checks, with cost and coverage beginning May 3, 2003.

All general rate increases in the agreement will occur on the effective anniversary dates as listed in Exhibit #1: May 2, 2004, and May 1, 2005.

## Letters of Understanding

All discipline notices issued for strike misconduct in 1999 will be removed from employees' records.

"Peace Pipe" letter signed by employees to be removed.

Union's auditor (CPA) will be allowed to review Company's financial documents on a quarterly basis for the term of the Agreement.   Union agrees to keep Auburn Foundry's proprietary financial information confidential.

Union and Company to set up committee to discuss Maintenance Tech positions.  A committee of four (4) Union and four (4) Company representatives.   If no agreement is reached, current Maintenance Technicians will be placed in other classifications.

— 79 —