4/26/2005                                               Auburn Foundry

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Aborn, Robert | 234 S. Center | Auburn, IN 46706 | 05/21/99 | $2,491.82 | $0.00 | $2,491.82 |
| Acosta, Derek | 3208 Ginko Cove | Fort Wayne, IN 46818 | 07/15/99 | $0.00 | $0.00 | $0.00 |
| Addison, Carlos | 8108 Bridge Way Circ. | Fort Wayne, IN 46816 | 08/16/02 | $0.00 | $0.00 | $0.00 |
| Ali, Mohamat | 106 E. Essex Lane | Fort Wayne, IN 46825 | 03/08/02 | $0.00 | $0.00 | $0.00 |
| Ali, Ycussouf | 1860 Raleigh Ave. Apt. | Kendallville, IN 46755 | 07/08/99 | $0.00 | $0.00 | $0.00 |
| Alnaini, Mohamed | 1840 Raleigh Ave. Apt. | Kendallville, IN 46755 | 07/19/99 | $0.00 | $0.00 | $0.00 |
| Amaro, Jesse | 2705 N. Anthony Blvd | Fort Wayne, IN 46805 | 07/16/01 | $0.00 | $0.00 | $0.00 |
| Anderson, John | 3698 CR 63 | Butler, IN 46721 | 07/29/88 | $3,149.25 | $674.00 | $3,823.25 |
| Arnold, Ramoes | P. O. Box 25 | Auburn, IN 46706 | 06/09/97 | $1,710.30 | $0.00 | $1,710.30 |
| Arnold, Stewart | 2027 Eby Ave. | Fort Wayne, IN 46802 | 02/22/02 | $1,119.27 | $0.00 | $1,119.27 |
| Back, Martha | 4603 CR 56 | Auburn, IN 46706 | 06/21/74 | $2,430.02 | $396.00 | $2,826.02 |
| Baker, Nora | 2102 Southgate Blvd. | Auburn, IN 46706 | 09/27/02 | $0.00 | $0.00 | $0.00 |
| Balderas, Charlotte | 333 W. Maple Grove Ave | Fort Wayne, IN 46807 | 09/27/99 | $0.00 | $0.00 | $0.00 |
| Banks, Randy | 1402 Virginia Lane | Auburn, IN 46706 | 02/06/84 | $4,442.83 | $921.20 | $5,364.03 |
| Bard, Frank | 221 Parklane | Butler, IN 46721 | 03/04/98 | $1,092.46 | $0.00 | $1,092.46 |
| Bassett, J. Thomas | 5089 CR 75A | Butler, IN 46721 | 09/02/98 | $1,498.48 | $131.60 | $1,630.08 |
| Baughman, Joshua | 5503 Rothermore Dr. | Fort Wayne, IN 46835 | 09/02/98 | $1,605.40 | $0.00 | $1,605.40 |
| Bauman, Debra | 808 Ensley Ave. | Auburn, IN 46706 | 04/09/74 | $3,926.58 | $780.00 | $4,706.58 |
| Beard, Ronald | 3413 C.R. 57 | Butler, IN 46721 | 04/02/01 | $0.00 | $0.00 | $0.00 |
| Beber, Donald | 1104 Ensley Ave. | Auburn, IN 46706 | 03/03/98 | $2,251.88 | $842.24 | $3,094.12 |
| Beck, Paul | 6914 CR 35 | Auburn, IN 46706 | 08/08/89 | $1,628.34 | $397.20 | $2,025.54 |
| Bell, Pat | 6130 Birchdale Dr. | Fort Wayne, IN 46815 | 09/12/89 | $2,045.87 | $132.00 | $2,177.87 |
| Benson, Charlie | 5204  CR 26 | Butler, IN 46721 | 06/26/96 | $2,344.49 | $0.00 | $2,344.49 |
| Benson, J. Willis | 7015 Woodlynn Dr. | Fort Wayne, IN 46816 | 08/31/02 | $0.00 | $0.00 | $0.00 |
| Betz, Jason | 807 S. Indiana Ave. | Auburn, IN 46706 | 10/11/02 | $0.00 | $0.00 | $0.00 |
| Biddle, Michael | 326 Spring Beach Dr. | Rome City, IN 46784-9704 | 10/01/97 | $1,485.77 | $397.20 | $1,882.97 |
| Biery, Mark | 05858 Hicksville Road | Hicksville, OH 43526 | 03/22/88 | $3,041.85 | $157.20 | $3,199.05 |
| Bireley, Ryan | 7128 Elmbrook Dr. | Fort Wayne, IN 46835 | 08/02/99 | $0.00 | $0.00 | $0.00 |
| Blevins, Daniel | 956 Griswood Ct. | Auburn, IN 46706 | 01/24/79 | $5,383.04 | $660.00 | $6,043.04 |
| Boacheon, Supatra | 10333 Arapaho Passover | Fort Wayne, INI 46825 | 09/02/99 | $0.00 | $0.00 | $0.00 |
| Bock, Dennis | 816 E 7th Street | Auburn, IN 46706 | 07/01/87 | $4,250.05 | $628.80 | $4,878.85 |
| Bode, Cathy | P. O. Box 309 | Avilla, IN 46710 | 08/09/99 | $0.00 | $0.00 | $0.00 |
| Bode, Kevin J. | P. O. Box 309 | Avilla, IN 46710 | 07/23/81 | $4,873.00 | $310.40 | $5,183.40 |
| Bodley, Ronald | 3007 Pennsylvania | Fort Wayne, IN 46803 | 03/02/98 | $649.29 | $0.00 | $649.29 |
| Boggs, Amy | 515 Troon Way | Fort Wayne, IN 46845 | 05/14/99 | $0.00 | $0.00 | $0.00 |
| Bonecutter, Nancy | P. O. Box 248 | Waterloo, IN 46793 | 05/10/99 | $0.00 | $0.00 | $0.00 |
| Bowser, Theodore | 19325 Bull Rapids Rd. | Spencerville, IN 46788 | 05/11/92 | $2,513.94 | $808.80 | $3,322.74 |
| Boyd, Dolan | 1612 S. Sprott | Auburn, IN 46706 | 02/17/86 | $4,702.17 | $926.80 | $5,628.97 |
| Brown, Todd | 651 W. High St., Lot #27 | Hicksville, OH 43526 | 02/22/02 | $0.00 | $0.00 | $0.00 |
| Brumbaugh, Brandon | 10402 Knollton Run | Fort Wayne, IN 46818 | 08/12/98 | $1,863.64 | $0.00 | $1,863.64 |
| Bryant, J. Robert | 6134 Kiwanis Dr. | Fort Wayne, IN 46835 | 10/27/99 | $0.00 | $0.00 | $0.00 |
| Bryant, Mike | 5760 CR 327 Lot #11 | Garrett, IN 46738 | 09/25/95 | $1,942.54 | $0.00 | $1,942.54 |
| Burns, Ronald | P. O. Box 814 | Auburn, IN 46706 | 03/12/01 | $1,027.13 | $0.00 | $1,027.13 |
| Butler, Jeffrey | 425 Water St. | Kendallville, IN 46755 | 04/04/94 | $2,109.48 | $794.40 | $2,903.88 |
| Camp, Scott | 903 N. Randolph | Garrett, IN 46738 | 04/11/96 | $2,134.11 | $0.00 | $2,134.11 |
| Campbell, Dennis | 2823 Santa Rosa Dr. | Fort Wayne, IN 46805 | 09/02/99 | $0.00 | $0.00 | $0.00 |
| Carnahan, Patrick | 705 Westedge Dr. | Auburn, IN 46706 | 01/28/88 | $2,537.95 | $421.20 | $2,959.15 |
| Carper, George | 4379 CR 40A | Auburn, IN 46706 | 06/12/74 | $5,578.53 | $943.20 | $6,521.73 |
| Carper, Steven E. | 2287 CR 79 | Butler, IN 46721 | 02/06/84 | $4,222.17 | $978.80 | $5,200.97 |
| Carroll, Melbourne | 1516 E. Tillman Rd | Fort Wayne, IN 46816 | 12/08/97 | $1,493.21 | $268.80 | $1,762.01 |

4/26/2005                                                          Auburn Foundry

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Carroll, Wesley | 7425 E. US Hwy 20 | Angola, IN 46703 | 07/29/95 | $3,288.16 | $940.80 | $4,228.96 |
| Case, Dennis | 7780 South 575 West | Hudson, IN 46747 | 10/28/96 | $2,811.72 | $587.28 | $3,399.00 |
| Chambers, Arthur | 2807 Schaper Dr. | Fort Wayne, IN 46806 | 02/02/98 | $1,775.51 | $0.00 | $1,775.51 |
| Chambers, Don | P. O. Box 66 | Pleasant Lake, IN 46779 | 09/03/69 | $4,067.55 | $780.00 | $4,847.55 |
| Chapman, Larry | 915 East Fifth St. | Auburn, IN  46706 | 06/08/95 | $1,743.40 | $0.00 | $1,743.40 |
| Childers, Brian | 219 Autumn Hill Dr. | Auburn, IN  46706 | 06/05/95 | $2,484.64 | $157.60 | $2,642.24 |
| Christian, Robert | 306 Eckhart Ave. | Auburn, IN  46706 | 06/06/91 | $2,839.93 | $403.20 | $3,243.13 |
| Christlieb, Calvin | 2114 Delknorte | Kendallville, IN 46755 | 10/14/74 | $5,265.30 | $526.40 | $5,791.70 |
| Cifuentes, Jhonny | 8810 Goshawk Lane | Fort Wayne, IN 46825 | 03/08/02 | $0.00 | $0.00 | $0.00 |
| Clark, Jason | 3422 Varsity Lane | Fort Wayne, IN 46805 | 05/10/99 | $0.00 | $0.00 | $0.00 |
| Click, William | 1529 Dallas St. | Auburn, IN  46706 | 09/12/73 | $3,065.61 | $260.00 | $3,325.61 |
| Clifford, Brad | 5918 Yellowstone Dr. | Fort Wayne, IN 46818 | 05/17/02 | $0.00 | $0.00 | $0.00 |
| Collins, Sr. Dennis | 334 W. Eleventh St. | Auburn, IN  46706 | 08/21/95 | $3,186.54 | $1,016.40 | $4,202.94 |
| Collison, Thomas | 613 W. Keyser St. | Garrett, IN 46738 | 02/09/01 | $1,927.70 | $859.20 | $2,786.90 |
| Compton, Bill | 810  S. Peters Street | Garrett, IN 46738 | 06/07/73 | $3,447.60 | $662.00 | $4,109.60 |
| Compton, Jody | 810 S. Peter Street | Garrett, IN 46738 | 12/16/96 | $2,136.51 | $650.00 | $2,786.51 |
| Conley, Jimmy | 825 N. VanBuren St. | Auburn, IN  46706 | 10/18/74 | $3,374.93 | $926.80 | $4,301.73 |
| Cooper, Tanya | 8026 Pebble Creek PL | Fort Wayne, IN 46835 | 10/27/99 | $0.00 | $0.00 | $0.00 |
| Cornewell, Cliff | 3203 S. 500 E. | Laotto, IN 46763 | 03/23/01 | $2,640.97 | $0.00 | $2,640.97 |
| Cosner, Gregory | 139 W. Orange St. | Cromwell, IN 46732 | 10/11/94 | $2,600.85 | $668.00 | $3,268.85 |
| Cotton, Kem | 5621 Standish Dr. | Fort Wayne, IN 46806 | 10/14/98 | $0.00 | $0.00 | $0.00 |
| Couey, Michael | 180 Southland Dr. | Waterloo, IN 46793 | 08/08/95 | $2,720.28 | $0.00 | $2,720.28 |
| Cox, John | 1748 County Rd 27 | Waterloo, IN 46793 | 07/29/91 | $1,810.82 | $0.00 | $1,810.82 |
| Crouse, Jr James | 127 Zona Dr. | Auburn, IN  46706 | 10/11/02 | $0.00 | $0.00 | $0.00 |
| Cryer, Damion | 2306 Otsego Dr. | Fort Wayne, IN 46825 | 08/16/02 | $0.00 | $0.00 | $0.00 |
| Curran, Trent | 417 West 20th Street | Auburn, IN  46706 | 11/11/98 | $0.00 | $0.00 | $0.00 |
| Cusick, James | P. O. Box 79 | Corunna, IN 46730 | 09/11/84 | $3,232.08 | $0.00 | $3,232.08 |
| Dale, Cynthia | 1109 Superior | Auburn, IN  46706 | 03/17/92 | $1,587.69 | $662.00 | $2,249.69 |
| Dale, Jason | P. O. Box 461 | Ashley, IN 46705 | 08/30/02 | $0.00 | $0.00 | $0.00 |
| Dale, Jeffery | 1109 Superior Dr. | Auburn, IN  46706 | 10/12/83 | $3,849.30 | $662.00 | $4,511.30 |
| Daniels, Russel | 355 Pine Street | Waterloo, IN 46793 | 02/18/91 | $1,899.59 | $806.40 | $2,705.99 |
| Davis, Alexandra | 2435 E. 175 N. | Albion, IN 46701 | 10/27/99 | $0.00 | $0.00 | $0.00 |
| Davis, John | 1206 Virginia Lane | Auburn, IN  46706 | 08/18/77 | $5,011.98 | $402.00 | $5,413.98 |
| Days, Troy | 2121 SR 327 | Corunna, IN 46730 | 09/27/02 | $0.00 | $0.00 | $0.00 |
| Dean, Bernadette | 6133 Chatham Dr. | Fort Wayne, IN 46816 | 05/06/99 | $0.00 | $0.00 | $0.00 |
| Debes, Shawn | 1234 Cr 40 | Auburn, IN  46706 | 07/24/95 | $0.00 | $0.00 | $0.00 |
| Demorest, Drew | 6780 W. 100 S. | Angola, IN 46703 | 09/02/99 | $0.00 | $0.00 | $0.00 |
| Dennison, Sheryl | 216 W. Houston St. | Garrett, IN 46738 | 12/04/95 | $2,892.34 | $0.00 | $2,892.34 |
| Depew, Kenneth | 3058 CR 47 | Waterloo, IN 46793 | 11/11/91 | $1,836.02 | $0.00 | $1,836.02 |
| Depew, Lucy | 5919 CR 427 | Auburn, IN  46706 | 11/11/98 | $0.00 | $0.00 | $0.00 |
| Dewitt, Joseph | 419 S. Franklin St. | Garrett, IN 46738 | 08/14/89 | $1,763.08 | $260.00 | $2,023.08 |
| Dieham, William | 590 N. Center St. | Waterloo, IN 46793 | 08/28/78 | $4,329.77 | $784.80 | $5,114.57 |
| Dillenburg, Thomas | 176 S. Park Ln | Burtler, IN 46721 | 03/24/99 | $0.00 | $0.00 | $0.00 |
| Dirrim, Bruce | 7281 Cty Rd 4A | Hamilton, IN 46742 | 01/02/86 | $2,549.56 | $842.40 | $3,391.96 |
| Dizdarevic, Asim | 1134 Cinnamon Road | Fort Wayne, IN 46825 | 12/08/97 | $2,353.79 | $924.00 | $3,277.79 |
| Easterly, Terrance | 2716 Weisser PK | Fort Wayne, IN 46806 | 02/02/98 | $1,387.28 | $0.00 | $1,387.28 |
| Eldridge, Richard | 1032 Irene St. | Auburn, IN  46706 | 04/22/96 | $1,826.59 | $924.00 | $2,750.59 |
| Esfandiarpour, Fatemeh | 11626 Indigo Dr. | Fort Wayne, IN 46814 | 09/20/99 | $0.00 | $0.00 | $0.00 |
| Etter, Roger | 8005 Sedgewick PL | Fort Wayne, In 46835 | 06/09/97 | $2,023.22 | $0.00 | $2,023.22 |
| Fackler, Kevin | Box 2523 CR 64 | Auburn, IN  46706 | 06/22/87 | $2,394.33 | $529.60 | $2,923.93 |

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Faurote, Walter | 1302 Franklin Avenue | Fort Wayne, IN 46808 | 03/05/97 | $2,736.52 | $0.00 | $2,736.52 |
| Favre, Shawn | 901 E. Keyser St. | Garrett, IN 46738 | 04/26/02 | $0.00 | $0.00 | $0.00 |
| Fell, Charles | 590 N. Lincoln St. | Waterloo, IN 46793 | 03/10/97 | $1,829.60 | $912.80 | $2,742.40 |
| Fender, Kenneth | 257 S. Center St. | Auburn, IN 46706 | 09/14/83 | $4,432.79 | $392.40 | $4,825.19 |
| Fenicle, Robyn | 12339 US 20 | Montpelier, OH 43543 | 01/05/98 | $2,763.60 | $836.00 | $3,599.60 |
| Ferguson, Craig | 6102 Co Rd 60 | St. Joe, IN 46785 | 08/19/96 | $1,554.32 | $133.00 | $1,687.32 |
| Fleck, David | 3323 Euclid Ave. | Fort Wayne, IN 46806 | 08/23/99 | $0.00 | $0.00 | $0.00 |
| Flory, Kerry | 03469 Co. Rd 9 | Bryant, OH 43506 | 06/27/88 | $4,184.89 | $676.80 | $4,861.69 |
| Fore, Wayne | 7079 N. Jamestown Rd | Fremont, IN 46737 | 03/09/87 | $3,201.47 | $1,162.00 | $4,363.47 |
| Foster, Scott | 712 Ernest St. | Auburn, IN 46706 | 03/24/99 | $0.00 | $0.00 | $0.00 |
| France, Harold | 416 W. Railroad St. | Garrett, IN 46738 | 02/22/02 | $0.00 | $0.00 | $0.00 |
| Francisco, Tremayne | 1835 Black Bear Dr. | Fort Wayne, IN 46808 | 03/03/98 | $1,699.81 | $0.00 | $1,699.81 |
| Freed, Joshua | 522 1/2 N. Cowen St. | Garrett, IN 46738 | 05/10/02 | $0.00 | $0.00 | $0.00 |
| Froelich, Cynthia | P.O. Box 384 | Kendallville, IN 46755 | 05/04/99 | $0.00 | $0.00 | $0.00 |
| Froelich, Joseph | 11986 Behufeldt Rd | Sherwood, OH 43556 | 05/13/96 | $2,616.03 | $130.00 | $2,746.03 |
| Fugate, Sonny | 319 S. Johnson | Garrett, IN 46738 | 09/09/96 | $2,349.41 | $0.00 | $2,349.41 |
| Fugate, Terry | 1861 CR 48 | Garrett, IN 46738 | 04/12/76 | $4,400.44 | $1,086.40 | $5,486.84 |
| Fuleki, Christopher | 4966 W. 625 N. | Wawaka, IN 46794 | 09/05/95 | $2,492.16 | $0.00 | $2,492.16 |
| Furnish, Richard | 2840 S. 390 W. | Pleasant Lake, IN 46779 | 01/22/96 | $2,204.34 | $520.00 | $2,724.34 |
| Gaines, Alan | 1708 Richardson St. | Fort Wayne, IN 46808 | 03/11/97 | $2,263.38 | $264.00 | $2,527.38 |
| Garcia, Orlando | 220 E. Foster Parkway | Fort Wayne, IN 46806 | 07/15/99 | $0.00 | $0.00 | $0.00 |
| Gaston, John | 10833 DuPont Oaks BL | Fort Wayne, IN 46845 | 05/06/99 | $0.00 | $0.00 | $0.00 |
| Geeting, Rodney | 2850 N. Bayview Rd. | Angola, IN 46703 | 06/05/90 | $1,915.49 | $545.60 | $2,461.09 |
| George, Brian | P. O. Box 413 | Waterloo, IN 46793 | 09/02/98 | $1,984.33 | $0.00 | $1,984.33 |
| Gilbert, Tyson | 13554 Rd F | Bryan, OH 43506 | 05/14/99 | $0.00 | $0.00 | $0.00 |
| Gillespie, Gary | 4304 Cr 56 | Auburn, IN 46706 | 08/09/99 | $2,520.27 | $1,117.20 | $3,637.47 |
| Gomez, Jose | 436 W. Masterson Ave. | Fort Wayne, IN 46802 | 09/27/02 | $0.00 | $0.00 | $0.00 |
| Gossett, Daniel | 7918 Weymouth Ct. | Fort Wayne, IN 46825 | 04/05/02 | $0.00 | $0.00 | $0.00 |
| Gradeless, Mark | 2965 E. 400 N. | Colubia City, IN 46725 | 01/20/03 | $941.01 | $0.00 | $941.01 |
| Graham, Rick | P. O. Box 143 | Stroh, IN 46789 | 04/30/90 | $2,673.34 | $854.40 | $3,527.74 |
| Green Jr., William | 4029 Hessen Cassel | Fort Wayne, IN 46806 | 07/08/99 | $0.00 | $0.00 | $0.00 |
| Griffetts, Jr. Charles | 1920 Hidden River Dr. | Fort Wayne, IN 46825 | 10/04/99 | $2,275.68 | $1,189.44 | $3,465.12 |
| Grogg, Randall | 900 Allison | Auburn, IN 46706 | 04/20/88 | $2,333.39 | $0.00 | $2,333.39 |
| Grube, Gregg | 610 Cedarglen Dr. | Fort Wayne, IN 46825 | 09/27/99 | $0.00 | $0.00 | $0.00 |
| Grwinski, Bruce | 301 N. Van Buren St. | Auburn, IN 46706 | 04/19/02 | $0.00 | $0.00 | $0.00 |
| Guzman, Manuel | 2917 Alexander | Fort Wayne, IN 46806 | 06/14/99 | $0.00 | $0.00 | $0.00 |
| Guzman, Salomon | 331 W. Rudisill Blvd. | Fort Wayne, IN 46807 | 09/03/02 | $0.00 | $0.00 | $0.00 |
| Haffner, Aaron | 4085 CR 57 | Butler, IN 46721 | 06/03/99 | $0.00 | $0.00 | $0.00 |
| Hagler, Mark | 105 McIntyre | Auburn, IN 46706 | 07/31/95 | $2,485.46 | $794.40 | $3,279.86 |
| Haiflich, Jr. John | 6279 CR 29 | Auburn, IN 46706 | 02/22/73 | $3,825.98 | $780.00 | $4,605.98 |
| Hale, Wayne | 2783 CR 55 | Butler, IN 46721 | 02/09/01 | $0.00 | $0.00 | $0.00 |
| Hampton, Donald | 6308 Emmons Dr. | Fort Wayne, IN 46835 | 07/08/99 | $0.00 | $0.00 | $0.00 |
| Handshoe, Sonny | 8945 East 350 South | Lagrange, IN 46761 | 06/13/97 | $2,039.69 | $0.00 | $2,039.69 |
| Hankey, Alvin | 1230 CR 79 | Butler, IN 46721 | 10/13/97 | $2,007.11 | $0.00 | $2,007.11 |
| Hanks, Terry | 11224 Moon Flower PL | Fort Wayne, IN 46818 | 03/01/02 | $1,359.82 | $0.00 | $1,359.82 |
| Hansen, Jr. Ted | 127 E. Madison | Auburn, IN 46706 | 03/29/90 | $2,146.76 | $0.00 | $2,146.76 |
| Harmes, Mark | 5818 CR 12 | Butler, IN 46721 | 03/31/03 | $0.00 | $0.00 | $0.00 |
| Harris, Eric | 8026 Pebble Creek PL | Fort Wayne, IN 46835 | 06/03/99 | $0.00 | $0.00 | $0.00 |
| Harrison Jr., Ronald | 705 Peterson St. | Auburn, IN 46706 | 09/02/99 | $0.00 | $0.00 | $0.00 |
| Heffley, Patrick | 3678 St. Rd 1 | Butler, IN 46721 | 01/22/96 | $2,115.51 | $0.00 | $2,115.51 |

4/26/2005                                             Auburn Foundry

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Hefty, Christina | 404 Peterson | Auburn, IN 46706 | 09/02/98 | $1,776.77 | $0.00 | $1,776.77 |
| Heinze, James | 2001 Glenwood Ave. | Fort Wayne, IN 46805 | 05/28/02 | $0.00 | $0.00 | $0.00 |
| Herberger, Gary | 9206 Barbara LN | Fort Wayne, IN 46804 | 05/25/04 | $0.00 | $0.00 | $0.00 |
| Hernandez, Alberto | P. O. Box 211 | Auburn, IN 46706 | 06/28/99 | $0.00 | $0.00 | $0.00 |
| Hernandez, Reynaldo | 6311 Kent Rd | Fort Wayne, IN 46816 | 05/04/99 | $0.00 | $0.00 | $0.00 |
| Hilligoss, Harry | 1822 Maple Lane | Garrett, IN 46738 | 07/17/95 | $2,128.48 | $142.80 | $2,271.28 |
| Hollenbeck, Kurt | 2018 Sweet Cider Rd | Fort Wayne, IN 46818 | 01/17/95 | $1,650.91 | $157.60 | $1,808.51 |
| Holroyd, Rick | 4685 CR 19 | Auburn, IN 46706 | 04/03/78 | $3,404.65 | $804.00 | $4,208.65 |
| Hood, John P. | 108 N. Cedar St. | Auburn, IN 46706 | 09/06/83 | $6,366.25 | $1,187.20 | $7,553.45 |
| Hoover, Marvin | 443 W. Greenwood Dr. | Kendallville, IN 46755 | 02/20/84 | $3,405.76 | $561.60 | $3,967.36 |
| Hornett, Harry | P. O. Box 701 | Waterloo, IN 46793 | 12/15/83 | $3,254.13 | $806.40 | $4,060.53 |
| Horwitz, Michael | 4670 S. Sandman Dr. | Pleasant Lake, IN 46779 | 03/16/92 | $2,734.28 | $912.80 | $3,647.08 |
| Houser, Kelli | 9230 E. 300 N | Fremont, IN 46737 | 06/01/99 | $0.00 | $0.00 | $0.00 |
| Houser, Timothy | 5451 CR 4 | Hamilton, IN 46742 | 12/14/87 | $3,394.48 | $670.00 | $4,064.48 |
| Howard, Kenneth | 1331 CR 56 | Garrett, IN 46738 | 07/01/87 | $3,083.92 | $0.00 | $3,083.92 |
| Howey, David | 2943 CR 47 | Waterloo, IN 46793 | 08/12/98 | $1,804.90 | $0.00 | $1,804.90 |
| Huff, Scott | 155 Southland Dr. | Waterloo, IN 46793 | 02/19/86 | $4,146.85 | $0.00 | $4,146.85 |
| Huffman, Russell | 255 Country Forrest | Fort Wayne, IN 46818 | 11/28/89 | $2,184.58 | $403.20 | $2,587.78 |
| Huguenard, Benjamin | 351 W. Ensley | Auburn, IN 46706 | 08/27/96 | $1,878.26 | $134.80 | $2,013.06 |
| Huguenard, Chris | 2007 Gillmore | Fort Wayne, IN 46818 | 11/09/87 | $2,696.16 | $940.80 | $3,636.96 |
| Huguenard, William | 6342 CR 75 | St. Joe, IN 46785 | 12/08/77 | $4,885.22 | $836.00 | $5,721.22 |
| Hull, Randy | 2029 Parrell Dr. | Fort Wayne, IN 46805 | 08/19/81 | $3,981.57 | $943.60 | $4,925.17 |
| Husidic, Asim | 1313 Bethany Lane | Fort Wayne, IN 46825 | 02/08/99 | $0.00 | $0.00 | $0.00 |
| Husidic, Fatima | 6333 Bayberry Dr. | Fort Wayne, IN 46825 | 07/15/99 | $0.00 | $0.00 | $0.00 |
| Husidic, Rasim | 6333 Bayberry Dr. | Fort Wayne, IN 46825 | 10/06/97 | $1,918.19 | $264.00 | $2,182.19 |
| Irven, Jr. David | 2123 Wayside Dr. | Fort Wayne, IN 46818 | 07/10/95 | $1,972.80 | $650.00 | $2,622.80 |
| Isley, Sr. Daniel | 7053 CR 6 | Butler, IN 46721 | 04/21/88 | $2,792.33 | $999.60 | $3,791.93 |
| Jacobs, Jimmy | 0071 CR 24 | Corunna, IN 46730 | 10/24/83 | $3,202.96 | $656.00 | $3,858.96 |
| Janes, Shirley | 5927 CR 71 | St. Joe, IN 46785 | 05/06/99 | $0.00 | $0.00 | $0.00 |
| Jimenez, Pete | 2435 E. 175 N. | Albion, IN 46701 | 07/15/99 | $1,783.34 | $0.00 | $1,783.34 |
| Johnson, Loren | 212 Spencer St. | St. Joe, IN 46785 | 09/03/96 | $2,467.20 | $818.40 | $3,285.60 |
| Johnson, Stacey | 2814 Sweet Cidar Rd | Fort Wayne, IN 46818 | 08/10/98 | $778.28 | $0.00 | $778.28 |
| Jones, Gregory | 0363 SR 1 | Hamilton, IN 46742 | 01/22/87 | $2,405.14 | $651.20 | $3,056.34 |
| Jones, Jr. Eddie | 5820 Lesteele Blvd. | Fort Wayne, IN 46818 | 11/03/97 | $1,407.19 | $0.00 | $1,407.19 |
| Kalkirtz, Joseph | 9260 W. 500 S | Hudson, IN 46747 | 05/08/95 | $3,611.26 | $668.80 | $4,280.06 |
| Kantarevic, Dervis | 3726 Parkhill Ave. | Fort Wayne, IN 46805 | 10/06/97 | $1,651.16 | $825.00 | $2,476.16 |
| Kantarevic, Redzep | 3706 Parkhill Ave. | Fort Wayne, IN 46805 | 05/12/99 | $0.00 | $0.00 | $0.00 |
| Karajic, Tahir | 286 East Essex Lane | Fort Wayne, IN 46625 | 08/30/02 | $0.00 | $0.00 | $0.00 |
| Kashani, Mir Saeed | 910 Wyss Rd | Fort Wayne, IN 46815 | 09/19/83 | $5,903.35 | $854.80 | $6,758.15 |
| Keister, Steven | 1833 N. Mountain Lake | Albion, IN 46701 | 03/30/88 | $2,267.69 | $132.40 | $2,400.09 |
| Kell, Kevin | 3738 CO Rd 32 | Waterloo, IN 46793 | 09/23/96 | $2,463.50 | $0.00 | $2,463.50 |
| Keller, Paul | 5110 Starwood Drive | Fort Wayne, IN 46835 | 02/25/97 | $2,392.85 | $780.00 | $3,172.85 |
| Kennedy, Michael | 1104 Cristen Avenue | Auburn, IN 46706 | 09/09/98 | $0.00 | $0.00 | $0.00 |
| Kerslake, James | 4638 S. Hanna | Fort Wayne, IN 46806 | 11/07/91 | $1,740.48 | $0.00 | $1,740.48 |
| Kessler, Kimberly | 836 S. Indiana | Auburn, IN 46706 | 11/11/98 | $0.00 | $0.00 | $0.00 |
| Kibe, Robert | 2946 SR 327 N | Corunna, IN 46730 | 06/07/04 | $150.00 | $0.00 | $150.00 |
| Kiessling, John | 317 N. Park Lane | Butler, IN 46721 | 01/02/86 | $3,773.29 | $536.00 | $4,309.29 |
| Kiessling, Thomas | 1102 Riviera Ct. | Auburn, IN 46706 | 06/15/87 | $3,089.86 | $536.00 | $3,625.86 |
| Kiessling, Victoria | 1102 Riviera Ct. | Auburn, IN 46706 | 05/24/99 | $0.00 | $0.00 | $0.00 |
| King, John | 6417 Trier Road | Fort Wayne, IN 46815 | 11/27/95 | $2,109.18 | $0.00 | $2,109.18 |

4/26/2005                                              Auburn Foundry

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Kinsey III, George | 110 1/2 W. 3rd Apt. | Auburn, IN 46706 | 02/03/99 | $0.00 | $0.00 | $0.00 |
| Kirkpatrick, Jeremy | 0908 CR 52 | Garrett, IN 46738 | 10/02/95 | $1,883.81 | $0.00 | $1,883.81 |
| Kline, Benjamin | 721 E. Mott | Kendallville, IN 46755 | 12/08/97 | $1,602.13 | $0.00 | $1,602.13 |
| Koble, Paul | 1429 State Road 8 | Auburn, IN 46706 | 05/04/99 | $0.00 | $0.00 | $0.00 |
| Koch, Bill E. | 5509 CR 45 | Auburn, IN 46706 | 05/23/77 | $5,627.78 | $1,100.40 | $6,728.18 |
| Kowalski, Bradley | 3826 CR 45 | Auburn, IN 46706 | 10/09/95 | $3,590.59 | $397.20 | $3,987.79 |
| Kowalski, Brian | 1621 Pennsylvania Ave. | Auburn, IN 46706 | 04/26/96 | $2,712.94 | $0.00 | $2,712.94 |
| Kratzman, Ray | 3753 CR 40A | Auburn, IN 46706 | 01/28/85 | $2,629.56 | $910.00 | $3,539.56 |
| Kubinski, Edmund | 2122 Beechmont Dr. | Fort Wayne, IN 46825 | 09/27/99 | $2,216.16 | $1,173.12 | $3,389.28 |
| Latta, Brenda | 7314 Yellow River Rd. | Fort Wayne, IN 46818 | 10/09/95 | $2,192.65 | $264.00 | $2,456.65 |
| Lerma, Mark | 1209 Quail Run | Auburn, IN 46706 | 04/02/01 | $0.00 | $0.00 | $0.00 |
| Lesher, Anna | 135 Ln 250A W Otter | Angola, IN 46703 | 09/18/95 | $1,782.32 | $0.00 | $1,782.32 |
| Liberty, Chad | 4694 County Rd 71 | Butler, IN 46721 | 06/10/91 | $2,379.43 | $285.60 | $2,665.03 |
| Liberty, Richard | 4852 CR 47 | Auburn, IN 46706 | 09/20/93 | $1,911.92 | $650.00 | $2,561.92 |
| Liggett, Everett | 731 N. Jackson St. | Auburn, IN 46706 | 06/22/87 | $2,461.49 | $794.40 | $3,255.89 |
| Likes, Sheldon | 940 N. 700 E. | Angola, IN 46703 | 11/22/83 | $2,476.01 | $269.60 | $2,745.61 |
| Link, Scott | 6070 County Rd 35 | Auburn, IN 46706 | 10/25/95 | $1,660.99 | $284.80 | $1,945.79 |
| Long, Charles | 106 S. Clark St. | Auburn, IN 46706 | 10/07/96 | $2,216.49 | $0.00 | $2,216.49 |
| Lopez, Mary | 521 Curdes Ave. | Fort Wayne, IN 46805 | 05/19/99 | $0.00 | $0.00 | $0.00 |
| Luckadoo, Brock | 536 Grapevine LN | Fort Wayne, IN 46825 | 05/14/99 | $0.00 | $0.00 | $0.00 |
| Mack, James | 2187 Sr. 427 | Waterloo, IN 46793 | 01/26/96 | $2,430.60 | $808.80 | $3,239.40 |
| Madrigal, Jr. Bernardino | 10822 Oakwind Court | Fort Wayne, IN 46845 | 12/08/97 | $2,170.28 | $0.00 | $2,170.28 |
| Mahachanh, Phobsouk | 4423 S. Calhoun St. | Fort Wayne, IN 46807 | 05/24/99 | $0.00 | $0.00 | $0.00 |
| Mahamat, Djouma | 935 Ridgewood Dr. AP | Fort Wayne, In 46805 | 05/17/02 | $0.00 | $0.00 | $0.00 |
| Marshall, Homer | 10509 CR 21 N. | West Unity, OH 43570 | 07/09/86 | $3,299.23 | $0.00 | $3,299.23 |
| Mazzola, Matthew | 621 N. Shore Dr. | Kendallville, IN 46755 | 08/22/85 | $3,357.10 | $421.20 | $3,778.30 |
| McCarty, Matthew | 1478 Marshall Mill Road | Franklinville, NJ 08322 | 02/18/91 | $1,775.94 | $910.00 | $2,685.94 |
| McCormack, David | P. O. Box 6115 | Auburn, IN 46706 | 01/20/03 | $0.00 | $0.00 | $0.00 |
| McCreery, Heath | 203 W. County Line | Wolcottville, IN 46795 | 09/30/98 | $0.00 | $0.00 | $0.00 |
| McDaniel, James | 4416 CR 19 | Auburn, IN 46706 | 03/01/02 | $0.00 | $0.00 | $0.00 |
| Mcknown, Thomas L. | 2706 CR 52 | Auburn, IN 46706 | 12/03/79 | $3,994.82 | $501.60 | $4,496.42 |
| Mcpherson, Joseph W. | 2280 E. Johnson Lk Rd. | Pleasant Lake, IN 46779 | 08/27/76 | $5,303.64 | $1,173.12 | $6,476.76 |
| Mead, Michael | 1506 Auburn Dr. | Auburn, IN 46706 | 02/20/03 | $0.00 | $0.00 | $0.00 |
| Mehurovic, Suljo | 8034 Rocky Glen PL | Fort Wayne, IN 46825 | 07/26/99 | $0.00 | $0.00 | $0.00 |
| Melchi, Dennis | 7208 CR 16 | Butler, IN 46721 | 10/16/95 | $1,987.28 | $672.00 | $2,659.28 |
| Melvin, Michael | 10120 Donald Ave. | Leo, IN 46765 | 10/11/02 | $0.00 | $0.00 | $0.00 |
| Mendez, Miguel | 1103 Highland Dr. | Auburn, IN 46706 | 04/15/91 | $3,303.34 | $792.00 | $4,095.34 |
| Miles, Ronnie | 1116 Baxter St. | Fort Wayne, IN 46816 | 04/19/02 | $0.00 | $0.00 | $0.00 |
| Miller, James | 06642 Lake Road | Hicksville, OH 43526 | 04/19/94 | $2,252.14 | $260.00 | $2,512.14 |
| Miller, Kenny | 2004 Maple Lane | Garrett, IN 46738 | 04/03/91 | $2,588.17 | $0.00 | $2,588.17 |
| Miller, Steven | 216 Columbia Street | Hicksville, OH 43526 | 07/28/97 | $2,161.59 | $0.00 | $2,161.59 |
| Miller, Thomas | 670 E. Union, P. O. Box 2 | Waterloo, IN 46793 | 11/10/95 | $3,024.95 | $0.00 | $3,024.95 |
| Miller, Tony | 507 S. Whitley St. | Columbia City, IN 46725 | 01/10/94 | $1,908.32 | $924.00 | $2,832.32 |
| Minier, Brandon | 346 N. Chauncey St. | Columbia City, IN 46725 | 06/17/03 | $0.00 | $0.00 | $0.00 |
| Mondragon, Silvestre | 804 Kinnaird Ave. Apt | Fort Wayne, IN 46807 | 09/04/01 | $0.00 | $0.00 | $0.00 |
| Montoya, Antonio | 770 W. Lisbon Rd | Kendallville, IN 46755 | 02/05/02 | $0.00 | $0.00 | $0.00 |
| Montoya, Javier | 770 W. Lisbon Rd | Kendallville, IN 46755 | 01/16/79 | $3,614.00 | $662.00 | $4,276.00 |
| Moody, Frank | 418 S. Guilford | Garrett, IN 46738 | 12/08/75 | $3,906.22 | $789.60 | $4,695.82 |
| Moore, Ronnie | 6021 Bunt Dr. | Fort Wayne, IN 46806 | 03/15/02 | $0.00 | $0.00 | $0.00 |
| Morris, Phillip | 4912 Haffner Dr. | Fort Wayen, IN 46815 | 07/19/99 | $0.00 | $0.00 | $0.00 |

4/26/2005                                                                 Auburn Foundry

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Mosley, Charles | 506 N. Meadow Lane | Kendallville, IN 46755 | 02/16/87 | $2,257.93 | $134.40 | $2,392.33 |
| Mosley, Donald | 971 South Allen Chap | Kendallville, IN 46755 | 09/15/87 | $3,640.14 | $650.00 | $4,290.14 |
| Mosley, Douglas | 10120 Old Woods Road | Fort Wayne, IN 46825 | 03/09/87 | $3,085.08 | $0.00 | $3,085.08 |
| Mosley, Ralphie | 1913 Maple St. | Auburn, IN  46706 | 09/29/97 | $2,028.77 | $0.00 | $2,028.77 |
| Mote, Chuck | P. O. Box 45 | Corunna, IN 46730 | 06/27/88 | $3,052.56 | $662.00 | $3,714.56 |
| Nestleroad, Brian | 6322 Black Oak Blvd | Fort Wayne, IN 46835 | 02/22/02 | $0.00 | $0.00 | $0.00 |
| Neuman, J. Victor | 5233 St. RD 8 | Auburn, IN  46706 | 02/17/03 | $0.00 | $0.00 | $0.00 |
| Newman, David | P. O. Box 106 | Pleasant Lake, IN 46779 | 10/07/96 | $2,003.91 | $260.00 | $2,263.91 |
| Newman, Jack | 217 S. Main Box 78 | Wolcottville, IN 46795 | 09/02/98 | $1,893.39 | $396.00 | $2,289.39 |
| Newsome, Kevin | 1044 Anna Avenue | Auburn, IN  46706 | 08/29/95 | $0.00 | $0.00 | $0.00 |
| Nguyen, Quy | 905 South Ijams st. | Garrett, IN 46738 | 09/11/86 | $3,323.34 | $943.60 | $4,266.94 |
| Norman, John | 4430 Trier Rd | Fort Wayne, In 46815 | 05/04/99 | $0.00 | $0.00 | $0.00 |
| Oelfke, Greg | 307 E. Harding Street | Kendallville, IN 46755 | 02/25/97 | $1,828.85 | $397.20 | $2,226.05 |
| Osbun, Darlene | 33 E. Edgewater | Garrett, IN 46738 | 10/14/96 | $1,157.82 | $912.80 | $2,070.62 |
| Ounsombath, Michael | 6215 Merlin Dr. | Fort Wayne, IN 46818 | 08/16/99 | $0.00 | $0.00 | $0.00 |
| Padilla, Honorato | 307 W 5th Street | Auburn, IN  46706 | 11/12/97 | $2,030.47 | $912.80 | $2,943.27 |
| Paige, Curley | 3536 Plaza Dr. | Fort Wayne, IN 46806 | 02/26/01 | $0.00 | $0.00 | $0.00 |
| Paige, James | 2818 Pennsylvania St. | Fort Wayne, IN 46803 | 08/16/99 | $0.00 | $0.00 | $0.00 |
| Parker, Wendell | P. O. Box 85 | Avilla, IN 46710 | 11/26/90 | $2,229.61 | $0.00 | $2,229.61 |
| Parrish, Steven | 310 Betz Road | Auburn, IN  46706 | 02/08/84 | $3,608.22 | $264.80 | $3,873.02 |
| Pasqualone, Antonio | 1003 Elm St. | Auburn, IN  46706 | 05/10/02 | $0.00 | $0.00 | $0.00 |
| Patton, Danny (#1887) | 3330 State Road 1 | Butler, IN 46721 | 02/03/99 | $0.00 | $0.00 | $0.00 |
| Patton, Jr. Danny (#2048) | 3330 State Road 1 | Butler, IN 46721 | 08/06/96 | $1,792.65 | $0.00 | $1,792.65 |
| Pepple, Gerald L. | 3886 CR 45 | Auburn, IN  46706 | 12/05/83 | $5,579.92 | $931.20 | $6,511.12 |
| Pepple, Gregory | 651 W. High St. | Hicksville, OH 43526 | 05/17/84 | $6,083.37 | $0.00 | $6,083.37 |
| Perkins, Joseph | 1203 Ferguson Ave. | Fort Wayne, IN 46805 | 07/15/99 | $0.00 | $0.00 | $0.00 |
| Peterson, Lloyd | 2116 Asquith Dr. | Fort Wayne, IN 46816 | 10/04/99 | $0.00 | $0.00 | $0.00 |
| Petrov, Nikola | 2914 Easton Ridge PL | Fort Wayne, IN 46818 | 06/01/99 | $0.00 | $0.00 | $0.00 |
| Pfierman, Jack | 220 E. 6th St. | Auburn, IN  46706 | 03/18/91 | $2,343.92 | $926.80 | $3,270.72 |
| Pifer, Brian | 641 Tuttle Rd | Union City, MI 49094 | 06/12/89 | $3,058.22 | $0.00 | $3,058.22 |
| Pinedo, J G | 0177 SR 8 | Avilla, IN 46710 | 06/25/79 | $4,542.06 | $804.00 | $5,346.06 |
| Pinedo, Santiago | 312 Franklin Street | Corunna, IN 46730 | 08/25/78 | $5,832.91 | $131.60 | $5,964.51 |
| Pope, Toriano | 3030 Sawgrass Trail | Fort Wayne, IN 46808 | 05/06/99 | $0.00 | $0.00 | $0.00 |
| Powers, Paul | 7380 N. 100 W | Orland, IN 46767 | 07/22/96 | $2,830.90 | $0.00 | $2,830.90 |
| Prater, David | 3928 E. 850 N. | Rome City, IN 46784 | 08/15/90 | $3,882.47 | $926.80 | $4,809.27 |
| Praul, Michael | 2629 Co Rd 56 | Auburn, IN  46706 | 08/07/73 | $3,066.76 | $910.00 | $3,976.76 |
| Provines, Michael | 1048 Susan St. | Auburn, IN  46706 | 07/15/99 | $1,790.67 | $0.00 | $1,790.67 |
| Pyle, Nathan | 204 State Line Rd | Woodburn, IN 46747 | 04/19/02 | $0.00 | $0.00 | $0.00 |
| Ratliff, Jones | 2585 E. Waits Road | Kendallville, IN 46755 | 06/26/87 | $0.00 | $0.00 | $0.00 |
| Rattanabandith, Pannha | 11405 Niland Pass | Fort Wayne, IN 46845 | 05/04/99 | $0.00 | $0.00 | $0.00 |
| Raymond, Steven | 318 Willowbrook Dr. | Kendallville, IN 46755 | 09/19/83 | $2,928.84 | $529.60 | $3,458.44 |
| Rector, Joshua | 4220 Kenfield Dr. | Fort Wayne, IN 46815 | 05/12/99 | $0.00 | $0.00 | $0.00 |
| Redmon, Neil | 1216 Quail Run | Auburn, IN  46706 | 06/28/99 | $0.00 | $0.00 | $0.00 |
| Retz, David | 217 S. Ivy Ln | Butler, IN 46721 | 05/21/99 | $0.00 | $0.00 | $0.00 |
| Rice, Darrin | 505 W. Fourth St. | Fort Wayne, IN 46808 | 05/04/99 | $0.00 | $0.00 | $0.00 |
| Richardson, Cheryl | 336 W. 11th  St. | Auburn, IN  46706 | 09/09/98 | $0.00 | $0.00 | $0.00 |
| Rollins, Marsha | 1403 Lisbon Rd. | Kendallville, IN 46755 | 10/28/96 | $2,202.85 | $780.00 | $2,982.85 |
| Rosebrock, Edwin | 4757 Rd 220 | Antwerp, OH 45813 | 07/31/95 | $3,236.21 | $0.00 | $3,236.21 |
| Rowe, Randy | 1503 Seneca Ct. | Auburn, IN  46706 | 05/08/95 | $2,663.39 | $132.40 | $2,795.79 |
| Rowe, Ricky | 221 S. Hamsher St. | Garrett, IN 46738 | 05/05/73 | $3,349.39 | $901.60 | $4,250.99 |

4/26/2005                                              Auburn Foundry

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Roy, Michael | 607 Helen Avenue | Auburn, IN 46706 | 09/03/96 | $2,039.77 | $780.00 | $2,819.77 |
| Ruckman, David | 439 Mill St. | Churubusco, IN 46723 | 02/25/97 | $1,997.01 | $520.00 | $2,517.01 |
| Sakanovic, Izet | 2152 Point West Dr. | Fort Wayne, IN 46808 | 10/06/97 | $1,920.06 | $792.00 | $2,712.06 |
| Salter, Kevin | 12717 Calaway Dr. | Fort Wayne, In 46845 | 05/17/99 | $0.00 | $0.00 | $0.00 |
| Sanchez, Jr. George | 1302 Clayton Ave. | Fort Wayne, IN 46808 | 09/14/83 | $3,712.66 | $792.00 | $4,504.66 |
| Schilb, Thomas | 3817 Clayston Core | New Haven, IN 46774 | 04/15/96 | $0.00 | $0.00 | $0.00 |
| Schrader, Jr. Dennis | P. O. Box 32 | Avilla, IN 46710 | 11/13/00 | $1,851.01 | $0.00 | $1,851.01 |
| Scott, James | 18058 500 E. | Lagrange, IN 46761 | 03/13/87 | $2,348.68 | $132.40 | $2,481.08 |
| Selleck, Fred | 6993 St. Rd. 8 | Butler, IN 46721 | 07/19/99 | $0.00 | $0.00 | $0.00 |
| Sewards, Samuel | 9111 Stanley Ave. | Fort Wayne, IN 46818 | 09/26/78 | $5,812.78 | $794.40 | $6,607.18 |
| Sexton, Dexter | 68 Skyline Drive | Garrett, IN 46738 | 01/31/97 | $2,118.78 | $0.00 | $2,118.78 |
| Sexton, Marlin | 212 South St. | Corunna, IN 46730 | 05/14/84 | $3,086.91 | $915.60 | $4,002.51 |
| Shambly, Henry | 3524 Bowser St. | Fort Wayne, IN 46806 | 09/27/02 | $0.00 | $0.00 | $0.00 |
| Shanyfel, Nathan | 1495 County Road 57 | Butler, IN 46721 | 08/30/02 | $390.94 | $0.00 | $390.94 |
| Shanyfelt, Daniel | 520 N. Peters | Garrett, IN 46738 | 03/08/02 | $0.00 | $0.00 | $0.00 |
| Shepherd, Shawn | 9303 N. 150 E. | Rome City, IN 46784 | 08/21/95 | $1,857.34 | $397.20 | $2,254.54 |
| Shepherd, Sherry | 5861 N. 300 W | Fremont, IN 46737 | 04/16/01 | $1,504.99 | $0.00 | $1,504.99 |
| Sidenbender, David | 203 Spencerville St. | Hicksville, OH 43526 | 10/04/93 | $1,482.95 | $397.20 | $1,880.15 |
| Silva, Christopher | 880 Dery St. | Quincy, MI 49082 | 10/10/95 | $2,226.77 | $0.00 | $2,226.77 |
| Skidmore, Forrest | 5073 CR 68 | Spencerville, IN 46788 | 06/24/96 | $1,949.62 | $0.00 | $1,949.62 |
| Sleesman, Douglas | 1434 SR 1 | Butler, IN 46721 | 09/15/83 | $3,132.53 | $794.00 | $3,926.53 |
| Slone, Jr. Luther | 818 N. Cedar St. | Auburn, IN 46706 | 09/05/73 | $3,015.75 | $131.60 | $3,147.35 |
| Slone, Loy | 1307 W. Quincy | Garrett, IN 46738 | 08/30/02 | $0.00 | $0.00 | $0.00 |
| Slone, Mitchel | 2101 Carmer Run | Auburn, IN 46706 | 01/22/96 | $2,823.85 | $938.00 | $3,761.85 |
| Smith, Gregory | 168 S. Briggs | Quincy, MI 49082 | 02/26/01 | $0.00 | $0.00 | $0.00 |
| Smith, Robert | 333 W. Maple Grove A | Fort Wayne, IN 46807 | 09/02/97 | $2,193.24 | $0.00 | $2,193.24 |
| Smith, Ronnie | 615 Cedar | Waterloo, IN 46793 | 05/22/89 | $2,727.73 | $926.80 | $3,654.53 |
| Sonafrank, Paul | 2530 E. 400 N. | Columbia City, IN 46725 | 09/18/95 | $3,524.28 | $628.80 | $4,153.08 |
| Stackhouse, Gary | P. O. Box 35 | Ashley, IN 46705 | 09/11/95 | $2,092.47 | $938.00 | $3,030.47 |
| Stewart, Matthew | 16835 Indianapolis R | Yoder, IN 46798 | 10/07/96 | $2,343.60 | $297.60 | $2,641.20 |
| Stockert, Joan | 1587 CR 56 | Garrett, IN 46738 | 06/17/99 | $0.00 | $0.00 | $0.00 |
| Stomm, Barry | 2324 Laforge LN | Auburn, IN 46706 | 02/03/99 | $0.00 | $0.00 | $0.00 |
| Studebaker, Margaret | 6943 St. Rd 8 | Butler, IN 46721 | 05/21/99 | $0.00 |  | $0.00 |
| Suman, Dean | 1216 Washington Ave. | Defiance, OH 43512 | 08/19/96 | $2,238.85 | $650.00 | $2,888.85 |
| Summers, Charles | 518 S. Lee St. | Garrett, IN 46738 | 08/19/96 | $1,940.55 | $780.00 | $2,720.55 |
| Taylor, Carlos | 2737 W. Washington R. | Fort Wayne, IN 46818 | 03/24/99 | $0.00 | $0.00 | $0.00 |
| Terry, Jr. Curtis | P. O. Box 572 | Kendallville, IN 46755 | 10/14/85 | $3,907.49 | $940.80 | $4,848.29 |
| Theis, Shawn | 7510 CR 68 | Spencerville, IN 46788 | 05/17/99 | $0.00 | $0.00 | $0.00 |
| Thomas, Martin | 208 Aspen Dr. | Kendallville, IN 46755 | 08/15/74 | $3,943.55 | $644.00 | $4,587.55 |
| Thomas, Stephen | 317 W. 4th Ave. | Garrett, IN 46738 | 08/09/78 | $3,383.31 | $0.00 | $3,383.31 |
| Thompson, Benjamin | 2109 Timbertrace | Auburn, IN 46706 | 09/27/99 | $0.00 | $0.00 | $0.00 |
| Thompson, Bradley | P. O. Box 583 | Waterloo, IN 46793 | 05/11/92 | $2,870.34 | $999.60 | $3,869.94 |
| Throop, David | 1330 W. Wallen Rd | Fort Wayne, IN 46825 | 10/24/95 | $2,023.89 | $672.00 | $2,695.89 |
| Tittle, Regina | 4757 RD 220 | Antwerp, OH 45813 | 03/01/02 | $1,565.15 | $0.00 | $1,565.15 |
| Trammel, Rick | 615 Cobblers Ct. | Waterloo, IN 46793 | 08/27/96 | $2,466.20 | $854.40 | $3,320.60 |
| Tumbleson, David | 4315 Woodpark CT | Woodburn, IN 46797 | 09/20/99 | $0.00 | $0.00 | $0.00 |
| Turnage, Debra | 1915 Roy St. | Fort Wayne, IN 46803 | 06/17/99 | $0.00 | $0.00 | $0.00 |
| Turpin, Danny | 0454 South 1100 East | Avilla, IN 46710 | 12/11/00 | $2,094.06 | $0.00 | $2,094.06 |
| Tuttle, Harvey | 280 Lane 136 Turkey | Hudson, IN 46747 | 07/31/00 | $2,503.77 | $0.00 | $2,503.77 |
| Uehlein, Larry | 4747 CR 68 | Spencerville, IN 46788 | 03/11/87 | $2,447.63 | $1,017.60 | $3,465.23 |

4/26/2005                                                                     Auburn Foundry

| Name | Address | City | Hire Date | Vacation 2005 | Personal Days 2005 | Total Amount Owed |
|---|---|---|---|---|---|---|
| Urell, Dale | 3115 Crestmount Dr. | Fort Wayne, IN 46816 | 03/18/98 | $2,140.58 | $0.00 | $2,140.58 |
| VanAuken, David | 1600 Urban Ave. | Auburn, IN 46706 | 04/08/96 | $2,468.23 | $130.00 | $2,598.23 |
| Vanderpool, Michael | 2423 Berkley Ave. | Fort Wayne, IN 46815 | 07/14/95 | $2,881.41 | $0.00 | $2,881.41 |
| Vian, David | 606 S. Indiana Ave. | Auburn, IN 46706 | 08/12/92 | $1,984.68 | $537.60 | $2,522.28 |
| Vice, John | 1303 Kliblinger Plac | Auburn, IN 46706 | 10/30/95 | $2,016.42 | $0.00 | $2,016.42 |
| Voss, Michael | 1344 Pinevalley Dr. | Fort Wayne, IN 46815 | 09/27/02 | $1,186.92 | $0.00 | $1,186.92 |
| Walker, Jerry | 2407 Smith St. | Fort Wayne, IN 46803 | 07/24/95 | $2,173.11 | $0.00 | $2,173.11 |
| Walsh, William | 1426 Urban Ave. | Auburn, IN 46706 | 08/20/85 | $1,153.93 | $940.80 | $2,094.73 |
| Washler, Brian | 8189 CR 42 | Butler, IN 46721 | 09/05/95 | $1,981.31 | $0.00 | $1,981.31 |
| Waters, Geary | 113 W. Till Rd | Fort Wayne, IN 46825 | 02/09/87 | $2,514.89 | $910.00 | $3,424.89 |
| Webb, Roger | 64 Woodwind Trail | Garrett, IN 46738 | 03/02/98 | $1,375.96 | $132.00 | $1,507.96 |
| Weimer, Matthew | 7504 Diane Dr. | Fort Wayne, IN 46835 | 05/17/02 | $0.00 | $0.00 | $0.00 |
| Westrick, Steven | 3272 CR 52 | Auburn, IN 46706 | 09/26/83 | $3,754.89 | $926.80 | $4,681.69 |
| Wheeler, Larry | 7780 E. 200 N. | Fremont, IN 46737 | 03/05/01 | $0.00 | $0.00 | $0.00 |
| Wheeler, Randy | 413 West 9 St | Auburn, IN 46706 | 05/24/99 | $2,317.38 | $0.00 | $2,317.38 |
| Wibel, Curtis | 7227 Gold Leaf Place | Fort Wayne, IN 46835 | 02/07/02 | $0.00 | $0.00 | $0.00 |
| Wilges, Stephen | 3665 S. 109 W. | Pleasant Lake, IN 46779 | 07/14/97 | $2,115.39 | $660.00 | $2,775.39 |
| Williams, Wilmer | 2506 E. 850 N. | Rome City, IN 46784 | 05/13/91 | $1,890.91 | $794.40 | $2,685.31 |
| Williamson, Aaron | 838 Ridge Wood Dr. Ap | Fort Wayne, IN 46805 | 08/24/01 | $0.00 | $0.00 | $0.00 |
| Womack, Edrina | 5806 Countess Dr. | Fort Wayne, IN 46815 | 02/12/02 | $0.00 | $0.00 | $0.00 |
| Woodruf, Steven | 0566 CR 16 | Corunna, IN 46730 | 03/03/97 | $3,466.34 | $796.00 | $4,262.34 |
| Woods, Jerry | P. O. Box 171 | Grabill, IN 46741 | 12/11/75 | $2,911.92 | $792.00 | $3,703.92 |
| Wright, Rusty | 1122 Irene Ave. | Fort Wayen, IN 46808 | 08/02/99 | $0.00 | $0.00 | $0.00 |
| Yahya, Khaled | P. O. Box 856 | Topeka, IN 46571 | 07/15/99 | $0.00 | $0.00 | $0.00 |
| Yahya, Mohamed | P. O. Box 856 | Topeka, IN 46571 | 08/09/99 | $0.00 | $0.00 | $0.00 |
| Yanez, Raul | 9444 US 24 West | Fort Wayne, IN 46804 | 11/10/95 | $2,485.80 | $0.00 | $2,485.80 |
| York, Dennis | 10902 Mill Lake Cove | Fort Wayne, IN 46845 | 10/30/95 | $1,792.65 | $0.00 | $1,792.65 |
| Young, Bonita | 826 Griswold Ct. | Auburn, IN 46706 | 08/16/02 | $0.00 | $0.00 | $0.00 |
| Yzaquirre, Roman | 1301 Virginia Lane | Auburn, IN 46706 | 02/22/02 | $0.00 | $0.00 | $0.00 |
| | | | | $643,577.06 | $104,976.80 | $748,553.86 |