UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

**UNION'S MOTION FOR ORDER REQUIRING
AUBURN FOUNDRY, INC. TO PRODUCE DOCUMENTS AT 2004 EXAMINATION**

The Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-CLC and its Local 322 (collectively "Union "), by counsel, pursuant to Bankruptcy Rule 2004(c), requests that the Chief Personnel Officer for Auburn Foundry, Inc. ("Auburn") be required to attend an examination at the office of GMP Local 322, 110 Depot Street, Auburn, IN 46706 on 06/03/05 at 10:00 a.m. and to produce the documents listed as attached Exhibit A.  In support of this motion, the Union states:

1. Debtor filed this Chapter 11 case on 02/08/04.

2. The bargaining unit employees of Auburn are represented by the Union.

3. The Union and Auburn are parties to a collective bargaining agreement effective between 05/03/03 and 05/03/06 ("CBA").

4. Pursuant to Section 14.2 of the CBA, Auburn was contractually obligated to provide group heath insurance benefits to the bargaining unit members and their dependants.  It is the Union's understanding that Auburn was self-insured for group health insurance.

5. Certain bargaining unit members and their dependants have unpaid post-petition medical expenses which would constitute an administrative claim under Section

      503(b) of the Bankruptcy Code 11 U.S.C. §503(b).

6.    The Union needs the records of the unpaid medical benefits of the bargaining unit members and their dependents to prepare an application the payment of administrative expense on behalf of the bargaining unit members.

WHEREFORE, the Union requests that the Chief Personnel Officer of Auburn Foundry Inc. be required to attend a Rule 2004 examination at the office GMP Local 322 on 06/03/05 at 10:00 a.m. and to produce the documents listed on Exhibit A.

                                                                   Respectfully submitted,

                                                                   /s/Richard J. Swanson
                                                                 Richard J. Swanson
                                                                 Attorney for Union

MACEY SWANSON AND ALLMAN
445 N. Pennsylvania Street
Suite 401
Indianapolis, IN 46204
(317) 637-2345

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid this 26th day of April, 2005.

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square
Suite 555
100 East Wayne Street
South Bend, IN 46601

DASI Industrie Inc.
Randall A. Miller
80 Kendall Point Dr.
Oswego, IL 60543

Miller and Company LLC
Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

Auburn City Utilities
P. O. Box 506
Auburn, IN 46706

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

Fairmount Minerals
P. O. Box 400
Bridgeman, MI 49106

Miller and Company
6400 Shafer Court, Suite 500
Rosemount, IL 60018

Omnisource Corp., - Tusco
2453 Hill Avenue
Toledo, OH 43607

XRI Testing - Troy

Mobilex, LLC
1961 Thunderbird
Troy, MI 48084
Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

A.F. Europe, Inc.
635 W. Eleventh St.
Auburn, IN 46706

Bank of America
231 S. LaSalle Street
16th Floor
Chicago, IL 60697

DeKalb County, Indiana
DeKalb County Assessor
100 South Main Street
Auburn, IN 46706

GMAC Business Credit, LLC
300 Galleria Office Centre
Suite 110
Southfield, MI 48034

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Farimount Minerals
Michelle Pezanoski
P. O. Box 177
Wedron, IL 60557

Ashland Chemical Co.
P. O. Box 395

Columbus, OH 43216

Complete Drives Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Citizens Gas & Coke Utilities
202 North Meridian Street
Indianapolis, IN 46202

Inductotherm Corp.
10 Indel Ave.
Rancocas, NJ 08073

MP Steel Indiana, LLC
P. O. Box 876
Kendallville, IN 46755

Unimin Corporation
809 Myers Road
Archbold, OH 43502

Matthew M. Hohman
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

   /s/Richard J. Swanson
Richard J. Swanson