# Exhibit A
**Documents Requested**

1. Schedules, print-outs or other documents, for the period between 02/01/04 and the present, showing unpaid medical/prescriptions expenses of bargaining unit or former bargaining unit employees of Auburn Foundry, Inc. and/or their spouses of dependants, whether generated by Auburn Foundry, Inc. or its third party administrator.

2. Schedules, print-outs or other documents, for the period prior to 02/08/04, showing unpaid medical/prescriptions expenses of bargaining unit or former bargaining unit employees of Auburn Foundry, Inc. and/or their spouses of dependants, whether generated by Auburn Foundry, Inc. or its third party administrator.