**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **AUBURN FOUNDRY, INC.** | ) | **Case No. 04-10427-REG** |
| | ) | |
| **Debtor.** | ) | |

### ORDER

    This case is before the Court on the Union's Motion For Order Requiring Auburn Foundry, Inc. To Produce Documents At 2004 Examination at the office of GMP Local 322, 110 Depot Street, Auburn, IN 46706 on 06/03/05 at 10:00 a.m.   Having considered the motion and being duly advised, it is hereby ORDERED that the motion is GRANTED and that the Chief Personnel Officer of Auburn Foundry, Inc. is ORDERED to appear for a 2004 examination and to produce the requested documents at the office of GMP Local 322 on 06/03/05 at 10:00 a.m.


    SO ORDERED this ____day of _____, 2005.


    _____
    JUDGE, UNITED STATES BANKRUPTCY
    COURT NORTHERN DISTRICT OF INDIANA