**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No.  04-10427 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**VERIFIED APPLICATION FOR LEAVE TO**
**WITHDRAW APPEARANCE, AND NOTICE THEREOF**

  Comes now Shipley & Associates by Grant F. Shipley, co-counsel for Bank of America, N.A., a creditor in the above-captioned case, and applies for Order authorizing withdrawal of its appearance as co-counsel pursuant to Local Bankruptcy Rule B-9010-2(e).  This application would respectfully note that other counsel have already appeared for Bank of America, N.A.  This Application seeks permission only for Shipley & Associates by Grant F. Shipley to withdraw as co-counsel for this creditor.

  WHEREFORE, Shipley & Associates by Grant F. Shipley prays that its appearance on behalf of Bank of America, N.A. in the above-captioned case be withdrawn.

                  SHIPLEY & ASSOCIATES

                   */s/ Grant F. Shipley*
                  Grant F. Shipley
                  233 West Baker Street
                  Fort Wayne, IN 46802-3413
                  Telephone:  (260) 422-2700
                  Attorney for Bank of America, N.A.

## VERIFICATION

I swear or affirm under the penalties for perjury that the above and foregoing statements are true.

_____
Grant F. Shipley

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS: |
| COUNTY OF ALLEN | ) |

SUBSCRIBED AND SWORN to before me, a Notary Public, in and for said state and county this 27th day April, 2005.



_____
Notary Public

HEIDI M CARRIER
Printed Name

I am a resident of Allen County, Indiana;

My commission expires: April 1, 2011

## CERTIFICATE OF SERVICE

I certify that on the 27th day of April, 2005, service of a true and exact copy of the above and foregoing pleading was served electronically through the Court's ECF system to:

Becket & Lee, LLP
Gary D. Boyn
John R. Burns
Henry A. Efroymson
Stephen L. Fink
Matthew M. Hohman
Edmund P. Kos

Brian J. Lange
Stephen E. Lewis
Marlene Reich
Brad Rogers
Tricia A. Sherick
Michael Dunstan Story
Richard J. Swanson

| | |
|---|---|
| Ellen L. Triebold | Elizabeth A. Whelan |
| W. Erik Weber | James T. Young |
| Mark Werling | |

and also certify that on the 27th day of April, 2005, service of a true and exact copy of the above and foregoing was sent to the following parties by depositing same in the United States Mail in envelopes properly addressed to them and with sufficient first class postage affixed:

| | |
|---|---|
| Robert Bartkowicz<br>Bank of America Credit<br>1 South Wacker, Ste. 3400<br>Chicago, IL 60606 | Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Patrick L. Proctor<br>Eilbacher Fletcher, LLP<br>803 South Calhoun Street, Ste. 400<br>Fort Wayne, IN 46802 | Mark A. Warsco<br>Rothberg Logan & Warsco<br>P.O. Box 11647<br>Fort Wayne, IN 46859 |
| Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Prospect Street<br>Indianapolis, IN 46203 | Lawrence S. Crawther<br>6055 Rockside Woods Blvd, Suite 200<br>Cleveland, OH 44131 |

                                                        */s/ Grant F. Shipley*
                                                         Grant F. Shipley