**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE**

At Fort Wayne, Indiana _____, 2005.

On application of Shipley & Associates by Grant F. Shipley to withdraw its appearance as co-counsel for Bank of America, N.A., and the court having reviewed since Application and being duly advised in the premises it is now therefore

ORDERED, that the appearance of Shipley & Associates by Grant F. Shipley as co-counsel for Bank of America, N.A. is hereby ordered withdrawn.

SO ORDERED.

_____
Judge, United States Bankruptcy Court