UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor(s) | ) | | |

O R D E R

At Fort Wayne, Indiana, on April 27, 2005.

Glass, Molders, Pottery and Allied Workers International Union's motion for Rule 2004 examination is GRANTED and Glass, Molders, Pottery and Allied Workers International Union is authorized to examine Auburn Foundry, Inc. pursuant to Bankruptcy Rule 2004.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court