UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )   CASE NO.   04-10427 |
| | ) |
| | ) |
| Debtor | ) |

ORDER

At Fort Wayne, Indiana, on April 29, 2005.

The motion to withdraw appearance, filed By Grant Shipley, counsel for Bank of America herein, will be granted, without further notice, upon the filing of an appearance by successor counsel. See N.D. Ind. L.B.R. B-9010-2(e).

SO ORDERED.

     /s/ Robert E. Grant
Judge, United States Bankruptcy Court