# EXHIBIT A



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 511935    Page 1
February 7, 2005

FOR SERVICES RENDERED THROUGH January 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | | |
|---|---|---|---|---|---|
| 01/03/05 | Communications with Committee regarding pending issues. | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 01/04/05 | Discussions with Committee members regarding status and negotiations with Debtor. | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 01/28/05 | Prepared for and participated in conference with Committee regarding pending matters and issues in case (1.0); communications with attorney for Debtor regarding fairness opinion and Plan (.4); negotiations with Debtor (.4). | | | | |
| | H. Efroymson | 1.80 hrs. | 370.00/hr | $ | 666.00 |

Summary of Fees

| | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson | | 2.60 | 370.00 | 962.00 |
| | TOTAL | 2.60 | 370.00 | 962.00 |

TOTAL Fees for Professional Services ................................... $     962.00

TOTAL DUE FOR THIS MATTER ............................................... $     962.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     962.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:          511935

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      962.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 511936    Page 1
February 7, 2005

FOR SERVICES RENDERED THROUGH January 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | | |
|---|---|---|---|---|---|
| 01/03/05 | Received advice of preference demands, and communications with attorney for Debtor regarding use of proceeds. | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |
| 01/04/05 | Communications with attorney for Debtor regarding preference recoveries. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 01/10/05 | Attention to submission of statements. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 01/12/05 | Reviewed Application to Employ WRP, Affidavit, exhibits (Contract), Notice and proposed Order, and prepared list of concerns regarding the same (.8); communications with attorney for Debtor regarding same (.4). | | | | |
| | H. Efroymson | 1.20 hrs. | 370.00/hr | $ | 444.00 |
| 01/13/05 | Reviewed Order Approving Compromise (Polich) and Notice of Application for Fee Allowance, and dated up. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 01/17/05 | Reviewed pleading filed by NMHG Financial (.1); negotiations with Debtor over Plan issues (.3). | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 01/18/05 | Reviewed statement filed by Debtor (.3). | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.70 | 370.00 | 999.00 |
| TOTAL | 2.70 | 370.00 | 999.00 |

TOTAL Fees for Professional Services ..................................... $    999.00

TOTAL DUE FOR THIS MATTER .................................................. $     999.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $     999.00


ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836




CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN  46203

MATTER TITLE:      Case Administration
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:          21926.0005

INVOICE #:          511936


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      999.00



ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn                    Invoice 511937    Page 1
Foundry, Inc.                                               February 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


        FOR SERVICES RENDERED THROUGH January 31, 2005
                Federal ID #35-0874357

        OUR MATTER # 21926.0008
        Fee/Employment Applications
        Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 01/05/05 | Attention to fee application. | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |
| 01/10/05 | Reviewed invoices related to Third Quarterly Fee Application. | | | | |
| | N. Allen | .30 hrs. | 190.00/hr | $ | 57.00 |
| 01/11/05 | Prepared Third Quarterly Fee Application, Notice, proposed Order and Certificate of Mailing. | | | | |
| | N. Allen | 1.00 hrs. | 190.00/hr | $ | 190.00 |
| 01/12/05 | Reviewed and approved final draft of Fee Application, Notice and Order. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 01/19/05 | Reviewed Ernst & Young's Interim Fee Application and exhibits, and Application to Approve Monthly Provisional Payments to same and notices (.2); communications with Committee regarding same (.3). | | | | |
| | H. Efroymson | .50 hrs. | 370.00/hr | $ | 185.00 |
| 01/27/05 | Checked on Order Approving Fee Application. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 01/28/05 | Telephone to Fort Wayne Bankruptcy Clerk regarding status of Order Approving Application for Fees (.3); assisted with analysis regarding incorrect filing of Notice on Fee Application (.3). | | | | |
| | M. Wilson | .60 hrs. | 205.00/hr | $ | 123.00 |
| 01/31/05 | Attention to Fee Application Notice (.1). | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |


                        Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|-------|---------|---------|
| H. Efroymson | 1.20 | 370.00 | 444.00 |
| M. Wilson | 0.60 | 205.00 | 123.00 |

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N. Allen | 1.30 | 190.00 | 247.00 |
| TOTAL | 3.10 | 262.58 | 814.00 |

TOTAL Fees for Professional Services ...................................$     814.00


TOTAL DUE FOR THIS MATTER ...........................................$     814.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$     814.00


ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Fee/Employment Applications
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:      21926.0008

INVOICE #:       511937


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$      814.00


ACCOUNTS ARE DUE UPON RECEIPT