

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 511938    Page 1  
February 7, 2005

FOR SERVICES RENDERED THROUGH January 31, 2005  
Federal ID #35-0874357

OUR MATTER # 21926.0010  
Financing  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

01/05/05    Reviewed orders on extension of financing and use of cash collateral.  
H. Efroymson                      .20 hrs.       370.00/hr    $        74.00

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.20 | 370.00 | 74.00 |
| TOTAL | 0.20 | 370.00 | 74.00 |

TOTAL Fees for Professional Services ......................................$      74.00

TOTAL DUE FOR THIS MATTER ...............................................$      74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$      74.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN   46203

MATTER TITLE:      Financing
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0010

INVOICE #:            511938

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$       74.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn          Invoice 511939    Page 1
Foundry, Inc.                                            February 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH January 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 01/05/05 | Communications with Committee members, attorney for Debtor and attorney for new AFI regarding Plain issues. | | | |
| | H. Efroymson | .80 hrs. | 370.00/hr | $ 296.00 |
| 01/07/05 | Telephone conferences with attorney for Debtor regarding new Plan (.3); reviewed prior Plan for additional concerns (.5); telephone conference with Basore regarding auction prospects (.2); forwarded response to all attorneys and Committee (.3). | | | |
| | H. Efroymson | 1.30 hrs. | 370.00/hr | $ 481.00 |
| 01/10/05 | Reviewed and analyzed new Plan proposal from Debtor, and communications with attorney for Debtor and Committee members regarding same. | | | |
| | H. Efroymson | 1.80 hrs. | 370.00/hr | $ 666.00 |
| 01/11/05 | Analyzed new Plan outline from Debtor, and formulated response. | | | |
| | H. Efroymson | .80 hrs. | 370.00/hr | $ 296.00 |
| 01/14/05 | Negotiations with attorney for Debtor regarding new terms to Plan; prepared outline of options for Committee, and participated in telephone conferences with Committee members regarding same. | | | |
| | H. Efroymson | 1.20 hrs. | 370.00/hr | $ 444.00 |
| 01/18/05 | Negotiations with attorney for Debtor regarding terms of new Plan. | | | |
| | H. Efroymson | .80 hrs. | 370.00/hr | $ 296.00 |
| 01/19/05 | Continued negotiations with new Plan terms and term sheet with bank; reviewed new offer. | | | |
| | H. Efroymson | .80 hrs. | 370.00/hr | $ 296.00 |
| 01/20/05 | Continued negotiations with Debtor over new Plan terms, and communications with Committee regarding same. | | | |
| | H. Efroymson | .60 hrs. | 370.00/hr | $ 222.00 |
| 01/21/05 | Reviewed new Plan and Disclosure Statement filed today (1.0); communications with attorney for Debtor regarding | | | |

|            |                                                                                                                                                                                                                                                                                                                                  |           |            |          |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|----------|
|            | same and fairness opinion (.2).                                                                                                                                                                                                                                                                                                  |           |            |          |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                     | 1.20 hrs. | 370.00/hr $ | 444.00   |
| 01/24/05   | Reviewed new Plan and Disclosure Statement, and forwarded to Committee members (2.0); reviewed and commented upon Fairness Opinion (.5).                                                                                                                                                                                         |           |            |          |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                     | 2.50 hrs. | 370.00/hr $ | 925.00   |
| 01/25/05   | Reviewed Order and Notice of deadline to object to Disclosure Statement and hearing on same, and dated up (.2); communications with Committee regarding same (.2); reviewed all exhibits to Disclosure Statement, and Plan (1.5); prepared memorandum to attorney for Debtor regarding same (.4).                                |           |            |          |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                     | 2.30 hrs. | 370.00/hr $ | 851.00   |
| 01/26/05   | Continued negotiations with Debtor over new Plan, and reviewed detailed supplemental report supporting Fairness Opinion.                                                                                                                                                                                                         |           |            |          |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                     | 1.50 hrs. | 370.00/hr $ | 555.00   |
| 01/27/05   | Prepared memorandum to Committee regarding concerns over Plan & Disclosure Statement (1.0); communications with attorney for new AFI regarding Plain (.2).                                                                                                                                                                       |           |            |          |
|            | H. Efroymson                                                                                                                                                                                                                                                                                                                     | 1.20 hrs. | 370.00/hr $ | 444.00   |

Summary of Fees

|              | Hours | Rate/Hr | Dollars  |
|--------------|-------|---------|----------|
| H. Efroymson | 16.80 | 370.00  | 6,216.00 |
| TOTAL        | 16.80 | 370.00  | 6,216.00 |

TOTAL Fees for Professional Services ....................................... $    6,216.00


TOTAL DUE FOR THIS MATTER ................................................. $    6,216.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................... $    6,216.00


ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:        Unsecured Creditors' Committee of Auburn Foundry, Inc.
                    c/o Michael McGaughey, Chair
                    Citizens Gas & Coke Utility
                    2950 Prospect Street
                    Indianapolis, IN  46203

MATTER TITLE:       Plan & Disclosure Statement
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:           21926.0011

INVOICE #:          511939

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    6,216.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                    Invoice 511940    Page 1
Foundry, Inc.                                                   February 7, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


           FOR SERVICES RENDERED THROUGH January 31, 2005
                        Federal ID #35-0874357

           OUR MATTER # 21926.0015
           Costs
           Auburn Foundry, Inc. Chapter 11 Bankruptcy Case




ITEMIZED CHARGES:

01/11/05   E108   1/10 Postage Expense                                   $         6.04
01/14/05   E108   1/12 Postage Expense                                   $         4.87
01/25/05          Outside Copying - - Vendor:Pacer Service Center 10/11/04 $       0.14
                  Fee for copies obtained from the Northern District of
                  Indiana Bankruptcy Court website.
01/31/05   E108   1/28 Postage Expense                                   $         9.39
                       Long Distance                                     $         4.00
                       Photocopies                                       $       107.28

TOTAL Itemized Charges ................................................. $       131.72


TOTAL DUE FOR THIS MATTER .............................................. $       131.72


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $       131.72


                        ACCOUNTS ARE DUE UPON RECEIPT
```

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Costs
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0015

INVOICE #:        511940

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $     131.72

ACCOUNTS ARE DUE UPON RECEIPT