

ICEMILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203  

Invoice 515008    Page 1  
March 4, 2005

FOR SERVICES RENDERED THROUGH February 28, 2005  
Federal ID #35-0874357

OUR MATTER # 21926.0004  
Committee Meetings & Discussions  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/03/05 | Prepared report on recent problems to Committee (.5); telephone conference with attorney for new AFI (.2).<br>H. Efroymson | .70 hrs. | 370.00/hr | $ 259.00 |
| 02/18/05 | Prepared report to Committee.<br>H. Efroymson | .80 hrs. | 370.00/hr | $ 296.00 |
| 02/24/05 | Telephone conferences with Howard regarding case status and forwarded documents to same.<br>H. Efroymson | .50 hrs. | 370.00/hr | $ 185.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.00 | 370.00 | 740.00 |
| TOTAL | 2.00 | 370.00 | 740.00 |

TOTAL Fees for Professional Services .................................... $   740.00

TOTAL DUE FOR THIS MATTER ............................................ $   740.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $   740.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com  
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN   46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:        515008

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      740.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn              Invoice 515009    Page 1
Foundry, Inc.                                                       March 4, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

           FOR SERVICES RENDERED THROUGH February 28, 2005
                       Federal ID #35-0874357

           OUR MATTER # 21926.0005
           Case Administration
           Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/02/05 | Telephone call from Peters regarding status of case (.1); telephone call from attorney for Auburn Foundry regarding developments and problems with production, and reported to Committee (.8).<br>H. Efroymson | .90 hrs. | 370.00/hr | $ 333.00 |
| 02/09/05 | Reviewed Motion to Reject Long Term Incentive Plan, exhibits and Motion to Reject Benefits Restoration Plan, exhibits, and proposed Orders, and reviewed Motion to Reject Long Term Incentive Plan Grant Agreement, exhibits and Order and communications with Committee regarding same.<br>H. Efroymson | 1.00 hrs. | 370.00/hr | $ 370.00 |
| 02/10/05 | Reviewed Notices on Rejection Motions, and dated up.<br>H. Efroymson | .20 hrs. | 370.00/hr | $ 74.00 |
| 02/16/05 | Reviewed Order on Ernst & Young's Fee Application.<br>H. Efroymson | .10 hrs. | 370.00/hr | $ 37.00 |
| 02/21/05 | Reviewed Orders from Court (.2); received statement from attorneys for Debtor (.3).<br>H. Efroymson | .50 hrs. | 370.00/hr | $ 185.00 |
| 02/28/05 | Reviewed orders from Court.<br>H. Efroymson | .20 hrs. | 370.00/hr | $ 74.00 |

                           Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 2.90 | 370.00 | 1,073.00 |
| TOTAL | 2.90 | 370.00 | 1,073.00 |

TOTAL Fees for Professional Services ................................ $  1,073.00


TOTAL DUE FOR THIS MATTER ........................................... $  1,073.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $   1,073.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836


CLIENT NAME:        Unsecured Creditors' Committee of Auburn Foundry, Inc.
                    c/o Michael McGaughey, Chair
                    Citizens Gas & Coke Utility
                    2950 Prospect Street
                    Indianapolis, IN   46203

MATTER TITLE:       Case Administration
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:           21926.0005

INVOICE #:            515009


PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$     1,073.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  Invoice 515010    Page 1
Foundry, Inc.  March 4, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


          FOR SERVICES RENDERED THROUGH February 28, 2005
                     Federal ID #35-0874357

          OUR MATTER # 21926.0010
          Financing
          Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


02/07/05    Telephone call from attorney for Debtor regarding cash use
            negotiations with bank (1/2).
            H. Efroymson                     .20 hrs.       370.00/hr  $       74.00


                         Summary of Fees

                                Hours         Rate/Hr         Dollars

       H. Efroymson              0.20          370.00           74.00
                  TOTAL          0.20          370.00           74.00


TOTAL Fees for Professional Services .......................................$    74.00


TOTAL DUE FOR THIS MATTER ..................................................$    74.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE .....................................$    74.00


                  ACCOUNTS ARE DUE UPON RECEIPT


One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

```
                            REMITTANCE PAGE




SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836




CLIENT NAME:        Unsecured Creditors' Committee of Auburn Foundry, Inc.
                    c/o Michael McGaughey, Chair
                    Citizens Gas & Coke Utility
                    2950 Prospect Street
                    Indianapolis, IN   46203

MATTER TITLE:       Financing
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:           21926.0010

INVOICE #:          515010


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...............................$     74.00



                        ACCOUNTS ARE DUE UPON RECEIPT
```