
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 515011    Page 1
March 4, 2005

FOR SERVICES RENDERED THROUGH February 28, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| 02/01/05 | Contacted counsel for Debtor regarding Plan (.2); outlined objections to Plan for preparation of pleadings (.4). | | | |
| | H. Efroymson | .60 hrs. | 370.00/hr | $    222.00 |
| 02/03/05 | Attention to preparation of Objections to Plan and Disclosure Statement, and communications with attorney for Debtor regarding same. | | | |
| | H. Efroymson | 1.20 hrs. | 370.00/hr | $    444.00 |
| 02/04/05 | Preparation of Objection to Disclosure Statement. | | | |
| | H. Efroymson | 1.80 hrs. | 370.00/hr | $    666.00 |
| 02/07/05 | Preparation of Objection to Disclosure Statement (1.4); telephone call from attorney for Debtor regarding same (1/2) (.2); communications with Committee regarding new Plan terms offered by Debtor (.2). | | | |
| | H. Efroymson | 1.80 hrs. | 370.00/hr | $    666.00 |
| 02/08/05 | Communications with Committee members and attorney for Debtor regarding Plan payment (.5); prepared Objection to Disclosure Statement (.3); negotiations with Debtor regarding Plan (.3). | | | |
| | H. Efroymson | 1.10 hrs. | 370.00/hr | $    407.00 |
| 02/09/05 | Communications with attorney for Debtor regarding Objection to Disclosure Statement, and proceeding with filing of same (.6); reviewed new proposal from Debtor and communicated with Committee regarding same (.4). | | | |
| | H. Efroymson | 1.00 hrs. | 370.00/hr | $    370.00 |
| 02/10/05 | Reviewed Objections to Disclosure Statement filed by Union and IDEM and communications with attorney for Debtor regarding same (.4); reviewed Debtor's Supplement to Plan and Disclosure Statement with exhibits and new projections, and forwarded to Committee (1.0); communications with Committee regarding same (.4). | | | |
| | H. Efroymson | 1.80 hrs. | 370.00/hr | $    666.00 |
| 02/11/05 | Telephone calls from attorney for Debtor and to Committee members regarding Plan provisions, and continued | | | |

negotiations over Plan.

H. Efroymson .80 hrs. 370.00/hr $ 296.00

02/14/05   Prepared list of changes to Plan, and proposal for Plan
monitoring (.8); reviewed materials from attorney for
Debtor regarding CapEx and member distributions, and
forwarded to Committee (1.0).

H. Efroymson 1.80 hrs. 370.00/hr $ 666.00

02/15/05   Reviewed Amendment to Disclosure Statement, and discussed
with Committee (.8); requested revised projections from
attorney for Debtor (.1); prepared list of required
changes to Plan and Disclosure Statement, and prepared for
hearing on Disclosure Statement (1.0); reviewed new
projections from attorney for Debtor, and discussed with
attorney for Debtor (.8); forwarded documents to Committee
(.1).

H. Efroymson 2.80 hrs. 370.00/hr $ 1,036.00

02/16/05   Negotiated Capex definition and bank covenants into Plan
(.3); attended hearing on Disclosure Statement, and
discussed Plan issues with counsel for Debtor and bank
(5.8); prepared Withdrawal of Objection (.3); reviewed
Withdrawals filed by Union and IDEM (.2); reviewed
supplements filed with Court (.2); reviewed memorandum
from attorney for Debtor regarding new Disclosure
Statement (.2).

H. Efroymson 7.00 hrs. 370.00/hr $ 2,590.00

02/17/05   Telephone conferences with Committee members regarding
Plan (.3); reviewed Disclosure Statement for required
changes (.9).

H. Efroymson 1.20 hrs. 370.00/hr $ 444.00

02/21/05   Reviewed memoranda from attorney for Debtor with revised
Plan and Disclosure Statement, and discussed with
Committee (2.0); prepared list of concerns to attorney for
Debtor (.6); developed language for appointment of Plan
Monitor (.5).

H. Efroymson 3.10 hrs. 370.00/hr $ 1,147.00

02/22/05   Reviewed additional documents from attorney for Debtor,
and analyzed inconsistencies between Plan and Disclosure
Statement; negotiations with Debtor regarding Plan.

H. Efroymson 1.60 hrs. 370.00/hr $ 592.00

02/23/05   Reviewed faxes from attorney for Debtor regarding
revisions to Plan and Disclosure Statement (1.2);
communications with attorneys for Debtor regarding same
(.3); signed and submitted Statement of No Objection to
Amended and Supplemented Disclosure Statement (.1).

H. Efroymson 1.60 hrs. 370.00/hr $ 592.00

02/23/05   Telephone to bankruptcy clerk's office regarding
procedures for filing Statement of No Objection (.2);
assisted with analysis regarding filing of Statement of No
Objection (.3).

M. Wilson                                      .50 hrs.       205.00/hr  $        102.50

02/24/05    Reviewed latest redraft of Disclosure Statement and Plan,
            and forwarded to Committee (.6); reviewed statement filed
            by IDEM, and filing of Disclosure Statement and Plan by
            Debtor (.4); telephone conferences with Committee members
            and attention to Debtor regarding same (.5).
            H. Efroymson                       1.50 hrs.       370.00/hr  $        555.00

02/25/05    Reviewed Order Approving Disclosure Statement.
            H. Efroymson                       .20 hrs.        370.00/hr  $         74.00

### Summary of Fees

|              | Hours | Rate/Hr | Dollars   |
|--------------|-------|---------|-----------|
| H. Efroymson | 30.90 | 370.00  | 11,433.00 |
| M. Wilson    | 0.50  | 205.00  | 102.50    |
| TOTAL        | 31.40 | 367.37  | 11,535.50 |

TOTAL Fees for Professional Services ....................................$    11,535.50

TOTAL DUE FOR THIS MATTER ..............................................$    11,535.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    11,535.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN   46203

MATTER TITLE:     Plan & Disclosure Statement
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0011

INVOICE #:          515011

PLEASE REMIT  TOTAL  INVOICE  BALANCE  DUE  ...................................$    11,535.50

ACCOUNTS  ARE  DUE  UPON  RECEIPT



ICEMILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn                    Invoice 515012    Page 1
Foundry, Inc.                                                      March 4, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


            FOR SERVICES RENDERED THROUGH February 28, 2005
                        Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case




    ITEMIZED CHARGES:

    02/09/05  E108   2/8 Postage Expense                      $          6.04
    02/10/05  E108   2/9 Postage Expense                      $          1.98
    02/14/05  E108   2/10 Postage Expense                     $          8.75
    02/17/05         Travel Expenses - - Vendor:Henry A. Efroymson 2/16/05  $    98.00
                     Travel expense for mileage and parking in Fort Wayne, IN
                     during appearance at hearing.
    02/22/05  E106   2/16 Postage Expense                     $          2.49
    02/24/05  E108   2/23 Postage Expense                     $         21.81
                          Long Distance                       $          6.00
                          Photocopies                         $        185.40

    TOTAL Itemized Charges .............................................$       330.47


    TOTAL DUE FOR THIS MATTER ..........................................$       330.47


    PLEASE REMIT TOTAL INVOICE BALANCE DUE .............................$       330.47


                        ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0015

INVOICE #:         515012

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$      330.47

ACCOUNTS ARE DUE UPON RECEIPT