

ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 518206    Page 1
April 11, 2005

FOR SERVICES RENDERED THROUGH March 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/04/05 | Reviewed Monthly Operating Report (.2); communications with attorney for Debtor regarding payment of administrative expenses (.1). H. Efroymson | .30 hrs. | 370.00/hr | $ 111.00 |
| 03/07/05 | Preparation of statement to Court (.2); reviewed documents filed with Court (.1). H. Efroymson | .30 hrs. | 370.00/hr | $ 111.00 |
| 03/09/05 | Reviewed Rejection Orders from Court (.2); communications with attorney for Debtor regarding status of case (.3); reviewed docket (.1). H. Efroymson | .60 hrs. | 370.00/hr | $ 222.00 |
| 03/14/05 | Reviewed statement filed by attorneys for Debtor (.3); reviewed orders on contract rejections (.2); communications with attorney for Debtor regarding statement (.1); received financial report and status of cash issues from attorneys for Debtor (.3). H. Efroymson | .90 hrs. | 370.00/hr | $ 333.00 |
| 03/16/05 | Reviewed Order Rejecting Restoration Plan (.1); telephone conferences with attorneys for bank and Debtor regarding status of case (.4). H. Efroymson | .50 hrs. | 370.00/hr | $ 185.00 |
| 03/17/05 | Communications with attorneys for bank regarding status of case. H. Efroymson | .20 hrs. | 370.00/hr | $ 74.00 |
| 03/18/05 | Communications with Burns regarding status of case (.2); prepared Motion to Convert (1.0); communications with Committee regarding same (.2.). H. Efroymson | 1.40 hrs. | 370.00/hr | $ 518.00 |
| 03/21/05 | Finalization and filing of Motion to Convert (.3); reviewed Orders from Court (.1). H. Efroymson | .40 hrs. | 370.00/hr | $ 148.00 |
| 03/22/05 | Reviewed U.S. Trustee's Motion to Convert (.3); | | | |

|            |                                                                                                                                                                                                                                                                                                                                                                   |           |           |            |
|------------|-----------------------------------|-----------|-----------|------------|
|            | communications with Committee regarding conversion requests (.3); attention to hearing date for conversion motions (.1); telephone call from attorney for Debtor regarding sale options (.2); telephone call from attorney for union (.1). | | | |
|            | H. Efroymson | 1.00 hrs. | 370.00/hr | $ 370.00 |
| 03/23/05 | Telephone conferences with attorney for bank and attorney for Debtor regarding status of case. | | | |
|            | H. Efroymson | .30 hrs. | 370.00/hr | $ 111.00 |
| 03/24/05 | Reviewed Monthly Reports for December, January and February, and forwarded to Committee with update on status (.3); telephone conferences with attorney for bank (.2). | | | |
|            | H. Efroymson | .50 hrs. | 370.00/hr | $ 185.00 |
| 03/25/05 | Telephone conference with attorney for bank, and analyzed cash needs. | | | |
|            | H. Efroymson | .30 hrs. | 370.00/hr | $ 111.00 |

### Summary of Fees

|              | Hours | Rate/Hr | Dollars |
|--------------|-------|---------|---------|
| H. Efroymson | 6.70  | 370.00  | 2,479.00 |
| TOTAL        | 6.70  | 370.00  | 2,479.00 |

TOTAL Fees for Professional Services ......................................$   2,479.00

TOTAL DUE FOR THIS MATTER .................................................$   2,479.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................$   2,479.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN  46203

MATTER TITLE:      Case Administration
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0005

INVOICE #:         518206

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$    2,479.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn            Invoice 518207    Page 1
Foundry, Inc.                                            April 11, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

                FOR SERVICES RENDERED THROUGH March 31, 2005
                          Federal ID #35-0874357

                OUR MATTER # 21926.0008
                Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


| | | | | |
|---|---|---|---|---|
| 03/04/05 | Communications with attorney for Debtor regarding outstanding fees (.1); attention to submission of statement (.2). | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr  $ | 111.00 |
| 03/07/05 | Telephone conference with U.S. Bankruptcy Court regarding Judge's requirements for Notice on Fee Applications (.2); prepared Amended Notice per Judge's instruction regarding Third Fee Application (.2). | | | |
| | M. Wilson | .40 hrs. | 205.00/hr  $ | 82.00 |
| 03/07/05 | Reviewed Order from Court regarding Notice on Fee Application, and attention to new Notice for Court. | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr  $ | 74.00 |

                              Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.50 | 370.00 | 185.00 |
| M. Wilson | 0.40 | 205.00 | 82.00 |
| TOTAL | 0.90 | 296.67 | 267.00 |


TOTAL Fees for Professional Services ..................................... $    267.00


TOTAL DUE FOR THIS MATTER ................................................ $    267.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    267.00


                        ACCOUNTS ARE DUE UPON RECEIPT

One American Square | Box 82001 | Indianapolis, IN 46282-0200 | P 317-236-2100 | F 317-236-2219 | www.icemiller.com
Indianapolis | Chicago | Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN   46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0008

INVOICE #:         518207

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      267.00

ACCOUNTS ARE DUE UPON RECEIPT