

**ICE MILLER**
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 518209    Page 1  
April 11, 2005

```
              FOR SERVICES RENDERED THROUGH March 31, 2005
                         Federal ID #35-0874357

              OUR MATTER # 21926.0010
              Financing
              Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


03/14/05      Reviewed Notice from bank, and analyzed effect of Notice
              on financing and carve-out.
              H. Efroymson                        .60 hrs.     370.00/hr   $      222.00

03/15/05      Reviewed cash collateral and financing orders to determine
              effect of bank notice (1.2); communications with attorneys
              for Debtor regarding same (.2); prepared demand for budget
              (.2).
              H. Efroymson                       1.60 hrs.     370.00/hr   $      592.00
```

Summary of Fees

|                  | Hours | Rate/Hr | Dollars |
|------------------|-------|---------|---------|
| H. Efroymson     | 2.20  | 370.00  | 814.00  |
| TOTAL            | 2.20  | 370.00  | 814.00  |

TOTAL Fees for Professional Services ......................................$      814.00

TOTAL DUE FOR THIS MATTER .................................................$      814.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................$      814.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN   46203

MATTER TITLE:     Financing
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0010

INVOICE #:        518209

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$      814.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 518210    Page 1  
April 11, 2005

FOR SERVICES RENDERED THROUGH March 31, 2005  
Federal ID #35-0874357

OUR MATTER # 21926.0011  
Plan & Disclosure Statement  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/04/05 | Communications with attorney for Debtor regarding confirmation hearing.<br>H. Efroymson | .20 hrs. | 370.00/hr | $ 74.00 |
| 03/09/05 | Telephone conference with attorney for Debtor regarding Notice on Plan hearing (.2); telephone conference with Committee member regarding concerns over Plan, and reviewed applicable provisions (1.0); compared operating reports to exhibits to Disclosure Statement (.6).<br>H. Efroymson | 1.80 hrs. | 370.00/hr | $ 666.00 |
| 03/11/05 | Reviewed Motion to File Amended Disclosure Statement (.2); investigated effect of Union vote on Plan implementation and distributions to unsecured creditors (.5); communications with Committee regarding same (.2).<br>H. Efroymson | .90 hrs. | 370.00/hr | $ 333.00 |
| 03/14/05 | Telephone call from attorney for Debtor regarding potential withdrawal of Plan, and advised Committee.<br>H. Efroymson | .40 hrs. | 370.00/hr | $ 148.00 |
| 03/16/05 | Reviewed Notice of Hearing on Second Amended Disclosure Statement, and dated up (.2); telephone conference with attorney for bank regarding Plan issues and status (.3).<br>H. Efroymson | .50 hrs. | 370.00/hr | $ 185.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 3.80 | 370.00 | 1,406.00 |
| TOTAL | 3.80 | 370.00 | 1,406.00 |

TOTAL Fees for Professional Services ..................................... $   1,406.00

TOTAL DUE FOR THIS MATTER ............................................. $   1,406.00

One American Square │ Box 82001 │ Indianapolis, IN 46282-0200 │ P 317-236-2100 │ F 317-236-2219 │ www.icemiller.com  
Indianapolis │ Chicago │ Washington, D.C.

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    1,406.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN   46203

MATTER TITLE:      Plan & Disclosure Statement
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0011

INVOICE #:            518210

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    1,406.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn                Invoice 518211    Page 1
Foundry, Inc.                                                       April 11, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203
```

FOR SERVICES RENDERED THROUGH March 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0015
Costs
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| Date | Description | | Amount |
|---|---|---|---|
| 03/08/05 | 3/7 Postage Expense | $ | 1,300.93 |
| 03/22/05 | Filing Fees - - Vendor:Henry A. Efroymson 3/21/05 Filing fee for Motion to Convert Case to Chapter 7. | $ | 15.00 |
| 03/23/05 | 3/21 Postage Expense | $ | 255.36 |
| 03/23/05 | 3/21 Postage Expense | $ | 338.10 |
| 03/23/05 | 3/21 Postage Expense | $ | 120.08 |
| 03/23/05 | 3/21 Postage Expense | $ | 147.44 |
| | Long Distance | $ | 16.00 |
| | Photocopies | $ | 11,854.98 |

TOTAL Itemized Charges ............................................... $   14,047.89


TOTAL DUE FOR THIS MATTER ............................................. $   14,047.89


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   14,047.89


ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana    46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN   46203

MATTER TITLE:     Costs
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0015

INVOICE #:        518211

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    14,047.89

ACCOUNTS ARE DUE UPON RECEIPT