UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

AUBURN FOUNDRY, INC.,            )        CASE NO. 04-10427
                                 )        CHAPTER 11
         Debtor.                 )

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On April 29, 2005, Ice Miller, filed its *Fourth Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* (the "Application") and proposed Order for entry by the Court. The Application seeks approval of interim professional fees of $27,453.50 and reimbursement of expenses of $14,510.08, all without prejudice to the rights of any party-in-interest to object to the interim allowance of fees and expenses to Ice Miller. A copy of the Application[1] is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **within 20 days from the date of this Notice,** you or your attorney must:

1.    File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 South Harrison Street
> P.O. Box 2547
> Fort Wayne, Indiana  46801-2547

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2.    You must also mail a copy of your objection to:

---

[1] Due to the voluminous nature of Ice Miller's billing statements, in an effort to minimize copying and postage expenses, Ice Miller is serving copies of **Exhibit A** to the Application only upon the United States Trustee, the Debtor, counsel for the Debtor, and the chairmen of Official Committee of Unsecured Creditors. All other parties-in-interest will be provided with a copy of the same upon request made to Ice Miller.

        Henry A. Efroymson
        Niquelle R. Allen
        Ice Miller
        One American Square, Box 82001
        Indianapolis, Indiana 46282-0200

        Ellen L. Triebold
        Office of the United States Trustee
        100 East Wayne Street, Suite 555
        South Bend, Indiana 46601

        John R. Burns
        Mark A. Werling
        Baker & Daniels
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802-2603

      If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date: <u>April 29, 2005</u>

        ICE MILLER

        <u>/s/ Henry A. Efroymson</u>
        Henry A. Efroymson
        Niquelle R. Allen
        Ice Miller
        One American Square, Box 82001
        Indianapolis, Indiana 46282-0200
        (317) 236-2100 Telephone
        (317) 236-2219 Facsimile
        henry.efroymson@icemiller.com
        niquelle.allen@icemiller.com

        Attorneys for the Official Creditors'
        Committee of Auburn Foundry, Inc.