# EXHIBIT A

**A COPY OF EXHIBIT A IS AVAILABLE UPON REQUEST
FROM THE
UNITED STATES BANKRUPTCY COURT CLERK'S OFFICE
46 EAST OHIO STREET
INDIANAPOLIS, IN  46204
(317) 229-3800
<http://www.insb.uscourts.gov/>**

**OR**

**HENRY A. EFROYMSON
ICE MILLER
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS, INDIANA  46282-0200
(317) 236-2100**