UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor(s) | ) | | |

O R D E R

At Fort Wayne, Indiana, on April 27, 2005.

Glass, Molders, Pottery and Allied Workers International Union's motion for Rule 2004 examination is GRANTED and Glass, Molders, Pottery and Allied Workers International Union is authorized to examine Auburn Foundry, Inc. pursuant to Bankruptcy Rule 2004.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: mjc            Page 1 of 1           Date Rcvd: Apr 27, 2005
Case: 04-10427              Form ID: pdf004      Total Served: 1

The following entities were served by first class mail on Apr 29, 2005.
dbpos      +Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 29, 2005**                    **Signature:**     _Joseph Speetjens_