UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

AUBURN FOUNDRY, INC.,           )     CASE NO. 04-10427
                                )     CHAPTER 11
                Debtor.         )

## CERTIFICATE OF SERVICE

I certify that a copy of the *Notice of Motion and Opportunity to Object* to *Fourth Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses*, attached hereto as **Exhibit A**, was served electronically and/or by first-class United States mail, postage prepaid, to the parties listed on **Exhibit B** on April 30, 2005.


Dates:  April 30, 2005

                                        ICE MILLER

                                        /s/ Henry A. Efroymson
                                        Henry A. Efroymson
                                        Niquelle R. Allen
                                        Ice Miller
                                        One American Square, Box 82001
                                        Indianapolis, Indiana  46282-0200
                                        (317) 236-2100 Telephone
                                        (317) 236-2219 Facsimile
                                        henry.efroymson@icemiller.com
                                        niquelle.allen@icemiller.com

                                        Attorneys for the Official Creditors'
                                        Committee of Auburn Foundry, Inc.

1541741.1