<u>**EXHIBIT A**</u>

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

<u>**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**</u>

On April 29, 2005, Ice Miller, filed its *Fourth Application of Ice Miller for Interim Allowances as Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* (the "Application") and proposed Order for entry by the Court.  The Application seeks approval of interim professional fees of $27,453.50 and reimbursement of expenses of $14,510.08, all without prejudice to the rights of any party-in-interest to object to the interim allowance of fees and expenses to Ice Miller.  A copy of the Application[1] is attached to this notice.

<u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **within 20 days from the date of this Notice,** you or your attorney must:

1.    File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 South Harrison  Street
> P.O. Box 2547
> Fort Wayne, Indiana  46801-2547

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2.    You must also mail a copy of your objection to:

---

[1] Due to the voluminous nature of Ice Miller's billing statements, in an effort to minimize copying and postage expenses, Ice Miller is serving copies of <u>**Exhibit A**</u> to the Application only upon the United States Trustee, the Debtor, counsel for the Debtor, and the chairmen of Official Committee of Unsecured Creditors.  All other parties-in-interest will be provided with a copy of the same upon request made to Ice Miller.

Henry A. Efroymson
Niquelle R. Allen
Ice Miller
One American Square, Box 82001
Indianapolis, Indiana  46282-0200

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  <u>April 29, 2005</u>

ICE MILLER

<u>/s/ Henry A. Efroymson</u>
Henry A. Efroymson
Niquelle R. Allen
Ice Miller
One American Square, Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com
niquelle.allen@icemiller.com

Attorneys for the Official Creditors'
Committee of Auburn Foundry, Inc.

1541737.1