# EXHIBIT B

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
dsmcmeen@bakerd.com,
skrhoads@bakerd.com
tlwiley@bakerd.com,
jacklyn.faulkner@bakerd.com
(260) 424-8000
(260) 460-1700 Fax
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax
*(For Fox Contractors Corp.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440
(260) 424-8316 Fax
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345
(317) 637-2369 Fax
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300
(260) 926-2610 Fax
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562
(317) 713-3699 Fax
mreich@sbalawyers.com,
jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, Indiana 46802-3413
gfs@gshipley.com
(260) 422-2711
*(For Shelby County Bank/Bank of America)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662
(313) 465-7663 Fax
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Josef.athanas@lw.com
(312) 876-7700
(312) 993-9767 Fax
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard
Suite 200
Cleveland, Ohio 44131
(216) 642-3342
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800
(610) 993-8494 Fax
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana 46516
(574) 294-7491
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802-0501
(260) 424-1333
(260) 422-5242 Fax
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026
rogers.brad@pbgc.gov
*(For Pension Benefit Guaranty Corporation)*

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana 46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana 46802
(260) 424-2790
(260) 424-1872 Fax
ekos@ekoslaw.com
*(For City of Auburn)*

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana 46204-2161
(317) 860-2865
(317) 263-9411 Fax
marie@rubin-levin.net
*(For NMHG Financial Services, Inc.)*

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 425-9777
*(For Edwin P. Rosebrock)*

0 C Tanner
1930 South State Street
Salt Lake City, UT 84115

3M Valley
600 East Meigs
Valley, NE 68064-0368

A T & T
P.O. Box 96001309
Louisville, KY 40290-1309

A-1 Janitorial Service
P.O. Box 241
Waterloo, IN 46793

A. F. Europe, Inc.
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

A.F. Europe, Inc.
635 West Eleventh Street
Auburn, IN 46706

ABB Inc.
9000 Regency Park, Suite 300
Cary, NC 27511

ABB Metallurgy Inc
1460 Livingston Avenue
North Brunswick, NJ 08902

ABF Freight System Inc.
3320 North Wells Street
Fort Wayne, IN 46808

Acordia
P.O. Box 885
Ft Wayne, IN 46801-0885

Addis Inc
3721 Lee Road
Cleveland, OH 44120

Admetco
7625 Vicksburg Pike
Fort Wayne, IN 46850

Aero-Motive Manufacturing
5688 East ML Avenue
Kalamazoo, MI 49001

Air Products and Chemicals
P.O. Box 25745
Lehigh Valley, PA 18002-5742

Air Products and Chemicals
Tom Jacob A6313
7201 Hamilton Boulevard
Allentown, PA 18195

Air Technics Inc.
2652 Merrimont Drive
Troy, OH 45373

Airborne Express
P.O. Box 91001
Seattle, WA 98111

Airtech Environmental Services
601A Country Club Drive
Bensenville, IL 60106

Alfa Financial Corporation
56 Colonial Park Drive, Suite 200
Roswell, GA 30075

Allen Pattern Works Inc.
616 East Wallace Street
P.O. Box 10540
Fort Wayne, IN 46803

Alro Steel Corporation
P.O. Box 10360
Ft Wayne, IN 46851-0360

American Arbitration Association
13455 Noel Road, Suite 1750
Dallas, TX 75240

American Bio Medica Corporation
122 Smith Road
Kinderhook, NY 12106

American Distribution Assoc.
335 Madison Avenue, 10th Floor
New York, NY 10017

American Express Travel Related Svcs Co Inc
Corp C
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

American Wire Rope and Sling
3122 Engle Road
Fort Wayne, IN 46809

Ametek Inc.
900 Greenbank Road
Wilmington, DE 19808

Anne Meeks Davis Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46306-2847

Antibus Scales and Systems
4809 Illinois Road
Fort Wayne, IN 46804

Scott C. Andrews
Rubin & Levin, P.C.
342 Massachusetts Avenue, Suite 500
Indianapolis, IN 46204

Applied Metals & Machine Works
1036 St. Marys Avenue
Fort Wayne, IN 46808

Arab Pest Control
1130 Pion Road
Fort Wayne, IN 46825

Arch Wireless
Attn: Division 19
11570 Mosteller Road
Cincinnati OH 45241

Arrow Fence Company, Inc.
318 Edgewood Avenue
Fort Wayne, IN 46805

Arrow Services Inc
4121 Northrup
Ft Wayne, IN 46805

Ashland Chemical Co
P.O. Box 395
Columbus, OH 43216-0395

Ashland, Inc.
Collection Dept.
P.O. Box 2219
Columbus, OH 43216

Auburn Chrysler, Dodge, & Jeep, Inc.
507 South Grandstaff Drive
Auburn, IN 46706

Auburn City Utilities
P.O. Box 506
Auburn, IN 46706

Auburn Inn
225 Touring Drive
Auburn, IN 46706

Austin Petroleum, Inc.
c/o Ron Ellis, President
99 East Joe Street
Huntington, IN 46750

Auto Electric
709 East Washington
Ft Wayne, IN 46802

Automatic Data Processing
of Indianapolis, Inc
P.O. Box 80419
Indianapolis, IN 46280-0419

Aztec Millennium Supply, Inc.
8411 Mayhew Road
Fort Wayne, IN 46835

B-P Industrial Division
8432 Central Avenue, Suite 3
Sylvania, OH 43560

Auburn Foundry, Inc.
635 West Eleventh Street
Auburn, IN 46706

B-P Industrial Division
8432 Central Avenue, Suite 3
Sylvania, OH 43560

Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN 46804

Bank of America
231 South Lasalle Street, 16th Floor
Chicago, IL 60697

Bassett Office Supply Inc
509 South Main Street
Auburn, IN 46706

Bayard Advertising Agency
902 Broadway, 10th Floor
New York, NY 10010

BBC Pump and Equipment Co., Inc.
1125 West 16th Street
P.O. Box 22098
Indianapolis, IN 46222

BBC Pump and Equipment Co., Inc.
777 North Tibbs Avenue
P.O. Box 22099
Indianapolis, IN 46222

Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

Belcon Corp.
P.O. Box 4763
Oak Brook, IL 60522-4763

Best Access Systems
6161 East 75th Street
Indianapolis, IN 46250

BGR Inc
25703 Springfield Center Road
Harlan, IN 46743

BGR Inc.
6392 Grand Road
West Chester, Ohio 45069

Bisbee Infrared Services
1304 West Michigan
Jackson, MI 49204

Bliss Clearing Niagra, Inc.
683 Northland Avenue
Buffalo, NY 14211

Blue Flame of Waterloo
P.O. Box 428
Waterloo, IN 46793

Bobcat Financial Services
8001 Ridgepoint Drive
Irving, TX 75063

Bobcat of Fort Wayne
3630 Goshen Road
Fort Wayne, IN 46818

Bohl Crane Inc
1930 Lakeview Drive
FT Wayne, IN 46808

Bohl Equipment Company
534 West Laskey Road
Toledo, OH 43612

Bohren Logistics, Inc.
325 North Taylor Road
Garrett, IN 46738

Bohren-Mercer Warehouse and Distribution
325 North Taylor Road
Garrett, IN 46738

Bostwick-Braun
1946 North 13th Street
Toledo, OH 43624

Bostwick-Braun Company
State Road 4 169
Ashley, IN 46705

BPC - Bell Packaging Corporation
P.O. Box 3333
Marion, IN 46953-0333

BPC - Bell Packaging Corporation
P.O. Box 3006
Marion, IN 46953-0333

Brake Materials & Parts Inc
800 Sherman At Pape
Fort Wayne, IN 46808

Bread Basket
115 North Main Street
Auburn, IN 46706

Brechbuhler Scales
3306 Cavalier Drive
Fort Wayne, IN 46808

Brehob Electric Equipment Inc.
P.O. Box 2023
Indianapolis, IN 46206-2023

Brehob Electric Equipment Inc.
1334 South Meridian Street
Indianapolis, IN 46225

Brian S Automotive Center
1110 South Grandstaff Drive
Auburn, IN 46706

Bristal Metal Products, Inc
3000 Lebanon Church Road
West Mifflin, PA 15122

Business Impressions
509 South Main Street
Auburn, IN 46706

Butler & Butler Construction
1803 Grandstaff Drive South
Auburn, In 46706

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

C A Picard Surface Engineer
Surface Engineering Division, Inc.
689 Sugar Lane
Elyria, OH 44035

C Miller & Sons Inc
6707 Gabion Way
FT Wayne, IN 46818

Calar Inc
1010 C West Seventh Street
Auburn, IN 46706

Calar Inc.
P.O. Box 458
Syracuse, IN 46567

Cams, Inc.
495 Village Park Drive
Powell, OH 43065

Camway Transportation Corp
7846 West Central Avenue
Toledo. OH 43617

Canteen
2715 American Way
Fort Wayne, IN 46809

Carolyn D. Honer
c/o Keaton And Keaton
P.O. Box 11208
Fort Wayne, IN 46856-1208

Carpenter Brothers Inc.
6120 Norton Center Drive
Muskegon, MI 49441

Carper Farm Supply Inc
P.O. Box 159
Ashley, IN 46705

Carrier Vibrating Equipment
P.O. Box 37070
Louisville, KY 40233-7070

Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, Ohio 44122

Cascade Pattern Company
5191 Ternes Avenue
Elyria, OH 44035

CC Metals and Alloys Inc
University Corporate Centre
300 Corporate Parkway - 216N
Amherst, NY 14226

Centennial Wireless
421 Fernhill Avenue
Fort Wayne, IN 46805

Certanium. Alloys & Research
6510 Northpark Boulevard
Charlotte, NC 28216

Certified Reducer Rebuilders
32079 Milton
Madison Heights, MI 48071

Ceruti's Catering
615 Professional Way
Kendallville, IN 46755

Christy Davis Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Cincinnati Plus
Parts Division
4701 Marburg Avenue
Cincinnati, OH 45209

Citizens Gas & Coke Utilities
2020 North Meridian Street
Indianapolis, IN 46202

City of Auburn
c/o Rebecca Fuller
P.O. Box 506
Auburn, IN 46706

City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706-1839

Classic City Automotive Inc
503 Michigan Avenue
Auburn, IN 46706

Clean Conveyor Solutions
Division Of CVP Group, Inc.
P.O. Box 67
Willow Springs, IL 60480-0067

Commissioner of Labor/IOSHA
402 West Washington Street, RM W-195
Indianapolis, IN 46204

Complete Drives Inc
1542 West Auburn Drive
Auburn, IN 46706

Complete Drives Inc.
6419 Discount Drive
Fort Wayne, IN 46818

Complete Maintenance & Staffing, Inc.
5405 Hursh Road
Fort Wayne, IN 46845

Comtronix Corporation
2213 East 45th Street
Indianapolis, IN 46205-2297

Consolidated Industries
6228 Holly Oak Drive
Fort Wayne, IN 46818

Copelco Capital, Inc.
P.O. Box 728
Park Ridge, NJ 07656

Copper and Brass Sales Inc.
530 Northfield Drive
Brownsburg, IN 46112

Core Tech Inc
6000 Old Maumee Road
Ft Wayne, IN 46803

Corporate Benefit Strategy
5181 Plainfield Avenue NE, Suite D
Grand Rapids, MI 46535

Cotterman Company
130 Seltzer Road
Croswell, MI 48422

Covert Manufacturing Inc.
328 South East Street
Galion, OH 44833

Covington Box
3514 US 6
Waterloo, IN 46793

Covington Box & Packaging, Inc.
c/o Beckman Lawson, LLP
Attn: Howard B. Sandler, Esq.
P.O. Box 800
Fort Wayne, IN 46801-0800

Crosible Inc.
P.O. Box 271
Moravia, NY 13118

Crown Equipment Corporation
1919 Research Drive
Fort Wayne, IN 46808

Crystal Clean
c/o Petroleum Management
7901 West Morris Street
Indianapolis, IN 46231

Current Inc
2120 East Washington
Ft Wayne, IN 46803-1329

Curtis 1000
P.O. Box 11271
Ft Wayne, IN 46856

Custom Engineering & Fabrication
2471 CR 64
Auburn, IN 46706

Custom Engineering & Fabrication
1631 East Pontiac Street
Fort Wayne, IN 46809

John R. Burns
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802

Cascade Pattern Company
Shapero, Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, OH  44122

Citizens Gas & Coke Utility
Michael McGauhey
2950 Prospect Street
Indianapolis, IN  46203

City of Auburn
c/o Edmund P. Kos
Kos & Associates
110 West Berry Street, Suite 1904
Fort Wayne, IN  46802

Lawrence S. Crowther
6055 Rockside Woods Boulevard, Ste 200
Cleveland, OH  44131

D.A.S. Services, Inc.
2310 West 175 North
Angola, IN 46703

Daniel T. March
c/o John C. Grimm
P.O. Box 31
Auburn, IN 46706

Dauber Company Inc
577 North 18th Road
Tonica, IL 61370

David B. Fink
P.O. Box 72
Auburn, IN 46706

David B. Fink, Debtor by
G. D. Boynm, Trste
c/o Warrick & Boyn LLP
Attn: Gary D. Boyn
121 West Franklin Street, Suite 400
Elkhart, IN 46516-3278

David Burr Fink, by Tower Bank
& Trust Co.
Tower Bank & Trust Co., as Trustee
c/o Martin E. Seifert, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

David Hunter
5206 North Manitou Trail
Leland, MI 49654

David J. Joseph Company
659 Van Meter Street, Suite 530
Cincinnati, OH 45202

David M. Meeks Jr. Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46305-2847

David Weber
4213 Arkway Court
Fort Wayne, IN 46814

Dayton Freight
P.O. Box 340
Vandalia, OH 45377

Dayton Freight Lines Inc
6450 Poe Avenue, Suite 311
Dayton, Ohio 45414

DeKalb Co. Nuisance Animal Control
4107 CR 35
Auburn, IN 46706

Dekalb County Treasurer
Courthouse
Auburn, IN 46706

Dekalb County, Indiana
Dekalb County Assessor, Court House
100 South Main Street
Auburn, IN 46706

Dekalb Engineering
700 East Quincy Street
Garrett, IN 46738

Dekalb Memorial Hospital
P.O. Box 542
Auburn, IN 46706

Dell Financial Services
P.O. Box 99200
Chicago, IL 60693

Dell Financial Services, L.P.
14050 Summit Drive, Building A
Suite 101
Austin, TX 78758

Detrick L. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Diamond Power Specialty Co
2520 East Main Street
Lancaster, OH 43130-0787

Dick Taylor Consulting
635 Land 425
Jimmerson Lake
Fremont, IN 46737

Dictating & Time Systems
2212 South Calhoun Street
Fort Wayne, IN 46802

Dietert Foundry Testing Inc
9190 Rose Lawn Avenue
Detroit, MI 48204

Digital Communication Prod
3720 South Calhoun Street
Ft Wayne, IN 46862-2107

Digital Reprographics, Inc.
105 Chambeau Road
Fort Wayne, IN 46805

Disa Goff, Inc.
1 Pleasant Grove Road
Seminole, OK 74868

Disa Goff, Inc.
P.O. Box 1607
Seminole, OK 74818

Disa Industries Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

Diversified Pattern & Eng
100 Progress Way
Avilla, IN 46710-0230

DoAll South Bend Co Inc
802 South Beiger Street
Mishawaka, IN 46544

Don R Fruchey Inc
5608 Old Maumee Road
Ft Wayne, IN 46803

Don R. Fruchey, Inc.
Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, IN 46802

Dorsch Tool & Eng Co
3419 Georgetown Road
Indianapolis, IN 46224

Dr Lubricants Inc
4611 Newaygo Road, Suite D
Ft Wayne, IN 46825

Duca Manufacturing Inc
761 Mcclurg Road
Boardman, OH 44512

Duffy Office Products
7712 Lima Road
Fort Wayne, IN 46818

Duraflo Equipment Company, Inc.
1737 Massachusetts Avenue
Indianapolis, IN 46201

Duraflo Equipment Company, Inc.
3910 - B Culligan Avenue
Indianapolis, IN 46218

E-Filliate Inc.
11321 White Rock Road
Rancho Cordova, CA 95742

Eagle Fountain Works, Inc.
8 Winchester Road
Ormond Beach, FL 32174

Earth Tech, Inc.
5555 Glenwood Hills Parkway S.E.
Grand Rapids, MI 49512

Eastern Engineering Supply
2810 North Wheeling
Muncie, IN 47303

Eclectric Company
18315 Richey Lane
Huntertown, IN 46748

Edglo Laboratories Inc
2107 East Washington Boulevard
Ft Wayne, IN 46803

Edglo Laboratories, Inc.
2121 East Washington Boulevard
Fort Wayne, IN 46803

EDS
P.O. Box 4582
Postal Station A
Toronto, ON M5W 4W4

Edwards Medical
495 Woodcreek Drive
Bolingbrook, IL 60440

Edwin P. and Mary K. Rosebrock
c/o Patrick Procter, Eilbacher Scott
110 West Berry Street, Suite 2202
Fort Wayne, IN 46802

Edwin P. Rosebrock
Patrick L. Proctor
803 South Calhoun Street, 4th Floor
Fort Wayne, IN 46802

Edwin P. Rosebrock
P.O. Box 383
Auburn, IN 46706

Eirich Machines Inc
4033 Ryan Road
Gurnee, IL 60031

Eleventh Street Capital, LLC
635 West Eleventh Street
Auburn, IN 46706

Eleventh Street Capital, LLC
c/o Sommer Barnard Ackerson
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Elkem Metals Inc.
Stacy Cairns
P.O. Box 266
Pittsburgh, PA 15230

Elliot Transport System, Inc.
MC 250424
4104-32nd Avenue South
Moorhead, MN 56561-0366

Ely Crane & Hoist
1247 East 222nd Street
Euclid, OH 44117

Emed Company Inc.
P.O. Box 369
Buffalo, NY 14240-0369

Emergency Radio Service
4410 Earth Drive
Fort Wayne, IN 46809

Empire Refractory Sales Inc
3525 Metro Drive
Fort Wayne, IN 46818

Employer S Security Inc
Po Box 1045
Elkhart, IN 46515

Enco Manufacturing Company, Inc.
P.O. Box 357
Farmingdale, NY 11735

Enco Mfg Co
400 Nevada Pacific Highway
Fernley, NV 89408

Engineered Tooling
P.O. Box 48
Albion, IN 46701

Enviro Control Metals
650 Chestnut Street S.W.
Grand Rapids, MI 49503

Epic Machine
201 Industrial Way
Fenton, MI 48430

Eric Davis
1565 West Maumee Street
Angola, IN 46703

Ernst and Young LLP
P.O. Box 710884
Cincinnati, OH 45271-0884

Ewald Enterprises Inc
Attn: Daniel R. Ewald
P.O. Box 80165
Ft. Wayne, IN 46898-0165

Executone Information Systems
Attn LCR Department
P.O. Box 52843
Phoenix, AZ 85072-2843

Fairmount Minerals
P.O. Box 400
Bridgeman, MI 49106

Falcon Foundry Co
P.O. Box 301
Lowellville, OH 44436-0301

Fargo Wear Inc
1801 Caniff Avenue
Detroit, MI 48212-2917

Fastenal Company
923 Cardinal Court
Auburn, IN 46706

Fire Protection Inc
Curt & Tim Howard
750 West North Street, Suite C
Auburn, IN 46706

First Insurance Funding Corp.
450 Skokie Boulevard., Suite 1000
P.O. Box 3306
Northbrook, IL 60065-3306

Flex-Pac, Inc.
7113 South Mayflower Park
Zionsville, IN 46077

FMTHUR
8408 Manor Drive
Fort Wayne, IN 46825

FOSECO Inc
20200 Sheldon Road
Brook Park, OH 44142

Fox Contractors Corp.
5430 Ferguson Road
Fort Wayne, IN 46809

Fox Contractors Corp.
c/o Stephen E. Lewis, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802

Frank H Gill Company
P.O. Box 703
Lansing, IL 60438-0703

Frank H Gill Company
2859 Bernice Road
Lansing, IL 60438

Franklin Capital Financial Services, LLC
112 North Grant Street
North Aurora, IL 60542

Freeman Mfg & Supply Company
27655 Groesbeck Highway
Roseville, MI 48066

Friskney Gear & Machine Corp
350 North Bridge Street
Corunna, IN 46730

Ft. Wayne Orthopaedics
P.O. Box 2526
Fort Wayne, IN 46801

Fairmount Minerals
Michelle Pezanoski
P.O. Box 177
Wedron, IL 60557

Gary G. Schock
c/o Randal S. Forbee
P.O. Box 374
Angola, IN 46703

General Kinematics Corp
5050 Rickert Road
Crystal Lake, IL 60014-7333

General Kinematics Corp
777-T Lake Zurich Road
Barrington, IL 60010

General Motors Corporation
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
Detroit, MI 48226

George E Booth Company
8202 West 10th Street
Indianapolis, IN 46214-2432

Gerald L. Martin, III
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Glass, Molders, Pottery, Plastics and Allied
c/o Richard J. Swanson
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204

GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

GMAC Business Credit, LLC
300 Galleria Office Centre, Suite 110
Southfield, MI 48034

GMP Local 322
C/O Richard J. Swanson
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Goeglein's Inc.
7311 Maysville Road
Fort Wayne, IN 46815-8199

Golden Rule Sanitation, Inc
9905 Kress Road
Roanoke, IN 46783

Grainger Inc
5002 Speedway Drive
Ft Wayne, IN 46825

Graycraft Signs Plus Inc
434 West 7th Street
Auburn, IN 46706

Great Lakes Carbon Corp
Four Greenspoint Plaza, Suite 2200
16945 North Chase Drive
Houston, TX 77060-2133

Groholski Manufacturing So
P.O. Box 15742
Fort Wayne, IN 46885

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Nancy J. Gargula
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

H E C O INC
3509 South Burdick Street
Kalamazoo, MI 49001

H.A. Smolen Company Inc.
P.O. Box 9055
Highland, IN 46322

Haney S Glass of Auburn
930 West 15th Street
Auburn, IN 46706

Harbor Metal Treating Co. of Indiana
P.O. Box 644
Benton Harbor, MI 49023

Hartley Controls Corp.
2400 Holly Road
Neenah, WI 54956

Heraeus Electro-Nite Company
Instrument Lab
1418 East 86th Place
Merrillville, IN 46410

Heraeus Electro-Nite Company
One Summit Square 1st Floor, Suite 100
Langhorne, PA 19047

Hi-Vac Corporation
117 Industry Road
Marietta, OH 45750

Hickman Williams & Company
Commerce Plaza
2015 Spring Road
Oak Brook, IL 60521

Hickman, Williams & Company
Attention: T. L. Meadors
P.O. Box 538
Cincinnati, OH 45201

Hill and Griffith Co.
3637 Farnsworth
Indianapolis, IN 46241

Hipsher Tool & Die, Inc.
1593 South State Road 115
Wabash, IN 46992

Hook Industrial Sales Inc.
2731 Brooklyn Avenue
P.O. Box 9177
Fort Wayne, IN 46899

Hoosier Trailer & Truck Eq
4830 Todd Drive
Fort Wayne, IN 46803

Hot Crews Inc
P.O. Box 13094
Ft Wayne, IN 46803

Hydronic & Steam Equip Co
8950 Bash Street
Indianapolis, IN 46256

Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

I.R.S.
230 South Dearborne, Room 2560
5014 CHI
Chicago, IL 60604

IBM Corporation
2707 Butterfield
Oak Brook, IL 60521

IBM Credit Corporation
1 North Castle Drive
Armonk, NY 10504-2575

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

IN Dept. of Environmental Management
100 North Senate Avenue
P.O. Box 6015
Indianapolis, IN 46204

Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of Revenue
County Tax
100 North Senate
Indianapolis, IN 46204-2253

Indiana Department of Workforce
Development
Beverly Korobkin
10 North Senate Avenue, SE200
Indianapolis, IN 46204-2277

Indiana Refractories Inc.
1624 Simons Street
Ft. Wayne, IN 46803

Inductotherm Corp
10 Indel Avenue
Rancocas, NJ 08073

Industrial Ceramic Product
14401 Suntra Way
Marysville, OH 43040

Industrial Marketing Inc.
114 West Toledo Street
Fremont, IN 46737

Industrial Specialties
9621 White Hill Drive
Fort Wayne, IN 46804-5953

Industrial Specialties
9621 White Hill Court
Fort Wayne, IN 46804-5953

Industrial Tool Service Inc.
612 Hayden Street
Fort Wayne, IN 46802

Industrial Tube & Steel Co
P.O. Box 640137
Cincinnati, OH 45264-0137

Industron Corporation
2044 Valleydale Terrace
Birmingham, AL 35244

Ingersoll-Rand Co
Air Compressor Group
2516-1 Industrial Park Drive
Goshen, IN 46526

Inovis
Attn Billing
2425 North Central Expressway
Richardson, TX 75080

Interlube Corporation
4646 Baker Avenue
Cincinnati, OH 45212-2594

Intermec Technology Corp.
9290 Lesaint Drive
Fairfield, OH 45014-5454

Internal Revenue Service
230 South Dearborn, Room 2560
5014 CHI
Chicago, IL 60604

International Quality
521 Cleveland
Lincoln Park, MI 48146

International Surface Prep
1606 Executive Drive
Lagrange, GA 30241

Ircon Inc
7300 North Natchez Avenue
Niles, IL 60714

Ivy Tech
3800 North Anthony Boulevard
Fort Wayne, IN 46805

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204

J & K Communications Inc.
222 South Tower View Drive
Columbia City, IN 46725

J & L Industrial Supply
P.O. Box 3359
Livonia, MI 48151-3359

J E Bearing and Machine Ltd.
68 Spruce Street
Tillsonburg, ON N4G 4H8

J-Lenco Inc
664 North High Street
Larue, CH 43332

Jackson-Hirsh Inc
700 Anthony Trail
Northbrook, IL 60062-2542

Janet F. Borden
P.O. Box 770570
Steamboat Springs, CO 80477

Janet F. Borden
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Jet Express Inc.
4518 Webster Street
Dayton, OH 45414

Joe Harmon
7004 Blackhawk Lane
Fort Wayne, IN 46815

John A. Fink
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

John A. Fink
271 North McClellan Street, Suite 106
P.O. Box 757
Auburn, IN 46706