THIS DOCUMENT WAS SUBMITTED FOR FILING UNSIGNED. IT WILL BE STRICKEN AND NO FURTHER ACTION TAKEN UNLESS AMENDED WITHIN FIVE (5) DAYS. DATE: April 29, 2005

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

FILED
2005 APR 28 AM 11: 31
CHRISTOPHER M. DeTORO
CLERK OF COURT
US BANKRUPTCY COURT
N.D. INDIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)

PLEASE TAKE NOTICE that all right, title and interest in and to the claim (the "Claim") described below has been transferred:

Person or Entity Who Originally Filed the Claim ("Original Creditor"):

   Bank of America, National Association
   c/o Latham & Watkins Illinois LLP
   Attn: Josef S. Athanas
   233 South Wacker Drive, Suite 5800
   Chicago, Illinois 60606-4202

Type of Claim: Secured

Amount of Claim: $23,622,422.98 plus fees, interest and expenses as more fully described in Exhibit A of the Proof Claim.

Date of Filing Proof of Claim: February 19, 2004
Date of Transfer of Claim: April 15, 2005

Person or Entity to Whom the Claim has been Transferred ("Substitute Creditor"):

   SummitBridge National Investments LLC
   c/o Michael M. Eidelman, Esq.
   Vedder, Price, Kaufman & Kammholz, P.C.
   222 North LaSalle Street, Suite 2600
   Chicago, Illinois 60601

A true and correct copy of the Claim originally filed is attached hereto as Exhibit "A." A true and correct copy of the Evidence of Transfer of Claim dated April 21, 2005, evidencing the transfer of Claim is attached hereto as Exhibit "B." No action is required if you do not object to the transfer of the Claim. **Any objection to the transfer of the Claim must be filed and served so as to be received by the attorneys for the Substitute Creditor at the address listed on the Certificate of Service on or before 4:00 p.m. Central Time on May 17, 2005.** If no objection is timely filed and served, the Substitute Creditor will be substituted for the Original Creditor in the amount set forth above.

CHICAGO/#1359228.1

# EXHIBIT A

[PROOF OF CLAIM]

CHICAGO/#1359228.1

FORM B10 (Official Form 10)

| United States Bankruptcy Court, Northern District of Indiana | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: Auburn Foundry, Inc. | Case Number: 04-10427-reg | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Bank of America National Association** | ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: Latham & Watkins Illinois LLP Attn.: Josef S. Athanas 233 South Wacker Drive, Suite 5800 Chicago, Illinois 60606-4202 Telephone number: (312) 876-7700 | x Check box if you have never received any notices from the bankruptcy court in this case. X Check box if the address differs from the address on the envelope sent to you by the court. |
| Account or other number by which creditor identifies debtor: 21-100-14 and 21-100-18 | Check here if this claim ] replaces   ] amends |

**1. Basis for Claim**
 ] Goods sold
 ] Services performed
 X Money loaned: Financing and Security Agreement dated 4/10/00 and related agreements.
 ] Personal injury/wrongful death
 ] Taxes
 ] Other:

 ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
 ] Wages, salaries, and compensation (fill out below)
  Your SS #:_____ ____ _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)           (date)

**2. Date debt was incurred:** See Exhibit A
**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**     $23,622,422.98 plus fees, interest and expenses (See Exhibit A)
  If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
  X Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
 X Check this box if your claim is secured by collateral (including a right of setoff).
 Brief Description of Collateral:
  X Real Estate     ] Motor Vehicle
  X Other: (See Exhibit A)
 Value of Collateral: $ (See Exhibit A)
 Amount of arrearage and other charges at time case filed included in secured claim, if any $ (See Exhibit A)

**6. Unsecured Priority Claim.**
 ] Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
  ] Wages, salaries, or commissions (us to $4,650)* earned within 90 days before filing of the bankruptcy petition of cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
  ] Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
  ] Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family or household use – 11 U.S.C. § 507 (a)(6)
  ] Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
  ] Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
  ] Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___)
  *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of the adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
 DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of the proof of claim.

This space is for Court Use Only

| Date: 02/09/2004 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Grant F. Shipley    Grant F. Shipley, attorney for Creditor, 233 West Baker Street, Fort Wayne, IN 46802 |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

CH\601136.1

AUBURN FOUNDRY, INC.
CASE NO. 04-10427-reg
U.S. Bankruptcy Court Northern District of Indiana

EXHIBIT A TO PROOF OF CLAIM
OF BANK OF AMERICA NATIONAL, ASSOCIATION

1. This Proof of Claim is being filed by Bank of America, National Association as Agent (on behalf of Agent and the Lenders), in the above entitled case, pursuant to, and as defined in, the Pre-Petition Financing and Security Agreement (as defined below) (Agent and Lenders, collectively, the "Claimant").

2. Bank of America, National Association ("BOA"), individually and as Agent, the financial institutions party to the Pre-Petition Financing and Security Agreement as Lenders, and Auburn Foundry, Inc. (the "Debtor") are parties to that certain Financing and Security Agreement, dated as of April 10, 2000 (as amended, supplemented or otherwise modified prior to the commencement of this Chapter 11 Case, the "Pre-Petition Financing and Security Agreement", and all collateral and ancillary documents executed in connection therewith (the "Pre-Petition Loan Documents"). An index of the principle Pre-Petition Loan Documents is attached as Exhibit 1 hereto. Unless otherwise specified, all capitalized terms used but not defined herein shall have the respective meanings given such terms in the Pre-Petition Financing and Security Agreement.

3. Pursuant to the Pre-Petition Loan Documents, Claimant agreed, at the request of the Debtor and from time to time, to lend money, advance funds or otherwise extend credit to or for the benefit of the Debtor, in accordance with the terms and provisions of the Pre-Petition Loan Documents. Pursuant to the Pre-Petition Loan Documents, the Debtor is liable for all of the Obligations under the Pre-Petition Loan Documents.

4. On February 8, 2004 (the "Petition Date"), Debtor filed a voluntary petition under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

5. As of the Petition Date, the claims of Claimant against the Debtor under the Pre-Petition Financing and Security Agreement and the other Pre-Petition Loan Documents were not less than (i) $23,622,422.98 in principal amount, plus accrued and unpaid pre-petition interest, fees and costs (including, without limitation, reasonable attorneys' and other professionals' fees and expenses incurred through the Petition Date), plus (ii) additional accrued and unpaid fees and expenses payable under the Pre-Petition Credit Agreement and the other Pre-Petition Loan Documents, plus (iii) all other amounts chargeable at any time under the Pre-Petition Credit Agreement and the other Pre-Petition Loan Documents.

6. Claimant's claims against the Debtor in respect of the pre-petition indebtedness (the "Pre-Petition Claims") are based on the Pre-Petition Financing and Security Agreement, the Pre-Petition Loan Documents, and the other instruments, documents, and agreements executed in connection therewith. The Pre-Petition Claims are secured by first priority, perfected security interests in all or substantially all of the assets of the Debtor.

CH\633879.2

7. Claimant has attached and index of certain principle Pre-Petition Loan Documents, security and perfection documentation to this Proof of Claim. The loan, security and perfection documentation is voluminous and therefore is not attached hereto. Copies of any such documents will be made available upon request for inspection and copying at the offices of counsel to Claimant, Latham & Watkins LLP, 5800 Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606, Attention: Josef S. Athanas, Esq.

8. THIS CLAIM IS FILED AS A SECURED CLAIM, except to the extent that the security interests granted the Claimant are insufficient to satisfy the claim. To that extent, the remainder of the claim is filed as a superpriority administrative claim under Section 507(b) of the Bankruptcy Code and/or as an unsecured claim. Nothing herein contained is or shall be deemed to be a waiver or relinquishment in whole or in part of any security interests, liens, or mortgages securing any indebtedness of the Debtor to the Claimant.

9. Claimant's claim is not founded on an open account.

10. No judgment has been rendered on Claimant's claim

11. To the extent possible, the amounts of all payments on Claimant's claim has been credited and deducted for the purpose of making this Proof of Claim.

12. Claimant's claim is not subject to any setoff or counterclaim; <u>provided, however</u>, that Claimant preserves all of its rights of setoff, bankers' lien, and all similar such rights, and nothing herein shall be construed as a waiver thereof.

13. Claimant reserves the right to amend or supplement its Proof of Claim, and/or to file additional Proofs of Claim for additional claims or interests at any time, either before or after any bar date established by the Bankruptcy Court.

14. All notices and communications concerning this Proof of Claim should be sent to Latham & Watkins LLP, 5800 Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606, Attention: Josef S. Athanas, Esq.

CH\633879.2

**Exhibit 1**

CH\633879.2

# BANK OF AMERICA/AUBURN FOUNDRY, INC.
## April 10, 2000 through June 30, 2003

**LOAN DOCUMENTS**

| Date | Document Title | Tab |
|---|---|---|
| 04/10/2000 | Financing and Security Agreement ("Credit Agreement") | 1 |
| 04/10/2000 | Schedules to Credit Agreement | 2 |
| 04/10/2000 | Exhibits to Credit Agreement | 3 |
| 09/11/2000 | Amendment No. 1 to Credit Agreement | 4 |
| 09/11/2000 | GMAC Business Credit Assignment and Acceptance Agreement | 5 |
| 12/13/2001 | Forbearance and Second Amendment Agreement | 6 |
| 12/13/2001 | Subordination Agreement by and among Bank of America, Auburn, GMAC Business Credit, the Initial Subordinated Creditors and the Subordinated Agent (collectively, the "Subordinated Individuals") | 7 |
| 07/19/2002 | Second Forbearance and Third Amendment Agreement | 8 |
| 10/22/2002 | Amended and Restated Subordination Agreement by and among Bank of America, GMAC Business Credit and the Subordinated Individuals | 9 |
| 12/20/2002 | Third Forbearance and Fourth Amendment Agreement | 10 |
| 12/20/2002 | Subordination Agreement by and among Bank of America, Auburn, GMAC Business Credit and the Subordinated Individuals | 11 |
| 04/11/2003 | First Amendment to Third Forbearance and Fourth Amendment Agreement | 12 |
| 05/12/2003 | Second Amendment to Third Forbearance and Fourth Amendment Agreement | 13 |
| 06/10/2003 | Third Amendment to Third Forbearance and Fourth Amendment Agreement | 14 |
| 06/26/2003 | Fourth Forbearance and Fifth Amendment Agreement | 15 |
| 06/26/2003 | Equity Appreciation Rights Agreement | 16 |
| 06/26/2003 | Subordination Agreement by and among Bank of America, GMAC Business Credit, Auburn and Eleventh Street Capital | 17 |
| 06/30/2003 | Resolutions of the Board of Directors of Auburn Foundry, Inc. approving Fourth Forbearance and Related Transactions | 18 |
| 04/10/2000 | Initial Term Loan Note A (Bank of America) | 19 |
| 04/10/2000 | Initial Term Loan Note B (Bank of America) | 20 |
| 09/12/2000 | Cancelled Initial Term Loan Notes A and B (Bank of America) | 21 |
| 09/11/2000 | New Term Loan Note A (Bank of America) | 22 |
| 09/11/2000 | New Term Loan Note A (GMAC) | 23 |
| 09/11/2000 | New Term Loan Note B (Bank of America) | 24 |
| 09/11/2000 | New Term Loan Note B (GMAC) | 25 |
| 01/02/2004 | Fifth Forbearance and Sixth Amendment Agreement | 26 |

616801v1

# EXHIBIT B

## [EVIDENCE OF TRANSFER OF CLAIM]

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Northern District of Indiana, Ft. Wayne Division

Bank of America, National Association, as Agent (on behalf of Agent and the Lenders) ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms set forth in that certain Purchase and Sale Agreement dated as of April 15, 2005, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SummitBridge National Investments LLC ("Assignee"), all right, title and interest in and to the claim of Assignor against Auburn Foundry, Inc. in the amount of $23,622,422.98 plus fees, interest and expenses (the "Claim") filed in the United States Bankruptcy Court, Northern District of Indiana Case No. 04-10427-reg.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated the 21 day of April __, 2005.

WITNESS:

_[signature]_

_Marie L. Studer  Admin. Asst._
(Print name and title of witness)

BANK OF AMERICA, NATIONAL ASSOCIATION, AS AGENT

By: _[signature]_

Name: Robert Bantkowicz

Title: SVP

C:\#1359482 v1.doc

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that true and correct copies of this NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e) were served on the parties on the attached Service List by United States Mail, postage prepaid, on April 27, 2005.

*Leslie Allen Bayles*
Leslie Allen Bayles

Michael M. Eidelman (#06197788)
Leslie Allen Bayles (#06271855)
Vedder, Price, Kaufman & Kammholz P.C.
222 N. LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500 Tel
(312) 609-5005 Fax

## SERVICE LIST

| | |
|---|---|
| Ellen L. Triebold<br>Office of the United States Trustee<br>One Michiana Square<br>100 East Wayne Street, Suite 555<br>South Bend, IN 46601<br>574/236-8105 | W. Erik Weber<br>Mefford and Weber, P.C.<br>130 East 7th Street<br>P.O. Box 667<br>Auburn, IN 46706-1839<br>260/925-2300<br>260/926-2610 (fax)<br>*(For City of Auburn)* |
| John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, IN 46802-2603<br>260/424-8000<br>260/460-1700 (fax)<br>*(For Debtors and Debtors-in-Possession)* | Marlene Reich<br>Jerald I. Ancel<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023<br>317/713-3562<br>317/713-3699 (fax)<br>*(For AFI Lending Group)* |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802<br>260/426-0444<br>260/422-0274 (fax)<br>*(For Fox Contractors Corp.)* | Grant F. Shipley<br>Shipley & Associates<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413<br>260/422-2711<br>*(For Shelby County Bank/Bank of America)* |
| Stephen L. Fink<br>Barnes & Thornburgh<br>600 One Summit Square<br>Fort Wayne, IN 46802<br>260/423-9440<br>260/424-8316 (Fax)<br>*(For Shambaugh & Son, L.P.)* | Robert A. Weiss<br>Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>600 Woodward Avenue<br>Detroit, MI 48226<br>313/465-7662<br>313/465-7663<br>*(For General Motors Corporation)* |
| Richard J. Swanson<br>Macey Swanson and Allman<br>445 North Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800<br>317/637-2345<br>317/637-2369 (fax)<br>*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)* | Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>312/876-7700<br>312/993-9767 (Fax)<br>*(For GMAC Commercial Finance, LLC – Senior Lenders)* |

Page 1

| | |
|---|---|
| Brian Green<br>Shapero Green & Michel, LLC<br>Signature Square II, Suite 220<br>25101 Chagrin Boulevard<br>Cleveland, OH  44122<br>216/831-5100<br>*(For Cascade Pattern Company)* | Brad Rogers<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC  20005-4026<br>*(For Pension Benefit Guaranty Corporation)* |
| Lawrence S. Crowther<br>6055 Rockside Woods Boulevard, Suite 200<br>Cleveland, OH  44131<br>216/642-3342<br>*(For Bendix Commercial Vehicle Systems, LLC)* | Nancy J. Gargula<br>United States Trustee<br>One Michiana Square<br>100 East Wayne Street, 5th Floor<br>South Bend, IN  46601<br>574/236-8105 |
| Becket & Lee, LLP<br>16 General Warren Boulevard<br>P.O. Box 3001<br>Malvern, PA  19355<br>610/644-7800<br>610/993-8494 (Fax)<br>*For American Express Travel Related SVCS Co., Inc. Corp Card* | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN  46802<br>260/424-2790<br>260/424-1872 (Fax)<br>*(For City of Auburn)* |
| Gary D. Boyn<br>Warrick and Boyn<br>121 West Franklin Street<br>Elkhart, IN  46516<br>574/294-7491<br>*(For Estate of David Burr Fink)* | Scott C. Andrews<br>James T. Young<br>Rubin & Levin, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN  46204-2161<br>317/860-2865<br>317/263-9411 (Fax)<br>*(For NMHG Financial Services, Inc.)* |
| Brian J. Lange<br>Schenkel, Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN  46802-0501<br>260/424-1333<br>260/422-5242 (Fax)<br>*(For Schenkel & Sons, Inc.)* | Patrick L. Proctor<br>Eilbacker Fletcher, LLP<br>803 South Calhoun Street, Suite 400<br>Fort Wayne, IN  46802<br>260/425-9777<br>*(For Edwin P. Rosebrock)* |
| Bobcat of Fort Wayne, Inc.<br>3630 Goshen Road<br>Fort Wayne, IN  46818 | DISA Industries, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL  6054 |

| | |
|---|---|
| Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Prospect Street<br>Indianapolis, IN  46203 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN  46706 |
| Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL  60557 | IBM Corporation<br>Beverly H. Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL  60181 |
| Tricia A. Sherick<br>Honigman, Miller, Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226<br>313/465-7662<br>313/465-7663 (Fax)<br>*(For General Motors Corporation)* | Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL  60018 |
| Elizabeth A. Whelan<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN  46204<br>317/234-3089<br>317/232-7979 (Fax)<br>*(For Indiana Department of Environmental Management)* | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN  46282<br>317/236-2100<br>317/236-2219<br>*(For Unsecured Creditors' Committee)* |

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Apr 29, 2005
Case: 04-10427                Form ID: pdf004        Total Served: 2


The following entities were served by first class mail on May 01, 2005.
dbpos       +Auburn Foundry, Inc.,    635 W. Eleventh Street,    Auburn, IN 46706-2199
cr          +SummitBridge National Investments LLC,   c/o Michael M. Eidelman, Esq.,
             Vedder, Price, Kaufman & Kammholz, P.C.,   222 North LaSalle Street, Suite 2600,
             Chicago, IL 60601-1100

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2005**             **Signature:**  _Joseph Speetjens_