# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
|     Debtor | ) | |

**APPEARANCE OF MARTIN E. SEIFERT AND CHARLES J. HEINY OF HALLER & COLVIN, P.C. AS ATTORNEYS FOR SUMMITBRIDGE NATIONAL INVESTMENTS, LLC**

**TO THE CLERK OF COURT:**

    Please record the appearance of Martin E. Seifert and Charles J. Heiny of Haller & Colvin, P.C. as attorneys for SummitBridge National Investments, LLC in the above-captioned bankruptcy proceeding.

    **Respectfully submitted,**

    **HALLER & COLVIN, P.C.**
    **ATTORNEYS FOR SUMMITBRIDGE NATIONAL INVESTMENTS, LLC**
    **444 EAST MAIN STREET**
    **FORT WAYNE, INDIANA 46802**
    **TELEPHONE: (260) 426-0444**
    **FAX: (260) 422-0274**
    **EMAIL: mseifert@hallercolvin.com**

    **BY: /s/ Martin E. Seifert**
        **MARTIN E. SEIFERT**
        **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing has been sent by first mail United States Mail, postage prepaid, or electronically by the Court's electronic filing system, this 2nd day of May, 2005, to:

| | | |
|---|---|---|
| John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street<br>Fort Wayne, IN 46802 | XRI Testing - Troy<br>Mobilex, LLC<br>1961 Thunderbird<br>Troy, MI 48084 | Ellen L. Triebold<br>Office of the United States Trustee<br>One Michiana Square<br>Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601 |
| DASI Industries Inc.<br>Randall A. Miller<br>80 Kendall Point Dr.<br>Oswego, IL 60543 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | A.F. Europe, Inc.<br>635 W. Eleventh St.<br>Auburn, IN 46706 |
| Bank of America<br>231 S. LaSalle Street<br>16th Floor<br>Chicago, IL 60697 | Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | DeKalb County, Indiana<br>DeKalb County Assessor<br>100 South Main Street<br>Auburn, IN 46706 |
| Auburn City Utilities<br>P. O. Box 506<br>Auburn, IN 46706 | GMAC Business Credit, LLC<br>300 Galleria Office Centre<br>Suite 110<br>Southfield, MI 48034 | Dauber Company, Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| R I Lampus Co.<br>816 Railroad Street<br>Springdale, PA 15144 | Fairmount Minerals<br>P. O. Box 400<br>Bridgeman, MI 49106 | Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN 46203 |
| Miller and Company<br>6400 Shafer Court, Suite 500<br>Rosemount, IL 60018 | Fairmount Minerals<br>Michelle Pezanoski<br>P. O. Box 177<br>Wedron, IL 60557 | Omnisource Corp., - Tusco<br>2453 Hill Avenue<br>Toledo, OH 43607 |
| Ashland Chemical Co.<br>P. O. Box 395<br>Columbus, OH 43216 | Matthew M. Hohman<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 | Complete Drives Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 |
| Citizens Gas & Coke Utilities<br>202 North Meridian Street<br>Indianapolis, IN 46202 | Inductotherm Corp.<br>10 Indel Ave.<br>Rancocas, NJ 08073 | MP Steel Indiana, LLC<br>P. O. Box 876<br>Kendallville, IN 46755 |
| Unimin Corporation<br>809 Myers Road<br>Archbold, OH 43502 | | |

/s/ Martin E. Seifert
MARTIN E. SEIFERT