UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
| Debtor. | ) | Objection Deadline: May 23, 2005 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)

PLEASE TAKE NOTICE that all right, title and interest in and to the claim (the "Claim") described below has been transferred:

Person or Entity Who Originally Filed the Claim ("Original Creditor"):

> Bank of America, National Association
> c/o Latham & Watkins Illinois LLP
> Attn: Josef S. Athanas
> 233 South Wacker Drive, Suite 5800
> Chicago, Illinois 60606-4202

Type of Claim: Secured

Amount of Claim: $23,622,422.98 plus fees, interest and expenses as more fully described in Exhibit A of the Proof Claim.

Date of Filing Proof of Claim: February 19, 2004
Date of Transfer of Claim: April 15, 2005

Person or Entity to Whom the Claim has been Transferred ("Substitute Creditor"):

> SummitBridge National Investments LLC
> c/o Michael M. Eidelman, Esq.
> Vedder, Price, Kaufman & Kammholz, P.C.
> 222 North LaSalle Street, Suite 2600
> Chicago, Illinois 60601

A true and correct copy of the Claim originally filed is attached hereto as Exhibit "A." A true and correct copy of the Evidence of Transfer of Claim dated April 21, 2005, evidencing the transfer of Claim is attached hereto as Exhibit "B." No action is required if you do not object to the transfer of the Claim. **Any objection to the transfer of the Claim must be filed and served so as to be received by the attorneys for the Substitute Creditor at the address listed on the Certificate of Service on or before 4:00 p.m. Central Time on May 23, 2005.** If no objection is timely filed and served, the Substitute Creditor will be substituted for the Original Creditor in the amount set forth above.

Date: May 3, 2005                                    Respectfully Submitted,

                                                                 SUMMITBRIDGE NATIONAL INVESTMENTS LLC

                                                                 By:    /s/ Martin Seifert
                                                                               One of Its Attorneys

Martin E. Seifert
Charles J. Heiny
Haller & Colvin
444 East Main Street
Fort Wayne, IN  46802
Telephone: (260) 426-0444
Facsimile:  (260) 422-0274

and

Michael M. Eidelman
Leslie Allen Bayles
Vedder, Price, Kaufman & Kammholz P.C.
222 N. LaSalle Street, Suite 2600
Chicago, Illinois  60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 3, 2005, true and correct copies of this NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e) were served on the attached Service List by regular U.S. mail or electronically by the Court's electronic filing system.

/s/ Martin E. Seifert

## SERVICE LIST

| | |
|---|---|
| Ellen L. Triebold<br>Office of the United States Trustee<br>One Michiana Square<br>100 East Wayne Street, Suite 555<br>South Bend, IN 46601<br>574/236-8105<br>Ellen.L.Triebold@usdoj.gov | W. Erik Weber<br>Mefford and Weber, P.C.<br>130 East 7th Street<br>P.O. Box 667<br>Auburn, IN 46706-1839<br>260/925-2300<br>260/926-2610 (fax)<br>Erik@lawmw.com<br>*(For City of Auburn)* |
| John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street, Suite 800<br>Fort Wayne, IN 46802-2603<br>260/424-8000<br>260/460-1700 (fax)<br>jacklyn.faulkner@bakerd.com<br>skrhoads@bakerd.com<br>deb.mcmeen@bakerd.com<br>tlwiley@bakerd.com<br>*(For Debtors and Debtors-in-Possession)* | Marlene Reich<br>Jerald I. Ancel<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023<br>317/713-3562<br>317/713-3699 (fax)<br>dwineinger@sommerbarnard.com<br>*(For AFI Lending Group)* |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802<br>260/426-0444<br>260/422-0274 (fax) | Grant F. Shipley<br>Shipley & Associates<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413<br>260/422-2711<br>gfs@gshipley.com |

| | |
|---|---|
| slewis@hallercolvin.com<br>(For Fox Contractors Corp.) | (For Shelby County Bank/Bank of America) |
| Stephen L. Fink<br>Barnes & Thornburgh<br>600 One Summit Square<br>Fort Wayne, IN  46802<br>260/423-9440<br>260/424-8316 (Fax)<br>sfink@btlaw.com<br>(For Shambaugh & Son, L.P.) | Robert A. Weiss<br>Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>600 Woodward Avenue<br>Detroit, MI  48226<br>313/465-7662<br>313/465-7663<br>tsherick@honigman.com<br>(For General Motors Corporation) |
| Richard J. Swanson<br>Macey Swanson and Allman<br>445 North Pennsylvania Street, Suite 401<br>Indianapolis, IN  46204-1800<br>317/637-2345<br>317/637-2369 (fax)<br>rswanson@maceylaw.com<br>(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322) | Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL  60606<br>312/876-7700<br>312/993-9767 (Fax)<br>(For GMAC Commercial Finance, LLC – Senior Lenders) |
| Brian Green<br>Shapero Green & Michel, LLC<br>Signature Square II, Suite 220<br>25101 Chagrin Boulevard<br>Cleveland, OH  44122<br>216/831-5100<br>(For Cascade Pattern Company) | Brad Rogers<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC  20005-4026<br>rogers.brad@pbgc.gov<br>(For Pension Benefit Guaranty Corporation) |
| Lawrence S. Crowther<br>6055 Rockside Woods Boulevard, Suite 200<br>Cleveland, OH  44131<br>216/642-3342<br>(For Bendix Commercial Vehicle Systems, LLC) | Nancy J. Gargula<br>United States Trustee<br>One Michiana Square<br>100 East Wayne Street, 5th Floor<br>South Bend, IN  46601<br>574/236-8105 |
| Becket & Lee, LLP<br>16 General Warren Boulevard<br>P.O. Box 3001<br>Malvern, PA  19355<br>610/644-7800<br>610/993-8494 (Fax)<br>notices@becket-lee.com | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN  46802<br>260/424-2790<br>260/424-1872 (Fax)<br>ekos@ekoslaw.com |

| | |
|---|---|
| *For American Express Travel Related SVCS Co., Inc. Corp Card)* | *(For City of Auburn)* |
| Gary D. Boyn<br>Warrick and Boyn<br>121 West Franklin Street<br>Elkhart, IN  46516<br>574/294-7491<br>gboyn@warrickandboyn.com<br>*(For Estate of David Burr Fink)* | Scott C. Andrews<br>James T. Young<br>Rubin & Levin, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, IN  46204-2161<br>317/860-2865<br>317/263-9411 (Fax)<br>james@rubin-levin.net<br>*(For NMHG Financial Services, Inc.)* |
| Brian J. Lange<br>Schenkel, Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN  46802-0501<br>260/424-1333<br>260/422-5242 (Fax)<br>chogan@choiceonemail.com<br>*(For Schenkel & Sons, Inc.)* | Patrick L. Proctor<br>Eilbacker Fletcher, LLP<br>803 South Calhoun Street, Suite 400<br>Fort Wayne, IN  46802<br>260/425-9777<br>*(For Edwin P. Rosebrock)* |
| Bobcat of Fort Wayne, Inc.<br>3630 Goshen Road<br>Fort Wayne, IN  46818 | DISA Industries, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL  6054 |
| Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Prospect Street<br>Indianapolis, IN  46203 | Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN  46706 |
| Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL  60557 | IBM Corporation<br>Beverly H. Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL  60181 |

Page 5

| | |
|---|---|
| Tricia A. Sherick<br>Honigman, Miller, Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226<br>313/465-7662<br>313/465-7663 (Fax)<br>*(For General Motors Corporation)* | Miller and Company LLC<br>Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL  60018 |
| Elizabeth A. Whelan<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN  46204<br>317/234-3089<br>317/232-7979 (Fax)<br>bwhelan@atg.state.in.us<br>*(For Indiana Department of Environmental Management)* | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN  46282<br>317/236-2100<br>317/236-2219<br>henry.efroymson@icemiller.com<br>*(For Unsecured Creditors' Committee)* |
| Matthew M. Hohman<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN  46802-2663<br>260/423-9440<br>260/424-8316 (Fax)<br>mhohman@btlaw.com<br>*(For Tomkins Industries, Inc.)* | |