EXHIBIT B

[EVIDENCE OF TRANSFER OF CLAIM]

CHICAGO/#1359228.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Northern District of Indiana, Ft. Wayne Division

Bank of America, National Association, as Agent (on behalf of Agent and the Lenders) ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms set forth in that certain Purchase and Sale Agreement dated as of April 15, 2005, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SummitBridge National Investments LLC ("Assignee"), all right, title and interest in and to the claim of Assignor against Auburn Foundry, Inc. in the amount of $23,622,422.98 plus fees, interest and expenses (the "Claim") filed in the United States Bankruptcy Court, Northern District of Indiana Case No. 04-10427-reg.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated the 21 day of April __, 2005.

WITNESS:

*[signature]*

*Marie L. Studer   Admin. Asst.*
(Print name and title of witness)

BANK OF AMERICA, NATIONAL ASSOCIATION, AS AGENT

By: *[signature]*

Name: Robert Bantkowicz

Title: SVP

C:\#1359482 v1.doc