UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | ) CASE NO.  04-10427-reg-11 |
| Debtor | ) |

### ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT

This matter came before the Court on the Motion for Relief from Stay and for Abandonment filed by NMHG Financial Services, Inc.  The Court, being duly advised, now finds said Motion should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay as to the following Leased Equipment:

Schedule No. 4120494-001
| | |
|---|---|
| Forklift | S/N:  A875B14669Y |
| Forklift | S/N:  A875B14568Y |
| Forklift | S/N:  A875B14670Y |
| Forklift | S/N:  A875B14652Y |
| Forklift | S/N:  A875B14659Y |
| Forklift | S/N:  A875B14671Y |
| Forklift | S/N: A875B14662Y |

Schedule No. 4120494-002
| | |
|---|---|
| Forklift | S/N: C813V01533Y |

Schedule No. 4120494-003
| | |
|---|---|
| Forklift | S/N:  A875B18339Z |
| Forklift | S/N:  A875B18354Z |
| Forklift | S/N:  A875B18297Z |
| Forklift | S/N:  A875B18336Z |
| Forklift | S/N:  A875B18343Z |
| Forklift | S/N:  A875B18353Z |

|  Schedule No. 4120494-004 |
|---|---|
| Forklift | S/N: A875B18517Z |

|  Schedule No. 4120494-005 |
|---|---|
| Forklift | S/N: C813V02156Z |

|  Schedule No. 4120494-006 |
|---|---|
| Forklift | S/N: E108V17571Z |

|  Schedule No. 4120494-007 |
|---|---|
| Forklift | S/N: E108V17580Z |

|  Schedule No. 4120494-008 |
|---|---|
| Forklift | S/N: E108V17577Z |

|  Schedule No. 4120494-009 |
|---|---|
| Forklift | S/N: E108V17567Z |
| Forklift | S/N: E108V17571Z |
| Forklift | S/N: E108V17582Z |
| Forklift | S/N: E108V17579Z |

be, and hereby is, lifted, and the Leased Equipment, is hereby abandoned.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the provisions of

Bankruptcy Rule 4001(a)(3) shall not be applicable to this Order.

DATED: May 3, 2005

/s/ Robert E. Grant
Judge, United States Bankruptcy Court
NORTHERN District of Indiana
FORT WAYNE Division