UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor(s) | ) | | |

NOTICE REGARDING DEFECTIVE NOTICE OF ASSIGNMENT OF CLAIM

On May 4, 2005, SummitBridge National Investments LLC filed an assignment of claim which indicates that Bank of America, National Associations has transferred its previously-filed claim against the debtor to SummitBridge National Investments, LLC.

The parties are notified that:

____    The alleged assignor has no proof of claim on file in this case.

_X_    The address stated on the claim is different from the address stated in the assignment of claim.

____    The amount stated on the claim is different from the amount stated in the assignment of claim.

As a result of the foregoing, the assignee shall not be substituted in the place and stead of the original claimant unless and until the deficiencies are corrected.

Dated at Fort Wayne, Indiana, on May 4, 2005.

Christopher M. DeToro
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 S. Harrison Street
Ft. Wayne, IN  46802