IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## AGREED MOTION TO APPROVE SETTLEMENT
## WITH HANSON AGGREGATES MIDWEST, INC.

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits, with the consent of Hanson Aggregates Midwest, Inc. ("Hanson"), this Agreed Motion to Approve Settlement with Hanson (the "Motion") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor and Hanson are parties to a business relationship whereby Hanson sold goods to AFI for a period of time.

3. By letter dated December 10, 2004, AFI demanded payment of $6,703.80 from Hanson, seeking to avoid and recover certain allegedly preferential transfers made to Hanson within ninety (90) days of the petition date. Upon further analysis, Debtor revised its demand downward to $5,353.63.

4. The Debtor and Hanson seek to enter into a post-petition settlement agreement mutually agreeable to AFI and Hanson.

5.      AFI and Hanson have agreed to compromise and settle Hanson's alleged obligations pursuant to the agreement (the "Agreement") attached hereto as Exhibit A.  The Agreement provides, in pertinent part, that (1) Hanson shall pay to AFI the sum of $3,500.00 as consideration for the full and complete release contained in the Agreement; and (2) both parties will waive any potential, existing, or remaining claims against each other as they relate to the Agreement as set forth more fully in the Agreement, subject to the terms and conditions therein.

6.      AFI believes that the proposed settlement is in the best interest of the bankruptcy estate, as it avoids the costs and uncertainties of further litigation.

7.      The Agreement is conditioned upon this Court's approval of this Motion. Notwithstanding any provision of the Agreement to the contrary, the Agreement shall be effective on the date of entry of the Order approving the Agreement.

WHEREFORE, Debtor, by counsel, with the consent of Hanson, pursuant to Bankruptcy Rule 9019, respectfully requests that the Court approve its settlement with Hanson as described more fully herein.

Date:  May 5, 2005

BAKER & DANIELS

By:  /s/ John R Burns III
John R Burns III (#3016-02)
Mark A. Werling (#20426-02)
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.