IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**AMENDED NOTICE OF DEBTOR'S VOLUNTARY WITHDRAWAL
OF APRIL 13, 2005 SALE MOTION BASED ON FILING OF
<u>SUPERCEDING SALE MOTION</u>**

Debtor, Auburn Foundry, Inc., as debtor in possession ("AFI" or the "Debtor"), by counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1) made applicable herein by Fed. R. Bankr. Proc. 9014(c) and 7041, hereby gives Amended Notice of its Voluntary Withdrawal of its April 13, 2005 Motion For Approval of Sale of Manufacturing Plants and Related Assets Free and Clear of Liens, Claims and Interests (the "Motion"), Docket No. 620.  No objections to the Motion have been filed.  The Motion has been superceded by a subsequent motion pursuant to § 363 of the Code filed herein on April 28, 2005.

Date:  May 5, 2005                                        BAKER & DANIELS

                                                          By:  /s/John R Burns III
                                                            John R Burns, III (#3016-02)
                                                            Mark A. Werling (#20426-02)
                                                            111 East Wayne Street, Suite 800
                                                          Fort Wayne, Indiana 46802
                                                          Telephone:  (260) 424-8000
                                                          Facsimile:  (260) 460-1700

                                                          ATTORNEYS FOR THE DEBTOR,
                                                          AUBURN FOUNDRY, INC.