UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | ) CASE NO. 04-10427-reg-11 |
| Debtor | ) |

## ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT

This matter came before the Court on the Motion for Relief from Stay and for Abandonment filed by NMHG Financial Services, Inc. The Court, being duly advised, now finds said Motion should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay as to the following Leased Equipment:

Schedule No. 4120494-001

| | |
|---|---|
| Forklift | S/N: A875B14669Y |
| Forklift | S/N: A875B14568Y |
| Forklift | S/N: A875B14670Y |
| Forklift | S/N: A875B14652Y |
| Forklift | S/N: A875B14659Y |
| Forklift | S/N: A875B14671Y |
| Forklift | S/N: A875B14662Y |

Schedule No. 4120494-002

| | |
|---|---|
| Forklift | S/N: C813V01533Y |

Schedule No. 4120494-003

| | |
|---|---|
| Forklift | S/N: A875B18339Z |
| Forklift | S/N: A875B18354Z |
| Forklift | S/N: A875B18297Z |
| Forklift | S/N: A875B18336Z |
| Forklift | S/N: A875B18343Z |
| Forklift | S/N: A875B18353Z |

|           | Schedule No. 4120494-004 |
|-----------|--------------------------|
| Forklift  | S/N: A875B18517Z         |

|           | Schedule No. 4120494-005 |
|-----------|--------------------------|
| Forklift  | S/N: C813V02156Z         |

|           | Schedule No. 4120494-006 |
|-----------|--------------------------|
| Forklift  | S/N: E108V17571Z         |

|           | Schedule No. 4120494-007 |
|-----------|--------------------------|
| Forklift  | S/N: E108V17580Z         |

|           | Schedule No. 4120494-008 |
|-----------|--------------------------|
| Forklift  | S/N: E108V17577Z         |

|           | Schedule No. 4120494-009 |
|-----------|--------------------------|
| Forklift  | S/N: E108V17567Z         |
| Forklift  | S/N: E108V17571Z         |
| Forklift  | S/N: E108V17582Z         |
| Forklift  | S/N: E108V17579Z         |

be, and hereby is, lifted, and the Leased Equipment, is hereby abandoned.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the provisions of

Bankruptcy Rule 4001(a)(3) shall not be applicable to this Order.

DATED: May 3, 2005                /s/ Robert E. Grant
                                  Judge, United States Bankruptcy Court
                                  NORTHERN District of Indiana
                                  FORT WAYNE Division

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: mjc              Page 1 of 1               Date Rcvd: May 03, 2005
Case: 04-10427                 Form ID: pdf004        Total Served: 1
```

The following entities were served by first class mail on May 05, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2005**                    **Signature:**    *Joseph Speetjens*