UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO.   04-10427 |
| ) | CHAPTER   11 |
| Debtor(s) ) | |

NOTICE TO ASSIGNOR OF FILING OF CLAIM

TO:    Bank of America, National Association

Pursuant to Federal Rule of Bankruptcy Procedure 3001, you are hereby notified that on May 3, 2005:

SummitBridge National Investments LLC, c/o Michael M. Eidelman, Esq., Vedder, Price, Kaufman & Kammholz, P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601

filed a notice that a claim in the amount of 23,622,422.98 previously filed in this case or currently held by:

Bank of America, National Association, c/o Latham & Watkins Illinois LLP, Attn.: Josef S. Athanas, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606-4202

has been transferred or assigned to it.

If no objections to the notice are filed on or before June 3, 2005, SummitBridge National Investments LLC shall be substituted in your place and stead as the claimant.  Any objections should be filed with the Clerk at the address set forth below, and a copy served upon the party filing the notice and any trustee serving in the case.

Dated at Fort Wayne, Indiana, on May 6, 2005.

                                                         Christopher M. DeToro
                                                       Clerk, United States Bankruptcy Court
                                                       Federal Building, Room 1188
                                                       1300 S. Harrison Street
                                                       Ft. Wayne, IN   46802