UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor(s) | ) | | |

NOTICE REGARDING DEFECTIVE NOTICE OF ASSIGNMENT OF CLAIM

On May 4, 2005, SummitBridge National Investments LLC filed an assignment of claim which indicates that Bank of America, National Associations has transferred its previously-filed claim against the debtor to SummitBridge National Investments, LLC.

The parties are notified that:

    \_\_\_\_\_    The alleged assignor has no proof of claim on file in this case.

    \_\_X\_\_    The address stated on the claim is different from the address stated in the assignment of claim.

    \_\_\_\_\_    The amount stated on the claim is different from the amount stated in the assignment of claim.

As a result of the foregoing, the assignee shall not be substituted in the place and stead of the original claimant unless and until the deficiencies are corrected.

Dated at Fort Wayne, Indiana, on May 4, 2005.

    Christopher M. DeToro
    Clerk, United States Bankruptcy Court
    Federal Building, Room 1188
    1300 S. Harrison Street
    Ft. Wayne, IN  46802

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc             Page 1 of 1           Date Rcvd: May 04, 2005
Case: 04-10427                Form ID: pdf004       Total Served: 1

The following entities were served by first class mail on May 06, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2005**            Signature:            *Joseph Speetjens*