UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC. ) | CASE NO.   04-10427 |
| ) | CHAPTER   11 |
| Debtor(s) ) | |

NOTICE TO ASSIGNOR OF FILING OF CLAIM

TO:   Bank of America, National Association

Pursuant to Federal Rule of Bankruptcy Procedure 3001, you are hereby notified that on May 3, 2005:

SummitBridge National Investments LLC, c/o Michael M. Eidelman, Esq., Vedder, Price, Kaufman & Kammholz, P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601

filed a notice that a claim in the amount of 23,622,422.98 previously filed in this case or currently held by:

Bank of America, National Association, c/o Latham & Watkins Illinois LLP, Attn.: Josef S. Athanas, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606-4202

has been transferred or assigned to it.

If no objections to the notice are filed on or before June 3, 2005, SummitBridge National Investments LLC shall be substituted in your place and stead as the claimant. Any objections should be filed with the Clerk at the address set forth below, and a copy served upon the party filing the notice and any trustee serving in the case.

Dated at Fort Wayne, Indiana, on May 6, 2005.

                Christopher M. DeToro
                Clerk, United States Bankruptcy Court
                Federal Building, Room 1188
                1300 S. Harrison Street
                Ft. Wayne, IN   46802

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: May 06, 2005
Case: 04-10427                Form ID: pdf004        Total Served: 3

The following entities were served by first class mail on May 08, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
7148177    +3M VALLEY,   600 E. MEIGS,   VALLEY, NE 68064-9782
7148209    +BANK OF AMERICA,   Latham & Watkins Illinois LLP,   Attn.: Josef S. Athanas,
            233 South Wacker Drive, Suite 5800,   Chicago, IL 60606-6362
The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2005**                    Signature:  *Joseph Speetjens*