IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ITEMIZED STATEMENT

Baker & Daniels  ("B&D"), hereby files its Itemized Statement of attorneys' fees and expenses incurred by B&D in acting as counsel for Auburn Foundry, Inc., during the period beginning March 1, 2005, and ending March 31, 2005 attached hereto as Exhibit "A."

Contemporaneously herewith, B&D has served by mail a copy of the Itemized Statement upon counsel of record in this case and the United States Trustee.

Pursuant to the order of April 22, 2004 approving provisional monthly payment of fees and expenses, Debtor will, with respect to the period ending March 31, 2005 pay eighty percent (80%) of the attorneys' fees in the amount of $108,844.50 (80% being $87,075.60) and one hundred percent (100%) of the monthly expenses in the amount of $5,133.77 incurred by B&D as reflected in the Itemized Statement, except as to such amounts as may have been specifically objected to within ten (10) days of the service of the Itemized Statement.

B&D will incorporate its Statements into interim fee applications that shall be filed every 120 days with the court for review, hearing, and approval in accordance with § 331 of the Bankruptcy Code.

BAKER & DANIELS

By: /s/ John R Burns III
      John R Burns III (#3016-02)
      Mark A. Werling (#20426-02)
      111 East Wayne Street, Suite 800
      Fort Wayne, Indiana 46802
      john.burns@bakerd.com
      mark.werling@bakerd.com
      Telephone:  (260) 424-8000
      Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Itemized Statement was served by electronic mail or by first-class United States mail, postage prepaid, this 9th day of May, 2005, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas | Robert B. Weiss |
| Latham & Watkins | Tricia A. Sherick |
| Sears Tower, Suite 5800 | Honigman, Miller, Schwartz & Cohn, LLP |
| 233 South Wacker Drive | 2290 First National Building |
| Chicago, IL 60606 | 660 Woodward Avenue |
| | Detroit, MI 48226 |
| | |
| Jerald I. Ancel | Nancy J. Gargula |
| Sommer Barnard Ackerson, PC | United States Trustee's Office |
| One Indiana Square, Ste. 3500 | One Michiana Square, 5th Floor |
| Indianapolis, IN 46204 | 100 East Wayne Street |
| | South Bend, IN 46601 |
| | |
| Grant F. Shipley | Henry A. Efroymson |
| 233 West Baker Street | Ice Miller |
| Fort Wayne, IN  46802-3413 | One American Square |
| | Box 82001 |
| | Indianapolis, IN 46282-0002 |
| | |
| Lawrence S. Crowther | Richard J. Swanson |
| Wegman, Hessler & Vanderburg | Macey Swanson and Allman |
| 6055 Rockside Woods Blvd., Suite 200 | 445 N. Pennsylvania Street, Suite 401 |
| Cleveland, OH 44131 | Indianapolis, IN 46204-1800 |

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN  46802-0501

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
Auburn, IN  46706

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN  46516

Brad Rogers
1200 K Street, N.W.
Washington, DC  20005-4026

/s/ John R Burns III