|   | AUBURN FOUNDRY Charge Allocation | | |
|---|---|---|---|
|   | Category | # of Hours | Total |
| 1 | General Administration | 135.6 | $32,090.00 |
| 2 | Financing, Cash Use, and DIP | 62.7 | $19,933.00 |
| 3 | Labor and Employment | 44.4 | $12,065.00 |
| 4 | Environmental | 3.5 | $1,152.50 |
| 5 | Plan and Disclosure Statement | 125.4 | $39,755.50 |
| 6 | Customer and Vendor Issues | 0.0 | $0.00 |
| 7 | Preference Recoveries | 23.0 | $3,848.50 |
|   | TOTAL HOURS | 394.6 |   |
|   | TOTAL FEES |   | $108,844.50 |
|   | Payable per Order (80%) |   | $87,075.60 |
|   | Disbursements (100%) |   | $5,133.77 |
|   | **TOTAL NOW PAYABLE** |   | **$92,209.37** |

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
|---|---|---|---|---|
| AUBURN FOUNDRY | | | | |
| Counsel List | | | | |
| Burns, J. R. | Partner | $375.00 | 144.2 | $54,075.00 |
| Claffey, S. A. | Partner | $410.00 | 8.5 | $3,485.00 |
| Dale, G.N. | Partner | $315.00 | 4.2 | $1,323.00 |
| Haffner, T.J. | Partner | $330.00 | 3.3 | $1,089.00 |
| Nadar, M.J. | Partner | $320.00 | 1.2 | $384.00 |
| Powers, D. D. | Partner | $285.00 | 22.7 | $6,469.50 |
| Powers, D. D. | Partner | $155.00 | 1.5 | $232.50 |
| Skolnik, G.L. | Partner | $360.00 | 0.4 | $144.00 |
| McGrath, M.F. | Of Counsel | $325.00 | 3.2 | $1,040.00 |
| Burns, M.S. | Associate | $200.00 | 6.1 | $1,220.00 |
| Juba, M.F. | Associate | $160.00 | 58.3 | $9,328.00 |
| Lemert, M.M. | Associate | $235.00 | 5.1 | $1,198.50 |
| Werling, M. A. | Associate | $240.00 | 98.3 | $23,592.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 37.6 | $5,264.00 |
| | | | 394.6 | $108,844.50 |

AUBURN FOUNDRY
Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Burns, J. R. | Partner | $375.00 | 27.7 | 34.4 | 4.3 | 0.3 | 76.4 | | 1.1 | 144.2 | $54,075.00 |
| Claffey, S.A. | Partner | $410.00 | 4.8 | | | | 3.7 | | | 8.5 | $3,485.00 |
| Dale, G.N. | Partner | $315.00 | | | 4.2 | | | | | 4.2 | $1,323.00 |
| Haffner, T.J. | Partner | $330.00 | | 3.3 | | | | | | 3.3 | $1,089.00 |
| Nadar, M.J. | Partner | $320.00 | | | 1.2 | | | | | 1.2 | $384.00 |
| Powers, D. D. | Partner | $285.00 | 6.1 | | 14.2 | | 2.4 | | | 22.7 | $6,469.50 |
| Powers, D. D. | Partner | $155.00 | | | | | 1.5 | | | 1.5 | $232.50 |
| Skolnik, G.L. | Partner | $360.00 | | | 0.4 | | | | | 0.4 | $144.00 |
| McGrath, M.F. | Of Counsel | $325.00 | | | | 3.2 | | | | 3.2 | $1,040.00 |
| Burns, M.S. | Associate | $200.00 | | | 6.1 | | | | | 6.1 | $1,220.00 |
| Juba, M.F. | Associate | $160.00 | 27.3 | 0.7 | | | 15.8 | | 14.5 | 58.3 | $9,328.00 |
| Lemert, M.M. | Associate | $235.00 | | | 5.1 | | | | | 5.1 | $1,198.50 |
| Werling, M. A. | Associate | $240.00 | 38.7 | 24.3 | 8.9 | | 25.6 | | 0.8 | 98.3 | $23,592.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 31.0 | | | | | | 6.6 | 37.6 | $5,264.00 |
| | | | 135.6 | 62.7 | 44.4 | 3.5 | 125.4 | 0.0 | 23.0 | 394.6 | **$108,844.50** |

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

April 22, 2005
Invoice Number 1225308

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2005 and not reflected on a prior bill:

0004426   Chapter 11

| | |
|---|---:|
| Total Services.............................$ | 106,091.50 |
| Total Disbursements..................$ | 5,071.15 |
| Total This Matter.......................$ | 111,162.65 |
| Total This Invoice...........................................................................$ | 111,162.65 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of March 31, 2005
Invoice Number 1225308

0080031    Auburn Foundry, Inc.
0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/22/05 | Amend Motion Industries preference analysis; Pacer research; review recent pleadings and correspondence | JLF | .70 | 98.00 |
| 02/24/05 | Analyze M. Polich documents; consider PBGC issues and plan of reorganization | DDP | 1.10 | 313.50 |
| 02/25/05 | Provide comments regarding Polich demand for severance benefits | DDP | .50 | 142.50 |
| 02/26/05 | Follow-up regarding DS/Plan circulation and ballot issues | JRB | .40 | 150.00 |
| 03/01/05 | Review and assess e-mail regarding PBGC request (.3); review and assess e-mail regarding term sheet (.2); review and assess IRS proofs of claim (.2); office conferences regarding next steps with plan (.4); review docket regarding disclosure statement in response to court inquiry regarding same (.2); review and assess Kemper correspondence (.2); review docket status regarding executory contract rejections (.2); continue attention to plan related impact of recent operational issues (1.3) | MAW | 3.00 | 720.00 |
| 03/01/05 | Review correspondence regarding preference research; confer with M. Juba regarding same | JLF | .60 | 84.00 |
| 03/01/05 | Review recent correspondence | JLF | .20 | 28.00 |
| 03/01/05 | Pacer research regarding objections and claims | JLF | .40 | 56.00 |
| 03/02/05 | Analyze email and related documents regarding financial issues; telephone conference with D. Maude regarding same; office conference regarding same; assist in preparation of motion | DDP | 1.30 | 370.50 |
| 03/02/05 | Participate in Board meeting (1.3); post-Board meeting conference with D. Maude regarding communicating with Senior Lenders and options Senior Lenders will | SAC | 3.20 | 1,312.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
|  | consider/should consider to reduce loss of effect best liquidation/sale yield (.4); conference with J.M. Carr regarding appropriate process for the adverse situation - plan withdrawal, notices to U.S. Trustee, Creditors Committee, etc. (.3); another telephone call from D. Maude regarding problems (.3); direct preparation of motion withdrawing Plan, etc. to M. Werling (.3)conference with Tom Woehlke and D. Maude regarding Senior Lender responses and requests and related sale plan/liquidation issues (.6) |  |  |  |
| 03/02/05 | Pacer research | JLF | .40 | N/C |
| 03/02/05 | Participate in Board call (N/C); continue consideration of administrative insolvency related issues raised by same, office conferences regarding same (2.0); office conference regarding status of preference litigation (.1); follow-up office conferences regarding itemized statements, fee related issues, interoffice e-mail regarding same (.4); review, finalize and file January statement (.1) | MAW | 2.60 | 624.00 |
| 03/03/05 | Review e-mails regarding Senior Lender response to Auburn Foundry report of production/cash flow shortages (.2); reply to D. Maude regarding trust funds liability and use of segregated account (.3); conference with D. Maude regarding trust funds and regarding Senior Lender communications regarding over funding to cover cash needs (.2); prepare March 2, 2005 Board Meeting Minutes (resolutions) reflecting special action plan resolutions (.4) | SAC | 1.10 | 451.00 |
| 03/03/05 | Consideration of financial issues and means to deal with same, including exchange of multiple emails regarding same | JRB | .80 | 300.00 |
| 03/03/05 | Continue work on fee petition | DDP | .70 | N/C |
| 03/03/05 | Review e-mail regarding recent Board resolutions (.2); continue attention to administrative insolvency-related concerns, office conferences, e-mail regarding same (1.6) additional e-mail exchanges on fee related issues (.2); review updated preference analysis (.2) | MAW | 2.20 | 528.00 |
| 03/03/05 | Conference with M. Werling regarding status of AFI's reorganization and current insolvency (.1); conference with M. Werling regarding legal research on carve-out provisions under the Code and their applicability to cash collateral for employee wages when default occurs on the cash collateral agreement (.2); conference with M. Werling regarding legal research on both federal and Indiana employee withholding taxes and the timing of both, especially when a company is | MFJ | 5.60 | 896.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | administratively insolvent (.2); initiate legal research regarding carve-out provisions under the Code and their applicability to cash collateral for employee wages when default occurs on the cash collateral agreement (2.5); initiate legal research regarding federal and Indiana employee withholding taxes and the timing of both, especially when a company is administratively insolvent (1.4); compile current financial data regarding preference amounts and pending settlement offers as per M. Werling (1.2) | | | |
| 03/03/05 | Prepare February proforma analysis (3.8); Pacer research (.4); confer with M. Werling regarding status of interim statement and prepare for filing (.3); confer with M. Juba regarding conflict preferences (.4); revised financial information (.4); gather materials (.5); confer with M. Werling regarding same (.3); prepare letter to M. Warsco regarding same (.3); confer with Joyce regarding balance adjustment (.2) | JLF | 6.30 | 882.00 |
| 03/04/05 | Telephone calls from D. Maude prior to Board Meeting regarding Bank/Senior Lender discussions and demands of Auburn Foundry for ongoing support (.3); participate in Board of Directors Meeting regarding numerous matters, including loss of AFI Lending loan and Senior Lender ambivalence regarding restructuring and regarding J. Athanas communications which conflict with Senior Lender discussions with D. Maude, and regarding wind down strategies, if required (1.9); telephone call from D. Maude regarding new support plan from Senior Lenders (.3); conference with J. Ancel regarding position of AFI Lending (.3) | SAC | 2.80 | 1,148.00 |
| 03/04/05 | Prepare for and participate in Board call (1.5); additional office conferences, interoffice e-mail regarding present operational difficulties, analyze and assess potential next steps regarding same (2.3); continue examination of administrative insolvency-related concerns, office conferences regarding same (1.0); review and assess default notice from New AFI (.2) | MAW | 5.00 | 1,200.00 |
| 03/04/05 | Consideration of financial developments and strategy for responding to same | JRB | .70 | 262.50 |
| 03/04/05 | Conduct and finalize extensive legal research regarding carve-out provisions under the Code and their applicability to cash collateral for employee wages when default occurs on the cash collateral agreement (2.3); compile findings regarding same | MFJ | 7.20 | 1,152.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | for review by M. Werling (0.6); conduct and finalize extensive legal research regarding federal and Indiana employee withholding taxes and the timing of both, especially when a company is administratively insolvent (3.6); compile findings regarding same for review by M. Werling (.7) | | | |
| 03/04/05 | Review recent filings | JLF | .40 | N/C |
| 03/06/05 | Review financial developments and consideration of implications for Plan and alternatives if necessary | JRB | .50 | 187.50 |
| 03/07/05 | Participate in Board of Directors meeting regarding current adverse circumstances and service lender matters (.5); telephone call from J. Ancel regarding possible sale alternatives (.2) | SAC | .70 | 287.00 |
| 03/07/05 | Review recent filings and correspondence | JLF | .30 | 42.00 |
| 03/07/05 | Extensive office conferences, e-mail analysis regarding next steps for case, plan in light of operational difficulties (2.5); consider trust fund tax related issues (.5) | MAW | 3.00 | 720.00 |
| 03/07/05 | Consideration of financial developments and appropriate strategy for dealing with same | JRB | .40 | 150.00 |
| 03/07/05 | Follow-up regarding WARN Act issues | JRB | .30 | 112.50 |
| 03/07/05 | Legal research regarding tax issues (3.9); compile legal research regarding trust tax issue (.4); conduct additional legal research regarding carve-out provisions and their applicability to the payment of employee wages when a cash collateral agreement is in default (1.2); legal research regarding federal and Indiana withholding taxes (2.6) | MFJ | 8.10 | 1,296.00 |
| 03/07/05 | Consideration of Board issues regarding operations | JRB | .40 | 150.00 |
| 03/07/05 | Consider IOSHA office regarding pending AF safety orders (.1); telephone conference with G. Dale regarding same and recent developments in bankruptcy (.4); telephone conference with D. Maude regarding preparation for WARN notices in event of shutdown of operations (.3); analyze former WARN notices regarding information to be included in new ones (.6); office conference with M. Lemert regarding same (.4); email J. Burns and M. Werling regarding same (.2) | DDP | 2.00 | 570.00 |
| 03/07/05 | Follow up regarding IOSHA case status; telephone call from D. Powers regarding plant operation status issues; memo regarding same; reviewed new information; consider IOSHA situation | GND | .40 | 126.00 |
| 03/08/05 | E-mails to provide comments and input to draft special WARN Act notices (.3); conference with J. Burns regarding | SAC | .70 | 287.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | open issues and regarding developments in his absence, and regarding sale options (.4) | | | |
| 03/08/05 | Telephone call with J. Ancel regarding financial issues and options for AFI Lending, consideration of same | JRB | .50 | 187.50 |
| 03/08/05 | Pacer research | JLF | .50 | N/C |
| 03/08/05 | Analysis of present operational and financial situations, options for completing Plan or alternative means of selling operation assets | JRB | 2.50 | 937.50 |
| 03/08/05 | Telephone call with J. Ancel regarding AFI Lending decision not to fund based on perceived covenant defaults and consideration of issues raised (.5); extended telephone call with D. Maude regarding bank issues and funding restrictions (.4); consider issues raised and options for addressing same (.8) | JRB | 1.70 | 637.50 |
| 03/08/05 | Telephone call with J. Anthanas regarding bank concerns/requirements and consider same | JRB | .50 | 187.50 |
| 03/08/05 | Phone conference with G. Taylor, attorney for Hanson Aggregates, regarding current preference claim amount and settlement offer (.3); read and review preference analysis and verify amount for settlement purposes (.5) | MFJ | .80 | 128.00 |
| 03/09/05 | Telephone call with M. Reich regarding pension issues and claims (.3) follow-up regarding issues raised (.4); telephone call with D. Maude regarding availability and other bank issues (.3); follow-up issues raised by D. Maude (.3) | JRB | 1.30 | 487.50 |
| 03/09/05 | Review recent filings regarding work to be done; Pacer research | JLF | .50 | N/C |
| 03/09/05 | Telephone call with D. Maude regarding potential sale alternatives and strategy for pursuing same (.4); prepare for and telephone call with J. Ancel regarding sale issues and alternatives (.4); consideration of sale options and strategy (.5) | JRB | 1.30 | 487.50 |
| 03/09/05 | Telephone conferences with D. Maude, Creditor Committee regarding case developments, office conferences with J. Burns regarding same (1.0); work on request for 30 days to amend plan, disclosure statement, related legal research regarding same, materiality threshold for modifications (1.7); follow-up attention to benefit contract rejections, related issues regarding same (.3); review pleadings regarding Creditor Committee fees (.1) | MAW | 3.10 | 744.00 |
| 03/09/05 | Read, review, and analyze Cascade Pattern Company's response to preference demand (.2); verify accuracy of | MFJ | 1.30 | 208.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | preference analysis for same and contemplate strategy (1.1) | | | |
| 03/09/05 | Consideration of financial condition and sale options | JRB | .90 | 337.50 |
| 03/09/05 | Prepare for and telephone call with H. Efroymson regarding financial and operational developments | JRB | .50 | 187.50 |
| 03/10/05 | Amend proforma analysis; confer with C. Weber regarding same; recent filings; prepare February itemized statement and supporting documents | JLF | 1.00 | 140.00 |
| 03/10/05 | Consideration of options for sale or reorganization in preparation for board of Directors meeting | JRB | 1.10 | 412.50 |
| 03/10/05 | Teleconference with appellate team to review and consider recommendation as to sanctions response; follow-up consideration of issues raised | JRB | 1.50 | 562.50 |
| 03/10/05 | Work on motion to permit filing of amended DS (.4); work on Sitko letter agreement, including consider form of retention (.7); consider termination of health care plans dues to bank's failure to permit additional over-advances for same (.5) | JRB | 1.60 | 600.00 |
| 03/10/05 | Consideration of impact of unauthorized contact by Bank of America with MTI and potential consequences and remedies (.7); follow-up telephone call with D. Maude regarding same | JRB | 1.00 | 375.00 |
| 03/10/05 | Read and summarize legal research, as per M. Werling, regarding potential director and officer liability for unpaid payroll taxes from a trust account designed to pay the taxes to the government (1.5) | MFJ | 1.50 | 240.00 |
| 03/10/05 | Conferences with M. Werling regarding funding of health care claims | MJN | .70 | 224.00 |
| 03/10/05 | Participate in Board meeting for discussion of bankruptcy options and sale potential | JRB | 1.10 | 412.50 |
| 03/10/05 | Prepare for and participate in Board call to respond to pension plan issues; telephone conference with M. Reich, T. Slocum and J. Rose regarding assembly of Auburn Foundry defined benefit plan documents; confirm accuracy and coordinate transmittal of same to M. Reich | DDP | 2.80 | 798.00 |
| 03/10/05 | Work on pleadings to extend plan, disclosure statement dates (1.1); review and assess professional consultant letter proposed by Bank of America (.4); work on current plan and operational developments (.4); consider New AFI's pension-related inquiries, assemble documents responsive to same (.4); review related e-mail regarding same (.2); participate in Board call (1.0); work on letters regarding engagement letter, MTI issues, office conferences regarding same (1.2); worked on | MAW | 6.30 | 1,512.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | medical notice issues, continue assessment of same (1.4); worked on updated fee statements (.2) | | | |
| 03/10/05 | Telephone call with D. Maude regarding bank's response and acknowledgement that call to MTI not authorized by B. Bartkowicz (.3); consideration of options for dealing with same (.4); draft letter to J. Athanas regarding same (.3) | JRB | 1.00 | 375.00 |
| 03/11/05 | Conferences regarding settlement/sale discussions | TJH | 1.50 | 495.00 |
| 03/11/05 | Prepare for and participate in Board call (1.5); analyze and revise Board minutes of March 20 meeting (.9); analyze plan provisions, conduct research on termination issues and draft termination amendment for salaried health plan (1.5); forward same to Auburn Foundry (.1); revise letter to participants regarding termination of health plans (.7); forward same to Auburn Foundry (.1); telephone conference with T. Woehlke and D. Maude regarding same (.4) | DDP | 5.20 | 1,482.00 |
| 03/11/05 | Review recent filings and Pacer research regarding same | JLF | .40 | 56.00 |
| 03/11/05 | Work on itemized statement and billing issues | JRB | .60 | 225.00 |
| 03/11/05 | Telephone call with D. Maude regarding latest bank position and options for dealing with same (.3); consideration of issues raised and possibility of agreeing to Chapter 11 Trustee (.5) | JRB | .80 | 300.00 |
| 03/11/05 | Consideration of employee benefit issues and potential for termination of various benefits | JRB | .50 | 187.50 |
| 03/11/05 | Telephone call with D. Maude regarding potential for implementing existing Plan and alternatives to same | JRB | .40 | 150.00 |
| 03/11/05 | Participate in Board call (1.0); office conferences regarding issues related to termination of health plans (.4); prepare employment letter for N. Sitko (.5); extensively review prior cash use orders and assess work on employee health plan notice; review related e-mail regarding same (.5); begin work on chapter 11 trustee, 1113 pleadings (.3); cash use implications for pending options, including chapter 11 trustee (2.0); review issues raised by potential motion to appoint chapter 11 trustee, legal research regarding same (2.0); additional office conferences regarding health plan funding issues, reflection of same in Board minutes, review related e-mail regarding same (.5); office conferences regarding bank response to 3/10 letters (.2); telephone conference with Bank counsel regarding same, related issues (.4); follow-up office conference regarding monthly itemized statement (.1) | MAW | 7.90 | 1,896.00 |
| 03/11/05 | Correspondence to T. Woehlke regarding status | JRB | .20 | 75.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/11/05 | Telephone call with J. Ancel regarding shareholder position (.3); extended telephone call with J. Ancel and D. Maude regarding shareholder decision not to purchase and sale options (.4); consideration of debtor's options for continued operations (.4) | JRB | 1.10 | 412.50 |
| 03/11/05 | Review Board of Directors' meeting minutes | JRB | .30 | 112.50 |
| 03/11/05 | Telephone call with D. Maude regarding cash availability and borrowing base issues (.3); consideration of funding alternatives and potential for cash use motion (.6) | JRB | .90 | 337.50 |
| 03/11/05 | Prepare for and participate in Board Meeting to consider bankruptcy status and options for dealing with present financial situation | JRB | 1.20 | 450.00 |
| 03/11/05 | Telephone with R. Karchner regarding potential purchaser and related issues | JRB | .30 | 112.50 |
| 03/11/05 | Review proposed budget (.2); telephone call with D. Maude regarding budget and cash use issues (.3) | JRB | .50 | 187.50 |
| 03/11/05 | Work on employee notice of potential inability of company to pay health care benefits and consideration of issues raised | JRB | .50 | 187.50 |
| 03/11/05 | Review and revise resolutions regarding health benefits | MJN | .50 | 160.00 |
| 03/11/05 | Telephone call with J. Athanas regarding continued cash use and negotiated regarding possible agreement to continue same (.3); work on issues raised (.4); exchange emails regarding requirements for and agreement to continue cash use and to hire N. Sitko as employee (.4) | JRB | 1.10 | 412.50 |
| 03/11/05 | Follow-up telephone call with J. Athanas regarding terms of continued cash use and bank's agreement to fund to budget | JRB | .30 | 112.50 |
| 03/12/05 | Worked on health plan notice, edit same and re-circulate via e-mail (.3); review CBA, e-mail recommendation regarding need to use 1113 for hourly plan (.3); office conference regarding stop-loss insurance issues related to same (.2); continue work on 1113, trustee appointment pleadings, legal research in support of same (1.5) | MAW | 2.30 | 552.00 |
| 03/12/05 | Telephone calls with T. Woehlke and consideration of benefit termination issues raised (.5); consideration of sale alternatives (.4) | JRB | .90 | 337.50 |
| 03/13/05 | Telephone conference with T. Woehlke regarding current developments, e-mail J. Burns regarding same (.3); review confidentiality agreement (.2); extensively work on drafting, legal research regarding 1113 motion, e-mail J. Burns related | MAW | 2.50 | 600.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | comments regarding same (2.0) | | | |
| 03/13/05 | Work on alternatives to DIP to deal with financial situation and bank default notice | JRB | .80 | 300.00 |
| 03/14/05 | Conferences with J. Burns regarding sale process and option | TJH | 1.80 | 594.00 |
| 03/14/05 | Conduct augmented legal research regarding unenforceability of section 1113 waivers in anticipation of the Union seeking enforcement of CBA provision (1.6); initiate memo to M. Werling regarding same (.4); conduct legal research regarding notice requirements and traditional form of notice for 1113 motions under the Code and Rules (1.1); memo to M. Werling regarding same (.3); conduct additional legal research regarding case law on notice requirements for 1113 motions and Rule 2002 (.8); conference with M. Werling regarding same (.1); memo to M. Werling regarding same (.2) | MFJ | 4.50 | 720.00 |
| 03/14/05 | Review recent correspondence and filings | JLF | .10 | 14.00 |
| 03/14/05 | Analyze e-mail correspondence from M. Reich regarding pension issues (.2); check documentation regarding same (.1); telephone conference with D. Maude regarding termination of Sec. 125 plan (.3); telephone conference with L. Wenino regarding same (.5); conduct research and analyze terms of Sec. 125 plan and summary plan description regarding ability to terminate plan (1.5); telephone conference with G. Skolnik regarding same (.3); office conference with M. Werling regarding incorporating termination of hourly Sec. 125 plan into anticipated Sec. 1113 motion in bankruptcy (.4); draft termination amendment and summary of material modification regarding salaried Sec. 125 plan (.6); revise amendment and summary of material modification regarding salaried health plan (.3) | DDP | 4.20 | 1,197.00 |
| 03/14/05 | Consideration of DIP financial situation and options for dealing with same | JRB | .70 | 262.50 |
| 03/14/05 | Telephone call with T. Woehlke regarding potential purchasers and status of discussions regarding possible sale, including follow-up regarding issues raised | JRB | .50 | 187.50 |
| 03/14/05 | Telephone call with H. Efroymson regarding case developments | JRB | .30 | 112.50 |
| 03/14/05 | Work on asset sale issues | JRB | 1.10 | 412.50 |
| 03/14/05 | Consideration of alternate sale procedures and strategy in light of changed financial situation | JRB | .90 | 337.50 |
| 03/14/05 | Consideration of N. Sitko retention as case professional or | JRB | .80 | 300.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | employee and relative advantages/disadvantages of his status | | | |
| 03/14/05 | Telephone conference with Committee counsel regarding status issues (.2); telephone conference with T. Woehlke, D. Maude regarding confidentiality agreement issues (.2); consider termination of hourly cafeteria plans (.4); office conferences with M. Juba regarding 1113 related issues, review findings regarding same (.4); telephone conference with D. Maude regarding 1113 issues (.2); work extensively on 1113 pleadings, legal research in support of same (4.0); continue work on Sitko employment letter (.3); continue attention to cash use related concerns raised by potential appointment of chapter 11 trustee, related issues regarding professional fee carve outs (1.0); office consider Debtor's current condition, next steps in case (.3) | MAW | 7.00 | 1,680.00 |
| 03/14/05 | Telephone call with D. Maude regarding N. Sitko retention issues and insurance issues (.3); follow-up issues raised, including revisions to confidentiality agreement and N. Sitko letter (.7) | JRB | 1.00 | 375.00 |
| 03/14/05 | Work on revisions to Confidentiality Agreement from potential purchaser, including telephone calls with counsel for potential buyer (identity presently confidential) | JRB | 1.50 | 562.50 |
| 03/15/05 | Extended telephone call with M. Filippell regarding sale issues and options | JRB | .40 | 150.00 |
| 03/15/05 | Review and edit minutes of 3/11 Board meeting (.4); telephone conference with D. Ewing regarding same (.2); prepare for and participate in Board call (1.4); analyze and edit draft Sec. 1113 motion regarding termination of union health plan and Sec. 125 plan (.8); telephone conference with D. Maude regarding same and termination of salaried Sec. 125 plan (.3) | DDP | 3.10 | 883.50 |
| 03/15/05 | Continue preparation of cash use analysis; confer with M. Werling regarding same; review recent filings and correspondence | JLF | 4.20 | 588.00 |
| 03/15/05 | Work on confidentiality agreement issues, including exchange correspondence with attorney for prospective (confidential) purchaser | JRB | .70 | 262.50 |
| 03/15/05 | Extended telephone call with D. Maude regarding sale and bank issues (.4); consideration of impact of anticipated request by bank for agreed appointment of Chapter 11 Trustee and possible acceptable alternatives (.6) | JRB | 1.00 | 375.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/15/05 | Consider Creditor Committee inquiry regarding payment of fees | JRB | .20 | 75.00 |
| 03/15/05 | Work on environmental issues and consider inquiry from IDEM | JRB | .30 | 112.50 |
| 03/15/05 | Work on updated 1113 motion to include cafeteria plans, office conference regarding same (1.5); office conferences regarding carve-out related issues (.3); office conferences regarding MOR related issues (.2); review notice of hearing on disclosure motion, e-mail J. Burns regarding same (.1); research additional 1113 trustee issues raised by J. Burns, e-mail conclusion regarding same (.4); telephone conference with Committee counsel regarding carve out issues (.2); participate in Board call (.8); additional office conferences regarding benefits to be encapsulated by 1113 motion, telephone conference with D. Maude regarding same (.3); revise pleadings accordingly (.5) | MAW | 4.30 | 1,032.00 |
| 03/15/05 | Continue augmented legal research regarding current law in the federal courts on the unenforceability of 1113 waivers in CBA's and draft extensive memorandum of law for M. Werling regarding same | MFJ | 3.40 | 544.00 |
| 03/15/05 | Telephone call with E. Kos regarding City of Auburn Utility issues and payments due | JRB | .30 | 112.50 |
| 03/15/05 | Telephone call with D. Maude regarding latest from N. Sitko and bank, and status of operations (.3); work on sale, alternate plan and conversion options in preparation for Board meeting and consider all options available to company for dealing with present situation (1.5) | JRB | 1.80 | 675.00 |
| 03/15/05 | Prepare for and participate in Board of Directors' meeting to discuss bankruptcy status and strategy | JRB | 1.50 | 562.50 |
| 03/15/05 | Consideration of administrative claims issues and options for dealing with various such claims | JRB | .80 | 300.00 |
| 03/16/05 | Exchange correspondence with H. Efroymson regarding and consideration of preference recoveries and debtor's access to funds from same | JRB | .60 | 225.00 |
| 03/16/05 | Extended telephone call with D. Maude regarding potential sale and various operational issues (.4); follow-up regarding issues raised, including sale and cash use (.5) | JRB | .90 | 337.50 |
| 03/16/05 | Office conferences with paralegal regarding carve out related issues, review analysis regarding same (.6); continue work on 1113 motion and order (.4); review and assess miscellaneous | MAW | 3.40 | 816.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | case e-mail (.2); telephone conference with D. Maude regarding employee mechanical liens; preliminary review of detail regarding same (.4); participate in telephone conferences with various constituents regarding case status issues (.8); review and assess utility related correspondence (.2); review third of 3 benefit rejection orders, e-mail D. Maude regarding same (.2); follow-up office conferences, review of analysis regarding waiver letter impact on 1113 motion (.6) | | | |
| 03/16/05 | Extended telephone call with D. Maude regarding status of operations, bank demands and employee filed Mechanics Liens and status of law regarding same (.4); follow-up consideration and legal research regarding Mechanics' Lien issue and cash use for orderly liquidation (.9) | JRB | 1.30 | 487.50 |
| 03/16/05 | Telephone call with D. Maude regarding sale prospects (.3); telephone call with counsel for potential bidder and responded to his inquiries regarding debtor (.3); telephone call with J. Ancel and M. Reich regarding sale of assets and options for structuring sale (.3); consideration of sale issues and options (.4) | JRB | 1.30 | 487.50 |
| 03/16/05 | Conduct settlement negotiations with G. Taylor, counsel for Hanson Aggregates, regarding preference claim (.8); multiple memos to J. Burns regarding same (.2); conduct legal research regarding Continental Airlines 1113 waiver letter in separate bankruptcy proceeding as representative of a "standard" 1113 waiver letter, unlike the waiver used by AFI (.7); memo to M. Werling regarding same (.4); finalize legal research regarding unenforceability of section 1113 waivers (.9); revise and finalize memo to M. Werling regarding same in anticipation of Union demanding enforcement of the CBA provisions (2.3) | MFJ | 5.30 | 848.00 |
| 03/16/05 | Consideration of sale options/structure and bank demands and requirements for continued operations | JRB | 1.00 | 375.00 |
| 03/16/05 | Work on preference recovery issues and claims | JRB | .50 | 187.50 |
| 03/17/05 | Legal research and analysis of conversion, sale and reorganization options, procedures and costs | JRB | 1.50 | 562.50 |
| 03/17/05 | Telephone call with D. Maude regarding operations and sale issues (.4); telephone call with J. Athanas regarding operations and sale issues (.3); telephone call J. Ancel regarding sale issues & Junior DIP status (.3); telephone call J. Athanas regarding operations and sales issues (.2); consideration of operation & sale issues and strategy(.7) | JRB | 1.90 | 712.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/17/05 | Telephone call with D. Maude regarding bank and finance issues (.3); consider sale options and means of continuing cash use pending sale (.7) | JRB | 1.00 | 375.00 |
| 03/17/05 | Work on sale issues | JRB | .90 | 337.50 |
| 03/17/05 | Office conferences regarding carve-out related issues, detail supporting same (.3); review and assess lease assumption stipulation, related message from NHMG counsel (.3); work on analysis of employee termination claim issues, related legal research regarding same (2.4); revise, update, and circulate 1113 motion and order (.6); e-mail, office conferences regarding cash use budget issues (.2) | MAW | 3.80 | 912.00 |
| 03/17/05 | Memo to J. Rossow, counsel for RI Lampus, regarding preference claim | MFJ | .10 | 16.00 |
| 03/17/05 | Research regarding Chapter 11 Trustee appointment procedure and 1104/702 election option | JRB | .80 | 300.00 |
| 03/17/05 | Prepare for and extended telephone call with S. Howell regarding N. Sitko retention alternatives | JRB | 1.00 | 375.00 |
| 03/17/05 | Telephone call with T. Woehlke regarding sale issues and follow-up regarding same | JRB | .50 | 187.50 |
| 03/17/05 | Telephone call with G. Shipley regarding bank issues and follow-up regarding same | JRB | .50 | 187.50 |
| 03/18/05 | Participate in Board conference call | JRB | 1.10 | 412.50 |
| 03/18/05 | Extended telephone call with D. Maude and T. Woehlke regarding financial issues | JRB | .60 | 225.00 |
| 03/18/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 6.50 | 2,437.50 |
| 03/18/05 | Begin assessment of response needs regarding employee lien claims (.5); follow-up legal research regarding carve out retainer, related concerns for Debtor, Creditor Committee counsel (1.0); office conferences, e-mail regarding Committee related concerns regarding same (.3); office conferences regarding N. Sitko engagement, related issues, assess e-mail regarding same, update draft of same (.5); assess options regarding form of N. Sitko employment, review treatment of same issue in related case (.4); participate in telephone conferences regarding next steps in case (.5); work on issues raised regarding proper treatment of vacation pay for employees who resign, are terminated (2.3); participate in Board call (1.0) | MAW | 6.50 | 1,560.00 |