## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/18/05 | Exchange email with H. Efroymson regarding Creditors Committee issues and compensation, and analysis of orders and history of payments to Creditors Committee counsel | JRB | .70 | 262.50 |
| 03/19/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | .90 | 337.50 |
| 03/20/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 1.10 | 412.50 |
| 03/21/05 | Office conference M. Werling regarding vacation pay issue; email correspondence with L. Wenino regarding COBRA issue | DDP | .50 | 142.50 |
| 03/21/05 | Conduct augmented legal research regarding potential officer liability for unpaid state withholding taxes (2.1); conduct augmented legal research regarding potential officer liability for unpaid federal withholding taxes (2.5); draft extensive memorandum to M. Werling regarding same as to state and federal withholding taxes (2.8) | MFJ | 7.40 | 1,184.00 |
| 03/21/05 | Amend cash flow analysis; confer with M. Werling regarding same; review recent filings; Pacer research | JLF | 3.60 | 504.00 |
| 03/21/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 6.70 | 2,512.50 |
| 03/21/05 | Multiple office conferences regarding case developments (.3); review and assess motions to convert or dismiss case by UST, Creditors Committee, multiple office conferences regarding same (.7); follow-up work with paralegal regarding carve out related analysis, review supporting detail regarding same (.5); work on assessment of extent of unencumbered assets based on various cash use agreements, potential assets to pay admin claims in event of Bank freeze on cash (.8); review additional research findings regarding withholding tax concerns (.5); review executed N. Sitko engagement letter (.1) | MAW | 2.90 | 696.00 |
| 03/22/05 | Conduct negotiations and reach settlement agreement with Hanson Aggregates regarding preference claim (.4); memo to J. Burns regarding same (.1); conference with J. Faulkner regarding pending preference claims and the addition of new claims against additional creditors (.2) | MFJ | .70 | 112.00 |
| 03/22/05 | Prepare UCC search on Auburn Foundry, Inc. at Indiana Secretary of State level | JEH | 1.50 | 232.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/22/05 | Confer with J. Burns regarding preference; analyze materials regarding preference actions and organize file; confer with M. Juba regarding same | JLF | 1.10 | 154.00 |
| 03/22/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 6.20 | 2,325.00 |
| 03/22/05 | Participate in Board conference call | JRB | 1.50 | 562.50 |
| 03/22/05 | Prepare for hearing on DS/Plan extension and possible consideration of issues raised in motions to convert filed by the U.S. Trustee and Creditors Committee | JRB | 1.00 | 375.00 |
| 03/22/05 | Multiple office conferences regarding various case developments, cash use needs (.7); participate in Board call (1.0); related telephone conferences with client regarding case developments (.3); review and assess case related e-mail regarding sale options, related issues (.4); follow-up office conferences regarding carve out related issues, analysis of same (.3); review preference related e-mail (.2); continue work on firm assessment of potential administrative insolvency regarding unencumbered assets (.9); review e-mail, office conferences regarding utility service related concerns (.2) | MAW | 4.00 | 960.00 |
| 03/23/05 | Continued work on revised preference analysis; review recent filings | JLF | 2.30 | 322.00 |
| 03/23/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 4.00 | 1,500.00 |
| 03/23/05 | Begin research regarding 363 related needs, with emphasis on notice, means of obtaining expedited relief regarding same (2.0); office conferences regarding general case developments (.2); finalize and attend to filing of prior period MOR's (.3); review case docket, review pleadings in preparation for hearing on disclosure statement issues, proceed to participate in same (.7); continue work on assessment of response needs regarding employee lien claims (.6); review e-mail regarding N. Sitko retention (.2) | MAW | 4.00 | 960.00 |
| 03/23/05 | Prepare for hearing on DS/Plan extension and possible consideration of issues raised in motions to convert filed by the U.S. Trustee and Creditors Committee | JRB | 1.30 | 487.50 |
| 03/23/05 | Prepare for hearing on DS/Plan extension and possible consideration of issues raised in motions to convert filed by the U.S. Trustee and Creditors Committee | JRB | 1.50 | 562.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/23/05 | Prepare for hearing on DS/Plan extension and possible consideration of issues raised in motions to convert filed by the U.S. Trustee and Creditors Committee | JRB | .70 | 262.50 |
| 03/23/05 | Attend hearing on Debtor's motion for order permitting Debtor to file a second amended DS | JRB | 1.30 | 487.50 |
| 03/24/05 | Continue work on 363 sale pleadings, attention to related issues regarding shortened notice for same (2.5); office conferences with paralegal, M. Juba regarding related aspects of same (.2); office conferences regarding general case developments (.2); assess need for Court approval of new Bank funding agreement; e-mail to, from J. Burns regarding same (.3); work on edits to proposed letter to IDEM (.5) review and assess case related e-mail, attached accommodation agreements (.5); continue attention to issues raised by inquiries regarding treatment of vacation pay claims upon termination (1.0) | MAW | 5.20 | 1,248.00 |
| 03/24/05 | Review N. Sitko correspondence and consideration of issues raised (.5); revise Eagle Picher account and transmit same (.4); consideration of WARN Act issues (.4) | JRB | 1.30 | 487.50 |
| 03/24/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 5.60 | 2,100.00 |
| 03/24/05 | Work on revising and obtaining agreement among bank, company and customer to accommodation to preserve AR value and ensure continued operations | JRB | 2.00 | 750.00 |
| 03/24/05 | Continued work on preference claims and analysis; confer with M. Juba regarding same; gather materials regarding settlement offers | JLF | 2.60 | 364.00 |
| 03/25/05 | Work on Accommodation Agreements | JRB | 1.50 | 562.50 |
| 03/25/05 | Revise and circulate 363 sale pleadings (2.0); review and analyze miscellaneous case e-mail (.3); continue attention to potential need for Court approval of new funding agreement (.3); continue attention to trust fund related tax concerns (1.0); begin review of multiple employee wage notices received from client (.4); begin work on N. Sitko retention pleadings (.4); assess response needs regarding pending motions to dismiss or convert case, office conference regarding same (.2); check case docket regarding same, related developments (.1); continue attention to all pending research matters, including wage liens, trust fund tax concerns, carve outs, and | MAW | 6.30 | 1,512.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
|  | unencumbered assets for administrative claims (1.5); review notice of hearing regarding motions to convert or dismiss (.1) |  |  |  |
| 03/25/05 | Telephone call E. Kos regarding Auburn utility balance and payments | JRB | .20 | 75.00 |
| 03/25/05 | Telephone conference J. Rose regarding pension plan compliance issues and related documentation; email M. Reich regarding same | DDP | .70 | 199.50 |
| 03/25/05 | Confer with M. Juba regarding status of preference; Pacer research regarding Judge Grant's calendar; prepare revised analysis for preferences; confer with J. Burns regarding same; confer with D. Maude regarding same; prepare interim statement; notice of application for allowance offices and supporting exhibits through February | JLF | 4.60 | 644.00 |
| 03/25/05 | Conduct legal research regarding pending motions to convert, rules and case law governing a response to same, and establish a timeline for responding to the motions (1.2); memo to M. Werling regarding same (.2) | MFJ | 1.40 | 224.00 |
| 03/25/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 5.60 | 2,100.00 |
| 03/26/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 1.20 | 450.00 |
| 03/27/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | .70 | 262.50 |
| 03/28/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 7.30 | 2,737.50 |
| 03/28/05 | Review recent filings and correspondence (.2); report to M. Werling regarding employee lien claims (.2) | JLF | .40 | 56.00 |
| 03/28/05 | Read, review, and analyze proposed settlement agreement between AFI and Hanson Aggregates (.4); memo to J. Burns regarding same (.1) | MFJ | .50 | 80.00 |
| 03/28/05 | Legal research regarding various aspects of shortened notice, sale procedure for potential auction sale (2.0); work on related pleadings (.8); office conferences regarding various aspects of sale, next steps in case (.5) | MAW | 2.80 | 672.00 |
| 03/29/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate | JRB | 8.80 | 3,300.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | strategy for dealing with same | | | |
| 03/29/05 | Phone call to S. Brown of Motion Industries, Inc. regarding preference claim (.1); phone conference with S. Brown of Motion Industries, Inc. regarding same (.3); conference with J. Faulkner regarding same (.2); revise letter to S. Brown of Motion Industries, Inc. regarding same and include current preference analysis (.4); memo to S. Brown regarding current settlement offer and ordinary course defense (.1); memo to J. Burns regarding same (.1); memo to M. Werling regarding same, with emphasis on Seventh Circuit case law on ordinary course defenses (.1); conduct legal research regarding ordinary course defense for preference claims in the Seventh Circuit and from decisions of Judge Grant in preparation for a response to Motion Industries' ordinary course defense in settlement negotiations (2.3); memo to G. Taylor regarding draft settlement agreement between Auburn Foundry and Hanson Aggregates (.1); memo to J. Burns regarding same (.1); conference with J. Faulkner regarding recent complaint for avoidance of preference amounts filed by conflicts counsel (.1); read, review, and analyze same (.2) | MFJ | 4.10 | 656.00 |
| 03/29/05 | Research statutes regarding requirements for filing and responding to mechanic's lien, time, etc.; memo to M. Werling summarizing same; confer with M. Juba regarding Motion Industries' offer; gather materials regarding same; prepare letter and attachments to Motion Industries; confer with M. Juba regarding same; review and organize employee liens; calculate a new value for Motion Industries' preference | JLF | 5.80 | 812.00 |
| 03/29/05 | Continue research regarding sale procedure aspects, means of shortening same, work on related pleadings (2.0); additional legal research regarding trust fund tax related concerns (1.0); office conferences, review and assess case e-mail regarding sale, cash use budget, related concerns (1.0); review and respond to preference related e-mail (.2); review and comment on cash use agreement (.4) | MAW | 4.60 | 1,104.00 |
| 03/30/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 4.00 | 1,500.00 |
| 03/30/05 | Continue work on sale related pleadings, order, potential alternative versions of same (1.5); attend to cash use agreement issues, related e-mail, office conferences regarding same (.4) | MAW | 1.90 | 456.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/30/05 | Continue legal research regarding ordinary course defense for preference claims in Seventh Circuit and from decisions of Judge Grant in preparation for a response to Motion Industries' ordinary course defense in settlement negotiations (1.5); initiate memo to J. Burns regarding same (.8) | MFJ | 2.30 | 368.00 |
| 03/30/05 | Scan and import mechanic's liens on property for wages into Imanage | JLF | 3.00 | 420.00 |
| 03/30/05 | Telephone conference various parties regarding status of bidding process | DDP | .80 | N/C |
| 03/30/05 | Meeting at Auburn Foundry with T. Woehlke and D. Maude regarding sale issues and discussions with potential purchaser | JRB | 4.00 | 1,500.00 |
| 03/31/05 | Prepare and participate in Board conference call | JRB | 1.00 | 375.00 |
| 03/31/05 | Worked on accelerated WARN notices; including review drafts of notices, consider text and proposed press release regarding same and research secured lender liability under WARN | GND | 3.80 | 1,197.00 |
| 03/31/05 | Work on final edits to sale motion, order, review and incorporation of new offer in same; office conferences regarding same, attend to filing of same (1.8); related e-mail regarding same (.2); participate in telephone conference with D. Maude regarding status issues (.3); office conferences regarding cash use budget issues (.2); review M. Juba's analysis of preference claim issues (.3); review case e-mail, including offers (.4); review prior findings regarding unemployment tax concerns, e-mail, office conferences regarding same (.5) | MAW | 3.70 | 888.00 |
| 03/31/05 | Finalize legal research regarding ordinary course defense to preference actions in preparation for continued settlement negotiations with Motion Industries (.8); draft, revise, and finalize memo regarding same for J. Burns (3.2); conference with J. Burns regarding preparing a proposed plan of liquidation (.1) | MFJ | 4.10 | 656.00 |
| 03/31/05 | Work on final agreement for sale of company assets and motion to sell | JRB | 3.00 | 1,125.00 |
| 03/31/05 | Work on cash use, sale and Plan revision issues arising out of changed financial conditions and consideration of appropriate strategy for dealing with same | JRB | 2.00 | 750.00 |
| 03/31/05 | Conference with client regarding union issues; office conferences regarding WARN issues; review/revise WARN notices | MSB | 6.10 | 1,220.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/31/05 | Work on WARN notices and multiple exchange of email correspondence with bank counsel and company | JRB | 3.00 | 1,125.00 |
| | Total Services............................................................................ Hours | | 387.90 | 106,091.50 |

| Date | Disbursements | Total |
|---|---|---|
| 02/02/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 02/02/05 | 213.27 |
| 02/04/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 02/04/05 | 173.35 |
| 02/09/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 02/09/05 | 213.66 |
| 02/14/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 02/14/05 | 72.39 |
| 02/14/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 02/14/05 | 12.72 |
| 02/24/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 02/24/05 | 265.51 |
| 03/02/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/02/05 | 125.42 |
| 03/04/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/04/05 | 266.10 |
| 03/07/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/07/05 | 55.18 |
| 03/10/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/10/05 | 210.92 |
| 03/11/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/11/05 | 208.38 |
| 03/15/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/15/05 | 183.33 |
| 03/18/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/18/05 | 150.66 |
| 03/22/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/22/05 | 100.37 |
| Total For | Telephone | 2,251.26 |
| 03/31/05 | Mileage - - Travel to/from Auburn, IN for meeting with Dennis Maude and Tom Woehlke Vendor: John R. Burns | 16.50 |
| Total For | Mileage | 16.50 |
| 02/28/05 | Computerized Research   Westlaw | 533.87 |
| 02/28/05 | Computerized Research   Westlaw | 15.37 |
| 03/16/05 | Computerized Research   Westlaw | 256.77 |
| 03/16/05 | Computerized Research   Westlaw | 627.73 |
| 03/31/05 | Computerized Research   Westlaw | 97.01 |
| 03/31/05 | Computerized Research   Westlaw | 254.72 |
| 03/31/05 | Computerized Research   Westlaw | 207.36 |
| Total For | Computerized Research | 1,992.83 |

BAKER & DANIELS

| | | |
|---|---|---:|
| 02/28/05 | Computerized Research   PACER | 280.78 |
| 02/28/05 | Computerized Research   PACER | 48.32 |
| 02/28/05 | Computerized Research   PACER | 0.16 |
| Total For | Computerized Research - Other | 329.26 |
| 02/23/05 | Caller: N/A : 312 876-7700 | 0.82 |
| 02/24/05 | Caller: N/A : 260 925-7978 | 2.16 |
| 03/08/05 | Caller: N/A : 260 925-7978 | 2.94 |
| 03/09/05 | Caller: N/A : 260 925-7978 | 1.99 |
| 03/09/05 | Caller: N/A : 317 713-3500 | 1.40 |
| 03/09/05 | Caller: N/A : 317 236-2397 | 1.25 |
| 03/10/05 | Caller: N/A : 317 713-3500 | 0.90 |
| 03/10/05 | Caller: N/A : 317 713-3500 | 0.90 |
| 03/10/05 | Caller: N/A : 260 925-7978 | 1.13 |
| 03/16/05 | Caller: N/A : 260 925-7972 | 1.66 |
| 03/17/05 | Caller: N/A : 312 876-7608 | 3.63 |
| 03/17/05 | Caller: N/A : 260 908-3930 | 2.69 |
| 03/17/05 | Caller: N/A : 312 876-7608 | 1.79 |
| 03/17/05 | Caller: N/A : 260 925-7978 | 1.42 |
| 03/17/05 | Caller: N/A : 312 876-7608 | 1.01 |
| 03/17/05 | Caller: Burns : 317 432-1596 | 2.32 |
| 03/18/05 | Caller: N/A : 317 713-3500 | 0.53 |
| 03/18/05 | Caller: N/A : 260 925-7978 | 0.96 |
| 03/18/05 | Caller: N/A : 312 505-9610 | 1.27 |
| 03/22/05 | Caller: Burns : 260 925-7978 | 1.31 |
| 03/22/05 | Caller: Burns : 317 236-2397 | 1.31 |
| 03/22/05 | Caller: Burns : 260 925-7978 | 1.31 |
| 03/22/05 | Caller: Burns : 248 656-1578 | 2.01 |
| 03/23/05 | Caller: Burns : 260 925-7978 | 1.29 |
| 03/23/05 | Caller: Burns : 260 925-7978 | 6.06 |
| 03/23/05 | Caller: Burns : 248 656-1578 | 5.19 |
| 03/23/05 | Caller: Burns : 317 713-3500 | 1.23 |
| 03/23/05 | Caller: Burns : 260 925-7978 | 1.60 |
| 03/23/05 | Caller: Burns : 260 925-7978 | 1.60 |
| 03/23/05 | Caller: Burns : 260 925-7978 | 6.06 |

BAKER & DANIELS

| Date | Description | Amount |
|---|---|---|
| 03/23/05 | Caller: Burns : 260 925-7978 | 1.29 |
| 03/24/05 | Caller: Burns : 260 925-7972 | 5.19 |
| 03/24/05 | Caller: Burns : 260 925-7972 | 0.49 |
| 03/24/05 | Caller: Burns : 260 925-7972 | 5.19 |
| 03/24/05 | Caller: Burns : 248 656-1578 | 0.80 |
| 03/24/05 | Caller: Burns : 260 925-7972 | 0.49 |
| 03/24/05 | Caller: Burns : 248 656-1578 | 0.57 |
| 03/25/05 | Caller: Burns : 312 876-7700 | 0.68 |
| 03/25/05 | Caller: Burns : 312 505-9610 | 0.68 |
| Total For | Long Distance Telephone | 75.12 |
| 02/25/05 | Other Copying Expenses   Misc Copies | 1.40 |
| 02/28/05 | Other Copying Expenses   Misc Copies | 1.40 |
| 03/18/05 | Other Copying Expenses   Misc Copies | 2.00 |
| 03/18/05 | Other Copying Expenses   Misc Copies | 0.60 |
| 03/25/05 | Other Copying Expenses   Misc Copies | 0.60 |
| 03/30/05 | Other Copying Expenses   Misc Copies | 0.60 |
| 03/31/05 | Other Copying Expenses   Misc Copies | 0.60 |
| Total For | Other Copying Expenses | 7.20 |
| 03/12/05 | Postage/Air/Express Delivery | 13.45 |
| Total For | Postage/Air/Express Delivery | 13.45 |
| 03/11/05 | Telecopy | 14.25 |
| 03/14/05 | Telecopy | 156.75 |
| Total For | Telecopy | 171.00 |
| 03/30/05 | Tabs | 1.92 |
| 03/31/05 | Tabs | 0.96 |
| Total For | Tabs | 2.88 |

BAKER & DANIELS

| | |
|---|---:|
| COPYING COSTS | 211.65 |
| Total Disbursements................................................................................................. $ | 5,071.15 |
| Total Services And Disbursements......................................................................$ | 111,162.65 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

April 19, 2005
Invoice Number 1225305

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2005 and not reflected on a prior bill:

0000060  IDEM

| | |
|---|---:|
| Total Services..............................$ | 1,040.00 |
| Total Disbursements...................$ | 29.00 |
| Total This Matter........................$ | 1,069.00 |
| Total This Invoice............................................................$ | 1,069.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of March 31, 2005
Invoice Number 1225305

0080031    Auburn Foundry, Inc.
0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/01/05 | Telephone conference with T. Rarick regarding required test information | MFM | .10 | 32.50 |
| 03/08/05 | Telephone conference with IDEM regarding post filing claims and status | MFM | .20 | 65.00 |
| 03/14/05 | Review e-mail from IDEM on status and forward to J. Burns; teleconference with T. Rarick regarding data on Plant 2 to IDEM | MFM | .50 | 162.50 |
| 03/18/05 | Prepare draft response to M. Klein, IDEM request for update on status and send to J. Burns for comments | MFM | 1.00 | 325.00 |
| 03/24/05 | Calls/emails regarding letter to IDEM on status of NOVs | MFM | .20 | 65.00 |
| 03/25/05 | Review and revise letter to IDEM on NOVs | MFM | .50 | 162.50 |
| 03/28/05 | Telephone conference with T. Rarick regarding status of Plant 2 air permit with IDEM | MFM | .20 | 65.00 |
| 03/30/05 | Telephone conference with D. Weber regarding IDEM calls regarding NPDES permit status; follow up email response on new data | MFM | .50 | 162.50 |
| | Total Services............................................................................ Hours | | 3.20 | 1,040.00 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 03/17/05 | Caller: N/A : 260 925-7948 | | | 1.27 |
| | Total For Long Distance Telephone | | | 1.27 |
| 03/18/05 | Other Copying Expenses Misc Copies | | | 1.50 |
| | Total For Other Copying Expenses | | | 1.50 |

BAKER & DANIELS

| | | |
|---|---|---:|
| 03/18/05 | Postage/Air/Express Delivery United Parcel Service | 12.28 |
| | Total For Postage/Air/Express Delivery | 12.28 |
| | COPYING COSTS | 13.95 |
| | Total Disbursements.................................................................... $ | 29.00 |
| | Total Services And Disbursements.......................................................$ | 1,069.00 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

April 19, 2005
Invoice Number 1225306

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2005 and not reflected on a prior bill:

0004396   Employee Benefits

| | |
|---|---|
| Total Services..............................$ | 514.50 |
| Total Disbursements....................$ | 0.00 |
| Total This Matter.........................$ | 514.50 |

Total This Invoice..........................................................................$    514.50

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of March 31, 2005
Invoice Number 1225306

0080031     Auburn Foundry, Inc.
 0004396    Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/14/05 | Advise regarding plan termination issues in termination of plans in bankruptcy. | GLS | .40 | 144.00 |
| 03/30/05 | Email correspondence re 204(h) notice for salaried pension plan; verify file copy of same | DDP | .90 | 256.50 |
| 03/31/05 | Follow-up email correspondence re 204(h) notice; telephone conference J. Rose re same | DDP | .40 | 114.00 |
| | Total Services........................................................................Hours | | 1.70 | 514.50 |
| | Total Services And Disbursements.................................................$ | | | 514.50 |

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

April 19, 2005
Invoice Number 1225304

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2005 and not reflected on a prior bill:

0000100   Employment Matters

| | |
|---|---:|
| Total Services..............................$ | 1,198.50 |
| Total Disbursements...................$ | 33.62 |
| Total This Matter........................$ | 1,232.12 |

Total This Invoice...........................................................................$     1,232.12

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of March 31, 2005
Invoice Number 1225304

0080031    Auburn Foundry, Inc.
0000100    Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/17/05 | Receipt and review of email from T. Eastom re response to EEOC officer's request for decision maker's medical information | MML | .30 | 70.50 |
| 03/04/05 | Receipt and response to email from T. Eastom re wearing of scab shirts and buttons by union to grievance meetings | MML | .40 | 94.00 |
| 03/05/05 | Research recent WARN law developments | MML | 1.20 | 282.00 |
| 03/07/05 | Phone conference with D. Maude re reasons for unforeseen business circumstances in preparation of WARN notices; prepare WARN notices | MML | .80 | 188.00 |
| 03/08/05 | Draft WARN notices | MML | 2.40 | 564.00 |
| | Total Services......................................................................... Hours | | 5.10 | 1,198.50 |

| Date | Disbursements | | | Total |
|---|---|---|---|---|
| 03/16/05 | Computerized Research   Westlaw | | | 33.62 |
| | Total For  Computerized Research | | | 33.62 |

Total Disbursements................................................................................ $    33.62

Total Services And Disbursements..........................................................$    1,232.12