UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | Case No. 04-10427-REG |
| Debtor. | ) | |
| _____ | ) | |

**AFI LENDING GROUP, LLC'S LIMITED OBJECTION TO DEBTOR'S MOTION FOR APPROVAL OF SALE OF MANUFACTURING PLANTS AND RELATED ASSETS TO SUMMITBRIDGE NATIONAL INVESTMENTS, LLC <u>FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS</u>**

AFI Lending Group, LLC ("AFI Lending"), by counsel, hereby files its limited objection to the "Debtor's Motion For Approval Of Sale Of Manufacturing Plants And Related Assets To SummitBridge National Investments, LLC Free And Clear Of Liens, Claims And Interests" (the "Motion") filed by Auburn Foundry, Inc., as debtor and debtor-in-possession (the "Debtor"). In support of its limited objection, AFI Lending states as follows:

1. On February 8, 2004 the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On April 28, 2005 the Debtor filed the Motion, in which the Debtor seeks authority to sell its two manufacturing facilities and related assets (the "Assets") to SummitBridge National Investments, LLC ("SummitBridge"). The Motion states that SummitBridge purchased the position of the Debtor's senior prepetition lender. SummitBridge then "credit bid" its position for the Assets pursuant to § 363(k) of the Bankruptcy Code. The Debtor ultimately deemed SummitBridge the successful bidder for the Assets.

1

3. The Motion seeks to authorize the sale of the Assets to SummitBridge free and clear of all liens, claims and interests.  In support of this request, the Motion contends that SummitBridge's credit bid is more than $10,000,000 less than its secured claim, and as such, any lien on the Assets, other than those parties who have provided the Debtor with postpetition debtor-in-possession financing ("DIP Financing"), would have no value.

4. AFI Lending has provided DIP Financing to the Debtor in the principal sum of $2,000,000 pursuant to § 364 of the Bankruptcy Code.  By virtue of this DIP Financing, AFI Lending has a lien on the Assets which is senior to that portion of the claim purchased and credit bid by SummitBridge relating to pre-petition financing provided to the Debtor.

5. Because the Assets are being purchased pursuant to a credit bid and no cash is being transferred from SummitBridge to the Debtor, there are no cash proceeds with which to satisfy AFI Lending's DIP Financing loans.

6. Accordingly, AFI Lending's liens should remain on the Assets after they are transferred from the Debtor to SummitBridge.

7. The Motion, however, seeks to sell the Assets to SummitBridge free and clear of **all** liens, claims, and interests , which would include AFI Lending's DIP Financing liens.

8. AFI Lending therefore objects to the Motion to the extent it seeks to sell the Assets free of AFI Lending's DIP Financing liens without satisfying AFI Lending's outstanding DIP Financing loans.

9. AFI Lending further objects to the Motion to the extent that SummitBridge's and the Debtor's allocation of the SummitBridge credit bid, specifically, the percentage allocation attributed to the Debtor's accounts receivable, would be binding upon AFI Lending and prejudice its ability to obtain payment of the DIP Financing provided by AFI Lending.

10. AFI Lending does not otherwise object to the Motion or the sale of the Assets to SummitBridge.

WHEREFORE, AFI Lending respectfully requests that the Court: (1) deny the Motion to the extent it seeks to sell the Assets free and clear of AFI Lending's DIP Financing liens; (2) deny the Motion to the extent that the allocation of the credit bid would bind AFI Lending and prejudice AFI Lending's ability to obtain payment of its DIP Financing loans; and (3) grant AFI Lending such other and further relief as the Court deems proper.

DATED: 5/9/2005                                           AFI LENDING GROUP, LLC,


By:     /s/ Marlene Reich
        Marlene Reich (IN Bar No. 6482-49),
        One Of Its Counsel

Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
Email:  mreich@sommerbarnard.com

## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 9th day of May, 2005 via first class, U.S. Mail, postage prepaid, on the parties appearing on the attached distribution list.

/s/ Marlene Reich

**220343**

**DISTRIBUTION**:

| | | |
|---|---|---|
| Auburn Foundry, Inc.<br>635 W. Eleventh Street<br>Auburn, IN  46706 | Michael McGauhey<br>Citizens Gas & Coke Utility<br>2950 Prospect Street<br>Indianapolis, IN  46203 | Michelle Pezanoski<br>Fairmount Minerals<br>PO Box 177<br>Wedron, IL  60557 |
| Randall A. Miller<br>DISA Industries, Inc.<br>80 Kendall Point Drive<br>Oswego, IL  60543 | Curt Howard/Tim Howard<br>Fire Protection, Inc.<br>750 W. North Street<br>Auburn, IN  46706 | Robert Overman<br>Miller & Company LLC<br>9700 W. Higgins Road, #1000<br>Rosemont, IL  60018 |
| Office of the U.S. Trustee<br>1000 E. Wayne Street #555<br>South Bend, IN  46601 | Richard J. Swanson<br>Macey Swanson & Allman<br>445 N. Pennsylvania Street #401<br>Indianapolis, IN  46204-1800 | John R. Burns/Mark A. Werling<br>Baker & Daniels<br>111 E. Wayne Street #800<br>Fort Wayne, IN  46802-2603 |
| W. Erik Weber<br>Mefford & Weber, PC<br>130 E. 7th Street<br>PO Box 667<br>Auburn, IN  46706 | Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 S. Wacker Drive<br>Chicago, IL  60606 | Jack Randinelli<br>Auburn City Utilities<br>210 E. 9th Street<br>PO Box 506<br>Auburn, IN  46706 |
| Henry A. Efroymson<br>Ben T. Caughey<br>ICE MILLER<br>One Am. Square Box 82001<br>Indianapolis, IN  46282-0002 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn<br>2290 First National Bldg.<br>660 Woodward Avenue<br>Detroit, MI  48226 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN  46802 |
| Stephen E. Lewis/Martin Seifert<br>Haller & Colvin, PC<br>444 E. Main Street<br>Fort Wayne, IN  46802 | W. Erik Weber<br>Mefford & Weber, PC<br>130 E. 7th Street<br>Auburn, IN  46706-1839 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd. #200<br>Cleveland, OH  44131 |
| Dauber Company, Inc.<br>577 N. 18th Road<br>Tonica, IL  61370 | Omnisource Corp. – Tusco<br>2453 Hill Avenue<br>Toledo, OH  43607 | XRI Testing – Troy<br>Mobilex, LLC<br>1961 Thunderbird<br>Troy MI  48084 |
| A.F. Europe, Inc.<br>635 W. 11th Street<br>Auburn, IN  46706 | Bank of America<br>231 S. LaSalle Street 16th Floor<br>Chicago, IL  60697 | DeKalb County, Indiana<br>DeKalb County Assessor<br>100 S. Main Street<br>Auburn, IN  46706 |

4

<div style="columns:3">

GMAC Business Credit, LLC  
300 Galleria Office Centre  
Suite 110  
Southfield, MI  48034

RI Lampus Co.  
816 Railroad Street  
Springdale, PA  15144

Ashland Chemical Co.  
PO Box 395  
Columbus, OH  43216

Complete Drives, Inc.  
1542 W. Auburn Drive  
Auburn, IN  46706

Inductotherm Corp.  
10 Indel Avenue  
Rancocas, NJ  08073

MP Steel Indiana, LLC  
PO Box 876  
Kendallville, IN  46755

Unimin Corp.  
809 Myers Road  
Archbold, OH  43502

Matthew M. Hohman  
Barnes & Thornburg  
600 One Summit Square  
Fort Wayne, IN  46802

Elizabeth A. Whelan  
Office of Attorney General  
302 W. Washington Street  
Indianapolis, IN  46204-2770

Patrick L. Proctor  
Eilbacher Fletcher LLP  
803 S. Calhoun Street 4th Floor  
Fort Wayne, IN  46802

Scott Andrews  
Rubin & Levin  
342 Massachusetts Avenue #500  
Indianapolis, IN  46204

Brad Rogers  
Office of the General Counsel  
1200 K Street N.W. #340  
Washington D.C.  20005-4026

Edmund P. Kos  
Steven J. Bradford  
Kos & Associate  
110 W. Berry Street #1904  
Fort Wayne, IN  46802-2374

Brian J. Lange  
520 S. Calhoun Street  
Fort Wayne, IN  46802

</div>