IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**JOINT MOTION TO WITHDRAW PRIOR
MOTION FOR RELIEF WITHOUT PREJUDICE**

COME NOW the parties jointly by counsel and stipulate to withdraw, without prejudice, Edwin P. Rosebrock's Motion Requesting Relief from the Automatic Stay. In support of this motion, counsel states as follows:

1. On or about February 16, 2005, the parties reached a verbal settlement agreement concerning Rosebrock's motion.

2. The agreement reached being that debtor would not contest a general, unsecured claim by Rosebrock against the bankruptcy estate in the amount of $10,000.00. This settlement agreement obviated the need for lifting the automatic stay.

3. Rosebrock is willing to withdraw his motion to lift the stay, provided that it is without prejudice until the written settlement agreement is executed.

WHEREFORE, counsel for the parties jointly and respectfully request that the previous Motion for Relief from Automatic Stay be dismissed without Prejudice.

Dated: May 9, 2005

BDDB01 4063453v1

Respectfully submitted:

| | |
|---|---|
| EILBACHER FLETCHER, LLP | BAKER & DANIELS |
| By: /s/ Patrick L. Proctor | By: /s/ John R Burns III |
|     Patrick L. Proctor  (#17509-02) |     John R Burns III (#3016-02) |
|     803 South Calhoun Street, 4th Floor |     Mark A. Werling (#20426-02) |
|     Fort Wayne, IN 46802 |     111 East Wayne Street, Suite 800 |
|     Telephone:  (260) 425-9777 |     Fort Wayne, Indiana 46802 |
|     Fax:  (260) 424-9177 |     Telephone:  (260) 424-8000 |
| |     Facsimile:  (260) 460-1700 |
| ATTORNEY FOR | |
| EDWIN P. ROSEBROCK | ATTORNEYS FOR THE DEBTOR, AUBURN FOUNDRY, INC. |