UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CHAPTER 11 |
| AUBURN FOUNDRY, INC. ) | BK CASE NO. 04-10427 |
| ) | |
| Debtor. ) | |

### ORDER TO DISMISS WITHOUT PREJUDICE

The Court having reviewed counsel's joint stipulation to withdraw Eddie Rosebrock's Motion Requesting Relief from the Automatic Stay and being duly advised in the premises hereby ORDERS that the motion be dismissed without prejudice.

Date: _____    _____
                                 Judge, U.S. Bankruptcy Court