UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF UNION'S OBJECTION TO
APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES**

The Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-CLC and its Local 322 (collectively "Union"), by counsel, withdraws Union's Objection To Application For Allowance Of Attorney's Fees which was filed on April 26, 2005. (Docket No. 637).

Respectfully submitted,

MACEY SWANSON AND ALLMAN

  /s/ Richard J. Swanson
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid this 10th day of May, 2005.

John R. Burns  
Mark A. Werling  
Baker & Daniels  
111 East Wayne Street  
Fort Wayne, IN 46802  

Ellen L. Triebold  
Office of the United States Trustee  
One Michiana Square  
Suite 555  
100 East Wayne Street  
South Bend, IN 46601  

DASI Industrie Inc.  
Randall A. Miller  
80 Kendall Point Dr.  
Oswego, IL 60543  

Miller and Company LLC  
Robert Overman  
9700 W. Higgins Road  
Suite 1000  
Rosemont, IL 60018  

Auburn City Utilities  
P. O. Box 506  
Auburn, IN 46706  

Dauber Company, Inc.  
577 North 18th Road  
Tonica, IL 61370  

Fairmount Minerals  
P. O. Box 400  
Bridgeman, MI 49106  

Omnisource Corp., - Tusco  
2453 Hill Avenue  
Toledo, OH 43607  

XRI Testing - Troy  
Mobilex, LLC  
1961 Thunderbird  
Troy, MI 48084  
Fire Protection, Inc.  
Curt & Tim Howard  
750 W. North Street  
Auburn, IN 46706  

A.F. Europe, Inc.  
635 W. Eleventh St.  
Auburn, IN 46706  

Bank of America  
231 S. LaSalle Street  
16th Floor  
Chicago, IL 60697  

DeKalb County, Indiana  
DeKalb County Assessor  
100 South Main Street  
Auburn, IN 46706  

GMAC Business Credit, LLC  
300 Galleria Office Centre  
Suite 110  
Southfield, MI 48034  

R I Lampus Co.  
816 Railroad Street  
Springdale, PA 15144  

Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN 46203  

Farimount Minerals  
Michelle Pezanoski  
P. O. Box 177  
Wedron, IL 60557  

Ashland Chemical Co.

2

...

| | |
|---|---|
| P. O. Box 395<br>Columbus, OH 43216 | MP Steel Indiana, LLC<br>P. O. Box 876<br>Kendallville, IN 46755 |
| Complete Drives Inc.<br>1542 W. Auburn Drive<br>Auburn, IN 46706 | Unimin Corporation<br>809 Myers Road<br>Archbold, OH 43502 |
| Citizens Gas & Coke Utilities<br>202 North Meridian Street<br>Indianapolis, IN 46202 | Matthew M. Hohman<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |
| Inductotherm Corp.<br>10 Indel Ave.<br>Rancocas, NJ 08073 | |

                                        /s/ Richard J. Swanson
                                      Richard J. Swanson, Attorney No. 1605-49
                                      Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345