**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **AUBURN FOUNDRY, INC.** | ) | Case No. 04-10427-REG |
| | ) | |
| **Debtor.** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Withdrawal of Union's Objection to Application for Allowance of Attorney's Fees, attached hereto as Exhibit A, has been served upon the parties listed in Exhibit B electronically and/or by depositing a copy in the U. S. Mail, postage prepaid on the 10th day of May, 2005.


Date: May 10, 2005                              /s/ Richard J. Swanson
                                                Richard J. Swanson, Attorney No. 1605-49
                                                Attorney for Union


MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com