UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

**WITHDRAWAL OF UNION'S OBJECTION TO**
**APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES**

The Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-CLC and its Local 322  (collectively "Union"), by counsel, withdraws Union's Objection To Application For Allowance Of Attorney's Fees which was filed on April 26, 2005. (Docket No. 637).

Respectfully submitted,

MACEY SWANSON AND ALLMAN

  /s/ Richard J. Swanson
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid this 10th day of May, 2005.

John R. Burns  
Mark A. Werling  
Baker & Daniels  
111 East Wayne Street  
Fort Wayne, IN 46802

Ellen L. Triebold  
Office of the United States Trustee  
One Michiana Square  
Suite 555  
100 East Wayne Street  
South Bend, IN 46601

DASI Industrie Inc.  
Randall A. Miller  
80 Kendall Point Dr.  
Oswego, IL 60543

Miller and Company LLC  
Robert Overman  
9700 W. Higgins Road  
Suite 1000  
Rosemont, IL 60018

Auburn City Utilities  
P. O. Box 506  
Auburn, IN 46706

Dauber Company, Inc.  
577 North 18th Road  
Tonica, IL 61370

Fairmount Minerals  
P. O. Box 400  
Bridgeman, MI 49106

Omnisource Corp., - Tusco  
2453 Hill Avenue  
Toledo, OH 43607

XRI Testing - Troy  
Mobilex, LLC  
1961 Thunderbird  
Troy, MI 48084  
Fire Protection, Inc.  
Curt & Tim Howard  
750 W. North Street  
Auburn, IN 46706

A.F. Europe, Inc.  
635 W. Eleventh St.  
Auburn, IN 46706

Bank of America  
231 S. LaSalle Street  
16th Floor  
Chicago, IL 60697

DeKalb County, Indiana  
DeKalb County Assessor  
100 South Main Street  
Auburn, IN 46706

GMAC Business Credit, LLC  
300 Galleria Office Centre  
Suite 110  
Southfield, MI 48034

R I Lampus Co.  
816 Railroad Street  
Springdale, PA 15144

Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN 46203

Farimount Minerals  
Michelle Pezanoski  
P. O. Box 177  
Wedron, IL 60557

Ashland Chemical Co.

P. O. Box 395  
Columbus, OH 43216

Complete Drives Inc.  
1542 W. Auburn Drive  
Auburn, IN 46706

Citizens Gas & Coke Utilities  
202 North Meridian Street  
Indianapolis, IN 46202

Inductotherm Corp.  
10 Indel Ave.  
Rancocas, NJ 08073

MP Steel Indiana, LLC  
P. O. Box 876  
Kendallville, IN 46755

Unimin Corporation  
809 Myers Road  
Archbold, OH 43502

 Matthew M. Hohman  
Barnes & Thornburg  
600 One Summit Square  
Fort Wayne, IN 46802

 /s/ Richard J. Swanson  
Richard J. Swanson, Attorney No. 1605-49  
Attorney for Union

MACEY SWANSON AND ALLMAN  
445 North Pennsylvania Street, Suite 401  
Indianapolis, IN 46204-1800  
(317) 637-2345