## Exhibit B

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square
Suite 555
100 East Wayne Street
South Bend, IN 46601

DASI Industrie Inc.
Randall A. Miller
80 Kendall Point Dr.
Oswego, IL 60543

Miller and Company LLC
Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

Auburn City Utilities
P. O. Box 506
Auburn, IN 46706

Dauber Company, Inc.
577 North 18th Road
Tonica, IL 61370

Fairmount Minerals
P. O. Box 400
Bridgeman, MI 49106

Omnisource Corp., - Tusco
2453 Hill Avenue
Toledo, OH 43607

XRI Testing - Troy
Mobilex, LLC
1961 Thunderbird
Troy, MI 48084

Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

A.F. Europe, Inc.
635 W. Eleventh St.
Auburn, IN 46706

Bank of America
231 S. LaSalle Street
16th Floor
Chicago, IL 60697

DeKalb County, Indiana
DeKalb County Assessor
100 South Main Street
Auburn, IN 46706

GMAC Business Credit, LLC
300 Galleria Office Centre
Suite 110
Southfield, MI 48034

R I Lampus Co.
816 Railroad Street
Springdale, PA 15144

Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Farimount Minerals
Michelle Pezanoski
P. O. Box 177
Wedron, IL 60557

Ashland Chemical Co.
P. O. Box 395
Columbus, OH 43216

Complete Drives Inc.
1542 W. Auburn Drive
Auburn, IN 46706

Citizens Gas & Coke Utilities
202 North Meridian Street
Indianapolis, IN 46202

Inductotherm Corp.
10 Indel Ave.
Rancocas, NJ 08073

MP Steel Indiana, LLC
P. O. Box 876
Kendallville, IN 46755

Unimin Corporation
809 Myers Road
Archbold, OH 43502

Matthew M. Hohman
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802