IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF DEBTOR'S VOLUNTARY WITHDRAWAL
OF MARCH 31, 2005 SALE MOTION BASED
ON FILING OF SUPERCEDING SALE MOTION**

Debtor, Auburn Foundry, Inc., as debtor in possession ("AFI" or the "Debtor"), by counsel, pursuant to Fed. R. Civ. Proc. 41(a)(1) made applicable herein by Fed. R. Bankr. Proc. 9014(c) and 7041, hereby gives Notice of its Voluntary Withdrawal of its March 31, 2005 Motion For Approval of Sale of Manufacturing Plants and Related Assets Free and Clear of Liens, Claims and Interests (the "Motion"), Docket No. 592.  No objections to the Motion have been filed.  The Motion has been superceded by a subsequent motion pursuant to § 363 of the Code filed herein on April 28, 2005.

Date:  May 17, 2005                                BAKER & DANIELS

By:  /s/John R Burns III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone:  (260) 424-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

BDDB01 4071097v1