UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

AUBURN FOUNDRY, INC.
            Debtor

CASE NO. 04-10427
Chapter 11

## APPEARANCE

Please enter our appearance as counsel for Team Quality Services, Inc., a creditor in the above-entitled case.

Dated this 19th day of May, 2005.

Respectfully submitted,

SKEKLOFF, ADELSPERGER & KLEVEN LLP

/s/ Daniel J. Skekloff
Daniel J. Skekloff (#146-02)
Scot T. Skekloff (#15849-02)
927 S. Harrison St.
Fort Wayne IN 46802
(260) 407-7000
Attorneys for Team Quality Services

## CERTIFICATE OF SERVICE

I certify that on the 19th day of May, 2005, a copy of the foregoing document was sent by United States first class mail, postage prepaid, or by ECF to:

Martin E. Seifert, Esq.
HALLER & COLVIN, P.C.
444 E. Main St.
Fort Wayne IN 46802

John R. Burns, III., Esq.

BAKER & DANIELS
111 E. Wayne St., Suite #800
Fort Wayne IN 46802

U.S. Trustee
555 One Michiana Square
100 E. Wayne St.
South Bend IN 46601

/s/ Daniel J. Skekloff
Daniel J. Skekloff