**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN THE MATTER OF:

**AUBURN FOUNDRY, INC.**
      Debtor

CASE NO. 04-10427
Chapter 11

**LIMITED OBJECTION TO DEBTOR'S MOTION FOR**
**APPROVAL OF SALE OF MANUFACTURING PLANTS AND**
**RELATED ASSETS TO SUMMITBRIDGE NATIONAL INVESTMENTS, LLC**
**FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS**

To The Honorable Robert E. Grant, Judge, United States Bankruptcy Court:

Comes now Team Quality Services, Inc., by its undersigned counsel, and files its Limited Objection to Debtor's Motion for Approval of Sale of Manufacturing Plants and Related Assets to Summitbridge National Investments, LLC Free and Clear of Liens, Claims and Interests. In support hereof, the Objector would show that:

1. The Objector, Team Quality Services, Inc., is an administrative creditor in this case. Team Quality Services, Inc. is not a pre-petition creditor and did not get notice of these proceedings.

2. Team Quality Services, Inc. does not object to the sale of assets.

3. Team Quality Services, Inc. objects to the entry of an Order which would or could be interpreted to cut off the claims of creditors against the proceeds or the assets being sold. Insofar as the proposed sale will not yield any proceeds to the bankruptcy estate, the Objector's interest in this

matter is to preserve its full ability to assert its claim.

        Respectfully submitted,

        SKEKLOFF, ADELSPERGER & KLEVEN, LLP

        /s/ Daniel J. Skekloff
        Daniel J. Skekloff (#146-02)
        927 South Harrison St.
        Fort Wayne IN 46802
        260/407-7000
        Attorneys for Team Quality Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 19th day of May, 2005, a copy of the foregoing document was sent by United States first class mail, postage prepaid, or by ECF to:

Martin E. Seifert, Esq.
HALLER & COLVIN, P.C.
444 E. Main St.
Fort Wayne IN 46802

John R. Burns, III., Esq.
BAKER & DANIELS
111 E. Wayne St., Suite #800
Fort Wayne IN 46802

U.S. Trustee
555 One Michiana Square
100 E. Wayne St.
South Bend IN 46601

        /s/ Daniel J. Skekloff
        Daniel J. Skekloff