UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CHAPTER 11 |
| AUBURN FOUNDRY, INC. | ) | BK CASE NO. 04-10427 |
| | ) | |
| Debtor. | ) | |

ORDER TO DISMISS WITHOUT PREJUDICE

The Court having reviewed counsel's joint stipulation to withdraw Eddie Rosebrock's Motion Requesting Relief from the Automatic Stay and being duly advised in the premises hereby ORDERS that the motion be dismissed without prejudice.

Date: May 17, 2005

/s/ Robert E. Grant
Judge, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc               Page 1 of 1              Date Rcvd: May 17, 2005
Case: 04-10427                Form ID: pdf004         Total Served: 2

The following entities were served by first class mail on May 19, 2005.
dbpos    +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
aty      +Patrick L. Proctor,   Eilbacher Fletcher LLP,   803 South Calhoun Street, Ste 400,
           Fort Wayne, IN 46802-2305

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2005**          Signature:     _Joseph Speetjens_