UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor(s) | ) | | |

## O R D E R

At Fort Wayne, Indiana, on May 26, 2005.

On April 29, 2005, Ice Miller filed an application for fees in the amount of $27,453.50 and expenses in the amount of $14,510.08, less any amounts previously paid. Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.

/s/ Robert E. Grant

Judge, United States Bankruptcy Court