## AUBURN FOUNDRY
### Charge Allocation

|   | Category | # of Hours | Total |
|---|---|---|---|
| 1 | General Administration | 112.8 | $27,116.00 |
| 2 | Financing, Cash Use, and DIP | 15.4 | $4,640.50 |
| 3 | Labor and Employment | 86.8 | $24,727.00 |
| 4 | Environmental | 32.3 | $9,422.50 |
| 5 | Plan and Disclosure Statement/Asset Sale | 134.4 | $42,393.50 |
| 6 | Customer and Vendor Issues | 0.0 | $0.00 |
| 7 | Preference Recoveries | 21.9 | $3,453.00 |
|   | TOTAL HOURS | 403.6 |   |
|   | TOTAL FEES |   | $111,752.50 |
|   | Payable per Order (80%) |   | $89,402.00 |
|   | Disbursements (100%) |   | $8,922.88 |
|   | **TOTAL NOW PAYABLE** |   | $98,324.88 |

| AUBURN FOUNDRY | | | | |
|---|---|---|---|---|
| Counsel List | | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Beckwith, L.D. | Partner | $345.00 | 0.2 | $69.00 |
| Bomberger, J.A. | Partner | $315.00 | 5.9 | $1,858.50 |
| Burns, J. R. | Partner | $375.00 | 144.5 | $54,187.50 |
| Claffey, S. A. | Partner | $410.00 | 0.2 | $82.00 |
| Dale, G.N. | Partner | $315.00 | 5.4 | $1,701.00 |
| Hollis, III, E.E. | Partner | $260.00 | 2.8 | $728.00 |
| Powers, D. D. | Partner | $285.00 | 41.8 | $11,913.00 |
| Purcell, J. W. | Partner | $410.00 | 3.0 | $1,230.00 |
| McGrath, M.F. | Of Counsel | $325.00 | 3.0 | $975.00 |
| Burns, M.S. | Associate | $200.00 | 1.0 | $200.00 |
| Durm, D.P. | Associate | $250.00 | 0.3 | $75.00 |
| Juba, M.F. | Associate | $160.00 | 43.0 | $6,880.00 |
| Hurley, R.M. | Associate | $170.00 | 2.9 | $493.00 |
| Lenahan, D.M. | Associate | $205.00 | 2.1 | $430.50 |
| Werling, M. A. | Associate | $240.00 | 101.3 | $24,312.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 36.2 | $5,068.00 |
| Harber, J.E. | Paralegal | $155.00 | 10.0 | $1,550.00 |
| | | | 403.6 | **$111,752.50** |

AUBURN FOUNDRY
Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Beckwith, L.D. | Partner | $345.00 | | | | 0.2 | | | | 0.2 | $69.00 |
| Bomberger, J.A. | Partner | $315.00 | | | | 5.9 | | | | 5.9 | $1,858.50 |
| Burns, J. R. | Partner | $375.00 | 33.4 | 8.3 | 11.8 | 9.1 | 80.9 | | 1.0 | 144.5 | $54,187.50 |
| Claffey, S.A. | Partner | $410.00 | 0.2 | | | | | | | 0.2 | $82.00 |
| Dale, G.N. | Partner | $315.00 | | | 5.4 | | | | | 5.4 | $1,701.00 |
| Hollis, III, E. E. | Partner | $260.00 | | | 2.8 | | | | | 2.8 | $728.00 |
| Powers, D. D. | Partner | $285.00 | 1.2 | | 40.6 | | | | | 41.8 | $11,913.00 |
| Purcell, J.W. | Partner | $410.00 | | | 3.0 | | | | | 3.0 | $1,230.00 |
| McGrath, M.F. | Of Counsel | $325.00 | | | | 3.0 | | | | 3.0 | $975.00 |
| Burns, M.S. | Associate | $200.00 | | | 1.0 | | | | | 1.0 | $200.00 |
| Durm, D.P. | Associate | $250.00 | 0.3 | | | | | | | 0.3 | $75.00 |
| Juba, M.F. | Associate | $160.00 | 20.2 | 2.2 | 5.7 | | 9.8 | | 5.1 | 43.0 | $6,880.00 |
| Hurley, R.M. | Associate | $170.00 | | | | 2.9 | | | | 2.9 | $493.00 |
| Lenahan, D.M. | Associate | $205.00 | | | | 2.1 | | | | 2.1 | $430.50 |
| Werling, M. A. | Associate | $240.00 | 26.6 | 4.9 | 16.5 | 9.1 | 43.7 | | 0.5 | 101.3 | $24,312.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 20.9 | | | | | | 15.3 | 36.2 | $5,068.00 |
| Harber, J.E. | Paralegal | $155.00 | 10.0 | | | | | | | 10.0 | $1,550.00 |
| | | | 112.8 | 15.4 | 86.8 | 32.3 | 134.4 | 0.0 | 21.9 | 403.6 | **$111,752.50** |