**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

May 25, 2005
Invoice Number 1230959

0080031     Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through April 30, 2005 and not reflected on a prior bill:

0000060  IDEM

| | | |
|---|---|---|
| Total Services............................$ | 1,474.50 | |
| Total Disbursements..................$ | 0.00 | |
| Total This Matter.......................$ | 1,474.50 | |

Total This Invoice..........................................................................$     1,474.50

**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  April 30, 2005
Invoice Number  1230959

0080031    Auburn Foundry, Inc.
0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/05/05 | Telephone call from D. Weber regarding status of Plant 2 air permit; telephone conference with T. Rarick regarding same; review file for current Plant 2 application | MFM | .50 | 162.50 |
| 04/12/05 | Telephone calls with M. Werling regarding IDEM objection to sale | MFM | .20 | 65.00 |
| 04/13/05 | Telephone calls with M. Werling and R. Hurley regarding Attorney General's Office proposed objection and insurance policy; conference with R. Stanley; telephone call from T. Junk | MFM | .50 | 162.50 |
| 04/13/05 | Review State's objection to sale and conference Stanley regarding same | LDB | .20 | 69.00 |
| 04/14/05 | Telephone calls regarding bankruptcy/environmental claims and respond to questions | MFM | .30 | 97.50 |
| 04/19/05 | Teleconference with D. Weber regarding permit issues; Teleconference with J. Burns regarding environmental issues | MFM | .40 | 130.00 |
| 04/20/05 | Conference with M. McGrath regarding researching how to transfer air permits; research same | DML | .80 | 164.00 |
| 04/20/05 | Conference with D.M. Lenahan regarding permit transfer issue research | MFM | .20 | 65.00 |
| 04/25/05 | Review administrative code provisions on transferring ownership of permits; draft email to M. McGrath regarding same | DML | 1.20 | 246.00 |
| 04/25/05 | Telephone call from D. Weber regarding NPDES Permit; Conference with D.M. Lenahan on same | MFM | .40 | 130.00 |
| 04/26/05 | Revise email regarding transferring permits | DML | .10 | 20.50 |
| 04/26/05 | E-mails to and from D.Weber/D.Maude regarding permits and liability for new/old owners | MFM | .50 | 162.50 |

## BAKER & DANIELS

Total Services.............................................................................. Hours    5.30    1,474.50

Total Services And Disbursements......................................................$          1,474.50

**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

May 25, 2005
Invoice Number 1230957

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through April 30, 2005 and not reflected on a prior bill:

0000100  Employment Matters

| | | |
|---|---|---|
| Total Services............................$ | 728.00 | |
| Total Disbursements..................$ | 0.00 | |
| Total This Matter.......................$ | 728.00 | |

Total This Invoice..........................................................................$ | 728.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS** LLP
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of April 30, 2005
Invoice Number 1230957

0080031     Auburn Foundry, Inc.
0000100     Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.0. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/01/05 | Review draft WARN notices | EEH | .50 | 130.00 |
| 04/20/05 | Review WARN issues and correspondence regarding possible extension notices | EEH | 1.90 | 494.00 |
| 04/26/05 | Review correspondence regarding WARN issues and conference | EEH | .40 | 104.00 |
| | Total Services.............................................................Hours | | 2.80 | 728.00 |
| | Total Services And Disbursements....................................................$ | | | 728.00 |

**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

May 25, 2005
Invoice Number 1230954

0080031     Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
April 30, 2005 and not reflected on a prior bill:

0004396   Employee Benefits

| | | |
|---|---|---|
| Total Services............................$ | 5,647.50 | |
| Total Disbursements..................$ | 16.91 | |
| Total This Matter.......................$ | 5,664.41 | |

Total This Invoice...........................................................................$         5,664.41

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS LLP**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  April 30, 2005
Invoice Number  1230954

0080031    Auburn Foundry, Inc.
0004396    Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/11/05 | Conference with D.D. Powers regarding minimum funding waiver and liability for failed payments; review Code authorities regarding personal or fiduciary liability | JWP | .90 | 369.00 |
| 04/20/05 | Analyze pension-related issues in light of pending sale of assets to Summit | DDP | 1.70 | 484.50 |
| 04/25/05 | T/C M. Reich and A. Mackey re AF Europe participation in resolution of AF pension issues in light of sale of AF assets to Summit (.9); conduct research re same and prepare for conference call w/ PBGC (1.6) | DDP | 2.50 | 712.50 |
| 04/26/05 | Conduct research re minimum funding waiver request rules re ability of AF Europe to step into the shoes of AF re underfunding obligations (1.2); analyze projected costs re same (.5); T/C J. Purcell re same (.4); participate in T/C w/ Sommer & Barnard orneys and B. Rogers of PBGC re same (.5); O/C re contact made by IRS in connection with minimum finding waiver request (.4) | DDP | 3.00 | 855.00 |
| 04/26/05 | Telephone call with D.D. Powers; review Internal Revenue Service regulations and authorities and previous filing for funding waiver regarding changes in bankruptcy outcome and controlled group member role | JWP | 1.40 | 574.00 |
| 04/27/05 | Analyze email re contact w/ IRS agent re AF minimum funding waiver request and impact of changed circumstances on same (.4); T/C M. Reich re same (.4) | DDP | .80 | 228.00 |
| 04/28/05 | O/C re contact w/ IRS on minimum funding waiver issues (.4); conduct research re same (.5) | DDP | .90 | 256.50 |
| 04/29/05 | T/C L. Wenino re status of 401(k) plans and distribution of account balances re same (1.4); T/C T. Slocum re same (.5); email correspondence re same (.4); conduct research re same | DDP | 6.60 | 1,881.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | (2.5); T/C A. Mackey re same and status of defined benefit plan issues (.5); prepare for and participate in board meeting re 401(k) issues (1.3) | | | |
| 04/29/05 | Conference with D.D. Powers regarding distributions from DC plans, employment termination, and plan termination issues | JWP | .70 | 287.00 |
| | Total Services............................................................ Hours | | 18.50 | 5,647.50 |

| Date | Disbursements | | Total |
|------|---------------|---|-------|
| 04/29/05 | Computerized Research   Westlaw | | 1.92 |
| | Total For  Computerized Research | | 1.92 |
| 04/26/05 | Caller: Powers :  317 713-3595 | | 5.79 |
| 04/28/05 | Caller: Powers :  317 713-3562 | | 3.06 |
| 04/29/05 | Caller: Powers :  317 713-3500 | | 6.14 |
| | Total For  Long Distance Telephone | | 14.99 |

Total Disbursements............................................................................. $    16.91

Total Services And Disbursements....................................................$    5,664.41

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

May 25, 2005
Invoice Number 1230953

0080031      Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through April 30, 2005 and not reflected on a prior bill:

0000001  General Services

| | | |
|---|---|---|
| Total Services............................$ | 82.00 | |
| Total Disbursements..................$ | 28.27 | |
| Total This Matter.......................$ | 110.27 | |

Total This Invoice...........................................................................$      110.27

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  April 30, 2005
Invoice Number  1230953

0080031     Auburn Foundry, Inc.
0000001     General Services

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 03/23/05 | Conference with J. Burns regarding potential rescue strategies with new investors (.2) | SAC | .20 | 82.00 |
| | Total Services............................................................Hours | | 0.20 | 82.00 |

| Date | Disbursements | | Total |
|------|---------------|--|-------|
| 04/05/05 | Caller: Powers :  260 925-0900 | | 2.15 |
| 04/07/05 | Caller: Powers :  260 925-0900 | | 0.41 |
| 04/14/05 | Caller: Powers :  260 925-0900 | | 1.23 |
| | Total For  Long Distance Telephone | | 3.79 |
| 04/08/05 | Other Copying Expenses | Misc Copies | 0.72 |
| 04/08/05 | Other Copying Expenses | Misc Copies | 2.00 |
| 04/15/05 | Other Copying Expenses | Misc Copies | 0.80 |
| 04/15/05 | Other Copying Expenses | Misc Copies | 0.72 |
| 04/22/05 | Other Copying Expenses | Misc Copies | 0.64 |
| 04/22/05 | Other Copying Expenses | Misc Copies | 2.60 |
| 04/28/05 | Other Copying Expenses | Misc Copies | 1.40 |
| | Total For  Other Copying Expenses | | 8.88 |

## BAKER & DANIELS

COPYING COSTS                                                                    15.60

Total Disbursements............................................................................ $        28.27

Total Services And Disbursements......................................................$        110.27

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

May 25, 2005
Invoice Number 1230949

0080031      Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
April 30, 2005 and not reflected on a prior bill:

0004426   Chapter 11

|  |  |  |
|---|---|---|
| Total Services.............................$ | 103,820.50 | |
| Total Disbursements..................$ | 8,922.88 | |
| Total This Matter.......................$ | 112,743.38 | |

Total This Invoice.............................................................................$      112,743.38

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  April 30, 2005
Invoice Number  1230949

0080031    Auburn Foundry, Inc.
 0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/01/05 | Conferences with J. Burns and G. Dale regarding WARN notices; review/revise WARN notices | MSB | 3.50 | N/C |
| 04/01/05 | Worked on WARN language and secured lender issues, including revised WARN notice language | GND | 1.90 | 598.50 |
| 04/01/05 | Review recent filings in order to organize and add additional liens to chart of mechanic's lien on property for wages | JLF | 3.50 | 490.00 |
| 04/01/05 | Work on press release, including exchange email with D. Maude regarding same | JRB | .60 | 225.00 |
| 04/01/05 | Work on WARN notice issues and consideration of compliance issues regarding same | JRB | 2.00 | 750.00 |
| 04/01/05 | Correspondence to E. Kos regarding potential bid for Plant 1 and follow-up regarding same | JRB | .30 | 112.50 |
| 04/01/05 | Telephone call with D. Kurt regarding sale issues (.2); respond to LeDuc inquiry regarding sale (.2) | JRB | .40 | 150.00 |
| 04/01/05 | Continue work on WARN notices and analysis of compliance issues | JRB | .70 | 262.50 |
| 04/01/05 | Telephone call with D. Maude regarding WARN issues (.2); consideration of issues raised and notice options (.4); follow-up regarding WARN revisions (.3); telephone call with D. Maude regarding potential purchaser issues (.3) | JRB | 1.20 | 450.00 |
| 04/01/05 | Work on sale preparation and related issues and consideration of bank issues regarding same | JRB | 1.50 | 562.50 |
| 04/01/05 | Consider employee wage claim issues, examine spreadsheet re same (.3); review additional filings re same (.3); office conference re liquidating plan needs, assess needs re same (.4); re sale motion, review notice-related issues, applicable rules, telephone conference with case administrator re same, | MAW | 3.90 | 936.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | office conferences re same (2.0); draft separate motion requested by Court re hearing on sale motion (.5); e-mail re service, case-related issues, e-mail to, from D. Maude re notice needs re potential bidders (.3); assess publication needs re sale, e-mail re same (.1) | | | |
| 04/01/05 | Conduct legal research re "negative notice" and notice requirements for a "363 sale" motion that requests a hearing, utilizing the Bankruptcy code, rules, and relevant case law (2.2); conference with M. Werling re same (.3); conference with M. Werling re research and preparation of a proposed sale of liquidation (.1); initiate legal research re same (2.1) | MFJ | 4.70 | N/C |
| 04/04/05 | Office conference re status of bidding process and potential impact of pension plans on same; conduct research re same | DDP | 1.80 | N/C |
| 04/04/05 | Continue legal research re the drafting of a proposed plan of liquidation | MFJ | 1.10 | 176.00 |
| 04/04/05 | Worked on publication of notice of sale, including conference with Journal Gazette and News Sentinel re same; review recent filings; Pacer research | JLF | 1.40 | 196.00 |
| 04/04/05 | Extended telephone call with D. Maude regarding sale issues (.4); telephone call with E. Triebold regarding sale issues and follow-up issues raised (.5); consideration of notice, hearing and sale issues and options (.6) | JRB | 1.50 | 562.50 |
| 04/04/05 | Telephone call with J. Athanas regarding sale issues and consideration of options for dealing with same | JRB | .60 | 225.00 |
| 04/04/05 | Telephone call with D. Maude regarding tax and accounting issues and follow-up regarding issues raised (.5); work on sale issues (.7) | JRB | 1.20 | 450.00 |
| 04/04/05 | Telephone call with potential purchaser counsel regarding auction and sale issues and consideration of sale logistics | JRB | .70 | 262.50 |
| 04/04/05 | Work on preference recovery issues | JRB | .60 | 225.00 |
| 04/04/05 | Review and consider sale proposals and structure of APA and potential bank agreements for bank funded break-up fees | JRB | .80 | 300.00 |
| 04/04/05 | Prepare for auction and hearing to approve sale | JRB | .80 | 300.00 |
| 04/04/05 | Telephone call with D. Maude regarding bank and purchase issues (.4); follow-up issues raised and consider options for liquidation of remaining assets (.5) | JRB | .90 | 337.50 |
| 04/04/05 | Telephone conference with UST re sale motion issues (.3); office conferences re publication needs for auction (.3); work on text of publication notice, circulate same for comment (.5); | MAW | 2.00 | 480.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review docket and assess sale-related timing (.4); review and comment on WARN notices (.2); office conferences re Court calendar for available hearing dates, review same (.3) | | | |
| 04/05/05 | Conduct research on whether debtor has obligation to advise IRS of changed circumstances on 9-15-04 minimum funding waiver request; analyze same re relevant representations to IRS | DDP | 2.70 | 769.50 |
| 04/05/05 | Continue legal research re proposed plan of liquidation, specifically, the framework, required components, and relevant language of the plan in seeking to protect the client's interests (1.0); initiate legal research re formal requirements for an approved auction sale (1.2) | MFJ | 2.20 | N/C |
| 04/05/05 | Review recent filings; confer with Linda at Fort Wayne Newspapers re notice | JLF | .70 | N/C |
| 04/05/05 | Review correspondence from H. Efroymson regarding sale issues; consider appropriate response and respond to same | JRB | .60 | 225.00 |
| 04/05/05 | Telephone call with C. Reckler and C. Shueller regarding sale procedures and consider issues raised | JRB | .50 | 187.50 |
| 04/05/05 | Review, consider and respond to further correspondence regarding sale and administrative claims issues | JRB | .30 | 112.50 |
| 04/05/05 | Telephone call with D. Maude regarding potential purchaser and consideration of issues raised | JRB | .30 | 112.50 |
| 04/05/05 | Telephone call with counsel for potential purchaser and consider issues raised | JRB | .40 | 150.00 |
| 04/05/05 | Telephone call with counsel for additional bidder (.3); telephone call with J. Athanas regarding pending offers (.2); follow-up issues raised (.3); telephone call with K. Klink regarding potential interested party (.2) | JRB | 1.00 | 375.00 |
| 04/05/05 | Work on APA and sale issues | JRB | 1.50 | 562.50 |
| 04/05/05 | Work on APA and other sale issues | JRB | 1.20 | 450.00 |
| 04/05/05 | Telephone call with T. Woehlke regarding additional potential buyers and strategy for dealing with same to maximize number of bidders for company assets (.3); consideration of issues raised and options for dealing with same (.5) | JRB | .80 | 300.00 |
| 04/05/05 | Review status of UST filings re MOR's, Order re same (.2); review and participate in case related e-mail, office conferences re next steps preparing for sale (.4); telephone conference with Park Ohio counsel re APA related needs, follow-up re assembly of requested information (.6); follow- | MAW | 2.00 | 480.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
|  | up office conference re newspaper publication of sale, review e-mail re same (.2); review and assess The Reserve Group's APA (.6) |  |  |  |
| 04/06/05 | Read and review prior pleadings, provided by M. Werling, re plan of liquidation (.8); initiate legal research re liquidation procedures and winddown requirements (1.2); examine previous legal research re environmental issues surrounding the sale of Plant One for successor liability considerations upon liquidation (.8) | MFJ | 2.80 | N/C |
| 04/06/05 | Work on APA and other sale issues | JRB | .80 | 300.00 |
| 04/06/05 | Prepare for and telephone call with P. Mears regarding possible bidder and follow-up regarding inquiries regarding sale | JRB | .60 | 225.00 |
| 04/06/05 | Telephone call with C. Heiny regarding potential purchaser and follow-up regarding inquiries raised | JRB | .60 | 225.00 |
| 04/06/05 | Work on APA | JRB | .70 | 262.50 |
| 04/06/05 | Work on fee application | JRB | .40 | 150.00 |
| 04/06/05 | Telephone call with J. Ancel regarding sale process and issues regarding same (.3); follow-up inquiries and consideration of sale procedure (.5) | JRB | .80 | 300.00 |
| 04/06/05 | Consider H. Efroymson regarding correspondence and draft correspondence to J. Athanas regarding Creditor's Committee issues | JRB | .50 | 187.50 |
| 04/06/05 | Telephone call with T. Woehlke and consideration of bidding issues | JRB | .40 | 150.00 |
| 04/06/05 | Work on APA including consideration of J. Athanas' comments regarding Reserve Group draft APA | JRB | 1.50 | 562.50 |
| 04/06/05 | Extended telephone call with B. Phillips regarding Eaton agreement modifications (.3); consideration of Eaton agreement issues and structure (.4) | JRB | .70 | 262.50 |
| 04/06/05 | Prepare and file interim application for fees | JLF | .60 | 84.00 |
| 04/06/05 | Work on drafting model APA for use at auction (2.7); review and participate in case-related e-mail re sale issues, office conferences re same (.4); continue assembly of documents requested by bidders (.5); review and assess comments on The Reserve Group's APA (.4) | MAW | 4.00 | 960.00 |
| 04/06/05 | Continue research re IRS notification re minimum funding waiver request; develop recommendation to client | DDP | 2.40 | 684.00 |
| 04/07/05 | Conduct extensive legal research of case law in the circuits | MFJ | 4.50 | 720.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | and secondary authorities re the definition of "sale" for both notice purposes under section 363 of the bankruptcy code and funding considerations (3.1); compile relevant research and draft memo re same (.5); memo re settlement negotiations with Hanson Aggregates and Motion Industries (.1); legal research re potential environmental successor liability concerns related to sale of Plant One at auction (.8) | | | |
| 04/07/05 | Review and consider limited objection to sale by J. Young (.3); and telephone call with J. Young regarding same (.2) | JRB | .50 | 187.50 |
| 04/07/05 | Work on addendum to Eaton Accommodation Agreement | JRB | .80 | 300.00 |
| 04/07/05 | Work on addendum to Accommodation Agreement, including exchange email correspondence with J. Athanas regarding same | JRB | .80 | 300.00 |
| 04/07/05 | Multiple telephone calls with B. Phillips and company regarding addendum and revisions to same | JRB | .50 | 187.50 |
| 04/07/05 | Consideration of AG inquiry and strategy in responding | JRB | .40 | 150.00 |
| 04/07/05 | Work on APA and sale procedure | JRB | .80 | 300.00 |
| 04/07/05 | Extended telephone call with T. Woelhke regarding Eaton issues and sale issues (.4); consideration of and follow-up on issues raised (.5) | JRB | .90 | 337.50 |
| 04/07/05 | Telephone call with new potential purchaser of Plant 1 assets | JRB | .30 | 112.50 |
| 04/07/05 | Analyze email correspondence from L. Wenino re impact of WARN notice on rights of retirement plan participants to receive account balance distributions (.2); conduct research re same (.7); voicemail message to L. Wenino re same (.2) | DDP | 1.10 | 313.50 |
| 04/07/05 | Review and respond to C. Reckler correspondence | JRB | .30 | 112.50 |
| 04/07/05 | Work extensively on consolidated asset purchase agreement for use at auction (4.0); e-mail to, from counsel re notice-related sale issues (.3); telephone conferences with IDEM counsel re sale issues, related office conference, interoffice e-mail re same (.4); review and assess NHMG sale objection, with emphasis on dispute over "sale" date, office conferences re same; review and assess research findings re same (.7); review e-mail re preference recoveries (.1) | MAW | 5.50 | 1,320.00 |
| 04/07/05 | Telephone call with B. Phillips regarding operating and Bank issues (.2); follow-up with B. Phillips regarding same | JRB | .40 | 150.00 |
| 04/08/05 | Telephone call with P. Meers regarding potential purchaser and sale issues | JRB | .20 | 75.00 |
| 04/08/05 | Extended telephone call with T. Woehlke regarding potential | JRB | .80 | 300.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | bidders and sale issues (.4); consideration and follow-up regarding issues raised (.4) | | | |
| 04/08/05 | Telephone call with B. Phillips regarding EaglePicher purchase and release issues (.3); work on Amended Accommodation Agreement (.4); telephone call with B. Phillips regarding same (.2) | JRB | .90 | 337.50 |
| 04/08/05 | Work on sale issues and consideration of potential bidder inquiries | JRB | .70 | 262.50 |
| 04/08/05 | Work on relief from stay issues regarding NMHG (.4); telephone call with J. Young regarding limited objection (.2) | JRB | .60 | 225.00 |
| 04/08/05 | Telephone call with J. Athanas regarding sale issues and procedures (.2); follow-up and consideration of issues raised and sale procedure options (.4) | JRB | .60 | 225.00 |
| 04/08/05 | Review recent filings | JLF | .20 | N/C |
| 04/08/05 | Work APA revisions and drafting of standard APA for use by potential bidders | JRB | 1.20 | 450.00 |
| 04/08/05 | Analysis and consideration of stay relief motion issues | JRB | .50 | 187.50 |
| 04/08/05 | Continue work on consolidated asset purchase agreement (1.8); telephone conference re Baden Gage property tax work issues (.2); review and assess miscellaneous case e-mail (.2); review bid procedures, assess related needs for auction (.3); begin work on assessing disposition of unpaid administrative claims, effect of same as basis for sale objection, next steps in case (1.0) | MAW | 3.50 | 840.00 |
| 04/08/05 | Telephone conference L. Wenino re retirement plan distribution issues in light of impending employee terminations; conduct research re same | DDP | 2.10 | 598.50 |
| 04/08/05 | Work on APA draft and multiple emails to counsel for potential bidders regarding same | JRB | .80 | 300.00 |
| 04/09/05 | Consideration of sale issues and options and best means to continue operations through auction | JRB | .70 | 262.50 |
| 04/10/05 | Review correspondence regarding sale procedures and consideration of sale and auction issues (.4); work on auction procedures (.4) | JRB | .80 | 300.00 |
| 04/11/05 | Research on IRS minimum funding waiver application process in light of pending auction sale; office conference re same; telephone conference J. Purcell re same | DDP | 2.40 | 684.00 |
| 04/11/05 | Conference with M. Merklin regarding APA (.4); and follow-up work on APA and sale issues (.4) | JRB | .80 | 300.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/11/05 | Telephone call with J. Athanas regarding Court's Order and sale procedures (.3); telephone call with M. Merklin regarding sale procedures (.3); work on notice issues and sale procedures (.9) | JRB | 1.50 | 562.50 |
| 04/11/05 | Extended telephone call with D. Maude and J. Vantien regarding sale procedures (.4); consideration of issues raised (.3) | JRB | .70 | 262.50 |
| 04/11/05 | Consideration of environmental issues and potential objection from IDEM | JRB | .80 | 300.00 |
| 04/11/05 | Work on emergency motion to set hearing and consideration of issues and options related thereto | JRB | 1.30 | 487.50 |
| 04/11/05 | Telephone call with J. Athanas regarding implications of Court's order denying motion to set hearing (.4); follow-up consideration of issues raised (.6) | JRB | 1.00 | 375.00 |
| 04/11/05 | Telephone call with J. Athanas and C. Reckler regarding sale issue (.3); work on APA and sale issues (.4) | JRB | .70 | 262.50 |
| 04/11/05 | Office conferences regarding real estate matters; telephone call (3) D. Wolf at Duane Brown Engineering regarding creation of legal description for portion of Plant 2; telephone call DeKalb County Treasurer's office requesting tax bills for parcels affecting Plant 2; compile list of tax parcels for Plant 2 and fax to Treasurer | JEH | 2.50 | 387.50 |
| 04/11/05 | Review recent filings; Pacer research | JLF | .50 | 70.00 |
| 04/11/05 | Review and assess IDEM objection to sale (1.2); prepare and file new emergency sale motion, research in support of same, related office conferences, conferences with Bank counsel re same, research on J. Grant decision in support of same (4.5); review and participate in office conferences, e-mail with client, potential buyers re all aspects of sale (1.5); review and assess Plant 2 property tax summary (.3); continue attention to real estate, title, landfill related issues, office conferences re same (1.0) | MAW | 8.50 | 2,040.00 |
| 04/11/05 | Review correspondence from prospective buyers' counsel and consideration of responses and assembling information regarding same (.8); correspondence with B. Phillips regarding customer orders (.2); work on real estate issues (.5) | JRB | 1.50 | 562.50 |
| 04/11/05 | Telephone call with B. Phillips regarding sale and customer issues (.3); follow-up regarding inquiries and consider sale issues (.50 | JRB | .80 | 300.00 |
| 04/11/05 | Review correspondence from P. Mears; consider issues raised | JRB | .60 | 225.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | and draft response | | | |
| 04/12/05 | Follow-up regarding sale motion and potential for hearing (.4); exchange email with J. Athanas regarding sale issues (.3); telephone call with T. Woehlke regarding prospective purchasers and sale process (.2); follow-up regarding sale and notice issues (.7) | JRB | 1.60 | 600.00 |
| 04/12/05 | Telephone call DeKalb County Treasurer's office regarding real estate tax matter; review real estate tax bills; review files for reduced copy of Plant 2 survey | JEH | 1.50 | 232.50 |
| 04/12/05 | Email correspondence re required or advisable communications with PBGC in light of recent developments in bankruptcy (.7); conduct research re same (.9) | DDP | 1.60 | 456.00 |
| 04/12/05 | Review EaglePicher bankruptcy filings and consideration of critical vendor issues (.6); correspondence with EaglePicher counsel regarding same (.3) | JRB | .90 | 337.50 |
| 04/12/05 | Telephone call with J. Young regarding forklift trucks and follow-up regarding inquires | JRB | .40 | 150.00 |
| 04/12/05 | Review additional preference payments; research re motion to compromise preference claims; confer with M. Juba re same; Pacer research; prepare preference analysis for Dauber Co.; gather condensed survey drawings; research re opposition to motion to dismiss | JLF | 3.40 | 476.00 |
| 04/12/05 | Consideration of sale issues and timing (.3); exchange correspondence among H. Efroymson and J. Athanas regarding sale issues (.5); telephone call with D. Maude regarding sale issues (.2) | JRB | 1.00 | 375.00 |
| 04/12/05 | Work on compilation of information for APA schedules, related office conferences re same, real estate issues (1.5); work on additional APA edits, review latest draft of same (.5); participate in various office conferences, e-mail re case, sale developments (1.0); review and assess statements in support of emergency relief, office conferences re same (.4); telephone conference, office conferences re new Kendallville based bidder (.4) | MAW | 3.80 | 912.00 |
| 04/12/05 | Work on real estate and environmental issues | JRB | .80 | 300.00 |
| 04/12/05 | Consider correspondence from P. Mears and prepare response (.3) telephone call with P. Mears and M. Hohman regarding sale issues (.2); follow-up regarding issues and requests made on behalf of potential purchaser and response to same (.5) | JRB | 1.00 | 375.00 |
| 04/12/05 | Prepare for and participate in conference call with J. Athanas, | JRB | .70 | 262.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | C. Reckler and C. Schuyler regarding sale issues and procedures | | | |
| 04/12/05 | Consider correspondence from M. Eidelman regarding potential bidder and sale procedures (.3); prepare for and telephone call with M. Eidelman regarding sale issues (.3); follow-up inquiries and email with M. Eidelman regarding same (.4) | JRB | 1.00 | 375.00 |
| 04/12/05 | Research and revise draft settlement agreement with Hanson Aggregates (1.0) | MFJ | 1.00 | 160.00 |
| 04/13/05 | Telephone conference with M. Werling regarding notice of IDEM claim to Kemper Insurance; review e-mail from M. McGrath regarding same; telephone conference with B. Stanley and J. Burns regarding notifying Kemper of claim for coverage; e-mail J. Burns regarding same | RMH | .80 | N/C |
| 04/13/05 | Negotiate changes in APA and working on revisions to same raised by potential purchasers | JRB | .70 | 262.50 |
| 04/13/05 | Telephone call with J. Ancel regarding sale issues | JRB | .30 | 112.50 |
| 04/13/05 | Consideration of judge's order denying motion for emergency relief and options for dealing with same (.8); extended telephone call with J. Athanas regarding sale issues and timing (.4); telephone call with D. Maude regarding sale timing issues (.3) | JRB | 1.50 | 562.50 |
| 04/13/05 | Exchange correspondence with counsel for potential purchasers regarding sale timing and procedures (.6); work on real estate descriptions and survey issues (.5) | JRB | 1.10 | 412.50 |
| 04/13/05 | Exchange correspondence with J. Athanas regarding execution of APA and related issues, including consideration of issues raised | JRB | .50 | 187.50 |
| 04/13/05 | Work on IDEM issues | JRB | .50 | 187.50 |
| 04/13/05 | Exchange correspondence with M. Merklin and J. Athanas regarding Reserve APA (.5); work on auction terms (.4) | JRB | .90 | 337.50 |
| 04/13/05 | Conference with L. Beckwith regarding background research on insurance coverage | RKS | .20 | N/C |
| 04/13/05 | Worked on Title Insurance issues, including telephone conference with LandAmerica and Chicago Title national offices requesting price quotes for $4,000,000 owner's title policy, telephone conference with G. Albin at Century Title Services requesting copy of 2000 loan policy insuring Bank of America, several telephone conferences with D.A. Brown Engineering requesting copies of 2000 surveys for Plants 1 | JEH | 2.00 | 310.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | and 2 in pdf format | | | |
| 04/13/05 | Worked on real estate issues, including research regarding DeKalb County zoning and subdivision law | JAB | 1.10 | 346.50 |
| 04/13/05 | Worked on Hanson preference amount; continue preparation of preference analysis for Dauber Co., Inc.; review recent filings | JLF | 2.40 | 336.00 |
| 04/13/05 | Conduct research on pension-related controlled group issues, PBGC premium issues, and employee termination issues (2.5); telephone conference J. Rose re potential conflict issues re consulting services to directors/owners (.6) | DDP | 3.10 | 883.50 |
| 04/13/05 | Attention to real estate, title issues, confer with paralegal re same (1.7); work on related inquiries re APA schedules, data (.8); work on related APA schedule issues for submission to bidders (.6); review order on notice, related office conferences, telephone conferences re same (.6); assess next steps in response to same; prepare and file revised sale pleadings (1.5); participate in office conferences, case e-mail re next steps in sale (.8); review IDEM e-mail re Kemper claim (.1); review edits and execution copies of APA's (.4); telephone conference with IDEM re sale issues (.3); office conference re same (.2); analyze tax data for Plant 2, office conference re same (.3); review pleadings re committee withdrawal motion, order re same (.2); review and assess Bank, committee pleadings in support of debtor's emergency motion (.3) | MAW | 7.80 | 1,872.00 |
| 04/13/05 | Extended telephone call with M. Merkler regarding the Reserve offer (.3); telephone call with M. Merkler and J. Athanas regarding sale issues and possible operations after 4/22/05 (.3): follow-up regarding sale issues and auction procedure (.6) | JRB | 1.20 | 450.00 |
| 04/13/05 | Consideration of PBGC issues and strategy for dealing with same | JRB | .40 | 150.00 |
| 04/13/05 | Telephone call with T. Woehlke regarding EaglePicher bankruptcy issues affecting AF receivable (.3); telephone call with B. Phillips regarding EaglePicher issues and options (.2); consideration of issues raised and potential for preserving Accommodation Agreement (.4) | JRB | .90 | 337.50 |
| 04/13/05 | Work on real estate issues | JRB | .50 | N/C |
| 04/13/05 | Conduct legal research re motion to approve settlement (0.8); draft motion, order, and notice of motion (.7) | MFJ | 1.50 | N/C |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/13/05 | Correspondence to counsel for potential buyers regarding auction issues and revise APA | JRB | 1.00 | 375.00 |
| 04/13/05 | Telephone call with J. Burns (joined by R. Hurley) regarding State of Indiana request for information | RKS | .30 | N/C |
| 04/13/05 | Read series of emails regarding insurance coverage | RKS | .30 | N/C |
| 04/13/05 | Conference with M. McGrath regarding State of Indiana request for information regarding insurance coverage | RKS | .20 | N/C |
| 04/14/05 | Telephone call with T. Woehlke regarding sale and operations issues and consideration of issues raised (.6); telephone call with potential bidder (.2); work on bid procedures (1.3) | JRB | 2.10 | 787.50 |
| 04/14/05 | Finalize draft agreed motion to approve preference demand settlement with Hanson Aggregates (.4); electronic conference with counsel for Hanson Aggregates, G. Taylor, re agreed motion to approve preference demand settlement and final version of the settlement agreement for the parties' signatures (.5) | MFJ | .90 | 144.00 |
| 04/14/05 | Telephone call with B. Phillips regarding sale and bid issues (.3); telephone call with S. Summers regarding real estate issues (.2) | JRB | .50 | 187.50 |
| 04/14/05 | Telephone call with E. Kos regarding bid procedures and follow-up regarding issues raised (.3); telephone call with T. Yoder regarding OmniSource bid issues and follow-up regarding issues raised (.3) | JRB | .60 | 225.00 |
| 04/14/05 | Extended telephone call with P. Mears regarding auction issues and consider issues raised (.5); consideration of environmental matters and correspondence with T. Junk regarding same | JRB | 1.00 | 375.00 |
| 04/14/05 | Exchange correspondence with H. Efroymson regarding sale issues and procedures (.4); exchange correspondence with counsel for Dexter regarding potential bid and consideration of inquiries regarding sale issues (.5) | JRB | .90 | 337.50 |
| 04/14/05 | Conduct research re liability for failure to pay for PBGC premiums (1.4); telephone conference J. Purcell re same (.3); telephone conference J. Rose re pension issues (1.3); draft memo re same (1.7); telephone conference A. Mackey re controlled group issues (.3); email A. Mackey re same (.3); conduct research re possibility of controlled group member assuming pension plans v. distress termination and PBGC reaction to same (.9) | DDP | 6.20 | 1,767.00 |
| 04/14/05 | Worked on preference analysis for Air Products & Chemicals, | JLF | 5.30 | 742.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Inc., Stag Iron & Metal Corp., Heco, Inc., S&S Oil Co., Midwest Pipe & Steel, Inc., Hydraserve, Inc., Metallic Steel Abrasive Co., Flex-Pac, Inc.; review recent filings | | | |
| 04/14/05 | Consider inquiry from Reserve Group counsel regarding sale issues and respond to same | JRB | .40 | 150.00 |
| 04/14/05 | Additional attention to real estate, title issues, office conferences re same (1.2); participate in multiple office conferences, telephone conferences, e-mail re sale-related issues (1.6); telephone conference with PBGC re sale concerns, office conference re same (.3); office conferences re service and notice issues (.2); work on motion to withdraw pending motion; check Rules re same; office conference re same (.5) | MAW | 3.80 | 912.00 |
| 04/14/05 | Considered survey, zoning and subdivision control issues | JAB | .50 | 157.50 |
| 04/14/05 | Correspondence to bidders' counsel regarding bid issues and procedures and otherwise prepare for auction of Debtor's assets | JRB | 1.50 | 562.50 |
| 04/14/05 | Consideration of inquiries from bank counsel and respond to same | JRB | .60 | 225.00 |
| 04/14/05 | Work on real estate description and landfill issues affecting sale | JRB | .70 | 262.50 |
| 04/15/05 | Exchange correspondence with M. Merklin regarding sale of bank debt and impact on auction | JRB | .50 | 187.50 |
| 04/15/05 | Telephone conference J. Rose re pension exposure analysis; multiple emails to A. Mackey and J. Ancel re same | DDP | 4.70 | 1,339.50 |
| 04/15/05 | Respond to J. Carlberg inquiry regarding sale issues and procedure | JRB | .40 | 150.00 |
| 04/15/05 | Several exchanges of correspondence with M. Eidelman regarding Summit's purchase of Bank of America debt and its intentions regarding continued operations and scheduled auction and consideration of issues raised | JRB | 1.00 | 375.00 |
| 04/15/05 | Respond to T. Junk inquiries and document requests | JRB | .50 | 187.50 |
| 04/15/05 | Telephone call with J. Ancel regarding sale issues (.3); telephone call with D. Maude regarding Summit's purchase of debt (.4); consideration of impact on sale and potential changes in procedure (1.5) | JRB | 2.20 | 825.00 |
| 04/15/05 | Prepare for and participate in call to T. Junk of IDEM regarding environmental issues and options | JRB | 1.00 | 375.00 |
| 04/15/05 | Participate in follow-up call with Indiana Attorney General re | MAW | 5.80 | 1,392.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Kemper policy (.3); extensively review and evaluate bids, redline differences between same (2.0); participate in telephone conferences, office conferences and related e-mail re buyout of bank debt, next steps in case (2.0); outline steps for potential new sale motion, bid procedures (.5); update and edit motion to withdrawal sale motion, office conferences re same (.4); review and participate in case-related e-mail (.2); analyze next steps in case re PBGC, pension claim disposition (.4) | | | |
| 04/15/05 | Consider cash use issues and options | JRB | 1.20 | 450.00 |
| 04/15/05 | Consider potential NLRB issues, including conference with client regarding same | MSB | 1.00 | 200.00 |
| 04/15/05 | Telephone call with M. Eidelman regarding cash use and sale issues (.3); consideration of issues raised (.7) | JRB | 1.00 | 375.00 |
| 04/15/05 | Exchange correspondence with H. Efroymson regarding sale issues and consideration of issues raised and options for dealing with same | JRB | .80 | 300.00 |
| 04/16/05 | Prepare for Section 363 auction, including review of all proposals and consideration of auction procedure | JRB | 1.20 | 450.00 |
| 04/17/05 | Prepare for Section 363 auction, including review of all proposals and consideration of auction procedure | JRB | 1.50 | 562.50 |
| 04/18/05 | Conference call with J. Burns and Vedder Price counsel regarding general matters and request for conference call | GND | .10 | 31.50 |
| 04/18/05 | Exchange correspondence with J. Carlberg regarding auction issues | JRB | .20 | 75.00 |
| 04/18/05 | Work on preferences issues | JRB | .30 | 112.50 |
| 04/18/05 | Conference with H. Efroymson regarding auction issues affecting Creditors Committee | JRB | .30 | 112.50 |
| 04/18/05 | Post-auction meeting with M. Eidelman and clients regarding sale issues | JRB | .70 | 262.50 |
| 04/18/05 | Exchange correspondence with E. Kos regarding auction issues | JRB | .30 | 112.50 |
| 04/18/05 | Attend and participate in asset auction | DDP | 2.30 | N/C |
| 04/18/05 | Gather materials for auction; assist in auction | JLF | 2.30 | 322.00 |
| 04/18/05 | Prepare for and participate in auction, related conferences (6.5); prepare for and participate in stay relief proceedings on fork\lifts (.5) work on follow-up requests from new senior lender (.5); follow-up attention to status of mechanic's liens (.5); review and assess Tomkins pre-auction claim assignment, | MAW | 8.40 | 2,016.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | office conferences re implications for same (.2); review pre-auction e-mail from Charleston re same issues (.2) | | | |
| 04/18/05 | Attend and assist J. Burns and M. Werling with Section 363 sale auction | MFJ | 2.60 | N/C |
| 04/18/05 | Prepare for and conduct auction of Plant 1 and 2 assets | JRB | 6.70 | 2,512.50 |
| 04/18/05 | Conferences with counsel for Summit Investments regarding purchase of assets and follow-up regarding inquiries raised | JRB | 1.30 | 487.50 |
| 04/18/05 | Prepare for and participate in Board meeting | JRB | 1.20 | 450.00 |
| 04/19/05 | Consider and respond to inquiry from H. Efroymson regarding preference issues | JRB | .40 | 150.00 |
| 04/19/05 | Telephone conference with M. Wehrling regarding IDEM request for documents sent to Kemper; prepare additional copies of CDs; draft letter to Tim Junk | RMH | 1.60 | 272.00 |
| 04/19/05 | Consider environmental issues and request from T. Junk (.4); telephone call with D. Maude regarding environmental issues (.3) | JRB | .70 | 262.50 |
| 04/19/05 | Worked on real estate issues, including review survey regarding exclusion of landfill, review DeKalb County Zoning Ordinance and Subdivision Control Ordinance regarding sale of Plant 2 without landfills | JAB | 1.10 | 346.50 |
| 04/19/05 | Consideration of and work on real estate transfer issues | JRB | 1.10 | 412.50 |
| 04/19/05 | Consideration of post-auction operational issues and options for financing | JRB | .50 | 187.50 |
| 04/19/05 | Office conferences, interoffice e-mail re Kemper policy issues, IDEM concerns, assess status of same (.4); review letter from forklift lessor re stay relief, deliveries; office conferences re same (.3); work on requests for information from new senior lenders (.5); office conferences re next steps in case (.2); continue review of findings re wage claims, follow-up research re priority of same (2.0); review and assess Sitko related e-mail (.2); review and assess preference case summaries, office conferences re same (.4); office conferences re NHMG issues, review correspondence re same (.3); review fee statement by committee counsel (.1); follow-up attention to IDEM draft objection, effect of credit bid on same (.5); review and comment on proposed Board resolutions (.3); review detailed UCC updated report (.2) | MAW | 5.50 | 1,320.00 |
| 04/19/05 | Prepare preference analysis for Sturgis Iron & Metal (.3); confer with M. Juba re same (.1); prepare spreadsheet of current pending preferences and status along with new | JLF | 4.20 | 588.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | preferences and projected status (1.4); gather materials in support of same (.3); confer with M. Juba and M. Werling re same (.2); review recent correspondence re preferences (.3); amend preference analysis for S&S Oil, Midwest Pipe & Steel and Dauber Co. (.4); Pacer research re cash use agreements (.2); confer with M. Werling re same (.2); Pacer research re conflict preference complaints (.5) ; confer with M. Juba re same (.3) | | | |
| 04/19/05 | Office conference regarding auction of real estate; telephone conference with D. Wolf at D.A. Brown Engineering requesting price quote for creation of separate legal descriptions for two landfill parcels | JEH | .80 | 124.00 |
| 04/19/05 | Work on environmental issues | JRB | .90 | 337.50 |
| 04/19/05 | Compile current preference data and develop, edit, and finalize a summary spreadsheet of preference activity, as per M. Werling, for the purpose of reporting the information to the Creditor's Committee (1.3); conferences with J. Faulkner re same (.2); conference with M. Werling re same (.1); initiate additional legal research re mechanics' wage claims as mechanics' liens under Indiana law (2.4); continue legal research re proposed plan of liquidation and necessary elements for approval (1.5) | MFJ | 5.50 | 880.00 |
| 04/19/05 | Work on deposit return issues and arrange for same | JRB | .50 | 187.50 |
| 04/19/05 | Prepare for and respond to J. Young regarding forklifts lease issues | JRB | .50 | 187.50 |
| 04/19/05 | Draft Board minutes authorizing sale of debtor's assets | JRB | .60 | 225.00 |
| 04/19/05 | Consider H. Efroymson inquiry regarding plan or liquidation options | JRB | .70 | 262.50 |
| 04/20/05 | Continue work on sale issues | JRB | .80 | 300.00 |
| 04/20/05 | Telephone conference with M. Werling regarding IDEM request for insurance information | RMH | .20 | 34.00 |
| 04/20/05 | Review Board minutes and correspondence to D. Ewing regarding same | JRB | .30 | 112.50 |
| 04/20/05 | Work on employment issues regarding impending termination | JRB | .40 | 150.00 |
| 04/20/05 | Consideration of Disclosure Statement status and strategy | JRB | .30 | 112.50 |
| 04/20/05 | Research and compile case law, scholarly authorities, and relevant statutory texts re Indiana mechanics' wage claims as mechanics' liens for M. Werling's review and analysis (1.9); continue legal research re proposed plan of liquidation (1.7) | MFJ | 3.60 | 576.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/20/05 | Follow-up examination of research re auction procedure utilized in Fort Wayne Division, admissibility of filing separate sale motion (1.2); work on analysis of next steps in case re administrative solvency, disposition of landfills (2.0); telephone conference with D. Maude re wage claim issues, follow-up e-mail re same (.3); office conferences re WARN notice, consult with D. Maude re same, review related e-mail re same; review prior WARN notices re same (.6); prepare for and attend hearing on Second Amended Disclosure Statement (.6) | MAW | 4.70 | 1,128.00 |
| 04/20/05 | Review recent filings | JLF | .50 | 70.00 |
| 04/20/05 | E-mails to/from J. Burns; review client e-mail regarding WARN extensions; conference with T. Hollis regarding same | GND | .30 | 94.50 |
| 04/21/05 | Work on real estate and other post-auction issues in connection with proposed sale of assets | JRB | .60 | 225.00 |
| 04/21/05 | Telephone conferences (2) with J. Sestito regarding real estate matters; telephone conference with D. Maude regarding access for landfill site | JEH | .70 | 108.50 |
| 04/21/05 | Itemize time entries for itemized statement | JLF | 2.00 | 280.00 |
| 04/21/05 | Follow-up attention to Kemper, IDEM inquiries (.3); telephone conference with Attorney Proctor re E. Rosenbrock, assess status of pleadings re same (.3); office conference with T. Woehlke, Summit re sale related issues (.3); office conferences re title and survey issues, follow-up consideration of same (.5); follow-up assessment of issues raised by same (.2) | MAW | 1.60 | 384.00 |
| 04/21/05 | Conduct legal research re Judge Grant's prior treatment of Section 363 sales in post-auction orders in previous reorganization and liquidation cases to verify proper procedure in moving forward with the request to approve the sale of AFI | MFJ | 2.20 | 352.00 |
| 04/22/05 | Telephone conference with J. Sestito regarding subdivision and survey matters; telephone conference with D. Wolf at D.A. Brown Engineering regarding same; office conference regarding real estate issues | JEH | 1.00 | 155.00 |
| 04/22/05 | Review and participate in case-related e-mail (.2); review and assess IDEM inquiry (.1); continue attention to wage claim priority analysis (1.4); follow-up attention to real estate survey issues; review e-mail re same (.3); review and assess next steps re potential order for cash use, DIP funding (.5) | MAW | 2.50 | 600.00 |
| 04/22/05 | Participate in Board meeting and consideration of issues raised | JRB | .90 | 337.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/22/05 | Consideration of operational and sale issues (.4); review board resignations and follow-up correspondence to J. Ancel regarding same (.3) | JRB | .70 | 262.50 |
| 04/24/05 | Review and assess proposed stipulation re E. Rosenbrock's unsecured claim | MAW | .20 | 48.00 |
| 04/24/05 | Review e-mail correspondence re title and survey issues; follow-up e-mail correspondence with J. Harber re same | DPD | .30 | 75.00 |
| 04/25/05 | Conference with M. Werling regarding IDEM request for Kemper policy information | RMH | .30 | 51.00 |
| 04/25/05 | Telephone conference with D. Maude re forktruck, sale-related issues (.3); office conference re disposition of Senior, Junior DIP claim to proceeds, begin analysis of same (.7); review service list to ensure completeness re all creditor notices (.3); telephone conference with R. Hurley re Kemper issues (.2); office conference with D. Powers re pension issues (.3); office conference re sale hearing options, continue to assess same (.4) | MAW | 2.20 | 528.00 |
| 04/25/05 | Office conference regarding easement and subdivision issues with conveyance of Plant 2 without landfill property | JAB | .20 | 63.00 |
| 04/25/05 | Conduct legal research and docket research, as per M. Werling, re status of Mellon Consulting, Inc.'s and Ernst & Young, LLP's filing history as to itemized statements and fee applications for the purpose of determining whether the professional services not yet paid by the client represent administrative claims against the estate (1.3); memo to M. Werling re same (.3) | MFJ | 1.60 | 256.00 |
| 04/25/05 | Work on sale motion and approval issues | JRB | 1.30 | 487.50 |
| 04/25/05 | Extended telephone call with M. Eidelman regarding sale issues and cash use (.4); extended telephone call with D. Maude regarding sale issues (.4); follow-up telephone call with M. Eidelman regarding sale, cash use and operational issues (.3); consideration of issues raised and options for dealing with same (1.2) | JRB | 2.30 | 862.50 |
| 04/25/05 | Consider Summit due diligence requests and follow-up regarding same | JRB | .40 | 150.00 |
| 04/25/05 | Consideration of liquidation and/or conversion options and strategy | JRB | .80 | 300.00 |
| 04/25/05 | Telephone call with D. Maude regarding potential resale to OmniSource of Plant 1 assets and consider implications of same | JRB | .50 | 187.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/26/05 | Extended conference with J. Bomberger regarding specific real estate transfer issues and land use concerns impacting transfer of real estate and consideration issues raised | JRB | 1.50 | 562.50 |
| 04/26/05 | Telephone call from Vedder Price counsel (.1); e-mails to M. Lemert and J. Burns regarding same (.1); additional e-mail from/to J. Burns (.1); telephone call with J. Burns regarding same (.1); work on WARN extension memos (.9) | GND | 1.30 | 409.50 |
| 04/26/05 | Extended telephone conference with M. Eidelman regarding cash management, employee and sale issues (.5); consideration of and follow-up regarding issues raised (.6) | JRB | 1.10 | 412.50 |
| 04/26/05 | Consideration of and work on cash use and carve-out issues | JRB | .70 | 262.50 |
| 04/26/05 | Office conference regarding subdivision and easement issues with retaining the landfill; review landfill permit and conditions | JAB | 1.60 | 504.00 |
| 04/26/05 | Draft letter to T. Junk regarding Kemper insurance policies; e-mail M. Werling; telephone call T. Junk | RMH | .40 | 68.00 |
| 04/26/05 | Work on employment law issues regarding termination of employees following sale | JRB | .50 | 187.50 |
| 04/26/05 | Analysis of and consideration of union objection to fees | JRB | .50 | 187.50 |
| 04/26/05 | Review client memo regarding forklift truck needs and correspondence to D. Maude regarding same (.3); telephone call with D. Maude regarding same (.2) | JRB | .50 | 187.50 |
| 04/26/05 | Analyze needs for potential new cash use motion (1.3); telephone conference with PBGC, office conferences re next steps on disposition of pension claims (1.6); work on response to new Union filings (.6); review and assess due diligence requests from Summit (.3) | MAW | 3.80 | 912.00 |
| 04/26/05 | Amend March proforma analysis | JLF | 2.50 | 350.00 |
| 04/26/05 | Conduct extensive legal research re carve-out provisions from a secured lender's cash collateral to pay for debtor's legal fees, examining case law from all circuits, scholarly authorities, and Judge Grant's discussions on the same for the purpose of convincing the Union to withdraw its recent fee application objection (4.3); compile research for, draft, and revise memo to J. Burns and M. Werling re same, and prepare framework for a formal response to the objection (3.0) | MFJ | 7.30 | 1,168.00 |
| 04/26/05 | Office conference to discuss subdivision and access issues | JEH | 1.50 | 232.50 |
| 04/26/05 | Extended telephone call with D. Maude regarding employment and WARN issues (.4); consideration of and | JRB | 1.10 | 412.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | follow-up regarding issues raised (.7) | | | |
| 04/26/05 | Work on environmental and real estate issues | JRB | .80 | 300.00 |
| 04/26/05 | Consideration and analysis of sale approval and liquidation issues | JRB | .70 | 262.50 |
| 04/26/05 | Exchange correspondence regarding WARN and other employment law issues affecting termination following sale | JRB | .60 | 225.00 |
| 04/27/05 | Office conference; continue review of landfill permit conditions; telephone conference with S. Rowe at DeKalb County Zoning | JAB | 1.00 | 315.00 |
| 04/27/05 | Work on cash use issues, including review and revised drafts from M. Eidelman and email exchange regarding same | JRB | 1.50 | 562.50 |
| 04/27/05 | Review tax correspondence to IRS from D. Maude (.2); telephone conference with IRS re waiver issues, update D. Powers re same, review prior application, update needs for new submission (2.0); continue attention to Union fee objection, request for allowance, research findings re same (1.2); review, comment on, and edit asset purchase agreements, cash use agreement, office conferences re same (2.2); work on new sale motion (1.2); review recent case docket entries (.2) | MAW | 7.00 | 1,680.00 |
| 04/27/05 | Telephone call with M. Eidelman regarding cash use and Asset Purchase Agreements in connection with sale and consideration of issues raised | JRB | .70 | 262.50 |
| 04/27/05 | Review and consider legal research regarding Union objection and carve-out issues (.8); correspondence to R. Swanson regarding carve-out issues and objections (.3) | JRB | 1.10 | 412.50 |
| 04/27/05 | Review recent filings; amend chart of mechanic's lien on property for wages; continued preparation of March proforma analysis; prepare itemized statement and supporting documents; confer with K. Weber re invoices | JLF | 7.60 | 1,064.00 |
| 04/27/05 | Conduct augmented legal research re carve-out provisions between senior lenders and debtors-in-possession that allow for payment of a debtor's legal fees (2.4); conduct legal research re applicable notice rules and court treatment of applications for allowance of administrative claims (1.3); memo to M. Werling re same (.5); conduct legal research re viability of filing response to the Union's objection to counsel's fee application (.6); memo to M. Werling re same (.2) | MFJ | 5.00 | 800.00 |
| 04/27/05 | Work on extension notices (.5); voicemail from/telephone call | GND | 1.00 | 315.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | to L. Summers (.2); telephone call with J. Burns regarding same (.1); e-mail to/from J. Burns regarding same (.2) | | | |
| 04/27/05 | Telephone call with T. Woehlke and D. Maude regarding Asset Purchase Agreement issues and operational issues and consider issues raised | JRB | .60 | 225.00 |
| 04/27/05 | Consideration of sale issues and structure | JRB | .70 | 262.50 |
| 04/27/05 | Consider and respond to inquiry from H. Efroymson regarding vacation pay claim by Union | JRB | .40 | 150.00 |
| 04/27/05 | Work on Asset Purchase Agreement revisions and comments, including exchange email with M. Eidelman regarding same | JRB | 3.00 | 1,125.00 |
| 04/28/05 | Telephone call from Vedder Price counsel; e-mails to/from J. Burns; telephone call with D. Powers regarding plant notice extension matters | GND | .80 | 252.00 |
| 04/28/05 | Work on motion to sell and cash use agreements, including several exchanges of email and calls regarding same | JRB | 2.00 | 750.00 |
| 04/28/05 | Complete work on APAs for Plant 1 and Plant 2, motion and notice, including several exchanges of email and calls with Summit counsel and company management | JRB | 4.00 | 1,500.00 |
| 04/28/05 | Telephone call with T. Woehlke and H. Aiken regarding operational and bankruptcy issues | JRB | .40 | 150.00 |
| 04/28/05 | Initiate legal research re potential filing of an objection to Union's application for claim allowance, based upon both notice defects and merits of claim (1.8); conduct docket research re same (.2); assist with finalizing proposed sale motion for both Plant One and Plant Two, especially in regards to proper form and filing requirements under the Code and Rules (1.7); conduct additional legal research re carve-out provisions between DIP's and Senior Lenders for the payment of debtor's legal fees, focusing on additional multi-circuit support for differentiating between objections based upon the nature of the work performed compared to the source of the payment (2.2) | MFJ | 5.90 | 944.00 |
| 04/28/05 | Extended telephone call with D. Maude regarding cash use needs and operational issues (.4); consideration of and follow-up regarding issues raised (.8) | JRB | 1.20 | 450.00 |
| 04/28/05 | Work on WARN issues and employment concerns | JRB | .60 | 225.00 |
| 04/28/05 | Office conference regarding existing survey; telephone conference with S. Rowe at DeKalb County; office conference regarding survey requirements | JAB | .30 | 94.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/28/05 | Revise and finalize sale motion, order, final check re related case treatment of motion, attachments (2.6); telephone conferences, office conferences re notice and timing issues (.6); work on edits, finalization of APA's, cash use agreements, office conferences re same (2.0); telephone conference with D. Maude re pending issues (.4); office conferences re service list issues, examine status of same (.4); office conference, telephone conferences re pension transition issues, continue assessment of needs for supplemental waiver request (1.0); assess status of health plan motion, advisability of pursuing same, office conference re same (1.0) | MAW | 8.00 | 1,920.00 |
| 04/28/05 | Exchange email with H. Efroymson regarding liquidation options and requirements | JRB | .50 | 187.50 |
| 04/29/05 | Work on service and notice issues and implementation | JRB | .70 | 262.50 |
| 04/29/05 | Consideration of and follow-up regarding WARN and other employment issues | JRB | .60 | 225.00 |
| 04/29/05 | Prepare for and conference call with T. Woelhke, D. Maude and D. Hunter to consider operations and liquidation issues and consideration of issues raised | JRB | 1.50 | 562.50 |
| 04/29/05 | Correspondence to M. Eidelman regarding sale motion and operational issues (.3); consideration of issues raised and strategy for concluding bankruptcy (.9) | JRB | 1.20 | 450.00 |
| 04/29/05 | Prepare for and participate in Board of Directors conference call regarding sale and liquidation options and strategy | JRB | 1.70 | 637.50 |
| 04/29/05 | Telephone conference with S. Rowe | JAB | .10 | 31.50 |
| 04/29/05 | Work on letter to IRS re pension waivers, office conference with D. Powers re same (.6); work on response to IDEM inquiries, interoffice e-mail re same (.5); telephone conference with T. Woehlke, D. Maude re multiple status issues (1.2); telephone conference with Summit counsel, J. Burns re cash use (.2); continue attention to grounds for 1113 health plan motion, office conferences re same (1.5); examine new mechanics' lien filings, assess potential impact of same (.3); office conferences re cash budget issues (.3); office conferences re payments to other case professionals (.2); continue attention to next steps in case re landfill disposition, liquidation plan opportunities, disposition of AFI lending claim (2.0) | MAW | 6.80 | 1,632.00 |
| 04/29/05 | Telephone call with T. Woehlke to prepare for call with D. Hunter | JRB | .40 | 150.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/29/05 | Review correspondence from T. Junk; e-mail M. Werling regarding same | RMH | .40 | 68.00 |
| 04/29/05 | Conduct legal research re fee and payment history of Mellon Consulting, Inc. as an approved professional under the Code for the purpose of drafting fee application (1.2); memo to M. Werling re same (.4); conference with M. Werling re same (.1); conference with J. Burns re draft fee application for Mellon Consulting, Inc. (.1); conduct legal research re defenses to Union's application for allowance of administrative claim for unpaid vacation and personal days as to prepare objection to application on the merits (1.4); conference with M. Werling re same (.1); initiate review and analysis of applicable collective bargaining agreement relevant to the pending application for the allowance of administrative claim (1.1) | MFJ | 4.40 | 704.00 |
| 04/29/05 | Review budget and consideration of issues regarding same | JRB | .50 | 187.50 |
| 04/30/05 | Consideration of and correspondence to G. Dale regarding WARN and other employment issues | JRB | .40 | 150.00 |

Total Services............................................................... Hours    401.40    103,820.50

| Date | Disbursements | Total |
|------|---------------|-------|
| 04/18/05 | Miscellaneous - Donuts for Auburn Foundry Asset Auction   - Vendor: Sandra K. Rhoads | 31.50 |
| 04/28/05 | Miscellaneous - - Auburn Foundry Auction Vendor: Summit City Reporting, Inc. | 360.00 |
| Total For | Miscellaneous | 391.50 |
| 04/01/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 04/01/05 | 37.00 |
| 04/12/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 04/12/05 | 53.79 |
| 04/18/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 04/18/05 | 95.99 |
| 04/22/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 04/22/05 | 125.79 |
| Total For | Telephone | 312.57 |
| 04/15/05 | Computerized Research   Westlaw | 95.14 |
| 04/29/05 | Computerized Research   Westlaw | 217.70 |
| Total For | Computerized Research | 312.84 |

BAKER & DANIELS

| | | |
|---|---|---:|
| 04/04/05 | Caller: Burns : 317 713-3500 | 1.25 |
| 04/04/05 | Caller: Burns : 574 236-8105 | 2.15 |
| 04/04/05 | Caller: Burns : 260 925-7978 | 2.48 |
| 04/04/05 | Caller: Burns : 412 562-8432 | 1.31 |
| 04/05/05 | Caller: Burns : 312 876-7608 | 1.93 |
| 04/05/05 | Caller: Burns : 260 925-7978 | 2.50 |
| 04/05/05 | Caller: Burns : 260 925-4717 | 1.27 |
| 04/08/05 | Caller: Burns : 260 925-7978 | 2.05 |
| 04/11/05 | Caller: Burns : 330 434-6919 | 0.47 |
| 04/11/05 | Caller: Burns : 330 434-6919 | 3.02 |
| 04/11/05 | Caller: Burns : 260 925-7972 | 3.37 |
| 04/11/05 | Caller: Burns : 312 876-7608 | 1.03 |
| 04/11/05 | Caller: Burns : 317 634-0300 | 0.43 |
| 04/11/05 | Caller: Harber : 260 347-5599 | 1.17 |
| 04/11/05 | Caller: Burns : 312 876-7608 | 1.15 |
| 04/11/05 | Caller: Harber : 260 925-2712 | 0.55 |
| 04/14/05 | Caller: Burns : 260 925-7972 | 9.50 |
| 04/14/05 | Caller: Burns : 260 925-7978 | 2.09 |
| 04/15/05 | Caller: Burns : 260 925-7972 | 0.76 |
| 04/15/05 | Caller: Burns : 312 876-7608 | 3.26 |
| 04/15/05 | Caller: Burns : 412 562-8413 | 0.74 |
| 04/15/05 | Caller: Burns : 260 925-0900 | 1.87 |
| 04/15/05 | Caller: Burns : 616 742-3936 | 0.86 |
| 04/19/05 | Caller: Burns : 260 925-7978 | 1.46 |
| 04/26/05 | Caller: Burns : 317 637-2345 | 1.01 |
| 04/28/05 | Caller: Burns : 312 609-7636 | 0.64 |
| 04/28/05 | Caller: Burns : 312 609-7636 | 2.67 |
| 04/28/05 | Caller: Burns : 260 925-7972 | 2.91 |
| 04/28/05 | Caller: Burns : 260 925-7978 | 3.78 |
| Total For | Long Distance Telephone | 57.68 |
| | | |
| 04/19/05 | Postage/Air/Express Delivery | 8.39 |
| Total For | Postage/Air/Express Delivery | 8.39 |
| | | |
| 04/11/05 | Telecopy | 1.90 |

## BAKER & DANIELS

| | | | |
|---|---|---|---:|
| 04/28/05 | Telecopy | | 3.80 |
| 04/29/05 | Telecopy | | 2.85 |
| Total For | Telecopy | | 8.55 |
| | | | |
| 04/07/05 | Telecopy-Desktop | | 4.75 |
| 04/07/05 | Telecopy-Desktop | | 4.75 |
| 04/15/05 | Telecopy-Desktop | | 1.90 |
| Total For | Telecopy-Desktop | | 11.40 |
| | | | |
| | COPYING COSTS | 5 | 7,819.95 |

Total Disbursements.......................................................................... $   8,922.88

Total Services And Disbursements....................................................$   112,743.38

BAKER & DANIELS

As Of 05/25/2005

0080031  Auburn Foundry, Inc.

| Init | Name | Classification | Hours | Rate | Value |
|------|------|----------------|-------|------|-------|
| DDP | D.D. Powers | Cash Partner | 4.10 | 285.00 | 0.00 |
| DDP | D.D. Powers | Cash Partner | 26.30 | 285.00 | 7,495.50 |
| DPD | D.P. Durm | Associate | 0.30 | 250.00 | 75.00 |
| GND | G.N. Dale | Partner | 5.40 | 315.00 | 1,701.00 |
| JAB | J.A. Bomberger | Partner | 5.90 | 315.00 | 1,858.50 |
| JEH | J.E. Harber | Legal Assistant | 10.00 | 155.00 | 1,550.00 |
| JLF | J.L. Faulkner | Legal Assistant | 0.90 | 140.00 | 0.00 |
| JLF | J.L. Faulkner | Legal Assistant | 36.20 | 140.00 | 5,068.00 |
| JRB | J.R. Burns | Partner | 0.50 | 375.00 | 0.00 |
| JRB | J.R. Burns | Partner | 144.50 | 375.00 | 54,187.50 |
| MAW | M.A. Werling | Associate | 101.30 | 240.00 | 24,312.00 |
| MFJ | M.F. Juba | Associate | 43.00 | 160.00 | 6,880.00 |
| MFJ | M.F. Juba | Associate | 13.80 | 160.00 | 0.00 |
| MSB | M.S. Burns | Associate | 1.00 | 200.00 | 200.00 |
| MSB | M.S. Burns | Associate | 3.50 | 200.00 | 0.00 |
| MSB | M.S. Burns | Associate | 1.00 | 200.00 | 200.00 |
| RMH | R.M. Hurley | Associate | 0.80 | 170.00 | 0.00 |
| RMH | R.M. Hurley | Associate | 2.90 | 170.00 | 493.00 |
| | | | 401.40 | | 103,820.50 |

Total Amount Of Statements To Date
(Year-to-Date and Inception-to-Date Inclusive Of Current Invoice):

| | | YTD | | ITD |
|---|---|---|---|---|
| Fees......................................................... | $ | 447,086.50 | $ | 1,382,815.99 |
| Disbursements ..................................... | $ | 37,141.75 | $ | 102,428.22 |
| Total....................................................... | $ | 484,228.25 | $ | 1,485,244.21 |