UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | Case No. 04-10427-REG |
| Debtor. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF
AFI LENDING GROUP, LLC'S LIMITED OBJECTION TO DEBTOR'S MOTION
FOR APPROVAL OF SALE OF MANUFACTURING PLANTS AND RELATED
ASSETS TO SUMMITBRIDGE NATIONAL INVESTMENTS, LLC
<u>FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS</u>**

AFI Lending Group, LLC ("AFI Lending"), by counsel, hereby withdraws the "AFI Lending Group, LLC's Limited Objection To Debtor's Motion For Approval Of Sale Of Manufacturing Plants And Related Assets To SummitBridge National Investments, LLC Free And Clear Of Liens, Claims And Interests" filed by AFI Lending on May 9, 2005 and appearing on the Court's Docket as document number 672; such withdrawal should not be deemed a waiver or relinquishment of any of AFI Lending's rights and interests obtained through any postpetition agreements with Auburn Foundry, Inc. or any previous Orders entered by the Court.

DATED:  June 7, 2005                           AFI LENDING GROUP, LLC,

                                               By:    /s/ Marlene Reich
                                                      Marlene Reich (IN Bar No. 6482-49)
                                                      One Of Its Counsel

Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
Email:  mreich@sommerbarnard.com

2

**Certificate Of Service**

   The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 7th day of June, 2005 via first class, U.S. Mail, postage prepaid, on the parties appearing on the attached distribution list.


                       /s/ Marlene Reich
                       Marlene Reich


**DISTRIBUTION LIST ATTACHED:**

**226248**

**DISTRIBUTION**:

Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN  46706

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Michelle Pezanoski
Fairmount Minerals
PO Box 177
Wedron, IL  60557

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Drive
Oswego, IL  60543

Curt Howard/Tim Howard
Fire Protection, Inc.
750 W. North Street
Auburn, IN  46706

Robert Overman
Miller & Company LLC
9700 W. Higgins Road, #1000
Rosemont, IL  60018

Office of the U.S. Trustee
1000 E. Wayne Street #555
South Bend, IN  46601

Richard J. Swanson
Macey Swanson & Allman
445 N. Pennsylvania Street #401
Indianapolis, IN  46204-1800

John R. Burns/Mark A. Werling
Baker & Daniels
111 E. Wayne Street #800
Fort Wayne, IN  46802-2603

W. Erik Weber
Mefford & Weber, PC
130 E. 7th Street
PO Box 667
Auburn, IN  46706

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 S. Wacker Drive
Chicago, IL  60606

Jack Randinelli
Auburn City Utilities
210 E. 9th Street
PO Box 506
Auburn, IN  46706

Henry A. Efroymson
Ben T. Caughey
ICE MILLER
One Am. Square Box 82001
Indianapolis, IN  46282-0002

Robert B. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI  48226

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN  46802

Stephen E. Lewis/Martin Seifert
Haller & Colvin, PC
444 E. Main Street
Fort Wayne, IN  46802

W. Erik Weber
Mefford & Weber, PC
130 E. 7th Street
Auburn, IN  46706-1839

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd. #200
Cleveland, OH  44131

Dauber Company, Inc.
577 N. 18th Road
Tonica, IL  61370

Omnisource Corp. – Tusco
2453 Hill Avenue
Toledo, OH  43607

XRI Testing – Troy
Mobilex, LLC
1961 Thunderbird
Troy MI  48084

A.F. Europe, Inc.
635 W. 11th Street
Auburn, IN  46706

Bank of America
231 S. LaSalle Street 16th Floor
Chicago, IL  60697

DeKalb County, Indiana
DeKalb County Assessor
100 S. Main Street
Auburn, IN  46706

3

| | | |
|---|---|---|
| GMAC Business Credit, LLC<br>300 Galleria Office Centre<br>Suite 110<br>Southfield, MI  48034 | RI Lampus Co.<br>816 Railroad Street<br>Springdale, PA  15144 | Ashland Chemical Co.<br>PO Box 395<br>Columbus, OH  43216 |
| Complete Drives, Inc.<br>1542 W. Auburn Drive<br>Auburn, IN  46706 | Inductotherm Corp.<br>10 Indel Avenue<br>Rancocas, NJ  08073 | MP Steel Indiana, LLC<br>PO Box 876<br>Kendallville, IN  46755 |
| Unimin Corp.<br>809 Myers Road<br>Archbold, OH  43502 | Matthew M. Hohman<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN  46802 | Elizabeth A. Whelan<br>Office of Attorney General<br>302 W. Washington Street<br>Indianapolis, IN  46204-2770 |
| Patrick L. Proctor<br>Eilbacher Fletcher LLP<br>803 S. Calhoun Street 4th Floor<br>Fort Wayne, IN  46802 | Scott Andrews<br>Rubin & Levin<br>342 Massachusetts Avenue #500<br>Indianapolis, IN  46204 | Brad Rogers<br>Office of the General Counsel<br>1200 K Street N.W. #340<br>Washington D.C.  20005-4026 |
| Edmund P. Kos<br>Steven J. Bradford<br>Kos & Associate<br>110 W. Berry Street #1904<br>Fort Wayne, IN  46802-2374 | | Brian J. Lange<br>520 S. Calhoun Street<br>Fort Wayne, IN  46802 |