**SCHEDULE 1.1(a)**
**Plant 2 Assets**

    All Acquired Assets including, without limitation, those assets identified on Schedule 1.1(a)(ii), Schedule 1.1(a)(iii), Schedule 1.1(a)(v) and Schedule 1.1(a)(vii).

**SCHEDULE 1.1(a)(ii)**
**Equipment**
**(see attached)**

**SCHEDULE 1.1(a)(ii)**
**Equipment**
**(see attached)**

**Auburn Foundry**
**Assets Located at Plant 1 to be Retained as Part of Plant 2**

| | | | | | |
|---|---|---|---|---|---|
| P1 | 133 | AF ASSET # 001786 | CORE | 13300291 | 133002 |
| P1 | 148 | 1720   REBUILT 1996 | FORK | 14804700 | 148047 |
| P1 | 148 | REMANUFACTURED 11/96 | FORK | 14804800 | 148048 |
| P1 | 126 | AF ASSET # 001448 | CLEN | 12601600 | 126016 |
| P1 | 126 | AF ASSET # 001448 | VCON | 12601500 | 126015 |
| P1 | 121 | AF ASSET # 000562 | MOLD | 12204500 | 122045 |
| P1 | 185 | AF ASSET # 001847 | VCON | 18505200 | 185052 |
| P1 | 121 | AF ASSET # 001329 | MOLD | 12202800 | 122028 |
| P1 | 185 | AF PROJECT 27-997 | CLEN | 18502420 | 185024 |
| P1 | 185 | PROJECT 27-997 | CLEN | 18502400 | 185024 |
| P1 | 181 | AF ASSET # 000379 | MOLD | 18202400 | 182024 |
| P1 | 185 | AF ASSET # 001837 | VCON | 18506000 | 185060 |
| P1 | 181 | AF ASSET # 001816 | VCON | 18210500 | 182105 |
| P1 | 126 | 1280 | | 12600100 | 126001 |
| P1 | 186 | AF ASSET # 001937 | | 18603000 | 186030 |
| P1 | 120 | ASSET # 1287 & 1625 | | 12005000 | 120050 |
| P1 | 180 | 1124 | | 18006200 | 180062 |
| P1 | 180 | 1124 | | 18006300 | 180063 |
| P1 | 180 | 1124 | | 18006500 | 180065 |
| P1 | 120 | AF ASSET # 001009 | | 12004800 | 120048 |
| P1 | 159 | 313 & 1680 | | 15903300 | 159033 |
| P1 | 130 | ASSET# 1915 | COMP | 13002000 | 130020 |
| P1 | 112 | AF ASSET # 001411 | WATR | 11203100 | 112031 |
| P1 | 112 | FACTORY #112077 | WATR | 11200991 | 112009 |
| P1 | 112 | FACTORY #112077 | WATR | 11200791 | 112007 |
| P1 | 112 | DRW #D-4-65620 | WATR | 11200800 | 112008 |
| P1 | 153 | AF ASSET # 1039 | TOOL | 15300300 | 153003 |
| P1 | 121 | AF ASSET # 000757 | MOLD | 12103100 | 121031 |
| P1 | 113 | AF ASSET # 000968 | QUAL | 11301900 | 113019 |
| P1 | 153 | AF ASSET # 775 | TOOL | 15302700 | 153027 |
| P1 | 157 | AF ASSET # 899 | TOOL | 15703400 | 157034 |
| P1 | 153 | AF ASSET # 215 | TOOL | 15302600 | 153026 |
| P1 | 154 | AF ASSET # 215 | TOOL | 15403400 | 154034 |
| P1 | 154 | AF ASSET # 001292 | TOOL | 15403300 | 154033 |
| P1 | 121 | PO# 2314-24 | DUST | 18202291 | 182022 |
| P1 | 127 | ASSET # 1487 & 1787 | SAFE | 12701000 | 127010 |
| P1 | 187 | AF ASSET # 001486 | SAFE | 18701000 | 187010 |
| P1 | 153 | 2J26880 & 2J128449 | TOOL | 15300200 | 153002 |
| P1 | 125 | ASSET #1146 & 1143 | QUAL | 12500300 | 125003 |
| P1 | 185 | AF ASSET # 001121 | QUAL | 18500500 | 185005 |
| P1 | 181 | 2012 | QUAL | 18105000 | 181050 |
| P1 | 148 | AF ASSET # 001069 | VM | 14803800 | 148038 |
| P1 | 113 | AF ASSET # 001576 | QUAL | 11302100 | 113021 |
| P1 | 155 | AF ASSET # 778 | WMB | 15503800 | 155038 |
| P1 | 133 | 000212 | QS | 13301300 | 133013 |
| P1 | 133 | 001663 | QS | 13301100 | 133011 |
| P1 | 133 | 1909 | QS | 13300700 | 133007 |
| P1 | 133 | 001664 | QS | 13300900 | 133009 |

| P1 | 133 | 1664 | CORE | 13300928 | 133009 |
| P1 | 115 | PART#623064-9001-000 | QUAL | 11502300 | 115023 |
| P1 | 153 | AF ASSET # 1405 | TOOL | 15300400 | 153004 |
| P1 | 113 | ASSET # 1573 & 1623 | QUAL | 11303100 | 113031 |
| P1 | 194 | START DATE: 4/08/94 | PROJ | 27898 | 27898 |
| P1 | 130 | SIZE: 445 | FAN | 14472100 | 144721 |
| P1 | 130 | START DATE 02/27/98 | PROJ | 27327 | 27327 |
| P1 | 148 | AF ASSET # 582 | FORK | 14806600 | 148066 |
| P1 | 113 | AF ASSET # 001083 | QUAL | 11302600 | 113026 |
| P1 | 180 | AF ASSET # 001169 | QS | 18000700 | 180007 |
| P1 | 153 | AF ASSET # 1781 | TOOL | 15301500 | 153015 |
| P1 | 153 | AF ASSET # 89 | TOOL | 15303100 | 153031 |
| P1 | 153 | AF ASSET # 1562 | TOOL | 15303300 | 153033 |
| P1 | 154 | AF ASSET # 001256 | TOOL | 15402700 | 154027 |
| P1 | 170 | 433 | WATR | 17004095 | 170040 |
| P1 | 130 | ASSET # 1953 | TOOL | 13003000 | 130030 |
| P1 | 127 | AF ASSET # 000845 | GRIN | 12703091 | 127030 |
| P1 | 170 | 728 & 761 | DUST | 17004600 | 170046 |
| P1 | 133 | AF ASSET # 000257 | DUST | 13302500 | 133025 |
| P1 | 185 | 000625 AND 001859 | DUST | 18500900 | 185009 |
| P1 | 185 | AF ASSET # 001858 | DUST | 18503000 | 185030 |
| P1 | 121 | AF ASSET # 000578 | MOLD | 12102400 | 121024 |
| P1 | 181 | AF ASSET # 001569 | DUST | 18100600 | 181006 |
| P1 | 185 | AF ASSET # 001893 | DUST | 18503100 | 185031 |
| P1 | 121 | AF ASSET # 000571 | DUST | 12102100 | 121021 |
| P1 | 157 | 000445 | TOOL | 15703100 | 157031 |
| P1 | 185 | SEE COMMENTS | MCC | 18509100 | 185091 |
| P1 | 148 | AF ASSET # 001932 | VM | 14807900 | 148079 |
| P1 | 125 | AF ASSET # 001560 | CLEN | 12501300 | 125013 |
| P1 | 112 | 10,000 CFM | FAN | 14419300 | 144193 |
| P1 | 112 | 10,000 CFM | FAN | 14419200 | 144192 |
| P1 | 159 | ASSET # 001015 | UTIL | 15903632 | 159036 |
| P1 | 159 | AF ASSET # 000101 | MELT | 15900700 | 159007 |
| P1 | 159 | 00800 | TOOL | 15900600 | 159006 |
| P1 | 121 | AF ASSET # 001048 | QS | 12200700 | 122007 |
| P1 | 181 | AF ASSET # 001727 | HART | 18206000 | 182060 |
| P1 | 181 | START DATE: 7/25/96 | PROJ | 27982 | 27982 |
| P1 | 181 | MACH# 18PC CONTROLER | HART | 18206001 | 182060 |
| P1 | 154 | 374 & 427 & 1914 | TOOL | 15401100 | 154011 |
| P1 | 180 | START DATE 01/5/98 | PROJ | 27326 | 27326 |
| P1 | 157 | AF ASSET # 000276 | TOOL | 15701200 | 157012 |
| P1 | 156 | AF ASSET 2026 | VM | 14808400 | 148084 |
| P1 | 180 | AF ASSET # 1725 | | 18004300 | 180043 |
| P1 | 120 | AF ASSET 1936 & 1047 | | 12004500 | 120045 |
| P1 | 180 | AF ASSET # 001887 | | 18004400 | 180044 |
| P1 | 180 | 1967 | | 18004500 | 180045 |
| P1 | 180 | 1989 | | 18004700 | 180047 |
| P1 | 180 | AF ASSET # 001886 | | 18004800 | 180048 |
| P1 | 120 | AF ASSET #618 & 1927 | | 12004200 | 120042 |
| P1 | 120 | AF ASSET 1934 & 1047 | | 12004300 | 120043 |
| P1 | 120 | AF ASSET 1935 & 1047 | | 12004400 | 120044 |
| P1 | 153 | AF ASSET # 429 | TOOL | 15301000 | 153010 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 153 | AF ASSET # 1241 | TOOL | 15301100 | 153011 |
| P1 | 157 | AF ASSET # 000125 | TOOL | 15701900 | 157019 |
| P1 | 157 | AF ASSET # 000229 | TOOL | 15702200 | 157022 |
| P1 | 155 | 1128   SEE COMMENTS | WMB | 15505300 | 155053 |
| P1 | 148 | AF ASSET # 1347 | VM | 14804100 | 148041 |
| P1 | 148 | AF ASSET # 000901 | VM | 14806700 | 148067 |
| P1 | 113 | AF ASSET # 000249 | QUAL | 11301400 | 113014 |
| P1 | 113 | AF ASSET # 001639 | QUAL | 11300300 | 113003 |
| P1 | 157 | MILL HEAD S/N 43446 | TOOL | 15702000 | 157020 |
| P1 | 157 | MILL HEAD= LAGUN | TOOL | 15702400 | 157024 |
| P1 | 157 | AF ASSET # 000394 | TOOL | 15702900 | 157029 |
| P1 | 180 | START DATE: 7/25/96 | PROJ | 27981 | 27981 |
| P1 | 157 | AF ASSET # 000056 | TOOL | 15700500 | 157005 |
| P1 | 112 | AF ASSET # 000732 | | 11200100 | 112001 |
| P1 | 112 | JOB #2977 | HYD | 11200325 | 112003 |
| P1 | 112 | AF ASSET # 001482 | | 11200145 | 112001 |
| P1 | 112 | 3 | | 11200149 | 112001 |
| P1 | 112 | 3 | | 11200146 | 112001 |
| P1 | 112 | AF ASSET # 001483 | | 11200142 | 112001 |
| P1 | 113 | AF ASSET # 001645 | QUAL | 11300800 | 113008 |
| P1 | 113 | AF ASSET # 001644 | QUAL | 11300500 | 113005 |
| P1 | 150 | START DATE: 11/05/95 | PROJ | 27958 | 27958 |
| P1 | 153 | START DATE 03/22/99 | PROJ | 27338 | 27338 |
| P1 | 153 | START DATE: 7/31/96 | PROJ | 27984 | 27984 |
| P1 | 180 | 1993 | ICS | 18007100 | 180071 |
| P1 | 180 | AF ASSET # 1327 | ICS | 18007200 | 180072 |
| P1 | 120 | AF ASSET # 001324 | ICS | 12007700 | 120077 |
| P1 | 113 | AF ASSET # 001642 | QUAL | 11301100 | 113011 |
| P1 | 159 | START DATE 03/28/96 | PROJ | 27970 | 27970 |
| P1 | 125 | AF ASSET # 000727 | | 12501100 | 125011 |
| P1 | 185 | ASSET #1013 & 1105 | | 18500600 | 185006 |
| P1 | 180 | AF ASSET # 1307 | | 18002509 | 180025 |
| P1 | 180 | AF ASSETS 771 & 806 | | 18000809 | 180008 |
| P1 | 170 | 1621 & 1693 | UTIL | 17002491 | 170024 |
| P1 | 154 | AF ASSET # 000957 | TOOL | 15403100 | 154031 |
| P1 | 154 | AF ASSET # 1139 | TOOL | 15404093 | 154040 |
| P1 | 154 | 817 & 941 | TOOL | 15404091 | 154040 |
| P1 | 154 | AF ASSET # 1246 | TOOL | 15402200 | 154022 |
| P1 | 180 | START DATE 6/15/00 | PROJ | 27347 | 27347 |
| P1 | 113 | AF ASSET # 001622 | QUAL | 11302900 | 113029 |
| P1 | 180 | START DATE 3/28/94 | PROJ | 27896 | 27896 |
| P1 | 121 | AF ASSET # 001929 | BLAS | 12104000 | 121040 |
| P1 | 181 | AF ASSET # 001319 | BLAS | 18104200 | 181042 |
| P1 | 181 | 5,400 CFM | DUST | 18104111 | 181041 |
| P1 | 113 | AF ASSET # 001637 | QUAL | 11300200 | 113002 |
| P1 | 113 | AF ASSET # 001643 | QUAL | 11300100 | 113001 |
| P1 | 111 | AF ASSET # 001345 | QUAL | 11106300 | 111062 |
| P1 | 180 | 491 & 1951 | | 18002500 | 180025 |
| P1 | 180 | AF ASSET # 1764 | | 18002620 | 180026 |
| P1 | 113 | AF ASSET # 001418 | SCAL | 11301000 | 113010 |
| P1 | 185 | START DATE 4/20/98 | PROJ | 27332 | 27332 |
| P1 | 148 | AF ASSET # 000310 | TOOL | 14807100 | 148071 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 150 | START DATE: 10/20/97 | PROJ | 27320 | 27320 |
| P1 | 157 | AF ASSET # 000627 | TOOL | 15700100 | 157001 |
| P1 | 113 | 2051(OLD# 290 & 461) | QUAL | 11301600 | 113016 |
| P1 | 159 | START DATE 11/15/95 | PROJ | 27961 | 27961 |
| P1 | 153 | AF ASSET # 1678 | TOOL | 15300800 | 153008 |
| P1 | 185 | AF ASSET # 001863 | DUST | 18503300 | 185033 |
| P1 | 113 | AF ASSET # 000536 | QUAL | 11301700 | 113017 |
| P1 | 113 | AF ASSET # 000536 | QUAL | 11301800 | 113018 |
| P1 | 112 | SEE COMMENTS | | 11202758 | 112027 |
| P1 | 112 | SEE COMMENTS | | 11202858 | 112028 |
| P1 | 159 | 12470V TO 750V | SUB | 15903200 | 159032 |
| P1 | 159 | PAD MOUNTED | SUB | 15903800 | 159038 |
| P1 | 159 | PAD MOUNTED | SUB | | |
| P1 | 154 | AF ASSET # 001176 | MAIN | 15403800 | 154038 |
| P1 | 187 | AF ASSET # 001176 | CLEN | 18702000 | 187020 |
| P1 | 113 | AF ASSET # 001640 | QUAL | 11300700 | 113007 |
| P1 | 157 | AF ASSET # 760 | TOOL | 15700300 | 157003 |
| P1 | 153 | AF ASSET # 1238 | SAFE | 15302900 | 153029 |
| P1 | 157 | 001071 | TOOL | 15704000 | 157040 |
| P1 | 154 | SEE COMMENTS | TOOL | 15402500 | 154025 |
| P1 | 121 | AF ASSET # 000571 | DUST | 12102000 | 121020 |
| P1 | 159 | START DATE: 01/30/97 | PROJ | 27304 | 27304 |
| P1 | 153 | AF ASSET # 1647 | TOOL | 15304000 | 153040 |
| | | | | | |
| Adm | | All office furnishings and equipment located in administration building | | | |

**Asset Purchase**

Kloster Sand Unit complete
Raymond Reach Truck #1    CORE ROOM
Raymond Reach Truck #2    CORE ROOM
#1 Single Sort Conv:  Bucket Dumper
#1 Single Sort Processing Conveyor
Blender above #10 Moisture Add Belt
Lower Sorting Conveyor @ South GO-7
Moisture Addition Sys on #10 Belt
Reblast Bucket Dumper: Hyd Unit
Reblast Hyd. Bucket Dumper
Sand Aerator on Distribution Belt
#3-34 Blast Unload Conveyor
1F Vibra Drum Feed Conveyor
34 Blast #2 in North Cleaning Room & 20kcfm baghouse
34 Blast #4 in South Cleaning Room
Accurate #10 In Stream Inoculator
Accurate #2  In Stream Inoculator
Accurate #3  In Stream Inoculator
Accurate #5  In Stream Inoculator
Accurate #8, In Stream Inoculator
Air Dryer in Compress Room, Pioneer
Air Dryer, Hankison  (New 5/98)
AJAX Cooling Tower         (Evapco)
AJAX Furn Loop: Air Separator Tank
AJAX Glycol Loop:Air Separator Tank
AJAX Loop Water Heat Exchanger
Amstar Milling Machine
Autopour Hoist, for Ladle Maint
Band Saw (Powermatic)
Band Saw, Horizontal (Johnson/Dake)
Band Saw, Hortizonal: Do-All C-4
Band Saw, Vertical: Powermatic
Band Saw, Vertical: Powermatic
Bearing Heater (SKF)  Gen Maint
Bond Storage Bin: Dust Collector
Breathing Air Sys: in N. Clean Dept
Breathing Air Sys: in S. Clean Dept
Bridgeport Tracer Milling Machine
Brinell Machine in North Cleaning
Brinell Machine in South Cleaning
Brinell Machine, South Sample Area
Broderson Crane,       MAINTENANCE
Carbon Determinator (LECO CS-400)
Cardboard Bailer
CB-18 #2 Coreblower (West New Unit)
CB-18 #3 Coreblower    (South Unit)
CB-50 #6 Coreblower    (North Unit)
CB-50 #8 Coreblower    (South Unit)

CB-50 #8 Coreblower: Pneu Controls
CMM Zeiss Layout Machine (new 1996)
CNC 2 AXIS Mill, Bridgeport EZ Trak
CNC Lathe (H.H. Roberts)
Construction of New Office Building
Core Room Drying Chamber Fan: North
Core Room North Oven Exhaust System
Crown Reach Truck (Mach Shop/Ware)
Cut Off Saw  (Struers-Exoton)
Disamatic #1    2013 MK5A/92.2527 -complete w/amc/sbc & related
Disc Sander, 20" ENCO
Drill Press, Powermatic
Drill Press, Radial Arm
Drill Press/Mill in General Maint
Dry Cooler, East: E/M Glycol System
Dry Ice Cleaning Machine (Cold Jet)
Dust Collector for Auto Grinder
Dust Collector for BBC Holders
Dust Collector for Core Room
Dust Collector for Grinders
Dust Collector for Vibra Drum-North 20kcfm
Dust Transporter for CSI D/C
Dust Transporter for Large D/C
Dust Transporter for Vibra Drum D/C
East Cartridge Dust Collector
EDM, Electrical Discharge Machine
Elec Dist System & MCC, South Clean
EZ GO Scooter        (New 10/98)
EZ Loader, Pallet Elev. #1 Grinder
Fresh Air Fan for N. Ajax Inductor
Fresh Air Fan for S. Ajax Pit
Fuel Pump, Diesel for Forklifts
Generator for Electric Melt Dept
Generator, Portable 400kw,
Hartley Mullor Sand Control System-south
Hartley Mullor Sand Control System-north & spare
Hartley Sand Control for S Mullor
Hartley: Electrical Controls
HI VAC, in General Maint Dept
Ircon Infrared Thermometers
Iron Worker, Piranha
John Deere Stockroom GATOR New 3/00
Laserpour #1,  (Selcom)
Laserpour #10  (Selcom)
Laserpour #2,  (Selcom)
Laserpour #3,  (Selcom)
Laserpour #5,  (Selcom)
Laserpour #6,  (Selcom)
Laserpour #7  (Selcom)
Laserpour #8  (Selcom)
Laserpour #9  (Selcom)
Lathe #1, Whacheon      (9/85)

Lathe #2, Whacheon       (10/92)
Lathe, Leblond/Regal
Lathe, Republic
Magnetic Serpatator, Triple Drum
Manlift #2      (Snorkelift TB-50)
Manlift #3 (Orange Simon)
Metallurgical Scope, Nikon EPIPHOT
Methylene Blue Tester
Milling Machine, Bridgeport
Milling Machine, Lagun/Bridgeport
Milling Machine, Large Ingersoll
New LASER POUR III sys, S. Molding
Niagara Brake
North Ajax 50 Ton Holding Furnace & all related equipment
North Ajax Hyd: Aux Filtering Unit
North Ajax: Contactors
North Ajax: Lid Assembly
North Ajax: Main Power-Gen Switch
North Ajax: Transformer
Oven,Thermolyne 6000
Oven,Thermolyne 9000
Pallet Rack Sys: Garrett Warehouse
Pattern Design Modeling Software
Pattern Shop: CAD/CAM Machinery
Pattern Spray System, #1 Disa
Pattern Spray System, #2 Disa
Pattern Spray System, #7  Disa
Permeability Tester
Plant 1 Energy Management System
Platform Scale System, N. Cleaning
Platform Scale System, S. Cleaning
PLC for both #1 & #2 SBC's
PLC for Disa 2,5 & 6 Mold Touch Sys
Power Demand & Energy Management
Power Spray Washer  (Landa)
Predict Maint, Oil Analysis
Predict Maint, Vibration Analysis
Press, Hydraulic: Gen Maint (Dake)
Replace ICS Systems w/ CA Picard's
Roto Pol-22 Polisher (Struers)
S. Disa Power Distribution Equip
Sample Blast in North Disa Molding
Sample Cart Lifting Table
Sample Dust Collector: Fan & Motor
Sand Squeezer
Sand Strength Machine,  Dietert
Sander, Kalamazoo: moved to P2,1996
SBC #1, Mold Cooling Conveyor
SBC #2, Hyd Power Unit
Scale, OHAUS Analytical
Shot Blast Machine In South Clean
Snow Blower (John Deere)

Software for Process Sheet Data
South 3 Ton Overhead Bridge Crane
Spectrometer (Spectrolab)
STOCKROOM & E/M SWITCHGEAR
Strongarm Manipulator   (5/96)
Supply Air Fan for Casting Coolers
Tensile Lathe (MIMIK)
Tensile Strength Test Machine
Tram #4: Ladle Gearbox & Bail
Tram #5: Ladle Gearbox & Bail
Transformer: 1250kVA, North Ajax
Transformer: 12mVA, Control Tranformer, main 69kv to 12kv
Transformer: 10mVA, Control Tranformer, main 69kv to 12kv @p1
Trim Press, 20 ton  (S. Maint Shop)
Trim Press, 20 ton (out of service)
Ultrasonic Cleaner (Branson 1210)
Welder #1 ARC/MIG Lincoln: #732497
Welder Flume Filter Unit
Welder Flume Filter: Fab Shop
Welders in General Maint Dept
West Cartridge Dust Collector
WLI Switches in Sub Station & 10 mva 69kv to 12.kv tranformer
#1 Pattern Lift Truck  (Yale 2/96)

## Other Plant #1 Equipment - To be Disposed

| | | | | | |
|---|---|---|---|---|---|
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18210800 | 182108 |
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18210817 | 182108 |
| P1 | 181 | AF ASSET # 001836 | VCON | 18212300 | 182123 |
| P1 | 186 | 000441 AND 001842 | QS | 18600700 | 166007 |
| P1 | 194 | START DATE 4/07/94 | PROJ | 27897 | 27897 |
| P1 | 111 | AF ASSET # 000202 | TOOL | 11103100 | 111031 |
| P1 | 185 | AF ASSET # 1403 | WMB | 15505700 | 155057 |
| P1 | 148 | AF ASSET # 001095 | VM | 14804900 | 148049 |
| P1 | 185 | AF ASSET # 001828 | VCON | 18505900 | 185059 |
| P1 | 185 | ASSET #1841 & 1900 | QS | 18602000 | 186020 |
| P1 | 185 | S | | 18602091 | 186020 |
| P1 | 185 | AF ASSET # 001829 | VCON | 18505800 | 185058 |
| P1 | 185 | AF ASSET # 001830 | VCON | 18505700 | 185057 |
| P1 | 148 | AF ASSET # 001288 | VM | 14803100 | 148031 |
| P1 | 115 | AF ASSET # 000487 | QUAL | 11502200 | 115022 |
| P1 | 136 | START DATE 3/3/00 | CORE | 27345 | 27345 |
| P1 | 125 | AF ASSET # 001811 | CLEN | 12501400 | 125014 |
| P1 | 170 | 433 | WATR | 17004096 | 170040 |
| P1 | 170 | 433 | WATR | 17004097 | 170040 |
| P1 | 121 | START DATE 7/19/96 | PROJ | 27979 | 27979 |
| P1 | 130 | AF ASSET # 000466 | SAFE | 13001000 | 130010 |
| P1 | 159 | ASSET # 000773 | UTIL | 15903633 | 159036 |
| P1 | 127 | AF ASSET # 001928 | | 12703000 | 127030 |
| P1 | 180 | 1254 | WATR | 18006800 | 180068 |
| P1 | 125 | AF ASSET # 000585 | CLEN | 12501000 | 125010 |
| P1 | 121 | AF ASSET # 001274 | VCON | 12201800 | 122018 |
| P1 | 121 | AF ASSET # 1391 | VCON | 12201808 | 122018 |
| P1 | 111 | AF ASSET # 001129 | BELT | 11101500 | 111015 |
| P1 | 120 | AF ASSET # 001342 | ICS | 12008000 | 120080 |
| P1 | 180 | AF ASSET 1343 | ICS | 18007300 | 180073 |
| P1 | 180 | AF ASSET # 1393 | ICS | 18007400 | 180074 |
| P1 | 180 | 1126 | ICS | 18007500 | 180075 |
| P1 | 180 | 1718 | ICS | 18007600 | 180076 |
| P1 | 120 | AF ASSET # 001326 | ICS | 12007800 | 120078 |
| P1 | 270 | AF ASSET # 000015 | LADL | 27007000 | 270070 |
| P1 | 112 | AF ASSET # 2018 | LADL | 11204800 | 112048 |
| P1 | 185 | AF ASSET # 000623 | CLEN | 18501400 | 185014 |
| P1 | 136 | SIZE: 106 UNIV | CORE | 13602016 | 136020 |
| P1 | 148 | ASSET # 001959 | VM | 14807600 | 148076 |
| P1 | 180 | 491 & 1951 | | 18002600 | 180026 |
| P1 | 180 | AF ASSET # 1843 | | 18002700 | 180027 |
| P1 | 180 | AF ASSET # 1772 | | 18003020 | 180030 |
| P1 | 112 | ASSET # 1173 & 1289 | HOLD | 11204045 | 112040 |
| P1 | 136 | 001667 | CORE | 13602000 | 136020 |
| P1 | 181 | 5,400 CFM | DUST | 18104100 | 181041 |
| P1 | 148 | 001990 | TOOL | 14805900 | 148059 |
| P1 | 112 | CAB S/N T-366227-A | | 11202600 | 112026 |
| P1 | 159 | 12470V TO 750V | SUB | 15903100 | 159031 |
| P1 | 181 | 001832 & 492 | VCON | 18200400 | 182004 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 181 | AF ASSET # 001835 | VCON | 18212400 | 182124 |
| P1 | 111 | START DATE: 10/27/94 | PROJ | 27923 | 27923 |
| P1 | 181 | AF ASSET # 001834 | VCON | 18212500 | 182125 |
| P1 | 120 | START DATE: 3/09/95 | PROJ | 27934 | 27934 |
| P1 | 181 | 1115 | DUST | 18101200 | 181012 |
| P1 | 181 | ASSET # 376 | VCON | 18201200 | 182012 |
| P1 | 181 | AF ASSET # 001099 | VCON | 18200200 | 182002 |
| P1 | 181 | AF ASSET # 001812 | VCON | 18200100 | 182001 |
| P1 | 181 | AF ASSET # 001930 | VCON | 18200317 | 182003 |
| P1 | 181 | ASSET #1099 & 1813 | VCON | 18200300 | 182003 |
| P1 | 181 | AF ASSET # 001814 | VCON | 18210300 | 182103 |
| P1 | 181 | AF ASSET # 001815 | VCON | 18210400 | 182104 |
| P1 | 159 | 1234 | WATR | 15907500 | 159075 |
| P1 | 159 | 50 & 1234 & 1406 | WATR | 15907700 | 159077 |
| P1 | 159 | 1406 | WATR | 15907800 | 159076 |
| P1 | 159 | 1416 | COMP | 15907601 | 159076 |
| P1 | 159 | 312 & 809 | | 15900100 | 159001 |
| P1 | 159 | AF ASSET # 000243 | | 15900200 | 159002 |
| P1 | 159 | AF ASSET # 1774 | | 15900291 | 159002 |
| P1 | 159 | ASSET # 47 & 2001 | | 15900400 | 159004 |
| P1 | 159 | AF ASSET # 000049 | | 15900500 | 159005 |
| P1 | 259 | ASSET 1965 | COMP | 25940100 | 259401 |
| P1 | 121 | 50,000 CFM | HVAC | 14459400 | 144594 |
| P1 | 151 | 40,000 CFM | HVAC | 14469100 | 144691 |
| P1 | 112 | 40,000 CFM | HVAC | 14419000 | 144190 |
| P1 | 130 | 50,000 CFM | HVAC | 14479100 | 144791 |
| P1 | 125 | 40,000 CFM | HVAC | 14459200 | 144592 |
| P1 | 121 | 60,000 CFM | HVAC | 14459100 | 144591 |
| P1 | 153 | 20,000 CFM | HVAC | 14489100 | 144891 |
| P1 | 151 | AF ASSET # 001451 | HVAC | 14449200 | 144492 |
| P1 | 185 | AF ASSET # 592 | HVAC | 14439200 | 144392 |
| P1 | 148 | 8,750 CFM | HVAC | 14449100 | 144491 |
| P1 | 121 | 40,000 CFM | HVAC | 14459500 | 144595 |
| P1 | 120 | AF ASSET # 001001 | | 12002000 | 120020 |
| P1 | 120 | AF ASSET # 000823 | | 12001900 | 120019 |
| P1 | 181 | 1687 | BIN | 18205417 | 182054 |
| P1 | 181 | ASSET # 113 | BIN | 18205400 | 182054 |
| P1 | 133 | AF ASSET # 001916 | SCAL | 13300306 | 133003 |
| P1 | 121 | AF ASSET # 000565 | BELT | 12203700 | 122037 |
| P1 | 121 | AF ASSET # 000737 | BELT | 12204700 | 122047 |
| P1 | 121 | AF ASSET # 000752 | BELT | 12201700 | 122017 |
| P1 | 111 | AF ASSET # 001011 | CUPO | 11102592 | 111025 |
| P1 | 148 | 1349 | VM | 14803300 | 148033 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801000 | 148010 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801100 | 148011 |
| P1 | 148 | 1958 | VM | 14801200 | 148012 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801300 | 148013 |
| P1 | 148 | LEASE FOR 3 YR'S | VM | 14801400 | 148014 |
| P1 | 148 | 1085 | VM | 14803500 | 148035 |
| P1 | 148 | 1236 | VM | 14803600 | 148036 |
| P1 | 148 | 001681 | VM | 14803700 | 148037 |
| P1 | 185 | START DATE 2/23/98 | PROJ | 27333 | 27333 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 125 | START DATE 3/11/98 | PROJ | 27330 | 27330 |
| P1 | 181 | AF ASSET # 001821 | VCON | 18211100 | 182111 |
| P1 | 181 | AF ASSET # 001822 | VCON | 18211200 | 182112 |
| P1 | 181 | AF ASSET # 001823 | VCON | 18211300 | 182113 |
| P1 | 121 | AF ASSET # 001665 | DUST | 12100811 | 121008 |
| P1 | 170 | 139 | CRAN | 17000400 | 170004 |
| P1 | 111 | START DATE: 12/14/94 | PROJ | 27931 | 27931 |
| P1 | 170 | AF ASSET # 000097 | CRAN | 17000300 | 170003 |
| P1 | 111 | AF ASSET # 001016 | | 11101800 | 111018 |
| P1 | 155 | SEE COMMENTS | WMB | 15500115 | 155001 |
| P1 | 155 | START DATE 4/16/98 | PROJ | 27331 | 27331 |
| P1 | 155 | AF ASSET # 1910 | WMB | 15500111 | 155001 |
| P1 | 155 | 000209 | WMB | 15500100 | 155001 |
| P1 | 111 | AF ASSET # 000096 | CRAN | 11100100 | 111001 |
| P1 | 159 | START DATE 03/30/99 | PROJ | 27339 | 27339 |
| P1 | 159 | START DATE: 7/30/97 | PROJ | 27317 | 27317 |
| P1 | 194 | START DATE: 8/10/94 | PROJ | 27914 | 27914 |
| P1 | 130 | SIZE: 445 | FAN | 14472000 | 144720 |
| P1 | 133 | START DATE: 12/12/95 | PROJ | 27967 | 27967 |
| P1 | 181 | AF ASSET # 001303 | VCON | 18204500 | 182045 |
| P1 | 121 | AF ASSET # 001174 | VCON | 12204000 | 122040 |
| P1 | 194 | START DATE: 9/19/94 | PROJ | 27917 | 27917 |
| P1 | 159 | START DATE 09/20/99 | PROJ | 27342 | 27342 |
| P1 | 194 | START DATE 7/24/93 | PROJ | 27846 | 27846 |
| P1 | 111 | 1330 POWER RAILS | CRAN | 11105500 | 111055 |
| P1 | 111 | AF ASSET # 001019 | | 11101717 | 111017 |
| P1 | 111 | START DATE 06/23/99 | PROJ | 27341 | 27341 |
| P1 | 111 | ASSET # 203 | CUPO | 11102200 | 111022 |
| P1 | 111 | AF ASSET # 001722 | CUPO | 11102100 | 111021 |
| P1 | 185 | 12,000 CFM | DUST | 18501211 | 185012 |
| P1 | 121 | AF ASSET # 001050 | BELT | 12204900 | 122049 |
| P1 | 133 | 1096 & 1286 & 1332 | QS | 13302200 | 133022 |
| P1 | 133 | AF ASSET # 001332 | CORE | 13302293 | 133022 |
| P1 | 133 | DRW#HS43-A1-A1992-BO | HYD | 13302220 | 133022 |
| P1 | 180 | 1119 | WATR | 18006700 | 180067 |
| P1 | 180 | 1119 AND 1254 | WATR | 18006900 | 180069 |
| P1 | 180 | START DATE 6/02/95 | PROJ | 27941 | 27941 |
| P1 | 120 | AF ASSET # 998 | QS | 12001200 | 120012 |
| P1 | 180 | AF ASSET # 000490 | QS | 18000800 | 180008 |
| P1 | 180 | 000617 | QS | 18000900 | 180009 |
| P1 | 180 | 1938 | QS | 18001000 | 180010 |
| P1 | 180 | AF ASSET #.000186 | QS | 18001100 | 180011 |
| P1 | 180 | AF ASSET # 000164 | QS | 18001200 | 180012 |
| P1 | 180 | I | | 18001267 | 180012 |
| P1 | 120 | AF ASSET # 377 | QS | 12000900 | 120009 |
| P1 | 120 | ASSET # 377 & 1568 | QS | 12001000 | 120010 |
| P1 | 120 | AF ASSET # 819 | QS | 12001100 | 120011 |
| P1 | 181 | AF ASSET # 000621 | BELT | 18202300 | 182023 |
| P1 | 120 | AF ASSET # 001005 | BELT | 12002800 | 120028 |
| P1 | 120 | AF ASSET # 001328 | BELT | 12002500 | 120025 |
| P1 | 120 | AF ASSET # 000827 | BELT | 12002700 | 120027 |
| P1 | 180 | AF ASSET # 1833 | VCON | 18003300 | 180033 |

| P1 | 112 | NEW COILS DEC 1994 | WATR | 11203200 | 112032 |
| P1 | 112 | NEW COILS DEC 1994 | WATR | 11203300 | 112033 |
| P1 | 112 | NEW COILS DEC 1994 | WATR | 11203400 | 112034 |
| P1 | 159 | 000050 & 1234 | WATR | 15907800 | 159078 |
| P1 | 159 | 000050 & 1234 | WATR | 15907900 | 159079 |
| P1 | 180 | START DATE | CUPO | 27737 | 27737 |
| P1 | 185 | AF ASSET # 001336 | DUST | 18501200 | 185012 |
| P1 | 181 | AF ASSET # 001931 | DUST | 18100500 | 181005 |
| P1 | 170 | 614 | WATR | 17004200 | 170042 |
| P1 | 170 | LOOK AT COMMENTS | PUMP | 17004231 | 170042 |
| P1 | 181 | 1113 | DUST | 18102800 | 181028 |
| P1 | 181 | 1115 | DUST | 18102300 | 181023 |
| P1 | 121 | SEE COMMENTS | VCON | 12203200 | 122032 |
| P1 | 130 | START DATE: 1/06/95 | PROJ | 27932 | 27932 |
| P1 | 111 | AF ASSET # 001555 | FAN | 14411800 | 144118 |
| P1 | 181 | 14,900 CFM | FAN | 14420700 | 144207 |
| P1 | 181 | 14,900 CFM | FAN | 14420800 | 144208 |
| P1 | 181 | 14,900 CFM | FAN | 14420900 | 144209 |
| P1 | 121 | 28,000 CFM | FAN | 14451500 | 144515 |
| P1 | 121 | 16,000 CFM | FAN | 14450200 | 144502 |
| P1 | 121 | 28,000 CFM | FAN | 14451400 | 144514 |
| P1 | 121 | 16,000 CFM | FAN | 14450100 | 144501 |
| P1 | 121 | 30,000 CFM | DUST | 12102800 | 121028 |
| P1 | 111 | START DATE 8/12/95 | PROJ | 27946 | 27946 |
| P1 | 125 | START DATE: 5/17/96 | PROJ | 27977 | 27977 |
| P1 | 057 | START DATE: 1/30/97 | PROJ | 27301 | 27301 |
| P1 | 194 | START DATE 7/12/95 | PROJ | 27944 | 27944 |
| P1 | 181 | 1685 | VCON | 18201400 | 182014 |
| P1 | 121 | AF ASSET # 000548 | VCON | 12203100 | 122031 |
| P1 | 155 | FRC 12"W X 6'6" LONG | WMB | 15505000 | 155050 |
| P1 | 170 | 20,000 CFM | FAN | 14419600 | 144196 |
| P1 | 121 | 25,000 CFM | FAN | 14459600 | 144596 |
| P1 | 181 | 20,000 CFM | FAN | 14429100 | 144291 |
| P1 | 150 | 12,000 CFM | FAN | 14489400 | 144894 |
| P1 | 185 | 8,000 CFM | FAN | 14439600 | 144396 |
| P1 | 181 | 700 CFM | FAN | 14439100 | 144391 |
| P1 | 181 | 3,000 CFM | FAN | 14439300 | 144393 |
| P1 | 150 | 12,000 CFM | FAN | 14489300 | 144893 |
| P1 | 185 | 8,000 CFM | FAN | 14439500 | 144395 |
| P1 | 159 | 70,000 CFM | FAN | 14489200 | 144892 |
| P1 | 148 | 370 & & 1248 & 1726 | VM | 14804300 | 148043 |
| P1 | 148 | 001351 AND 001770 | VM | 14807500 | 148075 |
| P1 | 111 | START DATE 10/21/96 | PROJ | 27990 | 27990 |
| P1 | 120 | START DATE: 12-19-96 | PROJ | 27999 | 27999 |
| P1 | 159 | START DATE 5/96 | PROJ | 27974 | 27974 |
| P1 | 130 | AF ASSET # 000467 | CORE | 13000800 | 130008 |
| P1 | 186 | AF ASSET # 001846 | VCON | 18505000 | 185050 |
| P1 | 185 | AF ASSET # 001850 | VCON | 18505100 | 185051 |
| P1 | 194 | START DATE: 12/10/94 | PROJ | 27930 | 27930 |
| P1 | 121 | PROJECT 27-352 | HVAC | 12108300 | 121083 |
| P1 | 159 | 000373 AND 001072 | HVAC | 15905591 | 159055 |
| P1 | 181 | AF ASSET 1790 & 1924 | HVAC | 18108300 | 181083 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 121 | AF ASSET # 001077 | VCON | 12204600 | 122046 |
| P1 | 112 | START DATE: 4/4/96 | PROJ | 27972 | 27972 |
| P1 | 120 | START DATE: 10/10/95 | PROJ | 27953 | 27953 |
| P1 | 111 | START DATE: 2/22/97 | PROJ | 27303 | 27303 |
| P1 | 180 | START DATE: 9/29/97 | PROJ | 27319 | 27319 |
| P1 | 181 | START DATE 11/29/95 | PROJ | 27963 | 27963 |
| P1 | 127 | START DATE 9/14/95 | PROJ | 27950 | 27950 |
| P1 | 186 | START DATE: 11/29/95 | PROJ | 27964 | 27964 |
| P1 | 180 | START DATE 10/01/93 | PROJ | 27863 | 27863 |
| P1 | 130 | START DATE: 10/16/95 | PROJ | 27955 | 27955 |
| P1 | 126 | START DATE: 12/23/96 | PROJ | 27300 | 27300 |
| P1 | 127 | START DATE: 6-4-97 | PROJ | 27316 | 27316 |
| P1 | 030 | START DATE: 5-12-97 | PROJ | 27314 | 27314 |
| P1 | 137 | START DATE: 11/05/95 | PROJ | 27959 | 27959 |
| P1 | 181 | START DATE: 9/25/95 | PROJ | 27952 | 27952 |
| P1 | 133 | START DATE 2/01/96 | PROJ | 27969 | 27969 |
| P1 | 170 | START DATE: 7/08/94 | PROJ | 27911 | 27911 |
| P1 | 181 | 1687 | BIN | 18205517 | 182055 |
| P1 | 181 | ASSET # 113 | BIN | 18205500 | 182055 |
| P1 | 181 | AF ASSET # 001626 | DUST | 18100700 | 181007 |
| P1 | 148 | ASSET # 000950 | FORK | 14810200 | 148102 |
| P1 | 148 | ASSET # 000946 | FORK | 14810300 | 148103 |
| P1 | 148 | AF ASSET # 000947 | FORK | 14810500 | 148105 |
| P1 | 148 | ASSET # 952 | FORK | 14810600 | 148106 |
| P1 | 148 | 000953 | FORK | 14810700 | 148107 |
| P1 | 148 | ASSET # 000949 | FORK | 14810800 | 148108 |
| P1 | 148 | 001075 | FORK | 14810900 | 148109 |
| P1 | 148 | AF ASSET # 1091 | FORK | 14811000 | 148110 |
| P1 | 148 | AF ASSET # 1094 | FORK | 14811200 | 148112 |
| P1 | 148 | AF ASSET # 1149 | FORK | 14811300 | 148113 |
| P1 | 148 | AF ASSET # 1150 | FORK | 14811400 | 148114 |
| P1 | 148 | AF ASSET # 1237 | FORK | 14811500 | 148115 |
| P1 | 148 | 001298 | FORK | 14811600 | 148116 |
| P1 | 148 | AF ASSET # 1297 | FORK | 14811800 | 148118 |
| P1 | 148 | AF ASSET # 1408 | FORK | 14811900 | 148119 |
| P1 | 148 | AF ASSET # 1409 | FORK | 14812000 | 148120 |
| P1 | 148 | AF ASSET # 1410 | FORK | 14812100 | 148121 |
| P1 | 148 | AF ASSET # 1476 | FORK | 14812200 | 148122 |
| P1 | 148 | AF ASSET # 1492 | FORK | 14812300 | 148123 |
| P1 | 148 | AF ASSET # 1493 | FORK | 14812400 | 148124 |
| P1 | 148 | AF ASSET # 1494 | FORK | 14812500 | 148125 |
| P1 | 148 | AF ASSET # 1495 | FORK | 14812600 | 148126 |
| P1 | 148 | AF ASSET # 1496 | FORK | 14812700 | 148127 |
| P1 | 148 | AF ASSET # 1689 | FORK | 14813100 | 148131 |
| P1 | 148 | 002022 | FORK | 14813700 | 148137 |
| P1 | 148 | 002023 | FORK | 14813800 | 148138 |
| P1 | 148 | 002024 | FORK | 14813900 | 148139 |
| P1 | 148 | 002025 | FORK | 14814200 | 148142 |
| P1 | 148 | 000304 | FORK | 14802200 | 148022 |
| P1 | 170 | 99 | | 17000700 | 170007 |
| P1 | 170 | 3 | | 17000741 | 170007 |
| P1 | 170 | 99 | | 17000800 | 170008 |

| P1 | 170 | AF ASSET 1390 & 1481 | | 17000845 | 170008 |
|----|-----|----------------------|------|----------|--------|
| P1 | 170 | 99 | | 17000900 | 170009 |
| P1 | 170 | AF ASSET # 616 | FURN | 17001000 | 170010 |
| P1 | 112 | 40,000 CFM | HVAC | 14419100 | 144191 |
| P1 | 121 | 53,600 CFM | HVAC | 14459300 | 144593 |
| P1 | 181 | 53,600 CFM | FAN | 14429200 | 144292 |
| P1 | 120 | START DATE: 12/05/95 | PROJ | 27966 | 27966 |
| P1 | 121 | AF ASSET # 001566 | VCON | 12201900 | 122019 |
| P1 | 121 | AF ASSET # 001413 | VCON | 12201908 | 122019 |
| P1 | 121 | SEE COMMENTS | VCON | 12202000 | 122020 |
| P1 | 121 | AF ASSET # 001413 | VCON | 12202008 | 122020 |
| P1 | 181 | START DATE: 1/27/98 | PROJ | 27324 | 27324 |
| P1 | 159 | START DATE: 10/27/97 | LAND | 27325 | 27325 |
| P1 | 181 | SIZE 404 | | 18201991 | 182019 |
| P1 | 121 | AF ASSET # 000237 | QS | 12200800 | 122006 |
| P1 | 181 | AF ASSET # 000325 | QS | 18201900 | 182019 |
| P1 | 111 | 40,000 CFM | DUST | 11104400 | 111044 |
| P1 | 125 | START DATE: 7/31/96 | PROJ | 27985 | 27985 |
| P1 | 126 | 1565 & 1046 | QS | 12601100 | 126011 |
| P1 | 181 | AF ASSET # 000942 | VCON | 18201591 | 182015 |
| P1 | 120 | START DATE 10/26/00 | PROJ | 27349 | 27349 |
| P1 | 185 | START DATE 5/23/00 | PROJ | 27346 | 27346 |
| P1 | 181 | 1399 MOTOR STARTER | DUST | 18101611 | 181016 |
| P1 | 130 | SUPER HEATER | CORE | 13000401 | 130004 |
| P1 | 130 | ASSET # 259 & 368 | CORE | 13000300 | 130003 |
| P1 | 157 | AF ASSET # 000627 | TOOL | 15700200 | 157002 |
| P1 | 181 | ASSET # 376 & 1488 | VCON | 18201300 | 182013 |
| P1 | 136 | 000897 | CORE | 13600500 | 136005 |
| P1 | 133 | AF ASSET # 000255 | MULL | 13300500 | 133005 |
| P1 | 121 | 1,700 CFM | DUST | 12104100 | 121041 |
| P1 | 159 | START DATE: 8/22/96 | PROJ | 27987 | 27987 |
| P1 | 181 | ASSET #1331 & 1848 | VCON | 18201500 | 182015 |
| P1 | 194 | START DATE: 10/27/94 | PROJ | 27924 | 27924 |
| P1 | 185 | AF ASSET # 001478 | BILD | 15000613 | 150006 |
| P1 | 111 | AF ASSET # 000940 | CUPO | 11105900 | 111059 |
| P1 | 111 | AF ASSET # 001723 | CUPO | 11102700 | 111027 |
| P1 | 111 | AF ASSET # 001780 | CUPO | 11102704 | 111027 |
| P1 | 155 | FRC 22"W X 6'9" LG | VCON | 15505200 | 155052 |
| P1 | 155 | FRC 22"W X 6'9" LG | VCON | 15505211 | 155052 |
| P1 | 180 | START DATE 3/04/93 | PROJ | 27824 | 27824 |
| P1 | 159 | START DATE 2/18/97 | PROJ | 27302 | 27302 |
| P1 | 150 | START DATE 6/20/95 | PROJ | 27942 | 27942 |
| P1 | 159 | START DATE 1/29/96 | PROJ | 27968 | 27969 |
| P1 | 111 | AF ASSET # 001114 | | 11104500 | 111045 |
| P1 | 111 | AF ASSET # 001454 | CUPO | 11104700 | 111047 |
| P1 | 170 | AF ASSET # 1635 | VCON | 17000200 | 170002 |
| P1 | 170 | AF ASSET # 615 | VCON | 17000292 | 170002 |
| P1 | 121 | AF ASSET # 000999 | MOLD | 12201500 | 122015 |
| P1 | 121 | AF ASSET # 000821 | MOLD | 12201400 | 122014 |
| P1 | 121 | AF ASSET # 001455 | MOLD | 12204200 | 122042 |
| P1 | 121 | PARAMOUNT II | VCON | 12204291 | 122042 |
| P1 | 121 | PARAMOUNT II | VCON | 12204211 | 122042 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 121 | AF ASSET # 000545 | VCON | 12202200 | 122022 |
| P1 | 185 | AF ASSET # 001852 | VCON | 18506500 | 185065 |
| P1 | 185 | AF ASSET # 001845 | VCON | 18506600 | 185066 |
| P1 | 185 | AF ASSET # 001844 | VCON | 18506700 | 185067 |
| P1 | 185 | AF ASSET # 001851 | VCON | 18506800 | 185068 |
| P1 | 185 | AF ASSET # 001831 | VCON | 18506100 | 185061 |
| P1 | 185 | AF ASSET # 001840 | VCON | 18506200 | 185062 |
| P1 | 185 | AF ASSET # 001839 | VCON | 18506300 | 185063 |
| P1 | 185 | AF ASSET # 001838 | VCON | 18506400 | 185064 |
| P1 | 120 | START DATE: 10/29/97 | PROJ | 27321 | 27321 |
| P1 | 127 | START DATE 11/05/95 | PROJ | 27957 | 27957 |
| P1 | 133 | START DATE 7/28/95 | PROJ | 27945 | 27945 |
| P1 | 159 | START DATE: 9/19/95 | PROJ | 27951 | 27951 |
| P1 | 130 | START DATE: 5/7/96 | PROJ | 27975 | 27975 |
| P1 | 150 | START DATE:8/14/94 | PROJ | 27915 | 27915 |
| P1 | 180 | START DATE 11/25/98 | PROJ | 27335 | 27335 |
| P1 | 126 | START DATE: 11/4/97 | PROJ | 27323 | 27323 |
| P1 | 154 | SEE COMMENTS | TOOL | 15402000 | 154020 |
| P1 | 111 | AF ASSET # 001397 | BELT | 11100400 | 111004 |
| P1 | 130 | START DATE 8/21/95 | PROJ | 27949 | 27949 |
| P1 | 111 | AF ASSET # 000416 | CUPO | 11105000 | 111050 |
| P1 | 112 | AF ASSET # 001789 | LADL | 11204700 | 112048 |
| P1 | 181 | START DATE: 11/09/95 | PROJ | 27960 | 27960 |
| P1 | 159 | START DATE 3/2/00 | UTIL | 27344 | 27344 |
| P1 | 159 | START DATE 11/16/94 | PROJ | 27927 | 27927 |
| P1 | 185 | START DATE 12-19-96 | PROJ | 27997 | 27997 |
| P1 | 121 | START DATE: 3/09/95 | PROJ | 27935 | 27935 |
| P1 | 185 | START DATE: 11/13/96 | PROJ | 27993 | 27993 |
| P1 | 151 | START DATE 8/21/95 | PROJ | 27948 | 27948 |
| P1 | 112 | START DATE 03/28/96 | PROJ | 27971 | 27971 |
| P1 | 111 | START DATE 10/15/96 | PROJ | 27989 | 27989 |
| P1 | 181 | START DATE 11/20/95 | PROJ | 27962 | 27962 |
| P1 | 121 | START DATE 11/13/96 | PROJ | 27994 | 27994 |
| P1 | 121 | START DATE: 10/10/95 | PROJ | 27954 | 27954 |
| P1 | 180 | START DATE: 3/14/97 | PROJ | 27307 | 27307 |
| P1 | 080 | START DATE: 4-3-97 | PROJ | 27308 | 27308 |
| P1 | 126 | START DATE 5/04/95 | PROJ | 27940 | 27940 |
| P1 | 111 | START DATE: 3/7/97 | PROJ | 27305 | 27305 |
| P1 | 111 | START DATE 8/15/95 | PROJ | 27947 | 27947 |
| P1 | 159 | START DATE 7-18-96 | PROJ | 27978 | 27978 |
| P1 | 121 | START DATE 9/20/96 | PROJ | 27988 | 27988 |
| P1 | 020 | START DATE: 4-4-97 | PROJ | 27309 | 27309 |
| P1 | 181 | START DATE 4/7/95 | PROJ | 27939 | 27939 |
| P1 | 170 | START DATE 6/30/95 | PROJ | 27943 | 27943 |
| P1 | 111 | START DATE 12/13/99 | PROJ | 27343 | 27343 |
| P1 | 112 | 27,350 CFM | FAN | 14410300 | 144103 |
| P1 | 112 | 27,350 CFM | FAN | 14410400 | 144104 |
| P1 | 112 | 27,350 CFM | FAN | 14410500 | 144105 |
| P1 | 112 | 27,350 CFM | FAN | 14410600 | 144106 |
| P1 | 112 | 20,000 CFM | FAN | 14410100 | 144101 |
| P1 | 170 | 44,000 CFM | FAN | 14410700 | 144107 |
| P1 | 181 | 30,750 CFM | FAN | 14420500 | 144205 |

| P1 | 112 | 20,000 CFM | FAN | 14410200 | 144102 |
|----|-----|-----------|-----|----------|--------|
| P1 | 170 | 44,000 CFM | FAN | 14410800 | 144108 |
| P1 | 170 | 44,000 CFM | FAN | 14410900 | 144109 |
| P1 | 185 | 11,500 CFM | FAN | 14421100 | 144211 |
| P1 | 170 | 44,000 CFM | FAN | 14411000 | 144110 |
| P1 | 181 | 30,750 CFM | FAN | 14420600 | 144206 |
| P1 | 130 | 24,480 CFM | FAN | 14470100 | 144701 |
| P1 | 125 | 44,000 CFM | FAN | 14451600 | 144516 |
| P1 | 112 | 27,350 CFM | FAN | 14411700 | 144117 |
| P1 | 185 | 11,500 CFM | FAN | 14430300 | 144303 |
| P1 | 185 | 9,270 CFM | FAN | 14430600 | 144306 |
| P1 | 185 | 11,500 CFM | FAN | 14430100 | 144301 |
| P1 | 170 | 44,000 CFM | FAN | 14411200 | 144112 |
| P1 | 185 | 11,500 CFM | FAN | 14431100 | 144311 |
| P1 | 170 | AF ASSET # 218 | FAN | 14411300 | 144113 |
| P1 | 185 | 11,500 CFM | FAN | 14430900 | 144309 |
| P1 | 130 | ASSET # 1784 & 1908 | FAN | 14470600 | 144706 |
| P1 | 150 | 9,270 CFM | FAN | 14480300 | 144803 |
| P1 | 150 | 30,750 CFM | FAN | 14480100 | 144801 |
| P1 | 150 | 30,750 CFM | FAN | 14480200 | 144802 |
| P1 | 150 | START DATE: 9/19/94 | PROJ | 27919 | 27919 |
| P1 | 121 | START DATE: 7/23/96 | PROJ | 27980 | 27980 |
| P1 | 111 | START DATE 11/08/00 | PROJ | 27350 | 27350 |
| P1 | 126 | START DATE 12/11/00 | PROJ | 27351 | 27351 |
| P1 | 186 | 443 AND 2019 | QS | 18600100 | 186001 |
| P1 | 186 | AF ASSET #001849 | | 18600181 | 186001 |
| P1 | 181 | START DATE: 7/25/94 | PROJ | 27912 | 27912 |
| P1 | 151 | START DATE: 9/20/94 | PROJ | 27921 | 27921 |
| P1 | 181 | AF ASSET # 000496 | BLAS | 18104000 | 181040 |
| P1 | 121 | AF ASSET # 000564 | VCON | 12203600 | 122036 |
| P1 | 181 | AF ASSET # 000380 | VCON | 18204400 | 182044 |
| P1 | 181 | AF ASSET # 001291 | DUST | 18101500 | 181015 |
| P1 | 120 | AF ASSET # 001000 | SYNT | 12000400 | 120004 |
| P1 | 180 | 148 | SYNT | 18000200 | 180002 |
| P1 | 180 | 148 | SYNT | 18000500 | 180005 |
| P1 | 120 | AF ASSET # 000822 | SYNT | 12000300 | 120003 |
| P1 | 181 | AF ASSET # 001913 | MOLD | 18205100 | 182051 |
| P1 | 120 | AF ASSET # 001003 | | 12002400 | 120024 |
| P1 | 180 | AF ASSET # 1773 | | 18002820 | 180028 |
| P1 | 180 | 1771 IN MAY 97 | | 18002900 | 180029 |
| P1 | 120 | AF ASSET # 000825 | | 12002300 | 120023 |
| P1 | 121 | AF ASSET # 001627 | DUST | 12101200 | 121012 |
| P1 | 181 | DES/CL 15 | DUST | 18101111 | 181011 |
| P1 | 130 | AF ASSET # 000300 | DUST | 13001611 | 130016 |
| P1 | 148 | ASSET # 000314 | TOOL | 14805800 | 148058 |
| P1 | 155 | 1284 & 1966 | UTIL | 15907100 | 159071 |
| P1 | 181 | AF ASSET # 001818 | VCON | 18210700 | 182107 |
| P1 | 111 | AF ASSET # 001290 | CUPO | 11102401 | 111024 |
| P1 | 111 | AF ASSET # 000798 | CUPO | 11102400 | 111024 |
| P1 | 111 | SEE COMMENTS | CUPO | 11102491 | 111024 |
| P1 | 185 | AF ASSET # 001827 | VCON | 18505500 | 185055 |
| P1 | 111 | AF ASSET # 000528 | | 11103891 | 111038 |

| | | | | | |
|---|---|---|---|---|---|
| P1 | 112 | AF ASSET # 000933 | HOLD | 11204000 | 112040 |
| P1 | 112 | AF ASSET # 001866 | HOLD | 11204042 | 112040 |
| P1 | 181 | AF ASSET # 001334 | VCON | 18201108 | 182011 |
| P1 | 181 | ASSET # 376 & 1567 | VCON | 18201100 | 182011 |
| P1 | 181 | START DATE: 11/04/94 | PROJ | 27926 | 27926 |
| P1 | 186 | AF ASSET # 001629 | | 18600194 | 186001 |
| P1 | 181 | START DATE: 3/12/97 | PROJ | 27306 | 27306 |
| P1 | 133 | AF ASSET # 000255 | MULL | 13300400 | 133004 |
| P1 | 136 | AF ASSET # 001669 | BELT | 13602100 | 136021 |
| P1 | 136 | AF ASSET # 001669 | BELT | 13602200 | 136022 |
| P1 | 181 | ASSET #1820 & 1898 | VCON | 18210900 | 182109 |
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18203600 | 182036 |
| P1 | 181 | 8/97 NEW SN:C8053-8 | VCON | 18203617 | 182036 |
| P1 | 111 | 1339 | QUAL | 11106200 | 111062 |
| P1 | 159 | START DATE: 11-05-96 | PROJ | 27992 | 27992 |
| P1 | 185 | AF ASSET # 001862 | DUST | 18503500 | 185035 |
| P1 | 148 | ASSET # 000309 | VM | 14805500 | 148055 |
| P1 | 148 | ASSET # 000812 | VM | 14805600 | 148056 |
| P1 | 148 | AF ASSET# 001018 | VM | 14806400 | 148064 |
| P1 | 148 | AF ASSET # 001691 | SWEP | 14806800 | 148068 |
| P1 | 148 | AF ASSET # | SWEP | 14806900 | 148069 |
| P1 | 133 | START DATE: 12/01/95 | PROJ | 27965 | 27965 |
| P1 | 150 | 001240 REBUILT 3/93 | | 15000700 | 150007 |
| P1 | 111 | AF ASSET # 001397 | VCON | 11100300 | 111003 |
| P1 | 130 | START DATE 2/24/98 | PROJ | 27328 | 27328 |
| P1 | 130 | START DATE 09/15/99 | PROJ | 27340 | 27340 |
| P1 | 120 | START DATE: 12/19/97 | PROJ | 27998 | 27998 |
| P1 | 181 | START DATE: 10/20/95 | PROJ | 27956 | 27956 |
| P1 | 121 | AF ASSET # 000544 | MOLD | 12202100 | 122021 |
| P1 | 181 | ASSET #1817 & 1897 | VCON | 18210600 | 182106 |
| P1 | 181 | ASSET #1817 & 1897 | VCON | 18210617 | 182106 |
| P1 | 148 | 000812 | VM | 14806500 | 148065 |
| P1 | 181 | AF ASSET # 001824 | | 18211700 | 182117 |
| P1 | 181 | AF ASSET # 001825 | | 18211800 | 182118 |
| P1 | 181 | AF ASSET # 001826 | | 18211900 | 182119 |
| P1 | 150 | 143 & 1692 & 1966 | UTIL | 15001200 | 150012 |
| P1 | 181 | 1113 | DUST | 18102600 | 181026 |
| P1 | 181 | 1115 | DUST | 18102200 | 181022 |
| P1 | 121 | AF ASSET # 001273 | VCON | 12202908 | 122029 |
| P1 | 181 | 492 | VCON | 18200500 | 182005 |

#1 Return Sand Conv (under Shakeout
#1 Return Sand Conveyor: Drive Unit
#1 Return Sand Tube Conv  (N. Unit)
34 Blast #3 in South Cleaning Room
4 Inspection Fixtures for Bristol
Allentown Refractory Gun
Barrel Crusher: Shot Reclaim Area
Battery Charger in Core Room
BMD 2 way Transfer Conveyor
BMD Blast
BMD Blast: Loading Door
BMD Incline Conveyor
BMD Unload Conveyor
Bulldozer  (Case 850E)   LANDFILL
Cordax Layout Mach (in storeage 96)
Custom Flow Coater in Core Room
Dip Tank System
Dry Cooler, Middle: E/M Glycol Sys
Dry Cooler, West: E/M Glycol System
Eng & Fab Moveable Sound Wall #7 Di
Fire Safety Equipment
Fuel Pump, Diesel for Semi Trucks
GM 2209 Auto Grinder  (New 6/98)
Heat Exchanger for Disa Cooling Sys
Lan Wrap Machine in North Cleaning
Mold Dump #1
Mold Dump #1: AC Drive Inverter
Non-Metallic Charging Belt
Pattern Spray System, #10 Disa
Pattern Spray System, #3 Disa
Pattern Spray System, #4 Disa
Pattern Spray System, #5 Disa
Pattern Spray System, #6 Disa
Pattern Spray System, #8  Disa
Refractory Mixer (Portable) 1995
Refractory Mixer (Portable) 2000
Rust Inhibitor Dip Tank System
S. Drying Oven: W. Fume Exhaust Fan
Samsung Loader, SL120    (New 8/99)
SBC #2, Mold Cooling Conveyor
SBC #3, Mold Cooling Conveyor
SBC #6, Hyd Power Unit
South Ajax: Contactors
South Drying Oven for Cores
South Sample Blast Dust Collector
Steam Cleaner in Vehicle Maint
Tram #3
Transformer: 1250kVA, Cupola Ajax
#2 Return Sand Conveyor

#2 Return Sand Tube Conv  (W. Unit)
#2 Slag Line Ventilation Fan
#3 Return Sand Tube Conv  (E. Unit)
#8 Disa Chamber Housing Replacement
110 Wet Collector
180 Degree Cooling Conv, South Mold
1A Mold Dump Conveyor (runs S to N)
1B Mold Dump Conveyor (runs N to S)
1C Mold Dump Conv: Drive Unit
1C Mold Dump Conveyor (runs E to W)
1D Transfer Conveyor  (runs N to S)
1E Incline Conveyor  (runs W to E)
Air Comp Glycol Loop Water Cool Sys
Air Comp Loop Water Cooling System
Air Comp Loop Water Heat Exchanger
Air Comp Loop Water: Elect Controls
Air Compressor #1, 600 hp Ingersol
Air Compressor #2, 600 hp Ingersol
Air Compressor #2: Aftercooler
Air Compressor #4, 300 hp Ingersol
Air Compressor #5, 500 hp Ingersol
Air Compressor, Portable 1300 cfm
Air Make-Up Unit above Vibra Drum
Air Make-Up Unit at N. Truck Docks
Air Make-Up Unit between E/M & Cupo
Air Make-Up Unit for Core Room
Air Make-Up Unit in N. Clean Dept
Air Make-Up Unit in N. Molding Dept
Air Make-Up Unit in Pattern Shop
Air Make-Up Unit in S. Warehouse
Air Make-Up Unit in South Cleaning
Air Make-Up Unit in Vehicle Maint
Air Make-Up Unit:180 Sort Conv Area
AMC #10 Disa Traction System
AMC #9 Disa Traction System
Bank Sand Addition Feeder Unit
Bank Sand Silo: S. Unit:fill pipe 6
Batch Weigh Hopper: Scale
Belt #12, Return Sand to Elevator
Belt #13, Core Screen Sand Transfer
Belt #4, Spill Collection Div. 2
Blast Air: Wind Box
Bobcat     (543-B)*Traded in 1/98*
Bobcat #10 (553) Got Rid Of Mar 01
Bobcat #11 (553)  Got Rid Of Mar 01
Bobcat #12 (753) used July 1999
Bobcat #13 (553) New Mar 2001
Bobcat #14 (553) New Mar 2001
Bobcat #5  (743B) *Traded in 4/96*
Bobcat #6  (543-B)*Traded in 1/98*
Bobcat #7  (753) *Sold Dec 1998*
Bristol Pump Housing Processor

Build New N Clean Office 4/98
Casting Cooler #1      (North Unit)
Casting Cooler #2   (Middle Unit)
Casting Cooler #3      (South Unit)
Center Multi Wash: Fan and Motor
Charge Bucket #1 for E/M
Charge Yard Walls: Busheling Bins
Charger Crane for Electric Melt
Charger Feeder
Clarif Sweep: Sm Drive  (gone 4/98)
Clarifier Sweep Gearbox 4/98
Clarifier Sweep: Large Worm Gearbox
Clarifier Tank
Cleveland Mag Crane
Close 11th St & restrict Veh traffi
Construction of 3 Accounting Office
Construction of Visitor Parking Lot
Core Room Drying Chamber Fan: South
CORE ROOM EXPANSION - PHASE II
Core Screen
Core Screen In North Molding
CR 48 Landfill Ground Water Monitor
CR 48 Landfill IDEM Deficiencies
CR 48 Landfill Post Closure Costs
Crane Bay & Power Rails, Outside
Cupola Charge Bucket: Drive Gearbox
Cupola Scrubber Design Phase
Cupola Shell
Cupola Wet Cap
D/C, #3-34: Fan   (out of service)
Disa #7 Sand Hopper, Aux Feed Belt
Disa Combi-Core Machine
Disa Combi-Core: 25 Liter Blow Head
Disa Combi-Core: Hyd Power Unit
Disa Cooling Tower, BAC VTL-152-LM
Disa Loop Water Cooling System
Disa Sample Station Exhaust Hoods
Disamatic #10   2013 MK4B  89.2488
Disamatic #2      2013 MK4B/86.2415 -complete w/amc/sbc & related
Disamatic #3      2013 MK1A/72.671
Disamatic #4      2013 MK3A-79.2147
Disamatic #5      2013 MK3A/79.2138
Disamatic #6      2013 MK3A/77.2015
Disamatic #6: Mold Touch System
Disamatic #7      2013 MK4B/88.2472 -complete w/amc/sbc & related
Disamatic #8      2013 MK4B/ 85.2403
Disamatic #9      2013 MK4A  89.2301
Distribution Belt, South Disa Mold
Dribble Sand Conv #10
Dribble Sand Conv #7
Dribble Sand Conv #9
Dribble Sand Pan Conveyor #3

Dry Cooler #1 (N.Unit, above Maint)
Dry Cooler #2 (CEN Unit, above Main.
Dry Cooler #3 (S.Unit, above Maint)
Dry Cooler,East for Air Compressors
Dry Cooler,West for Air Compressors
Ductile Iron Project
Dust Coll:#3-34 Blast (out of serv)
Dust Transporter for Small D/C
E/M Furnace Loop Water Cooling Sys
E/M Furnace Loop Water: South Pump
East 150 Drag Tank
East 150 Wet Collector
East Casting Cooling Conv
Engineering Study of Core Room
Exhaust Fan for #1 & #2 Slag Conv's
Exhaust Fan: #1 & #2 Cooling Conv
Exhaust Fan: #3 & #4 Cooling Conv
Exhaust Fan: #5 & #6 Cooling Conv
Exhaust Fan: #7 & #8  Cooling Conv
Exhaust Fan: #7 & #8  Pouring Zone
Exhaust Fan: #9 & #10 Cooling Conv
Exhaust Fan: #9 & #10 Pouring Zone
Exhaust Fan: Blender  (out of serv)
Fab & Install Cupola Charge Bucket
FAB OF ONE 2209 PUNCH PRESS
Fab Shop Improvements for Pattern
Fall 1995 Open House Expenses
Final Shakeout
Final Shakeout in North Molding
Fines Feeder, feeds into sm. elev.
Fresh Air Fan at E/M Operator Sta
Fresh Air Fan for N. Slag Platform
Fresh Air Fan for S. Disa Operators
Fresh Air Fan: East, in Stock Room
Fresh Air Fan: East, Upper Sort Con
Fresh Air Fan: S. Shakeout Motors
Fresh Air Fan: South Shakeout Room
Fresh Air Fan: West, in Stock Room
Fresh Air Fan: West, Upper Sort Con
Fresh Air Fans (3) in Compressor Rm
Front End Loader #2 (junked out 99)
Front End Loader,(Moved to P2 8/99)
Funding for Cupola Body Metl Zone
FUNDING FOR LASERPOUR III SYSTEM
Funding to Up Grade Well Water Pipe
Gassing System in Core Room
GO-7 Blast Unload Conveyor
GO-7 Shot Return Vee Conv (E to W)
Hourly Shower Room Expansion
HVAC for North Mold Office
HVAC for South Cafeteria
HVAC for South Disa Maint Office

Incline Conveyor     (runs S to N)
INSTALL 2 E STYLE GEARBOXES
Install Accurate Feeder on #10 Disa
Install Cupola Oxygen Supply System
INSTALL LIGHTING IN S. DISA Molding
Install Mini-Pusher for Dust
INSTALL PORTABLE GRINDERS N. CLEAN
Install- separator control ass'y
Install Ten Air Cylinder Push-Offs
Install Two Core Processing Lines
Installation of Auto Grinding Mach
INSTALLATION OF AUTOMATED GRINDER
INSTALLATION OF CORE ROOM ROOF FAN
INSTALLATION OF MCC & SWITCHGEAR
INSTALLATION OF SAND BIN AUGERS
ISOCURE BINDER TANK REPLACEMENT
Isolation Switches: for Furnaces
Lake Sand Addition Feeder Unit
Lake Sand Silo: N. Unit:fill pipe 5
Large Dust Collector  (Fuller)
Lift Truck #102   (Junked Out 2/00)
Lift Truck #103 (Yale)  Maintenance
Lift Truck #105   (JUNKED OUT 8/97)
Lift Truck #106   (JUNKED OUT 11/96)
Lift Truck #107   (Junked out 1997)
Lift Truck #108   (Junked out 1998)
Lift Truck #109   (Junked out 8/97)
Lift Truck #110   (Junked out in 98)
Lift Truck #112   (Junked out 11/99)
Lift Truck #113   (Junked Out 2000)
Lift Truck #114   (Junked out 1998)
Lift Truck #115   (Junked Out 2000)
Lift Truck #116   (Junked out 3/98)
Lift Truck #118   (Junked Out 2000)
Lift Truck #119   (Junked Out 2000)
Lift Truck #120   (Junked Out 2/99)
Lift Truck #121   (Junked out 2/00)
Lift Truck #122  (JUNKED Out 11/99)
Lift Truck #123  (JUNKED out 11/99)
Lift Truck #124 (Junked out 1998)
Lift Truck #125 (Yale)   Veh Maint
Lift Truck #126   (Junked Out 2000)
Lift Truck #127   (Junked Out 2000)
Lift Truck #131   (Junked Out 2000)
Lift Truck #137 (Yale) (w/ rollover
Lift Truck #138 (Yale)   Veh Maint
Lift Truck #139 (Yale)  Garrett W/H
Lift Truck #142 (Yale)   Stock Room
Lift Truck #22   *Sold in 1997*
Melter #1 BBC Coreless Furnace
Melter #1: Coil Assembly
Melter #2 BBC Coreless Furnace

Melter #2: Vacuum Contactors
Melter #3 BBC Coreless Furnace
Melter #4 BBC Coreless Furnace
Mixing Box Fan above South Holders
Mixing Box Fan for N. Mold Dept
Mixing Box Fan for South Slag Line
MK-5 B INSTALLATION
Mold Dump #2
Mold Dump #2: AC Drive Inverter
Mold Dump #3
Mold Dump #3: AC Drive Inverter
Mold Dump 1C Drive Unit Upgrade
Monitor CR48 Landfill Groundwater
Mullor Cooling Air Fan
Mullor for North Disa Mold
Mullor for South Disa Mold
Multi-Wash Collector
N Clean Room Conveyor Equipment
N. GO-7 Blast
N. Upper Sort Conv: Sprue Diverter
New #1 Mold Dump & N Vibra Drum
New S Clean Process Belts  May 00
New York Fan: Motor
Nitrogen Pre-Heater: Elect Controls
Nitrogen Storage & Delivery
North 3 Ton Overhead Bridge Crane
North Cooling Conv
North Drying Oven for Cores
North Mullor "A" in Core Room
North Sample Blast Dust Collector
NORTH SUBSTATION -REPAIRS
North Upper Sort Conveyor (S.GO-7)
Notebook PC for Shop Floor Data Col
O/H Door #13: E. Rytec Door by GO-7
Off-Gas Mixing Fan: Afterburn Level
Oxygen Enrichment System
Oxygen Sys: Flow Control Valves
Pan Feeder, feeds Mag Separator
Pan Feeder: Shaker Motor
Phase 1: BBC Melter Fume Collection
Phase II of CR48 Landfill Closure
Plant 1 Main Identification Sign
Plant I Elect Infrastructure survey
Pollution Fan
Pollution Fan Discharge Stack
Preheating Conveyor
Preheating Conveyor:Preheat Burners
Prepared Sand Hopper #10
Prepared Sand Hopper #9
Prepared Sand Surge Bin   (N. Disa)
Prepared Sand Surge Bin Vibrator
Prepared Sand Surge Bin:Drive Motor

Primary Shakeout
Process Conv #5
Process Conv #6    (out of service)
Process Conv #7    (out of service)
Process Conv #8    (out of service)
Process Conveyor #1
Process Conveyor #2
Process Conveyor #3
Process Conveyor #4
Prototype Pigging Unit in N Molding
Purchase & Install Auto Grind Mach
Purchase & Install CB18-CC Core Mac
Purchase & Install Power Demand
PURCHASE & INSTALL. OF CORE RM. EQU
Purchase Exit Signs for Plant 1
Purchase Mk3 Disa from Tisamatic
Purchase Rebuilt Blast for N Clean
Radio Repair
Raw Material Transfer Belt
REBUILD CB-50 CORE MACHINE
Recoup Bundles & Ducts
Refractory Mixer (Stationary) 1997
REFURBISH LARGE FULLER D/C
Relocate Stockroom to Warehouse
Renovation of Hourly Shower Room
RENOVATION OF THE S. PLANT C. ROOM
Replace #2 Mold Dump Conveyor Deck
Replace All Lights in S. Clean Dept
Replace concrete at N. Truck Entran
Replace Cupola Ajax Transformer
Replace Cupola Wet Cap 11/29/96
Replace Deck South Disa Final S/O
Replace East Cooling Conv Pans
Replace Fan on Center Wet Collector
Replace Hyd Units for #4 & #5 SBC's
REPLACE LOAD ROLLER ASSEMBLIES
Replace N GO-7 Drum Tires & Chain
Replace Recoup Bundle #3 (Hot Side)
Replace Roof by Cupola Recouperator
Replace Vertical Break Switches
Replace Wires in North Mold 9/22/96
REPLACEMENT OF DUCTWORK MULTI-WASH
Replacement of S. Cooling Conv Pans
Replacement of Venetta Preheat Conv
Replacement Wet Cap Drag Tank
Roof Fan #1 in Bull Crane Bay
Roof Fan #2 in Bull Crane Bay
Roof Fan #3 in Bull Crane Bay
Roof Fan #4 in Bull Crane Bay
Roof Fan above #1 BBC Holder
Roof Fan above #1 E/M Furnace
Roof Fan above #2 AMC

Roof Fan above #2 BBC Holder
Roof Fan above #2 E/M Furnace
Roof Fan above #3 E/M Furnace
Roof Fan above #3-34 Dust Collector
Roof Fan above #4 E/M Furnace
Roof Fan above #5 AMC
Roof Fan above Core Dipping Area
Roof Fan above N. Clean Room Office
Roof Fan above North Ajax Holder
Roof Fan above S. Clean #3 Grinder
Roof Fan above S. GO-7 Blast
Roof Fan above South Cafeteria
Roof Fan above Venetta Charge Pit
Roof Fan between Turntable & 360
Roof Fan for Venetta Preheat Stack
Roof Fan North of Upper Sort Conv
Roof Fan: East end of Core Room
Roof Fan: East, Stock Room Mezz
Roof Fan: North, Stock Room Mezz
Roof Fan: South, Stock Room Mezz
Roof Replacement N. Warehouse
Roof Replacement over N. Disa Area
Rplc Cupola Center Shell Section
Rplc N GO7 Inlet & Outlet Drums
S. GO-7 Blast
S. GO-7 Blast: Return Conv   (S-N)
S. Mold Automatic Dust Conveyor
S. Warehouse Ventilation System
Sample Blast in South Disa Molding
Sand Cooler in North Molding
Sand Cooler in South Molding
Sand Cyclone   (above Core Screen)
Sand Feeder #10: Disa Syntron
Sand Feeder #2, Disa Syntron
Sand Feeder #5, Disa Syntron
Sand Feeder #9: Disa Syntron
Sand Retention Bin in South Molding
SBC #10 Mold Cooling Conveyor
SBC #4, Hyd Power Unit
SBC #5, Mold Cooling Conveyor
SBC #9 Mold Cooling Conveyor
Schneible Drag Tank, North Molding
Schneible Wet Coll: Fan & Motor
Scrubber: Fan & Motor
Service Hoist #2,   (Screw Type)
Sewage Metering System
Shakeout at Vibra Drum discharge
Shell Cooling Tower Fan: Elect Cont
Shell Water Cooling Tower
Shell Water: Chemical Addition
Shuttle Blast Load Feeder
Slag Pan Conveyor #1: Lubcon Unit

South Ajax 70 Ton Holding Furnace
South Ajax: Transformer
South Cool Conv: A/C Drive Inverter
South Cooling Conv
South Disa Moisture Addition System
South GO-7 Blast: Shot Add Hoist
South Mold Dust Transporter Equip
South Mullor "B" in Core Room
South Oven, South Processing Belt
South Oven: North Process Belt
South Upper Sort Conveyor (at BMD)
Southeast Pan Conv (out of service)
Southeast Pan Conv: Dr (out of serv
Spectrometer:   moved to P2 in 1996
Sprinkler Sys. for Dunnage Storage
Supply Air Fan for Vibra Drum
Sweeper #1      (JUNKED out 11/99)
Sweeper #2 (Tennant) (Junked 11/99)
Sweeper #3,    (JUNKED Out Nov 99)
Sweeper #4     (New Oct 96)
Sweeper #5    (came from P2 Feb 01)
Tooling of Rotor Plastic Core Trays
Truck Scale in Scrap Yard
Undertrack Feeder
Upgrade #1 CB-50 Electrical Control
Upgrade Kloster Bin Bent System
UPGRADE OF SPEEDPOUR LASERPOUR SYS
Upgrade S.Mullor Bond & Sand Additl
Vibra Drum
Vibra Drum
Vibra Drum: Drive Unit
Walk Behind Sweeper #1
Weigh Feeder #1       (North Unit)
Weigh Feeder #2      (Middle Unit)
Weigh Feeder #3       (South Unit)
Well Water Pump & System
West 150 Drag Tank
West 150 Wet Collector
West Cast Cooling Conv: AC Inverter
West Mold Dump Conveyor

## SCHEDULE 1.1(a)iii
## Contracts

1.    Real Estate Lease dated the 22nd day of September, 2004, by and between Auburn Foundry, Inc. and William and Jerri Middleton, for the property located at 1912 Diehl Drive, Auburn, Indiana.

2.    Real Estate Lease dated the 20th day of October, 2004, by and between Auburn Foundry, Inc. and Greg Bohler, for the property located at 1518 West Auburn Drive, Auburn, Indiana.

3.    Real Estate Lease dated the 15th day of April, 2005, by and between Auburn Foundry, Inc. and Jeff and Melissa Murray, for the property located at 1522 West Auburn Drive, Auburn, Indiana.

4.    Real Estate Lease dated the 6th day of April, 2005, by and between Auburn Foundry, Inc. and Victor and Cindy Friedel, for the property located at 1510 West Auburn Drive, Auburn, Indiana.

5.    Real Estate Lease dated the 16th day of January, 2004, by and between Auburn Foundry, Inc. and Robert Evans, for the property located at 5074 CR 23, Auburn, Indiana.

**SCHEDULE 1.1(a)(vii)**
**Real Estate**
**(see attached)**

TRACT #1

LEGAL DESCRIPTION:

A tract of land located in the Southeast Quarter of Section 36, T34N, R12E, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at a Railroad Spike situated in the Southwest corner of said Southeast Quarter; Thence North 89 Degrees 58 Minutes 50 Seconds East (GPS Grid Basis of Bearings), a distance of 797.00 feet along the South line of said Southeast Quarter; Thence North 01 Degrees 43 Minutes 53 Seconds West, a distance of 10.86 feet along the East line of the tract of land conveyed to Fink in DeKalb County Deed Record 187, page 447 (see also Deed Record Book 226, Page 540) to a Rebar stake with cap (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence North 01 Degrees 43 Minutes 53 Seconds West, a distance of 280.60 feet along the East line of said Fink tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 88 Degrees 56 Minutes 42 Seconds East, a distance of 605.01 feet along the South operating property line of the CSX Railroad; Thence Easterly, a distance of 214.99 feet along said South operating property line (being a circular arc that is concave to the South having a central angle of 02 Degrees 10 Minutes 07 Seconds, having a radius of 5680.15 feet, and having a chord bearing of South 89 Degrees 58 Minutes 15 Seconds East with a distance of 214.98 feet) to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northwest corner of the tract of land conveyed to Tullis in DeKalb County Deed Record Book 177, page 461; Thence South 00 Degrees 05 Minutes 50 Seconds East, a distance of 282.67 feet along the West line of said Tullis tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 54 Minutes 49 Seconds West, a distance of 303.23 feet along the North right-of-way line of County Road #48 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 87 Degrees 03 Minutes 04 Seconds West, a distance of 100.12 feet along said North right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 54 Minutes 49 Seconds West, a distance of 144.00 feet along said North right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 88 Degrees 56 Minutes 11 Seconds West, a distance of 108.00 feet along said North right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 83 Degrees 55 Minutes 43 Seconds West, a distance of 157.57 feet along said North right-of-way line to the POINT OF BEGINNING, said tract containing 5.18 Acres, more or less, and being subject to all public road rights-of-way and to all easements of record.   A survey of said tract of land being represented by Plat of Survey #33-12-01-03 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

TRACT #2
LEGAL DESCRIPTION

A tract of land located in the Northeast Quarter and in the Southeast Quarter of Section 1, T33N, R12E, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at an Iron Rod situated in the Northwest corner of said Northeast Quarter; Thence North 89 Degrees 39 Minutes 51 Seconds East (GPS Grid Basis of Bearings), a distance of 31.00 feet along the North line of said Northeast Quarter to a Railroad Spike situated in the Southwest corner of the Southeast Quarter of Section 36, T34N, R12 E; Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 214.30 feet along the North line of said Northeast Quarter; Thence South 00 Degrees 20 Minutes 10 Seconds East, a distance of 194.56 feet along the East right-of-way line of Highway I-69 to a Rebar stake with cap (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence North 77 Degrees 21 Minutes 50 Seconds East, a distance of 438.76 feet along the South right-of-way line of County Road #48 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence Easterly, a distance of 416.97 feet along said South right-of-way line (being a circular arc that is concave to the South having a central angle of 12 Degrees 37 Minutes 00 Seconds, having a radius of 1893.58 feet, and having a chord bearing of North 83 Degrees 40 Minutes 20 Seconds East with a distance of 416.13 feet) to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 221.22 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 00 Degrees 01 Minutes 10 Seconds West, a distance of 8.00 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 231.00 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 00 Degrees 01 Minutes 10 Seconds East, a distance of 8.00 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 263.28 feet along said South right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 593.83 feet along a line parallel with and twenty (20) feet West of the West right-of-way line of County Road #23 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 89 Degrees 57 Minutes 05 Seconds East, a distance of 20.97 feet to a Rebar stake with cap (D.A. Brown RLS #S0337); Thence South 17 Degrees 35 Minutes 22 Seconds East, a distance of 97.03 feet along said West right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 21 Degrees 02 Minutes 52 Seconds East, a distance of 210.00 feet along said West right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 30 Degrees 51 Minutes 47 Seconds East, a distance of 179.25 feet along said West right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337) in the North right-of-way line of the former Vandalia Railroad (now abandoned); Thence South 30 Degrees 46 Minutes 36 Seconds East, a distance of 100.18 feet along said West right-of-way line to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 62 Degrees 39 Minutes 15 Seconds East, a distance of 20.04 feet along the South right-of-way line of said former Vandalia Railroad to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 30 Degrees 46 Minutes 36 Seconds East, a distance of 363.30 feet along the centerline of said County Road #23 to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence Southerly, a distance of 192.40 feet along said centerline (being a circular arc that is concave to the West having a central angle of 20 Degrees 02 Minutes 34 Seconds, having a radius of 550.00 feet, and having a chord bearing of

CHICAGO/#1370325.1

South 20 Degrees 45 Minutes 19 Seconds East with a distance of 191.42 feet) to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 10 Degrees 44 Minutes 02 Seconds East, a distance of 172.06 feet along said centerline to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence Southerly, a distance of 179.19 feet along said centerline (being a circular arc that is concave to the East having a central angle of 25 Degrees 39 Minutes 59 Seconds, having a radius of 400.00 feet, and having a chord bearing of South 23 Degrees 34 Minutes 02 Seconds East with a distance of 177.69 feet) to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 36 Degrees 24 Minutes 01 Seconds East, a distance of 57.04 feet along said centerline to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence Southerly, a distance of 174.34 feet along said centerline (being a circular arc that is concave to the West (having a central angle of 35 Degrees 34 Minutes 00 Seconds, having a radius of 280.85 feet, and having a chord bearing of South 18 Degrees 37 Minutes 01 Seconds East with a distance of 171.55 feet) to a Railroad Spike; Thence South 00 Degrees 50 Minutes 01 Seconds East, a distance of 20.09 feet along the East line of said Northeast Quarter to a Marker Spike with tag (D. A. Brown RLS #S0337) in the Northeast corner of the tract of land conveyed to Bauman in DeKalb County Deed Record Book 120, page 315 (said Marker Spike also being 431.50 feet North 00 Degrees 50 Minutes 01 Seconds West from a Harrison Marker situated in the Southeast corner of said Northeast Quarter); Thence South 88 Degrees 51 Minutes 39 Seconds West, a distance of 256.91 feet along the North line of said Bauman tract to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northwest corner thereof; Thence South 31 Degrees 48 Minutes 05 Seconds West, a distance of 1387.33 feet along the Easterly right-of-way line of the former Fort Wayne and Jackson Railroad (now abandoned) to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 79 Degrees 11 Minutes 40 Seconds West, a distance of 135.87 feet along the North right-of-way line of County Road #50 to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 31 Degrees 48 Minutes 05 Seconds East, a distance of 927.07 feet along the Westerly right-of-way line of said Fort Wayne and Jackson Railroad to a Rebar stake with cap (D. A. Brown RLS #S0337) (said Rebar stake being 639.21 feet North 89 Degrees 07 Minutes 48 Seconds West from a Harrison Marker situated in the Northeast corner of said Southeast Quarter); Thence North 89 Degrees 07 Minutes 48 Seconds West, a distance of 731.97 feet along the North line of the Northeast Quarter of said Southeast Quarter to a stone in the Northwest corner thereof; Thence North 00 Degrees 11 Minutes 34 Seconds West, a distance of 1184.85 feet along the East line of the West Half of said Northeast Quarter to a Rebar Stake with cap (FIRM 0042); Thence North 89 Degrees 19 Minutes 36 Seconds West, a distance of 1137.95 feet to a Rebar Stake with cap (FIRM 0042); Thence following the East right-of-way line of Highway I-69 along the following courses and distances:

North 00 Degrees 20 Minutes 10 Seconds West for 462.99 feet to a Rebar stake with cap (D. A. Brown RLS #S0337), North 01 Degrees 05 Minutes 46 Seconds East for 600.19 feet to a Rebar stake with cap (D. A. Brown RLS #S0337), North 16 Degrees 21 Minutes 48 Seconds East for 104.40 feet to a Rebar stake with cap (D. A. Brown RLS #S0337), and North 00 Degrees 20 Minutes 10 Seconds West for 44.12 feet to the POINT OF BEGINNING, said tract containing 90.12 Acres, more or less, of which 88.03 Acres, more or less, are within said Northeast Quarter and 2.09 Acres, more or less, are within said Southeast Quarter, and being subject to all public road rights-of-way and to all easements of record.  A survey of said tract of land being represented by Plat of Survey #33-12-01-03 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

CHICAGO/#1370325.1

TRACT #3
LEGAL DESCRIPTION

A tract of land located in the Southeast Quarter of Section 1, T33N, R12E, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at the Southwest corner of said Southeast Quarter; Thence South 89 Degrees 18 Minutes 48 Seconds East (GPS Grid Basis of Bearings), a distance of 302.65 feet along the South line of said Southeast Quarter to a Rebar stake with cap (D. A. Brown RLS #S0337) in the East right-of-way line of Highway I-69, the TRUE POINT OF BEGINNING; Thence following the East right-of-way line of Highway I-69 along the following courses and distances:

North 00 Degrees 20 Minutes 10 Seconds West for 129.56 feet to a Rebar Stake with cap (D. A. Brown RLS #S0337), North 05 Degrees 14 Minutes 06 Seconds West for 351.28 feet to a Rebar Stake with cap (D. A. Brown RLS #S0337), North 00 Degrees 20 Minutes 10 Seconds West for 600.00 feet to a Rebar Stake with cap (D. A. Brown RLS #S0337), North 05 Degrees 22 Minutes 29 Seconds East for 201.00 feet to a Rebar Stake with cap (D. A. Brown RLS #S0337), North 00 Degrees 20 Minutes 10 Seconds West for 50.00 feet, North 04 Degrees 20 Minutes 50 Seconds West for 214.44 feet to a Rebar Stake with cap (D. A. Brown RLS #S0337), and North 28 Degrees 32 Minutes 50 Seconds West for 21.15 feet to a Rebar Stake with cap (FIRM 0042);

Thence North 80 Degrees 27 Minutes 53 Seconds East, a distance of 1150.41 feet along the centerline of County Road #50 to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence North 79 Degrees 11 Minutes 40 Seconds East, a distance of 300.20 feet along the centerline of County Road #50 to a Marker Spike with tag (D. A. Brown RLS #S0337); Thence South 31 Degrees 48 Minutes 05 Seconds West, a distance of 595.33 feet along the centerline of the former Fort Wayne and Jackson Railroad (now abandoned) to a point in the North line of the Southwest Quarter of said Southeast Quarter; Thence South 89 Degrees 13 Minutes 21 Seconds East, a distance of 19.30 feet along the North line of the Southwest Quarter of said Southeast Quarter to the Northeast corner thereof; Thence South 00 Degrees 03 Minutes 27 Seconds East, a distance of 1315.60 feet along the East line of the Southwest Quarter of said Southeast Quarter to a Rebar Stake with cap (D. A. Brown RLS #S0337) in the Southeast corner thereof; Thence North 89 Degrees 18 Minutes 48 Seconds West, a distance of 1092.21 feet along the South line of the Southwest Quarter of said Southeast Quarter to the POINT OF BEGINNING, said tract containing 44.09 Acres more or less, and being subject to all public road rights-of-way and to all easements of record.   A survey of said tract of land being represented by Plat of Survey #33-12-01-03 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

CHICAGO/#1370325.1

TRACT #4
LEGAL DESCRIPTION

A tract of land located in the Northeast Quarter of Section 1, T33N, R12E, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at an Iron Rod situated in the Northwest corner of said Northeast Quarter; Thence North 89 Degrees 39 Minutes 51 Seconds East (GPS Grid Basis of Bearings), a distance of 31.00 feet along the North line of said Northeast Quarter to a Railroad Spike situated in the Southwest corner of the Southeast Quarter of Section 36, T34N, R12 E; Thence North 89 Degrees 58 Minutes 50 Seconds East, a distance of 1797.86 feet along the North line of said Northeast Quarter to a Marker Spike with tag (D. A. Brown RLS #S0337) (said Marker Spike is 854.39 feet South 89 Degrees 58 Minutes 50 Seconds West from a Harrison Marker situated in the Northeast corner of said Northeast Quarter); Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 121.67 feet along the centerline of County Road #23 to a Marker Spike with tag (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 406.33 feet along said centerline to a Marker Spike with tag (D. A. Brown RLS #S0337) in the Northwest corner of the tract of land conveyed to Hippensteel in DeKalb County Deed Record Book 181, page 383; Thence North 75 Degrees 57 Minutes 21 Seconds East, a distance of 214.76 feet along the North line of said Hippensteel tract; Thence meandering the centerline of the John Diehl Drain along the following courses and distances:

North 35 Degrees 15 Minutes 43 Seconds West for 69.12 feet, North 23 Degrees 18 Minutes 03 Seconds West for 134.70 feet, North 31 Degrees 37 Minutes 14 Seconds West for 131.80 feet, North 30 Degrees 01 Minutes 38 Seconds West for 81.31 feet, and North 12 Degrees 29 Minutes 11 Seconds West for 36.46 feet;

Thence South 89 Degrees 58 Minutes 50 Seconds West, a distance of 101.16 feet along the South right-of-way line of County Road #48 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northeast corner of the tract of land conveyed to the County of DeKalb in DeKalb County Deed Record Book 198, page 161; Thence South 29 Degrees 09 Minutes 12 Seconds West, a distance of 23.27 feet along the Southeasterly line of said DeKalb County tract to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southeast corner thereof; Thence South 17 Degrees 32 Minutes 39 Seconds East, a distance of 36.82 feet along the Easterly line of the tract of land conveyed to the County of DeKalb in DeKalb County Deed Record Book 198, page 162 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southeast corner thereof; Thence South 63 Degrees 55 Minutes 31 Seconds West, a distance of 11.12 feet along the South line of the last mentioned DeKalb County tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 72 Degrees 27 Minutes 21 Seconds West, a distance of 9.00 feet along the South line of the last mentioned DeKalb County tract to the POINT OF BEGINNING, said tract containing 1.73 Acres, more or less, and being subject to all public road rights-of-way and to all easements of record.  A survey of said tract of land being represented by Plat of Survey #33-12-01-03 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

**Tract #1**

**Legal Description:**

A tract of land located in the Northeast Quarter of Section 31, T34N, R13E, in DeKalb County, the State of Indiana, more fully described as follows:

Lot #38 in Flukes 3rd Addition to the City of Auburn as recorded in DeKalb County Plat Book 4, page 12, being more particular described as follows:

BEGINNING at a Rebar stake with cap (D. A. Brown RLS #S0337) situated in the Southeast corner of said Lot #38; Thence North 01 Degrees 43 Minutes 10 Seconds West (GPS Grid Basis of Bearings), a distance of 141.68 feet along the East line of said Lot #38 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Northernmost corner thereof; Thence South 22 Degrees 06 Minutes 47 Seconds West, a distance of 154.69 feet along the West line of said Lot #38 to a Rebar stake with cap (D. A. Brown RLS #S0337) in the Southwest corner thereof; Thence North 88 Degrees 26 Minutes 32 Seconds East, a distance of 62.51 feet along the South line of said Lot #38 to the POINT OF BEGINNING, said tract containing 0.10 Acres, more or less, and being subject to all public road rights-of-way and to all easements of record. A survey of said tract of land being represented by Plat of Survey #34-13-31-11 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

**Tract #2**

**Legal Description:**

I, the undersigned, a duly licensed land surveyor in the State of Indiana, have completed a property survey of a tract of land formerly described as follows:

Two acres of land in the northeast quarter of section thirty-one (31), township numbered thirty-four (34) north, range number thirteen (13) east, bounded by a line commencing at a point in the south boundary line of Ninth Street in the City of Auburn, in said DeKalb County, extended west four and sixty-five one hundredths (4.65) chains west of the northwest corner of lots numbered One (1) in Fluke's Addition to said City of Auburn, and running thence west along the south boundary line of said Ninth Street, Extended west one and ninety-six one-hundredths (1.96) chains to an iron bar at the east boundary line of the right-of-way and depot grounds of the New York Central Railway Company; thence southwesterly along the east boundary line of said right of way and depot grounds two and thirty-five one-hundredths chains to an iron bar; thence west parallel to the north boundary line of said section one and sixty-three one-hundredths (1.63) chains to an iron bar in the east boundary line of the right-of-way of said railroad company; thence southwesterly along said east boundary of said right-of-way three and fourteen one-hundredths (3.14) chains to an iron bar; thence east parallel to the north boundary line of said section five and eighty-three one-hundredths (5.83) chains to an iron bar; thence north parallel to the east boundary line of said section five (5) chains to an iron bar being the place of beginning.

ALSO, a part of the Northeast Quarter (1/4) of Section Thirty-one (31), Township Thirty-four (34) North, Range Thirteen (13) East, Union Civil Township, DeKalb County, Indiana more particularly described as follows:

Commencing at the Northeast corner of said Section Thirty-one (31); thence North-89°-09'-00"-West (assumed bearing and basis of all bearings to follow) 392.52 feet along the north line of said Section Thirty-one (31) to a masonry nail set on the northerly extension of the west line of Fluke's Third Addition to the City of Auburn, Indiana; thence South-24°-22'-00"-West 471.06 feet along the said extended West line and the West line of said Flukes Third Addition to a masonry nail on the centerline of Ninth (9th) Street, said point being the true point of beginning of this description; thence North-89°-23'-00"-West 145.53 feet on and along the Westerly extension of the centerline of said Ninth (9th) Street to an iron pipe set 15 feet normal to the centerline of the Fort Wayne, Jackson & Saginaw Railroad right-of-way; thence South-24°-20'-10"-West 395.72 feet on and along a line parallel with and 15 feet normal to said railroad centerline to an iron rod on the northerly right-of-way line of Eleventh (11th) Street; thence South-89°-19'-00"-East 38.21 feet on and along said northerly right-of-way line to an iron pipe at the southwest corner of a tract of real estate conveyed by Burr O. Fink et ux to Auburn Foundry, Inc. by a deed dated March 17, 1932, and recorded March 17, 1932, at DeKalb County Deed Record 105, page 550; thence northerly along the westerly boundary of said tract of real estate the following described courses:

1.  North-24°-20'-10"-East   208.18 feet to an iron pipe
2.  South-89°-36'-30"-East   107.35 feet, and
3.  North-24°-22'-00"-East   187.17 feet to the point of beginning containing 0.740 acres.

subject to an easement granted to the City of Auburn, Indiana, by the New York Central Railroad Company, dated October 3, 1966, and recorded February 8, 1967, at DeKalb County Deed Record 142, page 245, and subject to all legal rights-of-way and easements.   EXCEPTING THEREFROM THE FOLLOWING DESCRIBED TRACT:

A part of the Northeast Quarter (1/4) of Section Thirty-one (31), Township Thirty-four (34) North, Range Thirteen (13) East, Union Civil Township, DeKalb County, Indiana, more particularly described as follows:

A strip of land 66 feet in width, the north line of which would be the north line of Ninth Street extended westerly from Fluke's Third Addition to the City of Auburn to West View Addition of the City of Auburn and the south line of which would be the south line of Ninth Street extended westerly from Fluke's Third Addition to the City of Auburn to West View Addition to the City of Auburn.

I have prepared a perimeter description of said tract of land which reads as follows:

A tract of land located in the Northeast Quarter of Section 31, T34N, R13E, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at a Brass Plaque (D. A. Brown RLS #S0337) situated in the Northeast corner of Lot #56 in Flukes 3rd Addition to the City of Auburn as recorded in DeKalb County Plat Book 4, page 12; Thence South 88 Degrees 21 Minutes 43 Seconds West (GPS Grid Basis of Bearings), a distance of 99.00 feet along the South Right-of-way line of Eleventh Street to a Rebar stake with cap (D. A. Brown RLS #S0337), the TRUE POINT OF BEGINNING; Thence

North 01 Degrees 43 Minutes 10 Seconds West, a distance of 396.00 feet along the West line extended and the West Line of an alley (16 feet wide) along the West side of said Flukes 3rd Addition to a Marker spike with tag (D. A. Brown RLS #S0337); Thence South 88 Degrees 21 Minutes 43 Seconds West, a distance of 275.19 feet along the South Right-of-way line of Ninth Street to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence South 22 Degrees 06 Minutes 47 Seconds West, a distance of 432.64 feet along the East line of the tract of land conveyed to the Auburn Port Authority in DeKalb County Deed Record Book 170, page 54 (see also Miscellaneous Record LL, page 218) (said East line also being parallel with and fifteen feet East of the centerline of the Auburn Port Authority tract to a Rebar stake with cap (D. A. Brown RLS #S0337); Thence North 88 Degrees 21 Minutes 43 Seconds East, a distance of 450.00 feet along the South Right-of-way line of Eleventh Street (now vacated) to the POINT OF BEGINNING, said tract containing 3.30 Acres, more or less, and being subject to all public road rights-of-way and to all easements of record. A survey of said tract of land being represented by Plat of Survey #34-13-31-11 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.

**SCHEDULE 1.2(b)**
**Landfills**
**(see attached)**

*Auburn Foundry, Inc.*
*Auburn, Indiana*
*Auburn Drive Landfill Site*

**Legal Description:**

A tract of land in the north fractional half of the northwest quarter of Section 5, Township 33 North, Range 13 East, described as follows:   Commencing at a point 301.4 feet west and 587 feet south of the southeast corner of the southwest quarter of Section 32, Township 34 North, Range 13 East, thence north 87 degrees 43 minutes west 1311.8 feet to the center line of Cedar Creek drain; thence southwesterly along the center line of said Creek to the south line of said north fractional half of the northwest quarter of said Section 5; thence south 88 degrees 30 minutes east along said south line 1434 feet; thence north 523 feet more or less to the place of beginning, containing 17.74 acres more or less.  Together with a right of way easement adjoining said described tract along the entire north side thereof and being 60 feet wide north and south from the north line of this description, said easement also extending north along the east bank of Cedar Creek drain to the bridge across Cedar Creek, with a 60 foot width east and west along said east bank of said Creek.

ALSO, Part of the North Fractional Half of the Northwest Quarter of Section 5, Township 33 North, Range 13 East, DeKalb County,  Indiana, described as follows:

Commencing at a point 301.4 feet West and 587 feet South of the southeast corner of the Southwest Quarter of Section 32, Township 34 North, Range 13 East, DeKalb County; thence North 87 degrees 43 minutes 00 seconds West (assumed bearing) 189.52 feet to the point of beginning; thence continuing North 87 degrees 43 minutes 00 seconds West 1112.0 feet to the center line of Cedar Creek; thence North 13 degrees 52 minutes 20 seconds East, along said centerline, 153.12 feet; thence South 87 degrees 43 minutes 00 seconds East 630.40 feet; thence south 69 degrees 18 minutes 50 seconds East 475.14 feet to the point of beginning, containing 3.00 acres more or less.

ALSO, Part of the fractional Northwest Quarter of Section 5, Township 33 North, Range 13 East, Jackson Civil Township, DeKalb County, Indiana, more particularly described as follows:

Beginning at a Jackstand Pipe that is recorded to be 301.40 feet West and 587.00 feet South of the Southeast Corner of the Southwest Quarter of Section 32 in Township 34 North, Range 13 East, Jackson Civil Township, said DeKalb County; thence North 87 deg. 43 min. 00 sec. West (Recorded and base bearing), a distance of 189.52 feet; thence North 69 deg. 18 min. 50 sec. West, a distance of 475.14 feet; thence South 87 deg. 43 min. 00 sec. East, a distance of 633.17 feet to a 5/8 inch rebar in an existing fenceline; thence South 00 deg. 24 min. 40 sec. East, a distance of 150.17 feet back to the POINT OF BEGINNING, containing 1.416 Acres, more or less, subject to a 60 foot wide Right-of-Way Easement along the entire Southerly line of the above described parcel, also subject to any and all other Easements and Rights-of-Ways of records.

I have prepared a perimeter description of said tract of land which reads as follows:

A tract of land located in the Fractional Northwest Quarter of Section 5, Township 33 North, Range 13 East, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at an Iron Rod situated in the Northeast corner of said Northwest Quarter; Thence South 88 Degrees 02 Minutes 30 Seconds West (GPS Grid Basis of Bearings), a distance of 170.15 feet along the North line of said Northwest Quarter to an Iron Rod in the Southeast corner of the Southwest Quarter of Section 32, Township 34 North, Range 13 East; Thence South 88 Degrees 11 Minutes 23 Seconds West, a distance of 301.40 feet along the North line of said Northwest Quarter (Railroad Spike 0.1 foot South and 0.1 foot East); Thence South 02 Degrees 18 Minutes 21Seconds East, a distance of 436.84 feet parallel with the East line of said Northwest Quarter (also being along the West line of lands conveyed to Donald E. Porter in DeKalb County Deed Record Book 186, page142) to a Rebar Stake with cap (Kline) in the Southeast corner of a tract of land conveyed to the Municipal City of Auburn in DeKalb County Deed Record Book 227, page 44, the TRUE POINT OF BEGINNING; Thence South 02 Degrees 18 Minutes 21 Seconds East, a distance of 659.14 feet parallel with the East line of said Northwest Quarter (also being along the West line of said Porter lands) to a Brass Plaque (Brown RLS #S0337) in the top of a Concrete Post; Thence South 89 Degrees 45 Minutes 50 Seconds West, a distance of 1376.35 feet along the South line of the North Half of said Northwest Quarter to an I-Beam Post; Thence South 89 Degrees 45 Minutes 50 Seconds West, a distance of 52.75 feet more or less along the South line of the North Half of said Northwest Quarter to the center of Cedar Creek; Thence meandering the center of said Cedar Creek the following eight (8) courses and distances to-wit:  1.) North 17 Degrees 24 Minutes 43 Seconds East, a distance of 28.57 feet;  2.) North 08 Degrees 29 Minutes 49 Seconds East, a distance of 93.72 feet;  3.) North 12 Degrees 13 Minutes 04 Seconds East, a distance of 106.57 feet;  4.) North 11 Degrees 06 Minutes 54 Seconds East, a distance of 104.89 feet;  5.) North 05 Degrees 51 Minutes 39 Seconds East, a distance of 102.47 feet;  6.) North 17 Degrees 47 Minutes 57 Seconds East, a distance of 116.04 feet;  7.) North 06 Degrees 51 Minutes 44 Seconds East, a distance of 96.77 feet; and  8.) North 02 Degrees 00 Minutes 33 Seconds East, a distance of 36.33 feet; Thence leaving the center of said Cedar Creek South 89 Degrees 40 Minutes 16 Seconds East, a distance of 1278.64 feet more or less along the South line of said Municipal City of Auburn lands to the POINT OF BEGINNING, said tract containing 20.623 acres, more or less, and being subject to all public road rights-of-way and to all easements of record.  A survey of said tract of land being represented by Plat of Survey # 33-13-05-04 as prepared by D. A. Brown Engineering Consultants, Inc., 702 Goodwin Place, P.O. Box 128, Kendallville, Indiana, 46755.  There are no apparent encroachments affecting said tract of land other than those noted

*Auburn Foundry, Inc.*
*Auburn, Indiana*
*Plant #2 Site*
*Landfill Area*

**Legal Description:**

A tract of land located in the Northeast Quarter and in the Southeast Quarter of Section 1, T33N, R12E, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at a Harrison Marker situated in the Northeast corner of said Southeast Quarter; Thence North 89 Degrees 07 Minutes 48 Seconds West (GPS Grid Basis of Bearings), a distance of 1371.18 feet along the North line of the Northeast Quarter of said Southeast Quarter to a stone in the Northwest corner thereof, the TRUE POINT OF BEGINNING; Thence South 00 Degrees 03 Minutes 27 Seconds East, a distance of 865.65 feet along the West line of the Northeast Quarter of said Southeast Quarter to a Marker Spike with tag (D.A. Brown RLS #S0337); Thence South 80 Degrees 27 Minutes 53 Seconds West, a distance of 1150.41 feet along the centerline of County Road #50 to a Rebar Stake with cap (FIRM 0042); Thence following the East right-of-way line of Highway I-69 along the following courses and distances:

North 28 Degrees 32 Minutes 50 Seconds West, a distance of 21.15 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), North 06 Degrees 19 Minutes 54 Seconds East, a distance of 602.88 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), North 00 Degrees 20 Minutes 10 Seconds West, a distance of 454.85 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337) in the North line of said Southeast Quarter (said Rebar Stake being 291.12 feet South 89 Degrees 07 Minutes 48 Seconds East from the Northwest corner of said Southeast Quarter), North 00 Degrees 20 Minutes 10 Seconds West, a distance of 345.15 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), North 04 Degrees 31 Minutes 49 Seconds West, a distance of 752.01 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), and North 00 Degrees 20 Minutes 10 Seconds West, a distance of 87.01 feet to a Rebar Stake with cap (FIRM 0042);

Thence South 89 Degrees 19 Minutes 36 Seconds East, a distance of 1137.95 feet to a Rebar Stake with cap (FIRM 0042); Thence South 00 Degrees 11 Minutes 34 Seconds East, a distance of 1184.85 feet along the along the East line of the West Half of said Northeast Quarter to the POINT OF BEGINNING, said tract containing 54.30 Acres, more or less, of which 29.95 Acres, more or less, are within said Northeast Quarter and 24.35 Acres, more or less, are within said Southeast Quarter, and being subject to all public road rights-of-way and to all easements of record.