IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**RESPONSE TO LIMITED OBJECTION OF
TEAM QUALITY SERVICES, INC.**

Auburn Foundry, Inc. ("AFI" or the "Debtor"), for its response (the "Response") to the limited objection dated May 19, 2005 (the "Objection") by Team Quality Services, Inc. (the "Objector") to AFI's § 363 Sale Motion dated April 28, 2005 (the "Sale Motion"), respectfully states the following:

The Objector contends it is the holder of an administrative claim, although it has not filed an application to allow such a claim, subject to objections by parties in interest. The Objector has not asserted a surcharge right under section 506 of the Bankruptcy Code. Indeed, it would have no standing to do so under *Hartford Underwriters v. Union Planters* (In re Henhouse), 530 U.S. 1 (U.S. 2000).

Importantly, the Objection states, with emphasis added, that the Objector "**does not object to the sale of the assets**." Rather, it objects to "the entry of an order that would or could be interpreted to cut off the claims of creditors against the proceeds of the assets being sold." Importantly, the proposed form of order filed by AFI does not seek to cut off claims against sale proceeds. However, there will be no "proceeds" as such because the Sale Motion seeks approval for a credit bid pursuant to § 363(k) of the Code.

BDDB01 4087853v1

Because the Objector does not oppose approval of the Sale Motion, and the proposed form of order does not cut off the Objector's rights, if any, against AFI, including its right to seek allowance of an administrative claim, there is no basis raised by the Objection upon which the Sale Motion should be denied.

For each of the foregoing reasons, the Debtor respectfully requests that the Objection be overruled, that the Motion be granted, and for all other just and proper relief.

BAKER & DANIELS

By: /s/ John R Burns
John R Burns (#3016-02)
Mark A. Werling (#20426-02)
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
Telephone: (260) 420-8000
Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Response to Limited Objection of Team Quality Services, Inc. was served by electronic mail or by first-class United States mail, postage prepaid, this 8th day of June, 2005, upon the following persons or counsel:

Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Ellen L. Triebold
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

| | |
|---|---|
| W. Erik Weber<br>Meffort and Weber P.C.<br>130 East 7th Street<br>Auburn, IN 46706 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 |
| Tricia A. Sherick<br>Honigman Miller Schwartz & Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802 |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Brian J. Lange<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802-0501 |
| Gary D. Boyn<br>121 W. Franklin Street<br>Elkhart, IN 46516 | Marlene Reich<br>Sommer Barnard Ackerson, P.C.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204 |
| Brad Rogers<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |
| Daniel J. Skekloff<br>Skekloff, Adelsperger & Kleven, LLP<br>927 S. Harrison Street<br>Fort Wayne, IN 46802 | |

/s/ John R Burns, III