IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No.  04-10427 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SUBMISSION OF INVOICES OF COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE

**YOU ARE HEREBY NOTIFIED THAT** on June 9, 2005, Ice Miller, counsel for the Unsecured Creditors Committee herein, delivered for payment their invoices for services consistent with and pursuant to the procedures set forth in the Order Establishing Procedures for Interim Compensation entered herein.  A copy of the invoices submitted by Ice Miller is available upon request to counsel for the Committee.

**YOU ARE HEREBY NOTIFIED THAT** Ice Miller accrued fees in the aggregate amount of $3,293.00 for services rendered between May 1, 2005 through May 31, 2005 and accrued expenses in the aggregate amount of $490.09 for expenses incurred during this period.  Except as to such amounts as may have been specifically objected to within ten (10) days of the service of the invoices, Ice Miller has requested interim payment of 80% of the fees incurred and 100% of the expenses accrued.

Date:  June 9, 2005

/s/ Henry A. Efroymson
Henry A. Efroymson
ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

Counsel for the Unsecured Creditors' Committee

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been served electronically and/or deposited in the U.S. mail, first class postage prepaid, on the 9th day of June, 2005, addressed to:

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105 Telephone
*(For U.S. Trustee)*

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
deb.mcmeen@bakerd.com,
skrhoads@bakerd.com
tlwiley@bakerd.com,
jacklyn.faulkner@bakerd.com
(260) 424-8000 Telephone
(260) 460-1700 Facsimile
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
*(For Fox Contractors Corp.)*

Martin E. Seifert
Charles J. Heiny
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
mseifert@hallercolvin.com
cheiny@hallercolvin.com
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
*(For SummitBridge National Investments, LLC)*

Matthew M. Hohman
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
mhohman@btlaw.com
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
*(For Thomkins Industries, Inc.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
(317) 637-2345 Telephone
(317) 637-2369 Facsimile
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300 Telephone
(260) 926-2610 Facsimile
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562 Telephone
(317) 713-3699 Facsimile
mreich@sbalawyers.com,
jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662 Telephone
(313) 465-7663 Facsimile
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Josef.athanas@lw.com
(312) 876-7700 Telephone
(312) 993-9767 Facsimile
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100 Telephone
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard
Suite 200
Cleveland, Ohio 44131
(216) 642-3342 Telephone
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800 Telephone
(610) 993-8494 Facsimile
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana  46516
(574) 294-7491 Telephone
gboyn@warrickandboyn.com
*(For Estate of David Burr Fink)*

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana  46802-0501
(260) 424-1333 Telephone
(260) 422-5242 Facsimile
chogan@choiceonemail.com
*(For Schenkel & Sons, Inc.)*

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC  20005-4026
rogers.brad@pbgc.gov
*(For Pension Benefit Guaranty Corporation)*

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana  46204
USTPRegion10.SO.ECF@usdoj.gov
*(U.S. Trustee)*

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana  46802
(260) 424-2790 Telephone
(260) 424-1872 Facsimile
ekos@ekoslaw.com
*(For City of Auburn)*

James T. Young
Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana  46204-2161
(317) 860-2913 Young's Telephone
(317) 860-2865 Andrews' Telephone
(317) 263-9411 Facsimile
james@rubin-levin.net
scott@rubin-levin.net
*(For NMHG Financial Services, Inc.)*

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana  46802
(260) 425-9777 Telephone
*(For Edwin P. Rosebrock)*

Elizabeth A. Whelan
Office of the Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, Indiana  46204
(317) 234-3089 Telephone
(317) 232-7979 Facsimile
bwehlan@atg.state.in.us
*(For Indiana Department of Environmental Management)*

Daniel J. Skekloff
Skekloff, Adelsperger & Kleven, LLP
927 South Harrison Street
Fort Wayne, Indiana  46208
(260) 407-7000 Telephone
(260) 407-7137 Facsimile
djs@sak-law.com
*(For Team Quality Services, Inc.)*

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com