IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On or about June 9, 2005, Auburn Foundry, Inc., filed a Motion for Order Approving Key Employee Retention Payments and a Memorandum of Law in support thereof, together with a proposed Order for entry by the Court. If granted, the Motion will permit the aggregate payment of $45,000.00 to three senior officers of the Debtor under the circumstances described more fully therein. A copy of the Motion and Memorandum are attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, then **within 20 days from the date of this Notice**, you or your attorney must:

1. File a written objection to the Motion, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

BDDB01 4091572v1

    2.       You must also mail a copy of your objection to:

         John R Burns III
         Baker & Daniels
         111 E. Wayne Street, #800
         Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date: June 13, 2005

                                    BAKER & DANIELS

                                    By: /s/ John R Burns III
                                         John R Burns III (#3016-02)
                                         Mark A. Werling (#20426-02)
                                         111 East Wayne Street, Suite 800
                                         Fort Wayne, Indiana 46802
                                         Telephone: (260) 424-8000
                                         Facsimile: (260) 460-1700

                                    ATTORNEYS FOR THE DEBTOR,
                                    AUBURN FOUNDRY, INC.