IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**MOTION TO APPROVE STIPULATION REGARDING
RESOLUTION OF THE INDIANA DEPARTMENT OF ENVIRONMENTAL
<u>MANAGEMENT'S OBJECTION TO PARTIAL SALE</u>**

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits this Motion to Approve Stipulation with the Indiana Department of Environmental Management ("IDEM") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. On June 8, 2005, the Court approved a sale of certain assets of AFI.

3. IDEM withdrew its objection to the proposed sale in open court after AFI and IDEM negotiated resolution of IDEM's objections.

4. AFI, IDEM, and certain other parties have agreed to a stipulation (the "Stipulation") attached hereto as Exhibit A.

WHEREFORE, Debtor, by counsel pursuant to Bankruptcy Rule 9019, respectfully requests that the Court approve its Stipulation with IDEM as described more fully herein.

BDDB01 4096076v1

2

| | |
|---|---|
| Dated:  June 17, 2005 | BAKER & DANIELS LLP |
| | By:  /s/ John R Burns III |
| | John R Burns III (#3016-02) |
| | Mark A. Werling (#20426-02) |
| | 111 East Wayne Street, Suite 800 |
| | Fort Wayne, Indiana 46802 |
| | Telephone:  (260) 424-8000 |
| | Facsimile:  (260) 460-1700 |
| | |
| | ATTORNEYS FOR THE DEBTOR, |
| | AUBURN FOUNDRY, INC. |