IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                                    )
                                                     )
AUBURN FOUNDRY, INC.                                 )            Chapter 11
                                                     )
                          Debtor.                    )            BK Case No. 04-10427

## ORDER

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Motion to Approve Stipulation with

Indiana Department of Environmental Management, and the Court being otherwise duly and

sufficiently advised, the Court hereby GRANTS the Motion, it appearing to the Court that the

Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.


_____
Judge, United States Bankruptcy Court

BDDB01 4096138v1