| | AUBURN FOUNDRY | | | |
|---|---|---|---|---|
| | Charge Allocation | | | |
| | | | | |
| | Category | # of Hours | Total | |
| 1 | General Administration | 92.9 | $21,037.50 | |
| 2 | Financing, Cash Use, and DIP | 11.9 | $3,473.50 | |
| 3 | Labor and Employment | 88.2 | $25,640.50 | |
| 4 | Environmental | 10.6 | $3,160.50 | |
| 5 | Plan and Disclosure Statement/Asset Sale | 121.7 | $34,845.00 | |
| 6 | Customer and Vendor Issues | 0.4 | $150.00 | |
| 7 | Preference Recoveries | 10.6 | $1,992.00 | |
| | | | | |
| | TOTAL HOURS | 336.3 | | |
| | TOTAL FEES | | $90,299.00 | |
| | | | | |
| | Payable per Order  (80%) | | $72,239.20 | |
| | Disbursements  (100%) | | $4,563.91 | |
| | | | | |
| | **TOTAL NOW PAYABLE** | | **$76,803.11** | |

| AUBURN FOUNDRY | | | | |
| Counsel List | | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Bomberger, J.A. | Partner | $315.00 | 8.6 | $2,709.00 |
| Burns, J. R. | Partner | $375.00 | 96.5 | $36,187.50 |
| Dale, G.N. | Partner | $315.00 | 5.0 | $1,575.00 |
| Hollis, III, E.E. | Partner | $260.00 | 0.6 | $156.00 |
| Nadar, M.J. | Partner | $320.00 | 0.3 | $96.00 |
| Powers, D. D. | Partner | $285.00 | 67.2 | $19,152.00 |
| | | | | |
| Hinshaw, D.L. | Of Counsel | $280.00 | 0.6 | $168.00 |
| | | | | |
| Juba, M.F. | Associate | $160.00 | 54.1 | $8,656.00 |
| Reed, S.K. | Associate | $210.00 | 0.7 | $147.00 |
| Werling, M. A. | Associate | $240.00 | 70.7 | $16,968.00 |
| | | | | |
| Faulkner, J. L. | Paralegal | $140.00 | 31.7 | $4,438.00 |
| Harber, J.E. | Paralegal | $155.00 | 0.3 | $46.50 |
| | | | | |
| | | | 336.3 | $90,299.00 |

## AUBURN FOUNDRY
### Counsel List

| NAME | TITLE | HOURLY RATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total Hrs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bomberger, J.A. | Partner | $315.00 | 1.1 | | | 7.5 | | | | 8.6 | $2,709.00 |
| Burns, J.R. | Partner | $375.00 | 23.1 | 7.3 | 7.9 | 0.4 | 55.8 | 0.4 | 1.6 | 96.5 | $36,187.50 |
| Dale, G.N. | Partner | $315.00 | | | 5.0 | | | | | 5.0 | $1,575.00 |
| Hollis, III, E.E. | Partner | $260.00 | | | 0.6 | | | | | 0.6 | $156.00 |
| Nadar, M.J. | Partner | $320.00 | | | 0.3 | | | | | 0.3 | $96.00 |
| Powers, D.D. | Partner | $285.00 | | | 67.2 | | | | | 67.2 | $19,152.00 |
| Hinshaw, D.L. | Of Counsel | $280.00 | | | 0.6 | | | | | 0.6 | $168.00 |
| Juba, M.F. | Associate | $160.00 | 21.8 | 4.6 | 0.4 | | 23.7 | | 3.6 | 54.1 | $8,656.00 |
| Reed, S.K. | Associate | $210.00 | | | 0.7 | | | | | 0.7 | $147.00 |
| Werling, M.A. | Associate | $240.00 | 19.7 | | 5.5 | 2.7 | 42.2 | | 0.6 | 70.7 | $16,968.00 |
| Faulkner, J.L. | Paralegal | $140.00 | 26.9 | | | | | | 4.8 | 31.7 | $4,438.00 |
| Harber, J.E. | Paralegal | $155.00 | 0.3 | | | | | | | 0.3 | $46.50 |
| | | | 92.9 | 11.9 | 88.2 | 10.6 | 121.7 | 0.4 | 10.6 | 336.3 | $90,299.00 |

Page 1 of 1