**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

June 17, 2005
Invoice Number 1234760

0080031      Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 31, 2005 and not reflected on a prior bill:

0004396  Employee Benefits

Total Services.............................$         19,320.00
Total Disbursements..................$              23.00

Total This Matter.......................$         19,343.00

Total This Invoice...........................................................$         19,343.00

**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  May 31, 2005
Invoice Number  1234760

0080031    Auburn Foundry, Inc.
0004396    Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/02/05 | Telephone conference D. Ewing re board minutes re termination of 401(k) plans (.2); draft same (1.3); office conference re timing of plan terminations in light of differences between salaried and hourly plans (.6); office conference re CBA and Sec. 1113 motion re qualified plan terminations (1.1); analyze email from D. Hunter re waiver letter to J. Rose of Mellon re actuarial services for AF Europe re AF pension plans (.2); telephone conference G. Dale re updated WARN notice (.3); analyze same (.2) | DDP | 3.90 | 1,111.50 |
| 05/03/05 | Finalize and forward minutes re termination of 401(k) plans (.6); draft Mellon waiver/consent letter (1.1); office conference re same (.3); analyze due diligence list from Summit re proposed sale of assets (.3); telephone conference re same (.3) | DDP | 2.60 | 741.00 |
| 05/04/05 | Analyze Sec. 1113 issues re plan terminations (1.4); telephone conference T. Slocum re same (.5); office conference re same (.6); telephone conference D. Maude re same (.3); finalize Mellon waiver/consent letter to J. Rose (1.1); email correspondence with D. Hunter re same (.2) | DDP | 4.10 | 1,168.50 |
| 05/05/05 | Telephone conference T. Slocum re plan design issues and ability to charge termination expenses to forfeiture accounts (.7); telephone conference D. Maude re same and possibility of using forfeitures to make discretionary employer contribution (.5); telephone conference T. Slocum re same (.5); conduct research re same (1.3) | DDP | 3.00 | 855.00 |
| 05/06/05 | Telephone conference D. Maude re 401(k) plan termination issues (.7); telephone conference T. Slocum re same (.5); analyze board resolution from D. Maude re same (.3) | DDP | 1.50 | 427.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/09/05 | Telephone conference T. Slocum re pending 401(k) plan termination issues (.9); telephone conference L. Wenino re same (.6); telephone conference L. Wenino re same (.7) | DDP | 2.20 | 627.00 |
| 05/09/05 | Numerous telephone conferences with A. Mackey re AF Europe minimum funding waiver application/assumption of pending AF minimum funding waiver application; analyze outline of issues re same; office conference re same; telephone conference T. Slocum re same | DDP | 4.70 | 1,339.50 |
| 05/10/05 | Telephone conference and email correspondence with A. Mackey re PBGC and IRS logistics re minimum funding waiver application; analyze related appropriations re same | DDP | 1.70 | 484.50 |
| 05/10/05 | Telephone conference T. Slocum re 401(k) plan termination issues and related communications to participants (1.3); telephone conference D. Maude re same (.6) | DDP | 1.90 | 541.50 |
| 05/11/05 | Telephone conference A. Mackey re AF minimum funding waiver application and AF Europe assumption of same (.3); conduct research re controlled group and related issues (1.5); email correspondence re conference calls with IRS and PBGC (.4); telephone conference T. Slocum re 401(k) administrative issues (.9); telephone conference D. Maude re legal requirements for allocation of forfeiture accounts and various options (.6) | DDP | 3.70 | 1,054.50 |
| 05/12/05 | Analyze historical documents re 401(k) contribution history (.5); conduct research re standards for vesting up plan participants upon plan termination (.7); apply vesting standards to employer contribution history to 401(k) plans and draft memo re same (1.6); telephone conference B. Kline, T. Slocum, D Maude, L. Wenino and M. Werling re 401(k) termination, distribution and related issues (.9); telephone conference D. Maude re 401(k) distribution options (.4) | DDP | 4.10 | 1,168.50 |
| 05/13/05 | Telephone conference T. Slocum re 401(k) administration issues (.5); telephone conference D. Maude re 401(k) distribution options (.7); telephone conference D. Hunter re same and related issues (.5); analyze impact of pending bankruptcy issues on ability to terminate union plan and make distributions (1.6) | DDP | 3.30 | 940.50 |
| 05/16/05 | Conduct research re issues to be discussed with IRS and PBGC re minimum funding waiver application alternatives and AF Europe participation in same (2.2); telephone conference T. Slocum re continuing discussions re 401(k) plan amendments to permit use of forfeitures for plan expenses | DDP | 4.30 | 1,225.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
|  | (.5); analyze 401(k) plan adoption agreement to determine current plan configuration and degree of flexibility re amendment of same (1.5); telephone conference D. Hunter re 401(k) distribution options and pension plan issues (.4) |  |  |  |
| 05/16/05 | Discuss plan issues with D. Powers | DLH | .60 | 168.00 |
| 05/17/05 | Prepare for and participate in telephone conference with J. Heil of IRS et al. re minimum funding waiver requests re AF pension plans (2.2); prepare for and participate in telephone conference with B. Rogers of PBGC et al. re minimum funding waiver requests re AF pension plans (1.9); telephone conference D. Maude re 401(k) distribution of forfeitures options (.6) | DDP | 4.70 | 1,339.50 |
| 05/18/05 | Telephone conference T. Slocum re 401(k) plan basic plan document and related 401(k) termination and distribution issues (.6); analyze same in conjunction with adoption agreement to determine options re use of forfeiture accounts in union and salaried 401(k) plans (1.9); telephone conference D. Hunter re 401(k) distribution options and fiduciary duty issues (.5); analyze and revise proposed email message to D. Maude, T. Woehlke and L. Wenino from D. Hunter re same (.6); prepare for and participate in telephone conference with B. Kline, T. Slocum, L. Wenino and D. Maude re 401(k) amendment and administration issues (2.1) | DDP | 5.70 | 1,624.50 |
| 05/19/05 | Analyze emails from T. Woehlke, D. Maude and L. Wenino re resignation as members of committee serving as Plan Administrator for AF pension and 401(k) plans (.4); telephone conference D. Hunter re same (.2); analyze proposed indemnifications from National City Bank re distributions of plans assets from 401(k) plans in absence of IRS determination letter (.5); conduct research re same (.7); telephone conference T. Slocum re same and related issues (.4); telephone conference B. Kline re same (.4); telephone conference D. Maude re operation of Workers' Compensation trust in light of AF bankruptcy and potential liquidation (.4); analyze trust agreement and related correspondence from Indiana Workers' Compensation Board (.8) | DDP | 3.80 | 1,083.00 |
| 05/20/05 | Conduct research and analyze documents in file re operation of Workers' Compensation trust (1.7); telephone conference D. Maude re same (.3); telephone conference D. Hunter re administrative issues re 401(k) and pension plans (.3); analyze and respond to email inquiry from T. Slocum re measuring | DDP | 3.10 | 883.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | date for restoration of forfeited benefits to terminated employees (.8) | | | |
| 05/23/05 | Analyze pending pension plan issues in light of imminent cessation of operations (1.7); telephone conference D. Maude re same (.3) | DDP | 1.70 | 484.50 |
| 05/24/05 | Analyze materials from D. Maude re how to deal with lost participants in retirement plans (.4); telephone conference D. Maude re same (.2); telephone conference D. Maude and L. Wenino re HIPAA certificates of creditable coverage and relationship to plan termination dates, bankruptcy approval of same and obligations under CBA (.4); conduct research on requirements of HIPAA re same (.9) | DDP | 1.90 | 541.50 |
| 05/25/05 | Telephone conference D. Maude re administrative details re 401(k) and pension plans (.4); analyze and discuss with D. Maude via telephone conference Mellon proposal for administrative services (.4); draft and circulate letter to health plan participants re termination issues and certificate of creditable coverage (1.2); telephone conference L. Wenino re same (.3); email D. Hunter re pending 401(k) and pension plan issues (.4) | DDP | 2.70 | 769.50 |
| 05/26/05 | Multiple telephone conference and emails to L. Wenino re HIPAA certificate of creditable coverage issues (.5); telephone conference D. Maude re same (.3); telephone conference T. Slocum re outstanding issues re National City's ongoing plan administration after shutdown of AF operations (.3) | DDP | 1.10 | 313.50 |
| 05/27/05 | Telephone conference D. Maude re follow-up on health and pension issues | DDP | .50 | 142.50 |
| 05/31/05 | Telephone conference D. Maude re HIPAA certification and health plan premium collection issues (.2); analyze past correspondence re same and email D. Maude re implementation strategy (.6); email correspondence with D. Maude re workers' compensation trust issues (.2) | DDP | 1.00 | 285.00 |

Total Services............................................................................Hours    67.80    19,320.00

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/03/05 | Caller: Powers :  260 925-0900 | 0.41 |
| 05/04/05 | Caller: Powers :  260 925-0900 | 5.99 |
| 05/12/05 | Caller: Powers :  216 222-3159 | 4.64 |
| 05/12/05 | Caller: Powers :  216 222-3159 | 6.40 |

## BAKER & DANIELS

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/13/05 | Caller: Powers : 317 264-3636 | 0.74 |
| 05/18/05 | Caller: Powers : 231 256-7951 | 3.86 |
| 05/19/05 | Caller: Powers : 216 222-3159 | 0.96 |
| Total For | Long Distance Telephone | 23.00 |

Total Disbursements........................................................................... $        23.00

Total Services And Disbursements..................................................$      19,343.00

**BAKER & DANIELS LLP**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

June 17, 2005
Invoice Number 1234758

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 31, 2005 and not reflected on a prior bill:

0000060  IDEM

| | |
|---|---:|
| Total Services.............................$ | 346.50 |
| Total Disbursements...................$ | 0.00 |
| Total This Matter.......................$ | 346.50 |
| Total This Invoice...........................................................................$ | 346.50 |

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS LLP**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  May 31, 2005
Invoice Number  1234758

0080031    Auburn Foundry, Inc.
0000060    IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/20/05 | Telephone conference with B. Eherenman; telephone conference with S. Rowe; telephone conference with C. Heiny; conference with J. Harber regarding status of zoning and subdivision issues | JAB | .50 | 157.50 |
| 05/23/05 | Telephone conference with C. Heiny; telephone conference with B. Eherenman; telephone conference with S. Rowe regarding status of Dekalb County zoning letter | JAB | .60 | 189.00 |
| | Total Services............................................................Hours | | 1.10 | 346.50 |
| | Total Services And Disbursements.....................................$ | | | 346.50 |

**BAKER & DANIELS LLP**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

June 17, 2005
Invoice Number 1234757

0080031      Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through May 31, 2005 and not reflected on a prior bill:

0000100   Employment Matters

Total Services..............................$          156.00
Total Disbursements..................$            0.00

Total This Matter.......................$          156.00

Total This Invoice............................................................$          156.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  May 31, 2005
Invoice Number  1234757

0080031     Auburn Foundry, Inc.
0000100     Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/03/05 | Review draft WARN notices | EEH | .30 | 78.00 |
| 05/04/05 | Review revised draft WARN notices | EEH | .30 | 78.00 |
| | Total Services............................................................... Hours | | 0.60 | 156.00 |
| | Total Services And Disbursements.......................................$ | | | 156.00 |

**BAKER & DANIELS LLP**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

June 17, 2005
Invoice Number 1234756

0080031       Auburn Foundry, Inc.

Thomas Woehlke                                    Mail Remittance To:
President                                          Baker & Daniels
Auburn Foundry, Inc.                      111 East Wayne Street, Suite 800
635-639 West 11th                             Fort Wayne, Indiana 46802
Auburn, IN 46706

                                                   FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
May 31, 2005 and not reflected on a prior bill:

0000001   General Services

          Total Services............................$           0.00
          Total Disbursements..................$          126.18

          Total This Matter......................$          126.18

Total This Invoice..........................................................$          126.18

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  May 31, 2005
Invoice Number  1234756

0080031      Auburn Foundry, Inc.
0000001      General Services

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Disbursements | Total |
|------|---------------|-------|
| 03/31/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 03/31/05 | 97.79 |
| | Total For  Telephone | 97.79 |
| | | |
| 05/11/05 | Caller: Powers :  260 925-0900 | 0.41 |
| 05/12/05 | Caller: Powers :  260 925-0900 | 5.34 |
| 05/12/05 | Caller: Powers :  260 925-0900 | 6.81 |
| 05/12/05 | Caller: Powers :  260 925-0900 | 10.22 |
| | Total For  Long Distance Telephone | 22.78 |
| | | |
| 05/06/05 | Other Copying Expenses   Misc Copies | 0.56 |
| 05/06/05 | Other Copying Expenses   Misc Copies | 4.00 |
| 05/13/05 | Other Copying Expenses   Misc Copies | 0.80 |
| 05/27/05 | Other Copying Expenses   Misc Copies | 0.25 |
| | Total For  Other Copying Expenses | 5.61 |

Total Disbursements.............................................................................. $      126.18

Total Services And Disbursements....................................................$      126.18

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

June 17, 2005
Invoice Number 1234762

0080031      Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
May 31, 2005 and not reflected on a prior bill:

0004426   Chapter 11

Total Services............................$      70,476.50
Total Disbursements..................$       4,414.73

Total This Matter.......................$      74,891.23

Total This Invoice...........................................................$      74,891.23

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  May 31, 2005
Invoice Number  1234762

0080031      Auburn Foundry, Inc.
  0004426      Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/22/05 | Prepare March proforma analysis | JLF | 4.80 | 672.00 |
| 04/28/05 | Review recent filings | JLF | .40 | 56.00 |
| 05/02/05 | E-mails from J. Burns; voicemail from/telephone call with D. Maude regarding WARN issues; review file regarding same; review WARN regulations regarding same; conference call with D. Maude, T. Eastom; additional draft of notices/extensions; e-mail to Ft. Wayne office; voicemail from/to L. Summers regarding same | GND | 1.70 | 535.50 |
| 05/02/05 | Worked on issues raised by union request, objection to counsel fees (.3); continue attention to potential responses to same (.7); office conferences re benefit plan termination issues (.8); continue work on 1113 motion, related research in support of same (1.4); consider potential incorporation of same of 401(k), seniority-related issues (.5); review and assess case related e-mail, including WARN notices (.2); prepare closing time line at Summit's request, review docket, hearing notices in preparation of same (.4); review claim assignment to Summit, office conference re procedural compliance re same (.2); review and assess case pleadings and correspondence (.5) | MAW | 5.00 | 1,200.00 |
| 05/02/05 | Telephone conference with S. Rowe at DeKalb County Plan Commission; office conference regarding same; office conference regarding legal description | JAB | .50 | 157.50 |
| 05/02/05 | Consideration of WARN and other employment issues and options for dealing with same | JRB | 1.20 | 450.00 |
| 05/02/05 | Telephone call with E. Kos regarding utility service and issues regarding continuation of same (.3); consideration of and follow-up regarding issues raised, including telephone call | JRB | 1.00 | 375.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | with D. Maude regarding same (.7) | | | |
| 05/02/05 | Consideration of stay bonus issues and options, including telephone call with T. Woehlke and D. Maude regarding same (.6); telephone call M. Eidelman regarding stay bonus issues (.2); work on stay bonus motion provisions (.4) | JRB | 1.20 | 450.00 |
| 05/02/05 | Review Cash Budget and provide response to D. Maude regarding same | JRB | .40 | 150.00 |
| 05/02/05 | Review Press release and provide comment to T. Woehlke re same | JRB | .30 | 112.50 |
| 05/03/05 | Legal research regarding proper substance of and evidence for a Transfer of Claim (.5); evaluate Transfer of Claim from Bank of America to Summit, applying guidelines established from the research on same (.3); memo to J. Burns and M. Werling regarding same (.1); legal research regarding proper procedural steps, as required by the Code and Rules, for filing an effective Transfer of Claim (.4); evaluate Transfer of Claim from Bank of America to Summit, applying guidelines established from the research on same (.4); legal research regarding potential objections to Union's allowance for administrative expense and factual errors in calculating the values of such expenses (1.2) | MFJ | 2.90 | 464.00 |
| 05/03/05 | Telephone conference with C. Heiny regarding title and survey issues; office conferences regarding same | JAB | 1.10 | 346.50 |
| 05/03/05 | Update and revise WARN notices, including; additional review of WARN regulations/DOL comments regarding same and circulate to parties | GND | 2.50 | 787.50 |
| 05/03/05 | Work on cash use and sale issues | JRB | 1.20 | 450.00 |
| 05/03/05 | Work on WARN letter and other employment issues | JRB | .60 | 225.00 |
| 05/03/05 | Review and respond to inquiry from L. Bayles regarding due diligence issues (.3); follow-up telephone call with D. Maude regarding due diligence issues (.2); consideration of available information and best way to respond (.3) | JRB | .80 | 300.00 |
| 05/03/05 | Review claim transfer issue regarding Bank of America claim | JRB | .20 | 75.00 |
| 05/03/05 | Consideration of and work on stay bonus issues for key employees following closing order to conclude estate matters | JRB | .50 | 187.50 |
| 05/03/05 | Work on real estate issues and consideration of descriptions and closing requirements | JRB | .80 | 300.00 |
| 05/03/05 | Work on due diligence claims and issues | JRB | .80 | 300.00 |
| 05/03/05 | Review and comment on Press release | JRB | .20 | 75.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/03/05 | Pacer research; review recent filings | JLF | .60 | 84.00 |
| 05/04/05 | Legal research regarding proper substance of and procedural requirements for drafting and filing a voluntary notice to withdraw a proposed 363 sale (.9); legal research regarding case law and orders from Judge Grant examining same (.7); draft debtors' notice of voluntary withdrawal of April 13, 2005, motion to approve 363 sale (1.1) | MFJ | 2.70 | 432.00 |
| 05/04/05 | Telephone calls with D. Maude regarding WARN business sales and transfer of WARN liability issues and notice language changes | GND | .50 | 157.50 |
| 05/04/05 | Consideration of budget and exchange correspondence with Summit's counsel regarding same | JRB | .80 | 300.00 |
| 05/04/05 | Telephone call with T. Woehlke regarding corporate issues and procedure for concluding case (.3); consideration of issues raised and options for dealing with same (.7) | JRB | 1.00 | 375.00 |
| 05/04/05 | Work on WARN notice issues and consider resolution of same | JRB | .50 | 187.50 |
| 05/04/05 | Telephone call with M. Eidelman regarding potential for a liquidating plan and review of probable administrative claims (.2); consideration of issues raised and options for resolving (.4) | JRB | .60 | 225.00 |
| 05/04/05 | Work on budget issues and potential for payment of all administrative claims in order to obtain confirmation of liquidating plan (.8); telephone call with D. Maude regarding same (.3) | JRB | 1.10 | 412.50 |
| 05/04/05 | Telephone call with M. Eidelman regarding Cash Collateral motion and alternatives (.3); consideration of options for dealing with cash use and DIP financing pending closing of sale (.5) | JRB | .80 | 300.00 |
| 05/04/05 | Several exchanges of email correspondence with M. Eidelman regarding budget and cash use issues (.4); consideration of issues raised and options for financing a liquidation plan and operations pending closing (.8) | JRB | 1.20 | 450.00 |
| 05/04/05 | Consideration of Sec. 1113 issues as relates to medical and pension plan requirements in CBA | JRB | .60 | 225.00 |
| 05/04/05 | Worked on title and survey issues; conference with buyer's counsel regarding title and survey issues; telephone conference with title company; telephone conference with surveyor; office conference | JAB | 2.10 | 661.50 |
| 05/04/05 | Consideration of various aspects of benefit plan terminations, | MAW | 3.90 | 936.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review 1113 requirements, related research re same, review steps necessary to obtain rejection rather than seek interim relief, related research re same (2.0); work on cash use motion (.7); review docket, office conference re Summit claim, work on response to additional inquiries from Summit (.3); review and assess case e-mail re cash use, related issues, office conference re same (.3); review fork truck stay relief order (.1); review defective notice issues re Summit claim transfer(.3); review and assess highlighted due diligence checklist (.2) | | | |
| 05/04/05 | Review recent filings | JLF | .20 | 28.00 |
| 05/05/05 | Draft and file debtors' notice of voluntary withdrawal of April 13, 2005, motion to approve 363 sale (.7); work on and file agreed motion to approve settlement with Hanson Aggregates (1.3); memo to G. Taylor regarding same (.1); analyze court's Notice that cites a deficiency in Transfer of Claim from Bank of America to Summit (.1); examine Transfer and research alleged defect cited by the court (.2); memo evaluating court's notice compared to Transfer (.3); consider potential areas of deficiency in the Transfer (.3); phone calls to the court's case administrator, discussing notice of defect (.2); draft application to approve provisional payments to Mellon (.8); examine pending Mellon invoices to determine amounts due by the debtor's estate as compared to amounts due by certain benefits plans (.4) | MFJ | 4.40 | 704.00 |
| 05/05/05 | Review budget issues and projections | JRB | .30 | 112.50 |
| 05/05/05 | Consideration of merits of filing third sale motion to explain and obtain approval of credit bid sale to Summit | JRB | .40 | 150.00 |
| 05/05/05 | Consideration of fee application objection by Union and correspondence to R. Swanson regarding same | JRB | .60 | 225.00 |
| 05/05/05 | Consideration and work on cash issues and options | JRB | .50 | 187.50 |
| 05/05/05 | Consideration of stay bonus issues and options for dealing with same (.4); correspondence to M. Eidelman regarding stay bonuses (.3) | JRB | .70 | 262.50 |
| 05/05/05 | Consideration of bank account and lock box needs pending closing and through to conclusion of bankruptcy case and present Bank of America position on same (.3); correspondence to J. Athanas regarding extending use of accounts (.2) | JRB | .50 | 187.50 |
| 05/05/05 | Begin preparation of Mellon's fee application; prepare app to | JLF | 1.00 | 140.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | approve monthly provisional payments to Mellon's actuarial services provider for debtor in possession; confer with M. Juba re same | | | |
| 05/05/05 | Telephone conference with S. Rowe at DeKalb County zoning office; telephone conference with counsel for buyer regarding same | JAB | .60 | 189.00 |
| 05/05/05 | Work on notice to dismiss prior sale motion, office conferences re same (.4); follow-up E. Rosebrock counsel with comments on compromise based on review of same (.2); office conferences, review e-mail re next steps on cash use approval, budget review, make recommendation re same (.7); examine potential disclosure requirements re management agreement (.5); additional office conferences re Summit claim transfer, Court notice re same (.2); exchange e-mail re due diligence, related case issues (.2); review e-mail, attachments re due diligence response (.3); continue work on landfill, liquidating plan analysis (1.5) | MAW | 4.00 | 960.00 |
| 05/05/05 | Telephone call with E. Kos regarding utilities service and continuation issues (.2); follow-up regarding issues raised (.2) | JRB | .40 | 150.00 |
| 05/05/05 | Extended telephone call with T. Woehlke and D. Maude regarding operational and liquidation issues, options and strategies (.4); consideration of and follow-up regarding issues raised (.5) | JRB | .90 | 337.50 |
| 05/06/05 | Legal research regarding viability of filing fee application as opposed to application to approve provisional payments when the required 120-day waiting period has passed for seeking fees (.8); draft application to approve Mellon's fees (1.1); phone call to J. Rose explaining necessary invoices required for fee application (.1); phone conversation with case administrator regarding court's error in entering a notice of deficiency against the Transfer of Claim and the subsequent effect of such error on notice and objection deadlines (.2); phone call with P. McGuire discussing Ernst & Young's account status with debtor and any potential outstanding debts that the debtor must disclose for approval of the 363 sale (.2); examine account history and payments for Ernst & Young as a qualified professional to assure full disclosure to the proper parties (.5); legal research regarding complete process, under the federal and local rules of procedure, for properly filing an application for an allowance of an administrative claim (.9); draft memo to Union's counsel explaining the process and the | MFJ | 4.60 | 736.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | need to re-file the application under the appropriate rules in order to obtain an order from the court on the matter (.8) | | | |
| 05/06/05 | Respond to further inquiry from R. Swanson regarding debtor's attorney fee application and carve-out issues | JRB | .40 | 150.00 |
| 05/06/05 | Telephone call with D. Maude regarding vendor inquiry and payment demand, including consideration of issues raised and email exchange regarding same | JRB | .40 | 150.00 |
| 05/06/05 | Prepare itemized statement and fee application, proposed order Mellon's Consultants, Inc. along with exhibits; confer with M. Juba re same | JLF | .80 | 112.00 |
| 05/06/05 | Review D. Maude correspondence regarding debtor's accounts and consideration of issues raised (.5); exchange correspondence with J. Athanas regarding same (.3); telephone call with M. Eidelman regarding same (.2) | JRB | 1.00 | 375.00 |
| 05/06/05 | Consideration of benefit termination issues and options regarding same (.5); consideration of Mellon fee issues and options (.4) | JRB | .90 | 337.50 |
| 05/06/05 | Attend to bonus approval issues; analyze steps, pleadings necessary to obtain approval for same (1.5); follow-up office conference re 401(k), health plan termination issues (.3); follow-up attention to status of real estate issues (.2); continue attention to administrative fee issues for Mellon, E&Y, related office conferences re same (.3); office conferences re next steps in case (.2); exchange messages with E. Rosebrock's counsel re settlement, review agreement re same (.2); exchange e-mail with IDEM re Kemper policies; follow-up examination of memo re same (.5); work on compilation and analysis of unpaid administrative claims (.5); follow-up office conferences re Summit claim transfer, review new Court notice re same (.2); review findings re Union's recent pleadings, potential responses to same; assess next steps re same (.5) | MAW | 4.40 | 1,056.00 |
| 05/06/05 | Receive and respond to R. Swanson communication regarding fee application (.3); consideration of health payment information request and limitations, if any, imposed by HIPAA on responding (.5) | JRB | .80 | 300.00 |
| 05/06/05 | Telephone call with M. Eidelman regarding cash use and follow-up | JRB | .30 | 112.50 |
| 05/07/05 | Review correspondence and pleadings (.2); correspondence to M. Eidelman regarding U.S. Trustee depository requirements | JRB | .70 | 262.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | and propriety of sweep account in favor of Summit (.5) | | | |
| 05/07/05 | Continue attention to needs re supplemental waiver request of IRS (.5); continue attention to landfill, Kemper issues in response to IDEM's meeting request (.5) | MAW | 1.00 | 240.00 |
| 05/09/05 | Legal research regarding proposed 363 sale "free and clear" of liens and the practical effect of such a sale on non-consenting junior liens who assert priority | MFJ | 1.20 | 192.00 |
| 05/09/05 | Consideration of and respond to R Swanson inquiry regarding medical payments and consideration of limitations and options for dealing with same | JRB | .90 | 337.50 |
| 05/09/05 | Consideration of stay bonus issues and options for ensuring payment of same | JRB | .80 | 300.00 |
| 05/09/05 | Telephone call with E. Triebold regarding sweep account issues and options (.3); correspondence to M. Eidelman regarding same (.2); consideration of issues and options for dealing with same (.3) | JRB | .80 | 300.00 |
| 05/09/05 | E-mail exchange with D. Maude re Mellon fee approval (.1); work extensively on supplemental response needs for IRS based on prior submission re same (1.2); office conference re next steps concerning same (.1); continue assessment of options for landfills re abandonment vs. post-confirmation disposition, legal research in support of same (1.0); review wage lien spreadsheet, office conference with paralegal re same, forward same to Summit, review additional filings (.2); review and assess e-mail re UST issues, IRS follow-up, and 401(k) distributions (.2); edit and finalize E. Rosebrock settlement stipulation, follow-up with E. Rosebrock's counsel re same (.2); review and preliminarily assess New AFI's limited objection to sale motion (.4); begin detailed work on response to same (.3); telephone conference with D. Maude re fork trucks (.1); office conference re Union withdrawal of fee objection (.1) | MAW | 3.90 | 936.00 |
| 05/09/05 | Review and consider limited objection by AFI Lending and consideration of options for resolving same | JRB | .70 | 262.50 |
| 05/09/05 | Consideration of liquidating plan options and strategy | JRB | .90 | 337.50 |
| 05/09/05 | Continue review of zoning file regarding BZA permit for landfill and access; telephone conference with S. Rowe, DeKalb County Zoning Administrator | JAB | 2.00 | 630.00 |
| 05/09/05 | Update index of mechanic's liens; amend spreadsheet to include amount of liens; review recent filings | JLF | 3.00 | 420.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/10/05 | Office conference with J. Burns re applicability of HIPAA to bankruptcy issues | SLJ | .20 | N/C |
| 05/10/05 | Review cash flow budget and consideration of needs for post-closing funding | JRB | .70 | 262.50 |
| 05/10/05 | Consideration of AFI Lending objection issues and potential responses to same | JRB | .60 | 225.00 |
| 05/10/05 | Consideration of and work on health care issues | JRB | .40 | 150.00 |
| 05/10/05 | Consideration of HIPAA issues; research and analysis regarding same | SKR | .70 | 147.00 |
| 05/10/05 | Telephone conference with S. Rowe, DeKalb County Zoning Administrator, regarding subdivision, zoning and access issues | JAB | .30 | 94.50 |
| 05/10/05 | Review recent filings; research re Ice Miller's interim fee apps and monthly statements and 10-day notice; confer with J. Burns re same | JLF | 1.50 | 210.00 |
| 05/10/05 | Review budget questions from P. Moser and prior fee application filings by Creditors Committee counsel in order to respond to same | JRB | .80 | 300.00 |
| 05/10/05 | Consider Union fee objection (.1); work on detailed research of AFI Lending objection, legal analysis in support of same, e-mail J. Burns comments re same (2.5); office conference re IRS, PBGC follow-up (.2); exchange e-mail re IDEM inquiry (.1); office conference re health plan termination issues (.1); review e-mail re Committee counsel payments (.1); review Union withdrawal pleading (.1); review recent wage liens, office conference re same (.2) | MAW | 3.30 | 792.00 |
| 05/10/05 | Telephone call with M. Eidelman regarding stay in place bonuses for management employees in order to conclude bankruptcy and consideration of issues raised | JRB | .50 | 187.50 |
| 05/10/05 | Consider and respond to R. Swanson inquiry regarding fee and medical payment issues | JRB | .70 | 262.50 |
| 05/10/05 | Correspondence to H. Efroymson regarding fee payments | JRB | .30 | 112.50 |
| 05/10/05 | Extended telephone call with D. Maude regarding operations shutdown and issues raised by same | JRB | .50 | 187.50 |
| 05/10/05 | Work on shutdown issues and potential for successful plan of liquidation or conversion alternative | JRB | 1.80 | 675.00 |
| 05/10/05 | Phone call with Mellon's accounting department regarding invoices for use in fee application to the court and review contents of same (.2); evaluate pending objection to proposed sale for potential formal response (.3); legal research regarding | MFJ | 2.70 | 432.00 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | lien claimants under a 363 sale and whether a junior lienholder has the right to have its lien attach to proceeds if there is no dispute that the sale does not leave enough to pay the junior lienholder (1.6); phone conference with court's case administrator regarding Union's forthcoming withdrawal of it objection to debtor counsel's fees and the consequences of the withdrawal (.2); evaluate impact of current wage liens on the pending objection to the 363 sale (.4) | | | |
| 05/11/05 | Extended telephone call with D. Maude regarding MTI inquiries and requests and post-sale business office concerns and consideration of issues raised | JRB | .50 | 187.50 |
| 05/11/05 | Consider and evaluate options for concluding bankruptcy after sale and issues affecting approval of sale | JRB | 1.30 | 487.50 |
| 05/11/05 | Consideration of options for funding and staffing post-closing office operations necessary to conclude Chapter 11 proceeding | JRB | 1.10 | 412.50 |
| 05/11/05 | Telephone call with R. Ehinger regarding Plant 1 sale and consideration of issues raised | JRB | .40 | 150.00 |
| 05/11/05 | Review recent filings | JLF | .30 | 42.00 |
| 05/11/05 | Telephone conference with B. Eherenman regarding DeKalb County zoning issues | JAB | .20 | 63.00 |
| 05/11/05 | Telephone call M. Warsco regarding preference recovery issues | JRB | .20 | 75.00 |
| 05/11/05 | Consideration of preference recoveries and potential for additional litigation regarding same | JRB | .40 | 150.00 |
| 05/11/05 | Exchange e-mail re WARN notices (.1); review and assess e-mail re KERP motion, budget, and professional fee payments (.2) | MAW | .30 | 72.00 |
| 05/11/05 | Consideration of Creditor Committee fee application and payment issues, including email to D. Maude regarding same | JRB | .40 | 150.00 |
| 05/11/05 | Review and consider correspondence from M. Eidelman regarding final production schedule and shut-down issues and draft reply | JRB | .40 | 150.00 |
| 05/11/05 | Consideration of professional fee allowance issues | JRB | .40 | 150.00 |
| 05/11/05 | Review and consider 7th Circuit Decision regarding administrative Proofs of Claim and applicability of bar date to same | JRB | .30 | 112.50 |
| 05/11/05 | Receive and consider response regarding KERP and budget issues and respond to same | JRB | .30 | 112.50 |
| 05/11/05 | Respond to inquiry from L. Bayles regarding WARN letters | JRB | .30 | 112.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/11/05 | Legal research regarding lien claimants under a 363 sale and whether a junior lienholder has the right to have its lien attach to proceeds if there is no dispute that the sale does not leave enough to pay the junior lienholder (.9); legal research regarding requirements under Rule 1019 for filing a proof of claim for an administrative expense under a chapter 11 case converted to chapter 7 (.8); drafted analysis of same (.4); legal research regarding criticism and opposition to Seventh Circuit case law that requires filing a proof of claim for administrative expenses in a converted case (.9); drafted analysis of same (.5) | MFJ | 3.50 | 560.00 |
| 05/12/05 | Extended telephone call with T. Woelhke regarding shut-down issues and transitions (.4); consideration of issues raised and options for dealing with same (.7) | JRB | 1.10 | 412.50 |
| 05/12/05 | Consideration of KERP/stay bonus issues and options with dealing for same | JRB | .40 | 150.00 |
| 05/12/05 | Review additional mechanics liens and update spreadsheet | JLF | 4.50 | 630.00 |
| 05/12/05 | Consideration of AFI Lending's objection to sale and options for resolving same | JRB | .90 | 337.50 |
| 05/12/05 | Draft correspondence to M. Reich regarding AFI Lending's objection and potential for resolving same | JRB | .40 | 150.00 |
| 05/12/05 | Exchange correspondence with R. Ehinger regarding Plant 1 office lease issues | JRB | .30 | 112.50 |
| 05/12/05 | Consideration of liquidating Plan options and requirements | JRB | 1.80 | 675.00 |
| 05/12/05 | Review liquidating plan and disclosure statement in pending case, follow-up with M. Juba re same, potential use of provisions for AFI liquidating plan (.3); review docket re recent case filings (.1); review and assess "stay bonus" e-mail (.3); consider next steps in 1113 process based on proposal to union re health plan terminations (.2); work on stay bonus motion, office conferences re same (1.6); review and assess wage lien summary, forward same to Summit for review (.2); follow-up attention to AFI Lending objection, review e-mail, office conference re same (.3) | MAW | 3.00 | 720.00 |
| 05/12/05 | Work on KERP issues, including exchange of correspondence with T. Woelhke and D. Maude regarding same | JRB | .70 | 262.50 |
| 05/12/05 | Telephone call with M. Eidelman regarding budget and wind-down issues (.2); consideration of issues raised and options for concluding case (.6) | JRB | .80 | 300.00 |
| 05/12/05 | Phone call with Mellon Accounting examining necessary invoices and description of services performed required for fee | MFJ | 2.20 | 352.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | application (.1); legal research re lien claimants under a 363 sale and whether a junior lienholder has the right to have its lien attach to proceeds if there is no dispute that the sale does not leave enough to pay the junior lienholder (1.2); legal research re potential asset issues and disputes arising under a 363 sale with similar facts to the present proposed sale (.9) | | | |
| 05/13/05 | Finalize KERP motion and brief, review case cites in support of same (2.5); office conferences re timing of filing same (.1); office conferences, telephone conference with Summit re AFI Lending objection, related issues, follow-up attention to computation of credits needed to support AFI Lending recovery (1.4); check docket re sale order status (.1); office conferences, e-mail re coordination of IRS follow-up (.1) | MAW | 4.20 | 1,008.00 |
| 05/13/05 | Review M. Eidelman analysis of AFI Lending objection and consideration of same | JRB | .40 | 150.00 |
| 05/13/05 | Work on KERP pleading and consideration of issues regarding same | JRB | .50 | 187.50 |
| 05/13/05 | Consideration of Liquidating Plan options and strategy regarding same | JRB | .60 | 225.00 |
| 05/13/05 | Consideration of AFI Lending's objection and options for resolving same | JRB | .50 | 187.50 |
| 05/13/05 | Exchange correspondence with R. Ehinger regarding Auburn office lease | JRB | .30 | 112.50 |
| 05/13/05 | Legal research regarding Indiana mechanics' liens and potential impact on 363 sale (1.1); legal research regarding procedure for asserting and enforcing mechanics' liens in Indiana according to prevailing law and the possibility of preemption (1.4) | MFJ | 2.50 | 400.00 |
| 05/13/05 | Office conference regarding release of PHI and HIPAA requirements | MJN | .30 | 96.00 |
| 05/13/05 | Review proposed office lease and Asset Purchase Agreement regarding Plant 1 and consideration of issues raised by same | JRB | .60 | 225.00 |
| 05/16/05 | Review e-mail from J. Burns to Vedder Price | GND | .10 | N/C |
| 05/16/05 | Review Asset Purchase Agreement issues regarding Plant 2 (.3) exchange correspondence with M. Eidelman regarding same (.2) | JRB | .50 | 187.50 |
| 05/16/05 | Review docket re status of sale motion, related pending matters (.1); prepare for teleconference on IRS waiver issues (.2); work on additional wage lien research based on new lien filings cumulatively exceeding $700,000, interoffice e-mail re | MAW | 6.90 | 1,656.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | same, revise and finalize analysis, legal research, and summary memo re same (5.1); office conference re bankruptcy clerk call on sale motions (.1); conference with AFI Lending re objection (.3); follow-up work and analysis re same (1.1) | | | |
| 05/16/05 | Telephone call T. Woelhke regarding Summit intentions regarding supporting continued operations and potential for proper shutdown of plant facility | JRB | .30 | 112.50 |
| 05/16/05 | Consideration of shutdown issues and notification of issues | JRB | .60 | 225.00 |
| 05/16/05 | Consideration of D. Maude inquiry regarding use of National City Bank account following closure of Bank of America operating account (.4); correspondence to M. Eidelman regarding use of National City account (.2) | JRB | .60 | 225.00 |
| 05/16/05 | Extended telephone call with M. Eidelman regarding status of operations, potential closure, KERP issues and potential Liquidating Plan (.4); consideration of issues raised by M. Eidelman on behalf of Summit and means for addressing same (.6) | JRB | 1.00 | 375.00 |
| 05/16/05 | Telephone call with J. Ancel regarding AFI Lending limited objection and potential for resolving same | JRB | .30 | 112.50 |
| 05/16/05 | Consideration of prior cash use order in context of AFI Lending limited objection and means of resolving same | JRB | .70 | 262.50 |
| 05/16/05 | Prepare for and participate in Board of Directors' meeting, including consideration of bankruptcy status and means for including same | JRB | 1.50 | 562.50 |
| 05/16/05 | Legal research regarding status of Union as a first priority non-consenting secured creditor under Section 363 (1.8); legal research regarding potential sale-blocking by union on such a basis and the procedural requirements of asserting same (2.1) | MFJ | 3.90 | 624.00 |
| 05/16/05 | Receive and review correspondence from L. Bayles and respond to same regarding WARN issues | JRB | .30 | 112.50 |
| 05/17/05 | Telephone call with T. Woelhke regarding stay bonus issues; consideration of issues raised by D. Maude and T. Woehlke and options for dealing with stay bonus issues | JRB | .40 | 150.00 |
| 05/17/05 | Telephone call with D. Maude regarding stay bonus issues and potential for remaining for closure of bankruptcy estate | JRB | .30 | 112.50 |
| 05/17/05 | Review and respond to correspondence from L. Bayles regarding A/R and review of same | JRB | .40 | 150.00 |
| 05/17/05 | Prepare for and participate in IRS call re funding waiver (1.0); | MAW | 4.20 | 1,008.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | participate in PBGC call re related issues (1.0); telephone conferences with case administrator re sale motions, prepare new Notice of Withdrawal in response to same (.4); review and comment on Plant 2 APA (.4); consider IDEM concerns (.1); telephone conference with D. Skekloff re sale concerns (.3); telephone conference with D. Maude re status issues (.3); assess potential responses to credit bid-based surcharge objections (.7) | | | |
| 05/17/05 | Legal research re status of Union as a first priority non-consenting secured creditor under Section 363 (.8); legal research re potential sale-blocking by union on such a basis and the procedural requirements of asserting same (1.6); legal research re rights of junior lienholder to attach its lien to proceeds if no dispute exists as to the lack of sale proceeds to pay the junior lienholder (2.5) | MFJ | 4.90 | 784.00 |
| 05/17/05 | Confer with M. Juba re preference | JLF | .20 | N/C |
| 05/17/05 | Receive and review proposed changes to Plant 2 APA from counsel for Summit and consideration of issues raised | JRB | .60 | 225.00 |
| 05/18/05 | Review IDEM sale objection and begin work on potential response to same (1.0); review and comment on revised sale order (.5); participate in telephone conference with D. Skekloff re admin claimant's concerns (.3); review mechanics' lien compliance checklist for wage liens, office conference re same (.4) | MAW | 2.20 | 528.00 |
| 05/18/05 | Consideration of Liquidating Plan options and requirements | JRB | .60 | 225.00 |
| 05/18/05 | Legal research re 506(c) standing issue regarding post-petition trade creditor | JRB | .90 | 337.50 |
| 05/18/05 | Telephone call with D. Skekloff regarding TQS claim and consideration of same | JRB | .40 | 150.00 |
| 05/18/05 | Continue work of 506(c) issue raised by creditor attorney and analysis of defenses to this and potential similar claims | JRB | 1.30 | 487.50 |
| 05/18/05 | Extended telephone call with D. Maude regarding post-closing and post-sale office operations and staffing (.4); consideration of options for dealing with issues raised (.4) | JRB | .80 | 300.00 |
| 05/18/05 | Follow-up regarding APA issues | JRB | .40 | 150.00 |
| 05/18/05 | Consideration of post-petition trade creditor's assertion of 506(c) rights and options for dealing with same | JRB | 1.20 | 450.00 |
| 05/18/05 | Draft and finalize Mellon Consulting Inc.'s first interim fee application as actuarial consultants, with exhibits (1.2); legal research re statutory requirements for the recording and | MFJ | 5.30 | 848.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | enforcing of a mechanic's lien in Indiana, noting the differences between such liens and corporate employee's liens, and addressing any nuances as determined by the courts(2.6); memo to M. Werling re same (.8); legal research re rights of junior lienholder to attach its lien to proceeds if no dispute exists as to the lack of sale proceeds to pay the junior lienholder (.7) | | | |
| 05/19/05 | Consideration of liquidation plan issues and options | JRB | 1.20 | 450.00 |
| 05/19/05 | Review correspondence from T. Woehlke and from D. Maude regarding 401(K) and other pension issues in consideration of issues raised by same | JRB | .40 | 150.00 |
| 05/19/05 | Review recent filings; Pacer research | JLF | .90 | N/C |
| 05/19/05 | Consultation with M. McGrath regarding environmental issues and impact on proposed sale (.3); consideration of environmental issues affecting sale and options for dealing with same (.4); consideration of pension and benefits issues and need for post-bankruptcy monitoring of pension accounts (.4); telephone call with M. Eidelman regarding sale issues and post-sale obligations of debtor (.3); consideration of potential cooperation from Summit Investments in supporting liquidating plan after sale of assets and options for structuring same (.6); telephone call with M. Sheridan and E. Triebold of U.S. Trustee's office regarding status of bankruptcy proceeding and propriety of permitting Summit to utilize the same account sweep as utilized by Bank of America (.3); follow-up regarding account issues (.3); extended telephone call with D. Maude regarding TQS claims and potential counterclaim regarding defective work in quality control and consideration of administrative claim by TQS based upon such failure (.6); analysis of proposed cash flow budget (.3); draft correspondence to M. Eidelman regarding budget issues (.3); follow-up telephone call with D. Maude regarding budget and cash use issues (.3) | JRB | 4.10 | 1,537.50 |
| 05/19/05 | Work on supplemental inserts for AFI tax waiver request (.2); continue attention to sale motion objections (1.2); review and participate in case related e-mail (.2); review KERP pleadings for additional consideration by Summit, AFI (.2); examine workers' trust-related concerns raised by D. Maude (.2); work on revised KERP, office conference re same, telephone conferences with D. Maude re same (1.4); continue review and evaluation of proposed revisions to sale order, asset purchase | MAW | 6.40 | 1,536.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | agreement, prior hearing transcripts re key issues raised by same (1.2); review case docket re sale motion status (1.5) | | | |
| 05/20/05 | Amend preference complaints and exhibits for Elkem Metals, Hanson Aggregate, Ashland Chemical Co., Bristol Metal Products, Inc., Cascade, Pular Manufacturing, Triple M Manufacturing, Dish, RI Lampos, Kendallville Iron & Metal, Hickman Williams & Co., Fairmount Minerals, Motion Industries; gather materials and prepare notebook of AFIS motions and objections to sale; Westlaw research; Pacer research | JLF | 4.80 | 672.00 |
| 05/20/05 | Telephone call D. Reed regarding obtaining plastic totes used in delivery of hydraulic oil | JRB | .20 | 75.00 |
| 05/20/05 | Analysis of AFI Lending objection and consideration of amounts owing on senior and junior DIP loans to consider impact on objection (.6); correspondence L. Bayles regarding cash flow budget (.2) | JRB | .80 | 300.00 |
| 05/20/05 | Review legal descriptions in Bank of America mortgage and surveys | JEH | .30 | 46.50 |
| 05/20/05 | Office conferences re benefit related issues (1.0); continue attention to sale objections, potential responses to same (.8); examine Summit's comments re sale hearing timing, office conference re same (.2) | MAW | 2.00 | 480.00 |
| 05/20/05 | Analysis of D. Maude spreadsheet regarding DIP lending; correspondence to M. Reich regarding same and consideration of options for obtaining withdrawal of objections | JRB | .20 | 75.00 |
| 05/20/05 | Telephone call with D. Maude regarding miscellaneous computer equipment sale (.2); correspondence with M. Eidelman regarding same (.2); evaluation of proposed changes in sale order submitted by Summit and Omni (.4); review and consideration of information regarding status of landfills and legal descriptions of land to be transferred at sale (.3) | JRB | 1.10 | 412.50 |
| 05/20/05 | Telephone call with T. Woehlke regarding contact with K. Turner and request to begin plant modifications and need to decline that proposal (.3); follow-up consideration of issues raised and options for dealing with same (.3); prepare for extended telephone call with T. Junk and E. Whelan of IDEM regarding environmental issues and options for dealing with same in context of potential liquidating plan and need to permit sale of property (.8) | JRB | 1.40 | 525.00 |
| 05/20/05 | Legal research regarding case law on Indiana's enforcement of | MFJ | 3.10 | 496.00 |

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | mechanic's liens and potential defenses to same (1.6); examine current drafts of preference complaints and consider current financial data under new ordinary course defense standard enacted by Congress (1.5) | | | |
| 05/21/05 | Consideration of liquidating plan issues and options | JRB | .60 | 225.00 |
| 05/23/05 | Continue preparation of potential sale hearing | JRB | .90 | 337.50 |
| 05/23/05 | Review latest proposed modifications to Plant 2 APA | JRB | .40 | 150.00 |
| 05/23/05 | Review latest cash flow budget from D. Maude and correspondence from S. Petrie regarding same | JRB | .30 | 112.50 |
| 05/23/05 | Review multiple exchanges of correspondence among P. Mosier, D. Maude and T. Woelhke regarding operational cash and management issues, including response as appropriate | JRB | .50 | 187.50 |
| 05/23/05 | Review recent filings; review procedures for properly enforcing mechanics liens | JLF | .70 | 98.00 |
| 05/23/05 | Confer with M. Werling re itemization; review procedures for property enforcing mechanics' liens | JLF | .50 | 70.00 |
| 05/23/05 | Analyze potential discovery timeframe and concerns for the potential preference complaints (.2); consider information necessary to determine mechanics' compliance with all statutory lien requirements (.3); legal research re rights of junior lienholder to attach its lien to proceeds if no dispute exists as to the lack of sale proceeds to pay the junior lienholder (1.3) | MFJ | 1.80 | 288.00 |
| 05/23/05 | Telephone conference with E&Y counsel re application issues, exchange e-mail with D. Maude re same (.3); review and assess findings re landfill liens (.2); review and assess revised, negotiated sale order (.3); continue extensive work on responses to sale objections, related legal research, and assessment of merits of same (4.0); review and participate in case-related e-mail (.1) | MAW | 4.90 | 1,176.00 |
| 05/23/05 | Extended telephone conference with T. Junk and E. Whelan regarding landfill issues and item objection | JRB | .50 | 187.50 |
| 05/23/05 | Work on Plant 2 APA issues | JRB | .30 | 112.50 |
| 05/23/05 | Preparation for potential contested hearing on sale and consideration of issues for presentation at hearing | JRB | .80 | 300.00 |
| 05/23/05 | Correspondence with M. Eidelman regarding budget and operational issues | JRB | .30 | 112.50 |
| 05/23/05 | Exchange correspondence with D. Maude regarding account use and banking issues post-closing (.4); consideration of | JRB | 1.10 | 412.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | option for completing Debtor's requirements post-sale and relative merits of conversion or liquidating plan (.7) | | | |
| 05/23/05 | Receive and review correspondence form R. Swanson regarding cancellation of 2004 exam and communication to D. Maude regarding same (.3); follow-up with US Trustee regarding sweep account issues (.3) | JRB | .60 | 225.00 |
| 05/23/05 | Receive, review and respond to correspondence from H. Efroymson regarding Committee fee issues | JRB | .30 | 112.50 |
| 05/23/05 | Analysis of issues relating to continued retention of E&Y for tax and accounting purposes and options for dealing with same | JRB | .30 | 112.50 |
| 05/24/05 | Prepare April proforma analysis | JLF | 6.00 | 840.00 |
| 05/24/05 | Consideration of cash budget issues and exchange of correspondence among Summit and D. Maude re same | JRB | .30 | 112.50 |
| 05/24/05 | Multiple exchanges correspondence with M. Eidelman re KERP and consideration of open issues regarding same | JRB | .60 | 225.00 |
| 05/24/05 | Additional exchange of correspondence with M. Eidelman re KERP issues, item issues and US Trustee response on sweep account | JRB | .40 | 150.00 |
| 05/24/05 | Consideration of various issues relating to sale and preparation for potential contested hearing to approve sale | JRB | 1.30 | 487.50 |
| 05/24/05 | Telephone call with D. Maude re tax returns and KERP issues | JRB | .30 | 112.50 |
| 05/24/05 | Telephone call with D. Maude re pension plan issues and cash accounts post-sale | JRB | .30 | 112.50 |
| 05/24/05 | Review and respond to correspondence from C. Heiny re corporate status | JRB | .20 | 75.00 |
| 05/24/05 | Extensive telephone conference with D. Maude re health plan termination, related issues and consideration of issues raised (1.5); office conference with paralegal re April itemized statement (.1); office conference with J. Harber to confirm Bank of America lien on CR 50 landfill, not CR 48 landfill (.1); review and assess case related e-mail (.2); review docket re recent case pleadings (.1); interoffice e-mail re status of KERP (.1); revise KERP (.1); office conferences re next steps in case (.1) | MAW | 2.30 | 552.00 |
| 05/24/05 | Consideration for means to satisfy administrative claims, in particular, trade creditor claims, in the context of a potential plan of liquidation and consideration of options for dealing with same | JRB | 1.50 | 562.50 |
| 05/24/05 | Analysis of Hartford Underwriters v. Union Planners decision | JRB | .40 | 150.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | with respect to potential 506(c) claims by administrative trade creditors | | | |
| 05/24/05 | Telephone call with T. Woehlke re status of sale and KERP issues | JRB | .30 | 112.50 |
| 05/24/05 | Legal research re the effect of cash-in-advance payments occurring within a preference period on amounts avoidable by a debtor-in--posession as addressed within the Seventh Circuit (1.7); examine current preference analyses and identify such payments (.4) | MFJ | 2.10 | 336.00 |
| 05/25/05 | Exchange correspondence with E. Triebold re sweep account and follow-up re implementation of same | JRB | .50 | 187.50 |
| 05/25/05 | Follow-up re sweep account issues | JRB | .20 | 75.00 |
| 05/25/05 | Consider new health plan notice letter and review e-mail re same (.3); follow-up UST re sweep account inquiry (.1); continue work on KERP (.1); follow-up with D. Maude re fork truck status (.1); continue attention to Union's application for allowance of administrative expense (.7), sale hearing objections (1.3); office conference re miscellaneous case status issues (.1); review and assess e-mail re sweep account issues with UST, HIPPA notice issues (.4); review APA comments, discuss same with Summit and update J. Burns re same (.4) | MAW | 3.30 | 792.00 |
| 05/25/05 | Analysis of latest cash flow budget and correspondence to M. Eidelman re same | JRB | .40 | 150.00 |
| 05/25/05 | Consideration of Summit suggestions with respect to APA language and consideration of appropriate response to same | JRB | .40 | 150.00 |
| 05/25/05 | Preparation for potential contested hearing to approve Asset Purchase Agreement | JRB | 1.30 | 487.50 |
| 05/25/05 | Review recent filings | JLF | .20 | 28.00 |
| 05/25/05 | Amend chart of mechanics' liens; confer with M. Juba re same; amend April proforma analysis; prepare itemized statement and supporting documents | JLF | 2.10 | 294.00 |
| 05/25/05 | Compare current lien claims to the statutory requirements for properly filing and enforcing a claim to verify each pending proof of claim is procedurally valid (1.3); legal research re Indiana Code 32-28-3-10's elements for voiding a claim and integrate same into the current mechanic's lien database (1.5) | MFJ | 2.80 | 448.00 |
| 05/25/05 | Telephone call with M. Eidelman re budget issues and KERP provisions (.2); follow-up re KERP and budget issues raised by M. Eidelman and consideration of options for dealing with | JRB | .50 | 187.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | same (.3) | | | |
| 05/26/05 | Telephone call with T. Woelhke re retention of records and potential future operations of foundry | JRB | .30 | 112.50 |
| 05/26/05 | Telephone conference with D. Maude re fork trucks, GM claim (.1); complete analysis of AFI lending claim and e-mail J. Burns re same (1.0); follow-up re KERP, assess timing of filing same (.2); continue work on LQ trust analysis re landfills (1.0) | MAW | 2.30 | 552.00 |
| 05/26/05 | Exchange correspondence with D. Maude re status of sale issues and operational and finance issues (.3); review budget issues and correspondence concerning potential error and potential line transposition in same (.3) | JRB | .60 | 225.00 |
| 05/26/05 | Further follow-up re KERP issues including correspondence to T. Woelhke re same | JRB | .30 | 112.50 |
| 05/26/05 | Extended telephone call with D. Maude re post-petition trade creditor request to obtain return of property and other operating issues with Summit | JRB | .40 | 150.00 |
| 05/26/05 | Consideration of issues raised on options for dealing with same (.3); telephone call with M. Eidelman re KERP issues; telephone call with D. Maude re KERP language and options for dealing with additional receivable payments (.3) | JRB | .60 | 225.00 |
| 05/26/05 | Memo regarding procedural status of preference claims and potential settlements of same (.1); work on incorporating statutory requirements for enforcing a lien into the current mechanic's lien database (.5) | MFJ | .60 | 96.00 |
| 05/26/05 | Correspondence with D. Maude re payment of debtor counsel fees pursuant to court order and Summit's agreement to use cash collateral for same | JRB | .20 | 75.00 |
| 05/27/05 | Review docket re new case filings (.1); review and assess preference-related e-mail (.3); work on completion of complaints for filing, analysis of support detail (.4); office conference re supplemental IRS response, execute powers of attorney and forward same to IRS (.2); continue analysis of liquidating trust options (1.0) | MAW | 1.00 | 240.00 |
| 05/27/05 | Review proposed easement declaration for landfill | JAB | .70 | 220.50 |
| 05/27/05 | Legal research re new ordinary course standard under the 2005 Bankruptcy Act and its date of applicability (.5); analyze current status of settlement negotiations with preference creditors and the status of draft complaints (.2); work on preference complaints in preparation for filing same (1.3) | MFJ | 2.00 | 320.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/27/05 | Telephone call with M. Eidelman re changes proposed by Summit to KERP language, computer lease rejection issues and insurance recovery issues (.2); consideration of issues raised and options for dealing with same (.3) | JRB | .50 | 187.50 |
| 05/27/05 | Consideration of budget issues and correspondence to T. Woehlke re same | JRB | .20 | 75.00 |
| 05/27/05 | Work on preference recovery issues and options for dealing with same (.3); research re applicability of newly passed changes to preference recovery provisions of Bankruptcy Code and lack of applicability to existing claims (.4) | JRB | .70 | 262.50 |
| 05/27/05 | Receive and review correspondence concerning budget agreement and related matters re status of operations and consideration of matters raised (.2); correspondence to M. Eidelman re finance issues, sale issues and KERP (.3); correspondence to D. Maude re finance issues and status of KERP (.2) continue to work on preference recovery issues and strategy (.3) | JRB | 1.00 | 375.00 |
| 05/29/05 | Prepare for sale hearings, review motion, revised order, and APA re same, prior sale hearing transcripts (.9); continue work on preference complaint finalization (.6) | MAW | 1.50 | 360.00 |
| 05/30/05 | Consideration of KERP issues and filing requirements (.3); correspondence with M. Eidelman re final approval for same (.1) | JRB | .40 | 150.00 |
| 05/31/05 | Telephone call with M. Eidelman re KERP and potential changes to draft (.2); work on revisions and transmitting same to M. Eidelman (.3) | JRB | .50 | 187.50 |
| 05/31/05 | Review recent filings | JLF | .30 | 42.00 |
| 05/31/05 | Review case related e-mail (.1); office conferences, attend to issues re leases, sale order, and KERP (.6) | MAW | .70 | 168.00 |
| 05/31/05 | Extended telephone call with D. Maude re continued availability of D. Webber, E&Y tax return issues, post-petition trade creditor payment issues and other sale related issues (.3); follow-up re issues raised and options for dealing with same (.5) | JRB | .80 | 300.00 |
| 05/31/05 | Consideration of potential resolution of IOSHA violations | JRB | .40 | 150.00 |
| 05/31/05 | Legal research re Seventh Circuit case law and the law of other circuits holding that a Chapter 11 administrative claimant must file a proof of claim before the Chapter 7 bar date, and concluding that a request for an allowance of administrative expenses is insufficient (.8); memo to M. | MFJ | .90 | 144.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Werling re same (.1) | | | |
| 05/31/05 | Receive proposed order from M. Eidelman and analysis of same | JRB | .60 | 225.00 |
| 05/31/05 | Review and consideration of proposed orders concerning sale of assets | JRB | .40 | 150.00 |
| 05/31/05 | Voicemail from/telephone call with J. Burns regarding IOSHA matters | GND | .30 | 94.50 |
| | Total Services.................................................................Hours | | 268.20 | 70,476.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/10/05 | Miscellaneous - - Payment for services in connection with defined benefit plans  Vendor: Mellon Consultants, LLC | 138.00 |
| | Total For  Miscellaneous | 138.00 |
| | | |
| 05/03/05 | Publication Fees - - Vendor: Fort Wayne Newspapers | 531.00 |
| | Total For  Publication Fees | 531.00 |
| | | |
| 05/17/05 | Computerized Research   Westlaw | 217.91 |
| 05/17/05 | Computerized Research   Westlaw | 278.93 |
| 05/31/05 | Computerized Research   Westlaw | 14.33 |
| 05/31/05 | Computerized Research   Westlaw | 201.96 |
| | Total For  Computerized Research | 713.13 |
| | | |
| 03/31/05 | Computerized Research   PACER | 380.74 |
| 03/31/05 | Computerized Research   PACER | 13.36 |
| | Total For  Computerized Research - Other | 394.10 |
| | | |
| 05/04/05 | Caller: Dale :  260 925-7978 | 0.80 |
| 05/04/05 | Caller: Burns :  260 925-7978 | 2.83 |
| 05/05/05 | Caller: Burns :  260 925-7978 | 1.58 |
| 05/05/05 | Caller: Burns :  260 925-7972 | 0.60 |
| 05/12/05 | Caller: Burns :  260 925-7978 | 1.29 |
| 05/12/05 | Caller: Burns :  312 609-7636 | 1.68 |
| 05/13/05 | Caller: Burns :  312 609-7636 | 2.89 |
| 05/13/05 | Caller: Burns :  317 713-3500 | 0.51 |

## BAKER & DANIELS

| | | |
|---|---|---:|
| 05/19/05 | Caller: Burns :  260 925-7978 | 0.94 |
| Total For | Long Distance Telephone | 13.12 |
| | | |
| 05/13/05 | Postage/Air/Express Delivery | 15.59 |
| 05/24/05 | Postage/Air/Express Delivery | 1,225.95 |
| Total For | Postage/Air/Express Delivery | 1,241.54 |
| | | |
| 05/12/05 | Tabs | 0.36 |
| 05/12/05 | Tabs | 1.44 |
| 05/12/05 | Tabs | 0.84 |
| 05/12/05 | Tabs | 3.00 |
| 05/12/05 | Tabs | 3.00 |
| Total For | Tabs | 8.64 |
| | | |
| | COPYING COSTS | 1,375.20 |

Total Disbursements............................................................................ $        4,414.73

Total Services And Disbursements...................................................$        74,891.23

## BAKER & DANIELS

As Of 06/17/2005

0080031   Auburn Foundry, Inc.

| Init | Name | Classification | Hours | Rate | Value |
|------|------|----------------|-------|------|-------|
| GND | G.N. Dale | Partner | 5.10 | 315.00 | 1,575.00 |
| JAB | J.A. Bomberger | Partner | 7.50 | 315.00 | 2,362.50 |
| JEH | J.E. Harber | Legal Assistant | 0.30 | 155.00 | 46.50 |
| JLF | J.L. Faulkner | Legal Assistant | 32.80 | 140.00 | 4,438.00 |
| JRB | J.R. Burns | Partner | 96.50 | 375.00 | 36,187.50 |
| MAW | M.A. Werling | Associate | 70.70 | 240.00 | 16,968.00 |
| MFJ | M.F. Juba | Associate | 54.10 | 160.00 | 8,656.00 |
| MJN | M.J. Nader | Partner | 0.30 | 320.00 | 96.00 |
| SKR | S.K. Reed | Associate | 0.70 | 210.00 | 147.00 |
| SLJ | S.L. Jackson | Partner | 0.20 | 435.00 | 0.00 |
| | | | 268.20 | | 70,476.50 |

Total Amount Of Statements To Date
    (Year-to-Date and Inception-to-Date Inclusive Of Current Invoice):

| | | YTD | | ITD |
|---|---|---|---|---|
| Fees........................................................... | $ | 517,563.00 | $ | 1,453,292.49 |
| Disbursements ...................................... | $ | 41,556.48 | $ | 106,842.95 |
| Total........................................................ | $ | 559,119.48 | $ | 1,560,135.44 |