Monthly Operating Report
For
Debtors in Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10
Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

Report for Month of:       March 2005

Each month, all Chapter 11 debtors must file two copies of this report with the Bankruptcy Clerk. The report must be filed with the attached reports identified below, ready for distribution to the U. S. Trustee no later than the 15th day of the month following the end of the calendar month by this report.

| Required Documents: | Attached | Previously Submitted |
|---|---|---|
| 1. Monthly Income Statement (P&L 1) | X | |
| 2. Monthly Cash Flow Report (CF1; 3 pages) | X | |
| 3. Statement of Operations (Oprept) | X | |
| 4. Other reports/documents as required by the U.S. Trustee | X | |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying reports is complete, true and correct to the best of my knowledge, information and belief.

By: _____    Dated: June 21, 2005

Chief Financial Officer_____ (Title) Debtor's phone number: 260-925-7978

Reports Prepared by _Dennis Maude_____ _CFO_____
                       (Name)                    (Title)

Monthly Operating Report
For
Debtors in Possession and Chapter 11 Trustees

**Office of the United States Trustee, Region 10**
Northern District of Indiana

Regarding: Auburn Foundry, Inc.
Case No. 04-10427

Case Filed: February 8, 2004

**Report for Month of:**      March 2005

1.      What efforts have been made toward the presentation of a plan to creditors?

The debtor continued discussions with the creditors committee and secured lenders in hopes of achieving a plan of emergence.

2.      Has the Debtor in possession made any payments on the pre – petition unsecured debt since the filing of the bankruptcy?

    _____     NO

  X        YES; If yes, identify to whom the payment was made, the date paid, and the amount(s).

As approved by the bankruptcy court in the First Day Orders the Debtor has paid payrolls and benefits including health care costs that were pre – petition unsecured debt.

3.      Provide a brief narrative covering significant events which occurred this past month.

The debtor filed a disclosure statement including a plan or reorganization with the court in February. The debtor continued to encounter operational performance issue. The debtor continued to analyze and prepare a plan of emergence that would be achievable. The debtor continued to work with the senior secured lenders and the junior DIP lenders in hopes of achieving a financial plan that was viable.

4.  List the face value of accounts receivable as of the date that the bankruptcy was filed: $ 12,002,701. What amount of these receivables is considered uncollectible?  Approximately $ 1,250,000.

5.  If assets have been sold this month in other than the ordinary course of business, provide the following information:

    asset(s) sold      N/A

    date of sale

    sales price

    net amount received

6.  List payments made to principals, executives, or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

See attached schedule

7.  Schedule of insurance coverage

See attached schedules

Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.

No

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.

The Company renewed all existing coverages. These policies as renewed are for a one year period.

8.  Schedule of changes in personnel.

See attached schedule.

Oprept Rev. September 3, 1992                          Page 2 of 2

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Income Statement
Month of March 2005
Note 1
( 000's )

|  | Current Month | Year To Date |
|---|---:|---:|
| Gross sales | $3,479 | $11,676 |
| less returns and allowances | (648) | (1,682) |
|  | 2,831 | 9,994 |
| Cost of sales: |  |  |
| Materials | 1,349 | 5,140 |
| Supplies | 219 | 956 |
| Purchased cores | 74 | 282 |
| Energy | 325 | 1,277 |
| Inventory (Increase) Decrease | (289) | (334) |
| Sub-contractors | 35 | 75 |
|  | 1,713 | 7,396 |
| Production labor including overtime | 693 | 2,072 |
| Contract labor | 16 | 72 |
| Trucking | 45 | 153 |
| Fringe benefits | 399 | 1,190 |
|  | 1,153 | 3,487 |
| Maintenance labor - salary and hourly including overtime | 178 | 615 |
| Fringe benefits | 102 | 349 |
| Pattern repairs | 1 | 15 |
| Repair parts | 83 | 522 |
| Contract labor - maintenance | 17 | 69 |
|  | 381 | 1,570 |
| Salary management including overtime | 34 | 91 |
| Fringe benefits | 20 | 53 |
|  | 54 | 144 |
| Depreciation | 309 | 861 |
| Other | 67 | 337 |
|  | 376 | 1,198 |
| Total cost of sales | 3,677 | 13,795 |
| Gross margin | (846) | (3,801) |
| General and administrative | 237 | 762 |
| Operating profit | (1,083) | (4,563) |
| Other: |  |  |
| Interest | 1 | 11 |
| Miscellaneous | 492 | 994 |
|  | 493 | 1,005 |
| Net Profit ( Loss) | ($1,576) | ($5,568) |

Note 1: Final adjustments for writeoff of net book value of assets located at plant 1 yet to be recorded.
These adjustments as well as other adjustments for estimated plant one shutdown are non-cash expenses
and will be recorded as post closing entries.

P&L1

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of March 2005
(000's)

| | | |
|---|---:|---:|
| Reconciled bank balance and cash on hand from last month ( if this is the first report, insert the cash balance as of the petition date) | | ($127) |
| **CASH RECEIPTS** | | |
| from cash sales/receipts | $0 | |
| from collection of accounts receivable | 3,831 | |
| from loans - revolver DIP | 102 | |
| from contributions to capital or from gifts | 0 | |
| other receipts (itemize on a separate sheet) | 62 | |
| **TOTAL RECEIPTS** | | 3,995 |
| **CASH DISBURSEMENTS** | | |
| inventory purchases | 1,204 | |
| net payments to officers/owners (1) | 26 | |
| net payments to other employees (1) | 610 | |
| rent payments | 2 | |
| lease payments | 12 | |
| mortgage payments | 0 | |
| adequate protection payments | 0 | |
| insurance payments | 302 | |
| utilities/telephone | 475 | |
| tax payments (2) | 349 | |
| travel/entertainment | 7 | |
| payments to attorneys (3) | 59 | |
| other payroll withheld amounts | 110 | |
| payments to accountants (3) | 0 | |
| payments to other professionals (3) | 0 | |
| reduction of revolving senior DIP | 0 | |
| U.S. Trustee Quarterly Fee | 0 | |
| other expenses | 709 | |
| **TOTAL DISBURSEMENTS** | | 3,865 |
| NET CASH FLOW ( Total Receipts less Total Disbursements | | 130 |
| Bank Balance and cash on hand at the end of the month | | $3 |

(1) This figure is the actual cash paid, i.e. gross payroll less taxes withheld
(2) This figure comes from page 2 of this form
(3) Attach a copy of the court order authorizing such payments
Deficit in cash position reflects checks issued for which DIP borrowings
  were not made until after month end

CF1                                                                Page 1 of 3

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Monthly Cash Flow Report
Month of March 2005

**STATUS OF TAXES**                                                                     47700.95

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| withholding | ($348.66) | $129,896.77 | $129,896.77 | ($348.66) |
| FICA - employer and employee | 402.85 | 135,655.42 | 135,655.42 | $402.85 |
| Medicare tax | (56.12) | 31,725.99 | 31,725.99 | (56.12) |
| unemployment | 24,314.77 | 1,335.00 | 0.00 | 25,649.77 |
| income | | | | 0.00 |
| other - list | | | | 0.00 |
| | | | | 0.00 |
| a. subtotal | 24,312.84 | 298,613.18 | 297,278.18 | 25,647.84 |
| **STATE & LOCAL** | | | | |
| withholding - Indiana | 33,800.49 | 33,514.81 | 33,800.49 | 33,514.81 |
| withholding - Michigan | 276.31 | 247.88 | 276.31 | 247.88 |
| withholding - Ohio | 2,468.98 | 2,431.77 | 2,468.98 | 2,431.77 |
| withholding - Indiana county | 13,651.64 | 13,504.58 | 13,651.64 | 13,504.58 |
| sales | 682.79 | 846.54 | 682.79 | 846.54 |
| excise | | | | 0.00 |
| unemployment | 130,442.32 | 8,460.25 | 0.00 | 138,902.57 |
| Ohio school tax | 458.65 | 501.26 | 458.65 | 501.26 |
| real and personal property | 2,409,718.09 | 32,748.00 | 0.00 | 2,442,466.09 |
| other - Michigan SBT | 603,750.00 | 25,000.00 | 0.00 | 628,750.00 |
| | | | | 0.00 |
| b. subtotal | 3,195,249.27 | 117,255.09 | 51,338.86 | 3,261,165.50 |

TOTAL TAXES PAID - from a. & b. above ( this sum is
to be listed on page 1, as tax payments)                                            $348,617.04

CF1                                                                         Page 2 of 3

**Monthly Operating Report**
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Aging Schedules for Receivables & Payables
Month of March 2005
Case Filed: February 8, 2004

**Accounts Receivable**

Most of the balances over 90 days reflects returns from or credits due to customers that have been reserved for on the financial records of the debtor but have not yet been processed and offset against the related receivable. The balances shown on this aging reflect only trade balances. This aging does not reflect receivables due from other entities.

|  | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Pre - petition | $0.00 | $0.00 | $0.00 | $431,686.15 | $431,686.15 |
| Post - petition | 3,331,348.87 | 3,383,109.21 | 813,768.64 | 619,084.07 | 8,147,310.79 |
| Totals | $3,331,348.87 | $3,383,109.21 | $813,768.64 | $1,050,770.22 | $8,578,996.94 |

**Accounts Payable**

|  | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |
|---|---|---|---|---|---|
| Post - petition only | $550,668.20 | $0.00 | $0.00 | $0.00 | $550,668.20 |
| Notes or Leases Payable or adequate protection agreements ( Post Petition only) | Current 0-30 days | Past Due 31-60 days | Past Due 61-90 days | Past Due 91 and over days | Total |

List Creditor/Lessor

**Post Petition Bank**

| | Bank Name | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|---|
| operating | Bank of America | 3751512941 | ($131,233.45) | ($2,828.52) |
| | Bank of America | 3752198746 | $0.00 | $0.00 |
| payroll | Bank of America | 3299985186 | $0.00 | $0.00 |
| | Bank of America | 3752198759 | $0.00 | $0.00 |
| Lock Box | Bank of America | 3751507697 | $0.00 | $0.00 |
| others | National City | 1000643 | $19,110.82 | $5,370.81 |
| Health Account | Bank of Amreica | 3752188387 | $0.00 | $0.00 |

CF1                                                                                              Page 3 of 3

Monthly Operating Report
for
Debtors - in - Possession and Chapter 11 Trustees

Office of the United States Trustee, Region 10 - Northern District of Indiana
Regarding: Auburn Foundry, Inc.    Case No. 04-10427

Schedule in Support of Oprept REV Page 2
Month of March 2005
Case Filed: February 8, 2004

Item 6. - Schedule of payments to principals, executives or insiders

|   | Name | Position | Amount | Salary | Expense Reimbursement | Other |
|---|------|----------|--------|--------|----------------------|-------|
| a | David Hunter | Board Member | $0.00 | $0.00 | $0.00 | |
| b | Michael Polich | VP Marketing | $5,128.20 | $5,128.20 | $0.00 | |
| c | David Weber | VP Technology | $13,538.46 | $13,538.46 | $0.00 | |
| d | Tim Borden | Board Member | $0.00 | $0.00 | $0.00 | |
| e | David Fink | Board Member | $0.00 | $0.00 | $0.00 | |
| f | Thomas Woehlke | President | $15,920.19 | $15,384.62 | $535.57 | |
| g | Jerry Sprouse | Ass't Secretary | $0.00 | $0.00 | $0.00 | |
| h | Dennis Maude | CFO | $11,192.37 | $10,769.24 | $423.13 | |
|   |               |     | $44,820.52 | | | |

Item 7. - Schedule of Insurance

| Type of Coverage | Expiration Date | |
|------------------|-----------------|---|
| Property & Business Income | 4/1/2004 | Renewed as of 4/1/05 through 3/31/06 |
| Boiler & Machinery | 4/1/2004 | Renewed as of 4/1/05 through 3/31/06 |
| Commerical Liability | 4/1/2004 | Renewed as of 4/1/05 through 3/31/06 |
| Business Auto | 4/1/2004 | Renewed as of 4/1/05 through 3/31/06 |
| Commerical Umbrella | 4/1/2004 | Renewed as of 4/1/05 through 3/31/06 |
| Excess Umbrella | 4/1/2004 | Renewed as of 4/1/05 through 3/31/06 |
| Foreign Liability | 4/1/2004 | Renewed as of 4/1/05 through 3/31/06 |
| Excess Workers' Compensation | 8/31/2005 | Renewed as of 4/1/05 through 3/31/06 |
| Executive Protection | 12/31/2004 | Renewed as of 12/31/04 through 12/31/05 |

Item 8. - Schedule of changes in personnel

|   |   | Full Time | Part Time |
|---|---|-----------|-----------|
| a | Total number of employees at beginning of period | 296 | 0 |
| b | Number hired during this period | 0 | 0 |
| c | Number terminated or resigned | 15 | 0 |
| d | Total number of employees on payroll at the end of this period | 281 | 0 |

**Debtors - in - Possession and Chapter 11 Trustees**

**Office of the United States Trustee, Region 10 - Northern District of Indiana**
**Regarding: Auburn Foundry, Inc.    Case No. 04-10427**
**Month of March 2005**

**Analysis of Items Reported on Monthly Cash Flow as Other Expenses**

| Administrative | | Production - other | |
|---|---|---|---|
| Bank fees | 6 | Fabrication | 2 |
| Computer | 0 | Maintenance & repair | 40 |
| Employee related | 0 | New fence | 0 |
| Outside labor | 5 | New furnace coil | 0 |
| Maintenance | 1 | Material handling | 0 |
| Move | 0 | Other | 0 |
| Offices supplies | 2 | Outside labor | 8 |
| Outsourcing of company nurse | 0 | Patterns | 7 |
| Postage | 0 | Quality | `89 |
| Professionals | 0 | Safety | 24 |
| Employee schooling | 0 | Scales | 2 |
| Facility security | 26 | Shipping | 48 |
| Office cleaning | 5 | Supplies | 8 |
| Payroll processing | 2 | Tools | 0 |
| | 47 | Transportation - internal | 8 |
| | | Trim dies | 0 |
| **Production Materials** | | Uniforms | 3 |
| Cores | 143 | Waste disposal | 35 |
| Material - chemicals | 67 | Water treatment | 0 |
| Heat Treating | 32 | Refractory | 31 |
| Painting | 18 | | 305 |
| Shot | 29 | | |
| Freight - inbound/outbound | 47 | | |
| | 336 | | |
| | | **Miscellaneous** | 9 |
| **Environmental** | | | |
| Testing | 0 | | |
| Hauling of materials | 12 | **Total** | 709 |
| IDEM | 0 | | |
| | 12 | | |