IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On or about June 28, 2005, Auburn Foundry, Inc. filed an Agreed Motion to Approve Settlement with Motion Industries Inc. ("Motion") with the Court. The Agreed Motion seeks to approve its settlement with Motion pursuant to Bankruptcy Rule 9019. A copy of the Agreed Motion is attached hereto.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Agreed Motion, then **within 20 days from the date of this Notice**, you or your attorney must:

1.  File a written objection to the Agreed Motion, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

2.  You must also mail a copy of your objection to:

> John R Burns III
> Baker & Daniels
> 111 E. Wayne Street, #800
> Fort Wayne, IN 46802

BDDB01 4107955v1

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Agreed Motion for hearing, which you or your attorney will be expected to attend.

Date:  June 28, 2005

                BAKER & DANIELS

                By:  /s/ John R Burns III
                     John R Burns III (#3016-02)
                     Mark A. Werling (#20426-02)
                     111 East Wayne Street, Suite 800
                     Fort Wayne, Indiana 46802
                     Telephone:  (260) 424-8000
                     Facsimile:  (260) 460-1700

                ATTORNEYS FOR THE DEBTOR,
                AUBURN FOUNDRY, INC.