IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**AGREED MOTION TO APPROVE**
**SETTLEMENT WITH MOTION INDUSTRIES INC.**

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), respectfully submits, with the consent of Motion Industries Inc. ("Motion"), this Agreed Motion to Approve Settlement with Motion (the "Agreed Motion") and in support thereof states as follows:

1. AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004 and, since that date, has continued in possession of its property and management of its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The Debtor and Motion are parties to a business relationship whereby Motion sold goods to AFI for a period of time.

3. AFI demanded payment of $71,146.63 from Motion, seeking to avoid and recover certain allegedly preferential transfers made to Motion within ninety (90) days of the petition date.

4. The Debtor and Motion seek to enter into a post-petition settlement agreement mutually agreeable to AFI and Motion.

5. AFI and Motion have agreed to compromise and settle Motion's alleged obligations pursuant to the agreement (the "Agreement") attached hereto as Exhibit A. The

BDDB01 4102486v1

Agreement provides, in pertinent part, that (1) Motion shall pay to AFI the sum of $49,000 as consideration for the full and complete release contained in the Agreement; and (2) both parties will waive any potential, existing, or remaining claims against each other as they relate to the Agreement as set forth more fully in the Agreement, subject to the terms and conditions therein.

6. AFI believes that the proposed settlement is in the best interest of the bankruptcy estate, as it avoids the costs and uncertainties of further litigation.

7. The Agreement is conditioned upon this Court's approval of this Agreed Motion. Notwithstanding any provision of the Agreement to the contrary, the Agreement shall be effective on the date of entry of the Order approving the Agreement.

WHEREFORE, Debtor, by counsel, with the consent of Motion, pursuant to Bankruptcy Rule 9019, respectfully requests that the Court approve its settlement with Motion as described more fully herein.

Date: June 28, 2005               BAKER & DANIELS

                                  By: /s/ John R Burns III
                                      John R Burns III (#3016-02)
                                      Mark A. Werling (#20426-02)
                                      111 East Wayne Street, Suite 800
                                      Fort Wayne, Indiana 46802
                                      Telephone: (260) 424-8000
                                      Facsimile: (260) 460-1700

                                      ATTORNEYS FOR THE DEBTOR,
                                      AUBURN FOUNDRY, INC.