AUBURN FOUNDRY
COMBINED SUMMARY

| Task #'s | Categories | March | April | May | Totals |
|---|---|---|---|---|---|
| 1 | General Administration | 135.6 | 112.8 | 92.9 | 341.3 |
| 2 | Financing, Cash Use, and DIP | 62.7 | 15.4 | 11.9 | 90 |
| 3 | Labor and Employment | 44.4 | 86.8 | 88.2 | 219.4 |
| 4 | Environmental | 3.5 | 32.3 | 10.6 | 46.4 |
| 5 | Plan and Disclosure Statement/Asset Sale | 125.4 | 134.4 | 121.7 | 381.5 |
| 6 | Customer and Vendor Issues | 0 | 0 | 0.4 | 0.4 |
| 7 | Preference Recoveries | 23 | 21.9 | 10.6 | 55.5 |
| | Total Hours | 394.6 | 403.6 | 336.3 | 1134.5 |
| | Total Fees | $ 108,844.50 | $ 111,752.50 | $ 90,299.00 | $ 310,896.00 |
| | 80% of Fees | $ 87,075.60 | $ 89,402.00 | $ 72,239.20 | $ 248,716.80 |
| | 20% of Fees | $ 21,768.90 | $ 22,350.50 | $ 18,059.80 | $ 62,179.20 |
| | Expenses | $ 5,133.77 | $ 8,922.88 | $ 4,563.91 | $ 18,620.56 |

**EXHIBIT C**