IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## **ORDER**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Interim Application for Allowance and Payment of Attorneys' Fees of Baker & Daniels, Counsel for Debtor, Auburn Foundry, Inc. ("Application"), and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Application, it appearing to the Court that the Application is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Application is GRANTED.

_____
Judge, United States Bankruptcy Court

BDDB01 4118029v1