NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            )
                             )
AUBURN FOUNDRY, INC.,        )            Chapter 11
                             )
    Debtor.                  )            BK Case No. 04-10427

**NOTICE OF APPLICATION FOR ALLOWANCE OF
ATTORNEYS' FEES AND OPPORTUNITY TO OBJECT**

        On July 11, 2005, Baker & Daniels ("B&D"), attorneys for the Debtor, filed its Interim Application for Allowance of Attorney's Fees, requesting the allowance and payment of professional fees and reimbursement of expenses, to the extent not already paid on a provisional basis, for the period through May 31, 2005, in accordance with §§ 327, 330, and 331 of the Bankruptcy Code. If granted, the Application would permit the allowance and payment of the fees and expenses set forth therein.

        Based upon the amount of time involved and the nature of the services rendered through May 31, 2005, the Applicant seeks allowance of the sum of Three Hundred Ten Thousand, Eight Hundred Ninety Six Dollars ($310,896.00) in Attorney's Fees, plus Eighteen Thousand, Six Hundred Twenty and 20/100 Dollars ($18,620.20) in expenses.

        In representing the Debtor, B&D has filed with the Court its monthly itemized statements, and, including retainers, has been paid Two Hundred Forty Eight Thousand, Seven Hundred Sixteen and 80/100 Dollars ($248,716.80) in attorney's fees and costs.

        B&D seeks payment of the unpaid balance of Sixty Two Thousand, One Hundred Seventy Nine and 20/100 Dollars ($62,179.20), which has not been heretofore paid pursuant to the Order authorizing Provisional Payment of Fees. A copy of the Application is attached hereto. If granted, the Application would authorize the allowance of such fees and expenses. **Payment of such fees will be made pursuant to a carve-out by the Senior Lenders from funds subject to their security interest to the extent of available funds from that source, and, thus, payment will not diminish funds available to the Debtor that are not subject to Senior Lender liens. To the extent such carve-out funds are insufficient to pay in full the allowed fees, Debtor will not pay the allowed fees without first filing a separate Motion to Disburse Funds and obtaining specific Court approval for the payment of such allowed fees.**

        If you do not want the court to grant the Application, then on or before August 1, 2005, you or your attorney must:

        1)    File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

BDDB01 4104451v1

      1300 South Harrison Street
      Room 1188
      P.O. Box 2547
      Fort Wayne, IN  46802-2547

If you mail your objection, you must mail it early enough that it will be received by the date it is due.

    2)    You must also mail a copy of your objection to:

      John R Burns
      Baker & Daniels
      111 East Wayne Street, Ste 800
      Fort Wayne, IN  46802

    If you do not file an objection by the due date, the court may grant the relief requested without holding a hearing.

    If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.


Date:  July 11, 2005                  By:  /s/John R Burns, III
                                             John R Burns, III (#3016-02)
                                             Mark A. Werling (#20426-02)
                                             111 East Wayne Street, Suite 800
                                             Fort Wayne, Indiana 46802
                                             john.burns@bakerd.com
                                             mark.werling@baker.com
                                             Telephone:  (260) 424-8000
                                             Facsimile:  (260) 460-1700

                                             ATTORNEYS FOR THE DEBTOR,
                                             AUBURN FOUNDRY, INC.

BDDB01 4104451v1