UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**<u>INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS'
FEES OF BAKER & DANIELS, COUNSEL FOR DEBTOR AUBURN FOUNDRY</u>**

The application of Baker & Daniels ("B&D") by John R Burns, counsel for Auburn Foundry, Inc., Debtor, for allowance and payment of professional fees and reimbursement of expenses respectfully represents:

Applicant makes this Interim Application for Allowance and Payment of Attorneys Fees (hereinafter "Application") pursuant to §§ 327, 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedures, for professional services rendered and for reimbursement of expenses reasonably and necessarily incurred by Applicant firm in the representation of the Debtor.

A voluntary petition for relief under Chapter 11 of the Bankruptcy Code was filed on February 8, 2004 (the "Petition Date") by Auburn Foundry (the "Debtor"). An Application to Employ and Retain Baker & Daniels as Counsel for Debtor-In-Possession and Approving Security Retainer was filed on February 9, 2004, which application was granted by this Court by an Order authorizing the employment of B&D dated March 17, 2004. A copy of this Order is attached as Exhibit "A."

Debtor filed an Application to Approve Monthly Provisional Payments to Counsel on February 20, 2004, which application was granted on April 22, 2004. By terms of that

application, B&D is authorized to file as early as the 10th day of each month an Itemized Statement ("Statement") of attorneys' fees and expenses incurred during the prior calendar month.  Debtor is authorized to pay B&D 80 percent of the fees and 100 percent of the expenses incurred on its behalf, except as to such amounts that may have been specifically objected to within 10 days of the filing of the statement.  A copy of the Application and Order is attached as Exhibit B.

This Application requests allowance of compensation for actual, necessary professional services within the meaning of §330 of the Code, for the periods encompassed by the Itemized Statements filed herein through and including May 31, 2005.  During this period, Applicant firm expended a total of 1,134.5 hours of professional services on behalf of Debtor.  This time was expended by attorneys and paralegals as set forth in the statement attached as Exhibit C, which is attached hereto, is incorporated by reference, and is made a part hereof.  The rates of compensation vary by the attorney or paraprofessional providing the service, which information is set out in greater detail on the Counsel List attached hereto as Exhibit D.  Project summaries and categories have been used to categorize the services provided by B&D.

The services rendered by B&D are itemized and categorized for ease of review in general, the services include preparation for filing, preparing and analyzing financial information, counseling the Debtor concerning the bankruptcy process and its obligations, review of loan documents, leases and contracts, negotiation with lenders, venders and customers, preparation for and attendance at several hearings and conferences, representation of the Debtor in negotiations and later litigation to obtain necessary cash use orders, and consideration of business operation issues, development and drafting of the Disclosure Statement and Plan, and negotiations with counsel for the Creditors' Committee, Senior Lenders and other entities.

Itemized Statements have been filed on May 9, 2005, May 27, 2005 and June 21, 2005. No objections to any specific amounts have been entered thereto. The Debtor has paid B&D a total of $248,716.80 in post-petition fees and $18,620.20 in actual, necessary post-petition expenses within the meaning of § 330 of the Code. The remaining 20 percent of fees totals $62,179.20. The Debtor's Senior Lenders have agreed to a "carve-out" from their collateral of certain amounts to pay fees upon entry of an order approving such fees. **To the extent such carve-out funds are insufficient to pay in full the allowed fees, Debtor will not pay the allowed fees without first filing a separate Motion to Disclose Funds and obtaining specific Court approval for the payment of such allowed fees**. Consequently, approval of this application and payment in the manner described herein will not diminish the amount of any funds available to the Debtor that are not subject to a lien in favor of the Senior Lenders.

No compensation previously received by B&D has been shared between the Applicant and any other entity, and no agreement or understanding exists with respect thereto within the meaning of Rule 2016 of the Federal Rules of Bankruptcy Procedure, for compensation received or to be received for services rendered in or in connection with the case.

WHEREFORE, B&D prays that this Court approve its attorneys' fees in the amount of $248,716.80, which represents the full amount of attorneys' fees since the Petition Date, plus expenses in the amount of $18,620.20 for services rendered through May 31, 2005, and authorize payment of the unpaid balance of $62,179.20 in fees which has not been heretofore paid pursuant to the Court's prior order authorizing provisional payment of fees.

BAKER & DANIELS

<u>/s/John R Burns</u>
John R Burns (#3016-02)
Mark A. Werling (#20426-02)
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
john.burns@bakerd.com
mark.werling@baker.com
Telephone: (260) 424-8000
Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.