AUBURN FOUNDRY
Combined Counsel List -- Hours per Month

| NAME | TITLE | HOURLY RATE | NUMBER HOURS March'05 | April'05 | May'05 | TOTAL HOURS | TOTAL $'S |
|---|---|---|---|---|---|---|---|
| Beckwith, L. D. | Partner | $345.00 | | 0.2 | | 0.2 | $69.00 |
| Bomberger, J. A. | Partner | $315.00 | | 5.9 | 8.6 | 14.5 | $4,567.50 |
| Burns, J. R. | Partner | $375.00 | 144.2 | 144.5 | 96.5 | 385.2 | $144,450.00 |
| Claffey, S. A. | Partner | $410.00 | 8.5 | 0.2 | | 8.7 | $3,567.00 |
| Dale, G. N. | Partner | $315.00 | 4.2 | 5.4 | 5.0 | 14.6 | $4,599.00 |
| Haffner, T.J. | Partner | $330.00 | 3.3 | | | 3.3 | $1,089.00 |
| Hollis, III, E.E. | Partner | $260.00 | | 2.8 | 0.6 | 3.4 | $884.00 |
| Nadar, M.J. | Partner | $320.00 | 1.2 | | 0.3 | 1.5 | $480.00 |
| Powers, D. D. | Partner | $285.00 | 22.7 | 41.8 | 67.2 | 131.7 | $37,534.50 |
| Powers, D. D. | Partner | $155.00 | 1.5 | | | 1.5 | $232.50 |
| Purcell, J. W. | Partner | $410.00 | | 3.0 | | 3.0 | $1,230.00 |
| Skolnik, G.L. | Partner | $360.00 | 0.4 | | | 0.4 | $144.00 |
| McGrath, M. F. | Of Counsel | $325.00 | 3.2 | 3.0 | | 6.2 | $2,015.00 |
| Hinshaw, D.L. | Of Counsel | $280.00 | | | 0.6 | 0.6 | $168.00 |
| Burns, M. S. | Associate | $200.00 | 6.1 | 1.0 | | 7.1 | $1,420.00 |
| Durm, D.P. | Associate | $250.00 | | 0.3 | | 0.3 | $75.00 |
| Hurley, R.M. | Associate | $170.00 | | 2.9 | | 2.9 | $493.00 |
| Juba, M.F. | Associate | $160.00 | 58.3 | 43.0 | 54.1 | 155.4 | $24,864.00 |
| Lemert, M. M. | Associate | $235.00 | 5.1 | | | 5.1 | $1,198.50 |
| Lenahan, D. M. | Associate | $205.00 | | 2.1 | | 2.1 | $430.50 |
| Reed, S.K. | Associate | $210.00 | | | 0.7 | 0.7 | $147.00 |
| Werling, M. A. | Associate | $240.00 | 98.3 | 101.3 | 70.7 | 270.3 | $64,872.00 |
| Faulkner, J.L. | Paralegal | $140.00 | 37.6 | 36.2 | 31.7 | 105.5 | $14,770.00 |
| Harber, J.E. | Paralegal | $155.00 | | 10.0 | 0.3 | 10.3 | $1,596.50 |
| | | | 394.6 | 403.6 | 336.3 | 1,134.5 | $310,896.00 |

**EXHIBIT D**

AUBURN FOUNDRY
Combined Counsel List - Hours by Category

| NAME | TITLE | HOURLY RATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Beckwith, L. D. | Partner | $345.00 | | | | 0.2 | | | | 0.2 | $69.00 |
| Bomberger, J.A. | Partner | $315.00 | | | | 14.5 | | | | 14.5 | $4,567.50 |
| Burns, J. R. | Partner | $375.00 | 84.2 | 50.0 | 24.0 | 9.8 | 213.1 | 0.4 | 3.7 | 385.2 | $144,450.00 |
| Claffey, S. A. | Partner | $410.00 | 5.0 | | | | 3.7 | | | 8.7 | $3,567.00 |
| Dale, G. N. | Partner | $315.00 | | | 14.6 | | | | | 14.6 | $4,599.00 |
| Haffner, T.J. | Partner | $330.00 | | | 3.3 | | | | | 3.3 | $1,089.00 |
| Hollis, III, E.E. | Partner | $260.00 | | | 3.4 | | | | | 3.4 | $884.00 |
| Nader, M.J. | Partner | $320.00 | | | 1.5 | | | | | 1.5 | $480.00 |
| Powers, D. D. | Partner | $285.00 | 7.3 | | 122.0 | | 2.4 | | | 131.7 | $37,534.50 |
| Powers, D. D. | Partner | $155.00 | | | | | 1.5 | | | 1.5 | $232.50 |
| Purcell, J. W. | Partner | $410.00 | | | 3.0 | | | | | 3.0 | $1,230.00 |
| Skolnik, G.L. | Partner | $360.00 | | | 0.4 | | | | | 0.4 | $144.00 |
| McGrath, M. F. | Of Counsel | $325.00 | | | | 6.2 | | | | 6.2 | $2,015.00 |
| Hinshaw, D. L. | Of Counsel | $280.00 | | | 0.6 | | | | | 0.6 | $168.00 |
| Burns, M. S. | Associate | $200.00 | | | 7.1 | | | | | 7.1 | $1,420.00 |
| Durm, D.P. | Associate | $250.00 | 0.3 | | | | | | | 0.3 | $75.00 |
| Hurley, R.M. | Associate | $170.00 | | | | 2.9 | | | | 2.9 | $493.00 |
| Juba, M.F. | Associate | $160.00 | 69.3 | 7.5 | 6.1 | | 49.3 | | 23.2 | 155.4 | $24,864.00 |
| Lemmert, M. M. | Associate | $235.00 | | | 5.1 | | | | | 5.1 | $1,198.50 |
| Lenahan, D.M. | Associate | $205.00 | | | | 2.1 | | | | 2.1 | $430.50 |
| Reed, S.K. | Associate | $210.00 | | | 0.7 | | | | | 0.7 | $147.00 |
| Werling, M. A. | Associate | $240.00 | 85.0 | 29.2 | 30.9 | 11.8 | 111.5 | | 1.9 | 270.3 | $64,872.00 |
| Faulkner, J.L. | Paralegal | $140.00 | 78.8 | | | | | | 26.7 | 105.5 | $14,770.00 |
| Harber, J.E. | Paralegal | $155.00 | 10.3 | | | | | | | 10.3 | $1,596.50 |
| | | | 340.2 | 86.7 | 222.7 | 47.5 | 381.5 | 0.4 | | 1134.5 | $310,896.00 |