IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

------------------------------------------------------------
IN THE MATTER OF:                              )
                                               )    Chapter 11
AUBURN FOUNDRY, INC.,                          )
                                               )    BK Case No. 04-10427-reg
                       Debtor.                 )
------------------------------------------------------------

**APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES OF
ROTHBERG LOGAN & WARSCO LLP, CONFLICTS COUNSEL FOR THE DEBTOR**

The application of Rothberg Logan & Warsco LLP, ("RLW"), a limited liability partnership, by Mark A. Warsco, respectfully represents:

1. RLW provides the following narrative summary in conjunction with the Guideline provided by the United States Trustee:

a) Background. A voluntary petition for relief under Chapter 11 of the Bankruptcy Code was filed on February 8, 2004 (the "Petition Date") by Auburn Foundry, Inc. (the "Debtor"). An Application to Employ and Rothberg Logan & Warsco LLP as Conflicts Counsel for the Debtor to pursue certain avoidance actions was filed on November 11, 2004, which application was granted by this Court by an Order authorizing the employment of RLW on December 8, 2004. RLW was to be compensated pursuant to the following hourly rates, which hourly rates are consistent with the rates charged non-bankruptcy clients for similar services:

i) Two Hundred Sixty-Five and no/100 Dollars ($265.00) per hour for the services of Mark A. Warsco, which rate has increased Ten and no/100 Dollars ($10.00) over the course of this case;

    ii)  One Hundred Thirty and no/100 Dollars ($130.00) per hour for the services of Dustin L. Plummer;

    iii)  One Hundred Twenty and no/100 Dollars ($120.00) per hour for the services of Beth A. Shanebrook, which rate has increased Five and no/100 Dollars ($5.00) over the course of this case;

    iv)  Twenty cents ($0.20) per page for photocopies;

    v)  Two and 00/100 Dollars ($2.00) for faxes;

    vi)  Actual and necessary expenses for postage and mileage.

  2.  In representing the Debtor, RLW has rendered the usual and ordinary services in representing the Debtor with respect to those avoidance actions, including, but not limited to, reviewing the underlying documents provided by the Debtor and lead counsel, counseling of the Debtor with respect to the certain avoidance actions, telephone conferences with various defense counsel, attendance at various meetings, preparation of Complaints and motions related to the avoidance actions:  Detailed time entries relating thereto are attached as Exhibit "A", attached hereto and incorporated by reference and made a part hereof.  Based upon the amount of time involved and the nature of the services rendered from March 22, 2004 through June 29, 2005, RLW is seeking the sum of Seven Thousand Two Hundred Thirty-Two and 50/100 Dollars ($7,232.50) in fees, plus cost advances in the amount of Four Hundred Thirteen and 56/100 Dollars ($413.56).

  3.  <u>Case Status</u>.  The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004.  Debtor continues to operate its business as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.  Conflicts Counsel has filed avoidance action against Citizens Gas & Coke Utility and Empire Refractory Sales, Inc.

WHEREFORE, RLW prays that this Court approve its attorneys' fees in the amount of Seven Thousand Two Hundred Thirty-Two and 50/100 Dollars ($7,232.50) plus cost advances in the amount of Four Hundred Thirteen and 56/100 Dollars ($413.56) for services rendered from March 22, 2004 through June 29, 2005, and authorize payment of the unpaid balance of Seven Thousand Six Hundred Forty-Six and 06/100 Dollars ($7,646.06) which has not been paid.

Respectfully Submitted,

**ROTHBERG LOGAN & WARSCO LLP**

/s/ Mark A. Warsco
Mark A. Warsco (1626-02)
2100 National City Center
110 West Berry Street
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 422-9454
Facsimile:  (260) 422-1622
Conflicts Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 12th day of July, 2005:

| | |
|---|---|
| John R. Burns (JF) <br> jacklyn.faulkner@bakerd.com | John R. Burns (SR) <br> skrhoads@bakerd.com |
| Mark A. Werling (TW) <br> tlwiley@bakerd.com | Ellen L. Triebold <br> Ellen.L.Triebold@usdoj.gov |
| Henry A. Efroymson <br> Henry.efroymson@icemiller.com | Josef S. Athanas <br> Latham & Watkins <br> Sears Tower, Suite 5800 <br> 233 South Wacker Drive <br> Chicago, IL  60606 |

3

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Stephen E. Lewis
Haller & Colvin, P.C.
slewis@hallercolvin.com

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802

W. Erik Weber
Mefford and Weber, P.C.
Erik@lawmw.com

Patrick L. Proctor
Eilbacher Fletcher LLP
803 South Calhoun Street, Ste. 400
Fort Wayne, IN 46802

Jerald I. Ancel
Sommer & Barnard, PC
111Monument Square, Suite 4000
Indianapolis, IN 46204-5198

Grant F. Shipley
Shipley & Associates
gfs@gshipley.com

Richard J. Swanson
Macey Swanson and Allman
rswanson@maceylaw.com

Stephen L. Fink
Barnes & Thornburg
sfink@btlaw.com

Gary D. Boyn
gboyn@warrickandboyn.com

Brad Rogers
rogers.brad@pbgc.gov

Robert E. Kabisch
Hunt Suedhoff Kalamaros, LLP
803 S. Calhoun Street, 9th Floor
Fort Wayne, IN 46858-1489

                                        /s/ Mark A. Warsco
                                        Mark A. Warsco