# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
03/31/2004

AUBURN FOUNDRY
635-639 WEST ELEVENTH STREET
AUBURN IN 46706

**ACCOUNT NO:** 6396N-00001H
**INVOICE NO.** 38912

CONFLICTS COUNSEL FOR BAKER & DANIELS

### FEES

| Date | TK | Description | RATE | HOURS | |
|---|---|---|---|---|---|
| 03/22/2004 | | | | | |
| | MAW | CONFERENCE WITH PARALEGAL RE: CONFLICTS SEARCH AND PREPARING AFFIDAVIT RE: EMPLOYED AS SPECIAL COUNSEL. | 265.00 | 0.30 | 79.50 |
| | BAS | CONFERENCE WITH MARK WARSCO RE: PROPOSED APPLICATION TO EMPLOY. | 120.00 | 0.20 | 24.00 |
| 03/23/2004 | | | | | |
| | BAS | REVIEW DOCKET; PREPARE APPLICATION TO EMPLOY. | 120.00 | 0.50 | 60.00 |
| 03/24/2004 | | | | | |
| | MAW | REVIEW AND REVISE APPLICATION TO EMPLOY AND AFFIDAVIT. | 265.00 | 0.30 | 79.50 |
| | BAS | PREPARE APPLICATION TO EMPLOY, AFFIDAVIT AND ORDER. | 120.00 | 2.50 | 300.00 |
| | | TOTAL FEES THIS INVOICE | | 3.80 | 543.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| SHANEBROOK, BETH A. | 3.20 | $120.00 | $384.00 |
| WARSCO, MARK A. | 0.60 | 265.00 | 159.00 |

**TOTAL CURRENT INVOICE**                                                   543.00

**TOTAL BALANCE DUE THIS INVOICE**                                          $543.00

0016

ACCOUNTS ARE DUE UPON RECEIPT

# EXHIBIT A

# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
06/30/2005

AUBURN FOUNDRY
635-639 WEST ELEVENTH STREET
AUBURN IN 46706

**ACCOUNT NO:** 6396N-00001H
**INVOICE NO.** 49725

CONFLICTS COUNSEL FOR BAKER & DANIELS

PREVIOUS BALANCE ............................................................. $543.00

### FEES

| Date | Atty | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|
| 08/30/2004 | MAW | REVIEW FAX FROM BURNS RE: CONFLICT ENTITIES; REVIEW INTERNAL CONFLICTS CHECK. | 265.00 | 0.30 | 79.50 |
| 09/02/2004 | MAW | CONFERENCE WITH JOHN BURNS AND MARK WERLING RE: CONFLICT MATTER. | 265.00 | 1.00 | 265.00 |
| | MAW | REVIEW OUR FILE RE: CONFLICTS SEARCH. | 265.00 | 0.50 | 132.50 |
| 01/10/2005 | MAW | REVIEW MATERIAL FROM JOHN BULMAN'S OFFICE. | 275.00 | 0.50 | 137.50 |
| | MAW | TELEPHONE CONFERENCE WITH DENIS MAUDE. | 275.00 | 0.20 | 55.00 |
| | MAW | PREPARE LETTER TO CITIZENS GAS AND COKE AND EMPIRE REFRIGERATION RE: PREFERENCE. | 275.00 | 1.00 | 275.00 |
| 01/25/2005 | MAW | TELEPHONE CONFERENCE WITH AARON JOHNSON RE: HIS LOOKING FOR LOCAL COUNSEL, THEN WILL RESPOND. | 275.00 | 0.20 | 55.00 |
| 02/01/2005 | MAW | TELEPHONE CONFERENCE WITH HOWARD SANDLER RE: CITIZENS GAS. | 275.00 | 0.30 | 82.50 |
| 02/07/2005 | MAW | REVIEW LETTER FROM BOB KABISCH RE: EMPIRE REFRACTORY. | 275.00 | 0.20 | 55.00 |

```
                                                                    PAGE: 2
                                                                    06/30/2005
AUBURN FOUNDRY                              ACCOUNT NO:     6396N-00001H
                                            INVOICE NO.            49725
CONFLICTS COUNSEL FOR BAKER & DANIELS
```

|  |  |  | RATE | HOURS |  |
|---|---|---|---|---|---|
| 02/09/2005 | | | | | |
| | MAW | TELEPHONE CONFERENCE WITH JOHN BURNS RE: STATUS OF CITIZEN'S COKE PREFERENCE DEMAND. | 275.00 | 0.20 | 55.00 |
| 03/04/2005 | | | | | |
| | MAW | CONFERENCE WITH SECRETARY RE: STATUS OF PREFERENCE DEMANDS. | 275.00 | 0.20 | 55.00 |
| | MAW | CONFERENCE WITH SECRETARY RE: E-MAIL TO HOWARD SANDLER AND BOB KABISH. | 275.00 | 0.30 | 82.50 |
| 03/07/2005 | | | | | |
| | MAW | TELEPHONE CONFERENCE WITH BOB KABISH RE: EMPIRE. | 275.00 | 0.20 | 55.00 |
| 03/14/2005 | | | | | |
| | MAW | REVIEW 3/11/05 LETTER FROM HOWARD SANDLER WITH ENCLOSURES RE: CITIZENS GAS AND COKE REFINERY. | 275.00 | 0.60 | 165.00 |
| | MAW | LEGAL RESEARCH RE: ISSUE OF PAYMENTS ON DEBT DEFERRAL AS ORDINARY COURSE. | 275.00 | 2.00 | 550.00 |
| | MAW | REVIEW FILE; REPLY LETTER TO HOWARD SANDLER. | 275.00 | 0.60 | 165.00 |
| | MAW | REVIEW LETTER FROM BOB KABISCH RE: EMPIRE PREFERENCE DEFENSE WITH ENCLOSURES; PREPARE REPLY LETTER. | 275.00 | 1.00 | 275.00 |
| 03/18/2005 | | | | | |
| | MAW | REVIEW AND REVISE LETTER TO HOWARD SANDLER AND BOB KABISCH. | 275.00 | 0.30 | 82.50 |
| 03/28/2005 | | | | | |
| | MAW | REVIEW AND REVISE EMPIRE COMPLAINT. | 275.00 | 0.70 | 192.50 |
| | MAW | REVIEW AND REVISE CITIZEN'S GAS | | | |

|  |  |  | PAGE: 3 |
|---|---|---|---|
| AUBURN FOUNDRY |  |  | 06/30/2005 |
|  |  | **ACCOUNT NO:** | 6396N-00001H |
|  |  | **INVOICE NO.** | 49725 |
| CONFLICTS COUNSEL FOR BAKER & DANIELS |  |  |  |

| Date | Atty | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|
|  |  | COMPLAINT. | 275.00 | 0.30 | 82.50 |
| 03/29/2005 | BAS | ON-LINE SEARCH RE: REGISTERED AGENT FOR CITIZENS GAS AND COKE UTILITY. | 125.00 | 0.30 | 37.50 |
| 05/02/2005 | MAW | REVIEW GRANT SHIPLEY'S APPROVAL TO WITHDRAW. | 275.00 | 0.20 | 55.00 |
| 05/03/2005 | MAW | CONFERENCE WITH MIC STORY AND HOWARD SANDLER RE: RESPECTIVE POSITIONS AND HOW TO PROCEED. | 275.00 | 0.40 | 110.00 |
|  | MAW | E-MAIL FROM MIC STORY RE: FOLLOW UP. | 275.00 | 0.20 | 55.00 |
| 05/04/2005 | MAW | REVIEW EMPIRE ANSWER. | 275.00 | 0.30 | 82.50 |
|  | MAW | REVIEW TOLONA PIZZA CASE AND ORDINARY COURSE DEFENSE. | 275.00 | 1.00 | 275.00 |
| 05/10/2005 | MAW | REVIEW ANSWERS OF EMPIRE AND CITIZENS; REVIEW ELEMENTS OF ORDINARY COURSE DEFENSE; PREPARE INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS. | 275.00 | 4.00 | 1,100.00 |
| 05/11/2005 | MAW | TELEPHONE CONFERENCE WITH JOHN BURNS RE: STATUS OF CASE AND CONTACT. | 275.00 | 0.20 | 55.00 |
| 05/13/2005 | DLP | ATTENTION TO CASE FILE. | 130.00 | 0.30 | 39.00 |
|  | DLP | LEGAL RESEARCH OF 11 USC 547. | 130.00 | 4.50 | 585.00 |

|  |  |  |  | PAGE: 4 |
|---|---|---|---|---|
|  | AUBURN FOUNDRY |  |  | 06/30/2005 |
|  |  | **ACCOUNT NO:** |  | 6396N-00001H |
|  |  | **INVOICE NO.** |  | 49725 |
|  | CONFLICTS COUNSEL FOR BAKER & DANIELS |  |  |  |

|  |  |  | RATE | HOURS |  |
|---|---|---|---|---|---|
|  | MAW | CONFERENCE WITH DUSTIN RE: HIS HELP ON RESEARCH PROJECT. | 275.00 | 0.60 | 165.00 |
| 05/16/2005 |  |  |  |  |  |
|  | MAW | REVIEW AND REVISE DISCOVERY REQUESTS. | 275.00 | 0.40 | 110.00 |
|  | DLP | LEGAL RESEARCH RE: 11 U.S.C. 547(C)(2). | 130.00 | 2.00 | 260.00 |
|  | DLP | DRAFT MEMO RE: CITIZENS GAS AND COKE. | 130.00 | 2.20 | 286.00 |
| 05/17/2005 |  |  |  |  |  |
|  | MAW | REVIEW DUSTIN PLUMMER'S RESEARCH MEMO RE: ORDINARY COURSE DEFENSE. | 275.00 | 0.30 | 82.50 |
|  | MAW | REVIEW AND SIGN FINAL DRAFT OF DISCOVERY REQUESTS. | 275.00 | 0.20 | 55.00 |
|  | MAW | REVIEW LOCAL RULE RE: FILING ISSUE. | 275.00 | 0.30 | 82.50 |
|  | MAW | TELEPHONE CONFERENCE WITH BOB KABISCH RE: DISCOVERY. | 275.00 | 0.20 | 55.00 |
|  | MAW | TELEPHONE CONFERENCE WITH DENNIS MAUDE RE: EMPIRE CHECK AND SET OFF ISSUE. | 275.00 | 0.30 | 82.50 |
| 05/18/2005 |  |  |  |  |  |
|  | MAW | RESPONSE FROM DENNIS MAUDE RE: LETTER TO BOB KABISCH RE: $7,754 CHECK. | 275.00 | 0.30 | 82.50 |
| 06/16/2005 |  |  |  |  |  |
|  | MAW | E-MAIL FROM MIC STORY RE: RESPONSE TO DISCOVERY. | 275.00 | 0.20 | 55.00 |
| 06/29/2005 |  |  |  |  |  |
|  | MAW | REVIEW DRAFT OF BILL RE: PREPARATION OF INTERIM FEE APPLICATION. | 275.00 | 0.30 | 82.50 |
|  |  | TOTAL FEES THIS INVOICE |  | 29.30 | 6,689.50 |

|  |  |  | PAGE: 5 |
|---|---|---|---|
| AUBURN FOUNDRY |  |  | 06/30/2005 |
|  |  | **ACCOUNT NO:** | 6396N-00001H |
|  |  | **INVOICE NO.** | 49725 |
| CONFLICTS COUNSEL FOR BAKER & DANIELS |  |  |  |

### RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| SHANEBROOK, BETH A. | 0.30 | $125.00 | $37.50 |
| WARSCO, MARK A. | 1.80 | 265.00 | 477.00 |
| WARSCO, MARK A. | 18.20 | 275.00 | 5,005.00 |
| PLUMMER, DUSTIN L. | 9.00 | 130.00 | 1,170.00 |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/10/2004 | 7 Photocopies (@ $.20 each) | 1.40 |
| 01/11/2005 | 1 Photocopies (@ $.20 each) | 0.20 |
| 01/11/2005 | 1 Photocopies (@ $.20 each) | 0.20 |
| 01/11/2005 | 8 Photocopies (@ $.20 each) | 1.60 |
| 01/11/2005 | 4 Photocopies (@ $.20 each) | 0.80 |
| 03/18/2005 | 4 Photocopies (@ $.20 each) | 0.80 |
| 03/21/2005 | 80 Photocopies (@ $.20 each) | 16.00 |
| 03/29/2005 | 12 Photocopies (@ $.20 each) | 2.40 |
| 03/29/2005 | 10 Photocopies (@ $.20 each) | 2.00 |
| 03/29/2005 | 4 Photocopies (@ $.20 each) | 0.80 |
| 03/29/2005 | 15 Photocopies (@ $.20 each) | 3.00 |
| 05/17/2005 | 39 Photocopies (@ $.20 each) | 7.80 |
|  | XEROXING EXPENSE | 37.00 |
| 03/04/2005 | FAX CHARGES | 2.00 |
|  | FAX CHARGES | 2.00 |
| 04/19/2005 | SEARCH FEE ACCESSINDIANA - CIVICNET RE: BUSINESS ENTITY SEARCH | 2.00 |
|  | SEARCH FEE | 2.00 |
| 04/28/2005 | FILING FEES CLERK OF U.S. BANKRUPTCY COURT RE: MOTION FOR RELIEF FROM STAY | 150.00 |
| 04/28/2005 | FILING FEES CLERK OF U.S. BANKRUPTCY COURT RE: MOTION FOR RELIEF FROM STAY | 150.00 |
|  | FILING FEES | 300.00 |

|  |  |  |
|---|---|---|
| AUBURN FOUNDRY |  | PAGE: 6 |
|  |  | 06/30/2005 |
|  | **ACCOUNT NO:** | 6396N-00001H |
|  | **INVOICE NO.** | 49725 |
| CONFLICTS COUNSEL FOR BAKER & DANIELS |  |  |

| | | |
|---|---|---|
| 03/14/2005 | COMPUTERIZED LEGAL RESEARCH | 68.39 |
| 05/13/2005 | COMPUTERIZED LEGAL RESEARCH | 3.40 |
| 05/16/2005 | COMPUTERIZED LEGAL RESEARCH | 0.77 |
|  | COMPUTERIZED LEGAL RESEARCH | 72.56 |
|  | TOTAL EXPENSES | 413.56 |
|  | **TOTAL CURRENT INVOICE** | 7,103.06 |
|  | **TOTAL BALANCE DUE THIS INVOICE** | $7,646.06 |

0016

ACCOUNTS ARE DUE UPON RECEIPT