**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | Cause No. 01-10427 |
| Debtor. | ) | |

**FIFTH APPLICATION FOR INTERIM ALLOWANCES**
**OF COUNSEL FOR THE OFFICIAL CREDITORS' COMMITTEE**
**AND FOR REIMBURSEMENT OF EXPENSES**

TO THE HONORABLE ROBERT E. GRANT, UNITED STATES BANKRUPTCY JUDGE:

Ice Miller, for its *Fifth Application for Interim Allowances of Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* ("Application"), respectfully states the following:

**Factual Background and Jurisdiction**

1. On February 8, 2004 (the "Petition Date"), the Debtor commenced its case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as a Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. Shortly after the commencement of the proceedings, the Official Creditors' Committee of Auburn Foundries, Inc. (the "Committee") was appointed by the United States Trustee.

2. Ice Miller is a law firm composed of attorneys duly licensed to practice law before the courts in the State of Indiana and the United States Bankruptcy Court. Ice Miller's principal offices are located at One American Square, Indianapolis, Indiana 46282.

3. On February 25, 2004, the Committee filed an *Application for Order Authorizing the Official Unsecured Creditors' Committee to Employ Ice Miller as Counsel*.

4. On March 17, 2004, this Court entered an *Order Authorizing the Official Unsecured Creditors' Committee to Employ Ice Miller as Counsel* ("Retention Order"), wherein the Court authorized the employment of Ice Miller and granted administrative expense priority, as allowed by the Court, to the fees and expenses incurred by Ice Miller in representing the Committee.

5. Pursuant to the *Order Approving Monthly Provisional Payments to Counsel for the Unsecured Creditors' Committee* (the "Provisional Payments Order") dated May 17, 2004, monthly statements were prepared by Ice Miller and presented to the appropriate parties. The Order allows for 80% of fees and 100% of expenses to be paid to Ice Miller on a monthly basis for its representation of the Committee. Ice Miller submitted monthly statements covering the period of April 1, 2005, through June 30, 2005 (the "Fee Period"), in the total sum of $21,422.50 in fees and $2,332.09 in expenses. Ice Miller has received $7,562.70 on account of the monthly statements during the Fee Period.

6. This Court has jurisdiction over the Application pursuant to 28 U.S.C.§§ 157 and 1344(b), the resolution of the Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and this Court has the authority to grant the relief requested in the Application pursuant to 11 U.S.C. §§ 327(e), 330, and 331.

<u>Request for Compensation and Reimbursement of Fees and Expenses</u>

7. Ice Miller, acting as attorney for the Committee, makes this Application for an interim allowance of compensation, pursuant to Section 331 of the United States Bankruptcy Code, for legal services rendered and reimbursement of necessary expenses incurred from April 1, 2005, through June 30, 2005 in connection with its representation of the Committee.

8. During the Fee Period and pursuant to the Retention Order, Ice Miller has provided a variety of necessary services to the Committee, including, but not limited to, the following:

    (a) Reviewed, analyzed and discussed with the Committee all matters arising or continuing in this case, including hearing results, the Debtor's proposed modifications to its

Plan, and pleadings, including those relating to the Disclosure Statement and Plan of Reorganization, extension of Debtors use of cash collateral, the Debtors proposed sale motions, and prepared responses to the foregoing when appropriate;

(b)     Reviewed the Debtor's financial and operating reports, administrative fee requests, and applications for the employment of professionals;

(c)     Advised the Committee generally on matters related to the Debtor's ongoing operations;

(d)     Communicated on an ongoing basis with counsel for involved parties regarding notice and case administration issues, as well as kept the members of the Committee well informed and current as to the pending motions and motions related to the case; and

(e)     Reviewed and forwarded all statements, financial information and pertinent pleadings to the Committee.

The above descriptions serve as a general summary of the services provided by Ice Miller and are intended only to highlight areas of particular importance in this case. A complete description of all activities performed by the Ice Miller is found in Ice Miller's billing statements, attached hereto as **Exhibit A**[1].

9.      Since the Petition Date, and in accordance with the Provisional Payments Order, Ice Miller has requested and obtained compensation and reimbursement from the Debtors of the fees and expenses incurred by Ice Miller in its representation of the Committee on a monthly basis by submitting detailed periodic invoices to the Debtor, counsel for the Debtor, the United States Trustee, the chairmen for the Official Committee of Unsecured Creditors, and counsel for the Debtor's secured lenders and providing notice of the same to all creditors, parties who have filed a Notice of Appearance and Request for Service of Papers pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

---

[1] Due to the voluminous nature of Ice Miller's billing statements, in an effort to minimize copying and postage expenses, Ice Miller is serving copies of **Exhibit A** only upon the United States Trustee, the Debtor, counsel for the Debtor, and the chairmen of Official Committee of Unsecured Creditors. All other parties-in-interest will be provided with a copy of the same upon request made to Ice Miller.

10. Ice Miller's billing statements, attached hereto as **Exhibit A**, set forth in detail the nature of the legal services rendered by Ice Miller, the dates on which Ice Miller's personnel rendered such legal services, the identity of the Ice Miller attorneys and paralegals who performed such legal services, the time spent by each of Ice Miller's personnel in performing such legal services, and the amount of fees attributable to each such legal service performed by Ice Miller's attorneys and paralegals. Ice Miller's billing statements provide the hours spent by the professionals for whom compensation is sought, reflect the hourly rate charged for each of the professionals, and comply with the United States Trustee's guidelines by breaking time and expenses out into matters related to well-defined categories of services.

11. Ice Miller has expended a total of 60.10 hours from April 1, 2005, through June 30, 2005, in representation of the Committee. The value of the services rendered to the Committee billed at rates normally charged by Ice Miller for comparable services performed for other clients is the sum of $21,422.50. The interim fees herein requested are reasonable under the circumstances, and reflect the expertise of counsel in representation of the Committee.

12. The amount of fees incurred during the Fee Period totals Twenty-One Thousand Four Hundred Twenty-Two and 50/100 Dollars ($21,422.50). All of the services performed by Ice Miller are set forth in **Exhibit A** and have been billed at the standard hourly rates established by Ice Miller by all denoted timekeepers.

13. During the Fee Period, as itemized and summarized in **Exhibit A**, Ice Miller incurred expenses in connection with its representation of the Committees totaling Two Thousand Three Hundred Thirty-Two and 09/100 Dollars ($2,332.09). Ice Miller submits that each expenditure was a necessary and reasonable cost incident to the performance of services for the Committee.

WHEREFORE, Ice Miller requests that the Court enter an Order:

(A) Approving the Application;

(B) Allowing interim compensation to Ice Miller in the sum of Twenty-One Thousand Four Hundred Twenty-Two and 50/100 Dollars ($21,422.50), representing compensation for legal services rendered to the Committee during the Fee Period;

(C) Allowing Ice Miller the sum Two Thousand Three Hundred Thirty-Two and 09/100 Dollars ($2,332.09) as reimbursement for out-of-pocket expenses incurred during the Fee Period as a result of its representation of the Committee;

(D) Directing payment to Ice Miller of any outstanding and unpaid fees and expenses for the Fee Period; and

(E) Granting such other relief as is just and proper.

Dated: July 13, 2005

Respectfully submitted,

ICE MILLER

By /s/ Henry A. Efroymson
    Henry A. Efroymson

    Counsel for the Official Creditor's Committee of Auburn Foundries, Inc.

Henry A. Efroymson
ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana 46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid, this 13th day of July, 2005.  Exhibit A is being provided only to the Court, Debtor's counsel, the Chairman of the Committee, and the United States Trustee.  All other parties will receive a copy of the Application without the exhibit, but Ice Miller will provide a copy of the exhibit to any intervenor upon request.

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105 Telephone
*(For U.S. Trustee)*

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
deb.mcmeen@bakerd.com,
skrhoads@bakerd.com
tlwiley@bakerd.com,
jacklyn.faulkner@bakerd.com
(260) 424-8000 Telephone
(260) 460-1700 Facsimile
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
*(For Fox Contractors Corp.)*

Martin E. Seifert
Charles J. Heiny
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
mseifert@hallercolvin.com
cheiny@hallercolvin.com
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
*(For SummitBridge National Investments, LLC)*

Matthew M. Hohman
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
mhohman@btlaw.com
ovancamp@btlaw.com
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
*(For Thomkins Industries, Inc.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
twhitton@maceylaw.com
mdicken@maceylaw.com
(317) 637-2345 Telephone
(317) 637-2369 Facsimile
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300 Telephone
(260) 926-2610 Facsimile
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562 Telephone
(317) 713-3699 Facsimile
mreich@sbalawyers.com,
jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662 Telephone
(313) 465-7663 Facsimile
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Josef.athanas@lw.com
(312) 876-7700 Telephone
(312) 993-9767 Facsimile
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100 Telephone
*(For Cascade Pattern Company)*

| | | |
|---|---|---|
| Lawrence S. Crowther<br>6055 Rockside Woods Boulevard<br>Suite 200<br>Cleveland, Ohio  44131<br>(216) 642-3342 Telephone<br>*(For Bendix Commercial Vehicle Systems, LLC)* | Brad Rogers<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC  20005-4026<br>rogers.brad@pbgc.gov<br>*(For Pension Benefit Guaranty Corporation)* | Patrick L. Proctor<br>Eilbacher Fletcher, LLP<br>803 South Calhoun Street, Suite 400<br>Fort Wayne, Indiana  46802<br>(260) 425-9777 Telephone<br>*(For Edwin P. Rosebrock)* |
| Becket & Lee, LLP<br>16 General Warren Boulevard<br>P.O. Box 3001<br>Malvern, Pennsylvania<br>(610) 644-7800 Telephone<br>(610) 993-8494 Facsimile<br>notices@becket-lee.com<br>*(For American Express Travel Related SVCS Co., Inc. Corp Card)* | Nancy J. Gargula<br>United States Trustee<br>101 West Ohio Street, Suite 1000<br>Indianapolis, Indiana  46204<br>USTPRegion10.SO.ECF@usdoj.gov<br>*(U.S. Trustee)* | Elizabeth A. Whelan<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, Indiana  46204<br>(317) 234-3089 Telephone<br>(317) 232-7979 Facsimile<br>bwehlan@atg.state.in.us<br>*(For Indiana Department of Environmental Management)* |
| Gary D. Boyn<br>Warrick and Boyn<br>121 West Franklin Street<br>Elkhart, Indiana  46516<br>(574) 294-7491 Telephone<br>gboyn@warrickandboyn.com<br>*(For Estate of David Burr Fink)* | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, Indiana  46802<br>(260) 424-2790 Telephone<br>(260) 424-1872 Facsimile<br>ekos@ekoslaw.com<br>*(For City of Auburn)* | Daniel J. Skekloff<br>Skekloff, Adelsperger & Kleven, LLP<br>927 South Harrison Street<br>Fort Wayne, Indiana  46208<br>(260) 407-7000 Telephone<br>(260) 407-7137 Facsimile<br>djs@sak-law.com<br>blw@sak-law.com<br>*(For Team Quality Services, Inc.)* |
| Brian J. Lange<br>Schenkel, Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, Indiana  46802-0501<br>(260) 424-1333 Telephone<br>(260) 422-5242 Facsimile<br>chogan@choiceonemail.com<br>*(For Schenkel & Sons, Inc.)* | James T. Young<br>Scott C. Andrews<br>Rubin & Levin, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, Indiana  46204-2161<br>(317) 860-2913 Young's Telephone<br>(317) 860-2865 Andrews' Telephone<br>(317) 263-9411 Facsimile<br>james@rubin-levin.net<br>scott@rubin-levin.net<br>*(For NMHG Financial Services, Inc.)* | |

       /s/ Henry A. Efroymson
       Henry A. Efroymson

Henry A. Efroymson
ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

1575620.1

# **<u>EXHIBIT A</u>**