

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521355    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0003
Asset Disposition
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| 04/05/05 | Reviewed sale documents, and request for hearing (.6); communications with Attorney for Debtor regarding same (.2);  telephone call from Attorney for Union regarding sale effort (.2). | | | |
|---|---|---|---|---|
| | H. Efroymson | 1.00 hrs. | 370.00/hr | $   370.00 |
| 04/06/05 | Telephone call from Attorney for MMHG regarding sale motion (.2); reviewed sale motion and listed concerns (.5); began preparation of objection to sale motion (.5). | | | |
| | H. Efroymson | 1.20 hrs. | 370.00/hr | $   444.00 |
| 04/12/05 | Reviewed sale documents and motion (.5); telephone call from attorney for Debtor regarding same and sale hearing (.2); prepared Notice of No Objection (.3). | | | |
| | H. Efroymson | 1.00 hrs. | 370.00/hr | $   370.00 |
| 04/14/05 | Reviewed Order from Court denying Motion to Expedite Hearing, and discussed with attorney for Debtor (.3); reviewed new Motion to Sell (.2). | | | |
| | H. Efroymson | .50 hrs. | 370.00/hr | $   185.00 |
| 04/15/05 | Reviewed new on Sale Motion (.1); reviewed proposed auction procedures from attorney for Debtor, and commented on same, and received communications from bidders (.5); telephone call from interested party regarding auction (.2); telephone call from GMAC regarding same (.2). | | | |
| | H. Efroymson | 1.00 hrs. | 370.00/hr | $   370.00 |
| 04/29/05 | Reviewed Sale Motion with exhibits and proposed Order, and forwarded to Committee members. | | | |
| | H. Efroymson | .50 hrs. | 370.00/hr | $   185.00 |

Invoice 521355    Page 2

## Summary of Fees

|              |       | Hours | Rate/Hr | Dollars  |
|--------------|-------|-------|---------|----------|
| H. Efroymson |       | 5.20  | 370.00  | 1,924.00 |
|              | TOTAL | 5.20  | 370.00  | 1,924.00 |

TOTAL Fees for Professional Services .................................... $    1,924.00

TOTAL DUE FOR THIS MATTER ............................................ $    1,924.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $    1,924.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Asset Disposition
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0003

INVOICE #:         521355

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$    1,924.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521356    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0004
Committee Meetings & Discussions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04/05/05 | Communications with Committee regarding potential withdrawal of Motion to Convert. | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |
| 04/20/05 | Communications with Committee members. | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.60 | 370.00 | 222.00 |
| TOTAL | 0.60 | 370.00 | 222.00 |

TOTAL Fees for Professional Services .................................... $    222.00

TOTAL DUE FOR THIS MATTER ................................................ $    222.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $    222.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:         521356

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $     222.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521357    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

04/01/05    Attention to satisfaction of administrative expenses (.2);
communications with attorney for Debtor regarding sale
efforts (.2); reveal U. S. Trustee's withdrawal of
dismissal (.1); telephone call from U. S. Trustee's Office
regarding same (.2); reviewed sale Motions (.6).
H. Efroymson                    1.30 hrs.        370.00/hr  $      481.00

04/05/05    Communications with Attorneys for Bank and Debtor
regarding proposal on paying administrative expenses.
H. Efroymson                     .20 hrs.        370.00/hr  $       74.00

04/06/05    Telephone call from U.S. Trustee's office regarding sense
of order with OCC Service (.2); reviewed information on
plant closing (.2); attention to preparation of Withdrawal
of Motion to Convert (.4).
H. Efroymson                     .80 hrs.        370.00/hr  $      296.00

04/07/05    Communications with Attorney for Banks regarding budget
issues.
H. Efroymson                     .20 hrs.        370.00/hr  $       74.00

04/08/05    Prepared Motion to Withdraw Motion to Convert, Notice and
Order (.8); attention to payment of administrative
expenses (.1); reviewed NMHG's Limited Objection, Motion
to Expedite Hearing and Motion for Relief from Stay (.5);
telephone call from Dauber Company regarding status of
case (.2); reviewed Notice of Fee Application (.1);
reviewed Fee Order from Court (.1); worked on potential
objection to Sale Motion (1.0).
H. Efroymson                    2.80 hrs.        370.00/hr  $    1,036.00

04/11/05    Finalized and filed Withdrawal Motion (.2); reviewed Order
from Court (.1); analyzed Objections to Sale Motion (.8).
H. Efroymson                    1.10 hrs.        370.00/hr  $      407.00

04/12/05    Reviewed report of layoffs and closings (.1); reviewed
Order from Court denying Debtor's Motion to Shorten Notice
Period, and analyzed ramifications (.2); reviewed Order
from Court denying Motion to Expedite Hearing (.1);
reviewed Debtor's Request for Hearing (.2); telephone

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

|  |  |  |  |  |
|---|---|---|---|---|
| | conference with attorney for Debtor (.3). | | | |
| | H. Efroymson | .90 hrs. | 370.00/hr | $ 333.00 |
| 04/13/05 | Communications with attorney for Debtor regarding sale process (.2); telephone call from Dauber regarding status of sale process (.1); reviewed bank statement in support of emergency sale hearing (.1); reviewed draft Asset Purchase Agreement, and provided comments to attorney for Debtor (1.2); reviewed Order Granting Motion to Withdraw Motion to Convert (.1); telephone conference with Committee member (.2); telephone call from UAW employee regarding distributions from estate (.2); worked on distribution procedures (1.0). | | | |
| | H. Efroymson | 3.10 hrs. | 370.00/hr | $ 1,147.00 |
| 04/14/05 | Reviewed Order Denying NMHG Motion. | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ 37.00 |
| 04/16/05 | Communications with attorney for Debtor regarding sale of bank debt and auction. | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ 74.00 |
| 04/18/05 | Participated in auction, and discussions with attorneys for Summit and Debtor regarding future of case. | | | |
| | H. Efroymson | 7.00 hrs. | 370.00/hr | $ 2,590.00 |
| 04/19/05 | Communications with attorney for Debtor regarding various administrative issues (.2); reviewed report of auction (.1); prepared report to Committee (.3). | | | |
| | H. Efroymson | .60 hrs. | 370.00/hr | $ 222.00 |
| 04/26/05 | Reviewed minutes from Court hearing (.1); communications with attorney for Debtor regarding status of case (.2). | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ 111.00 |
| 04/28/05 | Reviewed Order Granting Motion for 2004 Exam (.1); communications with attorney for Debtor regarding status of case (.2). | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ 111.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 18.90 | 370.00 | 6,993.00 |
| TOTAL | 18.90 | 370.00 | 6,993.00 |

TOTAL Fees for Professional Services ...................................$  6,993.00

TOTAL DUE FOR THIS MATTER .............................................$  6,993.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$  6,993.00

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Case Administration
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:      21926.0005

INVOICE #:        521357

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    6,993.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 521358    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0006
Claims Administration & Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

04/29/05    Telephone call from attorney for Union regarding claims
and Motion.
H. Efroymson                    .20 hrs.     370.00/hr  $        74.00

### Summary of Fees

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| H. Efroymson   | 0.20  | 370.00  | 74.00   |
| TOTAL          | 0.20  | 370.00  | 74.00   |

TOTAL Fees for Professional Services ................................... $     74.00

TOTAL DUE FOR THIS MATTER ........................................... $     74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $     74.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN   46203

MATTER TITLE:     Claims Administration & Objections
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0006

INVOICE #:         521358

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $      74.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521359    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04/06/05 | Telephone to clerk of bankruptcy court requesting status or order approving fee application (.2); assisted with analysis regarding status of order approving fee application (.2).<br>M. Wilson | .40 hrs. | 205.00/hr | $ | 82.00 |
| 04/07/05 | Reviewed Interim fee application and exhibits.<br>H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |
| 04/12/05 | Submission of statement for March.<br>H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 04/27/05 | Reviewed invoices and payments received from the Debtor for the first quarter of 2005 (.7); prepared Fourth Interim Fee Application (1.6).<br>M. Wilson | 2.30 hrs. | 205.00/hr | $ | 471.50 |
| 04/27/05 | Attention to preparation of Fee Application.<br>H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 04/28/05 | Calculated hours spent by attorneys and paralegals for first quarter of 2005 (.4); revised Fourth Interim Fee Application (.3); prepared Notice of Opportunity to Object, Certificate of Mailing of Fourth Application, and proposed Order per Court instructions (.7).<br>M. Wilson | 1.40 hrs. | 205.00/hr | $ | 287.00 |
| 04/29/05 | Attention to preparation of Fee Application and Notice.<br>H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.90 | 370.00 | 333.00 |
| M. Wilson | 4.10 | 205.00 | 840.50 |
| TOTAL | 5.00 | 234.70 | 1,173.50 |

Invoice 521359    Page 2

TOTAL Fees for Professional Services ................................... $    1,173.50

TOTAL DUE FOR THIS MATTER .............................................. $    1,173.50

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    1,173.50

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Fee/Employment Applications
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0008

INVOICE #:         521359

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      1,173.50

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521360    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0009
Fee/Employment Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

04/27/05    Reviewed Union's Objection to Fee Application.
H. Efroymson              .20 hrs.    370.00/hr  $      74.00

### Summary of Fees

|               | Hours | Rate/Hr | Dollars |
|---------------|-------|---------|---------|
| H. Efroymson  | 0.20  | 370.00  | 74.00   |
| TOTAL         | 0.20  | 370.00  | 74.00   |

TOTAL Fees for Professional Services ................................... $      74.00

TOTAL DUE FOR THIS MATTER ............................................. $      74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      74.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Fee/Employment Objections
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0009

INVOICE #:         521360

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $        74.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

                                            Invoice 521361    Page 1
                                                      May 5, 2005

            FOR SERVICES RENDERED THROUGH April 30, 2005
                    Federal ID #35-0874357

            OUR MATTER # 21926.0011
            Plan & Disclosure Statement
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

04/05/05    Communications with Attorney for Debtor regarding details
            of new plan.
            H. Efroymson                    .20 hrs.    370.00/hr  $      74.00

                          Summary of Fees

                               Hours       Rate/Hr       Dollars

            H. Efroymson         0.20        370.00        74.00
                       TOTAL     0.20        370.00        74.00

TOTAL Fees for Professional Services .................................. $     74.00

TOTAL DUE FOR THIS MATTER ............................................. $     74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     74.00


                ACCOUNTS ARE DUE UPON RECEIPT


One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100  |  F 317-236-2219   www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Plan & Disclosure Statement
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0011

INVOICE #:         521361

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    74.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521362    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0012
Relief From Stay Proceedings
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | | |
|---|---|---|---|---|---|
| 04/21/05 | Reviewed Order to Show Cause. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 04/22/05 | Reviewed Court's entry on NMHG's Motion for Relief from Stay. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.20 | 370.00 | 74.00 |
| TOTAL | 0.20 | 370.00 | 74.00 |

TOTAL Fees for Professional Services ...................................$    74.00

TOTAL DUE FOR THIS MATTER .............................................$    74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    74.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:        Unsecured Creditors' Committee of Auburn Foundry, Inc.
                    c/o Michael McGaughey, Chair
                    Citizens Gas & Coke Utility
                    2950 Prospect Street
                    Indianapolis, IN  46203

MATTER TITLE:       Relief From Stay Proceedings
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:           21926.0012

INVOICE #:            521362

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    74.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521364    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0014
Avoidance Actions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

04/19/05    Communications with attorney for Debtor regarding
preference activity.
H. Efroymson                          .20 hrs.        370.00/hr  $        74.00

### Summary of Fees

|                |       | Hours | Rate/Hr | Dollars |
|----------------|-------|-------|---------|---------|
| H. Efroymson   |       | 0.20  | 370.00  | 74.00   |
|                | TOTAL | 0.20  | 370.00  | 74.00   |

TOTAL Fees for Professional Services .................................... $      74.00

TOTAL DUE FOR THIS MATTER ............................................... $      74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $      74.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square ┊ Box 82001 ┊ Indianapolis, IN 46282-0200 ┊ P 317-236-2100 ┊ F 317-236-2219 ┊ www.icemiller.com
Indianapolis ┊ Chicago ┊ Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Avoidance Actions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0014

INVOICE #:         521364

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $      74.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 521365    Page 1
May 5, 2005

FOR SERVICES RENDERED THROUGH April 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0015
Costs
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| | | | | |
|---|---|---|---|---|
| 04/14/05 | E107 | 4/11 Postage Expense | $ | 14.26 |
| 04/14/05 | | 4/12 Postage Expense | $ | 1.85 |
| 04/19/05 | | Travel Expenses - - Vendor:Henry A. Efroymson 4/18/05 | $ | 99.00 |
| | | Travel expense for mileage and parking in Fort Wayne, IN. | | |
| 04/25/05 | | 4/19 Postage Expense | $ | 1.83 |
| | | Long Distance | $ | 6.00 |
| | | Photocopies | $ | 1,680.66 |

TOTAL Itemized Charges ................................................ $    1,803.60

TOTAL DUE FOR THIS MATTER ............................................. $    1,803.60

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    1,803.60

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836




CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Costs
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:        21926.0015

INVOICE #:         521365


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    1,803.60



ACCOUNTS ARE DUE UPON RECEIPT