

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524560    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0002
Asset Analysis & Recovery
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 05/19/05 | Reviewed IDEM Objection.<br>H. Efroymson | .30 hrs. | 370.00/hr $ | 111.00 |
| 05/20/05 | Reviewed Appearance and Objection filed by Team Quality<br>Services.<br>H. Efroymson | .20 hrs. | 370.00/hr $ | 74.00 |
| 05/23/05 | Reviewed Notice of Hearing, and dated up (.1); analyzed<br>AFI Funding objection (and reviewed prior Borrowing<br>Orders) (.5); communications with attorney for Debtor<br>regarding sale process (.2).<br>H. Efroymson | .80 hrs. | 370.00/hr $ | 296.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.30 | 370.00 | 481.00 |
| TOTAL | 1.30 | 370.00 | 481.00 |

TOTAL Fees for Professional Services ................................. $    481.00

TOTAL DUE FOR THIS MATTER ............................................ $    481.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $    481.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Asset Analysis & Recovery
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0002

INVOICE #:         524560

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    481.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524561    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0003
Asset Disposition
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 05/02/05 | Received Notice from Court on Sale Motion, and related documents, and dated up. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 05/06/05 | Reviewed Notice of Withdrawal of April 13 Sale Motion (.1); reviewed Amended Notice on Sale Motion, and dated up (.1). | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 05/10/05 | Reviewed AFI Lending's Objection to Sale Motion. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |

### Summary of Fees

| | | Hours | Rate/Hr | Dollars |
|---|---|-------|---------|---------|
| H. Efroymson | | 0.60 | 370.00 | 222.00 |
| | TOTAL | 0.60 | 370.00 | 222.00 |

TOTAL Fees for Professional Services ................................... $    222.00

TOTAL DUE FOR THIS MATTER ............................................. $    222.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    222.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Asset Disposition
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0003

INVOICE #:         524561

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      222.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524562    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Timekeeper | Hours | Rate | | Amount |
|------|-------------|-----------|-------|------|---|--------|
| 05/02/05 | Reviewed miscellaneous Orders from Court, and Notices of Transfers of Claims. | | | | | |
| | | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 05/03/05 | Reviewed Appearance filed by counsel for SummitBridge. | | | | | |
| | | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 05/04/05 | Reviewed Notice of Transfer of Claim filed by SummitBridge; reviewed Sale Motion and Asset Purchase Agreement (determined if Committee issues regarding sale). | | | | | |
| | | H. Efroymson | 1.20 hrs. | 370.00/hr | $ | 444.00 |
| 05/05/05 | Attention to submission of statements. | | | | | |
| | | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 05/10/05 | Reviewed statement filed by attorneys for Debtor. | | | | | |
| | | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 05/11/05 | Communications with attorney for Debtor regarding administrative expenses. | | | | | |
| | | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 05/18/05 | Reviewed Notices of Withdrawal from Court. | | | | | |
| | | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 05/23/05 | Communications with attorney for Debtor regarding status of pending matters and administrative expenses (.2); reviewed Monthly Operating Report (.1). | | | | | |
| | | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |
| 05/25/05 | Telephone call from Peters regarding status of case. | | | | | |
| | | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 05/31/05 | Communications with attorneys for Debtor regarding sale hearing and preference proceeds (.3); telephone call from creditor's attorney regarding status of case (.2). | | | | | |
| | | H. Efroymson | .50 hrs. | 370.00/hr | $ | 185.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 3.20 | 370.00 | 1,184.00 |
| TOTAL | 3.20 | 370.00 | 1,184.00 |

TOTAL Fees for Professional Services ................................. $    1,184.00

TOTAL DUE FOR THIS MATTER ........................................... $    1,184.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .............................. $    1,184.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN   46203

MATTER TITLE:      Case Administration
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0005

INVOICE #:          524562

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,184.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN 46203

Invoice 524563    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | |
|---|---|---|---|---|
| 05/02/05 | Reviewed Notice from Court regarding Fee Application. | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr $ | 37.00 |
| 05/04/05 | Attention to impending Fee Application. | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr $ | 74.00 |
| 05/27/05 | Reviewed Fee Order from Court. | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr $ | 37.00 |
| 05/31/05 | Reviewed fee statements and application for attorney from Debtor. | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr $ | 111.00 |

Summary of Fees

| | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson | | 0.70 | 370.00 | 259.00 |
| | TOTAL | 0.70 | 370.00 | 259.00 |

TOTAL Fees for Professional Services ................................... $    259.00

TOTAL DUE FOR THIS MATTER ........................................... $    259.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    259.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Fee/Employment Applications
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0008

INVOICE #:        524563

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $    259.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524564    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0009
Fee/Employment Objections
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

05/11/05   Reviewed Union's withdrawal of Objection to Fee
           Application (.1); reviewed Order on Fee Application from
           Court (.1).
           H. Efroymson                        .20 hrs.     370.00/hr   $       74.00

### Summary of Fees

|               |       | Hours | Rate/Hr | Dollars |
|---------------|-------|-------|---------|---------|
| H. Efroymson  |       | 0.20  | 370.00  | 74.00   |
|               | TOTAL | 0.20  | 370.00  | 74.00   |

TOTAL Fees for Professional Services ................................... $     74.00

TOTAL DUE FOR THIS MATTER ............................................ $     74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $     74.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Fee/Employment Objections
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:     21926.0009

INVOICE #:      524564

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    74.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524565    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0012
Relief From Stay Proceedings
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

05/04/05    Reviewed Order on NMHG's Motion for Relief from Stay.
H. Efroymson                            .10 hrs.      370.00/hr  $        37.00

Summary of Fees

|              |       | Hours | Rate/Hr | Dollars |
|--------------|-------|-------|---------|---------|
| H. Efroymson |       | 0.10  | 370.00  | 37.00   |
|              | TOTAL | 0.10  | 370.00  | 37.00   |

TOTAL Fees for Professional Services .................................. $      37.00

TOTAL DUE FOR THIS MATTER .............................................. $      37.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      37.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Relief From Stay Proceedings
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0012

INVOICE #:          524565

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $        37.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524566    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0013
Litigation
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

05/26/05    Analyzed potential claims in favor of estate (2.0);
communications with attorney for Debtor regarding status
of preference actions (.2).
H. Efroymson                    2.20 hrs.     370.00/hr  $      814.00

### Summary of Fees

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| H. Efroymson   | 2.20  | 370.00  | 814.00  |
| TOTAL          | 2.20  | 370.00  | 814.00  |

TOTAL Fees for Professional Services ...................................$      814.00

TOTAL DUE FOR THIS MATTER ...........................................$      814.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$      814.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836




CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Litigation
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



MATTER #:         21926.0013

INVOICE #:          524566


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    814.00



ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524567    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0014
Avoidance Actions
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | | |
|---|---|---|---|---|---|
| 05/06/05 | Reviewed Motion to Settle Hanson Aggregate's claim, and Notice on same. | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |
| 05/11/05 | Attention to status of avoidance actions. | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.60 | 370.00 | 222.00 |
| TOTAL | 0.60 | 370.00 | 222.00 |

TOTAL Fees for Professional Services ................................... $    222.00

TOTAL DUE FOR THIS MATTER .............................................. $    222.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    222.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN  46203

MATTER TITLE:      Avoidance Actions
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0014

INVOICE #:          524567

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................. $    222.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 524568    Page 1
June 7, 2005

FOR SERVICES RENDERED THROUGH May 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0015
Costs
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| 05/04/05 | 5/2 Postage Expense | $ | 434.35 |
| 05/04/05 | 4/29 Postage Expense | $ | 13.78 |
| 05/12/05 | 5/9 Postage Expense | $ | 9.54 |
| 05/12/05 | 5/5 Postage Expense | $ | 1.52 |
| 05/12/05 | 5/10 Postage Expense | $ | 1.20 |
| | Photocopies | $ | 29.70 |

TOTAL Itemized Charges ............................................... $    490.09

TOTAL DUE FOR THIS MATTER ............................................ $    490.09

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $    490.09

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Costs
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0015

INVOICE #:        524568

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    490.09

ACCOUNTS ARE DUE UPON RECEIPT