

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 527544   Page 1
July 11, 2005

FOR SERVICES RENDERED THROUGH June 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0003
Asset Disposition
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/06/05 | Reviewed message from attorney for Debtor with revised Sale Order. H. Efroymson | 1.00 hrs. | 370.00/hr | $ 370.00 |
| 06/07/05 | Prepared for sale hearing. H. Efroymson | .40 hrs. | 370.00/hr | $ 148.00 |
| 06/08/05 | Reviewed AFI Lending's withdrawal of objection to sale, and proposed order with Asset Purchase Agreement exhibits (.5); attended hearing in Fort Wayne (5.0). H. Efroymson | 5.50 hrs. | 370.00/hr | $ 2,035.00 |
| 06/09/05 | Reviewed Debtor's Response to Team Quality Services Limited's Objection. H. Efroymson | .10 hrs. | 370.00/hr | $ 37.00 |
| 06/14/05 | Reviewed Sale Order from Court, and forwarded to Committee. H. Efroymson | .40 hrs. | 370.00/hr | $ 148.00 |
| 06/20/05 | Reviewed stipulation with IDEM regarding sale, and Notice on same. H. Efroymson | .40 hrs. | 370.00/hr | $ 148.00 |

Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 7.80 | 370.00 | 2,886.00 |
| TOTAL | 7.80 | 370.00 | 2,886.00 |

TOTAL Fees for Professional Services .................................... $   2,886.00

TOTAL DUE FOR THIS MATTER ................................................ $   2,886.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................... $   2,886.00

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Asset Disposition
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0003

INVOICE #:      527544

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   2,886.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn         Invoice 527545    Page 1
Foundry, Inc.                                                July 11, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


                FOR SERVICES RENDERED THROUGH June 30, 2005
                          Federal ID #35-0874357

                OUR MATTER # 21926.0004
                Committee Meetings & Discussions
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/14/05     Report to Committee on status of case.
             H. Efroymson                          .30 hrs.      370.00/hr   $        111.00


                          Summary of Fees

                                      Hours        Rate/Hr        Dollars

             H. Efroymson              0.30         370.00         111.00
                         TOTAL         0.30         370.00         111.00


TOTAL Fees for Professional Services ....................................... $      111.00


TOTAL DUE FOR THIS MATTER .................................................. $      111.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................... $      111.00


                    ACCOUNTS ARE DUE UPON RECEIPT

One American Square   Box 82001   Indianapolis, IN 46282-0200   P 317-236-2100   F 317-236-2219   www.icemiller.com
Indianapolis   Chicago   Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Committee Meetings & Discussions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0004

INVOICE #:          527545

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$      111.00

ACCOUNTS ARE DUE UPON RECEIPT



```
Unsecured Creditors' Committee of Auburn            Invoice 527546   Page 1
Foundry, Inc.                                              July 11, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


             FOR SERVICES RENDERED THROUGH June 30, 2005
                         Federal ID #35-0874357

             OUR MATTER # 21926.0005
             Case Administration
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


  06/01/05   Communications with attorneys for Debtor (follow-up to May
             31st call).
             H. Efroymson                      .20 hrs.     370.00/hr  $       74.00
  06/02/05   Reviewed Order from Court on Hanson Aggregates Midwest
             settlement (.2); communications with attorney for Debtor
             (.2).
             H. Efroymson                      .40 hrs.     370.00/hr  $      148.00
  06/07/05   Attention to submission of statements.
             H. Efroymson                      .20 hrs.     370.00/hr  $       74.00
  06/09/05   Communications with attorney for Debtor regarding
             operating reports and post-petition obligations.
             H. Efroymson                      .20 hrs.     370.00/hr  $       74.00
  06/10/05   Reviewed Motion to Approve KERP, and supporting
             memorandum, and communicated with attorney for Debtor
             regarding same (.6); investigated bases for insider claims
             in favor of estate (1.0).
             H. Efroymson                     1.60 hrs.     370.00/hr  $      592.00
  06/14/05   Reviewed Notice of Hearing on Motion for KERP Plan
             Approval, and dated up.
             H. Efroymson                      .20 hrs.     370.00/hr  $       74.00
  06/16/05   Evaluated claims in favor of estate.
             H. Efroymson                     1.00 hrs.     370.00/hr  $      370.00
  06/17/05   Communications with attorney for Debtor regarding
             payables, and reviewed report from Debtor on same.
             H. Efroymson                      .40 hrs.     370.00/hr  $      148.00
  06/22/05   Reviewed itemized statement filed by attorneys for Debtor
             (.2); communications with attorneys for Debtor regarding
             administrative matters (.2).
             H. Efroymson                      .40 hrs.     370.00/hr  $      148.00
  06/23/05   Reviewed Monthly Operating Report for March (.2);
             communications with attorney for Debtor regarding meeting
```

Invoice 527546    Page 2

      with bank Friday (.1); analyzed outline of new Plan and expense projections (1.5).

| | | | |
|---|---|---|---|
| | H. Efroymson | 1.80 hrs. | 370.00/hr $ 666.00 |
| 06/24/05 | Participated in lengthy telephone conference with attorneys for Summit and Debtor regarding all administrative matters (.8); reviewed materials from attorney for Debtor (.2). | | |
| | H. Efroymson | 1.00 hrs. | 370.00/hr $ 370.00 |
| 06/30/05 | Reviewed April Monthly Operating Report. | | |
| | H. Efroymson | .20 hrs. | 370.00/hr $ 74.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 7.60 | 370.00 | 2,812.00 |
| TOTAL | 7.60 | 370.00 | 2,812.00 |

TOTAL Fees for Professional Services ................................. $    2,812.00

TOTAL DUE FOR THIS MATTER ................................. $    2,812.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    2,812.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Case Administration
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0005

INVOICE #:        527546

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$    2,812.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 527547    Page 1  
July 11, 2005

FOR SERVICES RENDERED THROUGH June 30, 2005  
Federal ID #35-0874357

OUR MATTER # 21926.0008  
Fee/Employment Applications  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/06/05 | Attention to need to prepare Fee Application, and communications with paralegal regarding same.<br>H. Efroymson | .20 hrs. | 370.00/hr | $ 74.00 |
| 06/06/05 | Investigated status of entry of Order Approving Fourth Application for Compensation (.2); assisted with analysis regarding timeline for filing Fifth Application for Compensation as Counsel for the Official Committee of Unsecured Creditors (.2).<br>M. Wilson | .40 hrs. | 175.00/hr | $ 70.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 0.20 | 370.00 | 74.00 |
| M. Wilson | 0.40 | 175.00 | 70.00 |
| TOTAL | 0.60 | 240.00 | 144.00 |

TOTAL Fees for Professional Services ................................... $   144.00

TOTAL DUE FOR THIS MATTER ............................................. $   144.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   144.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square    Box 82001    Indianapolis, IN 46282-0200    P 317-236-2100    F 317-236-2219    www.icemiller.com  
Indianapolis    Chicago    Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:       Unsecured Creditors' Committee of Auburn Foundry, Inc.
                   c/o Michael McGaughey, Chair
                   Citizens Gas & Coke Utility
                   2950 Prospect Street
                   Indianapolis, IN   46203

MATTER TITLE:      Fee/Employment Applications
                   Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:          21926.0008

INVOICE #:            527547

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      144.00

ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 527548    Page 1
July 11, 2005

FOR SERVICES RENDERED THROUGH June 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0011
Plan & Disclosure Statement
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/22/05 | Received and analyzed memorandum from attorney for Debtor with outline of new Plan terms.<br>H. Efroymson | 1.00 hrs. | 370.00/hr | $ 370.00 |
| 06/23/05 | Analyzed new Plan terms (.8).<br>H. Efroymson | .80 hrs. | 370.00/hr | $ 296.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| H. Efroymson | 1.80 | 370.00 | 666.00 |
| TOTAL | 1.80 | 370.00 | 666.00 |

TOTAL Fees for Professional Services ......................................... $    666.00

TOTAL DUE FOR THIS MATTER ................................................... $    666.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ....................................... $    666.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:        Unsecured Creditors' Committee of Auburn Foundry, Inc.
                    c/o Michael McGaughey, Chair
                    Citizens Gas & Coke Utility
                    2950 Prospect Street
                    Indianapolis, IN  46203

MATTER TITLE:       Plan & Disclosure Statement
                    Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:           21926.0011

INVOICE #:            527548

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................... $     666.00

ACCOUNTS ARE DUE UPON RECEIPT



ICEMILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn                Invoice 527549    Page 1
Foundry, Inc.                                                             July 11, 2005
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203


             FOR SERVICES RENDERED THROUGH June 30, 2005
                         Federal ID #35-0874357

             OUR MATTER # 21926.0014
             Avoidance Actions
             Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


06/02/05     Attention to status of preference activity and
             communications with attorney for Debtor regarding same.
             H. Efroymson                       .30 hrs.       370.00/hr  $       111.00

06/17/05     Reviewed extensive report on preferences.
             H. Efroymson                       .50 hrs.       370.00/hr  $       185.00

06/22/05     Reviewed preference analysis and report.
             H. Efroymson                      1.00 hrs.       370.00/hr  $       370.00

06/30/05     Reviewed Agreed Motion to Approve Motion Industries
             Settlement, with exhibits and Notice, and communications
             with attorneys for Debtor regarding same (.3); received
             and reviewed new preference analysis (.3).
             H. Efroymson                       .60 hrs.       370.00/hr  $       222.00


                              Summary of Fees

                                    Hours         Rate/Hr        Dollars

         H. Efroymson                 2.40         370.00          888.00
                      TOTAL           2.40         370.00          888.00


TOTAL Fees for Professional Services ....................................$      888.00


TOTAL DUE FOR THIS MATTER ................................................$      888.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................$      888.00



                        ACCOUNTS ARE DUE UPON RECEIPT


One American Square    Box 82001    Indianapolis, IN 46282-0200    P 317-236-2100    F 317-236-2219    www.icemiller.com
Indianapolis    Chicago    Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:      Unsecured Creditors' Committee of Auburn Foundry, Inc.
                  c/o Michael McGaughey, Chair
                  Citizens Gas & Coke Utility
                  2950 Prospect Street
                  Indianapolis, IN  46203

MATTER TITLE:     Avoidance Actions
                  Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:         21926.0014

INVOICE #:        527549

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    888.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn  
Foundry, Inc.  
c/o Michael McGaughey, Chair  
Citizens Gas & Coke Utility  
2950 Prospect Street  
Indianapolis, IN  46203

Invoice 527550    Page 1  
July 11, 2005

FOR SERVICES RENDERED THROUGH June 30, 2005  
Federal ID #35-0874357

OUR MATTER # 21926.0015  
Costs  
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

ITEMIZED CHARGES:

| Date | Description | | Amount |
|---|---|---|---|
| 06/15/05 | 6/9 Postage Expense | $ | 8.16 |
| | Photocopies | $ | 30.24 |

TOTAL Itemized Charges ............................................... $    38.40

TOTAL DUE FOR THIS MATTER ............................................. $    38.40

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    38.40

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836

CLIENT NAME:   Unsecured Creditors' Committee of Auburn Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN   46203

MATTER TITLE:   Costs
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:   21926.0015

INVOICE #:   527550

PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................................... $   38.40

ACCOUNTS ARE DUE UPON RECEIPT