UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

## **NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On July 13, 2005, Ice Miller, filed its *Fifth Application for Interim Allowances of Counsel for the Official Creditors' Committee and for Reimbursement of Expenses* (the "Application") and proposed Order for entry by the Court. The Application seeks approval of interim professional fees of $21,422.50 and reimbursement of expenses of $2,332.09, all without prejudice to the rights of any party-in-interest to object to the interim allowance of fees and expenses to Ice Miller. A copy of the Application[1] is attached to this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion, then **within 20 days from the date of this Notice,** you or your attorney must:

1.  File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 South Harrison Street
> P.O. Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2.  You must also mail a copy of your objection to:

---

[1] Due to the voluminous nature of Ice Miller's billing statements, in an effort to minimize copying and postage expenses, Ice Miller is serving copies of **Exhibit A** to the Application only upon the United States Trustee, the Debtor, counsel for the Debtor, and the chairmen of Official Committee of Unsecured Creditors. All other parties-in-interest will be provided with a copy of the same upon request made to Ice Miller.

>Henry A. Efroymson
>Ice Miller
>One American Square, Box 82001
>Indianapolis, Indiana  46282-0200
>
>Ellen L. Triebold
>Office of the United States Trustee
>100 East Wayne Street, Suite 555
>South Bend, Indiana 46601
>
>John R. Burns
>Mark A. Werling
>Baker & Daniels
>111 East Wayne Street, Suite 800
>Fort Wayne, Indiana 46802-2603

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  July 13, 2005

>ICE MILLER
>
>/s/ Henry A. Efroymson
>Henry A. Efroymson
>Ice Miller
>One American Square, Box 82001
>Indianapolis, Indiana  46282-0200
>(317) 236-2100 Telephone
>(317) 236-2219 Facsimile
>henry.efroymson@icemiller.com
>
>Attorneys for the Official Creditors'
>Committee of Auburn Foundry, Inc.