UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the *Notice of Motion and Opportunity to Object* to *Fifth Application for Interim Allowances of Counsel for the Official Creditors' Committee and for Reimbursement of Expenses*, attached hereto as **Exhibit A**, was served electronically and/or by first-class United States mail, postage prepaid, to the parties listed on **Exhibit B** on July 13, 2005.


Dates: July 13, 2005

                                                ICE MILLER

                                                /s/ Henry A. Efroymson
                                                Henry A. Efroymson
                                                Ice Miller
                                                One American Square, Box 82001
                                                Indianapolis, Indiana 46282-0200
                                                (317) 236-2100 Telephone
                                                (317) 236-2219 Facsimile
                                                henry.efroymson@icemiller.com

                                                Attorneys for the Official Creditors'
                                                Committee of Auburn Foundry, Inc.

1576032.1