UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

---

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 11 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427-reg |
| Debtor. ) | |

---

## APPEARANCE

COMES NOW the law firm of Rothberg Logan & Warsco LLP, and hereby enters its Appearance as conflicts counsel for Auburn Foundry, Inc.

Respectfully Submitted,

**ROTHBERG LOGAN & WARSCO LLP**

/s/ Mark A. Warsco
Mark A. Warsco (1626-02)
2100 National City Center
110 West Berry Street
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 422-9454
Facsimile:  (260) 422-1622
Conflicts Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 14th day of July, 2005:

John R. Burns (JF)                                    John R. Burns (SR)
jacklyn.faulkner@bakerd.com                  skrhoads@bakerd.com

*T:\- A\Auburn Foundry, Inc\PLD Appearance.doc*

| | |
|---|---|
| Mark A. Werling (TW) <br> tlwiley@bakerd.com | Ellen L. Triebold <br> Ellen.L.Triebold@usdoj.gov |
| Henry A. Efroymson <br> Henry.efroymson@icemiller.com | Josef S. Athanas <br> Latham & Watkins <br> Sears Tower, Suite 5800 <br> 233 South Wacker Drive <br> Chicago, IL  60606 |
| Robert B. Weiss <br> Tricia A. Sherick <br> Honigman, Miller, Schwartz & Cohn, LLP <br> 2290 First National Building <br> 660 Woodward Avenue <br> Detroit, MI  48226 | Jerald I. Ancel <br> Sommer & Barnard, PC <br> 111Monument Square, Suite 4000 <br> Indianapolis, IN  46204-5198 |
| Nancy J. Gargula <br> United States Trustee's Office <br> One Michiana Square, 5th Floor <br> 100 East Wayne Street <br> South Bend, IN  46601 | Grant F. Shipley <br> Shipley & Associates <br> gfs@gshipley.com |
| Lawrence S. Crowther <br> Wegman, Hessler & Vanderburg <br> 6055 Rockside Woods Blvd., Suite 200 <br> Cleveland, OH 44131 | Richard J. Swanson <br> Macey Swanson and Allman <br> rswanson@maceylaw.com |
| Stephen E. Lewis <br> Haller & Colvin, P.C. <br> slewis@hallercolvin.com | Stephen L. Fink <br> Barnes & Thornburg <br> sfink@btlaw.com |
| Becket & Lee, LLP <br> P.O. Box 3001 <br> 16 General Warren Blvd. <br> Malvern, PA 19355 | Gary D. Boyn <br> gboyn@warrickandboyn.com |
| Brian J. Lange <br> Schenkel, Tirpak & Kowalczyk <br> 520 South Calhoun Street <br> Fort Wayne, Indiana 46802 | Brad Rogers <br> rogers.brad@pbgc.gov |
| W. Erik Weber <br> Mefford and Weber, P.C. <br> Erik@lawmw.com | Robert E. Kabisch <br> Hunt Suedhoff Kalamaros, LLP <br> 803 S. Calhoun Street, 9th Floor <br> Fort Wayne, IN  46858-1489 |

Patrick L. Proctor  
Eilbacher Fletcher LLP  
803 South Calhoun Street, Ste. 400  
Fort Wayne, IN 46802  

                                                  /s/ Mark A. Warsco  
                                                  Mark A. Warsco