UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

|  |  |  |
|---|---|---|
| IN RE | ) | Chapter 11 |
|  | ) |  |
| AUBURN FOUNDRY, INC., | ) | Cause No. 04-10427 |
|  | ) |  |
| Debtor. | ) |  |

**STIPULATION REGARDING RESOLUTION OF THE
INDIANA DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT'S OBJECTION TO PARTIAL SALE**

In a motion filed on April 28, 2005 (the "Sale Motion"), the Debtor proposed a sale of certain assets, excepting, among other assets, the two landfills (the "Landfills") owned by the Debtor. The Indiana Department of Environmental Management filed a timely objection to the Debtor's proposed sale and asked that either the assets for sale be bundled to include the Landfills, or if the Landfills were not to be sold, that the debtor provide assurances that the public's health and safety will not be threatened by these landfills if subsequently abandoned.

This matter was set for a hearing on June 8, 2005 at 2:20 p.m., at which time appeared the counsel for all objecting parties, as well as counsel for the senior secured lender, one of the proposed buyers, the Debtor and the Department.

This Stipulation is entered into by and among the following parties (collectively, the "Parties"): (1) the Debtor, (2) Metal Technologies Auburn, LLC ("Buyer"), (3) the Department, and (4) SummitBridge National Investments, LLC, Debtor's senior secured lender ("Summit"). The Parties reached a resolution of the Department's objection. In open court on June 8, 2005, the Department withdrew its objection to the sale based upon the promises set forth below:

1.      **Sufficient Clay Next to the CR 50 Landfill.**  The Debtor's estate will retain approximately 54 acres of land under and around the County Road 50 landfill (the "CR 50 Landfill").  The general area is bounded by County Road 50 on the south, by Interstate 69 on the west, and extends north and east to include Monitoring Wells 1, 3, and 5.  Although the County Road 50 Landfill occupies a portion of this area, the adjacent land is needed to provide a source of clay in close proximity to the site for purposes of constructing a clay cap over the landfill.

2.      **Granting the Department Access to the Landfills.**  To the extent it is reasonably within their ability to do so, the Debtor and Buyer agree to give the Department reasonable access to the County Road 50 Landfill and the County Road 48 landfill (collectively, the "Landfills") as necessary for the Department to inspect, monitor, construct or maintain a cap on each of the Landfills, or otherwise take action to minimize the potential environmental harms posed by the Landfills.  The Department agrees to use County Road 50 as its primary access point to the County Road 50 Landfill, and will only seek access through Plant 2 (as defined in the Sale Motion) if the County Road 50 access is otherwise unavailable or unworkable.

3.      **$25,000 Pledge.**  Buyer shall contribute $25,000 to the trust fund held by the Department and dedicated for use on the Landfills.  Buyer hereby commits to making this payment on behalf of its designee, MTA.  The payments will be due as follows:

$5000  due October 1, 2005

$10,000 due October 1, 2006

$10,000 due October 1, 2007.

The check shall be made payable to "Indiana Department of Environmental Management", with notation "Bankruptcy Section – re: Auburn Foundry", and sent to the Deputy Attorney General at the address below.

4.      **Insurance Proceeds Paid to the Department.**  The Debtor has asserted a claim against certain Kemper insurance policies based upon environmental claims, including the claims made by the Department against the Debtor based upon environmental conditions at the Landfills.  The Debtor pledges that all proceeds from the Kemper insurance claims will be payable, to the extent otherwise permitted by applicable law, into the trust fund held by the Department and dedicated for use on the Landfills.

5.      **Consent of Buyer and Senior Secured Lender.**  Summit asserts a mortgage and security interests in substantially all of the Debtor's assets and securing debt in excess of $23 million.  Prior to the sale, the assets claimed to be secured to Summit included the County Road 50 Landfill and the land around it, and the proceeds from insurance claims.  As both the senior secured creditor and successful purchaser of the Debtor's assets, Summit agrees to the above disposition of the Department's Objection.   However, if for some reason this Stipulation is not approved and given effect by the Bankruptcy Court, Summit does not consent to any other use of the above-described assets.

Dated: June 17, 2005

STEVE CARTER
Indiana Attorney General
Attorney No. 4150-64

By: /s/Elizabeth A. Whelan
    Elizabeth A. Whelan
    Deputy Attorney General
    Atty. No. 24444-49
Office of the Attorney General
Indiana Government Center South
Fifth Floor
402 W. Washington Street
Indianapolis, IN  46204-2770
Telephone: (317) 232-234-3089
Facsimile: (31)232-7979

3

Auburn Foundry, Inc.

By: _*[signature: Thomas W. Wachtel]*_____

Its: _*President*_____

Metal Technologies Auburn, LLC

By: _____

Its: _____

SummitBridge National Investments, LLC

By: _____

Its: _____

Auburn Foundry, Inc.

*/s/ signature/*

Metal Technologies Auburn, LLC

*/s/ signature/*

SummitBridge National Investments, LLC