**IN THE
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | **Case No. 04-10427-REG** |
| | ) | |
| Debtor. | ) | |

**AMENDED APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
FOR UNPAID VACATION PAY, PERSONAL DAYS AND MEDICAL EXPENSES**

The Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 (collectively "Union"), by counsel, makes application for the allowance of an administrative claim on behalf of the bargaining unit employees of Debtor Auburn Foundry, Inc. ("Auburn") for unpaid 2004 and 2005 vacation pay, personal days and unpaid medical expenses. In support of its application, the Union states:

1. Auburn filed its Chapter 11 petition on 02/08/04.

2. The bargaining unit employees of Auburn are represented by the Union.

3. The Union and Auburn are parties to a collective bargaining agreement effective between 05/03/03 and 05/03/06 ("CBA").

4. All bargaining unit employees were laid off as of 04/22/05.

5. Section 13 of the CBA contains a provision concerning the payment of vacation pay. Pursuant to that provision, bargaining unit employees with a certain number of years of continuous service as of June 1st of each calender year are entitled to specific amounts of vacation pay. Vacation pay is paid on a pro rata basis for employees who are separated from employment prior to June 1st. The bargaining unit members are

1

    owed $150,522.39 for vacation pay owed between 2/8/04 and 6/1/04. The bargaining unit employees are owed a total of $643,577.06 in pro-rata vacation pay for 06/01/04 to 04/22/05.

6. Section 17.12 of the CBA contains a provision concerning the payment of personal days. Pursuant to that provision, bargaining unit employees are paid for unused personal days on the contract anniversary date (May 3rd). Personal days are paid on a pro rata basis for employees who are separated from employment prior to May 3$^{rd.}$ The bargaining unit members are owed $30,452.49 for personal days owed between 2/8/04 and 5/3/04. The bargaining unit employees are owed $104,976.80 for pro-rata 2005 personal days accrued between 05/03/04 and 04/22/05.

7. Section 14.2 of the CBA contains a provision concerning group health insurance benefits for bargaining unit members and their dependents. The bargaining unit members and their dependents are owed $606,842.79 in unpaid post-petition medical expenses.

8. The Union's claim on behalf of the bargaining unit members of Auburn for unpaid 2004 and 2005 vacation pay, personal days, and unpaid medical expenses in the total amount of $1,536,371.53, has the status of an allowed administrative claim as provided in Section 503(b) of the Bankruptcy Code. 11 U.S.C. § 503 (b).

For these reasons, the Union urges the Court to approve the Union's Amended Application for Allowance Of Administrative Claim For Unpaid Vacation Pay, Personal Days And Medical Expenses.

Respectfully submitted,

MACEY SWANSON AND ALLMAN

  /s/ Richard J. Swanson
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 22nd day of July, 2005.

| | |
|---|---|
| John R. Burns (JF)<br>jacklyn.faulkner@bakerd.com | Tricia A. Sherick<br>Honigman, Miller, Schwartz<br>  & Cohn, LLP<br>2290 First National Building |
| Mark A. Werling (TW)<br>tlwiley@bakerd.com | 660 Woodward Avenue<br>Detroit, MI 48226 |
| Henry A. Efroymson<br>Henry.efroymson@icemiller.com | Grant F. Shipley<br>gfs@gshipley.com |
| John R. Burns (SR)<br>skrhoads@bakerd.com | Stephen E. Lewis<br>slewis@hallercolvin.com |
| Ellen L. Triebold<br>Ellen.L.Triebold@usdoj.gov | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor |
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | 100 East Wayne St.<br>South Bend, IN 46601 |
| Robert B. Weiss | Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg |

3

| | |
|---|---|
| 6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 | Brad Rogers<br>rogers.brad@pbgc.gov |
| Jerald I. Ancel<br>Sommer & Barnard, PC<br>111 Monument Square, Suite 4000<br>Indianapolis, IN 46204-5198 | Brian J. Lange<br>Schenkel, Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802 |
| Stephen L. Fink<br>sfink@btlaw.com | W. Erik Weber<br>Mefford and Weber, P.C.<br>Erik@lawmw.com |
| Becket & Lee, LLP<br>P. O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Robert E. Kabisch<br>Hunt Suedhoff Kalamaros, LLP<br>803 S. Calhoun Street, 9th Floor<br>Fort Wayne, IN 46858-1489 |
| Gary D. Boyn<br>gboyn@warrickandboyn.com | |
| | Patrick L. Proctor<br>Eilbacher Fletcher LLP<br>803 South Calhoun Street, Ste. 400<br>Fort Wayne, IN 46802 |

                                          /s/ Richard J. Swanson
                                          Richard J. Swanson, Attorney No. 1605-49
                                          Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345