**IN THE**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **AUBURN FOUNDRY, INC.,** | ) | **Case No. 04-10427-REG** |
| | ) | |
| **Debtor.** | ) | |

## ORDER

At Fort Wayne, Indiana on _____

On July 22, 2005, the Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 (collectively "Union"), by counsel, filed an Amended Application for Allowance of Administrative Claim For Unpaid Vacation Pay, Personal Days And Medical Expenses in the above-captioned bankruptcy proceeding.

The Court, being duly advised, and no objections having been filed, said application is hereby approved in the sum of $1,536,371.53.

SO ORDERED.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT