**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **AUBURN FOUNDRY, INC.** | ) | **Case No. 04-10427-REG** |
| | ) | |
| **Debtor.** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Notice Of Motion And Opportunity To Object was served by United States mail, postage pre-paid, on the 22nd day of July, 2005, to all parties on the attached mailing Matrix.

      /s/ Richard J. Swanson
Richard J. Swanson, Attorney No. 1605-49
Attorney for Union

MACEY SWANSON AND ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com