| | | |
|---|---|---|
| Label Matrix for USBC<br>Northern District of Indiana<br>Case 04-10427-reg<br>Thu Jun 16 09:14:28 EST 2005 | O C TANNER<br>1930 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84115 | 3M VALLEY<br>600 E. MEIGS<br>VALLEY, NE 68064-0368 |
| A T & T<br>P.O. Box 96001309<br>Louisville, KY 40290-1309 | A-1 JANITORIAL SERVICE<br>PO BOX 241<br>WATERLOO, IN 46793 | A. F. Europe, Inc.<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023,  46204-2023 |
| A.F. EUROPE, INC.<br>635 W. ELEVENTH STREET<br>AUBURN, IN 46706 | ABB Inc.<br>9000 Regency Park<br>Suite 300<br>Cary, NC 27511 | ABB METALLURGY INC<br>1460 LIVINGSTON AVE<br>NORTH BRUNSWICK, NJ 08902 |
| ABF FREIGHT SYSTEM INC.<br>3320 N. WELLS ST.<br>FORT WAYNE, IN 46808 | ACORDIA<br>P.O. BOX 885<br>FT WAYNE, IN 46801-0885 | ADDIS INC<br>3721 LEE ROAD<br>CLEVELAND, OH 44120 |
| ADMETCO<br>7625 VICKSBURG PIKE<br>FORT WAYNE, IN 46850 | AERO-MOTIVE MANUFACTURING<br>5688 EAST ML AVE<br>KALAMAZOO, MI 49001 | AIR PRODUCTS AND CHEMICALS<br>PO BOX 25745<br>LEHIGH VALLEY, PA 18002-5742 |
| AIR TECHNICS INC.<br>2652 MERRIMONT DRIVE<br>TROY, OH 45373 | AIRBORNE EXPRESS<br>P.O. BOX 91001<br>SEATTLE, WA 98111 | AIRTECH ENVIRONMENTAL SERVICES<br>601A COUNTRY CLUB DRIVE<br>BENSENVILLE, IL 60106 |
| ALFA FINANCIAL CORPORATION<br>56 COLONIAL PARK DRIVE SUITE 200<br>ROSWELL, GA 30075 | ALLEN PATTERN WORKS INC.<br>616 EAST WALLACE STREET<br>P.O. BOX 10540<br>FORT WAYNE, IN 46803 | ALRO STEEL CORPORATION<br>PO BOX 10360<br>FT WAYNE, IN 46851-0360 |
| AMERICAN BIO MEDICA CORPORATION<br>122 SMITH ROAD<br>KINDERHOOK, NY 12106 | AMERICAN WIRE ROPE AND SLING<br>3122 ENGLE ROAD<br>FORT WAYNE, IN 46809 | AMETEK INC.<br>900 GREENBANK ROAD<br>WILMINGTON, DE 19808 |
| APPLIED METALS & MACHINE WORKS<br>1036 ST. MARYS AVENUE<br>FORT WAYNE, IN 46808 | ARAB PEST CONTROL<br>1130 PION RD<br>FORT WAYNE, IN 46825 | ARROW FENCE COMPANY, INC.<br>318 EDGEWOOD AVENUE<br>FORT WAYNE, IN 46805 |
| ARROW SERVICES INC<br>4121 NORTHRUP<br>FT WAYNE, IN 46805 | ASHLAND CHEMICAL CO<br>P O BOX 395<br>COLUMBUS, OH 43216-0395 | AUBURN CITY UTILITIES<br>PO BOX 506<br>AUBURN, IN 46706 |

AUBURN INN
225 TOURING DRIVE
AUBURN, IN 46706

AUSTIN PETROLEUM INC.
99 E. JOE STREET
HUNTINGTON, IN 46750

AUTO ELECTRIC
709 E WASHINGTON
FT WAYNE, IN 46802


AUTOMATIC DATA PROCESSING
OF INDIANAPOLIS INC
P.O. BOX 80419
INDIANAPOLIS, IN 46280-0419

AZTEC MILLENNIUM SUPPLY, I
8411 MAYHEW ROAD
FORT WAYNE, IN 46835

Air Products and Chemicals
Tom Jacob A6313
7201 Hamilton Blvd.
Allentown, PA 18195


American Arbitration Association
335 Madison Ave., 10th Fl.
New York, NY 10017

American Distribution Assoc.
335 Madison Ave., 10th Fl.
New York, NY 10017

American Express Travel Related SVCS CO
c/o Becket & Lee LLP
PO Box 3001, Dept AC
Malvern, PA 19355-0701


American Express Travel Related Svcs Co
Becket and Lee LLP, Attorneys/Agent
P.O. Box 3001
Malvern, PA 19355-0701

American Express Travel Related Svcs Co
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Anne Meeks Davis Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46306-2847


Antibus Scales and Systems
4809 Illinois Road
Fort Wayne, IN 46804

Arch Wireless
Attn: Division 19
11570 Mosteller Road
Cincinnati OH 45241

Ashland Incorporated
Ashland Inc.
Collection Dept.  DS3
PO Box 2219
Columbus, OH 43216,  43216


Ashland, Inc.
Collection Dept.
P.O. Box 2219
Columbus, OH 43216

Auburn Chrysler, Dodge, & Jeep, Inc.
507 South Grandstaff Drive
Auburn, IN 46706

Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN 46706


Austin Petroleum, Inc.
c/o Ron Ellis, President
99 East Joe Street
Huntington, IN 46750

B-P INDUSTRIAL DIVISION
8432 CENTRAL AVE., SUITE 3
SYLVANIA, OH 43560

BADEN, GAGE & SCHROEDER, LLC
6920 POINTE INVERNESS WAY, SUITE 300
FORT WAYNE, IN 46804


BANK OF AMERICA
Latham & Watkins Illinois LLP
Attn.: Josef S. Athanas
233 South Wacker Drive, Suite 5800
Chicago, IL 60606-4202,  60606-4202

BASSETT OFFICE SUPPLY INC
509 SOUTH MAIN STREET
AUBURN, IN 46706

BAYARD ADVERTISING AGENCY
902 BROADWAY, 10TH FLOOR
NEW YORK, NY 10010


BBC PUMP AND EQUIPMENT CO., INC.
1125 WEST 16TH ST
PO BOX 22098
INDIANAPOLIS, IN 46222

BBC Pump and Equipment Co., Inc.
777 N. Tibbs Ave.
PO Box 22098
Indianapolis, IN 46222

BBC Pump and Equipment Co., Inc.
777 N. Tibbs Avenue
PO Box 22099
Indianapolis, IN 46222


BEARDSLEY AND PIPER, LLC
751 SHORELINE DRIVE
AURORA, IL 60504

BELCON CORP.
P.O. BOX 4763
OAK BROOK, IL 60522-4763

BGR INC
25703 SPRINGFIELD CENTER ROAD
HARLAN, IN 46743

BGR Inc.
6392 Grand Road
West Chester, Ohio 45069

BISBEE INFARED SERVICES
1304 W MICHIGAN
JACKSON, MI 49204

BLISS CLEARING NIAGRA, INC.
683 NORTHLAND AVENUE
BUFFALO, NY 14211

BLUE FLAME OF WATERLOO
P.O. BOX 428
WATERLOO, IN 46793

BOBCAT FINANCIAL SERVICES
8001 RIDGEPOINT DRIVE
IRVING, TX 75063

BOBCAT OF FORT WAYNE
3630 GOSHEN ROAD
FORT WAYNE, IN 46818

BOHL CRANE INC
1930 LAKEVIEW DRIVE
FT WAYNE, IN 46808

BOHREN LOGISTICS, INC.
325 N. TAYLOR ROAD
GARRETT, IN 46738

BOHREN-MERCER WAREHOUSE AND DISTRIBUTION
325 N. TAYLOR RD
GARRETT, IN 46738

BOSTWICK-BRAUN COMPANY
ST RD 4 169
ASHLEY, IN 46705

BPC - BELL PACKAGING CORPORATION
PO BOX 3333
MARION, IN 46953-0333

BPC - Bell Packaging Corporation
PO Box 3006
Marion, IN 46953-0333

BRAKE MATERIALS & PARTS INC
800 SHERMAN AT PAPE
FORT WAYNE, IN 46808

BREAD BASKET
115 NORTH MAIN STREET
AUBURN, IN 46706

BRECHBUHLER SCALES
3306 CAVALIER DRIVE
FORT WAYNE, IN 46808

BREHOB ELECTRIC EQUIPMENT INC.
1334 SOUTH MERIDIAN STRET
INDIANAPOLIS, IN 46225

BRIAN S AUTOMOTIVE CENTER
1110 SOUTH GRANDSTAFF DRIVE
AUBURN, IN 46706

BRISTAL METAL PRODUCTS, INC
3000 LEBANON CHURCH ROAD
WEST MIFFLIN, PA 15122

BUSINESS IMPRESSIONS
509 S MAIN ST
AUBURN, IN 46706

BUTLER & BUTLER CONSTRUCTION
1803 GRANDSTAFF DRIVE SOUTH
AUBURN, IN 46706

Bank of America, National Association
231 S. LaSalle, 16th Floor
Chicago, IL 60697

Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

Becket & Lee, LLP
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Best Access Systems
6161 E. 75th St.
Indianapolis, IN 46250

Bobcat of Fort Wayne, Inc.
3630 Goshen Road
Fort Wayne, IN 46818

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH 43612

Bostwick-Braun
1946 N. 13th Street
Toledo, OH 43624

Bostwick-Braun Company
1946 North 13th Street
Toledo, OH 43624

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Brehob Corp.
P O Box 2023
Indianapolis IN 46206-2023

Brehob Electric Equipment Inc.
P.O. Box 2023
Indianapolis, IN 46225

John R. Burns(DM)
111 East Wayne Street
Fort Wayne, IN 46802

John R. Burns(JF)
Baker & Daniels
111 E. Wayne Street
Suite 800
Fort Wayne, IN 46802

John Burns(SR)
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

C A PICARD SURFACE ENGINEER
SURFACE ENGINEERING DIVISION, INC.
689 SUGAR LANE
ELYRIA, OH 44035

C MILLER & SONS INC
6707 GABION WAY
FT WAYNE, IN 46818

CALAR INC
1010 C WEST SEVENTH STREET
AUBURN, IN 46706

CAMS, INC.
495 VILLAGE PARK DRIVE
POWELL, OH 43065

CAMWAY TRANSPORTATION CORP
7846 WEST CENTRAL AVENUE
TOLEDO. OH 43617

CANTEEN
2715 AMERICAN WAY
FORT WAYNE, IN 46809

CARPENTER BROTHERS INC.
6120 NORTON CENTER DRIVE
MUSKEGON, MI 49441

CARPER FARM SUPPLY INC
PO BOX 159
ASHLEY, IN 46705

CARRIER VIBRATING EQUIPMENT
P.O. BOX 37070
LOUISVILLE, KY 40233-7070

CASCADE PATTERN COMPANY
5191 TERNES AVENUE
ELYRIA, OH 44035

CC METALS AND ALLOYS INC
UNIVERSITY CORPORATE CENTRE
300 CORPORATE PARKWAY - 216N
AMHERST, NY 14226

CERTANIUM. ALLOYS & RESEARCH
6510 NORTHPARK BLVD.
CHARLOTTE, NC 28216

CERTIFIED REDUCER REBUILDERS
32079 MILTON
MADISON HEIGHTS, MI 48071

CINCINNATI PLUS
PARTS DIVISION
4701 MARBURG AVENUE
CINCINNATI, OH 45209

CITIZENS GAS & COKE UTILITIES
2020 NORTH MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITY OF AUBURN
% REBECCA FULLER
P.O.BOX 506
AUBURN, IN 46706

CLASSIC CITY AUTOMOTIVE INC
503 MICHIGAN AVENUE
AUBURN, IN 46706

CLEAN CONVEYOR SOLUTIONS
DIVISION OF CVP GROUP, INC.
P.O. BOX 67
WILLOW SPRINGS, IL 60480-0067

COMPLETE DRIVES INC
1542 W. AUBURN DRIVE
AUBURN, IN 46706

COMPLETE MAINTENANCE & STA
5405 HURSH ROAD
FORT WAYNE, IN 46845

COMTRONIX CORPORATION
2213 EAST 45TH STREET
INDIANAPOLIS, IN 46205-2297

CONSOLIDATED INDUSTRIES
6228 HOLLY OAK DRIVE
FORT WAYNE, IN 46818

COPELCO CAPITAL, INC.
P.O. BOX 728
PARK RIDGE, NJ 07656

COPPER AND BRASS SALES INC.
530 NORTHFIELD DRIVE
BROWNSBURG, IN 46112

CORE TECH INC
6000 OLD MAUMEE RD
FT WAYNE, IN 46803

COTTERMAN COMPANY
130 SELTZER ROAD
CROSWELL, MI 48422

| | | |
|---|---|---|
| COVERT MANUFACTURING INC.<br>328 SOUTH EAST STREET<br>GALION, OH 44833 | COVINGTON BOX<br>3514 US 6<br>WATERLOO, IN 46793 | CROSIBLE INC.<br>P.O. BOX 271<br>MORAVIA, NY 13118 |
| CRYSTAL CLEAN<br>C O PETROLEUM MANAGEMENT<br>7901 WEST MORRIS ST.<br>INDIANAPOLIS, IN 46231 | CURRENT INC<br>2120 E. WASHINGTON<br>FT WAYNE, IN 46803-1329 | CURTIS 1000<br>PO BOX 11271<br>FT WAYNE, IN 46856 |
| CUSTOM ENGINEERING & FABRICATION<br>2471 CR 64<br>AUBURN, IN 46706 | Calar Inc.<br>PO Box 458<br>Syracuse, IN 46567 | Carolyn D. Honer<br>C/O Keaton And Keaton<br>P.O. Box 11208<br>Fort Wayne, IN 46856-1208 |
| Cascade Pattern Co.<br>c/o Brian Green<br>25101 Chagrin Blvd., Suite 220<br>Beachwood, Ohio 44122 | Cascade Pattern Company<br>Shapero, Green & Michel LLC<br>Signature Square II, Suite 220<br>25101 Chagrin Blvd.<br>Cleveland, OH 44122 | Centennial Wireless<br>421 Fernhill Avenue<br>Fort Wayne, IN 46805 |
| Ceruti's Catering<br>615 Professional Way<br>Kendallville, IN 46755 | Christy Davis Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023, 46204-202 | Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Propect Street<br>Indianapolis, IN 46203 |
| City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706 | City of Auburn<br>c/o Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, IN 46802 | City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 |
| Commissioner of Labor/IOSHA<br>402 W. Washington Street, RM W-195<br>Indianapolis, IN 46204 | Complete Drives Inc.<br>6419 Discount Dr.<br>Fort Wayne, IN 46818 | Complete Drives Inc.<br>6419 Discount Drive<br>Fort Wayne, IN 46818 |
| Complete Maintenance & Staffing, Inc.<br>5405 Hursh Road<br>Fort Wayne, IN 46845 | Corporate Benefit Strategy<br>5181 Plainfield Ave. NE, Suite D<br>Grand Rapids, MI 46535 | Covington Box & Packaging, Inc.<br>c/o Beckman Lawson, LLP<br>Attn: Howard B. Sandler, Esq.<br>PO Box 800<br>Fort Wayne, IN 46801-0800, 46801-0800 |
| Crown Equipment Corporation<br>1919 Research Drive<br>Fort Wayne, IN 46808 | Lawrence S. Crowther<br>6055 Rockside Woods Blvd, Suite 200<br>Cleveland, OH 44131 | Custom Engineering & Fabrication<br>1631 East Pontiac St.<br>Fort Wayne, IN 46803 |
| Custom Engineering & Fabrication<br>1631 East Pontiac Street<br>Fort Wayne, IN 46809 | D.A.S. SERVICES, INC.<br>2310 WEST 175 NORTH<br>ANGOLA, IN 46703 | DAUBER COMPANY INC<br>577 NORTH 18TH ROAD<br>TONICA, IL 61370 |

DAVID B. FINK
P.O. BOX 72
AUBURN, IN 46706

DAVID J. JOSEPH COMPANY
659 VAN METER STREET, SUITE 530
CINCINNATI, OH 45202

DEKALB COUNTY TREASURER
COURTHOUSE
AUBURN, IN 46706

DEKALB COUNTY, INDIANA
DEKALB COUNTY ASSESSOR, COURT HOUSE
100 SOUTH MAIN STREET
AUBURN, IN 46706

DEKALB ENGINEERING
700 E QUINCY STREET
GARRETT, IN 46738

DEKALB MEMORIAL HOSPITAL
PO BOX 542
AUBURN, IN 46706

DELL FINANCIAL SERVICES, L.P.
14050 SUMMIT DRIVE, BLDG. A, SUITE 101
AUSTIN, TX 78758

DIAMOND POWER SPECIALTY CO
2520 EAST MAIN STREET
LANCASTER, OH 43130-0787

DICTATING & TIME SYSTEMS
2212 SOUTH CALHOUN STREET
FORT WAYNE, IN 46802

DIETERT FOUNDRY TESTING INC
9190 ROSE LAWN AVE.
DETROIT, MI 48204

DIGITAL COMMUNICATION PROD
3720 SOUTH CALHOUN STREET
FT WAYNE, IN 46862-2107

DIGITAL REPROGRAPHICS, INC.
105 CHAMBEAU ROAD
FORT WAYNE, IN 46805

DISA GOFF, INC.
1 PLEASANT GROVE ROAD
SEMINOLE, OK 74868

DISA INDUSTRIES INC.
80 KENDALL POINT DRIVE
OSWEGO, IL 60543

DISA INDUSTRIES, INC.
80 KENDALL POINT DRIVE
OSWEGO, IL 60543

DISA Industrie, Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

DIVERSIFIED PATTERN & ENG
100 PROGRESS WAY
AVILLA, IN 46710-0230

DOALL SOUTH BEND CO INC
802 S. BEIGER ST.
MISHAWAKA, IN 46544

DON R FRUCHEY INC
5608 OLD MAUMEE ROAD
FT WAYNE, IN 46803

DORSCH TOOL & ENG CO
3419 GEORGETOWN RD
INDIANAPOLIS, IN 46224

DR LUBRICANTS INC
4611 NEWAYGO ROAD, SUITE D
FT WAYNE, IN 46825

DUCA MANUFACTURING INC
761 MCCLURG ROAD
BOARDMAN, OH 44512

DUFFY OFFICE PRODUCTS
7712 LIMA ROAD
FORT WAYNE, IN 46818

DURAFLO EQUIPMENT COMPANY, INC.
1737 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN 46201

Daniel T. March
C/O John C. Grimm
P.O. Box 31
Auburn, IN 46706

Dauber Company Inc.
577 North 18th Road
Tonica, IL 61370

David B. Fink, Debtor by G. D. Boynm, Tr
c/o Warrick & Boyn LLP
Attn: Gary D. Boyn
121 West Franklin Street, Suite 400
Elkhart, IN  46516-3278,  46516-3278

David Burr Fink, by Tower Bank & Trust C
Tower Bank & Trust Co., as Trustee
c/o Martin E. Seifert, Esq.
Haller & Colvin, P.C.
444 East Main Street, Fort Wayne, IN 468

David Hunter
5206 N. Manitou Trail
Leland, MI 49654

David M. Meeks Jr. Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN  46305-2847

David Weber
4213 Arkway Ct.
Fort Wayne, IN 46814

Dayton Freight
PO Box 340
Vandalia, OH 45377

Dayton Freight Lines Inc
6450 Poe Ave. Ste 311
Dayton, Ohio 45414

DeKalb Co. Nuisance Animal Control
4107 CR 35
Auburn, IN 46706

Dell Financial Services
PO Box 99200
Chicago, IL 60693

Detrick L. Franklin
C/O Chritopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

Detrick L. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Ste. 400
Fort Wayne, IN 46802, 46802

Dick Taylor Consulting 635 Land 425
Jimmerson Lake
Fremont, IN 46737

Digital Communication Prod.
3720 South Calhoun Street
Fort Wayne, IN 46807

Disa Goff, Inc.
PO Box 1607
Seminole, OK 74818

Don R. Fruchey, Inc.
Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, Indiana 46802, 46802

Duraflo Equipment Company, Inc.
3910 - B Culligan Avenue
Indianapolis, IN 46218

Duraflo Equipment Company, Inc.
3910-B Culligan Avenue
Indianapolis, IN 46218

E-FILLIATE INC.
11321 WHITE ROCK RD
RANCHO CORDOVA, CA 95742

EAGLE FOUNTAIN WORKS, INC.
8 WINCHESTER ROAD
ORMOND BEACH, FL 32174

EASTERN ENGINEERING SUPPLY
2810 NORTH WHEELING
MUNCIE, IN 47303

ECLECTRIC COMPANY
18315 RICHEY LANE
HUNTERTOWN, IN 46748

EDGLO LABORATORIES INC
2107 EAST WASHINGTON BLVD
FT WAYNE, IN 46803

EDS
PO BOX 4582
POSTAL STATION A
TORONTO, ON M5W 4W4

EDWARDS MEDICAL
495 WOODCREEK DRIVE
BOLINGBROOK, IL 60440

EIRICH MACHINES INC
4033 RYAN RD
GURNEE, IL 60031

ELEVENTH STREET CAPITAL, LL
635 WEST ELEVENTH STREET
AUBURN, IN 46706

ELKEM METALS INC.
P O BOX 266
PITTSBURGH, PA 15230-0266

ELY CRANE & HOIST
1247 EAST 222ND STREET
EUCLID, OH 44117

EMED COMPANY INC.
P.O. BOX 369
BUFFALO, NY 14240-0369

EMERGENCY RADIO SERVICE
4410 EARTH DRIVE
FORT WAYNE, IN 46809

EMPIRE REFRACTORY SALES INC
3525 METRO DRIVE
FORT WAYNE, IN 46818

EMPLOYER S SECURITY INC
PO BOX 1045
ELKHART, IN 46515

ENCO MFG CO
400 NEVADA PACIFIC HIGHWAY
FERNLEY, NV 89408

ENGINEERED TOOLING
P.O. BOX 48
ALBION, IN 46701

| | | |
|---|---|---|
| ENVIRO CONTROL METALS<br>650 CHESTNUT STREET S.W<br>GRAND RAPIDS, MI 49503 | EPIC MACHINE<br>201 INDUSTRIAL WAY<br>FENTON, MI 48430 | ERNST AND YOUNG LLP<br>PO BOX 710884<br>CINCINNATI, OH 45271-0884 |
| EWALD ENTERPRISES INC<br>PO BOX 80165<br>FT WAYNE, IN 46898-0165 | EXECUTONE INFORMATION SYSTEMS<br>ATTN LCR DEPARTMENT<br>P.O. BOX 52843<br>PHOENIX, AZ 85072-2843 | Earth Tech, Inc.<br>5555 Glenwood Hills Pkwy. S.E.<br>Grand Rapids, MI 49512 |
| Edglo Laboratories Inc.<br>2121 E. Washington Blvd.<br>Fort Wayne, IN 46803 | Edglo Laboratories, Inc.<br>2121 East Washington Blvd.<br>Fort Wayne, IN 46803 | Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 |
| Edwin P. Rosebrock<br>Patrick L. Proctor<br>803 South Calhoun St., 4th Floor<br>Fort Wayne, IN 46802 | Edwin P. and Mary K. Rosebrock<br>C/O Patrick Procter, Eilbacher Scott<br>110 W. Berry St., Ste 2202<br>Fort Wayne, IN 46802 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282 |
| Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204-2023,  46204-202 | Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204-2023,  46204-202 | Elkem Metals Inc.<br>Stacy Cairns<br>PO Box 266<br>Pittsburgh, PA 15230 |
| Elliot Transport System, Inc.<br>MC 250424<br>4104-32nd Avenue South<br>Moorhead, MN 56561-0366 | Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 | Enco Mfg Co<br>P.O. Box 357<br>Farmingdale, NY 11735 |
| Eric Davis<br>1565 West Maumee Street<br>Angola, IN 46703 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald | FAIRMOUNT MINERALS<br>P O BOX 400<br>BRIDGEMAN, MI 49106 |
| FALCON FOUNDRY CO<br>PO BOX 301<br>LOWELLVILLE, OH 44436-0301 | FARGO WEAR INC<br>1801 CANIFF AVENUE<br>DETROIT, MI 48212-2917 | FIRE PROTECTION INC<br>750 W NORTH ST SUITE C<br>AUBURN, IN 46706 |
| FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 | FMTHUR<br>8408 MANOR DRIVE<br>FORT WAYNE, IN 46825 | FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 |
| FOX CONTRACTORS CORP.<br>5430 FERGUSON ROAD<br>FORT WAYNE, IN 46809 | FRANK H GILL COMPANY<br>2859 BERNICE ROAD<br>LANSING, IL 60438 | FRANKLIN CAPITAL FINANCIAL SERVICES, LLC<br>112 NORTH GRANT STREET<br>NORTH AURORA, IL 60542 |

FREEMAN MFG & SUPPLY COMPANY  
27655 GROESBECK HWY  
ROSEVILLE, MI 48066  

FRISKNEY GEAR & MACHINE CORP  
350 NORTH BRIDGE STREET  
CORUNNA, IN 46730  

FT WAYNE ORTHOPAEDICS  
P.O. BOX 2526  
FORT WAYNE, IN 46801  


Fairmount Minerals  
Michelle Pezanoski  
P.O. Box 177  
Wedron, IL 60557  

Fastenal Company  
923 Cardinal Court  
Auburn, IN 46706  

Stephen L. Fink  
Barnes & Thornburg  
600 One Summit Square  
Fort Wayne, IN 46802  


Fire Protection, Inc.  
Curt & Tim Howard  
750 W. North Street  
Auburn, IN 46706  

First Insurance Funding Corp.  
450 Skokie Blvd., Ste 1000  
P.O. Box 3306  
Northbrook, IL 60065-3306  

Fox Contractors Corp.  
c/o Stephen E. Lewis, Esq.  
Haller & Colvin, P.C.  
444 East Main Street  
Fort Wayne, IN 46802  


Fox Contractors Corp.  
c/o Stephen E. Lewis, Esq.  
Haller & Colvin, P.C.  
444 East Main Street  
Fort Wayne, Indiana 46802,  46802  

Frank H Gill Company  
P.O. Box 703  
Lansing, IL 60438-0703  

Frank H Gill Company  
PO Box 703  
Lansing, IL 60438-0703  


GENERAL KINEMATICS CORP  
777-T LAKE ZURICH ROAD  
BARRINGTON, IL 60010  

GEORGE E BOOTH COMPANY  
8202 W 10TH ST  
INDIANAPOLIS, IN 46214-2432  

GMAC BUSINESS CREDIT, LLC  
300 GALLERIA OFFICENTRE, STE 110  
SOUTHFIELD, MI 48034  


GMAC Business Credit, LLC  
3000 Town Center, Suite 280  
Southfield, MI 48075  

GMP Local 322  
C/O Richard J. Swanson  
445 N. Pennsylvania Street, Suite 401  
Indianapolis, IN 46204-1800  

GOEGLEIN I S  
7311 MAYSVILLE ROAD  
FORT WAYNE, IN 46815-8199  


GOLDEN RULE SANITATION, IN  
9905 KRESS ROAD  
ROANOKE, IN 46783  

GRAINGER INC  
5002 SPEEDWAY DRIVE  
FT WAYNE, IN 46825  

GRAYCRAFT SIGNS PLUS INC  
434 WEST 7TH STREET  
AUBURN, IN 46706  


GREAT LAKES CARBON CORP  
FOUR GREENSPOINT PLAZA, SUITE 2200  
16945 NORTHCHASE DRIVE  
HOUSTON, TX 77060-2133  

GROHOLSKI MANUFACTURING SO  
PO BOX 15742  
FORT WAYNE, IN 46885  

Nancy J. Gargula  
One Michiana Square  
5th Floor  
100 East Wayne Street  
South Bend, IN 46601  


Gary G. Schock  
C/O Randal S. Forbee  
P.O. Box 374  
Angol, IN 46703  

Gary G. Shock  
c/o Randal S. Forbes  
PO Box 374  
Angola, IN 46703  

General Kinematics Corp  
5050 Rickert Road  
Crystal Lake, IL 60014-7333  


General Motors Corporation  
Tricia A. Sherick, Esq.  
Honigman Miller Schwartz and Cohn LLP  
2290 First National Bldg.  
Detroit, MI 48226,  48226  

Gerald L. Martin, III  
c/o Christopher C. Myers & Associates  
809 S. Calhoun St., Ste. 400  
Fort Wayne, IN 46802  

Gerald Martin  
C/O Chritopher C. Myers  
809 S. Calhoun St., Ste 400  
Fort Wayne, IN 46802

Glass, Molders, Pottery, Plastics and Al
c/o Richard J. Swanson
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204

Goeglein's Inc.
7311 Maysville Road
Fort Wayne, IN 46815-8199

H E C O INC
3509 S BURDICK ST
KALAMAZOO, MI 49001

H.A. SMOLEN COMPANY INC.
PO BOX 9055
HIGHLAND, IN 46322

HANEY S GLASS OF AUBURN
930 WEST 15TH STREET
AUBURN, IN 46706

HARBOR METAL, INC
PO BOX 644
BENTON HARBOR, MI 49023

HARTLEY CONTROLS CORP.
2400 HOLLY ROAD
NEENAH, WI 54956

HERAEUS ELECTRO-NITE COMPANY
INSTRUMENT LAB
1418 EAST 86TH PLACE
MERRILLVILLE, IN 46410

HICKMAN WILLIAMS & COMPANY
COMMERCE PLAZA
2015 SPRING ROAD
OAK BROOK, IL 60521

HILL AND GRIFFITH CO.
3637 FARNSWORTH
INDIANAPOLIS, IN 46241

HIPSHER TOOL & DIE, INC.
1593 S. STATE ROAD 115
WABASH, IN 46992

HOOK INDUSTRIAL SALES INC.
2731 BROOKLYN AVE.
PO BOX 9177
FORT WAYNE, IN 46899

HOOSIER TRAILER & TRUCK EQ
4830 TODD DRIVE
FORT WAYNE, IN 46803

HOT CREWS INC
PO BOX 13094
FT WAYNE, IN 46803

HYDRONIC & STEAM EQUIP CO
8950 BASH STREET
INDIANAPOLIS, IN 46256

Harbor Metal Treating Co. of Indiana
PO Box 644
Benton Harbor, MI 49023

Charles J. Heiny
444 East Main Street
Fort Wayne, IN 46802

Heraeus Electro-Nite Company
One Summit Square 1st Floor
Suite 100
Langhorne, PA 19047

Heraeus Electro_Nite Co.
One Summit Square 1st Floor
Suite 100
Langhorne PA 19047

Hi-Vac Corporation
117 Industry Road
Marietta, OH 45750

Hickman, Williams & Company
PO Box 538
Cincinnati, OH 45201
Attention: T. L. Meadors

Matthew M. Hohman
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802-2663

Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

I.R.S.
230 S. DEARBORNE, ROOM 2560
5014 CHI
CHICAGO, IL 60604

IBM CREDIT CORPORATION
I NORTH CASTLE DRIVE
ARMONK, NY 10504-2575

IBM CREDIT LLC
1 NORTH CASTLE DRIVE
ARMONK, NY 10504-2575

IBM Corporation
Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60181

IBM Corporation
2707 Butterfield
Oak Brook, IL 60521

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

IN Dept. of Environmental Management
100 North Senate Avenue
P.O. Box 6015
Indianapolis, IN 46204

| | | |
|---|---|---|
| INDIANA DEPARTMENT OF REVENUE<br>100 NORTH SENATE<br>ROOM N203<br>INDIANAPOLIS, IN 46204-2217 | INDIANA REFRACTORIES INC.<br>1624 SIMONS STREET<br>FT. WAYNE, IN 46803 | INDUCTOTHERM CORP<br>10 INDEL AVE<br>RANCOCAS, NJ 08073 |
| INDUSTRIAL CERAMIC PRODUCT<br>14401 SUNTRA WAY<br>MARYSVILLE, OH 43040 | INDUSTRIAL MARKETING INC.<br>114 W. TOLEDO STREET<br>FREMONT, IN 46737 | INDUSTRIAL SPECIALITIES<br>9621 WHITE HILL DRIVE<br>FORT WAYNE, IN 46804-5953 |
| INDUSTRIAL TOOL SERVICE INC.<br>612 HAYDEN STREET<br>FORT WAYNE, IN 46802 | INDUSTRIAL TUBE & STEEL CO<br>P.O. BOX 640137<br>CINCINNATI, OH 45264-0137 | INDUSTRON CORPORATION<br>2044 VALLEYDALE TERRACE<br>BIRMINGHAM, AL 35244 |
| INGERSOLL-RAND CO<br>AIR COMPRESSOR GROUP<br>2516-1 INDUSTRIAL PARK DRIVE<br>GOSHEN, IN 46526 | INOVIS<br>ATTN BILLING<br>2425 N. CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080 | INTERLUBE CORPORATION<br>4646 BAKER AVENUE<br>CINCINNATI, OH 45212-2594 |
| INTERMEC TECHNOLOGY CORP.<br>9290 LESAINT DRIVE<br>FAIRFIELD, OH 45014-5454 | INTERNATIONAL QUALITY<br>521 CLEVELAND<br>LINCOLN PARK, MI 48146 | INTERNATIONAL SURFACE PREP<br>1606 EXECUTIVE DR<br>LAGRANGE, GA 30241 |
| IRCON INC<br>7300 N. NATCHEZ AVE.<br>NILES, IL 60714 | IVY TECH<br>3800 NORTH ANTHONY BLVD<br>FORT WAYNE, IN 46805 | Indiana Department of Revenue<br>100 North Senate<br>Indianapolis, IN 46204-2253 |
| Indiana Department of Revenue<br>100 North Senate<br>Room N203<br>Indianapolis IN 46204-2217 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-203<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | Indiana Department of Revenue<br>County Tax<br>100 North Senate<br>Indianapolis, IN 46204-2253 |
| Indiana Department of Workforce Developm<br>Beverly Korobkin<br>10 North Senate Avenue, SE200<br>Indianapolis, IN 46204-2277 | Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204 | Industrial Specialties<br>9621 White Hill Ct.<br>Fort Wayne, IN 46804-5953 |
| Internal Revenue Service<br>230 South Dearborn, Room 2560<br>5014 CHI<br>Chicago, IL 60604 | Internal Revenue Services<br>230 South Dearborn, Room 2560<br>5014CHI<br>Chicago, IL 60604 | J & K COMMUNICATIONS INC.<br>222 S. TOWER VIEW DRIVE<br>COLUMBIA CITY, IN 46725 |
| J & L INDUSTRIAL SUPPLY<br>PO BOX 3359<br>LIVONIA, MI | J E BEARING AND MACHINE LTD.<br>68 SPRUCE STREET<br>TILLSONBURG, ON N4G 4H8 | J-LENCO INC<br>664 N HIGH STREET<br>LARUE, OH 43332 |