# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

IN THE MATTER OF:       )

                               )        **Chapter 11**

AUBURN FOUNDRY, INC.,    )        **Cause No.  04-10427-REG**

                               )

        Debtor.          )

## APPEARANCE

The law firm of Hawk, Haynie, Kammeyer & Chickedantz, LLP by Michael D. Hawk, hereby enters its written appearance for American Motorists Insurance Company in the above-entitled cause.

Respectfully submitted,

HAWK, HAYNIE, KAMMEYER
& CHICKEDANTZ, LLP


By:    /s/Michael D. Hawk
       Michael D. Hawk, #22386-02
       116 East Berry Street
       Lincoln Tower, Suite 302
       Fort Wayne, IN 46802
       (260) 422-1515
       COUNSEL FOR AMERICAN MOTORISTS
       INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 8th day of August, 2005 via first class, U.S. Mail, postage prepaid, or via ECF to all parties of record.


/s/Michael D. Hawk
Michael D. Hawk