UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Chapter 11 |
| ) | Case No. 04-10427-REG |
| Debtor. ) | |

**AMERICAN MOTORISTS INSURANCE COMPANY'S
LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE STIPULATION
REGARDING RESOLUTION OF THE INDIANA DEPARTMENT OF
ENVIRONMENTAL MANAGEMENT'S OBJECTION TO PARTIAL SALE**

American Motorists Insurance Company ("AMICO"), by and through its counsel, files the following limited objection to the Motion to Approve Stipulation Regarding Resolution of the Indiana Department of Environmental Management's Objection to Partial Sale filed by Auburn Foundry, Inc., as Debtor and Debtor-in-Possession (the "Debtor"):

1. On or about April 28, 2005, Debtor proposed a sale of certain assets, excepting, among other assets, two landfills operated by Debtor. The Indiana Department of Environmental Management ("IDEM") filed an objection to the proposed sale and asked that either the assets for sale include the two landfills or, if the landfills were not sold, that Debtor provide assurances that the public's health and safety would not be threatened by the landfills if they were subsequently abandoned.

2. On or about June 17, 2005, Debtor and the IDEM entered into a Stipulation Regarding Resolution of the IDEM's Objection to Partial Sale filed by Debtor (the "Stipulation"), which included the following provision:

> 4. Insurance Proceeds Paid to the Department. The Debtor has asserted a claim against certain Kemper insurance policies based upon environmental claims, including the claims made by the [IDEM] against the Debtor based upon environmental conditions at the Landfills. The Debtor pledges that all proceeds from the Kemper insurance claims will

be payable, to the extent otherwise permitted by applicable law, into the trust fund held by the [IDEM] and dedicated for use on the Landfills.

(hereinafter "Paragraph 4 of the Stipulation").

3. On July 20, 2005, Debtor filed a Motion to Approve the Stipulation.

4. AMICO objects to the Motion to the extent Paragraph 4 of the Stipulation improperly guarantees that the AMICO policies issued to Debtor will provide coverage for and pay the environmental claims brought against Debtor by the IDEM.

5. Should payments be made by AMICO regarding the environmental claims brought against Debtor by the IDEM, any such payments shall be subject to each and every term and condition of the AMICO Policies issued to Debtor, including, but not limited to, policy exclusions for pollution claims and Other Insurance provisions of the AMICO Policies.

WHEREFORE, American Motorists Insurance Company objects to the Motion to Approve Stipulation Regarding Resolution of the Indiana Department of Environmental Management's Objection to Partial Sale filed by Auburn Foundry, Inc. as set forth above.

DATED: August 8, 2005

AMERICAN MOTORISTS INSURANCE COMPANY

By:   /s/ Michael D. Hawk
       Michael D. Hawk  #22386-02

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 8th day of August, 2005 via first class, U.S. Mail, postage prepaid, or via ECF to all parties of record.

By:   /s/ Michael D. Hawk
       Michael D. Hawk  #22386-02