IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

---

IN THE MATTER OF: )
) Chapter 11
AUBURN FOUNDRY, INC., )
) BK Case No. 04-10427-reg
Debtor. )

---

O R D E R

At Fort Wayne, Indiana, on   August 9, 2005.

Application for Allowance of Attorneys' Fees of Rothberg Logan & Warsco LLP, having been filed by Rothberg Logan & Warsco LLP, conflicts counsel for the Debtor in the above-captioned bankruptcy proceeding, and the Court being duly advised, and no objections having been filed, said application is hereby approved in the sum of Seven Thousand Two Hundred Thirty-Two and 50/100 Dollars ($7,232.50) in fees and Four Hundred Thirteen and 56/100 Dollars ($413.56) in expenses.

SO ORDERED.

/s/ Robert E. Grant
JUDGE, UNITED STATES BANKRUPTCY COURT

*T:\- A\Auburn Foundry, Inc\PLD Attorney Fee Order.doc*