UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | Cause No. 04-10427-REG |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO ADMIT
## ROBERT W. BRUNNER AND CYNTHIA ARROTTI CARTER
### *PRO HAC VICE*

Comes now Michael D. Hawk of Hawk, Haynie, Kammeyer & Chickedantz, LLP, pursuant to L.R. 83.5(c) of the U.S. District Court for the Northern District of Indiana, and requests the Court admit Robert W. Brunner and Cynthia Arrotti Carter, to appear in this case as counsel for American Motorists Insurance Company, an interested party, for the purposes of this action only. In support of this Motion to Admit Robert W. Brunner and Cynthia Arrotti Carter, *pro hac vice*, he shows the Court as follows:

1. Mr. Brunner is a partner with the law firm of Bollinger, Ruberry & Garvey, 500 West Madison Street, Chicago IL 60661 and is a member in good standing of the State Bar of Illinois. Attached hereto, made part thereof and marked as Exhibit "A" is the Affidavit of Robert W. Brunner.

2. Ms. Carter is an associate with the law firm of Bollinger, Ruberry & Garvey, 500 West Madison Street, Chicago IL 60661 and is a member in good standing of the State Bar of Illinois. Attached hereto, made part thereof and marked as Exhibit "B" is the Affidavit of Cynthia Arrotti Carter.

WHEREFORE, Michael D. Hawk requests the Court admit Robert W. Brunner and Cynthia Arrotti Carter, _pro hac vice_, for the purposes of this action only.

Respectfully submitted;

HAWK, HAYNIE, KAMMEYER & CHICKEDANTZ

/s/ Michael D. Hawk
Michael D. Hawk (#22386-02)
Attorney for American Motorists Insurance Company
116 East Berry Street
Lincoln Tower, Suite 302
Fort Wayne, IN 46802
(260) 422-1515

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2005, a true and correct copy of the above and foregoing was served on all parties and counsel of record by depositing a copy of same in the United States mail, postage prepaid, or by ECF.

/s/Michael D. Hawk
Michael D. Hawk

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | Cause No. 04-10427-REG |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT

Robert W. Brunner, being duly sworn, upon oath his deposes and says:

1. I am a partner with the law firm of Bollinger, Ruberry & Garvey, 500 West Madison Street, Suite 2300, Chicago, Illinois 60661.

2. I was admitted to the State of Illinois and District of Columbia Bars in 1991, and I am a member in good standing of the both Bars. I have never been disciplined or suspended from the practice of law.

3. American Motorists Insurance Company has requested that I represent its interests in this litigation, along with local Indiana counsel, Hawk, Haynie, Kammeyer & Chickedantz, LLP.

4. I agree to abide by all rules governing the Court of the State of Indiana, and all local rules, including all disciplinary rules.

5. I have read Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and will faithfully adhere to them.

6. I make this Affidavit in support of the Application for Admission *pro hac vice* as requested by American Motorists Insurance Company, an interested party, in the above matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert W. Brunner

STATE OF ILLINOIS      )
                       )SS:
COUNTY OF COOK         )

Subscribed and sworn to before me, a Notary Public in and for said County and State, this 11th day of August, 2005.

OFFICIAL SEAL
KRISTY CORDES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/30/05

_____
A Notary Public residing in Cook
County, Illinois

My Commission Expires:
9/30/05

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | Cause No. 04-10427-REG |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT

Cynthia Arrotti Carter, being duly sworn upon her oath deposes and says:

1. I am an associate with the law firm of Bollinger, Ruberry & Garvey, 500 West Madison Street, Suite 2300, Chicago, Illinois 60661.

2. I was admitted to the State of Illinois Bar in 2003, and I am a member in good standing of the Bar. I have never been disciplined or suspended from the practice of law.

3. American Motorists Insurance Company has requested that I represent its interests in this litigation, along with local Indiana counsel, Hawk, Haynie, Kammeyer & Chickedantz, LLP.

4. I agree to abide by all rules governing the Court of the State of Indiana, and all local rules, including all disciplinary rules.

5. I have read Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and will faithfully adhere to them.

6. I make this Affidavit in support of the Application for Admission *pro hac vice* as requested by American Motorists Insurance Company, an interested party, in the above matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Cynthia Arrotti Carter

STATE OF ILLINOIS        )
                         )SS:
COUNTY OF Cook           )

      Subscribed and sworn to before me, a Notary Public in and for said County and State, this 10th day of August, 2005.

*Monica A. Nelson*

A Notary Public residing in Will County, Illinois

My Commission Expires:

10/21/08

"OFFICIAL SEAL"
MONICA A NELSON
COMMISSION EXPIRES 10/21/08