UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | Cause No. 04-10427-REG |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | |
| Debtor. | ) | |

ORDER

Comes now Michael D. Hawk of the law firm of Hawk, Haynie, Kammeyer & Chickedantz, LLP and files his Motion to admit Robert W. Brunner and Cynthia Arrotti Carter, *pro hac vice*.

The Court being duly advised in the premises now GRANTS said Motion.

Robert W. Brunner and Cynthia Arrotti Carter are hereby admitted to appear in this case as counsel for American Motorists Insurance Company, an interested party.

SO ORDERED THIS_____DAY OF AUGUST, 2005.

_____
JUDGE,
UNITED STATES BANKRUPTCY COURT