IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

------------------------------------------------------------
IN THE MATTER OF:                              )
                                               )    Chapter 11
AUBURN FOUNDRY, INC.,                          )
                                               )    BK Case No. 04-10427-reg
                         Debtor.               )
------------------------------------------------------------

O R D E R

At Fort Wayne, Indiana, on  August 9, 2005.

Application for Allowance of Attorneys' Fees of Rothberg Logan & Warsco LLP, having been filed by Rothberg Logan & Warsco LLP, conflicts counsel for the Debtor in the above-captioned bankruptcy proceeding, and the Court being duly advised, and no objections having been filed, said application is hereby approved in the sum of Seven Thousand Two Hundred Thirty-Two and 50/100 Dollars ($7,232.50) in fees and Four Hundred Thirteen and 56/100 Dollars ($413.56) in expenses.

SO ORDERED.

                                    /s/ Robert E. Grant
                           JUDGE, UNITED STATES BANKRUPTCY COURT

*T:\- A\Auburn Foundry, Inc\PLD Attorney Fee Order.doc*

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1            User: jlesure            Page 1 of 1              Date Rcvd: Aug 09, 2005
Case: 04-10427                  Form ID: pdf004          Total Served: 1

The following entities were served by first class mail on Aug 11, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2005**                        Signature:    *Joseph Speetjens*