UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

**UNION'S MOTION FOR ORDER REQUIRING
ASR CORPORATION TO PRODUCE DOCUMENTS AT 2004 EXAMINATION**

The Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-CLC and its Local 322 (collectively "Union "), by counsel, pursuant to Bankruptcy Rule 2004(c), requests that the Keeper of Records, ASR Corportion ("ASR") be required to attend an examination at the offices of GMP Local 322, 110 Depot Street, Auburn, IN 46706 on 09/12/05 at 10:00 a.m. and to produce the documents listed on the subpoena attached as Exhibit A. In support of this motion, the Union states:

1. Debtor filed this Chapter 11 case on 02/08/04.

2. The bargaining unit employees of Auburn are represented by the Union.

3. The Union and Auburn are parties to a collective bargaining agreement effective between 05/03/03 and 05/03/06 ("CBA").

4. Pursuant to Section 14.2 of the CBA, Auburn was contractually obligated to provide group heath insurance benefits to the bargaining unit members and their dependents. It is the Union's understanding that Auburn was self-insured for group health insurance.

5. Certain bargaining unit members and their dependents have unpaid post-petition medical expenses which would constitute an administrative claim under Section 503(b) of the Bankruptcy Code 11 U.S.C. §503(b).

6.  On 07/22/05, the Union filed its Amended Application for Allowance of Administrative Claim For Unpaid Vacation Pay, Personal Pay And Medical Expenses.

7.  The Union needs the records of the unpaid medical benefits of the bargaining unit members and their dependents to prove up its administrative claim for medical expenses on behalf of the bargaining unit members.

8.  ASR was Auburn's Third Party Administrator for its group health insurance plan for the bargaining unit employees and, as a result, should have records concerning the unpaid medical expenses for the bargaining unit employees.

WHEREFORE, the Union requests that the Keeper of Records of ASR Corporation be required to attend a Rule 2004 examination at the offices of GMP Local 322 on 09/12/05 at 10:00 a.m. and to produce the documents listed on the subpoena attached Exhibit A.

                Respectfully submitted,

                /s/Richard J. Swanson
                Richard J. Swanson
                Attorney for Union

MACEY SWANSON AND ALLMAN
445 N. Pennsylvania Street
Suite 401
Indianapolis, IN 46204
(317) 637-2345
rswanson@maceylaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the following counsel of record by United States first class mail, postage prepaid this 12th day of August, 2005:

See Attached Service List.

    /s/Richard J. Swanson
Richard J. Swanson