# ATTACHMENT A TO SUBPOENA

### NOTICE CONCERNING RULE 30(b)(6) AND  DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

Rule 30(b)(6) of the Federal Rules of Civil Procedure provides that a party may name a private corporation in a subpoena for a deposition and describe with reasonable particularity the matters on which examination is requested.  In that event, the organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.

In response to the subpoena to which this Notice is attached, GMP and its Local 322 request that, pursuant to Rule 30(b)(6), ASR Corporation designate the individual or individuals with the most complete knowledge concerning the following matters on which examination is requested and direct that individual to be present for a 2004 examination beginning on September 12, 2005 at 10:00 a.m. at the offices of GMP Local 322, 110 Depot Street and to bring the following documents requested concerning which the designee will be questioned.

1.  Schedules, print-outs or other documents, for the period between 02/08/04 and the present, showing unpaid medical/prescriptions expenses of bargaining unit or former bargaining unit employees of Auburn Foundry, Inc. and/or their spouses or dependents.

2.  Correspondence or other documents exchanged between Auburn Foundry, Inc. and ASR Corporation concerning payment of medical expenses of bargaining unit employees and their spouses or dependents since 02/08/04.