UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

### ORDER

This case is before the Court on the Union's Motion For Order Requiring ASR Corporation To Produce Documents At 2004 Examination at the offices of GMP Local 322, 110 Depot Street, Auburn, IN 46706 on 09/12/05 at 10:00 a.m.  Having considered the motion and being duly advised, it is hereby ORDERED that the motion is GRANTED and that the Keeper of the Records of ASR Corporation is ORDERED to appear for a 2004 examination and to produce the requested documents at the offices of GMP Local 322 on 09/12/05 at 10:00 a.m.

SO ORDERED this ____ day of _____, 2005.

_____
JUDGE, UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF INDIANA