IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**LIMITED OBJECTION TO ADMINISTRATIVE CLAIM FOR**
**UNPAID VACATION PAY, PERSONAL DAYS AND MEDICAL EXPENSES**

    The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor"), Debtor, by counsel files this limited objection to the Application for Allowance of Administrative Claim and Unpaid Vacation Pay, Personal Days and Medical Expenses filed by the Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 (collectively "Union") and in support of its objections states that:

    1.  Contrary to the Amended Application, not all bargaining unit employees were laid off as of April 22, 2005.  Unfortunately, many employees were terminated in December 2004, at the time Debtor closed its facility known at Plant I.  Additionally, a few bargaining unit employees remained employed after April 22, 2005, for a relatively short period of time.

    2.  Debtor does not dispute the existence of a collective bargaining agreement ("CBA") or its applicability to bargaining unit members.  Further, Debtor does not dispute that pursuant to the CBA bargaining unit members are owed amounts for vacation pay, personal days and medical expenses.

    3.  The exact amounts owed by Debtor as administrative claims under the group claim (Claim No. 252) for such benefits as are described in paragraphs 5, 6, 7 and 8 of the Amended Application are not accurate as stated.  Consequently, it will be necessary for applicant

to provide detailed and itemized claim information on behalf each individual claimant for each category of claim. With respect to claims for medical benefits, not all claims have been processed by the third-party entity responsible for such processing.

4. Debtor has cooperated with representatives of the Union and its counsel in attempting to document the various claims and will continue to do so in order to assist Union in providing the exact and accurate amounts for each category of claim for each individual unit employee.

5. This limited objection is filed for the purpose of clarifying that the specific amounts stated in the Application for Allowance of Administrative Claim and Unpaid Vacation Pay, Personal Days and Medical Expenses are not accurate as set forth, and should be the subject of an audit to determine the exact amount of each claim in each category for each individual claimant.

6. The Court should not approve a group claim for aggregated amounts when each claim in each category can be specifically determined for each former employee entitled to such a claim.

For the reasons set forth above, Debtor requests that the Court deny the Amended Application for Allowance of Administrative Claim and Unpaid Vacation Pay, Personal Days and Medical Expenses as filed.

Dated: August 15, 2005            BAKER & DANIELS LLP

By: /s/ John R Burns III
     John R Burns III (#3016-02)
     Mark A. Werling (#20426-02)
     111 East Wayne Street, Suite 800
     Fort Wayne, Indiana 46802
     Telephone: (260) 424-8000
     Facsimile: (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

### Certificate of Service

       I hereby certify that on August 15, 2005, a copy of the foregoing **LIMITED OBJECTION TO ADMINISTRATIVE CLAIM FOR UNPAID VACATION PAY, PERSONAL DAYS AND MEDICAL EXPENSES** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system or by first-class, United States mail, postage prepaid and properly addressed to the following:

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Glass, Molders, Pottery, Plastics and Allied
Workers International Union Local 322
c/o Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

s/ John R Burns

BAKER & DANIELS LLP
111 East Wayne
Suite 800
Fort Wayne, Indiana 46802