IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## NOTICE OF OBJECTION TO CLAIM

To:  Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322.

The Debtor-in-Possession, Auburn Foundry, Inc. ("AFI" or the "Debtor") has filed an objection to your claim in this bankruptcy case.  A copy of the objection accompanies this notice.

**As a result of the objection, your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney.**

If you do not want the court to eliminate or change your claim, then **within thirty (30) days** of the date of this notice you or your attorney must:

1. File with the court a written response to the objection, explaining your position at:

   United States Bankruptcy Court
   Northern District of Indiana
   E. Ross Adair Federal Building and
      United States Courthouse
   1300 South Harrison Street
   Fort Wayne, Indiana 46802

If you mail your response to the court, you must mail it early enough so that it will be **received** within the time required.

2. You must also mail a copy of your response to:

   John R Burns
   Baker & Daniels LLP

-2-

111 East Wayne Street, Suite 800
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

      If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date:  August 15, 2005               BAKER & DANIELS LLP

                                By:  /s/ John R Burns III
                                       John R Burns III (#3016-02)
                                       Mark A. Werling (#20426-02)
                                       111 East Wayne Street, Suite 800
                                       Fort Wayne, Indiana 46802
                                       Telephone:  (260) 424-8000
                                       Facsimile:  (260) 460-1700

                                ATTORNEYS FOR THE DEBTOR,
                                AUBURN FOUNDRY, INC.