IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On or about June 28, 2005, Auburn Foundry, Inc. ("AFI") filed an Agreed Motion To Approve Settlement With Motion Industries Inc., asking the Court to approve AFI's settlement with Motion Industries Inc., pursuant to Bankruptcy Rule 9019, of a disputed claim under § 547 of the Bankruptcy Code requiring payment by Motion Industries, Inc., to the bankruptcy estate in the agreed amount of $49,000.00. A copy of the Agreed Motion is attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Agreed Motion, then **within 20 days from the date of this Notice**, you or your attorney must:

1. File a written objection to the Agreed Motion, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

      John R Burns III
      Baker & Daniels
      111 E. Wayne Street, #800
      Fort Wayne, IN 46802

    If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the Agreed Motion for hearing, which you or your attorney will be expected to attend.

Date:  August 16, 2005

                      BAKER & DANIELS

                      By:  /s/ John R Burns III
                           John R Burns III (#3016-02)
                           Mark A. Werling (#20426-02)
                           111 East Wayne Street, Suite 800
                           Fort Wayne, Indiana 46802
                           Telephone:  (260) 424-8000
                           Facsimile:  (260) 460-1700

                      ATTORNEYS FOR THE DEBTOR,
                      AUBURN FOUNDRY, INC.