UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor | ) | | |

## O R D E R

At Fort Wayne, Indiana, on August 24, 2005.

On August 11, 2005, a Motion to appear pro hac vice was electronically filed in this case on behalf of Robert Brunner and Cynthia Carter without payment of the $80.00 filing fee, as required by 28 U.S.C. § 1930, or the Schedule of Fees of The Judicial Conference of the United States prescribed pursuant thereto. It is hereby

ORDERED that counsel shall fully pay the required fee within eight (8) days of this date. The failure to do so will result in the current filing being denied without further notice. The court will take no further action with regard to the current filing and any time limits associated with it, e.g. 11 U.S.C. § 362(e), shall not begin to run until this order has been complied with.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Robert E. Grant_
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court