IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ITEMIZED STATEMENT

Baker & Daniels ("B&D"), hereby files its Itemized Statement of attorneys' fees and expenses incurred by B&D in acting as counsel for Auburn Foundry, Inc., during the period beginning June 1, 2005, and ending June 30, 2005 attached hereto as Exhibit "A."

Contemporaneously herewith, B&D has served by mail a copy of the Itemized Statement upon counsel of record in this case and the United States Trustee.

Pursuant to the order of April 22, 2004 approving provisional monthly payment of fees and expenses, Debtor will, with respect to the period ending June 30, 2005 pay eighty percent (80%) of the attorneys' fees in the amount of $74,631.50 (80% being $59,705.20) and one hundred percent (100%) of the monthly expenses in the amount of $5,223.45 incurred by B&D as reflected in the Itemized Statement, except as to such amounts as may have been specifically objected to within ten (10) days of the service of the Itemized Statement.

The Debtor's Senior Lenders have agreed to a "carve-out" from their collateral of certain amounts to pay fees.  **To the extent such carve-out funds are insufficient to pay in full the fees itemized herein, Debtor will not pay such fees without first filing a separate Motion to Disburse Funds and obtaining specific Court approval for the payment of such fees**. Consequently, any payment of fees pursuant to this Itemized Statement will not diminish the

BDDB01 4130614v1

amount of any funds available to the Debtor that are not subject to a lien in favor of the Senior Lenders.

      B&D will incorporate its Statements into interim fee applications that shall be filed every 120 days with the court for review, hearing, and approval in accordance with § 331 of the Bankruptcy Code.

      BAKER & DANIELS

      By:  /s/ John R Burns III
          John R Burns III (#3016-02)
          Mark A. Werling (#20426-02)
          111 East Wayne Street, Suite 800
          Fort Wayne, Indiana 46802
          john.burns@bakerd.com
          mark.werling@bakerd.com
          Telephone:  (260) 424-8000
          Facsimile:  (260) 460-1700

      ATTORNEYS FOR THE DEBTOR,
      AUBURN FOUNDRY, INC.

**CERTIFICATE OF SERVICE**

   I certify that a copy of the foregoing Itemized Statement was served by electronic mail or by first-class United States mail, postage prepaid, this 24th day of August, 2005, upon the following persons or counsel:

| | |
|---|---|
| Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Jerald I. Ancel<br>Sommer Barnard Attorneys. PC<br>One Indiana Square, \<br>Suite 3500<br>Indianapolis, IN 46204 | Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 |
| Elizabeth A. Whelan<br>Office of the Attorney General<br>Indiana Government Center South, 5th Fl.<br>302 W. Washington Street<br>Indianapolis, IN 46204 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002 |
| Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 | Richard J. Swanson<br>Macey Swanson and Allman<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204-1800 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Stephen L. Fink<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802 |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Gary D. Boyn<br>Warrick & Boyn, L.L.P.<br>121 W. Franklin Street<br>Elkhart, IN 46516 |
| Brian J. Lange<br>Schenkel, Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802-0501 | James T. Young<br>Rubin & Levin, P.C.<br>342 Massachusetts Avenue, Ste. 500<br>Indianapolis, IN 46204-2161 |

| | |
|---|---|
| W. Erik Weber<br>Mefford and Weber, P.C.<br>130 East 7th Street<br>P.O. Box 667<br>Auburn, IN 46706 | Michael D. Hawk<br>Hawk, Haynie, Jammeyer & Chickedantz<br>116 East Berry St.<br>Lincoln Tower Suite 302<br>Fort Wayne, IN 46802 |
| Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite #1904<br>Fort Wayne, IN 46802 | Scott C. Andrews<br>Rubin & Levin, P.C.<br>342 Massachusetts Avenue, Suite 500<br>Indianapolis, IN 46204 |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>444 E. Main St.<br>Fort Wayne, IN 46802 | Patrick L. Proctor<br>Eilbacher Fletcher LLP<br>803 South Calhoun Street, Ste 400<br>Fort Wayne, IN 46802 |
| Marlene Reich<br>Sommer, Barnard Attorneys, PC<br>One Indiana Square<br>Suite 3500<br>Indianapolis, IN 46204 | Brad Rogers<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005-4026 |
| Martin E. Seifert<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | Grant F. Shipley<br>Shipley & Associates<br>233 West Baker Street<br>Fort Wayne, IN 46802-3413 |
| Matthew M. Hohman<br>Barnes & Thornburg<br>600 One Summit Square<br>Fort Wayne, IN 46802-2663 | Daniel J. Skekloff<br>Skekloff, Adelsperger & Kleven, LLP<br>927 South Harrison Street<br>Fort Wayne, IN 46802 |
| Ellen L. Triebold<br>Office of the United States Trustee<br>One Michiana Square, Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601 | |

/s/ John R Burns III