| | AUBURN FOUNDRY | | | |
|---|---|---|---|---|
| | Charge Allocation | | | |
| | | | | |
| | Category | # of Hours | Total | |
| 1 | General Administration | 71.8 | $15,442.00 | |
| 2 | Financing, Cash Use, and DIP | 4.1 | $1,537.50 | |
| 3 | Labor and Employment | 14.8 | $5,086.50 | |
| 4 | Environmental | 20.2 | $6,342.00 | |
| 5 | Plan and Disclosure Statement/Asset Sale | 138.2 | $43,945.00 | |
| 6 | Customer and Vendor Issues | 0.0 | $0.00 | |
| 7 | Preference Recoveries | 10.1 | $2,278.50 | |
| | | | | |
| | TOTAL HOURS | 259.2 | | |
| | TOTAL FEES | | $74,631.50 | |
| | | | | |
| | Payable per Order (80%) | | $59,705.20 | |
| | Disbursements (100%) | | $5,223.45 | |
| | | | | |
| | **TOTAL NOW PAYABLE** | | **$64,928.65** | |



EXHIBIT

A

| AUBURN FOUNDRY | | | | |
|---|---|---|---|---|
| Counsel List | | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Bomberger, J.A. | Partner | $315.00 | 7.9 | $2,488.50 |
| Burns, J. R. | Partner | $375.00 | 125.7 | $47,137.50 |
| Dale, G.N. | Partner | $315.00 | 1.4 | $441.00 |
| McGrath, M.F. | Of Counsel | $325.00 | 0.3 | $97.50 |
| Juba, M.F. | Associate | $160.00 | 23.9 | $3,824.00 |
| Hurley, R.M. | Associate | $170.00 | 0.2 | $34.00 |
| Lemert, M.M. | Associate | $235.00 | 0.3 | $70.50 |
| Werling, M. A. | Associate | $240.00 | 65.2 | $15,648.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 28.4 | $3,976.00 |
| Harber, J.E. | Paralegal | $155.00 | 5.9 | $914.50 |
| | | | 259.2 | $74,631.50 |

## AUBURN FOUNDRY
### Counsel List

| NAME | TITLE | HOURLY RATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bomberger, J.A. | Partner | $315.00 | 0.5 | | | 7.4 | | | | 7.9 | $2,488.50 |
| Burns, J.R. | Partner | $375.00 | 15.6 | 4.1 | 10.6 | 8.9 | 83.8 | | 2.7 | 125.7 | $47,137.50 |
| Dale, G.N. | Partner | $315.00 | | | 1.4 | | | | | 1.4 | $441.00 |
| | | | | | | | | | | | |
| McGrath, M.F. | Of Counsel | $325.00 | | | | 0.3 | | | | 0.3 | $97.50 |
| | | | | | | | | | | | |
| Juba, M.F. | Associate | $160.00 | 8.1 | | | 3.6 | 6.7 | | 5.5 | 23.9 | $3,824.00 |
| Hurley, R.M. | Associate | $170.00 | 0.2 | | | | | | | 0.2 | $34.00 |
| Lemert, M.M. | Associate | $235.00 | | | 0.3 | | | | | 0.3 | $70.50 |
| Werling, M.A. | Associate | $240.00 | 13.8 | | 2.5 | | 47.7 | | 1.2 | 65.2 | $15,648.00 |
| | | | | | | | | | | | |
| Faulkner, J.L. | Paralegal | $140.00 | 27.7 | | | | | | 0.7 | 28.4 | $3,976.00 |
| Harber, J.E. | Paralegal | $155.00 | 5.9 | | | | | | | 5.9 | $914.50 |
| | | | | | | | | | | | |
| | | | 71.8 | 4.1 | 14.8 | 20.2 | 138.2 | 0.0 | 10.1 | 259.2 | **$74,631.50** |

Page 1 of 1

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

July 22, 2005
Invoice Number 1239919

0080031        Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through June 30, 2005 and not reflected on a prior bill:

0004426   Chapter 11

Total Services.............................$        72,132.50
Total Disbursements..................$          5,219.72

Total This Matter.......................$        77,352.22

Total This Invoice...........................................................................$        77,352.22

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  June 30, 2005
Invoice Number  1239919

0080031    Auburn Foundry, Inc.
  0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/20/05 | Preparation for closings on Plant 1 and Plant 2 facilities | JRB | 1.50 | 562.50 |
| 05/23/05 | Preparation for closings on Plant 1 and Plant 2 facilities | JRB | 1.30 | 487.50 |
| 05/26/05 | Preparation for closings on Plant 1 and Plant 2 facilities | JRB | .90 | 337.50 |
| 05/27/05 | Preparation for closings on Plant 1 and Plant 2 facilities | JRB | 1.00 | 375.00 |
| 05/30/05 | Preparation for closings on Plant 1 and Plant 2 facilities | JRB | .60 | 225.00 |
| 06/01/05 | Follow-up office conference re HIPPA letter (.1); review and assess e-mail, office conference re KERP (.2); review docket and continue preparation for sale hearing (.5); office conferences, e-mail re potential response to sale objections, APA status, review Judge Grant's opinion in GT re same (.5); attention to lease related issues (.3) | MAW | 1.60 | 384.00 |
| 06/01/05 | Pacer research | JLF | .30 | 42.00 |
| 06/01/05 | Exchange correspondence with M. Eidelman re KERP issues (.3); correspondence with D. Maude re same (.2); consideration of open issues with Summit and means to conclude same (.5) | JRB | 1.00 | 375.00 |
| 06/01/05 | Review latest draft of office lease and APA and consideration of debtor's position on same | JRB | .70 | 262.50 |
| 06/01/05 | Prepare for contested hearing to approve sale | JRB | 1.20 | 450.00 |
| 06/01/05 | Exchange email with J. Turner re tendering proposed order, including consideration of issues raised | JRB | .40 | 150.00 |
| 06/01/05 | Review status of sale documents and otherwise prepare for contested hearing to approve sale (1.1); consideration of means to deal with outstanding administrative obligations (.9) | JRB | 2.00 | 750.00 |
| 06/01/05 | Work on sale hearing and closing issues | JRB | 1.10 | 412.50 |
| 06/02/05 | Exchange correspondence with S. Brown of Motion Industries | MFJ | .40 | N/C |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | re settlement negotiations (.3); memo to G. Taylor of Hanson Aggregates discussing the Court's order approving the preference settlement (.1) | | | |
| 06/02/05 | Receive correspondence from H. Efroymson and consider appropriate response (.3); exchange correspondence with D. Maude re auction expenses (.2); exchange correspondence with D. Maude and M. Eidelman re lease for debtor's continued use of office space (.4) | JRB | .90 | 337.50 |
| 06/02/05 | Correspondence regarding and consideration of computer leases (.3);  consideration of landfill issues and options for dealing with same (.5) | JRB | .80 | 300.00 |
| 06/02/05 | Review and assess case e-mail (.2); review and analyze proposed office lease, related agreements (.2) | MAW | .40 | 96.00 |
| 06/02/05 | Review recent filings | JLF | .30 | 42.00 |
| 06/03/05 | Work on environmental issues and consideration of means to resolve IDEM objection or litigate issues raised by objection | JRB | 1.40 | 525.00 |
| 06/03/05 | Extended telephone call with M. Eidelman re KERP issues and implementation (.4)and follow-up re issues raised (.4) | JRB | .80 | 300.00 |
| 06/03/05 | Consideration of successor liability issues and research re prior orders on similar issues (.8); exchange correspondence with M. Eidelman re same (.4) | JRB | 1.20 | 450.00 |
| 06/03/05 | Prepare for contested hearing to approve sale to Summit, including consideration of potential for brief testimony re TQS | JRB | 1.60 | 600.00 |
| 06/03/05 | Review and comment on revised sale order, follow-up consideration of successor liability issues (.7); follow-up attention to IDEM concerns (.3); review and assess miscellaneous case e-mail (.2) | MAW | 1.20 | 288.00 |
| 06/03/05 | Exchange correspondence with M. Eidelman re KERP and sale issue and consideration of issues raised | JRB | 1.30 | 487.50 |
| 06/03/05 | Extended telephone call with D. Maude re Flint office lease and potential settlement re claims arising from same, discussion of computer leases and Plant 1 office lease (.4); consideration of issues raised and options for dealing with same (.3) | JRB | .70 | 262.50 |
| 06/04/05 | Follow-up re KERP motion, including exchange email correspondence with M. Eidelman re same | JRB | .40 | 150.00 |
| 06/04/05 | Receive and respond to correspondence from M. Eidelman re proposed orders and follow-up re issue raised | JRB | .30 | 112.50 |
| 06/06/05 | Telephone call with M. Werling regarding status of Kemper | RMH | .20 | 34.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | coverage claim | | | |
| 06/06/05 | Attend to sale hearing preparation, objection-related concerns, related office conferences, e-mail re same (3.0); telephone conference with Summit counsel re same (.2); attend to office and equipment lease issues, telephone conference with D. Maude re same (.6); continue attention to KERP related issues, telephone conference, office conferences re same (.4); attend to IDEM, Kemper policy concerns, office conference re same (.5); telephone conference with MTI re sale hearing issues (.1); follow-up work re APA related issues (.6) | MAW | 5.40 | 1,296.00 |
| 06/06/05 | Confer with L. Marzi, Legal Publications Coordinator, re legal ad published April 5 and invoice amount | JLF | .50 | 70.00 |
| 06/06/05 | Prepare for sale hearing and consider liquidation issues | JRB | 1.50 | 562.50 |
| 06/07/05 | Legal research re substantive and procedural requirements for receiving approval of proposed sale in addition to Judge Grant's treatment of such proposals in prior sale hearings | MFJ | 1.80 | N/C |
| 06/07/05 | Prepare for and meet with T. Junk of Indiana Attorney General's Office re IDEM claim and potential resolution of objection to sale | JRB | 1.00 | 375.00 |
| 06/07/05 | Consideration of Union concerns, exchange email with R. Swanson re same, and follow-up re issues raised | JRB | .50 | 187.50 |
| 06/07/05 | Consideration of TSQ claim and efforts to resolve (.3); correspondence to M. Eidelman re claim (.2); follow-up re IDEM issues and potential withdrawal of objection (.5) | JRB | 1.00 | 375.00 |
| 06/07/05 | Prepare for and extended conference call with M. Eidelman and M. Siefert re sale issues | JRB | .90 | 337.50 |
| 06/07/05 | Review latest draft orders authorizing sale and consideration of issues remaining for hearing (.7); telephone call with M. Eidelman re hearing (.2); extended telephone call with D. Maude re hearing to approve sale and potential for limited testimony (.4) | JRB | 1.30 | 487.50 |
| 06/07/05 | Prepare for hearing to approve sale of all Auburn Foundry assets | JRB | 1.50 | 562.50 |
| 06/07/05 | Finalize sale hearing preparations, related office conferences re same, filing of revised proposed order re same and telephone conferences re final forms of APAs (5.8); prepare response to TQC objection (.7); additional office conferences, edits to KERP motion (.3); follow-up attention to office and equipment lease issues (.4) | MAW | 7.20 | 1,728.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/08/05 | Prepare for and attend hearing to approve proposed sale of certain AFI assets | MFJ | 1.10 | N/C |
| 06/08/05 | Pacer research re order approving 363 sale | JLF | .40 | 56.00 |
| 06/08/05 | Prepare for hearing to approve sale | JRB | 5.50 | 2,062.50 |
| 06/08/05 | Prepare for and represented AF at hearing to consider Debtor's motion for approval of sale filed on 4/28/05 and objections thereto filed by AFI Lending Group, IDEM and Team Quality--obtained Court approval for sale of assets | JRB | 1.80 | 675.00 |
| 06/08/05 | Follow-up re closing issues following approval of sale | JRB | 1.70 | 637.50 |
| 06/08/05 | Continue work on KERP language as proposed by Summit, including exchange email re same with M. Eidelman | JRB | .40 | 150.00 |
| 06/08/05 | Review recent filings | JLF | .40 | 56.00 |
| 06/08/05 | Extensively prepare for and participate in sale hearing, related office conferences with client, other parties' counsel including IDEM before and after same (8.0); office conferences re KERP, continue work on same (.5) | MAW | 8.50 | 2,040.00 |
| 06/09/05 | Work on liquidating plan issues | JRB | .90 | 337.50 |
| 06/09/05 | Telephone call with T. Woehlke re contact from entity potentially interested in CR 50 Landfill and consideration of options/requirements  for selling same | JRB | .70 | 262.50 |
| 06/09/05 | Receive and respond to inquiry from H. Efroymson re sale and liquidation issues | JRB | .40 | 150.00 |
| 06/09/05 | Consideration of correspondence from L. Bayles re liquidation issues and draft response to same | JRB | .50 | 187.50 |
| 06/09/05 | Consideration of confirmation requirements for contested liquidating plan of potentially administratively insolvent estate and options for reaching consensual plan of liquidation | JRB | .90 | 337.50 |
| 06/09/05 | Prepare for asset sale closings | JRB | .80 | 300.00 |
| 06/09/05 | Review recent filings | JLF | .20 | 28.00 |
| 06/09/05 | Update index of mechanics' liens; amend spreadsheet to include amount of liens | JLF | 2.80 | 392.00 |
| 06/09/05 | Telephone conference with S. Rowe regarding letter from DeKalb County on subdivision control and access issues; draft e-mail to counsel for buyer regarding same | JAB | .50 | 157.50 |
| 06/09/05 | Follow-up re KERP issues (.3); telephone call with T. Woehlke and D. Maude re KERP motion (.2) | JRB | .50 | 187.50 |
| 06/09/05 | Finalize and file KERP motion, e-mail, telephone conferences, and office conferences re same (.5); office conferences re | MAW | 2.50 | 600.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | APA closings, assess needs re same (.5); continue attention to potential preference recoveries (.5); review and assess e-mail (.2); office conferences, attention to next steps in case, including LQ plan (.5); continue work on equipment lease letter (.3) | | | |
| 06/09/05 | Telephone call with R. Ehinger re sale issues and follow-up concerning same | JRB | .80 | 300.00 |
| 06/10/05 | Confer with D. Maude re invoice for newspaper (.2); confer with Balard re invoice (.2) | JLF | .40 | 56.00 |
| 06/10/05 | Consideration of and work on alternatives for dealing with debtor's obligations for CR 50 Landfills, including exploring the possibility of selling the Landfill and reclassification to facilitate same | JRB | 1.30 | 487.50 |
| 06/10/05 | Work on Plant 1 closing issues and documents, including correspondence to L. Bayles and M. Eidelman re same | JRB | .70 | 262.50 |
| 06/10/05 | Exchange correspondence with L. Bayles and consider issues raised re use of cash collateral by debtor to pay certain administrative fees | JRB | .50 | 187.50 |
| 06/10/05 | Legal research re proper substantive and procedural rules for filing key employees retention motion (.5); memo to M. Werling re same (.1) | MFJ | .60 | 96.00 |
| 06/10/05 | Prepare confirmation requirements checklist | JLF | 1.00 | 140.00 |
| 06/10/05 | Review recent filings | JLF | .30 | 42.00 |
| 06/10/05 | Internet research re selling of landfill | JLF | 1.30 | 182.00 |
| 06/10/05 | Telephone call with D. Maude re KERP payment deposit (.3); follow-up re issues raised (.3) | JRB | .60 | 225.00 |
| 06/10/05 | Review and assess case e-mail (.3); office conferences re next steps in case (.2); continue attention to Plant 1 closing documents, closing related needs for both plants (.5); office conferences, e-mail re KERP, KERP notice issue (.3); work on provisional approval motion re same (.3); office conferences re publication invoice inquiry (.1) | MAW | 1.70 | 408.00 |
| 06/10/05 | Confer with Amanda at Fort Wayne Newspapers re proof of publication for legal ad | JLF | .20 | 28.00 |
| 06/10/05 | Receive, consider and respond to correspondence from H. Efroymson re motion to approve KERP and Summit's position re deficiency | JRB | .40 | 150.00 |
| 06/10/05 | Telephone call with D. Maude re budget and cash use issues (.30); receive, consider and respond to M. Eidelman re | JRB | .70 | 262.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | correspondence from S. Petrie on budget (.4) | | | |
| 06/12/05 | Correspondence from M. Eidelman re post-closing issues, consider same and respond | JRB | .30 | 112.50 |
| 06/12/05 | Consideration of liquidation or conversion options and strategies re same | JRB | 1.20 | 450.00 |
| 06/13/05 | Legal research re substantive and procedural requirements for filing the IDEM stipulation that resolves its objections to the partial sale (.7); examine prior-approved Chapter 11 liquidation plans for guidance in forthcoming filing of the same (.4) | MFJ | 1.10 | 176.00 |
| 06/13/05 | Draft Certificate of Corporate Resolutions, By-Laws and Incumbency and written consent to authorizing resolutions regarding sale of Plants 1 and 2 | JEH | 1.50 | 232.50 |
| 06/13/05 | Review M. Eidelman correspondence and respond to same (.3);  review arbitrator's billing and issues re same (.4); work on liquidation issues and options (1.4) | JRB | 2.10 | 787.50 |
| 06/13/05 | Research re companies that purchase landfills; review recent filings; research UCC Secretary of State in preparation for closing; confer with M. Werling re materials for closing; confer with J. Harber re materials for closing | JLF | 4.70 | 658.00 |
| 06/13/05 | Prepare for Plant 1 closing and multiple email correspondence to and from L. Bayles and S. Foley re same | JRB | 1.30 | 487.50 |
| 06/13/05 | Correspondence with R. Ehinger re Plant 1 closing issues and follow-up re issues raised in preparation for closing | JRB | 1.00 | 375.00 |
| 06/13/05 | Receive and review correspondence from C. Heiny re Plant 2 closing and follow-up with L. Bayles re same | JRB | .50 | 187.50 |
| 06/13/05 | Review and assess miscellaneous case e-mail (.2), additional office conference re KERP notice (.1); review and assess IDEM stipulation (.3); continue extensive attention to closing preparations  for AFI's two plants (4.2); telephone conferences, office conferences re sale order issues; telephone conference with clerk's office re same (.4); review, assess and participate in case e-mail re closing, status issues (.3) | MAW | 5.50 | 1,320.00 |
| 06/13/05 | Correspondence with T. Woehlke re closing issues and follow-up re same | JRB | .50 | 187.50 |
| 06/13/05 | Follow-up re status of KERP payments and email to T. Woehlke re same | JRB | .50 | 187.50 |
| 06/14/05 | Respond to inquiry and request for closing documentation from R. Ehinger | JRB | .70 | 262.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/14/05 | Re Plant 1, Plant 2 closings, IDEM stipulation, extensive work on interoffice e-mail, office conferences, telephone conferences with client, related preparation re same (5.2); participate in Plant 1 closing (.5); review, assess and participate in other case related e-mail, office conferences arising from same (.3) | MAW | 6.00 | 1,440.00 |
| 06/14/05 | Respond to J. Turner inquiries re IDEM issues and work on same | JRB | .60 | 225.00 |
| 06/14/05 | Review Indiana Secretary of State website regarding corporate status of Auburn Foundry, Inc.; obtain Certificate of Existence regarding same | JEH | .20 | 31.00 |
| 06/14/05 | Exchange correspondence with T. Woehlke and L. Bayles re KERP issues and resolution | JRB | .60 | 225.00 |
| 06/14/05 | Analysis of debtor's counsel fees due and respond to inquiry from L. Bayles re same | JRB | .80 | 300.00 |
| 06/14/05 | Prepare for and conduct closing of the Plant 1 sale and follow-up re post-closing documentation | JRB | 5.50 | 2,062.50 |
| 06/15/05 | Review Attorney General Motions to Dismiss (.2); conference with L.D. Beckwith regarding same (.2); telephone call with J. Burns regarding same (.1); memo to J. Burns regarding same/submit (.2) | GND | .70 | 220.50 |
| 06/15/05 | Work on and exchange emails re Plant 2 closing issues | JRB | .60 | 225.00 |
| 06/15/05 | Review documents from Plant 2 closing | JRB | .40 | 150.00 |
| 06/15/05 | Research landfill buyers; amend checklist for closing of Plant 2; gather additional materials for closing of Plant 2; prepare May proforma analysis | JLF | 3.40 | 476.00 |
| 06/15/05 | Prepare extensively for Plant 2 closing, IDEM stipulation resolution, related e-mail, office conferences re same (6.5); office conference re IRS pension waiver follow-up, related open issues with PBGC, assess means of addressing same subsequent to sale closing (.5); review and assess administrative claim analysis (.2) | MAW | 7.20 | 1,728.00 |
| 06/15/05 | Telephone call with M. Eidelman re cash use issues and collections by AF (.3); follow-up issues raised (.5); telephone call with D. Maude re cash use and collections (.3); telephone call with G. Dale re and follow-up IOSHA pending cases and issues re same (.5) | JRB | 1.60 | 600.00 |
| 06/15/05 | Prepare for Plant 2 closing and analysis of open issues affecting closing (1.5); telephone call with T. Woehlke re cash | JRB | 1.80 | 675.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | collections and remittance (.3) | | | |
| 06/15/05 | Extended telephone call with D. Maude re payments, collections and cash use in response to inquiries from M. Eidelman (.5); consideration of payment issues and correspondence to M. Eidelman re same (.4); analysis of Administration Claim payment issues and options (.5) | JRB | 1.40 | 525.00 |
| 06/15/05 | Work on real estate re Plant 2 closing | JRB | .70 | 262.50 |
| 06/15/05 | Consideration of IDEM agreement and access issues for the CR 50 landfill and other real estate issues needing resolution before closing on Plant 2 | JRB | 1.20 | 450.00 |
| 06/15/05 | Examine proposed IDEM stipulation and draft corresponding motion to approve stipulation (1.2); consider filing procedure and substantive requirements of the stipulation and motion under the applicable bankruptcy rules (.4) | MFJ | 1.60 | 256.00 |
| 06/16/05 | Telephone call with J. Turner re closing issues(.2); work on CR 50 Landfill issues for closing (.4); telephone call with J. Turner re transfer of keys and possession after Summit/MTA closing (.2); prepare for closing and coordination of closing documentation for Fort Wayne closing (1.5) | JRB | 2.30 | 862.50 |
| 06/16/05 | Work on motion to approve stipulation with IDEM and stipulation agreement with IDEM (1.6); conduct settlement negotiations with S. Brown of Motion Industries re preference demand (.4) | MFJ | 2.00 | 320.00 |
| 06/16/05 | Additional review of motions to dismiss/safety orders (.2); voicemail to J. Burns regarding same (.2) | GND | .40 | 126.00 |
| 06/16/05 | Office conferences requesting copies of title commitment and purchase agreement; draft deed, closing affidavit and Sales Disclosure form; office conference for execution of closing documents | JEH | 3.20 | 496.00 |
| 06/16/05 | Obtain Social Security numbers for KERP recipients and follow-up re KERP payment issues and timing of payments | JRB | 1.10 | 412.50 |
| 06/16/05 | Prepare materials for Plant 2 closing | JLF | 2.50 | 350.00 |
| 06/16/05 | Exchange correspondence with J. Turner re IDEM access and consideration of issues raised | JRB | .40 | 150.00 |
| 06/16/05 | Review and respond to e-mail re Plant 2 closing (.2); review UST's correspondence re operating reports (.1); continue to review and assess administrative claim detail, cash budget (.2) | MAW | .50 | 120.00 |
| 06/16/05 | Telephone call with D. Hunter re closing issues and post-closing obligations of the Board (.3); consideration and | JRB | .70 | 262.50 |

### BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | follow-up re issues raised by D. Hunter (.4) | | | |
| 06/16/05 | Telephone call with M. Eidelman re CR 50 Landfill access issues and IDEM obligations (.3); follow-up re issues raised (.4) | JRB | .70 | 262.50 |
| 06/16/05 | Prepare for and meet with T. Woehlke and D. Maude for document closing on Plant 2 | JRB | 1.80 | 675.00 |
| 06/16/05 | Telephone call with T. Junk re IDEM issues and follow-up re same | JRB | .30 | 112.50 |
| 06/16/05 | Telephone call with M. Eidelman re Plant 2 closing and various post-closing issues affecting AF (.2); follow-up re post-closing issues (.4) | JRB | .60 | 225.00 |
| 06/17/05 | Work on closing issues raised by Summit counsel and several emails to them re same | JRB | 1.20 | 450.00 |
| 06/17/05 | Telephone call with T. Woehlke re closing issues and liquidation options (.3); consideration of and follow-up re issues raised (.5); work on liquidation plan options and consider conversion option (1.2) | JRB | 2.00 | 750.00 |
| 06/17/05 | Exchange correspondence with J. Turner re IDEM and other issues | JRB | .50 | 187.50 |
| 06/17/05 | Follow-up inquiry from H. Efroymson, review information requested and respond to H. Efroymson re Administrative Claims and preferences | JRB | .80 | 300.00 |
| 06/17/05 | Forward copies of Plant 2 closing documents to C. Heiny and J. Turner; review Plant 1 survey and title commitment; revise Sales Disclosure Form to include parcels north of Plant 1 | JEH | 1.00 | 155.00 |
| 06/17/05 | Telephone call with M. Eidelman re closing issues for Summit closing (.3); follow-up re issues raised in connection with closing (.5) | JRB | .80 | 300.00 |
| 06/17/05 | Follow-up with IDEM re stipulation and remediation issues | JRB | .70 | 262.50 |
| 06/17/05 | Work on Motion Industries preference settlement negotiations and exchange emails with S. Brown of Motion Industries re same | JRB | .60 | 225.00 |
| 06/17/05 | Prepare May proforma analysis; prepare itemized statement and supporting exhibits | JLF | 4.50 | 630.00 |
| 06/17/05 | Consideration of document storage and pension issues | JRB | .40 | 150.00 |
| 06/18/05 | Examine prior chapter 11 liquidating plans for the purpose of developing template of required matters necessary for inclusion in a plan to be approved by Judge Grant | MFJ | 1.60 | 256.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/20/05 | Review motions to dismiss in remaining 7 IOSHA cases (.2); memo to J. Burns/D. Powers regarding same (.1) | GND | .30 | 94.50 |
| 06/20/05 | Examination of Platz closing binder (.4); review and assess multiple e-mail messages re same (.3); follow-up attention to MOR filing needs, liquidation plan options (.4); review and assess other case-related e-mail (.2) | MAW | 1.30 | 312.00 |
| 06/20/05 | Examine current settlement offer from Motion Industries in relation to Seventh Circuit preference jurisprudence and existing financial analysis, and conclude that current offer is beneficial to the estate (.6); discuss same with J. Burns (.1); legal research re necessary provisions to be included in potential liquidation plan (1.8) | MFJ | 2.50 | 400.00 |
| 06/20/05 | Follow-up re KERP payments and related issues | JRB | .50 | 187.50 |
| 06/20/05 | Consideration of and follow-up re post-closing issues re real estate transferred and cash accounts | JRB | 1.80 | 675.00 |
| 06/20/05 | Consideration of liquidating plan options, conversion alternative and financial issues affecting both options | JRB | 2.50 | 937.50 |
| 06/20/05 | Follow-up re post-closing issues | JRB | 1.50 | 562.50 |
| 06/20/05 | Confer with M. Werling re Plant 2 closing; real estate transfer; review recent correspondence re MOR's | JLF | .20 | 28.00 |
| 06/20/05 | Work on Motion Industries' preference recovery | JRB | .40 | 150.00 |
| 06/21/05 | Telephone conference with client, E&Y counsel re additional tax return needs (.2); review and assess case-related e-mail (.2); office conference re status of preference settlements (.1); continue review of preference analyses (.4); office conferences re liquidation plan needs, consider summary of same for Summit proposal (.5) | MAW | 1.40 | 336.00 |
| 06/21/05 | Complete settlement negotiations re Motion Industries and document settlement | JRB | .40 | 150.00 |
| 06/21/05 | Consider options for liquidating plan or conversion and relative benefits and costs of same | JRB | 1.00 | 375.00 |
| 06/21/05 | Finalize settlement negotiations with S. Brown of Motion Industries (.2); work on draft settlement agreement and release re preference demand against Motion Industries (.5); work on motion to approve same (.4); examine and analyze preference analysis offered by Elkem Metals re pending preference demand and draft memo to J. Burns summarizing same (.4) | MFJ | 1.50 | 240.00 |
| 06/22/05 | Work on liquidating plan | JRB | 1.00 | 375.00 |
| 06/22/05 | Work on Agreed motion and Settlement Agreement and | MFJ | 3.20 | 512.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Release for Motion Industries preference claim (1.5); exchange correspondence with S. Brown re same (.3); legal research re proper treatment of Section 507 claims in a liquidation plan (1.4) | | | |
| 06/22/05 | Work on scheduling conference call with lender and Creditors Committee counsel to consider liquidation or conversion options, including several exchanges of email re same | JRB | .60 | 225.00 |
| 06/22/05 | Consider and respond to correspondence from D. Maude (.3); work on post-closing issues raised by Summit (.4);work on liquidation issues and options (.8) | JRB | 1.50 | 562.50 |
| 06/22/05 | Work on Liquidating Plan outline (.5); consider options and alternatives (.6); correspondence to M. Eidelman re same (.3) | JRB | 1.40 | 525.00 |
| 06/22/05 | Consideration of options for dealing with the CR 50 Landfill | JRB | .50 | 187.50 |
| 06/22/05 | Review preference amounts for Motion Industries and confer with M. Juba re same (.3); prepare MOR for filing (.2); file MOR with court (.2) | JLF | .70 | 98.00 |
| 06/22/05 | Review MOR updates per UST request, related e-mail, office conferences re same (.4); review and assess related case e-mail (.2); work on liquidation plan concepts, memo re same (2.2); office conferences re various aspects of same (.4); assess related open issues re qualified plans, review e-mail re same (.8); attention to IDEM lease inquiries from D. Maude (.2) | MAW | 4.20 | 1,008.00 |
| 06/23/05 | Legal research whether willful failure to respond to discovery requests in a bankruptcy proceeding constitutes the waiver of the right to appeal, specifically with the Seventh Circuit (.8); legal research re necessary provisions to be included in potential liquidation plan (.3) | MFJ | 1.10 | 176.00 |
| 06/23/05 | Telephone call with D. Maude re cash use and post-closing issues (.3); telephone call with M. Eidelman re cash use and post-closing issues (.3); follow-up re issues raised (.5) | JRB | 1.10 | 412.50 |
| 06/23/05 | Work on liquidating plan concepts and consider confirmation requirements and means of satisfying same | JRB | 1.20 | 450.00 |
| 06/23/05 | Pacer research; file Amended MOR; prepare interim statement and exhibits for March through May, 2005; prepare notice of application, COS and proposed order; review documents responsive to discovery requests; confer with M. Juba re documents for production; research re buyers of landfills | JLF | 4.30 | 602.00 |
| 06/23/05 | Work on liquidating plan issues | JRB | 1.50 | 562.50 |
| 06/23/05 | Office conference re amended monthly operating report (.1); | MAW | .30 | 72.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review and assess case e-mail (.2) | | | |
| 06/23/05 | Work on liquidating plan issues | JRB | .70 | 262.50 |
| 06/24/05 | Work on Agreed Motion, Notice, and Proposed Order (.4); legal research re difference in treatment of Section 503 claims compared to Section 507 claims in a chapter 11 plan of reorganization and a chapter 11 liquidation plan (1.8) | MFJ | 2.20 | 352.00 |
| 06/24/05 | Follow-up re accounts receivable records question (.2); telephone call with D. Maude re cash receipts and administration claims issues (.3) | JRB | .50 | 187.50 |
| 06/24/05 | Work on liquidation or conversion options and prepare for telephonic conference re same (.8); extended telephone call with M. Eidelman and H. Efroymson re liquidation plan potential or conversion option (.6) | JRB | 1.40 | 525.00 |
| 06/24/05 | Participate in telephone conference with various counsel re Liquidation Plan, office conference re same (.5); e-mail, office conferences re same (.2); review and assess other case e-mail (.2); continue to assess procedural needs re Liquidation Plan (.8); continue attention to potential preference recoveries (.7) | MAW | 2.40 | 576.00 |
| 06/24/05 | Analysis of administrative claims and means to settle by reduced payments and other related implications of a liquidating plan | JRB | 1.20 | 450.00 |
| 06/26/05 | Consider landfill insurance issue and reply to D. Maude re same | JRB | .40 | 150.00 |
| 06/26/05 | Follow-up re Motion Industries preference settlement | JRB | .30 | 112.50 |
| 06/27/05 | Analyze ordinary course defense of Elkem Metals as to entire preference claim and compare documentation to file data | MFJ | .70 | 112.00 |
| 06/27/05 | Consideration of options for liquidating remaining assets or converting case to Chapter 7 | JRB | 1.10 | 412.50 |
| 06/27/05 | Review R. Swanson inquiry and follow-up re status and future of 401k plans for hourly and salaried former employees | JRB | .60 | 225.00 |
| 06/27/05 | Review and assess miscellaneous case e-mail (.2); continue attention to logistics of liquidation plan re consent and notice to administrative creditors (1.2) | MAW | 1.40 | 336.00 |
| 06/27/05 | Review status of Small Claims judgment and respond to inquiry from R. Ehinger re same | JRB | .30 | 112.50 |
| 06/27/05 | Work on administrative claim matters | JRB | .50 | 187.50 |
| 06/28/05 | Legal research re liquidation plans and whether administrative creditors may accept partial payment under Section 1129(a)(9) through means other than a written affirmation (2.2); consider | MFJ | 4.80 | 768.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | opposing circuit views on the matter and analyze same with M. Werling (.6); work on and file preference settlement agreement with Motion Industries (.4); legal research re standard liquidation plan procedures and requirements (1.6) | | | |
| 06/28/05 | Follow-up re MOR and review drafts from D. Maude for April | JRB | .40 | 150.00 |
| 06/28/05 | Work on conversion or liquidation options and requirements | JRB | .70 | 262.50 |
| 06/28/05 | Office conference re liquidation plan notice and consent issues, review and assess case law re same, assess administration claim analysis based on same (1.2); e-mail re MORs (.2); review case docket (.1) | MAW | 1.50 | 360.00 |
| 06/28/05 | Prepare for and extended telephone call with T. Junk re IDEM claims and potential for reclassification to promote sale of landfill property (.9); consult with J. Bomberger re real estate issues affecting landfill sale (.3); follow-up re sales issues and options (.8) | JRB | 2.00 | 750.00 |
| 06/28/05 | Work on administrative claims and liquidation issues | JRB | 2.50 | 937.50 |
| 06/28/05 | Conference with J. Bomberger and M. McGrath re environmental issues and landfill sale options | JRB | .50 | 187.50 |
| 06/29/05 | Telephone call with D. Maude re computers, copiers and administrative claims (.4); consideration of issues raised and follow-up on potential liquidating Chapter 11 plan (1.5) | JRB | 1.90 | 712.50 |
| 06/29/05 | Work on options for confirming liquidating plan or potential for conversion and ability of Trustee to effectively deal with environmental and administrative claim issues | JRB | 2.00 | 750.00 |
| 06/29/05 | Work on Liquidation Plan letter, related Teligent based research (1.7); office conference re same (.1); telephone conference with E. Rosebrock counsel re claim resolution (.1); review fax agreement re same (.2); follow-up attention to April operating report (.1); review and assess miscellaneous case e-mail (.2); office conferences estimated costs for Liquidation Plan (.2); telephone conference with D. Maude re Liquidation related issues (.2) | MAW | 2.80 | 672.00 |
| 06/29/05 | Consideration of additional administrative costs of pursuing liquidating plan and potential revenue to fund same | JRB | 1.30 | 487.50 |
| 06/29/05 | Consideration of options for rejection of computer leases in whole or substantial part while still accommodating need for access to critical financial data | JRB | 1.00 | 375.00 |
| 06/29/05 | Legal research re Seventh Circuit's interpretation of "affirmatively agree" as it relates to Section 1129(a)(9) requirement to obtain creditors consent on administrative | MFJ | 1.00 | 160.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | claims receiving less than full payment | | | |
| 06/30/05 | Respond to inquiry letter from S. Miller of U.S. Department of Labor | JRB | .40 | 150.00 |
| 06/30/05 | Work on environmental and landfill issues | JRB | .70 | 262.50 |
| 06/30/05 | Consideration of service and notice issues re liquidation plan and costs of same | JRB | .60 | 225.00 |
| 06/30/05 | Work on preference recovery matters (.6); respond to H. Efroymson inquiry re Motion Industries settlement (.4) | JRB | 1.00 | 375.00 |
| 06/30/05 | Consider liquidation options | JRB | .70 | 262.50 |
| 06/30/05 | Extensively work on analysis of Liquidation Plan parameters (2.0); review and assess related case e-mail (.2) | MAW | 2.20 | 528.00 |
| | Total Services............................................................................ Hours | | 254.50 | 72,132.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 06/29/05 | Copying Charge - - Vendor: Xerox Corporation | 216.00 |
| | Total For  Copying Charge | 216.00 |
| | | |
| 04/29/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 04/29/05 | 64.59 |
| 05/16/05 | Telephone - - Vendor: 1-800-Conference Conference Call on 05/16/05 | 47.40 |
| | Total For  Telephone | 111.99 |
| | | |
| 06/17/05 | Computerized Research   Westlaw | 929.98 |
| 06/17/05 | Computerized Research   Westlaw | 42.09 |
| | Total For  Computerized Research | 972.07 |
| | | |
| 06/13/05 | Caller: Burns :  260 925-7978 | 2.52 |
| 06/15/05 | Caller: Burns :  260 925-7978 | 2.73 |
| 06/16/05 | Caller: Burns :  260 925-7978 | 1.44 |
| 06/23/05 | Caller: Burns :  312 609-7636 | 0.84 |
| | Total For  Long Distance Telephone | 7.53 |
| | | |
| 06/27/05 | Postage/Air/Express Delivery | 10.35 |
| 06/27/05 | Postage/Air/Express Delivery | 345.00 |
| | Total For  Postage/Air/Express Delivery | 355.35 |

## Baker & Daniels

| | | | |
|---|---|---|---:|
| 06/01/05 | Telecopy | | 9.50 |
| 06/08/05 | Telecopy | | 3.80 |
| Total For | Telecopy | | 13.30 |
| | | | |
| 06/22/05 | Tabs | | 0.72 |
| 06/22/05 | Tabs | | 0.48 |
| 06/22/05 | Tabs | | 0.36 |
| 06/22/05 | Tabs | | 0.72 |
| 06/22/05 | Tabs | | 1.20 |
| Total For | Tabs | | 3.48 |
| | COPYING COSTS | 2 | 3,540.00 |

Total Disbursements............................................................................. $    5,219.72

Total Services And Disbursements...................................................$    77,352.22

### BAKER & DANIELS

As Of 07/22/2005

0080031  Auburn Foundry, Inc.

| Init | Name | Classification | Hours | Rate | Value |
|------|------|----------------|-------|------|-------|
| GND | G.N. Dale | Partner | 1.40 | 315.00 | 441.00 |
| JAB | J.A. Bomberger | Partner | 0.50 | 315.00 | 157.50 |
| JEH | J.E. Harber | Legal Assistant | 5.90 | 155.00 | 914.50 |
| JLF | J.L. Faulkner | Legal Assistant | 28.40 | 140.00 | 3,976.00 |
| JRB | J.R. Burns | Partner | 125.70 | 375.00 | 47,137.50 |
| MAW | M.A. Werling | Associate | 65.20 | 240.00 | 15,648.00 |
| MFJ | M.F. Juba | Associate | 27.20 | 160.00 | 3,824.00 |
| RMH | R.M. Hurley | Associate | 0.20 | 170.00 | 34.00 |
| | | | 254.50 | | 72,132.50 |

Total Amount Of Statements To Date
  (Year-to-Date and Inception-to-Date Inclusive Of Current Invoice):

| | | YTD | | ITD |
|------|---|-----|---|-----|
| Fees ......................................................... | $ | 589,695.50 | $ | 1,525,424.99 |
| Disbursements........................................ | $ | 46,776.20 | $ | 112,062.67 |
| Total ....................................................... | $ | 636,471.70 | $ | 1,637,487.66 |

**BAKER & DANIELS LLP**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

July 22, 2005
Invoice Number 1239920

0080031    Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
June 30, 2005 and not reflected on a prior bill:

0000060  IDEM

| | |
|---|---:|
| Total Services............................$ | 2,428.50 |
| Total Disbursements..................$ | 0.43 |
| Total This Matter.......................$ | 2,428.93 |

Total This Invoice............................................................$        2,428.93

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of  June 30, 2005
Invoice Number  1239920

0080031     Auburn Foundry, Inc.
  0000060     IDEM

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/10/05 | Telephone conference with J. Bomberger and J. Burns regarding landfill future use options; send economic development contact information | MFM | .30 | 97.50 |
| 06/14/05 | Telephone conference with C. Heiny regarding status of closing ;review status of title and survey | JAB | .80 | 252.00 |
| 06/15/05 | Office conferences regarding closing documents for plant 2; telephone conference with C. Heiny regarding same | JAB | .70 | 220.50 |
| 06/16/05 | Office conference regarding status of Plant 2 closing; review Plant 2 closing documents; office conference regarding revisions to Plant 2 closing documents | JAB | 2.10 | 661.50 |
| 06/17/05 | Office conference regarding closing on Plant 2; telephone conference with C. Heiny regarding same; work on alternatives for disposal of landfill | JAB | 2.10 | 661.50 |
| 06/21/05 | Telephone conference to various waste industry officials regarding potential use of landfill | JAB | .30 | 94.50 |
| 06/23/05 | Telephone conference with R. Horstman at Hagerman Construction regarding Auburn landfill | JAB | .20 | 63.00 |
| 06/24/05 | Continue work on proposed future use of landfill | JAB | .50 | 157.50 |
| 06/28/05 | Office conference regarding use and marketability of landfill; telephone conference with P. Mazza regarding potential use of landfill | JAB | .70 | 220.50 |

Total Services...........................................................................Hours      7.70      2,428.50

| Date | Disbursements | Total |
|------|---------------|-------|
| 06/08/05 | Caller: Bomberger :  260 925-1923 | 0.43 |
| | Total For  Long Distance Telephone | 0.43 |

BAKER & DANIELS

Total Disbursements...................................................................... $      0.43

Total Services And Disbursements.................................................$    2,428.93

**BAKER & DANIELS** LLP
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

July 22, 2005
Invoice Number 1239921

0080031        Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through June 30, 2005 and not reflected on a prior bill:

0000100   Employment Matters

| | |
|---|---|
| Total Services.............................$ | 70.50 |
| Total Disbursements..................$ | 3.30 |
| Total This Matter.......................$ | 73.80 |

Total This Invoice..........................................................................$        73.80

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS LLP**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

As Of June 30, 2005
Invoice Number 1239921

0080031    Auburn Foundry, Inc.
0000100    Employment Matters

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/13/05 | Receipt and review of letter from arbitrator Hayford regarding payment of cancellation fee | MML | .10 | 23.50 |
| 06/16/05 | Draft letter to arbitrator Hayford regarding payment | MML | .20 | 47.00 |
| | Total Services...............................................................Hours | | 0.30 | 70.50 |
| | COPYING COSTS | | | 3.30 |
| | Total Disbursements............................................................... $ | | | 3.30 |
| | Total Services And Disbursements...................................................$ | | | 73.80 |