UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

DECISION AND ORDER

At Fort Wayne, Indiana, on August 24, 2005.

On August 12, 2005, the Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-CLC and its Local 322, a creditor herein, filed a motion asking the court to authorize it to conduct an examination of the keeper of records of ASR Corporation pursuant to Bankruptcy Rule 2004. The court notes that movant has previously filed an amended application for allowance of administrative claim for unpaid vacation pay, personal days and medical expenses, to which an objection has been filed. That dispute constitutes a "contested matter" within the scope of Bankruptcy Rule 9014. This rule specifically makes all of the traditional discovery rules and procedures (Bankr. Rules 7026, 7023-7037) freely available to the parties without the requirement of court authorization through a Rule 2004 examination.

Examinations pursuant to Rule 2004 are not a substitute for discovery authorized in an adversary proceeding or in a contested matter. See, Fed. R. Bankr. P. Rule 2004, Editor's Comment (b). Since movant has other discovery tools readily available to it in the context of its dispute over an administrative claim, there is no need for the court to authorize an examination pursuant to Rule 2004. The motion is DENIED.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: mjc              Page 1 of 1              Date Rcvd: Aug 24, 2005
Case: 04-10427               Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Aug 26, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2005**                              **Signature:**    _Joseph Speetjens_