UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor | ) | | |

## O R D E R

At Fort Wayne, Indiana, on August 24, 2005.

On August 11, 2005, a Motion to appear pro hac vice was electronically filed in this case on behalf of Robert Brunner and Cynthia Carter without payment of the $80.00 filing fee, as required by 28 U.S.C. § 1930, or the Schedule of Fees of The Judicial Conference of the United States prescribed pursuant thereto. It is hereby

ORDERED that counsel shall fully pay the required fee within eight (8) days of this date. The failure to do so will result in the current filing being denied without further notice. The court will take no further action with regard to the current filing and any time limits associated with it, e.g. 11 U.S.C. § 362(e), shall not begin to run until this order has been complied with.

                                                                                        */s/ Robert E. Grant*
                                                                                        Judge, United States Bankruptcy Court

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: mjc              Page 1 of 1              Date Rcvd: Aug 24, 2005
Case: 04-10427               Form ID: pdf004        Total Served: 1
```

The following entities were served by first class mail on Aug 26, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 26, 2005**                    Signature:    *Joseph Speetjens*