**UNITED STATES BANKRUPTCY COURT**
Northern District of Indiana
Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>) |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on September 13, 2005 at 11:10 AM to consider and act upon the following:

Amended application, filed on July 22, 2005, for allowance of administrative claim filed by Glass, Molders, Pottery and Allied Workers International Union and Debtor's objection thereto

and such other business as may properly come before the court. You should be present in person or by counsel if you wish to be heard with regard thereto.

This matter has been scheduled on the court's miscellaneous calendar. No oral testimony will be received. Therefore, the parties will not need to bring witnesses. Counsel for the parties will, however, be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.

Dated at Fort Wayne , Indiana on August 30, 2005 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
1300 S. Harrison St.
P.O. Box 2547
Fort Wayne, Indiana 46801–2547

Document No. 765 – 739

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: tlp              Page 1 of 1           Date Rcvd: Aug 30, 2005
Case: 04-10427               Form ID: 452           Total Served: 2
```

The following entities were served by first class mail on Sep 01, 2005.
```
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,    Auburn, IN 46706-2199
crcmch    +Citizens Gas & Coke Utility,   Michael McGauhey,   2950 Propect Street,
           Indianapolis, IN 46203-2145
```

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2005**                    **Signature:**    _Joseph Speetjens_