UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| | ) | | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 11 |
| Debtor | ) | | |

### O R D E R

At Fort Wayne, Indiana, on August 31, 2005.

This matter came before the Court on the motion of Robert Burnner and Cynthia Carter for an order authorizing their appearance for American Motorists Insurance Company, pro hac vice in this cause and the Court finding the same well taken, it is

ORDERED that counsel is hereby authorized to appear in this cause provided, however, that no later than thirty (30) days from this date, counsel shall become a registered ECF user or associate with local counsel who is and, after doing so, all of counsel's filings shall be made electronically through the court's ECF system.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Aug 31, 2005
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Sep 02, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2005**                    **Signature:**    _Joseph Speetjens_