UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                    )          CASE NO.   04-10427
                                     )          CHAPTER    11
AUBURN FOUNDRY, INC.                 )          REG/mc
                                     )
                                     )
                                     )
                                     )

      Debtor(s)

## O R D E R

At Fort Wayne, Indiana, on March 17, 2004.

Upon the application of Auburn Foundry, Inc., Debtor-In-Possession, praying for authority

to employ and appoint Baker & Daniels as counsel to represent the Debtor-In-Possession herein, and

no adverse interest being represented, it is

ORDERED that the Debtor-In-Possession be, and it hereby is, authorized to employ Baker

& Daniels as counsel to represent the Debtor-In-Possession.


                                        /s/ Robert E. Grant
                                    Judge, United States Bankruptcy Court


**Exhibit A**