IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## APPLICATION TO APPROVE MONTHLY PROVISIONAL PAYMENTS TO COUNSEL FOR DEBTOR-IN-POSSESSION

Auburn Foundry, Inc. ("AFI" or "Debtor-in-Possession"), by counsel, files this application to Approve Monthly Provisional Payments to its counsel, as follows:

1.    The Debtor-in-Possession has filed an Application with this Court to employ the law firm of Baker & Daniels as its legal counsel.

2.    Baker & Daniels and AFI request that AFI be authorized to pay Baker & Daniels for its services, based upon the normal and usual hourly billing rates of their members and associates, at the time the services are rendered on behalf of the Debtor-in-Possession, as follows:

a.    Baker & Daniels shall file with the Court as early as the 10th day of each month an itemized statement of attorneys' fees and expenses incurred by Baker & Daniels in representing the Debtor-in-Possession during any prior calendar month for which no statement of attorneys' fees and expenses has been filed by Baker & Daniels (the "Statement").

b.    Contemporaneously with the filing, Baker & Daniels shall serve by mail a copy of the Statement upon counsel of record and the United States Trustee.

c.    AFI shall be authorized to pay Baker & Daniels 80% of fees and 100% of expenses incurred by Baker & Daniels as reflected in the Statement, except as to such

**Exhibit B**

FWIMANI 323691v1

amounts as may have been specifically objected to within ten (10) days of the service of such Statement.

        d.    Baker & Daniels shall incorporate its Statements into interim fee applications, which may be filed with the Court for review, hearing, and approval in accordance with 11 U.S.C. §331 of the Bankruptcy Code.

        e.    Through this Application, the Debtor-in-Possession docs not request that the rights of any party in interest to object to the interim or final allowance of fees and expenses to Baker & Daniels be prejudiced.

        WHEREFORE, the Debtor-in-Possession requests that the Court enter an order authorizing AFI to pay to Baker & Daniels on a monthly basis and authorizing Baker & Daniels to apply any funds received from AFI for payment of its fees and expenses, in accordance with the terms outlined above, and that it have such other and further relief as is just.

        BAKER & DANIELS

    By: /s/ Mark A. Werling
        John R Burns (#3016-02)
        Mark A. Werling (#20426-02)
        111 East Wayne Street, Suite 800
        Fort Wayne, Indiana 46802
        Telephone:  (260) 420-8000
        Facsimile:  (260) 460-1700

    ATTORNEYS FOR THE DEBTOR,
    AUBURN FOUNDRY, INC.