IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )   Chapter 11 |
| | ) |
| Debtor. | )   BK Case No. 04-10427 |

### ORDER

At Fort Wayne, Indiana, on April 22, 2004.

The Debtor's application to approve monthly provisional payments to counsel for debtor-in-possession is GRANTED and debtor may make payments to the law firm of Baker & Daniels in accordance with the terms set forth therein.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

EXHIBIT B.2