NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**NOTICE OF AMENDED THIRD APPLICATION FOR ALLOWANCE
OF ATTORNEYS' FEES AND OPPORTUNITY TO OBJECT**

      On September 6, 2005, Baker & Daniels ("B&D"), attorneys for the Debtor, filed its Amended Third Interim Application for Allowance of Attorney's Fees, requesting the allowance and payment of professional fees and reimbursement of expenses, to the extent not already paid on a provisional basis, for the period through June 30, 2005, in accordance with §§ 327, 330, and 331 of the Bankruptcy Code. If granted, the Application would permit the allowance and payment of the fees and expenses set forth therein.

      Based upon the amount of time involved and the nature of the services rendered through June 30, 2005, the Applicant seeks allowance of the sum of Three Hundred Eighty-Five Thousand, Five Hundred Twenty-Seven and 50/100 Dollars ($385,527.50) in Attorney's Fees, plus Twenty-Three Thousand, Eight Hundred Forty-Four and 01/100 Dollars ($23,844.01) in expenses.

      In representing the Debtor, B&D has filed with the Court its monthly itemized statements, and, including retainers, has been paid for the period March through June, 2005 the sum of Three Hundred Eight Thousand, Four Hundred Twenty-Two Dollars ($308,422.00) in attorney's fees and costs.

      B&D seeks payment of the unpaid balance of Seventy-Seven Thousand, One Hundred Five and 50/100 Dollars ($77,105.50), which has not been heretofore paid pursuant to the Order authorizing Provisional Payment of Fees. A copy of the Application is attached hereto. If granted, the Application would authorize the allowance of such fees and expenses.

      If you do not want the court to grant the Application, then on or before September 26, 2005, you or your attorney must:

      1)    File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> 1300 South Harrison Street
> Room 1188
> P.O. Box 2547
> Fort Wayne, IN  46802-2547

If you mail your objection, you must mail it early enough that it will be received by the date it is due.

BDDB01 4166865v1

-2-

    2)    You must also mail a copy of your objection to:

| | |
|---|---|
| John R Burns | Nancy J. Gargula |
| Baker & Daniels | One Michiana Square |
| 111 East Wayne Street, Ste 800 | 5th Floor |
| Fort Wayne, IN  46802 | 100 East Wayne Street |
| | South Bend, IN 46601 |

If you do not file an objection by the due date, the court may grant the relief requested without holding a hearing.

If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Date:  September 6, 2005
    By: /s/John R Burns, III
    John R Burns, III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    john.burns@bakerd.com
    mark.werling@baker.com
    Telephone:  (260) 424-8000
    Facsimile:  (260) 460-1700

    ATTORNEYS FOR THE DEBTOR,
    AUBURN FOUNDRY, INC.