UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

**UNION'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEBTOR'S OBJECTION TO ADMINISTRATIVE CLAIM**

The Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-CLC and its Local 322  (collectively "Union"), by counsel, request an enlargement of time to respond to the Debtor's objection to the Union's Amended Application For Allowance Of Administrative Claim For Unpaid Vacation Pay, Personal Days And Unpaid Medical Expenses.  In support of this motion, the Union would show the Court that:

1. Auburn filed its Chapter 11 petition on 02/08/04.

2. The bargaining unit employees of Auburn are represented by the Union.

3. The Union and Auburn are parties to a collective bargaining agreement effective between 05/03/03 and 05/03/06 ("CBA").

4. On 07/22/05, the Union filed its Amended Application For Allowance Of Administrative Claim For Unpaid Vacation Pay, Personal Days And Unpaid Medical Expenses on behalf of the bargaining unit members.

5. On 08/15/05, the Debtor filed a limited objection to the Union's administrative claim.

6. A non-evidentiary hearing on the Union's administrative claim is scheduled for 09/13/05.

7. The Union's response to the Debtor's limited objection to the Union's

administrative claim is due to be filed by 09/14/05.

8. In response to the Debtor's limited objection, the Union is preparing an amended administrative claim which will schedule the amounts owed to each bargaining unit member. In order to do so, the Union needs more specific unpaid wage and medical expense information from the Debtor, which it has agreed to supply , and from the Debtor's third party group medical plan administrator, which the Union has subpoened.

9. The Union needs thirty (30) additional days to obtain this information and to prepare and file its amended administrative claim in response to the Debtor's limited objection.

10. Counsel for the Debtor consents to this request for an extension of time for the Union to respond to the Debtor's limited objection to the Union's administrative claim.

**WHEREFORE**, the Union requests a thirty (30) day enlargement of time, to and including October 14, 2005, to respond to the Debtor's  objection to the Union's administrative claim.

  /s/ Richard J. Swanson  
Richard J. Swanson, Attorney No. 1605-49  
Attorney for Union

MACEY SWANSON AND ALLMAN  
445 North Pennsylvania Street, Suite 401  
Indianapolis, IN 46204-1800  
(317) 637-2345  
rswanson@maceylaw.com

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been duly served upon the following counsel of record by United States first class mail, postage prepaid this 9th day of September, 2005:

John Burns
Baker & Daniels
111 E. Wayne Street
Suite 800
Fort Wayne, IN 46802

Nancy J. Gargula
U. S. Trustee
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282

          /s/Richard J. Swanson
          Richard J. Swanson