UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Case No. 04-10427-REG |
| | ) | |
| Debtor. | ) | |

ORDER ON UNION'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEBTOR'S OBJECTION TO ADMINISTRATIVE CLAIM

This matter having come before this Court on Union's Motion For Enlargement Of Time To Respond To Debtor's Objection To Administrative Claim and the Court, being duly advised, GRANTS the motion and ORDERS that Union has until and including October 14, 2005 to respond to the Debtor's objection to the Union's administrative claim.

Dated:_____        _____
                              Judge, U. S. Bankruptcy Court
                              Northern District Of Indiana