|   | AUBURN FOUNDRY | | |
|---|---|---|---|
|   | Charge Allocation | | |
|   | Category | # of Hours | Total |
| 1 | General Administration | 77.4 | $19,108.50 |
| 2 | Financing, Cash Use, and DIP | 4.7 | $1,762.50 |
| 3 | Labor and Employment | 30.9 | $9,820.50 |
| 4 | Environmental | 2.4 | $814.00 |
| 5 | Plan and Disclosure Statement/Asset Sale | 114.8 | $37,071.50 |
| 6 | Customer and Vendor Issues | 1.9 | $712.50 |
| 7 | Preference Recoveries | 8.1 | $2,053.50 |
|   | TOTAL HOURS | 240.2 | |
|   | TOTAL FEES | | $71,343.00 |
|   | Adjusted Entry for Rounding | | $4.50 |
|   | ADJUSTED FEES | | $71,338.50 |
|   | Payable per Order (80%) | | $57,070.80 |
|   | Disbursements (100%) | | $3,511.35 |
|   | **TOTAL NOW PAYABLE** | | **$60,582.15** |



EXHIBIT A

| AUBURN FOUNDRY | | | | |
|---|---|---|---|---|
| Counsel List | | | | |
| NAME | TITLE | HOURLY RATE | NUMBER HOURS | TOTAL |
| Burns, J. R. | Partner | $375.00 | 133.1 | $49,912.50 |
| Dale, G.N. | Partner | $315.00 | 0.8 | $252.00 |
| Powers, D.P. | Partner | $285.00 | 13.6 | $3,876.00 |
| Hinshaw, D.L. | Of Counsel | $285.00 | 0.9 | $256.50 |
| Juba, M.F. | Associate | $160.00 | 42.7 | $6,832.00 |
| Werling, M. A. | Associate | $240.00 | 33.4 | $8,016.00 |
| Faulkner, J. L. | Paralegal | $140.00 | 15.7 | $2,198.00 |
| | | | 240.2 | $71,343.00 |

## AUBURN FOUNDRY
### Counsel List

| NAME | TITLE | HOURLY RATE | NUMBER HOURS | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Burns, J.R. | Partner | $375.00 | 29.5 | 4.7 | 13.6 | 2.0 | 78.1 | 1.9 | 3.3 | $49,912.50 |
| Dale, G.N. | Partner | $315.00 | | | 0.8 | | | | | $252.00 |
| Powers, D.P. | Partner | $285.00 | | | 13.6 | | | | | $3,876.00 |
| Hinshaw, D.L. | Of Counsel | $285.00 | | | 0.9 | | | | | $256.50 |
| Juba, M.F. | Associate | $160.00 | 23.5 | 1.8 | | 0.4 | 12.8 | | 4.2 | $6,832.00 |
| Werling, M.A. | Associate | $240.00 | 8.7 | 0.2 | | | 23.9 | | 0.6 | $8,016.00 |
| Faulkner, J.L. | Paralegal | $140.00 | 15.7 | | | | | | | $2,198.00 |
| | | | 77.4 | 6.7 | 28.9 | 2.4 | 114.8 | 1.9 | 8.1 | $71,343.00 |
| | | | | | | | | | 240.2 | |