**BAKER & DANIELS LLP**
**300 NORTH MERIDIAN STREET, SUITE 2700**
**INDIANAPOLIS, INDIANA 46204-1782**
**(317) 237-0300**

August 24, 2005
Invoice Number 1245680

0080031      Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through July 31, 2005 and not reflected on a prior bill:

0004396   Employee Benefits

Total Services............................$      4,128.00
Total Disbursements.................$           0.00

Total This Matter.......................$      4,128.00

Total This Invoice.............................................................................$      4,128.00

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS LLP**
300 NORTH MERIDIAN STREET, SUITE 2700
INDIANAPOLIS, INDIANA 46204-1782
(317) 237-0300

As Of  July 31, 2005
Invoice Number  1245680

0080031    Auburn Foundry, Inc.
  0004396    Employee Benefits

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
P.O. Box 664091
Indianapolis, Indiana 46266

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/01/05 | Analyze correspondence from D. Maude and M. Werling and related information re HIPAA issues; respond to same | DDP | .50 | 142.50 |
| 06/03/05 | Analyze email from D. Maude re PBGC demand for premiums for pension plans (.2); analyze email from D. Maude re funding for third-party administrator re post-May health plan claims (.2); conduct research and respond to same (1.4) | DDP | 1.80 | 513.00 |
| 06/13/05 | Telephone conference D. Maude re ability of individual union members to veto compromise of administrative claims in development of liquidating Chapter 11 plan (.2); conduct research re same (.4) | DDP | .60 | 171.00 |
| 06/15/05 | Telephone conference M. Reich re status of AF Europe negotiations with IRS (.4); analyze file re same (.5) | DDP | .90 | 256.50 |
| 06/16/05 | Office conference D. Maude re status of benefits issues and his availability to respond to same (.4); analyze pending benefits issues under alternative scenarios of liquidating Chapter 11 plan and Chapter 7 liquidation (.8) | DDP | 1.20 | 342.00 |
| 06/17/05 | Memo and email to D. Hunter | DDP | 1.10 | 313.50 |
| 06/23/05 | Analyze and respond to mail correspondence with A. Mackey re status of IRS negotiations and receipt of Form 2848 | DDP | .50 | 142.50 |
| 06/27/05 | Draft memo re outstanding pension issue | DDP | 1.00 | 285.00 |
| 06/27/05 | Discuss plan forfeiture issues with D.D. Powers | DLH | .90 | 252.00 |
| 06/28/05 | Analyze status of pending 401(k) plan issues; draft memo to D. Hunter re same | DDP | .40 | 114.00 |
| 06/29/05 | Telephone conference D. Maude re HIPAA certificate of creditable coverage issues re union health plan; analyze and revise same | DDP | .80 | 228.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 06/30/05 | Conduct research, draft, finalize and email memo re outstanding qualified plan issues to D. Hunter | DDP | 1.00 | 285.00 |
| 07/01/05 | Telephone conference D. Hunter re health plan issues | DDP | .70 | 199.50 |
| 07/07/05 | Analyze email correspondence from D. Hunter re HIPAA certificate of creditable coverage issues and respond to same; forward certificate form to D. Hunter | DDP | .60 | 171.00 |
| 07/19/05 | Email correspondence with S. Riga of Sommer & Barnard re pension issues; gather and transmit information re same | DDP | .30 | 85.50 |
| 07/20/05 | Email correspondence re pension plan data for Sommer & Barnard | DDP | .40 | 114.00 |
| 07/21/05 | Analyze email correspondence from T. Slocum re participant information in AF union pension plan; forward information re same to S. Rigas at Sommer & Barnard | DDP | .60 | 171.00 |
| 07/21/05 | Respond to inquiry re potential QDRO | DDP | .30 | 85.50 |
| 07/22/05 | Conduct research and email D. Hunter and J. Rose re potential confidentiality issues re disclosure of employee records to Mellon for purposes of pension administration | DDP | .90 | 256.50 |

Total Services............................................................................ Hours          14.50     4,128.00

Total Services And Disbursements.......................................................$                        4,128.00

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

September 14, 2005
Invoice Number 1249218

0080031      Auburn Foundry, Inc.

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through August 31, 2005 and not reflected on a prior bill:

0004426   Chapter 11

| | |
|---|---|
| Total Services............................$ | 67,210.50 |
| Total Disbursements..................$ | 3,511.35 |
| Total This Matter.......................$ | 70,721.85 |

Total This Invoice.........................................................................$      70,721.85

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of August 31, 2005
Invoice Number  1249218

0080031    Auburn Foundry, Inc.
0004426    Chapter 11

Thomas Woehlke
President
Auburn Foundry, Inc.
635-639 West 11th
Auburn, IN 46706

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06/23/05 | Pacer research | JLF | .70 | N/C |
| 06/30/05 | Prepare April monthly operating report for filing; confer with O. Wansen re same; review recent filings; gather Motion Industries preference analysis; confer with J. Burns re same | JLF | .80 | 112.00 |
| 07/01/05 | Continue work on liquidation plan notice to creditors (.4); review D. Maude e-mail re list of unpaid vendors (.1); office conference re administrative claim issues, examine article re same (.2) | MAW | .70 | 168.00 |
| 07/01/05 | Work on administrative claims issues and alternatives including exchange multiple emails with D. Maude re same | JRB | 1.30 | 487.50 |
| 07/01/05 | Follow-up re R. Swanson inquiry re medical and pension issues (.5); correspondence to R. Swanson re same (.3); consider group representation possibilities (.4) | JRB | 1.20 | 450.00 |
| 07/01/05 | Work on liquidating plan issues and alternatives | JRB | 1.50 | N/C |
| 07/04/05 | Correspondence from M. Eidelman, consider plan options and respond | JRB | .20 | 75.00 |
| 07/05/05 | Continue attention to liquidation plan letter (.8); continue attention to qualified plan termination issues, office conference re same (.4); review general case e-mail (.2) | MAW | 1.40 | 336.00 |
| 07/05/05 | Follow-up re Rosebrock litigation and status of settlement (.5); investigate status of outstanding insurance claims and coverage (.5); work on pensions and benefit issues (.6) | JRB | 1.60 | 600.00 |
| 07/05/05 | Consideration of options for disposition of CR landfill and potential for revenue generating sale as landfill permitted for construction debris | JRB | .90 | 337.50 |
| 07/05/05 | Work on letter to administrative creditors | JRB | .40 | 150.00 |
| 07/05/05 | Work on potential liquidating plan and consideration of issues | JRB | 1.20 | 450.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | and options with respect to same | | | |
| 07/05/05 | Correspondence from R. Swanson re medical claims issues, review relevant company documents and respond to inquiry | JRB | .70 | 262.50 |
| 07/06/05 | Legal research re potential plan of liquidation and treatment by the Seventh Circuit of certain possible provisions relating to assets and treatment of creditors | MFJ | 1.30 | 208.00 |
| 07/06/05 | Consideration of pending labor claims and potential for additional claims during administrative period | JRB | .50 | 187.50 |
| 07/06/05 | Consideration of and correspondence to H. Efroymson re potential for liquidating plan and alternative for payment of administrative expenses | JRB | 1.00 | 375.00 |
| 07/06/05 | Respond to inquiry re Rosebrock litigation and determine status of same (.5); follow-up re pending employment and other claims (.6) | JRB | 1.10 | 412.50 |
| 07/06/05 | Correspondence to and consider response from H. Efroymson re using preference recovery funds for certain limited and necessary expenses of concluding estate | JRB | .50 | 187.50 |
| 07/06/05 | Telephone call with D. Maude re Administrative Claims and means of concluding estate (.3); telephone call with D. Maude re Eagle Picher quality problem(.2); telephone call with possible buyer for CR 50 landfill and follow-up re same (.5) | JRB | 1.00 | 375.00 |
| 07/06/05 | Respond to inquiry re status of KERP motion | JRB | .30 | 112.50 |
| 07/06/05 | Follow-up with D. Maude re providing services to the Debtor | JRB | .40 | 150.00 |
| 07/06/05 | Review recent filings | JLF | .20 | 28.00 |
| 07/06/05 | Follow-up on medical and pension issues and consideration of options for dealing with same | JRB | .70 | 262.50 |
| 07/06/05 | Office conference re E. Rosenbrock claim, pension, 401(k) wind down issues (.4); work on revised draft of liquidation plan letter, related office conferences re same (.7); review and assess related case e-mail (.2) | MAW | 1.30 | 312.00 |
| 07/07/05 | Legal research re Seventh Circuit approach to bifurcation orders in reorganizing or liquidating an administratively insolvent debtor (1.6); legal research re confirmation of plans for administratively insolvent estates, specifically the framework and treatment by the circuits (1.7) | MFJ | 3.30 | 528.00 |
| 07/07/05 | Extended telephone call with D. Maude re computer and other lease issues (,4); consideration of issues raised and options for dealing with same (.5); exchange several emails with D. Maude re Administrative Claim issues (.3) | JRB | 1.20 | 450.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 07/07/05 | Consideration of Administration Claims payment and compromise options (.7); exchange correspondence with H. Efroymson re same (.3) | JRB | 1.00 | 375.00 |
| 07/07/05 | Consideration of disposition of PC and servers leased from IBM and Dell (.7); exchange correspondence with D. Maude re same (.3) | JRB | 1.00 | 375.00 |
| 07/07/05 | Work on liquidating plan issues (.7); exchange email correspondence with H. Efroymson re letters to holders of Administrative Claims (.2); follow-up re Administration Claim issues (.5) | JRB | 1.40 | 525.00 |
| 07/07/05 | Attention to lease rejection issues (.4); attention to administrative claims, liquidation plan issues (.3) | MAW | .70 | 168.00 |
| 07/07/05 | Work on issues re possible rejection of computer leases and simultaneous settlement of rejection damage claim by sale (.60); exchange emails with M. Eidelman re same (.3) | JRB | .90 | 337.50 |
| 07/08/05 | Evaluate the ordinary course defense offered by Elkem Metals and compare it to Seventh Circuit jurisprudence on preferences and preference defenses (.9); draft letter to R. Woodman, counsel for Elkem, explaining the dual nature of the Seventh Circuit ordinary course defense analysis and offer to enter into negotiations to settle the dispute without further litigation costs to the parties (.4); phone call to R. Woodman re same (.1); research files re Dell, Xerox, and IBM contracts and agreements in preparation for filing motions to reject executory contracts with the same entities (1.0); examine local rules to verify required substantive components of a motion to reject and a motion to approve compromise (.4); legal research re virtual chapter 7 liquidation for an administratively insolvent chapter 11 debtor and the available circuit treatment of the same (1.4) | MFJ | 4.20 | 672.00 |
| 07/08/05 | Extended telephone call D. Maude re MTI request for computers and options for dealing with same (.4); consideration of issues raised and rejection issues (.4) | JRB | .80 | 300.00 |
| 07/08/05 | Attention to lease issues, office conferences re same (.5); attention to preference issues, office conferences re same (.2); participate in telephone conference with M. Eidelman re Liquidation Plan issues, office conference re same (.4); begin work on "deepening insolvency" analysis re same (.9) | MAW | 2.00 | 480.00 |
| 07/08/05 | Telephone call with M. Eidelman re pending issues and follow-up re same (.4); consideration of "deepening | JRB | 1.90 | 712.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | insolvency" issue and applicability/inapplicability to post-petition vendor claims (1.5) | | | |
| 07/08/05 | Work on liquidating plan concept | JRB | 1.10 | 412.50 |
| 07/11/05 | Legal research re potential responses to ordinary course defense asserted by Elkem Metals if negotiations stall prior to a settlement agreement | MFJ | 1.20 | 192.00 |
| 07/11/05 | Telephone call with S. Miller, USDL, re benefit issues (.3); consideration of issues raised (.2) | JRB | .50 | 187.50 |
| 07/11/05 | Telephone call with D. Hunter re potential liquidating plan and issues raised re same (.3); consideration of issues raised and options for funding liquidating plan (.3) | JRB | .60 | 225.00 |
| 07/11/05 | Work on fee application (.8); exchange email with J. Ancel re liquidating plan (.2) | JRB | 1.00 | 375.00 |
| 07/11/05 | Extended telephone call with D. Maude re medical and real estate issues (.4); consideration of issues raised and administrative claim payment options and alternatives (.6) | JRB | 1.00 | 375.00 |
| 07/11/05 | Review recent preference case from 5th Circuit | JRB | .20 | 75.00 |
| 07/11/05 | Work on landfill sale options and issues | JRB | .50 | 187.50 |
| 07/12/05 | Legal research re deepening insolvency as a potential cause of action against certain entities related to the reorganization (1.3); memo to J. Burns and M. Werling re same (.2) | MFJ | 1.50 | 240.00 |
| 07/12/05 | Research "deepening insolvency" issue per liquidation plan, related releases, prepare short memo summarizing same (2.5); participate in telephone conference with T. Borden re liquidation plan issues (.5) | MAW | 3.00 | 720.00 |
| 07/12/05 | Work on computer lease issues and rejection | JRB | .40 | 150.00 |
| 07/12/05 | Prepare for and conference call with T. Borden re liquidation plan issues (.7); telephone call with D. Hunter re liquidation plan issues (.3) | JRB | 1.00 | 375.00 |
| 07/12/05 | Consideration of "deepening insolvency" theories and potential application, as well as defenses | JRB | 1.40 | 525.00 |
| 07/12/05 | Telephone call with T. Woehlke re secured lender issues and need to reconcile payments (.3); follow-up re budget reconciliation issue (.4) | JRB | .70 | 262.50 |
| 07/13/05 | Legal research re deepening insolvency as a potential cause of action against certain entities related to the reorganization (1.5); draft motion to reject executory contract with Dell Incorporated (0.3); draft motion to reject executory contract with Xerox Corporation (0.3); draft motion to reject executory | MFJ | 3.90 | 624.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | contract and motion to approve compromise with IBM (0.8); examine terms of agreement with IBM (0.1); examine Official Creditors' Committee's Notice of Fifth Fee Application for research related to deepening insolvency to determine if the committee is considering to assert claims on such a basis (0.3); memo to M. Werling and J. Burns summarizing same (0.1); legal research re applicability of certain new Code provisions and their effective dates as applied to the current reorganization (0.4); memo to M. Werling and J. Burns re same (0.1) | | | |
| 07/13/05 | Work on preference recovery issues | JRB | .70 | 262.50 |
| 07/13/05 | Work on landfill sale issues and opportunities | JRB | 1.10 | 412.50 |
| 07/13/05 | Review Creditors' Committee's counsel's notice of filing fee application and multiple exchange of correspondence to H. Efroymson re same | JRB | .40 | 150.00 |
| 07/13/05 | Work on Administration claims (.7); telephone call with D. Maude re Administration Claims issues (.3) | JRB | 1.00 | 375.00 |
| 07/13/05 | Review docket for pending orders (.1); office conference re Committee counsel fee request | MAW | .20 | 48.00 |
| 07/14/05 | Work on draft motions to reject executory contracts for Dell, Xerox, and IBM (1.1); work on draft motion to approve compromise with IBM (0.5); examine Official Creditors' Committee's Fifth Fee Application for research related to deepening insolvency to determine if the committee is considering asserting claims on such a basis (0.6) | MFJ | 2.20 | 352.00 |
| 07/14/05 | Work on liquidation plan | JRB | .70 | N/C |
| 07/14/05 | Review KERP order, recent docket entries (.1); office conference re Plan issues (.1); follow-up attention to lease rejection issues (.2);office conference re committee fee request (.1) | MAW | .50 | 120.00 |
| 07/14/05 | Review KERP Order (.1); correspondence to T. Woehlke and D. Maude re approval (.1) | JRB | .20 | 75.00 |
| 07/14/05 | Work on administrative claims | JRB | 1.10 | 412.50 |
| 07/14/05 | Telephone call with D. Maude concerning administrative claims issues | JRB | .30 | 112.50 |
| 07/14/05 | Telephone call with D. Maude re positive responses from administrative trade creditors re potential for liquidating plan | JRB | .20 | 75.00 |
| 07/14/05 | Continue work on computer issues and potential for rejection of computer leases in whole or in part | JRB | .60 | 225.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 07/14/05 | Review correspondence from and reply to the Pavlick re service issues and costs (.3) ; consideration of service costs and alternate means for effecting same for liquidating plan (.4) | JRB | .70 | 262.50 |
| 07/15/05 | Research fee application filed by Creditors' Committee to determine whether the Committee considered any deepening insolvency issues(.9); memo to J. Burns and M. Werling re same (.2) | MFJ | 1.10 | 176.00 |
| 07/15/05 | Receive and review inquiry from R. Swanson re pension plans and follow-up concerning issues raised | JRB | .50 | 187.50 |
| 07/15/05 | Consideration of Ice Miller fee application as Creditors' Committee counsel | JRB | .30 | 112.50 |
| 07/15/05 | Consideration of issues relating to liquidation plan and potential for confirmation of same | JRB | 1.20 | 450.00 |
| 07/16/05 | Consideration of inquiry from R. Swanson re pension issues and reply to same (.3); continue consideration of Ice Miller fee application (.3) | JRB | .60 | 225.00 |
| 07/16/05 | Receive and reply to correspondence from R. Swanson re administrative claims and preferences | JRB | .30 | 112.50 |
| 07/18/05 | Review Board dismissal orders in all remaining IOSHA cases; review files regarding same; conference with L.D. Beckwith regarding same; memo to J. Burns, D. Powers regarding same; submit | GND | .80 | 252.00 |
| 07/18/05 | Consideration of liquidating plan and confirmation of same in light of significant number of administrative claims and lack of response to inquiries re potential liquidating plan | JRB | 1.50 | 562.50 |
| 07/18/05 | Analysis of administrative claims and potential for payment | JRB | .70 | 262.50 |
| 07/18/05 | Legal research and brief memo to M. Werling re new code provisions affecting the ordinary course defense in preference matters and the effective date of same | MFJ | .50 | 80.00 |
| 07/18/05 | Review and assess most recent e-mail/correspondence re case status, recent developments | MAW | .30 | 72.00 |
| 07/18/05 | Correspondence from D. Maude re U.S. Trustee statement and analysis of potential for obtaining payment from Summit Investments for same | JRB | .40 | 150.00 |
| 07/18/05 | Review 401(k) information from D. Maude and follow-up re same | JRB | .40 | 150.00 |
| 07/18/05 | Exchange correspondence with D. Hunter re 401(k) | JRB | .20 | 75.00 |
| 07/19/05 | Follow-up re Motion Industries' preference action | JRB | .20 | 75.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 07/19/05 | Work on structure and contents of liquidating plan and potential trust | JRB | 1.20 | 450.00 |
| 07/19/05 | Receive and review correspondence from R. Swanson re conflict counsel billings and respond to same | JRB | .30 | 112.50 |
| 07/19/05 | Receive and review U.S. Trustee notice and consideration of issue raised by same | JRB | .30 | 112.50 |
| 07/19/05 | Review and assess case email, correspondence | MAW | .30 | 72.00 |
| 07/19/05 | Work on 401(k) information | JRB | .30 | 112.50 |
| 07/19/05 | Correspondence to M. Eidelman re U.S. Trustee payments and need for Summit to advance funds for same | JRB | .30 | 112.50 |
| 07/19/05 | Consideration of corporate structure changes necessary in context of liquidation plan | JRB | .40 | 150.00 |
| 07/20/05 | Receive, consider and reply to correspondence from R. Swanson re conflicts counsel, billings and issues related to same, including review of documents necessary to create response | JRB | .50 | 187.50 |
| 07/20/05 | Work on liquidating plan and strategy re confirmation of same; work on IDEM issues and opportunities for sale of landfill | JRB | .40 | 150.00 |
| 07/20/05 | Review recent filings | JLF | .20 | 28.00 |
| 07/20/05 | Exchange correspondence with H. Efroymson re Creditors' Committee counsel payments | JRB | .30 | 112.50 |
| 07/20/05 | Exchange correspondence re pension issues | JRB | .30 | 112.50 |
| 07/20/05 | Review and assess miscellaneous case e-mail | MAW | .20 | 48.00 |
| 07/20/05 | Receive, review and consider D. Maude request for payment and options for making such payment | JRB | .40 | 150.00 |
| 07/20/05 | Follow-up concerning potential buy-out of Auburn Foundry computer leases | JRB | .30 | 112.50 |
| 07/21/05 | Work on Interim Fee Statement | JRB | .40 | 150.00 |
| 07/21/05 | Work on liquidation plan and strategy for confirmation of same (2.4 ); receive and review spreadsheet of medical claims and consideration of same in connection with potential liquidating plan (.4) | JRB | 2.80 | 1,050.00 |
| 07/21/05 | Telephone call with D. Maude re responses from certain administrative trade claim holders approving concept of liquidating plan and consideration of impact of same | JRB | .40 | 150.00 |
| 07/21/05 | Confer with J. Burns re itemized statement | JLF | .10 | 14.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 07/21/05 | Exchange correspondence with D. Powers re employee garnishment issue and follow-up re same | JRB | .40 | 150.00 |
| 07/21/05 | Review and assess J. Burns' outline re liquidation plan concepts, office conference re proceeding with same (.4); analyze needs re same (.3); review and assess other case e-mail, check docket re status of pending motions (.2) | MAW | .90 | 216.00 |
| 07/22/05 | Consideration of IDEM issues and possible options for selling CR 50 landfill | JRB | .40 | 150.00 |
| 07/22/05 | Follow-up with D. Maude re administrative payment issues and consideration of means to obtain as much payment for same as possible | JRB | .40 | 150.00 |
| 07/22/05 | Draft correspondence to M. Eidelman requesting additional contribution from Summit Investment for expenses required for proposing and obtaining confirmation of liquidating plan | JRB | .70 | 262.50 |
| 07/22/05 | Work on liquidating plan | JRB | 2.50 | 937.50 |
| 07/22/05 | Consider and respond to D. Maude inquiry re status of company documents and records; consideration of records disposition and retention issues | JRB | .90 | 337.50 |
| 07/22/05 | Review and respond to R. Swanson inquiry concerning cash use agreement and provide copy of existing cash use agreement as it relates to applicability of carve-out to conflicts counsel | JRB | .40 | 150.00 |
| 07/22/05 | Analyze liquidation plan needs, begin attention to drafting same (.5); review and analyze client e-mail re open claim issues (.2); review and assess miscellaneous case e-mail (.2); review and asses liquidation plan related e-mail (.3) | MAW | 1.20 | 288.00 |
| 07/22/05 | Receive follow-up correspondence from R. Swanson re cash use agreement, consider issues raised and respond to same | JRB | .40 | 150.00 |
| 07/24/05 | Work on renewed plan, disclosure statement drafting | MAW | .60 | 144.00 |
| 07/25/05 | Review Union proofs of claim and correspondence from D. Maude re same | JRB | .40 | 150.00 |
| 07/25/05 | Continue work on plan (1.5); office conference, participate in telephonic hearing re E. Rosenbrock matter (.4) | MAW | 1.90 | 456.00 |
| 07/25/05 | Locate 1-20-05 plan and exhibits, supplements and exhibits; update Binder; confer with S. Rhoads re same; prepare June proforma analysis and itemized statement along with exhibits | JLF | 5.60 | 784.00 |
| 07/25/05 | Work on liquidating plan and strategy for obtaining confirmation of same despite administrative insolvency | JRB | 1.70 | 637.50 |
| 07/26/05 | Consideration of Union issues | JRB | .30 | 112.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 07/26/05 | Work on liquidating plan and consideration of strategy for obtaining confirmation of same despite administrative insolvency | JRB | .90 | 337.50 |
| 07/26/05 | Continue work on Plan | MAW | 1.50 | 360.00 |
| 07/26/05 | Review recent filings; analyze documents; create notebook for Plant 1 and 2 closings | JLF | 1.50 | 210.00 |
| 07/26/05 | Correspondence from D. Maude re status pending determination of conversion or the filing of liquidating plan and respond to same | JRB | .40 | 150.00 |
| 07/27/05 | Review and analysis of actual to budget expenditures and potential for unpaid budget items as it might affect ability to pay administrative, trade creditors and professionals (1.1); telephone call with D. Maude re administrative claims and payments (.3) | JRB | 1.40 | 525.00 |
| 07/27/05 | Review Plant 2 closing documents | JLF | .80 | 112.00 |
| 07/27/05 | Review correspondence and follow-up re tax returns and potential need for I. White to be retained by shareholders in order to obtain derivative information for their returns | JRB | .30 | 112.50 |
| 07/27/05 | Work on liquidation plan and related issues | JRB | 1.40 | 525.00 |
| 07/27/05 | Receive correspondence from R. Dowling re Auburn Foundry sub-lease and follow-up re issues raised | JRB | .30 | 112.50 |
| 07/27/05 | Correspondence with H. Efroymson re D. Maude timesheets and need for payment | JRB | .30 | 112.50 |
| 07/27/05 | Work on liquidation plan and potential for confirmation of same | JRB | 1.70 | 637.50 |
| 07/27/05 | Work on plan (2.5); review miscellaneous case e-mail, correspondence (.2) | MAW | 2.70 | 648.00 |
| 07/28/05 | Preparation for and conference call with L. Bayles re Summit Investments support for liquidating plan and potential contribution toward expenses of same | JRB | 1.50 | 562.50 |
| 07/28/05 | Examine discovery requests re a preference dispute propounded by Empire Factory upon conflicts counsel, M. Warsco, and summarize status of same for M. Werling | MFJ | .40 | 64.00 |
| 07/28/05 | Correspondence with D. Maude re Creditor Committee counsel fees and follow-up re payment of same | JRB | .30 | 112.50 |
| 07/28/05 | Work on preference recoveries | JRB | .40 | 150.00 |
| 07/28/05 | Review correspondence from R. Swanson re pension plan issues and follow-up re same (.4); correspondence from D. | JRB | .60 | 225.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | Maude re pension issues (.2) | | | |
| 07/28/05 | Exchange multiple correspondence with L. Bayles re liquidating plan discussions | JRB | .30 | 112.50 |
| 07/28/05 | Exchange correspondence with H. Efroymson re D. Maude services | JRB | .30 | 112.50 |
| 07/28/05 | Consideration of substance and strategy of possible liquidation plan | JRB | .70 | 262.50 |
| 07/28/05 | Exchange correspondence with H. Efroymson re potential plan of liquidation | JRB | .40 | 150.00 |
| 07/28/05 | Continue attention to plan preparation issues | MAW | 1.80 | 432.00 |
| 07/28/05 | Exchange correspondence with D. Maude re payment for services rendered | JRB | .30 | 112.50 |
| 07/28/05 | Correspondence to R. Doelling re lease of Michigan property and consideration of issues raised by D. Maude re same | JRB | .40 | 150.00 |
| 07/29/05 | Correspondence with D. Maude re medical issues and follow-up re same | JRB | .40 | 150.00 |
| 07/29/05 | Work on liquidation plan | JRB | 2.50 | 937.50 |
| 07/29/05 | Continue work on plan | MAW | 2.00 | 480.00 |
| 07/30/05 | Consideration of liquidation plan options and strategies for obtaining confirmation | JRB | .70 | 262.50 |
| 07/31/05 | Work on liquidation plan, Teligent requirements re administrative claims | MAW | 2.50 | 600.00 |
| 08/01/05 | Confer with M. Juba re preference complaints | JLF | .10 | 14.00 |
| 08/01/05 | Review and assess unemployment hearing notice | MAW | .20 | 48.00 |
| 08/01/05 | Work on liquidating plan and strategy re obtaining confirmation of same | JRB | 1.30 | 487.50 |
| 08/01/05 | Follow-up re payment of professional fees for Creditors' Committee and debtor's counsel | JRB | .60 | 225.00 |
| 08/01/05 | Consider and respond to R. Swanson inquiry and his follow-up | JRB | .50 | 187.50 |
| 08/02/05 | Follow-up re Motion Industries' settlement and notice issue | JRB | .70 | 262.50 |
| 08/02/05 | Work on preparing notice language to conform to Court's order directing the filing and service of a new Notice re the approved settlement with Motion Industries | MFJ | 1.10 | 176.00 |
| 08/02/05 | Consider implications of 6th Circuit case and correspondence to M. Eidelman re same (.4); consideration of liquidating plan options an structure (.5) | JRB | .90 | 337.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/02/05 | Consider Unemployment Compensation matter and evaluate merits of appearing or resting on prior record | JRB | .50 | 187.50 |
| 08/02/05 | Correspondence to M. Eidelman re liquidating plan status (.2); consideration of alternatives to funding by Summit and options without a contribution (.8) | JRB | 1.00 | 375.00 |
| 08/02/05 | Review new 6th Circuit case on WARN issues and potential secured lender liability | JRB | .50 | 187.50 |
| 08/02/05 | Continue to address unemployment hearing notice, office conference re same, prepare letter re same, review pertinent statutes (.6), review docket, notice re vacation pay allowance (.2); review WARN Act case on lender liability, e-mail Summit re same (.2); attend to notice issues re filing, office conference, telephone conference with court clerk re same (.4) | MAW | 1.40 | 336.00 |
| 08/03/05 | Consideration of administrative claims and payment options (.8); consideration of conversion and timing of same (.7) | JRB | 1.50 | 562.50 |
| 08/03/05 | Review and assess lease related e-mail from D. Maude | MAW | .20 | 48.00 |
| 08/03/05 | Work on liquidation plan issues and options | JRB | 1.60 | 600.00 |
| 08/04/05 | Review case e-mail re medical claim issues (0.2); teleconference with Kemper counsel re IDEM stipulation (0.2) | MAW | .40 | 96.00 |
| 08/04/05 | Exchange correspondence with R. Swanson (.3); consideration of and work on options for paying administrative claims (.5) | JRB | .80 | 300.00 |
| 08/08/05 | Telephone call with L. Bayles re Summit's decision not to contribute toward a liquidating plan (.3); consideration of implications for estate and options for funding plan (.7) | JRB | 1.00 | 375.00 |
| 08/08/05 | Consideration of liquidating plan options in light of Summit's position (.5);  exchange correspondence with H. Efroymson re case status and follow-up issues raised (.5); review of administration claims and options for dealing with same (.7); consider case options (.8) | JRB | 2.50 | 937.50 |
| 08/08/05 | Office conference re next steps in case | MAW | .20 | N/C |
| 08/09/05 | Pacer research; confer with M. Werling re average length of time between the expiration of objections period and the entry of an order approving fee application | JLF | .50 | 70.00 |
| 08/09/05 | Follow-up re COBRA issue | JRB | .50 | 187.50 |
| 08/09/05 | Consideration of liquidating plan options and conversion alternative | JRB | 1.50 | 562.50 |
| 08/09/05 | Analyze Kemper objection, prepare outline response to same (0.3); review docket and assess status of pending motions, office conference re same (0.2) | MAW | .50 | 120.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/10/05 | Review recent orders | MAW | .10 | 24.00 |
| 08/10/05 | Telephone call with D. Maude re COBRA issue and follow-up re same | JRB | .50 | 187.50 |
| 08/10/05 | Consideration of alternatives to conversion and strategy in converting if necessary | JRB | 1.50 | 562.50 |
| 08/10/05 | Exchange correspondence with H. Efroymson re Creditors Committee fees and follow-up correspondence to M. Eidelman re same | JRB | .40 | 150.00 |
| 08/11/05 | Work on liquidation and case options | JRB | 1.70 | 637.50 |
| 08/11/05 | Consideration of liquidation options | JRB | .50 | 187.50 |
| 08/12/05 | Review status of professional fee payments and potential for obtaining same | JRB | .40 | 150.00 |
| 08/12/05 | Follow-up re administrative claim issues and options | JRB | .40 | 150.00 |
| 08/12/05 | Correspondence with D. Hunter re potential conversion and related issues | JRB | .50 | 187.50 |
| 08/12/05 | Consideration of liquidation and conversion options (.5); legal research and analysis of liquidation issues and options (1.5) | JRB | 2.00 | 750.00 |
| 08/14/05 | Consideration of liquidation options (.4); exchange correspondence with D. Hunter re same (.1) | JRB | .50 | 187.50 |
| 08/15/05 | Assist in finalizing and filing the Limited Objection to the union's Motion to Allow Vacation Pay, Personal Day Pay and Medical Claims as Administrative Claims (.9); research re proper service requirements and proper creditor matrix required for service (.5) | MFJ | 1.40 | 224.00 |
| 08/15/05 | Telephone call with D. Maude re subpoena of medical records by R. Swanson and consideration of appropriate response (.4); brief research re appropriate response to subpoena for medical records (.4); consideration of Union claim (.4) | JRB | 1.20 | 450.00 |
| 08/15/05 | Follow-up re objection for union claims and draft same | JRB | .60 | 225.00 |
| 08/15/05 | Gather preference settlement materials; confer with M. Juba re same; review recent filings | JLF | .70 | 98.00 |
| 08/15/05 | Telephone conference with D. Maude re union objection; inter-office e-mail re same (0.2); check docket re status of pending motions (0.1) | MAW | .30 | 72.00 |
| 08/16/05 | Follow-up re payment of professional fees and status of pending motion (.3); work on liquidating issues and options (1.5) | JRB | 1.80 | 675.00 |
| 08/16/05 | Research re status of pending fee application (.2); phone | MFJ | 1.40 | 224.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | conference with case manager in clerk's office re status of same and potential date of order addressing same (.3); consider possible causes for delay and potential proactive measures available to assist court in entering an order on the application (.4); finalize Amended Notice of Motion and Opportunity to Object to the preference settlement with Motion Industries (.5) | | | |
| 08/16/05 | Receive and review order and information re Union's request to ASR Corporation and consideration of issues raised by same | JRB | .40 | 150.00 |
| 08/16/05 | Follow-up re Creditor Committee counsel fee payment | JRB | .30 | 112.50 |
| 08/16/05 | Preparation for and participate in Board of Directors' meeting to consider liquidation and conversion issues | JRB | 2.50 | 937.50 |
| 08/16/05 | Office conference re status of fee application | MAW | .10 | N/C |
| 08/16/05 | Pacer research | JLF | .20 | 28.00 |
| 08/17/05 | Consideration of pension issues and potential impact of conversion (.5); consideration of payment of Creditor Committee fees and correspondence to M. Eidelman re same (.4); correspond with H. Efroymson re payment of Creditor Committee counsel fees from Summit funds in accordance with budget and follow-up re same (.3) | JRB | 1.20 | 450.00 |
| 08/17/05 | Respond to L. Bayles re Creditor Committee fee issue and follow-up re questions raised | JRB | .30 | 112.50 |
| 08/17/05 | Review and assess case e-mail | MAW | .10 | 24.00 |
| 08/17/05 | Receive and review correspondence from L. Bayles and H. Efroymson re administrative claims issues and follow-up re same | JRB | .50 | 187.50 |
| 08/17/05 | Review recent filings | JLF | .20 | 28.00 |
| 08/17/05 | Work on pension plan issues and potential merger (.7); receive, review and consider multiple correspondence concerning pension plan issues (.3) | JRB | 1.00 | 375.00 |
| 08/18/05 | Docket research re potential order related to pending fee application | MFJ | .20 | 32.00 |
| 08/18/05 | Receive and review draft minutes of Auburn Foundry board meeting approving liquidation and/or conversion of Chapter 11 proceeding | JRB | .40 | 150.00 |
| 08/18/05 | Consideration of liquidation/conversion options and strategy | JRB | .30 | 112.50 |
| 08/18/05 | Receive and review correspondence and spreadsheet from D. Maude re Creditor Committee fee payments and remaining | JRB | .50 | 187.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | obligations | | | |
| 08/18/05 | Receive, consider and respond to correspondence from D. Maude concerning MTA issues and administrative expenses | JRB | .40 | 150.00 |
| 08/19/05 | Docket research re potential order related to pending fee application (.2); legal research re "virtual chapter 7" theory and bifurcation orders to assist in payment of administrative fees otherwise subject to pro rata distribution (2.8) | MFJ | 3.00 | 480.00 |
| 08/19/05 | Consideration of bifurcation, consensual plan or conversion options and relative costs of same | JRB | 1.70 | 637.50 |
| 08/19/05 | Analysis of remaining administrative claims and options for payment through liquidation or conversion | JRB | 1.50 | 562.50 |
| 08/22/05 | Legal research re bifurcation orders in administratively insolvent chapter 11 cases and their treatment of administrative claims (2.4); legal research re a virtual chapter 7 wind-down in an administratively insolvent chapter 11 case (1.5) | MFJ | 3.90 | 624.00 |
| 08/22/05 | Extended telephone call with D. Maude re pension issues and Summit request for additional information | JRB | .30 | 112.50 |
| 08/22/05 | Consideration of liquidation options and issues | JRB | 1.50 | 562.50 |
| 08/22/05 | Receive and review correspondence from D. Maude re telephone service and consideration of issues raised by same | JRB | .30 | 112.50 |
| 08/22/05 | Telephone conferences re case status, conversion related options (.2); assess status of trust fund upon conversion (.3); review case related e-mail (.1) | MAW | .60 | 144.00 |
| 08/22/05 | Legal research re and consideration of options for liquidation or conversion | JRB | .10 | 37.50 |
| 08/23/05 | Extensive legal research throughout all circuits re bifurcation orders for administrative claims in administratively insolvent chapter 11 cases (2.6); memo summarizing current law and treatment of bifurcation orders in bankruptcy court (.6); examine order to correct service and notice of fee application (.1) | MFJ | 3.30 | 528.00 |
| 08/23/05 | Consideration of Court order re fee application notice and options for dealing with same | JRB | .50 | 187.50 |
| 08/23/05 | Legal research and consideration of bifurcation orders utilized in the Second Circuit and potential application in this case | JRB | 2.00 | 750.00 |
| 08/23/05 | Telephone call D. Maude re Creditors Committee counsel per budget (.2); review 6th Circuit Slip opinion and email to C. Reckler re same (.2) | JRB | .40 | 150.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/23/05 | Telephone call with L. Bayles re Summit authorization for payment of Creditor Committee fees and potential for Lender liability | JRB | .30 | 112.50 |
| 08/23/05 | Review fee order notice, office conference re same (.1); follow-up research re disposition of trust funds upon conversion to Chapter 7 (.6); review and assess materials re potential "bifurcation" of case (.8); prepare motion to convert case (.1) | MAW | 1.60 | 384.00 |
| 08/23/05 | Research re and consideration of options for liquidation through a bifurcated plan or conversion to Chapter 7 | JRB | 1.00 | 375.00 |
| 08/24/05 | Attend to notice and service matters related to recent order re the filing of an amended notice on the pending fee application for counsel fees (.8); legal research re bifurcation concept in the Seventh Circuit and the applicability to Code sections 363 and 364 transactions (2.8) | MFJ | 3.60 | 576.00 |
| 08/24/05 | Work on June fee statement; office conferences re same (.3); work on "bifurcation" proposal letter, review materials in support of same (.7) | MAW | 1.00 | 240.00 |
| 08/24/05 | Work on fee application issues | JRB | .60 | 225.00 |
| 08/24/05 | Pacer research; confer with M. Werling re fee application; prepare materials for June itemized statement; review documents from closing of Plant 1 and 2; finalize binders; review recent filings; amend June itemized statement | JLF | 4.20 | 588.00 |
| 08/24/05 | Consideration of and dealing with notice issues re professional fees | JRB | .80 | 300.00 |
| 08/24/05 | Consideration of conversion or bifurcation options in connection with an orderly liquidation, including research re same | JRB | 1.50 | 562.50 |
| 08/24/05 | Review and consider correspondence from H. Efroymson; draft response to H. Efroymson re Creditor Committee issues (.4); exchange correspondence from L. Bayles re National City account (.3) | JRB | .70 | 262.50 |
| 08/24/05 | Consideration of professional fee issues, notice and options for dealing with same | JRB | .80 | 300.00 |
| 08/25/05 | Follow-up with D. Maude re National City account | JRB | .20 | 75.00 |
| 08/25/05 | Review and consider 401(k) issues and options | JRB | .50 | 187.50 |
| 08/25/05 | Work on and consideration of liquidating plan, bifurcation option or conversion in order to complete liquidation of Auburn Foundry and close Chapter 11 proceeding, including | JRB | 2.90 | 1,087.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | review of Caldor case and various secondary literature re same | | | |
| 08/25/05 | Review recent filings | JLF | .30 | 42.00 |
| 08/25/05 | Review case docket, open matters in advance of potential case conversion (.2); review order re Union 2004 request (.1) | MAW | .30 | 72.00 |
| 08/29/05 | Review recent filings | JLF | .30 | 42.00 |
| 08/29/05 | Legal research re Non-Disclosure Statements and Confidentiality Agreement in Indiana | MFJ | 1.50 | 240.00 |
| 08/29/05 | Review and follow-up R. Swanson request for documents | JRB | .30 | 112.50 |
| 08/29/05 | Telephone call with D. Hunter re liquidation issues | JRB | .20 | 75.00 |
| 08/29/05 | Continue attention to potential bifurcation options, open case needs in support of same | MAW | .20 | 48.00 |
| 08/30/05 | Draft Non-Disclosure Statement and Confidentiality Agreement | MFJ | 2.40 | 384.00 |
| 08/30/05 | Work on liquidation alternatives and consideration of benefits/costs of same | JRB | 2.00 | 750.00 |
| 08/31/05 | Consider and respond to inquiry from R. Swanson and follow-up re same | JRB | .50 | 187.50 |
| 08/31/05 | Review confidentiality agreement with Union (0.2); review hearing notice re same (0.1); office conference re bifurcation e-mail, assess next steps re same (0.3); review, respond to e-mail re tax waiver issues (.2) | MAW | .80 | 192.00 |
| 08/31/05 | Follow-up re bifurcation issues and consideration of all available options re winding up Chapter 11 case and liquidating remaining assets | JRB | 2.50 | 937.50 |
| 08/31/05 | Work on Non-Disclosure and Confidentiality Agreement | MFJ | 1.30 | 208.00 |

Total Services..............................................................................Hours        228.90    67,210.50

| Date | Disbursements | | Total |
|------|---------------|--|-------|
| 06/30/05 | Computerized Research | Westlaw | 49.29 |
| 06/30/05 | Computerized Research | Westlaw | 46.36 |
| 07/21/05 | Computerized Research | Westlaw | 117.70 |
| Total For | Computerized Research | | 213.35 |
| | | | |
| 05/31/05 | Computerized Research | PACER | 266.56 |
| 05/31/05 | Computerized Research | PACER | 50.24 |
| 06/30/05 | Computerized Research | accessIndiana/CivicNet | 2.00 |

## BAKER & DANIELS

| | | | |
|---|---|---|---:|
| 06/30/05 | Computerized Research | PACER | 251.52 |
| 06/30/05 | Computerized Research | PACER | 2.64 |
| 07/29/05 | Computerized Research | PACER | 132.08 |
| 07/29/05 | Computerized Research | PACER | 11.12 |
| Total For | Computerized Research - Other | | 716.16 |
| | | | |
| 08/09/05 | Postage/Air/Express Delivery | | 477.25 |
| Total For | Postage/Air/Express Delivery | | 477.25 |
| | | | |
| 08/02/05 | Telecopy | | 5.70 |
| 08/25/05 | Telecopy | | 11.40 |
| Total For | Telecopy | | 17.10 |
| | | | |
| 07/26/05 | Tabs | | 0.36 |
| 07/26/05 | Tabs | | 0.72 |
| 07/26/05 | Tabs | | 0.84 |
| 07/26/05 | Tabs | | 0.60 |
| 07/26/05 | Tabs | | 3.00 |
| 07/26/05 | Tabs | | 0.24 |
| 08/30/05 | Tabs | | 0.12 |
| 08/30/05 | Tabs | | 1.44 |
| 08/30/05 | Tabs | | 0.12 |
| Total For | Tabs | | 7.44 |

COPYING COSTS                    1                                   2,080.05

Total Disbursements......................................................................... $    3,511.35

Total Services And Disbursements.................................................$    70,721.85