UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                            )
                                             )
AUBURN FOUNDRY, INC.                         )                Chapter 11
                                             )
              Debtor.                        )                BK Case No. 04-10427

## AMENDED CERTIFICATE OF SERVICE

      I certify that a copy of the Amended Notice of Motion and Opportunity to Object,

with all exhibits attached, and proposed Order was served first-class United States mail, postage

prepaid, on August 16, 2005 upon the following parties or counsel:


           /s/ Mark A. Werling_____

Auburn Cord Duesenberg Museum
1600 South Wayne Street
Auburn, IN 46706-0271

Miller & Company
9700 W. Higgins Road, Suite 1000
Rosemont, IL 60018-4743

Crown Group
4301 Engle Road
Fort Wayne, IN 46804

Four Seasons Lawnscape
1695 North Main Street
Auburn, IN 46706

Industrial Tube & Steel Corp.
9911 Crescent Park Drive
West Chester, OH 45069

Metric and Multi-Standard
Comp Corp.
120 Old Saw Mill River Road
Hawthorne, NY 10532-1599

MP Steel, Indiana
PO Box 911
Beaver Falls, PA 15010

Metal Management
4431 West 130th Street
Cleveland, OH

Pain Enterprises, Inc.
101 Daniels Way
Bloomington, IN 47404

Pizza Hut
1116 West 7th Street
Auburn, IN 46706

Security Locknut, Inc.
407 East Hawley Street
Mundelein, IL 60060

Universal Am-Can Ltd.
PO Box 80
Warren, MI 48090

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
Auburn, IN 46706

NMHG Financial Services
PO Box 642385
Pittsburgh, PA 15264-2385

R I Lampus Co.
R I Lampus Avenue
PO Box 167
Springdale, PA 15144

Scott Industrial Systems, Inc.
2655 Toby Drive
Indianapolis, IN 46219

Arrow Services, Inc.
4122 North Wells
Fort Wayne, IN 46808

Groholski Manufacturing Solu
90 Jay Street
Coldwater, MI 49036-1848

Arch Wireless
3655 Hauck Road
Cincinnati, OH 45241-1605

Duraflo Equipment Company, Inc.
3910 Culligan Avenue, Suite B
Indianapolis, IN 46201-5506

Shambaugh & Son L.P.
7614 Opportunity Drive
Fort Wayne, IN 46801

Industrial Tube & Steel Co.
9911 Crescent Park Drive
West Chester, OH 45069-3896

Reliable Corporation
Corporate Office
150 E. Pierce Road
Itasca, IL 60143

Bisbee Infrared Services
569 Wildwood Avenue
Jackson, MI 49201-1048

Mellon Consultants, Inc.
202 West Berry Street, Suite 700
Fort Wayne, IN 46802

Ernst & Young
110 West Berry, Suite 2300
Fort Wayne, IN 46802

Key Equipment Finance
Attn:  Sal Boscia
1000 South McCaslin Blvd.
Louisville, CO 80027

US Inspection Services
1304 Sadlier Circle West Drive
Indianapolis, IN 46239-1056

BGR, Inc.
Attn: Lori Neal
6392 Gano Road
West Chester, OH 45069

Clean Conveyor Solutions
642 Newport Avenue
Westmont, IL 60559-1259

QHG of Fort Wayne, Inc.
Redimed
PO Box 11909
Fort Wayne, IN 46861

Dorsch Tool & Engineering Co.
5318 Victory Drive
Indianapolis, IN 46203-5951

Edwin and Mary Rosebrock
4757 Road 220
Antwerp, OH 45813-9140

BAKER & DANIELS

By: /s/ John R Burns, III
     John R Burns, III (#3016-02)
     Mark A. Werling (#20426-02)
     111 East Wayne Street, Suite 800
     Fort Wayne, Indiana 46802
     Telephone:  (260) 424-8000
     Facsimile:  (260) 460-1700

ATTORNEYS FOR THE DEBTOR,
AUBURN FOUNDRY, INC.

Label Matrix for USBC
Northern District of Indiana
Case 04-10427-reg
Tue Aug 16 08:38:57 EST 2005

0 C TANNER
1930 SOUTH STATE STREET
SALT LAKE CITY, UT 84115

3M VALLEY
600 E. MEIGS
VALLEY, NE 68064-0368


A T & T
P.O. Box 96001309
Louisville, KY 40290-1309

A-1 JANITORIAL SERVICE
PO BOX 241
WATERLOO, IN 46793

A. F. Europe, Inc.
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023,  46204-2023


A.F. EUROPE, INC.
635 W. ELEVENTH STREET
AUBURN, IN 46706

ABB Inc.
9000 Regency Park
Suite 300
Cary, NC 27511

ABB METALLURGY INC
1460 LIVINGSTON AVE
NORTH BRUNSWICK, NJ 08902


ABF FREIGHT SYSTEM INC.
3320 N. WELLS ST.
FORT WAYNE, IN 46808

ACORDIA
P.O. BOX 885
FT WAYNE, IN 46801-0885

ADDIS INC
3721 LEE ROAD
CLEVELAND, OH 44120


ADMETCO
7625 VICKSBURG PIKE
FORT WAYNE, IN 46850

AERO-MOTIVE MANUFACTURING
5688 EAST ML AVE
KALAMAZOO, MI 49001

AIR PRODUCTS AND CHEMICALS
PO BOX 25745
LEHIGH VALLEY, PA 18002-5742


AIR TECHNICS INC.
2652 MERRIMONT DRIVE
TROY, OH 45373

AIRBORNE EXPRESS
P.O. BOX 91001
SEATTLE, WA 98111

AIRTECH ENVIRONMENTAL SERVICES
601A COUNTRY CLUB DRIVE
BENSENVILLE, IL 60106


ALFA FINANCIAL CORPORATION
56 COLONIAL PARK DRIVE SUITE 200
ROSWELL, GA 30075

ALLEN PATTERN WORKS INC.
616 EAST WALLACE STREET
P.O. BOX 10540
FORT WAYNE, IN 46803

ALRO STEEL CORPORATION
PO BOX 10360
FT WAYNE, IN 46851-0360


AMERICAN BIO MEDICA CORPORATION
122 SMITH ROAD
KINDERHOOK, NY 12106

AMERICAN WIRE ROPE AND SLING
3122 ENGLE ROAD
FORT WAYNE, IN 46809

AMETEK INC.
900 GREENBANK ROAD
WILMINGTON, DE 19808


APPLIED METALS & MACHINE WORKS
1036 ST. MARYS AVENUE
FORT WAYNE, IN 46808

ARAB PEST CONTROL
1130 PION RD
FORT WAYNE, IN 46825

ARROW FENCE COMPANY, INC.
318 EDGEWOOD AVENUE
FORT WAYNE, IN 46805


ARROW SERVICES INC
4121 NORTHRUP
FT WAYNE, IN 46805

ASHLAND CHEMICAL CO
P 0 BOX 395
COLUMBUS, OH 43216-0395

AUBURN CITY UTILITIES
PO BOX 506
AUBURN, IN 46706

AUBURN INN
225 TOURING DRIVE
AUBURN, IN 46706

AUSTIN PETROLEUM INC.
99 E. JOE STREET
HUNTINGTON, IN 46750

AUTO ELECTRIC
709 E WASHINGTON
FT WAYNE, IN 46802


AUTOMATIC DATA PROCESSING
OF INDIANAPOLIS INC
P.O. BOX 80419
INDIANAPOLIS, IN 46280-0419

AZTEC MILLENNIUM SUPPLY, I
8411 MAYHEW ROAD
FORT WAYNE, IN 46835

Air Products and Chemicals
Tom Jacob A6313
7201 Hamilton Blvd.
Allentown, PA 18195


American Arbitration Association
335 Madison Ave., 10th Fl.
New York, NY 10017

American Distribution Assoc.
335 Madison Ave., 10th Fl.
New York, NY 10017

American Express Travel Related SVCS CO
c/o Becket & Lee LLP
PO Box 3001, Dept AC
Malvern, PA 19355-0701


American Express Travel Related Svcs Co
Becket and Lee LLP, Attorneys/Agent
P.O. Box 3001
Malvern, PA 19355-0701

American Express Travel Related Svcs Co
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Anne Meeks Davis Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN  46306-2847


Antibus Scales and Systems
4809 Illinois Road
Fort Wayne, IN 46804

Arch Wireless
Attn: Division 19
11570 Mosteller Road
Cincinnati OH 45241

Ashland Incorporated
Ashland Inc.
Collection Dept.  DS3
PO Box 2219
Columbus, OH 43216,  43216


Ashland, Inc.
Collection Dept.
P.O. Box 2219
Columbus, OH 43216

Auburn Chrysler, Dodge, & Jeep, Inc.
507 South Grandstaff Drive
Auburn, IN 46706

Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN 46706


Austin Petroleum, Inc.
c/o Ron Ellis, President
99 East Joe Street
Huntington, IN 46750

B-P INDUSTRIAL DIVISION
8432 CENTRAL AVE., SUITE 3
SYLVANIA, OH 43560

BADEN, GAGE & SCHROEDER, LLC
6920 POINTE INVERNESS WAY, SUITE 300
FORT WAYNE, IN 46804


BANK OF AMERICA
Latham & Watkins Illinois LLP
Attn.: Josef S. Athanas
233 South Wacker Drive, Suite 5800
Chicago, IL 60606-4202,  60606-4202

BASSETT OFFICE SUPPLY INC
509 SOUTH MAIN STREET
AUBURN, IN 46706

BAYARD ADVERTISING AGENCY
902 BROADWAY, 10TH FLOOR
NEW YORK, NY 10010


BBC PUMP AND EQUIPMENT CO., INC.
1125 WEST 16TH ST
PO BOX 22098
INDIANAPOLIS, IN 46222

BBC Pump and Equipment Co., Inc.
777 N. Tibbs Ave.
PO Box 22098
Indianapolis, IN 46222

BBC Pump and Equipment Co., Inc.
777 N. Tibbs Avenue
PO Box 22099
Indianapolis, IN 46222


BEARDSLEY AND PIPER, LLC
751 SHORELINE DRIVE
AURORA, IL 60504

BELCON CORP.
P.O. BOX 4763
OAK BROOK, IL 60522-4763

BGR INC
25703 SPRINGFIELD CENTER ROAD
HARLAN, IN 46743

BGR Inc.
6392 Grand Road
West Chester, Ohio 45069

BISBEE INFARED SERVICES
1304 W MICHIGAN
JACKSON, MI 49204

BLISS CLEARING NIAGRA, INC.
683 NORTHLAND AVENUE
BUFFALO, NY 14211


BLUE FLAME OF WATERLOO
P.O. BOX 428
WATERLOO, IN 46793

BOBCAT FINANCIAL SERVICES
8001 RIDGEPOINT DRIVE
IRVING, TX 75063

BOBCAT OF FORT WAYNE
3630 GOSHEN ROAD
FORT WAYNE, IN 46818


BOHL CRANE INC
1930 LAKEVIEW DRIVE
FT WAYNE, IN 46808

BOHREN LOGISTICS, INC.
325 N. TAYLOR ROAD
GARRETT, IN 46738

BOHREN-MERCER WAREHOUSE AND DISTRIBUTION
325 N. TAYLOR RD
GARRETT, IN 46738


BOSTWICK-BRAUN COMPANY
ST RD 4 169
ASHLEY, IN 46705

BPC - BELL PACKAGING CORPORATION
PO BOX 3333
MARION, IN 46953-0333

BPC - Bell Packaging Corporation
PO Box 3006
Marion, IN 46953-0333


BRAKE MATERIALS & PARTS INC
800 SHERMAN AT PAPE
FORT WAYNE, IN 46808

BREAD BASKET
115 NORTH MAIN STREET
AUBURN, IN 46706

BRECHBUHLER SCALES
3306 CAVALIER DRIVE
FORT WAYNE, IN 46808


BREHOB ELECTRIC EQUIPMENT INC.
1334 SOUTH MERIDIAN STRET
INDIANAPOLIS, IN 46225

BRIAN S AUTOMOTIVE CENTER
1110 SOUTH GRANDSTAFF DRIVE
AUBURN, IN 46706

BRISTAL METAL PRODUCTS, INC
3000 LEBANON CHURCH ROAD
WEST MIFFLIN, PA 15122


BUSINESS IMPRESSIONS
509 S MAIN ST
AUBURN, IN 46706

BUTLER & BUTLER CONSTRUCTION
1803 GRANDSTAFF DRIVE SOUTH
AUBURN, IN 46706

Bank of America, National Association
231 S. LaSalle, 16th Floor
Chicago, IL 60697


Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

Becket & Lee, LLP
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Best Access Systems
6161 E. 75th St.
Indianapolis, IN 46250


Bobcat of Fort Wayne, Inc.
3630 Goshen Road
Fort Wayne, IN 46818

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH 43612

Bostwick-Braun
1946 N. 13th Street
Toledo, OH 43624


Bostwick-Braun Company
1946 North 13th Street
Toledo, OH
43624

Gary D. Boyn
121 W. Franklin Street
Elkhart, IN 46516

Brehob Corp.
P O Box 2023
Indianapolis IN  46206-2023

Brehob Electric Equipment Inc.
P.O. Box 2023
Indianapolis, IN 46225

John R. Burns(DM)
111 East Wayne Street
Fort Wayne, IN 46802

John R. Burns(JF)
Baker & Daniels
111 E. Wayne Street
Suite 800
Fort Wayne, IN 46802

John Burns(SR)
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

C A PICARD SURFACE ENGINEER
SURFACE ENGINEERING DIVISION, INC.
689 SUGAR LANE
ELYRIA, OH 44035

C MILLER & SONS INC
6707 GABION WAY
FT WAYNE, IN 46818

CALAR INC
1010 C WEST SEVENTH STREET
AUBURN, IN 46706

CAMS, INC.
495 VILLAGE PARK DRIVE
POWELL, OH 43065

CAMWAY TRANSPORTATION CORP
7846 WEST CENTRAL AVENUE
TOLEDO. OH 43617

CANTEEN
2715 AMERICAN WAY
FORT WAYNE, IN 46809

CARPENTER BROTHERS INC.
6120 NORTON CENTER DRIVE
MUSKEGON, MI 49441

CARPER FARM SUPPLY INC
PO BOX 159
ASHLEY, IN 46705

CARRIER VIBRATING EQUIPMENT
P.O. BOX 37070
LOUISVILLE, KY 40233-7070

CASCADE PATTERN COMPANY
5191 TERNES AVENUE
ELYRIA, OH 44035

CC METALS AND ALLOYS INC
UNIVERSITY CORPORATE CENTRE
300 CORPORATE PARKWAY - 216N
AMHERST, NY 14226

CERTANIUM. ALLOYS & RESEARCH
6510 NORTHPARK BLVD.
CHARLOTTE, NC 28216

CERTIFIED REDUCER REBUILDERS
32079 MILTON
MADISON HEIGHTS, MI 48071

CINCINNATI PLUS
PARTS DIVISION
4701 MARBURG AVENUE
CINCINNATI, OH 45209

CITIZENS GAS & COKE UTILITIES
2020 NORTH MERIDIAN STREET
INDIANAPOLIS, IN 46202

CITY OF AUBURN
% REBECCA FULLER
P.O.BOX 506
AUBURN, IN 46706

CLASSIC CITY AUTOMOTIVE INC
503 MICHIGAN AVENUE
AUBURN, IN 46706

CLEAN CONVEYOR SOLUTIONS
DIVISION OF CVP GROUP, INC.
P.O. BOX 67
WILLOW SPRINGS, IL 60480-0067

COMPLETE DRIVES INC
1542 W. AUBURN DRIVE
AUBURN, IN 46706

COMPLETE MAINTENANCE & STA
5405 HURSH ROAD
FORT WAYNE, IN 46845

COMTRONIX CORPORATION
2213 EAST 45TH STREET
INDIANAPOLIS, IN 46205-2297

CONSOLIDATED INDUSTRIES
6228 HOLLY OAK DRIVE
FORT WAYNE, IN 46818

COPELCO CAPITAL, INC.
P.O. BOX 728
PARK RIDGE, NJ 07656

COPPER AND BRASS SALES INC.
530 NORTHFIELD DRIVE
BROWNSBURG, IN 46112

CORE TECH INC
6000 OLD MAUMEE RD
FT WAYNE, IN 46803

COTTERMAN COMPANY
130 SELTZER ROAD
CROSWELL, MI 48422

COVERT MANUFACTURING INC.
328 SOUTH EAST STREET
GALION, OH 44833

COVINGTON BOX
3514 US 6
WATERLOO, IN 46793

CROSIBLE INC.
P.O. BOX 271
MORAVIA, NY 13118


CRYSTAL CLEAN
C O PETROLEUM MANAGEMENT
7901 WEST MORRIS ST.
INDIANAPOLIS, IN 46231

CURRENT INC
2120 E. WASHINGTON
FT WAYNE, IN 46803-1329

CURTIS 1000
PO BOX 11271
FT WAYNE, IN 46856


CUSTOM ENGINEERING & FABRICATION
2471 CR 64
AUBURN, IN 46706

Calar Inc.
PO Box 458
Syracuse, IN 46567

Carolyn D. Honer
C/O Keaton And Keaton
P.O. Box 11208
Fort Wayne, IN 46856-1208


Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, Ohio 44122

Cascade Pattern Company
Shapero, Green & Michel LLC
Signature Square II, Suite 220
25101 Chagrin Blvd.
Cleveland, OH 44122

Centennial Wireless
421 Fernhill Avenue
Fort Wayne, IN 46805


Ceruti's Catering
615 Professional Way
Kendallville, IN 46755

Christy Davis Trust
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Citizens Gas & Coke Utility
Michael McGauhey
2950 Propect Street
Indianapolis, IN 46203


City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706

City of Auburn
c/o Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, IN 46802

City of Auburn
c/o W. Erik Weber
130 East 7th Street
Auburn, IN 46706-1839


Commissioner of Labor/IOSHA
402 W. Washington Street, RM W-195
Indianapolis, IN 46204

Complete Drives Inc.
6419 Discount Dr.
Fort Wayne, IN 46818

Complete Drives Inc.
6419 Discount Drive
Fort Wayne, IN 46818


Complete Maintenance & Staffing, Inc.
5405 Hursh Road
Fort Wayne, IN 46845

Corporate Benefit Strategy
5181 Plainfield Ave. NE, Suite D
Grand Rapids, MI 46535

Covington Box & Packaging, Inc.
c/o Beckman Lawson, LLP
Attn: Howard B. Sandler, Esq.
PO Box 800
Fort Wayne, IN  46801-0800,  46801-0800


Crown Equipment Corporation
1919 Research Drive
Fort Wayne, IN 46808

Lawrence S. Crowther
6055 Rockside Woods Blvd, Suite 200
Cleveland, OH 44131

Custom Engineering & Fabrication
1631 East Pontiac St.
Fort Wayne, IN 46803


Custom Engineering & Fabrication
1631 East Pontiac Street
Fort Wayne, IN 46809

D.A.S. SERVICES, INC.
2310 WEST 175 NORTH
ANGOLA, IN 46703

DAUBER COMPANY INC
577 NORTH 18TH ROAD
TONICA, IL 61370

DAVID B. FINK
P.O. BOX 72
AUBURN, IN 46706

DAVID J. JOSEPH COMPANY
659 VAN METER STREET, SUITE 530
CINCINNATI, OH 45202

DEKALB COUNTY TREASURER
COURTHOUSE
AUBURN, IN 46706

DEKALB COUNTY, INDIANA
DEKALB COUNTY ASSESSOR, COURT HOUSE
100 SOUTH MAIN STREET
AUBURN, IN 46706

DEKALB ENGINEERING
700 E QUINCY STREET
GARRETT, IN 46738

DEKALB MEMORIAL HOSPITAL
PO BOX 542
AUBURN, IN 46706

DELL FINANCIAL SERVICES, L.P.
14050 SUMMIT DRIVE, BLDG. A, SUITE 101
AUSTIN, TX 78758

DIAMOND POWER SPECIALTY CO
2520 EAST MAIN STREET
LANCASTER, OH 43130-0787

DICTATING & TIME SYSTEMS
2212 SOUTH CALHOUN STREET
FORT WAYNE, IN 46802

DIETERT FOUNDRY TESTING INC
9190 ROSE LAWN AVE.
DETROIT, MI 48204

DIGITAL COMMUNICATION PROD
3720 SOUTH CALHOUN STREET
FT WAYNE, IN 46862-2107

DIGITAL REPROGRAPHICS, INC.
105 CHAMBEAU ROAD
FORT WAYNE, IN 46805

DISA GOFF, INC.
I PLEASANT GROVE ROAD
SEMINOLE, OK 74868

DISA INDUSTRIES INC.
80 KENDALL POINT DRIVE
OSWEGO, IL 60543

DISA INDUSTRIES, INC.
80 KENDALL POINT DRIVE
OSWEGO, IL 60543

DISA Industrie, Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

DIVERSIFIED PATTERN & ENG
100 PROGRESS WAY
AVILLA, IN 46710-0230

DOALL SOUTH BEND CO INC
802 S. BEIGER ST.
MISHAWAKA, IN 46544

DON R FRUCHEY INC
5608 OLD MAUMEE ROAD
FT WAYNE, IN 46803

DORSCH TOOL & ENG CO
3419 GEORGETOWN RD
INDIANAPOLIS, IN 46224

DR LUBRICANTS INC
4611 NEWAYGO ROAD, SUITE D
FT WAYNE, IN 46825

DUCA MANUFACTURING INC
761 MCCLURG ROAD
BOARDMAN, OH 44512

DUFFY OFFICE PRODUCTS
7712 LIMA ROAD
FORT WAYNE, IN 46818

DURAFLO EQUIPMENT COMPANY, INC.
1737 MASSACHUSETTS AVENUE
INDIANAPOLIS, IN 46201

Daniel T. March
C/O John C. Grimm
P.O. Box 31
Auburn, IN 46706

Dauber Company Inc.
577 North 18th Road
Tonica, IL 61370

David B. Fink, Debtor by G. D. Boynm, Tr
c/o Warrick & Boyn LLP
Attn:  Gary D. Boyn
121 West Franklin Street, Suite 400
Elkhart, IN  46516-3278,  46516-3278

David Burr Fink, by Tower Bank & Trust C
Tower Bank & Trust Co., as Trustee
c/o Martin E. Seifert, Esq.
Haller & Colvin, P.C.
444 East Main Street, Fort Wayne, IN 468

David Hunter
5206 N. Manitou Trail
Leland, MI 49654

David M. Meeks Jr. Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN  46305-2847

David Weber
4213 Arkway Ct.
Fort Wayne, IN 46814

Dayton Freight
PO Box 340
Vandalia, OH 45377

Dayton Freight Lines Inc
6450 Poe Ave. Ste 311
Dayton, Ohio 45414


DeKalb Co. Nuisance Animal Control
4107 CR 35
Auburn, IN 46706

Dell Financial Services
PO Box 99200
Chicago, IL 60693

Detrick L. Franklin
C/O Chritopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802


Detrick L. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Ste. 400
Fort Wayne, IN 46802,  46802

Dick Taylor Consulting 635 Land 425
Jimmerson Lake
Fremont, IN 46737

Digital Communication Prod.
3720 South Calhoun Street
Fort Wayne, IN 46807


Disa Goff, Inc.
PO Box 1607
Seminole, OK 74818

Don R. Fruchey, Inc.
Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, Indiana 46802,  46802

Duraflo Equipment Company, Inc.
3910 - B Culligan Avenue
Indianapolis, IN 46218


Duraflo Equipment Company, Inc.
3910-B Culligan Avenue
Indianapolis, IN 46218

E-FILLIATE INC.
11321 WHITE ROCK RD
RANCHO CORDOVA, CA 95742

EAGLE FOUNTAIN WORKS, INC.
8 WINCHESTER ROAD
ORMOND BEACH, FL 32174


EASTERN ENGINEERING SUPPLY
2810 NORTH WHEELING
MUNCIE, IN 47303

ECLECTRIC COMPANY
18315 RICHEY LANE
HUNTERTOWN, IN 46748

EDGLO LABORATORIES INC
2107 EAST WASHINGTON BLVD
FT WAYNE, IN 46803


EDS
PO BOX 4582
POSTAL STATION A
TORONTO, ON M5W 4W4

EDWARDS MEDICAL
495 WOODCREEK DRIVE
BOLINGBROOK, IL 60440

EIRICH MACHINES INC
4033 RYAN RD
GURNEE, IL 60031


ELEVENTH STREET CAPITAL, LL
635 WEST ELEVENTH STREET
AUBURN, IN 46706

ELKEM METALS INC.
P 0 BOX 266
PITTSBURGH, PA 15230-0266

ELY CRANE & HOIST
1247 EAST 222ND STREET
EUCLID, OH 44117


EMED COMPANY INC.
P.O. BOX 369
BUFFALO, NY 14240-0369

EMERGENCY RADIO SERVICE
4410 EARTH DRIVE
FORT WAYNE, IN 46809

EMPIRE REFRACTORY SALES INC
3525 METRO DRIVE
FORT WAYNE, IN 46818


EMPLOYER S SECURITY INC
PO BOX 1045
ELKHART, IN 46515

ENCO MFG CO
400 NEVADA PACIFIC HIGHWAY
FERNLEY, NV 89408

ENGINEERED TOOLING
P.O. BOX 48
ALBION, IN 46701

ENVIRO CONTROL METALS
650 CHESTNUT STREET S.W
GRAND RAPIDS, MI 49503

EPIC MACHINE
201 INDUSTRIAL WAY
FENTON, MI 48430

ERNST AND YOUNG LLP
PO BOX 710884
CINCINNATI, OH 45271-0884


EWALD ENTERPRISES INC
PO BOX 80165
FT WAYNE, IN 46898-0165

EXECUTONE INFORMATION SYSTEMS
ATTN  LCR DEPARTMENT
P.O. BOX 52843
PHOENIX, AZ 85072-2843

Earth Tech, Inc.
5555 Glenwood Hills Pkwy. S.E.
Grand Rapids, MI 49512


Edglo Laboratories Inc.
2121 E. Washington Blvd.
Fort Wayne, IN 46803

Edglo Laboratories, Inc.
2121 East Washington Blvd.
Fort Wayne, IN 46803

Edwin P. Rosebrock
PO Box 383
Auburn, IN 46706


Edwin P. Rosebrock
Patrick L. Proctor
803 South Calhoun St., 4th Floor
Fort Wayne, IN 46802

Edwin P. and Mary K. Rosebrock
C/O Patrick Procter, Eilbacher Scott
110 W. Berry St., Ste 2202
Fort Wayne, IN 46802

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282


Eleventh Street Capital, LLC
c/o Sommer Barnard Ackerson
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Eleventh Street Capital, LLC
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Elkem Metals Inc.
Stacy Cairns
PO Box 266
Pittsburgh, PA 15230


Elliot Transport System, Inc.
MC 250424
4104-32nd Avenue South
Moorhead, MN 56561-0366

Enco Manufacturing Company, Inc.
PO Box 357
Farmingdale, NY 11735

Enco Mfg Co
P.O. Box 357
Farmingdale, NY 11735


Eric Davis
1565 West Maumee Street
Angola, IN 46703

Ewald Enterprises Inc
PO Box 80165
Ft. Wayne, IN 46898-0165
Attn: Daniel R. Ewald

FAIRMOUNT MINERALS
P 0 BOX 400
BRIDGEMAN, MI 49106


FALCON FOUNDRY CO
PO BOX 301
LOWELLVILLE, OH 44436-0301

FARGO WEAR INC
1801 CANIFF AVENUE
DETROIT, MI 48212-2917

FIRE PROTECTION INC
750 W NORTH ST SUITE C
AUBURN, IN 46706


FLEX-PAC, INC.
7113 SOUTH MAYFLOWER PARK
ZIONSVILLE. IN 46077

FMTHUR
8408 MANOR DRIVE
FORT WAYNE, IN 46825

FOSECO INC
20200 SHELDON ROAD
BROOK PARK, OH 44142


FOX CONTRACTORS CORP.
5430 FERGUSON ROAD
FORT WAYNE, IN 46809

FRANK H GILL COMPANY
2859 BERNICE ROAD
LANSING, IL 60438

FRANKLIN CAPITAL FINANCIAL SERVICES, LLC
112 NORTH GRANT STREET
NORTH AURORA, IL 60542

FREEMAN MFG & SUPPLY COMPANY
27655 GROESBECK HWY
ROSEVILLE, MI 48066

FRISKNEY GEAR & MACHINE CORP
350 NORTH BRIDGE STREET
CORUNNA, IN 46730

FT WAYNE ORTHOPAEDICS
P.O. BOX 2526
FORT WAYNE, IN 46801


Fairmount Minerals
Michelle Pezanoski
P.O. Box 177
Wedron, IL 60557

Fastenal Company
923 Cardinal Court
Auburn, IN 46706

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802


Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

First Insurance Funding Corp.
450 Skokie Blvd., Ste 1000
P.O. Box 3306
Northbrook, IL 60065-3306

Fox Contractors Corp.
c/o Stephen E. Lewis, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802


Fox Contractors Corp.
c/o Stephen E. Lewis, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802,  46802

Frank H Gill Company
P.O. Box 703
Lansing, IL 60438-0703

Frank H Gill Company
PO Box 703
Lansing, IL 60438-0703


GENERAL KINEMATICS CORP
777-T LAKE ZURICH ROAD
BARRINGTON, IL 60010

GEORGE E BOOTH COMPANY
8202 W 10TH ST
INDIANAPOLIS, IN 46214-2432

GMAC BUSINESS CREDIT, LLC
300 GALLERIA OFFICENTRE, STE 110
SOUTHFIELD, MI 48034


GMAC Business Credit, LLC
3000 Town Center, Suite 280
Southfield, MI 48075

GMP Local 322
C/O Richard J. Swanson
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

GOEGLEIN I S
7311 MAYSVILLE ROAD
FORT WAYNE, IN 46815-8199


GOLDEN RULE SANITATION, IN
9905 KRESS ROAD
ROANOKE, IN 46783

GRAINGER INC
5002 SPEEDWAY DRIVE
FT WAYNE, IN 46825

GRAYCRAFT SIGNS PLUS INC
434 WEST 7TH STREET
AUBURN, IN 46706


GREAT LAKES CARBON CORP
FOUR GREENSPOINT PLAZA,SUITE 2200
16945 NORTHCHASE DRIVE
HOUSTON, TX 77060-2133

GROHOLSKI MANUFACTURING SO
PO BOX 15742
FORT WAYNE, IN 46885

Nancy J. Gargula
One Michiana Square
5th Floor
100 East Wayne Street
South Bend, IN 46601


Gary G. Schock
C/O Randal S. Forbee
P.O. Box  374
Angol, IN 46703

Gary G. Shock
c/o Randal S. Forbes
PO Box 374
Angola, IN 46703

General Kinematics Corp
5050 Rickert Road
Crystal Lake, IL 60014-7333


General Motors Corporation
Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
Detroit, MI  48226,  48226

Gerald L. Martin, III
c/o Christopher C. Myers & Associates
809 S. Calhoun St., Ste. 400
Fort Wayne, IN 46802

Gerald Martin
C/O Chritopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

Glass, Molders, Pottery, Plastics and Al
c/o Richard J. Swanson
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204

Goeglein's Inc.
7311 Maysville Road
Fort Wayne, IN 46815-8199

H E C O INC
3509 S BURDICK ST
KALAMAZOO, MI 49001


H.A. SMOLEN COMPANY INC.
PO BOX 9055
HIGHLAND, IN 46322

HANEY S GLASS OF AUBURN
930 WEST 15TH STREET
AUBURN, IN 46706

HARBOR METAL, INC
PO BOX 644
BENTON HARBOR, MI 49023


HARTLEY CONTROLS CORP.
2400 HOLLY ROAD
NEENAH, WI 54956

HERAEUS ELECTRO-NITE COMPANY
INSTRUMENT LAB
1418 EAST 86TH PLACE
MERRILLVILLE, IN 46410

HICKMAN WILLIAMS & COMPANY
COMMERCE PLAZA
2015 SPRING ROAD
OAK BROOK, IL 60521


HILL AND GRIFFITH CO.
3637 FARNSWORTH
INDIANAPOLIS, IN 46241

HIPSHER TOOL & DIE, INC.
1593 S. STATE ROAD 115
WABASH, IN 46992

HOOK INDUSTRIAL SALES INC.
2731 BROOKLYN AVE.
PO BOX 9177
FORT WAYNE, IN 46899


HOOSIER TRAILER & TRUCK EQ
4830 TODD DRIVE
FORT WAYNE, IN 46803

HOT CREWS INC
PO BOX 13094
FT WAYNE, IN 46803

HYDRONIC & STEAM EQUIP CO
8950 BASH STREET
INDIANAPOLIS, IN 46256


Harbor Metal Treating Co. of Indiana
PO Box 644
Benton Harbor, MI 49023

Michael D. Hawk
Hawk, Haynie, Jammeyer & Chickedantz
116 East Berry St.
Lincoln Tower Suite 302
Fort Wayne, IN 46802

Charles J. Heiny
444 East Main Street
Fort Wayne, IN 46802


Heraeus Electro-Nite Company
One Summit Square 1st Floor
Suite 100
Langhorne, PA 19047

Heraeus Electro_Nite Co.
One Summit Square 1st Floor
Suite 100
Langhorne PA 19047

Hi-Vac Corporation
117 Industry Road
Marietta, OH 45750


Hickman, Williams & Company
PO Box 538
Cincinnati, OH 45201
Attention: T. L. Meadors

Matthew M. Hohman
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802-2663

Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226


I.R.S.
230 S. DEARBORNE, ROOM 2560
5014 CHI
CHICAGO, IL  60604

IBM CREDIT CORPORATION
I NORTH CASTLE DRIVE
ARMONK, NY 10504-2575

IBM CREDIT LLC
1 NORTH CASTLE DRIVE
ARMONK, NY 10504-2575


IBM Corporation
Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60181

IBM Corporation
2707 Butterfield
Oak Brook, IL 60521

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

IN Dept. of Environmental Management
100 North Senate Avenue
P.O. Box 6015
Indianapolis, IN 46204

INDIANA DEPARTMENT OF REVENUE
100 NORTH SENATE
ROOM N203
INDIANAPOLIS, IN  46204-2217

INDIANA REFRACTORIES INC.
1624 SIMONS STREET
FT. WAYNE, IN 46803

INDUCTOTHERM CORP
10 INDEL AVE
RANCOCAS, NJ 08073

INDUSTRIAL CERAMIC PRODUCT
14401 SUNTRA WAY
MARYSVILLE, OH 43040

INDUSTRIAL MARKETING INC.
114 W. TOLEDO STREET
FREMONT, IN 46737

INDUSTRIAL SPECIALITIES
9621 WHITE HILL DRIVE
FORT WAYNE, IN 46804-5953

INDUSTRIAL TOOL SERVICE INC.
612 HAYDEN STREET
FORT WAYNE, IN 46802

INDUSTRIAL TUBE & STEEL CO
P.O. BOX 640137
CINCINNATI, OH 45264-0137

INDUSTRON CORPORATION
2044 VALLEYDALE TERRACE
BIRMINGHAM, AL 35244

INGERSOLL-RAND CO
AIR COMPRESSOR GROUP
2516-1 INDUSTRIAL PARK DRIVE
GOSHEN, IN 46526

INOVIS
ATTN  BILLING
2425 N. CENTRAL EXPRESSWAY
RICHARDSON, TX 75080

INTERLUBE CORPORATION
4646 BAKER AVENUE
CINCINNATI, OH 45212-2594

INTERMEC TECHNOLOGY CORP.
9290 LESAINT DRIVE
FAIRFIELD, OH 45014-5454

INTERNATIONAL QUALITY
521 CLEVELAND
LINCOLN PARK, MI 48146

INTERNATIONAL SURFACE PREP
1606 EXECUTIVE DR
LAGRANGE, GA 30241

IRCON INC
7300 N. NATCHEZ AVE.
NILES, IL 60714

IVY TECH
3800 NORTH ANTHONY BLVD
FORT WAYNE, IN 46805

Indiana Department of Revenue
100 North Senate
Indianapolis, IN 46204-2253

Indiana Department of Revenue
100 North Senate
Room N203
Indianapolis IN  46204-2217

Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of Revenue
County Tax
100 North Senate
Indianapolis, IN 46204-2253

Indiana Department of Workforce Developm
Beverly Korobkin
10 North Senate Avenue, SE200
Indianapolis, IN 46204-2277

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204

Industrial Specialties
9621 White Hill Ct.
Fort Wayne, IN  46804-5953

Internal Revenue Service
230 South Dearborn, Room 2560
5014 CHI
Chicago, IL 60604

Internal Revenue Services
230 South Dearborn, Room 2560
5014CHI
Chicago, IL 60604

J & K COMMUNICATIONS INC.
222 S. TOWER VIEW DRIVE
COLUMBIA CITY, IN 46725

J & L INDUSTRIAL SUPPLY
PO BOX 3359
LIVONIA, MI

J E BEARING AND MACHINE LTD.
68 SPRUCE STREET
TILLSONBURG, ON N4G 4H8

J-LENCO INC
664 N HIGH STREET
LARUE, CH 43332

JACKSON-HIRSH INC
700 ANTHONY TRAIL
NORTHBROOK, IL 60062-2542

JANET F. BORDEN
P.O. BOX 770570
STEAMBOAT SPRINGS, CO 80477


JET EXPRESS INC.
4518 WEBSTER STREET
DAYTON, OH 45414

JOHN A. FINK
271 N. MCCLELLAN STREET, #106
P.O. BOX 757
AUBURN, IN 46706

James Godschalk
c/o Beckman Lawson LLP
Attn:  Howard B. Sandler
P O Box 800
Fort Wayne IN  46801-0800,  46801-0800


Janet F. Borden
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Joe Harmon
7004 Blackhawk Lane
Fort Wayne, IN 46815

John A. Fink
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202


John A. Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  467204-2023,  467204-2

K M H SYSTEMS
7020 STATE ROUTE 930 EAST
FT WAYNE, IN 46803

KALTENBACH, INC.
6775 INWOOD DRIVE
COLUMBUS, IN 47202


KEIBLER THOMPSON CORP
ROUTE 66 RR #2R
EXPORT, PA 15632

KENDALL ELECTRIC INC
PO BOX 46
AUBURN, IN 46706-0046

KENDALLVILLE IRON & METAL INC
243 E. LISBON ROAD
P O BOX 69
KENDALLVILLE IN  46755


KERAMIDA ENVIRONMENTAL INC
330 N COLLEGE AVE
INDIANAPOLIS, IN 46202

KEY EQUIPMENT FINANCE
66 SOUTH PEARL STREET
ALBANY, NY 12207

KMH SYSTEMS, INC.
7020 SR 930 EAST
FORT WAYNE, IN 46803


KMH Systems, Inc.
6900 Poe Ave.
Dayton, OH 45414

KONE INC
433 FERNHILL AVE
FORT WAYNE, IN 46805-1039

KORTE BROS INC
620 W COOK RD
FT WAYNE, IN 46825-3324


KORTE PAPER CO.
1819 SOUTH CALHOUN
FORT WAYNE, IN 46857

KROGER FOOD STORES
1001 WEST SEVENTH STREET
AUBURN, IN 46706

KUSTOM MACHINING INC.
P.O. BOX 39
LEO, IN 46765


Katie Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Kendall Electric Inc.
131 Grand Truck Ave.
Battle Creek, MI 49016

Kendall Electric Inc.
131 Grand Truck Avenue
Battle Creek, MI 49016


Kerry L. Flory
03469 County Road 9
Bryan, OH 43506

Key Equipment Finance, a division of Key
Capital, Inc. assignee for Adirondack
Leasing Association
Attn: Sal Boscia
1000 South McCaslin Boulevard, Louisvill

Khela J. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Ste. 400
Fort Wayne, IN 46802,  46802

Kimberly E. Parker
c/o Chistopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

Edmund P. Kos
Kos & Associate
110 West Berry Street
Suite #1904
Fort Wayne, IN 46802

Kurt Hollenbeck
2018 Sweet Cider Road
Fort Wayne, IN 46818


L & D INDUSTRIES
201 SOUTH FULTON
AUBURN, IN 46706

LAB SAFETY SUPPLY INC.
PO BOX 1368
JANESVILLE, WI 53547-1368

LBH CHEMICAL & INDUSTRIAL
PO BOX 8460
FT WAYNE, IN 46808-8460


LDM, LOADING DOCK MAINTENANCE
14819 MILL ROAD
FORT WAYNE, IN 46816

LECO CORPORATION
3000 LAKEVIEW AVENUE
ST. JOSEPH, MI 49085-2396

LMI TECHNOLOGIES (USA), INC
21455 SUITE 22 MELROSE AVE
SOUTHFIELD, MI 48075


LOUGHEED & ASSOCIATES, INC.
1017 S. HADLEY ROAD
FORT WAYNE, IN 46804

LOUIS PADNOS IRON & METAL CO.
P.O. BOX 1979
HOLLAND, MI 49422-1979

LYMAN STEEL CO.
P.O. BOX 28340
CLEVELAND, OH 44128


Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

Stephen E. Lewis
444 E. Main St.
Fort Wayne, IN 46802

MACALLISTER MACHINERY CO INC
2418 COLISEUM BLVD W
FORT WAYNE, IN 46808-3648


MACDONALD MACHINERY CO INC.
3911 LIMESTONE DRIVE
FORT WAYNE, IN 46809

MAGMA FOUNDRY TECHNOLOGIES
2340 SOUTH ARLINGTON HEIGHTS ROAD
ARLINGTON HEIG, IL 60005

MAGNECO METREL INC
PO BOX 176
NEGLEY, OH 44441


MAIL-WELL ENVELOPE
4500 TIEDMAN ROAD
CLEVELAND, OH 44144

MARJO PLASTICS
1081 CHERRY STREET
PLYMOUTH, MI 48170

MARLIN LEASING CORP.
124 GAITHER DRIVE SUITE 170
MOUNT LAUREL, NJ 08054


MARLIN LEASING CORP.
PO BOX 13604
PHILADELPHIA, PA 19101-3604

MARPOSS CORPORATION
3300 CROSS CREEK PARKWAY
AUBURN HILLS, MI 48326

MARTIN GRAPHICS
P.O. BOX 525
AUBURN, IN 46706


MASTER GAGE & TOOL CO.
112 MAPLEWOOD STREET
DANVILLE, VA 24540

MATERIALS HANDLING EQUIP C
7433 US 30 EAST
FT WAYNE, IN 46803

MCLEAN MIDWEST CORPORATION
11611 BUSINESS PARK BLVD. N.
CHAMPLIN, MN 55316


MCMAHON TIRE
1712 SOUTH WAYNE STREET
AUBURN, IN 46706

MCMASTER CARR SUPPLY COMPANY
200 AURORA INDUSTRIAL PKWY
AURORA, OH 44202

MCNICHOLS COMPANY
1951 LIVELY BLVD.
ELK GROVE VILLAGE, IL 60007

MCS Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

MELLON CONSULTANTS
TWO PENNSYLVANIA PLAZA
NEW YORK, NY 10121

MET-PAK SPECIALITIES, INC.
2701 S. COLISEUM BLVD., SUITE 117
FORT WAYNE, IN 46803


METALTEC STEEL ABRASIVE CO
41155 JOY ROAD
CANTON, MI 48187

MEYER INDUSTRIAL SERVICE
616 W MAPLEWOOD DRIVE
OSSIAN, IN 46777

MICHAEL BARSTOW
CONSULTANT METALLURGIST
1152 SOUTHVALE ROAD
PITTSBURGH, PA 15237-4241


MICHIANA DOOR
PO BOX 45
STROH, IN 46789-0045

MID-STATE CHEMICAL & SUPPLY CO.
2100 GREENBRIER LANE
INDIANAPOLIS, IN 46218

MIDWEST AIR FILTER, INC.
3630 N. WELLS STREET
FORT WAYNE, IN 46808


MIDWEST INSTRUMENT CO INC
541 INDUSTRIAL DR
HARTLAND, WI 53029-0080

MIDWEST PIPE & STEEL INC
PO BOX 11558
FORT WAYNE, IN 46859

MILLER AND COMPANY
6400 SHAFER COURT, SUITE 500
ROSEMONT, IL 60018


MODERN EQUIPMENT COMPANY
336 SOUTH SPRING STREET
PORT WASHINGTON, WI 53074

MONITOR TECHNOLOGIES LLC
DRAWER AL-44W320
ELBURN, IL 60119

MOTION INDUSTRIES INC
3333 EAST WASHINGTON BLVD
FT WAYNE, IN 46862-2149


MP STEEL INDIANA, LLC
PO BOX 876
KENDALLVILLE, IN 46755

MPB INDUSTRIES
505 EAST 31ST STREET
ANDERSON, IN 46016

MSC INDUSTRIAL SUPPLY CO
P.O. BOX 9072
MELVILLE, NY 11747


MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

MSS SOFTWARE
5 GREAT VALLEN PARKWAY
MALVERN, PA 19355

Magneco Metrel Inc.
223 Interstate Road
Addison, IL 60101


Maila Davis Megorden Trust
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis,  IN 46204-2023,  46204-202

Maile M. Urbaska
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Mark A. Gorney
c/o Christopher C. Myers
809 S. Calhoun St, Ste. 400
Fort Wayne, IN 46802


Mark A. Gorney
c/o Christopher C. Myers
Christopher . Myers & Associates
809 S. Calhoun Street, Suite 400
FOrt Wayne, IN 46802,  46802

Marlin Leasing Corp.
Kelly McCarthy, Bankruptcy Administrator
124 Gaither Drive, Suite 170
Mount Laurel, NJ 08054

Mary K. Rosenbrock
c/o Patrick Procter, Eilbacher Scott
110 West Berry St., Ste. 2202
Fort Wayne, In 46802


Maxwell Engineering, Inc.
dba Allen Pattern Works
616 East Wallace Street
PO Box 10540
Fort Wayne, IN 46803,  46803

McNichols Company
Attn:  Dwight Glisson
PO Box 30300
Tampa, FL 33630-3300

McNichols Company
PO Box 30300
Tampa, FL 33630-3300

Medical Group of Fort Wayne
Billing Office
PO Box 2505
Fort Wayne, IN 46801-2505

Michael Polich
7822 Ladue Court
Fort Wayne, IN 46804

Michigan Department of Treasury
PO Box 30059
Lansing, MI 48909


Midwest Instrument Co. Inc.
Jeff Heimsch
PO Box 80
Hartland, WI 53029

Miller and Company LLC
Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

Miller and Company LLC
Robert E. Overman II
9700 West Higgins, Suite 1000
Rosemont, IL 60018


Moore Medical Corp
Attn: Sharon Schoenberger
PO Box 1500
New Britain, CT 06050-1500

Moore Medical Corporation
389 John Downey Drive
PO Box 2740
New Britain, CT 06050-2740

Motion Industries, Inc
1605 Alton Road
Birmingham, AL 35210


NADAPRO INC
5020 NOB ROAD
FT WAYNE, IN 46825

NADAPRO, Inc.
c/o Gary D. Wohlwend
5020 Nob Road
Fort Wayne, IN 46825

NATIONAL CITY LEASING CORP.
101 SOUTH FIFTH STREET
LOUISVILLE, KY 40202


NATIONAL MATERIAL TRADING
1965 PRATT BLVD
ELK GROVE VILLAGE, IL 60007

NEFF ENGINEERING CO INC
7114 INNOVATION BLVD
FT WAYNE, IN 46898

NES RENTALS
8855 BYRON COMMERCE
BYRON CENTER, MI 49315


NEWARK INONE
4410 EXECUTIVE BLVD, SUITE A
FT WAYNE, IN 46808

NIckie L. Hutcherson
340 Lane 101
Long Beach Lake
Fremont, IN 46737

NMHG FINANCIAL SERVICES INC
7020 HWY 30 EAST
FORT WAYNE, IN 46803


NMHG FINANCIAL SERVICES INC.
44 OLD RIDGEBURY ROAD
DANBURY, CT 06810

NMHG Financial Services, Inc.
c/o Rubin & Levin, P.C.
500Marott Center
342 Massachusetts Ave.
Indianapolis, IN 46204-2161

NORTHSTAR IMAGING, INC.
953 WESTGATE DRIVE
ST. PAUL, MN 55114


National Serv-All
5000 Smith Road
Fort Wayne, In 46809

National Serv-All
Merritt/Hess
3907 CR 47
Auburn, IN 46706

Ned Donaldson
612 Valley Park Drive
Auburn, IN 46706


Newcourt Leasing Corp/Cit
21146 Network Place
Chicago, IL 60673-1211

Northbend Pattern Works
28080 Ziebler Blvd.
West Harrison, IN 47060

Northern Indiana Trading Company
PO Box 526
Auburn, IN 46706


O C Tanner
1930 South State Street
Salt Lake City, UT 84115

OFC CAPITAL
DEPT GA00010
PO BOX 530101
ATLANTA, GA 30353-0101

OLD FORT SUPPLY CO., INC.
OLD FORT WAY AT 2000 WAYNE TRACE
FORT WAYNE, IN 46803

OMEGA ENGINEERING INC.
ONE OMEGA DRIVE
P.O. BOX 4047
STAMFORD, CT 06907-0047

OMNISOURCE CORP-TUSCO
2453 HILL AVENUE
TOLEDO, OH 43607

OSSOLA INDUSTRIALS INC.
1740 W. SEVENTH STREET
GRANITE CITY, IL 62040

OmniSource Corporation
C/O Thomas P. Yoder, Esq.
Barrett & McNagny LLP
215 East Berry Street
Fort Wayne, IN 46802,  46802

Overnight Transportation
PO Box 1216
Richmond, VA 23209-1216

Overnite Transportation Co.
PO Box 1216
Richmond, VA 23218-1216

PAASO GENERAL EQUIPMENT
PO BOX 868
BRIGHTON, MI 48116

PANGBORN COMPANY
580 PANGBORN BLVD.
HAGERSTOWN, MD 21742-0380

PARKER GLOVE & SUPPLY, INC
EAST 4TH STREET
AVILLA, IN 46710

PEERLESS METALS POWDERS & ABRASIVES
P.O. BOX 09254
DETROIT, MI 48209

PERFECTION SERVO HYDRAULIC
1010 WEST REPUBLIC DRIVE
ADDISON, IL 60101

PERKINS SEPTIC AND DRAIN SERVICE
0375 CR 11
HUDSON, IN 46747

PFLAUMER BROTHERS INC
398 CLARKSVILLE ROAD
PRINCETON JCT., NJ 08550

PHC INDUSTRIES INC.
3115 PITTSBURG STREET
FORT WAYNE, IN 46825

PHC Industries Inc.
PO Box 11225
Fort Wyane, IN 46856-1225

POWERED EQUIPMENT AND REPAIR
600 VOORHEES
PO BOX 147
TERRE HAUTE, IN 47808-0147

PRANGER ENTERPRISES INC
PO BOX 366
ASHLEY, IN 46705

PRECISION CALIBRATION COMPANY
7656 MILLINER COURT
PLAINFIELD, IN 46168

PRECISION STEEL SERVICES
4334 EARTH DRIVE
FT. WAYNE, IN 46809

PROJECT MANAGEMENT SERVICES
P.O. BOX 398
MCDONALD, OH 44437-0398

PROXTRONICS DOSIMETRY LLC
7200 FULLERTON ROAD
SPRINGFIELD, VA 22150

PSA Quality Systems, INc.
5615 Enterprise Drive
Lansing, MI 48911

PWC FABRICATION
2121 WAYNE HAVEN AVENUE
FORT WAYNE, IN 46803

Parkview Occupational Health
3103 East State Street
Fort Wayne, In 46805

Pension Benefit Guaranty Corporation
Attn: Brad Rogers, Attorney
Office of the General Counsel, Suite 340
1200 K Street, N.W.
Washington, DC 20005-4026,  20005-4026

Perfection Servo Hydraulic
1290 Lyon Road
Batavia, IL 60510

Perfection Servo Hydraulics
1290 Lyon Rd.
Batavia IL, 60510

Print Shop
825 Northwood Blvd.
Fort Wayne, IN 46805

Patrick L. Proctor
Eilbacher Fletcher LLP
803 South Calhoun Street, Ste 400
Fort Wayne, IN 46802

QHG OF FT WAYNE, INC REDIM
315 EAST COOK ROAD
FORT WAYNE, IN 46825

QMS-CUSTOMER SERVICE
300 GALLERIA OFFICENTER, S
SOUTHFIELD, MI 48034

QUALITY CALIBRATION SERVICE
10205 WEST GREENFIELD AVENUE
WEST ALLIS, WI 53214

R I LAMPUS CO
816 RAILROAD ST
SPRINGDALE, PA 15144


R I Lampus Co.
816 Railroad St.
Springdale, PA 15144

R.S. Corcoran Company
500 N. Vine Street
P.O. Box 429
New Lenox, IL 60451-0429

RA MUELLER INC.
11270 CORNELL PARK DRIVE
CINCINNATI, OH 45242


RADIO SHACK
1025 W 7TH ST
AUBURN, IN 46706

REDIMED DEKALB, LLC
AMIC
500 S. GRANDSTAFF SUITE G
AUBURN, IN 46706

REFCO INC
PO BOX 12867
PITTSBURAH, PA 15241


REILLEY TRUCKING
7431 BENT WILLOW DRIVE
FORT WAYNE, IN 46815

RELIABLE CORPORATION
1001 WEST VAN BUREN STREET
CHICAGO, IL 60607

RENCO MACHINE CO INC
1421 EASTMAN AVE
GREEN BAY, WI 54302


RENO REFRACTORIES, INC.
PO BOX 201
MORRIS, AL 35116

RICHARD SQUIER PALLETS INC
3992 CR24
WATERLOO, IN 46793

RUDD EQUIPMENT COMPANY
P.O. BOX 32427
LOUISVILLE, KY 40232


RUMFORD INDUSTRIAL GROUP INC.
PO BOX 752288
DAYTON, OH 45475

RYTEC CORPORATION
PO BOX 403
JACKSON, WI 53037

RadioShack Credit Services
Attn: Judy Wong
300 RadioShack Circle Mail Stop 5018
PO Box 961090
Fort Worth TX  76161-5018,  76161-5018


Marlene Reich
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Marlene Reich(DKW)
Sommer, Barnard
One Indiana Square
Suite 3500
Indianapolis, IN 46204

Richard Squier Pallets Inc.
2522 US Hwy 6 West
PO Box 668
Waterloo, IN 46793


Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Ronald J. Osbun
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Rothberg Logan & Warsco LLP
110 West Berry Street, Suite 2100
P.O. Box 11647
Fort Wayne, IN 46859-1647


S & S TIRE CO INC.
1100 WEST 7TH STREET
AUBURN, IN 46706

S &SOILCO INC
821 LAKESHORE AVENUE
AUBURN. IN 46706

S D MYERS
180 SOUTH AVENUE
TALLMADGE, OH 44278


SAFETY - KLEEN CORP
PO BOX 12349
COLUMBIA, SC 29211-2349

SAFETY-KLEEN SYTEM, INC.
5400 LEGACY DR.
CLUSTEN II BLDG 3
PLANO TX 75024

SCHENKEL & SONS INC
1120 ST MARY S AVENUE
FT WAYNE, IN 46808

SCHUST ENGINEERING INC.
701 NORTH STREET
AUBURN, IN 46706

SCIOTO VALLEY PACKAGING, LLC
5151 REED ROAD NE, SUITE 210A
COLUMBUS, OH 43220

SCOTT INDUSTRIAL SYSTEMS INC
521 N AIRPORT OFFICE PARK
FT WAYNE, IN 46825

SECURITY LOCKNUT INC
9650 WEST FOSTER AVENUE
CHICAGO, IL 60656

SENTINEL FLUID CONTROLS
7114 INNOVATION BOULEVARD
FORT WAYNE, IN 46818

SES LLC TECHNICAL GROUP
PO BOX 8413
FORT WAYNE, IN 46898

SHAMBAUGH & SONS INC
PO BOX 1287
FT WAYNE, IN 46801

SHELLS INC.
502 OLD U.S. HWY 30 EAST
BOURBON, IN 46504

SHERRY LABORATORIES
2203 SOUTH MADISON
MUNCIE, IN 47307

SIMPLICITY ENGINEERING IN
212 S. OAK
DURAND, MI 48429-0257

SPECTRO ANALYTICAL INSTRUMENTS, INC.
160 AUTHORITY DRIVE
FITCHBURG, MA 01420

SPECTRUM ENGINEERING CORP
17420 TONKEL ROAD
LEO, IN 46765-9779

SPRAYING SYSTEMS COMPANY
C O HARRIMAN AVE
P.O. BOX 348
AUBURN, IN 46706

SPRINKLING CAN
233 SOUTH MAIN STREET-
AUBURN, IN 46706

STACLEAN DIFFUSER COMPANY
PO BOX 1147
SALISBURY, NC 28144

STAG IRON AND METAL CORP
7820 WEST 60TH PLACE
SUMMIT, IL 60501

STAG Iron & Metal Corp.
Deer & Stone, P.C.
130 S. Jefferson Street, Suite 501
Chicago, IL 60661

STATES ENGINEERING CORP
10216 AIRPORT DRIVE
FORT WAYNE, IN 46819

STERICYCLE INC
1301 E ALEXIS ROAD
TOLEDO, OH 43612

STRUERS INC
24766 DETROIT ROAD
WESTLAKE, OH 44145

STURGIS IRON & METAL
70675 CENTERVILLE ROAD
STURGIS, MI 49091-0579

SUPERIOR BUSINESS SOLUTION
PO BOX 8040
FT WAYNE, IN 46898-8040

SYSTEM CLEAN INC.
50602 NORTH MICHIGAN ROAD
SOUTH BEND, IN 46637-1532

Schenkel & Sons Inc
Brian J. Lange, Esquire
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802,  46802

Scioto Valley Packaging, LLC
PO Box 497
Clinton, NC 28329

Secretary of Treasury
15th & Pennsylvania Avenue
Washington DC 20220

Securities & Exchange Commission
Bankruptcy Section
175 W. Jackson Blvd., Suite 900
Chicago IL 60604

Martin E. Seifert
444 East Main Street
Fort Wayne, IN 46802

Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH 43612

Shambaugh & Son, L.P.
7614 Opportunity Drive
Post Office Box  1287
Fort Wayne,

Shambaugh & Son, L.P.
Post Office Box 1287
Fort Wayne, Indiana  46801

Sheela B. Davis Trust
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Tricia A. Sherick
Honigman, Miller, Schwartz and Cohn LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Grant F. Shipley
233 West Baker Street
Fort Wayne, IN 46802-3413

Sierra Poindexter
c/o Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Daniel J. Skekloff
Skekloff, Adelsperger & Kleven, LLP
927 South Harrison Street
Fort Wayne, IN 46802

Spectrum Engineering Corp
5524 North County Line Road
Auburn, IN 46706-9302

Staclean Diffuser Co., LLC
PO Drawer 1147
Salisbury, NC 28145-1147

State of Michigan
UIA Tax Office
POC Unit - Suite 11-500
Detroit, MI 48202

Steel Equipment Specialists LLC
P.O. box 2148
1507 Beeson St.
Alliance, OH 44601

Stericycle Inc.
13975 Polo Trail Dr  #201
Lake Forest IL 60045

Sturgis Iron & Metal Co., Inc.
c/o P. Joseph Haas, Jr.
112 S. Monroe Street
Sturgis, MI 49091

SummitBridge National Investments LLC
c/o Michael M. Eidelman, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

Richard J. Swanson
Macey, Swanson & Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800

System Clean, Inc
50602 N. Michigan St.
South Bend, IN 46637

T & L SHARPENING INC
2663 S FREEMAN ROAD
MONTICELLO, IN 47960

T & M EQUIPMENT CO INC
2880 EAST 83RD PLACE
MERRILLVILLE, IN 46410

T.T.G. PATTERN
5443 KEYSTONE DRIVE
FORT WAYNE, IN 46825

TAYLOR RENTAL AUBURN
2224 STATE ROAD 8 WEST
AUBURN, IN 46706

TEC-HACKETT, INC.
P.O. BOX 8830
FORT WAYNE, IN 46898-8830

TELEMOTIVE INDUSTRIAL CONTROLS
175 WALL STREET
GLENDALE HEIGHTS, IL 60139-1985

THOMAS E. KELLER TRUCKING INC.
1160 CARPENTER ROAD
DEFIANCE, OH 43512

TIME INDUSTRIAL INC
6422 LIMA ROAD
FORT WAYNE, IN 46818

TIMOTHY S. BORDEN
P.O. BOX 770570
STEAMBOAT SPRINGS, CO 80477

TOOLING & EQUIPMENT INTERNATIONAL
12550 TECH CENTER DRIVE
LIVONIA. MI 48150-2193

TPC WIRE & CABLE
7061 EAST PLEASANT VALLEY ROAD
INDEPENDENCE, OH 44131

TRANE COMPANY
ROHAN TRANE SERVICE AGENCY, INC.
6602 INNOVATION BLVD.
FORT WAYNE, IN 46818-1389

TRI STATE COMPRESSED AIR SYSTEMS, IN
1608 EISHENHOWER DRIVE SOUTH
GOSHEN, IN 46526-5360

TRI-STATE INSTRUMENT SERVICE
3024 WAYNE TRACE
P.O. BOX 6068
FORT WAYNE, IN 46896

TROJAN HEAT TREAT
809 S. BYRON ST
HOMER, MI 49245

Taylor Rental Center, Inc.
2224 St. Rd. 8
Auburn, IN 46706

The New Keibler Thompson Co.
Route 66 RR#2
Box264A
Export, PA 15632

Time Industrial, Inc.
c/o Roy F. Kiplinger
Beers Mallers Backs & Salin, LLP
110 W. Berry Street, Suite 1100
Fort Wayne, IN  46802,  46802

Timothy S. Borden
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023,  46204-2023

Tomkins Industries, Inc.
Attn:  Payroll Department
PO Box 943
Dayton, OH 45401

Trevor Meeks Agency
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

U.S. Attorney Office
3128 Federal Building
1300 South Harrison Street
Fort Wayne IN 46802

UNIMIN CORPORATION
809 MYERS ROAD
ARCHBOLD, OH 43502

UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905-5820

US CARGO MANAGEMENT INC.
PHILADELPHIA INTERNATIONAL AIRPORT
P.O. BOX 277
ESSINGTON, PA 19029

US INSPECTION SERVICES
705 ALBANY STREET
DAYTON, OH 45408

US PATTERN COMPANY INC
PO BOX 220
RICHMOND, MI 48062

USF Holland, Inc
750 E. 40th Street
Holland, MI 49423

Unimin Corporation
258 Elm Street
New Canaan, CT 06840

United Parcel Service
c/o D&B/RMS Bankruptcy Services
PO Box 4396
Timonium, Maryland 21094

Universal Am-Can Ltd.
PO Box 2007
Warren, MI 48090

VAN DYNE CROTTY, INC.
3115 INDEPENDENCE DRIVE
FORT WAYNE, IN 46808

VESUVIUS USA CORP.
661 WILLET ROAD
BUFFALO, NY 14218

VIBES TECHNOLOGIES INC.
7125 NORTHLAND TERRACE NORTH, SUITE 400
BROOKLYN PARK, MN 55428

VWR INTERNATIONAL, INC.
PO BOX 66929, O HARE AMF
CHICAGO, IL 60666

VWR International, Inc.
1230 Kennestone Circle
Marietta, GA 30066

Van Dyne Crotty Inc.
3233 Newmark Dr.
Miamisburg, OH 45342

Vericore L.L,C.
1200 W. Causeway Approach
Mandevill, CA 70471

Vesuvius USA Corporation
Steven Del Cotto, Esquire
27 Noblestown Road
Carnegie, PA 15106

W.W. GRAINGER, INC.
7300 N MELVINA AVE M530
NILES IL  60714-3998

WALMAN OPTICAL CO
PO BOX 9440
MINNEAPOLIS, MN 55440

WARSAW ENGINEERING & FABRICATING
2780 E. DURBIN STREET
WARSAW, IN 46581-1043

WATER SCIENCES
PO BOX 15489
FT WAYNE, IN 46885

WAYNE FASTENERS INC
2725 INDEPENDENCE DRIVE
FT WAYNE, IN 46808

WAYNE PIPE & SUPPLY INC
1815 SOUTH ANTHONY BLVD
FT WAYNE, IN 46803

WELDER SERVICES INC
1725 EDSALL AVENUE
FT WAYNE, IN 46896

WESTPORT HARDNESS & GAGING
510 MONTAUK HWY
WEST ISLIP, NY 11795


WEYERHAEUSER CO.
2626 CR 71
BUTLER, IN 46721

WHEELABRATOR ABRASIVES INC
1 ABRASIVE AVE
BEDFORD, VA 24523

WHEELABRATOR CANADA INC.
401 WHEELABRATOR WAY
MILTON, ONTARIO,   L9T487


WIESE PLANNING & ENG., INC.
2725 INDEPENDENCE DRIVE
FORT WAYNE, IN 46808

WILLIAM C WEBER & ASSOC IN
CONSTITUTION HILL OFFICE PARK
6201 CONSTITUTION DRIVE
FT WAYNE, IN 46804

WILLIAM E. FINK
P.O. BOX 826
AUBURN, IN 46706


WISE INTERNATIONAL IDEAL LEAS
2807 GOSHEN ROAD
FORT WAYNE, IN 46808

Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham McHale LLP
10 W. Market, #2700
Indianapolis, IN 46204,  46204

Wayne Fasteners Inc.
2611 Independence Dr.
Ft. Wayne, IN 46808


W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

Mark Werling(DM)
Baker & Daniels
111 East Wayne Street, #800
Fort Wayne, IN 46802

Mark A. Werling(TW)
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802


Elizabeth A. Whelan
Office of the Attorney General
Indiana Government Center South, 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204

William C. Weber & Associates, Inc
William/Suzanne Weber
6201 Constitution Dr.
Fort Wayne, IN 46804

William E. Fink
c/o Sommer Barnard Ackerson PC
Attn:  Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN  46204-2023,  46204-202


XRI TESTING
8327 RELIABLE PARKWAY
CHICAGO, IL 60686-0083

XRI TESTING - TROY
MOBILEX, LLC
1961 THUNDERBIRD
TROY, MI 48084

James T. Young
RUBIN & LEVIN, P.C.
342 Massachusetts Avenue, Ste. 500
Indianapolis, IN 46204-2161


plant
2222 west
naumee