IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ORDER

At Fort Wayne, Indiana, on September 19, 2005.

This matter is before the Court upon the Agreed Motion to Approve Settlement with Motion Industries Inc. and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Agreed Motion, it appearing to the Court that the Agreed Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Agreed Motion is GRANTED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

BDDB01 4103492v1