## UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DOCKET ENTRY

On September 20, 2005 , the following entry was made on the docket in this case:

A hearing was held on September 13, 2005 regarding Debtor's motion to approve stipulation regarding resolution of the Indiana Dept. of Environmental Management's objection to sale (related document(s)[711]) with John Burns, counsel for debtor, Michael Hawk, counsel for American Motorists Insurance Co., and Ellen Triebold, counsel for the U.S. Trustee, present. The court was advised that hte matter is settled. The parties shall file an agreed order within fourteen (14) days which the court will approve without further notice or hearing. (tlp, )

Christopher M. DeToro
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 778 – 711