UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | REG/tp |
| | ) | |
| | ) | |
| Debtor(s) | | |

### **ORDER**

At Fort Wayne, Indiana, on September 21, 2005.

A hearing with regard to the issues raised by Glass, Molders, Pottery and Allied Workers International Union's amended application for allowance of administrative claim and debtor's objection thereto was held in Fort Wayne, Indiana, on September 13, 2005 with John Burns, counsel for debtor, Richard Swanson, counsel for movant, and Ellen Triebold, counsel for the United States Trustee, present.

For the reasons stated in open court, Debtor's objection to claim no. 252 is WITHDRAWN.

As for the Union's application for an administrative claim and the debtor's objection thereto, all discovery shall be completed within ninety (90) days and a proposed pre-trial order filed within thirty (30) days thereafter. Upon approval of the pre-trial order, that matter will be set for trial by separate order.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court