UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER    11 |
| AUBURN FOUNDRY, INC. | ) | REG/tp |
| | ) | |
| | ) | |
| Debtor(s) | | |

## ORDER

At Fort Wayne, Indiana, on September 21, 2005.

A hearing with regard to the issues raised by Glass, Molders, Pottery and Allied Workers International Union's amended application for allowance of administrative claim and debtor's objection thereto was held in Fort Wayne, Indiana, on September 13, 2005 with John Burns, counsel for debtor, Richard Swanson, counsel for movant, and Ellen Triebold, counsel for the United States Trustee, present.

For the reasons stated in open court, Debtor's objection to claim no. 252 is WITHDRAWN.

As for the Union's application for an administrative claim and the debtor's objection thereto, all discovery shall be completed within ninety (90) days and a proposed pre-trial order filed within thirty (30) days thereafter.  Upon approval of the pre-trial order, that matter will be set for trial by separate order.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc             Page 1 of 1           Date Rcvd: Sep 21, 2005
Case: 04-10427                Form ID: pdf004       Total Served: 1

The following entities were served by first class mail on Sep 23, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2005**                    **Signature:**    _Joseph Speetjens_