IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ORDER

At Fort Wayne, Indiana, on September 30, 2005.

This matter is before the Court upon the Amended Third Interim Application for Allowance and Payment of Attorneys' Fees of Baker & Daniels, Counsel for Debtor, Auburn Foundry, Inc. ("Application"), and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Application, it appearing to the Court that the Application is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Application is GRANTED.

                                                      /s/ Robert E. Grant
                                                  Judge, United States Bankruptcy Court