IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 11 |
| AUBURN FOUNDRY, INC. ) | |
| ) | Bankruptcy Case No. 04-10427 |
| Debtor. ) | |

## MOTION TO CONVERT

Auburn Foundry, Inc., debtor-in-possession (the "Debtor"), by counsel, with the authorization of its Board of Directors, hereby moves that the above-captioned case be converted to a case under Chapter 7 (the "Motion"). After the sale of substantially all of its assets pursuant to § 363 of the Code, the Debtor sought to negotiate a confirmable liquidating plan. After thoroughly examining its options, and consulting significant parties in interest in the case, the Debtor concluded that conversion would best serve the interests of creditors and the estate.

WHEREFORE, the Debtor respectfully requests that the Motion be granted, that the case be converted to a case under Chapter 7 and for all other just and proper relief.

Approved by Auburn Foundry, Inc.

By: _____
Dennis Maude

Its: _____CFO_____

-2-

Dated: October 6, 2005	BAKER & DANIELS

By: /s/ John R Burns III
    John R Burns III (#3016-02)
    Mark A. Werling  (#20426-02)
    111 E. Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    john.burns@bakerd.com
    mark.werling@bakerd.com
    Phone: 260-424-8000
    Facsimile: 260-460-1700

ATTORNEYS FOR AUBURN FOUNDRY, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Convert, was served by electronic mail and/or first-class United States mail, postage prepaid, on October 6, 2005, upon the following parties or counsel.

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Jerald I. Ancel
Sommer Barnard Attorneys. PC
One Indiana Square
Suite 3500
Indianapolis, IN 46204

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

Elizabeth A. Whelan
Office of the Attorney General
Indiana Government Center South, 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0002

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Richard J. Swanson
Macey Swanson and Allman
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Stephen L. Fink
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
Warrick & Boyn, L.L.P.
121 W. Franklin Street
Elkhart, IN 46516

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802-0501

James T. Young
Rubin & Levin, P.C.
342 Massachusetts Avenue, Ste. 500
Indianapolis, IN 46204-2161

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, IN 46706

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite #1904
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Marlene Reich
Sommer, Barnard Attorneys, PC
One Indiana Square
Suite 3500
Indianapolis, IN 46204

Martin E. Seifert
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Matthew M. Hohman
Barnes & Thornburg
600 One Summit Square
Fort Wayne, IN 46802-2663

Michael D. Hawk
Hawk, Haynie, Jammeyer & Chickedantz
116 East Berry St.
Lincoln Tower Suite 302
Fort Wayne, IN 46802

Scott C. Andrews
Rubin & Levin, P.C.
342 Massachusetts Avenue, Suite 500
Indianapolis, IN 46204

Patrick L. Proctor
Eilbacher Fletcher LLP
803 South Calhoun Street, Ste 400
Fort Wayne, IN 46802

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Grant F. Shipley
Shipley & Associates
233 West Baker Street
Fort Wayne, IN 46802-3413

Daniel J. Skekloff
Skekloff, Adelsperger & Kleven, LLP
927 South Harrison Street
Fort Wayne, IN 46802

/s/John R Burns

-4-