IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Chapter 11 |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | Bankruptcy Case No. 04-10427 |
| Debtor. | ) | |

**<u>ORDER</u>**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Motion to Convert and the Court being duly advised in the premises, hereby GRANTS the Motion to Convert this case to a Chapter 7, and it appearing to the Court that the Motion to Convert is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion to Convert is GRANTED.


Dated:_____           _____
                                Judge United States Bankruptcy Court

BDDB01 4194359v1