UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
|  | ) | CHAPTER   11 |
| AUBURN FOUNDRY, INC. | ) | REG/lp |
|  | ) | |
|  | ) | |
| Debtor(s) | | |

O R D E R

At Fort Wayne, Indiana, on October 11, 2005.

At debtor's request, this case is converted to Chapter 7.

SO ORDERED.

                                               /s/ Robert E. Grant
                                        Judge, United States Bankruptcy Court