UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                    )        CASE NO.       04-10427
                                     )        CHAPTER        7
AUBURN FOUNDRY, INC.                 )        REG/lp
    Debtor(s)

<u>NOTICE</u>

This case having been converted from Chapter 11 to Chapter 7, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, debtor shall:

A. Forthwith turn over to the chapter 7 trustee all records and property of the estate in the possession or control of the debtor-in-possession;

B. Within 15 days of this date file:

1. the statements and schedules required by Fed. R. Bk. P. 1019(1)(A) and 1007(c), if such documents have not already been filed;

2. a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim;

3. a schedule of property acquired after the filing of the petition but before conversion, if a plan has been confirmed; and

4. a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion, if a plan has been confirmed.

C. Within 30 days of this date file:

1. a final report and account

Dated at Fort Wayne, Indiana, on October 12, 2005

<u>Christopher M. DeToro</u>
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 S. Harrison Street
Ft. Wayne, IN   46802