**FORM B9D** (Chapter 7 Corporation/Partnership Asset Case) (12/03)     Case Number **04–10427–reg**

# UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor Corporation listed below was originally filed under chapter 11 on 2/8/04 and was converted to a case under chapter 7 on 10/11/05 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN 46706

All Other Names used by the Debtor(s) in the last 6 years (including married, maiden, and trade names):

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 04–10427–reg | 35–0154360 |
| Attorney for Debtor(s) (name and address):<br>Mark A. Werling(TW)<br>111 East Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802<br>Telephone number: (260) 424–8000 | Trustee assigned by U.S. Trustee (name and address):<br>Rebecca Hoyt Fischer<br>112 West Jefferson Blvd<br>Suite 310<br>South Bend, IN 46601<br>Telephone number: 574–284–2354 |

## Meeting of Creditors:

Date: **January 26, 2006**      Time: **01:00 PM**      Note: **Professional Dress Required!**
**Photo ID Required!**
**Proof of SSN Required!**

Location: **Room 1194, 1300 South Harrison Street, Fort Wayne, IN 46802**

## Deadlines to File a Proof of Claim:
Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **4/26/06**     For a governmental unit: **4/10/06**

## Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## No two–sided filings permitted pursuant to N.D.Ind. L.B.R. B–5005–2(a)

| **Address of the Bankruptcy Clerk's Office:**<br>FORT WAYNE DIVISION<br>1300 South Harrison Street<br>P.O. Box 2547<br>Fort Wayne, Indiana 46801–2547<br>  Telephone Number: (260) 420–5100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Christopher M. DeToro |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 10/13/05 |

**EXPLANATIONS** FORM B9D (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim against the debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––