UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                )        CASE NO.      04-10427
                                 )        CHAPTER       7
AUBURN FOUNDRY, INC.             )        REG/lp
    Debtor(s)

NOTICE

This case having been converted from Chapter 11 to Chapter 7, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, debtor shall:

A. Forthwith turn over to the chapter 7 trustee all records and property of the estate in the possession or control of the debtor-in-possession;

B. Within 15 days of this date file:

    1. the statements and schedules required by Fed. R. Bk. P. 1019(1)(A) and 1007(c), if such documents have not already been filed;

    2. a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim;

    3. a schedule of property acquired after the filing of the petition but before conversion, if a plan has been confirmed; and

    4. a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion, if a plan has been confirmed.

C. Within 30 days of this date file:

    1. a final report and account

Dated at Fort Wayne, Indiana, on October 12, 2005

                              Christopher M. DeToro
                              Clerk, United States Bankruptcy Court
                              Federal Building, Room 1188
                              1300 S. Harrison Street
                              Ft. Wayne, IN   46802

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: ldp              Page 1 of 1           Date Rcvd: Oct 12, 2005
Case: 04-10427               Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Oct 14, 2005.
dbpos     +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2005**                    Signature:    _Joseph Speetjens_