UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **IN RE:** | ) Case No. 04-10427 |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) Chapter 7 Bankruptcy |
| **Debtor.** | ) |

**APPLICATION FOR APPOINTMENT OF COUNSEL FOR TRUSTEE**

Comes now, Rebecca Hoyt Fischer, Trustee, and respectfully shows the Court and petitions the Court as follows:

1. Applicant is the duly qualified and acting Trustee in this case.

2. Applicant requires the assistance of counsel to bring any necessary legal proceedings to recover assets for the benefit of the estate and for all other legal matters incidental to the administration of the estate.

3. It is in the best interest of the estate and its economical administration that your applicant and Laderer & Fischer, P.C., a law firm of which applicant is a shareholder, be retained and authorized to act as counsel for the estate.

4. Applicant and Lewis C. Laderer, Jr., the other shareholder of Laderer & Fischer P.C. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have a particular expertise with regard to bankruptcy and debtor/creditor matters in cases under the Bankruptcy Code.

5. It is contemplated that the law firm will seek compensation based upon normal and usual hourly billing rates as same may be changed from time to time, which rates are currently $225.00 for attorney and $125.00 for paralegals.

6. To the best of Applicant's knowledge, information and belief, the law firm of Laderer & Fischer, P.C. and its shareholders, are disinterested persons within the meaning of 11 U.S.C. 101(13) and are eligible to serve as counsel for the estate and the trustee, pursuant to the provisions of 11 U.S.C. 326 (d).  The law firm of Laderer & Fischer, P.C. and its shareholders have no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee .

WHEREFORE, Applicant prays that an order be entered herein that Rebecca Hoyt Fischer and the law firm of Laderer & Fischer, P.C. are authorized to act as counsel for the estate with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

| | |
|---|---|
| Dated:  October 18, 2005 | /s/ Rebecca H. Fischer<br>Rebecca Hoyt Fischer                                  10537-72<br>LADERER & FISCHER, P.C.<br>112 West Jefferson Blvd., Ste. 310<br>South Bend, IN 46601<br>Telephone: (574) 284-2354<br>Facsimile: (574) 284-2356 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of October 2005, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Citizens Gas & Coke Utilitiy<br>Michael McGauhey<br>2950 Propect Street<br>Indianapolis, IN 46203 | DISA Industrie, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 |
| Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | |

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

## AFFIDAVIT OF PROPOSED ATTORNEY

I, Rebecca Hoyt Fischer, upon first being duly sworn upon my oath, say:

1. I am an attorney duly admitted to practice in the State of Indiana and in this Court.

2. I maintain an office for the practice of law at 112 West Jefferson Blvd., Suite 310, South Bend, Indiana 46601.

3. Neither I, nor said firm, or any member of said firm, has any connection with the Debtor, creditor or any other party in interest herein, or any respective attorneys, the U.S. Trustee or any employee of the U.S. Trustee's office.

4. I represent no interest adverse to said Debtor or this estate in the matters upon which I am to be engaged.

5. I have no agreement with any other person or entity to share with such person or entity any compensation received or to be received by me that is prohibited by Section 504 of the Bankruptcy Code.

October 18, 2005                             /s/ Rebecca H. Fischer
                                             Rebecca Hoyt Fischer

Subscribed and sworn to before me this 18 day of October 2005.

My Commission expires: 10/17/08

                                             /s/ Cheryl A. Mitchell
                                             Cheryl A. Mitchell, Notary Public
                                             Residing in St. Joseph County, Indiana

Z:\TRUSTEE\AUBURN\affidavit for hire as counsel.wpd