**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **IN RE:** | ) **Case No. 04-10427** |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) **Chapter 7 Bankruptcy** |
| **Debtor.** | ) |

## ORDER FOR APPOINTMENT OF COUNSEL FOR TRUSTEE

At Fort Wayne, Indiana on

The Court having considered the Application of Rebecca Hoyt Fischer, Trustee in the above-captioned case to employ herself and the law firm of which she is a shareholder to act as attorney for the estate, and it appearing that the law firm of Laderer & Fischer, P.C. and its shareholders do not hold or represent any interest adverse to the estate and are disinterested persons within the meaning of 11 U.S.C. §101(13), and that the employment is in the best interest of the estate and the economical administration thereof, it is

ORDERED that Rebecca Hoyt Fischer, Trustee herein, is hereby authorized to employ herself and the law firm of Laderer & Fischer, P.C., of which she is a shareholder, to act as attorneys for the Trustee and the estate under a general retainer.

SO ORDERED.

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court