IN THE UNITED STATES BANKURPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the *Notice of Submission of Invoices of Counsel for the Unsecured Creditors' Committee,* attached hereto as **Exhibit A**, has been served upon the parties listed in **Exhibit B** electronically and/or by depositing a copy in the U.S. Mail, postage prepaid on the 18th day of October, 2005.

Dated: October 18, 2005                    /s/ Henry A. Efroymson
                                                            Henry A. Efroymson

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

1625916.1

<u>**Exhibit A**</u>

## IN THE UNITED STATES BANKURPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | BK Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF SUBMISSION OF INVOICES OF COUNSEL FOR THE UNSECURED CREDITORS' COMMITTEE

**YOU ARE HEREBY NOTIFIED THAT** on October 18, 2005, Ice Miller, counsel for the Unsecured Creditors Committee herein, delivered for payment their invoices for services consistent with and pursuant to the procedures set forth in the Order Establishing Procedures for Interim Compensation entered herein. A copy of the invoices submitted by Ice Miller is available upon request to counsel for the Committee.

**YOU ARE HEREBY NOTIFIED THAT** Ice Miller accrued fees in the aggregate amount of $1,665.00 for services rendered between September 1, 2005 through September 30, 2005 and accrued expenses in the aggregate amount of $11.73 for expenses incurred during this period. Except as to such amounts as may have been specifically objected to within ten (10) days of the service of the invoices, Ice Miller has requested interim payment of 80% of the fees incurred and 100% of the expenses accrued.

Date: <u>October 18, 2005</u>

/s/ <u>Henry A. Efroymson</u>
Henry A. Efroymson
ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana  46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

Counsel for the Unsecured Creditors' Committee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served electronically and/or deposited in the U.S. mail, first class postage prepaid, on the 18th day of October, 2005, addressed to:

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
(574) 236-8105 Telephone
ellen.l.triebold@usdoj.gov

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
(260) 424-8000 Telephone
(260) 460-1700 Facsimile
deb.mcmeen@bakerd.com
skrhoads@bakerd.com
tlwiley@bakerd.com
jacklyn.faulkner@bakerd.com
oliana.nansen@bakerd.com

Stephen E. Lewis
Martin E. Seifert
Charles J. Heiny
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
slewis@hallercolvin.com
mseifert@hallercolvin.com
mseifertbankruptcy@hallercolvin.com
cheiny@hallercolvin.com

Matthew M. Hohman
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
mhohman@btlaw.com

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
sfink@btlaw.com

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
(317) 637-2345 Telephone
(317) 637-2369 Facsimile
rswanson@maceylaw.com

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
(260) 925-2300 Telephone
(260) 926-2610 Facsimile
erik@lawmw.com

Marlene Reich
Jerald I. Ancel
Sommer Barnard Attorneys, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562 Telephone
(317) 713-3699 Facsimile
mreich@sommerbarnard.com
jancel@sommerbarnard.com
dwineinger@sommerbarnard.com

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7662 Telephone
(313) 465-7663 Facsimile
tsherick@honigman.com

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-7700 Telephone
(312) 993-9767 Facsimile
Josef.athanas@lw.com

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100 Telephone

Lawrence S. Crowther
6055 Rockside Woods Boulevard
Suite 200
Cleveland, Ohio 44131
(216) 642-3342 Telephone

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800 Telephone
(610) 993-8494 Facsimile
notices@becket-lee.com

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana 46516
(574) 294-7491 Telephone
gboyn@warrickandboyn.com

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802-0501
(260) 424-1333 Telephone
(260) 422-5242 Facsimile
chogan@choiceonemail.com

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026
rogers.brad@pbgc.gov

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana 46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana 46802
(260) 424-2790 Telephone
(260) 424-1872 Facsimile
ekos@ekoslaw.com

1625915.1

James T. Young
Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana 46204-2161
(317) 860-2913 Young's Telephone
(317) 860-2865 Andrews' Telephone
(317) 263-9411 Facsimile
james@rubin-levin.net
scott@rubin-levin.net
marie@rubin-levin.net

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 425-9777 Telephone

Elizabeth A. Whelan
Office of the Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, Indiana 46204
(317) 234-3089 Telephone
(317) 232-7979 Facsimile
bwehlan@atg.state.in.us

Daniel J. Skekloff
Skekloff, Adelsperger & Kleven, LLP
927 South Harrison Street
Fort Wayne, Indiana 46208
(260) 407-7000 Telephone
(260) 407-7137 Facsimile
djs@sak-law.com

Michael D. Hawk
Hawk, Haynie, Jammeyer
  & Chickedantz
116 East Berry Street
Lincoln Tower, Suite 302
Fort Wayne, Indiana 46802
(260) 422-1515 Telephone
mdhawk@hawkhaynie.com

/s/ Henry A. Efroymson
Henry A. Efroymson

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana 46282-0002
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

1625915.1

# Exhibit B

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
(574) 236-8105 Telephone
ellen.l.triebold@usdoj.gov

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
(260) 424-8000 Telephone
(260) 460-1700 Facsimile
deb.mcmeen@bakerd.com
skrhoads@bakerd.com
tlwiley@bakerd.com
jacklyn.faulkner@bakerd.com
oliana.nansen@bakerd.com

Stephen E. Lewis
Martin E. Seifert
Charles J. Heiny
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
slewis@hallercolvin.com
mseifert@hallercolvin.com
mseifertbankruptcy@hallercolvin.com
cheiny@hallercolvin.com

Matthew M. Hohman
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
mhohman@btlaw.com

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
sfink@btlaw.com

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street, Suite 401
Indianapolis, Indiana 46204-1800
(317) 637-2345 Telephone
(317) 637-2369 Facsimile
rswanson@maceylaw.com

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
(260) 925-2300 Telephone
(260) 926-2610 Facsimile
erik@lawmw.com

Marlene Reich
Jerald I. Ancel
Sommer Barnard Attorneys, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562 Telephone
(317) 713-3699 Facsimile
mreich@sommerbarnard.com
jancel@sommerbarnard.com
dwineinger@sommerbarnard.com

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7662 Telephone
(313) 465-7663 Facsimile
tsherick@honigman.com

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-7700 Telephone
(312) 993-9767 Facsimile
Josef.athanas@lw.com

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100 Telephone

Lawrence S. Crowther
6055 Rockside Woods Boulevard
Suite 200
Cleveland, Ohio 44131
(216) 642-3342 Telephone

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800 Telephone
(610) 993-8494 Facsimile
notices@becket-lee.com

Gary D. Boyn
Warrick and Boyn
121 West Franklin Street
Elkhart, Indiana 46516
(574) 294-7491 Telephone
gboyn@warrickandboyn.com

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802-0501
(260) 424-1333 Telephone
(260) 422-5242 Facsimile
chogan@choiceonemail.com

Brad Rogers
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026
rogers.brad@pbgc.gov

Nancy J. Gargula
United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana 46204
USTPRegion10.SO.ECF@usdoj.gov

Edmund P. Kos
Kos & Associate
110 West Berry Street, Suite 1904
Fort Wayne, Indiana 46802
(260) 424-2790 Telephone
(260) 424-1872 Facsimile
ekos@ekoslaw.com

James T. Young
Scott C. Andrews
Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, Indiana 46204-2161
(317) 860-2913 Young's Telephone
(317) 860-2865 Andrews' Telephone
(317) 263-9411 Facsimile
james@rubin-levin.net
scott@rubin-levin.net
marie@rubin-levin.net

Patrick L. Proctor
Eilbacher Fletcher, LLP
803 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
(260) 425-9777 Telephone

Elizabeth A. Whelan
Office of the Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, Indiana 46204
(317) 234-3089 Telephone
(317) 232-7979 Facsimile
bwehlan@atg.state.in.us

Daniel J. Skekloff
Skekloff, Adelsperger & Kleven, LLP
927 South Harrison Street
Fort Wayne, Indiana 46208
(260) 407-7000 Telephone
(260) 407-7137 Facsimile
djs@sak-law.com

Michael D. Hawk
Hawk, Haynie, Jammeyer
 & Chickedantz
116 East Berry Street
Lincoln Tower, Suite 302
Fort Wayne, Indiana 46802
(260) 422-1515 Telephone
mdhawk@hawkhaynie.com

1625916.1