# EXHIBIT A



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 530595    Page 1
August 5, 2005

FOR SERVICES RENDERED THROUGH July 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | | |
|---|---|---|---|---|---|
| 07/06/05 | Communications with attorney for Debtor regarding expenses and preference money. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 07/07/05 | Reviewed and commented on draft letter to administrative creditors, and communications with attorney for Debtor regarding same. | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 07/14/05 | Reviewed Order on KERP Plan. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 07/15/05 | Reviewed papers filed by Rothberg Logan. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 07/20/05 | Reviewed Order from Court regarding Notice of IDEM settlement (.1); communications with attorney for Debtor regarding administrative expenses (.1). | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 07/21/05 | Reviewed Amended Notice on IDEM settlement. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 07/25/05 | Reviewed Amended Application filed by union and Notice on same, and dated up (.5); reviewed Order on IDEM settlement and communications with attorney for union (.1). | | | | |
| | H. Efroymson | .60 hrs. | 370.00/hr | $ | 222.00 |
| 07/27/05 | Reviewed report from attorney for Debtor, and inquired regarding contact with administrative claimants. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 07/28/05 | Communications with attorney for Debtor regarding responses from administrative claimants and administrative expenses. | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |

### Summary of Fees

|  |  | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson |  | 2.20 | 370.00 | 814.00 |
|  | TOTAL | 2.20 | 370.00 | 814.00 |

TOTAL Fees for Professional Services ....................................$    814.00

TOTAL DUE FOR THIS MATTER ...............................................$    814.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    814.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:


ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Case Administration
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0005

INVOICE #:         530595


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      814.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 530594   Page 1
August 5, 2005


          FOR SERVICES RENDERED THROUGH July 31, 2005
                  Federal ID #35-0874357

          OUR MATTER # 21926.0008
          Fee/Employment Applications
          Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


07/01/05    Attention to preparation of Interim Fee Application.
            H. Efroymson              .20 hrs.      370.00/hr   $      74.00

07/07/05    Reviewed billing and accounting in preparation of figures
            for request for allowance (1.2); prepared Fifth
            Application for Interim Compensation of Fees and Expenses,
            Notice of Opportunity to Object, Certificate of Service,
            and Order Approving Request for Compensation (.9);
            assisted with analysis regarding accounting of accounts
            payable and receipts from Debtor (.2).
            M. Wilson              2.30 hrs.      175.00/hr   $     402.50

07/11/05    Attention to preparation of Fee Application and related
            documents.
            H. Efroymson              .30 hrs.      370.00/hr   $     111.00

07/12/05    Reviewed Fee Application filed by counsel for Debtor, and
            Notice thereon.
            H. Efroymson              .30 hrs.      370.00/hr   $     111.00

07/12/05    Revised Fifth Application for Compensation of Fees and
            Expenses.
            M. Wilson                 .30 hrs.      175.00/hr   $      52.50

07/13/05    Reviewed Rothberg's Fee Application, exhibits and Notice
            (.2); communications from attorney for Debtor regarding
            fees (.1).
            H. Efroymson              .30 hrs.      370.00/hr   $     111.00

07/14/05    Reviewed Notice on Fee Application, and dated up.
            H. Efroymson              .10 hrs.      370.00/hr   $      37.00

Summary of Fees

|  | | Hours | Rate/Hr | Dollars |
|---|---|---|---|---|
| H. Efroymson | | 1.20 | 370.00 | 444.00 |
| M. Wilson | | 2.60 | 175.00 | 455.00 |
| | TOTAL | 3.80 | 236.58 | 899.00 |

TOTAL Fees for Professional Services ...................................$    899.00

TOTAL DUE FOR THIS MATTER ..............................................$    899.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    899.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0008

INVOICE #:        530594

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    899.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 530593    Page 1
August 5, 2005

     FOR SERVICES RENDERED THROUGH July 31, 2005
           Federal ID #35-0874357

     OUR MATTER # 21926.0014
     Avoidance Actions
     Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

07/18/05  Communications with attorney for Union regarding
          preferences.
          H. Efroymson          .20 hrs.    370.00/hr  $      74.00

### Summary of Fees

|              |       | Hours | Rate/Hr | Dollars |
|--------------|-------|-------|---------|---------|
| H. Efroymson |       | 0.20  | 370.00  | 74.00   |
|              | TOTAL | 0.20  | 370.00  | 74.00   |

TOTAL Fees for Professional Services ....................................$    74.00

TOTAL DUE FOR THIS MATTER ...............................................$    74.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    74.00

ACCOUNTS ARE DUE UPON RECEIPT

One American Square   Box 82001   Indianapolis, IN 46282-0200   P 317-236-2100   F 317-236-2219   www.icemiller.com
Indianapolis   Chicago   Washington, D.C.

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana   46266
(317) 236-5836


CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Avoidance Actions
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0014

INVOICE #:          530593

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $       74.00


ACCOUNTS ARE DUE UPON RECEIPT



LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 530592   Page 1
August 5, 2005


FOR SERVICES RENDERED THROUGH July 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0015
Costs
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


ITEMIZED CHARGES:

| 07/13/05 | Postage Expense | $ | 6.46 |
| 07/14/05 | Postage Expense | $ | 422.91 |
| 07/28/05 | Postage Expense (7/20) | $ | 3.18 |
|  | Photocopies | $ | 798.45 |

TOTAL Itemized Charges ................................................ $   1,231.00


TOTAL DUE FOR THIS MATTER ............................................. $   1,231.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   1,231.00


ACCOUNTS ARE DUE UPON RECEIPT

One American Square . Box 82001 . Indianapolis, IN 46282-0200 . P 317-236-2100 . F 317-236-2219 . www.icemiller.com
Indianapolis   Chicago   Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Costs
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:        21926.0015

INVOICE #:         530592

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $   1,231.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 533994    Page 1
September 9, 2005

FOR SERVICES RENDERED THROUGH August 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| | | | | | |
|---|---|---|---|---|---|
| 08/03/05 | Received decision and order from court. (Motion Industries Settlement) | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 08/08/05 | Communications with attorneys for union and Debtor regarding liquidating Chapter 11 Plan (.2); prepared statement and submitted to Court (.2). | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 08/09/05 | Reviewed American Motorists Insurance's Objection to IDEM Settlement. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 08/10/05 | Reviewed Fee Orders from Court, and communications with attorney for Debtor regarding same. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 08/12/05 | Reviewed papers filed by American Motorists Insurance. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 08/15/05 | Reviewed Union's Motion on ASR discovery (.2); analyzed need to object to Union's Motion for Administrative Expenses (.2). | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 08/16/05 | Communications with attorney for Debtor regarding status of post-petition payables (.2); reviewed Objection filed by Debtor, with Objection to Union Claim (.2). | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 08/24/05 | Reviewed Notice of Hearing (IDEM) (.1); reviewed decision and Order on Union 2004 Examination Request (.1). | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 08/25/05 | Reviewed itemized statement filed by Debtor (.2); received lengthy letter from attorney for Debtor regarding status of case (.2). | | | | |
| | H. Efroymson | .40 hrs. | 370.00/hr | $ | 148.00 |
| 08/31/05 | Communications with attorney for Union regarding | | | | |

bifurcation and continued Chapter 11 administration (.2);
reviewed Notice of Hearing from Court (.1).

H. Efroymson                          .30 hrs.      370.00/hr  $       111.00

08/31/05   Responded to call from creditor regarding claim issues and
           case status.

B. T. Caughey                         .20 hrs.      240.00/hr  $        48.00

### Summary of Fees

|                |       | Hours | Rate/Hr  | Dollars  |
|----------------|-------|-------|----------|----------|
| B. T. Caughey  |       | 0.20  | 240.00   | 48.00    |
| H. Efroymson   |       | 2.70  | 370.00   | 999.00   |
|                | TOTAL | 2.90  | 361.03   | 1,047.00 |

TOTAL Fees for Professional Services ....................................$    1,047.00

TOTAL DUE FOR THIS MATTER ..............................................$    1,047.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    1,047.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE

SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:     Unsecured Creditors' Committee of Auburn Foundry, Inc.
                 c/o Michael McGaughey, Chair
                 Citizens Gas & Coke Utility
                 2950 Prospect Street
                 Indianapolis, IN  46203

MATTER TITLE:    Case Administration
                 Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:        21926.0005

INVOICE #:         533994

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   1,047.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 533995   Page 1
September 9, 2005


FOR SERVICES RENDERED THROUGH August 31, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


08/02/05    Investigated status of fee orders with court.
            H. Efroymson                    .20 hrs.      370.00/hr  $       74.00


                    Summary of Fees

                                      Hours      Rate/Hr       Dollars

        H. Efroymson                   0.20      370.00         74.00
                      TOTAL            0.20      370.00         74.00


TOTAL Fees for Professional Services ....................................$      74.00


TOTAL DUE FOR THIS MATTER ...............................................$      74.00


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$      74.00


                    ACCOUNTS ARE DUE UPON RECEIPT

One American Square  |  Box 82001  |  Indianapolis, IN 46282-0200  |  P 317-236-2100   F 317-236-2219  |  www.icemiller.com
Indianapolis  |  Chicago  |  Washington, D.C.

REMITTANCE PAGE

SUBMIT REMITTANCE TO:
.

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836

CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

MATTER #:       21926.0008

INVOICE #:        533995

PLEASE REMIT TOTAL INVOICE BALANCE DUE .................................$    74.00

ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 533996    Page 1
September 9, 2005


            FOR SERVICES RENDERED THROUGH August 31, 2005
                  Federal ID #35-0874357

            OUR MATTER # 21926.0015
            Costs                        o
            Auburn Foundry, Inc. Chapter 11 Bankruptcy Case



ITEMIZED CHARGES:

08/09/05        Postage Expense - 8/8                        $      7.88
                Photocopies                                  $     24.90

TOTAL Itemized Charges ....................................................$      32.78


TOTAL DUE FOR THIS MATTER ..............................................$      32.78


PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$      32.78


                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0015

INVOICE #:        533996

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    32.78


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

FOR SERVICES RENDERED THROUGH September 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0005
Case Administration
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 09/01/05 | Reviewed Order from Court. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 09/09/05 | Submission of statement and letter to attorney for Debtor and US Trustee regarding the same (.3); reviewed information regarding Union administrative claims (.5). | | | | |
| | H. Efroymson | .80 hrs. | 370.00/hr | $ | 296.00 |
| 09/12/05 | Reviewed Union's Motion for Enlargement of Time to Respond to Objection to Administrative Claim. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 09/13/05 | Communications with attorney for DEbtor regarding Union Application. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 09/20/05 | Reviewed Order on Motion Industries' settlement. | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 09/21/05 | Reviewed Court entries on IDEM and Union motions. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 09/22/05 | Reviewed Order on Withdrawal of Objection to Claim (Union). | | | | |
| | H. Efroymson | .10 hrs. | 370.00/hr | $ | 37.00 |
| 09/26/05 | Reviewed Motion to Approve Campus Settlement (.1); communications with attorney for Debtor regarding status of case (.2). | | | | |
| | H. Efroymson | .30 hrs. | 370.00/hr | $ | 111.00 |
| 09/28/05 | Telephone call from Committee member regarding status (.2); prepared report to Committee (.8). | | | | |
| | H. Efroymson | 1.00 hrs. | 370.00/hr | $ | 370.00 |
| 09/29/05 | Communications with attorney for Debtor regarding impending conversion. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |
| 09/30/05 | Reviewed Fee Order from Court. | | | | |

Invoice 537071    Page 2

H. Efroymson                           .10 hrs.    370.00/hr  $      37.00

### Summary of Fees

|                |       | Hours | Rate/Hr | Dollars  |
|----------------|-------|-------|---------|----------|
| H. Efroymson   |       | 3.20  | 370.00  | 1,184.00 |
|                | TOTAL | 3.20  | 370.00  | 1,184.00 |

TOTAL Fees for Professional Services ...................................$    1,184.00

TOTAL DUE FOR THIS MATTER ...............................................$    1,184.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    1,184.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Case Administration
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0005

INVOICE #:      537071

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $    1,184.00


ACCOUNTS ARE DUE UPON RECEIPT



ICE MILLER
LEGAL & BUSINESS ADVISORS

Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 537072    Page 1
October 11, 2005

FOR SERVICES RENDERED THROUGH September 30, 2005
Federal ID #35-0874357

OUR MATTER # 21926.0008
Fee/Employment Applications
Auburn Foundry, Inc. Chapter 11 Bankruptcy Case

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 09/07/05 | Reviewed Fee Application filed by counsel for Debtor (.2); attention to preparation of Fee Application (.2); communications with attorney for Debtor regarding same (.1). | | | | |
| | H. Efroymson | .50 hrs. | 370.00/hr | $ | 185.00 |
| 09/19/05 | Reviewed itemized statement filed by Debtor (.3); received Amended Notice (.1); communications with attorney for Debtor regarding concerns over Fee Application (.2). | | | | |
| | H. Efroymson | .60 hrs. | 370.00/hr | $ | 222.00 |
| 09/20/05 | Reviewed memorandum from attorney for Debtor regarding fees. | | | | |
| | H. Efroymson | .20 hrs. | 370.00/hr | $ | 74.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Timekeeper | Hours | Ave. Rate | Amount |
| H. Efroymson | 1.30 | 370.00 | 481.00 |
| TOTAL | 1.30 | 370.00 | 481.00 |

TOTAL Fees for Professional Services ...................................$   481.00

TOTAL DUE FOR THIS MATTER .............................................$   481.00

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................$   481.00

ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.O. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Fee/Employment Applications
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0008

INVOICE #:        537072

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $   481.00


ACCOUNTS ARE DUE UPON RECEIPT



Unsecured Creditors' Committee of Auburn
Foundry, Inc.
c/o Michael McGaughey, Chair
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Invoice 537073    Page 1
October 11, 2005


        FOR SERVICES RENDERED THROUGH September 30, 2005
                Federal ID #35-0874357

        OUR MATTER # 21926.0015
        Costs
        Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 09/13/05 | Postage Expense - 9/12 | 1 | $   3.63 | $   3.63 |
|  | Photocopies |  | $ | 8.10 |

TOTAL Itemized Charges ................................................$   11.73


TOTAL DUE FOR THIS MATTER ............................................$   11.73


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...............................$   11.73


                    ACCOUNTS ARE DUE UPON RECEIPT

REMITTANCE PAGE


SUBMIT REMITTANCE TO:

ICE MILLER
P.0. BOX 663633
Indianapolis, Indiana  46266
(317) 236-5836


CLIENT NAME:    Unsecured Creditors' Committee of Auburn Foundry, Inc.
                c/o Michael McGaughey, Chair
                Citizens Gas & Coke Utility
                2950 Prospect Street
                Indianapolis, IN  46203

MATTER TITLE:   Costs
                Auburn Foundry, Inc. Chapter 11 Bankruptcy Case


MATTER #:       21926.0015

INVOICE #:         537073

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................$    11.73


ACCOUNTS ARE DUE UPON RECEIPT