UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the *Notice of Motion and Opportunity to Object to Sixth Application for Interim Allowances of Counsel for the Official Creditors' Committee and for Reimbursement of Expenses*, attached hereto as **Exhibit A**, was served electronically and/or by first-class United States mail, postage prepaid, to the parties listed on **Exhibit B** on October 19, 2005.

Dates: October 19, 2005

ICE MILLER

/s/ Henry A. Efroymson
Henry A. Efroymson
Ice Miller
One American Square, Box 82001
Indianapolis, Indiana 46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
henry.efroymson@icemiller.com

Attorneys for the Official Creditors'
Committee of Auburn Foundry, Inc.

1620231v.1