IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**AGREED ORDER**

At Fort Wayne, Indiana, on  October 18, 2005.                          .

This matter is before the Court upon the Motion to Approve Stipulation (the "Stipulation") with the Indiana Department of Environmental Management, Docket No. 711 (the "Motion"), subsequent to the hearing held on September 13, 2005, at which the Court, by Notice of Docket Entry dated September 20, 2005, noted that the matter was settled.

American Motorists Insurance Co. ("AMICO"), which objected to the Stipulation, has withdrawn its objection, provided Paragraph 4 of the Stipulation is amended to read as follows:

> 4.    **Insurance Proceeds Paid to the Department.**  The Debtor has asserted a claim against certain Kemper insurance policies based upon environmental claims, including the claims made by the Department against the Debtor based upon environmental conditions at the Landfills.  The Debtor pledges that all proceeds, if any, from the Kemper insurance claims, net of Debtor's attorney fees and litigation costs incurred in the prosecution of said claim, will be payable, to the extent otherwise permitted by applicable law, into the trust fund held by the Department and dedicated for use on the Landfills.  Should payments be made by AMICO regarding the environmental claims brought against Debtor by the Department, any such payments shall be subject to each and every term and condition of the AMICO Policies issued to Debtor, including, but not limited to, policy exclusions for pollution claims and other insurance provisions of the AMICO Policies, and applicable Indiana law.

WHEREFORE, the Debtor, the Department, and AMICO submit this Agreed Order.

| | |
|---|---|
| STEVE CARTER<br>Indiana Attorney General<br>Attorney No. 4150-64 | BAKER & DANIELS LLP |
| By: /s/Elizabeth A. Whelan<br>    Elizabeth A. Whelan<br>    Deputy Attorney General<br>    Atty. No. 24444-49<br>    Office of the Attorney General<br>    Indiana Government Center South<br>    Fifth Floor<br>    402 W. Washington Street<br>    Indianapolis, IN  46204-2770<br>    Telephone: (317) 232-234-3089<br>    Facsimile: (317)232-7979 | By: /s/ John R Burns, III<br>    John R Burns, III (#3016-02)<br>    Mark A. Werling (#20426-02)<br>    111 East Wayne Street, Suite 800<br>    Fort Wayne, IN 46802<br>    Telephone:  (260) 424-8000<br>    Facsimile:  (260) 460-1700<br><br>ATTORNEYS FOR THE DEBTOR,<br>AUBURN FOUNDRY, INC. |

HAWK, HAYNIE, KAMMEYER
  & CHICKEDANTZ, LLP

By: /s/ Michael D. Hawk
    Michael D. Hawk (#22386-02)
    116 East Berry Street
    Fort Wayne, IN 46802
    Telephone:  (260) 422-1515

ATTORNEYS FOR AMERICAN
MOTORISTS INSURANCE COMPANY

The Court having considered the Agreed Order, now GRANTS the Motion and approves the Stipulation, as amended by the terms hereof, it appearing to the Court that the Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Motion is GRANTED.

                                              /s/ Robert E. Grant
                                        Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: jdove              Page 1 of 1              Date Rcvd: Oct 19, 2005
Case: 04-10427               Form ID: pdf004          Total Served: 1

The following entities were served by first class mail on Oct 21, 2005.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2005**                    Signature:    _Joseph Speetjens_