UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                            ) Case No. 04-10427
AUBURN FOUNDRY, INC.,      )
                                    ) Chapter 7 Bankruptcy
Debtor.                            )

## ORDER FOR APPOINTMENT OF
## COUNSEL FOR TRUSTEE

At Fort Wayne, Indiana on   October 20, 2005.

The Court having considered the Application of Rebecca Hoyt Fischer, Trustee in the above-captioned case to employ herself and the law firm of which she is a shareholder to act as attorney for the estate, and it appearing that the law firm of Laderer & Fischer, P.C. and its shareholders do not hold or represent any interest adverse to the estate and are disinterested persons within the meaning of 11 U.S.C. §101(13), and that the employment is in the best interest of the estate and the economical administration thereof, it is

ORDERED that Rebecca Hoyt Fischer, Trustee herein, is hereby authorized to employ herself and the law firm of Laderer & Fischer, P.C., of which she is a shareholder, to act as attorneys for the Trustee and the estate under a general retainer.

SO ORDERED.

                                                        /s/ Robert E. Grant
                                               The Honorable Robert E. Grant
                                               Judge, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure            Page 1 of 1              Date Rcvd: Oct 21, 2005
Case: 04-10427                Form ID: pdf004          Total Served: 2

The following entities were served by first class mail on Oct 23, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
aty        +Laderer & Fischer PC,   112 West Jefferson Blvd Ste 310,   South Bend, IN 46601-1909

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2005**            **Signature:**     *Joseph Speetjens*