UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS, ROTHBERG LOGAN & WARSCO LLP AS SPECIAL COUNSEL

Rebecca Hoyt Fischer, the Trustee in the above-captioned bankruptcy estate, files this Application for Approval of Employment of Attorneys, Rothberg Logan & Warsco LLP as special counsel, and in support thereof, states the following:

1. The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004. On October 11, 2005 the case was converted to a Chapter 7. Rebecca Hoyt Fischer was appointed as Trustee in the above-captioned case on October 13, 2005.

2. The Trustee seeks to employ RLW to act as special counsel to provide legal services with respect to certain matters involving the bankruptcy estate.

3. By this application and pursuant to section 327(a) of the Bankruptcy Code, as modified by §1107(b) of the Bankruptcy Code, the Trustee seeks to employ Mark A. Warsco and the law firm of Rothberg Logan & Warsco LLP ("RLW") as special counsel, under general retainer.

4. The Trustee has selected RLW for the reason that its partners and associates have had prior experience in matters of this nature and are well qualified to represent the Trustee in this proceeding and at the time this bankruptcy was converted to a case under Chapter 7 of the

Bankruptcy Code, RLW was handling certain avoidance actions on behalf of the bankruptcy estate as conflicts counsel. The Trustee believes it is in the best interest of the estate to continue the employment of RLW in these matters as well as any other specific matters the Trustee deems appropriate.

5. The Trustee submits that the retention of RLW under the terms described herein is appropriate under §§ 327 and 328 of the Bankruptcy Code. Section 327(e) of the Bankruptcy Code empowers the trustee, with the court's approval, may employ an attorney for a special purpose who represented the Debtor if such employment is in the best interest of the bankruptcy estate and if such attorney does not represent or hold any interest adverse to the Debtor or to the estate with respect to the matter on which the attorney is employed.

6. Except as set forth in the Affidavit of Mark A. Warsco, a partner with RLW, which is attached hereto as Exhibit "A," to the best of the Trustee's knowledge, the partners, counsel and associates of RLW (a) do not have any connection with any of the Debtor, its affiliates, its creditors, the Office of the United States Trustee for the Northern District of Indiana, any person employed in the Office of the United States Trustee for the Northern District of Indiana, or any other party in interest, or their respective attorneys and accountants, (b) are "disinterested persons" as that term is defined in § 101(4) of the Bankruptcy Code, and (c) do not hold or represent any interest adverse to the estate with respect to the specific matters for which they are to be employed.

7. More specifically, as set forth in the Affidavit attached hereto, and to the best of Trustee's knowledge, information and belief:

    A. RLW, and its partners and associates, do not hold or represent any interest adverse to that of the estate except for the claim for fees for services rendered by RLW as conflicts counsel during the pendency of the Chapter 11 bankruptcy case;

B.  RLW is not and has not been a creditor, an equity holder, or insider of the Debtor except for the claim for fees for services rendered by RLW as conflicts counsel during the pendency of the Chapter 11 bankruptcy case;

C.  Neither RLW nor any attorney at the firm is or was an investment banker for any outstanding security of the Debtor;

D.  Neither RLW nor any attorney at the firm is or was, within three years before the filing of the Debtor's Chapter 7 case, an investment banker for any security of the Debtor, or any attorney for an investment banker in connection with the offer, sale or issuance of any security of the Debtor;

E.  Neither RLW nor any attorney at the firm is or was, within two years before the Petition Date, a director, officer or employee of the Debtor or of an investment banker of the Debtor;

F.  RLW, its partners or associates, have not represented or been employed by the Debtor in the twelve months prior to the filing of the petition;

G.  RLW, its partners and associates, have not been employed to represent an officer, director, shareholder, partner, limited partner or any other entity that has guaranteed an obligation of the Debtor or is liable on an obligation of the Debtor, or pledged property to secure an obligation of the Debtor in the twelve months prior to filing except that RLW currently represents David B. Fink, a shareholder and insider of the Debtor in a Chapter 7 bankruptcy.  However, Mr. Fink has not guaranteed any indebtedness of the Debtor.

H. RLW, its partners and associates, have no connection with any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

I.  RLW does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor or an investment banker specified in the foregoing paragraphs, or for any other reason.

J.  RLW, its partners and associates, have represented Debtor in <u>Auburn Foundry, Inc. v. Empire Refractory Sales, Inc.</u>, United States Bankruptcy Court, Northern District of Indiana, Fort Wayne Division, Case No. 05-01058.  RLW, as special counsel for Rebecca Hoyt Fischer, Trustee, is seeking to substitute Rebecca Hoyt Fischer, Trustee as the proper party Plaintiff.

K.  RLW, its partners and associates, have represented Debtor in <u>Auburn Foundry, Inc. v. Citizens Gas & Coke Utility</u>, United States Bankruptcy Court, Northern District of Indiana, Fort Wayne Division, Case No. 05-01059.  RLW, as special counsel for Rebecca Hoyt Fischer, Trustee, is seeking to substitute Rebecca Hoyt Fischer, Trustee as the proper party Plaintiff.

8. RLW, its partners and associates, have represented the following scheduled creditors of the Debtor within the year prior to the date of the petition. The creditors' names, addresses and circumstances of such representation or employment are set forth below:

A. American Wire Rope and Sling, 3122 Engle Road, Fort Wayne, IN 46809 (corporate, collection and litigation matters unrelated to the Debtor);

B. Brake Materials & Parts, Inc., 800 Sherman at Pape, Fort Wayne, IN 46808 (corporate, collection and litigation matters unrelated to the Debtor);

C. Brechbuhler Scales, 3306 Cavalier Drive, Fort Wayne, IN 46808 (corporate, collection and litigation matters unrelated to the Debtor);

D. David B. Fink, P.O. Box 72, Auburn, IN 46706 (chapter 7 bankruptcy proceeding matters unrelated to the Debtor);

E. KMH Systems, Inc., 7020 SR 930 East, Fort Wayne, IN 46803 (corporate, collection and litigation matters unrelated to the Debtor);

9. Section 328(a) of the Bankruptcy Code authorizes the employment of a professional person "on any reasonable terms and conditions of employment, including on a retainer." 11 U.S.C. § 328(a). The Trustee may require RLW to render extensive legal services, the cost of which cannot be estimated. Accordingly, it is necessary and essential for the Trustee to employ attorneys under general retainer to render the foregoing services.

10. Subject to this Court's approval and in accordance with §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the rules and other procedures that may be fixed by this Court, the Trustee requests that RLW be compensated on an hourly basis, plus reimbursement of actual and necessary expenses incurred by RLW, as more fully set forth in the Affidavit attached hereto.

11. RLW will maintain detailed records of all actual costs and expenses incurred. RLW will abide by all procedures ordered by the Court and will apply to the Court for allowance of any compensation or reimbursement of expenses in the matter.

12. The Trustee has provided notice of this Application to (a) the Office of the United States Trustee for the Northern District of Indiana, (b) counsel to the Debtor's prepetition secured lenders, and (c) the Debtor's 20 largest creditors. The Trustee submits that given the circumstances and the notice of the relief requested herein, no other or further notice is required.

13. No prior application for the relief requested herein has been made to this or any other court.

14. It is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates. It is further contemplated that said attorneys will seek interim compensation during the case as permitted by 11 U.S.C. § 331.

WHEREFORE, the Trustee requests that she be authorized to employ Mark A. Warsco and the law firm of Rothberg Logan & Warsco LLP, as special counsel to represent her in this case under Chapter 7 of the United States Bankruptcy Code in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Respectfully submitted,

LADERER & FISCHER, P.C.

/s/Rebecca Hoyt Fischer
Rebecca Hoyt Fischer, Trustee #10537-72
112 W. Jefferson Blvd., Suite 310
South Bend, Indiana 46601
Telephone:  (574) 284-2354
Facsimile (574) 284-2356
E-mail: ladfis@aol.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Application for Approval of Employment of Attorneys, Rothberg Logan & Warsco LLP along with the attached Affidavit of Mark A. Warsco has been mailed, by United States Mail, postage prepaid, or by electronic mail to the following parties this 27th day of October, 2005:

| | |
|---|---|
| John R. Burns (DM)<br>dsmcmeen@bakerd.com | John R. Burns (SR)<br>skrhoads@bakerd.com |
| Mark A. Werling (TW)<br>tlwiley@bakerd.com | Ellen L. Triebold<br>Ellen.L.Triebold@usdoj.gov |
| Henry A. Efroymson<br>Henry.efroymson@icemiller.com | Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL  60606 |
| Donald F. Baty, Jr.<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226 | Jerald I. Ancel<br>Sommer & Barnard, PC<br>111Monument Square, Suite 4000<br>Indianapolis, IN  46204-5198 |
| Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN  46601 | OmniSource Corp-Tusco<br>2453 Hill Avenue<br>Toledo, OH  43607 |
| Auburn City Utilities<br>P.O. Box 506<br>Auburn, IN  46706 | Bank of America<br>231 South LaSalle Street, 16th Floor<br>Chicago, IL  60697 |
| GMAC Business Credit, LLC<br>300 Galleria Officentre, Suite 110<br>Southfield, MI  48034 | A.F. Europe, Inc.<br>635 West Eleventh Street<br>Auburn, IN  46706 |
| DeKalb County, Indiana<br>DeKalb County Assessor, Courthouse<br>100 South Main Street<br>Auburn, IN  46706 | Citizens Gas & Coke Utilities<br>2020 North Meridian Street<br>Indianapolis, IN  46202 |

Dauber Company, Inc.  
577 North 18th Road  
Tonica, IL  61370  

DISA Industries, Inc.  
80 Kendall Point Drive  
Oswego, IL  60543  

RI Lampus Co.  
816 Railroad Street  
Springdale, PA  15144  

Fairmount Minerals  
P.O. Box 400  
Brideman, MI  49106  

Ashland Chemical Co.  
P.O. Box 395  
Columbus, OH  43216-0395  

Fire Protection, Inc.  
750 West North Street, Suite C  
Auburn, IN  46706  

Inductotherm Corp.  
10 Indel Avenue  
Rancocas, NJ  08073  

UNIMIN Corporation  
809 Myers Road  
Archbold, OH  43502  

Miller and Company  
6400 Shafer Court, Suite 500  
Rosemont, IL  60018  

XRI Testing – Troy  
MobileX, LLC  
1961 Thunderbird  
Troy, MI  48084  

MP Steel Indiana, LLC  
P.O. Box 876  
Kendallville, IN  46755  

Complete Drives, Inc.  
1542 West Auburn Drive  
Auburn, IN  46706  

Motion Industries, Inc.  
333 East Washington Boulevard  
Fort Wayne, IN  46862-2149  

Grant F. Shipley  
Shipley & Associates  
233 West Baker Street  
Fort Wayne, IN  46802-3413  

/s/ Rebecca Hoyt Fischer  

Rebecca Hoyt Fischer