# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

## MOTION TO LIMIT NOTICE

Comes now Rebecca Hoyt Fischer, Trustee, and moves the Court to limit notice by the Trustee in this matter as follows:

1.      This is a Chapter 11 Bankruptcy proceeding which was originally filed on February 8, 2004 and which was converted to a case under Chapter 7 on October 11, 2005.  The undersigned is the Chapter 7 Trustee assigned to the above captioned case.

2.      The Trustee believes that there will be several adversary proceedings for the recovery of preferential transfers that may be subject to compromise.  There are approximately 611 creditors on the creditor matrix in this case and to provide notice of each such application to compromise or other matters requiring notice in this case, would result in substantial expense to the bankruptcy estate, which will diminish the return to creditors.

WHEREFORE, the Trustee requests that the Court allow the Trustee in this matter to limit notice on matters required to be noticed , including but not limited to  applications to compromise adversary proceedings, to the United States Trustee, the debtor's counsel,  the counsel representing the unsecured creditors committee, and any other party who hereafter provides a written request for notices to the Chapter 7 Trustee and for all other just and proper relief in the premises.

Dated: October 27, 2005          /s/ Rebecca H. Fischer
                                 Rebecca Hoyt Fischer                    #10537-72
                                 LADERER & FISCHER, P.C.
                                 112 West Jefferson Blvd., Ste. 310
                                 South Bend, IN 46601
                                 Telephone: (574) 284-2354
                                 Facsimile: (574) 284-2356

C:\C\Word Perfect Doc's\TRUSTEE\AUBURN\Motion to limit notice.wpd

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of October, 2005 a true and correct copy of the above and foregoing Application to Compromise was served by electronic transmission upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com<br>South Bend, IN 46634 | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |

                                      /s/ Rebecca H. Fischer
                                      Rebecca Hoyt Fischer