**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

**ORDER**

At Fort Wayne, Indiana on

The Trustee, having filed her Motion to Limit Notice, and the Court having reviewed said Motion, and notice of said Motion having been given to all creditors and no objections having been filed,

IT IS HEREBY ORDERED

That with respect to all matters in this case, including but not limited to any adversary proceedings, required to be noticed in the future, such notice shall be limited to the United States Trustee, the debtors' counsel, the counsel for the unsecured creditors committee in this case and any party who hereafter provides a written request for notices to the Chapter 7 Trustee.

SO ORDERED.

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court