UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

At Fort Wayne, Indiana on October 28, 2005.

Rebecca Hoyt Fischer, Trustee, having filed an application to employ special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers, and the court being duly advised in the premises,

IT IS HEREBY ORDERED, that the Trustee be, and she hereby is, authorized to retain the attorneys of Rothberg, Logan & Warsco, LLP of Fort Wayne, Indiana as special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers.

SO ORDERED.

/s/ Robert E. Grant
Judge, U.S. Bankruptcy Court