UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

At Fort Wayne, Indiana on    October 28, 2005.

Rebecca Hoyt Fischer, Trustee, having filed an application to employ special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers, and the court being duly advised in the premises,

IT IS HEREBY ORDERED, that the Trustee be, and she hereby is, authorized to retain the attorneys of Rothberg, Logan & Warsco, LLP of Fort Wayne, Indiana as special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers.

SO ORDERED.

                /s/ Robert E. Grant
                Judge, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure          Page 1 of 1              Date Rcvd: Oct 28, 2005
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Oct 30, 2005.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2005**            **Signature:**    _Joseph Speetjens_