UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                )                    CASE NO.  04-10427
                                      )
AUBURN FOUNDRY, INC.                  )
                                      )
             Debtor.                  )


**<u>NOTICE TO THE COURT</u>**

Please remove James Godschalk c/o Beckman Lawson, LLP from the matrix on this case.

This creditor was added due to clerical error when a claim was erroneously filed electronically in

this case that belonged in another case.  The claim was properly captioned and therefore has been

disallowed.  Due to the large number of filings in this case it would be beneficial for all parties

concerned to remove this erroneous creditor from the matrix.


Respectfully submitted,

BECKMAN LAWSON, LLP

 */s/ Howard B. Sandler*
Howard B. Sandler, #10685-02
800 Standard Federal Plaza
P.O. Box 800
Fort Wayne, IN  46801-0800
(260) 422-0800
(260) 420-1013 facsimile

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, who is duly admitted to practice law in the State of Indiana and before this Court, hereby certifies that a copy of above and foregoing was sent either electronically, or by First Class U S Mail, on the 2nd day of November, 2005, to:

Mark Warsco, Attorney for Plaintiff
*sent electronically*

United States Trustee
*sent electronically*

*/s/ Howard B. Sandler*
Howard B. Sandler