UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427-reg-7 |
| | ) | |
| Debtor. | ) | |

## APPEARANCE

James E. Rossow, Jr., of the law firm of Rubin & Levin, P.C., hereby enters his appearance on behalf of R.I. Lampus, a creditor of debtor, in the above-entitled case.

Respectfully submitted,

RUBIN & LEVIN, P.C.
Attorneys for Creditor


By:   /s/ James E. Rossow, Jr.
        James E. Rossow, Jr. (Atty. No. 21063-29)

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon the following parties, by first class United States Mail, postage prepaid, or via electronic notification this 7th day of November, 2005:

John R. Burns
Mark Werling
Baker & Daniels
111 E. Wayne St., Ste. 800
Fort Wayne, IN  46802

Rebecca Hoyt Fischer, Trustee
Laderer & Fischer PC
112 West Jefferson Blvd., #310
South Bend, IN  46601

Rothberg Logan & Warsco L.L.P.
2100 National City Center
P. O. Box 11647
Fort Wayne, IN  46859-1647

Nancy J. Gargula
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN  46601

United States Trustee
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN  46601

Michael McGauhey
Citizens Gas & Coke Utility
2950 Prospect Street
Indianapolis, IN  46203

Randall A. Miller
DISA Industries, Inc.
80 Kendall Point Dr.
Oswego, IL  60543

Curt & Tim Howard
Fire Protection, Inc.
750 W. North Street
Auburn, IN   46706

Michelle Pezanoski
Fairmont Materials
P. O. Box 177
Wedron, IL  60557

Robert Overman
Miller and Company LLC
9700 W. Higgins Road, #1000
Rosemont, IL  60018

Henry A. Efroymson
Ice Miller
One American Square
Box 82001
Indianapolis, IN  46282

        /s/ James E. Rossow, Jr.
        James E. Rossow, Jr., Atty. No. 21063-29

RUBIN & LEVIN, P.C.
342 Massachusetts Avenue, #500
Indianapolis, IN  46204
(317) 634-0300; FAX (317) 263-9411
JER/sls  G:\WP80\SUSAN\JER\RI Lampus-Auburn app