# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

In Re: Debtor(s) (name(s) and address)
Auburn Foundry, Inc.
35–0154360
635 W. Eleventh Street
Auburn, IN 46706

Case Number: 04–10427–reg –reg

Chapter: 7

## NOTICE OF NONCOMPLIANCE

NOTICE IS HEREBY GIVEN that the following documents have not been filed as required by the court's order of October 12, 2005 :

    List of Unpaid Debts (Fed. R. Bk. P. 1019(5))

    Schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion (Fed. R. Bk. P. 1019(5))

    Schedule of property acquired after the filing of the petition but before conversion (Fed. R. Bk. P. 1019(5))

The court will take no action as a result of this failure absent a motion from an appropriate party.

Dated at Fort Wayne, Indiana, on November 9, 2005 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 848