IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427 |
| Debtor. ) | |

### SECOND APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES OF ROTHBERG LOGAN & WARSCO LLP, CONFLICTS COUNSEL FOR THE DEBTOR

The application of Rothberg Logan & Warsco LLP, ("RLW"), a limited liability partnership, by Mark A. Warsco, respectfully represents:

1. RLW provides the following narrative summary in conjunction with the Guideline provided by the United States Trustee:

    a) <u>Background</u>.  A voluntary petition for relief under Chapter 11 of the Bankruptcy Code was filed on February 8, 2004 (the "Petition Date") by Auburn Foundry, Inc. (the "Debtor").  The case was converted to a Chapter 7 on October 11, 2005.  An Application to Employ and Rothberg Logan & Warsco LLP as Conflicts Counsel for the Debtor to pursue certain avoidance actions was filed on November 11, 2004, which application was granted by this Court by an Order authorizing the employment of RLW on December 8, 2004.  RLW filed an Application for Allowance of Attorneys' Fees on July 12, 2005, seeking fees and expenses in the amount of $7,646.06 for the period of March 22, 2004 through June 29, 2005, which Application was granted on August 9, 2005.  RLW was to be compensated pursuant to the following hourly rates, which hourly rates are consistent with the rates charged non-bankruptcy clients for similar services:

        i)      Two Hundred Sixty-Five and no/100 Dollars ($265.00) per hour for the services of Mark A. Warsco, which rate has increased Ten and no/100 Dollars ($10.00) over the course of this case;

        ii)     One Hundred Seventy-Five and no/100 Dollar ($175.00) per hour for the services of Jonathon R. Albright;

        iii)    One Hundred Thirty and no/100 Dollars ($130.00) per hour for the services of Dustin L. Plummer;

        iv)    One Hundred Twenty-Five and no/100 Dollars ($120.00) per hour for the services of Beth A. Shanebrook, which rate has increased Five and no/100 Dollars ($5.00) over the course of this case;

        v)     Twenty cents ($0.20) per page for photocopies;

        vi)    Two and 00/100 Dollars ($2.00) for faxes;

        vii)   Actual and necessary expenses for postage and mileage.

2.     In representing the Debtor, RLW has rendered the usual and ordinary services in representing the Debtor with respect to those avoidance actions, including, but not limited to, reviewing the underlying documents provided by the Debtor and lead counsel, counseling of the Debtor with respect to the certain avoidance actions, telephone conferences with various defense counsel, attendance at various meetings, preparation of Complaints and motions related to the avoidance actions:  Detailed time entries relating thereto is attached as Exhibit "A", attached hereto and incorporated by reference and made a part hereof.  Based upon the amount of time involved and the nature of the services rendered from July 8, 2005 through October 4, 2005, RLW is seeking the sum of

Eight Thousand Sixty-Six and 00/100 Dollars ($8,866.00) in fees, plus cost advances in the amount of Five Hundred Fifty-Five and 64/100 Dollars ($555.64).

       3.      <u>Case Status</u>.  The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004.  Debtor continues to operate its business as Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.  Conflicts Counsel has filed avoidance action against Citizens Gas & Coke Utility and Empire Refractory Sales, Inc.  On October 11, 2005 this case was converted to a Chapter 7.

WHEREFORE, RLW prays that this Court approve its attorneys' fees in the amount of Eight Thousand Sixty-Six and 00/100 Dollars ($8,866.00) plus cost advances in the amount of Five Hundred Fifty-Five and 64/100 Dollars ($555.64) for services rendered from July 8, 2005 through October 4, 2005, and authorize payment of the unpaid balance of Nine Thousand Four Hundred Twenty-One and 64/100 Dollars ($9,421.64) which has not been paid.

                                      Respectfully Submitted,

                                      **ROTHBERG LOGAN & WARSCO LLP**

                                      /s/ Mark A. Warsco
                                      Mark A. Warsco (1626-02)
                                      2100 National City Center
                                      110 West Berry Street
                                      P.O. Box 11647
                                      Fort Wayne, IN  46859-1647
                                      Telephone:  (260) 422-9454
                                      Facsimile:  (260) 422-1622
                                      Conflicts Counsel for Debtor

Case 04-10427-reg    Doc 849    Filed 11/10/05    Page 4 of 5

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 10th day of November, 2005:

| | |
|---|---|
| John R. Burns (JF)<br>jacklyn.faulkner@bakerd.com | John R. Burns (SR)<br>skrhoads@bakerd.com |
| Mark A. Werling (TW)<br>tlwiley@bakerd.com | Ellen L. Triebold<br>Ellen.L.Triebold@usdoj.gov |
| Henry A. Efroymson<br>Henry.efroymson@icemiller.com | Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL  60606 |
| Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226 | Jerald I. Ancel<br>Sommer & Barnard, PC<br>111Monument Square, Suite 4000<br>Indianapolis, IN  46204-5198 |
| Nancy J. Gargula<br>United States Trustee's Office<br>One Michiana Square, 5th Floor<br>100 East Wayne Street<br>South Bend, IN  46601 | Grant F. Shipley<br>Shipley & Associates<br>gfs@gshipley.com |
| Lawrence S. Crowther<br>Wegman, Hessler & Vanderburg<br>6055 Rockside Woods Blvd., Suite 200<br>Cleveland, OH 44131 | Richard J. Swanson<br>Macey Swanson and Allman<br>rswanson@maceylaw.com |
| Stephen E. Lewis<br>Haller & Colvin, P.C.<br>slewis@hallercolvin.com | Stephen L. Fink<br>Barnes & Thornburg<br>sfink@btlaw.com |
| Becket & Lee, LLP<br>P.O. Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 | Gary D. Boyn<br>gboyn@warrickandboyn.com |

4

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802

Brad Rogers
rogers.brad@pbgc.gov

W. Erik Weber
Mefford and Weber, P.C.
Erik@lawmw.com

Robert E. Kabisch
Hunt Suedhoff Kalamaros, LLP
803 S. Calhoun Street, 9th Floor
Fort Wayne, IN  46858-1489

Patrick L. Proctor
Eilbacher Fletcher LLP
803 South Calhoun Street, Ste. 400
Fort Wayne, IN 46802

Rebecca Hoyt Fischer
Laderer & Fischer, P.C.
112 W. Jefferson Blvd., Suite 310
South Bend, Indiana 46601

    /s/ Mark A. Warsco
    Mark A. Warsco

5