# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
10/27/2005

AUBURN FOUNDRY
635-639 WEST ELEVENTH STREET
AUBURN IN 46706

**ACCOUNT NO:** 6396N-00001H
**INVOICE NO.** 71752

CONFLICTS COUNSEL FOR BAKER & DANIELS

## FEES

| Date / Atty | Description | HOURS | Amount |
|---|---|---|---|
| 07/08/2005 MAW | REVIEW AND REVISE FEE APPLICATION. | 0.30 | 82.50 |
| 07/12/2005 BAS | E-FILE APPLICATION FOR FEES. | 0.50 | 62.50 |
| 07/12/2005 MAW | REVIEW EMPIRE REFRACTORY ANSWER TO DISCOVERY. | 0.40 | 110.00 |
| 07/14/2005 BAS | E-FILE APPEARANCE. | 0.10 | 12.50 |
| 07/21/2005 MAW | CONFERENCE WITH DUSTIN PLUMMER. | 0.20 | 55.00 |
| 07/21/2005 DLP | ATTENTION TO EMPIRE REFRACTORY SALES ANSWER TO INTERROGATORIES .AND EMPIRE'S REQUEST FOR INTERROGATORIES; PREPARE INVOICE PAYMENT SUMMARY; DRAFT LETTERS | 4.20 | 546.00 |
| 07/22/2005 DLP | ATTENTION TO FILE. | 0.10 | 13.00 |
| 08/04/2005 DLP | ATTENTION TO EMPIRE REFRACTORY INTERROGATORY RESPONSES. | 0.30 | 39.00 |
| 08/05/2005 DLP | REVIEW CITIZEN GAS AND COKE INTERROGATORY RESPONSES; TELEPHONE CONFERENCE WITH MICK STORY; LETTER TO BOB KABISCH; ATTENTION TO FILE. | 2.30 | 299.00 |

EXHIBIT A

|  |  |  | PAGE: 2 |
|---|---|---|---|
| AUBURN FOUNDRY |  |  | 10/27/2005 |
|  |  | **ACCOUNT NO:** | 6396N-00001H |
|  |  | **INVOICE NO.** | 71752 |
| CONFLICTS COUNSEL FOR BAKER & DANIELS |  |  |  |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MAW | CONFERENCE WITH DUSTIN PLUMMER RE: DISCOVERY. | 0.50 | 137.50 |
| 08/10/2005 | DLP | ATTENTION TO FILE; LETTER TO MICK STORY; MEMO TO MARK WARSCO. | 0.30 | 39.00 |
| 08/11/2005 | MAW | TELEPHONE CONFERENCE WITH MICK STORY RE: MEDIATION. | 0.20 | 55.00 |
| 08/23/2005 | MAW | VARIOUS E-MAILS RE: CITIZEN GAS MEDIATION AND SCHEDULING A TIME. | 0.30 | 82.50 |
| 09/01/2005 | MAW | TELEPHONE CONFERENCE WITH DENNIS MAUDE RE: POTENTIAL CONFLICT WITH MEDIATION DATE; VOICE MAIL TOM YODER. | 0.30 | 82.50 |
| 09/02/2005 | MAW | REVIEW FILE; PREPARE DRAFT OF CONFIDENTIAL STATEMENT FOR MEDIATION WITH CITIZEN GAS. | 1.00 | 275.00 |
|  | MAW | TELEPHONE CONFERENCE WITH MICK STORY RE: CITIZEN'S MEDIATION BACK UP DATE. | 0.20 | 55.00 |
| 09/06/2005 | MAW | TELEPHONE CONFERENCE WITH DENNIS MAUDE RE: CONFLICT WITH MEDIATION. | 0.30 | 82.50 |
| 09/07/2005 | MAW | TELEPHONE CONFERENCE WITH MARK WERLING RE: STATUS OF ADVERSARY. | 0.20 | 55.00 |
|  | MAW | REVIEW AND REVISE CONFIDENTIAL STATEMENT FOR MEDIATION OF CITIZEN'S GAS & COKE. | 0.20 | 55.00 |

|  |  |  |
|---|---|---|
| AUBURN FOUNDRY | | PAGE: 3 |
| | | 10/27/2005 |
| | **ACCOUNT NO:** | 6396N-00001H |
| | **INVOICE NO.** | 71752 |
| CONFLICTS COUNSEL FOR BAKER & DANIELS | | |

| Date | Atty | Description | HOURS | Amount |
|---|---|---|---|---|
| 09/08/2005 | | | | |
| | MAW | CONFERENCE WITH JON ALBRIGHT; REVIEW DISCOVERY RESPONSE FROM DEFENDANT AND PREPARATION OF OUR DISCOVERY RESPONSE TO DEFENDANT'S DISCOVERY. | 0.30 | 82.50 |
| | JRA | REVIEW OPEN ISSUES PERTAINING TO POTENTIAL OF ORDINARY COURSE OF BUSINESS DEFENSE. | 1.50 | 262.50 |
| 09/09/2005 | | | | |
| | MAW | TELEPHONE CONFERENCE WITH BOB KABISH RE: HEARING. | 0.30 | 82.50 |
| 09/13/2005 | | | | |
| | JRA | REVIEW OPEN ISSUES PERTAINING TO PREFERENCE PAYMENTS; ATTEND HEARING RE: POSSIBILITY OF MEDIATION. | 2.90 | 507.50 |
| 09/14/2005 | | | | |
| | JRA | TELEPHONE CONFERENCE WITH BOB KABISCH RE: POSSIBLE SELECTION OF DAN SKEKLOFF AS MEDIATOR. | 0.20 | 35.00 |
| 09/15/2005 | | | | |
| | JRA | TELEPHONE CONFERENCE WITH BOB KABISCH AND DAN SKEKLOFF RE: APPOINTMENT OF SKEKLOFF AS MEDIATOR. | 0.40 | 70.00 |
| | JRA | DRAFT STIPULATION OF SELECTION OF MEDIATOR; TELEPHONE CONFERENCE WITH BOB KABISCH RE: SAME; TELEPHONE CONFERENCE WITH MICK STORY RE: PRE-TRIAL ORDER DEADLINE IN ADVERSARY 05-1059; REVIEW OPEN ISSUES IN 05-1059. | 1.30 | 227.50 |
| 09/19/2005 | | | | |
| | MAW | CONFERENCE WITH JON ALBRIGHT RE: PRE-TRIAL ORDER AND MOTION TO EXTEND TIME; REVIEW AND REVISE MOTION TO EXTEND TIME. | 0.50 | 137.50 |
| | JRA | TELEPHONE CONFERENCE WITH MARK WERLING RE: | | |

|  |  |  |  |
|---|---|---|---|
| AUBURN FOUNDRY | | | PAGE: 4 |
| | | | 10/27/2005 |
| | | **ACCOUNT NO:** | 6396N-00001H |
| | | **INVOICE NO.** | 71752 |
| CONFLICTS COUNSEL FOR BAKER & DANIELS | | | |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | | ASSISTANCE WITH ANSWERS TO INTERROGATORIES PERTAINING TO AFI V. EMPIRE SALE; DRAFT JOINT MOTION FOR EXTENTION OF TIME PERTAINING TO AFI V. CITIZENS GAS AND COKE; DRAFT ORDER FOR AFI V. CITIZENS GAS & COKE; TELEPHONE CONFERENCE WITH MICK STORY RE: JOINT MOTION FOR EXTENSION OF TIME PERTAINING TO AFI V. CITIZENS GAS AND COKE. | 2.40 | 420.00 |
| | JRA | REVIEW INDIANA CASE LAW AND OTHER JURISDICTIONAL CASE LAW. | 1.20 | 210.00 |
| 09/20/2005 | | | | |
| | JRA | TELEPHONE CONFERENCE WITH BOB KABISCH RE: STIPULATION OF SELECTION OF MEDIATOR. | 0.30 | 52.50 |
| | JRA | REVIEW OPEN ISSUES PERTAINING TO THE ORDINARY COURSE OF BUSINESS EXCEPTION TO PREFERENTIAL TRANSFERS AND DEBT RESTRUCTURING AGREEMENTS. | 5.10 | 892.50 |
| 09/21/2005 | | | | |
| | MAW | TELEPHONE CONFERENCE WITH BOB KABISH RE: ORDINARY COURSE DEFENSE AND MEETING. | 0.20 | 55.00 |
| | MAW | REVIEW JON ALBRIGHT'S RESEARCH MEMO; REVIEW CASES CITED RE: ORDINARY COURSE OF BUSINESS DEFENSE AND DEFERRED PAYMENT AGREEMENT. | 1.50 | 412.50 |
| | MAW | CONFERENCE WITH DENNIS MAUDE RE: MEDIATION. | 0.50 | 137.50 |
| | MAW | ATTEND MEDIATION. | 4.00 | 1,100.00 |
| | JRA | DRAFT MEMO TO MARK WARSCO RE: ORDINARY COURSE OF BUSINESS EXCEPTION AND ITS APPLICATION TO DEBT RESTRUCTURING AGREEMENT/DEFERRED PAYMENT AGREEMENTS; CONFERENCE WITH MARK RE: APPLICABLE CASE LAW ON ABOVE REFERENCED MEMO. | 4.40 | 770.00 |
| | JRA | DRAFT E-MAIL TO MARK WERLING RE: MEDIATION DATES IN AFI ADVERSARY PROCEEDINGS; TELEPHONE CONFERENCE WITH MARK RE: SAME. | 0.20 | 35.00 |

| | | | PAGE: 5 |
|---|---|---|---|
| AUBURN FOUNDRY | | | 10/27/2005 |
| | | **ACCOUNT NO:** | 6396N-00001H |
| | | **INVOICE NO.** | 71752 |
| CONFLICTS COUNSEL FOR BAKER & DANIELS | | | |

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 09/26/2005 | MAW | VOICE MAIL MICK STORY; TELEPHONE CONFERENCE WITH MICK RE: DISCOVERY | 0.20 | 55.00 |
| 09/27/2005 | JRA | REVIEW OPEN ISSUES PERTAINING TO PRE-TRIAL ORDER. | 0.40 | 70.00 |
| 09/28/2005 | JRA | DRAFT PRE-TRIAL ORDER AND JOINT MOTION FOR EXTENSION OF TIME TO DRAFT PRE-TRIAL ORDER; TELEPHONE CONFERENCE WITH D. MAUDE RE: MEDIATION IN AUBURN FOUNDRY V. EMPIRE REFRACTORY SALES ADVERSARY. | 1.30 | 227.50 |
| | MAW | CONFERENCE WITH BOB KABISH AND LARRY NELL RE: EMPIRE PREFERENCE DEFENSES. | 1.00 | 275.00 |
| 09/29/2005 | JRA | DRAFT LETTER TO D. MAUDE ATTACHING PAYMENT HISTORY FILE; REVIEW JOINT MOTION OF TIME TO FILE PRE-TRIAL ORDER. | 0.40 | 70.00 |
| | JRA | DRAFT E-MAIL TO BOB KABISH ATTACHING JOINT MOTION FOR EXTENSION OF TIME. | 0.20 | 35.00 |
| 09/30/2005 | JRA | TELEPHONE CONFERENCE WITH BOB KABISH RE: APPROVAL OF JOINT MOTION FOR EXTENSION OF TIME. | 0.30 | 52.50 |
| | JRA | DRAFT ORDER EXTENDING TIME TO FILE IN EMPIRE REFRACTORY SALES ADVERSARY; DRAFT CERTIFICATE TO COURT IN CITIZENS GAS AND COKE ADVERSARY; DRAFT APPEARANCE IN CITIZENS GAS AND COKE. | 1.30 | 227.50 |
| 10/04/2005 | MAW | CONFERENCE WITH JON ALBRIGHT RE: STATUS; TELEPHONE CONFERENCE WITH DENNIS MAUDE RE: | | |

AUBURN FOUNDRY

CONFLICTS COUNSEL FOR BAKER & DANIELS

PAGE: 6
10/27/2005
**ACCOUNT NO:** 6396N-00001H
**INVOICE NO.** 71752

|  |  | HOURS |  |
|---|---|---:|---:|
|  | EMPIRE CLAIM AND WITNESS RE: INDUSTRY STANDARD. | 0.50 | 137.50 |
| JRA | REVISE ANSWERS TO INTERROGATORIES TO AUBURN FOUNDRY INC. | 0.50 | 87.50 |
|  | TOTAL FEES THIS INVOICE | 45.20 | 8,866.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| SHANEBROOK, BETH A. | 0.60 | $125.00 | $75.00 |
| WARSCO, MARK A. | 13.10 | 275.00 | 3,602.50 |
| ALBRIGHT, JONATHON R. | 24.30 | 175.00 | 4,252.50 |
| PLUMMER, DUSTIN L. | 7.20 | 130.00 | 936.00 |

### EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 07/12/2005 | 2436 Photocopies (@ $.20 each) | 487.20 |
| 07/12/2005 | 126 Photocopies (@ $.20 each) | 25.20 |
| 07/14/2005 | 36 Photocopies (@ $.20 each) | 7.20 |
| 07/20/2005 | 1 Photocopies (@ $.20 each) | 0.20 |
| 07/21/2005 | 5 Photocopies (@ $.20 each) | 1.00 |
| 07/21/2005 | 6 Photocopies (@ $.20 each) | 1.20 |
| 07/22/2005 | 13 Photocopies (@ $.20 each) | 2.60 |
| 09/06/2005 | 3 Photocopies (@ $.20 each) | 0.60 |
| 09/07/2005 | 4 Photocopies (@ $.20 each) | 0.80 |
| 09/27/2005 | 4 Photocopies (@ $.20 each) | 0.80 |
| 09/28/2005 | 28 Photocopies (@ $.20 each) | 5.60 |
|  | XEROXING EXPENSE | 532.40 |
| 09/13/2005 | FAX CHARGES | 2.50 |
| 09/27/2005 | FAX CHARGES | 2.00 |
| 09/29/2005 | FAX CHARGES | 3.50 |
|  | FAX CHARGES | 8.00 |
| 09/19/2005 | COMPUTERIZED LEGAL RESEARCH | 15.24 |
|  | COMPUTERIZED LEGAL RESEARCH | 15.24 |

AUBURN FOUNDRY

CONFLICTS COUNSEL FOR BAKER & DANIELS

PAGE: 7
10/27/2005
**ACCOUNT NO:** 6396N-00001H
**INVOICE NO.** 71752

| | |
|---|---:|
| TOTAL EXPENSES THRU 10/04/2005 | 555.64 |
| **TOTAL CURRENT INVOICE** | 9,421.64 |
| **TOTAL BALANCE DUE THIS INVOICE** | $9,421.64 |

0016

ACCOUNTS ARE DUE UPON RECEIPT