## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF NONCOMPLIANCE

NOTICE IS HEREBY GIVEN that the following documents have not been filed as required by the court's order of October 12, 2005 :

    List of Unpaid Debts (Fed. R. Bk. P. 1019(5))

    Schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion (Fed. R. Bk. P. 1019(5))

    Schedule of property acquired after the filing of the petition but before conversion (Fed. R. Bk. P. 1019(5))

The court will take no action as a result of this failure absent a motion from an appropriate party.

Dated at Fort Wayne, Indiana, on November 9, 2005 .

                                                                  Christopher M. DeToro
                                                                  _____
                                                                Clerk, United States Bankruptcy Court
                                                                Federal Building, Room 1188
                                                                1300 South Harrison Street
                                                                Fort Wayne, Indiana 46802

                                                                Document No. 848

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure            Page 1 of 1              Date Rcvd: Nov 09, 2005
Case: 04-10427                Form ID: 336             Total Served: 2

The following entities were served by first class mail on Nov 11, 2005.
dbpos      +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
aty        +John R. Burns(DM),   111 East Wayne Street,   Fort Wayne, IN 46802-2600

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2005**                         Signature:    _Joseph Speetjens_