UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

### LIST OF UNPAID DEBTS

Debtor has such unpaid debts as are referenced in the attached Exhibit "A".

Respectfully submitted,

_____
Dennis Maude

BDDB01 4232206v1