Notes to Accounts Payable List as of November 14, 2005

A. Baker & Daniels – professional services for which I do not have any current billing information. Payments subsequent to ~~this statement~~ have been made.
_JUNE 2005_

B. Ernst & Young – I believe we were current with everything owed to them. I am not sure how this credit balance came about.

C. Ice Miller – professional services for which I do not have any current billing information. Payments subsequent to ~~this statement~~ have been made.
JUNE 2005

D. Xerox – agreement was reached that this amount would be waived as part of our agreement allowing them to pick up all equipment without going through court filings.

E. IBM – we have continued using leased equipment even through the current date but have not added to this billing.

Other liability items:

1. Personal day pay owed to union employees

2. Vacation pay owed to union employees

3. Vacation pay owed to salaried employees

4. Unpaid medical claims owed to both hourly and salaried employees

5. Unpaid prescription drug payments owed to both hourly and salaried employees

6. Personal and real property taxes owing to Dekalb County Indiana

APR1801
11/14/05

Auburn Foundry, Inc.
OPEN PAYABLES BY VENDOR#

Page    1
11:00:13

| Vendor# | Vendor Name | Voucher | CC | Due Date | Invoice# | Inv. Date | Gross Amt. | Disc. Amt. | Open Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 3729 | Advanced Wildlife & Pest | 405188 | A | 3/01/05 | 101957 | 3/01/05 | 315.00 | | 315.00 |
| | | | | | Vendor Totals: | | 315.00 | .00 | 315.00 |
| 3781 | Airtech Environmental Ser | 404580 | A | 2/22/05 | 20892 | 2/15/05 | 4,763.00 | | 4,763.00 |
| | | | | | Vendor Totals: | | 4,763.00 | .00 | 4,763.00 |
| 13000 | Alliance Industrial Suppl | 404958 | A | 2/24/05 | 13554P2 | 2/24/05 | 1,819.64 | | 1,819.64 |
| | | | | | Vendor Totals: | | 1,819.64 | .00 | 1,819.64 |
| 3670 | American Arbitration Asso | 406002 | A | 4/07/05 | 5230000833040Z2Y | 4/07/05 | 175.00 | | 175.00 |
| | | | | | Vendor Totals: | | 175.00 | .00 | 175.00 |
| 1544 | Auto Electric | 403437 | A | 2/23/05 | 30226 | 1/24/05 | 120.00 | | 120.00 |
| 1544 | Auto Electric | 403438 | A | 2/23/05 | 30294 | 1/24/05 | 872.00 | | 872.00 |
| | | | | | Vendor Totals: | | 992.00 | .00 | 992.00 |
| 339875 | AFS Northeast Indiana Cha | 404698 | A | 2/01/05 | 1752 | 1/17/05 | 80.00 | | 80.00 |
| 339875 | AFS Northeast Indiana Cha | 405542 | A | 4/05/05 | 1762 | 3/21/05 | 40.00 | | 40.00 |
| | | | | | Vendor Totals: | | 120.00 | .00 | 120.00 |
| 863 | B & L Information Systems | 401724 | A | 3/18/05 | 13654D | 11/25/04 | 4,126.25 | | 4,126.25 |
| 863 | B & L Information Systems | 406503 | A | 5/25/05 | 14014 | 5/25/05 | 16,505.00 | | 16,505.00 |
| | | | | | Vendor Totals: | | 20,631.25 | .00 | 20,631.25 |
| 40750 | Baker & Daniels | 405505 | T | 3/30/05 | 410427 | 2/28/05 | 83,461.12 | | 83,461.12 |
| | | | | | Vendor Totals: | | 83,461.12 | .00 | 83,461.12 |
| 3835 | Bayard Advertising Agency | 406602 | A | 4/30/05 | 798020 | 4/30/05 | 119.41 | | 119.41 |
| | | | | | Vendor Totals: | | 119.41 | .00 | 119.41 |
| 48000 | Beardsley And Piper, LLC | 395821 | A | 5/26/04 | 226498C | 5/26/04 | 3,329.00- | | 3,329.00- |
| | | | | | Vendor Totals: | | 3,329.00- | .00 | 3,329.00- |
| 4129 | Best Software, Inc. | 403669 | A | 2/20/05 | 2956744 | 1/21/05 | 411.91 | | 411.91 |
| 4129 | Best Software, Inc. | 404981 | A | 3/17/05 | 2969081 | 2/15/05 | 427.98 | | 427.98 |
| | | | | | Vendor Totals: | | 839.89 | .00 | 839.89 |
| 557750 | Boyd Machine & Repair Co | 404370 | A | 3/11/05 | 38599 | 2/09/05 | 7,147.00 | | 7,147.00 |
| | | | | | Vendor Totals: | | 7,147.00 | .00 | 7,147.00 |
| 2813 | Branner Standard Co Inc | 404229 | A | 2/19/05 | 34868 | 2/04/05 | 205.00 | | 205.00 |
| | | | | | Vendor Totals: | | 205.00 | .00 | 205.00 |

Ⓧ — SEE NOTES

APR1801
11/14/05

**Auburn Foundry, Inc.**
**OPEN PAYABLES BY VENDOR#**

Page 2
11:00:13

| Vendor# | Vendor Name | Voucher | CC | Due Date | Invoice# | Inv. Date | Gross Amt. | Disc. Amt. | Open Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 479 | Cleveland Punch & Die | 406075 | A | 4/21/05 | 69575A | 4/21/05 | 35.76- | | 35.76- |
| | | | | | Vendor Totals: | | 35.76- | .00 | 35.76- |
| 4138 | Climax Research Services | 404476 | A | 2/27/05 | MS2217A | 1/28/05 | 720.50 | | 720.50 |
| 4138 | Climax Research Services | 404526 | A | 2/27/05 | MS2219A | 1/28/05 | 333.25 | | 333.25 |
| 4138 | Climax Research Services | 404477 | A | 3/02/05 | MS2236A | 1/31/05 | 720.50 | | 720.50 |
| 4138 | Climax Research Services | 404525 | A | 3/04/05 | MS2264A | 2/02/05 | 777.00 | | 777.00 |
| | | | | | Vendor Totals: | | 2,551.25 | .00 | 2,551.25 |
| 4007 | Corporate Benefit Strateg | 405415 | A | 3/01/05 | 16650 | 3/01/05 | 1,875.00 | | 1,875.00 |
| 4007 | Corporate Benefit Strateg | 406594 | A | 4/01/05 | 16967 | 4/01/05 | 100.00 | | 100.00 |
| 4007 | Corporate Benefit Strateg | 406485 | A | 5/01/05 | 17389 | 5/01/05 | 25.00 | | 25.00 |
| 4007 | Corporate Benefit Strateg | 406576 | A | 6/01/05 | 17664 | 6/01/05 | 25.00 | | 25.00 |
| | | | | | Vendor Totals: | | 2,025.00 | .00 | 2,025.00 |
| 4114 | Corporate Housing Systems | 405137 | A | 3/10/05 | 12584 | 3/10/05 | 689.00 | | 689.00 |
| | | | | | Vendor Totals: | | 689.00 | .00 | 689.00 |
| 1782 | CDW Computer Centers Inc | 404481 | A | 3/12/05 | QW21462 | 2/10/05 | 4,269.66 | | 4,269.66 |
| | | | | | Vendor Totals: | | 4,269.66 | .00 | 4,269.66 |
| 1085 | Dayton Freight | 406603 | A | 4/21/05 | 12384012A | 4/21/05 | 49.63 | | 49.63 |
| | | | | | Vendor Totals: | | 49.63 | .00 | 49.63 |
| 4031 | De Lage Landen Financial | 406600 | A | 6/07/05 | 5077512668 | 6/07/05 | 1,282.90 | | 1,282.90 |
| | | | | | Vendor Totals: | | 1,282.90 | .00 | 1,282.90 |
| 119000 | Dictating & Time Systems | 404712 | A | 2/07/05 | 19728 | 2/07/05 | 466.40 | | 466.40 |
| | | | | | Vendor Totals: | | 466.40 | .00 | 466.40 |
| 126000 | Diversified Pattern & Eng | 405034 | A | 3/08/05 | 23557 | 3/08/05 | 1,500.00 | | 1,500.00 |
| | | | | | Vendor Totals: | | 1,500.00 | .00 | 1,500.00 |
| 3837 | Dynasty International, In | 406289 | A | 3/11/05 | 20050224B | 2/24/05 | 273.00 | | 273.00 |
| 3837 | Dynasty International, In | 406171 | A | 3/15/05 | 20050224A | 2/28/05 | 167.40 | | 167.40 |
| | | | | | Vendor Totals: | | 440.40 | .00 | 440.40 |
| 136000 | Edglo Laboratories Inc | 404965 | A | 3/02/05 | 41971 | 3/02/05 | 2,042.00 | | 2,042.00 |
| 136000 | Edglo Laboratories Inc | 406023 | A | 3/25/05 | 42238 | 3/25/05 | 2,115.00 | | 2,115.00 |
| 136000 | Edglo Laboratories Inc | 406096 | A | 4/15/05 | 42672 | 4/15/05 | 1,352.00 | | 1,352.00 |
| | | | | | Vendor Totals: | | 5,509.00 | .00 | 5,509.00 |
| 143000 | Elkem Metals Inc. | 405513 | T | 3/21/05 | 732386 | 3/21/05 | 2,442.39 | | 2,442.39 ** |
| | | | | | Vendor Totals: | | 2,442.39 | .00 | 2,442.39 |

APR1801
11/14/05

**Auburn Foundry, Inc.**
**OPEN PAYABLES BY VENDOR#**

| Vendor# | Vendor Name | Voucher | CC | Due Date | Inv. Date | Invoice# | Gross Amt. | Disc. Amt. | Open Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 3150 | Ernst and Young LLP | 404797 | A | 3/27/05 | 2/25/05 | 1779 | 38.58- | | 38.58- |
| | | | | | | Vendor Totals: | 38.58- | | 38.58- |
| 3610 | EMSCO, Inc. | 403264 | A | 2/10/05 | 1/11/05 | 3004186IN | 46,200.00 | .00 | 46,200.00 |
| | | | | | | Vendor Totals: | 46,200.00 | | 46,200.00 |
| 150000 | ETA Engineering Inc | 405602 | A | 4/29/05 | 3/30/05 | 948410 | 1,170.00 | .00 | 1,170.00 |
| | | | | | | Vendor Totals: | 1,170.00 | | 1,170.00 |
| 3642 | Foseco Inc | 406081 | A | 4/21/05 | 4/21/05 | 140005B | 154.42- | | 154.42- |
| | | | | | | Vendor Totals: | 154.42- | | 154.42- |
| 831 | FJW Optical Systems Inc | 404874 | A | 2/19/05 | 1/20/05 | 24998 | 815.00 | .00 | 815.00 |
| | | | | | | Vendor Totals: | 815.00 | | 815.00 |
| 56500 | George E Booth Company | 406082 | A | 4/21/05 | 4/21/05 | 277165003A | 510.70- | .00 | 510.70- |
| | | | | | | Vendor Totals: | 510.70- | | 510.70- |
| 3891 | Groholski Manufacturing S | 403592 | A | 2/20/05 | 1/21/05 | 3897 | 562.50 | .00 | 562.50 |
| | | | | | | Vendor Totals: | 562.50 | | 562.50 |
| 209000 | Hook Industrial Sales Inc | 404867 | A | 3/05/05 | 2/23/05 | 116126 | 1,181.00 | .00 | 1,181.00 |
| | | | | | | Vendor Totals: | 1,181.00 | | 1,181.00 |
| 2726 | Ice Miller Donadio & Ryan | 406368 | T | 3/31/05 | 3/31/05 | 410427305 | 15,158.16 | | 15,158.16 |
| 2726 | Ice Miller Donadio & Ryan | 406369 | T | 4/30/05 | 4/30/05 | 410427405 | 12,486.10 | | 12,486.10 |
| | | | | | | Vendor Totals: | 27,644.26 | .00 | 27,644.26 |
| 4113 | Imagistics International, | 404908 | A | 3/06/05 | 2/24/05 | 114923 | 100.00 | .00 | 100.00 |
| | | | | | | Vendor Totals: | 100.00 | | 100.00 |
| 1310 | Inovis | 406597 | A | 6/06/05 | 6/06/05 | 6301853R4 | 440.00 | .00 | 440.00 |
| | | | | | | Vendor Totals: | 440.00 | | 440.00 |
| 2538 | IBM | 406530 | T | 6/01/05 | 6/01/05 | Q01153H | 798.00 | | 798.00 |
| 2538 | IBM | 406531 | T | 6/01/05 | 6/01/05 | Q15703G | 774.00 | | 774.00 |
| | | | | | | Vendor Totals: | 1,572.00 | .00 | 1,572.00 |
| 2570 | IBM Corporation | 405738 | A | 4/02/05 | 4/02/05 | 4526960 | 135.00 | .00 | 135.00 |
| | | | | | | Vendor Totals: | 135.00 | | 135.00 |
| 846 | K M H Systems | 406599 | A | 6/08/05 | 6/08/05 | 7R6346150 | 636.50- | | 636.50- |

```
APR1801                                                                                          Page   4
11/14/05                                                                                        11:00.13
```

## Auburn Foundry, Inc.
### OPEN PAYABLES BY VENDOR#

| Vendor# | Vendor Name | Voucher | CC | Due Date | Invoice# | Inv. Date | Gross Amt. | Disc. Amt. | Open Amt. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 636.50- | .00 | 636.50- |
| 1879 | Keramida Environmental In | 403961 | A | 3/02/05 | 28607 | 1/31/05 | 1,675.00 | | 1,675.00 |
| 1879 | Keramida Environmental In | 404964 | A | 3/30/05 | 28898 | 2/28/05 | 1,883.00 | | 1,883.00 |
| 1879 | Keramida Environmental In | 405219 | A | 3/30/05 | 28940 | 2/28/05 | 656.25 | | 656.25 |
| 1879 | Keramida Environmental In | 406058 | A | 4/30/05 | 29236 | 3/31/05 | 2,383.75 | | 2,383.75 |
| | | | | | Vendor Totals: | | 6,598.00 | .00 | 6,598.00 |
| 4068 | Koontz-Wagner Electric | 404299 | A | 2/24/05 | 5405904001 | 2/09/05 | 5,447.00 | | 5,447.00 |
| | | | | | Vendor Totals: | | 5,447.00 | .00 | 5,447.00 |
| 4045 | Metal Management | 405298 | E | 3/16/05 | 281420 | 3/16/05 | 197.06 | | 197.06 ** |
| 4045 | Metal Management | 405300 | E | 3/16/05 | 281422 | 3/16/05 | 6,430.08 | | 6,430.08 |
| 4045 | Metal Management | 405301 | E | 3/16/05 | 281423 | 3/16/05 | 5,926.88 | | 5,926.88 |
| 4045 | Metal Management | 405373 | E | 3/18/05 | 281439 | 3/18/05 | 6,435.24 | | 6,435.24 |
| 4045 | Metal Management | 405374 | E | 3/18/05 | 281440 | 3/23/05 | 6,455.24 | | 6,455.24 |
| 4045 | Metal Management | 405470 | E | 3/23/05 | 281451 | 3/23/05 | 6,615.04 | | 6,615.04 |
| 4045 | Metal Management | 405468 | E | 3/23/05 | 281452 | 3/23/05 | 6,100.96 | | 6,100.96 |
| 4045 | Metal Management | 405469 | E | 3/23/05 | 281474 | 3/28/05 | 6,511.68 | | 6,511.68 |
| 4045 | Metal Management | 405526 | E | 3/28/05 | 281475 | 3/28/05 | 6,294.24 | | 6,294.24 |
| 4045 | Metal Management | 405524 | E | 3/28/05 | 281477 | 3/28/05 | 6,091.20 | | 6,091.20 |
| 4045 | Metal Management | 405525 | E | 3/28/05 | 281478 | 3/28/05 | 6,040.44 | | 6,040.44 |
| 4045 | Metal Management | 405525 | E | 3/30/05 | 281492 | 3/30/05 | 6,189.90 | | 6,189.90 |
| 4045 | Metal Management | 405562 | E | 3/30/05 | 281493 | 3/30/05 | 6,212.48 | | 6,212.48 |
| 4045 | Metal Management | 405765 | E | 4/05/05 | 14015241 | 4/05/05 | 6,283.20 | | 6,283.20 |
| 4045 | Metal Management | 405764 | E | 4/05/05 | 14015252 | 4/05/05 | 6,637.34 | | 6,637.34 |
| 4045 | Metal Management | 405763 | E | 4/06/05 | 16010768 | 4/05/05 | 6,846.10 | | 6,846.10 |
| 4045 | Metal Management | 405769 | E | 4/06/05 | 14015255 | 4/06/05 | 7,208.36 | | 7,208.36 |
| 4045 | Metal Management | 405768 | E | 4/06/05 | 16010789 | 4/06/05 | 6,646.55 | | 6,646.55 |
| 4045 | Metal Management | 405766 | E | 4/06/05 | 16010777 | 4/06/05 | 7,352.65 | | 7,352.65 |
| 4045 | Metal Management | 405767 | E | 4/06/05 | 16010778 | 4/06/05 | 7,355.88 | | 7,355.88 |
| 4045 | Metal Management | 405765 | E | 4/07/05 | 16010782 | 4/06/05 | 6,935.13 | | 6,935.13 |
| 4045 | Metal Management | 405799 | E | 4/10/05 | 281592 | 4/07/05 | 7,116.26 | | 7,116.26 |
| 4045 | Metal Management | 405798 | E | 4/11/05 | 281593 | 4/10/05 | 7,048.72 | | 7,048.72 |
| 4045 | Metal Management | 405799 | E | 4/11/05 | 281596 | 4/11/05 | 6,761.61 | | 6,761.61 |
| 4045 | Metal Management | 405802 | E | 4/11/05 | 281597 | 4/11/05 | 6,916.94 | | 6,916.94 |
| 4045 | Metal Management | 405801 | E | 4/11/05 | 281598 | 4/11/05 | 6,970.83 | | 6,970.83 |
| 4045 | Metal Management | 405800 | E | 4/11/05 | | 4/11/05 | 7,148.35 | | 7,148.35 |
| 4045 | Metal Management | | E | | | | 7,056.42 | | 7,056.42 |
| | | | | | Vendor Totals: | | 180,034.78 | .00 | 180,034.78 |
| 2186 | Metaltec Steel Abrasive C | 406086 | A | 4/21/05 | 44989A | 4/21/05 | 506.00- | | 506.00- |
| | | | | | Vendor Totals: | | 506.00- | .00 | 506.00- |
| 3174 | MobileX, LLC | 403671 | A | 3/26/05 | 3057IN | 1/25/05 | 3,082.86 | | 3,082.86 |
| 3174 | MobileX, LLC | 403868 | A | 4/01/05 | 3262IN | 1/31/05 | 513.44 | | 513.44 |
| | | | | | Vendor Totals: | | 3,596.30 | .00 | 3,596.30 |
| 233 | MP Steel Indiana, LLC | 406448 | T | 5/18/05 | ADJUST | 5/18/05 | 100.00 | | 100.00 ** |

APR180l
11/14/05

Auburn Foundry, Inc.
OPEN PAYABLES BY VENDOR#

Page 5
11:00:13

| Vendor# / Vendor Name | Voucher | CC | Due Date | Invoice# | Inv. Date | Gross Amt. | Disc. Amt. | Open Amt. |
|---|---|---|---|---|---|---|---|---|
| **2740** NMHG Financial Services I | 405882 | A | 4/07/05 | 7S6253920 | 4/07/05 | 869.75 | | 869.75 |
| NMHG Financial Services I | 406188 | A | 4/17/05 | 61219916 | 4/17/05 | 1,047.52 | | 1,047.52 |
| NMHG Financial Services I | 406189 | A | 4/17/05 | 61219917 | 4/17/05 | 1,064.97 | | 1,064.97 |
| NMHG Financial Services I | 406190 | A | 4/17/05 | 61219918 | 4/17/05 | 1,036.99 | | 1,036.99 |
| NMHG Financial Services I | 406191 | A | 4/17/05 | 61219919 | 4/17/05 | 4,190.08 | | 4,190.08 |
| NMHG Financial Services I | 406491 | A | 5/18/05 | 61402262 | 5/18/05 | 845.74 | | 845.74 |
| NMHG Financial Services I | 406492 | A | 5/18/05 | 61402263 | 5/18/05 | 1,047.52 | | 1,047.52 |
| NMHG Financial Services I | 406490 | A | 5/18/05 | 61402264 | 5/18/05 | 1,064.97 | | 1,064.97 |
| NMHG Financial Services I | 406489 | A | 5/18/05 | 61402265 | 5/18/05 | 1,036.99 | | 1,036.99 |
| NMHG Financial Services I | 406499 | A | 5/18/05 | 61402266 | 5/18/05 | 4,190.08 | | 4,190.08 |
| | | | | | Vendor Totals: | 16,394.61 | .00 | 16,394.61 |
| **356750** Paaso General Equipment | 406380 | T | 3/03/05 | 322005 | 3/03/05 | 360.00 | | 360.00 |
| | | | | | Vendor Totals: | 360.00 | .00 | 360.00 |
| **4133** Panametrics-NDT | 405216 | A | 2/28/05 | 556919 | 2/28/05 | 7,279.53 | | 7,279.53 |
| Panametrics-NDT | 405217 | A | 3/02/05 | 557106 | 3/02/05 | 669.81 | | 669.81 |
| | | | | | Vendor Totals: | 7,949.34 | .00 | 7,949.34 |
| **3860** Project Management Serv | 404538 | A | 3/03/05 | 502073 | 2/16/05 | 3,139.00 | | 3,139.00 |
| | | | | | Vendor Totals: | 3,139.00 | .00 | 3,139.00 |
| **986** Refco Inc | 404632 | A | 3/05/05 | 1444 | 2/18/05 | 14,399.00 | | 14,399.00 |
| | | | | | Vendor Totals: | 14,399.00 | .00 | 14,399.00 |
| **414504** Schust Engineering Inc. | 404836 | A | 3/07/05 | I191303 | 2/25/05 | 6,913.00 | | 6,913.00 |
| | | | | | Vendor Totals: | 6,913.00 | .00 | 6,913.00 |
| **3742** ServIT | 404953 | A | 3/02/05 | 40913 | 3/02/05 | 4,129.50 | | 4,129.50 |
| | | | | | Vendor Totals: | 4,129.50 | .00 | 4,129.50 |
| **3969** Softmart | 406351 | A | 5/08/05 | 2735173 | 4/28/05 | 1,264.05 | | 1,264.05 |
| | | | | | Vendor Totals: | 1,264.05 | .00 | 1,264.05 |
| **461000** T & M Equipment Co Inc | 405084 | A | 3/30/05 | 8906IN | 2/28/05 | 1,986.23 | | 1,986.23 |
| T & M Equipment Co Inc | 405517 | A | 4/23/05 | 8917IN | 3/24/05 | 112.40 | | 112.40 |
| | | | | | Vendor Totals: | 2,098.63 | .00 | 2,098.63 |
| **4134** Team Quality Services | 404896 | A | 3/04/05 | INV0001214 | 3/04/05 | 36,097.00 | | 36,097.00 |
| Team Quality Services | 404921 | A | 3/04/05 | INV0001215 | 3/04/05 | 4,848.30 | | 4,848.30 |
| Team Quality Services | 405212 | A | 3/11/05 | INV0001214 | 3/11/05 | 6,378.48- | | 6,378.48- |
| Team Quality Services | 405230 | A | 3/11/05 | INV0001216 | 3/11/05 | 38,646.00 | | 38,646.00 |
| Team Quality Services | 405761 | A | 3/18/05 | 1375 | 3/18/05 | 23,750.00 | | 23,750.00 |

APR1801
11/14/05

Auburn Foundry, Inc.
OPEN PAYABLES BY VENDOR#

Page 6
11:00:13

| Vendor# | Vendor Name | Voucher | CC | Due Date | Invoice# | Inv. Date | Gross Amt. | Disc. Amt. | Open Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 4134 | Team Quality Services | 405762 | A | 4/08/05 | CREDIT | 4/08/05 | 27,367.63- | | 27,367.63- |
| | | | | | Vendor Totals: | | 69,595.19 | .00 | 69,595.19 |
| 2282 | Time Industrial Inc | 403743 | T | 1/28/05 | 184895 | 1/28/05 | 1,650.68 | | 1,650.68 |
| 2282 | Time Industrial Inc | 403744 | T | 1/28/05 | 184896 | 1/28/05 | 701.22 | | 701.22 |
| 2282 | Time Industrial Inc | 404351 | T | 2/04/05 | 185150 | 2/04/05 | 1,513.67 | | 1,513.67 |
| 2282 | Time Industrial Inc | 404350 | T | 2/04/05 | 185151 | 2/04/05 | 540.02 | | 540.02 |
| 2282 | Time Industrial Inc | 404613 | T | 2/18/05 | 185674 | 2/18/05 | 934.96 | | 934.96 |
| 2282 | Time Industrial Inc | 404761 | T | 2/25/05 | 185885 | 2/25/05 | 427.18 | | 427.18 |
| 2282 | Time Industrial Inc | 404818 | T | 2/25/05 | 185923 | 2/25/05 | 2,200.38 | | 2,200.38 |
| 2282 | Time Industrial Inc | 405218 | T | 3/04/05 | 186130 | 3/04/05 | 24.18- | | 24.18- |
| 2282 | Time Industrial Inc | 405179 | T | 3/04/05 | 186168 | 3/04/05 | 1,930.37 | | 1,930.37 |
| 2282 | Time Industrial Inc | 405432 | T | 3/11/05 | 186435 | 3/11/05 | 2,305.16 | | 2,305.16 |
| | | | | | Vendor Totals: | | 12,179.46 | .00 | 12,179.46 |
| 470000 | Tri State Compressed Air | 403831 | A | 2/26/05 | 75856 | 1/27/05 | 1,027.97 | | 1,027.97 |
| | | | | | Vendor Totals: | | 1,027.97 | .00 | 1,027.97 |
| 471000 | Tri-State Instrument Serv | 402170 | A | 11/02/04 | 100125 | 11/02/04 | 55.00- | | 55.00- |
| | | | | | Vendor Totals: | | 55.00- | .00 | 55.00- |
| 2809 | TSI Incorporated | 404915 | A | 3/30/05 | 90043615 | 2/28/05 | 551.69 | | 551.69 |
| | | | | | Vendor Totals: | | 551.69 | .00 | 551.69 |
| 4101 | U.S. Health Works | 405229 | A | 2/28/05 | 501124624 | 2/28/05 | 5,893.33 | | 5,893.33 |
| 4101 | U.S. Health Works | 405875 | A | 3/31/05 | 501125822 | 3/31/05 | 5,893.33 | | 5,893.33 |
| 4101 | U.S. Health Works | 406366 | A | 4/30/05 | 501126838 | 4/30/05 | 5,893.33 | | 5,893.33 |
| 4101 | U.S. Health Works | 406598 | A | 5/31/05 | 501127689 | 5/31/05 | 5,893.33 | | 5,893.33 |
| | | | | | Vendor Totals: | | 23,573.32 | .00 | 23,573.32 |
| 3153 | Van Dyne Crotty, Inc. | 403659 | T | 1/26/05 | 2602375 | 1/26/05 | 11.02 | | 11.02 ** |
| 3153 | Van Dyne Crotty, Inc. | 404316 | T | 2/09/05 | 4002401 | 2/09/05 | 66.46 | | 66.46 |
| 3153 | Van Dyne Crotty, Inc. | 404317 | T | 2/09/05 | 4002402 | 2/09/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 404373 | T | 2/16/05 | 4702416 | 2/16/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 404374 | A | 2/16/05 | 4702417 | 2/16/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 406299 | A | 2/23/05 | 5402415 | 2/23/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406298 | A | 2/23/05 | 5402416 | 2/23/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 406300 | A | 3/02/05 | 6102426 | 3/02/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406301 | A | 3/02/05 | 6102427 | 3/02/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 406302 | T | 3/09/05 | 6802417 | 3/09/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406303 | A | 3/09/05 | 6802418 | 3/09/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 405380 | T | 3/16/05 | 7502410 | 3/16/05 | 504.99 | | 504.99 |
| 3153 | Van Dyne Crotty, Inc. | 405336 | A | 3/16/05 | 7502411 | 3/16/05 | 73.92 | | 73.92 |
| 3153 | Van Dyne Crotty, Inc. | 406305 | A | 3/16/05 | 7502412 | 3/16/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406304 | A | 3/16/05 | 7502413 | 3/16/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 405661 | T | 3/23/05 | 8202409 | 3/23/05 | 495.60 | | 495.60 |
| 3153 | Van Dyne Crotty, Inc. | 406307 | A | 3/23/05 | 8202411 | 3/23/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406306 | A | 3/23/05 | 8202412 | 3/23/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 405661 | T | 3/30/05 | 8902415 | 3/30/05 | 507.80 | | 507.80 |

```
APR1801                              Auburn Foundry, Inc.
11/14/05                          OPEN PAYABLES  BY  VENDOR#
Vendor#    Vendor Name        Voucher   CC  Due Date  Invoice#    Inv. Date   Gross Amt.   Disc. Amt.   Open Amt.
```

| Vendor# | Vendor Name | Voucher | CC | Due Date | Invoice# | Inv. Date | Gross Amt. | Disc. Amt. | Open Amt. |
|---|---|---|---|---|---|---|---|---|---|
| 3153 | Van Dyne Crotty, Inc. | 406309 | A | 3/30/05 | 8902417 | 3/30/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406308 | A | 3/30/05 | 8902418 | 3/30/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 405812 | T | 4/06/05 | 9602404 | 4/06/05 | 507.80 | | 507.80 |
| 3153 | Van Dyne Crotty, Inc. | 406311 | A | 4/06/05 | 9602406 | 4/06/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406310 | A | 4/06/05 | 9602407 | 4/06/05 | 170.19 | | 170.19 |
| 3153 | Van Dyne Crotty, Inc. | 405959 | T | 4/13/05 | 10302407 | 4/13/05 | 73.92 | | 73.92 |
| 3153 | Van Dyne Crotty, Inc. | 406313 | A | 4/13/05 | 10302408 | 4/13/05 | 68.53 | | 68.53 |
| 3153 | Van Dyne Crotty, Inc. | 406312 | A | 4/13/05 | 10302409 | 4/13/05 | 170.19 | | 170.19 |
| | | | | | Vendor Totals: | | 4,560.18 | .00 | 4,560.18 |
| 4147 | Western Reserve Partners, | 404796 | A | 2/08/05 | 10 | 2/08/05 | 50,692.46 | | 50,692.46 |
| | | | | | Vendor Totals: | | 50,692.46 | .00 | 50,692.46 |
| 1117 | Wheelabrator Abrasives In | 406089 | A | 4/21/05 | N334B | 4/21/05 | 425.00- | | 425.00- |
| | | | | | Vendor Totals: | | 425.00- | .00 | 425.00- |
| 2208 | Wiese Planning & Eng. Inc | 403502 | A | 2/19/05 | 60018466 | 1/20/05 | 706.00 | | 706.00 |
| 2208 | Wiese Planning & Eng. Inc | 404642 | A | 3/19/05 | 60018994 | 2/17/05 | 706.00 | | 706.00 |
| 2208 | Wiese Planning & Eng. Inc | 405338 | A | 4/17/05 | 60020667 | 3/17/05 | 706.00 | | 706.00 |
| 2208 | Wiese Planning & Eng. Inc | 406045 | A | 5/14/05 | 60021726 | 4/14/05 | 706.00 | | 706.00 |
| 2208 | Wiese Planning & Eng. Inc | 406457 | A | 6/11/05 | 60022912 | 5/12/05 | 706.00 | | 706.00 |
| | | | | | Vendor Totals: | | 3,530.00 | .00 | 3,530.00 |
| 531 | William C Weber & Assoc I | 404827 | A | 2/24/05 | JANUARY 2005 | 2/14/05 | 1,675.80 | | 1,675.80 |
| 531 | William C Weber & Assoc I | 405182 | A | 3/17/05 | FEBRUARY 2005 | 3/07/05 | 1,037.40 | | 1,037.40 |
| | | | | | Vendor Totals: | | 2,713.20 | .00 | 2,713.20 |
| 4154 | Worker Training Fund | 406285 | A | 5/01/05 | 2268 | 5/01/05 | 1,382.50 | | 1,382.50 |
| | | | | | Vendor Totals: | | 1,382.50 | .00 | 1,382.50 |
| 1194 | Workers Compensation Supp | 403308 | A | 6/10/05 | INJURYFUND | 1/10/05 | 2,369.75 | | 2,369.75 |
| | | | | | Vendor Totals: | | 2,369.75 | .00 | 2,369.75 |
| 2337 | Xerox Corporation | 406496 | A | 5/22/05 | 800422489 | 5/22/05 | 2,856.33 | | 2,856.33 |
| | | | | | Vendor Totals: | | 2,856.33 | .00 | 2,856.33 |
| | | | | | Report Totals: | | 643,398.00 | .00 | 643,398.00 |

** Denotes a partial payment

# A G E D   T R I A L   B A L A N C E   I N Q U I R Y

Case 04-10427-reg   Doc 853-1   Filed 11/15/05   Page 9 of 39

(Review All)

Auburn Fdry
11:14:33

Advanced Wildlife & Pest
4107 CR 35

Bill Knapp
260-925-5750

Auburn

IN 46706

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| I01957 | 3/01/05 | A | | | | 315.00 |

Totals For Vendor:
         315.00

|  | % |  | % |  | % | 315.00 |
|--|---|--|---|--|---|--------|
|  |   |  |   |  |   | 100  % |

F3=Exit   F12=Previous   Page-up/down

APR23002
11/14/05

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Auburn Fdry
14:18:45

Airtech Environmental Services, Inc
601A Country Club Drive
Bensenville
IL 60106

Patrick Clark
630-860-4740

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|--------|----|---------|---------|---------|---------|
| 20892 | 2/22/05 | A | | | | 4763.00 |

Totals For Vendor:
        4763.00

| | | | % | | % | | % | 4763.00 |
|---|---|---|---|---|---|---|---|---------|
| | | | | | | | | 100  % |

F3=Exit   F12=Previous  Page-up/down

APR23002      **A G E D   T R I A L   B A L A N C E   I N Q U I R Y**      Auburn Fdry
11/14/05                      (Review All)                               14:19:03

Alliance Industrial Supply Inc
2630 Independence Drive               800-686-3666
Fort Wayne             IN 46808

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| I3554P2 | 2/24/05 | A | | | | 1819.64 |

Totals For Vendor:
      1819.64

| | | | | | | |
|--|--|--|--|--|--|--|
| | | | % | % | % | 1819.64 |
| | | | | | | 100 % |

F3=Exit   F12=Previous   Page-up/down

```
APR23002        A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                           (Review All)                                 14:19:15
```

          American Arbitration Association
          13455 Noel Road
          Suite 1750                            972-702-8222
          Dallas
                              TX 75240

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 52300008330402Y | 4/07/05 | A | | | | 175.00 |

Totals For Vendor:
          175.00
                                    %              %              %      175.00
                                                                        100  %

F3=Exit   F12=Previous   Page-up/down

APR23002 **A G E D T R I A L B A L A N C E I N Q U I R Y** Auburn Fdry
11/14/05     (Review All)       14:19:24

Auto Electric
709 E Washington

260-426-7749

Ft Wayne     IN 46802

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 30226 | 2/23/05 | A | | | | 120.00 |
| 30294 | 2/23/05 | A | | | | 872.00 |

Totals For Vendor:
  992.00

          %    %    %  992.00
                          100 %

F3=Exit F12=Previous Page-up/down

```
APR23002          A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                            (Review All)                                  14:19:36
```

AFS Northeast Indiana Chapter
c/o Bill Gartland, Treasurer
1020 West Euclid Avenue          0000000000
Marion                    IN 46952

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 1752 | 2/01/05 | A | | | | 80.00 |
| 1762 | 4/05/05 | A | | | | 40.00 |

Totals For Vendor:
       120.00
                              %              %              %        120.00
                                                                     100  %

F3=Exit  F12=Previous   Page-up/down

```
APR23002          A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                          (Review All)                                    14:19:51
```

B & L Information Systems Inc
Dept. 77720                                     Nancy Patterson
P.O. Box 77000                                  269-465-6207
Detroit
                                     MI 48277-0720

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 13654D | 3/18/05 | A | | | | 4126.25 |
| 14014 | 5/25/05 | A | | | | 16505.00 |

Totals For Vendor:
       20631.25

                              %              %              %          20631.25
                                                                        100  %

F3=Exit   F12=Previous   Page-up/down

APR23002  **A G E D   T R I A L   B A L A N C E   I N Q U I R Y**  Auburn Fdry
11/14/05  (Review All)                                                14:20:02

Bayard Advertising Agency Inc.                    Lynn Reeves
General Post Office                               800-848-4646
P.O. Box 5158
New York
                              NY 10087-5158

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 798020 | 4/30/05 | A | | | | 119.41 |

Totals For Vendor:
       119.41
                          %              %             %        119.41
                                                                100  %
F3=Exit  F12=Previous  Page-up/down

APR23002
11/14/05

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Case 04-10427-reg    Doc 853-1    Filed 11/15/05    Page 17 of 39

Auburn Fdry
14:20:11

Beardsley And Piper, LLC
Department 6050
PO Box 87618
Chicago

Nicki/Eve
630-820-3772

IL 60680-0618

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| 226498C | 5/26/04 | A | | | | 3329.00- |

Totals For Vendor:
      3329.00-

|  | % | % | % | 3329.00- |
|---|---|---|---|---|
|  |  |  |  | 100  % |

F3=Exit   F12=Previous   Page-up/down

APR23002    **A G E D   T R I A L   B A L A N C E   I N Q U I R Y**    Auburn Fdry
11/14/05                          (Review All)                                    14:20:32

                 Best Software, Inc.
                 PO Box 404927                                    Joe McGowen
                                                                  800-368-2405

          Atlanta                        GA 30384-4927

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 2956744  | 2/20/05 | A |       |         |         |         |
| 2969081  | 3/17/05 | A |       |         |         | 411.91  |
|          |       |    |         |         |         | 427.98  |

Totals For Vendor:
          839.89
                                    %              %              %              839.89
                                                                                 100  %

F3=Exit   F12=Previous   Page-up/down

APR23002
11/14/05

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Auburn Fdry
14:20:41

Boyd Machine & Repair Co Inc
PO Box 93

260-635-2195

Wolf Lake                           IN 46796-0093

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 38599 | 3/11/05 | A | | | | 7147.00 |

Totals For Vendor:
     7147.00

                                      %              %          %     7147.00
 100   %

F3=Exit   F12=Previous   Page-up/down

```
APR23002            A G E D   T R I A L   B A L A N C E   I N Q U I R Y      Auburn Fdry
11/14/05                            (Review All)                                    14:20:51

               Brammer Standard Co Inc
               14603 Benfer Road                              Beau Brammer
                                                              281-440-9396
               Houston                         TX 77069
    Invoice#          Date     CC    Current      46 - 60      61 - 90      Over  91
 34868              2/19/05     A                                                  205.00




 Totals For Vendor:
         205.00
                                       %              %              %              205.00
                                                                                   100  %
 F3=Exit   F12=Previous  Page-up/down
```

```
APR23002        A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                            (Review All)                                      14:21:04

              Cleveland Punch & Die
              666 Pratt St
                                                              800-451-4342
              Ravenna                        OH 44266
   Invoice#              Date     CC   Current      46 - 60    61 - 90    Over  91
 69675A              4/21/05     A                                              35.76-




Totals For Vendor:
            35.76-
                                        %              %            %            35.76-
                                                                            100  %
F3=Exit   F12=Previous   Page-up/down
```

APR23002
11/14/05

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Auburn Fdry
14:21:11

Climax Research Services
PO Box 3008

Indianapolis                    IN 46206-3008

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|----|---------|---------|---------|----------|
| M52217A | 2/27/05 | A | | | | 720.50 |
| M52219A | 2/27/05 | A | | | | 333.25 |
| M52236A | 3/02/05 | A | | | | 720.50 |
| M52264A | 3/04/05 | A | | | | 777.00 |

Totals For Vendor:
      2551.25

|  | % | | % | | % | 2551.25 |
|--|---|--|---|--|---|---------|
| | | | | | | 100  % |

F3=Exit   F12=Previous   Page-up/down

APR23002           **A G E D   T R I A L   B A L A N C E   I N Q U I R Y**           Auburn Fdry
11/14/05                              (Review All)                                              14:21:18

                  Corporate Benefit Strategy                    Scott Crumback
                  5181 Plainfield Ave NE                        616-365-2413
                  Suite D
                  Grand Rapids              MI 49535

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 16650 | 3/01/05 | A | | | | 1875.00 |
| 16967 | 4/01/05 | A | | | | 100.00 |
| 17389 | 5/01/05 | A | | | | 25.00 |
| 17664 | 6/01/05 | A | | | | 25.00 |

Totals For Vendor:
        2025.00
                                    %              %              %          2025.00
                                                                             100   %

F3=Exit   F12=Previous   Page-up/down

```
APR23002                A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                              (Review All)                                    14:21:25

              Corporate Housing Systems                          Ms. Faye Funk
              6517 Constitution Drive                            260-436-7171

              Fort Wayne                        IN 46804
    Invoice#            Date      CC     Current    46 - 60    61 - 90    Over  91
  I2584              3/10/05      A                                              689.00
```

```
Totals For Vendor:
           689.00
                                        %              %             %          689.00
                                                                               100   %
F3=Exit   F12=Previous   Page-up/down
```

Case 04-10427-reg   Doc 853-1   Filed 11/15/05   Page 25 of 39

# A G E D   T R I A L   B A L A N C E   I N Q U I R Y
(Review All)

Auburn Fdry
14:21:33

CDW Computer Centers Inc
PO Box 75723

Cust.# 278112
800-233-4426

Chicago
IL 60675-5723

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| QW21462 | 3/12/05 | A | | | | 4269.66 |

Totals For Vendor:
        4269.66

| | | | % | | % | | % | | 4269.66 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 100  % |

F3=Exit   F12=Previous   Page-up/down

APR23002        **A G E D   T R I A L   B A L A N C E   I N Q U I R Y**        Auburn Fdry
11/14/05                        (Review All)                                        14:21:40

Dayton Freight
PO Box 340

937-236-4880

Vandalia
OH 45377

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| I2384012A | 4/21/05 | A | | | | 49.63 |

Totals For Vendor:
        49.63

                                  %            %            %         49.63
                                                                    100  %

F3=Exit   F12=Previous   Page-up/down

APR23002     **A G E D    T R I A L    B A L A N C E    I N Q U I R Y**     Auburn Fdry
11/14/05                 (Review All)                             14:21:47

De Lage Landen Financial Services
Ref No. 000000000196463
PO Box 41601                     800-355-6594
Philadelphia            PA 19101-1601

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| 5077512668 | 6/07/05 | A | | | | 1282.90 |

Totals For Vendor:
      1282.90

                                 %              %            %       1282.90
                                                                          100   %

F3=Exit   F12=Previous   Page-up/down

```
APR23002      A G E D   T R I A L   B A L A N C E   I N Q U I R Y      Auburn Fdry
11/14/05                        (Review All)                                14:21:56
```

Dictating & Time Systems                     Denny
2212 South Calhoun Street                    260-456-1093

Ft Wayne                     IN 46802

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|---|---|---|---|---|---|---|
| 19728 | 2/07/05 | A | | | | 466.40 |

Totals For Vendor:
           466.40

|  |  | % |  | % |  | % |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 466.40 |
|  |  |  |  |  |  | 100   % |

F3=Exit   F12=Previous   Page-up/down

```
APR23002        A G E D    T R I A L    B A L A N C E    I N Q U I R Y      Auburn Fdry
11/14/05                              (Review All)                                14:22:04
```

```
        Diversified Pattern & Eng Co Inc          Jim Jr. contact
        100 Progress Way                          260-897-3771
        PO Box 230
        Avilla                      IN 46710-0230
```

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|----|---------|---------|---------|----------|
| 23557 | 3/08/05 | A | | | | 1500.00 |

Totals For Vendor:
        1500.00

|  |  | % |  | % |  | % | 1500.00 |
|--|--|---|--|---|--|---|---------|
|  |  |  |  |  |  |  | 100   % |

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Auburn Fdry
14:22:14

Dynasty International, Inc
8122 Quincy Court

Frank
260-490-0478

Fort Wayne                        IN 46835

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|----|---------|---------|---------|----------|
| 20050224A | 3/15/05 | A | | | | 167.40 |
| 20050224B | 3/11/05 | A | | | | 273.00 |

Totals For Vendor:
      440.40

| | % | | % | | % | 440.40 |
| | | | | | | 100   % |

F3=Exit   F12=Previous   Page-up/down

APR23002        **A G E D    T R I A L    B A L A N C E    I N Q U I R Y**        Auburn Fdry
11/14/05                                    (Review All)                                          14:22:23

Edglo Laboratories Inc
2107 East Washington Blvd                          260-424-1622
Ft Wayne                        IN 46803

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 41971 | 3/02/05 | A | | | | 2042.00 |
| 42338 | 3/25/05 | A | | | | 2115.00 |
| 42672 | 4/15/05 | A | | | | 1352.00 |

Totals For Vendor:
          5509.00
                                      %                %                %        5509.00
                                                                                100  %

F3=Exit   F12=Previous   Page-up/down

APR23002      A G E D   T R I A L   B A L A N C E   I N Q U I R Y      Auburn Fdry
11/14/05                          (Review All)                                14:22:35

Elkem Metals Inc.
22493 Network Place                          Jack Vitcavage Quotes
                                             412-299-7249
            Chicago                    IL 60673-1224

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|---|---|---|---|---|---|---|
| 732386 | 3/21/05 | T | | | | 2442.39 |

Totals For Vendor:
        2442.39
                                    %                %                %          2442.39
                                                                              100   %
F3=Exit   F12=Previous   Page-up/down

```
APR23002          A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                              (Review All)                                14:22:57

        EMSCO, Inc.
        PO Box 607
                                                              800-637-7876

        Massillon              OH 44648-9478
   Invoice#          Date     CC   Current    46 - 60    61 - 90    Over  91
  30041861IN        2/10/05   A                                       46200.00
```

```
Totals For Vendor:
         46200.00
                              %              %            %           46200.00
                                                                      100  %

F3=Exit   F12=Previous   Page-up/down
```

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Auburn Fdry
14:23:06

ETA Engineering Inc
10605 Baseline Rd

SUSIE Terms
260-897-2800

Avilla                              IN 46710

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 948410   | 4/29/05 | A |        |         |         | 1170.00 |

Totals For Vendor:
         1170.00

|  | % |  | % |  | % | 1170.00 |
|---|---|---|---|---|---|---|
|  |   |  |   |  |   | 100  % |

F3=Exit   F12=Previous   Page-up/down

APR23002      **A G E D    T R I A L    B A L A N C E    I N Q U I R Y**      Auburn Fdry
11/14/05                              (Review All)                                      14:23:15

            Foseco Inc
            Box 92198                                         Sandy (Order)
                                                              800-244-5153

            Cleveland                          OH 44191-0187

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|----|---------|---------|---------|----------|
| 140005B  | 4/21/05 | A |         |         |         | 154.42-  |

Totals For Vendor:
         154.42-
                              %              %              %       154.42-
                                                                   100  %
F3=Exit   F12=Previous   Page-up/down

```
APR23002        A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                              (Review All)                              14:23:23
```

FJW Optical Systems Inc
322 N Woodwork Lane

847-358-2500

Palatine
IL 60067-4933

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 24998 | 2/19/05 | A | | | | 815.00 |

Totals For Vendor:
        815.00

|  |  | % |  | % |  | % | 815.00 |
|--|--|---|--|---|--|---|--------|
|  |  |   |  |   |  |   | 100  % |

F3=Exit   F12=Previous   Page-up/down

George E Booth Company
8202 W 10th St

317-247-0100

Indianapolis              IN 46214-2432

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 277165003A | 4/21/05 | A | | | | 510.70- |

Totals For Vendor:
          510.70-

| | | | % | | % | | % | | 510.70- |
| | | | | | | | | | 100  % |

```
APR23002              A G E D   T R I A L   B A L A N C E   I N Q U I R Y          Auburn Fdry
11/14/05                              (Review All)                                     14:23:38

               Groholski Manufacturing Solutions
               90 Jay Street                                260-705-1042

               Coldwater               MI 49036
    Invoice#              Date     CC     Current     46 - 60     61 - 90     Over  91
    3897                  2/20/05   A                                                562.50




Totals For Vendor:
          562.50                         %              %            %              562.50
                                                                                   100  %

F3=Exit   F12=Previous   Page-up/down
```

APR23002    **A G E D   T R I A L   B A L A N C E   I N Q U I R Y**    Auburn Fdry
11/14/05                 (Review All)                      14:23:48

Hook Industrial Sales Inc         Ernie Grey
PO Box 9177                        260-432-9441

Ft Wayne              IN 46899

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|---|---|---|---|---|---|---|
| 116126 | 3/05/05 | A | | | | 1181.00 |

Totals For Vendor:
      1181.00

| | % | % | % | 1181.00 |
|---|---|---|---|---|
| | | | | 100 % |

F3=Exit  F12=Previous  Page-up/down