**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
Case 04-10427-reg   Doc 852-2   Filed 11/15/05   Page 1 of 35
(Review All)

Imagistics International,Inc.
General Post Office                    800-686-6482
P.O.Box 27041
New York              NY 10087-7041

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| I14923 | 3/06/05 | A | | | | 100.00 |

Totals For Vendor:
        100.00                                                    100.00
                        %              %              %      100  %

F3=Exit  F12=Previous  Page-up/down

Case 04-10427-reg    Doc 853-2    Filed 11/15/05    Page 2 of 35

Inovis                                    Adrienne Earl
P.O. Box 198145                           510-602-2000

        Atlanta                    GA 30384-8145

| Invoice#   | Date    | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|------------|---------|----|---------|---------|---------|---------|
| 6301853R4  | 6/06/05 | A  |         |         |         | 440.00  |

Totals For Vendor:
        440.00                                                440.00
                        %              %              %       100  %

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 3 of 35
(Review All)

IBM
PO Box 643600

Pittsburgh               PA 15264-3600

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|-----|---------|---------|---------|----------|
| Q01153H | 6/01/05 | T | | | | 798.00 |
| Q15703G | 6/01/05 | T | | | | 774.00 |

Totals For Vendor:
          1572.00

|  | % |  | % |  | % | 1572.00 |
|--|---|--|---|--|---|---------|
|  |   |  |   |  |   | 100  %  |

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 4 of 35

Auburn Fdry
14:26:30

IBM Corporation
P.O.Box 643600

800-688-7484

Pittsburg                              PA 15264-3600

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 4526960 | 4/02/05 | A | | | | 135.00 |

Totals For Vendor:
          135.00

|  |  |  |  |
|--|--|--|--|
| | % | % | % |
| | | | 135.00 |
| | | | 100 % |

F3=Exit   F12=Previous   Page-up/down

APR23002
11/14/05

A G E D   T R I A L   B A L A N C E   I N Q U I R Y
(Review All)

Auburn Fdry
14:26:38

Case 04-19427-reg    Doc 853-2    Filed 11/15/05    Page 5 of 35

K M H Systems
P.O.Box 634660                               800-962-3178

        Cincinnati              OH 45263

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 7R6346150 | 6/08/05 | A | | | | 636.50- |

Totals For Vendor:
         636.50-
                              %            %            %    636.50-
                                                             100  %

F3=Exit   F12=Previous   Page-up/down

APR23002
11/14/05

A  G  E                  Case 04-10427-reg    Doc 851-2   Filed 11/15/08   Page 6 of 35
(Review All)

Auburn Fdry
14:26:56

Keramida Environmental Inc                    Tom Rarick
330 N College Ave                             800-508-8034

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 28607 | 3/02/05 | A | | | | 1675.00 |
| 28898 | 3/30/05 | A | | | | 1883.00 |
| 28940 | 3/30/05 | A | | | | 656.25 |
| 29236 | 4/30/05 | A | | | | 2383.75 |

Indianapolis            IN 46202

Totals For Vendor:                                                6598.00
        6598.00
                              %              %              %      100  %

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 7 of 35

Koontz-Wagner Electric
3801 Voorde Drive

Donald Lode
574-280-2551

South Bend                         IN 46628

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 54059041001 | 2/24/05 | A | | | | 5447.00 |

Totals For Vendor:
        5447.00

                          %              %              %              5447.00
                                                                      100  %

F3=Exit   F12=Previous   Page-up/down

```
APR23002         A G E D   T R I A L   B A L A N C E   I N Q U I R Y      Auburn Fdry
11/14/05                          (Review All)                                  14:27:11
```

Metal Management
4431 West 130th Street                    Mike Collins
                                          216-671-3000
        Cleveland              OH 44135

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|----|---------|---------|---------|----------|
| 14015241 | 4/05/05 | T | | | | 6637.34 |
| 14015252 | 4/05/05 | T | | | | 6846.10 |
| 14015255 | 4/06/05 | T | | | | 6646.55 |
| 160010789 | 4/06/05 | T | | | | 7352.65 |
| 16010774 | 4/05/05 | T | | | | 7208.36 |
| 16010777 | 4/06/05 | T | | | | 7625.88 |
| 16010778 | 4/06/05 | T | | | | 6935.13 |
| 16010782 | 4/06/05 | T | | | | 7116.26 |
| 281420 | 3/16/05 | T | | | | 197.06 |
| 281422 | 3/16/05 | T | | | | 6430.08 + |

Totals For Vendor:
       180034.78

                        %              %              %        180034.78
                                                                100  %

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 9 of 35

(Review All)

Auburn Fdry
14:27:20

Metaltec Steel Abrasive Co
41155 Joy Road

Claudia (Acctg.)
734-459-7900

Canton                          MI 48187

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|-----|---------|---------|---------|----------|
| 44989A | 4/21/05 | A | | | | 506.00- |

Totals For Vendor:
        506.00-

| | | | | | |
|---|---|---|---|---|---|
| | % | | % | | % |
| | | | | | 506.00- |
| | | | | | 100  % |

F3=Exit   F12=Previous   Page-up/down

APR23002
11/14/05
A G E D   T R I A L
(Review All)
Auburn Fdry
14:27:28

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 10 of 35

MobileX, LLC
P.O. Box 33881
                                        Joe Kilpatrick

       Detroit                      MI 48232-8113

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| 3057IN | 3/26/05 | A | | | | 3082.86 |
| 3262IN | 4/01/05 | A | | | | 513.44 |

Totals For Vendor:
       3596.30                                              3596.30
                         %            %            %        100 %

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 11 of 35
(Review All)

MP Steel Indiana, LLC
P.O. Box 911

Becky (A/P,A/R) Plt 1
260-347-1203

Beaver Falls            PA 15010

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| ADJUST | 5/18/05 | T | | | | 100.00 |

Totals For Vendor:
        100.00

|  |  |  | % |  | % |  | % | 100.00 |
|  |  |  |  |  |  |  |  | 100 % |

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Auburn Fdry
14:40:49

NMHG Financial Services Inc
PO Box 642385

      Pittsburg          PA 15264-2385

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 61219916 | 4/17/05 | A | | | | 1047.52 |
| 61219917 | 4/17/05 | A | | | | 1064.97 |
| 61219918 | 4/17/05 | A | | | | 1036.99 |
| 61219919 | 4/17/05 | A | | | | 4190.08 |
| 61402262 | 5/18/05 | A | | | | 845.74 |
| 61402263 | 5/18/05 | A | | | | 1047.52 |
| 61402264 | 5/18/05 | A | | | | 1064.97 |
| 61402265 | 5/18/05 | A | | | | 1036.99 |
| 61402266 | 5/18/05 | A | | | | 4190.08 |
| 7S6253920 | 4/07/05 | A | | | | 869.75 |

Totals For Vendor:
     16394.61

                                %              %            %     16394.61
                                                          100  %

F3=Exit   F12=Previous   Page-up/down

APR23002
11/14/05
**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)
Auburn Fdry
14:27:50

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 13 of 35

Paaso General Equipment
PO Box 868                                        800-669-4443

Brighton                          MI 48116

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 322005 | 3/03/05 | T | | | | 360.00 |

Totals For Vendor:
          360.00

                          %              %              %       360.00
                                                                100  %

F3=Exit   F12=Previous   Page-up/down

APR23002
11/14/05

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 14 of 35

Auburn Fdry
14:34:32

Panametrics-NDT
R/D Tech Corp.
48 Woerd Avenue
Waltham

Matt Lorenz
734-475-2979

MA 02453

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|----|---------|---------|---------|----------|
| 556919 | 2/28/05 | A | | | | 7279.53 |
| 557106 | 3/02/05 | A | | | | 669.81 |

```
Totals For Vendor:
        7949.34
                        %           %           %       7949.34
                                                        100  %
```

F3=Exit   F12=Previous   Page-up/down

Project Management Services                    Tracy (Acctg.)
P.O. Box 398                                   800-304-7725

              McDonald                    OH 44437-0398

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 502073 | 3/03/05 | A | | | | 3139.00 |

Totals For Vendor:
        3139.00                                                        3139.00
                          %              %              %         100  %

F3=Exit   F12=Previous   Page-up/down

```
APR23002        A G E D    T R I A L    B A L A N C E    I N Q U I R Y        Auburn Fdry
11/14/05                              (Review All)                              14:28:22

            Refco Inc                                    Home office
            PO Box 12867                                 412-257-3450

            Pittsburgh                    PA 15241
  Invoice#            Date    CC    Current      46 - 60      61 - 90      Over  91
1444                3/05/05   A                                             14399.00




Totals For Vendor:
        14399.00                                                           14399.00
                                  %              %            %             100  %

F3=Exit   F12=Previous   Page-up/down
```

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 17 of 35

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Schust Engineering Inc.
701 North Street                    260-925-6550

Auburn                    IN 46706

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| I191303  | 3/07/05 | A |  |  |  | 6913.00 |

Totals For Vendor:
        6913.00                                                6913.00
                        %           %           %        100  %

F3=Exit   F12=Previous   Page-up/down

```
APR23002          A G E D   T R I A L   B A L A N C E   I N Q U I R Y          Auburn Fdry
11/14/05                            (Review All)                                  14:28:38

          ServIT                                    Chris Damiani
          P.O. Box 440307                           800-336-0374

          Kennesaw                        GA 30160
   Invoice#          Date    CC    Current      46 - 60      61 - 90     Over  91
40913              3/02/05   A                                              4129.50
```

```
Totals For Vendor:
        4129.50                                                            4129.50
                              %              %             %            100   %

F3=Exit   F12=Previous   Page-up/down
```

Case 04-10427-reg    Doc 853-2    Filed 11/15/05    Page 19 of 35

```
APR23002       A G E D   T R I A L   B A L A N C E   I N Q U I R Y        Auburn Fdry
11/14/05                          (Review All)                              14:28:48

          Softmart                              Heather Salmons
          P.O. Box 8500-52288                   610-518-4000

          Philadelphia            PA 19178-2288
    Invoice#        Date    CC    Current     46 - 60     61 - 90     Over  91
    2735173        5/08/05   A                                             1264.05




Totals For Vendor:
          1264.05                                                         1264.05
                                 %            %           %             100  %

F3=Exit   F12=Previous   Page-up/down
```

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 20 of 35

T & M Equipment Co Inc
2880 East 83rd Place

Glen Tiller  Rep
219-942-2299

Merrillville                    IN 46410

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 89062IN | 3/30/05 | A | | | | 1986.23 |
| 89171IN | 4/23/05 | A | | | | 112.40 |

Totals For Vendor:
       2098.63

|  |  |  |  |
|---|---|---|---|
| | % | % | % |

2098.63
100  %

F3=Exit   F12=Previous   Page-up/down

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 21 of 35

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Team Quality Services                    Matt Depew
4483 County Road 19                      260-572-0060
Suite B
Auburn                         IN 46706

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| CREDIT | 4/08/05 | A | | | | 27367.63- |
| INV0001214 | 3/04/05 | A | | | | 36097.00 |
| INV0001214 | 3/11/05 | A | | | | 6378.48- |
| INV0001215 | 3/04/05 | A | | | | 4848.30 |
| INV0001336 | 3/11/05 | A | | | | 38646.00 |
| 1375 | 3/18/05 | A | | | | 23750.00 |

Totals For Vendor:
       69595.19                                              69595.19
                           %              %              %     100  %

F3=Exit   F12=Previous   Page-up/down

```
APR23002       A G E D   T R I A L   B A L A N C E   I N Q U I R Y     Auburn Fdry
11/14/05                          (Review All)                              14:29:27
```

```
              Time Industrial Inc                    Katina (acctg)
              6422 Lima Road                          260-489-2020

              Fort Wayne                      IN 46818
```

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 184895 | 1/28/05 | T | | | | 1650.68 |
| 184896 | 1/28/05 | T | | | | 701.22 |
| 185150 | 2/04/05 | T | | | | 1513.67 |
| 185151 | 2/04/05 | T | | | | 540.02 |
| 185674 | 2/18/05 | T | | | | 934.96 |
| 185885 | 2/25/05 | T | | | | 427.18 |
| 185923 | 2/25/05 | T | | | | 2200.38 |
| 186130 | 3/04/05 | T | | | | 24.18- |
| 186168 | 3/04/05 | T | | | | 1930.37 |
| 186435 | 3/11/05 | T | | | | 2305.16 |

```
Totals For Vendor:
        12179.46                                                    12179.46
                              %                 %            %       100  %


F3=Exit  F12=Previous   Page-up/down
```

APR23002        **A G E D   T R I A L   B A L A N C E   I N Q U I R Y**        Auburn Fdry
11/14/05                              (Review All)                             14:29:34

Tri State Compressed Air Sys.,Inc.          Charlie
1608 Eishenhower Drive South                800-552-6600

        Goshen                      IN 46526-5360

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|----------|------|-----|---------|---------|---------|----------|
| 75856 | 2/26/05 | A | | | | 1027.97 |

Totals For Vendor:
        1027.97                                                    1027.97
                         %             %              %            100  %

F3=Exit   F12=Previous   Page-up/down

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 24 of 35

            Tri-State Instrument Service
            P.O. Box 6068                              260-456-4545

            Ft Wayne                    IN 46896

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 100125 | 11/02/04 | A | | | | 55.00- |

Totals For Vendor:
           55.00-                                                        55.00-
                              %              %              %       100  %

F3=Exit   F12=Previous   Page-up/down

```
APR23002        A G E D   T R I A L   B A L A N C E   I N Q U I R Y    Auburn Fdry
11/14/05                        (Review All)                              14:29:48
```

                TSI Incorporated
                500 Cardigan Rd
                PO Box 64394                        612-490-2834
                St Paul              MN 55164

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 90043615 | 3/30/05 | A | | | | 551.69 |

Totals For Vendor:
           551.69                                                551.69
                            %            %            %       100  %

F3=Exit   F12=Previous   Page-up/down

U.S.Health Works
P.O.Box 932736

Atlanta　　　　　　　　GA 31193

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 501124624 | 2/28/05 | A | | | | 5893.33 |
| 501125822 | 3/31/05 | A | | | | 5893.33 |
| 501126838 | 4/30/05 | A | | | | 5893.33 |
| 501127689 | 5/31/05 | A | | | | 5893.33 |

Totals For Vendor:
　　　　23573.32　　　　　　　　　　　　　　　　　　　　　　23573.32
　　　　　　　　　　　　　　%　　　　　　　%　　　　　　　%　　100　%

F3=Exit　F12=Previous　Page-up/down

Case 04-10427-reg    Doc 853-2    Filed 11/15/05    Page 27 of 35

Van Dyne Crotty, Inc.
P.O. Box 714031                               937-236-1500

        Cincinnati              OH 45271-4031

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over  91 |
|---|---|---|---|---|---|---|
| 10302407 | 4/13/05 | T | | | | 73.92 |
| 10302408 | 4/13/05 | A | | | | 68.53 |
| 10302409 | 4/13/05 | A | | | | 170.19 |
| 2602375 | 1/26/05 | T | | | | 11.02 |
| 4002401 | 2/09/05 | T | | | | 66.46 |
| 4002402 | 2/09/05 | T | | | | 170.19 |
| 4702416 | 2/16/05 | T | | | | 68.53 |
| 4702417 | 2/16/05 | T | | | | 170.19 |
| 5402415 | 2/23/05 | A | | | | 68.53 |
| 5402416 | 2/23/05 | A | | | | 170.19 + |

Totals For Vendor:
        4560.18
                              %            %            %       4560.18
                                                               100  %

F3=Exit   F12=Previous   Page-up/down

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 28 of 35

Van Dyne Crotty, Inc.
P.O. Box 714031                 937-236-1500

Cincinnati          OH 45271-4031

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 6102426 | 3/02/05 | A | | | | 68.53 |
| 6102427 | 3/02/05 | A | | | | 170.19 |
| 6802417 | 3/09/05 | A | | | | 68.53 |
| 6802418 | 3/09/05 | A | | | | 170.19 |
| 7502410 | 3/16/05 | T | | | | 504.99 |
| 7502411 | 3/16/05 | T | | | | 73.92 |
| 7502412 | 3/16/05 | A | | | | 68.53 |
| 7502413 | 3/16/05 | A | | | | 170.19 |
| 8202409 | 3/23/05 | T | | | | 495.60 |
| 8202411 | 3/23/05 | A | | | | 68.53 + |

Totals For Vendor:
     4560.18                                   4560.18
                      %           %           %    100  %

F3=Exit  F12=Previous  Page-up/down

Case 04-10427-jeg  Doc 853-2  Filed 11/15/05  Page 29 of 35

Western Reserve Partners,LLC
200 Public Square
Suite 3020
Cleveland         OH 44114

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 10 | 2/08/05 | A | | | | 50692.46 |

Totals For Vendor:
    50692.46

| | % | | % | | % | 50692.46 |
|--|---|--|---|--|---|----------|
| | | | | | | 100 % |

F3=Exit  F12=Previous  Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**
(Review All)

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 30 of 35

Auburn Fdry
14:31:03

Wheelabrator Abrasives Inc
P.O. Box 752175

JoAnne      (order)
734-542-9327

Charlotte                    NC 28275-2175

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| N334B | 4/21/05 | A | | | | 425.00- |

Totals For Vendor:
          425.00-

| | | | % | % | % | 425.00-<br>100  % |

F3=Exit   F12=Previous   Page-up/down

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 31 of 35

Wiese Planning & Eng. Inc.                    Craig Kantner
P.O. Box 60106                                800-228-0165

          St. Louis              MO 63160

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|---|---|---|---|---|---|---|
| 60018466 | 2/19/05 | A | | | | 706.00 |
| 60019394 | 3/19/05 | A | | | | 706.00 |
| 60020667 | 4/16/05 | A | | | | 706.00 |
| 60021726 | 5/14/05 | A | | | | 706.00 |
| 60022912 | 6/11/05 | A | | | | 706.00 |

Totals For Vendor:
          3530.00                                              3530.00
                          %              %              %       100  %

F3=Exit   F12=Previous   Page-up/down

**A G E D   T R I A L   B A L A N C E   I N Q U I R Y**

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 32 of 35

(Review All)

William C Weber & Assoc Inc
Constitution Hill Office Park
6201 Constitution Drive              260-432-0696
Ft Wayne              IN 46804

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| FEBRUARY 2005 | 3/17/05 | A | | | | 1037.40 |
| JANUARY 2005 | 2/24/05 | A | | | | 1675.80 |

Totals For Vendor:
          2713.20                                                    2713.20
                              %              %              %         100  %

F3=Exit   F12=Previous   Page-up/down

Worker Training Fund
P.O. Box 6285

            Indianapolis              IN 46206-6285

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 2268 | 5/01/05 | A | | | | 1382.50 |

Totals For Vendor:
        1382.50                                                            1382.50
                          %              %              %        100  %

F3=Exit   F12=Previous   Page-up/down

Workers Compensation Supplemental
Administrative Fund
402 West Washington St Rm 196
Indianapolis        IN 46204-2753

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|-----|---------|---------|---------|---------|
| INJURYFUND | 6/10/05 | A | | | | 2369.75 |

Totals For Vendor:

| | | | | | | |
|----------|------|-----|---------|---------|---------|---------|
| 2369.75 | | | % | % | % | 2369.75 |
| | | | | | | 100 % |

F3=Exit  F12=Previous  Page-up/down

APR23002
11/14/05

AGED TRIAL BALANCE INVENTORY
(Review All)

Auburn Fdry
14:31:40

Case 04-10427-reg   Doc 853-2   Filed 11/15/05   Page 35 of 35

Xerox Corporation                    Jeff Bassett
PO Box 802567                        260-925-1245

Chicago                    IL 60680-2567

| Invoice# | Date | CC | Current | 46 - 60 | 61 - 90 | Over 91 |
|----------|------|----|---------|---------|---------|---------|
| 800422489 | 5/22/05 | A | | | | 2856.33 |

Totals For Vendor:
       2856.33                                                    2856.33
                        %              %              %           100  %

F3=Exit  F12=Previous  Page-up/down