UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

## SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Debtor has no executory contracts or unexpired leases that were entered into after commencement of the Chapter 11 petition but before entry of the conversion order.

Respectfully submitted,

_____
Dennis Maude

BDDB01 4232214v1