UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | CASE NO. 04-10427 |
| ) | CHAPTER 11 |
| Debtor. ) | |

**SCHEDULE OF PROPERTY**

Debtor has no property that was acquired after the commencement of the Chapter 11 petition but before the entry of the conversion order.

Respectfully submitted,

*/s/ Dennis Maude*

Dennis Maude

BDDB01 4233301v1