IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

### REPORT ON STATUS OF FINAL REPORT

The Debtor, Auburn Foundry, Inc., debtor-in-possession ("AFI" or the "Debtor"), by counsel, hereby states that the Debtor anticipates filing it Final Report on or before December 13, 2005. The Debtor needs additional time to reconcile its most recent Monthly Operating Reports with subsequent data. The date of December 13, 2005 is more than 30 days prior to the scheduled first meeting of creditors in the Chapter 7 case.

>                           BAKER & DANIELS
>
>                           By: /s/ Mark A. Werling
>                               John R Burns, III (#3016-02)
>                               Mark A. Werling (#20426-02)
>                               111 East Wayne Street, Suite 800
>                               Fort Wayne, Indiana 46802
>                               Telephone: (260) 424-8000
>                               Facsimile: (260) 460-1700
>
>                           ATTORNEYS FOR THE DEBTOR,
>                           AUBURN FOUNDRY, INC.

BDDB01 4233411v1

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Report on Status of Final Report** was served first-class United States mail, postage prepaid, or by electronic means, on November 15, 2005, upon the following parties or counsel:

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN 46601

                      By: /s/ Mark A. Werling
                            Mark A. Werling