UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          )
                                           )
AUBURN FOUNDRY, INC.                       )          CASE NO.      04-10427
                                           )
                                           )
        Debtor                             )

## ORDER

At Fort Wayne, Indiana, on    December 5, 2005.

This case has been recently converted from chapter 11 to chapter 7 and the bar date for filing

claims is April 26, 2006.  In view of the fact that that date has yet to pass, and the provisions of Rule

2002(h) of the Federal Rules of Bankruptcy Procedure, it seems that the trustee's motion to limit

notice is premature.  Furthermore, that motion does not identify any particular notice the trustee

might like to serve prior to the expiration of the claims deadline and, in the absence of more

information, the court feels it would be inappropriate to so broadly dispense with the notices that are

otherwise required by the Federal Rules of Bankruptcy Procedure.  The trustee's motion to limit

notice is therefore DENIED.

        SO ORDERED.

                                    /s/ Robert E. Grant
                                    Judge, United States Bankruptcy Court