UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

At Fort Wayne, Indiana, on    December 5, 2005.

This case has been recently converted from chapter 11 to chapter 7 and the bar date for filing claims is April 26, 2006. In view of the fact that that date has yet to pass, and the provisions of Rule 2002(h) of the Federal Rules of Bankruptcy Procedure, it seems that the trustee's motion to limit notice is premature. Furthermore, that motion does not identify any particular notice the trustee might like to serve prior to the expiration of the claims deadline and, in the absence of more information, the court feels it would be inappropriate to so broadly dispense with the notices that are otherwise required by the Federal Rules of Bankruptcy Procedure. The trustee's motion to limit notice is therefore DENIED.

SO ORDERED.

    /s/ Robert E. Grant
Judge, United States Bankruptcy Court

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure           Page 1 of 1                 Date Rcvd: Dec 05, 2005
Case: 04-10427                Form ID: pdf004         Total Served: 3

The following entities were served by first class mail on Dec 07, 2005.
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199
aty         +John R. Burns(DM),   111 East Wayne Street,   Fort Wayne, IN 46802-2600
aty         +Laderer & Fischer PC,   112 West Jefferson Blvd Ste 310,   South Bend, IN 46601-1909

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2005**                    Signature:    *Joseph Speetjens*