IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427 |
| Debtor. ) | |

O R D E R

At Fort Wayne, Indiana, on   December 12, 2005.

Second Application for Allowance of Attorneys' Fees of Rothberg Logan & Warsco LLP, having been filed by Rothberg Logan & Warsco LLP, conflicts counsel for the Debtor in the above-captioned bankruptcy proceeding, and the Court being duly advised, and no objections having been filed, said application is hereby approved in the sum of Eight Thousand Sixty-Six and 00/100 Dollars ($8,866.00)  in fees and Five Hundred Fifty-Five and 64/100 Dollars ($555.64) in expenses.

SO ORDERED.

/s/ Robert E. Grant
JUDGE, UNITED STATES BANKRUPTCY COURT

*T:\- A\Auburn Foundry, Inc\PLD Attorney Fee Order-Second Application.doc*