**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Cause No. 04-10427 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF CHANGE OF FIRM FORM AND NAME

Comes now Henry A. Efroymson and notifies the Court and all parties of the conversion of Ice Miller, an Indiana general partnership, into Ice Miller LLP, an Indiana limited liability partnership, effective January 1, 2006, as follows:

>ICE MILLER LLP
>One American Square, Suite 3100
>Indianapolis, Indiana  46282-0200
>Telephone:  (317) 236-2100
>Facsimile:   (317) 236-2219

Dated: January 5, 2006

Respectfully submitted,

ICE MILLER LLP

By /s/ Henry A. Efroymson
      Henry A. Efroymson

      Counsel for the Official Creditor's Committee
      of Auburn Foundry, Inc.

Henry A. Efroymson
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, Indiana  46282-0200
(317) 236-2397 Telephone
(317) 592-4643 Facsimile
henry.efroymson@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the parties listed below by electronic mail and/or U.S. First-Class Mail, postage prepaid, this 5th day of January, 2006.

Ellen L. Triebold
Office of the United States Trustee
100 East Wayne Street, Suite 555
South Bend, Indiana 46601
ellen.l.triebold@usdoj.gov
(574) 236-8105 Telephone
*(For U.S. Trustee)*

John R. Burns
Mark A. Werling
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802-2603
deb.mcmeen@bakerd.com,
skrhoads@bakerd.com
tlwiley@bakerd.com,
jacklyn.faulkner@bakerd.com
(260) 424-8000 Telephone
(260) 460-1700 Facsimile
*(For Debtors and Debtors-in-Possession)*

Stephen E. Lewis
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
slewis@hallercolvin.com
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
*(For Fox Contractors Corp.)*

Martin E. Seifert
Charles J. Heiny
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
mseifert@hallercolvin.com
cheiny@hallercolvin.com
(260) 426-0444 Telephone
(260) 422-0274 Facsimile
*(For SummitBridge National Investments, LLC)*

Matthew M. Hohman
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
mhohman@btlaw.com
ovancamp@btlaw.com
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
*(For Thomkins Industries, Inc.)*

Stephen L. Fink
Barnes & Thornburgh
600 One Summit Square
Fort Wayne, Indiana 46802
sfink@btlaw.com
(260) 423-9440 Telephone
(260) 424-8316 Facsimile
*(For Shambaugh & Son, L.P.)*

Richard J. Swanson
Macey Swanson and Allman
445 North Pennsylvania Street
Suite 401
Indianapolis, Indiana 46204-1800
rswanson@maceylaw.com
twhitton@maceylaw.com
mdicken@maceylaw.com
(317) 637-2345 Telephone
(317) 637-2369 Facsimile
*(For Glass, Molders, Pottery, Plastics & Allied Workers International Union Local 322)*

W. Erik Weber
Mefford and Weber, P.C.
130 East 7th Street
P.O. Box 667
Auburn, Indiana 46706-1839
erik@lawmw.com
(260) 925-2300 Telephone
(260) 926-2610 Facsimile
*(For City of Auburn)*

Marlene Reich
Jerald I. Ancel
Sommer Barnard Ackerson, P.C.
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3562 Telephone
(317) 713-3699 Facsimile
mreich@sbalawyers.com,
jancel@sbalawyers.com
dwineinger@sbalawyers.com
*(For AFI Lending Group)*

Robert A. Weiss
Tricia A. Sherick
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
600 Woodward Avenue
Detroit, Michigan 48226
tsherick@honigman.com
(313) 465-7662 Telephone
(313) 465-7663 Facsimile
*(For General Motors Corporation)*

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Josef.athanas@lw.com
(312) 876-7700 Telephone
(312) 993-9767 Facsimile
*(For GMAC Commercial Finance, LLC – Senior Lenders)*

Brian Green
Shapero Green & Michel, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Cleveland, Ohio 44122
(216) 831-5100 Telephone
*(For Cascade Pattern Company)*

Lawrence S. Crowther
6055 Rockside Woods Boulevard
Suite 200
Cleveland, Ohio 44131
(216) 642-3342 Telephone
*(For Bendix Commercial Vehicle Systems, LLC)*

Becket & Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania
(610) 644-7800 Telephone
(610) 993-8494 Facsimile
notices@becket-lee.com
*(For American Express Travel Related SVCS Co., Inc. Corp Card)*

1661299.1

| | | |
|---|---|---|
| Gary D. Boyn<br>Warrick and Boyn<br>121 West Franklin Street<br>Elkhart, Indiana  46516<br>(574) 294-7491 Telephone<br>gboyn@warrickandboyn.com<br>*(For Estate of David Burr Fink)* | Nancy J. Gargula<br>United States Trustee<br>101 West Ohio Street, Suite 1000<br>Indianapolis, Indiana  46204<br>USTPRegion10.SO.ECF@usdoj.gov<br>*(U.S. Trustee)* | Patrick L. Proctor<br>Eilbacher Fletcher, LLP<br>803 South Calhoun Street, Suite 400<br>Fort Wayne, Indiana  46802<br>(260) 425-9777 Telephone<br>*(For Edwin P. Rosebrock)* |
| Brian J. Lange<br>Schenkel, Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, Indiana  46802-0501<br>(260) 424-1333 Telephone<br>(260) 422-5242 Facsimile<br>chogan@choiceonemail.com<br>*(For Schenkel & Sons, Inc.)* | Edmund P. Kos<br>Kos & Associate<br>110 West Berry Street, Suite 1904<br>Fort Wayne, Indiana  46802<br>(260) 424-2790 Telephone<br>(260) 424-1872 Facsimile<br>ekos@ekoslaw.com<br>*(For City of Auburn)* | Elizabeth A. Whelan<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, Indiana  46204<br>(317) 234-3089 Telephone<br>(317) 232-7979 Facsimile<br>bwehlan@atg.state.in.us<br>*(For Indiana Department of Environmental Management)* |
| Brad Rogers<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC  20005-4026<br>rogers.brad@pbgc.gov<br>*(For Pension Benefit Guaranty Corporation)* | James T. Young<br>Scott C. Andrews<br>Rubin & Levin, P.C.<br>500 Marott Center<br>342 Massachusetts Avenue<br>Indianapolis, Indiana  46204-2161<br>(317) 860-2913 Young's Telephone<br>(317) 860-2865 Andrews' Telephone<br>(317) 263-9411 Facsimile<br>james@rubin-levin.net<br>scott@rubin-levin.net<br>*(For NMHG Financial Services, Inc.)* | Daniel J. Skekloff<br>Skekloff, Adelsperger & Kleven, LLP<br>927 South Harrison Street<br>Fort Wayne, Indiana  46208<br>(260) 407-7000 Telephone<br>(260) 407-7137 Facsimile<br>djs@sak-law.com<br>blw@sak-law.com<br>*(For Team Quality Services, Inc.)* |

/s/ Henry A. Efroymson
Henry A. Efroymson

Henry A. Efroymson
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, Indiana  46282-0200
(317) 236-2397 Telephone
(317) 592-4643 Facsimile
henry.efroymson@icemiller.com

3

1661299.1