UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                  ) Case No. 04-10427
AUBURN FOUNDRY, INC.,                   )
                                        ) Chapter 7 Bankruptcy
Debtor.

### APPLICATION TO EMPLOY ACCOUNTANT

Comes now Rebecca Hoyt Fischer, Trustee, and shows to the Court as follows:

1. That on the 13th day of October 2005, she was appointed to act as Trustee in the above captioned case.

2. That she desires to employ the accounting firm of Kruggel, Lawton & Company, LLC to act as the accountant for the Trustee.

3. The professional services that said accounting firm is to render is to assist the Trustee and to perform all other accounting services as may be necessary herein, including but not limited to

4. To the best of Trustee's knowledge, said accounting firm has no connection with the creditors, any other party in interest or its respective attorneys, the U.S. Trustee, or any employee of the U.S. Trustee's office.

5. It is contemplated that the accounting firm will seek compensation based upon normal and usual hourly billing rates as same may be changed from time to time.

6. Said accounting firm represents no interest adverse to the Debtor or the estate in the matters upon which it is to be engaged and its employment would be in the best interests of the estate.

WHEREFORE, Trustee prays that the employment of the accounting firm of Kruggel, Lawton & Company, LLC, under a general retainer, be approved and authorized by this Court and

for all other just and proper relief.

Dated: January 9, 2006                    /s/ Rebecca Hoyt Fischer, Trustee
                                          Rebecca Hoyt Fischer                    10537-72
                                          LADERER & FISCHER, P.C.
                                          112 West Jefferson Blvd., Ste. 310
                                          South Bend, IN 46601
                                          Telephone: (574) 284-2354
                                          Facsimile: (574) 284-2356

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January 2006, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

John R. Burns                             U.S. Trustee
jacklyn.faulkner@bakerd.com               USTPRegion10.SO.ECF@usdoj.gov
Skrhoads@bakerd.com

Mark A. Werling                           Henry A. Efroymson
deb.mcmeen@bakerd.com                     Henry.efroymson@icemiller.com


by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Citizens Gas & Coke Utility               DISA Industries, Inc.
Michael McGauhey                          Randall A. Miller
2950 Prospect Street                      80 Kendall Point Drive
Indianapolis, IN 46203                    Oswego, IL 60543

Fire Protection, Inc.                     Fairmount Minerals
Curt & Tim Howard                         Michelle Pezanoski
750 W. North Street                       P.O. Box 177
Auburn, IN 46706                          Wedron, IL 60557

Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018


                                          /s/ Rebecca H. Fischer
                                          Rebecca Hoyt Fischer

Z:\TRUSTEE\AUBURN\Accountant\002RHF.APP

NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC., )
) Chapter 7 Bankruptcy
Debtor.

AFFIDAVIT OF PROPOSED ACCOUNTANT

I, John S. Frizzo, of Kruggel, Lawton & Company, LLC, upon first being duly sworn upon my oath, say:

1. I am a Certified Public Accountant with the accounting firm of Kruggel, Lawton & Company, LLC and maintain an office at 53633 County Road 7, Elkhart, Indiana 46516.

2. Neither I, nor said firm, or any member of said firm, has any connection with the Debtor, creditors, or any other party in interest herein, or any respective attorneys, the U.S. Trustee, or any employee of the U.S. Trustee's office.

3. I represent no interest adverse to said Debtor or this estate in the matters upon which I am to be engaged.

4. At this time, my hourly billing rate, as a partner, is $175.00, manager time is billed at $90-$140 per hour, staff CPA time is billed at $60-$85 per hour and support staff time is billed at $45 per hour.

5. I have no agreement with any other person or entity to share with such person or entity any compensation received or to be received by me that is prohibited by Section 504 of the Bankruptcy Code.

_____
John S. Frizzo

STATE OF INDIANA            )
                            )SS:
COUNTY OF Elkhart           )

Subscribed and sworn before me, a Notary Public, in and for said County and State, this 23rd day of DECEMBER 2005.

My Commission expires:

DEC. 25, 2008
IN

Shannan R. Asbury Notary Public
Residing in Elkhart County,