## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

### ORDER

At Hammond, Indiana on    January 10, 2006

Upon application of the Trustee herein praying for approval of employment of the accounting firm of Kruggel, Lawton & Company, LLC under a general retainer, to act as the Trustee's accountant herein, and upon affidavit of said John S. Frizzo, and the court being satisfied that said accounting firm represents no interest adverse to said Debtor or to its estate, in the matters upon which he is to be engaged and that their employment is necessary and would be to the best interests of this estate, and that the case is one justifying a general retainer, it is hereby

ORDERED that the employment of Kruggel, Lawton & Company, LLC to act as accountant for the Trustee under a general retainer is hereby approved.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court