UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL**

At Fort Wayne, Indiana on _____.

Rebecca Hoyt Fischer, Trustee, having filed an application to employ special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers, and the court being duly advised in the premises,

IT IS HEREBY ORDERED, that the Trustee be, and hereby is, authorized to retain John R. Burns, Mark Werling and the law firm of Baker & Daniels as special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers.

SO ORDERED.

_____
Judge, U.S. Bankruptcy Court

BDDB01 4275507v1