# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

## ORDER

At Hammond, Indiana on    January 10, 2006

Upon application of the Trustee herein praying for approval of employment of the accounting firm of Kruggel, Lawton & Company, LLC under a general retainer, to act as the Trustee's accountant herein, and upon affidavit of said John S. Frizzo, and the court being satisfied that said accounting firm represents no interest adverse to said Debtor or to its estate, in the matters upon which he is to be engaged and that their employment is necessary and would be to the best interests of this estate, and that the case is one justifying a general retainer, it is hereby

ORDERED that the employment of Kruggel, Lawton & Company, LLC to act as accountant for the Trustee under a general retainer is hereby approved.

SO ORDERED.

                                                      /s/ Robert E. Grant
                                                      Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: ldp              Page 1 of 1              Date Rcvd: Jan 10, 2006
Case: 04-10427                 Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Jan 12, 2006.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2199

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2006**                 Signature:    _Joseph Speetjens_