UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC., )
) Chapter 7 Bankruptcy
Debtor.

APPLICATION TO EMPLOY CONSULTANT FOR TRUSTEE

Comes now Rebecca Hoyt Fischer, Trustee, and shows to the Court as follows:

1. That on the 11th day of October 2005, she was appointed to act as Trustee in the above captioned case.

2. That she desires to employ Dennis Maude to act as a consultant for the Trustee and in support thereof states the following:

    a)    Mr. Maude is the former Chief Financial Officer of Auburn Foundry, Inc.

    b)    Mr. Maude is familiar with the Debtor's books and records.

    c)    Mr. Maude's knowledge is necessary to aid the Trustee with the assembly of documentation necessary for the preparation of W-2 forms, 1099 forms, tax returns and to address other tax issues.

3. The professional services that Mr. Maude will render to the Trustee include but are not limited to the following:

    a)    Assist the Trustee with the assembly of documentation necessary for the preparation of W-2 forms, 1099 forms, tax returns and to address other tax issues.

    b)    Assist Special Counsel in responding to discovery requests in preference recovery actions.

    c)    Provide any other documentation or information required by the Trustee or

Trustee's Special Counsel or Accountant.

4. To the best of Trustee's knowledge, Mr. Maude has no connection with the creditors, any other party in interest or its respective attorneys, the U.S. Trustee, or any employee of the U.S. Trustee's office, other than his former position as Chief Financial Officer of the Debtor.

5. Mr. Maude will seek compensation at an hourly billing rate of $100.00 per hour.

6. Mr Maude represents no interest adverse to the Debtor or the estate in the matters upon which he is to be engaged and his employment would be in the best interests of the estate.

WHEREFORE, Trustee prays that the employment of Dennis Maude, under a general retainer, be approved and authorized by this Court and for all other just and proper relief.

Dated: January 30, 2006

/s/ Rebecca Hoyt Fischer, Trustee
Rebecca Hoyt Fischer                10537-72
LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2006, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

John R. Burns
jacklyn.faulkner@bakerd.com
Skrhoads@bakerd.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Mark A. Werling
deb.mcmeen@bakerd.com

Henry A. Efroymson
Henry.efroymson@icemiller.com

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Citizens Gas & Coke Utility
Michael McGauhey
2950 Prospect Street
Indianapolis, IN 46203

DISA Industries, Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

Fairmount Minerals
Michelle Pezanoski
P.O. Box 177
Wedron, IL 60557

Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                    ) Case No. 04-10427
AUBURN FOUNDRY, INC.,                     )
                                          ) Chapter 7 Bankruptcy
Debtor.

### AFFIDAVIT OF PROPOSED CONSULTANT

I, Dennis Maude, upon first being duly sworn upon my oath, say:

1. I am the former Chief Financial Officer of the Debtor and reside at 1623 WILLISTEAD R, FORT WAYNE, Indiana 46845.

2. I do not have any connection with the Debtor, creditors, or any other party in interest herein, or any respective attorneys, the U.S. Trustee, or any employee of the U.S. Trustee's office, other than as the Debtor's former Chief Financial Officer.

3. I represent no interest adverse to said Debtor or this estate in the matters upon which I am to be engaged.

4. At this time, my hourly billing rate is $100.00 per hour.

5. I have no agreement with any other person or entity to share with such person or entity any compensation received or to be received by me that is prohibited by Section 504 of the Bankruptcy Code.

Dennis Maude

1

G:\TRUSTEE\AUBURN\Maude\001RHF.AFF

STATE OF INDIANA           )
                           )SS:
COUNTY OF St Joseph        )

    Subscribed and sworn before me, a Notary Public, in and for said County and State, this 26 day of January, 2006.

My Commission expires:

7/1/06

*Rebecca Hay Fisher*
Notary Public
Residing in St Joseph County, IN

2

G:\TRUSTEE\AUBURN\Maude\001RHF AFF