## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

IN RE:                                                  ) Case No. 04-10427
AUBURN FOUNDRY, INC.,                      )
                                                              ) Chapter 7 Bankruptcy
Debtor.

## ORDER

At Hammond, Indiana on

Upon application of the Trustee herein praying for approval of employment Dennis Maude under a general retainer, to act as the Trustee's consultant herein, and upon affidavit of said Dennis Maude, and the court being satisfied that said consultant represents no interest adverse to said Debtor or to its estate, in the matters upon which he is to be engaged and that his employment is necessary and would be to the best interests of this estate, and that the case is one justifying a general retainer, it is hereby

ORDERED that the employment of Dennis Maude to act as a consultant for the Trustee under a general retainer is hereby approved.

SO ORDERED.

_____
Judge, United States Bankruptcy Court

1