# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
Fort Wayne      DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

## ORDER

At Ft. Wayne, Indiana on January 31, 2006.

Upon application of the Trustee herein praying for approval of employment Dennis Maude under a general retainer, to act as the Trustee's consultant herein, and upon affidavit of said Dennis Maude, and the court being satisfied that said consultant represents no interest adverse to said Debtor or to its estate, in the matters upon which he is to be engaged and that his employment is necessary and would be to the best interests of this estate, and that the case is one justifying a general retainer, it is hereby

ORDERED that the employment of Dennis Maude to act as a consultant for the Trustee under a general retainer is hereby approved.

SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: jlesure              Page 1 of 1              Date Rcvd: Jan 31, 2006
Case: 04-10427                 Form ID: pdf004            Total Served: 2

The following entities were served by first class mail on Feb 02, 2006.
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
aty         +John R. Burns(DM),   111 East Wayne Street,   Fort Wayne, IN 46802-2600

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2006**          Signature:       _Joseph Speetjens_