UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

**MOTION FOR AUTHORITY TO COMPROMISE**

COMES NOW the Trustee, Rebecca Hoyt Fischer, by counsel, and in support of her Motion, states as follows:

1. The Trustee initiated Adversary Proceeding No. 05-01058 ("Adversary Proceeding") on March 29, 2005, seeking to avoid a preferential transfer amount of $54,460.25, together with interest from the date of the transfer and costs expended on an avoidance action.

2. The Defendant has asserted both a new value and an ordinary course of business defense.

3. The parties propose to compromise the Adversary Proceeding upon the following terms and conditions:

   a. The Defendant shall pay the Trustee the sum of $17,750.00.

   b. Trustee shall dismiss Adversary Proceeding 05-01058 upon receipt of the settlement payment from the Movant and Court approval of the settlement.

4. The Trustee believes that the proposed compromise is in the best interest of the bankruptcy estate for the following reasons:

   a) From the Trustee's review of the information provided by the Defendant, it appears that the Defendant has a valid new value defense for $21,798.24 of the claim;

    b)    Upon reviewing the payments made in their Application to the invoices outstanding, it appears that a portion of the remaining payments may well have been made according to ordinary business terms as established between the parties, which were ordinary for the industry; and

    c)    Trustee believes that the further cost and expense of litigating this matter would exceed any upside potential from the $17,750.00 settlement figure.

WHEREFORE, the Trustee, Rebecca Hoyt Fischer, by counsel, requests that the Court approve the compromise of the bankruptcy estate's preference claim against Empire Refractory in exchange for payment of the sum of $17,750.00 as a complete settlement of that claim.

    Respectfully Submitted,

    **ROTHBERG LOGAN & WARSCO LLP**


    __/s/ Mark A. Warsco_____
    Mark A. Warsco (#1626-02)
    P.O. Box 11647
    Fort Wayne, IN 46859-1647
    Telephone: (260) 422-9454
    E-mail: mwarsco@rlwlawfirm.com
    SPECIAL COUNSEL FOR REBECCA HOYT FISCHER, TRUSTEE

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 3rd day of February, 2006:

        Robert E. Kabisch
        Hunt Suedhoff Kalamaros, LLP
        P.O. Box 11489
        803 S. Calhoun Street, 9th Floor
        Fort Wayne, IN 46858-1489

        /s/Mark A. Warsco
        Mark A. Warsco