UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

### ORDER AUTHORIZING COMPROMISE OF ADVERSARY PROCEEDING

At Fort Wayne, Indiana, on _____

Trustee Rebecca Hoyt Fischer having filed a Motion for Authority to Compromise Adversary Proceeding No. 05-01058, and the Court, being duly advised in the premises, said motion is hereby GRANTED.

SO ORDERED.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

*T:\- A\Auburn Foundry, Inc\Empire Refractory Sales\PLD Order Compromise.doc*