## BAKER & DANIELS LLP
EST. 1863

111 E. Wayne Street, Suite 800 • Fort Wayne, Indiana 46802
Tel. 260.424.8000 • Fax 260.460.1700
www.bakerdaniels.com

2006 MAR -6 AM 9: 31

**JOHN R BURNS III**
Attorney at Law
Direct 260.460.1630
john.burns@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

March 3, 2006

United States Bankruptcy Court
Northern District of Indiana
Post Office Box 2547
Fort Wayne, Indiana 46801-2547

      Re:    Auburn Foundry, Inc.; 04-10427
               Mailing Matrix

Dear Sir or Madame:

    David B. Fink is currently listed on the mailing matrix in the above bankruptcy at:

  P.O. Box 72
Auburn, IN 46706

This address is no longer current. Please send all future pleadings and notices to Mr. Fink at:

    1004 State Road 1
Butler, IN 46721

    Thank you for your cooperation in this matter.

                         Sincerely,

                         Baker & Daniels LLP

                       John R Burns III (SKR)

JRB:skr

BDDB01 4334703v1