IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

**<u>ORDER</u>**

At Fort Wayne, Indiana, on  March 8, 2006.                                                  .

This matter is before the Court upon the Agreed Motion to Approve Settlement with R.I. Lampus Co. and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Agreed Motion, it appearing to the Court that the Agreed Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Agreed Motion is GRANTED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

BDDB01 4175053v1