UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

### ORDER AUTHORIZING COMPROMISE OF ADVERSARY PROCEEDING

At Fort Wayne, Indiana, on  March 6, 2006

Trustee Rebecca Hoyt Fischer having filed a Motion for Authority to Compromise Adversary Proceeding No. 05-01058, and the Court, being duly advised in the premises, said motion is hereby GRANTED.

SO ORDERED.

/s/ Robert E. Grant
JUDGE, UNITED STATES BANKRUPTCY COURT

*T:\- A\Auburn Foundry, Inc\Empire Refractory Sales\PLD Order Compromise.doc*



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: ldp                 Page 1 of 1              Date Rcvd: Mar 06, 2006
Case: 04-10427                 Form ID: pdf004           Total Served: 2
```

The following entities were served by first class mail on Mar 08, 2006.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
7148304      +EMPIRE REFRACTORY SALES INC,   3525 METRO DRIVE,   FORT WAYNE, IN 46818-9388

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2006**                         Signature:  _Joseph Speetjens_