IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | BK Case No. 04-10427 |

## ORDER

At Fort Wayne, Indiana, on  March 8, 2006.                                           .

This matter is before the Court upon the Agreed Motion to Approve Settlement with R.I. Lampus Co. and the Court being otherwise duly and sufficiently advised, the Court hereby GRANTS the Agreed Motion, it appearing to the Court that the Agreed Motion is made for good cause.

Accordingly, IT IS HEREBY ORDERED that the Agreed Motion is GRANTED.

                                                /s/ Robert E. Grant
                                            Judge, United States Bankruptcy Court


# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: ldp              Page 1 of 1              Date Rcvd: Mar 08, 2006
Case: 04-10427                Form ID: pdf004        Total Served: 2

The following entities were served by first class mail on Mar 10, 2006.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
7148506       R I LAMPUS CO,   816 RAILROAD ST,   SPRINGDALE, PA 15144
The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2006**            Signature:    *Joseph Speetjens*