**CLAIM IS DEFECTIVE:**

[X]  Case is not properly identified
[ ]  Unsigned / not original signature

**RESUBMIT CLAIM IN TRIPLICATE WITH ORIGINAL SIGNATURE AND MARKED "AMENDED"**

MUST BE SUBMITTED ON OFFICIAL FORM B-10

Status:      # open           # Parked          # Cleared

CoCode> 3000
Cust-> S550733400                        Phone-> 219-925-0900          Time-
Name-> AUBURN FOUNDRY INCORPORAT  Fax #-> 219-925-5137                 Date-
Strt-> 635 635 WEST 11TH STREET  Contact-> MARY CECIL-3363             Varia
City-> AUBURN                    Srch Term->AUBURN FOU                 Page-
State-> IN   Zip->46706          Acct Grp-> YASC                       User-
                                 Cash Grp-> ADC                        # Itm

| St | PK | CCAr | Doc. date | Doc.no. | LC amnt | Text |
|----|----|------|-----------|---------|---------|------|
| #  | 01 | 355  | 11/18/2003 | 1800323916 | 10,530.00 | 15486 |
| #  | 01 | 355  | 11/21/2003 | 1800324609 | 26,228.54 | 15905 |
| #  | 01 | 355  | 11/24/2003 | 1800324784 | 1,397.50 | 15909 |
| #  | 01 | 355  | 11/24/2003 | 1800324785 | 1,297.92 | 15914 |
| #  | 01 | 355  | 11/25/2003 | 1800325023 | 10,530.00 | 15911 |
| #  | 01 | 355  | 12/03/2003 | 1800326020 | 2,568.15 | 15915 |
| #  | 01 | 355  | 12/08/2003 | 1800326791 | 1,397.50 | 16969 |
| #  | 01 | 355  | 12/10/2003 | 1800327353 | 10,530.00 | 15917 |
| #  | 01 | 355  | 12/16/2003 | 1800328239 | 36,019.79 | 17154 |
| #  | 01 | 355  | 12/19/2003 | 1800328929 | 9,209.92 | 17456 |
| #  | 01 | 355  | 12/19/2003 | 1800328930 | 9,145.56 | 17504 |
| #  | 01 | 355  | 01/05/2004 | 1800329948 | 1,397.50 | 17673 |
| #  | 01 | 355  | 01/21/2004 | 1800332683 | 9,300.02 | 18897 |
| #  | 01 | 355  | 02/04/2004 | 1800334811 | 1,397.50 | 19455 |
| #  | 01 | 355  | 02/05/2004 | 1800335134 | 7,020.00 | 19756 |
| #  | 01 | 355  | 02/06/2004 | 1800335338 | 2,568.15 | 19454 |

* Account S550733400                          140,538.05