**CLAIM IS DEFECTIVE:**

[X]  Case is not properly identified
[ ]  Unsigned / not original signature

**RESUBMIT CLAIM IN TRIPLICATE WITH ORIGINAL SIGNATURE AND MARKED "AMENDED"**

MUST BE SUBMITTED ON OFFICIAL FORM B-10

---

Status:    # open    # Parked    # Cleared

| | |
|---|---|
| CoCode-> | 3000 |
| Cust-> | S550733400 |
| Name-> | AUBURN FOUNDRY INCORPORAT |
| Strt-> | 635 635 WEST 11TH STREET |
| City-> | AUBURN |
| State-> | IN   Zip->46706 |

| | |
|---|---|
| Phone-> | 219-925-0900 |
| Fax #-> | 219-925-5137 |
| Contact-> | MARY CECIL-3363 |
| Srch Term-> | AUBURN FOU |
| Acct Grp-> | YASC |
| Cash Grp-> | ADC |

Time-  
Date-  
Varia  
Page-  
User-  
# Itm

| St | PK | CCAr | Doc. date | Doc. no. | LC amnt | Text |
|---|---|---|---|---|---|---|
| # | 01 | 355 | 11/18/2003 | 1800323916 | 10,530.00 | 15486 |
| # | 01 | 355 | 11/21/2003 | 1800324609 | 26,228.54 | 15905 |
| # | 01 | 355 | 11/24/2003 | 1800324784 | 1,397.50 | 15909 |
| # | 01 | 355 | 11/24/2003 | 1800324785 | 1,297.92 | 15914 |
| # | 01 | 355 | 11/25/2003 | 1800325023 | 10,530.00 | 15911 |
| # | 01 | 355 | 12/03/2003 | 1800326020 | 2,568.15 | 15915 |
| # | 01 | 355 | 12/08/2003 | 1800326791 | 1,397.50 | 16969 |
| # | 01 | 355 | 12/10/2003 | 1800327353 | 10,530.00 | 15917 |
| # | 01 | 355 | 12/16/2003 | 1800328239 | 36,019.79 | 17154 |
| # | 01 | 355 | 12/19/2003 | 1800328929 | 9,209.92 | 17456 |
| # | 01 | 355 | 12/19/2003 | 1800328930 | 9,145.56 | 17504 |
| # | 01 | 355 | 01/05/2004 | 1800329948 | 1,397.50 | 17673 |
| # | 01 | 355 | 01/21/2004 | 1800332683 | 9,300.02 | 18897 |
| # | 01 | 355 | 02/04/2004 | 1800334811 | 1,397.50 | 19455 |
| # | 01 | 355 | 02/05/2004 | 1800335134 | 7,020.00 | 19756 |
| # | 01 | 355 | 02/06/2004 | 1800335338 | 2,568.15 | 19454 |

* Account S550733400    140,538.05

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1            User: ldp                  Page 1 of 1               Date Rcvd: Mar 24, 2006
Case: 04-10427                  Form ID: pdf004            Total Served: 1

The following entities were served by first class mail on Mar 26, 2006.
7171437     +Ashland Incorporated,   Ashland Inc.,   Collection Dept. DS3,   PO Box 2219,
              Columbus, OH 43216-2219
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2006**                              Signature:    _Joseph Speetjens_