## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

### MOTION TO LIMIT NOTICE AND ESTABLISH PROCEDURE THEREFOR

Comes now Rebecca Hoyt Fischer, duly appointed trustee herein, and pursuant to Federal Rule of Bankruptcy Procedure 2002(h) and 9007, requests that the Court enter an order limiting the persons and entities to whom notice of certain matters be given. In support of her motion, she shows to the court as follows:

1. The Debtor has a significant number of creditors, and there will be numerous matters to bring before the Court for which notice to all creditors would be unduly burdensome to the estate. The trustee believes that the designation of a list of creditors and interested parties for purposes of giving limited notices in this case will result in efficient administration and will not impair the rights of interested parties.

2. Federal Rule of Bankruptcy Procedure 9007 authorizes the Court to regulate notice procedures.

3. Federal Rule of Bankruptcy Procedure 2002(h) further authorizes the Court to control to whom notice is to be given after 90 days following the first date for the meeting of creditors.

4. It is now more than 90 days following the first date set for the meeting of creditors.

5. Federal Rule of Bankruptcy Procedure 2002(h) specifically provides that the Court may order that notices required by Federal Rule of Bankruptcy Procedure 2002(a) be mailed only to the Debtor, trustee, creditors that hold claims for which proofs of claim have been filed, and creditors, if any, that are still permitted to file claims by an extension granted pursuant to Rule 3002(c)(1) or (c)(2).

WHEREFORE, the trustee prays that this Court enter an order establishing a uniform notice procedure in this case.

Dated: May 15, 2006 /s/ Rebecca H. Fischer  
             Rebecca Hoyt Fischer     #10537-72  
             LADERER & FISCHER, P.C.  
             112 West Jefferson Blvd., Ste. 310  
             South Bend, IN 46601  
             Telephone: (574) 284-2354  
             Facsimile: (574) 284-2356  

## CERTIFICATE OF SERVICE

 I hereby certify that on the 15th day of May, 2006 a true and correct copy of the above and foregoing Application to Compromise was served by electronic transmission upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com<br>South Bend, IN 46634 | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |

             /s/ Rebecca H. Fischer  
             Rebecca Hoyt Fischer