UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

## ORDER APPROVING
## MOTION TO ESTABLISH NOTICE PROCEDURES

At Fort Wayne, Indiana on

Upon the trustee's Motion to Limit Notice and Establish Procedure Therefor, showing that ninety days have expired since the first date set for the Meeting of Creditors in this case, and pursuant to Federal Rule of Bankruptcy Procedure 2002(h) which provides that the Court may order that notices required by Federal Rule of Bankruptcy Procedure 2002(a) be mailed only to the debtor, trustee, creditors that hold claims for which proofs of claim have been filed, and creditors, if any, that are still permitted to file claims by an extension granted pursuant to Rule 3002(c)(1) or (c)(2), it hereby

ORDERED AND NOTICE IS HEREBY GIVEN TO ALL CREDITORS AND INTERESTED PARTIES that unless the Court orders otherwise as to a specific matter, all notices in this proceeding need be serviced only on the following designated parties:

a.  the Debtor and counsel for the Debtor

b.  the Trustee

c.  Creditors that hold claims for which proofs of claim have been filed

d.  Creditors, if any, who are still permitted to file claims under an extension granted pursuant to Rule 3002(c)(1) or (c)(2).

SO ORDERED.

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court