UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER LIMITING NOTICES

At Fort Wayne, Indiana, on May 17, 2006.

In that the time for filing proofs of claim has expired, the Trustee's motion to limit notice, filed on May 15, 2006, is GRANTED.  See, Fed. R. Bankr P. 2002(h).

IT IS THEREFORE ORDERED that, from and after this date, in addition to the electronic service made through the court's ECF system, the notices to creditors required by Rule 2002(a) of the Federal Rules of Bankruptcy Procedure need only be served upon: (1) the debtor, (2) the trustee, (3) the creditors that have filed claims in this case, (4) governmental units, and (5) any creditor that has requested and received an extension of time within which to file a claim.

The clerk shall serve a copy of this order upon all creditors and parties in interest.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court