## EXHIBIT "A"

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 10/27/03 | 226983 | 1/16/04 | $2,576.00 | $2,576.00 |
| 11/05/03 | 226983 | 1/16/04 | $9,266.00 | $9,266.00 |
| 9/16/03 | 226218 | 11/21/03 | $2,468.00 | $2,468.00 |
| 10/03/03 | 226514 | 12/05/03 | $1,040.00 | $1,040.00 |
| 10/09/03 | 226657 | 12/12/03 | $1,083.00 | $1,083.00 |
| 10/15/03 | 226787 | 12/19/03 | $16,787.00 | $16,787.00 |