## EXHIBIT "A"

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 9/15/03 | 226771 | 12/19/03 | $1,770.00 | $1,770.00 |
| 8/29/03 | 226350 | 11/28/03 | $9,720.00 | $9,720.00 |
| 8/19/03 | 226203 | 11/21/03 | $6,330.00 | $6,330.00 |
| 8/22/03 | 226203 | 11/21/03 | $8,950.00 | $8,950.00 |