**EXHIBIT "A"**

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 9/15/03 | 226788 | 12/19/03 | $3,320.62 | $3,320.62 |
| 9/17/03 | 226788 | 12/19/03 | $288.09 | $288.09 |
| 9/17/03 | 226788 | 12/19/03 | $289.79 | $289.79 |
| 9/18/03 | 226788 | 12/19/03 | $160.66 | $160.66 |
| 9/18/03 | 226788 | 12/19/03 | $2,017.30 | $2,017.30 |
| 9/18/03 | 226788 | 12/19/03 | $5,647.09 | $5,647.09 |
| 8/13/03 | 2296078 | 11/14/03 | $2356.17 | $2,356.17 |
| 8/18/03 | 226219 | 11/21/03 | $2,680.00 | $2,680.00 |
| 8/18/03 | 226219 | 11/21/03 | $2,203.00 | $2,203.00 |
| 8/18/03 | 226219 | 11/21/03 | $2,535.00 | $2,535.00 |
| 3/19/03 | 226219 | 11/21/03 | $2,929.66 | $2,929.66 |
| 8/20/03 | 226219 | 11/21/03 | $529.61 | $529.61 |
| 8/21/03 | 226219 | 11/21/03 | $3,746.30 | $3,746.30 |
| 8/22/03 | 226219 | 11/21/03 | $49.09 | $49.09 |
| 8/26/03 | 226371 | 11/28/03 | $1,118.10 | $1,118.10 |
| 8/27/03 | 226371 | 11/28/03 | $383.85 | $383.85 |
| 8/28/03 | 226371 | 11/28/03 | $120.81 | $120.81 |
| 8/29/03 | 226371 | 11/28/03 | $3,542.50 | $3,542.50 |
| 8/29/03 | 226371 | 11/28/03 | $5,290.00 | $5,290.00 |
| 8/29/03 | 226371 | 11/28/03 | $2,005.91 | $2,005.91 |
| 9/5/03 | 226515 | 12/05/03 | $92.00 | $92.00 |
| 9/5/03 | 226515 | 12/05/03 | $188.47 | $188.47 |
| 9/5/03 | 226515 | 12/05/03 | $2,203.00 | $2,203.00 |
| 9/10/03 | 226658 | 12/12/03 | $5,255.70 | $5,255.70 |
| 9/10/03 | 226658 | 12/12/03 | $3,422.15 | $3,422.15 |
| 9/11/03 | 226658 | 12/12/03 | $8,912.00 | $8,912.00 |