## EXHIBIT "A"

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 8/19/03 | 226196 | 11/21/03 | $9,187.50 | $9,187.50 |

BDDB01 3100162v1