**EXHIBIT "A"**

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 10/15/03 | 226112 | 11/14/03 | $6,463.86 | $6,463.86 |
| 10/20/03 | 226257 | 11/21/03 | $6,979.69 | $6,979.69 |
| 10/27/03 | 226409 | 11/28/03 | $2,070.93 | $2,070.93 |
| 10/29/03 | 226409 | 11/28/03 | $2,625.37 | $2,625.37 |
| 10/31/03 | 226409 | 11/28/03 | $2,218.11 | $2,218.11 |
| 11/05/03 | 226545 | 12/05/03 | $2,535.07 | $2,535.07 |
| 11/05/03 | 226545 | 12/05/03 | $2,757.71 | $2,757.71 |
| 11/06/03 | 226545 | 12/05/03 | $2,290.41 | $2,290.41 |
| 11/07/03 | 226545 | 12/05/03 | $2,686.93 | $2,686.93 |
| 11/11/03 | 226682 | 12/12/03 | $2,188.89 | $2,188.89 |
| 11/14/03 | 226682 | 12/12/03 | $2,259.68 | $2,259.68 |
| 11/18/03 | 226827 | 12/19/03 | $1,913.37 | $1,913.37 |
| 11/20/03 | 226827 | 12/19/03 | $2,726.86 | $2,726.86 |
| 12/17/03 | 227024 | 1/16/04 | $2,695.41 | $2,695.41 |
| 11/21/03 | 227024 | 1/16/04 | $2,313.04 | $2,313.04 |
| 11/21/03 | 227024 | 1/16/04 | $2,221.32 | $2,221.32 |
| 11/25/03 | 227024 | 1/16/04 | $2,199.66 | $2,199.66 |
| 12/02/03 | 227024 | 1/16/04 | $2,438.47 | $2,438.47 |
| 12/05/03 | 227024 | 1/16/04 | $2,861.87 | $2,861.87 |
| 12/09/03 | 227024 | 1/16/04 | $2,717.45 | $2,717.45 |
| 12/10/03 | 227024 | 1/16/04 | $5,697.63 | $5,697.63 |
| 12/11/03 | 227024 | 1/16/04 | $2,382.79 | $2,382.79 |
| 12/15/03 | 227024 | 1/16/04 | $3,008.17 | $3,008.17 |
| 12/17/03 | 227024 | 1/16/04 | $3,092.85 | $3,092.85 |
| 12/19/03 | 227141 | 1/23/04 | $2,357.56 | $2,357.56 |
| 12/29/03 | 227223 | 1/30/04 | $2,231.99 | $2,231.99 |

BDDB01 3100113v1