## EXHIBIT "A"

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
| --- | --- | --- | --- | --- |
| 10/20/03 | 226313 | 11/12/03 | $46,053.05 | $46,053.05 |