**EXHIBIT "A"**

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 10/22/03 | 227127 | 1/23/04 | $812.23 | $812.23 |
| 10/24/03 | 227127 | 1/23/04 | $664.30 | $664.30 |
| 10/24/03 | 227127 | 1/23/04 | $932.75 | $932.75 |
| 10/27/03 | 227127 | 1/23/04 | $815.31 | $815.31 |
| 10/27/03 | 227127 | 1/23/04 | $796.13 | $796.13 |
| 10/28/03 | 227127 | 1/23/04 | $841.70 | $841.70 |
| 10/28/03 | 227127 | 1/23/04 | $920.21 | $920.21 |
| 10/29/03 | 227127 | 1/23/04 | $874.84 | $874.84 |
| 10/31/03 | 227127 | 1/23/04 | $847.77 | $847.77 |
| 10/31/03 | 227127 | 1/23/04 | $668.25 | $668.25 |
| 10/31/03 | 227127 | 1/23/04 | $845.88 | $845.88 |
| 10/31/03 | 227127 | 1/23/04 | $800.51 | $800.51 |
| 10/31/03 | 227127 | 1/23/04 | $1,591.35 | $1,591.35 |
| 10/31/03 | 227127 | 1/23/04 | $2,319.44 | $2,319.44 |
| 10/31/03 | 227127 | 1/23/04 | $3,097.65 | $3,097.65 |
| 10/31/03 | 227127 | 1/23/04 | $789.75 | $789.75 |
| 10/31/03 | 227127 | 1/23/04 | $1,640.25 | $1,640.25 |
| 10/31/03 | 227127 | 1/23/04 | $1,601.37 | $1,601.37 |
| 10/31/03 | 227127 | 1/23/04 | $1,612.31 | $1,612.31 |
| 10/31/03 | 227127 | 1/23/04 | $790.36 | $790.36 |
| 10/31/03 | 227127 | 1/23/04 | $1,567.96 | $1,567.96 |
| 10/31/03 | 227127 | 1/23/04 | $2,299.09 | $2,299.09 |
| 10/31/03 | 227127 | 1/23/04 | $1,604.41 | $1,604.41 |
| 11/3/03 | 227206 | 1/30/04 | $3,900.46 | $3,900.46 |
| 11/4/03 | 227206 | 1/30/04 | $4,045.75 | $4,045.75 |
| 11/5/03 | 227206 | 1/30/04 | $838.96 | $838.96 |
| 11/6/03 | 227206 | 1/30/04 | $809.49 | $809.49 |
| 11/6/03 | 227206 | 1/30/04 | $843.21 | $843.21 |

BDDB01 3100247v1

| | | | | |
|---|---|---|---|---|
| 11/7/03 | 227206 | 1/30/04 | $659.75 | $659.75 |
| 11/7/03 | 227206 | 1/30/04 | $922.46 | $922.46 |
| 11/10/03 | 227206 | 1/30/04 | $4,140.80 | $4,140.80 |
| 11/11/03 | 227206 | 1/30/04 | $782.46 | $782.46 |
| 11/11/03 | 227206 | 1/30/04 | $1,455.18 | $1,455.18 |
| 11/12/03 | 227206 | 1/30/04 | $3,062.40 | $3,062.40 |
| 11/13/03 | 227206 | 1/30/04 | $4,033.43 | $4,033.43 |
| 11/14/03 | 227206 | 1/30/04 | $2,384.05 | $2,384.05 |
| 9/2/03 | 226520 | 12/5/03 | $5,044.98 | $5,044.98 |
| 9/2/03 | 226520 | 12/5/03 | $2,500.40 | $2,500.40 |
| 9/3/03 | 226520 | 12/5/03 | $5,008.31 | $5,008.31 |
| 9/4/03 | 226520 | 12/5/03 | $820.13 | $820.13 |
| 9/4/03 | 226520 | 12/5/03 | $1,646.72 | $1,646.72 |
| 9/5/03 | 226520 | 12/5/03 | $2,386.98 | $2,386.98 |
| 9/8/03 | 226664 | 12/12/03 | $777.60 | $777.60 |
| 9/8/03 | 226664 | 12/12/03 | $1,629.01 | $1,629.01 |
| 9/9/03 | 226664 | 12/13/03 | $2,358.12 | $2,358.12 |
| 9/10/03 | 226664 | 12/13/03 | $3,900.94 | $3,900.94 |
| 9/11/03 | 226664 | 12/13/03 | $2,298.78 | $2,298.78 |
| 9/12/03 | 226664 | 12/13/03 | $710.17 | $710.17 |
| 9/12/03 | 226664 | 12/13/03 | $824.97 | $824.97 |
| 8/26/03 | 226379 | 11/28/03 | $5,367.37 | $5,367.37 |
| 8/26/03 | 226379 | 11/28/03 | $869.37 | $869.37 |
| 8/27/03 | 226379 | 11/28/03 | $2,327.33 | $2,327.33 |
| 8/28/03 | 226379 | 11/28/03 | $811.92 | $811.92 |
| 8/26/03 | 226379 | 11/28/03 | $2,438.20 | $2,438.20 |
| 8/29/03 | 226379 | 11/28/03 | $3,040.24 | $3,040.24 |
| 8/18/03 | 226225 | 11/21/03 | $883.85 | $883.85 |
| 8/18/03 | 226225 | 11/21/03 | $3,272.24 | $3,272.24 |
| 8/19/03 | 226225 | 11/21/03 | $874.19 | $874.19 |
| 8/19/03 | 226225 | 11/21/03 | $2,399.78 | $2,399.78 |

-3-

| | | | | |
|---|---|---|---|---|
| 8/20/03 | 226225 | 11/21/03 | $798.58 | $798.58 |
| 8/20/03 | 226225 | 11/21/03 | $1,681.31 | $1,681.31 |
| 8/21/03 | 226225 | 11/21/03 | $2,404.79 | $2,404.79 |
| 8/22/03 | 226225 | 11/21/03 | $777.60 | $777.60 |
| 8/11/03 | 226087 | 11/14/03 | $7,059.11 | $7,059.11 |
| 8/12/03 | 226087 | 11/14/03 | $736.16 | $736.16 |
| 8/12/03 | 226087 | 11/14/03 | $1,628.71 | $1,628.71 |
| 8/13/03 | 226087 | 11/14/03 | $914.09 | $914.09 |
| 8/13/03 | 226087 | 11/14/03 | $2,255.95 | $2,255.95 |
| 8/14/03 | 226087 | 11/14/03 | $4,791.39 | $4,791.39 |
| 8/15/03 | 226087 | 11/14/03 | $912.16 | $912.16 |
| 8/15/03 | 226087 | 11/14/03 | $2,331.59 | $2,331.59 |
| 9/15/03 | 226800 | 12/19/03 | $788.84 | $788.84 |
| 9/15/03 | 226800 | 12/19/03 | $2,419.67 | $2,419.67 |
| 9/16/03 | 226800 | 12/19/03 | $4,648.77 | $4,648.77 |
| 9/17/03 | 226800 | 12/19/03 | $3,801.00 | $3,801.00 |
| 9/18/03 | 226800 | 12/19/03 | $3,709.09 | $3,709.09 |
| 9/19/03 | 226800 | 12/19/03 | $815.57 | $815.57 |
| 9/19/03 | 226800 | 12/19/03 | $1,518.45 | $1,518.45 |

BDDB01 3100247v1