**EXHIBIT "A"**

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 11/05/03 | 227134 | 1/23/2004 | $12,664.89 | $5,154.31 |
| 10/01/03 | 227002 | 1/16/2004 | $12,999.97 | $12,999.97 |
| 10/14/03 | 227002 | 1/16/2004 | $14,300.03 | $14,300.03 |
| 10/14/03 | 227002 | 1/16/2004 | $6,284.25 | $6,284.25 |
| 8/15/03 | 226097 | 11/14/2003 | $14,300.03 | $14,300.03 |
| 8/15/03 | 226097 | 11/14/2003 | $12,664.89 | $12,664.89 |
| 9/8/03 | 226671 | 12/12/2003 | $6,284.25 | $6,284.25 |
| 9/11/03 | 226671 | 12/12/2003 | $12,999.97 | $12,999.97 |

BDDB01 3100229v1