**EXHIBIT "A"**

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 9/9/03 | 226334 | 11/28/03 | $36,587.35 | $36,587.35 |
| 9/10/03 | 226334 | 11/28/03 | $2,568.15 | $2,568.15 |
| 9/12/03 | 226334 | 11/28/03 | $1,297.92 | $1,297.92 |
| 9/29/03 | 226946 | 1/16/04 | $1,297.92 | $1,297.92 |
| 10/07/03 | 226946 | 1/16/04 | $10,530.00 | $10,530.00 |
| 10/08/03 | 226946 | 1/16/04 | $1,712.10 | $1,712.10 |
| 10/14/03 | 226946 | 1/16/04 | $10,530.00 | $10,530.00 |
| 10/14/03 | 226946 | 1/16/04 | $2,568.15 | $2,568.15 |
| 10/17/03 | 226946 | 1/16/04 | $1,397.50 | $1,397.50 |
| 10/22/03 | 227107 | 1/23/04 | $2,568.15 | $2,568.15 |
| 10/24/03 | 227107 | 1/23/04 | $2,586.85 | $2,586.85 |
| 10/28/03 | 227176 | 1/30/04 | $1,020.00 | $7,020.00 |
| 10/31/03 | 227176 | 1/30/04 | $2,568.15 | $2,568.15 |
| 11/07/03 | 227176 | 1/30/04 | $1,397.50 | $1,397.50 |
| 11/10/03 | 227176 | 1/30/04 | $10,072.92 | $10,072.92 |
| 9/29/03 | 226754 | 12/19/03 | $8,775.00 | $8,775.00 |
| 10/01/03 | 226754 | 12/19/03 | $26,243.15 | $26,243.15 |
| 10/03/03 | 226754 | 12/19/03 | $7,760.77 | $7,760.77 |
| 9/15/03 | 226477 | 12/05/03 | $2,568.15 | $2,568.15 |
| 9/15/03 | 226477 | 12/05/03 | $10,530.00 | $10,530.00 |
| 9/16/03 | 226477 | 12/05/03 | $1,397.50 | $1,397.50 |
| 9/18/03 | 226477 | 12/05/03 | $8,465.27 | $8,465.27 |
| 9/25/03 | 226623 | 12/12/03 | $1,870.29 | $1,870.29 |
| 9/26/03 | 226623 | 12/12/03 | $2,568.15 | $2,568.15 |
| 8/26/03 | 226041 | 11/14/03 | $1,397.50 | $1,397.50 |
| 9/2/03 | 226181 | 11/21/03 | $1,297.92 | $1,297.92 |
| 9/3/03 | 226181 | 11/21/03 | $8,775.00 | $8,775.00 |
| 9/5/03 | 226181 | 11/21/03 | $1,397.50 | $1,397.50 |

BDDB01 3100086v1