**EXHIBIT "A"**

| Date of Invoice | Check Number | Check Date | Invoice Amount | Payment |
|---|---|---|---|---|
| 8/18/03 | 226083 | 11/14/03 | $12,210.00 | $12,210.00 |
| 8/25/03 | 226083 | 11/14/03 | $21,210.00 | $21,210.00 |
| 9/15/03 | 226518 | 12/05/03 | $21,630.00 | $21,630.00 |
| 9/16/03 | 226518 | 12/05/03 | $21,420.00 | $21,420.00 |
| 9/15/03 | 226518 | 12/05/03 | $21,210.00 | $21,210.00 |
| 9/29/03 | 226793 | 12/19/03 | $21,210.00 | $21,210.00 |
| 9/29/03 | 226793 | 12/19/03 | $21,210.00 | $21,210.00 |
| 11/04/03 | 227199 | 1/30/04 | $21,210.00 | $21,210.00 |
| 10/22/03 | 227123 | 1/23/04 | $21,210.00 | $21,210.00 |
| 10/14/03 | 226988 | 1/16/04 | $18,180.00 | $18,180.00 |
| 10/17/03 | 226988 | 1/16/04 | $21,210.00 | $21,210.00 |