UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| AUBURN FOUNDRY, INC.    ) | CASE NO. 04-10427 |
| ) | CHAPTER 7 |
| ) | |
| Debtor(s)    ) | |

## O R D E R

At Fort Wayne, Indiana, on May 25, 2006.

On the 19 day of May, 2006, an Application for Compensation was electronically filed on behalf of Dennis Maude. This document does not indicate that it has been signed by counsel as required by paragraph 11(a) of the court's order authorizing electronic case filing.

Counsel shall, within three (3) days of this date, file an amended document that properly indicates counsel's signature. The failure to do so will result in the current filing being stricken without further notice, and the court will take no action with regard thereto or as a result thereof, and any time limits associated therewith shall not begin to run, until this order has been complied with.

SO ORDERED.

/s/ ROBERT E. GRANT
Judge, United States Bankruptcy Court