UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO. 04-10427 |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |

### O R D E R

At Fort Wayne, Indiana, on May 25, 2006.

On the 19 day of May, 2006, an Application for Compensation was electronically filed on behalf of Dennis Maude. This document does not indicate that it has been signed by counsel as required by paragraph 11(a) of the court's order authorizing electronic case filing.

Counsel shall, within three (3) days of this date, file an amended document that properly indicates counsel's signature. The failure to do so will result in the current filing being stricken without further notice, and the court will take no action with regard thereto or as a result thereof, and any time limits associated therewith shall not begin to run, until this order has been complied with.

SO ORDERED.

/s/ ROBERT E. GRANT
Judge, United States Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: ldp               Page 1 of 1              Date Rcvd: May 25, 2006
Case: 04-10427                Form ID: pdf004         Total Served: 1

The following entities were served by first class mail on May 27, 2006.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2006**                    **Signature:**      _Joseph Speetjens_