# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

### AMENDED APPLICATION FOR ALLOWANCE OF CONSULTANT'S FEES

**Comes now Rebecca H. Fischer, Trustee, and makes an application for fees on behalf of the Consultant for the Trustee** and in support of said application alleges and says:

1.      On January 31, 2006 Dennis Maude ("Maude") was employed and appointed under a general retainer as consultant for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2.      All services for which compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person.

3.      Maude advised the Trustee with respect to all tax matters in connection with the administration of this estate and the performance of her duties as Trustee. The professional services rendered by Maude are more specifically detailed on Exhibit "A" attached hereto and made a part hereof.

4.      Maude has received no previous allowance as accountant for the Trustee.

5.      No agreement exists between Maude and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

6.      The reasonable value of the services rendered and costs advanced by Maude, as consultant for said Trustee in this proceeding is $3,800.00 for compensation and $27.67 in expenses as set forth in Exhibit "A" hereto.

WHEREFORE, Applicant prays that an allowance be made to Maude in the total sum of $3,827.67 as compensation for professional services rendered and costs advanced in this proceeding, or such sum as the Court may allow.

May 30, 2006

**/s/ Rebecca H. Fischer**
Rebecca Hoyt Fischer, Trustee
LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

## CERTIFICATE OF SERVICE

I hereby certify that on the30th day of May, 2006, a true and correct copy of the above and foregoing Amended Application was served by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| John R. Burns | U.S. Trustee |
| jacklyn.faulkner@bakerd.com | USTPRegion10.SO.ECF@usdoj.gov |
| Skrhoads@bakerd.com | |
| | |
| Mark A. Werling | Henry A. Efroymson |
| deb.mcmeen@bakerd.com | Henry.efroymson@icemiller.com |

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Citizens Gas & Coke Utility | DISA Industries, Inc. |
| Michael McGauhey | Randall A. Miller |
| 2950 Prospect Street | 80 Kendall Point Drive |
| Indianapolis, IN 46203 | Oswego, IL 60543 |

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

Dennis Maude
1623 Willistead Pl
Fort Wayne, IN 46845
260-908-3930 Cell Phone
dennis1623@juno.com email

Statement of Account for Auburn Foundry

| Date | Hours | Cummulative Hours | Explanation |
|---|---|---|---|
| Dec | | | |
| 1/13/2006 | 2.00 | 2.00 | Correspondence with trustee on various issues, materials for Empire Refractory preference |
| 1/13/2006 | 3.00 | 5.00 | Marshalling of materials for Citizens Gas preference claim |
| 1/13/2006 | 1.00 | 6.00 | Issues regarding storage of old records, tax returns and personnel records |
| 1/20/2006 | 2.00 | 8.00 | Marshalling of materials for Citizens Gas preference claim |
| 1/23/2006 | 0.50 | 8.50 | Phone discussion with Rebecca re taxes, W-2's, records, etc. |
| 1/26/2006 | 2.00 | 10.50 | Hearing for creditors at bankruptcy court including gathering of materials to take to hearing and travel |
| 2/8/2006 | 1.50 | 12.00 | Work on W-2's |
| 2/9/2006 | 0.75 | 12.75 | Work on W-2's |
| 2/9/2006 | 0.25 | 13.00 | Work on W-2's |
| 2/10/2006 | 0.25 | 13.25 | W-2 Issues |
| 2/13/2006 | 2.00 | 15.25 | Go to Auburn pick up W-2's, take to MTA, wait for test printing, return |
| 2/14/2006 | 1.50 | 16.75 | Go to Auburn pick up completed W-2's, purchase postage, gather other materials for W-2 |
| 2/15/2006 | 1.00 | 17.75 | Equivalent time for separating, stuffing and mailing of W-2's |
| 2/22/2006 | 0.50 | 18.25 | Gather details for W-2 files for hourly employees - discuss with MTA, discuss with Aschelman, emails to Roberta |
| 2/22/2006 | 1.50 | 19.75 | Go to Auburn get disk, return to Ft Wayne, prepare documents for mailing to accountant and lawyer, and mail |
| 2/23/2006 | 0.50 | 20.25 | Response to GM suit issues; review of response from B&D |
| 2/24/2006 | 0.50 | 20.75 | Arrange for pick up of postage meter at Auburn; be there for pick up. |

$100.00 Billing Rate per hour

$2,075.00 Amount owing through February 25, 2006


Exhibit "A"

Dennis Maude
1623 Willistead Pl
Fort Wayne, IN 46845
260-908-3930 Cell Phone
dennis1623@juno.com email

## Statement of Account for Auburn Foundry

| Date | Hours | Cummulative Hours | Explanation |
|---|---|---|---|
| 2/27/2006 | 0.25 | 0.25 | Call with accountant for trustee regarding W-2's and copies for filing |
| 3/1/2006 | 0.25 | 0.50 | Discussion with MTA and Fisher regarding lease and computers with IBM |
| 3/1/2006 | 0.25 | 0.75 | Review rent letter and follow up on files still not boxed; discussion with Jonathan re deposition for Citizens Gas |
| 3/2/2006 | 0.25 | 1.00 | Email on storage of records |
| 3/6/2006 | 0.25 | 1.25 | Follow up on the storage of records |
| 3/9/2006 | 3.50 | 4.75 | Clean out of records from offices; pick up boxes for storage of records |
| 3/10/2006 | 2.00 | 6.75 | Clean out of records and boxing thereof |
| 3/13/2006 | 2.50 | 9.25 | Clean out of records and boxing thereof |
| 3/14/2006 | 1.50 | 10.75 | Clean out of records and boxing thereof |
| 3/20/2006 | 0.25 | 11.00 | Sale of IBM equipment |
| 3/21/2006 | 0.50 | 11.50 | Follow up on IBM equipment, email to attorneys |
| 3/22/2006 | 0.25 | 11.75 | Follow up for employee on W-2 - employee change of address |
| 3/24/2006 | 0.25 | 12.00 | Follow up on IBM equipment, email to MTA |
| 3/28/2006 | 0.25 | 12.25 | Emails regarding IBM equipment |
| 3/29/2006 | 0.25 | 12.50 | Discussion with MTA on IBM equipment |
| 3/30/2006 | 1.50 | 14.00 | Meeting with attorneys in preparation for deposition on Citizens Gas preference |
| 4/11/2006 | 3.00 | 17.00 | Deposition on Citizens Gas preference |
| 4/14/2006 | 0.25 | 17.25 | Discussion with Albright regarding latest request from Citizens Gas |

$100.00 Billing Rate per hour

$1,725.00 Amount owing through February 25, 2006

**Dennis Maude**
1623 Willistead Pl.
Fort Wayne, IN 46845
260-908-3930 Cell
Dennis1623@juno.com **email**

April 17, 2006

Laderer & Fisher P.C.
Attorneys at Law
112 West Jefferson Blvd.
Suite 310
South Bend, IN 46601-1909

     Attn: Roberta

## Statement of Account

| | |
|---|---|
| Storage boxes for records | $ 25.42 |
| Parking for meeting with Mark Warsco | 2.25 |
| Total expenses | $ 27.67 |