IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | Chapter 7 |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | BK Case No. 04-10427 |
| Debtor. | ) | |

### INTERIM APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES OF ROTHBERG LOGAN & WARSCO LLP, SPECIAL COUNSEL FOR THE TRUSTEE

The application of Rothberg Logan & Warsco LLP, ("RLW"), a limited liability partnership, by Mark A. Warsco, respectfully represents:

1.      RLW provides the following narrative summary in conjunction with the Guideline provided by the United States Trustee:

a)      Background.   A voluntary petition for relief under Chapter 11 of the Bankruptcy Code was filed on February 8, 2004 (the "Petition Date") by Auburn Foundry, Inc. (the "Debtor").  The case was converted to a Chapter 7 on October 11, 2005.  An Application to Employ and Rothberg Logan & Warsco LLP as Special Counsel for the Trustee, Rebecca Hoyt Fischer to pursue certain avoidance actions was filed on October 27, 2005, which application was granted by this Court by an Order on October 28, 2005.  RLW is still owed $9,567.70 for its representation of the Debtor-in-Possession during the Chapter 11 case.  RLW was to be compensated pursuant to the following hourly rates, which hourly rates are consistent with the rates charged non-bankruptcy clients for similar services:

i)  Two Hundred Sixty-Five and no/100 Dollars ($265.00) per hour for the services of Mark A. Warsco, which rate has increased Ten and no/100 Dollars ($10.00) over the course of this case;

ii)  One Hundred Seventy-Five and no/100 Dollar ($175.00) per hour for the services of Jonathon R. Albright;

iii)  One Hundred Thirty and no/100 Dollars ($130.00) per hour for the services of Dustin L. Plummer;

iv)  One Hundred Twenty-Five and no/100 Dollars ($120.00) per hour for the services of Beth A. Shanebrook, which rate has increased Five and no/100 Dollars ($5.00) over the course of this case;

v)  Twenty cents ($0.20) per page for photocopies;

vi)  Two and 00/100 Dollars ($2.00) for faxes;

vii)  Actual and necessary expenses for postage and mileage.

2.  In representing the Trustee, RLW has rendered the usual and ordinary services in representing the Trustee in certain adversary proceedings with respect to those avoidance actions, including, but not limited to, reviewing the underlying documents provided by the Debtor and lead counsel, counseling of the Debtor with respect to the certain avoidance actions, telephone conferences with various defense counsel, attendance at various meetings, preparation of Complaints and motions related to the avoidance actions:  Detailed time entries relating thereto is attached as Exhibit "A", attached hereto and incorporated by reference and made a part hereof.  Based upon the amount of time involved and the nature of the services rendered from October 12, 2005 through February 17, 2006, RLW is seeking certain compensation in the sum of Thirteen

2

Thousand Five Hundred Eighty-Eight and 00/100 Dollars ($13,588.00) in fees, plus cost advances in the amount of One Thousand Nine Hundred Twenty-Seven and 86/100 Dollars ($1,927.86).

3.    <u>Case Status</u>.    The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004.  On October 11, 2005 this case was converted to a Chapter 7.  With respect to Empire Refractory Sales, Inc., this matter was been settled in the amount of $17,750.00.

WHEREFORE, RLW prays that this Court approve its attorneys' fees in the amount of Thirteen Thousand Five Hundred Eighty-Eight and 00/100 Dollars ($13,588.00) plus cost advances in the amount of One Thousand Nine Hundred Twenty-Seven and 86/100 Dollars ($1,927.86) for services rendered from October 12, 2005 through February 17, 2006 as a Chapter 7 administrative claim, and authorize payment of the unpaid balance of Fifteen Thousand Five-Hundred Fifteen and 86/100 Dollars ($15,515.86) which has not been paid.

Respectfully Submitted,

**ROTHBERG LOGAN & WARSCO LLP**

/s/ Mark A. Warsco
Mark A. Warsco (1626-02)
2100 National City Center
110 West Berry Street
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 422-9454
Special Counsel for Trustee

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 31st day of May, 2006:

John R. Burns (JF)
jacklyn.faulkner@bakerd.com

John R. Burns (SR)
skrhoads@bakerd.com

Mark A. Werling (TW)
tlwiley@bakerd.com

Ellen L. Triebold
Ellen.L.Triebold@usdoj.gov

Henry A. Efroymson
Henry.efroymson@icemiller.com

Josef S. Athanas
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

Robert B. Weiss
Tricia A. Sherick
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Jerald I. Ancel
Sommer & Barnard, PC
111Monument Square, Suite 4000
Indianapolis, IN  46204-5198

Nancy J. Gargula
United States Trustee's Office
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, IN  46601

Grant F. Shipley
Shipley & Associates
gfs@gshipley.com

Lawrence S. Crowther
Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., Suite 200
Cleveland, OH 44131

Richard J. Swanson
Macey Swanson and Allman
rswanson@maceylaw.com

Stephen E. Lewis
Haller & Colvin, P.C.
slewis@hallercolvin.com

Stephen L. Fink
Barnes & Thornburg
sfink@btlaw.com

Becket & Lee, LLP
P.O. Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Gary D. Boyn
gboyn@warrickandboyn.com

Brian J. Lange
Schenkel, Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, Indiana 46802

Brad Rogers
rogers.brad@pbgc.gov

W. Erik Weber
Mefford and Weber, P.C.
Erik@lawmw.com

Robert E. Kabisch
Hunt Suedhoff Kalamaros, LLP
803 S. Calhoun Street, 9th Floor
Fort Wayne, IN  46858-1489

Patrick L. Proctor
Eilbacher Fletcher LLP
803 South Calhoun Street, Ste. 400
Fort Wayne, IN 46802

Rebecca Hoyt Fischer
Laderer & Fischer, P.C.
112 W. Jefferson Blvd., Suite 310
South Bend, Indiana 46601

/s/ Mark A. Warsco
Mark A. Warsco