ROTHBERG LOGAN & WARSCO LLP
ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
11/30/2005

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND IN 46601

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 73411

AUBURN FOUNDRY, INC.



FEES

| | | | RATE | HOURS | |
|---|---|---|---|---|---|
| 10/12/2005 | | | | | |
| | JRA | REVIEW DRAFT OF JOINT PRE-TRIAL ORDER FROM DEFENDANT'S COUNSEL; REVISE SAME TO INCLUDE PLAINTIFF'S CONTENTIONS. | 145.00 | 2.00 | 290.00 |
| | JRA | DRAFT E-MAIL TO BOB KABISCH ATTACHING PLAINTIFF'S ANSWERS TO INTERROGATORIES; REVIEW OPEN ISSUES PERTAINING TO LETTER EXTENDING DELIVERY OF PAYMENT. | 145.00 | 0.50 | 72.50 |
| 10/13/2005 | | | | | |
| | MAW | TELEPHONE CONFERENCE WITH DENNIS MAUDE RE: CONVERSION, MEDIATION AND NAMES OF POSSIBLE EXPERTS; VOICE MAIL BECKY FISHER; VOICE MAIL BOB KABISCH RE: CONVERSION; VOICE MAIL DAVE BOYER.. | 245.00 | 0.60 | 147.00 |
| | MAW | TELEPHONE CONFERENCE WITH BECKY FISHER RE: ISSUES TO ADDRESS STATUS OF TWO CASES; CONFERENCE WITH SECRETARY RE: PREPARATION OF DOCUMENTS; TELEPHONE CONFERENCE WITH MICK STORY. | 245.00 | 0.60 | 147.00 |
| 10/14/2005 | | | | | |
| | MAW | REVIEW AND REVISE DRAFT OF PRE-TRIAL ORDER; CONFERENCE WITH JON ALBRIGHT RE: SAME. | 245.00 | 1.00 | 245.00 |
| | MAW | REVIEW MOTION TO EXTEND DEADLINES; | | | |

EXHIBIT A

REBECCA HOYT FISCHER, TRUSTEE

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 73411

AUBURN FOUNDRY, INC.

| | | | RATE | HOURS | |
|---|---|---|---|---|---|
| | | CONFERENCE WITH SECRETARY RE: MOTION TO SUBSTITUTE TRUSTEE. | 245.00 | 0.40 | 98.00 |
| 10/17/2005 | | | | | |
| | MAW | TELEPHONE CONFERENCE WITH BOB KABISCH RE: MEDIATION. | 245.00 | 0.20 | 49.00 |
| | MAW | CONFERENCE WITH JON ALBRIGHT RE: STATUS, MOTION TO SUBSTITUTE, EXTEND DEADLINES, ETC. | 245.00 | 0.20 | 49.00 |
| | JRA | TELEPHONE CONFERENCE WITH BOB KABISCH RE: RESCHEDULING OF MEDIATION TO ALLOW TRUSTEE TIME TO REVIEW FILE. | 145.00 | 0.30 | 43.50 |
| | JRA | REVISE MOTION TO SUBSTITUTE PARTY AND PLAINTIFF AND TO AMEND CAPTION, MOTION TO VACATE DEADLINES, APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS, ROTHBERG LOGAN AND WARSCO AND AFFIDAVIT IN ADVERSARY PROCEEDINGS; REVISE PRE-TRIAL ORDER IN ADVERSARY 05-01059. | 145.00 | 2.50 | 362.50 |
| 10/18/2005 | | | | | |
| | MAW | REVIEW AND REVISE DRAFT OF APPLICATION TO EMPLOY AS SPECIAL COUNSEL. | 245.00 | 0.50 | 122.50 |
| | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: CONFIRMATION OF NEW VALUE DEFENSE, CONFIRMATION OF STIPULATIONS LISTED IN PRE-TRIAL AND INQUIRY INTO WITNESSES. | 145.00 | 0.30 | 43.50 |
| 10/21/2005 | | | | | |
| | MAW | E-MAIL FROM MICK STORY; PREPARE | | | |

REBECCA HOYT FISCHER, TRUSTEE

AUBURN FOUNDRY, INC.

11/30/2005

**ACCOUNT NO:** 6854N-00001M

**INVOICE NO.** 73411

| DATE | TIMEKEEPER | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | REPLY RE: STATUS. | 245.00 | 0.20 | 49.00 |
| 10/25/2005 | MAW | REVIEW FEE REPORT RE: FEE APPLICATION; REVIEW DOCKET RE: DATE OF CONVERSION. | 245.00 | 0.40 | 98.00 |
| 11/02/2005 | JRA | TELEPHONE CONFERENCE WITH TRUSTEE FISCHER RE: AVAILABILITY FOR MEDIATION; TELEPHONE CONFERENCE WITH BOB KABISCH RE; SCHEDULING MEDIATION. | 145.00 | 0.50 | 72.50 |
| 11/04/2005 | JRA | TELEPHONE CONFERENCE WITH R.D. BOYER AND BOB KABISCH RE: SCHEDULING MEDIATION IN EMPIRE REFRACTOR SALES ADVERSARY; E-MAIL TO TRUSTEE FISCHER RE: SCHEDULING MEDIATION. | 145.00 | 0.50 | 72.50 |
| 11/09/2005 | MAW | TELEPHONE CONFERENCE WITH MICK STORY RE: COURT SCHEDULED HEARING. | 245.00 | 0.20 | 49.00 |
| 11/29/2005 | JRA | REVIEW OPEN ISSUES PERTAINING TO PREFERENTIAL TRANSFERS. | 145.00 | 2.00 | 290.00 |
| | | TOTAL FEES THIS INVOICE | | 12.90 | 2,300.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| WARSCO, MARK A. | 4.30 | $245.00 | $1,053.50 |
| ALBRIGHT, JONATHON R. | 8.60 | 145.00 | 1,247.00 |

11/30/2005

REBECCA HOYT FISCHER, TRUSTEE

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 73411

AUBURN FOUNDRY, INC.

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/10/2005 | 2398 Photocopies (@ $.20 each) | 479.60 |
| 11/10/2005 | 138 Photocopies (@ $.20 each) | 27.60 |
| 11/29/2005 | 6 Photocopies (@ $.20 each) | 1.20 |
| | XEROXING EXPENSE | 508.40 |
| | TOTAL EXPENSES THRU 11/30/2005 | 508.40 |
| | **TOTAL CURRENT INVOICE** | 2,808.90 |
| | **TOTAL BALANCE DUE THIS INVOICE** | $2,808.90 |

0016

ACCOUNTS ARE DUE UPON RECEIPT

ROTHBERG LOGAN & WARSCO LLP
ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
12/31/2005

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND IN 46601

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 73789

AUBURN FOUNDRY, INC.

COPY

PREVIOUS BALANCE $2,808.90

FEES

| Date | | Description | RATE | HOURS | |
|---|---|---|---|---|---|
| 12/01/2005 | JRA | REVIEW OPEN ISSUES RE: ORDINARY COURSE OF BUSINESS DEFENSE TO PREFERENTIAL TRANSFER. | 145.00 | 2.20 | 319.00 |
| 12/02/2005 | JRA | LEGAL RESEARCH RE: OPEN ISSUES PERTAINING TO LATE PAYMENTS FOR PURPOSES OF ORDINARY COURSE OF BUSINESS DEFENSE. | 145.00 | 1.30 | 188.50 |
| 12/05/2005 | JRA | REVIEW OPEN ISSUES PERTAINING TO ORDINARY COURSE OF BUSINESS DEFENSE. | 145.00 | 1.30 | 188.50 |
| 12/06/2005 | JRA | REVIEW OPEN ISSUES RE: ORDINARY COURSE OF BUSINESS DEFENSE; REVISE CONFIDENTIAL STATEMENT TO MEDIATOR. | 145.00 | 0.70 | 101.50 |
| 12/07/2005 | MAW | ATTEND HEARING RE: MOTION TO SUBSTITUTE TRUSTEE AND RESET DEADLINES. | 245.00 | 0.50 | 122.50 |
| 12/08/2005 | JRA | REVIEW OPEN ISSUE RE: DEFENDANT'S | | | |

REBECCA HOYT FISCHER, TRUSTEE

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 73789

AUBURN FOUNDRY, INC.

| | | | RATE | HOURS | |
|---|---|---|---|---|---|
| | | DISCOVERY REQUESTS. | 145.00 | 2.90 | 420.50 |
| 12/09/2005 | | | | | |
| | MAW | VOICE MAIL FROM BOB KABISCH; RETURN VOICE MAIL. | 245.00 | 0.20 | 49.00 |
| | JRA | REVISE CONFIDENTIAL STATEMENT TO MEDIATOR; REVIEW OPEN ISSUES RE: NEW VALUE DEFENSE; DRAFT E-MAIL TO TRUSTEE; ATTACH DRAFT OF CONFIDENTIAL STATEMENT; TELEPHONE CONFERENCE WITH BOB KABISCH RE: MEDIATION. | 145.00 | 2.90 | 420.50 |
| | JRA | DRAFT LETTER TO D. MAUDE ENCLOSING DEFENDANT'S DISCOVERY REQUESTS. | 145.00 | 0.30 | 43.50 |
| 12/12/2005 | | | | | |
| | JRA | REVISE CONFIDENTIAL STATEMENT; REVIEW OPEN ISSUES RE: ORDINARY COURSE OF BUSINESS DEFENSE. | 145.00 | 1.20 | 174.00 |
| | JRA | TELEPHONE CONFERENCE WITH TRUSTEE FISCHER RE: MEDIATION. | 145.00 | 0.20 | 29.00 |
| | JRA | TELEPHONE CONFERENCE WITH BOB KABISCH RE: UPCOMING MEDIATION. | 145.00 | 0.20 | 29.00 |
| 12/13/2005 | | | | | |
| | MAW | TELEPHONE CONFERENCE WITH BOB KABISH RE: HIS CLIENT NOT BEING HERE. | 245.00 | 0.30 | 73.50 |
| | MAW | TELEPHONE CONFERENCE WITH BECKY FISHER RE: MEDIATION AND SETTLEMENT AUTHORITY. | 245.00 | 0.20 | 49.00 |
| | MAW | REVIEW AND APPROVE SETTLEMENT DEMAND; LETTER TO BOB KABISCH. | 245.00 | 0.20 | 49.00 |
| | JRA | DRAFT SETTLEMENT LETTER TO BOB KABISCH; TELEPHONE CONFERENCE WITH | | | |

REBECCA HOYT FISCHER, TRUSTEE

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 73789

AUBURN FOUNDRY, INC.

| | | | RATE | HOURS | |
|---|---|---|---|---|---|
| | | MARK WARSCO AND B. FISCHER RE: UPCOMING MEDIATION. | 145.00 | 1.00 | 145.00 |
| 12/20/2005 | | | | | |
| | JRA | TELEPHONE CONFERENCE WITH B. FISCHER RE: SETTLEMENT; TELEPHONE CONFERENCE WITH BOB KABISCH RE: SETTLEMENT. | 145.00 | 0.60 | 87.00 |
| | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: CITIZEN'S DISCOVERY REQUESTS. | 145.00 | 0.30 | 43.50 |
| 12/22/2005 | | | | | |
| | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: ADMISSIONS-COMPENSATION. | 145.00 | 0.20 | 29.00 |
| 12/23/2005 | | | | | |
| | MAW | TELEPHONE CONFERENCE WITH JON ALBRIGHT RE: MEDIATION. | 245.00 | 0.30 | 73.50 |
| | MAW | REVIEW FILE RE: PREPARATION FOR MEDIATION. | 245.00 | 1.00 | 245.00 |
| | MAW | ATTEND MEDIATION. | 245.00 | 2.50 | 612.50 |
| | MAW | TELEPHONE CONFERENCE WITH BRENT SMILEY RE: INCORPORATION. | 245.00 | 0.20 | 49.00 |
| 12/27/2005 | | | | | |
| | MAW | CONFERENCE WITH JON ALBRIGHT RE: EMPIRE MEDIATION AND CITIZEN GAS DISCOVERY RESPONSES. | 245.00 | 0.40 | 98.00 |
| | JRA | REVIEW OPEN ISSUE RE: INTERROGATORIES TO THE TRUSTEE; DRAFT RESPONSES TO THE REQUEST FOR ADMISSIONS. | 145.00 | 2.70 | 391.50 |
| 12/28/2005 | | | | | |
| | JRA | REVISE RESPONSE TO REQUEST FOR | | | |

REBECCA HOYT FISCHER, TRUSTEE

12/31/2005

**ACCOUNT NO:** 6854N-00001M

**INVOICE NO.** 73789

AUBURN FOUNDRY, INC.

| DATE | TIMEKEEPER | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | ADMISSIONS; DRAFT ANSWERS TO INTERROGATORIES; TELEPHONE CONFERENCE WITH MICK STORY RE: DISCOVERY RESPONSES; TELEPHONE CONFERENCE WITH B. FISCHER RE: RESPONSE TO REQUEST FOR ADMISSIONS. | 145.00 | 2.50 | 362.50 |
| 12/29/2005 | JRA | REVIEW OPEN ISSUES RE: ORDINARY COURSE OF BUSINESS DEFENSE. | 145.00 | 2.60 | 377.00 |
| | | TOTAL FEES THIS INVOICE | | 28.90 | 4,770.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| WARSCO, MARK A. | 5.80 | $245.00 | $1,421.00 |
| ALBRIGHT, JONATHON R. | 23.10 | 145.00 | 3,349.50 |

EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02/2005 | 14 Photocopies (@ $.20 each) | 2.80 |
| 12/05/2005 | 14 Photocopies (@ $.20 each) | 2.80 |
| 12/08/2005 | 2 Photocopies (@ $.20 each) | 0.40 |
| 12/08/2005 | 23 Photocopies (@ $.20 each) | 4.60 |
| 12/09/2005 | 7 Photocopies (@ $.20 each) | 1.40 |
| 12/12/2005 | 4 Photocopies (@ $.20 each) | 0.80 |
| 12/29/2005 | 7 Photocopies (@ $.20 each) | 1.40 |
| | XEROXING EXPENSE | 14.20 |
| 12/13/2005 | FAX CHARGES | 2.00 |
| 12/29/2005 | FAX CHARGES | 2.50 |
| | FAX CHARGES | 4.50 |
| 12/01/2005 | COMPUTERIZED LEGAL RESEARCH | 35.54 |

REBECCA HOYT FISCHER, TRUSTEE

12/31/2005

**ACCOUNT NO:** 6854N-00001M

**INVOICE NO.** 73789

AUBURN FOUNDRY, INC.

| | |
|---|---|
| COMPUTERIZED LEGAL RESEARCH | 35.54 |
| TOTAL EXPENSES THRU 12/31/2005 | 54.24 |
| **TOTAL CURRENT INVOICE** | 4,824.74 |
| **TOTAL BALANCE DUE THIS INVOICE** | $7,633.64 |



ACCOUNTS ARE DUE UPON RECEIPT

ROTHBERG LOGAN & WARSCO LLP
ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
01/31/2006
**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 74219

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND IN 46601

AUBURN FOUNDRY, INC.

COPY

PREVIOUS BALANCE $7,633.64

FEES

| Date | | Description | RATE | HOURS | |
|---|---|---|---|---|---|
| 01/04/2006 | JRA | REVIEW OPEN ISSUES RE: INTERROGATORY RESPONSES. | 155.00 | 0.80 | 124.00 |
| 01/05/2006 | JRA | DRAFT ANSWERS TO INTERROGATORIES; REVIEW OPEN ISSUES RE: INTERROGATORIES. | 155.00 | 4.90 | 759.50 |
| 01/06/2006 | JRA | REVISE RESPONSES TO INTERROGATORIES; REVIEW OPEN ISSUES TO PRODUCTION OF DOCUMENTS; DRAFT SECOND SET OF INTERROGATORIES TO DEFENDANT; TELEPHONE CONFERENCE WITH DENNIS MAUDE RE: RESPONSES TO INTERROGATORIES. | 155.00 | 3.50 | 542.50 |
| 01/13/2006 | JRA | CONFERENCE WITH D. MAUDE. | 155.00 | 0.70 | 108.50 |
| 01/16/2006 | JRA | DRAFT RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES. | 155.00 | 3.20 | 496.00 |
| 01/17/2006 | JRA | REVISE RESPONSES TO INTERROGATORIES, SECOND SET OF | | | |

REBECCA HOYT FISCHER, TRUSTEE

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 74219

AUBURN FOUNDRY, INC.

| Date | Atty | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|
| | | INTERROGATORIES AND REQUEST FOR PRODUCTION. | 155.00 | 0.60 | 93.00 |
| 01/18/2006 | JRA | DRAFT RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION. | 155.00 | 2.10 | 325.50 |
| 01/19/2006 | JRA | DRAFT E-MAIL TO D. MAUDE RE: PRODUCTION OF DOCUMENTS. | 155.00 | 0.20 | 31.00 |
| 01/20/2006 | JRA | CONFERENCE WITH D. MAUDE RE: REQUEST FOR PRODUCTION. | 155.00 | 0.50 | 77.50 |
| | JRA | REVISE SECOND SET OF DISCOVERY REQUESTS; DRAFT LETTER TO MICK STORY ENCLOSING DISCOVERY REQUESTS. | 155.00 | 0.50 | 77.50 |
| | MAW | REVIEW CITIZEN'S DISCOVERY REQUEST. | 260.00 | 0.30 | 78.00 |
| | MAW | CONFERENCE WITH DENNIS MAUDE AND JON ALBRIGHT RE: OUR RESPONSE TO THEIR DISCOVERY REQUEST. | 260.00 | 0.50 | 130.00 |
| 01/23/2006 | JRA | REVIEW OPEN ISSUES RE: PRODUCTION OF DOCUMENTS RESPONSE. | 155.00 | 1.40 | 217.00 |
| 01/24/2006 | JRA | REVIEW OPEN ISSUES RE: PRODUCTION OF DOCUMENTS; REVISE RESPONSES TO INTERROGATORIES. | 155.00 | 5.70 | 883.50 |
| 01/25/2006 | JRA | REVIEW OPEN ISSUES RE: PRODUCTION OF DOCUMENTS; REVISE RESPONSES TO INTERROGATORIES. | 155.00 | 2.20 | 341.00 |

REBECCA HOYT FISCHER, TRUSTEE

01/31/2006

**ACCOUNT NO:** 6854N-00001M

**INVOICE NO.** 74219

AUBURN FOUNDRY, INC.

| Date | Timekeeper | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|
| 01/26/2006 | | | | | |
| | JRA | REVISE RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION. | 155.00 | 1.70 | 263.50 |
| 01/27/2006 | | | | | |
| | JRA | REVISE RESPONSES TO REQUEST FOR PRODUCTION AND INTERROGATORIES. | 155.00 | 2.60 | 403.00 |
| | JRA | DRAFT E-MAIL TO TRUSTEE ENCLOSING DISCOVERY RESPONSES. | 155.00 | 0.20 | 31.00 |
| | MAW | REVIEW DRAFT OF DISCOVERY RESPONSE. | 260.00 | 1.00 | 260.00 |
| 01/30/2006 | | | | | |
| | JRA | REVIEW OPEN ISSUES RE: RESPONSES TO DISCOVERY REQUESTS; DRAFT E-MAIL TO TRUSTEE. | 155.00 | 0.50 | 77.50 |
| 01/31/2006 | | | | | |
| | MAW | TELEPHONE CONFERENCE WITH BOB KABISCH RE: SETTLEMENT OFFER; CONFERENCE WITH JOHN; MESSAGE BECKY FISHER. | 260.00 | 0.40 | 104.00 |
| | MAW | TELEPHONE CONFERENCE WITH BECKY FISHER RE: EMPIRE OFFER. | 260.00 | 0.30 | 78.00 |
| | MAW | PREPARE MOTION TO COMPROMISE AND NOTICE RE; SETTLEMENT WITH EMPIRE. | 260.00 | 0.50 | 130.00 |
| | | TOTAL FEES THIS INVOICE | | 34.30 | 5,631.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| WARSCO, MARK A. | 3.00 | $260.00 | $780.00 |
| ALBRIGHT, JONATHON R. | 31.30 | 155.00 | 4,851.50 |

REBECCA HOYT FISCHER, TRUSTEE

01/31/2006

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 74219

AUBURN FOUNDRY, INC.

EXPENSES

| | | |
|---|---|---|
| 01/17/2006 | 4 Photocopies (@ $.20 each) | 0.80 |
| 01/17/2006 | 28 Photocopies (@ $.20 each) | 5.60 |
| 01/17/2006 | 30 Photocopies (@ $.20 each) | 6.00 |
| 01/17/2006 | 50 Photocopies (@ $.20 each) | 10.00 |
| 01/17/2006 | 13 Photocopies (@ $.20 each) | 2.60 |
| 01/17/2006 | 42 Photocopies (@ $.20 each) | 8.40 |
| 01/17/2006 | 66 Photocopies (@ $.20 each) | 13.20 |
| 01/17/2006 | 14 Photocopies (@ $.20 each) | 2.80 |
| 01/17/2006 | 4 Photocopies (@ $.20 each) | 0.80 |
| 01/30/2006 | 1 Photocopies (@ $.20 each) | 0.20 |
| 01/30/2006 | 4 Photocopies (@ $.20 each) | 0.80 |
| 01/30/2006 | 46 Photocopies (@ $.20 each) | 9.20 |
| | XEROXING EXPENSE | 60.40 |
| 01/05/2006 | COMPUTERIZED LEGAL RESEARCH | 0.82 |
| | COMPUTERIZED LEGAL RESEARCH | 0.82 |
| | TOTAL EXPENSES THRU 01/31/2006 | 61.22 |
| | **TOTAL CURRENT INVOICE** | 5,692.72 |
| | **TOTAL BALANCE DUE THIS INVOICE** | $13,326.36 |

0016

ACCOUNTS ARE DUE UPON RECEIPT

ROTHBERG LOGAN & WARSCO LLP
ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
02/28/2006

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND IN 46601

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 74664

AUBURN FOUNDRY, INC.




PREVIOUS BALANCE $13,326.36

FEES

| Date | Atty | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|
| 02/01/2006 | MAW | REVIEW AND REVISE MOTION; VOICE MAIL TO BOB KABISH. | 260.00 | 0.30 | 78.00 |
| 02/02/2006 | MAW | TELEPHONE CONFERENCE WITH BOB KABISCH RE: SETTLEMENT CHECK IN FIFTEEN DAYS AND WHO TO PAY IT TO. | 260.00 | 0.20 | 52.00 |
| 02/07/2006 | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: GH OFFSET; DRAFT MEMO TO MARK WARSCO RE: SAME; REVIEW AGREEMENT AND MOTION TO APPROVE. | 155.00 | 1.30 | 201.50 |
| | MAW | VOICE MESSAGE AND TELEPHONE CONFERENCE WITH DAVID HARTER. | 260.00 | 0.20 | 52.00 |
| | MAW | REVIEW MATERIALS RE: GM ISSUE. | 260.00 | 0.30 | 78.00 |
| 02/09/2006 | JRA | REVIEW BANKRUPTCY DOCKET RE: GM SETOFF; DRAFT MEMO AND E-MAIL TO B. FISCHER RE: SAME. | 155.00 | 2.10 | 325.50 |
| 02/17/2006 | MAW | REVIEW MEMO FROM JON ALBRIGHT. | 260.00 | 0.20 | 52.00 |
| | JRA | TELEPHONE CONFERENCE WITH MICK STORY RE: DISCOVERY. | 155.00 | 0.30 | 46.50 |
| | | TOTAL FEES THIS INVOICE | | 4.90 | 885.50 |

REBECCA HOYT FISCHER, TRUSTEE

02/28/2006

**ACCOUNT NO:** 6854N-00001M

**INVOICE NO.** 74664

AUBURN FOUNDRY, INC.

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| WARSCO, MARK A. | 1.20 | $260.00 | $312.00 |
| ALBRIGHT, JONATHON R. | 3.70 | 155.00 | 573.50 |

EXPENSES

| | | |
|---|---|---|
| 01/20/2006 | 11 Photocopies (@ $.20 each) | 2.20 |
| 01/25/2006 | 89 Photocopies (@ $.20 each) | 17.80 |
| 01/25/2006 | 5 Photocopies (@ $.20 each) | 1.00 |
| 01/25/2006 | 66 Photocopies (@ $.20 each) | 13.20 |
| 01/25/2006 | 47 Photocopies (@ $.20 each) | 9.40 |
| 01/25/2006 | 12 Photocopies (@ $.20 each) | 2.40 |
| 01/25/2006 | 407 Photocopies (@ $.20 each) | 81.40 |
| 01/25/2006 | 140 Photocopies (@ $.20 each) | 28.00 |
| 01/26/2006 | 142 Photocopies (@ $.20 each) | 28.40 |
| 01/26/2006 | 444 Photocopies (@ $.20 each) | 88.80 |
| 01/26/2006 | 142 Photocopies (@ $.20 each) | 28.40 |
| 01/26/2006 | 288 Photocopies (@ $.20 each) | 57.60 |
| 01/26/2006 | 56 Photocopies (@ $.20 each) | 11.20 |
| 01/26/2006 | 56 Photocopies (@ $.20 each) | 11.20 |
| 01/26/2006 | 422 Photocopies (@ $.20 each) | 84.40 |
| 01/26/2006 | 200 Photocopies (@ $.20 each) | 40.00 |
| 01/26/2006 | 74 Photocopies (@ $.20 each) | 14.80 |
| 01/26/2006 | 87 Photocopies (@ $.20 each) | 17.40 |
| 01/26/2006 | 157 Photocopies (@ $.20 each) | 31.40 |
| 01/26/2006 | 108 Photocopies (@ $.20 each) | 21.60 |
| 01/26/2006 | 157 Photocopies (@ $.20 each) | 31.40 |
| 01/26/2006 | 2 Photocopies (@ $.20 each) | 0.40 |
| 01/26/2006 | 35 Photocopies (@ $.20 each) | 7.00 |
| 01/26/2006 | 149 Photocopies (@ $.20 each) | 29.80 |
| 01/26/2006 | 180 Photocopies (@ $.20 each) | 36.00 |
| 01/26/2006 | 77 Photocopies (@ $.20 each) | 15.40 |
| 01/26/2006 | 105 Photocopies (@ $.20 each) | 21.00 |
| 01/27/2006 | 45 Photocopies (@ $.20 each) | 9.00 |

REBECCA HOYT FISCHER, TRUSTEE

02/28/2006

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 74664

AUBURN FOUNDRY, INC.

| | | |
|---|---|---|
| 01/27/2006 | 383 Photocopies (@ $.20 each) | 76.60 |
| 02/03/2006 | 2432 Photocopies (@ $.20 each) | 486.40 |
| 02/17/2006 | 2 Photocopies (@ $.20 each) | 0.40 |
| | XEROXING EXPENSE | 1,304.00 |
| | TOTAL EXPENSES THRU 02/28/2006 | 1,304.00 |
| | **TOTAL CURRENT INVOICE** | 2,189.50 |
| | **TOTAL BALANCE DUE THIS INVOICE** | $15,515.86 |



ACCOUNTS ARE DUE UPON RECEIPT