

**HOT CREWS, INC**
4419 Ardmore Ave.
Fort Wayne, IN 46809
Phone: (260) 420-2739
Fax: (260) 423-6173

04-10427



RECEIVED
JUN 5 2006
CHRISTOPHER M. DeTORO, Clerk
U.S BANKRUPTCY COURT
NORTHERN DIST OF INDIANA

June 2, 2006

United States Bankruptcy Court
Northern District of Indiana
P.O. Box 2547
Fort Wayne, In  46801

Re:  Address Change

To Whom It May Concern;

We are writing to you in order to inform you that Hot Crews, Inc., will no longer receive any mail at the Post Office Box that we have used for the past 16 years. We moved 2 ½ years ago to the Ardmore Avenue Address, and are using this as our mailing address.

Michael M. Davis, will appreciate receiving the informative announcements regarding the Auburn Foundry bankruptcy. Please change the address, so Mike will continue to receive the information.

Thank you for your help and consideration in this matter.


Hot Crews, Inc.