UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | CASE NO.    04-10427 |
| | ) | |
| | ) | |
| Debtor | ) | |

ORDER TO SHOW CAUSE

At Fort Wayne, Indiana, on  June 14, 2006

The Glass, Molders, Pottery, Plastics and Allied Workers International Union and its Local 322 are hereby directed to shall show cause, within twenty-one (21) days of this date, why the amended application for administrative expenses filed on July 22, 2005, is not moot due to the conversion of this case to chapter 7.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court