UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | ) Case No. 04-10427-REG |
| | ) |
| Debtor. | ) |

### UNION'S RESPONSE TO ORDER TO SHOW CAUSE

The Glass, Molders, Pottery, Plastics and Allied Workers International Union, AFL-CIO-CLC and its Local 322 (collectively "Union"), by counsel, for its response to this Court's Order To Show Cause of June 14, 2006 states:

1. Auburn Foundry, Inc. ("Debtor") filed this case under Chapter 11 of the Bankruptcy Code on February 8, 2004.

2. The Union filed a claim for wage and other contractual benefits on June 16, 2004.

3. The Union filed an Application For Allowance of Administrative Claim For Unpaid Vacation Pay and Personal Pay on April 26, 2005.

4. The Union filed on Amended Application For Allowance Of Administrative Claim For Unpaid Vacation Pay, Personal Days and Medical Expenses on July 22, 2005. There was no ruling on this amended application prior to the conversion of the Chapter 11 case.

5. The Debtor's Chapter 11 case was converted to a Chapter 7 proceeding on November 11, 2005.

6. On April 26, 2006, the Union timely filed its claim in the Chapter 7 case and included its Chapter 11 administrative claim as part of its Chapter 7 claim.

7. This Court issued an Order To Show Cause on June 16, 2006 directing the Union

       to show cause why its amended application for administrative expenses filed on July 22, 2005 is not moot due to the conversion of this case.

8.     The Union agrees that its amended application filed in the Chapter 11 case is now moot due to the conversion of this case since, according to the understanding of the Union and the Trustee, the Union's administrative claim in the Chapter 11 case will be reviewed by the Trustee along with the other Chapter 7 claims.

                            Respectfully submitted,

                            **MACEY SWANSON AND ALLMAN**

                            /s/ Richard J. Swanson
                            Richard J. Swanson, Attorney No. 1605-49
                            Attorney for Union

**MACEY SWANSON AND ALLMAN**
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345
rswanson@maceylaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the parties listed in the attached distribution by electronic mail and/or U.S. First-Class Mail, postage prepaid this 22nd day of June, 2006.

| | |
|---|---|
| John R. Burns<br>Mark A. Werling<br>Baker & Daniels<br>111 East Wayne Street<br>Fort Wayne, IN 46802 | Brian Green<br>Shapero Green & Michel, LLC<br>Signature Square II, Suite 220<br>25101 Chagrin Boulevard<br>Cleveland, OH 44122 |
| Nancy J. Gargula<br>U. S. Trustee<br>One Michiana Square<br>5th Floor<br>100 East Wayne Street<br>South Bend, IN 46601 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282 |

                                              /s/ Richard J. Swanson
                                          Richard J. Swanson, Attorney No. 1605-49
                                          Attorney for Union

**MACEY SWANSON AND ALLMAN**
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204-1800
(317) 637-2345