UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                               ) Case No. 04-10427
AUBURN FOUNDRY, INC.,                )
                                     ) Chapter 7 Bankruptcy
Debtor.

ORDER ON AMENDED APPLICATION FOR
ALLOWANCE OF CONSULTANT'S FEES

At Fort Wayne, Indiana on   June 26, 2006.

Rebecca H. Fischer, Trustee, having filed an Amended Application for Allowance of Trustee's Consultant's Fees and the Court being duly advised in the premises, and finding that notice having been given to all parties in interest and no objections having been filed, does now GRANT said Application.

IT IS THEREFORE ORDERED that Dennis Maude is allowed the sum of $3,800.00 for services and $27.67 for expenses as consultant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $3,827.67 to Dennis Maude as of the date of this Order.

SO ORDERED.

                                   /s/ Robert E. Grant
                                   Honorable Robert E. Grant
                                   Judge, U.S. Bankruptcy Court