# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg –reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DOCKET ENTRY

On June 27, 2006 , the following entry was made on the docket in this case:

Docket Entry(related document(s)[739] Amended Application, filed by Glass, Molders, Pottery and Allied Workers International Union) Amended application for administrative claim is MOOT due to conversion. (jll, )

Christopher M. DeToro
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 961 – 739