# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

IN RE:                              ) Case No. 04-10427
**AUBURN FOUNDRY, INC.,**           )
                                    ) Chapter 7 Bankruptcy
**Debtor.**

## ORDER ON AMENDED APPLICATION FOR
## ALLOWANCE OF CONSULTANT'S FEES

At Fort Wayne, Indiana on June 26, 2006.

Rebecca H. Fischer, Trustee, having filed an Amended Application for Allowance of Trustee's Consultant's Fees and the Court being duly advised in the premises, and finding that notice having been given to all parties in interest and no objections having been filed, does now GRANT said Application.

IT IS THEREFORE ORDERED that Dennis Maude is allowed the sum of $3,800.00 for services and $27.67 for expenses as consultant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $3,827.67 to Dennis Maude as of the date of this Order.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　Honorable Robert E. Grant
　　　　　　　　　　　　　　　　　　　Judge, U.S. Bankruptcy Court


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure            Page 1 of 1              Date Rcvd: Jun 26, 2006
Case: 04-10427               Form ID: pdf004          Total Served: 2

The following entities were served by first class mail on Jun 28, 2006.
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
aty         +John R. Burns(DM),   111 East Wayne Street,   Fort Wayne, IN 46802-2600
                                                                                                  TOTAL: 0
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2006**                       **Signature:**    _/s/ Joseph Speetjens_