IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427 |
| Debtor. ) | |

## O R D E R

At Fort Wayne, Indiana, on ___ July 12, 2006. _____

Interim Application for Allowance of Attorneys' Fees of Rothberg Logan & Warsco LLP, having been filed by Rothberg Logan & Warsco LLP, special counsel for the Trustee in the above-captioned bankruptcy proceeding, and the Court being duly advised, and no objections having been filed, said application is hereby approved in the sum of Thirteen Thousand Five Hundred Eighty-Eight and 00/100 Dollars ($13,588.00) in fees and One Thousand Nine Hundred Twenty-Seven and 86/100 Dollars ($1,927.86) in expenses.

SO ORDERED.

/s/ Robert E. Grant
_____
JUDGE, UNITED STATES BANKRUPTCY COURT

*T:\- A\Auburn Foundry, Inc\PLD Attorney Fee Order-Interim Application.doc*