UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Case No. 04-10427 |
| Debtor. ) | |

## MOTION FOR AUTHORITY TO COMPROMISE

COMES NOW the Trustee, Rebecca Hoyt Fischer, by counsel, and in support of her Motion, states as follows:

1. The Trustee initiated Adversary Proceeding No. 05-01059 ("Adversary Proceeding") on March 29, 2005, seeking to avoid a preferential transfer amount of $208,433.50, together with interest from the date of the transfer and costs expended on an avoidance action.

2. The Defendant has asserted an ordinary course of business defense but the case has been submitted to mediation and as a result of mediation reached a tentative settlement subject to final bankruptcy court approval pursuant to which Citizens Gas would pay the bankruptcy estate the sum of $125,000.00 in complete settlement of the preferential transfer Complaint and the Trustee would dismiss the Complaint with prejudice.

3. The parties propose to compromise the Adversary Proceeding upon the following terms and conditions:

   a. The Defendant shall pay the Trustee the sum of $125,000.00.

   b. Trustee shall dismiss Adversary Proceeding 05-01059 with prejudice upon receipt of the settlement payment from the Movant and Court approval of the settlement.

4.    The Trustee believes that the proposed compromise is in the best interest of the bankruptcy estate for the following reasons:

   a)    If Citizens Gas would be successful on its ordinary course defense, the bankruptcy estate would receive nothing with respect to its claim;

   b)    There is some legal precedent to support Citizens Gas's ordinary course defense and there is a risk that the bankruptcy estate may not prevail.

   c)    Assuming the bankruptcy estate prevailed at trial, there is a substantial likelihood that Citizens Gas would appeal the case increasing the cost to the bankruptcy estate and decreasing the net recovery.

   d)    The settlement provides for a certain resolution of the case and avoids further delay and expense in litigating these matters.

   e)    Trustee believes that this settlement is in the best interest of the bankruptcy estate and request the court to approve the proposed compromise.

WHEREFORE, the Trustee, Rebecca Hoyt Fischer, by counsel, requests that the Court approve the compromise of the bankruptcy estate's preference claim against Citizens Gas & Coke Utility in exchange for payment of the sum of $125,000.00 as a complete settlement of that claim.

Respectfully Submitted,

**ROTHBERG LOGAN & WARSCO LLP**

  /s/ Mark A. Warsco
Mark A. Warsco (#1626-02)
P.O. Box 11647
Fort Wayne, IN 46859-1647
Telephone: (260) 422-9454
E-mail: mwarsco@rlwlawfirm.com
SPECIAL COUNSEL FOR REBECCA HOYT FISCHER, TRUSTEE

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 14th day of July, 2006:

    Howard B. Sandler
    Michael D. Story
    Beckman Lawson, LLP
    200 E. Main, Suite 800
    Fort Wayne, IN  46858-1489


            /s/Mark A. Warsco
            Mark A. Warsco