IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of Motion and Opportunity to Object was sent by United States mail, postage prepaid, on the 14th day of July, 2006, to all parties on the attached mailing Matrix.

Respectfully Submitted,

**ROTHBERG LOGAN & WARSCO LLP**

/s/ Mark A. Warsco
Mark A. Warsco (1626-02)
2100 National City Center
110 West Berry Street
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 422-9454
Facsimile:  (260) 422-1622
Special Counsel for the Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Chapter 7 |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | Case No. 04-10427 |
| Debtor. | ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Notice is hereby given that on July 14, 2006 Rebecca Hoyt Fischer, Trustee ("Trustee"), by counsel, filed a Motion for Authority to Compromise Adversary Proceeding 05-01059, which Motion sets forth, in part, the following:

1. The Trustee initiated Adversary Proceeding No. 05-01059 ("Adversary Proceeding") on March 29, 2005, seeking to avoid a preferential transfer amount of $208,433.50, together with interest from the date of the transfer and costs expended on an avoidance action.

2. The Defendant has asserted an ordinary course of business defense but the case has been submitted to mediation and as a result of mediation reached a tentative settlement subject to final bankruptcy court approval pursuant to which Citizens Gas would pay the bankruptcy estate the sum of $125,000.00 in complete settlement of the preferential transfer Complaint and the Trustee would dismiss the Complaint with prejudice.

3. The parties propose to compromise the Adversary Proceeding upon the following terms and conditions:

   a. The Defendant shall pay the Trustee the sum of $125,000.00.

   b. Trustee shall dismiss Adversary Proceeding 05-01059 with prejudice upon receipt of the settlement payment from the Movant and Court approval of the settlement.

4. The Trustee believes that the proposed compromise is in the best interest of the bankruptcy estate for the following reasons:

   a) If Citizens Gas would be successful on its ordinary course defense, the bankruptcy estate would receive nothing with respect to its claim;

   b) There is some legal precedent to support Citizens Gas's ordinary course defense and there is a risk that the bankruptcy estate may not prevail.

   c) Assuming the bankruptcy estate prevailed at trial, there is a substantial likelihood that Citizens Gas would appeal the case increasing the cost to the bankruptcy estate and decreasing the net recovery.

    d)    The settlement provides for a certain resolution of the case and avoids further delay and expense in litigating these matters.

    e)    Trustee believes that this settlement is in the best interest of the bankruptcy estate and request the court to approve the proposed compromise.

WHEREFORE, the Trustee, Rebecca Hoyt Fischer, by counsel, requests that the Court approve the compromise of the bankruptcy estate's preference claim against Citizens Gas & Coke Utility in exchange for payment of the sum of $125,000.00 as a complete settlement of that claim.

**Your rights may be affected. You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, then, **on or before August 3, 2006,** you or your attorney must:

1. File a written objection to the Motion, which should set forth the reasons for your objection, with the Clerk of the United States Bankruptcy Court for the Northern District of Indiana, Room 1188, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana 46802. If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to the following:

    Rebecca Hoyt Fischer, Trustee
    112 W. Jefferson Blvd., Suite 310
    South Bend, Indiana 46601

    Mark A. Warsco
    Rothberg Logan & Warsco LLP
    P.O. Box 11647
    Fort Wayne, IN 46859

    Howard B. Sandler
    Michael D. Story
    Beckman Lawson, LLP
    200 E. Main, Suite 800
    Fort Wayne, IN  46858-1489

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Motion for hearing, which you or your attorney will be expected to attend.

Dated: July 14, 2006

              Respectfully submitted:

              **ROTHBERG LOGAN & WARSCO LLP**

              __/s/ Mark A. Warsco_____
              Mark A. Warsco (1626-02)
              110 W. Berry St, Suite 2100
              Fort Wayne, IN  46802
              Telephone:  (260) 422-9454
              E-mail: mwarsco@rlwlawfirm.com
              SPECIAL COUNSEL FOR REBECCA
              HOYT FISCHER, TRUSTEE

| | | |
|---|---|---|
| A. F. Europe, Inc.<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | ABB Inc.<br>9000 Regency Park<br>Suite 300<br>Cary, NC 27511 | AIR TECHNICS INC.<br>2652 MERRIMONT DRIVE<br>TROY, OH 45373 |
| AIRTECH ENVIRONMENTAL SERVICES<br>601A COUNTRY CLUB DRIVE<br>BENSENVILLE, IL 60106 | AMERICAN BIO MEDICA CORPORATION<br>122 SMITH ROAD<br>KINDERHOOK, NY 12106 | AMERICAN WIRE ROPE AND SLING<br>3122 ENGLE ROAD<br>FORT WAYNE, IN 46809 |
| APPLIED METALS & MACHINE WORKS<br>1036 ST. MARYS AVENUE<br>FORT WAYNE, IN 46808 | ARROW FENCE COMPANY, INC.<br>318 EDGEWOOD AVENUE<br>FORT WAYNE, IN 46805 | AZTEC MILLENNIUM SUPPLY, I<br>8411 MAYHEW ROAD<br>FORT WAYNE, IN 46835 |
| Air Products and Chemicals<br>Tom Jacob A6313<br>7201 Hamilton Blvd.<br>Allentown, PA 18195 | American Arbitration Association<br>335 Madison Ave., 10th Fl.<br>New York, NY 10017 | American Distribution Assoc.<br>335 Madison Ave., 10th Fl.<br>New York, NY 10017 |
| American Express Travel Related Svcs Co Inc Corp C<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Anne Meeks Davis Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46306-2847 | Ashland Incorporated<br>Ashland Inc.<br>Collection Dept. DS3<br>PO Box 2219<br>Columbus, OH 43216 |
| Austin Petroleum, Inc.<br>c/o Ron Ellis, President<br>99 East Joe Street<br>Huntington, IN 46750 | BADEN, GAGE & SCHROEDER, LLC<br>6920 POINTE INVERNESS WAY, SUITE 300<br>FORT WAYNE, IN 46804 | BANK OF AMERICA<br>Latham & Watkins Illinois LLP<br>Attn.: Josef S. Athanas<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606-4202 |
| BASSETT OFFICE SUPPLY INC<br>509 SOUTH MAIN STREET<br>AUBURN, IN 46706 | BBC Pump and Equipment Co., Inc.<br>777 N. Tibbs Ave.<br>PO Box 22098<br>Indianapolis, IN 46222 | BGR Inc.<br>6392 Grand Road<br>West Chester, Ohio 45069 |
| BOBCAT OF FORT WAYNE<br>3630 GOSHEN ROAD<br>FORT WAYNE, IN 46818 | BOHL CRANE INC<br>1930 LAKEVIEW DRIVE<br>FT WAYNE, IN 46808 | BOHREN LOGISTICS, INC.<br>325 N. TAYLOR ROAD<br>GARRETT, IN 46738 |
| BPC - Bell Packaging Corporation<br>PO Box 3006<br>Marion, IN 46953-0333 | BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 | BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 |
| BREAD BASKET<br>115 NORTH MAIN STREET<br>AUBURN, IN 46706 | BRECHBUHLER SCALES<br>3306 CAVALIER DRIVE<br>FORT WAYNE, IN 46808 | BRIAN S AUTOMOTIVE CENTER<br>1110 SOUTH GRANDSTAFF DRIVE<br>AUBURN, IN 46706 |

Baden Tax Management LLC
Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN 46804-7926

Baker & Daniels LLP
c/o John R Burns III
111 East Wayne, Suite 800
Fort Wayne, IN 46802

Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

: Best Access Systems
6161 E. 75th St.
Indianapolis, IN 46250

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH 43612

Bostwick-Braun
1946 N. 13th Street
Toledo, OH 43624

Brehob Corp.
P O Box 2023
Indianapolis IN 46206-2023

C MILLER & SONS INC
6707 GABION WAY
FT WAYNE, IN 46818

CAMS, INC.
495 VILLAGE PARK DRIVE
POWELL, OH 43065

CAMWAY TRANSPORTATION CORP
7846 WEST CENTRAL AVENUE
TOLEDO. OH 43617

CANTEEN
2715 AMERICAN WAY
FORT WAYNE, IN 46809

CARPER FARM SUPPLY INC
PO BOX 159
ASHLEY, IN 46705

CC METALS AND ALLOYS INC
UNIVERSITY CORPORATE CENTRE
300 CORPORATE PARKWAY - 216N
AMHERST, NY 14226

CDW Computer Centers, Inc.
c/o Receivable Management Services
P.O. Box 5126
Timonium, Maryland 21094
Contact: Phyllis A. Hayes

CERTIFIED REDUCER REBUILDERS
32079 MILTON
MADISON HEIGHTS, MI 48071

CLASSIC CITY AUTOMOTIVE INC
503 MICHIGAN AVENUE
AUBURN, IN 46706

CLEAN CONVEYOR SOLUTIONS
DIVISION OF CVP GROUP, INC.
P.O. BOX 67
WILLOW SPRINGS, IL 60480-0067

COMTRONIX CORPORATION
2213 EAST 45TH STREET
INDIANAPOLIS, IN 46205-2297

COPPER AND BRASS SALES INC.
530 NORTHFIELD DRIVE
BROWNSBURG, IN 46112

CORE TECH INC
6000 OLD MAUMEE RD
FT WAYNE, IN 46803

COTTERMAN COMPANY
130 SELTZER ROAD
CROSWELL, MI 48422

CROSIBLE INC.
P.O. BOX 271
MORAVIA, NY 13118

CURRENT INC
2120 E. WASHINGTON
FT WAYNE, IN 46803-1329

CURTIS 1000
PO BOX 11271
FT WAYNE, IN 46856

Calar Inc.
PO Box 458
Syracuse, IN 46567

Canteen
5695 West River Dr. NE
Belmont, MI 49306

Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, Ohio 44122

Centennial Wireless
3811 Illinois Rd.
Suite 212
Fort Wayne, IN 46804

Christy Davis Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Citizens Gas & Coke Utility
c/o Beckman Lawson LLP
P O Box 800
Fort Wayne IN 46801-0800

| | | |
|---|---|---|
| City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 | Clean Conveyor Solutions<br>642 Newport<br>Westmont, IL 60559 | Complete Drives Inc.<br>6419 Discount Dr.<br>Fort Wayne, IN 46818 |
| Complete Maintenance & Staffing, Inc.<br>5405 Hursh Road<br>Fort Wayne, IN 46845 | Covington Box & Packaging, Inc.<br>c/o Beckman Lawson, LLP<br>Attn: Howard B. Sandler, Esq.<br>PO Box 800<br>Fort Wayne, IN 46801-0800 | Crown Equipment Corporation<br>1919 Research Drive<br>Fort Wayne, IN 46808 |
| Custom Engineering & Fabrication<br>1631 East Pontiac St.<br>Fort Wayne, IN 46803 | D.A.S. SERVICES, INC.<br>2310 WEST 175 NORTH<br>ANGOLA, IN 46703 | DICTATING & TIME SYSTEMS<br>2212 SOUTH CALHOUN STREET<br>FORT WAYNE, IN 46802 |
| DIETERT FOUNDRY TESTING INC<br>9190 ROSE LAWN AVE.<br>DETROIT, MI 48204 | DISA INDUSTRIES, INC.<br>80 KENDALL POINT DRIVE<br>OSWEGO, IL 60543 | DR LUBRICANTS INC<br>4611 NEWAYGO ROAD, SUITE D<br>FT WAYNE, IN 46825 |
| DUCA MANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512 | DUFFY OFFICE PRODUCTS<br>7712 LIMA ROAD<br>FORT WAYNE, IN 46818 | Dauber Company Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| David B. Fink, Debtor by G. D. Boynm,<br>Trste  c/o Warrick & Boyn LLP<br>Attn: Gary D. Boyn<br>121 West Franklin Street, Suite 400<br>Elkhart, IN 46516-3278 | David Burr Fink, by Tower Bank & Trust<br>Tower Bank & Trust Co., as Trustee<br>c/o Martin E. Seifert, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | David M. Meeks Jr. Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46305-2847 |
| Dayton Freight Lines Inc<br>6450 Poe Ave. Ste 311<br>Dayton, Ohio 45414 | Dell Financial Services, LP<br>c/o Weltman Weinberg & Reis, Co., LPA<br>525 Vine St., Ste. 800<br>Cincinnati, OH 45202 | Detrick L. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Digital Communication Prod.<br>3720 South Calhoun Street<br>Fort Wayne, IN 46807 | Disa Goff, Inc.<br>PO Box 1607<br>Seminole, OK 74818 | Don R. Fruchey, Inc.<br>Kent C. Litchin<br>Grossman & Litchin LLP<br>1600 Lincoln Tower<br>Fort Wayne, Indiana 46802 |
| Duraflo Equipment Company, Inc.<br>3910-B Culligan Avenue<br>Indianapolis, IN 46218 | EAGLE FOUNTAIN WORKS, INC.<br>8 WINCHESTER ROAD<br>ORMOND BEACH, FL 32174 | ECLECTRIC COMPANY<br>18315 RICHEY LANE<br>HUNTERTOWN, IN 46748 |
| EDWARDS MEDICAL<br>495 WOODCREEK DRIVE<br>BOLINGBROOK, IL 60440 | EIRICH MACHINES INC<br>4033 RYAN RD<br>GURNEE, IL 60031 | ELKEM METALS INC.<br>P 0 BOX 266<br>PITTSBURGH, PA 15230-0266 |

| | | |
|---|---|---|
| EMED COMPANY INC.<br>P.O. BOX 369<br>BUFFALO, NY 14240-0369 | ENVIRO CONTROL METALS<br>650 CHESTNUT STREET S.W<br>GRAND RAPIDS, MI 49503 | EPIC MACHINE<br>201 INDUSTRIAL WAY<br>FENTON, MI 48430 |
| Earth Tech, Inc.<br>5555 Glenwood Hills Pkwy. S.E.<br>Grand Rapids, MI 49512 | Edglo Laboratories Inc.<br>2121 E. Washington Blvd.<br>Fort Wayne, IN 46803 | Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 |
| Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald |
| FAIRMOUNT MINERALS<br>P 0 BOX 400<br>BRIDGEMAN, MI 49106 | FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 | FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 |
| FREEMAN MFG & SUPPLY COMPANY<br>27655 GROESBECK HWY<br>ROSEVILLE, MI 48066 | First Insurance Funding Corp.<br>450 Skokie Blvd., Ste 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802 |
| Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 | GEORGE E BOOTH COMPANY<br>8202 W 10TH ST<br>INDIANAPOLIS, IN 46214-2432 | Gary G. Shock<br>c/o Randal S. Forbes<br>PO Box 374<br>Angola, IN 46703 |
| General Kinematics Corp<br>5050 Rickert Road<br>Crystal Lake, IL 60014-7333 | General Motors Corporation<br>Tricia A. Sherick, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg.<br>Detroit, MI 48226 | Gerald L. Martin, III<br>c/o Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Glass, Molders, Pottery, Plastics and Allied<br>c/o Richard J. Swanson<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204 | Goeglein's Inc.<br>7311 Maysville Road<br>Fort Wayne, IN 46815-8199 | H E C 0 INC<br>3509 S BURDICK ST<br>KALAMAZOO, MI 49001 |
| HANEY S GLASS OF AUBURN<br>930 WEST 15TH STREET<br>AUBURN, IN 46706 | HILL AND GRIFFITH CO.<br>3637 FARNSWORTH<br>INDIANAPOLIS, IN 46241 | HOOK INDUSTRIAL SALES INC.<br>2731 BROOKLYN AVE.<br>PO BOX 9177<br>FORT WAYNE, IN 46899 |
| HOOSIER TRAILER & TRUCK EQ<br>4830 TODD DRIVE<br>FORT WAYNE, IN 46803 | HOT CREWS INC<br>PO BOX 13094<br>FT WAYNE, IN 46803 | HYDRONIC & STEAM EQUIP CO<br>8950 BASH STREET<br>INDIANAPOLIS, IN 46256 |

Harbor Metal Treating Co. of Indiana
PO Box 644
Benton Harbor, MI 49023

Hartley Controls
751 Shoreline Drive
Aurora, IL 60504

Heraeus Electro_Nite Co.
One Summit Square 1st Floor
Suite 100
Langhorne PA 19047

Hickman, Williams & Company
PO Box 538
Cincinnati, OH 45201
Attention: T. L. Meadors

I.R.S.
230 S. DEARBORNE, ROOM 2560
5014 CHI
CHICAGO, IL 60604

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

IN Dept. of Environmental Management
100 North Senate Avenue
P.O. Box 6015
Indianapolis, IN 46204

INDIANA REFRACTORIES INC.
1624 SIMONS STREET
FT. WAYNE, IN 46803

INDUSTRIAL CERAMIC PRODUCT
14401 SUNTRA WAY
MARYSVILLE, OH 43040

INGERSOLL-RAND CO
AIR COMPRESSOR GROUP
2516-1 INDUSTRIAL PARK DRIVE
GOSHEN, IN 46526

INOVIS
Attn: Billing
11720 Amber Park Drive
Alpharetta, GA 30004

INTERMEC TECHNOLOGY CORP.
9290 LESAINT DRIVE
FAIRFIELD, OH 45014-5454

INTERNATIONAL QUALITY
521 CLEVELAND
LINCOLN PARK, MI 48146

INTERNATIONAL SURFACE PREP
1606 EXECUTIVE DR
LAGRANGE, GA 30241

IRCON INC
7300 N. NATCHEZ AVE.
NILES, IL 60714

IVY TECH
3800 NORTH ANTHONY BLVD
FORT WAYNE, IN 46805

Ice Miller (ADMINISTRATIVE)
Attn: Henry Efroymson
One American Square
Box 82001
Indianapolis, IN 46282-0200

Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of Workforce
Development
Beverly Korobkin
10 North Senate Avenue, SE200
Indianapolis, IN 46204-2277

Inductotherm Corp
P.O. Box 157
Rancocas, NJ 08073

Industrial Specialties
9621 White Hill Ct.
Fort Wayne, IN 46804-5953

J & K COMMUNICATIONS INC.
222 S. TOWER VIEW DRIVE
COLUMBIA CITY, IN 46725

J & L INDUSTRIAL SUPPLY
PO BOX 3359
LIVONIA, MI

J E BEARING AND MACHINE LTD.
68 SPRUCE STREET
TILLSONBURG, ON N4G 4H8

JACKSON-HIRSH INC
700 ANTHONY TRAIL
NORTHBROOK, IL 60062-2542

James Godschalk
c/o Beckman Lawson LLP
Attn: Howard B. Sandler
P O Box 800
Fort Wayne IN 46801-0800

Janet F. Borden
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

John A. Fink
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

John A. Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 467204-2023

KALTENBACH, INC.
6775 INWOOD DRIVE
COLUMBUS, IN 47202

KENDALLVILLE IRON & METAL INC
243 E. LISBON ROAD
P O BOX 69
KENDALLVILLE IN 46755

KMH Systems, Inc.
6900 Poe Ave.
Dayton, OH 45414

KORTE BROS INC
620 W COOK RD
FT WAYNE, IN 46825-3324

KUSTOM MACHINING INC.
P.O. BOX 39
LEO, IN 46765

Katie Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Kendall Electric Inc.
131 Grand Truck Ave.
Battle Creek, MI 49016

Key Equipment Finance, a division of Key Corporate
Capital, Inc. assignee for Adirondack Leasing Association   Attn: Sal Boscia
1000 South McCaslin Boulevard
Louisville, CO 80027

Khela J. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Ste. 400
Fort Wayne, IN 46802

Kimberly E. Parker
c/o Chistopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

LAB SAFETY SUPPLY INC.
PO BOX 1368
JANESVILLE, WI 53547-1368

LBH CHEMICAL & INDUSTRIAL
PO BOX 8460
FT WAYNE, IN 46808-8460

LECO CORPORATION
3000 LAKEVIEW AVENUE
ST. JOSEPH, MI 49085-2396

LYMAN STEEL CO.
P.O. BOX 28340
CLEVELAND, OH 44128

MACALLISTER MACHINERY CO INC
2418 COLISEUM BLVD W
FORT WAYNE, IN 46808-3648

MARJO PLASTICS
1081 CHERRY STREET
PLYMOUTH, MI 48170

MCLEAN MIDWEST CORPORATION
11611 BUSINESS PARK BLVD. N.
CHAMPLIN, MN 55316

METALTEC STEEL ABRASIVE CO
41155 JOY ROAD
CANTON, MI 48187

MODERN EQUIPMENT COMPANY
336 SOUTH SPRING STREET
PORT WASHINGTON, WI 53074

MONITOR TECHNOLOGIES LLC
DRAWER AL-44W320
ELBURN, IL 60119

MP Steel Indiana
PO Box 233
Monaca, PA 15061

MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

Magneco Metrel Inc.
223 Interstate Road
Addison, IL 60101

Maila Davis Megorden Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Maile M. Urbaska
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Mark A. Gorney
c/o Christopher C. Myers
809 S. Calhoun St, Ste. 400
Fort Wayne, IN 46802

Marlin Leasing Corp.
Kelly McCarthy, Bankruptcy Administrator
124 Gaither Drive, Suite 170
Mount Laurel, NJ 08054

Maxwell Engineering, Inc.
dba Allen Pattern Works
616 East Wallace Street
PO Box 10540
Fort Wayne, IN 46803

McNichols Company
Attn: Dwight Glisson
PO Box 30300
Tampa, FL 33630-3300

Michigan Department of Treasury
PO Box 30059
Lansing, MI 48909

Midwest Instrument Co. Inc.
Jeff Heimsch
PO Box 80
Hartland, WI 53029

| | | |
|---|---|---|
| Miller and Company LLC<br>Robert E. Overman II<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 | Moore Medical Corp<br>Attn: Sharon Schoenberger<br>PO Box 1500<br>New Britain, CT 06050-1500 | Motion Industries, Inc<br>1605 Alton Road<br>Birmingham, AL 35210 |
| NADAPRO, Inc.<br>c/o Gary D. Wohlwend<br>5020 Nob Road<br>Fort Wayne, IN 46825 | NEFF ENGINEERING CO INC<br>7114 INNOVATION BLVD<br>FT WAYNE, IN 46898 | NES RENTALS<br>8855 BYRON COMMERCE<br>BYRON CENTER, MI 49315 |
| NORTHSTAR IMAGING, INC.<br>953 WESTGATE DRIVE<br>ST. PAUL, MN 55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT 84115 | OFC CAPITAL<br>DEPT GA00010<br>PO BOX 530101<br>ATLANTA, GA 30353-0101 |
| OLD FORT SUPPLY CO., INC.<br>OLD FORT WAY AT 2000 WAYNE TRACE<br>FORT WAYNE, IN 46803 | OSSOLA INDUSTRIALS INC.<br>1740 W. SEVENTH STREET<br>GRANITE CITY, IL 62040 | OmniSource Corporation<br>C/O Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 |
| OptionCare<br>867 W Carmel Dr.<br>Carmel, IN 46032 | Overnite Transportation Co.<br>PO Box 1216<br>Richmond, VA 23218-1216 | PANGBORN COMPANY<br>580 PANGBORN BLVD.<br>HAGERSTOWN, MD 21742-0380 |
| PARKER GLOVE & SUPPLY, INC<br>EAST 4TH STREET<br>AVILLA, IN 46710 | PEERLESS METALS POWDERS & ABRASIVES<br>P.O. BOX 09254<br>DETROIT, MI 48209 | PERKINS SEPTIC AND DRAIN SERVICE<br>0375 CR 11<br>HUDSON, IN 46747 |
| PHC Industries Inc.<br>PO Box 11225<br>Fort Wayne, IN 46856-1225 | PRANGER ENTERPRISES INC<br>PO BOX 366<br>ASHLEY, IN 46705 | PRECISION CALIBRATION COMPANY<br>7656 MILLINER COURT<br>PLAINFIELD, IN 46168 |
| PRECISION STEEL SERVICES<br>4334 EARTH DRIVE<br>FT. WAYNE, IN 46809 | PROJECT MANAGEMENT SERVICES<br>P.O. BOX 398<br>MCDONALD, OH 44437-0398 | Pension Benefit Guaranty Corporation<br>Attn: Brad Rogers, Attorney<br>Office of the General Counsel, Suite 340<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | QHG OF FT WAYNE, INC REDIM<br>315 EAST COOK ROAD<br>FORT WAYNE, IN 46825 |
| QUALITY CALIBRATION SERVICE<br>10205 WEST GREENFIELD AVENUE<br>WEST ALLIS, WI 53214 | R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 | RA MUELLER INC.<br>11270 CORNELL PARK DRIVE<br>CINCINNATI, OH 45242 |

| | | |
|---|---|---|
| REFCO INC<br>PO BOX 12867<br>PITTSBURAH, PA 15241 | REILLEY TRUCKING<br>7431 BENT WILLOW DRIVE<br>FORT WAYNE, IN 46815 | RENO REFRACTORIES, INC.<br>PO BOX 201<br>MORRIS, AL 35116 |
| RUMFORD INDUSTRIAL GROUP INC.<br>PO BOX 752288<br>DAYTON, OH 45475 | RYTEC CORPORATION<br>PO BOX 403<br>JACKSON, WI 53037 | RadioShack Credit Services<br>Attn: Judy Wong<br>300 RadioShack Circle Mail Stop 5018<br>PO Box 961090<br>Fort Worth TX 76161-5018 |
| Richard Squier Pallets Inc.<br>2522 US Hwy 6 West<br>PO Box 668<br>Waterloo, IN 46793 | Ronald J. Osbun<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 | S & S Tire Co., Inc.<br>and S & S Oil Co., Inc.<br>500 North St., Suite 2<br>Auburn, IN 46706 |
| S D MYERS<br>180 SOUTH AVENUE<br>TALLMADGE, OH 44278 | SAFETY-KLEEN SYTEM, INC.<br>5400 LEGACY DR.<br>CLUSTEN II BLDG 3<br>PLANO TX 75024 | SHELLS INC.<br>502 OLD U.S. HWY 30 EAST<br>BOURBON, IN 46504 |
| SHERRY LABORATORIES<br>2203 SOUTH MADISON<br>MUNCIE, IN 47307 | SIMPLICITY ENGINEERING IN<br>212 S. OAK<br>DURAND, MI 48429-0257 | STAG Iron & Metal Corp.<br>Deer & Stone, P.C.<br>130 S. Jefferson Street, Suite 501<br>Chicago, IL 60661 |
| STATES ENGINEERING CORP<br>10216 AIRPORT DRIVE<br>FORT WAYNE, IN 46819 | STRUERS INC<br>24766 DETROIT ROAD<br>WESTLAKE, OH 44145 | SUPERIOR BUSINESS SOLUTION<br>PO BOX 8040<br>FT WAYNE, IN 46898-8040 |
| Schenkel & Sons Inc<br>Brian J. Lange, Esquire<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802 | Scioto Valley Packaging, LLC<br>PO Box 497<br>Clinton, NC 28329 | Sentinel Fluid Controls<br>5702 Opportunity Drive<br>Toledo, OH 43612 |
| Shambaugh & Son, L.P.<br>Post Office Box 1287<br>Fort Wayne, Indiana 46801 | Sheela B. Davis Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Sierra Poindexter<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 |
| Spectrum Engineering Corp<br>5524 North County Line Road<br>Auburn, IN 46706-9302 | Staclean Diffuser Co., LLC<br>PO Drawer 1147<br>Salisbury, NC 28145-1147 | State of Michigan<br>UIA Tax Office<br>POC Unit - Suite 11-500<br>Detroit, MI 48202 |
| Steel Equipment Specialists LLC<br>P.O. box 2148<br>1507 Beeson St.<br>Alliance, OH 44601 | Stericycle Inc.<br>13975 Polo Trail Dr #201<br>Lake Forest IL 60045 | Sturgis Iron & Metal Co., Inc.<br>c/o P. Joseph Haas, Jr.<br>112 S. Monroe Street<br>Sturgis, MI 49091 |

SummitBridge National Investments, LLC
Summit Investment Management, LLC
Attn: Mark A. Kilcoin
1700 Lincoln Street, Suite 2150
Denver, Colorado 80203

System Clean, Inc
50602 N. Michigan St.
South Bend, IN 46637

T & M EQUIPMENT CO INC
2880 EAST 83RD PLACE
MERRILLVILLE, IN 46410

T.T.G. PATTERN
5443 KEYSTONE DRIVE
FORT WAYNE, IN 46825

TOOLING & EQUIPMENT INTERNATIONAL
12550 TECH CENTER DRIVE
LIVONIA. MI 48150-2193

TPC WIRE & CABLE
7061 EAST PLEASANT VALLEY ROAD
INDEPENDENCE, OH 44131

TRI STATE COMPRESSED AIR SYSTEMS, IN
1608 EISHENHOWER DRIVE SOUTH
GOSHEN, IN 46526-5360

TROJAN HEAT TREAT
809 S. BYRON ST
HOMER, MI 49245

Taylor Rental Center, Inc.
2224 St. Rd. 8
Auburn, IN 46706

The New Keibler Thompson Co.
Route 66 RR#2
Box264A
Export, PA 15632

Time Industrial, Inc.
c/o Roy F. Kiplinger
Beers Mallers Backs & Salin, LLP
110 W. Berry Street, Suite 1100
Fort Wayne, IN 46802

Timothy S. Borden
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Trevor Meeks Agency
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

US CARGO MANAGEMENT INC.
PHILADELPHIA INTERNATIONAL AIRPORT
P.O. BOX 277
ESSINGTON, PA 19029

US PATTERN COMPANY INC
P0 BOX 220
RICHMOND, MI 48062

USF Holland, Inc
750 E. 40th Street
Holland, MI 49423

Unimin Corporation
258 Elm Street
New Canaan, CT 06840

United Parcel Service
c/o D&B/RMS Bankruptcy Services
PO Box 4396
Timonium, Maryland 21094

United States Trustee
One Michiana Square
100 East Wayne Street, Suite 555
South Bend, IN 46601

Universal Am-Can Ltd.
PO Box 2007
Warren, MI 48090

VWR International, Inc.
1230 Kennestone Circle
Marietta, GA 30066

Van Dyne Crotty Inc.
3233 Newmark Dr.
Miamisburg, OH 45342

Vericore L.L,C.
1200 W. Causeway Approach
Mandevill, CA 70471

Vesuvius USA Corporation
Steven Del Cotto, Esquire
27 Noblestown Road
Carnegie, PA 15106

W.W. GRAINGER, INC.
7300 N MELVINA AVE M530
NILES IL 60714-3998

WALMAN OPTICAL CO
PO BOX 9440
MINNEAPOLIS, MN 55440

WAYNE PIPE & SUPPLY INC
1815 SOUTH ANTHONY BLVD
FT WAYNE, IN 46803

WELDER SERVICES INC
1725 EDSALL AVENUE
FT WAYNE, IN 46896

WEYERHAEUSER CO.
2626 CR 71
BUTLER, IN 46721

WHEELABRATOR ABRASIVES INC
1 ABRASIVE AVE
BEDFORD, VA 24523

| | | |
|---|---|---|
| WIESE PLANNING & ENG., INC.<br>2725 INDEPENDENCE DRIVE<br>FORT WAYNE, IN 46808 | WILLIAM C WEBER & ASSOC IN<br>CONSTITUTION HILL OFFICE PARK<br>6201 CONSTITUTION DRIVE<br>FT WAYNE, IN 46804 | Warsaw Engineering & Fabricating<br>c/o Scott R. Leisz<br>Bingham McHale LLP<br>10 W. Market, #2700<br>Indianapolis, IN 46204 |
| Wayne Fasteners Inc.<br>2611 Independence Dr.<br>Ft. Wayne, IN 46808 | William C. Weber & Associates, Inc<br>William/Suzanne Weber<br>6201 Constitution Dr.<br>Fort Wayne, IN 46804 | William E. Fink<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| XRI TESTING - TROY<br>MOBILEX, LLC<br>1961 THUNDERBIRD<br>TROY, MI 48084 | Xerox Corporation<br>Xerox Capital Services LLC<br>Attn: Vanessa Adams<br>PO Box 660506<br>Dallas, TX 75266-9937 | John R. Burns<br>Baker & Daniels<br>111 E. Wayne Street, Ste. 800<br>Fort Wayne, IN 46802 |
| Mark Werling<br>Baker & Daniels<br>111 E. Wayne Street, Suite 800<br>Fort Wayne, IN 46802 | Nancy J. Gargula<br>One Michiana Square, 5th Floor<br>100 E. Wayne Street<br>South Bend, IN 46601 | Rebecca Hoyt Fischer<br>LADERER & FISCHER, P.C.<br>112 W. Jefferson Blvd., Suite 310<br>South Bend, Indiana 46601 |
| Auburn Foundry, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 | | |