IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427 |
| Debtor. ) | |

**FINAL APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES
OF ROTHBERG LOGAN & WARSCO LLP, SPECIAL COUNSEL FOR THE
TRUSTEE AND REQUEST FOR IMMEDIATE PAYMENT OF CHAPTER 7
ADMINISTRATIVE PORTION**

The application of Rothberg Logan & Warsco LLP, ("RLW"), a limited liability partnership, by Mark A. Warsco, respectfully represents:

1. RLW provides the following narrative summary in conjunction with the Guideline provided by the United States Trustee:

a) Background. A voluntary petition for relief under Chapter 11 of the Bankruptcy Code was filed on February 8, 2004 (the "Petition Date") by Auburn Foundry, Inc. (the "Debtor"). The case was converted to a Chapter 7 on October 11, 2005. An Application to Employ and Rothberg Logan & Warsco LLP as Special Counsel for the Trustee, Rebecca Hoyt Fischer to pursue certain avoidance actions was filed on October 27, 2005, which application was granted by this Court by an Order on October 28, 2005. RLW is still owed $9,567.70 for its representation of the Debtor-in-Possession during the Chapter 11 case and $15,515.86 through February 28, 2006 for its representation of the Debtor during the Chapter 7 case. RLW was to be compensated pursuant to the following hourly rates, which hourly rates are consistent with the rates charged non-bankruptcy clients for similar services:

    i)  Two Hundred Sixty-Five and no/100 Dollars ($265.00) per hour for the services of Mark A. Warsco, which rate has increased Ten and no/100 Dollars ($10.00) over the course of this case;

    ii)  One Hundred Seventy-Five and no/100 Dollar ($175.00) per hour for the services of Jonathon R. Albright;

    iii)  One Hundred Thirty and no/100 Dollars ($130.00) per hour for the services of Dustin L. Plummer;

    iv)  One Hundred Twenty-Five and no/100 Dollars ($120.00) per hour for the services of Beth A. Shanebrook, which rate has increased Five and no/100 Dollars ($5.00) over the course of this case;

    v)  Twenty cents ($0.20) per page for photocopies;

    vi)  Two and 00/100 Dollars ($2.00) for faxes;

    vii)  Actual and necessary expenses for postage and mileage.

  2.  In representing the Trustee, RLW has rendered the usual and ordinary services in representing the Trustee in certain adversary proceedings with respect to those avoidance actions, including, but not limited to, reviewing the underlying documents provided by the Debtor and lead counsel, counseling of the Debtor with respect to the certain avoidance actions, telephone conferences with various defense counsel, attendance at various meetings, preparation of Complaints and motions related to the avoidance actions:  Detailed time entries relating thereto is attached as Exhibit "A", attached hereto and incorporated by reference and made a part hereof.  Based upon the amount of time involved and the nature of the services rendered from March 1, 2006 through July 13, 2006, RLW is seeking certain compensation in the sum of Twelve

Thousand Four Hundred Seventy-Five and 00/100 Dollars ($12,475.00) in fees, plus cost advances in the amount of Nine Hundred Eighty-Seven and 96/100 Dollars ($987.96).

      3.      <u>Case Status</u>.  The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004.  On October 11, 2005 this case was converted to a Chapter 7.  With respect to Citizens Gas & Coke Utility ("Citizens Gas"), this matter has been settled in the amount of $125.000.00 subject to bankruptcy court approval.

The Claimant's representation of the bankruptcy estate as special counsel has been substantially concluded and accordingly applicant seeks payment of 100% of the fees and expenses incurred during the Chapter 7 phase of the case.  The Applicant has had this Application approved by the case Trustee and is advised that based upon this settlement and the other assets available to the Trustee, the Trustee believes that there will be sufficient assets to pay the Chapter 7 Administrative Claimants in full.  Accordingly, since the Applicant's representation of the estate appears to be substantially concluded, Applicant seeks payment of the Chapter 7 portion its Administrative Claim in the amount of Twenty-Eight Thousand Nine Hundred Seventy-Eight and 82/100 ($28,978.82) in full at the present time.

WHEREFORE, the firm of RLW requests that it's attorney's fees and expenses for the period of March 1, 2006 to July 13, 2006 in the amount of Twelve Thousand Four Hundred Seventy-Five and 00/100 Dollars ($12,475.00) in fees plus cost advances in the amount of Nine Hundred Eighty-Seven and 96/100 Dollars ($987.96) be allowed as a Chapter 7 Administrative Claim against the bankruptcy estate and that the Court enter an Order directing the Trustee to pay currently the sum of Twenty-Eight Thousand Nine Hundred Seventy-Eight and 82/100 ($28,978.82), the entire unpaid Chapter 7 Administrative Claim of RLW with the allowed

Chapter 11 Administrative Claim of RLW in the amount of $9,567.70 to be paid at such time and in such proportional amounts as the other duly allowed Chapter 11 Administrative Claims and contingent upon having funds left over for redistribution of funds and for such other relief as the Court deems appropriate under the circumstances.

                                            Respectfully Submitted,

                                            **ROTHBERG LOGAN & WARSCO LLP**

                                            /s/ Mark A. Warsco
                                            Mark A. Warsco (1626-02)
                                            2100 National City Center
                                            110 West Berry Street
                                            P.O. Box 11647
                                            Fort Wayne, IN  46859-1647
                                            Telephone:  (260) 422-9454
                                            Special Counsel for Trustee

### **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses given below, on the 14th day of July, 2006:

| | |
|---|---|
| John R. Burns (JF)<br>jacklyn.faulkner@bakerd.com | John R. Burns (SR)<br>skrhoads@bakerd.com |
| Mark A. Werling (TW)<br>tlwiley@bakerd.com | Ellen L. Triebold<br>Ellen.L.Triebold@usdoj.gov |
| Henry A. Efroymson<br>Henry.efroymson@icemiller.com | Josef S. Athanas<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL  60606 |
| Robert B. Weiss<br>Tricia A. Sherick<br>Honigman, Miller, Schwartz & Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226 | Jerald I. Ancel<br>Sommer & Barnard, PC<br>111Monument Square, Suite 4000<br>Indianapolis, IN  46204-5198 |

4

Nancy J. Gargula  
United States Trustee's Office  
One Michiana Square, 5th Floor  
100 East Wayne Street  
South Bend, IN  46601  

Lawrence S. Crowther  
Wegman, Hessler & Vanderburg  
6055 Rockside Woods Blvd., Suite 200  
Cleveland, OH 44131  

Stephen E. Lewis  
Haller & Colvin, P.C.  
slewis@hallercolvin.com  

Becket & Lee, LLP  
P.O. Box 3001  
16 General Warren Blvd.  
Malvern, PA 19355  

Brian J. Lange  
Schenkel, Tirpak & Kowalczyk  
520 South Calhoun Street  
Fort Wayne, Indiana 46802  

W. Erik Weber  
Mefford and Weber, P.C.  
Erik@lawmw.com  

Patrick L. Proctor  
Eilbacher Fletcher LLP  
803 South Calhoun Street, Ste. 400  
Fort Wayne, IN 46802  

Grant F. Shipley  
Shipley & Associates  
gfs@gshipley.com  

Richard J. Swanson  
Macey Swanson and Allman  
rswanson@maceylaw.com  

Stephen L. Fink  
Barnes & Thornburg  
sfink@btlaw.com  

Gary D. Boyn  
gboyn@warrickandboyn.com  

Brad Rogers  
rogers.brad@pbgc.gov  

Robert E. Kabisch  
Hunt Suedhoff Kalamaros, LLP  
803 S. Calhoun Street, 9th Floor  
Fort Wayne, IN  46858-1489  

Rebecca Hoyt Fischer  
Laderer & Fischer, P.C.  
112 W. Jefferson Blvd., Suite 310  
South Bend, Indiana 46601  

/s/ Mark A. Warsco  
Mark A. Warsco  

5