# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND  IN  46601

PAGE: 1
03/31/2006
**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 75213

AUBURN FOUNDRY, INC.

### FEES

| Date | | Description | RATE | HOURS | |
|---|---|---|---|---|---|
| 03/01/2006 | JRA | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE: EXPERT WITNESS; TELEPHONE CONFERENCE WITH D. MAUDE RE: DEPOSITION DATES. | 155.00 | 0.40 | 62.00 |
| 03/07/2006 | MAW | REVIEW INVOICE FROM TOM YODER RE: MEDIATION. | 260.00 | 0.20 | 52.00 |
| 03/08/2006 | JRA | TELEPHONE CONFERENCE WITH MICK STORY RE: DISCOVERY ISSUES. | 155.00 | 0.30 | 46.50 |
| 03/10/2006 | MAW | REVIEW CITIZEN'S RESPONSE TO DISCOVERY. | 260.00 | 0.30 | 78.00 |
| | MAW | REVIEW AND REVISE DRAFT OF INTERIM FEE APPLICATION. | 260.00 | 0.40 | 104.00 |
| 03/13/2006 | MAW | CONFERENCE WITH JON RE: DENNIS MAUDE'S DEPOSITION AND CITIZEN'S DISCOVERY RESPONSE. | 260.00 | 0.40 | 104.00 |
| 03/15/2006 | MAW | REVIEW MEMO AND STIPULATION RE: DISCOVERY EXTENSION ON CITIZENS. | 260.00 | 0.20 | 52.00 |
| | JRA | DRAFT JOINT MOTION TO EXTEND DEADLINE AND ORDER; E-MAIL TO | | | |

EXHIBIT A

```
                                                                         PAGE: 2
    REBECCA HOYT FISCHER, TRUSTEE                                     03/31/2006
                                                ACCOUNT NO:         6854N-00001M
                                                INVOICE NO.               75213
    AUBURN FOUNDRY, INC.
```

|       |      |                                                                                                                    | RATE   | HOURS |          |
|-------|------|--------------------------------------------------------------------------------------------------------------------|-------:|------:|---------:|
|       |      | TRUSTEE ENCLOSING SAME; TELEPHONE CONFERENCE WITH D. MAUDE RE: DEPOSITION PREPARATION MEETING.                     | 155.00 | 1.90  | 294.50   |
|       | JRA  | DRAFT E-MAILS TO MICK STORY ENCLOSING MOTION AND ORDER.                                                            | 155.00 | 0.60  | 93.00    |
| 03/28/2006 | | | | | |
|       | JRA  | TELEPHONE CONFERENCE WITH MICK STORY RE: CONFIDENTIALITY AGREEMENT.                                                | 155.00 | 0.20  | 31.00    |
| 03/30/2006 | | | | | |
|       | JRA  | TELEPHONE CONFERENCES WITH D. MAUDE; REVIEW PROPOSED STIPULATED PROTECTIVE ORDER; CONFERENCE WITH D. MAUDE RE: DEPOSITION PREPARATION OF D. MAUDE; E-MAIL TO MICK STORY RE: PROPOSED STIPULATED PROTECTIVE ORDER. | 155.00 | 3.00  | 465.00   |
|       | MAW  | REVIEW DRAFT OF PROPOSED PROTECTIVE ORDER.                                                                         | 260.00 | 0.50  | 130.00   |
|       | MAW  | REVIEW FILE RE: DEPOSITION PREPARATION.                                                                            | 260.00 | 0.70  | 182.00   |
|       | MAW  | CONFERENCE WITH JOHN RE: PREPARATION.                                                                              | 260.00 | 0.30  | 78.00    |
|       | MAW  | CONFERENCE WITH DENNIS MAUDE AND JOHN A.                                                                           | 260.00 | 1.50  | 390.00   |
|       |      | TOTAL FEES THIS INVOICE                                                                                            |        | 10.90 | 2,162.00 |

```
                         RECAPITULATION
TIMEKEEPER                       HOURS          RATE          TOTAL
WARSCO, MARK A.                   4.50       $260.00      $1,170.00
ALBRIGHT, JONATHON R.             6.40        155.00         992.00
```

| | |
|---|---|
| | PAGE: 3 |
| REBECCA HOYT FISCHER, TRUSTEE | 03/31/2006 |
| | **ACCOUNT NO:** 6854N-00001M |
| | **INVOICE NO.** 75213 |
| AUBURN FOUNDRY, INC. | |

**TOTAL CURRENT INVOICE**      2,162.00

**TOTAL BALANCE DUE THIS INVOICE**      $2,162.00

0016

ACCOUNTS ARE DUE UPON RECEIPT

# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND IN 46601

PAGE: 1
04/30/2006
**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 75561

AUBURN FOUNDRY, INC.

### FEES

| Date / Atty | Description | RATE | HOURS | Amount |
|---|---|---|---|---|
| 04/07/2006 | | | | |
| JRA | TELEPHONE CONFERENCE WITH MICK STORY. | 155.00 | 0.20 | 31.00 |
| 04/11/2006 | | | | |
| JRA | ATTEND DEPOSITION OF D. MAUDE. | 155.00 | 2.70 | 418.50 |
| JRA | CONFERENCE WITH MARK WARSCO RE: DEPOSITION OF D. MAUDE. | 155.00 | 0.20 | 31.00 |
| MAW | CONFERENCE WITH JON ALBRIGHT RE: MAUDE DEPOSITION. | 260.00 | 0.20 | 52.00 |
| MAW | OBJECTION TO CITIZEN'S DESIGNATION OF EXPERT. | 260.00 | 0.10 | 26.00 |
| 04/12/2006 | | | | |
| JRA | DRAFT OBJECTION TO DESIGNATION OF EXPERT WITNESS. | 155.00 | 0.80 | 124.00 |
| 04/14/2006 | | | | |
| JRA | DRAFT OBJECTION TO DESIGNATION OF EXPERT WITNESS AND ORDER. | 155.00 | 1.50 | 232.50 |
| JRA | TELEPHONE CONFERENCE WITH D. MAUDE; REVIEW DISCOVERY REQUESTS PROPOUNDED BY CITIZENS GAS. | 155.00 | 0.30 | 46.50 |
| MAW | REVIEW DRAFT OF OBJECTION TO DEPOSITION OF EXPERT; CONFERENCE WITH JON ALBRIGHT RE: SAME. | 260.00 | 0.40 | 104.00 |
| 04/17/2006 | | | | |
| JRA | REVISE OBJECTION TO THE DESIGNATION OF EXPERT WITNESS. | 155.00 | 0.30 | 46.50 |

REBECCA HOYT FISCHER, TRUSTEE

AUBURN FOUNDRY, INC.

PAGE: 2
04/30/2006
**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 75561

|  |  |  | RATE | HOURS |  |
|---|---|---|---|---|---|
| 04/20/2006 | | | | | |
| | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: DEPOSITION. | 155.00 | 0.20 | 31.00 |
| 04/21/2006 | | | | | |
| | JRA | CONFERENCE WITH D. MAUDE RE: DEPOSITION. | 155.00 | 0.20 | 31.00 |
| 04/24/2006 | | | | | |
| | MAW | REVIEW EXPERT WITNESS REPORT FROM CITIZENS. | 260.00 | 0.60 | 156.00 |
| | JRA | REVIEW AND ANALYZE OPEN ISSUES RE: EXPERT REPORT SUBMITTED BY THE DEFENDANT. | 155.00 | 0.90 | 139.50 |
| 04/26/2006 | | | | | |
| | JRA | REVIEW AND ANALYZE OPEN ISSUES RE: CITIZEN GAS' RESPONSE TO TRUSTEE'S OBJECTION TO DESIGNATION OF EXPERT AND TO DISCOVERY REQUEST PROPOUNDED ON THE TRUSTEE. | 155.00 | 0.50 | 77.50 |
| 04/28/2006 | | | | | |
| | MAW | REVIEW DEFENDANT, CITIZENS GAS RESPONSE TO TRUSTEE'S OBJECTION TO DESIGNATION OF EXPERT. | 260.00 | 0.30 | 78.00 |
| | JRA | LEGAL RESEARCH OF OPEN ISSUE PRIMA FACIE CASE RE: PREFERENCES. | 155.00 | 2.60 | 403.00 |
| | | TOTAL FEES THIS INVOICE | | 12.00 | 2,028.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| WARSCO, MARK A. | 1.60 | $260.00 | $416.00 |
| ALBRIGHT, JONATHON R. | 10.40 | 155.00 | 1,612.00 |

|  |  |
|---|---|
| REBECCA HOYT FISCHER, TRUSTEE | PAGE: 3<br>04/30/2006 |
|  | **ACCOUNT NO:** 6854N-00001M |
|  | **INVOICE NO.** 75561 |
| AUBURN FOUNDRY, INC. |  |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 04/28/2006 | COMPUTERIZED LEGAL RESEARCH | 97.47 |
|  | COMPUTERIZED LEGAL RESEARCH | 97.47 |
|  | TOTAL EXPENSES THRU 04/30/2006 | 97.47 |
|  | **TOTAL CURRENT INVOICE** | 2,125.47 |
|  | **TOTAL BALANCE DUE THIS INVOICE** | $2,125.47 |

0016

ACCOUNTS ARE DUE UPON RECEIPT

# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

|  |  |
|---|---|
| REBECCA HOYT FISCHER, TRUSTEE | PAGE: 1 |
| 112 W. JEFFERSON BLVD. | 05/31/2006 |
| SUITE 310 | ACCOUNT NO: 6854N-00001M |
| SOUTH BEND IN 46601 | INVOICE NO. 76186 |

AUBURN FOUNDRY, INC.

### FEES

| Date | Atty | Description | RATE | HOURS | Amount |
|---|---|---|---|---|---|
| 05/01/2006 | JRA | LEGAL RESEARCH RE: BURDEN OF PROOF RE: ORDINARY COURSE OF BUSINESS EXCEPTION; DRAFT REPLY BRIEF. | 155.00 | 5.00 | 775.00 |
| 05/02/2006 | JRA | REVISE REPLY BRIEF TO RESPONSE TO OBJECTION OF DESIGNATION OF DISCHARGE; VOICE MAIL LEFT FOR D. MAUDE. | 155.00 | 1.90 | 294.50 |
| 05/03/2006 | JRA | DRAFT REPLY BRIEF TO RESPONSE; DRAFT E-MAIL TO R. FISCHER AND D. MAUDE; TELEPHONE CONFERENCE WITH D. MAUDE; REVIEW OPEN ISSUES RE: SUBJECT MATTER OF D. MAUDE DEPOSITION; DRAFT RESPONSE TO SECOND SET OF INTERROGATORIES. | 155.00 | 3.60 | 558.00 |
| | MAW | REVIEW COURT'S DECISION RE: USE OF WOOD AS EXPERT. | 260.00 | 0.30 | 78.00 |
| | MAW | CONFERENCE WITH JON ALBRIGHT RE: COURT'S DECISION. | 260.00 | 0.20 | 52.00 |
| 05/04/2006 | JRA | DRAFT RESPONSE TO REQUEST FOR PRODUCTION; REVISE RESPONSE TO REQUEST FOR INTERROGATORIES. | 155.00 | 0.40 | 62.00 |

REBECCA HOYT FISCHER, TRUSTEE

AUBURN FOUNDRY, INC.

PAGE: 2
05/31/2006
**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 76186

| Date | Atty | Description | RATE | HOURS | |
|---|---|---|---|---|---|
| 05/05/2006 | | | | | |
| | JRA | REVISE DRAFTS OF RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION. | 155.00 | 0.30 | 46.50 |
| | MAW | REVIEW RESPONSE TO DEFENDANT, SECOND SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION. | 260.00 | 0.20 | 52.00 |
| 05/10/2006 | | | | | |
| | JRA | REVIEW E-MAILS FROM CLIENT; DRAFT E-MAILS TO CLIENT. | 155.00 | 0.40 | 62.00 |
| 05/11/2006 | | | | | |
| | MAW | CONFERENCE WITH JON ALBRIGHT; REVIEW AND SIGN DISCOVERY RESPONSE; TELEPHONE CONFERENCE WITH BECKY RE: SETTLEMENT AUTHORITY. | 260.00 | 0.40 | 104.00 |
| | MAW | TELEPHONE CONFERENCE WITH MICK STORY RE: SETTLEMENT POSSIBILITY. | 260.00 | 0.30 | 78.00 |
| | JRA | TELEPHONE CONFERENCE WITH R. FISCHER; DRAFT LETTER TO MICK STORY ENCLOSING DISCOVERY RESPONSES; REVIEW DEPOSITION FOR PURPOSE OF DISCOVERY RESPONSE. | 155.00 | 0.70 | 108.50 |
| 05/15/2006 | | | | | |
| | JRA | LEGAL RESEARCH OF OPEN ISSUES RE: BURDEN AND ORDINARY COURSE OF BUSINESS DEFENSE. | 155.00 | 0.50 | 77.50 |
| 05/16/2006 | | | | | |
| | JRA | LEGAL RESEARCH OPEN ISSUES RE: BURDEN OF PROOF TO ESTABLISH SECTION 547(c)(2) DEFENSE. | 155.00 | 3.20 | 496.00 |

|  |  | PAGE: 3 |
|---|---|---|
| REBECCA HOYT FISCHER, TRUSTEE |  | 05/31/2006 |
|  | **ACCOUNT NO:** | 6854N-00001M |
|  | **INVOICE NO.** | 76186 |
| AUBURN FOUNDRY, INC. |  |  |

| Date | | Description | RATE | HOURS | |
|---|---|---|---|---|---|
| 05/19/2006 | | | | | |
| | JRA | TELEPHONE CONFERENCE WITH MICK STORY RE: SETTLEMENT AND DISCOVERY; CONFERENCE WITH MARK WARSCO RE: CITIZEN'S REQUEST FOR CONSENT TO EXTENSION OF DISCOVERY; TELEPHONE CONFERENCE WITH D. MAUDE RE: SUPPLEMENTAL DISCOVERY RESPONSE; DRAFT E-MAIL TO MICK. | 155.00 | 1.10 | 170.50 |
| | MAW | CONFERENCE WITH JON ALBRIGHT RE: DEFENDANT'S REQUEST FOR MORE TIME TO CONDUCT DISCOVERY AND HOW TO PROCEED. | 260.00 | 0.40 | 104.00 |
| 05/22/2006 | | | | | |
| | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: DISCOVERY RESPONSES; VOICE MAIL LEFT FOR MICK STORY RE: PRE-TRIAL ORDER; REVISE SAME. | 155.00 | 0.80 | 124.00 |
| 05/23/2006 | | | | | |
| | MAW | REVIEW AND REVISE DRAFT OF PRE-TRIAL ORDER. | 260.00 | 0.40 | 104.00 |
| | JRA | REVISE PRE-TRIAL ORDER; TELEPHONE CONFERENCE WITH D. MAUDE RE: PRODUCTION OF SUPPLEMENTAL DOCUMENTS. | 155.00 | 3.90 | 604.50 |
| | JRA | DRAFT E-MAIL TO MICK STORY ATTACHING DRAFT OF PRE-TRIAL ORDER. | 155.00 | 0.10 | 15.50 |
| 05/24/2006 | | | | | |
| | JRA | REVIEW E-MAIL FROM MICK STORY RE: SUPPLEMENTAL DISCOVERY; DRAFT E-MAIL TO SAME RE; CHARGES FOR SUPPLEMENTAL DISCOVERY. | 155.00 | 0.40 | 62.00 |

REBECCA HOYT FISCHER, TRUSTEE

AUBURN FOUNDRY, INC.

PAGE: 4
05/31/2006
**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 76186

| Date | TK | Description | RATE | HOURS | |
|---|---|---|---:|---:|---:|
| 05/26/2006 | | | | | |
| | JRA | REVIEW VOICE MAIL FROM DENNIS MAUDE RE: NEW QUOTE FROM MTA; DRAFT E-MAIL TO MICK STORY RE: SAME; REVIEW E-MAIL FROM MICK RE: SAME. | 155.00 | 0.30 | 46.50 |
| 05/30/2006 | | | | | |
| | JRA | REVIEW AND REVISE DRAFTS OF PRE-TRIAL ORDER; TELEPHONE CONFERENCES WITH MICK STORY RE: PRE-TRIAL ORDER; TELEPHONE CONFERENCE WITH R. FISCHER RE: PRE-TRIAL ORDER; DRAFT E-MAILS ATTACHING PRE-TRIAL ORDER. | 155.00 | 3.70 | 573.50 |
| | MAW | REVIEW E-MAIL RE: REVISIONS TO PRE-TRIAL ORDER. | 260.00 | 0.20 | 52.00 |
| | MAW | TELEPHONE CONFERENCE WITH JON ALBRIGHT RE: REVISIONS. | 260.00 | 0.30 | 78.00 |
| | MAW | TELEPHONE CONFERENCES WITH JON ALBRIGHT RE: FURTHER CHANGES. | 260.00 | 0.30 | 78.00 |
| 05/31/2006 | | | | | |
| | JRA | REVIEW E-MAIL FROM TRUSTEE; DRAFT E-MAIL TO MICK STORY RE: CONSULTANT'S HOURLY RATE. | 155.00 | 0.20 | 31.00 |
| | | **TOTAL FEES THIS INVOICE** | | 29.50 | 4,887.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| WARSCO, MARK A. | 3.00 | $260.00 | $780.00 |
| ALBRIGHT, JONATHON R. | 26.50 | 155.00 | 4,107.50 |

```
                                                                    PAGE: 5
REBECCA HOYT FISCHER, TRUSTEE                                    05/31/2006
                                                 ACCOUNT NO:   6854N-00001M
                                                 INVOICE NO.          76186
AUBURN FOUNDRY, INC.
```

### EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 05/11/2006 | 9 Photocopies (@ $.20 each) | 1.80 |
| 05/31/2006 | 144 Photocopies (@ $.20 each) | 28.80 |
| 05/31/2006 | 1177 Photocopies (@ $.20 each) | 235.40 |
| 05/31/2006 | 21 Photocopies (@ $.20 each) | 4.20 |
|  | XEROXING EXPENSE | 270.20 |
| 05/01/2006 | COMPUTERIZED LEGAL RESEARCH | 79.64 |
| 05/16/2006 | COMPUTERIZED LEGAL RESEARCH | 4.27 |
|  | COMPUTERIZED LEGAL RESEARCH | 83.91 |
|  | TOTAL EXPENSES THRU 05/31/2006 | 354.11 |
|  | **TOTAL CURRENT INVOICE** | 5,241.61 |
|  | **TOTAL BALANCE DUE THIS INVOICE** | $5,241.61 |

0016

ACCOUNTS ARE DUE UPON RECEIPT

# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

PAGE: 1
06/30/2006

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND IN 46601

**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 76675

AUBURN FOUNDRY, INC.

### FEES

| Date | | Description | RATE | HOURS | |
|---|---|---|---|---|---|
| 06/08/2006 | JRA | DRAFT OBJECTION TO CITIZEN'S MOTION FOR RELIEF; LEGAL RESEARCH OF OPEN ISSUES RE: EXTENSIONS OF DISCOVERY DEADLINES. | 155.00 | 2.50 | 387.50 |
| 06/09/2006 | JRA | REVIEW DECISIONS AND ORDERS RENDERED BY COURT. | 155.00 | 0.20 | 31.00 |
| 06/14/2006 | JRA | E-MAIL TO TRUSTEE RE: AVAILABILITY FOR TRIAL. | 155.00 | 0.20 | 31.00 |
| 06/15/2006 | MAW | TELEPHONE CONFERENCE WITH TOM YODER RE: CONTINUED MEDIATION. | 260.00 | 0.20 | 52.00 |
| | JRA | E-MAIL TO TRUSTEE. | 155.00 | 0.20 | 31.00 |
| | JRA | CONFERENCE WITH MARK WARSCO RE: SECOND MEDIATION; TELEPHONE CONFERENCE WITH TRUSTEE'S OFFICE RE: SAME. | 155.00 | 0.40 | 62.00 |
| 06/20/2006 | JRA | TELEPHONE CONFERENCES WITH TRUSTEE RE: SECOND MEDIATION; DRAFT E-MAIL TO MEDIATOR RE: DATES AVAILABLE. | 155.00 | 0.40 | 62.00 |
| 06/21/2006 | JRA | DRAFT E-MAIL TO MEDIATOR RE: | | | |

|  |  |  | PAGE: 2 |
|---|---|---|---|
| REBECCA HOYT FISCHER, TRUSTEE |  |  | 06/30/2006 |
|  |  | **ACCOUNT NO:** | 6854N-00001M |
|  |  | **INVOICE NO.** | 76675 |
| AUBURN FOUNDRY, INC. |  |  |  |

|  |  |  | RATE | HOURS |  |
|---|---|---|---|---|---|
|  |  | POSSIBLE SECOND MEDIATION. | 155.00 | 0.20 | 31.00 |
| 06/22/2006 | JRA | REVIEW E-MAILS FROM MEDIATOR CONFIRMING DATE OF SECOND MEDIATION; DRAFT E-MAIL TO TRUSTEE RE: SAME; DRAFT E-MAIL TO MEDIATOR UPDATING SETTLEMENT POSITION. | 155.00 | 0.50 | 77.50 |
| 06/23/2006 | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: MEETING PERTAINING TO TRIAL PREPARATION. | 155.00 | 0.20 | 31.00 |
| 06/26/2006 | MAW | TELEPHONE CONFERENCE WITH MICK STORY RE: EXHIBITS. | 260.00 | 0.20 | 52.00 |
|  | MAW | CONFERENCE WITH JON ALBRIGHT RE: EXHIBITS. | 260.00 | 0.10 | 26.00 |
|  | JRA | PREPARE LIST OF EXHIBITS TO BE USED AT TRIAL; DRAFT LETTER TO MICK STORY RE: SAME. | 155.00 | 4.00 | 620.00 |
|  | MAW | CONFERENCE WITH JON ALBRIGHT RE: EXHIBITS. | 260.00 | 0.30 | 78.00 |
| 06/29/2006 | JRA | TELEPHONE CONFERENCE WITH DENNIS MAUDE RE: PRE-TRIAL MEETING. | 155.00 | 0.20 | 31.00 |
|  |  | TOTAL FEES THIS INVOICE |  | 9.80 | 1,603.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| WARSCO, MARK A. | 0.80 | $260.00 | $208.00 |
| ALBRIGHT, JONATHON R. | 9.00 | 155.00 | 1,395.00 |

|  |  | PAGE: 3 |
|---|---|---|
| REBECCA HOYT FISCHER, TRUSTEE |  | 06/30/2006 |
|  | **ACCOUNT NO:** | 6854N-00001M |
|  | **INVOICE NO.** | 76675 |
| AUBURN FOUNDRY, INC. |  |  |

### EXPENSES

| 06/26/2006 | 1 Photocopies (@ $.20 each) | 0.20 |
|---|---|---|
| 06/26/2006 | 1 Photocopies (@ $.20 each) | 0.20 |
| 06/26/2006 | 3 Photocopies (@ $.20 each) | 0.60 |
|  | XEROXING EXPENSE | 1.00 |
| 06/08/2006 | COMPUTERIZED LEGAL RESEARCH | 28.81 |
|  | COMPUTERIZED LEGAL RESEARCH | 28.81 |
|  | TOTAL EXPENSES THRU 06/30/2006 | 29.81 |
|  | **TOTAL CURRENT INVOICE** | 1,632.81 |
|  | **TOTAL BALANCE DUE THIS INVOICE** | $1,632.81 |

0016

ACCOUNTS ARE DUE UPON RECEIPT

# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

REBECCA HOYT FISCHER, TRUSTEE
112 W. JEFFERSON BLVD.
SUITE 310
SOUTH BEND IN 46601

**ACCOUNT NO:**

PAGE: 1
06/30/2006
6854NM

REMITTANCE COPY

Balance

6854N-00001 AUBURN FOUNDRY, INC.                              $1,632.81

ACCOUNTS ARE DUE UPON RECEIPT

# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

|  |  |
|---|---|
| REBECCA HOYT FISCHER, TRUSTEE | PAGE: 1 |
| 112 W. JEFFERSON BLVD. | 07/13/2006 |
| SUITE 310 | **ACCOUNT NO:** 6854N-00001M |
| SOUTH BEND IN 46601 | **INVOICE NO.** 76802 |

AUBURN FOUNDRY, INC.

### FEES

| DATE | ATTY | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/05/2006 | | | | | |
| | JRA | PREPARE EXHIBIT BOOK; REVIEW AND ANALYZE OPEN ISSUES RE: ELEMENTS NECESSARY TO ESTABLISH PREFERENTIAL PAYMENT AND ORDINARY COURSE OF BUSINESS DEFENSE. | 155.00 | 3.80 | 589.00 |
| 07/06/2006 | | | | | |
| | MAW | REVIEW E-MAIL FROM JON ALBRIGHT RE: MAUDE ATTENDING. | 260.00 | 0.20 | 52.00 |
| | JRA | E-MAIL TO TRUSTEE RE: D. MAUDE'S PRESENCE AT MEDIATION. | 155.00 | 0.20 | 31.00 |
| 07/10/2006 | | | | | |
| | JRA | REVIEW AND ARRANGE DOCUMENTATION IN PREPARATION OF MEDIATION. | 155.00 | 0.50 | 77.50 |
| | JRA | TELEPHONE CONFERENCE WITH D. MAUDE RE: OUTCOME OF MEDIATION. | 155.00 | 0.20 | 31.00 |
| | MAW | REVIEW FILE RE: CONTINUED MEDIATION. | 260.00 | 0.50 | 130.00 |
| | MAW | ATTEND MEDIATION. | 260.00 | 2.00 | 520.00 |
| | MAW | PREPARE MOTION TO APPROVE COMPROMISE. | 260.00 | 0.40 | 104.00 |
| 07/12/2006 | | | | | |
| | MAW | REVIEW AND REVISE APPLICATION TO COMPROMISE. | 260.00 | 0.40 | 104.00 |
| | MAW | REVIEW AND REVISE FEE APPLICATION. | 260.00 | 0.60 | 156.00 |
| | | **TOTAL FEES THIS INVOICE** | | 8.80 | 1,794.50 |

REBECCA HOYT FISCHER, TRUSTEE

AUBURN FOUNDRY, INC.

PAGE: 2
07/13/2006
**ACCOUNT NO:** 6854N-00001M
**INVOICE NO.** 76802

RECAPITULATION

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| WARSCO, MARK A. | 4.10 | $260.00 | $1,066.00 |
| ALBRIGHT, JONATHON R. | 4.70 | 155.00 | 728.50 |

EXPENSES

| | | | |
|---|---|---|---|
| 07/13/2006 | XEROXING EXPENSE | | 226.40 |
| 07/13/2006 | XEROXING EXPENSE | | 169.80 |
| | XEROXING EXPENSE | | 396.20 |
| 07/13/2006 | POSTAGE | | 110.37 |
| | POSTAGE | | 110.37 |
| | TOTAL EXPENSES THRU 07/31/2006 | | 506.57 |
| | **TOTAL CURRENT INVOICE** | | 2,301.07 |
| | **TOTAL BALANCE DUE THIS INVOICE** | | $2,301.07 |

0016

ACCOUNTS ARE DUE UPON RECEIPT

# ROTHBERG LOGAN & WARSCO LLP
## ATTORNEYS AT LAW

P.O. Box 11647 • Fort Wayne, Indiana 46859-1647
Telephone: (260) 422-9454
TAXPAYER I.D. #35-0900335

|  |  |  |
|---|---|---|
| REBECCA HOYT FISCHER, TRUSTEE | | PAGE: 1 |
| 112 W. JEFFERSON BLVD. | **ACCOUNT NO:** | 07/13/2006 |
| SUITE 310 | | 6854NM |
| SOUTH BEND IN 46601 | | |

REMITTANCE COPY

| | Balance |
|---|---|
| 6854N-00001 AUBURN FOUNDRY, INC. | $2,301.07 |

ACCOUNTS ARE DUE UPON RECEIPT