IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of Motion and Opportunity to Object was sent by United States mail, postage prepaid, on the 14th day of July, 2006, to all parties on the attached mailing Matrix.

Respectfully Submitted,

**ROTHBERG LOGAN & WARSCO LLP**

/s/ Mark A. Warsco
Mark A. Warsco (1626-02)
2100 National City Center
110 West Berry Street
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 422-9454
Facsimile:  (260) 422-1622
Special Counsel for the Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | )    Chapter 7 |
| AUBURN FOUNDRY, INC., | ) |
| | )    BK Case No. 04-10427 |
|             Debtor. | ) |

## **NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On July 14, 2006, the law firm of Rothberg Logan & Warsco LLP, filed a Final Application for Allowance of Attorney's Fees of Rothberg Logan & Warsco LLP, Special Counsel for the Trustee, which sets forth in part, the following:

RLW provides the following narrative summary in conjunction with the Guideline provided by the United States Trustee:

Background. A voluntary petition for relief under Chapter 11 of the Bankruptcy Code was filed on February 8, 2004 (the "Petition Date") by Auburn Foundry, Inc. (the "Debtor"). The case was converted to a Chapter 7 on October 11, 2005. An Application to Employ and Rothberg Logan & Warsco LLP as Special Counsel for the Trustee, Rebecca Hoyt Fischer to pursue certain avoidance actions was filed on October 27, 2005, which application was granted by this Court by an Order on October 28, 2005. RLW is still owed $9,567.70 for its representation of the Debtor-in-Possession during the Chapter 11 case and $15,515.86 through February 28, 2006 for its representation of the Debtor during the Chapter 7 case. RLW was to be compensated pursuant to the following hourly rates, which hourly rates are consistent with the rates charged non-bankruptcy clients for similar services:

       i)      Two Hundred Sixty-Five and no/100 Dollars ($265.00) per hour for the services of Mark A. Warsco, which rate has increased Ten and no/100 Dollars ($10.00) over the course of this case;

       ii)      One Hundred Seventy-Five and no/100 Dollar ($175.00) per hour for the services of Jonathon R. Albright;

       iii)      One Hundred Thirty and no/100 Dollars ($130.00) per hour for the services of Dustin L. Plummer;

       iv)      One Hundred Twenty-Five and no/100 Dollars ($120.00) per hour for the services of Beth A. Shanebrook, which rate has increased Five and no/100 Dollars ($5.00) over the course of this case;

       v)      Twenty cents ($0.20) per page for photocopies;

      vi)     Two and 00/100 Dollars ($2.00) for faxes;

      vii)    Actual and necessary expenses for postage and mileage.

In representing the Trustee, RLW has rendered the usual and ordinary services in representing the Trustee in certain adversary proceedings with respect to those avoidance actions, including, but not limited to, reviewing the underlying documents provided by the Debtor and lead counsel, counseling of the Debtor with respect to the certain avoidance actions, telephone conferences with various defense counsel, attendance at various meetings, preparation of Complaints and motions related to the avoidance actions:  Detailed time entries relating thereto is attached [to the Application as Exhibit "A"].  Based upon the amount of time involved and the nature of the services rendered from March 1, 2006 through July 13, 2006, RLW is seeking certain compensation in the sum of Twelve Thousand Four Hundred Seventy-Five and 00/100 Dollars ($12,475.00) in fees, plus cost advances in the amount of Nine Hundred Eighty-Seven and 96/100 Dollars ($987.96).

    3.    <u>Case Status</u>.    The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on February 8, 2004.  On October 11, 2005 this case was converted to a Chapter 7.  With respect to Citizens Gas & Coke Utility ("Citizens Gas"), this matter has been settled in the amount of $125.000.00 subject to bankruptcy court approval.

The Claimant's representation of the bankruptcy estate as special counsel has been substantially concluded and accordingly applicant seeks payment of 100% of the fees and expenses incurred during the Chapter 7 phase of the case.  The Applicant has had this Application approved by the case Trustee and is advised that based upon this settlement and the other assets available to the Trustee, the Trustee believes that there will be sufficient assets to pay the Chapter 7 Administrative Claimants in full.  Accordingly, since the Applicant's representation of the estate appears to be substantially concluded, Applicant seeks payment of the Chapter 7 portion its Administrative Claim in the amount of Twenty-Eight Thousand Nine Hundred Seventy-Eight and 82/100 ($28,978.82) in full at the present time.

WHEREFORE, the firm of RLW requests that it's attorney's fees and expenses for the period of March 1, 2006 to July 13, 2006 in the amount of Twelve Thousand Four Hundred Seventy-Five and 00/100 Dollars ($12,475.00) in fees plus cost advances in the amount of Nine Hundred Eighty-Seven and 96/100 Dollars ($987.96) be allowed as a Chapter 7 Administrative Claim against the bankruptcy estate and that the Court enter an Order directing the Trustee to pay currently the sum of Twenty-Eight Thousand Nine Hundred Seventy-Eight and 82/100 ($28,978.82), the entire unpaid Chapter 7 Administrative Claim of RLW with the allowed Chapter 11 Administrative Claim of RLW in the amount of $9,567.70 to be paid at such time and in such proportional amounts as the other duly allowed Chapter 11 Administrative Claims and contingent upon having funds left over for redistribution of funds and for such other relief as the Court deems appropriate under the circumstances.

If you have not received a copy of the Application, you may get one by contacting the person who signed this notice or at the clerk's office.

*T:\- A\Auburn Foundry, Inc\PLD Attorney Fee Final Application Notice.doc*

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Application, then on or before **<u>August 3, 2006</u>** you or your attorney must:

1.  File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> 1300 South Harrison Street, Room 1188
> P.O. Box 2547
> Fort Wayne, IN 46802-2547

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2.  You must also mail a copy of your objection to:

> Mark A. Warsco
> Rothberg Logan & Warsco LLP
> 110 West Berry Street, Ste. 2100
> P.O. Box 11647
> Fort Wayne, IN 46859-1647
>
> John R. Burns
> Baker & Daniels
> 111 East Wayne Street, Suite 800
> Fort Wayne, Indiana 46802
>
> Rebecca Hoyt Fischer, Trustee
> Laderer & Fischer, P.C.
> 112 W. Jefferson Blvd., Suite 310
> South Bend, Indiana 46601
>
> Nancy J. Gargula
> United States Trustee's Office
> One Michiana Square, 5th Floor
> 100 East Wayne Street
> South Bend, IN  46601

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing.  If you do file an objection, the court will set the Application for hearing, which you or your attorney will be expected to attend.

Dated: July 14, 2006      ___/s/ Mark A. Warsco_____
                Mark A. Warsco (1626-02)
                2100 National City Center
                110 West Berry Street
                P.O. Box 11647
                Fort Wayne, IN  46859-1647
                Telephone:  (260) 422-9454
                Facsimile:  (260) 422-1622
                E-mail:  mwarsco@rlwlawfirm.com

| | | |
|---|---|---|
| A. F. Europe, Inc.<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | ABB Inc.<br>9000 Regency Park<br>Suite 300<br>Cary, NC 27511 | AIR TECHNICS INC.<br>2652 MERRIMONT DRIVE<br>TROY, OH 45373 |
| AIRTECH ENVIRONMENTAL SERVICES<br>601A COUNTRY CLUB DRIVE<br>BENSENVILLE, IL 60106 | AMERICAN BIO MEDICA CORPORATION<br>122 SMITH ROAD<br>KINDERHOOK, NY 12106 | AMERICAN WIRE ROPE AND SLING<br>3122 ENGLE ROAD<br>FORT WAYNE, IN 46809 |
| APPLIED METALS & MACHINE WORKS<br>1036 ST. MARYS AVENUE<br>FORT WAYNE, IN 46808 | ARROW FENCE COMPANY, INC.<br>318 EDGEWOOD AVENUE<br>FORT WAYNE, IN 46805 | AZTEC MILLENNIUM SUPPLY, I<br>8411 MAYHEW ROAD<br>FORT WAYNE, IN 46835 |
| Air Products and Chemicals<br>Tom Jacob A6313<br>7201 Hamilton Blvd.<br>Allentown, PA 18195 | American Arbitration Association<br>335 Madison Ave., 10th Fl.<br>New York, NY 10017 | American Distribution Assoc.<br>335 Madison Ave., 10th Fl.<br>New York, NY 10017 |
| American Express Travel Related Svcs Co Inc Corp C<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Anne Meeks Davis Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46306-2847 | Ashland Incorporated<br>Ashland Inc.<br>Collection Dept. DS3<br>PO Box 2219<br>Columbus, OH 43216 |
| Austin Petroleum, Inc.<br>c/o Ron Ellis, President<br>99 East Joe Street<br>Huntington, IN 46750 | BADEN, GAGE & SCHROEDER, LLC<br>6920 POINTE INVERNESS WAY, SUITE 300<br>FORT WAYNE, IN 46804 | BANK OF AMERICA<br>Latham & Watkins Illinois LLP<br>Attn.: Josef S. Athanas<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606-4202 |
| BASSETT OFFICE SUPPLY INC<br>509 SOUTH MAIN STREET<br>AUBURN, IN 46706 | BBC Pump and Equipment Co., Inc.<br>777 N. Tibbs Ave.<br>PO Box 22098<br>Indianapolis, IN 46222 | BGR Inc.<br>6392 Grand Road<br>West Chester, Ohio 45069 |
| BOBCAT OF FORT WAYNE<br>3630 GOSHEN ROAD<br>FORT WAYNE, IN 46818 | BOHL CRANE INC<br>1930 LAKEVIEW DRIVE<br>FT WAYNE, IN 46808 | BOHREN LOGISTICS, INC.<br>325 N. TAYLOR ROAD<br>GARRETT, IN 46738 |
| BPC - Bell Packaging Corporation<br>PO Box 3006<br>Marion, IN 46953-0333 | BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 | BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 |
| BREAD BASKET<br>115 NORTH MAIN STREET<br>AUBURN, IN 46706 | BRECHBUHLER SCALES<br>3306 CAVALIER DRIVE<br>FORT WAYNE, IN 46808 | BRIAN S AUTOMOTIVE CENTER<br>1110 SOUTH GRANDSTAFF DRIVE<br>AUBURN, IN 46706 |

Baden Tax Management LLC
Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN 46804-7926

Baker & Daniels LLP
c/o John R Burns III
111 East Wayne, Suite 800
Fort Wayne, IN 46802

Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

: Best Access Systems
6161 E. 75th St.
Indianapolis, IN 46250

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH 43612

Bostwick-Braun
1946 N. 13th Street
Toledo, OH 43624

Brehob Corp.
P O Box 2023
Indianapolis IN 46206-2023

C MILLER & SONS INC
6707 GABION WAY
FT WAYNE, IN 46818

CAMS, INC.
495 VILLAGE PARK DRIVE
POWELL, OH 43065

CAMWAY TRANSPORTATION CORP
7846 WEST CENTRAL AVENUE
TOLEDO. OH 43617

CANTEEN
2715 AMERICAN WAY
FORT WAYNE, IN 46809

CARPER FARM SUPPLY INC
PO BOX 159
ASHLEY, IN 46705

CC METALS AND ALLOYS INC
UNIVERSITY CORPORATE CENTRE
300 CORPORATE PARKWAY - 216N
AMHERST, NY 14226

CDW Computer Centers, Inc.
c/o Receivable Management Services
P.O. Box 5126
Timonium, Maryland 21094
Contact: Phyllis A. Hayes

CERTIFIED REDUCER REBUILDERS
32079 MILTON
MADISON HEIGHTS, MI 48071

CLASSIC CITY AUTOMOTIVE INC
503 MICHIGAN AVENUE
AUBURN, IN 46706

CLEAN CONVEYOR SOLUTIONS
DIVISION OF CVP GROUP, INC.
P.O. BOX 67
WILLOW SPRINGS, IL 60480-0067

COMTRONIX CORPORATION
2213 EAST 45TH STREET
INDIANAPOLIS, IN 46205-2297

COPPER AND BRASS SALES INC.
530 NORTHFIELD DRIVE
BROWNSBURG, IN 46112

CORE TECH INC
6000 OLD MAUMEE RD
FT WAYNE, IN 46803

COTTERMAN COMPANY
130 SELTZER ROAD
CROSWELL, MI 48422

CROSIBLE INC.
P.O. BOX 271
MORAVIA, NY 13118

CURRENT INC
2120 E. WASHINGTON
FT WAYNE, IN 46803-1329

CURTIS 1000
PO BOX 11271
FT WAYNE, IN 46856

Calar Inc.
PO Box 458
Syracuse, IN 46567

Canteen
5695 West River Dr. NE
Belmont, MI 49306

Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, Ohio 44122

Centennial Wireless
3811 Illinois Rd.
Suite 212
Fort Wayne, IN 46804

Christy Davis Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Citizens Gas & Coke Utility
c/o Beckman Lawson LLP
P O Box 800
Fort Wayne IN 46801-0800

| | | |
|---|---|---|
| City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 | Clean Conveyor Solutions<br>642 Newport<br>Westmont, IL 60559 | Complete Drives Inc.<br>6419 Discount Dr.<br>Fort Wayne, IN 46818 |
| Complete Maintenance & Staffing, Inc.<br>5405 Hursh Road<br>Fort Wayne, IN 46845 | Covington Box & Packaging, Inc.<br>c/o Beckman Lawson, LLP<br>Attn: Howard B. Sandler, Esq.<br>PO Box 800<br>Fort Wayne, IN 46801-0800 | Crown Equipment Corporation<br>1919 Research Drive<br>Fort Wayne, IN 46808 |
| Custom Engineering & Fabrication<br>1631 East Pontiac St.<br>Fort Wayne, IN 46803 | D.A.S. SERVICES, INC.<br>2310 WEST 175 NORTH<br>ANGOLA, IN 46703 | DICTATING & TIME SYSTEMS<br>2212 SOUTH CALHOUN STREET<br>FORT WAYNE, IN 46802 |
| DIETERT FOUNDRY TESTING INC<br>9190 ROSE LAWN AVE.<br>DETROIT, MI 48204 | DISA INDUSTRIES, INC.<br>80 KENDALL POINT DRIVE<br>OSWEGO, IL 60543 | DR LUBRICANTS INC<br>4611 NEWAYGO ROAD, SUITE D<br>FT WAYNE, IN 46825 |
| DUCA MANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512 | DUFFY OFFICE PRODUCTS<br>7712 LIMA ROAD<br>FORT WAYNE, IN 46818 | Dauber Company Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| David B. Fink, Debtor by G. D. Boynm,<br>Trste  c/o Warrick & Boyn LLP<br>Attn: Gary D. Boyn<br>121 West Franklin Street, Suite 400<br>Elkhart, IN 46516-3278 | David Burr Fink, by Tower Bank & Trust<br>Tower Bank & Trust Co., as Trustee<br>c/o Martin E. Seifert, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | David M. Meeks Jr. Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46305-2847 |
| Dayton Freight Lines Inc<br>6450 Poe Ave. Ste 311<br>Dayton, Ohio 45414 | Dell Financial Services, LP<br>c/o Weltman Weinberg & Reis, Co., LPA<br>525 Vine St., Ste. 800<br>Cincinnati, OH 45202 | Detrick L. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Digital Communication Prod.<br>3720 South Calhoun Street<br>Fort Wayne, IN 46807 | Disa Goff, Inc.<br>PO Box 1607<br>Seminole, OK 74818 | Don R. Fruchey, Inc.<br>Kent C. Litchin<br>Grossman & Litchin LLP<br>1600 Lincoln Tower<br>Fort Wayne, Indiana 46802 |
| Duraflo Equipment Company, Inc.<br>3910-B Culligan Avenue<br>Indianapolis, IN 46218 | EAGLE FOUNTAIN WORKS, INC.<br>8 WINCHESTER ROAD<br>ORMOND BEACH, FL 32174 | ECLECTRIC COMPANY<br>18315 RICHEY LANE<br>HUNTERTOWN, IN 46748 |
| EDWARDS MEDICAL<br>495 WOODCREEK DRIVE<br>BOLINGBROOK, IL 60440 | EIRICH MACHINES INC<br>4033 RYAN RD<br>GURNEE, IL 60031 | ELKEM METALS INC.<br>P 0 BOX 266<br>PITTSBURGH, PA 15230-0266 |

| | | |
|---|---|---|
| EMED COMPANY INC.<br>P.O. BOX 369<br>BUFFALO, NY 14240-0369 | ENVIRO CONTROL METALS<br>650 CHESTNUT STREET S.W<br>GRAND RAPIDS, MI 49503 | EPIC MACHINE<br>201 INDUSTRIAL WAY<br>FENTON, MI 48430 |
| Earth Tech, Inc.<br>5555 Glenwood Hills Pkwy. S.E.<br>Grand Rapids, MI 49512 | Edglo Laboratories Inc.<br>2121 E. Washington Blvd.<br>Fort Wayne, IN 46803 | Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 |
| Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald |
| FAIRMOUNT MINERALS<br>P 0 BOX 400<br>BRIDGEMAN, MI 49106 | FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 | FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 |
| FREEMAN MFG & SUPPLY COMPANY<br>27655 GROESBECK HWY<br>ROSEVILLE, MI 48066 | First Insurance Funding Corp.<br>450 Skokie Blvd., Ste 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802 |
| Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 | GEORGE E BOOTH COMPANY<br>8202 W 10TH ST<br>INDIANAPOLIS, IN 46214-2432 | Gary G. Shock<br>c/o Randal S. Forbes<br>PO Box 374<br>Angola, IN 46703 |
| General Kinematics Corp<br>5050 Rickert Road<br>Crystal Lake, IL 60014-7333 | General Motors Corporation<br>Tricia A. Sherick, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg.<br>Detroit, MI 48226 | Gerald L. Martin, III<br>c/o Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Glass, Molders, Pottery, Plastics and Allied<br>c/o Richard J. Swanson<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204 | Goeglein's Inc.<br>7311 Maysville Road<br>Fort Wayne, IN 46815-8199 | H E C 0 INC<br>3509 S BURDICK ST<br>KALAMAZOO, MI 49001 |
| HANEY S GLASS OF AUBURN<br>930 WEST 15TH STREET<br>AUBURN, IN 46706 | HILL AND GRIFFITH CO.<br>3637 FARNSWORTH<br>INDIANAPOLIS, IN 46241 | HOOK INDUSTRIAL SALES INC.<br>2731 BROOKLYN AVE.<br>PO BOX 9177<br>FORT WAYNE, IN 46899 |
| HOOSIER TRAILER & TRUCK EQ<br>4830 TODD DRIVE<br>FORT WAYNE, IN 46803 | HOT CREWS INC<br>PO BOX 13094<br>FT WAYNE, IN 46803 | HYDRONIC & STEAM EQUIP CO<br>8950 BASH STREET<br>INDIANAPOLIS, IN 46256 |

| | | |
|---|---|---|
| Harbor Metal Treating Co. of Indiana<br>PO Box 644<br>Benton Harbor, MI 49023 | Hartley Controls<br>751 Shoreline Drive<br>Aurora, IL 60504 | Heraeus Electro_Nite Co.<br>One Summit Square 1st Floor<br>Suite 100<br>Langhorne PA 19047 |
| Hickman, Williams & Company<br>PO Box 538<br>Cincinnati, OH 45201<br>Attention: T. L. Meadors | I.R.S.<br>230 S. DEARBORNE, ROOM 2560<br>5014 CHI<br>CHICAGO, IL 60604 | IBM Credit LLC<br>Beverly Shideler<br>Two Lincoln Centre<br>Oakbrook, IL 60181 |
| IN Dept. of Environmental Management<br>100 North Senate Avenue<br>P.O. Box 6015<br>Indianapolis, IN 46204 | INDIANA REFRACTORIES INC.<br>1624 SIMONS STREET<br>FT. WAYNE, IN 46803 | INDUSTRIAL CERAMIC PRODUCT<br>14401 SUNTRA WAY<br>MARYSVILLE, OH 43040 |
| INGERSOLL-RAND CO<br>AIR COMPRESSOR GROUP<br>2516-1 INDUSTRIAL PARK DRIVE<br>GOSHEN, IN 46526 | INOVIS<br>Attn: Billing<br>11720 Amber Park Drive<br>Alpharetta, GA 30004 | INTERMEC TECHNOLOGY CORP.<br>9290 LESAINT DRIVE<br>FAIRFIELD, OH 45014-5454 |
| INTERNATIONAL QUALITY<br>521 CLEVELAND<br>LINCOLN PARK, MI 48146 | INTERNATIONAL SURFACE PREP<br>1606 EXECUTIVE DR<br>LAGRANGE, GA 30241 | IRCON INC<br>7300 N. NATCHEZ AVE.<br>NILES, IL 60714 |
| IVY TECH<br>3800 NORTH ANTHONY BLVD<br>FORT WAYNE, IN 46805 | Ice Miller (ADMINISTRATIVE)<br>Attn: Henry Efroymson<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-203<br>100 North Senate Avenue<br>Indianapolis, IN 46204 |
| Indiana Department of Workforce<br>Development<br>Beverly Korobkin<br>10 North Senate Avenue, SE200<br>Indianapolis, IN 46204-2277 | Inductotherm Corp<br>P.O. Box 157<br>Rancocas, NJ 08073 | Industrial Specialties<br>9621 White Hill Ct.<br>Fort Wayne, IN 46804-5953 |
| J & K COMMUNICATIONS INC.<br>222 S. TOWER VIEW DRIVE<br>COLUMBIA CITY, IN 46725 | J & L INDUSTRIAL SUPPLY<br>PO BOX 3359<br>LIVONIA, MI | J E BEARING AND MACHINE LTD.<br>68 SPRUCE STREET<br>TILLSONBURG, ON N4G 4H8 |
| JACKSON-HIRSH INC<br>700 ANTHONY TRAIL<br>NORTHBROOK, IL 60062-2542 | James Godschalk<br>c/o Beckman Lawson LLP<br>Attn: Howard B. Sandler<br>P O Box 800<br>Fort Wayne IN 46801-0800 | Janet F. Borden<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| John A. Fink<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | John A. Urbaska Revocable Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 467204-2023 | KALTENBACH, INC.<br>6775 INWOOD DRIVE<br>COLUMBUS, IN 47202 |

KENDALLVILLE IRON & METAL INC
243 E. LISBON ROAD
P O BOX 69
KENDALLVILLE IN 46755

KMH Systems, Inc.
6900 Poe Ave.
Dayton, OH 45414

KORTE BROS INC
620 W COOK RD
FT WAYNE, IN 46825-3324

KUSTOM MACHINING INC.
P.O. BOX 39
LEO, IN 46765

Katie Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Kendall Electric Inc.
131 Grand Truck Ave.
Battle Creek, MI 49016

Key Equipment Finance, a division of Key Corporate
Capital, Inc. assignee for Adirondack Leasing Association  Attn: Sal Boscia
1000 South McCaslin Boulevard
Louisville, CO 80027

Khela J. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Ste. 400
Fort Wayne, IN 46802

Kimberly E. Parker
c/o Chistopher C. Myers
809 S. Calhoun St., Ste 400
Fort Wayne, IN 46802

LAB SAFETY SUPPLY INC.
PO BOX 1368
JANESVILLE, WI 53547-1368

LBH CHEMICAL & INDUSTRIAL
PO BOX 8460
FT WAYNE, IN 46808-8460

LECO CORPORATION
3000 LAKEVIEW AVENUE
ST. JOSEPH, MI 49085-2396

LYMAN STEEL CO.
P.O. BOX 28340
CLEVELAND, OH 44128

MACALLISTER MACHINERY CO INC
2418 COLISEUM BLVD W
FORT WAYNE, IN 46808-3648

MARJO PLASTICS
1081 CHERRY STREET
PLYMOUTH, MI 48170

MCLEAN MIDWEST CORPORATION
11611 BUSINESS PARK BLVD. N.
CHAMPLIN, MN 55316

METALTEC STEEL ABRASIVE CO
41155 JOY ROAD
CANTON, MI 48187

MODERN EQUIPMENT COMPANY
336 SOUTH SPRING STREET
PORT WASHINGTON, WI 53074

MONITOR TECHNOLOGIES LLC
DRAWER AL-44W320
ELBURN, IL 60119

MP Steel Indiana
PO Box 233
Monaca, PA 15061

MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747

Magneco Metrel Inc.
223 Interstate Road
Addison, IL 60101

Maila Davis Megorden Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Maile M. Urbaska
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Mark A. Gorney
c/o Christopher C. Myers
809 S. Calhoun St, Ste. 400
Fort Wayne, IN 46802

Marlin Leasing Corp.
Kelly McCarthy, Bankruptcy Administrator
124 Gaither Drive, Suite 170
Mount Laurel, NJ 08054

Maxwell Engineering, Inc.
dba Allen Pattern Works
616 East Wallace Street
PO Box 10540
Fort Wayne, IN 46803

McNichols Company
Attn: Dwight Glisson
PO Box 30300
Tampa, FL 33630-3300

Michigan Department of Treasury
PO Box 30059
Lansing, MI 48909

Midwest Instrument Co. Inc.
Jeff Heimsch
PO Box 80
Hartland, WI 53029

| | | |
|---|---|---|
| Miller and Company LLC<br>Robert E. Overman II<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 | Moore Medical Corp<br>Attn: Sharon Schoenberger<br>PO Box 1500<br>New Britain, CT 06050-1500 | Motion Industries, Inc<br>1605 Alton Road<br>Birmingham, AL 35210 |
| NADAPRO, Inc.<br>c/o Gary D. Wohlwend<br>5020 Nob Road<br>Fort Wayne, IN 46825 | NEFF ENGINEERING CO INC<br>7114 INNOVATION BLVD<br>FT WAYNE, IN 46898 | NES RENTALS<br>8855 BYRON COMMERCE<br>BYRON CENTER, MI 49315 |
| NORTHSTAR IMAGING, INC.<br>953 WESTGATE DRIVE<br>ST. PAUL, MN 55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT 84115 | OFC CAPITAL<br>DEPT GA00010<br>PO BOX 530101<br>ATLANTA, GA 30353-0101 |
| OLD FORT SUPPLY CO., INC.<br>OLD FORT WAY AT 2000 WAYNE TRACE<br>FORT WAYNE, IN 46803 | OSSOLA INDUSTRIALS INC.<br>1740 W. SEVENTH STREET<br>GRANITE CITY, IL 62040 | OmniSource Corporation<br>C/O Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 |
| OptionCare<br>867 W Carmel Dr.<br>Carmel, IN 46032 | Overnite Transportation Co.<br>PO Box 1216<br>Richmond, VA 23218-1216 | PANGBORN COMPANY<br>580 PANGBORN BLVD.<br>HAGERSTOWN, MD 21742-0380 |
| PARKER GLOVE & SUPPLY, INC<br>EAST 4TH STREET<br>AVILLA, IN 46710 | PEERLESS METALS POWDERS & ABRASIVES<br>P.O. BOX 09254<br>DETROIT, MI 48209 | PERKINS SEPTIC AND DRAIN SERVICE<br>0375 CR 11<br>HUDSON, IN 46747 |
| PHC Industries Inc.<br>PO Box 11225<br>Fort Wayne, IN 46856-1225 | PRANGER ENTERPRISES INC<br>PO BOX 366<br>ASHLEY, IN 46705 | PRECISION CALIBRATION COMPANY<br>7656 MILLINER COURT<br>PLAINFIELD, IN 46168 |
| PRECISION STEEL SERVICES<br>4334 EARTH DRIVE<br>FT. WAYNE, IN 46809 | PROJECT MANAGEMENT SERVICES<br>P.O. BOX 398<br>MCDONALD, OH 44437-0398 | Pension Benefit Guaranty Corporation<br>Attn: Brad Rogers, Attorney<br>Office of the General Counsel, Suite 340<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | QHG OF FT WAYNE, INC REDIM<br>315 EAST COOK ROAD<br>FORT WAYNE, IN 46825 |
| QUALITY CALIBRATION SERVICE<br>10205 WEST GREENFIELD AVENUE<br>WEST ALLIS, WI 53214 | R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 | RA MUELLER INC.<br>11270 CORNELL PARK DRIVE<br>CINCINNATI, OH 45242 |

| | | |
|---|---|---|
| REFCO INC<br>PO BOX 12867<br>PITTSBURAH, PA 15241 | REILLEY TRUCKING<br>7431 BENT WILLOW DRIVE<br>FORT WAYNE, IN 46815 | RENO REFRACTORIES, INC.<br>PO BOX 201<br>MORRIS, AL 35116 |
| RUMFORD INDUSTRIAL GROUP INC.<br>PO BOX 752288<br>DAYTON, OH 45475 | RYTEC CORPORATION<br>PO BOX 403<br>JACKSON, WI 53037 | RadioShack Credit Services<br>Attn: Judy Wong<br>300 RadioShack Circle Mail Stop 5018<br>PO Box 961090<br>Fort Worth TX 76161-5018 |
| Richard Squier Pallets Inc.<br>2522 US Hwy 6 West<br>PO Box 668<br>Waterloo, IN 46793 | Ronald J. Osbun<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 | S & S Tire Co., Inc.<br>and S & S Oil Co., Inc.<br>500 North St., Suite 2<br>Auburn, IN 46706 |
| S D MYERS<br>180 SOUTH AVENUE<br>TALLMADGE, OH 44278 | SAFETY-KLEEN SYTEM, INC.<br>5400 LEGACY DR.<br>CLUSTEN II BLDG 3<br>PLANO TX 75024 | SHELLS INC.<br>502 OLD U.S. HWY 30 EAST<br>BOURBON, IN 46504 |
| SHERRY LABORATORIES<br>2203 SOUTH MADISON<br>MUNCIE, IN 47307 | SIMPLICITY ENGINEERING IN<br>212 S. OAK<br>DURAND, MI 48429-0257 | STAG Iron & Metal Corp.<br>Deer & Stone, P.C.<br>130 S. Jefferson Street, Suite 501<br>Chicago, IL 60661 |
| STATES ENGINEERING CORP<br>10216 AIRPORT DRIVE<br>FORT WAYNE, IN 46819 | STRUERS INC<br>24766 DETROIT ROAD<br>WESTLAKE, OH 44145 | SUPERIOR BUSINESS SOLUTION<br>PO BOX 8040<br>FT WAYNE, IN 46898-8040 |
| Schenkel & Sons Inc<br>Brian J. Lange, Esquire<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802 | Scioto Valley Packaging, LLC<br>PO Box 497<br>Clinton, NC 28329 | Sentinel Fluid Controls<br>5702 Opportunity Drive<br>Toledo, OH 43612 |
| Shambaugh & Son, L.P.<br>Post Office Box 1287<br>Fort Wayne, Indiana 46801 | Sheela B. Davis Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Sierra Poindexter<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 |
| Spectrum Engineering Corp<br>5524 North County Line Road<br>Auburn, IN 46706-9302 | Staclean Diffuser Co., LLC<br>PO Drawer 1147<br>Salisbury, NC 28145-1147 | State of Michigan<br>UIA Tax Office<br>POC Unit - Suite 11-500<br>Detroit, MI 48202 |
| Steel Equipment Specialists LLC<br>P.O. box 2148<br>1507 Beeson St.<br>Alliance, OH 44601 | Stericycle Inc.<br>13975 Polo Trail Dr #201<br>Lake Forest IL 60045 | Sturgis Iron & Metal Co., Inc.<br>c/o P. Joseph Haas, Jr.<br>112 S. Monroe Street<br>Sturgis, MI 49091 |

| | | |
|---|---|---|
| SummitBridge National Investments, LLC<br>Summit Investment Management, LLC<br>Attn: Mark A. Kilcoin<br>1700 Lincoln Street, Suite 2150<br>Denver, Colorado 80203 | System Clean, Inc<br>50602 N. Michigan St.<br>South Bend, IN 46637 | T & M EQUIPMENT CO INC<br>2880 EAST 83RD PLACE<br>MERRILLVILLE, IN 46410 |
| T.T.G. PATTERN<br>5443 KEYSTONE DRIVE<br>FORT WAYNE, IN 46825 | TOOLING & EQUIPMENT INTERNATIONAL<br>12550 TECH CENTER DRIVE<br>LIVONIA. MI 48150-2193 | TPC WIRE & CABLE<br>7061 EAST PLEASANT VALLEY ROAD<br>INDEPENDENCE, OH 44131 |
| TRI STATE COMPRESSED AIR SYSTEMS, IN<br>1608 EISHENHOWER DRIVE SOUTH<br>GOSHEN, IN 46526-5360 | TROJAN HEAT TREAT<br>809 S. BYRON ST<br>HOMER, MI 49245 | Taylor Rental Center, Inc.<br>2224 St. Rd. 8<br>Auburn, IN 46706 |
| The New Keibler Thompson Co.<br>Route 66 RR#2<br>Box264A<br>Export, PA 15632 | Time Industrial, Inc.<br>c/o Roy F. Kiplinger<br>Beers Mallers Backs & Salin, LLP<br>110 W. Berry Street, Suite 1100<br>Fort Wayne, IN 46802 | Timothy S. Borden<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| Trevor Meeks Agency<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | US CARGO MANAGEMENT INC.<br>PHILADELPHIA INTERNATIONAL AIRPORT<br>P.O. BOX 277<br>ESSINGTON, PA 19029 | US PATTERN COMPANY INC<br>P0 BOX 220<br>RICHMOND, MI 48062 |
| USF Holland, Inc<br>750 E. 40th Street<br>Holland, MI 49423 | Unimin Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | United Parcel Service<br>c/o D&B/RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, Maryland 21094 |
| United States Trustee<br>One Michiana Square<br>100 East Wayne Street, Suite 555<br>South Bend, IN 46601 | Universal Am-Can Ltd.<br>PO Box 2007<br>Warren, MI 48090 | VWR International, Inc.<br>1230 Kennestone Circle<br>Marietta, GA 30066 |
| Van Dyne Crotty Inc.<br>3233 Newmark Dr.<br>Miamisburg, OH 45342 | Vericore L.L,C.<br>1200 W. Causeway Approach<br>Mandevill, CA 70471 | Vesuvius USA Corporation<br>Steven Del Cotto, Esquire<br>27 Noblestown Road<br>Carnegie, PA 15106 |
| W.W. GRAINGER, INC.<br>7300 N MELVINA AVE M530<br>NILES IL 60714-3998 | WALMAN OPTICAL CO<br>PO BOX 9440<br>MINNEAPOLIS, MN 55440 | WAYNE PIPE & SUPPLY INC<br>1815 SOUTH ANTHONY BLVD<br>FT WAYNE, IN 46803 |
| WELDER SERVICES INC<br>1725 EDSALL AVENUE<br>FT WAYNE, IN 46896 | WEYERHAEUSER CO.<br>2626 CR 71<br>BUTLER, IN 46721 | WHEELABRATOR ABRASIVES INC<br>1 ABRASIVE AVE<br>BEDFORD, VA 24523 |

WIESE PLANNING & ENG., INC.
2725 INDEPENDENCE DRIVE
FORT WAYNE, IN 46808

WILLIAM C WEBER & ASSOC IN
CONSTITUTION HILL OFFICE PARK
6201 CONSTITUTION DRIVE
FT WAYNE, IN 46804

Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham McHale LLP
10 W. Market, #2700
Indianapolis, IN 46204

Wayne Fasteners Inc.
2611 Independence Dr.
Ft. Wayne, IN 46808

William C. Weber & Associates, Inc
William/Suzanne Weber
6201 Constitution Dr.
Fort Wayne, IN 46804

William E. Fink
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

XRI TESTING - TROY
MOBILEX, LLC
1961 THUNDERBIRD
TROY, MI 48084

Xerox Corporation
Xerox Capital Services LLC
Attn: Vanessa Adams
PO Box 660506
Dallas, TX 75266-9937

John R. Burns
Baker & Daniels
111 E. Wayne Street, Ste. 800
Fort Wayne, IN 46802

Mark Werling
Baker & Daniels
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Nancy J. Gargula
One Michiana Square, 5th Floor
100 E. Wayne Street
South Bend, IN 46601

Rebecca Hoyt Fischer
LADERER & FISCHER, P.C.
112 W. Jefferson Blvd., Suite 310
South Bend, Indiana 46601

Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN 46706