IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | )    Chapter 7 |
| AUBURN FOUNDRY, INC., | ) |
| | )    BK Case No. 04-10427 |
| Debtor. | ) |

<u>O R D E R</u>

At Fort Wayne, Indiana, on ___ July 12, 2006. _____

Interim Application for Allowance of Attorneys' Fees of Rothberg Logan & Warsco LLP, having been filed by Rothberg Logan & Warsco LLP, special counsel for the Trustee in the above-captioned bankruptcy proceeding, and the Court being duly advised, and no objections having been filed, said application is hereby approved in the sum of Thirteen Thousand Five Hundred Eighty-Eight and 00/100 Dollars ($13,588.00) in fees and One Thousand Nine Hundred Twenty-Seven and 86/100 Dollars ($1,927.86) in expenses.

SO ORDERED.

                                                           /s/ Robert E. Grant
                                       JUDGE, UNITED STATES BANKRUPTCY COURT



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1            User: jlesure              Page 1 of 1              Date Rcvd: Jul 12, 2006
Case: 04-10427                  Form ID: pdf004            Total Served: 1
```

```
The following entities were served by first class mail on Jul 14, 2006.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2006**           **Signature:**  _Joseph Speetjens_