UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                      )
                                            )
AUBURN FOUNDRY, INC.,                       )    Case No. 04-10427
                                            )
        Debtor.                             )

## APPLICATION TO WITHDRAW APPEARANCE

Comes now Jerald I. Ancel and Marlene Reich, of the law firm of Sommer Barnard PC ("Counsel"), and hereby petition the Court, pursuant to Fed. R. Bankr. P. 9010, N.D. Ind. L.B.R. B-9010-2(e) and Indiana Rules of Professional Conduct 1.16(b)(4)-(6), for an order permitting Counsel to withdraw from this case as counsel of record for AFI Lending Group, LLC ("AFI"), with such withdrawal of appearance being effective as of August 21, 2006.  In addition, Counsel request that they be removed from the Court's electronic notification system and from Debtor's Service List, and in support thereof states as follows:

1.   On February 9, 2004, Counsel filed their appearance on behalf of AFI.

2.   AFI no longer has an interest in the above-referenced matter.

3.   On July 17, 2006, a letter was sent to representatives of AFI providing notice of Counsel's withdrawal of appearance.  A copy of the letter is attached hereto as **Exhibit A.**

WHEREFORE, Jerald I. Ancel and Marlene Reich, of the law firm of Sommer Barnard PC, petition the Court for leave to withdraw their appearance on behalf of AFI, effective as of August 21, 2006, and request that their names be removed from the

Clerk's electronic notification system and the Debtor's service list in this case, and for all other just and proper relief in the premises.

                                              Respectfully submitted,

                                              SOMMER BARNARD PC

                                              By:/s/ Jerald I. Ancel
                                                   Jerald I. Ancel
                                                   Marlene Reich

Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, Indiana  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
Email:  ancel@sommerbarnard.com
        mreich@sommerbarnard.com

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing has been served by United States First Class Mail, postage prepaid, this 31st day of July, 2006, upon those listed on the attached distribution list.

                                              /s/ Jerald I. Ancel
                                              Jerald I. Ancel

380415v1

| | | |
|---|---|---|
| ABB Inc.<br>9000 Regency Park, Suite 300<br>Cary, NC 27511 | Air Technics Inc.<br>2652 Merrimont Drive<br>Troy, OH 45373 | Airtech Environmental Services<br>601A Country Club Drive<br>Bensenville, IL 60106 |
| American Arbitration Association<br>335 Madison Ave., 10th Floor<br>New York, NY 10017 | American Distribution Assoc.<br>335 Madison Ave., 10th Floor<br>New York, NY 10017 | American Express Travel Related Svcs Co<br>c/o Becker and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| American Bio Medica Corporation<br>122 Smith Road<br>Kinderhook, NY 12106 | American Wire Rope and Sling<br>3122 Engle Road<br>Fort Wayne, IN 46809 | Applied Metals & Machine Works<br>1036 St. Mary's Avenue<br>Fort Wayne, IN 46808 |
| Anne Meeks Davis Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46306-2847 | Ashland Incorporatd<br>Collection Dept. DS3<br>PO Box 2219<br>Columbus, OH 43216 | Austin Petroleum, Inc.<br>c/o Ron Ellis, President<br>99 East Joe Street<br>Huntington, IN 46750 |
| Arrow Fence Company, Inc.<br>318 Edgewood Avenue<br>Fort Wayne, IN 46805 | Aztec Millennium Supply, Inc.<br>8411 Mayhew Road<br>Fort Wayne, IN 46835 | Air Products and Chemicals<br>Tom Jacob A6313<br>7201 Hamilton Blvd.<br>Allentown, PA 18195 |
| Baden, Gage & Schroeder, LLC<br>6920 Pointe Inverness Way, Suite 300<br>Fort Wayne, IN 46804 | Bank of America<br>c/o Josef S. Athanas<br>Latham & Watkins Illinois LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606-4202 | Basset Office Supply Inc.<br>509 South Main Street<br>Auburn, IN 46706 |
| BBC Pump and Equipment Co, Inc.<br>777 N. Tibbs Ave.<br>PO Box 22098<br>Indianapolis, IN 46222 | BGR Inc.<br>6392 Grand Road<br>West Chester, OH 45069 | Bobcat of Fort Wayne<br>3630 Goshen Road<br>Fort Wayne, IN 46818 |
| Beardsley & Piper LLC<br>751 Shoreline Drive<br>Aurora, IL 60504 | Best Access Systems<br>6161 E. 75th St.<br>Indianapolis, IN 46250 | Bohl Equipment Company<br>534 W. Laskey Rd.<br>Toledo, OH 43612 |
| Beverly Korobkin<br>Indiana Department of Workforce Development<br>10 North Senate Avenue, SE200<br>Indianapolis, IN 46204-2277 | Inductotherm Corp.<br>PO Box 157<br>Rancocas, NJ 08073 | Industrial Specialties<br>9621 White Hill Ct.<br>Fort Wayne, IN 46804-5953 |
| Bohl Crane, Inc.<br>1930 Lakeview Drive<br>Fort Wayne, IN 46808 | Bohren Logistics, Inc.<br>325 N. Taylor Road<br>Garrett, IN 46738 | BPC- Bell Packaging Corporation<br>PO Box 3006<br>Marion, IN 46953-0333 |

| | | |
|---|---|---|
| Bostwick-Braun<br>1946 N. 13th Street<br>Toledo, OH 43624 | Brehob Corp.<br>PO Box 2023<br>Indianapolis, IN 46206-2023 | C. Miller & Sons Inc.<br>6707 Gabion Way<br>Fort Wayne, IN 46818 |
| Brake Materials & Parts Inc.<br>800 Sherman At Pape<br>Fort Wayne, IN 46808 | Bread Basket<br>115 North Main Street<br>Auburn, IN 46706 | Brechbuhler Scales<br>3306 Cavalier Drive<br>Fort Wayne, IN 46808 |
| Brian S Automotive Center<br>1110 South Grandstaff Drive<br>Auburn, IN 46706 | Baden Tax Management LLC<br>Baden, Gage & Schroeder, LLC<br>6920 Pointe Inverness Way, Suite 300<br>Fort Wayne, IN 46804-7926 | Baker & Daniels LLP<br>c/o John R. Burns III<br>111 East Wayne, Suite 800<br>Fort Wayne, IN 46802 |
| CAMS, Inc.<br>495 Village Park Drive<br>Powell, OH 43065 | Camway Transportaion Corp<br>7846 West Central Avenue<br>Toledo, OH 43617 | Canteen<br>2715 American Way<br>Fort Wayne, IN 46809 |
| Carper Farm Supply Inc.<br>PO Box 159<br>Ashley, IN 46705 | CC Metals and Alloys Inc<br>University Corporate Centre<br>300 Corporate Parkway – 216N<br>Amherst, NY 14226 | Phyllis A. Hayes<br>CDW Computer Centers, Inc.<br>c/o Receivable Management Services<br>PO Box 5126<br>Timonium, MD 21094 |
| Cascade Pattern Co.<br>c/o Brian Green<br>25101 Chagrin Blvd., Suite 220<br>Beachwood, OH 44122 | Centennial Wireless<br>3811 Illinois Rd., Suite 212<br>Fort Wayne, IN 46804 | Citizens Gas & Coke Utility<br>c/o Beckman Lawson LLP<br>PO Box 800<br>Fort Wayne, IN 46801-0800 |
| Certified Reducer Rebuilders<br>32079 Milton<br>Madison Heights, MI 48071 | Classic City Automotive Inc<br>503 Michigan Avenue<br>Auburn, IN 46706 | Clean Conveyor Solutions<br>Division of CVP Group, Inc.<br>PO Box 67<br>Willow Springs, IL 60480-0067 |
| City of Auburn<br>c/o W.Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 | Clean Conveyor Solutions<br>642 Newport<br>Westmont, IL 60559 | Complete Drives Inc.<br>6419 Discount Dr.<br>Fort Wayne, IN 46818 |
| Complete Maintenance & Staffing, Inc.<br>5405 Hursh Road<br>Fort Wayne, IN 46845 | Covington Box & Packaging, Inc.<br>c/o Howard B. Sandler, Esq.<br>Beckman Lawson, LLP<br>PO Box 800<br>Fort Wayne, IN 46801-0800 | Crown Equipment Corporation<br>1919 Research Drive<br>Fort Wayne, IN 46808 |
| Comtronix Corporation<br>2213 East 45th Street<br>Indianapolis, IN 46205-2297 | Copper and Brass Sales Inc.<br>530 Northfield Drive<br>Brownsburg, IN 46112 | Core Tech Inc<br>6000 Old Maumee Rd.<br>Fort Wayne, IN 46803 |

Cotterman Company
130 Seltzer Road
Croswell, MI 48422

Crosible Inc.
PO Box 271
Moravia, NY 13118

Current, Inc.
2120 E. Washington
Fort Wayne, IN 46803-1329

Curtis 1000
PO Box 11271
Fort Wayne, IN 46856

Calar Inc.
PO Box 458
Syracuse, IN 46567

Canteen
5695 West River Dr., NE
Belmont, MI 49306

Custom Engineering & Fabrication
1631 East Pontiac St.
Fort Wayne, IN 46803

D.A.S Services, Inc.
2310 West 175 North
Angola, IN 46703

Dictating & Time Systems
2212 South Calhoun Street
Fort Wayne, IN 46802

David B. Fink
c/o Gary D. Boyn, Trustee
Warrick & Boyn, LLP
121 West Franklin Street, Suite 400
Elkhart, IN 46516-3278

David Burr Fink
c/o Martin E. Seifert, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

David M. Meeks Jr. Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46305-2847

Dayton Freight Lines Inc
6450 Poe Ave, Suite 311
Dayton, OH 45414

Dell Financial Services, LP
c/o Weltman Weinberg & Reis, Co., LPA
525 Vine St., Suite 800
Cincinnati, OH 45202

Detrick L. Franklin
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Suite 400
Fort Wayne, IN 46802

Dietert Foundry Testing Inc.
9190 Rose Lawn Ave.
Detroit, MI 48204

DISA Industries, Inc.
80 Kindall Point Drive
Oswego, IL 60543

DR Lubricants Inc.
4611 Newaygo Road, Suite D
Fort Wayne, IN 46825

Digital Communications Prod.
3720 South Calhoun Street
Fort Wayne, IN 46807

Disa Goff, Inc.
PO Box 1607
Seminole, OK 74818

Don R. Fruchey, Inc.
c/o Kent C. Litchin
Grossman & Litchin LLP
1600 Lincoln Tower
Fort Wayne, IN 46802

DUCA Manufacturing Inc.
761 McClurg Road
Boardman, OH 44512

Duffy Office Products
7712 Lima Road
Fort Wayne, IN 46818

Dauber Company Inc.
577 North 18th Road
Tonica, IL 61370

Duraflow Equipment Company, Inc.
3910-B Culligan Avenue
Indianapolis, IN 46218

Eagle Fountain Works, Inc.
8 Winchester Road
Ormond Beach, FL 32174

Eclectric Company
18315 Richey Lane
Huntertown, IN 46748

Dwight Glisson
McNichols Company
PO Box 30300
Tampa, FL 33630-3300

Michigan Department of Treasury
PO Box 30059
Lansing, MI 48909

Jeff Heimsch
Midwest Instrument Co., Inc.
PO Box 80
Hartland, WI 53029

Earth Tech, Inc.
5555 Glenwood Hills Pkwy S.E.
Grand Rapids, MI 49512

Edglo Laboratories, Inc.
2121 E. Washington Blvd.
Fort Wayne, IN 46803

Edwin P. Rosebrock
PO Box 383
Auburn, IN 46706

Edwards Medical
495 Woodcreek Drive
Bolingbrook, IL 60440

Eirich Machines Inc.
4033 Ryan Rd.
Gurnee, IL 60031

Elkem Metals Inc.
PO box 266
Pittsburgh, PA 15230-0266

Emed Company Inc.
PO Box 369
Buffalo, NY 14240-0369

Enviro Control Metals
650 Chestnut Street S.W.
Grand Rapids, MI 49503

Epic Machine
201 Industrial Way
Fenton, MI 48430

Enco Manufacturing Company, Inc.
PO Box 357
Farmingdale, NY 11735

Daniel R. Ewald
Ewald Enterprises Inc.
PO Box 80165
Fort Wayne, IN 46898-0165

Fairmount Minerals
PO Box 400
Bridgeman, MI 49106

First Insurance Funding Corp.
450 Skokie Blvd, Suite 1000
PO Box 3306
Northbrook, IL 60065-3306

Fox Contractors Corp.
c/o Stephen E. Lewis, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Frank H Gill Company
PO Box 703
Lansing, IL 60438-0703

Flex-Pac, Inc.
7113 South Mayflower Park
Zionsville, IN 46077

Foseco, Inc.
20200 Sheldon Road
Brook Park, OH 44142

Freeman Mfg. & Supply Company
27655 Groesbeck Hwy
Roseville, MI 48066

Gary D. Wohlwend
NADAPRO, Inc.
5020 Nob Road
Fort Wayne, IN 46825

Neff Engineering Co, Inc.
7114 Innovation Blvd.
Fort Wayne, IN 46898

NES Rentals
8855 Byron Commerce
Byron Center, MI 49315

General Motors Corporation
c/o Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
Detroit, MI 48226

Gerald L. Martin, III
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Suite 400
Fort Wayne, IN 46802

Glass, Molders, Pottery, Plastics & Allied
c/o Richard J. Swanson
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204

George E Booth Company
8202 W. 10th Street
Indianapolis, IN 46214-2432

Gary G. Shock
c/o Randal S. Forbes
PO Box 374
Angola, IN 46703

General Kinematics Corp.
5050 Rickert Road
Crystal Lake, IL 60014-7333

Goeglein's Inc.
7311 Maysville Road
Fort Wayne, IN 46815-8199

H E C O, Inc.
3509 S. Burdick St.
Kalamazoo, MI 49001

Haney S Glass of Auburn
930 West 15th Street
Auburn, IN 46706

| | | |
|---|---|---|
| Harbor Metal Treating Co. of Indiana<br>PO Box 644<br>Benton Harbor, MI 49023 | Hartley Controls<br>751 Shoreline Drive<br>Aurora, IL 60504 | Heraeus Electro Nite Co.<br>One Summit Square, 1st Floor<br>Suite 100<br>Langhorne, PA 19047 |
| Hill and Griffith Co.<br>3637 Farnsworth<br>Indianapolis, IN 46241 | Hook Industrial Sales, Inc.<br>2731 Brooklyn Ave.<br>PO Box 9177<br>Fort Wayne, IN 46899 | Hoosier Trailer & Truck Eq<br>4830 Todd Drive<br>Fort Wayne, IN 46803 |
| Hot Crews Inc.<br>PO Box 13094<br>Fort Wayne, IN 46803 | Hydronic & Steam Equip Co.<br>8950 Bash Street<br>Indianapolis, IN 46256 | Industrial Ceramic Product<br>14401 Suntra Way<br>Marysville, OH 43040 |
| IN Dept. of Environmental Management<br>100 N. Senate Avenue<br>PO Box 6015<br>Indianapolis, IN 46204 | Indiana Refractories Inc.<br>1624 Simons Street<br>Fort Wayne, IN 46803 | Intermec Technology Corp.<br>9290 Le Saint Drive<br>Fairfield, OH 45014-5454 |
| Ingersoll-Rand Co<br>Air Compressor Group<br>2516-1 Industrial Park Drive<br>Goshen, IN 46526 | INOVIS<br>Attn: Billing<br>11720 Amber Park Drive<br>Alpharetta, GA 30004 | Ircon Inc.<br>7300 N. Natchez Ave.<br>Niles, IL 60714 |
| International Quality<br>521 Cleveland<br>Lincoln Park, MI 48146 | International Surface Prep<br>1606 Executive Drive<br>LaGrange, GA 30241 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-203<br>100 North Senate Avenue<br>Indianapolis, IN 46204 |
| Ivy Tech<br>3800 North Anthony Blvd.<br>Fort Wayne, IN 46805 | Henry Efroymson<br>Ice Miller, LLC<br>One American Square<br>PO Box 82001<br>Indianapolis, IN 46282-0200 | J E Bearing and Machine Ltd.<br>68 Spruce Street<br>Tillsonburg, ON N4G 4H8 |
| J & K Communications, Inc.<br>222 S. Tower View Drive<br>Columbia City, IN 46725 | J & L Industrial Supply<br>PO Box 3359<br>Livonia, MI 48151-3359 | Kaltenbach, Inc.<br>6775 Inwood Drive<br>Columbus, IN 47202 |
| Jackson-Hirsh Inc<br>700 Anthony Trail<br>Northbrook, IL 60062-2542 | James Godschalk<br>c/o Howard B. Sandler<br>Beckman Lawson LLP<br>PO Box 800<br>Fort Wayne, IN 46801-0800 | Korte Bros. Inc.<br>620 W. Cook Road<br>Fort Wayne, IN 46825-3324 |
| Kendallville Iron & Metal, Inc.<br>243 E. Lisbon Road<br>PO Box 69<br>Kendallville, IN 46755 | KMH Systems Inc.<br>6900 Poe Ave.<br>Dayton, OH 45414 | Lab Safety Supply Inc.<br>PO Box 1368<br>Janesville, WI 53547-1368 |

| | | |
|---|---|---|
| Khela J. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Suite 400<br>Fort Wayne, IN 46802 | Kimberly E. Parker<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>890 S. Calhoun St., Suite 400<br>Fort Wayne, IN 46802 | Key Equipment Finance<br>a division of Key Corporate Capital, Inc.,<br>assignee for Adirondack Leasing Assoc.<br>Attn: Sal Boscia<br>1000 South McCaslin Blvd<br>Louisville, CO 80027 |
| Kustom Machining, Inc.<br>PO Box 39<br>Leo, IN 46765 | Kendall Electric, Inc.<br>131 Grand Truck Ave.<br>Battle Creek, MI 49016 | Lyman Steel Co.<br>PO Box 28340<br>Cleveland, OH 44128 |
| LBH Chemical & Industrial<br>PO Box 8460<br>Fort Wayne, IN 46808-8460 | Leco Corporation<br>3000 Lakeview Avenue<br>St. Joseph, MI 49085-2396 | McLean Midwest Corporation<br>11611 Business Park Blvd N.<br>Champlin, MN 55316 |
| MacAllister Machinery Co Inc.<br>2418 Coliseum Blvd W<br>Fort Wayne, IN 46808-3648 | Marjo Plastics<br>1081 Cherry Street<br>Phymouth, MI 48170 | Maxwell Engineering, Inc.<br>dba Allen Pattern Works<br>616 East Wallace Street<br>PO Box 10540<br>Fort Wayne, IN 46803 |
| Mark A. Gorney<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Suite 400<br>Fort Wayne, IN 46802 | Marlin Leasing Corp.<br>Kelly McCarthy<br>Bankruptcy Administrator<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ 08054 | Monitor Technologies LLC<br>Drawer AL-44W320<br>Elburn, IL 60119 |
| Metaltec Steel Abrasive Co.<br>41155 Joy Road<br>Canton, MI 48187 | Modern Equipment Company<br>336 South Spring Street<br>Port Washington, WI 53074 | Magneco Metrel Inc.<br>223 Interstate Road<br>Addison, IL 60101 |
| MP Steel Indiana<br>PO Box 233<br>Monaca, PA 15061 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 | Auburn Foundry, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 |
| Nancy J. Gargula<br>One Michiana Square, 5th Floor<br>100 E. Wayne Street<br>South Bend, IN 46601 | Rebecca Hoyt Fischer<br>Laderer & Fischer, P.C.<br>112 W. Jefferson Blvd., Suite 310<br>South Bend, IN 46601 | OFC Capital<br>Dept GA00010<br>PO Box 530101<br>Atlanta, GA 30353-0101 |
| Northstar Imaging, Inc.<br>953 Westgate Drive<br>St. Paul, MN 55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT 84115 | OmniSource Corporation<br>c/o Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 |
| Old Fort Supply Co., Inc.<br>Old Fort Way at 2000 Wayne Trace<br>Fort Wayne, IN 46803 | Ossola Industrials Inc.<br>1740 W. Seventh Street<br>Granite City, IL 62040 | Pangborn Company<br>580 Pangborn Blvd.<br>Hagerstown, MD 21742-0380 |

| | | |
|---|---|---|
| OptionCare<br>867 W. Carmel Dr.<br>Carmel, IN 46032 | Overnite Transporation Co.<br>PO Box 1216<br>Richmond, VA 23218-1216 | Perkins Septic and Drain Service<br>375 CR 11<br>Hudson, IN 46747-9414 |
| Parker Glove & Supply, Inc.<br>East 4th Street<br>Avilla, IN 46710 | Peerless Metals & Powders & Abrasives<br>PO Box 09254<br>Detroit, MI 48209 | QHG of Ft. Wayne, Inc. Redim<br>315 East Cook Road<br>Fort Wayne, IN 46825 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | Precision Calibration Company<br>7656 Milliner Court<br>Plainfield, IN 46168 |
| PHC Industries, Inc.<br>PO Box 11225<br>Fort Wayne, IN 46856-1225 | Pranger Enterprises Inc.<br>PO Box 366<br>Ashley, IN 46705 | Pension Benefit Guaranty Corporation<br>Attn: Brad Rogers, Attorney<br>Office of the General Counsel<br>1200 K Street, NW, Suite 340<br>Washington, DC 20005-4026 |
| Precision Steel Services<br>4334 Earth Drive<br>Fort Wayne, IN 46809 | Project Management Services<br>PO Box 398<br>McDonald, OH 44437-0398 | RA Mueller Inc.<br>11270 Cornell Park Drive<br>Cincinnati, OH 45242 |
| Quality Calibration Service<br>10205 West Greenfield Avenue<br>West Allis, WI 53214 | R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 | Reno Refractories, Inc.<br>PO Box 201<br>Morris, AL 35116 |
| Refco Inc.<br>PO Box 12867<br>Pittsburgh, PA 15241 | Reilley Trucking<br>7431 Bent Willow Drive<br>Fort Wayne, IN 46815 | S & S Tire Co., Inc.and<br>S&S Oil Co., Inc<br>500 North St., Suite 2<br>Auburn, IN 46706 |
| Richard Squier Pallets, Inc.<br>2522 US Hwy 6 West<br>PO Box 668<br>Waterloo, IN 46793 | Ronald J. Osbun<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 | Motion Industries, Inc.<br>1605 Alton Road<br>Birmingham, AL 35210 |
| Robert E. Overman II<br>Miller and Company LLC<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 | Sharon Schoenberger<br>Moore Medical Corp<br>PO Box 1500<br>New Britain, CT 06050-1500 | Judy Wong<br>RadioShack Credit Services<br>300 RadioShack Circle, Mail Stop 5018<br>PO Box 961090<br>Fort Worth, TX 76161-5018 |
| Rumford Industrial Group, Inc.<br>PO Box 752288<br>Dayton, OH 45475 | Rytec Corporation<br>PO Box 403<br>Jackson, WI 53037 | Shells, Inc.<br>502 Old U.S. Hwy 30 East<br>Bourbon, IN 46504 |

S D Myers
180 South Avenue
Tallmadge, OH 44278

Schenkel & Sons, Inc.
c/o Brian J. Lange, Esq.
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802

Shambaugh & Son, L.P.
PO Box 1287
Fort Wayne, IN 46801

Sherry Laboratories
2203 South Madison
Muncie, IN 47307

Staclean Diffuser Co., LLC
PO Drawer 1147
Salisbury, NC 28145-1147

States Engineering Corp.
10216 Airport Drive
Fort Wayne, IN 46819

Stericycle, Inc.
13975 Polo Trail Dr, #201
Lake Forest, IL 60045

System Clean, Inc.
50602 N. Michigan St.
South Bend, IN 46637

T.L. Meadors
Hickman, Williams & Company
PO Box 538
Cincinnati, OH 45201

Time Industrial, Inc.
c/o Roy F. Kiplinger
Beers Mallers Backs & Salin, LLP
110 W. Berry Street, Suite 1100
Fort Wayne, IN 46802

Safety-Kleen System, Inc.
5400 Legacy Dr.
Clusten II Bldg 3
Plano, Tx 75024

Scioto Valley Packaging, LLC
PO Box 497
Clinton, NC 28329

Sierra Poindexter
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Simplicity Engineering, Inc.
212 S. Oak
Durand, MI 48429-0257

State of Michigan
UIA Tax Office
POC Unit – Suite 11-500
Detroit, MI 48202

Struers Inc.
24766 Detroit Road
Westlake, OH 44145

P. Joseph Haas, Jr.
Sturgis Iron & Metal Co., Inc.
112 S. Monroe Street
Sturgis, MI 49091

T & M Equipment Co, Inc.
2880 East 83rd Place
Merrillville, IN 46410

I.R.S.
230 S. Dearborne, Room 2560
5014 CHI
Chicago, IL 60604

US Cargo Management, Inc.
Philadelphia International Airport
PO Box 277
Essington, PA 19029

Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH 43612

Spectrum Engineering Corp.
5524 North County Line Road
Auburn, IN 46706-9302

STAG Iron & Metal Corp.
Deer & Stone, P.C.
130 S. Jefferson Street, Suite 501
Chicago, IL 60661

Steel Equipment Specialists, LLC
PO Box 2148
1507 Beeson St.
Alliance, OH 44601

Superior Business Solutions
PO Box 8040
Fort Wayne, IN 46898-8040

Mark A. Kilcoin
SummitBridge National Investments, LLC
Summit Investment Management, LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203

T.T.G. Pattern
5443 Keystone Drive
Fort Wayne, IN 46825

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

US Pattern Company, Inc.
PO Box 220
Richmond, MI 48062

Tri State Compressed Air Systerms, Inc.
1608 Eishenhower Drive South
Goshen, IN 46526-5360

Tooling & Equipment International
12550 Tech Center Drive
Livonia, MI 48150-2193

TPC Wire & Cable
7061 East Pleasant Valley Road
Independence, OH 44131

The New Keibler Thompson Co.
Route 66, RR #2
Box 264A
Export, PA 15632

Trojan Heat Treat
809 S. Byron St
Homer, MI 49245

Taylor Rental Center, Inc.
2224 St. Rd. 8
Auburn, IN 46706

VWR International, Inc.
1230 Kennestone Circle
Marietta, GA 30066

United States Trustee
One Michiana Square
100 East Wayne Street, Suite 555
South Bend, IN 46601

Universal Am-Can Ltd.
PO Box 2007
Warren, MI 48090

United Parcel Service
c/o D&B/RMS Bankruptcy Services
PO Box 4396
Timonium, MD 21094

USF Holland, Inc.
750 E. 40th Street
Holland, MI 49423

Unimin Corporation
258 Elm Street
New Canaan, CT 06840

Vesuvius USA Corporation
c/o Steven Del Cotto, Esq.
27 Noblestown Road
Carnegie, PA 15106

Van Dyne Crotty Inc.
3233 Newmark Dr.
Miamisburg, OH 45342

Vericore L.L.C.
1200 W. Causeway Approach
Mandevill, CA 70471

Mark Werling
Baker & Daniels
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Vanessa Adams
Xerox Corporation
Xerox Capital Services LLC
PO Box 660506
Dallas, TX 75266-9937

John R. Burns
Baker & Daniels
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Wayne Pipe & Supply Inc
1815 South Anthony Blvd
Fort Wayne, IN 46803

W.W. Grainger, Inc.
7300 N. Melvina Ave, M530
Niles, IL 60714-3998

Walman Optical Co.
PO Box 9440
Minneapolis, MN 55440

XRI Testing – Troy
Mobilex, LLC
1961 Thunderbird
Troy, MI 48084

Wayne Fasteners Inc.
2611 Independence Dr.
Fort Wayne, IN 46808

William/Suzanne Weber
William C. Weber & Associates, Inc.
6201 Constitution Drive
Fort Wayne, IN 46804

Wheelabrator Abrasives Inc
1 Abrasive Ave
Bedford, VA 24523

Welder Services Inc.
1725 Edsall Avenue
Fort Wayne, IN 46896

Weyerhaeuser Co.
2626 CR 71
Butler, IN 46721

Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham McHale LLP
10 W. Market St., #2700
Indianapolis, IN 46204

Wiese Planning & Eng., Inc.
2725 Independence Drive
Fort Wayne, IN 46808

William Weber & Assoc., Inc.
Constitution Hill Office Park
6201 Constitution Drive
Fort Wayne, IN 46804

Mr. Timothy S. Borden
Post Office Box 773449
Steamboat Springs, CO 80477

Janet Fink Borden
Post Office Box 773449
Steamboat Springs, CO 80477

John A. Fink
Gloria Fink
P. O. Box 757
Auburn, IN 46706-0757

William E. Fink
P. O. Box 826
Auburn, IN 46706

David B. Fink
P. O. Box 72
Auburn, IN 46706

Mr. Matt Megorden
Solomon Smith Barney
1099 Alakea, 23rd Floor
Honolulu, HI 96813-4500

# SOMMER BARNARD PC

**Jerald I. Ancel**
Direct Dial 317/713-3560
jancel@sommerbarnard.com

July 17, 2006

| | | |
|---|---|---|
| Mr. Timothy S. Borden | Janet Fink Borden | John A. Fink |
| Post Office Box 773449 | Post Office Box 773449 | Gloria Fink |
| Steamboat Springs, CO 80477 | Steamboat Springs, CO 80477 | P. O. Box 757 |
| | | Auburn, IN  46706-0757 |
| | | |
| William E. Fink | David B. Fink | Mr. Matt Megorden |
| P. O. Box 826 | P. O. Box 72 | Solomon Smith Barney |
| Auburn, IN  46706 | Auburn, IN  46706 | 1099 Alakea, 23rd Floor |
| | | Honolulu, HI  96813-4500 |

Re:   Auburn Foundry, Inc.
      Chapter 7 Bankruptcy Case No. 04-10427

Ladies and Gentlemen:

You will recall that your interest in the Auburn Foundry, Inc. case has ceased.  Per the Court's Local Rules[1], we are required to withdraw our appearance via a formal application, and must attach to the application a copy of the letter that we have sent to our client explaining that we are going to withdraw our appearance.  To that end, we are sending you this letter, and enclose for your file a copy of the Application to Withdraw Appearance that we will file with the Court ten (10) business days from the date of this letter.

---

[1]   L.R. B-9010-2(e).  Any attorney desiring to withdraw an appearance shall file a verified application and notice requesting leave to do so.  The application and notice shall be served upon the client and, if filed in the main case, the United States trustee, any trustee, any committee and/or the entities included on any list required by Fed. R. Bankr P. 1007(d), or, if filed in an adversary proceeding, all parties that have appeared in the matter.  Unless accompanied or preceded by an appearance of other counsel, the application shall:

   (1)   specifically state the grounds or cause for withdrawal;

   (2)   be accompanied by satisfactory evidence that counsel has advised the client, in writing, of the reasons for and the intention to seek permission to withdraw at least ten (10) days prior to its filing; and

   (3)   unless the client has terminated counsel's services, contain a statement that any response, objection, or comments to the application should be filed within ten (10) days.

Unless requested or ordered by the court, the court may rule upon the application without a hearing upon the expiration of the time for any response.

**Exhibit A**

Page 2
July 17, 2006

      Please feel free to contact us with have any questions or concerns about this or any other matter.

Yours very truly,

*Jerald I. Ancel*

JIA/vlc
Enclosure
380127

**SOMMER BARNARD**
——ATTORNEYS, PC——