UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO WITHDRAW APPEARANCE**

Fort Wayne on _____.

  This matter comes before the Court on the application of Sommer Barnard PC (the "Firm"), by Jerald I. Ancel and Marlene Reich, to withdraw the Firm's appearance as counsel for AFI Lending Group, LLC. Upon consideration, the Court now GRANTS the application.

  IT IS THEREFORE CONSIDERED AND ORDERED that the appearance of the Firm as counsel for AFI Lending Group, LLC, be and hereby is withdrawn.

DATED: _____

                     JUDGE, United States Bankruptcy Court

Distribution List Attached

380859v1

1

ABB Inc.
9000 Regency Park, Suite 300
Cary, NC 27511

Air Technics Inc.
2652 Merrimont Drive
Troy, OH 45373

Airtech Environmental Services
601A Country Club Drive
Bensenville, IL 60106

American Arbitration Association
335 Madison Ave., 10th Floor
New York, NY 10017

American Distribution Assoc.
335 Madison Ave., 10th Floor
New York, NY 10017

American Express Travel Related Svcs Co
c/o Becker and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

American Bio Medica Corporation
122 Smith Road
Kinderhook, NY 12106

American Wire Rope and Sling
3122 Engle Road
Fort Wayne, IN 46809

Applied Metals & Machine Works
1036 St. Mary's Avenue
Fort Wayne, IN 46808

Anne Meeks Davis Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46306-2847

Ashland Incorporatd
Collection Dept. DS3
PO Box 2219
Columbus, OH 43216

Austin Petroleum, Inc.
c/o Ron Ellis, President
99 East Joe Street
Huntington, IN 46750

Arrow Fence Company, Inc.
318 Edgewood Avenue
Fort Wayne, IN 46805

Aztec Millennium Supply, Inc.
8411 Mayhew Road
Fort Wayne, IN 46835

Air Products and Chemicals
Tom Jacob A6313
7201 Hamilton Blvd.
Allentown, PA 18195

Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN 46804

Bank of America
c/o Josef S. Athanas
Latham & Watkins Illinois LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606-4202

Basset Office Supply Inc.
509 South Main Street
Auburn, IN 46706

BBC Pump and Equipment Co, Inc.
777 N. Tibbs Ave.
PO Box 22098
Indianapolis, IN 46222

BGR Inc.
6392 Grand Road
West Chester, OH 45069

Bobcat of Fort Wayne
3630 Goshen Road
Fort Wayne, IN 46818

Beardsley & Piper LLC
751 Shoreline Drive
Aurora, IL 60504

Best Access Systems
6161 E. 75th St.
Indianapolis, IN 46250

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH 43612

Beverly Korobkin
Indiana Department of Workforce Development
10 North Senate Avenue, SE200
Indianapolis, IN 46204-2277

Inductotherm Corp.
PO Box 157
Rancocas, NJ 08073

Industrial Specialties
9621 White Hill Ct.
Fort Wayne, IN 46804-5953

Bohl Crane, Inc.
1930 Lakeview Drive
Fort Wayne, IN 46808

Bohren Logistics, Inc.
325 N. Taylor Road
Garrett, IN 46738

BPC- Bell Packaging Corporation
PO Box 3006
Marion, IN 46953-0333

Bostwick-Braun
1946 N. 13th Street
Toledo, OH 43624

Brehob Corp.
PO Box 2023
Indianapolis, IN 46206-2023

C. Miller & Sons Inc.
6707 Gabion Way
Fort Wayne, IN 46818

Brake Materials & Parts Inc.
800 Sherman At Pape
Fort Wayne, IN 46808

Bread Basket
115 North Main Street
Auburn, IN 46706

Brechbuhler Scales
3306 Cavalier Drive
Fort Wayne, IN 46808

Brian S Automotive Center
1110 South Grandstaff Drive
Auburn, IN 46706

Baden Tax Management LLC
Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN 46804-7926

Baker & Daniels LLP
c/o John R. Burns III
111 East Wayne, Suite 800
Fort Wayne, IN 46802

CAMS, Inc.
495 Village Park Drive
Powell, OH 43065

Camway Transportaion Corp
7846 West Central Avenue
Toledo, OH 43617

Canteen
2715 American Way
Fort Wayne, IN 46809

Carper Farm Supply Inc.
PO Box 159
Ashley, IN 46705

CC Metals and Alloys Inc
University Corporate Centre
300 Corporate Parkway – 216N
Amherst, NY 14226

Phyllis A. Hayes
CDW Computer Centers, Inc.
c/o Receivable Management Services
PO Box 5126
Timonium, MD 21094

Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, OH 44122

Centennial Wireless
3811 Illinois Rd., Suite 212
Fort Wayne, IN 46804

Citizens Gas & Coke Utility
c/o Beckman Lawson LLP
PO Box 800
Fort Wayne, IN 46801-0800

Certified Reducer Rebuilders
32079 Milton
Madison Heights, MI 48071

Classic City Automotive Inc
503 Michigan Avenue
Auburn, IN 46706

Clean Conveyor Solutions
Division of CVP Group, Inc.
PO Box 67
Willow Springs, IL 60480-0067

City of Auburn
c/o W.Erik Weber
130 East 7th Street
Auburn, IN 46706-1839

Clean Conveyor Solutions
642 Newport
Westmont, IL 60559

Complete Drives Inc.
6419 Discount Dr.
Fort Wayne, IN 46818

Complete Maintenance & Staffing, Inc.
5405 Hursh Road
Fort Wayne, IN 46845

Covington Box & Packaging, Inc.
c/o Howard B. Sandler, Esq.
Beckman Lawson, LLP
PO Box 800
Fort Wayne, IN 46801-0800

Crown Equipment Corporation
1919 Research Drive
Fort Wayne, IN 46808

Comtronix Corporation
2213 East 45th Street
Indianapolis, IN 46205-2297

Copper and Brass Sales Inc.
530 Northfield Drive
Brownsburg, IN 46112

Core Tech Inc
6000 Old Maumee Rd.
Fort Wayne, IN 46803

| | | |
|---|---|---|
| Cotterman Company<br>130 Seltzer Road<br>Croswell, MI 48422 | Crosible Inc.<br>PO Box 271<br>Moravia, NY 13118 | Current, Inc.<br>2120 E. Washington<br>Fort Wayne, IN 46803-1329 |
| Curtis 1000<br>PO Box 11271<br>Fort Wayne, IN 46856 | Calar Inc.<br>PO Box 458<br>Syracuse, IN 46567 | Canteen<br>5695 West River Dr., NE<br>Belmont, MI 49306 |
| Custom Engineering & Fabrication<br>1631 East Pontiac St.<br>Fort Wayne, IN 46803 | D.A.S Services, Inc.<br>2310 West 175 North<br>Angola, IN 46703 | Dictating & Time Systems<br>2212 South Calhoun Street<br>Fort Wayne, IN 46802 |
| David B. Fink<br>c/o Gary D. Boyn, Trustee<br>Warrick & Boyn, LLP<br>121 West Franklin Street, Suite 400<br>Elkhart, IN 46516-3278 | David Burr Fink<br>c/o Martin E. Seifert, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | David M. Meeks Jr. Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46305-2847 |
| Dayton Freight Lines Inc<br>6450 Poe Ave, Suite 311<br>Dayton, OH 45414 | Dell Financial Services, LP<br>c/o Weltman Weinberg & Reis, Co., LPA<br>525 Vine St., Suite 800<br>Cincinnati, OH 45202 | Detrick L. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Suite 400<br>Fort Wayne, IN 46802 |
| Dietert Foundry Testing Inc.<br>9190 Rose Lawn Ave.<br>Detroit, MI 48204 | DISA Industries, Inc.<br>80 Kindall Point Drive<br>Oswego, IL 60543 | DR Lubricants Inc.<br>4611 Newaygo Road, Suite D<br>Fort Wayne, IN 46825 |
| Digital Communications Prod.<br>3720 South Calhoun Street<br>Fort Wayne, IN 46807 | Disa Goff, Inc.<br>PO Box 1607<br>Seminole, OK 74818 | Don R. Fruchey, Inc.<br>c/o Kent C. Litchin<br>Grossman & Litchin LLP<br>1600 Lincoln Tower<br>Fort Wayne, IN 46802 |
| DUCA Manufacturing Inc.<br>761 McClurg Road<br>Boardman, OH 44512 | Duffy Office Products<br>7712 Lima Road<br>Fort Wayne, IN 46818 | Dauber Company Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| Duraflow Equipment Company, Inc.<br>3910-B Culligan Avenue<br>Indianapolis, IN 46218 | Eagle Fountain Works, Inc.<br>8 Winchester Road<br>Ormond Beach, FL 32174 | Eclectric Company<br>18315 Richey Lane<br>Huntertown, IN 46748 |
| Dwight Glisson<br>McNichols Company<br>PO Box 30300<br>Tampa, FL 33630-3300 | Michigan Department of Treasury<br>PO Box 30059<br>Lansing, MI 48909 | Jeff Heimsch<br>Midwest Instrument Co., Inc.<br>PO Box 80<br>Hartland, WI 53029 |

Earth Tech, Inc.
5555 Glenwood Hills Pkwy S.E.
Grand Rapids, MI 49512

Edglo Laboratories, Inc.
2121 E. Washington Blvd.
Fort Wayne, IN 46803

Edwin P. Rosebrock
PO Box 383
Auburn, IN 46706

Edwards Medical
495 Woodcreek Drive
Bolingbrook, IL 60440

Eirich Machines Inc.
4033 Ryan Rd.
Gurnee, IL 60031

Elkem Metals Inc.
PO box 266
Pittsburgh, PA 15230-0266

Emed Company Inc.
PO Box 369
Buffalo, NY 14240-0369

Enviro Control Metals
650 Chestnut Street S.W.
Grand Rapids, MI 49503

Epic Machine
201 Industrial Way
Fenton, MI 48430

Enco Manufacturing Company, Inc.
PO Box 357
Farmingdale, NY 11735

Daniel R. Ewald
Ewald Enterprises Inc.
PO Box 80165
Fort Wayne, IN 46898-0165

Fairmount Minerals
PO Box 400
Bridgeman, MI 49106

First Insurance Funding Corp.
450 Skokie Blvd, Suite 1000
PO Box 3306
Northbrook, IL 60065-3306

Fox Contractors Corp.
c/o Stephen E. Lewis, Esq.
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802

Frank H Gill Company
PO Box 703
Lansing, IL 60438-0703

Flex-Pac, Inc.
7113 South Mayflower Park
Zionsville, IN 46077

Foseco, Inc.
20200 Sheldon Road
Brook Park, OH 44142

Freeman Mfg. & Supply Company
27655 Groesbeck Hwy
Roseville, MI 48066

Gary D. Wohlwend
NADAPRO, Inc.
5020 Nob Road
Fort Wayne, IN 46825

Neff Engineering Co, Inc.
7114 Innovation Blvd.
Fort Wayne, IN 46898

NES Rentals
8855 Byron Commerce
Byron Center, MI 49315

General Motors Corporation
c/o Tricia A. Sherick, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg.
Detroit, MI 48226

Gerald L. Martin, III
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 S. Calhoun St., Suite 400
Fort Wayne, IN 46802

Glass, Molders, Pottery, Plastics & Allied
c/o Richard J. Swanson
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204

George E Booth Company
8202 W. 10th Street
Indianapolis, IN 46214-2432

Gary G. Shock
c/o Randal S. Forbes
PO Box 374
Angola, IN 46703

General Kinematics Corp.
5050 Rickert Road
Crystal Lake, IL 60014-7333

Goeglein's Inc.
7311 Maysville Road
Fort Wayne, IN 46815-8199

H E C O, Inc.
3509 S. Burdick St.
Kalamazoo, MI 49001

Haney S Glass of Auburn
930 West 15th Street
Auburn, IN 46706

Harbor Metal Treating Co. of Indiana
PO Box 644
Benton Harbor, MI 49023

Hartley Controls
751 Shoreline Drive
Aurora, IL 60504

Heraeus Electro Nite Co.
One Summit Square, 1st Floor
Suite 100
Langhorne, PA 19047

Hill and Griffith Co.
3637 Farnsworth
Indianapolis, IN 46241

Hook Industrial Sales, Inc.
2731 Brooklyn Ave.
PO Box 9177
Fort Wayne, IN 46899

Hoosier Trailer & Truck Eq
4830 Todd Drive
Fort Wayne, IN 46803

Hot Crews Inc.
PO Box 13094
Fort Wayne, IN 46803

Hydronic & Steam Equip Co.
8950 Bash Street
Indianapolis, IN 46256

Industrial Ceramic Product
14401 Suntra Way
Marysville, OH 43040

IN Dept. of Environmental Management
100 N. Senate Avenue
PO Box 6015
Indianapolis, IN 46204

Indiana Refractories Inc.
1624 Simons Street
Fort Wayne, IN 46803

Intermec Technology Corp.
9290 Le Saint Drive
Fairfield, OH 45014-5454

Ingersoll-Rand Co
Air Compressor Group
2516-1 Industrial Park Drive
Goshen, IN 46526

INOVIS
Attn: Billing
11720 Amber Park Drive
Alpharetta, GA 30004

Ircon Inc.
7300 N. Natchez Ave.
Niles, IL 60714

International Quality
521 Cleveland
Lincoln Park, MI 48146

International Surface Prep
1606 Executive Drive
LaGrange, GA 30241

Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

Ivy Tech
3800 North Anthony Blvd.
Fort Wayne, IN 46805

Henry Efroymson
Ice Miller, LLC
One American Square
PO Box 82001
Indianapolis, IN 46282-0200

J E Bearing and Machine Ltd.
68 Spruce Street
Tillsonburg, ON N4G 4H8

J & K Communications, Inc.
222 S. Tower View Drive
Columbia City, IN 46725

J & L Industrial Supply
PO Box 3359
Livonia, MI 48151-3359

Kaltenbach, Inc.
6775 Inwood Drive
Columbus, IN 47202

Jackson-Hirsh Inc
700 Anthony Trail
Northbrook, IL 60062-2542

James Godschalk
c/o Howard B. Sandler
Beckman Lawson LLP
PO Box 800
Fort Wayne, IN 46801-0800

Korte Bros. Inc.
620 W. Cook Road
Fort Wayne, IN 46825-3324

Kendallville Iron & Metal, Inc.
243 E. Lisbon Road
PO Box 69
Kendallville, IN 46755

KMH Systems Inc.
6900 Poe Ave.
Dayton, OH 45414

Lab Safety Supply Inc.
PO Box 1368
Janesville, WI 53547-1368

| | | |
|---|---|---|
| Khela J. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Suite 400<br>Fort Wayne, IN 46802 | Kimberly E. Parker<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>890 S. Calhoun St., Suite 400<br>Fort Wayne, IN 46802 | Key Equipment Finance<br>a division of Key Corporate Capital, Inc.,<br>assignee for Adirondack Leasing Assoc.<br>Attn: Sal Boscia<br>1000 South McCaslin Blvd<br>Louisville, CO 80027 |
| Kustom Machining, Inc.<br>PO Box 39<br>Leo, IN 46765 | Kendall Electric, Inc.<br>131 Grand Truck Ave.<br>Battle Creek, MI 49016 | Lyman Steel Co.<br>PO Box 28340<br>Cleveland, OH 44128 |
| LBH Chemical & Industrial<br>PO Box 8460<br>Fort Wayne, IN 46808-8460 | Leco Corporation<br>3000 Lakeview Avenue<br>St. Joseph, MI 49085-2396 | McLean Midwest Corporation<br>11611 Business Park Blvd N.<br>Champlin, MN 55316 |
| MacAllister Machinery Co Inc.<br>2418 Coliseum Blvd W<br>Fort Wayne, IN 46808-3648 | Marjo Plastics<br>1081 Cherry Street<br>Phymouth, MI 48170 | Maxwell Engineering, Inc.<br>dba Allen Pattern Works<br>616 East Wallace Street<br>PO Box 10540<br>Fort Wayne, IN 46803 |
| Mark A. Gorney<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Suite 400<br>Fort Wayne, IN 46802 | Marlin Leasing Corp.<br>Kelly McCarthy<br>Bankruptcy Administrator<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ 08054 | Monitor Technologies LLC<br>Drawer AL-44W320<br>Elburn, IL 60119 |
| Metaltec Steel Abrasive Co.<br>41155 Joy Road<br>Canton, MI 48187 | Modern Equipment Company<br>336 South Spring Street<br>Port Washington, WI 53074 | Magneco Metrel Inc.<br>223 Interstate Road<br>Addison, IL 60101 |
| MP Steel Indiana<br>PO Box 233<br>Monaca, PA 15061 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 | Auburn Foundry, Inc.<br>635 W. Eleventh Street<br>Auburn, IN 46706 |
| Nancy J. Gargula<br>One Michiana Square, 5th Floor<br>100 E. Wayne Street<br>South Bend, IN 46601 | Rebecca Hoyt Fischer<br>Laderer & Fischer, P.C.<br>112 W. Jefferson Blvd., Suite 310<br>South Bend, IN 46601 | OFC Capital<br>Dept GA00010<br>PO Box 530101<br>Atlanta, GA 30353-0101 |
| Northstar Imaging, Inc.<br>953 Westgate Drive<br>St. Paul, MN 55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT 84115 | OmniSource Corporation<br>c/o Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 |
| Old Fort Supply Co., Inc.<br>Old Fort Way at 2000 Wayne Trace<br>Fort Wayne, IN 46803 | Ossola Industrials Inc.<br>1740 W. Seventh Street<br>Granite City, IL 62040 | Pangborn Company<br>580 Pangborn Blvd.<br>Hagerstown, MD 21742-0380 |

| | | |
|---|---|---|
| OptionCare<br>867 W. Carmel Dr.<br>Carmel, IN 46032 | Overnite Transporation Co.<br>PO Box 1216<br>Richmond, VA 23218-1216 | Perkins Septic and Drain Service<br>375 CR 11<br>Hudson, IN 46747-9414 |
| Parker Glove & Supply, Inc.<br>East 4th Street<br>Avilla, IN 46710 | Peerless Metals & Powders & Abrasives<br>PO Box 09254<br>Detroit, MI 48209 | QHG of Ft. Wayne, Inc. Redim<br>315 East Cook Road<br>Fort Wayne, IN 46825 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | Precision Calibration Company<br>7656 Milliner Court<br>Plainfield, IN 46168 |
| PHC Industries, Inc.<br>PO Box 11225<br>Fort Wayne, IN 46856-1225 | Pranger Enterprises Inc.<br>PO Box 366<br>Ashley, IN 46705 | Pension Benefit Guaranty Corporation<br>Attn: Brad Rogers, Attorney<br>Office of the General Counsel<br>1200 K Street, NW, Suite 340<br>Washington, DC 20005-4026 |
| Precision Steel Services<br>4334 Earth Drive<br>Fort Wayne, IN 46809 | Project Management Services<br>PO Box 398<br>McDonald, OH 44437-0398 | RA Mueller Inc.<br>11270 Cornell Park Drive<br>Cincinnati, OH 45242 |
| Quality Calibration Service<br>10205 West Greenfield Avenue<br>West Allis, WI 53214 | R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 | Reno Refractories, Inc.<br>PO Box 201<br>Morris, AL 35116 |
| Refco Inc.<br>PO Box 12867<br>Pittsburgh, PA 15241 | Reilley Trucking<br>7431 Bent Willow Drive<br>Fort Wayne, IN 46815 | S & S Tire Co., Inc.and<br>S&S Oil Co., Inc<br>500 North St., Suite 2<br>Auburn, IN 46706 |
| Richard Squier Pallets, Inc.<br>2522 US Hwy 6 West<br>PO Box 668<br>Waterloo, IN 46793 | Ronald J. Osbun<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 | Motion Industries, Inc.<br>1605 Alton Road<br>Birmingham, AL 35210 |
| Robert E. Overman II<br>Miller and Company LLC<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 | Sharon Schoenberger<br>Moore Medical Corp<br>PO Box 1500<br>New Britain, CT 06050-1500 | Judy Wong<br>RadioShack Credit Services<br>300 RadioShack Circle, Mail Stop 5018<br>PO Box 961090<br>Fort Worth, TX 76161-5018 |
| Rumford Industrial Group, Inc.<br>PO Box 752288<br>Dayton, OH 45475 | Rytec Corporation<br>PO Box 403<br>Jackson, WI 53037 | Shells, Inc.<br>502 Old U.S. Hwy 30 East<br>Bourbon, IN 46504 |

S D Myers
180 South Avenue
Tallmadge, OH 44278

Schenkel & Sons, Inc.
c/o Brian J. Lange, Esq.
Schenkel Tirpak & Kowalczyk
520 South Calhoun Street
Fort Wayne, IN 46802

Shambaugh & Son, L.P.
PO Box 1287
Fort Wayne, IN 46801

Sherry Laboratories
2203 South Madison
Muncie, IN 47307

Staclean Diffuser Co., LLC
PO Drawer 1147
Salisbury, NC 28145-1147

States Engineering Corp.
10216 Airport Drive
Fort Wayne, IN 46819

Stericycle, Inc.
13975 Polo Trail Dr, #201
Lake Forest, IL 60045

System Clean, Inc.
50602 N. Michigan St.
South Bend, IN 46637

T.L. Meadors
Hickman, Williams & Company
PO Box 538
Cincinnati, OH 45201

Time Industrial, Inc.
c/o Roy F. Kiplinger
Beers Mallers Backs & Salin, LLP
110 W. Berry Street, Suite 1100
Fort Wayne, IN 46802

Safety-Kleen System, Inc.
5400 Legacy Dr.
Clusten II Bldg 3
Plano, Tx 75024

Scioto Valley Packaging, LLC
PO Box 497
Clinton, NC 28329

Sierra Poindexter
c/o Christopher C. Myers
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802

Simplicity Engineering, Inc.
212 S. Oak
Durand, MI 48429-0257

State of Michigan
UIA Tax Office
POC Unit – Suite 11-500
Detroit, MI 48202

Struers Inc.
24766 Detroit Road
Westlake, OH 44145

P. Joseph Haas, Jr.
Sturgis Iron & Metal Co., Inc.
112 S. Monroe Street
Sturgis, MI 49091

T & M Equipment Co, Inc.
2880 East 83rd Place
Merrillville, IN 46410

I.R.S.
230 S. Dearborne, Room 2560
5014 CHI
Chicago, IL 60604

US Cargo Management, Inc.
Philadelphia International Airport
PO Box 277
Essington, PA 19029

Sentinel Fluid Controls
5702 Opportunity Drive
Toledo, OH 43612

Spectrum Engineering Corp.
5524 North County Line Road
Auburn, IN 46706-9302

STAG Iron & Metal Corp.
Deer & Stone, P.C.
130 S. Jefferson Street, Suite 501
Chicago, IL 60661

Steel Equipment Specialists, LLC
PO Box 2148
1507 Beeson St.
Alliance, OH 44601

Superior Business Solutions
PO Box 8040
Fort Wayne, IN 46898-8040

Mark A. Kilcoin
SummitBridge National Investments, LLC
Summit Investment Management, LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203

T.T.G. Pattern
5443 Keystone Drive
Fort Wayne, IN 46825

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

US Pattern Company, Inc.
PO Box 220
Richmond, MI 48062

Tri State Compressed Air Systerms, Inc.
1608 Eishenhower Drive South
Goshen, IN 46526-5360

Tooling & Equipment International
12550 Tech Center Drive
Livonia, MI 48150-2193

TPC Wire & Cable
7061 East Pleasant Valley Road
Independence, OH 44131

The New Keibler Thompson Co.
Route 66, RR #2
Box 264A
Export, PA 15632

Trojan Heat Treat
809 S. Byron St
Homer, MI 49245

Taylor Rental Center, Inc.
2224 St. Rd. 8
Auburn, IN 46706

VWR International, Inc.
1230 Kennestone Circle
Marietta, GA 30066

United States Trustee
One Michiana Square
100 East Wayne Street, Suite 555
South Bend, IN 46601

Universal Am-Can Ltd.
PO Box 2007
Warren, MI 48090

United Parcel Service
c/o D&B/RMS Bankruptcy Services
PO Box 4396
Timonium, MD 21094

USF Holland, Inc.
750 E. 40th Street
Holland, MI 49423

Unimin Corporation
258 Elm Street
New Canaan, CT 06840

Vesuvius USA Corporation
c/o Steven Del Cotto, Esq.
27 Noblestown Road
Carnegie, PA 15106

Van Dyne Crotty Inc.
3233 Newmark Dr.
Miamisburg, OH 45342

Vericore L.L.C.
1200 W. Causeway Approach
Mandevill, CA 70471

Mark Werling
Baker & Daniels
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Vanessa Adams
Xerox Corporation
Xerox Capital Services LLC
PO Box 660506
Dallas, TX 75266-9937

John R. Burns
Baker & Daniels
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Wayne Pipe & Supply Inc
1815 South Anthony Blvd
Fort Wayne, IN 46803

W.W. Grainger, Inc.
7300 N. Melvina Ave, M530
Niles, IL 60714-3998

Walman Optical Co.
PO Box 9440
Minneapolis, MN 55440

XRI Testing – Troy
Mobilex, LLC
1961 Thunderbird
Troy, MI 48084

Wayne Fasteners Inc.
2611 Independence Dr.
Fort Wayne, IN 46808

William/Suzanne Weber
William C. Weber & Associates, Inc.
6201 Constitution Drive
Fort Wayne, IN 46804

Wheelabrator Abrasives Inc
1 Abrasive Ave
Bedford, VA 24523

Welder Services Inc.
1725 Edsall Avenue
Fort Wayne, IN 46896

Weyerhaeuser Co.
2626 CR 71
Butler, IN 46721

Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham McHale LLP
10 W. Market St., #2700
Indianapolis, IN 46204

Wiese Planning & Eng., Inc.
2725 Independence Drive
Fort Wayne, IN 46808

William Weber & Assoc., Inc.
Constitution Hill Office Park
6201 Constitution Drive
Fort Wayne, IN 46804

Mr. Timothy S. Borden
Post Office Box 773449
Steamboat Springs, CO 80477

Janet Fink Borden
Post Office Box 773449
Steamboat Springs, CO 80477

John A. Fink
Gloria Fink
P. O. Box 757
Auburn, IN 46706-0757

William E. Fink
P. O. Box 826
Auburn, IN 46706

David B. Fink
P. O. Box 72
Auburn, IN 46706

Mr. Matt Megorden
Solomon Smith Barney
1099 Alakea, 23rd Floor
Honolulu, HI 96813-4500