UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Chapter 7 |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | Case No. 04-10427 |
| Debtor. | ) | |

### ORDER AUTHORIZING COMPROMISE OF ADVERSARY PROCEEDING

At Fort Wayne, Indiana, on ____August 9, 2006.____

Trustee Rebecca Hoyt Fischer having filed a Motion for Authority to Compromise Adversary Proceeding No. 05-01059, and the Court, being duly advised in the premises, said motion is hereby GRANTED.

SO ORDERED.


_____/s/ Robert E. Grant_____
JUDGE, UNITED STATES BANKRUPTCY COURT

*T:\- A\Auburn Foundry, Inc\Citizens Gas & Coke Utility\PLD Order Compromise.doc*