IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Chapter 7 |
| AUBURN FOUNDRY, INC., ) | |
| ) | BK Case No. 04-10427 |
| Debtor. ) | |

O R D E R

At Fort Wayne, Indiana, on ___August 16, 2006.___

A Final Application for Allowance of Attorneys' Fees of Rothberg Logan & Warsco LLP, having been filed by Rothberg Logan & Warsco LLP, special counsel for the Trustee in the above-captioned bankruptcy proceeding, and the Court being duly advised, and no objections having been filed, said application is hereby approved and Rothberg Logan & Warsco LLP's attorney's fees and expenses be allowed as a Chapter 7 Administrative Claim against the bankruptcy estate and that the Trustee is to pay currently the sum of Twenty-Eight Thousand Nine Hundred Seventy-Eight and 82/100 Dollars ($28,978.82), the entire unpaid Chapter 7 Administrative Claim of RLW with the allowed Chapter 11 Administrative Claim of RLW in the amount of $9,567.70 to be paid at such time and in such proportional amounts as the other duly allowed Chapter 11 Administrative Claims and contingent upon having funds left over for redistribution of funds.

SO ORDERED.

                                                     /s/ Robert E. Grant
                                        JUDGE, UNITED STATES BANKRUPTCY COURT