IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Chapter 7 |
| AUBURN FOUNDRY, INC., | ) | |
| | ) | BK Case No. 04-10427 |
| Debtor. | ) | |

O R D E R

At Fort Wayne, Indiana, on _____August 16, 2006._____

A Final Application for Allowance of Attorneys' Fees of Rothberg Logan & Warsco LLP,

having been filed by Rothberg Logan & Warsco LLP, special counsel for the Trustee in the above-

captioned bankruptcy proceeding, and the Court being duly advised, and no objections having been

filed, said application is hereby approved and Rothberg Logan & Warsco LLP's attorney's fees and

expenses be allowed as a Chapter 7 Administrative Claim against the bankruptcy estate and that the

Trustee is to pay currently the sum of Twenty-Eight Thousand Nine Hundred Seventy-Eight and

82/100 Dollars ($28,978.82), the entire unpaid Chapter 7 Administrative Claim of RLW with the

allowed Chapter 11 Administrative Claim of RLW in the amount of $9,567.70 to be paid at such

time and in such proportional amounts as the other duly allowed Chapter 11 Administrative Claims

and contingent upon having funds left over for redistribution of funds.

SO ORDERED.

_____/s/ Robert E. Grant_____
JUDGE, UNITED STATES BANKRUPTCY COURT

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0755-1        User: jlesure        Page 1 of 1                Date Rcvd: Aug 16, 2006
Case: 04-10427             Form ID: pdf004       Total Served: 3
```

```
The following entities were served by first class mail on Aug 18, 2006.
dbpos      +Auburn Foundry, Inc.,  635 W. Eleventh Street,   Auburn, IN 46706-2140
aty        +John R. Burns(DM),  111 East Wayne Street,  Fort Wayne, IN 46802-2600
aty         Rothberg Logan & Warsco L.L.P.,  2100 National City Center,   P.O. Box 11647,
            Fort Wayne, IN  46859-1647

The following entities were served by electronic transmission.
NONE.                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2006**                    **Signature:**    *Joseph Speetjens*