**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

Martin E. Seifert, Attorney for SummitBridge National Investments, LLC, certifies that on the 25th day of August, 2006, a true and correct copy of the attached Notice of Motion and Opportunity to Object was served, via first-class U.S. Mail, postage prepaid, to those creditors and interested parties listed on the attached sheet(s).

**Respectfully submitted,**

**HALLER & COLVIN, P.C.**
**ATTORNEYS FOR SUMMITBRIDGE**
**NATIONAL INVESTMENTS, LLC**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL: mseifert@hallercolvin.com**

BY: /s/ Martin E. Seifert
    **MARTIN E. SEIFERT**
    **I.D. #16857-02**