UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
| Debtor | ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On August 25, 2006, Rebecca Hoyt Fischer, not in her individual capacity but solely in her capacity as Chapter 7 Trustee of Auburn Foundry, Inc. and SummitBridge National Investments, LLC, by and through their respective counsel, filed Joint Motion for Distribution, asking the Court enter an Order (1) authorizing and directing the Trustee to distribute the proceeds of certain insurance premium refunds to Summit, and (2) authorizing and directing the Trustee to distribute the proceeds of any future insurance premium refunds to Summit.  A copy of the Motion is attached.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion, then on or before **September 14, 2006**, you or your attorney must:

1.	File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

> Post Office Box 2547
> 1300 South Harrison Street
> Fort Wayne, Indiana   46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be **received** by the date it is due.

2.	You must also mail a copy of your objection to:

| | |
|---|---|
| Michael M Eidelman<br>Leslie A. Bayles<br>Nicole A. Frankel<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, Illinois  60601-1003 | Martin E. Seifert, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana  46802 |
| Rebecca Hoyt Fischer, Esq.<br>Laderer & Fischer, P.C.<br>112 West Jefferson Boulevard, Suite 310<br>South Bend, Indiana 46601 | United States Trustee<br>555 One Michiana Square<br>100 East Wayne Street<br>South Bend, Indiana 46601 |
| John R. Burns III, Esq.<br>Mark A. Werling, Esq.<br>Baker & Daniels<br>111 E. Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802 | |

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing.  If you do file an objection, the Court will set the motion for hearing, which you or your attorney will be expected to attend.

**Dated**:  August 25, 2006

                                            **Respectfully submitted,**

                                            **HALLER & COLVIN, P.C.**
                                            **ATTORNEYS   FOR   SUMMITBRIDGE**
                                            **NATIONAL INVESTMENTS, LLC**
                                            **444 EAST MAIN STREET**
                                            **FORT WAYNE, INDIANA 46802**
                                            **TELEPHONE: (260) 426-0444**
                                            **FAX: (260) 422-0274**
                                            **EMAIL: mseifert@hallercolvin.com**

                                            **BY: /s/ Martin E. Seifert**
                                                MARTIN E. SEIFERT
                                                I.D. #16857-02

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Auburn Foundry, Inc., | Case No. 04-10427 |
| Debtor. | |

**JOINT MOTION FOR DISTRIBUTION**

Rebecca Hoyt Fischer, not in her individual capacity but solely in her capacity as Chapter 7 Trustee (the "Trustee") of Auburn Foundry, Inc. (the "Debtor") and SummitBridge National Investments, LLC ("Summit" and collectively with the Trustee, the "Parties"), by and through their respective undersigned counsel, respectfully request that this Court enter an order authorizing and directing the distribution of the proceeds of certain refunded unearned insurance premiums (the "Refund") from the Trustee to Summit. In support of this joint motion (the "Motion"), the Parties state as follows:

1.  On February 8, 2004, the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On May 12, 2004, the Court entered a Final Order Approving Joint Motion Pursuant to Rule 4001(c) to Approve Agreement Concerning Senior DIP Financing (the "Final DIP Order"). On April 15, 2005, Summit purchased the debt of Bank of America and GMAC, the Debtor's senior prepetition and senior DIP lenders, and assumed all rights and obligations under the applicable loan agreements, including the Final Cash Collateral Order and Final DIP Order and any subsequent amendments thereto.

2.      On October 11, 2005, the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code.  The Trustee was appointed in the Debtor's Chapter 7 case on October 13, 2005.

3.      Pursuant to Section 9 of the Final DIP Order, Summit has a valid and perfected first lien "on all present and after-acquired intangible, personal and real property of the Debtor of any nature whatsoever."

4.      On December 12, 2005, the Trustee received a refund payment of unearned insurance premiums in the amount of $44,745.25.  On July 26, 2006, the Trustee received a second refund payment in the amount of $3,027.03.  The total amount of the Refund to date is $47,772.28.

5.       Pursuant to the Final DIP Order, Summit is entitled to full distribution of the Refund.

6.      The Parties agree that the Refund should be distributed to Summit, and out of an overabundance of caution, the Parties have filed the Motion requesting the Court enter an Order authorizing the distribution of the Refund proceeds to Summit, including the distribution of any future refunds in the event there are additional insurance premium refunds.

WHEREFORE, the Parties respectfully request that the Court enter an Order (1) authorizing and directing the Trustee to distribute the proceeds of the Refund to Summit, and (2) authorizing and directing the Trustee to distribute the proceeds of any future insurance premium refunds to Summit.

- 3 -

Dated: August 24, 2006

Respectfully submitted,

SummitBridge National Investments, LLC

By: /s/ Michael M. Eidelman
      One of Its Attorneys

Michael M. Eidelman, Bar No.6197788
Leslie A. Bayles, Bar No. 06271855
Nicole A. Frankel, Bar No. 06281409
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
(312) 609-7500


Respectfully submitted,

SummitBridge National Investments, LLC

By: /s/ Martin E. Seifert
      One of Its Attorneys

Martin E. Seifert, Bar No. 16857-02
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, Indiana 46802
Telephone: (260) 426-0444
Fax: (260) 422-0274
Email: mseifert@hallercolvin.com

Respectfully submitted,

Chapter 7 Trustee, Auburn Foundry, Inc.

By: /s/ Rebecca Hoyt Fischer
      One of Her Attorneys

Rebecca Hoyt Fischer
Laderer & Fischer, P.C.
112 West Jefferson Blvd., Suite 310
South Bend, Indiana 46601
Telephone (574) 284-2354
Facsimile (574) 284-2356