UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO WITHDRAW APPEARANCE**

Fort Wayne on __August 28, 2006__.

    This matter comes before the Court on the application of Sommer Barnard PC (the "Firm"), by Jerald I. Ancel and Marlene Reich, to withdraw the Firm's appearance as counsel for AFI Lending Group, LLC. Upon consideration, the Court now GRANTS the application.

    IT IS THEREFORE CONSIDERED AND ORDERED that the appearance of the Firm as counsel for AFI Lending Group, LLC, be and hereby is withdrawn.

DATED: __August 28, 2006__         _____/s/ Robert E. Grant_____
                                                                               JUDGE, United States Bankruptcy Court