UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUBURN FOUNDRY, INC., ) | Case No. 04-10427 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING APPLICATION TO WITHDRAW APPEARANCE

Fort Wayne on  August 28, 2006  .

  This matter comes before the Court on the application of Sommer Barnard PC (the "Firm"), by Jerald I. Ancel and Marlene Reich, to withdraw the Firm's appearance as counsel for AFI Lending Group, LLC.  Upon consideration, the Court now GRANTS the application.

  IT IS THEREFORE CONSIDERED AND ORDERED that the appearance of the Firm as counsel for AFI Lending Group, LLC, be and hereby is withdrawn.

DATED:  August 28, 2006       /s/ Robert E. Grant
                   JUDGE, United States Bankruptcy Court


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: ldp              Page 1 of 1              Date Rcvd: Aug 28, 2006
Case: 04-10427                Form ID: pdf004        Total Served: 3

The following entities were served by first class mail on Aug 30, 2006.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
aty          +Jerald I. Ancel(CLM),   One Indiana Square Suite 3500,   Indianapolis, IN 46204-2023
aty          +Marlene Reich,   One Indiana Square, Suite 3500,   Indianapolis, IN 46204-2023

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2006**          Signature:     *Joseph Speetjens*