# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427 |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

Martin E. Seifert, Attorney for SummitBridge National Investments, LLC, certifies that on the 27th day of September, 2006, a true and correct copy of the attached Amended Notice of Motion and Opportunity to Object was served, via first-class U.S. Mail, postage prepaid, to those creditors and interested parties listed on the attached sheet(s).

        **Respectfully submitted,**

        **HALLER & COLVIN, P.C.**
        **ATTORNEYS FOR SUMMITBRIDGE**
        **NATIONAL INVESTMENTS, LLC**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL:** mseifert@hallercolvin.com

        **BY:** /s/ Martin E. Seifert
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**