IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Auburn Foundry, Inc., | Case No. 04-10427 |
| Debtor. | |

## ORDER

This matter having come before the Court on the Joint Motion for Distribution and Agreed Order and (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that, effective immediately:

1. The Motion is granted;

2. The Trustee is authorized and directed to distribute the proceeds of the Refund to Summit.[1]

3. The Trustee is authorized and directed to distribute the proceeds of any future insurance premium refunds to Summit.

Entered: October 19, 2006

/s/ Robert E. Grant
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the definitions set forth in the Motion.