UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| _____ | ) | Judge Robert E. Grant |

**ORDER**

At Fort Wayne, Indiana, on _____October 19, 2006._____.

This matter is before the Court upon the Trustee's Motion for Authority to Compromise (the "Motion") with Bristal Metal Products, Inc. ("Bristal"), and it appearing to the Court that the Motion is made for good cause, and the Court being duly and sufficiently advised, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Settlement and Release Agreement (the "Agreement") executed between the Trustee and Bristal is hereby approved.

IT IS FURTHER ORDERED that Bristal shall pay to AFI the sum of $5,000.00 upon ten days after entry of this order approving the Agreement as consideration for the full and complete releases contained in the Agreement.

SO ORDERED.

                                                        /s/ Robert E. Grant
                                                Judge, United States Bankruptcy Court