IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Auburn Foundry, Inc., | Case No. 04-10427 |
| Debtor. | |

## ORDER

This matter having come before the Court on the Joint Motion for Distribution and Agreed Order and (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that, effective immediately:

1. The Motion is granted;

2. The Trustee is authorized and directed to distribute the proceeds of the Refund to Summit.[1]

3. The Trustee is authorized and directed to distribute the proceeds of any future insurance premium refunds to Summit.

Entered:  October 19, 2006          /s/ Robert E. Grant
                                    United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the definitions set forth in the Motion.



# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: jlesure            Page 1 of 1              Date Rcvd: Oct 19, 2006
Case: 04-10427                 Form ID: pdf004          Total Served: 1

The following entities were served by first class mail on Oct 21, 2006.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2006**                  **Signature:**     *Joseph Speetjens*