# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | ) | Judge Robert E. Grant |

## ORDER

At Fort Wayne, Indiana, on ___October 24, 2006._____.

This matter is before the Court upon the Trustee's Motion for Authority to Compromise (the "Motion") with Duca Manufacturing, Inc. ("Duca"), and it appearing to the Court that the Motion is made for good cause, and the Court being duly and sufficiently advised, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Settlement and Release Agreement (the "Agreement") executed between the Trustee and Duca is hereby approved.

IT IS FURTHER ORDERED that Duca shall pay to AFI the sum of $5,000.00 upon ten days after entry of this order approving the Agreement as consideration for the full and complete releases contained in the Agreement.

SO ORDERED.

                                                    ____/s/ Robert E. Grant_____
                                                    Judge, United States Bankruptcy Court