UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE AUBURN FOUNDRY, INC.    )    Bankruptcy Case No: 04-10427
                              )
        Debtor                )    Converted Chapter 7
                              )
_____)    Judge Robert E. Grant

## ORDER

At Fort Wayne, Indiana, on __October 24, 2006._____.

This matter is before the Court upon the Trustee's Motion for Authority to Compromise (the "Motion") with Duca Manufacturing, Inc. ("Duca"), and it appearing to the Court that the Motion is made for good cause, and the Court being duly and sufficiently advised, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Settlement and Release Agreement (the "Agreement") executed between the Trustee and Duca is hereby approved.

IT IS FURTHER ORDERED that Duca shall pay to AFI the sum of $5,000.00 upon ten days after entry of this order approving the Agreement as consideration for the full and complete releases contained in the Agreement.

SO ORDERED.

                                                        _____/s/ Robert E. Grant_____
                                                        Judge, United States Bankruptcy Court


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: jlesure              Page 1 of 1                Date Rcvd: Oct 24, 2006
Case: 04-10427                 Form ID: pdf004            Total Served: 1
```

The following entities were served by first class mail on Oct 26, 2006.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2006**                    Signature:     _Joseph Speetjens_