**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

April 11, 2006
Invoice Number 1282538

0976966    Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through February 28, 2006 and not reflected on a prior bill:

0000001   AFI Preference

    Total Services............................$      4,382.50
    Total Disbursements..................$           0.00

    Total This Matter.......................$      4,382.50

Total This Invoice...........................................................$      4,382.50



EXHIBIT B

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of January 31, 2006
Invoice Number 1282538

0976966   Rebecca Hoyt Fisher, Trustee
0000001   AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN 46601

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 10/24/05 | Consider notice issue inquiry from Trustee re service list | JRB | .30 | 112.50 |
| 11/16/05 | Review recently published research re "Deepening Insolvency" cause of action as potentially applicable to former secured Lender and correspondence re same | JRB | .40 | 150.00 |
| 12/08/05 | E-mail exchanges with Trustee re insurance check status, related case issues | MAW | .30 | 72.00 |
| 12/09/05 | Finalize retention affidavit and deliver same to trustee | MAW | .10 | 24.00 |
| 01/03/06 | Review new case correspondence | MAW | .10 | 26.50 |
| 01/09/06 | Review recent filings | JLF | .50 | 75.00 |
| 01/09/06 | Review case docket in preparation for 341 meeting (.1); finalize and deliver special counsel retention pleadings (.2) | MAW | .30 | 79.50 |
| 01/10/06 | Follow-up attention to employment application (.1); correspondence, e-mail with R.I. Lampus re preference settlement (.1) | MAW | .20 | 53.00 |
| 01/10/06 | Check status of application to employ on Pacer ; review recent filings | JLF | .50 | 75.00 |
| 01/12/06 | Office conference re organizational needs for preference cases | MAW | .10 | 26.50 |
| 01/12/06 | Review recent filings re work to be done | JLF | .20 | 30.00 |
| 01/12/06 | Consideration of initial preference claims and strategy re same | JRB | .50 | 200.00 |
| 01/13/06 | Work on and analyze potential preference claims to be asserted in court for the recover of funds into the Chapter 7 estate | MFJ | 2.60 | 481.00 |
| 01/16/06 | Organize and analyze preference vendors; create spreadsheet of activity status | JLF | 3.30 | 495.00 |
| 01/16/06 | Office conference re preference complaint preparations | MAW | .20 | 53.00 |
| 01/18/06 | Check case docket, work on settlement notice for Lampus | MAW | .20 | 53.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 01/19/06 | Review recent pleadings re work to be done and upcoming deadlines; organize preference research | JLF | .90 | 135.00 |
| 01/23/06 | Follow-up attention to Lampus settlement (.1); Office conference with Trustee re 341 meeting issues (.2) | MAW | .30 | 79.50 |
| 01/24/06 | Review recent pleadings re work to be done and upcoming deadlines; preference analysis research | JLF | 1.30 | 195.00 |
| 01/26/06 | Continued preference analysis work | JLF | 2.80 | 420.00 |
| 01/26/06 | Prepare for section 341 hearing | MFJ | 1.00 | 185.00 |
| 01/26/06 | Prepare for and attend first meeting of creditors (1.5); review settlement notice for compliance with Local Rule and authorize filing of same (.1) | MAW | 1.60 | 424.00 |
| 01/30/06 | Review recent filings and correspondence | JLF | .30 | 45.00 |
| 01/31/06 | Telephone conference with Rosenbrock counsel re pre-conversion claim allowance stipulation, effect of same in Chapter 7 | MAW | .20 | 53.00 |
| 02/02/06 | Work on preference recovery issues and strategy | JRB | .40 | 160.00 |
| 02/03/06 | Review and consider preference issue and secured lenders' claim to lien | JRB | .50 | 200.00 |
| 02/15/06 | Consideration of preference issues and organization | JRB | .40 | 160.00 |
| 02/21/06 | Follow-up re W-2 mailings and responsibility for same, including several exchanges of correspondence re same | JRB | .80 | 320.00 |
| 02/22/06 | Follow-up re work issue | JRB | .30 | N/C |
| | Total Services............................................................... Hours | | 20.60 | 4,382.50 |
| | Total Services And Disbursements..............................................$ | | | 4,382.50 |

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

May 22, 2006
Invoice Number 1289287

0976966     Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through April 30, 2006 and not reflected on a prior bill:

0000001   AFI Preference

| | |
|---|---|
| Total Services............................$ | 585.50 |
| Total Disbursements.................$ | 0.00 |
| Total This Matter......................$ | 585.50 |

Total This Invoice..........................................................$     585.50

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of April 30, 2006
Invoice Number 1289287

0976966    Rebecca Hoyt Fisher, Trustee
0000001    AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN 46601

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 04/13/06 | Consideration of landfill issues and options for possible sale | JRB | .40 | 160.00 |
| 04/21/06 | Work on Auburn Foundry preference complaints | MFJ | .90 | 166.50 |
| 04/25/06 | Examine preference data re certain creditors for the purposes of preparing final demand letters and preference complaints | MFJ | .70 | 129.50 |
| 04/28/06 | Initiate updated analysis of certain preference creditors in preparation for demand letters and complaints to recover preference payments | MFJ | .70 | 129.50 |
| | Total Services............................................................. Hours | | 2.70 | 585.50 |
| | Total Services And Disbursements.................................................$ | | | 585.50 |

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

August 28, 2006
Invoice Number 1304200

0976966    Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through July 31, 2006 and not reflected on a prior bill:

0000001   AFI Preference

| | |
|---|---|
| Total Services..............$ | 34,367.50 |
| Total Disbursements..................$ | 2,714.85 |
| Total This Matter.......................$ | 37,082.35 |

Total This Invoice............................................................................ $    37,082.35

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of July 31, 2006
Invoice Number 1304200

0976966    Rebecca Hoyt Fisher, Trustee
0000001    AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN 46601

Mail Remittance To:
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 02/02/06 | In response to Summit contentions re lien on preferences, assemble orders, agreements pertinent to same and forward to Trustee, together with related e-mail comments | MAW | 1.00 | 265.00 |
| 02/03/06 | Attention to potential preference actions, based on review of status of existing demand letters, value of same, and summary of same for the benefit of Union counsel (.6); follow-up office conference re Trustee's lien related request on issue raised by Summit counsel (.1); review and assemble materials pertinent to IDEM stipulation raised at first meeting of creditors re estate's interest in Landfills (.3) | MAW | 1.00 | 265.00 |
| 02/06/06 | Follow-up attention to landfill related pleadings, forward same to Trustee | MAW | .20 | 53.00 |
| 02/13/06 | Review and assess preference complaints, notify Trustee re readiness to file same | MAW | .50 | 132.50 |
| 02/14/06 | Follow-up e-mail exchange with Trustee re status re status of preference actions | MAW | .10 | 26.50 |
| 02/15/06 | Follow-up e-mail exchange with Trustee re preference complaints, attention to final review of Complaints prior to filing same | MAW | .40 | 106.00 |
| 02/18/06 | Review draft preference complaints prior to filing, with emphasis on jurisdictional related allegations | MAW | .20 | 53.00 |
| 02/22/06 | Review and respond to Board member inquiry re W-2 Forms | MAW | .20 | 53.00 |
| 02/23/06 | Worked on claim issues including Pacer research re POC filing; research re stipulation and POC filing | JLF | 1.30 | 195.00 |
| 02/23/06 | Initiate legal research re legal effect of creditor that fails to file a rejection damages proof of claim before a designated deadline and whether viable options exist for filing a proof of | MFJ | 1.10 | N/C |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | claim that the bankruptcy court will permit | | | |
| 02/23/06 | Attention to setoff issues, review documents re same (.7); work on preference complaints (.5) | MAW | 1.20 | 318.00 |
| 02/24/06 | Follow-up attention to setoff issue | MAW | .10 | 26.50 |
| 03/07/06 | Review recent pleadings and correspondence re work to be done and upcoming deadlines | JLF | .30 | N/C |
| 03/09/06 | Review order of approval on R.I. Lampus preference claim and forward same to R.I. Lampus counsel for payment | MAW | .10 | 26.50 |
| 03/15/06 | Review recent filings re work to be done and upcoming deadlines | JLF | .30 | N/C |
| 04/10/06 | Examine complaints re preferences as to supply updated factual information prior to filing | MFJ | .40 | 74.00 |
| 04/11/06 | Confer with M. Juba re preference status; assist in preparation of filing | JLF | .50 | N/C |
| 04/26/06 | Consider issues pertinent to Chapter 7 proof of claim bar date | MAW | .20 | 53.00 |
| 05/05/06 | Legal research to determine final deadline to file adversary complaints as per Code Section 546 | MFJ | .60 | 111.00 |
| 05/08/06 | Worked on preference complaints | JLF | 2.50 | 375.00 |
| 05/11/06 | Extended telephone call with M. McGrath re IDEM ruling and options for approval and consideration of same | JRB | .80 | 320.00 |
| 05/16/06 | Work on and prepare preference complaint and preference analyses as attachments to the complaints | MFJ | 4.80 | 888.00 |
| 05/17/06 | Legal research re preference complaints in the pre-BAPCPA, including procedural and substantive requirements for filing same | MFJ | 1.50 | N/C |
| 05/17/06 | Work on preference claims and issues | JRB | .40 | 160.00 |
| 05/17/06 | Office conferences re preference complaints, attention to next steps re pursuit of same | MAW | .40 | N/C |
| 05/18/06 | Research analysis of pending preference demands and total transfer amounts to each creditor within the preference period in order to prepare draft preference complaints, with specific attention toward jurisdiction and procedural issues | MFJ | 2.70 | 499.50 |
| 05/18/06 | Review and comment on draft preference complaints; office conferences re same (.3); review order limiting notices (.1) | MAW | .40 | 106.00 |
| 05/19/06 | Work extensively on ten preference matters by preparing the complaints, researching and organizing exhibits, finalizing, and filing the complaints | MFJ | 5.60 | 1,036.00 |
| 05/19/06 | Follow-up attention to filing of preference complaints, office | MAW | .20 | N/C |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | conference re same | | | |
| 05/22/06 | Extended telephone call with W. Duca re preference claim and consideration of defenses raised | JRB | .70 | 280.00 |
| 05/22/06 | Research re preference actions on behalf of the trustee for the benefit of the debtor in a post-conversion bankruptcy (2.1); prepare amended complaints (.4); prepare prior settlement negotiation summaries and litigation strategies (1.4) | MFJ | 3.90 | N/C |
| 05/22/06 | Consideration of preference recovery issues and strategy | JRB | .40 | 160.00 |
| 05/22/06 | Examine status of preference complaints to determine next steps re same, and review initial responses to same | MAW | .90 | 238.50 |
| 05/23/06 | Research and work extensively on preference matters, including amended complaints, pre-conversion settlement negotiations in preparation for current negotiations, preference analyses, and the exchange of correspondence with DUCA re the pending claim | MFJ | 6.20 | N/C |
| 05/23/06 | Work on Duca preference recovery | JRB | .30 | 120.00 |
| 05/23/06 | Assist with preference recoveries | JLF | 1.00 | N/C |
| 05/23/06 | Telephone call with M. Wright re Ashland preference claim and follow-up re defenses raised | JRB | .50 | 200.00 |
| 05/23/06 | Review amended complaints and initial settlement responses to same (0.8); review and assess recent case pleadings (0.1) | MAW | .90 | 238.50 |
| 05/23/06 | Work on preference claims and strategy for rapid evaluation of defenses | JRB | .80 | 320.00 |
| 05/24/06 | Examine pre-conversion preference analyses and settlement negotiations, and work on updating the analyses with information provided by defendants in an effort towards settlement of claims (4.2); examine correspondence from DUCA re pre-conversion settlement negotiations (.1); review, finalize, and file amended complaints (1.7) | MFJ | 6.00 | 1,110.00 |
| 05/24/06 | Work on preference recoveries and consideration of Duca claim | JRB | .80 | 320.00 |
| 05/24/06 | Review letter from D. Hunter re pension issues and follow-up re same (0.3); follow-up attention to initial settlement responses; correspondence and evaluation of same (0.4); assess next steps re pursuit of same (0.3) | MAW | 1.00 | 265.00 |
| 05/24/06 | Work on preference recovery litigation | JRB | .60 | N/C |
| 05/24/06 | Assist with preference analysis | JLF | 2.00 | N/C |
| 05/25/06 | Prepare case information and status of potential settlements for the Trustee (.7); legal research re ordinary course defense | MFJ | 4.20 | 777.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | as applied in the Seventh Circuit pre-BAPCPA (1.2); work extensively on current new value preference analyses (2.3) | | | |
| 05/25/06 | Review and assess preference status worksheet and attention to related correspondence | MAW | .50 | 132.50 |
| 05/25/06 | Work on preference recovery claims | JRB | .50 | 200.00 |
| 05/26/06 | Work extensively on potential settlements of numerous preference complaints | MFJ | 2.40 | 444.00 |
| 05/30/06 | Phone conference with M. Wright of Ashland re pending preference complaint and Ashland's defenses (.3); research and finalize current new value preference analysis re the pending DUCA preference complaint (1.1); work on updated preference analyses for numerous defendants based on information provided by defendants and consider settlement strategies as to same (3.5) | MFJ | 4.90 | 906.50 |
| 05/30/06 | Attention to preference litigation, correspondence and settlement evaluations | MAW | .70 | 185.50 |
| 05/30/06 | Telephone call with M. Wright re Ashland preference claim and defenses | JRB | .30 | 120.00 |
| 05/30/06 | Work on Duca preference and analysis of new information from Duca | JRB | .60 | 240.00 |
| 05/31/06 | Phone conference with M. Wright of Ashland re pending preference complaint (.2); examine and analyze Ashland's preference analysis, including new value and ordinary course defenses (1.0); prepare updated analysis and strategize potential settlement re same (.8); analyze and prepare potential response to Cascade Pattern's stance as to the claim pending against them (.4); examine available preference analyses and settlement offers from other preference defendants, consider responses to same, and prepare updated analyses for each (3.7) | MFJ | 6.10 | 1,128.50 |
| 05/31/06 | Work on preference recovery actions and strategy re settlement of same | JRB | .80 | N/C |
| 05/31/06 | Review materials and telephone conference with defendant's counsel re two preference matters | MAW | .70 | 185.50 |
| 06/01/06 | Work on preference matters, preference analyses, and settlement negotiations (2.4); strategize as to same with M. Werling (.3) | MFJ | 2.70 | N/C |
| 06/01/06 | Attention to new preference related correspondence, and evaluate pending case analyses | MAW | 1.00 | 265.00 |
| 06/01/06 | Follow-up re Duca preference | JRB | .30 | 120.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06/01/06 | Work on Ashland preference | JRB | .20 | 80.00 |
| 06/02/06 | Continue work, review and assessment of preference litigation issues | MAW | .80 | 212.00 |
| 06/05/06 | Attention to multiple open preference matters, settlement discussions, defense correspondence | MAW | .70 | 185.50 |
| 06/06/06 | Additional attention to multiple pending preference matters | MAW | .50 | 132.50 |
| 06/07/06 | Continue work on assessment of multiple open preference case developments | MAW | 1.00 | 265.00 |
| 06/07/06 | Work on preference claims and defenses | JRB | .70 | 280.00 |
| 06/08/06 | Continue attention to multiple new preference matters, settlement strategies re same | MAW | .70 | 185.50 |
| 06/09/06 | Work on preference recovery issues and strategy re same | JRB | .30 | 120.00 |
| 06/09/06 | Continue work on preference recovery issues and strategy | JRB | .30 | 120.00 |
| 06/09/06 | Attention to preference related pleadings, case developments, review and update outline, case settlement strategies re same | MAW | 1.00 | 265.00 |
| 06/10/06 | Work on numerous updated preference analyses in an effort toward settlement of demands (1.2); memo to M. Werling re DUCA new value analysis (.1) | MFJ | 1.30 | 240.50 |
| 06/10/06 | Review orders re DISA and Kendallville and follow-up re preference recoveries | JRB | .40 | 160.00 |
| 06/12/06 | Work on numerous preference matters, analyses, and potential settlements, with specific attention toward Kendallville's answer to the amended complaint and Fairmount Mineral's analysis based upon new value defenses | MFJ | 4.50 | 832.50 |
| 06/12/06 | Review and assess preference related correspondence, payment information | MAW | .40 | 106.00 |
| 06/13/06 | Research, examine, and work on updated analyses of claims and potential settlements of pending preference suits | MFJ | 2.50 | 462.50 |
| 06/13/06 | Telephone conference with D. Wirt on behalf of DISA and grant extension of time to respond to preference claim and follow-up correspondence re same | JRB | .40 | 160.00 |
| 06/13/06 | Review Hickman Williams' answer and consideration of issues raised | JRB | .30 | 120.00 |
| 06/13/06 | Telephone conferences, review of correspondence from preference defendants, recent case pleadings, attention to status issues re same; telephone conference with Trustee re potential Bristal Settlement | MAW | 1.00 | 265.00 |
| 06/14/06 | Exchange correspondence with D. Hunter re pension | JRB | .30 | 120.00 |

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | administration issues and follow-up re same | | | |
| 06/14/06 | Research and work on numerous pending preference complaints in an effort toward settlement of claims, with specific attention toward Bristal, Ashland, and recent preference analysis of DISA claim based upon updated information as to new value and ordinary course (3.8); strategize settlement options as to DISA (.6); phone conference with M. Tucker, counsel for Bristal, re settlement negotiations (.1) | MFJ | 4.50 | 832.50 |
| 06/14/06 | Telephone conference with Trustee re pension, preference issues; review and assess related pleadings and correspondence in pending cases | MAW | 1.20 | 318.00 |
| 06/14/06 | Follow-up re preference claims, responses and appearances | JRB | .60 | 240.00 |
| 06/14/06 | Initial work on fee application | JRB | .30 | 120.00 |
| 06/14/06 | Continue work on preference recoveries and potential for negotiated settlements with DISA and others | JRB | .30 | 120.00 |
| 06/15/06 | Conduct settlement negotiations and reach settlement of preference case with Bristal (.8); conference with counsel for DUCA Manufacturing re grant of extension for time to respond to preference complaint (.2) | MFJ | 1.00 | 185.00 |
| 06/15/06 | Review correspondence from D. Hunter re Auburn Foundry salaried employees' pension plan contribution and follow-up re same | JRB | .30 | 120.00 |
| 06/16/06 | Work on settlement strategies and potential responses to answers and affirmative defenses for pending preference cases (2.4); prepare draft settlement agreement and release for Bristal settlement (.5) | MFJ | 2.90 | 536.50 |
| 06/19/06 | Work on draft settlement agreement and release for Bristal (.3); analyze and consider defenses provided by preference defendants and strategize settlement of same (1.2) | MFJ | 1.50 | 277.50 |
| 06/19/06 | Follow-up re Cascade and DUCA preference claims | JRB | .30 | 120.00 |
| 06/19/06 | Attention to additional preference correspondence, pleadings | MAW | .30 | 79.50 |
| 06/20/06 | Examine and analyze preference analyses and defenses provided by defendants in an effort toward settlement | MFJ | 1.70 | N/C |
| 06/20/06 | Worked on pending preference matters | MAW | .50 | 132.50 |
| 06/20/06 | Review of preference demand responses, consideration of next steps and follow-up as appropriate | JRB | .40 | 160.00 |
| 06/21/06 | Examine recent answers and defenses by preference defendants and work on preparing responses to same | MFJ | .80 | 148.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 06/21/06 | Additional attention to preference analyses, correspondence, pleadings, next steps in pursuing settlements | MAW | 1.00 | 265.00 |
| 06/22/06 | Phone conference with J. Wetzel granting extension of time for Fairmount to answer the Complaint to July 19, 2006 (.2) | MFJ | .20 | 37.00 |
| 06/22/06 | Telephone conference with D. Hunter re AFI pension related inquiries; follow-up attention to issues raised re same (.5); attention to additional preference related pleadings, correspondence (.8); follow-up attention to "net" analyses re same (.3) | MAW | 1.60 | 424.00 |
| 06/23/06 | Analysis of preference defenses and consider strategy for managing recovery | JRB | .60 | 240.00 |
| 06/26/06 | Extensive attention to multiple preference matters, case preparation needs re same (2.0); email exchange with Trustee re pension related inquiries (.2) | MAW | 2.20 | 583.00 |
| 06/27/06 | Exchange e-mail correspondence with J. Wetzel re the requirement that Fairmount Minerals file with the Court a proper notice of enlargement of time to answer the Complaint (.4); report to counsel for Duca the receipt of their letter and defenses with an invitation to conduct settlement negotiations (.2); examine and analyze Duca's defenses (.2); prepare settlement agreement and release for Bristal preference case (.3); memo to Trustee re payment terms and payment instructions for settled preference cases (.1) | MFJ | 1.20 | 222.00 |
| 06/27/06 | Attention to multiple open preference matters, pleadings, correspondence, analysis re same | MAW | 1.30 | 344.50 |
| 06/28/06 | Worked on settlement strategy with DISA (.3); exchange correspondence with the Trustee re payment instructions for settled preference cases (.1); phone call to counsel for DISA re settlement negotiations (.1); memo to counsel for Bristal re payment instructions and delivery of same to the Trustee (.2); work on filing of default documents against Triple M, including affidavit (.7) | MFJ | 1.40 | 259.00 |
| 06/28/06 | Attention to open preference matters, review of pleadings and correspondence re same, prepare for preliminary pretrial conferences in same | MAW | 1.20 | 318.00 |
| 06/28/06 | Follow-up re DISA answer and defenses and consideration of strategy re potential settlement of same | JRB | .50 | 200.00 |
| 06/29/06 | Finalize settlement agreement and release for Bristal, providing Bristal's counsel a copy of same for review and signature (.1); memo to the Trustee re settlement authority in | MFJ | 2.00 | 370.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | the Duca Manufacturing preference case (.2); work on default documents necessary for filing against Triple M and consider procedural issues re same with M. Werling (.8); numerous settlement discussions with counsel for DISA and examine DISA's new value defenses as to the pending claim (.5); schedule and prepare for settlement conferences with Elkem and Kendallville (.3); phone call to counsel for Fairmount minerals re the scheduling of a settlement conference between the parties (.1) | | | |
| 06/29/06 | Worked on multiple open preference matters and attention to case strategy re same | MAW | 1.80 | 477.00 |
| 06/29/06 | Follow-up Kendallville Iron & Metal preference recovery issues and strategy | JRB | .30 | 120.00 |
| 06/29/06 | Follow-up re preference claims and defenses | JRB | .40 | 160.00 |
| 06/30/06 | Phone conference with Elkem's local counsel re settlement negotiations and schedule for conducting same with M. Werling and lead counsel (.1); phone conference with counsel for Bristal re settlement agreement terms and payment instructions (.1); phone conference with counsel for DISA re new value defenses and settlement offer (.3); phone conference with counsel for Duca Manufacturing re new value and ordinary course defenses, and discuss settlement options (.3); work on entry of default documents against Triple M Manufacturing (.6) | MFJ | 1.40 | 259.00 |
| 06/30/06 | Consideration of Kendallville Iron defenses and strategy re same | JRB | .40 | 160.00 |
| 06/30/06 | Review various orders and scheduling issues for Hickman Williams and Elkem Metals preference matters and follow-up re same | JRB | .40 | 160.00 |
| 06/30/06 | Consideration of preference defenses in Kendallville Iron and follow-up re same | JRB | .30 | 120.00 |
| 07/03/06 | Prepare for settlement negotiations with Elkem's and Kendallville's counsel (.4); prepare supporting documents and affidavit for default of Triple M (.7) | MFJ | 1.10 | 203.50 |
| 07/03/06 | Follow-up re preference cases and responses | JRB | .40 | 160.00 |
| 07/03/06 | Prepare for preliminary planning conferences with preference defendants (.4); attention to additional preference case deadlines (.3) | MAW | .70 | 185.50 |
| 07/05/06 | Work settlement negotiations for preference cases, including Kendallville, Elkem, and Bristal | MFJ | 2.30 | 425.50 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 07/05/06 | Participate in telephonic scheduling conference on Elkem preference case, follow-up with Trustee re same, pension issues and settlement position on Elkem (1.0); worked on settlement issues for Bristal, DUCA (.2) | MAW | 1.20 | 318.00 |
| 07/05/06 | Follow-up re proposed DUCA settlement | JRB | .80 | 320.00 |
| 07/06/06 | Exchange correspondence with counsel for DISA re full defenses to preference demand and potential settlement (.3); examine preference analysis in preparation of conference call with Kendallville's counsel (.3) | MFJ | .60 | 111.00 |
| 07/07/06 | Teleconference with Kendallville's counsel re discovery schedule and settlement negotiations (.3); memo to M. Werling analyzing each party's argument as to exposure (.4); examine and work on response to Elkem's discovery requests (1.0); exchange phone calls with D. Lutz, counsel for Hickman Williams, re scheduling order and settlement negotiations (.3); phone conference with M. Tucker, counsel for Bristal, re agreement to settle for $5,000.00 (.4) | MFJ | 2.40 | 444.00 |
| 07/07/06 | Work on preference recovery and consider settlement proposal from Seifert | JRB | .30 | 120.00 |
| 07/07/06 | Participate in telephonic scheduling conference in Kendallville preference case; office conference re settlement analysis for same, review analysis re same | MAW | .60 | 159.00 |
| 07/07/06 | Follow-up re preference responses and strategy for dealing with same | JRB | .50 | 200.00 |
| 07/10/06 | Memo to M. Werling re settlement of Bristal and DUCA preference cases | MFJ | .30 | 55.50 |
| 07/10/06 | Review and consider Elkem Metal pleadings | JRB | .20 | 80.00 |
| 07/12/06 | Finalize settlement agreement for review and signature by DUCA (.5); memo to counsel for DUCA re same, indicating payment requirements (.2); exchange correspondence with DUCA's counsel re same (.1); examine Bristal's proposed settlement agreement (.3) | MFJ | .60 | 111.00 |
| 07/13/06 | Phone conference with D. Lutz, counsel for Hickman Williams re settlement negotiations (.3); memo to Trustee analyzing same (.3); prepare motion for entry of default and draft memorandum in support of same (1.5); exchange correspondence with counsel for DUCA re proposed settlement agreement and release (.2); exchange correspondence with counsel for Bristal re proposed settlement agreement and release (.2); | MFJ | 2.50 | 462.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 07/13/06 | Review and assess most recent case pleadings and correspondence | MAW | .20 | N/C |
| 07/14/06 | Prepare and serve initial disclosures pursuant to Fed. R. Civ. P. 26(a) for Kendallville Iron and Elkem Metals (.4); finalize, file, and serve motion for entry of default against Triple M, brief in support, and attachments (.7); work on settlement negotiations and strategies for Fairmount Minerals, Elkem, Hickman, and Ashland (2.1) | MFJ | 3.20 | 592.00 |
| 07/14/06 | Review and assess recent case pleadings | MAW | .10 | 26.50 |
| 07/17/06 | Review and assess recent case pleadings | MAW | .10 | 26.50 |
| 07/17/06 | Conference call with J. Wetzel, counsel for Fairmount, re settlement negotiations and ordinary course defenses (.2); memo to J. Wetzel re same (.2); exchange correspondence with Trustee re settlement offers to Hickman Williams and Fairmount (.5) | MFJ | .90 | 166.50 |
| 07/18/06 | Examine Elkem's response to initial settlement offer and strategize as to next steps in settlement negotiations | MFJ | .30 | 55.50 |
| 07/18/06 | Review and assess most recent case pleadings (.2); review and assess Elkem reply letter re settlement (.2); office conference re initial disclosure requirements, compliance with same, related case strategy (.2) | MAW | .60 | 159.00 |
| 07/19/06 | Examine entry of default entered against Triple M (.1); agree to extension of time for DUCA to answer amended complaint as settlement negotiations are almost complete (.1); receive and examine proposed settlement agreement from S. Bradford, counsel for DUCA, re preference claim (.4) | MFJ | .60 | 111.00 |
| 07/19/06 | Attention to pension related email exchanges (.2); review default related entries re Triple M (.1) | MAW | .30 | 79.50 |
| 07/20/06 | Review Ashland's amended answer and consideration of issues raised by same | JRB | .30 | 120.00 |
| 07/21/06 | Review orders and scheduling matters in Ashland preference recovery matter | JRB | .30 | 120.00 |
| 07/21/06 | Examine response letter from Triple M stating that they will not pay the preference amount (.1); consider potential response to same and initiate research and drafting of motion for judgment by default (1.6); work on settlement negotiations for Ashland, Fairmount, and Kendallville preference cases (2.5) | MFJ | 4.20 | 777.00 |
| 07/21/06 | Review pleadings and scheduling requirements in Cascade | JRB | .30 | 120.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| | preference recovery matter | | | |
| 07/21/06 | Review and assess recent pleadings, deadlines in Ashland preference matter | MAW | .20 | N/C |
| 07/23/06 | Review and assess Triple M preference correspondence (.1); follow-up attention to most recent case pleadings (.2) | MAW | .30 | 79.50 |
| 07/24/06 | Prepare for settlement conference with D. Lutz, counsel for Hickman Williams (.5); phone conference with counsel for Hickman Williams re preference case, and set forth official offer to settle (.3); examine and prepare initial arguments relating to Answers provided by Cascade and Ashland in the preference cases (.4) | MFJ | 1.20 | 222.00 |
| 07/24/06 | Attention to most recent case filings | MAW | .10 | 26.50 |
| 07/25/06 | Prepare motion for judgment by default pursuant to Rule 7055, including brief in support, affidavit, exhibits, and proposed order (2.5); phone call and memo to D. Maude re same (.2); examine recent filings by Fairmount Minerals (.1); examine DISA defenses to preference action (.9); formulate response to same (.5) | MFJ | 3.30 | 610.50 |
| 07/25/06 | Follow-up re Fairmount preference issue | JRB | .20 | 80.00 |
| 07/26/06 | Review and assess most recent case pleadings | MAW | .20 | 53.00 |
| 07/26/06 | Phone conversation with D. Maude re affidavit in support of default judgment against Triple M Manufacturing (.1); work on default judgment motion, brief, and exhibits for default judgment (.6); examine Duca settlement agreement and prepare documents for review and signing by the Trustee (.5); work on motion to approve template for use in all preference settlements (1.8); prepare and serve initial disclosures pursuant to Fed. R. Civ. P. 26(a) (.2); strategize as to settlement of numerous pending claims, including Kendallville Iron, Fairmount Minerals, and Elkem Metals (1.3) | MFJ | 4.50 | 832.50 |
| 07/27/06 | Work on, finalize, and file motion for judgment by default, brief in support, and accompanying affidavit of D. Maude (1.4); research and consider settlement negotiation strategies for Ashland, Cascade, and Fairmount (1.5) | MFJ | 2.90 | 536.50 |
| 07/28/06 | Follow-up re pension plan issues and correspondence re same | JRB | .30 | 120.00 |
| 07/28/06 | Attention to pension plan inquiries, office conference re same | MAW | .20 | 53.00 |
| 07/28/06 | Research and work on settlement negotiations for Hickman, Kendallville, Cascade, Fairmount, and Ashland | MFJ | 2.30 | 425.50 |
| 07/31/06 | Review and assess recent case pleadings | MAW | .10 | 26.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 07/31/06 | Work on preference analysis re DISA for settlement purposes (.2); exchange correspondence with Trustee re Duca settlement (.2) | MFJ | .40 | 74.00 |
| | Total Services.......................................................................... Hours | | 174.90 | 34,367.50 |

| Date | Disbursements | Total |
|---|---|---|
| 05/19/06 | Miscellaneous - Vendor: U S Bankruptcy Court Transactions | 2,500.00 |
| | Total For Miscellaneous | 2,500.00 |
| 07/17/06 | Computerized Research  Westlaw | 0.14 |
| | Total For Computerized Research | 0.14 |
| 05/31/06 | Computerized Research  PACER | 25.44 |
| 05/31/06 | Computerized Research  PACER | 20.00 |
| | Total For Computerized Research - Other | 45.44 |
| 05/30/06 | Caller: Juba : 614 790-6007 | 1.03 |
| 05/31/06 | Caller: Juba : 614 790-6007 | 1.42 |
| 06/20/06 | Caller: Juba : 317 234-3031 | 2.36 |
| 06/30/06 | Caller: Juba : 312 558-8806 | 1.30 |
| 07/13/06 | Caller: Juba : 513 651-6724 | 2.23 |
| 07/17/06 | Caller: Juba : 610 692-9500 | 1.06 |
| 07/17/06 | Caller: Juba : 317 898-7000 | 1.99 |
| | Total For Long Distance Telephone | 11.39 |
| 06/29/06 | Postage/Air/Express Delivery | 77.38 |
| | Total For Postage/Air/Express Delivery | 77.38 |
| 05/23/06 | Telecopy-Desktop | 1.90 |
| | Total For Telecopy-Desktop | 1.90 |

BAKER & DANIELS

| | |
|---|---:|
| COPYING COSTS | 78.60 |
| Total Disbursements.............................................................................. $ | 2,714.85 |
| Total Services And Disbursements......................................................$ | 37,082.35 |