## AUBURN FOUNDRY, Inc.
### Charge Allocation

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
| TOTAL SERVICES | 198.2 | $39,335.50 |
| TOTAL DISBURSEMENTS | | $2,714.85 |
| | | |
| TOTAL NOW PAYABLE | | $42,050.35 |
| | | |

## AUBURN FOUNDRY, Inc.
### April 11, 2006 Invoice

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 3.6 | 3.3 | $1,320.00 |
| Werling, M.A. | Associate | $265.00 | 3.6 | 3.6 | $954.00 |
| Juba, M.F. | Associate | $185.00 | 3.6 | 3.6 | $666.00 |
| Faulkner, J.L. | Paralegal | $150.00 | 9.8 | 9.8 | $1,470.00 |
| | | TOTAL | 20.6 | 20.3 | $4,410.00 |
| | | Additional discounted fees | | | $27.50 |
| | | Actual Billed Amount | | | $4,382.50 |

## AUBURN FOUNDRY, Inc.
### May 22, 2006 Invoice

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | .4 | .4 | $160.00 |
| Juba, M.F. | Associate | $185.00 | 2.3 | 2.3 | $425.50 |
| | | TOTAL | 2.7 | 2.7 | $585.5 |

### EXHIBIT C

# AUBURN FOUNDRY, Inc.
## August 28, 2006 Invoice

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 19.4 | 18.0 | $7,200.00 |
| Werling, M.A. | Associate | $265.00 | 34.0 | 33.4 | $8,851.00 |
| Juba, M.F. | Associate | $185.00 | 113.6 | 96.5 | $17,852.5 |
| Faulkner, J.L. | Paralegal | $150.00 | 7.9 | 3.8 | $570.00 |
| TOTAL | | | 174.9 | 151.7 | $34,473.50 |
| Additional discounted fees | | | | | $106.00 |
| Actual Billed Amount | | | | | $34,367.50 |

TOTAL HOURS:              198.2

ACTUAL BILLED HOURS:      174.7

ADDITIONAL FEE DISCOUNT:  $133.50

TOTAL FEES:               $39,335.5