## AUBURN FOUNDRY, Inc.
## Counsel List

| NAME | TITLE | HOURLY RATE |
|---|---|---|
| Burns, J.R. | Partner | $400.00 |
| Werling, M.A. | Associate | $265.00 |
| Juba, M.F. | Associate | $185.00 |
| Faulkner, J.L. | Paralegal | $150.00 |
|  |  |  |

**EXHIBIT D**

BDDB01 4603630v1