UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | ) | Judge Robert E. Grant |

## CERTIFICATE OF SERVICE

I certify that a copy of the attached Notice of Motion and Opportunity to Object to Baker & Daniels' Interim Application for Allowance and Payment of Attorneys' Fees, was served via electronic mail or via first-class United States mail, postage prepaid, this 8th day of December, 2006, on the creditors and parties in interest identified in the Court's Order limiting notice dated May 17, 2006.

          BAKER & DANIELS LLP

          By:  /s/ Mark A. Werling
              John R Burns III (#3016-02)
              Mark A. Werling (#20426-02)
              111 East Wayne Street, Suite 800
              Fort Wayne, Indiana 46802
              Telephone:  (260) 424-8000
              Facsimile:  (260) 460-1700

UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankrutpcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | | Judge Robert E. Grant |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On December 7, 2006, Baker & Daniels LLP filed their Interim Application for Allowance and Payment of Attorneys' Fees requesting that the Court approve its attorneys' fees in the amount of $39,3335.50, plus expenses in the amount of $2,714.85, for services rendered through August 31, 2006. A copy of the Application accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Application, then **within 20 days from the date of this Notice**, **December 28, 2006**, you or your attorney must:

1.   File a written objection to the Application, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

2.   You must also mail a copy of your objection to:

> John R Burns III
> Mark A. Werling
> Baker & Daniels LLP
> 111 E. Wayne Street, #800
> Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

|  |  |
|---|---|
| Date: December 8, 2006 | BAKER & DANIELS LLP |
|  | By: /s/ Mark A. Werling<br>John R Burns III (#3016-02)<br>Mark A. Werling (#20426-02)<br>111 East Wayne Street, Suite 800<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 424-8000<br>Facsimile: (260) 460-1700 |
|  | ATTORNEYS FOR THE PLAINTIFF,<br>REBECCA HOYT FISCHER, TRUSTEE |