UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | | Judge Robert E. Grant |

### **ORDER**

At Fort Wayne, Indiana, on _____.

Baker & Daniels LLP having filed their Interim Application for Allowance and Payment of Attorneys' Fees, and proper notice having been given, and the Court having reviewed the Application and being duly advised in the premises, hereby GRANTS the Application.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay Baker & Daniels LLP attorney fees in amount of $39,3335.50, plus expenses in the amount of $2,714.85, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses, for services rendered through August 31, 2006.

SO ORDERED.

_____
Judge, United States Bankruptcy Court

BDDB01 4605058v2