UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| _____ | ) | Judge Robert E. Grant |

## ORDER

At Fort Wayne, Indiana, on ___ January 3, 2007. _____.

This matter is before the Court upon the Trustee's Motion for Authority to Compromise (the "Motion") with Fairmount Minerals ("FAIRMOUNT"), and it appearing to the Court that the Motion is made for good cause, and the Court being duly and sufficiently advised, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Settlement and Release Agreement (the "Agreement") executed between the Trustee and FAIRMOUNT is hereby approved.

IT IS FURTHER ORDERED that FAIRMOUNT shall pay to the Trustee the sum of $20,000.00 upon ten days after entry of this order approving the Agreement as consideration for the full and complete releases contained in the Agreement, and that Plaintiff shall dismiss Adversary Proceeding No. 06-1133 with prejudice.

SO ORDERED.

                                            /s/ Robert E. Grant
                                            Judge, United States Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure           Page 1 of 1             Date Rcvd: Jan 03, 2007
Case: 04-10427                Form ID: pdf004         Total Served: 1

The following entities were served by first class mail on Jan 05, 2007.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2007**                    Signature:      _/s/ Joseph Speetjens_