UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF: )
)
AUBURN FOUNDRY, INC. )   CASE NO.   04-10427
)
)
Debtor )

## ORDER TO AMEND

At Fort Wayne, Indiana, on January 10, 2007.

The notice of motion and opportunity to object which counsel for the trustee (hereinafter "Movant") served in connection with its application for compensation does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

a. The certificate of service accompanying the notice indicates that additional parties were served pursuant to the court's order limiting notice. There was no list attached showing the creditors and parties in interest that were served.

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file proof thereof within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court