UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF: )
)
AUBURN FOUNDRY, INC. )    CASE NO.    04-10427
)
)
Debtor )

ORDER TO AMEND

At Fort Wayne, Indiana, on January 10, 2007.

The notice of motion and opportunity to object which counsel for the trustee (hereinafter "Movant") served in connection with its application for compensation does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

a. The certificate of service accompanying the notice indicates that additional parties were served pursuant to the court's order limiting notice. There was no list attached showing the creditors and parties in interest that were served.

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file proof thereof within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: jlesure            Page 1 of 1              Date Rcvd: Jan 10, 2007
Case: 04-10427                 Form ID: pdf004          Total Served: 2
```

```
The following entities were served by first class mail on Jan 12, 2007.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
aty          +Baker & Daniels,   111 East Wayne Street Suite #800,   Fort Wayne, IN 46802-2600

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2007**                    Signature:   *Joseph Speetjens*