## AUBURN FOUNDRY, Inc.
## Preference Matters Charge Allocation
## c/m #976966.1

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
| | | |
| TOTAL SERVICES | 366.4 | $75,241.00 |
| TOTAL DISBURSEMENTS | | $4,471.50 |
| | | |
| TOTAL NOW PAYABLE | | $79,712.50 |
| | | |

## AUBURN FOUNDRY, Inc.
## Pension Plan Charge Allocation
## c/m #976966.2

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
| | | |
| TOTAL SERVICES | 30.50 | $7,270.50 |
| TOTAL DISBURSEMENTS | | $0.00 |
| | | |
| TOTAL NOW PAYABLE | | $7,270.50 |
| | | |

**EXHIBIT C**

## AUBURN FOUNDRY, Inc.
### April 11, 2006 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 3.6 | 3.3 | $1,320.00 |
| Werling, M.A. | Associate | $265.00 | 3.6 | 3.6 | $954.00 |
| Juba, M.F. | Associate | $185.00 | 3.6 | 3.6 | $666.00 |
| Faulkner, J.L. | Paralegal | $150.00 | 9.8 | 9.8 | $1,470.00 |
| | TOTAL | | 20.6 | 20.3 | $4,410.00 |
| | Additional discounted fees | | | | $27.50 |
| | Actual Billed Amount | | | | $4,382.50 |

## AUBURN FOUNDRY, Inc.
### May 22, 2006 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | .4 | .4 | $160.00 |
| Juba, M.F. | Associate | $185.00 | 2.3 | 2.3 | $425.50 |
| | TOTAL | | 2.7 | 2.7 | $585.5 |

## AUBURN FOUNDRY, Inc.
### August 28, 2006 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 19.4 | 18.0 | $7,200.00 |
| Werling, M.A. | Associate | $265.00 | 34.0 | 33.4 | $8,851.00 |
| Juba, M.F. | Associate | $185.00 | 113.6 | 96.5 | $17,852.5 |
| Faulkner, J.L. | Paralegal | $150.00 | 7.9 | 3.8 | $570.00 |
| | TOTAL | | 174.9 | 151.7 | $34,473.50 |
| | Additional discounted fees | | | | $106.00 |
| | Actual Billed Amount | | | | $34,367.50 |

## AUBURN FOUNDRY, Inc.
### September 24, 2006 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 6.0 | 6.0 | $2,400.00 |
| Werling, M.A. | Associate | $265.00 | 3.3 | 3.3 | $874.50 |
| Juba, M.F. | Associate | $185.00 | 34.8 | 34.8 | $6,438.00 |
| | TOTAL | | 44.1 | 44.1 | $9,712.50 |

## AUBURN FOUNDRY, Inc.
### November 27, 2006 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 6.1 | 6.1 | $2,440.00 |
| Werling, M.A. | Associate | $265.00 | 29.7 | 29.7 | $7,870.50 |
| Osting, K.B. | Associate | $165.00 | 9.5 | 9.5 | $1,567.50 |
| Nansen, O.L. | Paralegal | $130.00 | 27.5 | 27.5 | $3,575.00 |
| | TOTAL | | 72.8 | 72.8 | $15,453.00 |

## AUBURN FOUNDRY, Inc.
### December 7, 2006 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 1.6 | 1.6 | $640.00 |
| Werling, M.A. | Associate | $265.00 | 25.4 | 25.4 | $6,731.00 |
| Osting, K.B. | Associate | $165.00 | 6.0 | 6.0 | $990.00 |
| Nansen, O.L. | Paralegal | $130.00 | 18.3 | 18.3 | $2,279.00 |
| | TOTAL | | 51.3 | 51.3 | $10,740.00 |

## AUBURN FOUNDRY, Inc.
## December 7, 2006 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | 4.8 | 4.8 | $1,920.00 |
| Werling, M.A. | Associate | $265.00 | 11.1 | 11.1 | $2,409.00 |
| Osting, K.B. | Associate | $165.00 | 14.6 | 14.6 | $2,409.00 |
| | TOTAL | | 30.5 | 30.5 | $7,270.50 |

TOTAL PREFERENCE HOURS:         366.4

TOTAL PENSION PLAN HOURS:       30.5

ACTUAL BILLED HOURS:            373.4

ADDITIONAL FEE DISCOUNT:        $133.50

TOTAL FEES:                     $82,511.50

BDDB01 4640499v1