UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-10427 |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | Chapter 7 Bankruptcy |
| Debtor. | ) | |

### APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES

Comes now Kruggel, Lawton & Company, LLC, ("Kruggel") and makes an application for fees as Accountant for the Trustee and in support of said application alleges and says:

1. On January 10, 2006, Kruggel was employed and appointed under a general retainer as accountant for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2. All services for which compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person.

3. Kruggel advised the Trustee with respect to all tax matters in connection with the administration of this estate and the performance of her duties as Trustee. The professional services rendered by Kruggel are more specifically detailed on Exhibit "A" attached hereto and made a part hereof.

4. Kruggel has received no previous allowance as accountant for the Trustee.

5. No agreement exists between Kruggel and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

6. The reasonable value of the services rendered and costs advanced by Kruggel, as accountant for said Trustee in this proceeding is $3,857.25 as set forth in Exhibit "A" hereto.

WHEREFORE, Applicant prays that an allowance be made to Kruggel in the total sum of $3,857.25 as compensation for professional services rendered and costs advanced in this proceeding, or such sum as the Court may allow.

Kruggel, Lawton & Company, LLC

By: _____
Its: _____Director_____

C:\DOCUME~1\FRIZZO\LOCALS~1\TEMP\XPGRPWISE\APPLICATION FOR FEES.WPD

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Propect Street<br>Indianapolis, IN 46203 | DISA Industrie, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 |
| Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | |

    /s/ Rebecca H. Fischer
    Rebecca Hoyt Fischer

**Kruggel, Lawton & Company, LLC**
*Certified Public Accountants*
*210 S. Michigan St., Suite 200*
*South Bend, IN  46601-0000*
*(574)289-4011*

*Rebecca Hoyt Fischer, Trustee*
*Laderer & Fischer, P.C.*
*112 W. Jefferson Blvd., Suite 310*
*South Bend, IN  46601*

*Statement Date*   1/8/2007
*Client No.*         ELK06070

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | **Opening Balance As Of  12/1/2006** | | | |
| 33281 | 3/17/2006 | Prior Invoice | 1,221.50 | | 1,221.50 |
| | 7/7/2006 | Prior Finance Charge | 12.22 | | 1,233.72 |
| | 8/8/2006 | Prior Finance Charge | 12.22 | | 1,245.94 |
| | 9/8/2006 | Prior Finance Charge | 12.22 | | 1,258.16 |
| 35298 | 9/30/2006 | Prior Invoice | 2,635.75 | | 3,893.91 |
| | 11/8/2006 | Prior Finance Charge | 38.57 | | 3,932.48 |
| | | **Current Activity Through  1/8/2007** | | | |
| | 12/8/2006 | Finance Charge | 77.14 | | 4,009.62 |
| | 1/8/2007 | Finance Charge | 38.57 | | 4,048.19 |
| | | **Current Balance** | | $ | 4,048.19 |



| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 38.57 | 77.14 | 38.57 | 2,635.75 | 1,258.16 | $ 4,048.19 |

*Payments due upon receipt. Interest will be charged on outstanding balances over 30 days*
*at the rate of 1% per month, or 12% per annum.  Partial payments are accepted.*
*Please include the client number or invoice number on your remittance.*
*Thank you*