# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **IN RE:** | ) **Case No. 04-10427** |
| **AUBURN FOUNDRY, INC.** | ) |
| | ) **Chapter 7 Bankruptcy** |
| **Debtor.** | ) |

## ORDER ON APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES

At South Bend, Indiana on _____.

Kruggel, Lawton & Company, LLC having filed an Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that Kruggel, Lawton & Company, LLC , is allowed the sum of $3,857.25 for services and expenses as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $3,857.25 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

_____
Honorable Harry C. Dees, Jr.
Chief Judge, U.S. Bankruptcy Court

Z:\AUBURN\Accountant\Fee app\order for fees.wpd