**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

### SECOND APPLICATION FOR ALLOWANCE OF CONSULTANT'S FEES

Comes now Rebecca H. Fischer, Trustee, and makes an application for fees on behalf of the Consultant for the Trustee and in support of said application alleges and says:

1. On January 31, 2006 Dennis Maude ("Maude") was employed and appointed under a general retainer as consultant for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2. All services for which compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person.

3. Maude assisted the Trustee with respect to preference litigation. The professional services rendered by Maude are more specifically detailed on Exhibit "A" attached hereto and made a part hereof.

4. Maude received a previous allowance on June 26, 2006 in the amount of 3,800.00 for compensation and $27.67 in expenses as accountant for the Trustee.

5. No agreement exists between Maude and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

6. The reasonable value of the services rendered and costs advanced by Maude, as consultant for said Trustee in this proceeding from April 17, 2006 through December 31, 2006 is $1,000.00 for compensation and $17.50 in expenses as set forth in Exhibit "A" hereto.

WHEREFORE, Applicant prays that a second allowance be made to Maude in the total sum of $1,017.50 as compensation for professional services rendered and costs advanced in this proceeding, or such sum as the Court may allow.

January 26, 2007             **/s/ Rebecca H. Fischer**
                                                    Rebecca Hoyt Fischer, Trustee
                                                    LADERER & FISCHER, P.C.
                                                    112 West Jefferson Blvd., Ste. 310
                                                    South Bend, IN 46601
                                                    Telephone: (574) 284-2354
                                                    Facsimile: (574) 284-2356

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a true and correct copy of the above and foregoing Application was served by depositing same in the United States mail, correct postage prepaid, upon the following parties:

John R. Burns
jacklyn.faulkner@bakerd.com
Skrhoads@bakerd.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Mark A. Werling
deb.mcmeen@bakerd.com

Henry A. Efroymson
Henry.efroymson@icemiller.com

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Citizens Gas & Coke Utility
Michael McGauhey
2950 Prospect Street
Indianapolis, IN 46203

DISA Industries, Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

Fairmount Minerals
Michelle Pezanoski
P.O. Box 177
Wedron, IL 60557

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

Dennis Maude
1623 Willistead Pl
Fort Wayne, IN 46845
260-908-3930 Cell Phone
dennis1623@juno.com email

Statement of Account for Auburn Foundry

| Date | Hours | Cummulative Hours | Explanation |
|---|---|---|---|
| 4/21/2006 | 0.50 | 0.50 | Pick up copy of Citizens Gas deposition for review |
| 4/27/2006 | 1.50 | 2.00 | Read and correct deposition |
| 5/3/2006 | 0.50 | 2.50 | Discussion with Albright regarding second request for documents for Citizens Gas |
| 5/17/2006 | 0.25 | 2.75 | Review motions from Albright and trustee |
| 5/19/2006 | 0.50 | 3.25 | Discussion with Albright regarding material available; respond to Roberta on IBM/MTA and computer equipment |
| 5/23/2006 | 0.50 | 3.75 | Follow up with OmniSource, MTA and Albright regarding access to files and space for Citizens suit |
| 6/10/2006 | 0.25 | 4.00 | Discussion with Albright regarding settlement with Citizens |
| 10/26/2006 | 0.25 | 4.25 | Discussion with Werling regarding files for Elkem preference action |
| 10/27/2006 | 0.25 | 4.50 | Call to Omni to find out status of old files |
| 10/30/2006 | 0.25 | 4.75 | Call to arrange access for old files |
| 11/1/2006 | 0.25 | 5.00 | Call to Werling to tell him when I would go to research old files |
| 11/6/2006 | 2.50 | 7.50 | Travel to Auburn; search through various files to retrieve Elkem Metal paid files for 2003 |
| 11/6/2006 | 0.75 | 8.25 | Summarize payments to Elkem |
| 11/7/2006 | 0.50 | 8.75 | Deliver documents and summary to Werling |
| 11/8/2006 | 0.50 | 9.25 | Email to Werling to present history with Elkem |
| 11/13/2006 | 0.75 | 10.00 | Email replies to Werling re Elkem and discovery of documents |

$100.00 Billing Rate per hour

$1,000.00 Amount owing for time through December 31, 2006

17.50 Travel exepenses - 50 miles at $.35/mile

$1,017.50 Total including expenses

Exhibit "A"