**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

**IN RE:** ) **Case No. 04-10427**
**AUBURN FOUNDRY, INC.,** )
                               ) **Chapter 7 Bankruptcy**
**Debtor.**

**ORDER ON SECOND APPLICATION FOR**
**ALLOWANCE OF CONSULTANT'S FEES**

At Fort Wayne, Indiana on _____.

Rebecca H. Fischer, Trustee, having filed a Second Application for Allowance of Trustee's Consultant's Fees and the Court being duly advised in the premises, and finding that notice having been given to all parties in interest and no objections having been filed, does now GRANT said Application.

IT IS THEREFORE ORDERED that Dennis Maude is allowed the sum of $1,000.00 for services and $17.50 for expenses as consultant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $1,017.50 to Dennis Maude as of the date of this Order.

SO ORDERED.

_____
Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court