# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | ) | Judge Robert E. Grant |

## ORDER

At Fort Wayne, Indiana, on __February 12, 2007._____.

This matter is before the Court upon the Trustee's Motion for Authority to Compromise (the "Motion") with KENDALLVILLE IRON & METAL, INC. ("KENDALLVILLE"), and it appearing to the Court that the Motion is made for good cause, and the Court being duly and sufficiently advised, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Settlement and Release Agreement (the "Agreement") executed between the Trustee and KENDALLVILLE is hereby approved.

IT IS FURTHER ORDERED that KENDALLVILLE shall pay to the Trustee the sum of $15,000.00 upon ten days after entry of this order approving the Agreement as consideration for the full and complete releases contained in the Agreement, and that Plaintiff shall dismiss Adversary Proceeding No. 06-1131 with prejudice.

SO ORDERED.

       /s/ Robert E. Grant_____
       Judge, United States Bankruptcy Court