UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC. | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

**ORDER ON APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES**

At South Bend, Indiana on  February 23, 2007.

Kruggel, Lawton & Company, LLC having filed an Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that Kruggel, Lawton & Company, LLC , is allowed the sum of $3,857.25 for services and expenses as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $3,857.25 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

\_\_\_/s/ Robert E. Grant_____
Honorable ▮▮▮▮▮▮▮▮▮▮r.
Chief Judge, U.S. Bankruptcy Court

Z:\AUBURN\Accountant\Fee app\order for fees.wpd