UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC. | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

**ORDER ON APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES**

At South Bend, Indiana on February 23, 2007. .

Kruggel, Lawton & Company, LLC having filed an Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that Kruggel, Lawton & Company, LLC , is allowed the sum of $3,857.25 for services and expenses as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $3,857.25 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

 /s/ Robert E. Grant
Honorable r.
Chief Judge, U.S. Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1         User: jlesure              Page 1 of 1              Date Rcvd: Feb 23, 2007
Case: 04-10427               Form ID: pdf004            Total Served: 2
```

The following entities were served by first class mail on Feb 25, 2007.
dbpos      +Auburn Foundry, Inc.,    635 W. Eleventh Street,   Auburn, IN 46706-2140
cr         +City of Auburn,    c/o Edmund P. Kos,   Kos & Associate,   110 West Berry Street, Suite 1904,
             Fort Wayne, IN 46802-2311

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**                    Signature:    _Joseph Speetjens_