UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | | Judge Robert E. Grant |

### ORDER

At Fort Wayne, Indiana, on __ February 23, 2007. _____.

Baker & Daniels LLP having filed their Amended Interim Application for Allowance and Payment of Attorneys' Fees, and proper notice having been given, and the Court having reviewed the Application and being duly advised in the premises, hereby GRANTS the Application.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay Baker & Daniels LLP attorney fees in amount of $82,511.50, plus expenses in the amount of $4,471.50, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses, for services rendered through November 30, 2006.

SO ORDERED.

_____/s/ Robert E. Grant_____
Judge, United States Bankruptcy Court


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1            User: jlesure              Page 1 of 1                Date Rcvd: Feb 23, 2007
Case: 04-10427                  Form ID: pdf004            Total Served: 1

The following entities were served by first class mail on Feb 25, 2007.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**              Signature:       _Joseph Speetjens_