UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. ) | | Bankruptcy Case No: 04-10427 |
| ) | | |
| Debtor ) | | Converted Chapter 7 |
| ) | | |
| ) | | Judge Robert E. Grant |

## CERTIFICATE OF SERVICE

I certify that a copy of the attached Notice of Motion and Opportunity to Object to the Trustee's Motion for Authority to Compromise, was served via electronic mail or via first-class United States mail, postage prepaid, this 11th day of April, 2007, on all creditors and parties in interest pursuant to the Court's Order limiting notice dated May 17, 2006.

BAKER & DANIELS LLP

By: /s/ Mark A. Werling
    John R Burns III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
    Facsimile: (260) 460-1700

**UNITED STATE BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankrutpcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | ) | Judge Robert E. Grant |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On April 11, 2007, the Trustee of Auburn Foundry, Inc. ("AFI"), Rebecca Hoyt Fischer, ("Trustee"), by counsel, filed a Motion for Authority to Compromise (the "Motion") with Cascade Pattern Co. ("CASCADE"), wherein she requests that the Court approve the Settlement and Release Agreement (the "Agreement") executed between her and CASCADE as consideration for the full and complete releases contained in the Agreement. The Agreement states that CASCADE shall pay to the Trustee the sum of $12,500.00 based on a preference action seeking a total of $26,770.00 upon ten days after entry of an order approving this agreement. A copy of the Motion with the Agreement attached thereto accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, then **within 20 days from the date of this Notice**, **May 1, 2007**, you or your attorney must:

1. File a written objection to the Motion, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

> John R Burns III
> Mark A. Werling
> Baker & Daniels LLP
> 111 E. Wayne Street, #800
> Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  April 11, 2007                    BAKER & DANIELS LLP

By:  /s/ Mark A. Werling
    John R Burns III (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone:  (260) 424-8000
    Facsimile:  (260) 460-1700

ATTORNEYS FOR THE PLAINTIFF,
REBECCA HOYT FISCHER, TRUSTEE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. ) | | Bankruptcy Case No: 04-10427 |
| ) | | |
| Debtor ) | | Converted Chapter 7 |
| ) | | |
| ) | | Judge Robert E. Grant |

## MOTION FOR AUTHORITY TO COMPROMISE

Comes now the Trustee of Auburn Foundry, Inc. ("AFI"), Rebecca Hoyt Fischer, ("Trustee"), by counsel, and respectfully submits this Motion for Authority to Compromise (the "Motion") with Cascade Pattern Co. ("CASCADE"), and in support thereof states as follows:

1. On February 8, 2004, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division, Case. No. 04-10427 ("Bankruptcy Case"). On December 11, 2005, the Court entered an order granting the Debtor's motion to convert the bankruptcy case to Chapter 7. Rebecca Hoyt Fischer was appointed Trustee of the bankruptcy case on October 13, 2005.

2. The Trustee initiated Adversary Proceeding No. 06-1128 ("Adversary Proceeding") on May 19, 2006, seeking to avoid a preferential transfer amount of $26,770.00.

3. The Defendant has asserted both a new value and an ordinary course of business defense.

4. The parties propose to compromise the Adversary Proceeding upon the following terms and conditions:

   a. The Defendant shall pay the Trustee the sum of $12,500.00.

   b. The Trustee shall dismiss Adversary Proceeding 06-1128 upon receipt of the settlement payment from CASCADE and Court approval of settlement.

  5. The Trustee believes that the proposed compromise is in the best interest of the bankruptcy estate and that the cost and expense of further litigation would exceed any potential recovery.  The parties have therefore reached the comprehensive terms of compromise embodied in the Settlement and Release Agreement (the "Agreement"), attached hereto as Exhibit A.

  6. The Agreement is conditioned upon this Court's approval of this Motion.

  7. Notwithstanding any provision of the Agreement to the contrary, the Agreement shall be effective on the date of entry of the Order approving the Agreement, with each of its provisions applied retroactively to a date ten (10) days prior thereto.

  WHEREFORE, the Trustee, by counsel pursuant to Bankruptcy Rule 9019, respectfully requests that the Court approve her compromise with CASCADE as described more fully herein.

Dated:  April 11, 2007      BAKER & DANIELS LLP

             By:  /s/ Mark A. Werling
               John R Burns III (#3016-02)
               Mark A. Werling (#20426-02)
               111 East Wayne Street, Suite 800
               Fort Wayne, Indiana 46802
               Telephone:  (260) 424-8000
               Facsimile:  (260) 460-1700

             ATTORNEYS FOR THE PLAINTIFF,
             REBECCA HOYT FISCHER, TRUSTEE

## SETTLEMENT AGREEMENT AND RELEASE

**THIS SETTLEMENT AGREEMENT AND RELEASE** (the "Agreement") is made and entered into as of the ___ day of _____, 2007, by and among Rebecca Hoyt Fischer, Trustee for Debtor ("Trustee" or "Plaintiff"), Auburn Foundry, Inc. ("AFI"), in the Adversary Proceeding pending in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division as Case No. 06-1128, and Cascade Pattern Co. ("CASCADE").

### RECITALS

A.  On February 8, 2004, AFI filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division, Case. No. 04-10427 ("Bankruptcy Case"). On December 11, 2005, the Court entered an order granting AFI's motion to convert the bankruptcy case to Chapter 7. Rebecca Hoyt Fischer was appointed Trustee of the Bankruptcy Case on October 13, 2005.

B.  For a period of time, CASCADE sold goods and material on credit to AFI. On May 24, 2006, AFI, by the Trustee, filed an Amended Complaint to obtain a judgment in the amount of $26,700.00 against CASCADE, seeking to avoid and recover certain alleged preferential transfers made to CASCADE within 90 days of the petition date.

C.  The Trustee and CASCADE (each of whom is referred to individually as a "Party" and collectively as the "Parties") desire to resolve all the differences and claims between them, without incurring additional expenses and costs, and have therefore reached the comprehensive terms of compromise embodied in this Agreement.

**NOW, THEREFORE**, in full consideration of the Recitals set forth above and the terms and mutual covenants set forth below, the Parties agree as follows:

1.  As consideration for the full and complete releases contained in this Agreement, CASCADE shall pay to the Trustee the sum of $12,500.00 (the "Settlement Payment") payable in three installments. The first installment payment of $6,000.00 is due 10 days after entry of an order approving this agreement. The second installment payment of $3,250.00 is due 30 days from the date of the first installment payment, and the third installment payment of $3,250.00 is due 60 days from the date of the first installment payment. Within 10 days of receiving the final Settlement Payment from CASCADE, Plaintiff shall dismiss Adversary Proceeding No. 06-1128 with prejudice.

2.  Effective upon the execution and delivery of this Agreement, but subject to Bankruptcy Court approval under Bankruptcy Rule 9019, pursuant to the covenants, terms and conditions contained herein, the Trustee and CASCADE shall forever relieve, release and discharge each other, their agents, representatives, estates, employees, predecessors, parent corporations, subsidiaries (whether or not wholly-owned), affiliates, officers, principals, guarantors, directors, attorneys, investigators, successors, insurers and assigns and each of them, in any and all capacities, from any and all claims, debts, liabilities, demands, obligations, liens, promises, acts, agreements, costs and expenses (including, but not limited to attorneys' fees),

BDDB01 4663680v1


EXHIBIT A

damages, actions and causes of action, of whatever kind or nature, whether known or unknown, choate or inchoate, fixed or contingent, whether in tort, contract, law, or equity, arising out of or in any way related to the Bankruptcy, except for the obligations of the Parties under this Settlement Agreement.

3. The Parties agree that they shall not make, assert, or maintain against the other Party to this Agreement any claim, demand, action, suit, or proceeding arising out of or in connection with the matters respectively released herein.

4. This Agreement, and all covenants and releases set forth herein, shall be binding upon and shall inure to the benefit of the Parties, their legal successors, trustees, estates, beneficiaries, heirs, assigns, insurers, partners, representatives, investigators, executors, guarantors, administrators, agents, attorneys, parent corporations, subsidiaries, affiliates, officers, directors, employees, principals, and shareholders.

5. This Agreement is deemed to be executed and intended to be performed in the State of Indiana, and the laws of Indiana (excluding Indiana's choice of law provisions) shall govern its interpretation and effect, except to the extent that such issues arising hereunder are governed by the Bankruptcy Code and Rules, and applicable law thereunder.

6. Each Party agrees to bear its own costs and expenses incurred with regard to the Litigation. In the event any Party to this Agreement commences any legal proceeding concerning any aspect of this Agreement, including, but not limited to, the interpretation or enforcement of any of its provisions or based on an alleged dispute, breach, default, or misrepresentation in connection with any aspect or provision of this Agreement, the prevailing Party shall be entitled to recover reasonable attorneys' fees and all other costs and expenses incurred in connection with the enforcement action or proceeding, including, without limitation, expert witness fees, court reporter fees and collection expenses, whether or not such action proceeds to judgment.

7. Should any portion or clause of this Agreement be found to be invalid, illegal, void, voidable or unenforceable for any reason whatsoever, this Agreement shall be read as if it did not contain said portion or clause to be severable from the remainder. Any such clause or portion and its severance shall not affect the validity or effect of the remaining provisions of this Agreement.

8. This Agreement may be executed in any number of counterparts and by facsimile, each of which so executed shall be deemed to be an original and such counterparts together constitute one and the same Agreement.

9. The Parties acknowledge that each has read this Agreement; that each fully understands its rights, privileges and duties under said Agreement; and that each enters into this Agreement freely and voluntarily. Each Party further acknowledges that each has had the opportunity to consult with an attorney to explain the terms of this Agreement and the consequences of signing it.

10. The Parties expressly warrant and represent that no promise or inducement has been offered except as set forth in this Agreement; that this Agreement is executed without reliance upon any statement or representation by the Parties, as well as their representatives, concerning the nature and extent of any damage and/or legal liability, and that this Agreement contains the entire agreement between the Parties and the terms of this Agreement are contractual and not a mere recital.

**IN WITNESS WHEREOF**, the Parties have executed this Settlement Agreement and Release by their signatures below:

CASCADE PATTERN CO.

By: _____
    [NAME]

Its: _____
    [TITLE]

_____
DATE

REBECCA HOYT FISCHER,
TRUSTEE FOR DEBTOR,
AUBURN FOUNDRY, INC.

By: *[signature]*
Rebecca Hoyt Fischer
Trustee for Debtor, Auburn Foundry, Inc.

4/10/07
DATE

-3-

A. F. Europe, Inc.
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

ABB Inc.
9000 Regency Park
Suite 300
Cary, NC 27511

AIR TECHNICS INC.
2652 MERRIMONT DRIVE
TROY, OH 45373

AIRTECH ENVIRONMENTAL
SERVICES
601A COUNTRY CLUB DRIVE
BENSENVILLE, IL 60106

AMERICAN BIO MEDICA
CORPORATION
122 SMITH ROAD
KINDERHOOK, NY 12106

AMERICAN WIRE ROPE AND SLING
3122 ENGLE ROAD
FORT WAYNE, IN 46809

APPLIED METALS & MACHINE
WORKS
1036 ST. MARYS AVENUE
FORT WAYNE, IN 46808

ARROW FENCE COMPANY, INC.
318 EDGEWOOD AVENUE
FORT WAYNE, IN 46805

AZTEC MILLENNIUM SUPPLY, I
8411 MAYHEW ROAD
FORT WAYNE, IN 46835

Air Products and Chemicals
Tom Jacob A6313
7201 Hamilton Blvd.
Allentown, PA 18195

American Arbitration Association
335 Madison Ave., 10th Fl.
New York, NY 10017

American Distribution Assoc.
335 Madison Ave., 10th Fl.
New York, NY 10017

American Express Travel Related Svcs Co
Inc Corp C
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Anne Meeks Davis Trust
c/o James Borgmann, Esq.
201 East Jackson Street, Suite 400
Muncie, IN 46306-2847

Ashland Incorporated
Ashland Inc.
Collection Dept. DS3
PO Box 2219
Columbus, OH 43216

Austin Petroleum, Inc.
c/o Ron Ellis, President
99 East Joe Street
Huntington, IN 46750

BADEN, GAGE & SCHROEDER, LLC
6920 POINTE INVERNESS WAY,
SUITE 300
FORT WAYNE, IN 46804

BANK OF AMERICA
Latham & Watkins Illinois LLP
Attn.: Josef S. Athanas
233 South Wacker Drive, Suite 5800
Chicago, IL 60606-4202

BASSETT OFFICE SUPPLY INC
509 SOUTH MAIN STREET
AUBURN, IN 46706

BBC Pump and Equipment Co., Inc.
777 N. Tibbs Ave.
PO Box 22098
Indianapolis, IN 46222

BGR Inc.
6392 Grand Road
West Chester, Ohio 45069

BOBCAT OF FORT WAYNE
3630 GOSHEN ROAD
FORT WAYNE, IN 46818

BOHL CRANE INC
1930 LAKEVIEW DRIVE
FT WAYNE, IN 46808

BOHREN LOGISTICS, INC.
325 N. TAYLOR ROAD
GARRETT, IN 46738

BPC - Bell Packaging Corporation
PO Box 3006
Marion, IN 46953-0333

BRAKE MATERIALS & PARTS INC
800 SHERMAN AT PAPE
FORT WAYNE, IN 46808

BRAKE MATERIALS & PARTS INC
800 SHERMAN AT PAPE
FORT WAYNE, IN 46808

BREAD BASKET
115 NORTH MAIN STREET
AUBURN, IN 46706

BRECHBUHLER SCALES
3306 CAVALIER DRIVE
FORT WAYNE, IN 46808

BRIAN S AUTOMOTIVE CENTER
1110 SOUTH GRANDSTAFF DRIVE
AUBURN, IN 46706

Baden Tax Management LLC
Baden, Gage & Schroeder, LLC
6920 Pointe Inverness Way, Suite 300
Fort Wayne, IN 46804-7926

Baker & Daniels LLP
c/o John R Burns III
111 East Wayne, Suite 800
Fort Wayne, IN 46802

Beardsley & Piper LLC
751 Shareline Drive
Aurora, IL 60504

: Best Access Systems
6161 E. 75th St.
Indianapolis, IN 46250

Bohl Equipment Company
534 W. Laskey Rd.
Toledo, OH 43612

Bostwick-Braun
1946 N. 13th Street
Toledo, OH 43624

Brehob Corp.
P O Box 2023
Indianapolis IN 46206-2023

C MILLER & SONS INC
6707 GABION WAY
FT WAYNE, IN 46818

CAMS, INC.
495 VILLAGE PARK DRIVE
POWELL, OH 43065

CAMWAY TRANSPORTATION CORP
7846 WEST CENTRAL AVENUE
TOLEDO. OH 43617

CANTEEN
2715 AMERICAN WAY
FORT WAYNE, IN 46809

CARPER FARM SUPPLY INC
PO BOX 159
ASHLEY, IN 46705

CC METALS AND ALLOYS INC
UNIVERSITY CORPORATE CENTRE
300 CORPORATE PARKWAY - 216N
AMHERST, NY 14226

CDW Computer Centers, Inc.
c/o Receivable Management Services
P.O. Box 5126
Timonium, Maryland 21094
Contact: Phyllis A. Hayes

CERTIFIED REDUCER REBUILDERS
32079 MILTON
MADISON HEIGHTS, MI 48071

CLASSIC CITY AUTOMOTIVE INC
503 MICHIGAN AVENUE
AUBURN, IN 46706

CLEAN CONVEYOR SOLUTIONS
DIVISION OF CVP GROUP, INC.
P.O. BOX 67
WILLOW SPRINGS, IL 60480-0067

COMTRONIX CORPORATION
2213 EAST 45TH STREET
INDIANAPOLIS, IN 46205-2297

COPPER AND BRASS SALES INC.
530 NORTHFIELD DRIVE
BROWNSBURG, IN 46112

CORE TECH INC
6000 OLD MAUMEE RD
FT WAYNE, IN 46803

COTTERMAN COMPANY
130 SELTZER ROAD
CROSWELL, MI 48422

CROSIBLE INC.
P.O. BOX 271
MORAVIA, NY 13118

CURRENT INC
2120 E. WASHINGTON
FT WAYNE, IN 46803-1329

CURTIS 1000
PO BOX 11271
FT WAYNE, IN 46856

Calar Inc.
PO Box 458
Syracuse, IN 46567

Canteen
5695 West River Dr. NE
Belmont, MI 49306

Cascade Pattern Co.
c/o Brian Green
25101 Chagrin Blvd., Suite 220
Beachwood, Ohio 44122

Centennial Wireless
3811 Illinois Rd.
Suite 212
Fort Wayne, IN 46804

Christy Davis Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Citizens Gas & Coke Utility
c/o Beckman Lawson LLP
P O Box 800
Fort Wayne IN 46801-0800

| | | |
|---|---|---|
| City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 | Clean Conveyor Solutions<br>642 Newport<br>Westmont, IL 60559 | Complete Drives Inc.<br>6419 Discount Dr.<br>Fort Wayne, IN 46818 |
| Complete Maintenance & Staffing, Inc.<br>5405 Hursh Road<br>Fort Wayne, IN 46845 | Covington Box & Packaging, Inc.<br>c/o Beckman Lawson, LLP<br>Attn: Howard B. Sandler, Esq.<br>PO Box 800<br>Fort Wayne, IN 46801-0800 | Crown Equipment Corporation<br>1919 Research Drive<br>Fort Wayne, IN 46808 |
| Custom Engineering & Fabrication<br>1631 East Pontiac St.<br>Fort Wayne, IN 46803 | D.A.S. SERVICES, INC.<br>2310 WEST 175 NORTH<br>ANGOLA, IN 46703 | DICTATING & TIME SYSTEMS<br>2212 SOUTH CALHOUN STREET<br>FORT WAYNE, IN 46802 |
| DIETERT FOUNDRY TESTING INC<br>9190 ROSE LAWN AVE.<br>DETROIT, MI 48204 | DISA INDUSTRIES, INC.<br>80 KENDALL POINT DRIVE<br>OSWEGO, IL 60543 | DR LUBRICANTS INC<br>4611 NEWAYGO ROAD, SUITE D<br>FT WAYNE, IN 46825 |
| DUCA MANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512 | DUFFY OFFICE PRODUCTS<br>7712 LIMA ROAD<br>FORT WAYNE, IN 46818 | Dauber Company Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| David B. Fink, Debtor by G. D. Boynm,<br>Trste c/o Warrick & Boyn LLP<br>Attn: Gary D. Boyn<br>121 West Franklin Street, Suite 400<br>Elkhart, IN 46516-3278 | David Burr Fink, by Tower Bank & Trust<br>Tower Bank & Trust Co., as Trustee<br>c/o Martin E. Seifert, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | David M. Meeks Jr. Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46305-2847 |
| Dayton Freight Lines Inc<br>6450 Poe Ave. Ste 311<br>Dayton, Ohio 45414 | Dell Financial Services, LP<br>c/o Weltman Weinberg & Reis, Co., LPA<br>525 Vine St., Ste. 800<br>Cincinnati, OH 45202 | Detrick L. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Digital Communication Prod.<br>3720 South Calhoun Street<br>Fort Wayne, IN 46807 | Disa Goff, Inc.<br>PO Box 1607<br>Seminole, OK 74818 | Don R. Fruchey, Inc.<br>Kent C. Litchin<br>Grossman & Litchin LLP<br>1600 Lincoln Tower<br>Fort Wayne, Indiana 46802 |
| Duraflo Equipment Company, Inc.<br>3910-B Culligan Avenue<br>Indianapolis, IN 46218 | EAGLE FOUNTAIN WORKS, INC.<br>8 WINCHESTER ROAD<br>ORMOND BEACH, FL 32174 | ECLECTRIC COMPANY<br>18315 RICHEY LANE<br>HUNTERTOWN, IN 46748 |
| EDWARDS MEDICAL<br>495 WOODCREEK DRIVE<br>BOLINGBROOK, IL 60440 | EIRICH MACHINES INC<br>4033 RYAN RD<br>GURNEE, IL 60031 | ELKEM METALS INC.<br>P 0 BOX 266<br>PITTSBURGH, PA 15230-0266 |

| | | |
|---|---|---|
| EMED COMPANY INC.<br>P.O. BOX 369<br>BUFFALO, NY 14240-0369 | ENVIRO CONTROL METALS<br>650 CHESTNUT STREET S.W<br>GRAND RAPIDS, MI 49503 | EPIC MACHINE<br>201 INDUSTRIAL WAY<br>FENTON, MI 48430 |
| Earth Tech, Inc.<br>5555 Glenwood Hills Pkwy. S.E.<br>Grand Rapids, MI 49512 | Edglo Laboratories Inc.<br>2121 E. Washington Blvd.<br>Fort Wayne, IN 46803 | Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 |
| Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald |
| FAIRMOUNT MINERALS<br>P 0 BOX 400<br>BRIDGEMAN, MI 49106 | FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 | FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 |
| FREEMAN MFG & SUPPLY COMPANY<br>27655 GROESBECK HWY<br>ROSEVILLE, MI 48066 | First Insurance Funding Corp.<br>450 Skokie Blvd., Ste 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802 |
| Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 | GEORGE E BOOTH COMPANY<br>8202 W 10TH ST<br>INDIANAPOLIS, IN 46214-2432 | Gary G. Shock<br>c/o Randal S. Forbes<br>PO Box 374<br>Angola, IN 46703 |
| General Kinematics Corp<br>5050 Rickert Road<br>Crystal Lake, IL 60014-7333 | General Motors Corporation<br>Tricia A. Sherick, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg.<br>Detroit, MI 48226 | Gerald L. Martin, III<br>c/o Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Glass, Molders, Pottery, Plastics and Allied<br>c/o Richard J. Swanson<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204 | Goeglein's Inc.<br>7311 Maysville Road<br>Fort Wayne, IN 46815-8199 | H E C 0 INC<br>3509 S BURDICK ST<br>KALAMAZOO, MI 49001 |
| HANEY S GLASS OF AUBURN<br>930 WEST 15TH STREET<br>AUBURN, IN 46706 | HILL AND GRIFFITH CO.<br>3637 FARNSWORTH<br>INDIANAPOLIS, IN 46241 | HOOK INDUSTRIAL SALES INC.<br>2731 BROOKLYN AVE.<br>PO BOX 9177<br>FORT WAYNE, IN 46899 |
| HOOSIER TRAILER & TRUCK EQ<br>4830 TODD DRIVE<br>FORT WAYNE, IN 46803 | HOT CREWS INC<br>PO BOX 13094<br>FT WAYNE, IN 46803 | HYDRONIC & STEAM EQUIP CO<br>8950 BASH STREET<br>INDIANAPOLIS, IN 46256 |

Harbor Metal Treating Co. of Indiana
PO Box 644
Benton Harbor, MI 49023

Hartley Controls
751 Shoreline Drive
Aurora, IL 60504

Heraeus Electro_Nite Co.
One Summit Square 1st Floor
Suite 100
Langhorne PA 19047

Hickman, Williams & Company
PO Box 538
Cincinnati, OH 45201
Attention: T. L. Meadors

I.R.S.
230 S. DEARBORNE, ROOM 2560
5014 CHI
CHICAGO, IL 60604

IBM Credit LLC
Beverly Shideler
Two Lincoln Centre
Oakbrook, IL 60181

IN Dept. of Environmental Management
100 North Senate Avenue
P.O. Box 6015
Indianapolis, IN 46204

INDIANA REFRACTORIES INC.
1624 SIMONS STREET
FT. WAYNE, IN 46803

INDUSTRIAL CERAMIC PRODUCT
14401 SUNTRA WAY
MARYSVILLE, OH 43040

INGERSOLL-RAND CO
AIR COMPRESSOR GROUP
2516-1 INDUSTRIAL PARK DRIVE
GOSHEN, IN 46526

INOVIS
Attn: Billing
11720 Amber Park Drive
Alpharetta, GA 30004

INTERMEC TECHNOLOGY CORP.
9290 LESAINT DRIVE
FAIRFIELD, OH 45014-5454

INTERNATIONAL QUALITY
521 CLEVELAND
LINCOLN PARK, MI 48146

INTERNATIONAL SURFACE PREP
1606 EXECUTIVE DR
LAGRANGE, GA 30241

IRCON INC
7300 N. NATCHEZ AVE.
NILES, IL 60714

IVY TECH
3800 NORTH ANTHONY BLVD
FORT WAYNE, IN 46805

Ice Miller (ADMINISTRATIVE)
Attn: Henry Efroymson
One American Square
Box 82001
Indianapolis, IN 46282-0200

Indiana Department of Revenue
Bankruptcy Section, Room N-203
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of Workforce
Development
Beverly Korobkin
10 North Senate Avenue, SE200
Indianapolis, IN 46204-2277

Inductotherm Corp
P.O. Box 157
Rancocas, NJ 08073

Industrial Specialties
9621 White Hill Ct.
Fort Wayne, IN 46804-5953

J & K COMMUNICATIONS INC.
222 S. TOWER VIEW DRIVE
COLUMBIA CITY, IN 46725

J & L INDUSTRIAL SUPPLY
PO BOX 3359
LIVONIA, MI

J E BEARING AND MACHINE LTD.
68 SPRUCE STREET
TILLSONBURG, ON N4G 4H8

JACKSON-HIRSH INC
700 ANTHONY TRAIL
NORTHBROOK, IL 60062-2542

James Godschalk
c/o Beckman Lawson LLP
Attn: Howard B. Sandler
P O Box 800
Fort Wayne IN 46801-0800

Janet F. Borden
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

John A. Fink
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

John A. Urbaska Revocable Trust
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 467204-2023

KALTENBACH, INC.
6775 INWOOD DRIVE
COLUMBUS, IN 47202

| | | |
|---|---|---|
| KENDALLVILLE IRON & METAL INC<br>243 E. LISBON ROAD<br>P O BOX 69<br>KENDALLVILLE IN 46755 | KMH Systems, Inc.<br>6900 Poe Ave.<br>Dayton, OH 45414 | KORTE BROS INC<br>620 W COOK RD<br>FT WAYNE, IN 46825-3324 |
| KUSTOM MACHINING INC.<br>P.O. BOX 39<br>LEO, IN 46765 | Katie Urbaska Revocable Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Kendall Electric Inc.<br>131 Grand Truck Ave.<br>Battle Creek, MI 49016 |
| Key Equipment Finance, a division of Key Corporate<br>Capital, Inc. assignee for Adirondack Leasing Association  Attn: Sal Boscia<br>1000 South McCaslin Boulevard<br>Louisville, CO 80027 | Khela J. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 | Kimberly E. Parker<br>c/o Chistopher C. Myers<br>809 S. Calhoun St., Ste 400<br>Fort Wayne, IN 46802 |
| LAB SAFETY SUPPLY INC.<br>PO BOX 1368<br>JANESVILLE, WI 53547-1368 | LBH CHEMICAL & INDUSTRIAL<br>PO BOX 8460<br>FT WAYNE, IN 46808-8460 | LECO CORPORATION<br>3000 LAKEVIEW AVENUE<br>ST. JOSEPH, MI 49085-2396 |
| LYMAN STEEL CO.<br>P.O. BOX 28340<br>CLEVELAND, OH 44128 | MACALLISTER MACHINERY CO INC<br>2418 COLISEUM BLVD W<br>FORT WAYNE, IN 46808-3648 | MARJO PLASTICS<br>1081 CHERRY STREET<br>PLYMOUTH, MI 48170 |
| MCLEAN MIDWEST CORPORATION<br>11611 BUSINESS PARK BLVD. N.<br>CHAMPLIN, MN 55316 | METALTEC STEEL ABRASIVE CO<br>41155 JOY ROAD<br>CANTON, MI 48187 | MODERN EQUIPMENT COMPANY<br>336 SOUTH SPRING STREET<br>PORT WASHINGTON, WI 53074 |
| MONITOR TECHNOLOGIES LLC<br>DRAWER AL-44W320<br>ELBURN, IL 60119 | MP Steel Indiana<br>PO Box 233<br>Monaca, PA 15061 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 |
| Magneco Metrel Inc.<br>223 Interstate Road<br>Addison, IL 60101 | Maila Davis Megorden Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Maile M. Urbaska<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| Mark A. Gorney<br>c/o Christopher C. Myers<br>809 S. Calhoun St, Ste. 400<br>Fort Wayne, IN 46802 | Marlin Leasing Corp.<br>Kelly McCarthy, Bankruptcy Administrator<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ 08054 | Maxwell Engineering, Inc.<br>dba Allen Pattern Works<br>616 East Wallace Street<br>PO Box 10540<br>Fort Wayne, IN 46803 |
| McNichols Company<br>Attn: Dwight Glisson<br>PO Box 30300<br>Tampa, FL 33630-3300 | Michigan Department of Treasury<br>PO Box 30059<br>Lansing, MI 48909 | Midwest Instrument Co. Inc.<br>Jeff Heimsch<br>PO Box 80<br>Hartland, WI 53029 |

| | | |
|---|---|---|
| Miller and Company LLC<br>Robert E. Overman II<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 | Moore Medical Corp<br>Attn: Sharon Schoenberger<br>PO Box 1500<br>New Britain, CT 06050-1500 | Motion Industries, Inc<br>1605 Alton Road<br>Birmingham, AL 35210 |
| NADAPRO, Inc.<br>c/o Gary D. Wohlwend<br>5020 Nob Road<br>Fort Wayne, IN 46825 | NEFF ENGINEERING CO INC<br>7114 INNOVATION BLVD<br>FT WAYNE, IN 46898 | NES RENTALS<br>8855 BYRON COMMERCE<br>BYRON CENTER, MI 49315 |
| NORTHSTAR IMAGING, INC.<br>953 WESTGATE DRIVE<br>ST. PAUL, MN 55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT 84115 | OFC CAPITAL<br>DEPT GA00010<br>PO BOX 530101<br>ATLANTA, GA 30353-0101 |
| OLD FORT SUPPLY CO., INC.<br>OLD FORT WAY AT 2000 WAYNE TRACE<br>FORT WAYNE, IN 46803 | OSSOLA INDUSTRIALS INC.<br>1740 W. SEVENTH STREET<br>GRANITE CITY, IL 62040 | OmniSource Corporation<br>C/O Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 |
| OptionCare<br>867 W Carmel Dr.<br>Carmel, IN 46032 | Overnite Transportation Co.<br>PO Box 1216<br>Richmond, VA 23218-1216 | PANGBORN COMPANY<br>580 PANGBORN BLVD.<br>HAGERSTOWN, MD 21742-0380 |
| PARKER GLOVE & SUPPLY, INC<br>EAST 4TH STREET<br>AVILLA, IN 46710 | PEERLESS METALS POWDERS & ABRASIVES<br>P.O. BOX 09254<br>DETROIT, MI 48209 | PERKINS SEPTIC AND DRAIN SERVICE<br>0375 CR 11<br>HUDSON, IN 46747 |
| PHC Industries Inc.<br>PO Box 11225<br>Fort Wayne, IN 46856-1225 | PRANGER ENTERPRISES INC<br>PO BOX 366<br>ASHLEY, IN 46705 | PRECISION CALIBRATION COMPANY<br>7656 MILLINER COURT<br>PLAINFIELD, IN 46168 |
| PRECISION STEEL SERVICES<br>4334 EARTH DRIVE<br>FT. WAYNE, IN 46809 | PROJECT MANAGEMENT SERVICES<br>P.O. BOX 398<br>MCDONALD, OH 44437-0398 | Pension Benefit Guaranty Corporation<br>Attn: Brad Rogers, Attorney<br>Office of the General Counsel, Suite 340<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | QHG OF FT WAYNE, INC REDIM<br>315 EAST COOK ROAD<br>FORT WAYNE, IN 46825 |
| QUALITY CALIBRATION SERVICE<br>10205 WEST GREENFIELD AVENUE<br>WEST ALLIS, WI 53214 | R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 | RA MUELLER INC.<br>11270 CORNELL PARK DRIVE<br>CINCINNATI, OH 45242 |

| | | |
|---|---|---|
| REFCO INC<br>PO BOX 12867<br>PITTSBURAH, PA 15241 | REILLEY TRUCKING<br>7431 BENT WILLOW DRIVE<br>FORT WAYNE, IN 46815 | RENO REFRACTORIES, INC.<br>PO BOX 201<br>MORRIS, AL 35116 |
| RUMFORD INDUSTRIAL GROUP INC.<br>PO BOX 752288<br>DAYTON, OH 45475 | RYTEC CORPORATION<br>PO BOX 403<br>JACKSON, WI 53037 | RadioShack Credit Services<br>Attn: Judy Wong<br>300 RadioShack Circle Mail Stop 5018<br>PO Box 961090<br>Fort Worth TX 76161-5018 |
| Richard Squier Pallets Inc.<br>2522 US Hwy 6 West<br>PO Box 668<br>Waterloo, IN 46793 | Ronald J. Osbun<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 | S & S Tire Co., Inc.<br>and S & S Oil Co., Inc.<br>500 North St., Suite 2<br>Auburn, IN 46706 |
| S D MYERS<br>180 SOUTH AVENUE<br>TALLMADGE, OH 44278 | SAFETY-KLEEN SYTEM, INC.<br>5400 LEGACY DR.<br>CLUSTEN II BLDG 3<br>PLANO TX 75024 | SHELLS INC.<br>502 OLD U.S. HWY 30 EAST<br>BOURBON, IN 46504 |
| SHERRY LABORATORIES<br>2203 SOUTH MADISON<br>MUNCIE, IN 47307 | SIMPLICITY ENGINEERING IN<br>212 S. OAK<br>DURAND, MI 48429-0257 | STAG Iron & Metal Corp.<br>Deer & Stone, P.C.<br>130 S. Jefferson Street, Suite 501<br>Chicago, IL 60661 |
| STATES ENGINEERING CORP<br>10216 AIRPORT DRIVE<br>FORT WAYNE, IN 46819 | STRUERS INC<br>24766 DETROIT ROAD<br>WESTLAKE, OH 44145 | SUPERIOR BUSINESS SOLUTION<br>PO BOX 8040<br>FT WAYNE, IN 46898-8040 |
| Schenkel & Sons Inc<br>Brian J. Lange, Esquire<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802 | Scioto Valley Packaging, LLC<br>PO Box 497<br>Clinton, NC 28329 | Sentinel Fluid Controls<br>5702 Opportunity Drive<br>Toledo, OH 43612 |
| Shambaugh & Son, L.P.<br>Post Office Box 1287<br>Fort Wayne, Indiana 46801 | Sheela B. Davis Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Sierra Poindexter<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 |
| Spectrum Engineering Corp<br>5524 North County Line Road<br>Auburn, IN 46706-9302 | Staclean Diffuser Co., LLC<br>PO Drawer 1147<br>Salisbury, NC 28145-1147 | State of Michigan<br>UIA Tax Office<br>POC Unit - Suite 11-500<br>Detroit, MI 48202 |
| Steel Equipment Specialists LLC<br>P.O. box 2148<br>1507 Beeson St.<br>Alliance, OH 44601 | Stericycle Inc.<br>13975 Polo Trail Dr #201<br>Lake Forest IL 60045 | Sturgis Iron & Metal Co., Inc.<br>c/o P. Joseph Haas, Jr.<br>112 S. Monroe Street<br>Sturgis, MI 49091 |

| | | |
|---|---|---|
| SummitBridge National Investments, LLC<br>Summit Investment Management, LLC<br>Attn: Mark A. Kilcoin<br>1700 Lincoln Street, Suite 2150<br>Denver, Colorado 80203 | System Clean, Inc<br>50602 N. Michigan St.<br>South Bend, IN 46637 | T & M EQUIPMENT CO INC<br>2880 EAST 83RD PLACE<br>MERRILLVILLE, IN 46410 |
| T.T.G. PATTERN<br>5443 KEYSTONE DRIVE<br>FORT WAYNE, IN 46825 | TOOLING & EQUIPMENT INTERNATIONAL<br>12550 TECH CENTER DRIVE<br>LIVONIA. MI 48150-2193 | TPC WIRE & CABLE<br>7061 EAST PLEASANT VALLEY ROAD<br>INDEPENDENCE, OH 44131 |
| TRI STATE COMPRESSED AIR SYSTEMS, IN<br>1608 EISHENHOWER DRIVE SOUTH<br>GOSHEN, IN 46526-5360 | TROJAN HEAT TREAT<br>809 S. BYRON ST<br>HOMER, MI 49245 | Taylor Rental Center, Inc.<br>2224 St. Rd. 8<br>Auburn, IN 46706 |
| The New Keibler Thompson Co.<br>Route 66 RR#2<br>Box264A<br>Export, PA 15632 | Time Industrial, Inc.<br>c/o Roy F. Kiplinger<br>Beers Mallers Backs & Salin, LLP<br>110 W. Berry Street, Suite 1100<br>Fort Wayne, IN 46802 | Timothy S. Borden<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| Trevor Meeks Agency<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | US CARGO MANAGEMENT INC.<br>PHILADELPHIA INTERNATIONAL AIRPORT<br>P.O. BOX 277<br>ESSINGTON, PA 19029 | US PATTERN COMPANY INC<br>P0 BOX 220<br>RICHMOND, MI 48062 |
| USF Holland, Inc<br>750 E. 40th Street<br>Holland, MI 49423 | Unimin Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | United Parcel Service<br>c/o D&B/RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, Maryland 21094 |
| United States Trustee<br>One Michiana Square<br>100 East Wayne Street, Suite 555<br>South Bend, IN 46601 | Universal Am-Can Ltd.<br>PO Box 2007<br>Warren, MI 48090 | VWR International, Inc.<br>1230 Kennestone Circle<br>Marietta, GA 30066 |
| Van Dyne Crotty Inc.<br>3233 Newmark Dr.<br>Miamisburg, OH 45342 | Vericore L.L,C.<br>1200 W. Causeway Approach<br>Mandevill, CA 70471 | Vesuvius USA Corporation<br>Steven Del Cotto, Esquire<br>27 Noblestown Road<br>Carnegie, PA 15106 |
| W.W. GRAINGER, INC.<br>7300 N MELVINA AVE M530<br>NILES IL 60714-3998 | WALMAN OPTICAL CO<br>PO BOX 9440<br>MINNEAPOLIS, MN 55440 | WAYNE PIPE & SUPPLY INC<br>1815 SOUTH ANTHONY BLVD<br>FT WAYNE, IN 46803 |
| WELDER SERVICES INC<br>1725 EDSALL AVENUE<br>FT WAYNE, IN 46896 | WEYERHAEUSER CO.<br>2626 CR 71<br>BUTLER, IN 46721 | WHEELABRATOR ABRASIVES INC<br>1 ABRASIVE AVE<br>BEDFORD, VA 24523 |

WIESE PLANNING & ENG., INC.
2725 INDEPENDENCE DRIVE
FORT WAYNE, IN 46808

WILLIAM C WEBER & ASSOC IN
CONSTITUTION HILL OFFICE PARK
6201 CONSTITUTION DRIVE
FT WAYNE, IN 46804

Warsaw Engineering & Fabricating
c/o Scott R. Leisz
Bingham McHale LLP
10 W. Market, #2700
Indianapolis, IN 46204

Wayne Fasteners Inc.
2611 Independence Dr.
Ft. Wayne, IN 46808

William C. Weber & Associates, Inc
William/Suzanne Weber
6201 Constitution Dr.
Fort Wayne, IN 46804

William E. Fink
c/o Sommer Barnard Ackerson PC
Attn: Jerald I. Ancel
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

XRI TESTING - TROY
MOBILEX, LLC
1961 THUNDERBIRD
TROY, MI 48084

Xerox Corporation
Xerox Capital Services LLC
Attn: Vanessa Adams
PO Box 660506
Dallas, TX 75266-9937

John R. Burns
Baker & Daniels
111 E. Wayne Street, Ste. 800
Fort Wayne, IN 46802

Mark Werling
Baker & Daniels
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Nancy J. Gargula
One Michiana Square, 5th Floor
100 E. Wayne Street
South Bend, IN 46601

Rebecca Hoyt Fischer
LADERER & FISCHER, P.C.
112 W. Jefferson Blvd., Suite 310
South Bend, Indiana 46601

Auburn Foundry, Inc.
635 W. Eleventh Street
Auburn, IN 46706