UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. ) | | Bankruptcy Case No: 04-10427 |
| ) | | |
| Debtor ) | | Converted Chapter 7 |
| ) | | |
| | | Judge Robert E. Grant |

### INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES OF BAKER & DANIELS, COUNSEL FOR TRUSTEE

The application of Baker & Daniels LLP ("B&D") by Mark A. Werling, counsel for Rebecca Hoyt Fischer ("Trustee"), Trustee of Auburn Foundry, Inc., Debtor ("AFI" or "Debtor"), for allowance and payment of professional fees and reimbursement of expenses respectfully represents:

Applicant makes this Interim Application for Allowance and Payment of Attorneys Fees (hereinafter "Application") pursuant to §§ 327, 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedures, for professional services rendered and for reimbursement of expenses reasonably and necessarily incurred by Applicant firm in the representation of the Trustee.

On February 8, 2004, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division, Case. No. 04-10427 ("Bankruptcy Case"). On December 11, 2005, the Court entered an order granting the Debtor's motion to convert the bankruptcy case to Chapter 7. Rebecca Hoyt Fischer was appointed Trustee of the bankruptcy case on October 13, 2005. An Application for Approval of Employment of Attorneys, Baker & Daniels LLP As Special Counsel was filed on January 10, 2006, which application was granted

by this Court by an Order authorizing the employment of B&D dated January 11, 2006. A copy of this Order is attached as Exhibit A.

This Application requests allowance of compensation for actual, necessary professional services within the meaning of §330 of the Code, for the periods encompassed by the Statements attached hereto as Exhibit B through and including March 31, 2007. During this period, Applicant firm expended a total of 80.4 hours of professional services on behalf of Trustee. This time was expended by attorneys and paralegals as set forth in the statement as Exhibit C, which is attached hereto, is incorporated by reference, and is made a part hereof. The rates of compensation vary by the attorney or paralegal providing the service, which information is set out in greater detail on the Counsel List attached hereto as Exhibit D.

The services rendered by B&D include analyzing financial information, preparation for filing of complaints, counseling the Trustee concerning the adversary proceedings filed as a result of preference payments, review of documents, numerous correspondence and conferences regarding settlement issues, representation of the Trustee in negotiations and consideration of settlement offers, and related issues and general administrative matters. In this Application, B&D seeks full approval for the fees identified herein.

In summary, B&D has assisted the Trustee in obtaining $156,000.00 in confirmed settlements, a default judgment of $46,053.05 , and collection of a prior settlement of $46,000.00. This application seeks approval for a total of $17,333.39 in fees and costs, of which $14,307.93 relates to preference recoveries and $3,025.46 relates to other administrative matters (e.g. pension issues) for the Trustee.

No compensation previously received by B&D has been shared between the Applicant and any other entity, and no agreement or understanding exists with respect thereto

within the meaning of Rule 2016 of the Federal Rules of Bankruptcy Procedure, for compensation received or to be received for services rendered in or in connection with the case.

WHEREFORE, B&D prays that this Court approve its attorneys' fees in the amount of $15,278.00, which represents the full amount of attorneys' fees, plus expenses in the amount of $2,055.39, for services rendered through March 31, 2007.

Date: <u>June 11, 2007</u>     BAKER & DANIELS LLP

By: <u>/s/ Mark A. Werling</u>
    John R Burns (#3016-02)
    Mark A. Werling (#20426-02)
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
    Facsimile: (260) 460-1700

ATTORNEYS FOR THE TRUSTEE,
REBECCA HOYT FISCHER

BDDB01 4743878v2