### BAKER & DANIELS LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

January 23, 2007
Invoice Number 1330502

0976966     Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through December 31, 2006 and not reflected on a prior bill:

0000001   AFI Preference

| | |
|---|---|
| Total Services............................$ | 5,980.00 |
| Total Disbursements.................$ | 702.39 |
| Total This Matter......................$ | 6,682.39 |

Total This Invoice...........................................................................$     6,682.39



Payment Due Within 30 Days.

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  December 31, 2006
Invoice Number  1330502

0976966      Rebecca Hoyt Fisher, Trustee
0000001      AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/01/06 | Telephone conferences re AFI/Ashland settlement payment; telephone conference with Trustee re Tax I.D. number; telephone conference with Ashland re same | OLN | .30 | 39.00 |
| 12/05/06 | Telephone conference Kendallville Iron counsel re PTO needs (0.2); attention to finalization, filing of Fairmount settlement (0.1) | MAW | .30 | 79.50 |
| 12/06/06 | Review e-mails and faxes re AFI/Fairmount settlement agreement and motion to approve compromise; office conference re same; prepare motion to approve compromise, notice of motion and proposed order in AFI/Fairmount matter; file motion, notice and proposed order with court; supervise distribution of same; update electronic file; e-mail litigation team re same | OLN | 2.50 | 325.00 |
| 12/06/06 | Telephone conference re settlement issues in 3 open cases, follow-up opposing counsel re same | MAW | .50 | 132.50 |
| 12/07/06 | Review e-mail re fee application; telephone conference re same; draft fee application; office conference re same; prepare summary of invoices for exhibit; office conference re same; file application with exhibits with the court; update electronic file; e-mail litigation team re same | OLN | 3.60 | 468.00 |
| 12/07/06 | Complete and attend to the filing of first fee applications (1.0); follow-up communications with preference defendants' counsel re settlement issues (0.3) | MAW | 1.30 | 344.50 |
| 12/08/06 | Telephone conference re notice; prepare notice of motion and opportunity to object and proposed order for application for compensation; office conference re same; file notice and proposed order with the court; update electronic file; e-mail litigation team re same; supervise distribution of notice | OLN | 1.50 | 195.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 12/08/06 | Follow-up e-mail exchanges Elkem counsel re settlement issues | MAW | .30 | 79.50 |
| 12/09/06 | Assess status of open preference cases, outline next steps in same re discovery, mediation, PTO related needs | MAW | .40 | 106.00 |
| 12/11/06 | Review e-mails re revising proposed order for application for compensation; review ECF notice from the court re notice of motion and proposed order | OLN | .20 | 26.00 |
| 12/11/06 | Follow-up Elkem re settlement, attention to related PTO deadlines, needs re same | MAW | .30 | 79.50 |
| 12/12/06 | Revise proposed order for application for compensation; office conference re same; file amended proposed order with the court; update electronic file; e-mail litigation team re same | OLN | .50 | 65.00 |
| 12/12/06 | Follow-up Elkem counsel re PTO, settlement, follow-up work on PTO's for Elkem, Kendallville Iron matters | MAW | .40 | 106.00 |
| 12/13/06 | Work further on PTO's for open preference cases (1.0); telephone conference Elkem counsel re settlement (0.1) | MAW | 1.10 | 291.50 |
| 12/14/06 | Office conference re AFI/Elkem settlement; prepare notice re settlement; update electronic file; e-mail litigation team re same | OLN | .80 | 104.00 |
| 12/14/06 | Follow-up re settlement agreement on Elkem (0.1); open needs on remaining two preference cases (0.2) | MAW | .30 | 79.50 |
| 12/15/06 | Review ECF notice from the court; review and respond to e-mails re AFI/DISA settlement agreement; e-mail C. Barr re same | OLN | 1.00 | 130.00 |
| 12/15/06 | Continue work on PTO related needs for two open cases | MAW | .30 | 79.50 |
| 12/16/06 | Review and assess settlement offer from Kendallville Iron | MAW | .50 | 132.50 |
| 12/17/06 | Re Kendallville Iron, work on PTO, case needs assessment based on 12/26 court deadline, related work on Cascade preference | MAW | .40 | 106.00 |
| 12/18/06 | Review AFI/Disa correspondence; telephone conference re same; review AFI summary update | OLN | .50 | 65.00 |
| 12/18/06 | Follow-up Cascade counsel re settlement issues; attention to related case needs re same | MAW | .20 | 53.00 |
| 12/19/06 | Prepare correspondence to Trustee enclosing AFI/Disa settlement check; update electronic file; e-mail litigation team re same; office conference re file; review e-mail re AFI/Elkem; prepare settlement agreement in AFI/Elkem; e-mail re same; prepare notice of dismissal of adversary proceeding in AFI/Disa; file same with the court; update | OLN | 1.60 | 208.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | electronic file; e-mail litigation team re same | | | |
| 12/19/06 | Additional work on PTO's for the open preference cases | MAW | .50 | 132.50 |
| 12/20/06 | Work further on PTO preparations for two open cases | MAW | .80 | 212.00 |
| 12/21/06 | Review and respond to e-mail re AFI/Elkem settlement agreement; revise settlement agreement for same; review ECF notice from court; review order to amend notice in AFI/Ashland; office conference re same | OLN | .30 | 39.00 |
| 12/21/06 | Revise, finalize Elkem settlement agreement (0.1); telephone conference Kendallville counsel re settlement (0.1); additional work on PTO related needs (0.6) | MAW | .80 | 212.00 |
| 12/22/06 | Additional work on PTO's in 2 open cases (1.2), assessment of collection options in Triple M Case (0.3) | MAW | 1.50 | 397.50 |
| 12/23/06 | Revise and finalize Kendallville Iron PTO, related case assessment re same | MAW | 1.20 | 318.00 |
| 12/26/06 | Follow-up re Kendallville Iron re preference recovery | JRB | .10 | 40.00 |
| 12/26/06 | Finalize Kendallville Iron's PTO; work on settlement and assess defenses re same | MAW | 1.20 | 318.00 |
| 12/27/06 | Attention to Kendallville Iron settlement agreement, next steps re Cascade case; office conferences re collection issues pertinent to default judgment against Triple M | MAW | .30 | 79.50 |
| 12/27/06 | Work on pending settlements and remaining preference case and strategy re same | JRB | .40 | 160.00 |
| 12/28/06 | Update summary information sheet; review dockets in AFI/DISA, AFI/Hickman, and AFI bankruptcy; review e-mail re AFI/Kendallville settlement; prepare settlement agreement in AFI/Kendallville; e-mail re same; e-mails and telephone conferences re AFI/Triple M default judgment and jurisdiction | OLN | 1.90 | 247.00 |
| 12/28/06 | Finalize and circulate Kendallville Iron settlement agreement; e-mail exchange with Elkem counsel re settlement agreement terms | MAW | .40 | 106.00 |
| 12/30/06 | Follow-up attention to Triple-M settlement proposal; work on recommended response to same based on claimed insolvency, financial disclosures in support of same | MAW | .40 | 106.00 |
| 12/31/06 | Review docket re status of settlement agreement approvals, review and attend to Ashland settlement order re corrective notice (0.2); follow-up review of proposed changes to Elkem settlement; e-mail Elkem counsel re same (0.2); review order re upcoming PTO dates, needs, review case detail for additional settlement discussions with defendant's counsel | MAW | 1.20 | 318.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | (0.2); additional assessment of response to Triple-M settlement offer based on alleged insolvency of Triple-M, financial detail in support of same (0.6) | | | |
| | Total Services...........................................................Hours | | 29.80 | 5,980.00 |

| Date | Disbursements | | Total |
|------|---------------|--|-------|
| 12/27/06 | Postage/Air/Express Delivery | | 203.97 |
| 12/27/06 | Postage/Air/Express Delivery | | 104.52 |
| Total For | Postage/Air/Express Delivery | | 308.49 |
| | COPYING COSTS | | 393.90 |
| | Total Disbursements.......................................................... $ | | 702.39 |
| | Total Services And Disbursements....................................$ | | 6,682.39 |

March 13, 2007
Invoice Number 1338569

0976966      Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through February 28, 2007 and not reflected on a prior bill:

0000001   AFI Preference

|  |  |
|---|---|
| Total Services............................$ | 5,356.00 |
| Total Disbursements.................$ | 1,302.84 |
| Total This Matter......................$ | 6,658.84 |

Total This Invoice...........................................................................$     6,658.84

As Of  February 28, 2007
Invoice Number  1338569

0976966    Rebecca Hoyt Fisher, Trustee
0000001    AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/02/07 | Prepare joint stipulation to dismiss adversary proceeding in AFI/Ashland matter and follow up re same | OLN | .90 | 121.50 |
| 01/03/07 | Telephone conference with court clerk re amending notice in AFI/Ashland; prepare amended notice of motion; file same with the court; supervise distribution of notice; update electronic file; e-mail litigation team re same; review ECF notice from court; review order granting motion to approve compromise in AFI/Fairmount matter; update summary | OLN | 1.30 | 175.50 |
| 01/04/07 | Review recent settlement approval order and follow up corrective notice filing | MAW | .10 | 29.50 |
| 01/08/07 | Office conference re AFI/Hickman settlement agreement; review e-mail re same; review summary | OLN | .30 | N/C |
| 01/08/07 | Follow-up Elkem counsel re status of settlement agreement; confer with Trustee re same; follow-up defense counsel re same | MAW | .30 | 88.50 |
| 01/09/07 | Telephone conference Triple M counsel re resolution of default issues; office conference re same | MAW | .30 | 88.50 |
| 01/09/07 | Compose contact information and collection procedures in letter form for M. Werling to send to opposing counsel in hopes of settling case | KBO | .40 | 72.00 |
| 01/10/07 | Consideration of and reply to R. Swanson inquiry re attorney/client privilege | JRB | .40 | 172.00 |
| 01/10/07 | Review and update summary information sheet; e-mail J. Wetzel re joint stipulation to dismiss | OLN | .70 | 94.50 |
| 01/10/07 | Attention to case e-mail re preference case dismissals | MAW | .10 | 29.50 |
| 01/12/07 | Review e-mails re filing an amended notice; research pacer for order granting motion for authority to compromise; e-mails re status of AFI/Elkem; update AFI summary information sheet; | OLN | .90 | 121.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | e-mail re same | | | |
| 01/16/07 | Review e-mail re signed settlement agreement in AFI/Kendallville; office conference re status of remaining preference matters; telephone conference re motions to approve compromise in AFI/Elkem and AFI/Kendallville; telephone conference re application for compensation | OLN | .50 | 67.50 |
| 01/16/07 | Telephone conference Cascade counsel re settlement; follow-up trustee re same | MAW | .20 | 59.00 |
| 01/17/07 | Prepare motion to approve compromise, notice of motion, and proposed order in AFI/Kendallville; prepare motion to approve compromise, notice of motion, and proposed order in AFI/Elkem; update preference summary sheet; prepare amended application for compensation, notice of amended application, and proposed order for same in AFI bankruptcy matter; prepare summary of invoices for exhibits in same | OLN | 4.00 | 540.00 |
| 01/18/07 | Continue preparation of amended application and notice; worked on distribution and status of filing various pleadings; e-mail re motion to approve compromise in AFI/Kendallville and AFI/Elkem and amended application; office conference re invoices and Elkem settlement agreement | OLN | 2.30 | 310.50 |
| 01/18/07 | Review and assess pending preference settlement approval motions, authorize same for filing | MAW | .10 | 29.50 |
| 01/19/07 | Follow up re renewed fee application, filing of pending settlement agreement approval motions | MAW | .10 | 29.50 |
| 01/19/07 | Follow up re AFI/Elkem and AFI/Kendallville; e-mail re same; prepare pleadings for filing with the court; file motion for authority to compromise, notice of motion, and proposed order in AFI/Elkem matter with the court; file motion for authority to compromise, notice of motion, and proposed order in AFI/Kendallville matter with the court; supervise distribution of notices of motions; update electronic file; e-mail litigation team re same | OLN | 2.60 | 351.00 |
| 01/22/07 | Update summary | OLN | .50 | 67.50 |
| 01/22/07 | Follow-up Cascade counsel re settlement issues | MAW | .10 | 29.50 |
| 01/24/07 | Telephone and office conferences re amended application | OLN | .20 | 27.00 |
| 01/25/07 | Review and revise amended application for compensation, notice of motion, and proposed order; prepare same for filing with court; supervise distribution of notice; file amended application, notice, and proposed order with the court; update electronic file; e-mail litigation team re same; office | OLN | 3.20 | 432.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | conference re correspondence from J. Wetzel re AFI/Fairmount settlement; prepare correspondence to Trustee enclosing settlement check in AFI/Fairmount; e-mail J. Wetzel re stipulation to dismiss adversary proceeding; revise joint stipulation; e-mail re same; file same with Court; update electronic file; e-mail litigation team re same | | | |
| 01/26/07 | Follow up re AFI/Hickman matter; telephone conference with Judge Grant's clerk re order granting motion to approve compromise in AFI/Hickman; review e-mail re AFI/Fairmount settlement; review and forward ECF notice from the court; update summary re same | OLN | .70 | 94.50 |
| 01/30/07 | Follow-up Cascade counsel re settlement issues | MAW | .10 | 29.50 |
| 01/31/07 | Review ECF notice from court closing AFI/Fairmount matter; update summary re same; review e-mail re AFI/Ashland re order granting motion for authority to compromise and receipt of settlement monies; research re same; telephone conference with accounting re settlement monies; e-mail re status of order and settlement monies; review order granting motion for authority to compromise in AFI/Hickman; prepare joint stipulation to dismiss adversary proceeding in AFI/Hickman matter; office conference re settlement monies; e-mail D. Lutz and R. Gold re stipulation and settlement monies; review e-mail from D. Lutz re same; update summary re same | OLN | 1.90 | 256.50 |
| 01/31/07 | Review and assess recent preference case filings, e-mail correspondence re same | MAW | .10 | 29.50 |
| 02/01/07 | Telephone conference with D. Lutz office re delivery of settlement monies; review and forward ECF notice from court | OLN | .20 | 27.00 |
| 02/01/07 | Re Cascade, follow-up re possible payable terms for settlement | MAW | .20 | 59.00 |
| 02/02/07 | Review correspondence from D. Lutz re settlement check; prepare correspondence to Trustee enclosing settlement check in AFI/Hickman matter; file joint stipulation to dismiss adversary proceeding in AFI/Hickman matter; update electronic file; e-mail litigation team re same; update summary | OLN | .70 | 94.50 |
| 02/05/07 | Follow-up Cascade counsel with Trustee response to proposed settlement terms | MAW | .10 | 29.50 |
| 02/06/07 | Work on resolution of preference claim settlement | MAW | .20 | 59.00 |
| 02/07/07 | Follow-up attention to Cascade settlement | MAW | .10 | 29.50 |
| 02/08/07 | Review and forward ECF notice from court; review order granting motion for authority to compromise with Ashland; | OLN | 3.40 | 459.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | update summary re same; telephone conferences re joint stipulation to dismiss and settlement monies; e-mail S. Cupps re same; review e-mail re AFI/Cascade settlement; update summary; prepare settlement agreement; e-mail re same; prepare notice of settlement in AFI/Cascade; review and respond to e-mail from S. Cupps approving stipulation; telephone conference with Trustee's office re settlement monies in AFI/Ashland matter; file notice of settlement in AFI/Cascade matter with the court; update electronic file and calendar; e-mail litigation team re same; file joint stipulation to dismiss adversary proceeding in AFI/Ashland matter; update electronic file; e-mail litigation team re same; office conference re distribution of pleadings | | | |
| 02/08/07 | Follow-up re Cascade settlement | MAW | .10 | 29.50 |
| 02/09/07 | Review ECF notices from court; review notice dismissing AFI/Hickman matter; update summary re same | OLN | .20 | 27.00 |
| 02/12/07 | Review ECF notices from court; review orders granting motions for authority to compromise in AFI/Elkem and AFI/Kendallville matters; update summary re same; prepare joint stipulations to dismiss adversary proceedings in AFI/Elkem and AFI/Kendallville matters; telephone conference with Barnes & Thornburg and R. Gellert re order approving compromise, joint stipulation to dismiss, and settlement monies in AFI/Elkem matter; e-mails with R. Gellert re same; e-mail M. Seifert and C. Heiny re order approving compromise, joint stipulation to dismiss, and settlement monies in AFI/Kendallville | OLN | 1.90 | 256.50 |
| 02/13/07 | Follow up re terms of Cascade settlement agreement | MAW | .10 | 29.50 |
| 02/13/07 | Prepare notebook updates for team meeting; office conference re status of all AFI preference matters | OLN | .30 | N/C |
| 02/14/07 | Attention to case correspondence with defendants' counsel re settlement payments, case dismissals | MAW | .20 | 59.00 |
| 02/15/07 | Review and respond to e-mails from M. Seifert re settlement payment in AFI/Kendallville; update summary re same | OLN | .20 | 27.00 |
| 02/19/07 | Prepare correspondence to Trustee enclosing settlement check in AFI/Kendallville; file joint stipulation to dismiss adversary proceeding in AFI/Kendallville; update electronic file and summary; e-mail litigation team re same; telephone conference re AFI/Cascade; review e-mail re settlement agreement; update summary re same | OLN | .80 | 108.00 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 02/19/07 | Work on Triple M settlement assessment, e-mail counsel re same (0.2); attention to recent dismissal pleadings in preference case dockets (0.1); finalize and deliver Cascade settlement agreement (0.2) | MAW | .50 | 147.50 |
| 02/20/07 | Review status of preference matters; research docket re AFI/Ashland; prepare motion for authority to compromise, notice of motion and proposed order for same in AFI/Cascade; prepare joint motion to dismiss adversary proceeding in AFI/Cascade; update summary re same | OLN | 1.00 | 135.00 |
| 02/22/07 | Review ECF notice from court closing AFI/Hickman matter and deadline to file motion for authority to compromise in AFI/Cascade matter | OLN | .20 | 27.00 |
| 02/23/07 | Follow up re receipt of Elkem settlement funds; prepare correspondence to Trustee enclosing same; update summary re same; file joint stipulation to dismiss with the court; update electronic file; e-mail litigation team re same | OLN | .70 | 94.50 |
| 02/23/07 | Attention to status of pending settlements, approval and collection re same | MAW | .10 | 29.50 |
| 02/26/07 | Work further on assessment of pro supp options in pursuit of Triple M default judgment recovery | MAW | .50 | 147.50 |
| 02/26/07 | Review e-mail re AFI/Kendallville notice of dismissal; research pacer re docket reports on AFI/Hickman, AFI/Kendallville, and AFI/Ashland; telephone conference with Judge Grant's chambers re stipulation of dismissal in AFI/Ashland; telephone conference with clerk's office re same; update summary re same | OLN | .50 | 67.50 |
| 02/27/07 | Review ECF notice from court closing AFI/Kendallville matter; office conference re same | OLN | .30 | N/C |
| 02/28/07 | Review ECF notices from court; review notices dismissing adversary proceedings in AFI/Ashland and AFI/Elkem; update summary re same; e-mails and telephone conference re same; review ECF notices from court closing AFI/Ashland and AFI/Elkem matters; update summary re same | OLN | .50 | 67.50 |

Total Services...........................................................................Hours   35.30   5,356.00

| Date | Disbursements | | Total |
|------|---------------|---|-------|
| 12/29/06 | Computerized Research   PACER | | 3.84 |
| 12/29/06 | Computerized Research   PACER | | 0.56 |

## BAKER & DANIELS

| Date | Disbursements | Total |
|------|---------------|-------|
| 12/29/06 | Computerized Research   PACER | 21.20 |
| Total For | Computerized Research - Other | 25.60 |
| | | |
| 01/29/07 | Postage/Air/Express Delivery | 201.36 |
| 01/30/07 | Postage/Air/Express Delivery | 162.98 |
| Total For | Postage/Air/Express Delivery | 364.34 |
| | | |
| | COPYING COSTS | 912.90 |

Total Disbursements............................................................................ $   1,302.84

Total Services And Disbursements................................................$   6,658.84

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

April 10, 2007
Invoice Number 1343660

0976966       Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
March 31, 2007 and not reflected on a prior bill:

0000001   AFI Preference

Total Services...........................$          919.50
Total Disbursements.................$           47.20

Total This Matter......................$          966.70

Total This Invoice..........................................................................$          966.70

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  March 31, 2007
Invoice Number  1343660

0976966     Rebecca Hoyt Fisher, Trustee
0000001     AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 03/05/07 | Follow-up e-mail with Triple M counsel (0.1); review e-mail from Cascade re changes to settlement agreement (0.1) | MAW | .20 | 59.00 |
| 03/09/07 | E-mail exchange with Cascade counsel re inquiry concerning settlement terms | MAW | .10 | 29.50 |
| 03/16/07 | Follow-up with Cascade, Triple M counsel re open case issues | MAW | .20 | 59.00 |
| 03/19/07 | Research proceedings supplemental in order to collect judgment from Triple M | KBO | .30 | 54.00 |
| 03/19/07 | Assess open steps re Triple M default recovery | MAW | .20 | 59.00 |
| 03/19/07 | Review interrogatories to Triple M re collection of judgment | KBO | .30 | 54.00 |
| 03/22/07 | Follow-up with Cascade counsel re execution of settlement agreement | MAW | .10 | 29.50 |
| 03/26/07 | Correspond with Cascade counsel re delivery of settlement agreement to comply with court deadline; review docket, order to ensure compliance with same re anticipated filing of motion to approve settlement agreement | MAW | .20 | 59.00 |
| 03/26/07 | Confer with J. Burns re recovery of default judgment through proceedings supplemental | KBO | .10 | N/C |
| 03/27/07 | Review case summary; research pacer dockets; e-mails re AFI/Cascade settlement agreement; update summary re same | OLN | .60 | N/C |
| 03/28/07 | Re Cascade, consider court filing extension needs based on anticipated delay in receipt of settlement agreement from plaintiff's counsel | MAW | .10 | 29.50 |
| 03/29/07 | Review e-mails re settlement agreement and preparation of notice to the court re filing of motion for authority to compromise in AFT/Cascade (.2); prepare and file notice re same (.4); update electronic file (.1); e-mail litigation team re same (.1); update case summary (.2) | OLN | 1.00 | 135.00 |

## BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 03/29/07 | Update Cascade counsel on court filing needs based on delay in receipt of executed settlement agreement from Cascade (0.1); instruct paralegal on notice to court to be filed re status of same, revise and finalize same for filing (0.1); evaluate status of collection effort in pursuit of Triple M default judgment (0.2) | MAW | .40 | 118.00 |
| 03/30/07 | Edit verified motion for proceedings supplemental; edit accompanying interrogatories and prepare for filing | KBO | 1.00 | 180.00 |
| 03/30/07 | Office conference with K. Osting re procedural options | KTM | .30 | N/C |
| 03/30/07 | Confer with K. Moses re proper collection procedures and proceedings supplemental | KBO | .10 | 18.00 |
| 03/30/07 | Draft proposed order for proceedings supplemental | KBO | .20 | 36.00 |
| | Total Services..........................................................Hours | | 5.40 | 919.50 |

| Date | Disbursements | Total |
|---|---|---|
| 01/31/07 | Computerized Research   PACER | 0.00 |
| 01/31/07 | Computerized Research   PACER | 7.52 |
| 01/31/07 | Computerized Research   PACER | 28.64 |
| | Total For  Computerized Research - Other | 36.16 |
| 01/16/07 | Caller: Werling :  216 831-5100 | 1.05 |
| 02/21/07 | Caller: Werling :  574 257-2711 | 0.99 |
| | Total For  Long Distance Telephone | 2.04 |
| | COPYING COSTS | 9.00 |
| | Total Disbursements..............................................$ | 47.20 |
| | Total Services And Disbursements..........................$ | 966.70 |

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

January 23, 2007
Invoice Number 1330503

0976966        Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through December 31, 2006 and not reflected on a prior bill:

0000002   General Services

Total Services...........................$        1,511.00
Total Disbursements.................$             0.00

Total This Matter......................$        1,511.00

Total This Invoice..........................................................................$        1,511.00

**BAKER & DANIELS LLP**
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  December 31, 2006
Invoice Number  1330503

0976966    Rebecca Hoyt Fisher, Trustee
0000002    General Services

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 12/04/06 | Telephone conference D. Powers re open pension issues | MAW | .20 | 53.00 |
| 12/06/06 | Telephone conference trustee re pension-related issues raised by AF Europe | MAW | .50 | 132.50 |
| 12/08/06 | Telephone conference Trustee re pension plan related issues | MAW | .10 | 26.50 |
| 12/12/06 | Telephone conference D. Powers re AF Europe pension issues; work on edits to related motion to address issues raised re same | MAW | .80 | 212.00 |
| 12/14/06 | Attention to new AF Europe proposal, e-mail Trustee re same | MAW | .30 | 79.50 |
| 12/20/06 | Confer with D. Powers re pension plan issues | MAW | .20 | 53.00 |
| 12/26/06 | Follow-up re pension issues | JRB | .20 | 80.00 |
| 12/26/06 | Telephone conference J. Brandt re pension related inquiries, QDOT related payments re same; review related correspondence re same (0.2); telephone conference D. Powers re related AF Europe pension issues (0.2); review and assess letter proposed re same (0.2) | MAW | .60 | 159.00 |
| 12/27/06 | Follow-up attention to proposed pension letter from AF Europe's counsel; follow-up Trustee, AF Europe's counsel re same | MAW | .20 | 53.00 |
| 12/28/06 | Work extensively on resolution of pension letter proposal; telephone conferences Trustee, AF Europe re same; work on Trustee request re written risk assessment re same | MAW | 1.10 | 291.50 |
| 12/29/06 | Multiple follow-up exchanges with Trustee, AF Europe re year-end resolution of pension plan co-sponsorship issues; review, edit, and deliver memorandum and summary analysis to Trustee re same | MAW | 1.30 | 344.50 |
| 12/31/06 | Review and forward pension beneficiary inquiry to AF Europe's counsel (0.1) | MAW | .10 | 26.50 |

BAKER & DANIELS

Total Services...........................................................................Hours        5.60      1,511.00

Total Services And Disbursements....................................................................$                    1,511.00

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

March 13, 2007
Invoice Number 1338562

0976966      Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through February 28, 2007 and not reflected on a prior bill:

0000002   General Services

Total Services...........................$      1,305.00
Total Disbursements.................$          0.00

Total This Matter......................$      1,305.00

Total This Invoice...........................................................$      1,305.00

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of February 28, 2007
Invoice Number 1338562

0976966    Rebecca Hoyt Fisher, Trustee
0000002    General Services

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN 46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 01/12/07 | Telephone conference counsel for Union re D & O coverage; telephone conference D. Maude re same; follow-up e-mail exchange with Union counsel re same | MAW | .40 | 118.00 |
| 01/19/07 | Review Tax Warrant and respond to Sheriff Dennis after brief research re same | JRB | .90 | 387.00 |
| 01/22/07 | Follow-up e-mail exchange with union counsel re D&O coverage inquiries, possible Trustee claims arising from same | MAW | .20 | 59.00 |
| 02/02/07 | Telephone call with Mr. Wheeler re claim inquiry and follow-up re same | JRB | .40 | 172.00 |
| 02/19/07 | Attention to D. Hunter inquiry re tax return related issues | MAW | .10 | 29.50 |
| 02/21/07 | Telephone call with D. Hunter re request for access to tax records from Trustee and Trustee's cooperation in preparing corporation returns (.3); telephone call with R. Warner of Ernst & Young re same (.2) | JRB | .50 | 215.00 |
| 02/21/07 | Telephone conference D. Hunter re tax issues for Auburn Foundry, attention to same, implications for trustee re same | MAW | .30 | 88.50 |
| 02/22/07 | Participate in two telephone conferences with Ernst & Young accountants re tax return issues arising with respect to Auburn Foundry, Inc. | MAW | .80 | 236.00 |

Total Services................................................................ Hours    3.60    1,305.00

Total Services And Disbursements.........................................................$    1,305.00

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

April 10, 2007
Invoice Number 1343661

0976966      Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through March 31, 2007 and not reflected on a prior bill:

0000002   General Services

| | |
|---|---|
| Total Services...........................$ | 206.50 |
| Total Disbursements.................$ | 2.96 |
| Total This Matter......................$ | 209.46 |

Total This Invoice...........................................................................$      209.46

A late fee of 1% per month will be charged on amounts not paid within 30 days from the first day of the month following the date of the invoice.

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  March 31, 2007
Invoice Number  1343661

0976966       Rebecca Hoyt Fisher, Trustee
0000002       General Services

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 03/19/07 | Attention to correspondence from pension plan beneficiary | MAW | .20 | 59.00 |
| 03/20/07 | Work on response to inquiry letter from Plan participant | MAW | .10 | 29.50 |
| 03/29/07 | Send AFI pension inquiry to D. Hunter and reply to participant's counsel re same | MAW | .20 | 59.00 |
| 03/30/07 | Evaluate, approve next steps re proceeding supplemental interrogatories in pursuit of Triple M default judgment collection | MAW | .20 | 59.00 |
| | Total Services................................................................ Hours | | 0.70 | 206.50 |

| Date | Disbursements | | | Total |
|------|---------------|--|--|-------|
| 01/12/07 | Caller: Werling :  260 908-3930 | | | 2.96 |
| | Total For  Long Distance Telephone | | | 2.96 |

Total Disbursements................................................................. $          2.96

Total Services And Disbursements.............................................$          209.46