**AUBURN FOUNDRY, Inc.**
**Preference Matters Charge Allocation**
**c/m #976966.1**

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
|  |  |  |
| TOTAL SERVICES | 70.5 | $12,255.50 |
| TOTAL DISBURSEMENTS |  | $2,052.43 |
|  |  |  |
| TOTAL NOW PAYABLE |  | $14,307.93 |
|  |  |  |

**AUBURN FOUNDRY, Inc.**
**Pension Plan Charge Allocation**
**c/m #976966.2**

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
|  |  |  |
| TOTAL SERVICES | 9.9 | $3,022.50 |
| TOTAL DISBURSEMENTS |  | $2.96 |
|  |  |  |
| TOTAL NOW PAYABLE |  | $3,025.46 |
|  |  |  |

**EXHIBIT C**

## AUBURN FOUNDRY, Inc.
### January 23, 2007 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | .5 | .5 | $200.00 |
| Werling, M.A. | Associate | $265.00 | 14.6 | 14.6 | $3,869.00 |
| Nansen, O.L. | Paralegal | $130.00 | 14.7 | 14.7 | $1,911.00 |
| | | TOTAL | 29.8 | 29.8 | $5,980.00 |

## AUBURN FOUNDRY, Inc.
### March 13, 2007 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $430.00 | .4 | .4 | $172.00 |
| Werling, M.A. | Associate | $295.00 | 3.6 | 3.6 | $442.50 |
| Osting, K.B. | Associate | $180.00 | .4 | .4 | $342.00 |
| Nansen, O.L. | Paralegal | $135.00 | 30.9 | 30.0 | $4,050.00 |
| | | TOTAL | 35.3 | 34.4 | $5,356.00 |

## AUBURN FOUNDRY, Inc.
### April 10, 2007 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Moses, K.T. | Counsel | N/A | .3 | 0 | $0.00 |
| Werling, M.A. | Associate | $295.00 | 1.5 | 1.5 | $442.50 |
| Osting, K.B. | Associate | $180.00 | 2.0 | 1.9 | $342.00 |
| Nansen, O.L. | Paralegal | $135.00 | 1.6 | 1.0 | $135.00 |
| | | TOTAL | 5.4 | 4.4 | $919.50 |

BDDB01 4743878v2

## AUBURN FOUNDRY, Inc.
### January 23, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $400.00 | .2 | .2 | $80.00 |
| Werling, M.A. | Associate | $265.00 | 5.4 | 5.4 | $1,431.00 |
| | TOTAL | | 5.6 | 5.6 | $1,511.00 |

## AUBURN FOUNDRY, Inc.
### March 13, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $430.00 | 1.8 | 1.8 | $774.00 |
| Werling, M.A. | Associate | $295.00 | 1.8 | 1.8 | $531.00 |
| | TOTAL | | 3.6 | 3.6 | $1,305.00 |

## AUBURN FOUNDRY, Inc.
### April 10, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Werling, M.A. | Associate | $295.00 | .7 | .7 | $206.50 |
| | TOTAL | | .7 | .7 | $206.50 |

TOTAL PREFERENCE HOURS:       70.5

TOTAL PENSION PLAN HOURS:     9.9

ACTUAL BILLED HOURS:          78.5

TOTAL FEES:                   $15,278.00

BDDB01 4743878v2