# AUBURN FOUNDRY, Inc.
# Counsel List

| NAME | TITLE | HOURLY RATE (through 12/31/06) |
|---|---|---|
| Burns, J.R. | Partner | $400.00 |
| Werling, M.A. | Associate | $265.00 |
| Osting, K.B. | Associate | $165.00 |
| Nansen, O.L. | Paralegal | $130.00 |
|  |  |  |

| NAME | TITLE | HOURLY RATE (beginning 1/01/07) |
|---|---|---|
| Burns, J.R. | Partner | $430.00 |
| Werling, M.A. | Associate | $295.00 |
| Osting, K.B. | Associate | $180.00 |
| Nansen, O.L. | Paralegal | $135.00 |
|  |  |  |

**EXHIBIT D**