# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) **Chapter 7 Bankruptcy** |
| Debtor. | ) |

### JOINT MOTION FOR DISTRIBUTION

Rebecca Hoyt Fischer, not in her individual capacity but solely in her capacity as Chapter 7 Trustee (the "Trustee") of Auburn Foundry, Inc. (The "Debtor") and SummitBridge National Investments, LLC ("Summit" and collectively with the Trustee, the "Parties"), by and through their respective undersigned counsel, respectfully request that this Court enter an order authorizing and directing the distribution of the unused proceeds of Debtor's self funded workers compensation fund (the "Fund") from the Trustee to Summit. In support of this joint motion (the "Motion") the Parties state as follows:

1. On February 8, 2004, Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On May 12, 2004, the Court entered a Final Order Approving Joint Motion Pursuant to Rule 4001 (c) to Approve Agreement Concerning Senior DIP Financing (the "Final DIP Order"). On April 15, 2005 Summit purchased the debt of Bank of America and GMAC, the Debtor's senior prepetition and senior DIP lenders, and assumed all rights and obligations under the applicable loan agreements, including the Final Cash Collateral Order and Final DIP Order and any subsequent amendments thereto.

2. On October 11, 2005, the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code. The Trustee was appointed in the Debtor's Chapter 7 case on October 13, 2005.

3. Pursuant to Section 9 of the Final DIP Order, Summit has a valid and perfected first lien "on all present and after-acquired intangible, personal and real property of the Debtor of any

nature whatsoever."

4.      On July 16, 2007, the Trustee received a check for unused funds from the Debtor's self funded workers compensation fund in the amount of $250,671.68.  All workers compensation claims against the Debtor have been resolved and paid in full.  The Trustee anticipates receiving an additional check for accrued interest on the Fund.

5.      Pursuant to the Final DIP Order, Summit is entitled to full distribution of the Fund, but has agreed that the bankruptcy estate may retain $15,000.00 of the funds..

6.      The Parties agree that the Fund should be distributed to Summit, and out of an overabundance of caution, the Parties have filed the Motion requesting the Court enter an Order authorizing the distribution of the Fund to Summit, including the distribution of any sums received in connection with the Fund.

WHEREFORE, the Parties respectfully request that the Court enter an Order (1) authorizing and directing the Trustee to distribute the proceeds of the Fund to Summit, minus $15,000 to be retained by the bankruptcy estate and (2) authorizing and directing the Trustee to distribute to Summit any future sums received in connection with the Fund.

Dated: August 6, 2007

| /s/ Michael M. Edelman | /s/ Rebecca H. Fischer |
|---|---|
| Michael M. Edelman | Rebecca Hoyt Fischer |
| Vedder Price | LADERER & FISCHER, P.C.    #10537-72 |
| 222 N. LaSalle Street, Suite 2600 | 112 West Jefferson Blvd., Ste. 310 |
| Chicago, IL 60601-1003 | South Bend, IN 46601 |
| Telephone: (312) 609-7636 | Telephone: (574) 284-2354 |
| Facsimile: (312) 609-5005 | Facsimile: (574) 284-2356 |
| meidelman@vedderprice.com | rebecca@ladfislaw.com |
| Attorney for SummitBridge National Investements, LLC | Chapter 7 Trustee, Auburn Foundry, Inc. |

## CERTIFICATE OF SERVICE

  I hereby certify that on August 6, 2007, a true and correct copy of the above and foregoing Joint Motion for Distribution was served via U.S. Mail, postage prepaid or by electronic transmission upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |
| Michael M. Eidelman<br>meidelman@vedderprice.com | |

              /s/ Rebecca H. Fischer
              Rebecca Hoyt Fischer

Z:\AUBURN\Joint Motion for Distribution.wpd