UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC., )
) Chapter 7 Bankruptcy
Debtor.

## ORDER

This matter having come before the Court on the Joint Motion for Distribution and Agreed Order and (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that, effective immediately:

1. The Motion is granted;

2. The Trustee is authorized and directed to distribute the proceeds of the Fund to Summit,[1] minus $15,000.00 to be retained by the bankruptcy estate.

3. The Trustee is authorized and directed to distribute any future sums received in connection with the Fund to Summit.

Entered:_____

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court

---

[1] Capitalized terms not otherwise defined herein shall have the definition set forth in the Motion.