UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| ) | |
| Auburn Foundry, Inc. ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor(s). ) | |
| ) | |

## ORDER APPROVING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION
## OF LADERER & FISCHER, P.C. AS ATTORNEY FOR TRUSTEE

At Fort Wayne, Indiana on    August 7, 2007.                        .

This matter came before the Court on the Application of Laderer & Fischer, P.C. for Allowance of Interim Compensation as Attorney for the Trustee and notice, if required, having been given to all parties in interest and no objection having been filed and the Court being duly advised in the premises does now grant said Application.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay Laderer & Fischer P.C.'s attorney fees in the amount of $26,487.50 subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses, for services rendered through July 2, 2007.

**SO ORDERED.**


     /s/ Robert E. Grant
Honorable Robert E. Grant, United States Bankruptcy Court