**RECEIVED**

AUG 0 8 2007

CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

Rebecca H. Fischer
**Chapter 7 Bankruptcy Trustee**
**112 W. Jefferson Blvd., Suite 310**
**South Bend, IN 46601-1909**



```
107     00.41⁰  PB8516855
6833 $          JUL  10  07
7202    SOUTH BEND, IN       46601
```

KUSTOM MACHINING INC.
P.O. BOX 39
LEO, IN 46765

KUST039    467652019 1207 18 07/16/07
NOTIFY SENDER OF NEW ADDRESS
:KUSTOM MACHINING INC
PO BOX 9
HUNTERTOWN IN 46748-0009

any Questions or problems call JimTrowbridge (260) 341-1952

46765$0039 B00...