## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | ) | Judge Robert E. Grant |

## **ORDER**

At Fort Wayne, Indiana, on _____.

This matter is before the Court upon the Trustee's Motion for Authority to Compromise (the "Motion") with TRIPLE M MANUFACTURING ("TRIPLE M"), and it appearing to the Court that the Motion is made for good cause, and the Court being duly and sufficiently advised, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the Settlement and Release Agreement (the "Agreement") executed between the Trustee and TRIPLE M is hereby approved.

IT IS FURTHER ORDERED that TRIPLE M shall pay to the Trustee the sum of $10,000.00 upon ten days after entry of this order approving the Agreement as consideration for the full and complete releases contained in the Agreement, and that the Trustee shall release the judgment against TRIPLE M.

SO ORDERED.

_____
Judge, United States Bankruptcy Court