UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC., )
) Chapter 7 Bankruptcy
Debtor.

## ORDER

This matter having come before the Court on the Joint Motion for Distribution and Agreed Order and (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that, effective immediately:

1. The Motion is granted;

2. The Trustee is authorized and directed to distribute the proceeds of the Fund to Summit,[1] minus $15,000.00 to be retained by the bankruptcy estate.

3. The Trustee is authorized and directed to distribute any future sums received in connection with the Fund to Summit.

Entered: September 6, 2007.

       /s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court

---

[1] Capitalized terms not otherwise defined herein shall have the definition set forth in the Motion.


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure             Page 1 of 1              Date Rcvd: Sep 06, 2007
Case: 04-10427                Form ID: pdf004           Total Served: 1
```

```
The following entities were served by first class mail on Sep 08, 2007.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2007**                    Signature:    *Joseph Speetjens*