## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC. | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

### SUPPLEMENTAL APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES

Comes now Kruggel, Lawton & Company, LLC, ("Kruggel") and makes a supplemental application for fees as Accountant for the Trustee and in support of said application alleges and says:

1. On January 10, 2006, Kruggel was employed and appointed under a general retainer as accountant for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2. All services for which compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person.

3. Kruggel prepared tax returns and required forms in connection with this estate for the tax years 2004, 2005 and 2006 and advised the Trustee in all matters relating to these documents in her capacity as Trustee. The professional services rendered by Kruggel are more specifically detailed on Exhibit "A" attached hereto and made a part hereof.

4. Kruggel has received a previous allowance of $3,857.25 per court order dated February 23, 2007 as accountant for the Trustee.

5. No agreement exists between Kruggel and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

6. The reasonable value of the services rendered by Kruggel for the preparation of tax returns and required documents and forms, as accountant for said Trustee in this proceeding is $12,515.00 as set forth in Exhibit "A" hereto.

WHEREFORE, Applicant prays that an allowance be made to Kruggel in the total sum of $12,515.00 as supplemental compensation for professional services rendered in this proceeding, or such sum as the Court may allow.

Kruggel, Lawton & Company, LLC

By: _____

Its: Director

Z:\AUBURN\Accountant\Supplemental Fee Appl\application for Fees.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

John R. Burns
jacklyn.faulkner@bakerd.com
Skrhoads@bakerd.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Mark A. Werling
deb.mcmeen@bakerd.com

Henry A. Efroymson
Henry.efroymson@icemiller.com

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Citizens Gas & Coke Utility
Michael McGauhey
2950 Propect Street
Indianapolis, IN 46203

DISA Industrie, Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

Fairmount Minerals
Michelle Pezanoski
P.O. Box 177
Wedron, IL 60557

Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

# Kruggel, Lawton & Company, LLC
### Certified Public Accountants
53633 County Road 7
Elkhart, IN 46514
(574) 264-2247


Auburn Foundry, Inc.
Rebecca Hoyt Fischer, Trustee
112 W. Jefferson Blvd.
Suite 310
South Bend, IN 46601-1909


Invoice No.  38524
Date         09/30/2007
Client No.   ELK06070

---

For services rendered through 09/30/2007

| DATE | SERVICE | STAFF | HOURS | RATE |
|---|---|---|---|---|
| 12/11/2006 | Meetings & Consultation w/U.S. Trustee Fischer | FrizzoJ | 0.75 | $160.00 |
| 12/12/2006 | Meetings & Consultation pull all info together | FrizzoJ | 0.75 | $160.00 |
| 12/13/2006 | Meetings & Consultation w/us trustee re: fees | FrizzoJ | 0.50 | $160.00 |
| 12/28/2006 | 1120S Conference w/Elizabeth re: reviewed info required filings and memo to Trustee | FrizzoJ | 1.00 | $160.00 |
| 12/28/2006 | 1120S Preparation Auburn Foundry- Sorted through bankruptcy information, discussions with John, email to Becky with notes and questions | Stull | 1.00 | $60.00 |
| 02/02/2007 | 1120S Preparation Sorting through the information we have, following-up on past emails to the trustee for information | Stull | 0.50 | $60.00 |



EXHIBIT  A

*Kruggel, Lawton & Company, LLC*
*Auburn Foundry, Inc.*
*Invoice No.   38524*                                                                                   *Page 2*

| DATE | SERVICE | STAFF | HOURS | RATE |
|---|---|---|---|---|
| 02/05/2007 | 1120S Preparation<br>Auburn 1120s 2003 prep, entering 2003 return in Prosystem for bankruptcy return<br>Harris | | 3.25 | $55.00 |
| 02/06/2007 | 1120S Preparation<br>Entered the shareholders information<br>Harris | | 1.00 | $55.00 |
| 04/04/2007 | 1120S Preparation<br>emails to/from Becky regarding fixed asset depreciation, email to Ernst & Young asking for information<br>Stull | | 1.00 | $60.00 |
| 04/24/2007 | 1120S Preparation<br>discussions with Ernst & Young regarding depreciation & pension plan paid through AF Europe<br>Stull | | 0.75 | $60.00 |
| 06/04/2007 | 1120S Preparation<br>reviewed information, accounting for 2004 tax return<br>Stull | | 1.75 | $60.00 |
| 06/06/2007 | 1120S Preparation<br>accounting for 2004 tax return<br>Stull | | 6.00 | $60.00 |
| 06/07/2007 | 1120S Preparation<br>accounting for tax return<br>Stull | | 2.25 | $60.00 |
| 06/19/2007 | 1120S Preparation<br>accounting & fixed asset set-up<br>Stull | | 7.00 | $60.00 |
| 06/19/2007 | Meetings & Consultation<br>w/"E" re: all the problems and prior accountant request; set up mtg with trustee<br>FrizzoJ | | 1.25 | $160.00 |
| 06/28/2007 | Meetings & Consultation<br>w/U.S. trustee re: outside contribution.<br>FrizzoJ | | 0.75 | $160.00 |
| 07/12/2007 | 1120S Preparation<br>reading through pension information from Becky<br>Stull | | 1.00 | $60.00 |

*Kruggel, Lawton & Company, LLC*
*Auburn Foundry, Inc.*
*Invoice No.   38524*                                                                                          *Page 3*

| DATE | SERVICE | STAFF | HOURS | RATE |
|---|---|---|---|---|
| 08/02/2007 | 1120S Preparation<br>set-up fixed assets, tax work papers<br>Stull | | 8.00 | $65.00 |
| 08/03/2007 | 1120S Preparation<br>scanned all data onto I drive, prepped tax lines and tax AJEs<br>Stull | | 5.75 | $65.00 |
| 08/06/2007 | 1120S Preparation<br>prepared return (shareholder issues)<br>Stull | | 8.00 | $65.00 |
| 08/07/2007 | 1120S Preparation<br>preparing state and local returns<br>Stull | | 5.50 | $65.00 |
| 08/08/2007 | 1120S Preparation<br>tax prep<br>Stull | | 2.50 | $65.00 |
| 08/13/2007 | 1120S Preparation<br>accounting for 2005 return<br>Stull | | 4.50 | $65.00 |
| 08/14/2007 | 1120S Preparation<br>accounting for 2005 tax return<br>Stull | | 7.00 | $65.00 |
| 08/15/2007 | 1120S Preparation<br>2005 accounting<br>Stull | | 1.25 | $65.00 |
| 08/16/2007 | 1120S Preparation<br>2005 tax return<br>Stull | | 6.75 | $65.00 |
| 08/17/2007 | 1120S Preparation<br>2005 tax return<br>Stull | | 1.50 | $65.00 |
| 08/22/2007 | 1120S Preparation<br>2005 tax return prep<br>Stull | | 3.00 | $65.00 |
| 08/23/2007 | 1120S Preparation<br>2005 state tax returns<br>Stull | | 2.50 | $65.00 |

*Kruggel, Lawton & Company, LLC*
*Auburn Foundry, Inc.*
*Invoice No.   38524*                                                                                                    *Page 4*

| DATE | SERVICE | STAFF | HOURS | RATE |
|---|---|---|---|---|
| 08/24/2007 | 1120S Preparation<br>2005 tax returns | Stull | 3.75 | $65.00 |
| 08/27/2007 | 1120S Preparation<br>accounting for 2006 return | Stull | 2.00 | $65.00 |
| 08/30/2007 | 1120S Preparation<br>w/Eliz; then w/Ernst and Young acctant; email results to Jeff McG for review; all re-recordation of pension/paid in capital by sister corp. | FrizzoJ | 2.75 | $165.00 |
| 08/30/2007 | 1120S Preparation<br>2006 accounting | Stull | 7.00 | $65.00 |
| 08/30/2007 | Meetings & Consultation<br>questions on pension contribution/constructive dividend with AF-Europe | Varner | 0.50 | $200.00 |
| 08/31/2007 | 1120S Preparation<br>2006 tax return | Stull | 2.50 | $65.00 |
| 09/05/2007 | 1120S Conference<br>w/Elizabeth | FrizzoJ | 0.50 | $165.00 |
| 09/05/2007 | 1120S Preparation<br>changes to 2006 pension number, scanned E&Y detail | Stull | 1.25 | $65.00 |
| 09/06/2007 | 1120S Review | Hooley | 1.00 | $100.00 |
| 09/06/2007 | 1120S Review<br>with CLH w/questions | Varner | 0.25 | $200.00 |
| 09/07/2007 | 1120S Conference<br>constructive dividend and PIC contribution for related party minimum pension funding contribution; | McGowan | 0.50 | $200.00 |

*Kruggel, Lawton & Company, LLC*
*Auburn Foundry, Inc.*
*Invoice No.    38524*                                                                                           *Page 5*

| DATE | SERVICE | STAFF | HOURS | RATE |
|---|---|---|---|---|
| 09/07/2007 | 1120S Conference | FrizzoJ | 0.50 | $165.00 |
| 09/07/2007 | 1120S Conference w/McGowan | FrizzoJ | 0.50 | $165.00 |
| 09/10/2007 | 1120S Conference w/Elizabeth re: problems and pension entry | FrizzoJ | 1.50 | $165.00 |
| 09/10/2007 | 1120S Preparation went over questions with reviewer, scanning | Stull | 1.00 | $65.00 |
| 09/10/2007 | 1120S Review | Hooley | 4.00 | $100.00 |
| 09/11/2007 | 1120S Preparation clearing comments on three years of returns | Stull | 3.00 | $65.00 |
| 09/12/2007 | 1120S Preparation adding a composite return to 2004 | Stull | 1.00 | $65.00 |
| 09/12/2007 | 1120S Review 2004 | Hooley | 0.50 | $100.00 |
| 09/12/2007 | 1120S Review reviewed ERS's changes, researched the renaissance credit, | Hooley | 6.25 | $100.00 |
| 09/12/2007 | 1120S Review review 2004 | FrizzoJ | 4.00 | $165.00 |
| 09/13/2007 | 1120S Preparation cleared additional comments on return | Stull | 2.50 | $65.00 |
| 09/13/2007 | 1120S Review finishing the attachments to form 807, making copies and getting it ready for John. | Hooley | 2.00 | $100.00 |

*Kruggel, Lawton & Company, LLC*
*Auburn Foundry, Inc.*
*Invoice No.   38524*                                                                             *Page 6*

| DATE | SERVICE | STAFF | HOURS | RATE |
|------|---------|-------|-------|------|
| 09/13/2007 | 1120S Review<br>rev 2005<br>    FrizzoJ | | 3.25 | $165.00 |
| 09/13/2007 | 1120S Conference<br>Ernst andEernst - Randy Warner - dissimilar ownership - brother payment of foundry's pension amount.<br>    FrizzoJ | | 0.75 | $165.00 |
| 09/14/2007 | 1120S Preparation<br>proofing three years of returns<br>    Stull | | 0.75 | $65.00 |
| 09/14/2007 | 1120S Review<br>rev 2006; deliver to trustee; w/"E" re-request for quick IRS review<br>    FrizzoJ | | 3.75 | $165.00 |
| 09/14/2007 | 1120S Processing<br>1120S 2004, 2005, 2006<br>    Leda | | 2.50 | $47.00 |
| 09/17/2007 | 1120S Conference<br>w/Elizabeth re: quick audit letter.<br>    FrizzoJ | | 0.25 | $165.00 |
| 09/17/2007 | 1120S Preparation<br>letter to request prompt determination<br>    Stull | | 2.25 | $65.00 |
| 09/17/2007 | Meetings & Consultation<br>w/Ernst CPA Randy Warner re: correct contribution to capital allocation; phone re: same.<br>    FrizzoJ | | 0.75 | $165.00 |

|  |  |
|---|---|
| CURRENT INVOICE | $   12,515.00 |
| PRIOR BALANCE | 0.00 |
| GRAND TOTAL | $   12,515.00 |

*Payment due upon receipt.*
*Interest will be charged on outstanding balances over 30 days*
*at the rate of 1% per month, or 12% per annum. Partial Payments are accepted.*
*Please include the client number on your remittance. Thank you*

*Auburn Foundry, Inc.*
*Rebecca Hoyt Fischer, Trustee*
*Invoice No. 30980*

## RECAPITULATION

| | | | | | |
|---|---|---|---|---|---|
| Frizzo  | 5.00 hours  | at | $160.00 | Total | $   800.00 |
| Frizzo  | 18.50 hours | at | $165.00 | Total | $3,052.50  |
| Stull   | 21.25 hours | at | $60.00  | Total | $1,275.00  |
| Stull   | 83.25 hours | at | $65.00  | Total | $5,411.25  |
| Varner  | .75 hours   | at | $200.00 | Total | $150.00    |
| Hooley  | 13.75 hours | at | $100.00 | Total | $1,375.00  |
| McGowan | .50 hours   | at | $200.00 | Total | $100.00    |
| Leda    | 2.50 hours  | at | $47.00  | Total | $117.50    |
| Harris  | 4.25 hours  | at | $55.00  | Total | $233.75    |
|         |             |    |         | Total Fees | $12,515.00 |