**AUBURN FOUNDRY, Inc.**
**Preference Matters Charge Allocation**
**c/m #976966.1**

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
|  |  |  |
| TOTAL SERVICES | 29.6 | $5,227.50 |
| TOTAL DISBURSEMENTS |  | $599.94 |
|  |  |  |
| TOTAL NOW PAYABLE |  | $5,827.44 |
|  |  |  |

**AUBURN FOUNDRY, Inc.**
**Pension Plan Charge Allocation**
**c/m #976966.2**

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
|  |  |  |
| TOTAL SERVICES | 1.9 | $628.00 |
| TOTAL DISBURSEMENTS |  | $3.49 |
|  |  |  |
| TOTAL NOW PAYABLE |  | $631.49 |
|  |  |  |

**EXHIBIT C**

## AUBURN FOUNDRY, Inc.
## August 14, 2007 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $430.00 | .6 | .6 | $258.00 |
| Werling, M.A. | Associate | $295.00 | 4.5 | 4.5 | $1,327.50 |
| Osting, K.B. | Associate | $180.00 | 5.3 | 5.3 | $954.00 |
| Nansen, O.L. | Paralegal | $135.00 | 14.0 | 14.0 | $1,890.00 |
| | TOTAL | | 24.4 | 24.4 | $4,429.50 |

## AUBURN FOUNDRY, Inc.
## September 19, 2007 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Werling, M.A. | Associate | $295.00 | .6 | .6 | $177.00 |
| Nansen, O.L. | Paralegal | $135.00 | 4.6 | 4.6 | $621.00 |
| | TOTAL | | 5.2 | 5.2 | $798.00 |

## AUBURN FOUNDRY, Inc.
## August 14, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Werling, M.A. | Associate | $295.00 | 0.3 | 0.3 | $88.50 |
| | TOTAL | | 0.3 | 0.3 | $88.50 |

**EXHIBIT C - Continued**

## AUBURN FOUNDRY, Inc.
### September 19, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Werling, M.A. | Associate | $295.00 | .2 | .2 | $59.00 |
| TOTAL | | | .2 | .2 | $59.00 |

## AUBURN FOUNDRY, Inc.
### November 30, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|---|---|---|---|---|---|
| Burns, J.R. | Partner | $430.00 | .5 | .5 | $215.00 |
| Werling, M.A. | Associate | $295.00 | .9 | .9 | $265.50 |
| TOTAL | | | 1.4 | 1.4 | $480.50 |

TOTAL PREFERENCE HOURS:         29.6

TOTAL PENSION PLAN HOURS:       1.9

ACTUAL BILLED HOURS:            31.5

TOTAL FEES:                     $5,855.50

**EXHIBIT C - Continued**