UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankruptcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | ) | Judge Robert E. Grant |

### CERTIFICATE OF SERVICE

I certify that a copy of the attached Notice of Application and Opportunity to Object to Baker & Daniels' Final Application for Allowance and Payment of Attorneys' Fees, was served via electronic mail or via first-class United States mail, postage prepaid, this 5th day of December, 2007, on the creditors and parties in interest identified in the Court's Order limiting notice dated May 17, 2006, and listed on the sheets attached hereto.

BAKER & DANIELS LLP

By: */s/ Mark A. Werling*
John R Burns III (#3016-02)
Mark A. Werling (#20426-02)
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700

**UNITED STATE BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE AUBURN FOUNDRY, INC. | ) | Bankrutpcy Case No: 04-10427 |
| | ) | |
| Debtor | ) | Converted Chapter 7 |
| | ) | |
| | | Judge Robert E. Grant |

**NOTICE OF APPLICATION AND OPPORTUNITY TO OBJECT**

    On December 5, 2007, Baker & Daniels LLP filed their Final Application for Allowance and Payment of Attorneys' Fees requesting that the Court approve its attorneys' fees in the amount of $5,855.50, plus expenses in the amount of $1,108.33 ($603.43 incurred to date, plus $504.90 for serving this Application), for services rendered through November 30, 2007. A copy of the Application accompanies this notice.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

    If you do not want the Court to grant the Amended Application, then **within 20 days from the date of this Notice**, **December 25, 2007**, you or your attorney must:

    1.    File a written objection to the Amended Application, which should explain the reasons why you object, with the Clerk of United States Bankruptcy Court at:

> Office of the Clerk
> United States Bankruptcy Court
> 1300 S. Harrison Street
> Post Office Box 2547
> Fort Wayne, Indiana 46801-2547

    If you mail your response to the Court, you must mail it early enough so that it will be received by the date it is due.

    2.    You must also mail a copy of your objection to:

> John R Burns III
> Mark A. Werling
> Baker & Daniels LLP
> 111 E. Wayne Street, #800
> Fort Wayne, IN 46802

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the Application for hearing, which you or your attorney will be expected to attend.

Date:  December 5, 2007                    BAKER & DANIELS LLP

By:  */s/ Mark A. Werling*
John R Burns III (#3016-02)
Mark A. Werling (#20426-02)
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700

ATTORNEYS FOR THE PLAINTIFF,
REBECCA HOYT FISCHER, TRUSTEE