UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE AUBURN FOUNDRY, INC. )  Bankruptcy Case No: 04-10427
          )
  Debtor    )  Converted Chapter 7
          )
            Judge Robert E. Grant

## FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES OF BAKER & DANIELS, COUNSEL FOR TRUSTEE

The application of Baker & Daniels LLP ("B&D") by Mark A. Werling, counsel for Rebecca Hoyt Fischer ("Trustee"), Trustee of Auburn Foundry, Inc., Debtor ("AFI" or "Debtor"), for allowance and payment of professional fees and reimbursement of expenses respectfully represents:

Applicant makes this Final Application for Allowance and Payment of Attorneys Fees (hereinafter "Application") pursuant to §§ 327, 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedures, for professional services rendered and for reimbursement of expenses reasonably and necessarily incurred by Applicant firm in the representation of the Trustee.

On February 8, 2004, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division, Case. No. 04-10427 ("Bankruptcy Case").  On December 11, 2005, the Court entered an order granting the Debtor's motion to convert the bankruptcy case to Chapter 7.  Rebecca Hoyt Fischer was appointed Trustee of the bankruptcy case on October 13, 2005.  An Application for Approval of Employment of Attorneys, Baker & Daniels LLP As Special Counsel was filed on January 10, 2006, which application was granted

by this Court by an Order authorizing the employment of B&D dated January 11, 2006.  A copy

of this Order is attached as Exhibit A.

This Application requests allowance of compensation for actual, necessary

professional services within the meaning of §330 of the Code, for the periods encompassed by

the Statements attached hereto as Exhibit B through and including November 30, 2007.  During

this period, Applicant firm expended a total of 31.5 hours of professional services on behalf of

Trustee.  This time was expended by attorneys and paralegals as set forth in the statement as

Exhibit C, which is attached hereto, is incorporated by reference, and is made a part hereof.   The

rates of compensation vary by the attorney or paralegal providing the service, which information

is set out in greater detail on the Counsel List attached hereto as Exhibit D.

The services rendered by B&D include analyzing financial information,

preparation for filing of complaints, counseling the Trustee concerning the adversary

proceedings filed as a result of preference payments, review of documents, numerous

correspondence and conferences regarding settlement issues, representation of the Trustee in

negotiations and consideration of settlement offers, and related issues and general administrative

matters. In this Application,  B&D seeks full approval for the fees identified herein.

In summary, B&D has assisted the Trustee in obtaining $156,000.00 in confirmed

settlements, a default judgment of $46,053.05 , and collection of a prior settlement of $46,000.00.

This application seeks approval for a total of $6,458.93 in fees and costs, of which $5,827.44

relates to preference recoveries and $631.49 relates to other administrative matters (e.g. pension

issues) for the Trustee.

No compensation previously received by B&D has been shared between the

Applicant and any other entity, and no agreement or understanding exists with respect thereto

within the meaning of Rule 2016 of the Federal Rules of Bankruptcy Procedure, for

compensation received or to be received for services rendered in or in connection with the case.

        WHEREFORE, B&D prays that this Court approve its attorneys' fees in the

amount of $5,855.50, which represents the full amount of attorneys' fees, plus expenses in the

amount of $1,108.33 ($603.43 incurred to date, plus $504.90 for serving this Application), for

services rendered through November 30, 2007.

Date: <u>December 5, 2007</u>              BAKER & DANIELS LLP

                                      By: <u>*/s/ Mark A. Werling*</u>
                                        John R Burns (#3016-02)
                                        Mark A. Werling (#20426-02)
                                        111 East Wayne Street, Suite 800
                                        Fort Wayne, Indiana 46802
                                        Telephone:  (260) 424-8000
                                        Facsimile:  (260) 460-1700

                                      ATTORNEYS FOR THE TRUSTEE,
                                      REBECCA HOYT FISCHER

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF                     )
                                     )        Chapter 7
AUBURN FOUNDRY, INC.,                )
                                     )        Case No. 04-10427
                Debtor.             )

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

At Fort Wayne, Indiana on ___January 11, 2006_____.

Rebecca Hoyt Fischer, Trustee, having filed an application to employ special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers, and the court being duly advised in the premises,

IT IS HEREBY ORDERED, that the Trustee be, and hereby is, authorized to retain John R. Burns, Mark Werling and the law firm of Baker & Daniels as special counsel to provide legal services with respect to certain matters involving the bankruptcy estate, including but not limited to adversary proceedings for the recovery of preferential transfers.

SO ORDERED.

/s/ Robert E. Grant
_____
Judge, U.S. Bankruptcy Court

BDDB01 4275507v1

**EXHIBIT**

**A**

472

**BAKER & DANIELS** L.L.P
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

August 14, 2007
Invoice Number 1365335

0976966        Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee                                    Mail Remittance To:
112 West Jefferson                                              Baker & Daniels, LLP
Suite 310                                                  111 East Wayne Street, Suite 800
South Bend, IN  46601                                        Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
July 31, 2007 and not reflected on a prior bill:

0000001   AFI Preference

    Total Services...........................$        4,429.50
    Total Disbursements.................$          517.96

    Total This Matter......................$        4,947.46

Total This Invoice..........................................................$        4,947.46



**EXHIBIT**
B

Payment Due Within 30 Days.

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  July 31, 2007
Invoice Number  1365335

0976966      Rebecca Hoyt Fisher, Trustee
0000001      AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 04/02/07 | Edit interrogatories and motion to appear for hearings supplemental | KBO | .80 | 144.00 |
| 04/03/07 | Follow-up inquiry re fee application | JRB | .20 | 86.00 |
| 04/03/07 | Work on second fee application, review Judge Grant decisions re timing of same under 120-day deadline where first application was amended | MAW | .20 | 59.00 |
| 04/05/07 | Prepare and file notice of appearance for K. Osting in AFI/Triple M matter (.4); review and file motion for proceeding supplemental, proposed order to appear for same, and first set of interrogatories (1.1); telephone conference with court clerks re same (.3); update electronic files, case summary and e-mail litigation team re same (.3) | OLN | 2.10 | 283.50 |
| 04/05/07 | Confer with M. Werling re proper use of interrogatories in this procedure | KBO | .10 | 18.00 |
| 04/05/07 | Edit and complete judgment interrogatories and verified motion for proceedings supplemental re Triple M | KBO | 1.10 | 198.00 |
| 04/05/07 | Review proceeding supplemental filings for Triple M prior to filing same (0.2); follow-up exchange with Cascade counsel confirming delivery of settlement agreement and related check (0.1) | MAW | .30 | 88.50 |
| 04/06/07 | E-mail exchanges with Attorney Whiteside re proceeding supplemental disputes, settlement parameters arising from successor corporation, transfer of assets | MAW | .40 | 118.00 |
| 04/09/07 | Review correspondence in AFI/Cascade re settlement (.1); telephone conferences re same (.2); review e-mails from B. Green re settlement agreement (.1); prepare correspondence to Trustee enclosing first installment of settlement monies (.2); | OLN | .70 | 94.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | update case summary (.1) | | | |
| 04/09/07 | Follow-up e-mail exchanges with Triple M counsel re proceeding supplemental, default judgment related issues; review point re location of deposition, follow-up to Trustee with recommendation re settlement of same (0.5); review check received from Cascade counsel and follow-up re status of related agreement (0.1) | MAW | .60 | 177.00 |
| 04/10/07 | Review and respond to e-mails re filing motion for authority to compromise (.2); prepare motion for authority to compromise, exhibit, certificate of service, notice, and proposed order for filing in AFI/Cascade (.3); telephone conferences re same (.2) | OLN | .70 | 94.50 |
| 04/10/07 | Address issues presented by late expected receipt of Cascade settlement agreement | MAW | .10 | 29.50 |
| 04/11/07 | Telephone conferences re order to show cause and motion for authority to compromise in AFI/Cascade (.3); file motion for authority to compromise, notice of motion, and proposed order for same with the court (.3); supervise distribution of notice (.2) update electronic file, case summary, and e-mail litigation team re same (.2) | OLN | 1.00 | 135.00 |
| 04/16/07 | Follow-up re Triple M default and potential for collection opportunity | JRB | .40 | 172.00 |
| 04/16/07 | Analyze Triple M's responses to interrogatories | KBO | .90 | 162.00 |
| 04/17/07 | Prepare response to order to show cause in AFI/Cascade (.3); review responses to interrogatories in AFI/Triple M (.2) | OLN | .50 | 67.50 |
| 04/18/07 | Review Triple M interrogatory responses, assess next steps re same | MAW | .30 | 88.50 |
| 04/18/07 | Office conference re response to order to show cause in AFI/Cascade matter, file response with the court, update electronic file, e-mail litigation team re same (.4); e-mails re settlement agreement in AFI/Cascade (.3); e-mail R. Fischer re same (.1); update case summary (.1) | OLN | .90 | 121.50 |
| 04/20/07 | Update case summary information | OLN | .10 | 13.50 |
| 04/25/07 | Prepare summaries of January and March invoices for fee application; begin preparation of fee application | OLN | 1.50 | 202.50 |
| 04/26/07 | Office conferences and e-mails with accounting re invoices; review additional invoices | OLN | .40 | 54.00 |
| 05/01/07 | Prepare summaries of March preference and pension invoices for fee application (.4); revise fee application (.3); prepare | OLN | 1.50 | 202.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | exhibits for application (.4); prepare notice of application and opportunity to object and proposed order for same (.4) | | | |
| 05/14/07 | Review correspondence from B. Green enclosing second installment payment in AFI/Cascade matter; prepare correspondence to Trustee re same; update case summary | OLN | .40 | 54.00 |
| 05/17/07 | Determine course of action to collect claim (potential fraudulent transfer action) | KBO | 1.90 | 342.00 |
| 05/18/07 | Confer with M. Werling re fraudulent transfer claim and proper court/jurisdiction in which to bring claim re Triple M matter | KBO | .30 | 54.00 |
| 05/18/07 | Research fraudulent transfer claim and proper court/jurisdiction in which to bring claim re Triple M matter | KBO | .20 | 36.00 |
| 05/18/07 | Complete assessment of litigation options to collect from Triple M (0.6); telephone conference with Triple M counsel re same (0.2) | MAW | .80 | 236.00 |
| 05/22/07 | Confer with trustee re status of Triple M settlement discussions | MAW | .10 | 29.50 |
| 05/25/07 | E-mail exchange with Triple M counsel re settlement | MAW | .10 | 29.50 |
| 05/25/07 | Update case summary and notebook | OLN | .20 | 27.00 |
| 05/30/07 | Telephone conference, e-mail exchange with Triple M counsel re settlement; confer with trustee re same | MAW | .40 | 118.00 |
| 05/31/07 | E-mail exchange with Triple M counsel to confirm terms of settlement | MAW | .10 | 29.50 |
| 06/07/07 | Revise application for compensation and notice of application | OLN | .50 | 67.50 |
| 06/11/07 | Finalize and approve for filing interim fee application | MAW | .20 | 59.00 |
| 06/11/07 | Electronically file application for compensation, notice of application, and proposed order with the court; supervise distribution of notice; update electronic file; e-mail litigation team re same | OLN | 1.20 | 162.00 |
| 06/12/07 | Prepare correspondence to Trustee re final installment of settlement funds in AFI/Cascade | OLN | .30 | 40.50 |
| 06/22/07 | Read and approve Triple M settlement agreement; check Rule 9019 re need for court approval of compromise of default judgment | MAW | .30 | 88.50 |
| 06/25/07 | E-mails and telephone conferences re dismissal in AFI/Cascade matter (.3); revise settlement agreement in AFI/Triple M matter, e-mail re same (.3) | OLN | .60 | 81.00 |
| 06/26/07 | Research pacer re attorney of record in AFI/Cascade matter; e- | OLN | .30 | 40.50 |

### BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| | mail D. Adelsperger and B. Green re joint stipulation to dismiss adversary proceeding; update case summary | | | |
| 06/28/07 | E-mails with D. Adelsperger re stipulation of dismissal in AFI/Cascade matter (.2); electronically file joint stipulation with the court, telephone conference re same, update electronic file and case summary re same (.4) | OLN | .60 | 81.00 |
| 07/06/07 | Update case summary and case notebook | OLN | .20 | 27.00 |
| 07/06/07 | Review and finalize revised Triple M settlement agreement | MAW | .20 | 59.00 |
| 07/07/07 | Finalize and circulate Triple M settlement agreement | MAW | .10 | 29.50 |
| 07/11/07 | E-mail exchange with Triple M counsel re proposed change to settlement terms | MAW | .10 | 29.50 |
| 07/13/07 | E-mail exchange with Triple M counsel re proposed change to settlement agreement | MAW | .10 | 29.50 |
| 07/27/07 | Read, assess correspondence from Triple M counsel re settlement | MAW | .10 | 29.50 |
| 07/27/07 | Review correspondence from F. Whiteside re settlement agreement in CTG/Triple M matter; office conference re same | OLN | .30 | 40.50 |
| | Total Services..................................................................Hours | | 24.40 | 4,429.50 |

| Date | Disbursements | Total |
|------|---------------|-------|
| 05/31/07 | Computerized Research   Westlaw | 26.31 |
| 06/29/07 | Computerized Research   Westlaw | 21.00 |
| | Total For  Computerized Research | 47.31 |
| | | |
| 02/28/07 | Computerized Research   PACER | 1.04 |
| 02/28/07 | Computerized Research   PACER | 48.48 |
| 06/29/07 | Computerized Research   PACER | 0.08 |
| | Total For  Computerized Research - Other | 49.60 |
| | | |
| | COPYING COSTS | 421.05 |

Total Disbursements...........................................................................$    517.96

Total Services And Disbursements........................................................$    4,947.46

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

September 19, 2007
Invoice Number 1371516

0976966            Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through August 31, 2007 and not reflected on a prior bill:

0000001   AFI Preference

Total Services............................$         798.00
Total Disbursements.................$          81.98

Total This Matter.......................$         879.98

Total This Invoice............................................................$          879.98

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  August 31, 2007
Invoice Number  1371516

0976966    Rebecca Hoyt Fisher, Trustee
0000001    AFI Preference

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/02/07 | Work on response to Triple M proposal, e-mail Trustee, Triple M counsel re same | MAW | .20 | 59.00 |
| 08/03/07 | Check, confirm receipt of settlement agreement for notice of same | MAW | .10 | 29.50 |
| 08/06/07 | Office conference re motion and notice required to obtain approval for Triple M settlement | MAW | .10 | 29.50 |
| 08/06/07 | Telephone conferences and e-mails re motion for authority to compromise in AFI/Triple M matter | OLN | .40 | 54.00 |
| 08/14/07 | Review ECF notice from court closing AFI/Cascade matter and update summary re same (.2); draft motion for authority to compromise, notice of motion and proposed order for motion for authority to compromise in AFI/Triple M matter (.8); office conference re same (.1) | OLN | 1.10 | 148.50 |
| 08/16/07 | Review and approve motion to approve compromise with Triple M | MAW | .10 | 29.50 |
| 08/16/07 | Revise motion for authority to compromise in AFI/Triple M (.3); e-mails re settlement agreement and notice of motion (.3); electronically file motion for authority to compromise and certificate of service of notice of motion with the court (.6); supervise distribution of same (.6); update electronic file (.1); e-mail litigation team re same (.1) | OLN | 2.00 | 270.00 |
| 08/17/07 | Update case summary and calendar | OLN | .20 | 27.00 |
| 08/23/07 | Review correspondence from F. Whiteside enclosing settlement monies in AFI/Triple M matter, prepare correspondence to R. Fischer re same, update case summary | OLN | .50 | 67.50 |
| 08/30/07 | Review docket re status of final preference settlement; office conference re final application, closing of the estate | MAW | .10 | 29.50 |

BAKER & DANIELS

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/30/07 | Review e-mail from M. Werling re final fee application (.1); telephone conference re invoices (.2); review invoice (.1) | OLN | .40 | 54.00 |
| | Total Services................................................................Hours | | 5.20 | 798.00 |

| Date | Disbursements | | | Total |
|------|---------------|--|--|-------|
| 01/08/07 | Caller: Werling : 574 284-2354 | | | 1.02 |
| 05/18/07 | Caller: Werling : 706 320-1215 | | | 0.86 |
| Total For | Long Distance Telephone | | | 1.88 |
| | COPYING COSTS | | | 80.10 |
| | Total Disbursements.........................................................$ | | | 81.98 |
| | Total Services And Disbursements......................................$ | | | 879.98 |

**BAKER & DANIELS LLP**
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

August 14, 2007
Invoice Number 1365333

0976966        Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through July 31, 2007 and not reflected on a prior bill:

0000002   General Services

Total Services...........................$        88.50
Total Disbursements.................$         0.00

Total This Matter......................$        88.50

Total This Invoice.........................................................................$        88.50

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  July 31, 2007
Invoice Number  1365333

0976966      Rebecca Hoyt Fisher, Trustee
0000002      General Services

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 05/18/07 | Read trustee e-mail re status of AFI income tax returns | MAW | .10 | 29.50 |
| 06/19/07 | Read pension, QDRO related correspondence from Attorney Brandt | MAW | .10 | 29.50 |
| 06/21/07 | Follow-up telephone conference with J. Brandt, counsel for pension plan recipient, re QDRO issues, confirm he received needed information to process same | MAW | .10 | 29.50 |

Total Services..............................................................Hours            0.30        88.50

Total Services And Disbursements...................................................$            88.50

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

September 19, 2007
Invoice Number 1371524

0976966              Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through August 31, 2007 and not reflected on a prior bill:

0000002   General Services

    Total Services............................$   59.00
    Total Disbursements.................$    3.49

    Total This Matter.......................$   62.49

  Total This Invoice...........................................................$   62.49

**BAKER & DANIELS** LLP
**111 EAST WAYNE STREET, SUITE 800**
**FORT WAYNE, INDIANA 46802**
**(260) 424-8000**

As Of  August 31, 2007
Invoice Number  1371524

0976966     Rebecca Hoyt Fisher, Trustee
0000002     General Services

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 08/03/07 | Assess, respond to D. Hunter inquiries re tax status | MAW | .20 | 59.00 |
| | Total Services..................................................................Hours | | 0.20 | 59.00 |

| Date | Disbursements | | Total |
|------|---------------|--|-------|
| 05/18/07 | Caller: Werling :  574 284-2354 | | 3.49 |
| Total For | Long Distance Telephone | | 3.49 |

Total Disbursements..............................................................$         3.49

Total Services And Disbursements.......................................$         62.49

## BAKER & DANIELS LLP
### 111 EAST WAYNE STREET, SUITE 800
### FORT WAYNE, INDIANA 46802
### (260) 424-8000

November 30, 2007
Invoice Number 1386766

0976966          Rebecca Hoyt Fisher, Trustee

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

For all professional services rendered and disbursements incurred on your behalf through
November 30, 2007 and not reflected on a prior bill:

0000002   General Services

|                         |        |
|-------------------------|--------|
| Total Services..........................$ | 480.50 |
| Total Disbursements.................$ | 0.00 |
| Total This Matter......................$ | 480.50 |

Total This Invoice...........................................................................$          480.50

**BAKER & DANIELS** LLP
111 EAST WAYNE STREET, SUITE 800
FORT WAYNE, INDIANA 46802
(260) 424-8000

As Of  November 30, 2007
Invoice Number  1386766

0976966      Rebecca Hoyt Fisher, Trustee
  0000002      General Services

Rebecca Hoyt Fisher, Trustee
112 West Jefferson
Suite 310
South Bend, IN  46601

Mail Remittance To:
Baker & Daniels, LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802

FED. I.D. #35-0837902

| Date | Services | Atty | Hours | Value |
|------|----------|------|-------|-------|
| 10/05/07 | Telephone conference with D. Hunter re closing of bankruptcy estate, final tax returns, related issues | MAW | .30 | 88.50 |
| 10/24/07 | Follow-up work on payment analysis requested by the Trustee as final step in closing the estate | MAW | .30 | 88.50 |
| 10/26/07 | Continue work on fee issue analysis requested by Trustee as part of closing the estate | MAW | .10 | 29.50 |
| 10/30/07 | Follow-up re fee inquiry and review prior correspondence re same | JRB | .50 | 215.00 |
| 11/23/07 | Revise and finalize final fee application | MAW | .20 | 59.00 |
| | Total Services............................................................... Hours | | 1.40 | 480.50 |
| | Total Services And Disbursements.......................................$ | | | 480.50 |

**AUBURN FOUNDRY, Inc.**
<u>**Preference Matters**</u> **Charge Allocation**
**c/m #976966.1**

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
|  |  |  |
| TOTAL SERVICES | 29.6 | $5,227.50 |
| TOTAL DISBURSEMENTS |  | $599.94 |
|  |  |  |
| TOTAL NOW PAYABLE |  | $5,827.44 |
|  |  |  |

**AUBURN FOUNDRY, Inc.**
<u>**Pension Plan**</u> **Charge Allocation**
**c/m #976966.2**

| CATEGORY | # OF HOURS | TOTAL |
|---|---|---|
|  |  |  |
| TOTAL SERVICES | 1.9 | $628.00 |
| TOTAL DISBURSEMENTS |  | $3.49 |
|  |  |  |
| TOTAL NOW PAYABLE |  | $631.49 |
|  |  |  |

**EXHIBIT C**

## AUBURN FOUNDRY, Inc.
### August 14, 2007 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|------|-------|-------------|-------------|---------------------|-------|
| Burns, J.R. | Partner | $430.00 | .6 | .6 | $258.00 |
| Werling, M.A. | Associate | $295.00 | 4.5 | 4.5 | $1,327.50 |
| Osting, K.B. | Associate | $180.00 | 5.3 | 5.3 | $954.00 |
| Nansen, O.L. | Paralegal | $135.00 | 14.0 | 14.0 | $1,890.00 |
| | | | | | |
| **TOTAL** | | | 24.4 | 24.4 | $4,429.50 |

## AUBURN FOUNDRY, Inc.
### September 19, 2007 – Preference Invoice (c/m# 976966.1)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|------|-------|-------------|-------------|---------------------|-------|
| Werling, M.A. | Associate | $295.00 | .6 | .6 | $177.00 |
| Nansen, O.L. | Paralegal | $135.00 | 4.6 | 4.6 | $621.00 |
| | | | | | |
| **TOTAL** | | | 5.2 | 5.2 | $798.00 |

## AUBURN FOUNDRY, Inc.
### August 14, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|------|-------|-------------|-------------|---------------------|-------|
| Werling, M.A. | Associate | $295.00 | 0.3 | 0.3 | $88.50 |
| | | | | | |
| **TOTAL** | | | 0.3 | 0.3 | $88.50 |

**EXHIBIT C - Continued**

## AUBURN FOUNDRY, Inc.
### September 19, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|------|-------|-------------|-------------|---------------------|-------|
| | | | | | |
| Werling, M.A. | Associate | $295.00 | .2 | .2 | $59.00 |
| | | | | | |
| | **TOTAL** | | .2 | .2 | $59.00 |

## AUBURN FOUNDRY, Inc.
### November 30, 2007 – Pension Plan Invoice (c/m# 976966.2)

| NAME | TITLE | HOURLY RATE | TOTAL HOURS | ACTUAL BILLED HOURS | TOTAL |
|------|-------|-------------|-------------|---------------------|-------|
| | | | | | |
| Burns, J.R. | Partner | $430.00 | .5 | .5 | $215.00 |
| Werling, M.A. | Associate | $295.00 | .9 | .9 | $265.50 |
| | | | | | |
| | **TOTAL** | | 1.4 | 1.4 | $480.50 |


TOTAL PREFERENCE HOURS:        29.6

TOTAL PENSION PLAN HOURS:        1.9

ACTUAL BILLED HOURS:        31.5

TOTAL FEES:        $5,855.50


**EXHIBIT C - Continued**

## AUBURN FOUNDRY, Inc.
## Counsel List

| NAME | TITLE | HOURLY RATE |
|------|-------|-------------|
| Burns, J.R. | Partner | $430.00 |
| Werling, M.A. | Associate | $295.00 |
| Osting, K.B. | Associate | $180.00 |
| Nansen, O.L. | Paralegal | $135.00 |
|  |  |  |

**EXHIBIT D**