## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| AUBURN FOUNDRY, INC., ) | |
| ) | Chapter 7 Bankruptcy |
|     Debtor. ) | |
| _____) | |
| REBECCA HOYT FISCHER, ) | |
| Chapter 7 Trustee of ) | |
|     Auburn Foundry, Inc. ) | |
|     Plaintiff, ) | |
| v. ) | Adv. Proc. No. 08 - _____ |
| ) | |
| ANNE MEEKS DAVIS TRUST, ) | |
| ) | |
|     Defendant. ) | |

**COMPLAINT TO SUBORDINATE CLAIM NO. 231
TO CLAIMS OF GENERAL UNSECURED CREDITORS**

COMES NOW Rebecca Hoyt Fischer, Chapter 7 Trustee, and files this Complaint against Anne Meeks Davis Trust ("Creditor") and in support thereof states as follows:

1. The undersigned is a duly authorized and acting Chapter 7 Trustee (the "Trustee") of Auburn Foundry, Inc.

2. Defendant is a creditor in the above-captioned bankruptcy proceeding which, pursuant to its proof of claim indicates its address is Anne Meeks Davis Trust, c/o James Borgmann, Esq., 201 East Jackson Street, Suite 400, Muncie, IN 47305.

3. The amount of the claim is $67,961.93.

4. Creditor holds a lien against property, which secures the indebtedness, which is the basis of the claim filed in the above-captioned bankruptcy proceeding, which property has not been administered by the Trustee.

5. The value of such lien interest may substantially equal or exceed the amount of the Creditor's claim filed in the above-captioned bankruptcy proceeding. The Trustee asserts that it would be inequitable to allow Creditor to participate in the general distribution to unsecured creditors in the

above-captioned bankruptcy estate when Creditor may receive full payment of its claim from the liquidation of its collateral.

6.     In order to prevent injustice or unfairness to the other unsecured creditors, Trustee believes that the appropriate remedy under 11 U.S.C. § 510(c), 11 U.S.C. § 508 and under <u>Bostonian vs. Shapiro</u>, 144 F2d. 791, 800 (8th Cir. 1944) is to equitably subordinate the claim of Creditor herein to the claims of other general unsecured creditors.

WHEREFORE, Trustee asks the Court to enter an order equitably subordinating the claim of Creditor herein to the claims of other unsecured creditors in the above-captioned bankruptcy estate and for such other relief as the Court deems just and proper under the circumstances.

Dated: February 6, 2008                                  Respectfully submitted,

                                                                         Rebecca Hoyt Fischer, Chapter 7 Trustee of
                                                                         Auburn Foundry, Inc.
                                                                         <u>By: /s/ Rebecca H. Fischer</u>     #10537-72
                                                                         LADERER & FISCHER, P.C.
                                                                         112 West Jefferson Blvd., Ste. 310
                                                                         South Bend, IN 46601
                                                                         Telephone: (574) 284-2354
                                                                         Facsimile: (574) 284-2356