UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In Re:

AUBURN FOUNDRY, INC.,

CASE NO.: 04-10427 REG
CHAPTER: 7

Debtor(s)
_____/

WITHDRAWAL OF CLAIM NO. 357 – ADMINISTRATIVE
EXPENSE CLAIM FILED FEBRUARY 2, 2006

The State of Michigan withdraws claim no. 357 – Administrative Expense Claim of $171,512.76 which was filed on February 2, 2006. The claim has been corrected to zero as actual returns were filed.

Respectfully submitted,

Michael A. Cox
Attorney General

/s/ Heather M. Durian
Heather M. Durian (P67587)
Assistant Attorney General
Revenue Division
G. Mennen Williams Building, 2nd Floor
P.O. Box 30754
Lansing, MI 48909
Telephone: (517) 373-3203

Dated: February 6, 2008