UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In Re:

AUBURN FOUNDRY, INC.,

CASE NO.: 04-10427 REG
CHAPTER: 7

Debtor(s)
_____/

PROOF OF SERVICE

    The undersigned certifies that on February 6, 2008, a copy of Withdrawal of Claim No. 357 – Administrative Claim and Claim No. 358 – Priority Claim Filed February 2, 2006 was served upon the following parties either electronically, or by depositing said copies in the U.S. Mail, postage prepaid:

    Mark A. Werling
    111 East Wayne Street, Suite 800
    Fort Wayne, IN  46802

    Rebecca Hoyt Fischer
    112 West Jefferson Blvd, Suite 310
    South Bend, IN  46601

Dated:  February 6, 2008        /s/ Sharon M. Pavlik
                                        Sharon M. Pavlik, Legal Secretary
                                        Michigan Department of Attorney General
                                        Heather M. Durian – Assistant Attorney General
                                        P.O. Box 30754
                                        Lansing, MI   48909
                                        Telephone:  (517) 373-3203