UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC. )
) Chapter 7 Bankruptcy
Debtor. )

### THIRD APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES

Comes now Kruggel, Lawton & Company, LLC, ("Kruggel") and makes a supplemental application for fees as Accountant for the Trustee and in support of said application alleges and says:

1.  On January 10, 2006, Kruggel was employed and appointed under a general retainer as accountant for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2.  All services for which compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person. Said services are for the time frame of October 5, 2007 through February 1, 2008 and were incurred for the preparation of the 2007 tax returns of Auburn Foundry, Inc. The professional services rendered by Kruggel are more specifically detailed on Exhibit "A" attached hereto and made a part hereof.

3.  Kruggel has received a previous allowance of $16,372.25 per court orders dated February 23, 2007 and November 2, 2007 for services incurred in preparation of the 2004, 2005 and 2006 tax returns as accountant for the Trustee.

4.  No agreement exists between Kruggel and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

5.  The reasonable value of the services rendered by Kruggel for the preparation of the 2007 tax returns and required documents and forms, as accountant for said Trustee in this proceeding is $1,602.75 as set forth in Exhibit "A" hereto.

WHEREFORE, Applicant prays that an allowance be made to Kruggel in the total sum of $1,602.75 as supplemental compensation for professional services rendered in this proceeding, or such sum as the Court may allow.

Kruggel, Lawton & Company, LLC

By: _____

Its: _Director of Taxation_

Z:\AUBURN\Accountant\Third Fee app\application for fees.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Propect Street<br>Indianapolis, IN 46203 | DISA Industrie, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 |
| Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | |

                /s/ Rebecca H. Fischer
                Rebecca Hoyt Fischer

# Kruggel, Lawton & Company, LLC
*Certified Public Accountants*
*53633 County Road 7*
*Elkhart, IN 46514*
*(574) 264-2247*

*Auburn Foundry, Inc.*
*Rebecca Hoyt Fischer, Trustee*
*112 W. Jefferson Blvd.*
*Suite 310*
*South Bend, IN 46601-1909*

*Invoice No.*   39565
*Date*          02/21/2008
*Client No.*    ELK06070

For services rendered through 02/19/2008

| DATE | SERVICE | STAFF | HOURS | RATE |
|---|---|---|---|---|
| 10/05/2007 | Meetings & Consultation<br>With trustee and Elizabeth<br>FrizzoJ | | 0.50 | $165.00 |
| 11/07/2007 | 1120S Preparation<br>Scanning<br>Stull | | 0.25 | $65.00 |
| 11/20/2007 | 1120S Preparation<br>Answering email from Roberta regarding information needed<br>to prepare tax returns and reviewing the information she sent<br>Stull | | 0.75 | $65.00 |
| 01/28/2008 | 1120S Preparation<br>Accounting and preparation of the tax return<br>Stull | | 8.50 | $65.00 |
| 01/30/2008 | 1120S Preparation<br>Discussion with John and Elizabeth<br>Hooley | | 0.25 | $100.00 |
| 01/30/2008 | 1120S Preparation<br>Changes to tax return, issues with debt reduction discussed<br>with JSF CLH & Roberta<br>Stull | | 5.25 | $65.00 |
| 01/30/2008 | 1120S Review<br>Review Auburn Foundry<br>Hooley | | 1.00 | $100.00 |

| DATE | SERVICE / STAFF | HOURS | RATE |
|---|---|---|---|
| 01/30/2008 | 1120S Review Review return FrizzoJ | 1.25 | $165.00 |
| 01/31/2008 | 1120S Review Review Auburn Foundry Hooley | 0.25 | $100.00 |
| 01/31/2008 | 1120S Processing Review return FrizzoJ | 1.00 | $165.00 |
| 02/01/2008 | 1120S Preparation Proof reading return Stull | 0.25 | $65.00 |
| 02/01/2008 | 1120S Processing Process 2007 1120S tax return & scan support documents Waltz | 0.50 | $48.00 |

|  |  |
|---|---|
| CURRENT INVOICE | $ 1,602.75 |
| PRIOR BALANCE | 0.00 |
| GRAND TOTAL | $ 1,602.75 |

*Payment due upon receipt.*
*Interest will be charged on outstanding balances over 30 days*
*at the rate of 1% per month, or 12% per annum. Partial Payments are accepted.*
*Please include the client number on your remittance. Thank you*

Recapitulation
Auburn Foudnry, Inc.

| Staff | Hours | Rate | Total |
|---|---|---|---|
| J. Frizzo | 2.75 | $ 165.00 | $ 453.75 |
| Stull | 15 | $ 65.00 | $ 975.00 |
| Hooley | 1.5 | $ 100.00 | $ 150.00 |
| Waltz | 0.5 | $ 48.00 | $ 24.00 |
| Grand total | 19.75 | | $ 1,602.75 |