UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC. | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

### ORDER ON THIRD APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES

At Fort Wayne, Indiana on _____.

Kruggel, Lawton & Company, LLC having filed a Third Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that Kruggel, Lawton & Company, LLC , is allowed the additional sum of $1,602.75 for services rendered as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $1,602.75 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

_____
Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court