**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **IN RE:** | ) **Case No. 04-10427** |
| **AUBURN FOUNDRY, INC.** | ) |
| | ) **Chapter 7 Bankruptcy** |
| **Debtor.** | ) |

**ORDER ON THIRD APPLICATION FOR**
**ALLOWANCE OF ACCOUNTANT'S FEES**

At Fort Wayne, Indiana on _____March 31, 2008_____.

Kruggel, Lawton & Company, LLC having filed a Third Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that  Kruggel, Lawton & Company, LLC , is allowed the additional sum of $1,602.75 for services rendered as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $1,602.75 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

_____/s/ Robert E. Grant_____
Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court