**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **IN RE:** | ) **Case No. 04-10427** |
| **AUBURN FOUNDRY, INC.** | ) |
| | ) **Chapter 7 Bankruptcy** |
| **Debtor.** | ) |

**ORDER ON THIRD APPLICATION FOR**
**ALLOWANCE OF ACCOUNTANT'S FEES**

At Fort Wayne, Indiana on _____March 31, 2008_____.

Kruggel, Lawton & Company, LLC having filed a Third Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that  Kruggel, Lawton & Company, LLC , is allowed the additional sum of $1,602.75 for services rendered as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $1,602.75 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

_____/s/ Robert E. Grant_____
Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Mar 31, 2008
Case: 04-10427                Form ID: pdf004        Total Served: 1


The following entities were served by first class mail on Apr 02, 2008.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2008                         Signature: _____