IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF INDIANA
FORT WAYNE DIVISION

2008 MAY 21  PM 12: 53

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **AUBURN FOUNDRY, INC.,** ) | **Case No. 04-10427-reg** |
| ) | |
| ) | |
| **Debtor.** ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF CLAIMS
## OF THE PENSION BENEFIT GUARANTY CORPORATION

Pursuant to Bankruptcy Rule 3006, the Pension Benefit Guaranty Corporation ("PBGC") withdraws in the above-referenced proceedings the following six claims which were filed on June 16, 2004, regarding the Auburn Foundry Salaried Plan and the Auburn Foundry Retirement Income Plan:

1. Claim # 254 for the filed amount of $5,912,300.

2. Claim # 255 for the filed amount of $6,981,100.

3. Claim # 256 for the filed amount of $559,891.

4. Claim # 257 for the filed amount of $942,413.

5. Claim # 259 filed as unliquidated.

6. Claim # 260 for the filed amount of $15,224.

In conclusion, PBGC hereby withdraws the six above-referenced claims.

Sincerely yours,

Dated: Washington D.C.
May 19, 2008

*(signature)*

ISRAEL GOLDOWITZ
Chief Counsel
CHARLES FINKE
Associate General Counsel
JOAN SEGAL
Assistant Chief Counsel
BRAD ROGERS
Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005
(202) 326-4020
FAX:(202) 326-4112



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHER DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AUBURN FOUNDRY, INC., | ) | Case No. 04-10427-reg |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

The Pension Benefit Guaranty Corporation ("PBGC"), certifies that on May 20, 2008, it served via U.S. Mail the attached Notice of Withdrawal of Claims in the above-captioned case on:

Rebecca Fischer, Esq.
Chapter 7 Trustee
Laderer & Fischer
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

_____
Brad Rogers
Attorney
Pension Benefit Guaranty Corporation

 **PBGC** Pension Benefit Guaranty Corporation
Protecting America's Pensions   1200 K Street, N.W., Washington, D.C. 20005-4026



Office of the Chief Counsel

### VIA FEDERAL EXPRESS

Christopher M. DeToro
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court
Northern District of Indiana
Fort Wayne Division
1300 South Harrison Street
Fort Wayne, IN 46801-2547

MAY 2 0 2008

    Re:    **In re: Auburn Foundry, Inc.**
    Case No.: **04-10427-reg**

Dear Mr. DeToro:

    Enclosed for filing on behalf of the Pension Benefit Guaranty Corporation ("PBGC") in the above-captioned bankruptcy proceeding please find one original and one copy of the PBGC's Notice of Withdrawal of Claims.

    If any questions should arise with respect to the filing, please call me at (202) 326-4020 (ext. 3029).

                                  Sincerely,

                                  Brad Q. Rogers
                                  Attorney

Enclosure