IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF INDIANA
FORT WAYNE DIVISION

2008 MAY 21  PM 12: 53

| | |
|---|---|
| In re: | Chapter 7 |
| AUBURN FOUNDRY, INC., | Case No. 04-10427-reg |
| Debtor. | |

NOTICE OF WITHDRAWAL OF CLAIMS
OF THE PENSION BENEFIT GUARANTY CORPORATION

Pursuant to Bankruptcy Rule 3006, the Pension Benefit Guaranty Corporation ("PBGC") withdraws in the above-referenced proceedings the following six claims which were filed on June 16, 2004, regarding the Auburn Foundry Salaried Plan and the Auburn Foundry Retirement Income Plan:

1. Claim # 254 for the filed amount of $5,912,300.

2. Claim # 255 for the filed amount of $6,981,100.

3. Claim # 256 for the filed amount of $559,891.

4. Claim # 257 for the filed amount of $942,413.

5. Claim # 259 filed as unliquidated.

6. Claim # 260 for the filed amount of $15,224.

In conclusion, PBGC hereby withdraws the six above-referenced claims.

Sincerely yours,

Dated: Washington D.C.
May 19, 2008

ISRAEL GOLDOWITZ
Chief Counsel
CHARLES FINKE
Associate General Counsel
JOAN SEGAL
Assistant Chief Counsel
BRAD ROGERS
Attorney
PENSION BENEFIT GUARANTY
CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005
(202) 326-4020
FAX:(202) 326-4112



FILED

MAY 16 2008

CHRISTOPHER M. DeFORD, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHER DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **AUBURN FOUNDRY, INC.,** ) | **Case No. 04-10427-reg** |
| ) | |
| ) | |
| **Debtor.** ) | |
| ) | |

### CERTIFICATE OF SERVICE

The Pension Benefit Guaranty Corporation ("PBGC"), certifies that on May 20, 2008, it served via U.S. Mail the attached Notice of Withdrawal of Claims in the above-captioned case on:

Rebecca Fischer, Esq.
Chapter 7 Trustee
Laderer & Fischer
111 East Wayne Street
Suite 800
Fort Wayne, IN 46802

Ellen L. Triebold
Office of the United States Trustee
One Michiana Square, Suite 555
100 East Wayne Street
South Bend, IN 46601

_____
Brad Rogers
Attorney
Pension Benefit Guaranty Corporation



**PBGC**
Protecting America's Pensions

Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington, D.C. 20005-4026

Office of the Chief Counsel



RECEIVED
MAY 21 2008
CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

**VIA FEDERAL EXPRESS**

Christopher M. DeToro
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court
Northern District of Indiana
Fort Wayne Division
1300 South Harrison Street
Fort Wayne, IN 46801-2547

MAY 2 0 2008

Re:    **In re: Auburn Foundry, Inc.**
       **Case No.: 04-10427-reg**

Dear Mr. DeToro:

    Enclosed for filing on behalf of the Pension Benefit Guaranty Corporation ("PBGC") in the above-captioned bankruptcy proceeding please find one original and one copy of the PBGC's Notice of Withdrawal of Claims.

    If any questions should arise with respect to the filing, please call me at (202) 326-4020 (ext. 3029).

Sincerely,

Brad Rogers

Brad Q. Rogers
Attorney

Enclosure