# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

## MOTION FOR DISTRIBUTION

Rebecca Hoyt Fischer, not in her individual capacity but solely in her capacity as Chapter 7 Trustee (the "Trustee") of Auburn Foundry, Inc. (the "Debtor") by counsel, respectfully requests that this Court enter an order authorizing and directing the distribution of proceeds received by the Debtor's bankruptcy estate as a result of a proof of claim that was filed by Auburn Foundry in the Chapter 11 bankruptcy of Jonesville Tool & Machine. In support of this motion (the "Motion") the Trustee states as follows:

1. On February 8, 2004, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On May 12, 2004, the Court entered a Final Order Approving Joint Motion Pursuant to Rule 4001 (c) to Approve Agreement Concerning Senior DIP Financing (the "Final DIP Order"). On April 15, 2005 Summit purchased the debt of Bank of America and GMAC, the Debtor's senior prepetition and senior DIP lenders, and assumed all rights and obligations under the applicable loan agreements, including the Final Cash Collateral Order and Final DIP Order and any subsequent amendments thereto.

2. On October 11, 2005, the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code. The Trustee was appointed in the Debtor's Chapter 7 case on October 13, 2005.

3. Pursuant to Section 9 of the Final DIP Order, Summit has a valid and perfected first lien "on all present and after-acquired intangible, personal and real property of the Debtor of any nature whatsoever."

4.      On March 12, 2008, the Trustee received a check as distribution of proceeds relating to a proof of claim that was filed by Auburn Foundry in the Chapter 11 bankruptcy of Jonesville Tool & Machine in the amount of $2,285.70.

5.      Pursuant to the Final DIP Order, Summit is entitled to the funds received resulting from that proof of claim.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order authorizing and directing the Trustee to distribute the funds to Summit in the amount of $2,285.70.

Dated: June 12, 2008

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer
LADERER & FISCHER, P.C.     #10537-72
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356
rebecca@ladfislaw.com
Chapter 7 Trustee, Auburn Foundry, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, a true and correct copy of the above and foregoing Motion for Distribution was served via U.S. Mail, postage prepaid or by electronic transmission upon the following parties:

John R. Burns
jacklyn.faulkner@bakerd.com
Skrhoads@bakerd.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Mark A. Werling
deb.mcmeen@bakerd.com

Henry A. Efroymson
Henry.efroymson@icemiller.com

Michael M. Eidelman
meidelman@vedderprice.com

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer