UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

MOTION FOR ORDER AUTHORIZING ABANDONMENT
OF BOOKS, RECORDS AND OTHER DOCUMENTS

Comes now, Rebecca Hoyt Fischer, Chapter 7 Trustee herein, and for her Motion for Order Authorizing Abandonment of Books, Records and Other Documents, states:

1. On February 8, 2004, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On October 11, 2005, the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code. The Trustee was appointed in the Debtor's Chapter 7 case on October 13, 2005.

2. The Trustee has been making payments to Auburn Investment Co., LLC, located at 7575 W. Jefferson Blvd., Fort Wayne, IN 46804-4131 to maintain the accumulation of many years of books, records and other documentation with respect to the debtor's operations.

3. The books, records and other documents are voluminous and unorganized. It would be extremely expensive and time consuming for the Trustee to dispose of the records.

WHEREFORE, the Trustee requests an Order authorizing the abandonment of the books, records and other documents effective July 15, 2008.

Respectfully submitted,

Dated: June 12, 2008

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer         #10537-72
LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

## CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2008, a true and correct copy of the above and foregoing Motion was served by either electronic transmission upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |
| Michael M. Eidelman<br>meidelman@vedderprice.com | /s/ Rebecca H. Fischer<br>Rebecca Hoyt Fischer |

Z:\AUBURN\abandon records\motion to abandon.MOT