**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **IN RE:** | ) Case No. 04-10427 |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) **Chapter 7 Bankruptcy** |
| **Debtor.** | ) |

**MOTION FOR ORDER REGARDING FEDERAL INCOME TAXES**

Rebecca Hoyt Fischer, Chapter 7 Trustee (the "Trustee") of Auburn Foundry, Inc. (the "Debtor") by counsel, respectfully requests that this Court enter an order pursuant to 11 U.S.C. § 505(a) regarding the federal income tax obligations of the Debtor. In support of this motion (the "Motion") the Trustee states as follows:

1. On February 8, 2004, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On October 11, 2005, the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code. The Trustee was appointed in the Debtor's Chapter 7 case on October 13, 2005.

3. As part of the closing package of a Chapter 7 case, the Trustee typically files a final federal income tax return for the Debtor, thus relieving the Trustee of responsibility regarding the federal income taxes of the Debtor. The Trustee has been notified by the Debtor of adverse consequences relating to two defined benefit pension plans which would arise if she files a final tax return in this case. The Debtor has asked the Trustee to not file a final federal income tax return as part of the closing package of this Chapter 7 case. The Debtor and A.F. Europe, Inc. ("AFE") have entered into an agreement regarding the federal income tax obligations of the Debtor (the "Agreement"), a copy of which is attached hereto and incorporated herein as Exhibit "A." In summary, AFE has agreed to assume the responsibility to file future federal income tax returns and pay any future federal income tax liabilities under the Debtor's Employer Identification Number

("EIN") so that the Debtor can continue to sponsor the two defined benefit pension plans. The Trustee has previously filed federal income tax returns for the Debtor for the 2004, 2005, 2006 and 2007 tax years. The Debtor and AFE are going to file the 2008 and subsequent federal income tax returns.

4. In exchange for her agreement not to file a final federal income tax return for the Debtor, and in light of the undertakings of AFE contained in the Agreement, the Trustee requests an order from the Bankruptcy Court relieving the Trustee from any obligation to file a final federal income tax return for the Debtor and relieving the Trustee from any obligation to pay federal income taxes owed by the Debtor.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order (1) relieving the Trustee from any obligation to file a final federal income tax return for the Debtor and (2) relieving the Trustee from any obligation to pay federal income taxes owed by the Debtor.

Dated: June 12, 2008

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer
LADERER & FISCHER, P.C.     #10537-72
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356
rebecca@ladfislaw.com
Chapter 7 Trustee, Auburn Foundry, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008 a true and correct copy of the above and foregoing Motion was served by electronic transmission upon the following parties:

John R. Burns
jacklyn.faulkner@bakerd.com
Skrhoads@bakerd.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Mark A. Werling
deb.mcmeen@bakerd.com

Henry A. Efroymson
Henry.efroymson@icemiller.com

and by first class postage paid mail upon the following parties:

    Deborah Leonard
    Assistant United States Attorney General
    1300 S. Harrison Street, Room 3128
    Fort Wayne, IN 46802

    Ann Mackey
    Taft Stettinius & Hollister LLP
    One Indiana Square, Suite 3500
    Indianapolis, Indiana 46204-2023

                                           /s/ Rebecca H. Fischer
                                           Rebecca Hoyt Fischer

# AGREEMENT BETWEEN
# AUBURN FOUNDRY, INC. AND
# A.F. EUROPE, INC.
# REGARDING FEDERAL INCOME TAXES

WHEREAS, Auburn Foundry, Inc. ("AFI") is in a Chapter 7 bankruptcy proceeding pending in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division ("Bankruptcy Court"), BK Case No. 04-10427 ("Bankruptcy Proceeding");

WHEREAS, Rebecca Fischer is the duly elected Chapter 7 trustee ("Trustee") for AFI;

WHEREAS, the Trustee intends to close the Bankruptcy Proceeding during 2008 and as a part of the closing process will seek Bankruptcy Court approval of this Agreement, thereby relieving the Trustee from any obligation to file a final federal income tax return for AFI and from any obligation to pay federal income taxes owed by AFI;

WHEREAS, after closing the Bankruptcy Proceeding, AFI will continue to exist as a corporate entity, and will continue to be a co-sponsor of two defined benefit pension plans, the Auburn Foundry, Inc. Salaried Employees' Retirement Plan and the Auburn Foundry, Inc. Retirement Income Plan (collectively, "Plans");

WHEREAS, AFI's Federal Employer Identification Number is #35-0154360 ("EIN");

WHEREAS, the Plans are administered under this EIN;

WHEREAS, A.F. Europe, Inc. ("AFE") is in a brother-sister controlled group with AFI; and

WHEREAS, AFE is a co-sponsor and co-administrator of the Plans;

NOW THEREFORE, if the Bankruptcy Trustee does not file a final federal income tax return under the EIN in connection with closing the Bankruptcy Proceeding, then AFI and AFE agree as follows:

1. AFE shall use its best efforts to insure that AFI does not incur any income tax liabilities under the EIN after the date of this Agreement, except in connection with the Plans.

2. AFE guarantees that AFI will timely file all federal income tax returns due under EIN #35-0154360 after the date of this Agreement, and it assumes responsibility for the filing of those returns.



3.  AFE guarantees that AFI will timely pay all federal income tax liabilities due under the EIN after the date of this Agreement, and it assumes liability for those taxes.

4.  AFE agrees that the assets of AFE are subject to collection of the federal income tax liabilities of AFI as though the federal income tax liabilities of AFI were the personal liabilities of AFE. AFI and AFE agree and acknowledge that if there are unpaid AFI federal income tax liabilities, the IRS may record notices of federal tax liens in both, or either one, of the names of AFI and AFE.

5.  The parties agree that mail to the parties regarding AFI's federal income taxes under the EIN should be sent to:

> Auburn Foundry, Inc.
> c/o, A.F. Europe, Inc.
> P.O. Box 826
> Auburn, Indiana 46706

This Agreement is effective as of June _____7th_____, 2008.


AUBURN FOUNDRY, INC.                A.F. EUROPE, INC.



BY: _____*David D. Hunter*_____   BY: _____*David D. Hunter*_____