**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **IN RE:** | ) Case No. 04-10427 |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) **Chapter 7 Bankruptcy** |
| **Debtor.** | |

## ORDER

In Fort Wayne, Indiana

This matter having come before the Court on the Trustee's Motion for Order regarding Federal Income Taxes (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The Trustee is hereby relieved of any obligation to file a final federal income tax return for the Debtor's bankruptcy estate.

3. The Trustee is hereby relieved from any obligation to pay federal income taxes owed by the Debtor.

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court