UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC. | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | ) |

FOURTH APPLICATION FOR ALLOWANCE OF ACCOUNTANT'S FEES

Comes now Kruggel, Lawton & Company, LLC, ("Kruggel") and makes a supplemental application for fees as Accountant for the Trustee and in support of said application alleges and says:

1. On January 10, 2006, Kruggel was employed and appointed under a general retainer as accountant for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2. All services for which compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person. Said services are for the time frame of February 25, 2008 through June 9, 2008 and were incurred in connection with final tax issues relating to closure of the case, of Auburn Foundry, Inc. The professional services rendered by Kruggel are more specifically detailed on Exhibit "A" attached hereto and made a part hereof.

3. Kruggel has received a previous allowance of $16,372.25 per court orders dated February 23, 2007 and November 2, 2007 for services incurred in preparation of the 2004, 2005 and 2006 tax returns as accountant for the Trustee and $1,602.75 in connection with preparation of the 2007 tax return.

4. No agreement exists between Kruggel and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

5. The reasonable value of the services rendered by Kruggel in connection with final tax issues relating to closure of the case, as accountant for said Trustee in this proceeding is $836.25 as set forth in Exhibit "A" hereto.

WHEREFORE, Applicant prays that an allowance be made to Kruggel in the total sum of $836.25 as supplemental compensation for professional services rendered in this proceeding, or such sum as the Court may allow.

Kruggel, Lawton & Company, LLC

By: _____

Its: Tax Director

Z:\AUBURN\Accountant\Fifth fee app\application for fees.wpd

## CERTIFICATE OF SERVICE

  I hereby certify that on June 19, 2008, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Propect Street<br>Indianapolis, IN 46203 | DISA Industrie, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 |
| Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 | |

              /s/ Rebecca H. Fischer
              Rebecca Hoyt Fischer

# Kruggel, Lawton & Company, LLC

*Certified Public Accountants*
*53633 County Road 7*
*Elkhart, IN 46514*
*(574) 264-2247*

Auburn Foundry, Inc.
112 W. Jefferson Blvd., Suite 310
South Bend, IN  46601-1909

Invoice No.   *41185*
Date          *06/16/2008*
Client No.    *ELK06070*

For services rendered through Jun 12, 2008

| DATE | SERVICE | STAFF | HOURS | RATE |
|---|---|---|---|---|
| Feb 25, 2008 | Miscellaneous Tax Work | | | |
| | Allowance for accountants fees | | | |
| | | Stull | 0.50 | $65.00 |
| Mar 07, 2008 | Miscellaneous Tax Work | | | |
| | Research and response to IRS notice regarding W2s not filed using magnetic media | | | |
| | | Stull | 1.50 | $65.00 |
| Mar 19, 2008 | 1120S Preparation | | | |
| | Phone call from Roberta to discuss 2008 return | | | |
| | | Stull | 0.25 | $65.00 |
| Mar 24, 2008 | 1120S Preparation | | | |
| | Discussions with John & trustee regarding liquidation of entity and replied to Randy Warner | | | |
| | | Stull | 0.50 | $65.00 |
| Mar 24, 2008 | Meetings & Consultation | | | |
| | With Elizabeth and then Becky and Roberta regarding shareholder questions | | | |
| | | FrizzoJ | 0.50 | $165.00 |
| Mar 31, 2008 | 1120S Preparation | | | |
| | Phone call from Indy attorney questioning the shutting down of the company | | | |
| | | Stull | 0.50 | $65.00 |



| DATE | SERVICE | STAFF | HOURS | RATE | | |
|------|---------|-------|-------|------|---|---|

May 21, 2008                                                                                   Meetings & Consultation

                 E&W's Randy Warner request
                            FrizzoJ                        0.25             $165.00

May 29, 2008                                                                         Bookkeeping Assistance

                 Phone call from Randy at E&Y asking for K-1s, received permission
                 from Becky and emailed, also discussed final return issues
                            Stull                             0.50            $65.00

Jun 05, 2008   1120S Preparation
                 Emailed attorney prior year returns and research into short period
                 return before turn over to AF Europe
                            Stull                             1.50            $65.00

Jun 06, 2008   Meetings & Consultation
                 With Elizabeth and Becky regarding filing for Auburn for 2008
                            FrizzoJ                        0.75             $165.00

Jun 09, 2008   Regular Tax Planning
                 Research into turnover to Ernst by the trustee; review BNA Corp
                 bankruptcy manual for verification that it's allowed
                            FrizzoJ                        1.50             $165.00

                                                                CURRENT INVOICE        $     836.25

                                                                  PRIOR BALANCE            0.00

                                                                   GRAND TOTAL        $     836.25

*Payment due upon receipt.*
*Interest will be charged on outstanding balances over 30 days*
*at the rate of 1% per month, or 12% per annum. Partial Payments are accepted.*
*Please include the client number on your remittance. Thank you*

Recapitulation
Kruggel, Lawton & Company, LLC
Invoice date 6/16/08

Stull    5.25 hours @ 65.00    =    $341.25

Frizzo    3.0 hours @ 165.00    =    $495.00

Total                            $836.25