UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC. )
) Chapter 7 Bankruptcy
Debtor. )

ORDER ON FOURTH APPLICATION FOR
ALLOWANCE OF ACCOUNTANT'S FEES

At Fort Wayne, Indiana on June 20, 2008.

Kruggel, Lawton & Company, LLC having filed a Fourth Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that Kruggel, Lawton & Company, LLC , is allowed the additional sum of $836.25 for services rendered as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $836.25 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

/s/ Robert E. Grant
_____
Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court