UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC. )
 ) Chapter 7 Bankruptcy
Debtor. )

ORDER ON FOURTH APPLICATION FOR
ALLOWANCE OF ACCOUNTANT'S FEES

At Fort Wayne, Indiana on June 20, 2008.

Kruggel, Lawton & Company, LLC having filed a Fourth Application for Allowance of Accountant's Fees and the Court being duly advised in the premises does now GRANT said Application.

IT IS THEREFORE ORDERED that Kruggel, Lawton & Company, LLC , is allowed the additional sum of $836.25 for services rendered as accountant for Trustee.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to disburse said $836.25 to Kruggel, Lawton & Company, LLC as of the date of this Order, subject to adjustment in the event that there are insufficient funds at the end of the case to pay all Chapter 7 administrative expenses.

SO ORDERED.

 /s/ Robert E. Grant
_____
Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: mjc              Page 1 of 1              Date Rcvd: Jun 20, 2008
Case: 04-10427                Form ID: pdf004        Total Served: 1
```

```
The following entities were served by first class mail on Jun 22, 2008.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2008**                    **Signature:** _Joseph Speetjens_