**TRUSTEE'S COMPENSATION**

| | |
|---|---|
| Debtor: Auburn Foundry, Inc. | Case: 04-10427 |
| Computation of Compensation | |
| Total disbursements to other than the debtor are: | $687,514.79 |
| | |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | |
| | |
| 25% of first $5,000.00 | $1,250.00 |
| 10% of next $45,000.00 | $4,500.00 |
| 5% of next $637,514.79 | $31,875.74 |
| 3% of next $0.00 | $0.00 |
| | |
| **Total Compensation** | **$37,625.74** |
| | |
| Previously Paid: | $0.00 |
| | |
| Total Compensation Requested: | $37,625.74 |
| | |
| **Trustee's Expenses** | |
| | |
| Premium on Trustee's bond | $2,141.30 |
| Necessary Travel (380 miles @ .485/mile) | $184.30 |
| Necessary copies (7252 @ .20 cents/copy) | $1,450.40 |
| Postage | $1,988.36 |
| Telephone charges (long distance) | $0.00 |
| Clerical/Secretarial Staff(0 hrs @ 0.00 /hr) | $0.00 |
| Paralegal Assistance (0 hrs @ 0.00 /hr) | $0.00 |
| Supplies/Stationery | $227.38 |
| Distribution Expense (copies and postage) | $2.46 |
| Professional | $0.00 |
| Document Destruction | $0.00 |
| Total Other | $0.00 |
|    Faxes at 37 @ $.60 | $22.20 |
| | |
| Total Expenses: | $6,016.40 |
| | |
| Previously Paid | $.00 |
| | |
| Total Expenses Requested: | $6,016.40 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests this application be approved by the Court and that the Trustee be awarded $37,625.74 as compensation and $6,016.40 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to him/her for services

rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated: July 10th, 2008                              /s/ REBECCA HOYT FISCHER
                                                    REBECCA HOYT FISCHER


The balance of funds on hand in the estate will continue to earn interest until disbursed. The interest earned prior to disbursement will be disbursed pro rata to the unpaid creditors until successive classes are paid in full. The trustee will receive additional compensation on account of the disbursement of the additional interest not to exceed the maximum compensation set by 11 U.S.C. 326(A).

## Expense Worksheet

Trustee: REBECCA HOYT FISCHER, Trustee

CASE NO: 04-10427
CASE NAME: Auburn Foundry, Inc.

| Date | Rate | Quantity | Billable Total | Total | Billing Status |
|---|---|---|---|---|---|
| **Copies** | | | | | |
| 03/09/2005 | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| Description: Copies re: letter to D.J. Schuman re: worker's comp trust and file | | | | | |
| 10/18/2005 | $0.200 | 25.00 | $5.00 | $5.00 | Billable |
| Description: Copies re: Application to Employ Counsel for Trustee (Laderer & Fischer) to attorneys and file | | | | | |
| 10/27/2005 | $0.200 | 325.00 | $65.00 | $65.00 | Billable |
| Description: Copies re: Application to Employ Special Counsel to attorneys and file | | | | | |
| 10/28/2005 | $0.200 | 556.00 | $111.20 | $111.20 | Billable |
| Description: Copies re: Notice of Motion to Limit Notice | | | | | |
| 10/31/2005 | $0.200 | 6.00 | $1.20 | $1.20 | Billable |
| Description: Copies re: letter to J. Burns to employ and file | | | | | |
| 01/09/2006 | $0.200 | 24.00 | $4.80 | $4.80 | Billable |
| Description: Copies re: Application to Employ Accountant for Trustee to attorneys and file | | | | | |
| 01/10/2006 | $0.200 | 291.00 | $58.20 | $58.20 | Billable |
| Description: Copies re: Application to Hire Baker & Daniels as Special Counsel for Trustee to attorneys and file | | | | | |
| 01/23/2006 | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| Description: Copies re: letter to A. Edgar re: to A. Edgar re: claim for UST quarterly fee | | | | | |
| 01/27/2006 | $0.200 | 469.00 | $93.80 | $93.80 | Billable |
| Description: Copies re: 2003 tax returns, tax information to accountant | | | | | |
| 01/30/2006 | $0.200 | 25.00 | $5.00 | $5.00 | Billable |
| Description: Copies re: Motion to Employ Consultant as on certificate of service | | | | | |
| 02/28/2006 | $0.200 | 686.00 | $137.20 | $137.20 | Billable |
| Description: Copies re: 2 sets of | | | | | |

| Date | | Rate | Qty | Amount | Billed | Status |
|---|---|---|---|---|---|---|
| | W-2s for federal and state tax form filings. | | | | | |
| 02/28/2006 | | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: letter to G. Rohrs with 1st quarter payment for storage of records and file | | | | | |
| 02/28/2006 | | $0.200 | 6.00 | $1.20 | $1.20 | Billable |
| | Description: Copies re: payment to Barret & McNagney attorney fee | | | | | |
| 04/21/2006 | | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: letter and payment to AP Reporting and file | | | | | |
| 05/15/2006 | | $0.200 | 118.00 | $23.60 | $23.60 | Billable |
| | Description: Copies re: claims register printed for review for motion to limit notice. | | | | | |
| 05/15/2006 | | $0.200 | 611.00 | $122.20 | $122.20 | Billable |
| | Description: Copies re: Notice of second motion to limit notice to creditors | | | | | |
| 05/19/2006 | | $0.200 | 281.00 | $56.20 | $56.20 | Billable |
| | Description: Copies re: Notice of Application for Consultant's Fees to creditors | | | | | |
| 05/19/2006 | | $0.200 | 20.00 | $4.00 | $4.00 | Billable |
| | Description: Copies re: Motion of Request of Consultant's Fees to attorneys and file | | | | | |
| 05/30/2006 | | $0.200 | 281.00 | $56.20 | $56.20 | Billable |
| | Description: Copies re: Notice of Amended Application for Trustee's Consultant's Fees. | | | | | |
| 05/30/2006 | | $0.200 | 27.00 | $5.40 | $5.40 | Billable |
| | Description: Copies re: Amended Application for Trustee's Consultant's Fees to attorneys and file | | | | | |
| 06/27/2006 | | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: payment to D. Maude | | | | | |
| 07/14/2006 | | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: reply letter to IRS regarding status of case and file | | | | | |
| 07/20/2006 | | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: letter to G. Rohrs with 2nd quarter payment for storage of records | | | | | |
| 07/25/2006 | | $0.200 | 8.00 | $1.60 | $1.60 | Billable |
| | Description: Copies re: letter to M. Juba re: Fairmont Agreement | | | | | |
| 08/17/2006 | | $0.200 | 1.00 | $0.20 | $0.20 | Billable |
| | Description: Copies re: payment to Warsco attorney fee | | | | | |
| 10/23/2006 | | $0.200 | 2.00 | $0.40 | $0.40 | Billable |

| Date | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|
| | Description: Copies re: payment to Summit Investment Management and file | | | | |
| 12/18/2006 | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: letter to R. Swanson with requested update | | | | |
| 12/21/2006 | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: payment to Auburn Investment for storage of records and file | | | | |
| 01/25/2007 | $0.200 | 283.00 | $56.60 | $56.60 | Billable |
| | Description: Copies re: Notice of Application to Employ Accountant for Trustee to creditors and file | | | | |
| 01/26/2007 | $0.200 | 281.00 | $56.20 | $56.20 | Billable |
| | Description: Copies re: Notice of Second Fee Application for Consultant for Trustee to creditors | | | | |
| 01/26/2007 | $0.200 | 28.00 | $5.60 | $5.60 | Billable |
| | Description: Copies re: Second Application for Consultant's Fees to attorneys and file | | | | |
| 02/23/2007 | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: second payment to D. Maude and file | | | | |
| 02/26/2007 | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: payment to Baker & Daniels fees and file | | | | |
| 02/26/2007 | $0.200 | 2.00 | $0.40 | $0.40 | Billable |
| | Description: Copies re: payment to Kruggel & Lawton fees and file | | | | |
| 03/16/2007 | $0.200 | 10.00 | $2.00 | $2.00 | Billable |
| | Description: Copies re: letter to E. Stull re: worker's comp trust and file | | | | |
| 07/02/2007 | $0.200 | 280.00 | $56.00 | $56.00 | Billable |
| | Description: Copies re: Notice of Filing of Trustee's Request for Fees to creditors | | | | |
| 07/02/2007 | $0.200 | 200.00 | $40.00 | $40.00 | Billable |
| | Description: Copies re: Fee Applications to attorneys and debtor | | | | |
| 07/10/2007 | $0.200 | 281.00 | $56.20 | $56.20 | Billable |
| | Description: Copies re: Notice of Filing of Request for Interim attorney fees for Laderer & Fischer | | | | |
| 07/10/2007 | $0.200 | 70.00 | $14.00 | $14.00 | Billable |
| | Description: Copies re: Application for Interim attorney fees for Laderer & Fischer to attorney's on certificate of service | | | | |
| 08/06/2007 | $0.200 | 281.00 | $56.20 | $56.20 | Billable |
| | Description: Copies re: Joint Motion for distribution to creditors | | | | |

5

| Date | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|
| 10/09/2007 | $0.200 | 300.00 | $60.00 | $60.00 | Billable |
| Description: Copies re: 2004, 2005 and 2006 taxes and K-1's to D. Hunter | | | | | |
| 02/04/2008 | $0.200 | 84.00 | $16.80 | $16.80 | Billable |
| Description: Copies re: K-1's to shareholders for 2008 | | | | | |
| 02/04/2008 | $0.200 | 21.00 | $4.20 | $4.20 | Billable |
| Description: Postage re: K-1's to shareholders for 2008 | | | | | |
| 02/06/2008 | $0.200 | 165.00 | $33.00 | $33.00 | Billable |
| Description: Copies re: of Complaint to Subordinate Claims creditor attorney and registered agents. | | | | | |
| 02/15/2008 | $0.200 | 4.00 | $0.80 | $0.80 | Billable |
| Description: Copies re: Adv. Pro. Dismissal to debtor and defendant. Inductotherm | | | | | |
| 02/28/2008 | $0.200 | 281.00 | $56.20 | $56.20 | Billable |
| Description: Copies re: Notice of Filing of Third Application for Trustee's Accountant's Fees to creditors | | | | | |
| 02/28/2008 | $0.200 | 25.00 | $5.00 | $5.00 | Billable |
| Description: Copies re: Third Application for Accountant's fees to specified parties | | | | | |
| 06/12/2008 | $0.200 | 20.00 | $4.00 | $4.00 | Billable |
| Description: Copies re: Motions to creditors and file | | | | | |
| 06/12/2008 | $0.200 | 284.00 | $56.80 | $56.80 | Billable |
| Description: Copies re: Notice of Motions to creditors | | | | | |
| 07/09/2008 | $0.200 | 284.00 | $56.80 | $56.80 | Billable |
| Description: Copies re: Notice of Supplemental Fee Request to creditors | | | | | |
| 07/09/2008 | $0.200 | 284.00 | $56.80 | $56.80 | Billable |
| Description: Copies re: Notice of Filing of Trustee's Final Report to creditors | | | | | |
| | | **Copies Total:** | **$1,450.40** | **$1,450.40** | |

**Postage**

| Date | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|
| 03/09/2005 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| Description: Postage re: letter to D.J. Schuman re: worker's comp trust | | | | | |
| 10/18/2005 | $0.390 | 5.00 | $1.95 | $1.95 | Billable |
| Description: Postage re: Application to Employ Counsel for Trustee (Laderer & Fischer) to attorneys | | | | | |
| 10/27/2005 | $0.630 | 25.00 | $15.75 | $15.75 | Billable |

| Date | Rate | Qty | Amount | Billed | Status |
|---|---|---|---|---|---|
| | Description: Postage re: Application to Employ Special Counsel for Trustee to attorneys | | | | |
| 10/28/2005 | $0.390 | 556.00 | $216.84 | $216.84 | Billable |
| | Description: Postage re: Notice of Motion to Limit Notice | | | | |
| 10/31/2005 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter to J. Burns to employ and file | | | | |
| 01/09/2006 | $0.390 | 5.00 | $1.95 | $1.95 | Billable |
| | Description: Postage re: Application to Employ Accountant for Trustee to attorneys | | | | |
| 01/10/2006 | $0.630 | 24.00 | $15.12 | $15.12 | Billable |
| | Description: Postage re: Application to Hire Baker & Daniels as Special Counsel for Trustee. | | | | |
| 01/23/2006 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter to A. Edgar re: to A. Edgar re: claim for UST quarterly fee | | | | |
| 01/26/2006 | $0.390 | 82.00 | $31.98 | $31.98 | Billable |
| | Description: Postage re: Mailing of Employee W-2 Forms | | | | |
| 01/30/2006 | $0.630 | 3.00 | $1.89 | $1.89 | Billable |
| | Description: Postage re: Motion to Employ Consultant as on certificate of service | | | | |
| 01/31/2006 | $1.000 | 6.65 | $6.65 | $6.65 | Billable |
| | Description: Postage re: 2003 tax documents to J. Frizzo | | | | |
| 02/15/2006 | $0.390 | 83.00 | $32.37 | $32.37 | Billable |
| | Description: Postage re: Amended W-2's to employees | | | | |
| 02/22/2006 | $13.160 | 1.00 | $13.16 | $13.16 | Billable |
| | Description: Fed Ex for W-2's to Accountant | | | | |
| 02/28/2006 | $10.500 | 1.00 | $10.50 | $10.50 | Billable |
| | Description: Postage re: Form W-3 and copies of W-2's to Social Security Administration. | | | | |
| 02/28/2006 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter to G. Rohrs with 1st quarter payment for storage of records | | | | |
| 02/28/2006 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: payment to Barret & McNagney attorney fee | | | | |
| 04/21/2006 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter and payment to AP Reporting | | | | |
| 05/15/2006 | $0.410 | 611.00 | $250.51 | $250.51 | Billable |
| | Description: Postage re: Notice of | | | | |

7

| Date | Description | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|---|
| | second motion to limit notice to creditors | | | | | |
| 05/19/2006 | | $0.390 | 281.00 | $109.59 | $109.59 | Billable |
| | Description: Postage re: Notice of Application for Consultant's Fees to creditors | | | | | |
| 05/19/2006 | | $0.630 | 2.00 | $1.26 | $1.26 | Billable |
| | Description: Postage re: Motion of Request of Consultant's Fees to attorneys | | | | | |
| 05/30/2006 | | $0.390 | 281.00 | $109.59 | $109.59 | Billable |
| | Description: Postage re: Notice of Amended Application for Trustee's Consultant's Fees. | | | | | |
| 05/30/2006 | | $0.390 | 2.00 | $0.78 | $0.78 | Billable |
| | Description: Postage re: Amended Application for Trustee's Consultant's Fees to attorneys | | | | | |
| 06/27/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: payment to D. Maude | | | | | |
| 07/14/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: reply letter to IRS regarding status of case | | | | | |
| 07/20/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter to G. Rohrs with 2nd quarter payment for storage of records | | | | | |
| 07/25/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter to M. Juba re: Fairmont Agreement | | | | | |
| 08/17/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: payment to Warsco attorney fee | | | | | |
| 10/23/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: payment to Summit Investment Management | | | | | |
| 12/18/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter to R. Swanson with requested update | | | | | |
| 12/21/2006 | | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: payment to Auburn Investment for storage of records | | | | | |
| 01/25/2007 | | $0.390 | 280.00 | $109.20 | $109.20 | Billable |
| | Description: Postage re: Notice of Application to Employ Accountant for Trustee to creditors | | | | | |
| 01/26/2007 | | $0.410 | 281.00 | $115.21 | $115.21 | Billable |
| | Description: Postage re: Notice of Second Fee Application for Consultant for Trustee to creditors | | | | | |
| 01/26/2007 | | $0.630 | 5.00 | $3.15 | $3.15 | Billable |

| Date | Amount | Qty | Total | | Status |
|---|---|---|---|---|---|
| | Description: Postage re: Second Application for Consultant's Fees to attorneys | | | | |
| 02/23/2007 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: second payment to D. Maude | | | | |
| 02/26/2007 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: payment to Baker & Daniels fees | | | | |
| 02/26/2007 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: payment to Kruggel & Lawton fees | | | | |
| 03/16/2007 | $0.390 | 1.00 | $0.39 | $0.39 | Billable |
| | Description: Postage re: letter to E. Stull re: worker's comp trust | | | | |
| 07/02/2007 | $0.410 | 280.00 | $114.80 | $114.80 | Billable |
| | Description: Postage re: Notice of Filing of Trustee's Request for Fees to creditors | | | | |
| 07/02/2007 | $0.410 | 25.00 | $10.25 | $10.25 | Billable |
| | Description: Postage re: Fee Applications to attorneys and debtor | | | | |
| 07/10/2007 | $0.410 | 281.00 | $115.21 | $115.21 | Billable |
| | Description: Postage re: Notice of Filing of Request for Interim attorney fees for Laderer & Fischer | | | | |
| 07/10/2007 | $0.410 | 5.00 | $2.05 | $2.05 | Billable |
| | Description: Postage re: Application for Interim attorney fees for Laderer & Fischer to attorney's on certificate of service | | | | |
| 08/06/2007 | $0.410 | 281.00 | $115.21 | $115.21 | Billable |
| | Description: Postage re: Joint Motion for distribution to creditors | | | | |
| 09/19/2007 | $20.150 | 1.00 | $20.15 | $20.15 | Billable |
| | Description: FedEx overnight charge for check to Summit | | | | |
| 09/20/2007 | $0.750 | 21.00 | $15.75 | $15.75 | Billable |
| | Description: Postage re: 2004, 2005 and 2006 K-1 reports to creditors | | | | |
| 10/09/2007 | $8.250 | 1.00 | $8.25 | $8.25 | Billable |
| | Description: Postage re: 2004, 2005 and 2006 taxes and K-1's to D. Hunter | | | | |
| 02/04/2008 | $6.450 | 3.00 | $19.35 | $19.35 | Billable |
| | Description: Postage re: certified mail for tax returns to IRS, Indiana and prompt determination | | | | |
| 02/06/2008 | $0.410 | 33.00 | $13.53 | $13.53 | Billable |
| | Description: Postage re: of Complaint to Subordinate Claims creditor attorney and registered agents. | | | | |

9

| Date | | Rate | Quantity | Amount | Billed | Status |
|---|---|---|---|---|---|---|
| 02/07/2008 | | $21.690 | 1.00 | $21.69 | $21.69 | Billable |
| | Description: Postage re: FedEx overnight payment to Fort Wayne clerk re: adversary opening fees. | | | | | |
| 02/15/2008 | | $0.410 | 2.00 | $0.82 | $0.82 | Billable |
| | Description: Postage re: Adv. Pro. Dismissal to debtor and defendant. Inductotherm | | | | | |
| 02/28/2008 | | $0.410 | 281.00 | $115.21 | $115.21 | Billable |
| | Description: Postage re: Notice of Filing of Third Application for Trustee's Accountant's Fees to creditors | | | | | |
| 02/28/2008 | | $0.630 | 4.00 | $2.52 | $2.52 | Billable |
| | Description: Postage re: Third Application for Accountant's fees to specified parties | | | | | |
| 06/12/2008 | | $0.420 | 284.00 | $119.28 | $119.28 | Billable |
| | Description: Postage re: Notice of Motions to creditors | | | | | |
| 06/12/2008 | | $0.420 | 2.00 | $0.84 | $0.84 | Billable |
| | Description: Postage re: Motions for order regarding federal income taxes to creditors | | | | | |
| 06/30/2008 | | $0.420 | 1.00 | $0.42 | $0.42 | Billable |
| | Description: Postage re: Social Security administration request to D. Maude. | | | | | |
| 07/09/2008 | | $0.420 | 284.00 | $119.28 | $119.28 | Billable |
| | Description: Postage re: Notice of Supplemental Fee Request to creditors | | | | | |
| 07/09/2008 | | $0.420 | 284.00 | $119.28 | $119.28 | Billable |
| | Description: Postage re: Notice of Filing of Trustee's Final Report to creditors | | | | | |
| | | | **Postage Total:** | **$1,988.36** | **$1,988.36** | |

**Fax**

| Date | | Rate | Quantity | Amount | Billed | Status |
|---|---|---|---|---|---|---|
| 10/11/2005 | | $0.600 | 16.00 | $9.60 | $9.60 | Billable |
| | Description: Fax (33 pages) from E. Triebold re: list of creditors | | | | | |
| 10/12/2005 | | $0.600 | 1.00 | $0.60 | $0.60 | Billable |
| | Description: Fax (2 pages) from E. Triebold re: bank accounts | | | | | |
| 02/28/2006 | | $0.600 | 1.00 | $0.60 | $0.60 | Billable |
| | Description: One page fax to R. Porter re: leased equipment | | | | | |
| 05/18/2006 | | $0.600 | 4.00 | $2.40 | $2.40 | Billable |
| | Description: 8 page fax to D. Maude re: application for fees | | | | | |
| 05/18/2006 | | $0.600 | 1.00 | $0.60 | $0.60 | Billable |
| | Description: Received two page fax from R. Porter re: Auburn equipment | | | | | |

| Date | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|
| 05/19/2006 | $0.600 | 1.00 | $0.60 | $0.60 | Billable |
| Description: Sent two page fax to J. Durbin re: Auburn equipment | | | | | |
| 12/30/2006 | $0.600 | 8.00 | $4.80 | $4.80 | Billable |
| Description: Received 17 page fax from D. Power re: resolution | | | | | |
| 10/04/2007 | $0.600 | 2.00 | $1.20 | $1.20 | Billable |
| Description: Three page fax to J. Frizzo re: supplemental application for accountant's fees. | | | | | |
| 12/13/2007 | $0.600 | 3.00 | $1.80 | $1.80 | Billable |
| Description: Sent 5 page fax to Marianne at Radio Shack. | | | | | |
| | | **Fax Total:** | **$22.20** | **$22.20** | |

**Mileage**

| Date | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|
| 01/26/2006 | $0.485 | 190.00 | $92.15 | $92.15 | Billable |
| Description: Mileage to Fort Wayne and back to South Bend re: 341 hearing. | | | | | |
| 07/10/2006 | $89.550 | 190.00 | $92.15 | $92.15 | Billable |
| Description: Mileage to and from South Bend to Fort Wayne (84.55)and parking fee for mediation (5.00) | | | | | |
| | | **Mileage Total:** | **$184.30** | **$184.30** | |

**Supplies**

| Date | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|
| 02/13/2006 | $23.310 | 6.00 | $139.86 | $139.86 | Billable |
| Description: 6 boxes of 6 part W-2 Laser forms. | | | | | |
| 02/13/2006 | $87.520 | 1.00 | $87.52 | $87.52 | Billable |
| Description: 12 Boxes of envelopes for W-2's. | | | | | |
| | | **Supplies Total:** | **$227.38** | **$227.38** | |

**Bond**

| Date | Rate | Qty | Amount | Total | Status |
|---|---|---|---|---|---|
| 04/28/2006 | $490.340 | 1.00 | $490.34 | $490.34 | Billable |
| Description: 2006 Premium from Trustee's Errors and Omissions Insurance | | | | | |
| 02/19/2007 | $914.350 | 1.00 | $914.35 | $914.35 | Billable |
| Description: 2007 portion of Trustee Error and Omission policy premium | | | | | |
| 01/22/2008 | $221.980 | 1.00 | $221.98 | $221.98 | Billable |
| Description: Portion of 2007 blanket bond due | | | | | |
| 04/30/2008 | $514.630 | 1.00 | $514.63 | $514.63 | Billable |
| Description: 2008 Portion of Trustee's Error and Omissions | | | | | |
| | | **Bond Total:** | **$2,141.30** | **$2,141.30** | |

**Distribution Expense**

| Date | | Rate | Quantity | Amount | | Status |
|---|---|---|---|---|---|---|
| 07/09/2008 | | $0.200 | 6.00 | $1.20 | $1.20 | Billable |
| | Description: Copies re: distribution check and copy of claim form to creditors | | | | | |
| 07/09/2008 | | $0.420 | 3.00 | $1.26 | $1.26 | Billable |
| | Description: Postage re: distribution check and copy of claim form to creditors | | | | | |
| | | **Distribution Expense Total:** | | **$2.46** | **$2.46** | |

| | | |
|---|---|---|
| **Project Category Total:** | **$6,016.40** | **$6,016.40** |
| **Matter Code Total:** | **$6,016.40** | **$6,016.40** |
| **EXPENSE SUMMARY:** | **$6,016.40** | |

Case 04-10427-reg    Doc 1126    Filed 07/10/08    Page 12 of 14

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| ) | |
| Auburn Foundry, Inc. ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor(s). ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2008, a copy of the attached Trustee's Compensation Application was served by electronic transmission or first class postage paid mail upon the following parties:

John R. Burns
jacklyn.faulkner@bakerd.com
Skrhoads@bakerd.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Mark A. Werling
deb.mcmeen@bakerd.com

Henry A. Efroymson

Henry.efroymson@icemiller.com

by depositing same in the United States mail, correct postage prepaid, upon the following parties:

Citizens Gas & Coke Utility
Michael McGauhey
2950 Propect Street
Indianapolis, IN 46203

DISA Industrie, Inc.
Randall A. Miller
80 Kendall Point Drive
Oswego, IL 60543

Fire Protection, Inc.
Curt & Tim Howard
750 W. North Street
Auburn, IN 46706

Fairmount Minerals
Michelle Pezanoski
P.O. Box 177
Wedron, IL 60557

Robert Overman
9700 W. Higgins Road
Suite 1000
Rosemont, IL 60018

Dated: July 10th, 2008

/s/ REBECCA HOYT FISCHER
REBECCA HOYT FISCHER
#10537-72
112 W. Jefferson Blvd., Suite 310

13

South Bend IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356