UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| ) | |
| Auburn Foundry, Inc. ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor(s). ) | |
| ) | |

**ORDER APPROVING APPLICATION FOR ALLOWANCE OF
TRUSTEE'S COMPENSATION AND EXPENSES**

At Fort Wayne, Indiana on

This matter came before the Court on the Application of Rebecca Hoyt Fischer as Trustee for Allowance of Trustee's Compensation and Expenses and notice, if required, having been given to all parties in interest and no objections having been filed and the Court being duly advised in the premises does now grant said Application.

IT IS HEREBY ORDERED that Rebecca Hoyt Fischer as Trustee, is granted fees in the amount of $37,625.74 and expenses in the amount of $6,016.40.

**SO ORDERED.**


_____
The Honorable Robert E. Grant
United States Bankruptcy Court