UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )   CASE NO.   04-10427 |
| | ) |
| Debtors | ) |

**ORDER TO AMEND**

At Fort Wayne, Indiana, on   July 11, 2008.

The notice of motion and opportunity to object which the trustee (hereinafter "Movant") served in connection with her Motion for Distribution does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

    a. The notice does not "contain a brief summary of the ground for the motion or have a copy of the motion attached to it." N.D. Ind. L.B.R. B-2002-2(c)(4).

    b. The address of the clerk's office to which objections should be mailed is different from the one in which the case is pending. N.D. Ind. L.B.R. B-2002-2(c)(5).

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file proof thereof within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

    SO ORDERED.

                                                /s/ Robert E. Grant
                                        Judge, United States Bankruptcy Court