UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )   CASE NO.   04-10427 |
| | ) |
| Debtors | ) |

**ORDER TO AMEND**

At Fort Wayne, Indiana, on    July 11, 2008.

The notice of motion and opportunity to object which the trustee (hereinafter "Movant") served in connection with her Motion for an Order Authorizing Abandonment of Books, Records and Other Documents does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

   a.   The notice does not "contain a brief summary of the ground for the motion or have a copy of the motion attached to it."  N.D. Ind. L.B.R. B-2002-2(c)(4).

   b.   The address of the clerk's office to which objections should be mailed is different from the one in which the case is pending. N.D. Ind. L.B.R. B-2002-2(c)(5).

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time.  Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file proof thereof within fourteen (14) days of this date.  See, N.D. Ind. L.B.R. B-9013-4(a).  The failure to do so will result in the motion being denied without prejudice and without further notice.

   SO ORDERED.

   /s/ Robert E. Grant
   Judge, United States Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: jlesure           Page 1 of 1              Date Rcvd: Jul 11, 2008
Case: 04-10427                Form ID: pdf004         Total Served: 1

The following entities were served by first class mail on Jul 13, 2008.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2008**          **Signature:**       *Joseph Speetjens*