# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)  )
Auburn Foundry, Inc.  )
35–0154360  )
635 W. Eleventh Street  )  Case Number: 04–10427–reg –reg
Auburn, IN 46706  )
)
)
)
)
)
) Chapter: 7
)
)
)
)
)
)

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on August 27, 2008 at 10:30 AM to consider and act upon the following:

Trustee's motion, filed on June 12, 2008, to approve order regarding Federal Income Taxes

and such other business as may properly come before the court. You should be present in person or by counsel if you wish to be heard with regard thereto.

This matter has been scheduled on the court's miscellaneous calendar. No oral testimony will be received. Therefore, the parties will not need to bring witnesses. Counsel for the parties will, however, be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.

Dated at Fort Wayne , Indiana on July 14, 2008 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
1300 S. Harrison St.
Fort Wayne, Indiana 46801

Document No. 1132 – 1120