**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **IN RE:** | ) **Case No. 04-10427** |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) **Chapter 7 Bankruptcy** |
| **Debtor.** | |

**ORDER AUTHORIZING ABANDONMENT**
**OF BOOKS, RECORDS AND OTHER DOCUMENTS**

At Fort Wayne, Indiana

Rebecca Hoyt Fischer, Chapter 7 Trustee herein, having filed her Amended Motion for Order Authorizing Abandonment of Books, Records and Other Documents and the Court having reviewed said Motion and being duly advised in the premises

IT IS HEREBY ORDERED that the Trustee is authorized to abandon the Debtor's books, records and other documents located at 7575 W. Jefferson Blvd., Fort Wayne, IN 46804-4131 effective the date of this order.

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court