# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

In Re: Debtor(s) (name(s) and address)  )
Auburn Foundry, Inc.  )
35–0154360  )
635 W. Eleventh Street  ) Case Number: 04–10427–reg –reg
Auburn, IN 46706  )
  )
  )
  )
  )
  )
  ) Chapter: 7
  )
  )
  )
  )
  )
  )

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in this case will be held at Room 2127, Federal Building, 1300 South Harrison Street, Fort Wayne, Indiana on August 27, 2008 at 10:30 AM to consider and act upon the following:

   Trustee's motion, filed on June 12, 2008, to approve order regarding Federal Income Taxes

and such other business as may properly come before the court. You should be present in person or by counsel if you wish to be heard with regard thereto.

   This matter has been scheduled on the court's miscellaneous calendar. No oral testimony will be received. Therefore, the parties will not need to bring witnesses. Counsel for the parties will, however, be required to appear. If the matter cannot be resolved at the scheduled hearing, the court will set the matter for such further proceedings as may be appropriate.

Dated at Fort Wayne , Indiana on July 14, 2008 .

                                                                           Christopher M. DeToro
                                                                          _____
                                                                          Clerk, United States Bankruptcy Court
                                                                          1300 S. Harrison St.
                                                                          Fort Wayne, Indiana 46801

                                                                          Document No. 1132 – 1120

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: tlb                Page 1 of 1             Date Rcvd: Jul 14, 2008
Case: 04-10427                Form ID: 452             Total Served: 9


The following entities were served by first class mail on Jul 16, 2008.
dbpos          +Auburn Foundry, Inc.,    635 W. Eleventh Street,   Auburn, IN 46706-2140
               ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court:   Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA  19114)
7361568        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court:   Internal Revenue Services,    230 South Dearborn, Room 2560,   5014CHI,
                 Chicago, IL 60604)
7148551         Internal Revenue Service,    230 South Dearborn, Room 2560,    5014 CHI,   Chicago, IL 60604
7148549        +U.S. Attorney Office,    3128 Federal Building,    1300 South Harrison Street,
                 Fort Wayne IN 46802-3495

The following entities were served by electronic transmission on Jul 15, 2008.
7148472         E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 15 2008 07:33:40
                 INDIANA DEPARTMENT OF REVENUE,    100 NORTH SENATE,    ROOM N203,    INDIANAPOLIS, IN  46204-2217
7361566         E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 15 2008 07:33:40
                 Indiana Department of Revenue,    100 North Senate,    Indianapolis, IN 46204-2253
7361567        +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 15 2008 07:33:40
                 Indiana Department of Revenue,    County Tax,    100 North Senate,    Indianapolis, IN 46204-2273
7250232        +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jul 15 2008 07:33:40
                 Indiana Department of Revenue,    Bankruptcy Section, Room N-203,    100 North Senate Avenue,
                 Indianapolis, IN 46204-2273
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            AFI Lending Group, LLC
7815925*        Indiana Department of Revenue,    100 North Senate,    Room N203,    Indianapolis IN  46204-2217
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2008**                    Signature: _Joseph Speetjens_