UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| | ) |
| Auburn Foundry, Inc. | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor(s). | ) |
| | ) |

**ORDER APPROVING APPLICATION FOR ALLOWANCE OF
TRUSTEE'S COMPENSATION AND EXPENSES**

At Fort Wayne, Indiana on    August 11, 2008.

This matter came before the Court on the Application of Rebecca Hoyt Fischer as Trustee for Allowance of Trustee's Compensation and Expenses and notice, if required, having been given to all parties in interest and no objections having been filed and the Court being duly advised in the premises does now grant said Application.

IT IS HEREBY ORDERED that Rebecca Hoyt Fischer as Trustee, is granted fees in the amount of $37,625.74 and expenses in the amount of $6,016.40.

**SO ORDERED.**


_____/s/ Robert E. Grant_____
The Honorable Robert E. Grant
United States Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1           User: jlesure              Page 1 of 1            Date Rcvd: Aug 11, 2008
Case: 04-10427                 Form ID: pdf004            Total Served: 1

The following entities were served by first class mail on Aug 13, 2008.
dbpos        +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2008**              Signature:    *Joseph Speetjens*