UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

## ORDER

In Fort Wayne, Indiana August 15, 2008.

This matter having come before the Court on the Motion for Distribution (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The Trustee is authorized and directed to distribute to Summit on the date of the approval of this order, $2,285.70 representing the funds received relating to a proof of claim filed by Auburn Foundry in the Chapter 11 bankruptcy proceeding of Jonesville Tool & Machine.

/s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court