UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| ) | |
| Auburn Foundry, Inc. ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor(s). ) | |
| ) | |

**ORDER APPROVING SUPPLEMENTAL APPLICATION FOR ALLOWANCE OF COMPENSATION
OF LADERER & FISCHER, P.C. AS ATTORNEY FOR TRUSTEE**

At Fort Wayne, Indiana on August 15, 2008.

This matter came before the Court on the Application of Laderer & Fischer, P.C. for Allowance of Compensation as Attorney for the Trustee and notice, if required, having been given to all parties in interest and no objection having been filed and the Court being duly advised in the premises does now grant said Application.

**IT IS HEREBY ORDERED** that Laderer & Fischer, P.C.'s supplemental fees are hereby determined to be reasonable for professional services rendered in connection with this case on behalf of the Trustee for the time period of July 3, 2007 through July 10, 2008 and are hereby approved in the amount of $15,537.50.

**SO ORDERED.**

/s/ Robert E. Grant
The Honorable Robert E. Grant
United States Bankruptcy Court