UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

## ORDER

In Fort Wayne, Indiana August 15, 2008.

This matter having come before the Court on the Motion for Distribution (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The Trustee is authorized and directed to distribute to Summit on the date of the approval of this order, $2,285.70 representing the funds received relating to a proof of claim filed by Auburn Foundry in the Chapter 11 bankruptcy proceeding of Jonesville Tool & Machine.

/s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court



**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: ldp                Page 1 of 1           Date Rcvd: Aug 15, 2008
Case: 04-10427                Form ID: pdf004          Total Served: 1

The following entities were served by first class mail on Aug 17, 2008.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2008**          Signature:    *Joseph Speetjens*