UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC., )
) Chapter 7 Bankruptcy
Debtor.

ORDER AUTHORIZING ABANDONMENT
OF BOOKS, RECORDS AND OTHER DOCUMENTS

At Fort Wayne, Indiana August 15, 2008.

Rebecca Hoyt Fischer, Chapter 7 Trustee herein, having filed her Amended Motion for Order Authorizing Abandonment of Books, Records and Other Documents and the Court having reviewed said Motion and being duly advised in the premises

IT IS HEREBY ORDERED that the Trustee is authorized to abandon the Debtor's books, records and other documents located at 7575 W. Jefferson Blvd., Fort Wayne, IN 46804-4131 effective the date of this order.

/s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0755-1          User: ldp              Page 1 of 1            Date Rcvd: Aug 15, 2008
Case: 04-10427                Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on Aug 17, 2008.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,    Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2008**                    Signature:    _Joseph Speetjens_