UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

**ORDER**

In Fort Wayne, Indiana August 28, 2008.

This matter having come before the Court on the Trustee's Motion for Order regarding Federal Income Taxes (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The Trustee is hereby relieved of any obligation to file a final federal income tax return for the Debtor's bankruptcy estate.

3. The Trustee is hereby relieved from any obligation to pay federal income taxes owed by the Debtor.

/s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court