**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| ) | |
| Auburn Foundry, Inc. ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor(s). ) | |
| ) | |

**THIRD APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES**

The petition of Laderer & Fischer respectfully represents:

1. On October 11, 2005 applicant was employed and appointed under a general retainer as counsel for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2. All services for which supplemental compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person.

3. Applicant advised the Trustee with respect to all legal matters in connection with the administration of this estate and the performance of her duties as Trustee. The professional services rendered by applicant are more specifically detailed on the Time and Billing Report attached hereto and made a part hereof.

4. Applicant has received previous allowances as attorney for the Trustee. In the amounts of $26,487.50 dated August 7, 2007 for services rendered through July 2, 2007 and $15,537.50 on August 15, 2008 for services rendered July 3, 2007 through July 10, 2008.

5. No agreement exists between applicant and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

6. The reasonable value of the services rendered and costs advanced by applicant for the time period July 11, 2008 through August 28, 2008 as attorney for said Trustee in this proceeding is $2,762.50 and expenses of $287.23 for the same time period.

WHEREFORE, applicant prays that an additional allowance be made to her in the total sum of $3,049.73 as compensation for professional services rendered and costs advanced in this proceeding or such sum as the Court may allow.

Dated: <u>August 29th, 2008</u>                REBECCA HOYT FISCHER, TRUSTEE

/s/ <u>REBECCA HOYT FISCHER</u>
REBECCA HOYT FISCHER
#10537-72
112 W. Jefferson Blvd., Suite 310
South Bend IN 46601

Telephone: (574) 284-2354
Facsimile: (574) 284-2356

## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of August, 2008, a true and correct copy of the above and foregoing Application was served by electronic transmission upon the following parties:

| | |
|---|---|
| John R. Burns<br>jacklyn.faulkner@bakerd.com<br>Skrhoads@bakerd.com | U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov |
| Mark A. Werling<br>deb.mcmeen@bakerd.com | Henry A. Efroymson<br>Henry.efroymson@icemiller.com |

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Citizens Gas & Coke Utility<br>Michael McGauhey<br>2950 Prospect Street<br>Indianapolis, IN 46203 | DISA Industries, Inc.<br>Randall A. Miller<br>80 Kendall Point Drive<br>Oswego, IL 60543 |
| Fire Protection, Inc.<br>Curt & Tim Howard<br>750 W. North Street<br>Auburn, IN 46706 | Robert Overman<br>9700 W. Higgins Road<br>Suite 1000<br>Rosemont, IL 60018 |
| Fairmount Minerals<br>Michelle Pezanoski<br>P.O. Box 177<br>Wedron, IL 60557 | |

# TIME AND BILLING
# TIME REPORT

Page No: 1

| Case No.: | 04-10427 | | | | | | Trustee Name |
|---|---|---|---|---|---|---|---|
| Case Name: | AUBURN FOUNDRY, INC. | | | | | | Rebecca Hoyt Fischer |

| PROFESSIONAL | DATE | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|---|
| **Firm Name: Laderer & Fischer, PC** | | | | | | | |
| **Project Category : Asset Analysis and Recovery** | | | | | | | |
| Rebecca Hoyt Fischer | 07/14/2008 | $250.00 | 0.60 | $150.00 | 0.60 | $150.00 | Billable |
| Description: Received and reviewed Notice of Hearing re: Tax Motion Email A. Mackey, D. Leonard. | | | | | | | |
| Rebecca Hoyt Fischer | 07/18/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Telephone conference with S. Delgato attorney for creditor Vesuvius, re: claim. | | | | | | | |
| Rebecca Hoyt Fischer | 08/04/2008 | $250.00 | 1.00 | $250.00 | 1.00 | $250.00 | Billable |
| Description: Research re: jurisdiction under Section 505. | | | | | | | |
| Rebecca Hoyt Fischer | 08/05/2008 | $250.00 | 1.50 | $375.00 | 1.50 | $375.00 | Billable |
| Description: Research re: 505 jurisdiction. | | | | | | | |
| Rebecca Hoyt Fischer | 08/07/2008 | $250.00 | 0.50 | $125.00 | 0.50 | $125.00 | Billable |
| Description: Telephone conference with A. Mackey re: Complaint. | | | | | | | |
| Rebecca Hoyt Fischer | 08/13/2008 | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| Description: Telephone conference with A. Mackey re: declaratory judgment. | | | | | | | |
| Rebecca Hoyt Fischer | 08/13/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Telephone conference with D. Leonard re: adversary. | | | | | | | |
| Rebecca Hoyt Fischer | 08/13/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Received and reviewed email from A. Mackey re: adversary. | | | | | | | |
| Rebecca Hoyt Fischer | 08/18/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Telephone conference with S. Young from Tower Investment re: additional funds | | | | | | | |
| Rebecca Hoyt Fischer | 08/20/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Telephone conference with J. Humphrey re: declaratory judgment action | | | | | | | |
| Rebecca Hoyt Fischer | 08/21/2008 | $250.00 | 0.30 | $75.00 | 0.30 | $75.00 | Billable |
| Description: Received and reviewed email from and telephone conference with A. Mackey re: tax motion | | | | | | | |
| Rebecca Hoyt Fischer | 08/22/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Received and reviewed and replied to email from A. Mackey re: hearing | | | | | | | |
| Rebecca Hoyt Fischer | 08/27/2008 | $250.00 | 5.00 | $1,250.00 | 5.00 | $1,250.00 | Billable |
| Description: Telephone conference with A. Cruz re: real estate; Attended hearing in Fort Wayne on tax motion | | | | | | | |
| Rebecca Hoyt Fischer | 08/28/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Telephone conference with E. Triebold re: hearing | | | | | | | |
| Roberta Kickbush | 08/28/2008 | $125.00 | 0.00 | $0.00 | 0.00 | $0.00 | Billable |
| Description: Telephone conference with S. Young from Tower Investment re: additional funds | | | | | | | |

Rebecca Hoyt Fischer billable hours = 10.60 hours at $250.00 per hour = $2,650.00
Roberta Kickbush billable hours = 0.00 hours at $125.00 per hour = $0.00

| **Project Category Asset Analysis and Recovery Total:** | | | **10.60** | | | **$2,650.00** | |
| **Project Category : Fee Employment Application** | | | | | | | |
| Rebecca Hoyt Fischer | 08/28/2008 | $250.00 | 0.20 | $50.00 | 0.20 | $50.00 | Billable |
| Description: Reviewed second supplemental application for fees | | | | | | | |
| Roberta Kickbush | 08/28/2008 | $125.00 | 0.50 | $62.50 | 0.50 | $62.50 | Billable |
| Description: Drafted second supplemental application for fees, order, certificate of service and notice to creditors; executed service | | | | | | | |

Rebecca Hoyt Fischer billable hours = 0.20 hours at $250.00 per hour = $50.00
Roberta Kickbush billable hours = 0.50 hours at $125.00 per hour = $62.50

| **Project Category Fee Employment Application Total:** | | | **0.70** | | | **$112.50** | |

Rebecca Hoyt Fischer billable hours = 10.80 hours at $250.00 per hour = $2,700.00
Roberta Kickbush billable hours = 0.50 hours at $125.00 per hour = $62.50

| **Firm Name Laderer & Fischer, PC Total:** | | | **11.30** | | | **$2,762.50** | |
| **TOTALS:** | | | **11.30** | **$2,762.50** | **11.30** | **$2,762.50** | |

# TIME AND BILLING
## EXPENSE REPORT

Page No: 1

| Case No.: | 04-10427 | | | | Trustee Name |
|---|---|---|---|---|---|
| Case Name: | AUBURN FOUNDRY, INC. | | | | Rebecca Hoyt Fischer |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Matter Code :** | | | | | |
| **Project Category : Asset Analysis and Recovery** | | | | | |
| **Mileage** | | | | | |
| 08/27/2008 | $0.59 | 190.00 | $111.15 | $111.15 | Billable |
| Description: Mileage re: travel to and from Fort Wayne on motion re: taxes | | | | | |
| | | **Mileage Total:** | **$111.15** | **$111.15** | |
| | **Project Category Asset Analysis and Recovery Total:** | | **$111.15** | **$111.15** | |
| **Project Category : Fee Employment Application** | | | | | |
| **Copies** | | | | | |
| 08/28/2008 | $0.20 | 284.00 | $56.80 | $56.80 | Billable |
| Description: Copies re: Notice of Filing of Second Supplemental Application for Fees to creditors | | | | | |
| | | **Copies Total:** | **$56.80** | **$56.80** | |
| **Postage** | | | | | |
| 08/28/2008 | $0.42 | 284.00 | $119.28 | $119.28 | Billable |
| Description: Postage re: Notice of Filing of Second Supplemental Application for Fees to creditors | | | | | |
| | | **Postage Total:** | **$119.28** | **$119.28** | |
| | **Project Category Fee Employment Application Total:** | | **$176.08** | **$176.08** | |
| | | **Matter Code Total:** | **$287.23** | **$287.23** | |
| | **EXPENSE SUMMARY:** | | **$287.23** | | |