**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-31861 |
| | ) | |
| MICHAEL WAYNE TOMBLIN AND | ) | |
| HOLLY LYNN TOMBLIN | ) | Chapter 7 Bankruptcy |
| | ) | |
| Debtor(s). | ) | |

**ORDER APPROVING THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION**
**OF LADERER & FISCHER, P.C. AS ATTORNEY FOR TRUSTEE**

At South Bend, Indiana on

This matter came before the Court on the Application of Laderer & Fischer, P.C. for Allowance of Compensation as Attorney for the Trustee and notice, if required, having been given to all parties in interest and no objection having been filed and the Court being duly advised in the premises does now grant said Application.

**IT IS HEREBY ORDERED** that Laderer & Fischer, P.C.'s fees are hereby determined to be reasonable for professional services rendered in connection with this case on behalf of the Trustee for the time period of July 11, 2008 through August 28, 2008 and are hereby approved in the amount of $3,049.73.

**SO ORDERED.**

_____
The Honorable Harry C. Dees, Jr.
United States Bankruptcy Court