UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 04-10427 |
| AUBURN FOUNDRY, INC., | ) |
| | ) Chapter 7 Bankruptcy |
| Debtor. | |

**ORDER**

In Fort Wayne, Indiana August 28, 2008.

This matter having come before the Court on the Trustee's Motion for Order regarding Federal Income Taxes (the "Motion"), and the Court having considered the Motion and the premises thereto,

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The Trustee is hereby relieved of any obligation to file a final federal income tax return for the Debtor's bankruptcy estate.

3. The Trustee is hereby relieved from any obligation to pay federal income taxes owed by the Debtor.

/s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court


```
District/off: 0755-1           User: ldp                Page 1 of 1              Date Rcvd: Aug 28, 2008
Case: 04-10427                 Form ID: pdf004          Total Served: 1

The following entities were served by first class mail on Aug 30, 2008.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2008**              Signature:    *Joseph Speetjens*