UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 04-10427 |
| | ) | CHAPTER | 7 |
| AUBURN FOUNDRY, INC. | ) | REG/jl | |
| | ) | | |
| | ) | | |
| Debtor(s) | | | |

O R D E R

At Fort Wayne, Indiana, on    September 25, 2008.

On August 29, 2008, Rebecca Hoyt Fischer, Attorney for Trustee, filed an application for fees in the amount of $2762.50 and expenses in the amount of $287.23, less any amounts previously paid. Appropriate notice has been given and there has been no objection;

IT IS THEREFORE ORDERED that the application for fees is APPROVED.


    /s/ Robert E. Grant
Judge, United States Bankruptcy Court