UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: ) Case No. 04-10427
AUBURN FOUNDRY, INC., )
) Chapter 7 Bankruptcy
Debtor.

## MOTION FOR ORDER AUTHORIZING ABANDONMENT OF REAL ESTATE

Comes now, Rebecca Hoyt Fischer, Chapter 7 Trustee herein, and for her Motion for Order Authorizing Abandonment of Real Estate, states:

1. On February 8, 2004, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On October 11, 2005, the Debtor's case was converted to a case under Chapter 7 of the Bankruptcy Code. The Trustee was appointed in the Debtor's Chapter 7 case on October 13, 2005.

2. Pursuant to 11 U.S.C. 554 (a), the Trustee hereby moves the Court for an order authorizing the abandonment of certain parcels of real estate identified in the attached Exhibit "A" (the "Real Estate"). The parcels of Real Estate have no street address. Some of the parcels were identified in the Order Authorizing and Approving Sale of Plants and related Assets Free and Clear of Liens, Claims and Interests as the " County Road 48 " and "County Road 50" landfills.

3. The Real Estate is burdensome and of inconsequential value to the bankruptcy estate.

WHEREFORE, the Trustee requests an Order authorizing the abandonment of the real estate identified in the attached Exhibit "A".

Respectfully submitted,

Dated: November 4, 2008

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer                    #10537-72
LADERER & FISCHER, P.C.
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2008, a true and correct copy of the above and foregoing Amended Motion was served by either electronic transmission upon the following parties:

John R. Burns
jacklyn.faulkner@bakerd.com
Skrhoads@bakerd.com

U.S. Trustee
USTPRegion10.SO.ECF@usdoj.gov

Mark A. Werling
deb.mcmeen@bakerd.com

Henry A. Efroymson
Henry.efroymson@icemiller.com

Michael M. Eidelman
meidelman@vedderprice.com

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

The undivided 31/32 of the following described real estate, to-wit:

A tract of land in the north fractional half of the northwest quarter of Section 5, Township 33 North, Range 13 East, described as follows: Commencing at a point 301.4 feet west and 587 feet south of the southeast corner of the southwest quarter of Section 32, Township 34 North, Range 13 East, thence north 87 degrees 43 minutes west 1311.8 feet to the center line of Cedar Creek drain; thence southwesterly along the center line of said Creek to the south line of said north fractional half of the northwest quarter of said Section 5; thence south 88 degrees 30 minutes east along said south line 1434 feet; thence north 523 feet more or less to the place of beginning, containing 17.74 acres more or less. Together with a right of way easement adjoining said described tract along the entire north side thereof and being 60 feet wide north and south from the north line of this description, said easement also extending north along the east bank of Cedar Creek drain to the bridge across Cedar Creek, with a 60 foot width east and west along said east bank of said Creek.

Subject to all Easements and Restrictions of Record.

Subject to the payment by the Grantee herein of the 1972 taxes due and payable in 1973 and all taxes due or accruing thereafter and all assessments completed after this date.

By way of recital, Grantor states that this deed is made and given pursuant to a Contract made November 11, 1971, between Auburn Sanitary Landfill, Inc. and the Grantee herein, this Grantor having obtained title to said real estate by virtue of liquidation of the said Auburn Sanitary Landfill, Inc.

       Recorded in the Office of the DeKalb County Recorder
       Recorded 11/1/72; Liber 153, Page 384
       Key# 17-10-05-105-002.000-009

That part of the real estate previously described in the chain of title as belonging to the Lake Shore and Michigan Southern Railroad Company and lying within the following described real estate located in DeKalb County, State of Indiana: The Northwest Quarter of the Southeast Quarter and 37.38 acres off the South part of the Southwest Quarter of the Northeast Quarter of Section 1, Township 33 North, Range 12 East, except the following tract of land: Commencing at the Southeast corner of the Northwest Quarter of the Southeast Quarter of said Section 1, Township 33 North, Range 12 East; thence North along the East line of said Northwest Quarter of the Southeast Quarter of said Section to its intersection with the center line of the first County Road; thence South 80 degrees 42 minutes West along the center line of said road a distance of 735.8 feet; thence North 220 feet; thence West 394.7 feet to the East line of the right-of-way of Interstate Highway No. 69; thence in a southerly direction along the East line of said right-of-way to the South line of the Northwest Quarter of the Southeast Quarter of said Section 1, Township 33 North, Range 12 East; thence East along said South line to the place of beginning.

       Recorded in the Office of the DeKalb County Recorder
       Recorded 12/12/86; Liber 186, Page 304
       Key# 17-09-01-400-002.000-011

EXHIBIT A

The Northwest Quarter of the Southeast Quarter and 37.50 acres off the South part of the Southwest Quarter of the Northeast Quarter, all in Section 1, Township 33 North, Range 12 East, except the following three tracts of land:

TRACT NO. 1: Commencing at the Southeast corner of the Northwest Quarter of the Southeast quarter of said Section 1, Township 33 North, Range 12 East; thence North along the East line of said Northwest Quarter of the Southeast Quarter of said Section to its intersection with the center line of the first County Road; thence South 80 degrees 42 minutes West along the center line of said road an distance of 735.8 feet; thence North 220 feet; thence West 394.7 feet to the East line of the right-of-way of Interstate Highway No. 69; thence in a southerly direction along the East line of said right-of-way to the South line of the Northwest Quarter of the Southeast Quarter of said Section 1, Township 33 North, Range 12 East; thence East along said South line to the place of beginning.

TRACT NO. 2: That part of the said above described real estate now belonging to the Lake Shore and Michigan Southern Railroad Company.

TRACT NO. 3: That part of the said above described real estate taken by the State of Indiana for highway purposes in condemnation proceedings in Cause No. 25651 in the DeKalb Circuit Court, DeKalb County, Indiana, being the real estate lying West of the following line: Commencing at the Northwest corner of the Northeast Quarter of Section 1, Township 33 North, Range 12 East, Keyser Township, DeKalb County, Indiana; thence easterly 79.4 feet along the North line of said section to a point; thence South 1400.6 feet to a point; thence West 97.7 feet to a point on the North line of the property conveyed by a prior deed extended West; thence South 89 degrees 09 minutes East along said North line a distance of 207.0 feet for a point of beginning; thence South 00 degrees 14 minutes West a distance of 88.8 feet; thence South 03 degrees 58 minutes East a distance of 752.0 feet; thence South 00 degrees 14 minutes West a distance of 800 feet; thence South 08 degrees 12 minutes West a distance of 337.5 feet.

All of the above described real estate, after those portions excepted, contains 52.66 acres of land, more or less.

Recorded in the Office of the DeKalb County Recorder
Recorded 12/12/86; Liber 186, Page 305
Key# 17-09-01-251-002.000-011

ALL THAT PROPERTY situate in part of the East Half of Section 1, Township 33 North, Range 12 East, Township of Keyser, County of DeKalb and State of Indiana, being a strip of land 100 feet wide lying 50 feet on each side of the centerline of that portion of the former Ft. Wayne and Jackson Railroad which begins at the centerline of County Road 23 extended across said Railroad through a point in the centerline thereof at Chaining Station 1198+98, more or less, and thence extends Southwestwardly for a distance of 1,736 feet, more or less, measured along said railroad centerline to the North line of County Road 50 extended across the former Ft. Wayne and Jackson Railroad through a point in the centerline thereof at Chaining Station 1181+62, more or less, and there ending.

Recorded in the Office of the DeKalb County Recorder
Recorded 6/3/87; Liber 187, Page 506
Key# 17-09-01-251-003.000-011

2

Part of the North Fractional Half of the Northwest Quarter of Section 5, Township 33 North, Range 13 East, DeKalb County, Indiana, described as follows:

Commencing at a point 301.4 feet West and 587 feet South of the southeast corner of the Southwest Quarter of Section 32, Township 34 North, Range 13 East, DeKalb County; thence North 87 degrees 43 minutes 00 seconds West (assumed bearing) 189.52 feet to the point of beginning; thence continuing North 87 degrees 43 minutes 00 seconds West 1112.0 feet to the center line of Cedar Creek; thence North 13 degrees 52 minutes 20 seconds East, along said centerline, 153.12 feet; thence South 87 degrees 43 minutes 00 seconds East 630.40 feet; thence south 69 degrees 18 minutes 50 seconds East 475.14 feet to the point of beginning, containing 3.00 acres more or less.

Recorded in the Office of the DeKalb County Recorder
Recorded 6/14/91; Liber 199, Page 162
Key# 17-10-05-105-004.000-010

A part of the Southwest Quarter of the Northeast Quarter of Section 1, Township 33 North, Range 12 East, DeKalb County, Indiana, described as follows: Beginning at a point on the west line of said quarter section South 1 degree 05 minutes 33 seconds West 2,490.97 feet from the northwest corner of said quarter section, which point of beginning is on the former northwestern line of the right of way of the Penn Central Railroad; thence North 56 degrees 44 minutes 00 seconds East 343.15 feet along said former northwestern line; thence South 0 degrees 14 minutes 00 seconds West 71.95 feet to the former southeastern line of said right of way; thence South 56 degrees 44 minutes 00 seconds West 344.46 feet along said former southeastern line to the west line of said quarter section; thence North 1 degree 05 minutes 33 seconds East 72.68 feet along said west line to the point of beginning and containing 0.474 acres, more or less.

Recorded in the Office of the DeKalb County Recorder
Recorded 06/11/93; Liber 204, Page 368
Key# 17-09-01-251-003.000-011

Part of the fractional Northwest Quarter of Section 5, Township 33 North, Range 13 East, Jackson Civil Township, DeKalb County, Indiana, more particularly described as follows:

Beginning at a Jackstand Pipe that is recorded to be 301.40 feet West and 587.00 feet South of the Southeast Corner of the Southwest Quarter of Section 32 in Township 34 North, Range 13 East, Jackson Civil Township, said DeKalb County; thence North 87 deg. 43 min. 00 sec. West (Recorded and base bearing), a distance of 189.52 feet; thence North 69 deg. 18 min. 50 sec. West, a distance of 475.14 feet; thence South 87 deg. 43 min. 00 sec. East, a distance of 633.17 feet to a 5/8 inch rebar in an existing fenceline; thence South 00 deg. 24 min. 40 sec. East, a distance of 150.17 feet back to the POINT OF BEGINNING, containing 1.416 Acres, more or less, subject to a 60 foot wide Right-of-Way Easement along the entire Southerly line of the above described parcel, also subject to any and all other Easements and Rights-of-Ways of records.

Recorded in the Office of the DeKalb County Recorder
Recorded 7/7/99; Liber 225, Page 214
Key# 17-10-05-105-005.000-010

Part of the Northwest Quarter (NW1/4) of the Southeast Quarter (SE1/4) of Section One (1) Township Thirty-three (33) North, Range Twelve (12) East, in DeKalb County, State of Indiana, described as follows: Beginning at a point 3.25 chains west of the Southeast corner of the Northwest Quarter of said Southeast Quarter of said Section 1, Township 33 North, Range 12 East; thence north parallel with the east line of said northwest quarter of said southeast quarter 6 chains and 18 links to the center of the county highway; thence south 80 degrees 42 minutes west along the center of said county highway a distance of 518 feet; thence north 220 feet; thence west 394.7 feet to the east line of the right-of-way of Interstate Highway No. 69; thence in a southerly direction along the east line of said right-of-way to the south line of the said northwest quarter of said southeast quarter; thence east along said south line to the place of beginning, EXCEPTING THEREFROM the following: commencing at the Southeast corner of the Northwest one-quarter of the Southeast one-quarter of Section 1 Township 33 North, Range 12 East; thence by a deflection left of 89 degrees 13 mintues along the south line of the Northwest one-quarter of the Southeast one-quarter of said Section, a distance of 214.5 feet to the point of beginning thence by deflection right of 89 degrees 13 minutes parallel to the east line of the Northwest one-quarter of the Southeast one-quarter of said Section a distance of 407.88 feet to the centerline of County Road #50; thence by a deflection left 99 degrees 06 minutes along said centerline a distance of 932.69 feet to the easterly right-of-way line of the limited access line of Interstate Highway I-69, thence by a deflection left of 111 degrees 29 minutes a distance of 20 feet along said right-of-way line to a corner post; thence by a deflection right of 26 degrees 15 minutes a distance of 229.5 feet along said right-of-way line to the south line of the Northwest one-quarter of the Southeast one-quarter of said Section; thence easterly on and along the said south line of the Northwest one-quarter of the Southeast one-quarter of said Section a distance of 905.95 feet to the point of beginning.

Recorded in the Office of the DeKalb County Recorder
Recorded 10/28/91, Liber 200 Page 149
Key# 17-09-01-400-003.00-011


A tract of land located in the Northeast Quarter and in the Southeast Quarter of Section 1, T33N, R12E, in DeKalb County, the State of Indiana, more fully described as follows:

COMMENCING at a Harrison Marker situated in the Northeast corner of said Southeast Quarter; Thence North 89 Degrees 07 Minutes 48 Seconds West (GPS Grid Basis of Bearings), a distance of 1371.18 feet along the North line of the Northeast Quarter of said Southeast Quarter to a stone in the Northwest corner thereof, the TRUE POINT OF BEGINNING; Thence South 00 Degrees 03 Minutes 27 Seconds East, a distance of 865.65 feet along the West line of the Northeast Quarter of said Southeast Quarter to a Marker Spike with tag (D.A. Brown RLS #S0337); Thence South 80 Degrees 27 Minutes 53 Seconds West, a distance of 1150.41 feet along the centerline of County Road #50 to a Rebar Stake with cap (FIRM 0042); Thence following the East right-of-way line of Highway I-69 along the following courses and distances:

North 28 Degrees 32 Minutes 50 Seconds West, a distance of 21.15 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), North 06 Degrees 19 Minutes 54 Seconds East, a distance of 602.88 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), North 00 Degrees 20 Minutes 10 Seconds West, a distance of 454.85 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337) in the North line of said Southeast Quarter (said Rebar Stake being 291.12 feet South 89 Degrees 07 Minutes 48 Seconds East from the Northwest corner of said Southeast Quarter), North 00 Degrees 20 Minutes 10 Seconds West, a distance of 345.15 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), North 04 Degrees 31 Minutes 49 Seconds West, a distance of 752.01 feet to a Rebar Stake with cap (D.A. Brown RLS #S0337), and North 00 Degrees 20 Minutes 10 Seconds West, a distance of 87.01 feet to a Rebar Stake with cap (FIRM 0042);

Thence South 89 Degrees 19 Minutes 36 Seconds East, a distance of 1137.95 feet to a Rebar Stake with cap (FIRM 0042); Thence South 00 Degrees 11 Minutes 34 Seconds East, a distance of 1184.85 feet along the along the East line of the West Half of said Northeast Quarter to the POINT OF BEGINNING, said tract containing 54.30 Acres, more or less, of which 29.95 Acres, more or less, are within said Northeast Quarter and 24.35 Acres, more or less, are within said Southeast Quarter, and being subject to all public road rights-of-way and to all easements of record.

4