**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **IN RE:** | ) Case No. 04-10427 |
| **AUBURN FOUNDRY, INC.,** | ) |
| | ) Chapter 7 Bankruptcy |
| **Debtor.** | |

**ORDER AUTHORIZING ABANDONMENT**
**OF REAL ESTATE**

At Fort Wayne, Indiana

Rebecca Hoyt Fischer, Chapter 7 Trustee herein, having filed her Motion for Order Authorizing Abandonment of Real Estate and the Court having reviewed said Motion and being duly advised in the premises, and notice being given to creditors and no objections made thereto,

IT IS HEREBY ORDERED that the Real Estate identified on Exhibit "A" to the Motion is hereby abandoned effective the date of this order.

_____
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court