**UNITED STATES BANKRUPTCY COURT**
**Northern District of Indiana**
**Fort Wayne Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Auburn Foundry, Inc.<br>35–0154360<br>635 W. Eleventh Street<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 04–10427–reg<br>)<br>)<br>)<br>) Chapter: 7<br>) |

## ORDER TO PAY FEE

   At Fort Wayne , Indiana, on November 5, 2008 .

   On November 4, 2008 , a Motion for order to abandon was electronically filed in this case on behalf of Trustee without payment of the $ 150.00 filing fee, as required by 28 U.S.C. § 1930, or the Schedule of Fees of The Judicial Conference of the United States prescribed pursuant thereto. It is hereby

   ORDERED that counsel shall fully pay the required fee within three (3) days of this date. The failure to do so will result in the current filing being stricken without further notice. The court will take no further action with regard to the current filing and any time limits associated with it, e.g. 11 U.S.C.§ 362(e), shall not begin to run until this order has been complied with.

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 1154 – 1152