UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| ) | |
| Auburn Foundry, Inc. ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor(s). ) | |
| ) | |

**FOURTH APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES**

The petition of Laderer & Fischer respectfully represents:

1. On October 11, 2005 applicant was employed and appointed under a general retainer as counsel for the Trustee in the within proceeding, pursuant to an order entered herein authorizing such retention and employment.

2. All services for which supplemental compensation is requested were performed for and on behalf of Trustee and not on behalf of any committee, creditor or other person.

3. Applicant advised the Trustee with respect to all legal matters in connection with the administration of this estate and the performance of her duties as Trustee. The professional services rendered by applicant are more specifically detailed on the Time and Billing Report attached hereto and made a part hereof.

4. Applicant has received previous allowances as attorney for the Trustee in the amounts of $26,487.50 dated August 7, 2007 for services rendered through July 2, 2007, $15,537.50; on August 15, 2008 for services rendered July 3, 2007 through July 10, 2008 and $3,049.73 for services rendered July 11, 2008 through August 28, 2008 .

5. No agreement exists between applicant and any other person or firm for the sharing of compensation received or to be received for services rendered in connection with this case.

6. The reasonable value of the services rendered and costs advanced by applicant for the time period November 1, 2008 through November 5, 2008 as attorney for said Trustee in this proceeding is $675.00 and expenses of $324.62 for the same time period.

WHEREFORE, applicant prays that an additional allowance be made to her in the total sum of $999.62as compensation for professional services rendered and costs advanced in this proceeding or such sum as the Court may allow.

Dated: November 5th, 2008           REBECCA HOYT FISCHER, TRUSTEE
                                    /s/ REBECCA HOYT FISCHER
                                    REBECCA HOYT FISCHER
                                    #10537-72
                                    112 W. Jefferson Blvd., Suite 310

                              South Bend IN 46601
                              Telephone: (574) 284-2354
                              Facsimile: (574) 284-2356

## CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of November, 2008, a true and correct copy of the above and foregoing Application was served by electronic transmission or by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| John R. Burns | U.S. Trustee |
| jacklyn.faulkner@bakerd.com | USTPRegion10.SO.ECF@usdoj.gov |
| Skrhoads@bakerd.com | |
| Mark A. Werling | Henry A. Efroymson |
| deb.mcmeen@bakerd.com | Henry.efroymson@icemiller.com |

     and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Citizens Gas & Coke Utility | DISA Industries, Inc. |
| Michael McGauhey | Randall A. Miller |
| 2950 Prospect Street | 80 Kendall Point Drive |
| Indianapolis, IN 46203 | Oswego, IL 60543 |
| | |
| Fire Protection, Inc. | Robert Overman |
| Curt & Tim Howard | 9700 W. Higgins Road |
| 750 W. North Street | Suite 1000 |
| Auburn, IN 46706 | Rosemont, IL 60018 |
| | |
| Fairmount Minerals | |
| Michelle Pezanoski | |
| P.O. Box 177 | |
| Wedron, IL 60557 | |

Rebecca H. Fischer  Fourth Application for Fees and Expenses  November 1, 2008 through November 5, 2008
Case No. 04-10427

| Asset Analysis | | | | | |
|---|---|---|---|---|---|
| | 11/3/2008 | RJK | Reviewed title work; Drafted Exhibit A of parcels of real estate; | | |
| | | | Emails to and from K. Riland at Meridian Title re: title work; | | |
| | | | Drafted Motion, order, certificate of service and notice of motion | | |
| | | | to abandon real estate; executed service | | 2.00 |
| | 11/4/2008 | RHF | Revised Motion to Abandon Real estate, order, notice | | 0.80 |
| | 11/4/2008 | RHF | Reviewed legal descriptions for real estate | | 0.50 |
| | | | | | |
| | Total Work | RHF | 1.3 hours at 250.00 | $ | 325.00 |
| | | RJK | 2.0 hours at 125.00 | $ | 250.00 |
| **Total Asset Analysis** | | | | $ | **575.00** |
| | | | | | |
| Fee Employment | | | | | |
| | 11/5/2008 | RHF | Reviewed Fourth Application for Attorney Fees and Order | | 0.20 |
| | 11/5/2008 | RJK | Drafted Fourth Application for Attorney Fees and Order | | 0.30 |
| | | | | | |
| | Total Work | RHF | .20 hours at 250.00 | $ | 50.00 |
| | | RJK | .40 hours at 125.00 | $ | 50.00 |
| **Total Fee Employment** | | | | $ | **100.00** |
| | | | | | |
| Expenses | 11/4/2008 | | Copies of Notices to Creditors to abandon real estate 282 at .20 | $ | 56.60 |
| | 11/4/2008 | | Postage re: Notice to Creditors to abandon real estate 281 at .42 | $ | 118.02 |
| | 11/5/2008 | | Filing Fee for Motion to Abandon | $ | 150.00 |
| **Total Expense** | | | | $ | **324.62** |
| | | | | | |
| | | | | | |
| **Total Fees** | | | $ | **675.00** | |
| **Total Expenses** | | | $ | **324.62** | |
| **TOTAL REQUEST** | | | $ | **999.62** | |