### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

|  |  |  |
|---|---|---|
| | ) | Case No. 04-10427 |
| IN RE: | ) | |
| | ) | |
| AUBURN FOUNDRY, INC. | ) | Chapter 7 Bankruptcy |
| | ) | |
| Debtor(s). | ) | |

### ORDER APPROVING FOURTH APPLICATION FOR ALLOWANCE OF COMPENSATION
### OF LADERER & FISCHER, P.C. AS ATTORNEY FOR TRUSTEE

At Fort Wayne, Indiana on

This matter came before the Court on the Application of Laderer & Fischer, P.C. for Allowance of Compensation as Attorney for the Trustee and notice, if required, having been given to all parties in interest and no objection having been filed and the Court being duly advised in the premises does now grant said Application.

**IT IS HEREBY ORDERED** that Laderer & Fischer, P.C.'s fees are hereby determined to be reasonable for professional services rendered and expenses incurred in connection with this case on behalf of the Trustee  for the time period of November 1, 2008 throughNovember 5, 2008 and are he in the amount of $999.62

**SO ORDERED.**

_____
Judge, United States Bankruptcy Court