UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 04-10427 |
|  | ) |  |
| AUBURN FOUNDRY, INC. | ) | Chapter 7 Bankruptcy |
|  | ) |  |
| Debtor(s). | ) |  |

**ORDER APPROVING FOURTH APPLICATION FOR ALLOWANCE OF COMPENSATION
OF LADERER & FISCHER, P.C. AS ATTORNEY FOR TRUSTEE**

At Fort Wayne, Indiana on    November 6, 2008.

This matter came before the Court on the Application of Laderer & Fischer, P.C. for Allowance of Compensation as Attorney for the Trustee and notice, if required, having been given to all parties in interest and no objection having been filed and the Court being duly advised in the premises does now grant said Application.

**IT IS HEREBY ORDERED** that Laderer & Fischer, P.C.'s fees are hereby determined to be reasonable for professional services rendered and expenses incurred in connection with this case on behalf of the Trustee  for the time period of November 1, 2008 throughNovember 5, 2008 and are he in the amount of $999.62

**SO ORDERED.**


_____/s/ Robert E. Grant_____
Judge, United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0755-1          User: jlesure              Page 1 of 1            Date Rcvd: Nov 06, 2008
Case: 04-10427                Form ID: pdf004            Total Served: 2

The following entities were served by first class mail on Nov 08, 2008.
dbpos       +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
aty         +Laderer & Fischer PC,   112 West Jefferson Blvd Ste 310,   South Bend, IN 46601-1909

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                    Signature:   _Joseph Speetjens_