UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.    04-10427 |
| | ) | CHAPTER    7 |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

ORDER TO AMEND

At Fort Wayne, Indiana, on   December 5, 2008.

The notice of motion and opportunity to object which the trustee (hereinafter "Movant") served in connection with its motion for order authorizing abandonment does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

  a. The address of the clerk's office where interested parties may obtain a copy of the motion and to which objections should be mailed is incorrect. The clerk's office is no longer using a P. O. Box. N.D. Ind. L.B.R. B-2002-2(c)(5).

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file proof thereof within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

  /s/ Robert E. Grant
Judge, United States Bankruptcy Court