UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   04-10427 |
| | ) | CHAPTER   7 |
| AUBURN FOUNDRY, INC. | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

ORDER TO AMEND

At Fort Wayne, Indiana, on   December 5, 2008.

The notice of motion and opportunity to object which the trustee (hereinafter "Movant") served in connection with its motion for order authorizing abandonment does not comply with the requirements of N.D. Ind. L.B.R. B-2002-2 because:

a. The address of the clerk's office where interested parties may obtain a copy of the motion and to which objections should be mailed is incorrect. The clerk's office is no longer using a P. O. Box. N.D. Ind. L.B.R. B-2002-2(c)(5).

Since creditors and parties in interest have not been given appropriate notice of the motion and the opportunity to object thereto, the court cannot grant it at this time. Movant shall prepare and serve an Amended Notice of Motion and Opportunity to Object which complies with N.D. Ind. L.B.R. B-2002-2 and file proof thereof within fourteen (14) days of this date. See, N.D. Ind. L.B.R. B-9013-4(a). The failure to do so will result in the motion being denied without prejudice and without further notice.

SO ORDERED.

   /s/ Robert E. Grant
Judge, United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0755-1           User: csd                    Page 1 of 1               Date Rcvd: Dec 05, 2008
Case: 04-10427                 Form ID: pdf004              Total Served: 2

The following entities were served by first class mail on Dec 07, 2008.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140
crcmch        +Citizens Gas & Coke Utility,   Michael McGauhey,   2950 Propect Street,
               Indianapolis, IN 46203-2145
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2008**                    Signature:        _Joseph Speetjens_