**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-10427 |
| | ) | |
| Auburn Foundry, Inc. | ) | |
| | ) | Chapter 7 Bankruptcy |
| Debtor(s). | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of December, 2008, a copy of the attached Notice of Filing of Final Report was served by regular U.S. mail upon the following per the attached matrix:

    /s/ <u>REBECCA HOYT FISCHER</u>
    REBECCA HOYT FISCHER
    #10537-72
    112 W. Jefferson Blvd., Suite 310
    South Bend IN 46601
    Telephone: (574) 284-2354
    Facsimile: (574) 284-2356

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN RE: ) | Case No. 04-10427 |
| ) | |
| Auburn Foundry, Inc. ) | |
| ) | Chapter 7 Bankruptcy |
| Debtor(s). ) | |
| ) | |

**NOTICE OF FILING OF TRUSTEE'S FINAL REPORT**

NOTICE IS HEREBY GIVEN that the Trustee has filed a Final Report and Proposed Distribution.

The Trustee's Final Report shows:

total receipts of: $687,819.94
And total disbursements of: $488,403.83
For a total balance on hand of: $199,416.11

The Trustee proposed payment of claims as identified on the attached Distribution Report. No other claims will be paid.

Any objection must be filed with the Clerk's Office at the United States Bankruptcy Court at 1188 Federal Building, 1300 S. Harrison Street, Fort Wayne, Indiana 46801-2547 by **December 30, 2008**. If no objections are filed, the Trustee will proceed to make distribution to creditors from the balance on hand. If a written objection is timely filed, the matter may be set for hearing upon further notice as the Court's calendar permits. The Final Report and Proposed Distribution is on file with the Clerk's Office and is available for inspection upon request.

Dated: December 10th, 2008              /s/ REBECCA HOYT FISCHER
                                        REBECCA HOYT FISCHER
                                        #10537-72
                                        112 W. Jefferson Blvd., Suite 310
                                        South Bend IN 46601
                                        Telephone: (574) 284-2354
                                        Facsimile: (574) 284-2356

2

**DISTRIBUTION REPORT**                                                                                          Page No:   1

| Case No: | 04-10427 | | Trustee Name: | Rebecca Hoyt Fischer |
| Case Name: | AUBURN FOUNDRY, INC. | | Date: | 11/24/200 |

| Ref | Claimant | Class | Amount Remaining | Proposed Distribution | Interest |
|---|---|---|---|---|---|
| 376A | Baker & Daniels LLP | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $15,000.00 | $15,000.00 | $0.00 |
| Description: | Claim #: 376; Amount Claimed: 0.00; | | | | |
| saexp | Laderer & Fischer, P.C. | Attorney for Trustee Expenses (Trustee Firm) | $458.97 | $458.97 | $0.00 |
| Description: | Amount Claimed: 458.97; | | | | |
| Atty | Laderer & Fischer, P.C. | Attorney for Trustee Fees (Trustee Firm) | $15,875.00 | $15,875.00 | $0.00 |
| Description: | Amount Claimed: 42,362.50; | | | | |
| satty | Laderer & Fischer, P.C. | Attorney for Trustee Fees (Trustee Firm) | $3,237.50 | $3,237.50 | $0.00 |
| Description: | Amount Claimed: 3,237.50; | | | | |
| tcomp | Rebecca Hoyt Fischer | Trustee Compensation | $37,625.74 | $37,625.74 | $0.00 |
| Description: | Amount Claimed: 37,625.74; | | | | |
| 0texp | Rebecca Hoyt Fischer, Trustee | Trustee Expenses | $6,016.40 | $6,303.63 | $0.00 |
| Description: | Claim #: 0; Amount Claimed: 6,303.63; | | | | |
| 354 | United States Trustee | U.S. Trustee Quarterly Fees | $27,500.00 | $27,500.00 | $0.00 |
| Description: | Claim #: 354; Amount Claimed: 27,500.00; | | | | |
| 375A | Glass, Molders, Pottery, Plastics and A | Administrative Post-Petition Wages (includes tax and other withholdings) | $1,960,215.23 | $93,373.32 | $0.00 |
| Description: | Claim #: 375; Amount Claimed: 1,960,215.23; | | | | |
| | | | **$2,065,928.84** | **$199,374.16** | **$0.00** |

| | | |
|---|---|---|
| A. F. Europe, Inc.<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | ABB Inc.<br>9000 Regency Park<br>Suite 300<br>Cary, NC 27511 | AIR TECHNICS INC.<br>2652 MERRIMONT DRIVE<br>TROY, OH 45373 |
| Airtech Environmental Services<br>601a Country Club Drive<br>Bensenville, IL 60106 | AMERICAN BIO MEDICAL CORP<br>122 SMITH ROAD<br>KINDERHOOK, NY 12106 | AMERICAN WIRE ROPE AND SLING<br>3122 ENGLE ROAD<br>FORT WAYNE, IN 46809 |
| Applied Metals & Machine Works<br>1036 St. Marys Avenue<br>Fort Wayne, IN 46808 | ARROW FENCE COMPANY, INC.<br>318 EDGEWOOD AVENUE<br>FORT WAYNE, IN 46805 | AZTEC MILLENNIUM SUPPLY, I<br>8411 MAYHEW ROAD<br>FORT WAYNE, IN 46835 |
| Air Products and Chemicals<br>Tom Jacob A6313<br>7201 Hamilton Blvd.<br>Allentown, PA 18195 | American Arbitration Association<br>335 Madison Ave., 10th Fl.<br>New York, NY 10017 | American Distribution Assoc.<br>335 Madison Ave., 10th Fl.<br>New York, NY 10017 |
| American Express Travel Related Svcs Co Inc Corp C<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Anne Meeks Davis Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46306-2847 | Ashland Incorporated<br>Ashland Inc.<br>Collection Dept. DS3<br>PO Box 2219<br>Columbus, OH 43216 |
| Austin Petroleum, Inc.<br>c/o Ron Ellis, President<br>99 East Joe Street<br>Huntington, IN 46750 | BADEN, GAGE & SCHROEDER, LLC<br>6920 POINTE INVERNESS WAY,<br>SUITE 300<br>FORT WAYNE, IN 46804 | BANK OF AMERICA<br>Latham & Watkins Illinois LLP<br>Attn.: Josef S. Athanas<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606-4202 |
| BASSETT OFFICE SUPPLY INC<br>509 SOUTH MAIN STREET<br>AUBURN, IN 46706 | BBC Pump and Equipment Co., Inc.<br>777 N. Tibbs Ave.<br>PO Box 22098<br>Indianapolis, IN 46222 | BGR Inc.<br>6392 Grand Road<br>West Chester, Ohio 45069 |
| BOBCAT OF FORT WAYNE<br>3630 GOSHEN ROAD<br>FORT WAYNE, IN 46818 | BOHL CRANE INC<br>1930 LAKEVIEW DRIVE<br>FT WAYNE, IN 46808 | BOHREN LOGISTICS, INC.<br>325 N. TAYLOR ROAD<br>GARRETT, IN 46738 |
| BPC - Bell Packaging Corporation<br>PO Box 3006<br>Marion, IN 46953-0333 | BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 | BRAKE MATERIALS & PARTS INC<br>800 SHERMAN AT PAPE<br>FORT WAYNE, IN 46808 |
| BREAD BASKET<br>115 NORTH MAIN STREET<br>AUBURN, IN 46706 | BRECHBUHLER SCALES<br>3306 CAVALIER DRIVE<br>FORT WAYNE, IN 46808 | BRIAN S AUTOMOTIVE CENTER<br>1110 SOUTH GRANDSTAFF DRIVE<br>AUBURN, IN 46706 |

| | | |
|---|---|---|
| Baden Tax Management LLC<br>Baden, Gage & Schroeder, LLC<br>6920 Pointe Inverness Way, Suite 300<br>Fort Wayne, IN 46804-7926 | Baker & Daniels LLP<br>c/o John R Burns III<br>111 East Wayne, Suite 800<br>Fort Wayne, IN 46802 | Beardsley & Piper LLC<br>751 Shareline Drive<br>Aurora, IL 60504 |
| Best Access Systems<br>6161 E. 75th St.<br>Indianapolis, IN 46250 | Bohl Equipment Company<br>534 W. Laskey Rd.<br>Toledo, OH 43612 | Bostwick-Braun<br>1946 N. 13th Street<br>Toledo, OH 43624 |
| Brehob Corp.<br>P O Box 2023<br>Indianapolis IN 46206-2023 | C MILLER & SONS INC<br>6707 GABION WAY<br>FT WAYNE, IN 46818 | CAMS, INC.<br>495 VILLAGE PARK DRIVE<br>POWELL, OH 43065 |
| CAMWAY TRANSPORTATION CORP<br>7846 WEST CENTRAL AVENUE<br>TOLEDO. OH 43617 | CANTEEN<br>2715 AMERICAN WAY<br>FORT WAYNE, IN 46809 | CARPER FARM SUPPLY INC<br>PO BOX 159<br>ASHLEY, IN 46705 |
| CC METALS AND ALLOYS INC<br>UNIVERSITY CORPORATE CENTRE<br>300 CORPORATE PARKWAY - 216N<br>AMHERST, NY 14226 | CDW Computer Centers, Inc.<br>c/o Receivable Management Services<br>P.O. Box 5126<br>Timonium, Maryland 21094<br>Contact: Phyllis A. Hayes | CERTIFIED REDUCER REBUILDERS<br>32079 MILTON<br>MADISON HEIGHTS, MI 48071 |
| CLASSIC CITY AUTOMOTIVE INC<br>503 MICHIGAN AVENUE<br>AUBURN, IN 46706 | CLEAN CONVEYOR SOLUTIONS<br>DIVISION OF CVP GROUP, INC.<br>P.O. BOX 67<br>WILLOW SPRINGS, IL 60480-0067 | COMTRONIX CORPORATION<br>2213 EAST 45TH STREET<br>INDIANAPOLIS, IN 46205-2297 |
| COPPER AND BRASS SALES INC.<br>530 NORTHFIELD DRIVE<br>BROWNSBURG, IN 46112 | CORE TECH INC<br>6000 OLD MAUMEE RD<br>FT WAYNE, IN 46803 | COTTERMAN COMPANY<br>130 SELTZER ROAD<br>CROSWELL, MI 48422 |
| CROSIBLE INC.<br>P.O. BOX 271<br>MORAVIA, NY 13118 | CURRENT INC<br>2120 E. WASHINGTON<br>FT WAYNE, IN 46803-1329 | CURTIS 1000<br>PO BOX 11271<br>FT WAYNE, IN 46856 |
| Calar Inc.<br>PO Box 458<br>Syracuse, IN 46567 | Canteen<br>5695 West River Dr. NE<br>Belmont, MI 49306 | Cascade Pattern Co.<br>c/o Brian Green<br>25101 Chagrin Blvd., Suite 220<br>Beachwood, Ohio 44122 |
| Centennial Wireless<br>3811 Illinois Rd.<br>Suite 212<br>Fort Wayne, IN 46804 | Christy Davis Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Citizens Gas & Coke Utility<br>c/o Beckman Lawson LLP<br>P O Box 800<br>Fort Wayne IN 46801-0800 |

| | | |
|---|---|---|
| City of Auburn<br>c/o W. Erik Weber<br>130 East 7th Street<br>Auburn, IN 46706-1839 | Clean Conveyor Solutions<br>642 Newport<br>Westmont, IL 60559 | Complete Drives Inc.<br>6419 Discount Dr.<br>Fort Wayne, IN 46818 |
| Complete Maintenance & Staffing, Inc.<br>5405 Hursh Road<br>Fort Wayne, IN 46845 | Covington Box & Packaging, Inc.<br>c/o Beckman Lawson, LLP<br>Attn: Howard B. Sandler, Esq.<br>PO Box 800<br>Fort Wayne, IN 46801-0800 | Crown Equipment Corporation<br>1919 Research Drive<br>Fort Wayne, IN 46808 |
| Custom Engineering & Fabrication<br>1631 East Pontiac St.<br>Fort Wayne, IN 46803 | D.A.S. SERVICES, INC.<br>2310 WEST 175 NORTH<br>ANGOLA, IN 46703 | DICTATING & TIME SYSTEMS<br>2212 SOUTH CALHOUN STREET<br>FORT WAYNE, IN 46802 |
| DIETERT FOUNDRY TESTING INC<br>9190 ROSE LAWN AVE.<br>DETROIT, MI 48204 | DISA INDUSTRIES, INC.<br>80 KENDALL POINT DRIVE<br>OSWEGO, IL 60543 | DR LUBRICANTS INC<br>4611 NEWAYGO ROAD, SUITE D<br>FT WAYNE, IN 46825 |
| DUCA MANUFACTURING INC<br>761 MCCLURG ROAD<br>BOARDMAN, OH 44512 | DUFFY OFFICE PRODUCTS<br>7712 LIMA ROAD<br>FORT WAYNE, IN 46818 | Dauber Company Inc.<br>577 North 18th Road<br>Tonica, IL 61370 |
| David B. Fink, Debtor by G. D. Boynm,<br>Trste  c/o Warrick & Boyn LLP<br>Attn: Gary D. Boyn<br>121 West Franklin Street, Suite 400<br>Elkhart, IN 46516-3278 | David Burr Fink, by Tower Bank & Trust<br>Tower Bank & Trust Co., as Trustee<br>c/o Martin E. Seifert, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, IN 46802 | David M. Meeks Jr. Trust<br>c/o James Borgmann, Esq.<br>201 East Jackson Street, Suite 400<br>Muncie, IN 46305-2847 |
| Dayton Freight Lines Inc<br>6450 Poe Ave. Ste 311<br>Dayton, Ohio 45414 | Dell Financial Services, LP<br>c/o Weltman Weinberg & Reis, Co., LPA<br>525 Vine St., Ste. 800<br>Cincinnati, OH 45202 | Detrick L. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Digital Communication Prod.<br>3720 South Calhoun Street<br>Fort Wayne, IN 46807 | Disa Goff, Inc.<br>PO Box 1607<br>Seminole, OK 74818 | Don R. Fruchey, Inc.<br>Kent C. Litchin<br>Grossman & Litchin LLP<br>1600 Lincoln Tower<br>Fort Wayne, Indiana 46802 |
| Duraflo Equipment Company, Inc.<br>3910-B Culligan Avenue<br>Indianapolis, IN 46218 | EAGLE FOUNTAIN WORKS, INC.<br>8 WINCHESTER ROAD<br>ORMOND BEACH, FL 32174 | ECLECTRIC COMPANY<br>18315 RICHEY LANE<br>HUNTERTOWN, IN 46748 |
| EDWARDS MEDICAL<br>495 WOODCREEK DRIVE<br>BOLINGBROOK, IL 60440 | EIRICH MACHINES INC<br>4033 RYAN RD<br>GURNEE, IL 60031 | ELKEM METALS INC.<br>P 0 BOX 266<br>PITTSBURGH, PA 15230-0266 |

| | | |
|---|---|---|
| EMED COMPANY INC.<br>P.O. BOX 369<br>BUFFALO, NY 14240-0369 | ENVIRO CONTROL METALS<br>650 CHESTNUT STREET S.W<br>GRAND RAPIDS, MI 49503 | EPIC MACHINE<br>201 INDUSTRIAL WAY<br>FENTON, MI 48430 |
| Earth Tech, Inc.<br>5555 Glenwood Hills Pkwy. S.E.<br>Grand Rapids, MI 49512 | Edglo Laboratories Inc.<br>2121 E. Washington Blvd.<br>Fort Wayne, IN 46803 | Edwin P. Rosebrock<br>PO Box 383<br>Auburn, IN 46706 |
| Eleventh Street Capital, LLC<br>c/o Sommer Barnard Ackerson<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Enco Manufacturing Company, Inc.<br>PO Box 357<br>Farmingdale, NY 11735 | Ewald Enterprises Inc<br>PO Box 80165<br>Ft. Wayne, IN 46898-0165<br>Attn: Daniel R. Ewald |
| FAIRMOUNT MINERALS<br>P 0 BOX 400<br>BRIDGEMAN, MI 49106 | FLEX-PAC, INC.<br>7113 SOUTH MAYFLOWER PARK<br>ZIONSVILLE. IN 46077 | FOSECO INC<br>20200 SHELDON ROAD<br>BROOK PARK, OH 44142 |
| FREEMAN MFG & SUPPLY COMPANY<br>27655 GROESBECK HWY<br>ROSEVILLE, MI 48066 | First Insurance Funding Corp.<br>450 Skokie Blvd., Ste 1000<br>P.O. Box 3306<br>Northbrook, IL 60065-3306 | Fox Contractors Corp.<br>c/o Stephen E. Lewis, Esq.<br>Haller & Colvin, P.C.<br>444 East Main Street<br>Fort Wayne, Indiana 46802 |
| Frank H Gill Company<br>PO Box 703<br>Lansing, IL 60438-0703 | GEORGE E BOOTH COMPANY<br>8202 W 10TH ST<br>INDIANAPOLIS, IN 46214-2432 | Gary G. Shock<br>c/o Randal S. Forbes<br>PO Box 374<br>Angola, IN 46703 |
| General Kinematics Corp<br>5050 Rickert Road<br>Crystal Lake, IL 60014-7333 | General Motors Corporation<br>Tricia A. Sherick, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg.<br>Detroit, MI 48226 | Gerald L. Martin, III<br>c/o Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 |
| Glass, Molders, Pottery, Plastics and Allied<br>c/o Richard J. Swanson<br>445 N. Pennsylvania Street, Suite 401<br>Indianapolis, IN 46204 | Goeglein's Inc.<br>7311 Maysville Road<br>Fort Wayne, IN 46815-8199 | H E C 0 INC<br>3509 S BURDICK ST<br>KALAMAZOO, MI 49001 |
| HANEY S GLASS OF AUBURN<br>930 WEST 15TH STREET<br>AUBURN, IN 46706 | HILL AND GRIFFITH CO.<br>3637 FARNSWORTH<br>INDIANAPOLIS, IN 46241 | HOOK INDUSTRIAL SALES INC.<br>2731 BROOKLYN AVE.<br>PO BOX 9177<br>FORT WAYNE, IN 46899 |
| HOOSIER TRAILER & TRUCK EQ<br>4830 TODD DRIVE<br>FORT WAYNE, IN 46803 | HOT CREWS INC<br>PO BOX 13094<br>FT WAYNE, IN 46803 | HYDRONIC & STEAM EQUIP CO<br>8950 BASH STREET<br>INDIANAPOLIS, IN 46256 |

| | | |
|---|---|---|
| Harbor Metal Treating Co. of Indiana<br>PO Box 644<br>Benton Harbor, MI 49023 | Hartley Controls<br>751 Shoreline Drive<br>Aurora, IL 60504 | Heraeus Electro_Nite Co.<br>One Summit Square 1st Floor<br>Suite 100<br>Langhorne PA 19047 |
| Hickman, Williams & Company<br>PO Box 538<br>Cincinnati, OH 45201<br>Attention: T. L. Meadors | I.R.S.<br>230 S. DEARBORNE, ROOM 2560<br>5014 CHI<br>CHICAGO, IL 60604 | IBM Credit LLC<br>Beverly Shideler<br>Two Lincoln Centre<br>Oakbrook, IL 60181 |
| IN Dept. of Environmental Management<br>100 North Senate Avenue<br>P.O. Box 6015<br>Indianapolis, IN 46204 | INDIANA REFRACTORIES INC.<br>1624 SIMONS STREET<br>FT. WAYNE, IN 46803 | INDUSTRIAL CERAMIC PRODUCT<br>14401 SUNTRA WAY<br>MARYSVILLE, OH 43040 |
| INGERSOLL-RAND CO<br>AIR COMPRESSOR GROUP<br>2516-1 INDUSTRIAL PARK DRIVE<br>GOSHEN, IN 46526 | INOVIS<br>Attn: Billing<br>11720 Amber Park Drive<br>Alpharetta, GA 30004 | INTERMEC TECHNOLOGY CORP.<br>9290 LESAINT DRIVE<br>FAIRFIELD, OH 45014-5454 |
| INTERNATIONAL QUALITY<br>521 CLEVELAND<br>LINCOLN PARK, MI 48146 | INTERNATIONAL SURFACE PREP<br>1606 EXECUTIVE DR<br>LAGRANGE, GA 30241 | IRCON INC<br>7300 N. NATCHEZ AVE.<br>NILES, IL 60714 |
| IVY TECH<br>3800 NORTH ANTHONY BLVD<br>FORT WAYNE, IN 46805 | Ice Miller (ADMINISTRATIVE)<br>Attn: Henry Efroymson<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 | Indiana Department of Revenue<br>Bankruptcy Section, Room N-203<br>100 North Senate Avenue<br>Indianapolis, IN 46204 |
| Indiana Department of Workforce Development<br>Beverly Korobkin<br>10 North Senate Avenue, SE200<br>Indianapolis, IN 46204-2277 | Inductotherm Corp<br>P.O. Box 157<br>Rancocas, NJ 08073 | Industrial Specialties<br>9621 White Hill Ct.<br>Fort Wayne, IN 46804-5953 |
| J & K COMMUNICATIONS INC.<br>222 S. TOWER VIEW DRIVE<br>COLUMBIA CITY, IN 46725 | J & L INDUSTRIAL SUPPLY<br>PO BOX 3359<br>LIVONIA, MI | J E BEARING AND MACHINE LTD.<br>68 SPRUCE STREET<br>TILLSONBURG, ON N4G 4H8 |
| JACKSON-HIRSH INC<br>700 ANTHONY TRAIL<br>NORTHBROOK, IL 60062-2542 | James Godschalk<br>c/o Beckman Lawson LLP<br>Attn: Howard B. Sandler<br>P O Box 800<br>Fort Wayne IN 46801-0800 | Janet F. Borden<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| John A. Fink<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | John A. Urbaska Revocable Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 467204-2023 | KALTENBACH, INC.<br>6775 INWOOD DRIVE<br>COLUMBUS, IN 47202 |

| | | |
|---|---|---|
| KENDALLVILLE IRON & METAL INC<br>243 E. LISBON ROAD<br>P O BOX 69<br>KENDALLVILLE IN 46755 | KMH Systems, Inc.<br>6900 Poe Ave.<br>Dayton, OH 45414 | KORTE BROS INC<br>620 W COOK RD<br>FT WAYNE, IN 46825-3324 |
| KUSTOM MACHINING INC.<br>P.O. BOX 39<br>LEO, IN 46765 | Katie Urbaska Revocable Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Kendall Electric Inc.<br>131 Grand Truck Ave.<br>Battle Creek, MI 49016 |
| Key Equipment Finance, a division of Key Corporate<br>Capital, Inc. assignee for Adirondack Leasing Association  Attn: Sal Boscia<br>1000 South McCaslin Boulevard<br>Louisville, CO 80027 | Khela J. Franklin<br>c/o Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 S. Calhoun St., Ste. 400<br>Fort Wayne, IN 46802 | Kimberly E. Parker<br>c/o Chistopher C. Myers<br>809 S. Calhoun St., Ste 400<br>Fort Wayne, IN 46802 |
| LAB SAFETY SUPPLY INC.<br>PO BOX 1368<br>JANESVILLE, WI 53547-1368 | LBH CHEMICAL & INDUSTRIAL<br>PO BOX 8460<br>FT WAYNE, IN 46808-8460 | LECO CORPORATION<br>3000 LAKEVIEW AVENUE<br>ST. JOSEPH, MI 49085-2396 |
| LYMAN STEEL CO.<br>P.O. BOX 28340<br>CLEVELAND, OH 44128 | MACALLISTER MACHINERY CO INC<br>2418 COLISEUM BLVD W<br>FORT WAYNE, IN 46808-3648 | MARJO PLASTICS<br>1081 CHERRY STREET<br>PLYMOUTH, MI 48170 |
| MCLEAN MIDWEST CORPORATION<br>11611 BUSINESS PARK BLVD. N.<br>CHAMPLIN, MN 55316 | METALTEC STEEL ABRASIVE CO<br>41155 JOY ROAD<br>CANTON, MI 48187 | MODERN EQUIPMENT COMPANY<br>336 SOUTH SPRING STREET<br>PORT WASHINGTON, WI 53074 |
| MONITOR TECHNOLOGIES LLC<br>DRAWER AL-44W320<br>ELBURN, IL 60119 | MP Steel Indiana<br>PO Box 233<br>Monaca, PA 15061 | MSC Industrial Supply Co.<br>75 Maxess Road<br>Melville, NY 11747 |
| Magneco Metrel Inc.<br>223 Interstate Road<br>Addison, IL 60101 | Maila Davis Megorden Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Maile M. Urbaska<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| Mark A. Gorney<br>c/o Christopher C. Myers<br>809 S. Calhoun St, Ste. 400<br>Fort Wayne, IN 46802 | Marlin Leasing Corp.<br>Kelly McCarthy, Bankruptcy Administrator<br>124 Gaither Drive, Suite 170<br>Mount Laurel, NJ 08054 | Maxwell Engineering, Inc.<br>dba Allen Pattern Works<br>616 East Wallace Street<br>PO Box 10540<br>Fort Wayne, IN 46803 |
| McNichols Company<br>Attn: Dwight Glisson<br>PO Box 30300<br>Tampa, FL 33630-3300 | Michigan Department of Treasury<br>PO Box 30059<br>Lansing, MI 48909 | Midwest Instrument Co. Inc.<br>Jeff Heimsch<br>PO Box 80<br>Hartland, WI 53029 |

| | | |
|---|---|---|
| Miller and Company LLC<br>Robert E. Overman II<br>9700 West Higgins, Suite 1000<br>Rosemont, IL 60018 | Moore Medical Corp<br>Attn: Sharon Schoenberger<br>PO Box 1500<br>New Britain, CT 06050-1500 | Motion Industries, Inc<br>1605 Alton Road<br>Birmingham, AL 35210 |
| NADAPRO, Inc.<br>c/o Gary D. Wohlwend<br>5020 Nob Road<br>Fort Wayne, IN 46825 | NEFF ENGINEERING CO INC<br>7114 INNOVATION BLVD<br>FT WAYNE, IN 46898 | NES RENTALS<br>8855 BYRON COMMERCE<br>BYRON CENTER, MI 49315 |
| NORTHSTAR IMAGING, INC.<br>953 WESTGATE DRIVE<br>ST. PAUL, MN 55114 | O C Tanner<br>1930 South State Street<br>Salt Lake City, UT 84115 | OFC CAPITAL<br>DEPT GA00010<br>PO BOX 530101<br>ATLANTA, GA 30353-0101 |
| Old Fort Supply Co., Inc.<br>Old Fort Way at 2000 Wayne Trace<br>Fort Wayne, IN 46803 | OSSOLA INDUSTRIALS INC.<br>1740 W. SEVENTH STREET<br>GRANITE CITY, IL 62040 | OmniSource Corporation<br>C/O Thomas P. Yoder, Esq.<br>Barrett & McNagny LLP<br>215 East Berry Street<br>Fort Wayne, IN 46802 |
| OptionCare<br>867 W Carmel Dr.<br>Carmel, IN 46032 | Overnite Transportation Co.<br>PO Box 1216<br>Richmond, VA 23218-1216 | PANGBORN COMPANY<br>580 PANGBORN BLVD.<br>HAGERSTOWN, MD 21742-0380 |
| PARKER GLOVE & SUPPLY, INC<br>EAST 4TH STREET<br>AVILLA, IN 46710 | Peerless Metals Powders & Abrasives<br>P.O. BOX 09254<br>DETROIT, MI 48209 | Perkins Septic and Drain Service<br>0375 Cr 11<br>Hudson, IN 46747 |
| PHC Industries Inc.<br>PO Box 11225<br>Fort Wyane, IN 46856-1225 | PRANGER ENTERPRISES INC<br>PO BOX 366<br>ASHLEY, IN 46705 | Precision Calibration Company<br>7656 Milliner Court<br>Plainfield, IN 46168 |
| PRECISION STEEL SERVICES<br>4334 EARTH DRIVE<br>FT. WAYNE, IN 46809 | PROJECT MANAGEMENT SERVICES<br>P.O. BOX 398<br>MCDONALD, OH 44437-0398 | Pension Benefit Guaranty Corporation<br>Attn: Brad Rogers, Attorney<br>Office of the General Counsel, Suite 340<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Perfection Servo Hydraulic<br>1290 Lyon Road<br>Batavia, IL 60510 | Print Shop<br>825 Northwood Blvd.<br>Fort Wayne, IN 46805 | QHG OF FT WAYNE, INC REDIM<br>315 EAST COOK ROAD<br>FORT WAYNE, IN 46825 |
| QUALITY CALIBRATION SERVICE<br>10205 WEST GREENFIELD AVENUE<br>WEST ALLIS, WI 53214 | R I Lampus Co.<br>816 Railroad St.<br>Springdale, PA 15144 | RA MUELLER INC.<br>11270 CORNELL PARK DRIVE<br>CINCINNATI, OH 45242 |

| | | |
|---|---|---|
| REFCO INC<br>PO BOX 12867<br>PITTSBURAH, PA 15241 | REILLEY TRUCKING<br>7431 BENT WILLOW DRIVE<br>FORT WAYNE, IN 46815 | RENO REFRACTORIES, INC.<br>PO BOX 201<br>MORRIS, AL 35116 |
| RUMFORD INDUSTRIAL GROUP INC.<br>PO BOX 752288<br>DAYTON, OH 45475 | RYTEC CORPORATION<br>PO BOX 403<br>JACKSON, WI 53037 | RadioShack Credit Services<br>Attn: Judy Wong<br>300 RadioShack Circle Mail Stop 5018<br>PO Box 961090<br>Fort Worth TX 76161-5018 |
| Richard Squier Pallets Inc.<br>2522 US Hwy 6 West<br>PO Box 668<br>Waterloo, IN 46793 | Ronald J. Osbun<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 | S & S Tire Co., Inc.<br>and S & S Oil Co., Inc.<br>500 North St., Suite 2<br>Auburn, IN 46706 |
| S D MYERS<br>180 SOUTH AVENUE<br>TALLMADGE, OH 44278 | SAFETY-KLEEN SYTEM, INC.<br>5400 LEGACY DR.<br>CLUSTEN II BLDG 3<br>PLANO TX 75024 | SHELLS INC.<br>502 OLD U.S. HWY 30 EAST<br>BOURBON, IN 46504 |
| SHERRY LABORATORIES<br>2203 SOUTH MADISON<br>MUNCIE, IN 47307 | SIMPLICITY ENGINEERING IN<br>212 S. OAK<br>DURAND, MI 48429-0257 | STAG Iron & Metal Corp.<br>Deer & Stone, P.C.<br>130 S. Jefferson Street, Suite 501<br>Chicago, IL 60661 |
| STATES ENGINEERING CORP<br>10216 AIRPORT DRIVE<br>FORT WAYNE, IN 46819 | STRUERS INC<br>24766 DETROIT ROAD<br>WESTLAKE, OH 44145 | SUPERIOR BUSINESS SOLUTION<br>PO BOX 8040<br>FT WAYNE, IN 46898-8040 |
| Schenkel & Sons Inc<br>Brian J. Lange, Esquire<br>Schenkel Tirpak & Kowalczyk<br>520 South Calhoun Street<br>Fort Wayne, IN 46802 | Scioto Valley Packaging, LLC<br>PO Box 497<br>Clinton, NC 28329 | Sentinel Fluid Controls<br>5702 Opportunity Drive<br>Toledo, OH 43612 |
| Shambaugh & Son, L.P.<br>Post Office Box 1287<br>Fort Wayne, Indiana 46801 | Sheela B. Davis Trust<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Sierra Poindexter<br>c/o Christopher C. Myers & Associates<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 |
| Spectrum Engineering Corp<br>5524 North County Line Road<br>Auburn, IN 46706-9302 | Staclean Diffuser Co., LLC<br>PO Drawer 1147<br>Salisbury, NC 28145-1147 | State of Michigan<br>UIA Tax Office<br>POC Unit - Suite 11-500<br>Detroit, MI 48202 |
| Steel Equipment Specialists LLC<br>P.O. box 2148<br>1507 Beeson St.<br>Alliance, OH 44601 | Stericycle Inc.<br>13975 Polo Trail Dr #201<br>Lake Forest IL 60045 | Sturgis Iron & Metal Co., Inc.<br>c/o P. Joseph Haas, Jr.<br>112 S. Monroe Street<br>Sturgis, MI 49091 |

| | | |
|---|---|---|
| SummitBridge National Investments, LLC<br>Summit Investment Management, LLC<br>Attn: Mark A. Kilcoin<br>1700 Lincoln Street, Suite 2150<br>Denver, Colorado 80203 | System Clean, Inc<br>50602 N. Michigan St.<br>South Bend, IN 46637 | T & M EQUIPMENT CO INC<br>2880 EAST 83RD PLACE<br>MERRILLVILLE, IN 46410 |
| T.T.G. PATTERN<br>5443 KEYSTONE DRIVE<br>FORT WAYNE, IN 46825 | Tooling & Equipment International<br>12550 Tech Center Drive<br>Livonia, MI 48150-2193 | Tpc Wire & Cable<br>7061 East Pleasant Valley    Road<br>Independence, OH 44131 |
| Tri State Compressed Air Systems, IN<br>1608 Eishenhower Drive South<br>Goshen, IN 46526-5360 | TROJAN HEAT TREAT<br>809 S. BYRON ST<br>HOMER, MI 49245 | Taylor Rental Center, Inc.<br>2224 St. Rd. 8<br>Auburn, IN 46706 |
| The New Keibler Thompson Co.<br>Route 66 RR#2<br>Box264A<br>Export, PA 15632 | Time Industrial, Inc.<br>c/o Roy F. Kiplinger<br>Beers Mallers Backs & Salin, LLP<br>110 W. Berry Street, Suite 1100<br>Fort Wayne, IN 46802<br>Timothy S. Borden | c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| Trevor Meeks Agency<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Us Cargo Management Inc.<br>Philadelphia International Airport<br>P.O. Box 277<br>Essington, PA 19029 | US PATTERN COMPANY INC<br>P0 BOX 220<br>RICHMOND, MI 48062 |
| USF Holland, Inc<br>750 E. 40th Street<br>Holland, MI 49423 | Unimin Corporation<br>258 Elm Street<br>New Canaan, CT 06840 | United Parcel Service<br>c/o D&B/RMS Bankruptcy Services<br>PO Box 4396<br>Timonium, Maryland 21094 |
| United States Trustee<br>One Michiana Square<br>100 East Wayne Street, Suite 555<br>South Bend, IN 46601 | Universal Am-Can Ltd.<br>PO Box 2007<br>Warren, MI 48090 | VWR International, Inc.<br>1230 Kennestone Circle<br>Marietta, GA 30066 |
| Van Dyne Crotty Inc.<br>3233 Newmark Dr.<br>Miamisburg, OH 45342 | Vericore L.L,C.<br>1200 W. Causeway Approach<br>Mandevill, CA 70471 | Vesuvius USA Corporation<br>Steven Del Cotto, Esquire<br>27 Noblestown Road<br>Carnegie, PA 15106 |
| W.W. GRAINGER, INC.<br>7300 N MELVINA AVE M530<br>NILES IL 60714-3998 | WALMAN OPTICAL CO<br>PO BOX 9440<br>MINNEAPOLIS, MN 55440 | WAYNE PIPE & SUPPLY INC<br>1815 SOUTH ANTHONY BLVD<br>FT WAYNE, IN 46803 |
| WELDER SERVICES INC<br>1725 EDSALL AVENUE<br>FT WAYNE, IN 46896 | WEYERHAEUSER CO.<br>2626 CR 71<br>BUTLER, IN 46721 | WHEELABRATOR ABRASIVES INC<br>1 ABRASIVE AVE<br>BEDFORD, VA 24523 |

| | | |
|---|---|---|
| WIESE PLANNING & ENG., INC.<br>2725 INDEPENDENCE DRIVE<br>FORT WAYNE, IN 46808 | WILLIAM C WEBER & ASSOC IN<br>CONSTITUTION HILL OFFICE PARK<br>6201 CONSTITUTION DRIVE<br>FT WAYNE, IN 46804 | Warsaw Engineering & Fabricating<br>c/o Scott R. Leisz<br>Bingham McHale LLP<br>10 W. Market, #2700<br>Indianapolis, IN 46204 |
| Wayne Fasteners Inc.<br>2611 Independence Dr.<br>Ft. Wayne, IN 46808 | William C. Weber & Associates, Inc<br>William/Suzanne Weber<br>6201 Constitution Dr.<br>Fort Wayne, IN 46804 | William E. Fink<br>c/o Sommer Barnard Ackerson PC<br>Attn: Jerald I. Ancel<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 |
| XRI TESTING - TROY<br>MOBILEX, LLC<br>1961 THUNDERBIRD<br>TROY, MI 48084 | Xerox Corporation<br>Xerox Capital Services LLC<br>Attn: Vanessa Adams<br>PO Box 660506<br>Dallas, TX 75266-9937 | John R. Burns<br>Baker & Daniels<br>111 E. Wayne Street, Ste. 800<br>Fort Wayne, IN 46802 |
| Mark Werling<br>Baker & Daniels<br>111 E. Wayne Street, Suite 800<br>Fort Wayne, IN 46802 | Nancy J. Gargula<br>One Michiana Square, 5th Floor<br>100 E. Wayne Street<br>South Bend, IN 46601 | |