UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                    ) Case No. 04-10427
AUBURN FOUNDRY, INC.,      )
                                              ) Chapter 7 Bankruptcy
Debtor.

ORDER AUTHORIZING ABANDONMENT
OF REAL ESTATE

At Fort Wayne, Indiana on January 6, 2009.

Rebecca Hoyt Fischer, Chapter 7 Trustee herein, having filed her Motion for Order Authorizing Abandonment of Real Estate and the Court having reviewed said Motion and being duly advised in the premises, and notice being given to creditors and no objections made thereto,

IT IS HEREBY ORDERED that the Real Estate identified on Exhibit "A" to the Motion is hereby abandoned effective the date of this order.

/s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court