UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:   ) Case No. 04-10427
AUBURN FOUNDRY, INC.,   )
  ) Chapter 7 Bankruptcy
Debtor.

ORDER AUTHORIZING ABANDONMENT
OF REAL ESTATE

At Fort Wayne, Indiana on January 6, 2009.

Rebecca Hoyt Fischer, Chapter 7 Trustee herein, having filed her Motion for Order Authorizing Abandonment of Real Estate and the Court having reviewed said Motion and being duly advised in the premises, and notice being given to creditors and no objections made thereto,

IT IS HEREBY ORDERED that the Real Estate identified on Exhibit "A" to the Motion is hereby abandoned effective the date of this order.

/s/ Robert E. Grant
The Honorable Robert E. Grant
Judge, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0755-1           User: jlesure              Page 1 of 1              Date Rcvd: Jan 06, 2009
Case: 04-10427                 Form ID: pdf004            Total Served: 1

The following entities were served by first class mail on Jan 08, 2009.
dbpos         +Auburn Foundry, Inc.,   635 W. Eleventh Street,   Auburn, IN 46706-2140

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2009**              Signature:    _Joseph Speetjens_