# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-10427 |
| | ) | |
| Auburn Foundry, Inc. | ) | |
| | ) | Chapter 7 Bankruptcy |
| Debtor(s). | ) | |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION FOR CLOSING AND DISCHARGE

Rebecca Hoyt Fischer, Trustee of the estate of the above-named Debtor, certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

Dated: <u>February 12th, 2009</u>       /s/ <u>REBECCA HOYT FISCHER</u>

REBECCA HOYT FISCHER
#10537-72
112 W. Jefferson Blvd., Suite 310
South Bend IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-10427 |
| | ) | |
| Auburn Foundry, Inc. | ) | |
| | ) | Chapter 7 Bankruptcy |
| Debtor(s). | ) | |
| | ) | |

## CHAPTER 7 ASSET CASE SUMMARY OF FINAL ACCOUNT

| | |
|---|---|
| $687,860.00 | 1. TOTAL RECEIPTS |
| | |
| **FEES AND EXPENSES** | |
| $37,625.74 | 2. TRUSTEE COMPENSATION |
| | |
| $46,074.35 | 3. ATTORNEY FOR TRUSTEE FEE |
| | |
| $141,111.04 | 4. OUTSIDE ATTORNEY FEE |
| | |
| $6,016.40 | 5. TRUSTEE EXPENSES |
| | |
| $24,554.92 | 6. OTHER PROFESSIONAL FEES AND EXPENSES |
| | |
| $37,705.10 | 7. ADMINISTRATIVE COSTS |
| | |
| TOTAL OF 4-7 | $209,999.31 (TOTAL OF LINES 4 THROUGH 7 ABOVE) |
| | |
| **DISTRIBUTION** | |
| $17,285.70 | 8. SECURED CREDITORS |
| | |
| $0.00 | 9. PRIORITY CREDITORS |
| | |
| $47,772.28 | 10. UNSECURED CREDITORS |
| | |
| $0.00 | 11. EQUITY SECURITY HOLDERS |
| | |
| $0.00 | 12. PAYMENTS TO DEBTOR(S) |
| | |
| $235,987.29 | 13. OTHER DISTRIBUTIONS |
| | |
| $687,860.00 | 14. TOTAL DISBURSEMENTS |

Dated: February 12th, 2009          /s/ REBECCA HOYT FISCHER

                                     REBECCA HOYT FISCHER

                                     #10537-72

112 W. Jefferson Blvd., Suite 310
South Bend IN 46601
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

PART A

**FORM 4**
**Distribution Report for Closed Asset Cases**

Case No.    04-10427                                    Trustee Name:    Rebecca Hoyt Fischer

Case Name: Auburn Foundry, Inc.                        Date Submitted: 2/12/2009

Date Filed/Converted to Ch. 7: 10/11/2005 (f)

|  | **$ AMOUNT RECEIVED** | **% OF RECEIPTS** |
|---|---|---|
| **GROSS RECEIPTS** | $687,860.00 | 100.00% |
| Less: | | |
| Funds Paid to Debtor | | |
| Exemptions | $0.00 | 0.00% |
| Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $235,987.29 | 34.31% |
| **NET RECEIPTS** | $451,872.71 | 65.69% |

| SECURED CLAIMS | **CLAIMS** | **AMOUNT PAID** | **% OF RECEIPTS** |
|---|---|---|---|
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | $17,285.70 | $17,285.70 | 2.51% |
| Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
| Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $17,285.70 | $17,285.70 | 2.51% |
| **PRIORITY CLAIMS:** | | | |
| CHAPTER 7 ADMINISTRATIVE FEES § 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $37,625.74 | $37,625.74 | 5.47% |
| Trustee Expense | $6,016.40 | $6,016.40 | 0.88% |
| Legal Fee & Expenses | | | |
| Trustee's Firm Legal Fees | $45,462.50 | $45,462.50 | 6.61% |
| Trustee's Firm Legal Expenses | $611.85 | $611.85 | 0.09% |
| Other Firm's Legal Fee | $137,095.32 | $137,095.32 | 19.93% |
| Other Firm's Legal Expense | $4,015.72 | $4,015.72 | 0.58% |
| Accounting Fees and Expenses | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $18,811.25 | $18,811.25 | 2.74% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $5,743.67 | $5,743.67 | 0.84% |
| Expenses of Operating Business in Chapter 7 | $214.50 | $214.50 | 0.03% |
| Other Expenses | $5,600.00 | $5,600.00 | 0.81% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| U.S. Trustee Fees | $27,500.00 | $27,500.00 | 4.00% |
| Court Costs | $4,390.60 | $4,390.60 | 0.64% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES** | $293,087.55 | $293,087.55 | 42.61% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1) (From attached Part B)** | $1,960,215.23 | $93,727.18 | 13.63% |
| WAGES § 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT § 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENT UNITS § | $0.00 | $0.00 | 0.00% |

507(a)(8)

| | | | |
|---|---|---|---|
| OTHER § 507(a)(2),(5),(6) & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(3) to § 507(a)(9)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $47,772.28 | $47,772.28 | 6.95% |
| **TOTAL DISBURSEMENTS** | $2,318,360.76 | $451,872.71 | 65.69% |

PART B

**FORM 4**
**Distribution Report for Closed Asset**
**Cases**

Case No.    04-10427                                          Trustee Name:    Rebecca Hoyt Fischer

Case Name:  Auburn Foundry, Inc.                             Date Submitted:  2/12/2009

Date Filed/Converted to Ch. 7:  10/11/2005 (f)

|  | **CLAIMS** | **AMOUNT PAID** | **% OF RECEIPTS** |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1) | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees and Expenses | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expense | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $1,960,215.23 | $93,727.18 | 13.63% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $1,960,215.23 | $93,727.18 | 13.63% |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-10427 | | Trustee Name: | Rebecca Hoyt Fischer |
| Case Name: | AUBURN FOUNDRY, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | 350154360 | | Money Market Acct #: | 312024121765 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/11/2005 | | Blanket bond (per case limit): | $80,333,391.00 |
| For Period Ending: | 2/12/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/12/2005 | (1) | Acordia | insurance refund | 1129-000 | $44,745.25 | | $44,745.25 |
| 12/12/2005 | (2) | National City Bank | bank account | 1129-000 | $9,190.00 | | $53,935.25 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $16.40 | | $53,951.65 |
| 01/10/2006 | (3) | Prudential | stock dividend | 1129-000 | $1,930.50 | | $55,882.15 |
| 01/17/2006 | (4) | Medco | Formulary rebate (medical plan) | 1129-000 | $69.70 | | $55,951.85 |
| 01/25/2006 | | To Account #312024121766 | fee for P.O. Box | 9999-000 | | $40.00 | $55,911.85 |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $31.10 | | $55,942.95 |
| 02/02/2006 | (1) | Parkview Health Laboratories | refund of insurance | 1129-000 | $30.22 | | $55,973.17 |
| 02/22/2006 | (5) | Empire Refractory Sales | preference recovery | 1141-000 | $17,750.00 | | $73,723.17 |
| 02/24/2006 | | To Account #312024121766 | stroage of records fees for January - April, 2006 | 9999-000 | | $800.00 | $72,923.17 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $31.66 | | $72,954.83 |
| 03/06/2006 | | To Account #312024121766 | Dennis Maude expenses | 9999-000 | | $214.50 | $72,740.33 |
| 03/13/2006 | (6) | Automatic Data Processing Inc. | refund | 1229-000 | $1,076.15 | | $73,816.48 |
| 03/13/2006 | (7) | R.I. Lampus Co. | Settlement of preference claim | 1141-000 | $46,000.00 | | $119,816.48 |
| 03/24/2006 | (8) | United State Postal Service | refund. | 1290-000 | $656.11 | | $120,472.59 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $58.68 | | $120,531.27 |
| 04/21/2006 | | To Account #312024121766 | Court Reporter Litigation Expense | 9999-000 | | $140.60 | $120,390.67 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $76.27 | | $120,466.94 |
| 05/26/2006 | | To Account #312024121766 | mediators fee in Citizens Gas preference expense | 9999-000 | | $852.00 | $119,614.94 |
| 05/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $81.77 | | $119,696.71 |
| 06/19/2006 | | To Account #312024121766 | Expenses | 9999-000 | | $3,787.67 | $115,909.04 |
| 06/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $77.82 | | $115,986.86 |
| 07/14/2006 | | To Account #312024121766 | for Rent for May through August | 9999-000 | | $800.00 | $115,186.86 |
| 07/25/2006 | (13) | Bristal Metal Products | for Bristol preference | 1241-000 | $5,000.00 | | $120,186.86 |
| 07/26/2006 | (20) | Acordia | Partial premium refunds | 1221-000 | $3,027.03 | | $123,213.89 |
| 07/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $79.38 | | $123,293.27 |
| 08/10/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest Earned For August 2006 | 1270-000 | $18.92 | | $123,312.19 |
| | | | SUBTOTALS | | $129,946.96 | $6,634.77 | |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 04-10427 | Trustee Name: | Rebecca Hoyt Fischer |
| Case Name: | AUBURN FOUNDRY, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | 350154360 | Money Market Acct #: | 312024121765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 10/11/2005 | Blanket bond (per case limit): | $80,333,391.00 |
| For Period Ending: | 2/12/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/10/2006 | | Sterling Bank | Transfer Funds | 9999-000 | | $123,312.19 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | $129,946.96 | $129,946.96 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $129,946.96 | |
| Subtotal | $129,946.96 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $129,946.96 | $0.00 | |

**For the period of 10/11/2005 to 2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $129,946.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $129,946.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $129,946.96 |

**For the entire history of the account between 12/12/2005 to 2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $129,946.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $129,946.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $129,946.96 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 04-10427 | |
| Case Name: | AUBURN FOUNDRY, INC. | |
| Primary Taxpayer ID #: | 350154360 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/11/2005 | |
| For Period Ending: | 2/12/2009 | |

| | |
|---|---|
| Trustee Name: | Rebecca Hoyt Fischer |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Checking Acct #: | 312024121766 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $80,333,391.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/25/2006 | | From Account #312024121765 | fee for P.O. Box | 9999-000 | $40.00 | | $40.00 |
| 02/02/2006 | 101 | Postmaster General | six month fee for medium safety deposit box | 2690-000 | | $40.00 | $0.00 |
| 02/02/2006 | 101 | Postmaster General | six month fee for medium safety deposit box | 2690-003 | | ($40.00) | $40.00 |
| 02/24/2006 | | From Account #312024121765 | stroage of records fees for January - April, 2006 | 9999-000 | $800.00 | | $840.00 |
| 02/28/2006 | 102 | Gary Rohrs | storage fees | 2500-000 | | $800.00 | $40.00 |
| 03/06/2006 | | From Account #312024121765 | Dennis Maude expenses | 9999-000 | $214.50 | | $254.50 |
| 03/09/2006 | 103 | Dennis Maude | expense reimbursement for W-2 processing | 2690-000 | | $214.50 | $40.00 |
| 04/21/2006 | | From Account #312024121765 | Court Reporter Litigation Expense | 9999-000 | $140.60 | | $180.60 |
| 04/21/2006 | 104 | AP Reporting, Inc. | Court Reporter Litigation Expense re: Auburn Foundry, Inc. | 2700-000 | | $140.60 | $40.00 |
| 05/26/2006 | | From Account #312024121765 | mediators fee in Citizens Gas preference expense | 9999-000 | $852.00 | | $892.00 |
| 06/05/2006 | 105 | Barrett & McNagny | for Outside Attorney exepnses | 3220-000 | | $852.00 | $40.00 |
| 06/19/2006 | | From Account #312024121765 | Expenses | 9999-000 | $3,787.67 | | $3,827.67 |
| 06/27/2006 | 106 | Dennis Maude | for Fees as approved by court | 3731-000 | | $3,827.67 | $0.00 |
| 07/14/2006 | | From Account #312024121765 | for Rent for May through August | 9999-000 | $800.00 | | $800.00 |
| 07/20/2006 | 107 | Auburn Investment Co., LLC | for Rent for May through August | 2410-000 | | $800.00 | $0.00 |

| | | | **SUBTOTALS** | $6,634.77 | $6,634.77 |
|---|---|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 04-10427 | |
| **Case Name:** | AUBURN FOUNDRY, INC. | |
| | | |
| **Primary Taxpayer ID #:** | 350154360 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/11/2005 | |
| **For Period Ending:** | 2/12/2009 | |

| | |
|---|---|
| **Trustee Name:** | Rebecca Hoyt Fischer |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Checking Acct #:** | 312024121766 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $80,333,391.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,634.77 | $6,634.77 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6,634.77 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $6,634.77 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $6,634.77 | |

**For the period of 10/11/2005 to 2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,634.77 |
| | |
| Total Compensable Disbursements: | $6,634.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,634.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/25/2006 to 2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,634.77 |
| | |
| Total Compensable Disbursements: | $6,634.77 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,634.77 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 04-10427 | Trustee Name: | Rebecca Hoyt Fischer |
| Case Name: | AUBURN FOUNDRY, INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 350154360 | Checking Acct #: | 7118000427 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/11/2005 | Blanket bond (per case limit): | $80,333,391.00 |
| For Period Ending: | 2/12/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2006 | | Transfer From  Acct#8118040427 | payment of RLW attorney fees per order dated 8/16/06 | 9999-000 | $28,978.82 | | $28,978.82 |
| 08/17/2006 | 108 | Rotherber, Logan & Warsco, LLP | payment of attorney fees pursuant to Augsut 16, 2006 order | 3210-600 | | $28,978.82 | $0.00 |
| 10/23/2006 | | Transfer From  Acct#8118040427 | transfer for Summit payment per order dated October 19, 2006. | 9999-000 | $47,772.28 | | $47,772.28 |
| 10/23/2006 | 109 | Summit Investment Management, LLC | per Court order 10/19/06 | 7100-000 | | $47,772.28 | $0.00 |
| 12/21/2006 | | Transfer From  Acct#8118040427 | for Rent for storage of records (Sept - Dec 06) at 200.00 / month | 9999-000 | $800.00 | | $800.00 |
| 12/21/2006 | 110 | Auburn Investment Co., LLC | record storage fees for Sept - Dec 2006 @ $200.00 / month | 2410-000 | | $800.00 | $0.00 |
| 02/23/2007 | | Transfer From  Acct#8118040427 | transfer for Maude invoice. | 9999-000 | $1,017.50 | | $1,017.50 |
| 02/23/2007 | 111 | Dennis Maude | Consultant's Fees $1,000.00 and expenses of $17.50 per approved Court order dated 2/22/07. | 3991-000 | | $1,017.50 | $0.00 |
| 02/26/2007 | | Transfer From  Acct#8118040427 | Transfer to pay Kruggell, Lawton and Company and Baker & Daniels per court approved orders. | 9999-000 | $90,840.25 | | $90,840.25 |
| 02/26/2007 | 112 | Kruggel, Lawton and Company, LLC | Order for Compensation dated 02/23/07. | 3410-000 | | $3,857.25 | $86,983.00 |
| 02/26/2007 | 113 | Baker & Daniels | for Baker & Daniels fees and expenses per Court order dated 2/23/07. Fees $82,511.50 and Expenses $4471.50. | 3210-600 | | $86,983.00 | $0.00 |
| 03/06/2007 | | Transfer From  Acct#8118040427 | for Storage fees January - April 2007 | 9999-000 | $800.00 | | $800.00 |
| 03/06/2007 | 114 | Auburn Investment Co., LLC | for storage of records for January - April, 2007 ($200.00 per month) | 2410-000 | | $800.00 | $0.00 |
| 06/07/2007 | | Transfer From  Acct#8118040427 | transfer to pay mediator | 9999-000 | $448.50 | | $448.50 |
| 06/07/2007 | 115 | Barrett & McNagny | remaining mediator fees from Citizens Gas & Coke Utility mediation ( 6/14/06 - 7/11/06) | 3721-000 | | $448.50 | $0.00 |
| 07/10/2007 | | Transfer From  Acct#8118040427 | transfer for payment of Baker & Daniels fee app approved 7/9/07 | 9999-000 | $17,333.39 | | $17,333.39 |
| 07/10/2007 | | Transfer From  Acct#8118040427 | transfer for third quarter payment of storage of records '07 | 9999-000 | $800.00 | | $18,133.39 |
| 07/10/2007 | 116 | Baker & Daniels | Special Counsel for Trustee fees for preference litigation; per Court order dated 7/9/07 | 3210-600 | | $15,278.00 | $2,855.39 |
| | | | **SUBTOTALS** | | $188,790.74 | $185,935.35 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 04-10427 |
| Case Name: | AUBURN FOUNDRY, INC. |
| Primary Taxpayer ID #: | 350154360 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/11/2005 |
| For Period Ending: | 2/12/2009 |

| | |
|---|---|
| Trustee Name: | Rebecca Hoyt Fischer |
| Bank Name: | Sterling Bank |
| Checking Acct #: | 7118000427 |
| Account Title: | |
| Blanket bond (per case limit): | $80,333,391.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/10/2007 | 117 | Baker & Daniels LLP | Special Counsel for Trustee expenses for preference litigation; approved by Court 7/9/07. | 3220-610 | | $2,055.39 | $800.00 |
| 07/10/2007 | 118 | Auburn Investment Co., LLC | Thired quarter rent storage '07 (May - August) at 200.00 / month | 2410-000 | | $800.00 | $0.00 |
| 08/08/2007 | | Transfer From  Acct#8118040427 | per court order dated 8/7/07 -interim atty fees | 9999-000 | $26,487.50 | | $26,487.50 |
| 08/08/2007 | 119 | Laderer & Fischer, P.C. | Interim atty fees as approved 8/7/07 for time through 7/2/07 | 3110-000 | | $26,487.50 | $0.00 |
| 09/14/2007 | | Transfer From  Acct#8118040427 | fee for 2007 federal and state trust tax returns of Workers Comp Trust | 9999-000 | $350.00 | | $350.00 |
| 09/14/2007 | 120 | Crowe, Chizek and Company, LLC | Fee for preparation of final 2007 federal and state trust tax returns for Auburn Foundry Inc Worker's Compensation Trust.  These fees in the past were paid directly out of the workers comp fund.  The fund was liquidated before receipt of this invoice and funds were sent to us. | 3991-640 | | $350.00 | $0.00 |
| 09/19/2007 | | Transfer From  Acct#8118040427 | for payment to Summit | 9999-000 | $235,987.29 | | $235,987.29 |
| 09/19/2007 | 121 | SummitBridge National Investments, LLC | per court order dated 9/6/07. | 8500-000 | | $235,987.29 | $0.00 |
| 11/05/2007 | | Transfer From  Acct#8118040427 | for Kruggel, Lawton & Company supplemental fees per order dated 11/2/07. | 9999-000 | $12,515.00 | | $12,515.00 |
| 11/05/2007 | 122 | KRUGGEL, LAWTON & COMPANY, LLC | for Kruggel, Lawton & Company supplemental fees per order dated 11/2/07. | 3410-000 | | $12,515.00 | $0.00 |
| 11/09/2007 | | Transfer From  Acct#8118040427 | to pay storage fees for September - December 2007 rent | 9999-000 | $800.00 | | $800.00 |
| 11/09/2007 | 123 | Auburn Investment Co., LLC | Payment for September - December 2007 rent for storage of records. Invoice # 868535 | 2410-000 | | $800.00 | $0.00 |
| 01/10/2008 | | Transfer From  Acct#8118040427 | transfer to pay Baker and Daniels final fee app | 9999-000 | $6,963.83 | | $6,963.83 |
| 01/10/2008 | 124 | Baker & Daniels, LLP | per court order dated 1/4/08. | * | | $6,963.83 | $0.00 |
| | | | Baker and Daniles final application for fees                  $(5,855.50) | 3210-000 | | | $0.00 |
| | | | Baker and Daniels final expense request       $(1,108.33) | 3220-610 | | | $0.00 |
| 02/06/2008 | | Transfer From  Acct#8118040427 | to pay for 17 adversary filings for claim subordinations | 9999-000 | $4,250.00 | | $4,250.00 |

| | | | | **SUBTOTALS** | $287,353.62 | $285,959.01 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 04-10427 | |
| Case Name: | AUBURN FOUNDRY, INC. | |
| Primary Taxpayer ID #: | 350154360 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/11/2005 | |
| For Period Ending: | 2/12/2009 | |

| | |
|---|---|
| Trustee Name: | Rebecca Hoyt Fischer |
| Bank Name: | Sterling Bank |
| Checking Acct #: | 7118000427 |
| Account Title: | |
| Blanket bond (per case limit): | $80,333,391.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/06/2008 | 125 | United States Bankruptcy Court | For 17 adversary proceedings re: subordination of claims: adversary numbers _____ _____ | 2700-000 | | $4,250.00 | $0.00 |
| 04/07/2008 | | Transfer From  Acct#8118040427 | per order for Kruggel Lawton fees | 9999-000 | $1,602.75 | | $1,602.75 |
| 04/07/2008 | 126 | Kruggel, Lawton & Company, LLC | per order for Kruggel Lawton fees | 3410-000 | | $1,602.75 | $0.00 |
| 04/28/2008 | | Transfer From  Acct#8118040427 | For storage of records January 2008-April 2008. | 9999-000 | $800.00 | | $800.00 |
| 04/28/2008 | 127 | Auburn Investment Co., LLC | for storage of documents for Auburn Foundry January 2008 - April 2008 at 200.00 each month. | 2410-000 | | $800.00 | $0.00 |
| 06/23/2008 | | Transfer From  Acct#8118040427 | to pay Kruggel, Lawton and Company per order dated 6/20/08 | 9999-000 | $836.25 | | $836.25 |
| 06/23/2008 | 128 | Kruggel, Lawton & Company, LLC | per court order dated 6/20/08. | 3410-000 | | $836.25 | $0.00 |
| 08/18/2008 | | Transfer From  Acct#8118040427 | payable to Summit per court order dated 8/15/08. | 9999-000 | $2,285.70 | | $2,285.70 |
| 08/18/2008 | 129 | Summit Investment Managment LLC | payable to Summit per court order dated 8/15/08. | 4210-000 | | $2,285.70 | $0.00 |
| 11/03/2008 | | Transfer From  Acct#8118040427 | to pay for title search and exam | 9999-000 | $100.00 | | $100.00 |
| 11/03/2008 | 130 | Meridian Title Corporation | Charge for Search and Exam for property in the name of Auburn Foundry, Inc. | 3991-000 | | $100.00 | $0.00 |
| 01/06/2009 | | Transfer From: MMA # 8118040427 | Transfer to Close Account | 9999-000 | $199,456.17 | | $199,456.17 |
| 01/06/2009 | 131 | Baker & Daniels LLP | Claim #: 376; Amount Claimed: 0.00; | 4210-000 | | $15,000.00 | $184,456.17 |
| 01/06/2009 | 132 | Rebecca Hoyt Fischer, Trustee | Trustee Expenses | 2200-000 | | $6,016.40 | $178,439.77 |
| 01/06/2009 | 133 | United States Trustee | Claim #: 354; Amount Claimed: 27,500.00; | 2950-000 | | $27,500.00 | $150,939.77 |
| 01/06/2009 | 134 | Laderer & Fischer, P.C. | Amount Claimed: 45,462.50; | 3110-000 | | $18,975.00 | $131,964.77 |
| 01/06/2009 | 135 | Rebecca Hoyt Fischer | Trustee Compensation | 2100-000 | | $37,625.74 | $94,339.03 |
| 01/06/2009 | 136 | Laderer & Fischer, P.C. | Amount Claimed: 611.85; | 3120-000 | | $611.85 | $93,727.18 |
| 01/06/2009 | 137 | Glass, Molders, Pottery, Plastics and Allied Worke | Claim #: 375; Amount Claimed: 1,960,215.23; | 6950-720 | | $93,727.18 | $0.00 |
| | | **SUBTOTALS** | | | $205,080.87 | $209,330.87 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-10427 | | Trustee Name: | Rebecca Hoyt Fischer |
|---|---|---|---|---|
| Case Name: | AUBURN FOUNDRY, INC. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 350154360 | | Checking Acct #: | 7118000427 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/11/2005 | | Blanket bond (per case limit): | $80,333,391.00 |
| For Period Ending: | 2/12/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $681,225.23 | $681,225.23 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $681,225.23 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $681,225.23 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $681,225.23 | |

| For the period of 10/11/2005 to 2/12/2009 | | For the entire history of the account between 08/17/2006 to 2/12/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $681,225.23 | Total Internal/Transfer Receipts: | $681,225.23 |
| | | | |
| Total Compensable Disbursements: | $681,225.23 | Total Compensable Disbursements: | $681,225.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $681,225.23 | Total Comp/Non Comp Disbursements: | $681,225.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 04-10427 | Trustee Name: Rebecca Hoyt Fischer |
| Case Name: | AUBURN FOUNDRY, INC. | Bank Name: Sterling Bank |
| Primary Taxpayer ID #: | 350154360 | Money Market Acct #: 8118040427 |
| Co-Debtor Taxpayer ID #: | | Account Title: MMA |
| For Period Beginning: | 10/11/2005 | Blanket bond (per case limit): $80,333,391.00 |
| For Period Ending: | 2/12/2009 | Separate bond (if applicable): |

| 1<br>Transaction<br>Date | 2<br>Check /<br>Ref. # | 3<br>Paid to/<br>Received From | 4<br>Description of Transaction | Uniform<br>Tran Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Balance |
|---|---|---|---|---|---|---|---|
| 08/10/2006 | | JPMORGAN CHASE BANK, N.A. | Transfer Funds | 9999-000 | $123,312.19 | | $123,312.19 |
| 08/17/2006 | | Transfer To Acct#7118000427 | payment of RLW attorney fees per order dated 8/16/06 | 9999-000 | | $28,978.82 | $94,333.37 |
| 08/21/2006 | (9) | Citizens Gas & Coke Utility | for Citizens Gas preference | 1141-000 | $125,000.00 | | $219,333.37 |
| 08/31/2006 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $68.99 | | $219,402.36 |
| 09/22/2006 | (22) | United States Treasury | Federal Tax Refund | 1224-000 | $2,500.00 | | $221,902.36 |
| 09/29/2006 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $135.56 | | $222,037.92 |
| 10/23/2006 | | Transfer To Acct#7118000427 | transfer for Summit payment per order dated October 19, 2006. | 9999-000 | | $47,772.28 | $174,265.64 |
| 10/27/2006 | (10) | Duca Manufacturing | Full and final settlement of the Adversary proceeding 06-01127 - Duca Manufacturing. | 1129-000 | $5,000.00 | | $179,265.64 |
| 10/31/2006 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $132.70 | | $179,398.34 |
| 11/30/2006 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $110.59 | | $179,508.93 |
| 12/21/2006 | (12) | DISA Industries | Settlement Check - DISA | 1129-000 | $1,000.00 | | $180,508.93 |
| 12/21/2006 | | Transfer To Acct#7118000427 | for Rent for storage of records (Sept - Dec 06) at 200.00 / month | 9999-000 | | $800.00 | $179,708.93 |
| 12/29/2006 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $114.27 | | $179,823.20 |
| 01/08/2007 | (18) | Ashland Inc. | Re: Ashland Inc, Chemical Division | 1129-000 | $26,500.00 | | $206,323.20 |
| 01/26/2007 | (16) | TechniSand/Santrol | Settlement check for Fairmount Minerals | 1129-000 | $20,000.00 | | $226,323.20 |
| 01/31/2007 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $126.39 | | $226,449.59 |
| 02/05/2007 | (17) | Hickman, Williams & Co. | Settlement Check | 1129-000 | $23,000.00 | | $249,449.59 |
| 02/20/2007 | (14) | Kendallville Iron & Metal | Settlement check re: Kendallville Iron & Metal | 1129-000 | $15,000.00 | | $264,449.59 |
| 02/23/2007 | | Transfer To Acct#7118000427 | transfer for Maude invoice. | 9999-000 | | $1,017.50 | $263,432.09 |
| 02/26/2007 | (19) | Elkem Metals, Inc. | Elkem Metals Settlement Check | 1129-000 | $38,000.00 | | $301,432.09 |
| 02/26/2007 | | Transfer To Acct#7118000427 | Transfer to pay Kruggell, Lawton and Company and Baker & Daniels per court approved orders. | 9999-000 | | $90,840.25 | $210,591.84 |
| 02/28/2007 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $136.81 | | $210,728.65 |
| 03/06/2007 | | Transfer To Acct#7118000427 | for Storage fees January - April 2007 | 9999-000 | | $800.00 | $209,928.65 |
| 03/30/2007 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $133.80 | | $210,062.45 |
| | | | | **SUBTOTALS** | $380,271.30 | $170,208.85 | |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 04-10427 | Trustee Name: | Rebecca Hoyt Fischer |
| Case Name: | AUBURN FOUNDRY, INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | 350154360 | Money Market Acct #: | 8118040427 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/11/2005 | Blanket bond (per case limit): | $80,333,391.00 |
| For Period Ending: | 2/12/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 04/10/2007 | (11) | Cascade Pattern AN Ohio Corp | First Installment Payment Cascade Pattern Company. | 1149-000 | $6,000.00 | | $216,062.45 |
| 04/30/2007 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $131.71 | | $216,194.16 |
| 05/15/2007 | (11) | Cascade Pattern an Ohio Corp. | Second installment payment for Cascade Pattern Company | 1141-000 | $3,250.00 | | $219,444.16 |
| 05/31/2007 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $138.65 | | $219,582.81 |
| 06/07/2007 | | Transfer To Acct#7118000427 | transfer to pay mediator | 9999-000 | | $448.50 | $219,134.31 |
| 06/13/2007 | (11) | Cascade Pattern | 3rd and Final installment re: settlement | 1129-000 | $3,250.00 | | $222,384.31 |
| 06/29/2007 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $136.01 | | $222,520.32 |
| 07/10/2007 | | Transfer To Acct#7118000427 | transfer for payment of Baker & Daniels fee app approved 7/9/07 | 9999-000 | | $17,333.39 | $205,186.93 |
| 07/10/2007 | | Transfer To Acct#7118000427 | transfer for third quarter payment of storage of records '07 | 9999-000 | | $800.00 | $204,386.93 |
| 07/16/2007 | (45) | Auburn Foundry | Final Distribution from Workers Compensation fund. | 1149-000 | $250,671.68 | | $455,058.61 |
| 07/31/2007 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $208.61 | | $455,267.22 |
| 08/08/2007 | | Transfer To Acct#7118000427 | per court order dated 8/7/07 -interim atty fees | 9999-000 | | $26,487.50 | $428,779.72 |
| 08/09/2007 | (45) | Auburn | Final Disbuesement of Trailing Income - Workers Compensation Interest | 1129-000 | $315.61 | | $429,095.33 |
| 08/27/2007 | (15) | Fife M. Whiteside PC | Auburn v. Triple M Manuf. settlement check | 1129-000 | $10,000.00 | | $439,095.33 |
| 08/31/2007 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $295.96 | | $439,391.29 |
| 09/14/2007 | | Transfer To Acct#7118000427 | fee for 2007 federal and state trust tax returns of Workers Comp Trust | 9999-000 | | $350.00 | $439,041.29 |
| 09/19/2007 | | Transfer To Acct#7118000427 | for payment to Summit | 9999-000 | | $235,987.29 | $203,054.00 |
| 09/28/2007 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $216.70 | | $203,270.70 |
| 10/31/2007 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $112.22 | | $203,382.92 |
| 11/05/2007 | | Transfer To Acct#7118000427 | for Kruggel, Lawton & Company supplemental fees per order dated 11/2/07. | 9999-000 | | $12,515.00 | $190,867.92 |
| 11/09/2007 | | Transfer To Acct#7118000427 | to pay storage fees for September - December 2007 rent | 9999-000 | | $800.00 | $190,067.92 |
| 11/26/2007 | (21) | State of Michigan | State Income Tax Refund | 1224-000 | $7,944.00 | | $198,011.92 |
| 11/28/2007 | (21) | State of Michigan | State Income Tax Refund - 2nd Check received. | 1224-000 | $14,920.00 | | $212,931.92 |
| | | | **SUBTOTALS** | | $297,591.15 | $294,721.68 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 04-10427 | | | Trustee Name: | | Rebecca Hoyt Fischer |
| Case Name: | AUBURN FOUNDRY, INC. | | | Bank Name: | | Sterling Bank |
| Primary Taxpayer ID #: | 350154360 | | | Money Market Acct #: | | 8118040427 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | MMA |
| For Period Beginning: | 10/11/2005 | | | Blanket bond (per case limit): | | $80,333,391.00 |
| For Period Ending: | 2/12/2009 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $102.83 | | $213,034.75 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $117.08 | | $213,151.83 |
| 01/10/2008 | | Transfer To Acct#7118000427 | transfer to pay Baker and Daniels final fee app | 9999-000 | | $6,963.83 | $206,188.00 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $109.56 | | $206,297.56 |
| 02/06/2008 | | Transfer To Acct#7118000427 | to pay for 17 adversary filings for claim subordinations | 9999-000 | | $4,250.00 | $202,047.56 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $88.37 | | $202,135.93 |
| 03/12/2008 | (3) | JP Morgan Chase | Dividend | 1223-000 | $2,285.70 | | $204,421.63 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $87.52 | | $204,509.15 |
| 04/07/2008 | | Transfer To Acct#7118000427 | per order for Kruggel Lawton fees | 9999-000 | | $1,602.75 | $202,906.40 |
| 04/28/2008 | | Transfer To Acct#7118000427 | For storage of records January 2008-April 2008. | 9999-000 | | $800.00 | $202,106.40 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $74.93 | | $202,181.33 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $77.06 | | $202,258.39 |
| 06/23/2008 | | Transfer To Acct#7118000427 | to pay Kruggel, Lawton and Company per order dated 6/20/08 | 9999-000 | | $836.25 | $201,422.14 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $74.52 | | $201,496.66 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $74.32 | | $201,570.98 |
| 08/18/2008 | | Transfer To Acct#7118000427 | payable to Summit per court order dated 8/15/08. | 9999-000 | | $2,285.70 | $199,285.28 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $67.94 | | $199,353.22 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $65.36 | | $199,418.58 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $55.58 | | $199,474.16 |
| 11/03/2008 | | Transfer To Acct#7118000427 | to pay for title search and exam | 9999-000 | | $100.00 | $199,374.16 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $41.95 | | $199,416.11 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $35.96 | | $199,452.07 |
| 01/06/2009 | (INT) | Sterling Bank | Account Closing Interest As Of 1/6/2009 | 1270-000 | $4.10 | | $199,456.17 |
| 01/06/2009 | | Transfer To: # 7118000427 | Transfer to Close Account | 9999-000 | | $199,456.17 | $0.00 |

|  | SUBTOTALS | $3,362.78 | $216,294.70 |
|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 04-10427 |
| Case Name: | AUBURN FOUNDRY, INC. |
| Primary Taxpayer ID #: | 350154360 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/11/2005 |
| For Period Ending: | 2/12/2009 |

| | |
|---|---|
| Trustee Name: | Rebecca Hoyt Fischer |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | 8118040427 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $80,333,391.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $681,225.23 | $681,225.23 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $123,312.19 | $681,225.23 | |
| | | Subtotal | | | $557,913.04 | $0.00 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | Net | | | $557,913.04 | $0.00 | |

For the period of **10/11/2005** to **2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $557,913.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $557,913.04 |
| Total Internal/Transfer Receipts: | $123,312.19 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $681,225.23 |

For the entire history of the account between **08/10/2006** to **2/12/2009**

| | |
|---|---|
| Total Compensable Receipts: | $557,913.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $557,913.04 |
| Total Internal/Transfer Receipts: | $123,312.19 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $681,225.23 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 04-10427 | |
| Case Name: | AUBURN FOUNDRY, INC. | |
| Primary Taxpayer ID #: | 350154360 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/11/2005 | |
| For Period Ending: | 2/12/2009 | |

| | |
|---|---|
| Trustee Name: | Rebecca Hoyt Fischer |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | 8118040427 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $80,333,391.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $687,860.00 | $687,860.00 | $0.00 |

| For the period of 10/11/2005 to 2/12/2009 | | For the entire history of the case between 10/11/2005 to 2/12/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $687,860.00 | Total Compensable Receipts: | $687,860.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $687,860.00 | Total Comp/Non Comp Receipts: | $687,860.00 |
| Total Internal/Transfer Receipts: | $811,172.19 | Total Internal/Transfer Receipts: | $811,172.19 |
| | | | |
| Total Compensable Disbursements: | $687,860.00 | Total Compensable Disbursements: | $687,860.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $687,860.00 | Total Comp/Non Comp Disbursements: | $687,860.00 |
| Total Internal/Transfer Disbursements: | $811,172.19 | Total Internal/Transfer Disbursements: | $811,172.19 |