UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| AUBURN FOUNDRY, INC. | )   CASE NO.   04-10427 |
| | ) |
| | ) |
| Debtor | ) |

**NOTICE**

The issues raised by the debtor's motion for use of cash collateral were resolved following hearings held as reflected in the docket entry dated March 25, 2004

NOTICE is given that the Court intends to destroy all exhibits offered or received into evidence at the hearing held on February 13, 2004, including Bank of America's Exhibits Numbered 1-17 and debtor's Exhibits Lettered A-FF, at the expiration of thirty (30) days from the date of this notice if the exhibit(s) remained unclaimed.  See, N.D. Ind. L.B.R. B-9070-1.

Dated at Fort Wayne, Indiana on March 13, 2009.

                                              Christopher M. DeToro
                                              Clerk, United States Bankruptcy Court
                                              Federal Building, Room 1188
                                              1300 S. Harrison Street
                                              Ft. Wayne, IN 46802