# Notice Recipients

District/Off: 0755−1    User: alm    Date Created: 3/13/2009
Case: 04−10427−reg    Form ID: pdf004    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7148416    0 C TANNER    1930 SOUTH STATE STREET    SALT LAKE CITY, UT 84115

TOTAL: 1