## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–1 | User: iosborn | Date Created: 7/31/2009 |
| Case: 04–10427–reg | Form ID: 166 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dbpos    Auburn Foundry, Inc.    635 W. Eleventh Street    Auburn, IN 46706

TOTAL: 1